

# UNITED STATES DISTRICT COURT

Northern District of California

APPLERA CORPORATION - APPLIED
BIOSYSTEMS GROUP, a Delaware corporation,

                Plaintiff,         **SUMMONS IN A CIVIL ACTION**

      V.

ILLUMINA, INC., a Delaware corporation,
SOLEXA INC., a Delaware corporation, and     CASE NUMBER:
STEPHEN C. MACEVICZ, an individual,

                Defendants.        **C07 02845 MEJ**

TO: (Name and address of Defendant)
Solexa, Inc..
9885 Towne Centre Drive
San Diego, CA 92121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Bryan Wilson (CA SBN 138842) | David C. Doyle (CA SBN 70690)/Steven E. Comer (CA SBN 154384)/ |
| Eric C. Pai (CA SBN 247604) | Anders T. Aannestad (CA SBN 211100) |
| Morrison & Foerster LLP | Morrison & Foerster LLP |
| 755 Page Mill Road | 12531 High Bluff Drive, Suite 100 |
| Palo Alto, CA 94304-1018 | San Diego, CA 92130-2040 |
| (650) 813-5600; Fax: (650) 494-0792 | (858) 720-5100; Fax: (858) 720-5125 |

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                   5-31-07

CLERK     Sandy Morris                           DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                            *Date*                       *Signature of Server*

                                                      _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com