```
 1  BRYAN WILSON (CA SBN 138842)
    ERIC C. PAI (CA SBN 247604)
 2  MORRISON & FOERSTER LLP
    755 Page Mill Road
 3  Palo Alto, California  94304-1018
    Telephone:  650.813.5600
 4  Facsimile: 650.494.0792
    E-Mail:  BWilson@mofo.com
 5  E-Mail: EPai@mofo.com

 6  DAVID C. DOYLE (CA SBN 70690)
    STEVEN E. COMER (CA SBN 154384)
 7  ANDERS T. AANNESTAD (CA SBN 211100)
    MORRISON & FOERSTER LLP
 8  12531 High Bluff Drive, Suite 100
    San Diego, California  92130-2040
 9  Telephone:  858.720.5100
    Facsimile:  858.720.5125
10  E-Mail:  DDoyle@mofo.com
    E-Mail: SComer@mofo.com
11  E-Mail: AAannestad@mofo.com

12  Attorneys for Plaintiff
    APPLERA CORPORATION – APPLIED BIOSYSTEMS
13  GROUP
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 MEJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C07 02845 MEJ
pa-1171434

1

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2 associations of persons, firms, partnerships, corporations (including parent corporations) or other

3 entities (i) have a financial interest in the subject matter in controversy or in a party to the

4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5 substantially affected by the outcome of this proceeding:  Applied Biosystems an operating group

6 of Applera Corporation.  Applera Corporation has two classes of stock, Applera-Applied

7 Biosystems stock and Applera-Celera stock.  Applera-Applied Biosystems stock is listed on the

8 New York Stock Exchange under the ticker symbol "ABI."  Applera-Celera stock is listed on the

9 New York Stock Exchange under the ticker symbol "CRA."

10 Dated: June 5, 2007

BRYAN WILSON
DAVID C. DOYLE
STEVEN E. COMER
MORRISON & FOERSTER LLP


By:   /s/ Bryan Wilson
     Bryan Wilson
     Attorneys for Plaintiff
     APPLERA CORPORATION –
     APPLIED BIOSYSTEMS GROUP

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C07 02845 MEJ
pa-1171434

2