BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 MEJ<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND OTHER DOCUMENTS ON DEFENDANT STEPHEN C. MACEVICZ** |

PROOF OF SERVICE OF SUMMONS, COMPLAINT AND OTHER DOCUMENTS ON DEFENDANT STEPHEN C.
MACEVICZ   Case No. C07 02845 MEJ
pa-1175240

1

**PROOF OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on June 8, 2007, by agreement, I served a copy of:

**SUMMONS IN A CIVIL ACTION**

**CIVIL COVER SHEET**

**COMPLAINT**

**ATTACHMENTS TO COMPLAINT**

**NOTICE OF PENDENCY OF OTHER ACTION**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**COURT FORMS AND STANDING ORDERS**

**ECF REGISTRATION INFORMATION HANDOUT**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

[x] **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

[x] **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| **ATTORNEYS FOR DEFENDANT** | _____ Fax |
| **STEPHEN C. MACEVICZ** | __X__ U.S. Mail |
| Basil P. Fthenakis | _____ Overnight |
| Technology & Intellectual Property | _____ Personal |
| Strategies Group PC | __X__ Electronic Service |
| 1000 Elwell Court, Suite 150 | |
| Palo Alto, California  94303 | |
| Fax: (800) 822-7095 | |
| Email: bfthenakis@tipsgroup.org | |

   I further declare that I spoke with Mr. Fthenakis on June 7, 2007 and that he stated that he represented Stephen C. Macevicz and was authorized to accept service of process on behalf of Stephen C. Macevicz.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed at Palo Alto, California, this 20th day of June, 2007.

|                  Eric C. Pai                   |             /s/ Eric C. Pai              |
|:---:|:---:|
| (typed) | (signature) |

I, **Bryan Wilson**, am the ECF User whose ID and password are being used to file this **PROOF OF SERVICE**.  In compliance with General Order 45, X.B., I hereby attest that **Eric C. Pai** has concurred in this filing and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Date:  June 20, 2007           /s/ Bryan Wilson
                               Bryan Wilson

PROOF OF SERVICE
Case No. C07 02845 MEJ
pa-1175240

3