| | |
|---|---|
| 1 | BRYAN WILSON (CA BAR NO. 138842) |
| | ERIC C. PAI (CA BAR NO. 247604) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792 |
| | E-Mail: BWilson@mofo.com |
| 5 | E-Mail: EPai@mofo.com |
| 6 | DAVID C. DOYLE (CA SBN 70690) |
| | STEVEN E. COMER (CA SBN 154384) |
| 7 | ANDERS T. AANNESTAD (CA SBN 211100) |
| | MORRISON & FOERSTER LLP |
| 8 | 12531 High Bluff Drive |
| | Suite 100 |
| 9 | San Diego, California 92130-2040 |
| | Telephone: 858.720.5100 |
| 10 | Facsimile: 858.720.5125 |
| | E-Mail: DDoyle@mofo.com |
| 11 | E-Mail: SComer@mofo.com |
| | E-Mail: AAannestad@mofo.com |
| 12 | |
| 13 | Attorneys for Plaintiff |
| | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., SOLEXA, INC., AND STEPHEN C. MACEVICZ<br><br>Defendants. | Case No.  C07 02845 MEJ<br><br>Magistrate Judge Maria-Elena James<br><br>**STIPULATION TO EXTEND THE TIME WITHIN WHICH ILLUMINA, INC. AND SOLEXA, INC. MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP** |

-1-

**STIPULATION TO EXTEND TIME FOR ILLUMINA AND SOLEXA TO ANSWER OR OTHERWISE RESPOND**

1  Pursuant to Local Rule 6-1(a), Plaintiff Applera Corporation – Applied Biosystems Group
2  ("AB"), and Defendants Illumina, Inc. ("Illumina") and Solexa, Inc. ("Solexa"), hereby stipulate,
3  by and through their undersigned attorneys, that the time for Illumina and Solexa to answer or
4  otherwise respond to AB's Complaint in this action is extended by fourteen days from June 28,
5  2007 through July 12, 2007.

7  Dated: June 26, 2007

9  s/ Bryan Wilson
BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

COUNSEL FOR APPLERA CORPORATION --
APPLIED BIOSYSTEMS GROUP

s/ Thomas I. Ross
KEVIN M. FLOWERS
THOMAS I. ROSS
JEFFREY H. DEAN
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300
(312) 474-0448

COUNSEL FOR ILLUMINA, INC AND SOLEXA, INC.

-2-

**STIPULATION TO EXTEND TIME FOR ILLUMINA AND SOLEXA TO ANSWER OR OTHERWISE RESPOND**