BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLERA CORPORATION -- APPLIED BIOSYSTEMS GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., SOLEXA, INC., AND STEPHEN C. MACEVICZ<br><br>Defendants. | Case No.  07-CV-02845<br><br>Magistrate Judge Maria-Elena James<br><br>**STIPULATION TO EXTEND THE TIME WITHIN WHICH ILLUMINA, INC. AND SOLEXA, INC. MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP** |

Pursuant to Local Rule 6-1(a), Plaintiff, Applera Corporation – Applied Biosystems Group ("AB"), and Defendants Illumina, Inc. ("Illumina") and Solexa, Inc. ("Solexa"), hereby stipulate, by and through their undersigned attorneys, that the time for Illumina and Solexa to answer or otherwise respond to AB's Complaint in this action is extended from July 12, 2007 through August 3, 2007.

**STIPULATION TO EXTEND TIME FOR ILLUMINA AND SOLEXA TO ANSWER OR OTHERWISE RESPOND**
**CASE NO. 07-CV-02845**
pa-1181396

1

1  This is the second stipulated extension submitted by the parties. It will not affect the date
2  of any event or any deadline already fixed by Court order.

3  Dated: July 18, 2007

5     s/ Eric C. Pai                                      s/ Thomas I. Ross
BRYAN WILSON (CA BAR NO. 138842)     KEVIN M. FLOWERS
ERIC C. PAI (CA BAR NO. 247604)          THOMAS I. ROSS
MORRISON & FOERSTER LLP                JEFFREY H. DEAN
755 Page Mill Road                              MARSHALL, GERSTEIN & BORUN LLP
Palo Alto, California 94304-1018            6300 Sears Tower
Telephone: 650.813.5600                   233 South Wacker Drive
Facsimile: 650.494.0792                    Chicago, IL 60606-6357
E-Mail: BWilson@mofo.com             (312) 474-6300
E-Mail: EPai@mofo.com                (312) 474-0448

DAVID C. DOYLE (CA SBN 70690)        COUNSEL FOR ILLUMINA, INC AND
STEVEN E. COMER (CA SBN 154384)     SOLEXA, INC.
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

COUNSEL FOR APPLERA CORPORATION –
APPLIED BIOSYSTEMS GROUP

I, Eric C. Pai, am the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND THE TIME WITHIN WHICH ILLUMINA, INC. AND SOLEXA, INC. MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP**. I hereby attest that Thomas Ross has concurred in this filing.

Date: July 18, 2007                     s/Eric C. Pai
                                          Eric C. Pai

STIPULATION TO EXTEND TIME FOR ILLUMINA AND SOLEXA TO ANSWER OR OTHERWISE RESPOND
CASE NO. 07-CV-02845
pa-1181396

2