BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., SOLEXA, INC., AND STEPHEN C. MACEVICZ<br><br>Defendants. | Case No. 07-CV-02845<br><br>Magistrate Judge Maria-Elena James<br><br>**STIPULATION TO EXTEND THE TIME WITHIN WHICH ILLUMINA, INC. AND SOLEXA, INC. MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP** |

Pursuant to Local Rule 6-1(a), Plaintiff, Applera Corporation – Applied Biosystems Group ("AB"), and Defendants Illumina, Inc. ("Illumina") and Solexa, Inc. ("Solexa"), hereby stipulate, by and through their undersigned attorneys, that the time for Illumina and Solexa to answer or otherwise respond to AB's Complaint in this action is extended from August 3, 2007 through August 13, 2007.

-1-

This is the third stipulated extension submitted by the parties. It will not affect the date of any event or any deadline already fixed by Court order.

Dated: August 3, 2007

| s/ Eric C. Pai | s/ Thomas I. Ross |
|---|---|
| BRYAN WILSON (CA BAR NO. 138842)<br>ERIC C. PAI (CA BAR NO. 247604)<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br>E-Mail: BWilson@mofo.com<br>E-Mail: EPai@mofo.com | KEVIN M. FLOWERS<br>THOMAS I. ROSS<br>JEFFREY H. DEAN<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6357<br>(312) 474-6300<br>(312) 474-0448 |
| DAVID C. DOYLE (CA SBN 70690)<br>STEVEN E. COMER (CA SBN 154384)<br>ANDERS T. AANNESTAD (CA SBN 211100)<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br>E-Mail: DDoyle@mofo.com<br>E-Mail: SComer@mofo.com<br>E-Mail: AAannestad@mofo.com | COUNSEL FOR ILLUMINA, INC AND SOLEXA, INC. |
| COUNSEL FOR APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP | |

I, Eric C. Pai, am the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND THE TIME WITHIN WHICH ILLUMINA, INC. AND SOLEXA, INC. MAY ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP**. I hereby attest that Thomas Ross has concurred in this filing.

Date: August 3, 2007         s/Eric C. Pai
                             Eric C. Pai

-2-

**STIPULATION TO EXTEND TIME FOR ILLUMINA AND SOLEXA TO ANSWER OR OTHERWISE RESPOND**
pa-1185293