GREGORY E. STANTON (CA BAR NO. 203495)
KEVIN M. FLOWERS
THOMAS I. ROSS
JEFFREY H. DEAN
JOHN R. LABBE
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300
(312) 474-0448 (facsimile)
E-Mail: gstanton@marshallip.com
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com

Attorneys for ILLUMINA, INC. and
SOLEXA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLERA CORPORATION-APPLIED
BIOSYSTEMS GROUP, a Delaware
corporation,

              Plaintiff,

              vs.

ILLUMINA, INC., a Delaware corporation,
SOLEXA INC., a Delaware corporation, and
STEPHEN C. MACEVICZ, an individual

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 07-CV-02845 MEJ

Magistrate Judge Maria-Elena James

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS ILLUMINA, INC. AND SOLEXA, INC.**

      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, Illumina, Inc. and Solexa, Inc., there is no such interest to report.

1

2       Dated:  August 13, 2007              Respectfully submitted,

3                                               s/ Gregory E. Stanton
                                             GREGORY E. STANTON (CA BAR NO. 203495)
4                                            KEVIN M. FLOWERS
                                             THOMAS I. ROSS
5                                            JEFFREY H. DEAN
                                             JOHN R. LABBE
6                                            MARSHALL, GERSTEIN & BORUN LLP
7                                            6300 Sears Tower
                                             233 South Wacker Drive
8                                            Chicago, IL 60606-6357
                                             (312) 474-6300
9                                            (312) 474-0448 (facsimile)
                                             E-Mail: gstanton@marshallip.com
10                                           E-Mail: kflowers@marshallip.com
                                             E-Mail: tross@marshallip.com
11                                           E-Mail: jdean@marshallip.com
                                             E-Mail: jlabbe@marshallip.com
12

13                                           Attorneys for ILLUMINA, INC. and
                                             SOLEXA, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS ILLUMINA AND SOLEXA