1  BRYAN WILSON (CA BAR NO. 138842)
2  ERIC C. PAI (CA BAR NO. 247604)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  E-Mail: BWilson@mofo.com
   E-Mail: EPai@mofo.com
6
7  DAVID C. DOYLE (CA SBN 70690)
   STEVEN E. COMER (CA SBN 154384)
8  ANDERS T. AANNESTAD (CA SBN 211100)
   MORRISON & FOERSTER LLP
9  12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
10 Telephone:  858.720.5100
   Facsimile:  858.720.5125
11 E-Mail:  DDoyle@mofo.com
   E-Mail:  SComer@mofo.com
12 E-Mail: AAannestad@mofo.com

13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 APPLERA CORPORATION – APPLIED          No. C07 02845 MEJ
   BIOSYSTEMS GROUP,
17              Plaintiff,
                                          **DECLINATION TO PROCEED BEFORE**
18      v.                                **A MAGISTRATE JUDGE**
                                                        **AND**
19 ILLUMINA, INC., a Delaware corporation, **REQUEST FOR REASSIGNMENT TO A**
   SOLEXA INC., a Delaware corporation, and **UNITED STATES DISTRICT JUDGE**
20 STEPHEN C. MACEVICZ, an individual,
                Defendants.
21

22       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
23
          The undersigned party in the above-captioned civil matter hereby declines to consent to the
24
   assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
25
   requests the reassignment of this case to a United States District Judge.
26
   Dated: August 14, 2007              /s/ Bryan Wilson
27                                      Bryan Wilson
                                        Counsel for   APPLERA CORPORATION
28                                                    – APPLIED BIOSYSTEMS
                                                      GROUP

American LegalNet, Inc.
www.FormsWorkflow.com

(Name of party or indicate "pro se")

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

American LegalNet, Inc.
www.FormsWorkflow.com