UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION - APPLIED
BIOSYSTEMS GROUP
           Plaintiff(s),

v.

ILLUMINA, INC., SOLEXA, INC., and
STEPHEN C. MACEVICZ
           Defendant(s).
_____/

Case No. 07-CV-2845-MEJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/16/2007

s/ Stefanie Valentini
[Party]

Dated: 08/16/2007

s/ Gregory E. Stanton
[Counsel]