AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION - APPLIED BIOSYSTEMS GROUP

Vs.

ILLUMINA, INC., et al.

**APPEARANCE**

Case Number: C 07-02845 WHA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP

I certify that I am admitted to practice in this court.

August 29, 2007
Date

Signature

Kurtis MacFerrin — Print Name
178006 — Bar Number

Applera Corporation - Applied Biosystems Group
850 Lincoln Centre Drive
Address

Foster City — City
CA — State
94404 — Zip Code

(650) 554-3410 — Phone Number
(650) 638-6677 — Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com