BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., SOLEXA, INC., AND STEPHEN C. MACEVICZ<br><br>Defendants. | Case No. 07-CV-02845 WHA<br><br>**STIPULATION REGARDING RELATION BACK OF CLAIMS** |

Stipulation Regarding Relation Back of Claims
Case No. 07-CV-02845 WHA

pa-1190342

1    WHEREAS this case is related to the pending case of *Applera Corporation -- Applied Biosystems Group v. Solexa, Inc., Stephen C. Macevicz, and Does 1-10*, filed on or about December 26, 2006 in the Superior Court of California, County of Santa Clara, Case No. 106CV077133 (the "State Court Action");

2    WHEREAS this case provides the opportunity to resolve each issue also brought in the State Court Action;

3    WHEREAS Plaintiff Applera Corporation – Applied Biosystems Group ("AB") is willing to dismiss the State Court Action without prejudice, but with the understanding that it preserves the benefit of the date on which it brought the State Court Action;

4    NOW, THEREFORE, AB, and Defendants Illumina, Inc. ("Illumina"), Solexa, Inc. ("Solexa"), and Stephen C. Macevicz ("Macevicz") through their undersigned attorneys hereby AGREE AND STIPULATE as follows:

5    AB's First Cause of Action ("Breach of Contract; Against Macevicz"), Second Cause of Action ("Interference With Contract; Against All Defendants"), Fifth Cause of Action ("Conversion; Against All Defendants"), Sixth Cause of Action ("Imposition of Constructive Trust; Against All Defendants"), and Seventh Cause of Action ("Unfair Competition; Against Solexa and Illumina") contained in its Complaint filed on May 31, 2007 shall be treated as if they were filed by AB on December 26, 2006.

6    This Stipulation does not address and shall not affect whether AB's Third Cause of Action ("Breach of Fiduciary Duty; Against All Defendants"), Fourth Cause of Action ("Constructive Fraud; Against All Defendants"), or other causes of action subsequently brought by AB relate back to December 26, 2006.

Stipulation Regarding Relation Back of Claims         -1-
Case No. 07-CV-02845 WHA

pa-1190342

1  Dated: August 30, 2007

2

3    /s/ Eric C. Pai                                                       /s/ Gregory E. Stanton
BRYAN WILSON (CA BAR NO. 138842)     GREGORY E. STANTON
ERIC C. PAI (CA BAR NO. 247604)             KEVIN M. FLOWERS
MORRISON & FOERSTER LLP                    THOMAS I. ROSS
755 Page Mill Road                                   JEFFREY H. DEAN
Palo Alto, California 94304-1018              JOHN R. LABBE
Telephone: 650.813.5600                      MARSHALL, GERSTEIN & BORUN LLP
Facsimile: 650.494.0792                       6300 Sears Tower
E-Mail: BWilson@mofo.com               233 South Wacker Drive
E-Mail: EPai@mofo.com                     Chicago, IL 60606-6357
                                                        (312) 474-6300
DAVID C. DOYLE (CA SBN 70690)        (312) 474-0448
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP                  COUNSEL FOR ILLUMINA, INC AND
12531 High Bluff Drive                          SOLEXA, INC.
Suite 100
San Diego, California 92130-2040              /s/ Basil Fthenakis
Telephone: 858.720.5100                      BASIL FTHENAKIS
Facsimile: 858.720.5125                       TECHNOLOGY & INTELLECTUAL
E-Mail: DDoyle@mofo.com                 PROPERTY STRATEGIES GROUP PC
E-Mail: SComer@mofo.com                 1000 Elwell Court, Suite 150
E-Mail: AAannestad@mofo.com           Palo Alto, CA 94303

COUNSEL FOR APPLERA CORPORATION –  COUNSEL FOR STEPHEN C. MACEVICZ
APPLIED BIOSYSTEMS GROUP

I, E**,** am the ECF User whose ID and password are being used to file this **STIPULATION REGARDING RELATION BACK OF CLAIMS**.  I hereby attest that Gregory E. Stanton and Basil Fthenakis have concurred in this filing.

Date: August 30, 2007                          /s/ Eric C. Pai