BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**APPLIED BIOSYSTEMS' REPLY TO SOLEXA'S COUNTERCLAIMS** |

Plaintiff Applera Corporation – Applied Biosystems Group ("Applied Biosystems" or "AB"), for its Reply to Defendant Solexa, Inc.'s ("Solexa") counterclaims, states as follows:

### RESPONSES TO COUNTERCLAIMS

1. Responding to paragraph 1 of Solexa's counterclaims, AB admits that Solexa's counterclaims purport to bring an action for patent infringement under 35 U.S.C. Title 35, but denies that AB is liable for patent infringement as alleged in Solexa's counterclaims.

2. AB admits the allegations of paragraph 2 of Solexa's counterclaims.

3. AB admits the allegations of paragraph 3 of Solexa's counterclaims.

4. AB admits the allegations of paragraph 4 of Solexa's counterclaims.

5. AB admits the allegations of paragraph 5 of Solexa's counterclaims.

6. AB incorporates its replies to paragraphs 1-5 of Solexa's counterclaims.

7. AB admits that U.S. Patent No. 5,750,341 (the "'341 Patent") issued on May 12, 1998. AB denies the remaining allegations of paragraph 7.

8. AB denies the allegations of paragraph 8 of Solexa's counterclaims.

9. AB denies the allegations of paragraph 9 of Solexa's counterclaims.

10. AB denies the allegations of paragraph 10 of Solexa's counterclaims.

11. AB denies the allegations of paragraph 11 of Solexa's counterclaims.

12. AB denies the allegations of paragraph 12 of Solexa's counterclaims.

13. Responding to paragraph 13 of Solexa's counterclaims, AB admits that it did not learn about the '341 Patent until in or around February 2006. AB denies the remaining allegations of paragraph 13.

14. AB denies the allegations of paragraph 14 of Solexa's counterclaims.

15. AB incorporates its replies to paragraphs 1-14 of Solexa's counterclaims.

16. AB admits that U.S. Patent No. 5,969,119 (the "'119 Patent") issued on October 19, 1999. AB denies the remaining allegations of paragraph 16.

17. AB denies the allegations of paragraph 17 of Solexa's counterclaims.

18. AB denies the allegations of paragraph 18 of Solexa's counterclaims.

19. AB denies the allegations of paragraph 19 of Solexa's counterclaims.

1    20.    AB denies the allegations of paragraph 20 of Solexa's counterclaims.

2    21.    AB denies the allegations of paragraph 21 of Solexa's counterclaims.

3    22.    Responding to paragraph 22 of Solexa's counterclaims, AB admits that it did not learn about the '119 Patent until in or around February 2006. AB denies the remaining allegations of paragraph 22.

6    23.    AB denies the allegations of paragraph 23 of Solexa's counterclaims.

7    24.    AB incorporates its replies to paragraph 1-23 of Solexa's counterclaims.

8    25.    AB admits that U.S. Patent No. 6,306,597 (the "'597 Patent") issued on October 23, 2001. AB denies the remaining allegations of paragraph 25.

10    26.    AB denies the allegations of paragraph 26 of Solexa's counterclaims.

11    27.    AB denies the allegations of paragraph 27 of Solexa's counterclaims.

12    28.    AB denies the allegations of paragraph 28 of Solexa's counterclaims.

13    29.    AB denies the allegations of paragraph 29 of Solexa's counterclaims.

14    30.    AB denies the allegations of paragraph 30 of Solexa's counterclaims.

15    31.    Responding to paragraph 31 of Solexa's counterclaims, AB admits that it did not learn about the '597 Patent until in or around February 2006. AB denies the remaining allegations of paragraph 31.

18    32.    AB denies the allegations of paragraph 32 of Solexa's counterclaims.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

21    33.    The causes of action asserted in Solexa's counterclaims fail to state a claim upon which relief may be granted.

### Second Affirmative Defense

24    34.    Each of Solexa's claims for relief is barred because Solexa is not the owner of the '341 Patent, the '119 Patent, or the '597 Patent (collectively, "the Patents").

### Third Affirmative Defense

27    35.    Each of Solexa's claims for relief is barred, in whole or in part, under the doctrine of unclean hands.

**Fourth Affirmative Defense**

36.   Each of Solexa's claims for relief is barred, in whole or in part, under the doctrines of estoppel and waiver.

**Additional Affirmative Defenses**

37.   AB reserves the right to assert additional affirmative defenses if it is determined that AB is not the owner of the '341 Patent, the '119 Patent, or the '597 Patent.

**PRAYER FOR RELIEF**

WHEREFORE, AB respectfully requests that judgment on Solexa's counterclaims be entered in AB's favor and against Solexa, and that AB be awarded such further relief as the Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Applied Biosystems demands a trial by jury on Solexa's counterclaims as to all issues so triable.

Dated: September 7, 2007                MORRISON & FOERSTER LLP

By:   /s/ Bryan Wilson
      Bryan Wilson

      Attorneys for Plaintiff
      APPLERA CORPORATION –
      APPLIED BIOSYSTEMS GROUP