1  BRYAN WILSON (CA BAR NO. 138842)
   ERIC C. PAI (CA BAR NO. 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com
5  E-Mail: EPai@mofo.com

6  DAVID C. DOYLE (CA SBN 70690)
   STEVEN E. COMER (CA SBN 154384)
7  ANDERS T. AANNESTAD (CA SBN 211100)
   MORRISON & FOERSTER LLP
8  12531 High Bluff Drive, Suite 100
   San Diego, California 92130-2040
9  Telephone: 858.720.5100
   Facsimile: 858.720.5125
10 E-Mail: DDoyle@mofo.com
   E-Mail: SComer@mofo.com
11 E-Mail: AAannestad@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS
13 GROUP

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17

18 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.    07-CV-02845 WHA |
|---|---|
| Plaintiff, | **APPLIED BIOSYSTEMS' FIRST AMENDED REPLY TO SOLEXA'S COUNTERCLAIMS** |
| v. | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| Defendants. | |

1  Plaintiff Applera Corporation – Applied Biosystems Group ("Applied Biosystems" or
2  "AB"), for its First Amended Reply to Defendant Solexa, Inc.'s ("Solexa") counterclaims, states
3  as follows:

## RESPONSES TO COUNTERCLAIMS

5  1.  Responding to paragraph 1 of Solexa's counterclaims, AB admits that Solexa's
6  counterclaims purport to bring an action for patent infringement under 35 U.S.C. Title 35, but
7  denies that Solexa has standing to bring an action for patent infringement under 35 U.S.C. Title
8  35, and denies that AB is liable for patent infringement as alleged in Solexa's counterclaims.

9  2.  AB admits the allegations of paragraph 2 of Solexa's counterclaims.
10 3.  AB admits the allegations of paragraph 3 of Solexa's counterclaims.
11 4.  AB denies the allegations of paragraph 4 of Solexa's counterclaims.
12 5.  AB admits the allegations of paragraph 5 of Solexa's counterclaims.
13 6.  AB incorporates its replies to paragraphs 1-5 of Solexa's counterclaims.
14 7.  AB admits that U.S. Patent No. 5,750,341 (the "'341 Patent") issued on May 12,
15 1998.  AB denies the remaining allegations of paragraph 7.
16 8.  AB denies the allegations of paragraph 8 of Solexa's counterclaims.
17 9.  AB denies the allegations of paragraph 9 of Solexa's counterclaims.
18 10. AB denies the allegations of paragraph 10 of Solexa's counterclaims.
19 11. AB denies the allegations of paragraph 11 of Solexa's counterclaims.
20 12. AB denies the allegations of paragraph 12 of Solexa's counterclaims.
21 13. Responding to paragraph 13 of Solexa's counterclaims, AB admits that it did not
22 learn about the '341 Patent until in or around February 2006.  AB denies the remaining
23 allegations of paragraph 13.
24 14. AB denies the allegations of paragraph 14 of Solexa's counterclaims.
25 15. AB incorporates its replies to paragraphs 1-14 of Solexa's counterclaims.
26 16. AB admits that U.S. Patent No. 5,969,119 (the "'119 Patent") issued on
27 October 19, 1999.  AB denies the remaining allegations of paragraph 16.
28 17. AB denies the allegations of paragraph 17 of Solexa's counterclaims.

1  18. AB denies the allegations of paragraph 18 of Solexa's counterclaims.

2  19. AB denies the allegations of paragraph 19 of Solexa's counterclaims.

3  20. AB denies the allegations of paragraph 20 of Solexa's counterclaims.

4  21. AB denies the allegations of paragraph 21 of Solexa's counterclaims.

5  22. Responding to paragraph 22 of Solexa's counterclaims, AB admits that it did not learn about the '119 Patent until in or around February 2006. AB denies the remaining allegations of paragraph 22.

8  23. AB denies the allegations of paragraph 23 of Solexa's counterclaims.

9  24. AB incorporates its replies to paragraph 1-23 of Solexa's counterclaims.

10  25. AB admits that U.S. Patent No. 6,306,597 (the "'597 Patent") issued on October 23, 2001. AB denies the remaining allegations of paragraph 25.

12  26. AB denies the allegations of paragraph 26 of Solexa's counterclaims.

13  27. AB denies the allegations of paragraph 27 of Solexa's counterclaims.

14  28. AB denies the allegations of paragraph 28 of Solexa's counterclaims.

15  29. AB denies the allegations of paragraph 29 of Solexa's counterclaims.

16  30. AB denies the allegations of paragraph 30 of Solexa's counterclaims.

17  31. Responding to paragraph 31 of Solexa's counterclaims, AB admits that it did not learn about the '597 Patent until in or around February 2006. AB denies the remaining allegations of paragraph 31.

20  32. AB denies the allegations of paragraph 32 of Solexa's counterclaims.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

33. The causes of action asserted in Solexa's counterclaims fail to state a claim upon which relief may be granted.

### Second Affirmative Defense

34. Each of Solexa's claims for relief is barred because Solexa is not the owner of the '341 Patent, the '119 Patent, or the '597 Patent (collectively, "the Patents").

### Third Affirmative Defense

35. Solexa does not have standing to bring an action for infringement of the '341 Patent, the '119 Patent, or the '597 Patent.

### Fourth Affirmative Defense

36. Each of Solexa's claims for relief is barred because AB has rights to practice the inventions claimed in the '341 Patent, the '119 Patent, and the '597 Patent.

### Fifth Affirmative Defense

37. Each of Solexa's claims for relief is barred, in whole or in part, under the doctrine of unclean hands.

### Sixth Affirmative Defense

38. Each of Solexa's claims for relief is barred, in whole or in part, under the doctrines of estoppel and waiver.

### Additional Affirmative Defenses

39. AB reserves the right to assert additional affirmative defenses if it is determined that AB is not the owner of the '341 Patent, the '119 Patent, or the '597 Patent.

### PRAYER FOR RELIEF

WHEREFORE, AB respectfully requests that judgment on Solexa's counterclaims be entered in AB's favor and against Solexa, and that AB be awarded such further relief as the Court deems appropriate.

### DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Applied Biosystems demands a trial by jury on Solexa's counterclaims as to all issues so triable.

| | | |
|---|---|---|
| 1 | Dated: September 20, 2007 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:   /s/ Bryan Wilson |
| 4 | | Bryan Wilson |
| 5 | | Attorneys for Plaintiff<br>APPLERA CORPORATION –<br>APPLIED BIOSYSTEMS GROUP |

4

APPLIED BIOSYSTEMS' FIRST AMENDED REPLY TO SOLEXA'S COUNTERCLAIMS
Case No. 07-CV-02845 WHA
pa-1193014