UNITED STATES DISTRICT COURT

Northern District of California

APPLERA CORPORATION - APPLIED BIOSYSTEMS GROUP,

Plaintiff(s),

v.

ILLUMINA, INC., SOLEXA, INC., AND STEPHEN C. MACEVICZ

Defendant(s).

CASE NO. 07-CV-02845 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Thomas I. Ross, an active member in good standing of the bar of the Supreme Court of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Dr., Chicago, IL 60606
312-474-6300; 312-474-0448 (fax)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Illumina, Inc. and Solexa, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 24, 2007

United States District Judge