## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>September 20, 2007</u>

Case No.  <u>C 07-02845 WHA</u>

Title: <u>APPLERA CORP</u>  v. <u>ILLUMNA INC</u>

Plaintiff Attorneys: Bryan Wilson; Steven Comer; Kurtis MacFerrin

Defense Attorneys: John Labbe; Thomas Ross; Jeffrey Williams; Basil Fthenakis

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

### **PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   _____

Complete Initial Disclosures (Rule 26): 9/28/07

Discovery Cutoff: 5/30/08

Designation of Experts: 5/30/08

Last Day to File Motion: 6/26/08

Continued to  **1/30/08 at 1:30pm** for Tutorial

Continued to  **2/13/08 at 1:30 pm** for Claim Construction

Continued to  **9/8/08 at 2:00pm** for Pretrial Conference

Continued to  **9/29/08 at 7:30am** for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Laporte for settlement conference/mediation..

Parties shall meet and confer and submit a proposed claim construction schedule by 9/28/07.