1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12  APPLERA CORPORATION – APPLIED                Case No.    07-CV-02845 WHA
    BIOSYSTEMS GROUP, a Delaware corporation,
13                                               **[PROPOSED] ORDER RE
                    Plaintiff,                   SCHEDULE FOR CLAIM
14                                               CONSTRUCTION**
           v.
15
    ILLUMINA, INC., a Delaware corporation,
16  SOLEXA, INC., a Delaware corporation, and
    STEPHEN C. MACEVICZ, an individual,
17
                    Defendants.
18

19
20
21
22
23
24
25
26
27
28

As directed by the Court in its Case Management Order and Reference to Magistrate Judge for Settlement/Mediation, dated September 20, 2007 (Docket No. 32), the Parties submit the following stipulated Order establishing a briefing schedule leading up to the claim construction hearing on February 13, 2008:

**SCHEDULE FOR CLAIM CONSTRUCTION PROCEEDINGS**

| Filing / Event | Date |
| --- | --- |
| Exchange proposed terms and claim elements for construction  [Patent L.R. 4-1] | November 27, 2007 |
| Exchange preliminary claim constructions and extrinsic evidence  [Patent L.R. 4-2] | December 7, 2007 |
| File joint claim construction and prehearing statement  [Patent L.R. 4-3] | December 21, 2007 |
| Solexa to serve and file opening brief on claim construction  [Patent L.R. 4-5(a)] | January 4, 2008 |
| Applied Biosystems to serve and file responsive brief on claim construction [Patent L.R. 4-5(b)] | January 18, 2008 |
| Solexa to serve and file reply brief on claim construction  [Patent L.R. 4-5(c)] | January 25, 2008 |
| Complete claim construction discovery | January 29, 2008 |
| Tutorial | January 30, 2008, at 1:30 p.m. |
| Claim Construction Hearing | February 13, 2008, at 1:30 p.m. |

If a party relies upon the affidavit or declaration of an expert in support of a brief on claim construction, that party shall make the expert reasonably available for deposition no later than 2 days before the other party's responsive or reply brief must be filed.  If Solexa relies upon the affidavit or declaration of an expert in support of its reply brief on claim construction, Solexa shall make the expert reasonably available for deposition before the deadline to complete claim construction discovery on January 29, 2008.  The parties shall meet and confer in advance of the filing of the opening brief on claim construction to ensure that these depositions may be taken.

1
[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION
Case No. 07-CV-02845 WHA
pa-1196342

Dated: September 28, 2007          MORRISON & FOERSTER LLP

                                   By:   /s/ Eric C. Pai
                                         Eric C. Pai

                                   Attorneys for APPLERA CORPORATION
                                   – APPLIED BIOSYSTEMS GROUP


Dated: September 28, 2007          MARSHALL, GERSTEIN & BORUN LLP

                                   By:   /s/ John R. Labbe
                                         John R. Labbe

                                   Attorneys for ILLUMINA, INC. and
                                   SOLEXA, INC.


**IT IS SO ORDERED**.


Dated: _____
                                   _____
                                   WILLIAM H. ALSUP
                                   United States District Judge

1  I, Eric C. Pai, am the ECF User whose ID and password are being used to file this

2  **[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**.  In

3  compliance with General Order 45, X.B., I hereby attest that John R. Labbe has concurred in

4  this filing.

5  Dated: September 28, 2007             MORRISON & FOERSTER LLP

7                                                                By:   /s/ Eric C. Pai
                                                                         Eric C. Pai

                                                                  Attorneys for Plaintiff
9                                                                 APPLERA CORPORATION – APPLIED
                                                                  BIOSYSTEMS GROUP