UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>~~[PROPOSED]~~ **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |

As directed by the Court in its Case Management Order and Reference to Magistrate Judge for Settlement/Mediation, dated September 20, 2007 (Docket No. 32), the Parties submit the following stipulated Order establishing a briefing schedule leading up to the claim construction hearing on February 13, 2008:

### SCHEDULE FOR CLAIM CONSTRUCTION PROCEEDINGS

| Filing / Event | Date |
| --- | --- |
| Exchange proposed terms and claim elements for construction  [Patent L.R. 4-1] | November 27, 2007 |
| Exchange preliminary claim constructions and extrinsic evidence  [Patent L.R. 4-2] | December 7, 2007 |
| File joint claim construction and prehearing statement  [Patent L.R. 4-3] | December 21, 2007 |
| Solexa to serve and file opening brief on claim construction  [Patent L.R. 4-5(a)] | January 4, 2008 |
| Applied Biosystems to serve and file responsive brief on claim construction [Patent L.R. 4-5(b)] | January 18, 2008 |
| Solexa to serve and file reply brief on claim construction  [Patent L.R. 4-5(c)] | January 25, 2008 |
| Complete claim construction discovery | January 29, 2008 |
| Tutorial | January 30, 2008, at 1:30 p.m. |
| Claim Construction Hearing | February 13, 2008, at 1:30 p.m. |

If a party relies upon the affidavit or declaration of an expert in support of a brief on claim construction, that party shall make the expert reasonably available for deposition no later than 2 days before the other party's responsive or reply brief must be filed.  If Solexa relies upon the affidavit or declaration of an expert in support of its reply brief on claim construction, Solexa shall make the expert reasonably available for deposition before the deadline to complete claim construction discovery on January 29, 2008.  The parties shall meet and confer in advance of the filing of the opening brief on claim construction to ensure that these depositions may be taken.

1
[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION
Case No. 07-CV-02845 WHA
pa-1196342

Dated: September 28, 2007

MORRISON & FOERSTER LLP

By: /s/ Eric C. Pai
Eric C. Pai

Attorneys for APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

Dated: September 28, 2007

MARSHALL, GERSTEIN & BORUN LLP

By: /s/ John R. Labbe
John R. Labbe

Attorneys for ILLUMINA, INC. and SOLEXA, INC.

**IT IS SO ORDERED**.

Dated: October 1, 2007

WILLIAM H. ALSUP
United States District Judge

1  I, Eric C. Pai, am the ECF User whose ID and password are being used to file this

2  **[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**.  In

3  compliance with General Order 45, X.B., I hereby attest that John R. Labbe has concurred in

4  this filing.

5  Dated: September 28, 2007          MORRISON & FOERSTER LLP

7                                      By:   /s/ Eric C. Pai
                                              Eric C. Pai
8
                                       Attorneys for Plaintiff
9                                      APPLERA CORPORATION – APPLIED
                                       BIOSYSTEMS GROUP