1  BRYAN WILSON (CA BAR NO. 138842)
   ERIC C. PAI (CA BAR NO. 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com
5  E-Mail: EPai@mofo.com

6  DAVID C. DOYLE (CA SBN 70690)
   STEVEN E. COMER (CA SBN 154384)
7  ANDERS T. AANNESTAD (CA SBN 211100)
   MORRISON & FOERSTER LLP
8  12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
9  Telephone: 858.720.5100
   Facsimile: 858.720.5125
10 E-Mail: DDoyle@mofo.com
   E-Mail: SComer@mofo.com
11 E-Mail: AAannestad@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.   07-CV-02845 WHA |
   |---|---|
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK LEAVE FOR PLEADING AMENDMENTS** |
   | v. | |
   | ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
   | Defendants. | |

# STIPULATION

WHEREAS major fires in San Diego, California have required the evacuation of all persons from many homes and offices in San Diego County; and

WHEREAS these fires have resulted in the closure and evacuation of the San Diego office of counsel for Plaintiff Applera Corporation – Applied Biosystems Group ("AB") for the entire week of October 22; and

WHEREAS this closure and evacuation has prevented counsel for AB, over half of whom are resident in the San Diego office, from completing the necessary analysis and work to finalize its amended pleadings; and

WHEREAS these fires have also affected Defendant Illumina, Inc. ("Illumina"), whose corporate headquarters are in San Diego, and prevented Illumina's in-house counsel, who has ultimate authority for the management of this litigation on behalf of Illumina, from determining whether to stipulate to proposed amendments of AB's pleadings,

THEREFORE, the parties hereby stipulate to extend the deadline for seeking leave to amend pleadings in the above-referenced action from October 25, 2007 to October 31, 2007 and respectfully request that the Court enter the attached proposed order extending the deadline accordingly.

This extension of time will not alter or affect any other dates or deadlines in this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 25, 2007         MORRISON & FOERSTER LLP

                                By:   /s/ Eric C. Pai
                                      Eric C. Pai

                                Attorneys for Plaintiff
                                APPLERA CORPORATION – APPLIED
                                BIOSYSTEMS GROUP

| | |
|---|---|
| Dated: October 25, 2007 | MARSHALL, GERSTEIN & BORUN LLP |
| | By: /s/ John R. Labbe |
| | John R. Labbe |
| | Attorneys for Defendants |
| | ILLUMINA, INC. and SOLEXA, INC. |
| | |
| Dated: October 25, 2007 | TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC |
| | By: /s/ Basil P. Fthenakis |
| | Basil P. Fthenakis |
| | Attorneys for Defendant |
| | STEPHEN C. MACEVICZ |

I, Eric C. Pai, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK LEAVE FOR PLEADING AMENDMENTS. In compliance with General Order 45, X.B., I hereby attest that John R. Labbe and Basil P. Fthenakis have concurred in this filing.

Date: October 25, 2007          /s/ Eric C. Pai

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007    _____
                                      WILLIAM H. ALSUP
                                      United States District Judge