BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK LEAVE FOR PLEADING AMENDMENTS** |

**STIPULATION**

WHEREAS major fires in San Diego, California have required the evacuation of all persons from many homes and offices in San Diego County; and

WHEREAS these fires have resulted in the closure and evacuation of the San Diego office of counsel for Plaintiff Applera Corporation – Applied Biosystems Group ("AB") for the entire week of October 22; and

WHEREAS this closure and evacuation has prevented counsel for AB, over half of whom are resident in the San Diego office, from completing the necessary analysis and work to finalize its amended pleadings; and

WHEREAS these fires have also affected Defendant Illumina, Inc. ("Illumina"), whose corporate headquarters are in San Diego, and prevented Illumina's in-house counsel, who has ultimate authority for the management of this litigation on behalf of Illumina, from determining whether to stipulate to proposed amendments of AB's pleadings,

THEREFORE, the parties hereby stipulate to extend the deadline for seeking leave to amend pleadings in the above-referenced action from October 25, 2007 to October 31, 2007 and respectfully request that the Court enter the attached proposed order extending the deadline accordingly.

This extension of time will not alter or affect any other dates or deadlines in this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 25, 2007                    MORRISON & FOERSTER LLP

By:    /s/ Eric C. Pai
       Eric C. Pai

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

Dated: October 25, 2007

MARSHALL, GERSTEIN & BORUN LLP

By: /s/ John R. Labbe
John R. Labbe

Attorneys for Defendants
ILLUMINA, INC. and SOLEXA, INC.

Dated: October 25, 2007

TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC

By: /s/ Basil P. Fthenakis
Basil P. Fthenakis

Attorneys for Defendant
STEPHEN C. MACEVICZ

I, Eric C. Pai**,** am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK LEAVE FOR PLEADING AMENDMENTS. In compliance with General Order 45, X.B., I hereby attest that John R. Labbe and Basil P. Fthenakis have concurred in this filing.

Date: October 25, 2007 /s/ Eric C. Pai

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 29, 2007

WILLIAM H. ALSUP
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK LEAVE FOR PLEADING AMENDMENTS 2
Case No. 07-CV-02845 WHA
pa-1203916