BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK LEAVE FOR PLEADING AMENDMENTS** |

| | |
|---|---|
| 1 | **STIPULATION** |

2  WHEREAS the parties have previously sought one extension of time for the plaintiff to
3  file amended pleadings because of office closures and other disruptions due to fires in the San
4  Diego area; and

5  WHEREAS the offices have reopened, but the parties have not had a full opportunity to
6  discuss amendments that the plaintiff has proposed; and

7  WHEREAS the proposed pleading amendments sought by the parties would expand the
8  issues in this litigation; and

9  WHEREAS the parties would like to engage in further discussions that may obviate the
10  need for these pleading amendments or narrow their scope; and

11  WHEREAS for the reasons stated above, the parties are not presently in a position to
12  determine whether to stipulate to these pleading amendments; and

13  WHEREAS the parties believe that an additional week will be sufficient to allow them to
14  determine whether these pleading amendments will be necessary or can be avoided,

15  THEREFORE, the parties hereby stipulate to extend the deadline for seeking leave to
16  amend pleadings in the above-referenced action from October 31, 2007 to November 7, 2007 and
17  respectfully request that the Court enter the attached proposed order extending the deadline
18  accordingly.

19  This extension of time will not alter or affect any other dates or deadlines in this action.

20  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 31, 2007            MORRISON & FOERSTER LLP


By:    /s/ Eric C. Pai
       Eric C. Pai

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED
BIOSYSTEMS GROUP

---

FURTHER STIP AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK LEAVE FOR PLEADING AMENDMENTS              1
Case No. 07-CV-02845 WHA
pa-1205444

| | | |
|---|---|---|
| 1 | Dated: October 31, 2007 | MARSHALL, GERSTEIN & BORUN LLP |

By:    /s/ John R. Labbe
       John R. Labbe

Attorneys for Defendants
ILLUMINA, INC. and SOLEXA, INC.

Dated: October 31, 2007                TECHNOLOGY & INTELLECTUAL
                                       PROPERTY STRATEGIES GROUP PC

By:    /s/ Basil P. Fthenakis
       Basil P. Fthenakis

Attorneys for Defendant
STEPHEN C. MACEVICZ

I, Eric C. Pai, am the ECF User whose ID and password are being used to file this FURTHER STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK LEAVE FOR PLEADING AMENDMENTS. In compliance with General Order 45, X.B., I hereby attest that John R. Labbe and Basil P. Fthenakis have concurred in this filing.

Date: October 31, 2007                 /s/ Eric C. Pai

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 1       , 2007        _____
                                       WILLIAM H. ALSUP
                                       United States District Judge

FURTHER STIP AND [PROPOSED] ORDER TO EXTEND TIME TO SEEK LEAVE FOR PLEADING AMENDMENTS
Case No. 07-CV-02845 WHA
pa-1205444

2