1  BRYAN WILSON (CA BAR NO. 138842)
   ERIC C. PAI (CA BAR NO. 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com
5  E-Mail: EPai@mofo.com

6  DAVID C. DOYLE (CA SBN 70690)
   STEVEN E. COMER (CA SBN 154384)
7  ANDERS T. AANNESTAD (CA SBN 211100)
   MORRISON & FOERSTER LLP
8  12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
9  Telephone: 858.720.5100
   Facsimile: 858.720.5125
10 E-Mail: DDoyle@mofo.com
   E-Mail: SComer@mofo.com
11 E-Mail: AAannestad@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17

18 | APPLERA CORPORATION – APPLIED | Case No.    07-CV-02845 WHA |
   | BIOSYSTEMS GROUP, a Delaware corporation, | |
19 | | **STIPULATION AND [PROPOSED]** |
   | Plaintiff, | **ORDER PERMITTING APPLIED** |
20 | | **BIOSYSTEMS TO FILE** |
   | v. | **AMENDED PLEADINGS** |
21 | | |
   | ILLUMINA, INC., a Delaware corporation, | |
22 | SOLEXA, INC., a Delaware corporation, and | |
   | STEPHEN C. MACEVICZ, an individual, | |
23 | | |
   | Defendants. | |
24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS, Plaintiff Applera Corporation – Applied Biosystems Group ("Applied Biosystems" or "AB") wishes to amend its pleadings in this action; and

WHEREAS, Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz consent that AB be permitted to file its amended pleadings,

THEREFORE, the parties hereby stipulate (1) to allow AB to file its amended pleadings, consisting of the attached First Amended Complaint and Applied Biosystems' Second Amended Reply to Solexa's Counterclaims, which shall be deemed filed and served on all parties as of November 7, 2007 and (2) that defendants shall file responsive pleadings, where appropriate, by November 27, 2007; and respectfully request that the Court enter the attached proposed order permitting AB to file its amended pleadings accordingly.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 7, 2007               MORRISON & FOERSTER LLP

                                      By:    /s/ Eric C. Pai
                                      _____
                                             Eric C. Pai

                                      Attorneys for Plaintiff
                                      APPLERA CORPORATION – APPLIED
                                      BIOSYSTEMS GROUP

Dated: November 7, 2007               MARSHALL, GERSTEIN & BORUN LLP

                                      By:    /s/ John R. Labbe
                                      _____
                                             John R. Labbe

                                      Attorneys for Defendants
                                      ILLUMINA, INC. and SOLEXA, INC.

1  Dated: November 7, 2007                TECHNOLOGY & INTELLECTUAL
                                          PROPERTY STRATEGIES GROUP PC
2

3
                                          By:    /s/ Basil P. Fthenakis
4                                                Basil P. Fthenakis

5                                         Attorneys for Defendant
                                          STEPHEN C. MACEVICZ
6

7
    I, Eric C. Pai, am the ECF User whose ID and password are being used to file this
8
    STIPULATION AND [PROPOSED] ORDER PERMITTING APPLIED BIOSYSTEMS TO
9
    FILE AMENDED PLEADINGS.  In compliance with General Order 45, X.B., I hereby attest that
10
    John R. Labbe and Basil P. Fthenakis have concurred in this filing.
11

12  Date: November 7, 2007                 /s/ Eric C. Pai

13

14                            [PROPOSED] ORDER

15        PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  Dated: _____, 2007     _____
                                                  WILLIAM H. ALSUP
18
                                          United States District Judge
19

20

21

22

23

24

25

26

27

28