BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING APPLIED BIOSYSTEMS TO FILE AMENDED PLEADINGS** |

**STIPULATION**

WHEREAS, Plaintiff Applera Corporation – Applied Biosystems Group ("Applied Biosystems" or "AB") wishes to amend its pleadings in this action; and

WHEREAS, Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz consent that AB be permitted to file its amended pleadings,

THEREFORE, the parties hereby stipulate (1) to allow AB to file its amended pleadings, consisting of the attached First Amended Complaint and Applied Biosystems' Second Amended Reply to Solexa's Counterclaims, which shall be deemed filed and served on all parties as of November 7, 2007 and (2) that defendants shall file responsive pleadings, where appropriate, by November 27, 2007; and respectfully request that the Court enter the attached proposed order permitting AB to file its amended pleadings accordingly.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 7, 2007                MORRISON & FOERSTER LLP

                                       By:   /s/ Eric C. Pai
                                             Eric C. Pai

                                       Attorneys for Plaintiff
                                       APPLERA CORPORATION – APPLIED
                                       BIOSYSTEMS GROUP

Dated: November 7, 2007                MARSHALL, GERSTEIN & BORUN LLP

                                       By:   /s/ John R. Labbe
                                             John R. Labbe

                                       Attorneys for Defendants
                                       ILLUMINA, INC. and SOLEXA, INC.

STIPULATION AND [PROPOSED] ORDER PERMITTING APPLIED BIOSYSTEMS TO FILE AMENDED PLEADINGS
Case No. 07-CV-02845 WHA
pa-1206700

1

| | |
|---|---|
| Dated: November 7, 2007 | TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC |
| | By: /s/ Basil P. Fthenakis |
| | Basil P. Fthenakis |
| | Attorneys for Defendant STEPHEN C. MACEVICZ |

I, Eric C. Pai, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER PERMITTING APPLIED BIOSYSTEMS TO FILE AMENDED PLEADINGS. In compliance with General Order 45, X.B., I hereby attest that John R. Labbe and Basil P. Fthenakis have concurred in this filing.

Date: November 7, 2007        /s/ Eric C. Pai

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _November 8_____, 2007        _____
WILLIAM H. ALSUP
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

STIPULATION AND [PROPOSED] ORDER PERMITTING APPLIED BIOSYSTEMS TO FILE AMENDED PLEADINGS
Case No. 07-CV-02845 WHA
pa-1206700

2