Basil P. Fthenakis, Esq. (SBN 088399)
bfthenakis@tipsgroup.org
Technology & Intellectual Property
Strategies Group PC
1000 Elwell Court, Suite 150
Palo Alto, CA  94303
Telephone: (650) 293-3350
Facsimile: (800) 822-7095

Attorneys for Defendant Steven C. Macevicz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMNIA, INC., a Delaware Corporation SOLEXA, INC., a Delaware Corporation and STEPHEN C. MACEVICZ, an individual <br><br> Defendants. | Case No. C07 02845 WHA <br><br> **NOTICE OF MOTION BY DEFENDANT STEPHEN C. MACEVICZ TO DISMISS OR IN THE ALTERNATIVE STRIKE PORTIONS OF FIRST AMENDED COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP** <br><br> Date:          December 27, 2007 <br> Time:          8:00 AM <br> Courtroom:   9, 19th Floor <br> Before:        Hon. William Alsup |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED that on Thursday, December 27, 2007 at 8:00 a.m., or

as soon thereafter as this matter may be heard, in Courtroom 9, 19th Floor of the above-entitled

court located at  450 Golden Gate Ave., San Francisco, California, Defendant Stephen C.

Macevicz ("Macevicz") will move the Court for an order dismissing Plaintiff's claims against

him, or in the alternative that the prayers for equitable relief against Macevicz in the First

Amended Complaint be stricken.

This motion is made on the grounds that the First Amended Complaint should be dismissed under FRCP Rule 12(b)(6) for failure to state a claim against Macevicz for which relief can be granted, and the First Amended Complaint should also be dismissed under FRCP Rule 21 for misjoinder of parties.  The alternative motion is made on the grounds that the prayers for equitable relief in the First Amended Complaint should be stricken under rule FRCP 12(f) as immaterial, impertinent or scandalous matter.

This motion will be based upon this Notice, the Memorandum of Points and Authorities in Support of Motion by Stephen C. Macevicz  to Dismiss First Amended Complaint of Applera Corporation – Applied Biosystems Group, all papers and pleadings on file herein, and any oral or documentary evidence that may be presented at the time of hearing on this motion.


Dated: November 21, 2007                    TECHNOLOGY & INTELLECTUAL PROPERTY
                                            STRATEGIES GROUP PC



                                    By:_____/S/ Basil P. Fthenakis_____
                                        Basil P. Fthenakis, Esq.
                                        Attorneys for Defendant Stephen C. Macevicz

Case No.. C07 02845 WHA      NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT