1   Basil P. Fthenakis, Esq. (SBN 088399)
    bfthenakis@tipsgroup.org
2   Technology & Intellectual Property
3   Strategies Group PC
    1000 Elwell Court, Suite 150
4   Palo Alto, CA  94303
    Telephone: (650) 293-3350
5   Facsimile: (800) 822-7095

6   Attorneys for Defendant Steven C. Macevicz

7

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12

13  APPLERA   CORPORATION  –  APPLIED )
    BIOSYSTEMS   GROUP,   a   Delaware )   Case No. C07 02845 WHA
14  Corporation,                       )
                                       )
15        Plaintiff,                   )   **REQUEST FOR JUDIAL NOTICE IN**
                                       )   **SUPPORT OF MOTION BY**
16  v.                                 )   **DEFENDANT STEPHEN C. MACEVICZ**
                                       )   **TO DISMISS OR IN THE**
17  ILLUMNIA, INC., a Delaware Corporation )  **ALTERNATIVE STRIKE PORTIONS OF**
    SOLEXA, INC., a Delaware Corporation and ) **FIRST AMENDED COMPLAINT OF**
18  STEPHEN C. MACEVICZ, an individual )   **APPLERA CORPORATION – APPLIED**
                                       )   **BIOSYSTEMS GROUP**
19        Defendants.                  )
                                       )   Date:          December 27, 2007
20                                     )   Time:          8:00 AM
                                       )   Courtroom:     9, 19th Floor
21                                     )   Before:        Hon. William Alsup
                                       )
22  ─────────────────────────────────── )

23

24                    <u>**REQUEST FOR JUDICIAL NOTICE**</u>

25

26      The Defendant Stephen C. Macevicz ("Macevicz") respectfully requests that this Court take

27  judicial notice pursuant to F.R.E. 201 of the publicly recorded assignment attached hereto as Exhibit

28

1  A.  The publicly recorded assignment consists of three pages and, *inter alia*: (1) names Macevicz as

2  the assignor; (2) names the Defendant Lynx  Therapeutics, Inc., as the assignee; (3) assigns

3  application No. 08/424,663 which (through a divisional and a continuation of the divisional) became

4  the three United States patents attached as Exhibits A, B, and C to the First Amended Complaint;

5  and (4) was recorded at the United States Patent and Trademark Office on September 15, 1995 at

6  reel 7635, frame 0916.

7       FRCP 12 (b)(6) allows a Court to consider judicially noticed facts when ruling upon a

8  motion to dismiss. As District Judge Patel of this Court recently ruled:

9       A motion to dismiss under *Federal Rule of Civil Procedure 12(b)(6)* "tests the

10      legal sufficiency of a claim." *Navarro v. Block, 250 F.3d 729, 732 (9th Cir.

11      2001)*. Because *Rule 12(b)(6)* focuses on the "sufficiency" of a claim--and not the

12      claim's substantive merits--"a court may [typically] look only at the face of the

13      complaint to decide a notion to dismiss." *Van Buskirk v. Cable News Network,

14      Inc., 284 F.3d 977, 980 (9th Cir. 2002)*. Although the court is generally confined

15      to consideration of the allegations in the pleadings, when the complaint is

16      accompanied by attached documents, such documents are deemed part of the

17      complaint and may be considered in evaluating the merits of a *Rule 12(b)(6)*

18      motion. *Durning v. First Boston Corp., 815 F.2d 1265, 1267 (9th Cir.)*, cert.

19      denied, *484 U.S. 944, 108 S. Ct. 330, 98 L. Ed. 2d 358 (1987)*. Similarly, the court

20      may consider documents that are not physically attached to the complaint where

21      the authenticity of the documents is not contested and the complaint necessarily

22      relies on them. *Lee v. City of Los Angeles, 250 F.3d 668, 688-89 (9th Cir. 2001)*.

23      In addition, pursuant to *Federal Rule of Evidence 201*, "a court may take judicial

24      notice of 'matters of public record' without converting a motion to dismiss under

25      *Rule 12(b)(6)* into a motion for summary judgment. Id. (quoting *Mack v. South

26      Bay Beer Distrib., 798 F.2d 1279, 1282 (9th Cir. 1986)).Catholic League for*

27

28

071119
Request for
Judicial Notice

2
Case No. C07 02845 WHA       REQUEST FOR JUDICIAL NOTICE BY DEFENDANT STEPHEN C. MACEVICZ

1    *Religious and Civil Rights v. City and County of San Francisco*, 464 F. Supp. 2d

2    938, 941 (N.D. Cal. 2006).

3

4    Dated: November 21, 2007              TECHNOLOGY & INTELLECTUAL PROPERTY
                                            STRATEGIES GROUP PC

5

6                                          By:_____/S/ Basil P. Fthenakis_____
                                               Basil P. Fthenakis, Esq.
7                                              Attorneys for Defendant Stephen C. Macevicz

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28