UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ILLUMNIA, INC., a Delaware Corporation SOLEXA, INC., a Delaware Corporation and STEPHEN C. MACEVICZ, an individual<br><br>    Defendants. | Case No. C07 02845 WHA<br><br>**(PROPOSED) ORDER RE MOTION BY DEFENDANT STEPHEN C. MACEVICZ TO DISMISS OR IN THE ALTERNATIVE STRIKE PORTIONS OF FIRST AMENDED COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP**<br><br>Date:         December 27, 2007<br>Time:        8:00 AM<br>Courtroom:  9, 19th Floor<br>Before:      Hon. William Alsup |

## **ORDER**

The Motion by Defendant Macevicz to Dismiss First Amended Complaint of Applera Corporation – Applied Biosystems Group came on for hearing in this Court on December 27, 2007. Bryan Wilson of Morrison and Foerster appeared on behalf of the Plaintiff and Basil P. Fthenakis of Technology and Intellectual Property Strategies Group appeared on behalf of the Defendant Stephen C. Macevicz.

1    Having read the motion, points and authorities and declarations filed by the parties, and
2  having heard argument of counsel, the Court finds the motion to be well taken and hereby dismisses
3  the First Amended Complaint against the Defendant Stephen C. Macevicz for failure to state a claim
4  upon which relief can be granted and for misjoinder of a party without a sufficient stake in the
5  outcome of the controversy.

6

7

8

9

10  Dated: _____, 2007

11                                              _____
                                                WILLIAM H. ALSUP, JUDGE
12                                              UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28