

**ORIGINAL**

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 01, 1996

PTAS


*100071859A*

LYNX THERAPEUTICS, INC.
STEPHEN C. MACEVICZ
3832 BAY CENTER PLACE
HAYWARD, CA  94545

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE
U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS AVAILABLE
AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED
BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE
PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD FIND ANY ERRORS OR
HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE
NAME APPEARS ON THIS NOTICE AT 703-308-9723.  PLEASE SEND REQUEST FOR
CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION,
BOX ASSIGNMENTS, NORTH TOWER BUILDING, SUITE 10C35, WASHINGTON, D.C. 20231.


RECORDATION DATE: 09/15/1995          REEL/FRAME: 7635/0916
                                      NUMBER OF PAGES: 3

BRIEF:  ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
   MACEVICZ, STEPHEN C.                DOC DATE: 08/31/1995

ASSIGNEE:
   LYNX THERAPEUTICS, INC.
   3832 BAY CENTER PLACE
   HAYWARD, CALIFORNIA 94545

SERIAL NUMBER: 08091603               FILING DATE: 07/13/1993
PATENT NUMBER:                        ISSUE DATE:

SERIAL NUMBER: 08436084               FILING DATE: 05/08/1995
PATENT NUMBER:                        ISSUE DATE:

SERIAL NUMBER: 08436528               FILING DATE: 05/08/1995
PATENT NUMBER:                        ISSUE DATE:

SERIAL NUMBER: 08424663               FILING DATE: 04/17/1995
PATENT NUMBER:                        ISSUE DATE:

7635/0916 PAGE 2

TONYA LEE, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

160 - 581

FORM PTO-1595 Modified

1-31-92

RECORDATION FORM COVER SHEET

10-03-1995

100071859

**U.S. DEPARTMENT OF COMMERCE**

**PATENT AND TRADEMARK OFFICE**

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| Stephen C. Macevicz | Lynx Therapeutics, Inc.<br>3832 Bay Center Place<br>Hayward, CA  94545 |

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**3. Nature of conveyance:**

☒ Assignment

**4. Application number(s) or patent number(s):**

If this document is being filed together with new application, the execution date of application is \*.

| A. Patent Application No.(s) | B. Patent No.(s) |
|---|---|
| 08/091,603 filed 13 July 1993<br>08/436,084 filed 8 May 1995<br>08/436,528 filed 8 May 1995<br>08/424,663 filed 17 April 1995 | |

Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed:<br><br>Stephen C. Macevicz<br>Lynx Therapeutics, Inc.<br>3832 Bay Center Place<br>Hayward, CA  94545 | 6. Total No. of applications and patents involved:<br><br>**Four (4) applications.** |
|---|---|
| | 7. Total fee (37 CFR §3.41): **$160.**<br><br>☒ Enclosed (check No. _487_ )<br><br>☐ Charge to deposit account. |
| | 8. Deposit account number: |

**DO NOT USE THIS SPACE**

090 KJ 09/26/95 08091603          1 581     160.00 CK

**9. Statement and signature.**

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Stephen C. Macevicz<br>Reg. No. 30,285<br>Name of Person Signing | _[signature]_<br>Signature | 23 August 1995<br>Date |
|---|---|---|

# ASSIGNMENT

For good and valuable consideration paid to me (for single inventor) us (for joint inventors), receipt of which is hereby acknowledged, I (we each):

## Stephen C. Macevicz

do hereby sell, assign, and set over unto

# Lynx Therapeutics, Inc.

a Delaware corporation having its principal place of business at Hayward, California (hereinafter "Assignee"), its successors, legal representatives and assigns, my (each of our) entire right, title, and interest (1) in and to any and all of my (our) inventions and discoveries described and/or claimed in my (our) United States patent applications:

| Title | Serial Number | Filing Date |
|---|---|---|
| DNA Sequencing by Random Primer Extension | 08/091,603 | 13 July 1993 |
| DNA Sequencing by Random Primer Extension | 08/436.084 | 8 May 1995 |
| DNA Sequence Analysis by Stringency Class Primers | 08/436,528 | 8 May 1995 |
| DNA Sequencing by Parallel Oligonucleotide Extensions | 08/424,663 | 17 April 1995 |

(2) in and to the right to file patent applications in the name of Assignee, its designee, in my name (any or all of our names), or in any other name or names, on the aforesaid inventions and discoveries in any or all countries of the world, together with all rights of priority in the aforesaid countries deriving from the above-identified United States patent application under the International Convention for the Protection of Industrial Property, under the Inter-American Convention relating to Inventions, Patents, Designs and Industrial Models, and under any other international arrangement to which the United States now is or hereafter becomes a signatory; (3) in and to any and all applications for Letters Patent, and any and all Letters Patent that issue on any of the aforesaid applications, and (4) in and to any and all divisions, continuations, and continuations-in-part of any and all of said applications, and any and all reissues, renewals and extensions of any of said Letters Patent, such that the same right, title and interest to be held and enjoyed by Assignee, its successors, assigns or other legal representatives, to the full ends of the terms for which all Letters Patent therefor may be granted, shall be as full and complete as that that would have been held and enjoyed by me (us) if this assignment and sale had not been made.

I (we) further hereby convenant and agree, for the same consideration, whenever counsel of Assignee, or the counsel of its successors, legal representatives and assigns, shall advise that any proceeding in connection with said inventions, or said application for Letters Patent, or any proceeding in connection with said invention, or said application for Letters Patent, including interference proceedings, is lawful and desirable, or that any division, continuation, or continuation-in-part of any application for Letters Patent, or any reissue or extension of any Letters Patent, to be obtained thereon, is lawful and desirable, to sign all papers

**Page 1**

and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense of Letters Patent for said invention, without charge to said Assignee, its successors, legal representatives and assigns, but at the cost and expense of said Assignee, its successors, legal representatives and assigns.

**Understood and Agreed:**

_____    31 August 1995
Stephen C. Macevicz                 Date

# ACKNOWLEDGEMENTS

State of California )
                    )   ss.
County of Alameda )



On _August 31, 1995_ before me, _Stephen C. A. Pamela J. Bollinger_

personally appeared _Stephen C. Macevicz_

☒ personally known to me, ☐ proved to me on the basis of satisfactory evidence, to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_Pamela J. Bollinger_
Notary Public

Page 2