Basil P. Fthenakis, Esq. (SBN 088399)
bfthenakis@tipsgroup.org
Technology & Intellectual Property
Strategies Group PC
1000 Elwell Court, Suite 150
Palo Alto, CA  94303
Telephone: (650) 293-3350
Facsimile: (800) 822-7095

Attorneys for Defendant Steven C. Macevicz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware Corporation SOLEXA, INC., a Delaware Corporation and STEPHEN C. MACEVICZ, an individual<br><br>    Defendants. | Case No. C07 02845 WHA<br><br>**NOTICE OF CONTINUED HEARING DATE RE MOTION BY DEFENDANT STEPHEN C. MACEVICZ TO DISMISS OR IN THE ALTERNATIVE STRIKE PORTIONS OF FIRST AMENDED COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP**<br><br>Date:        January 3, 2007<br>Time:       8:00 AM<br>Courtroom:  9, 19th Floor<br>Before:     Hon. William Alsup |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED that on the hearing on the Motion by Defendant Stephen C. Macevicz to Dismiss or in the alternative Strike Portions of the First Amended Complaint or Applera Corporation – Applied Biosystems Group previously scheduled for Thursday, December 27, 2007, has been continued to by the court's own motion to Thursday, January 3, 2007 at 8:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 9,

1  19th Floor of the above-entitled court located at 450 Golden Gate Ave., San Francisco,

2

3  Dated: November 29, 2007          TECHNOLOGY & INTELLECTUAL PROPERTY
                                      STRATEGIES GROUP PC
4

5

6
                                By:    /S/ Basil P. Fthenakis
7                                      Basil P. Fthenakis, Esq.
                                       Attorneys for Defendant Stephen C. Macevicz
8