Basil P. Fthenakis, Esq. (SBN 088399)
bfthenakis@tipsgroup.org
Technology & Intellectual Property
Strategies Group PC
1000 Elwell Court, Suite 150
Palo Alto, CA 94303
Telephone: (650) 293-3350 Facsimile: (800) 822-7095

Attorneys for Defendant Steven C. Macevicz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., a Delaware Corporation SOLEXA, INC., a Delaware Corporation and STEPHEN C. MACEVICZ, an individual <br><br> Defendants. | Case No. C07 02845 WHA <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I declare that I am a citizen of the United States and employed in the County of Santa Clara, State of California; I am over the age of eighteen (18) years and not a party to the within entitled action. I am employed with Technology and Intellectual Property Strategies Group PC (TIPS Group). My business address is 1000 Elwell Court, Palo Alto, CA 94303.

I further declare that on the date hereof, I served a copies of the following documents:

**NOTICE OF CONTINUED HEARING RE NOTICE OF MOTION BY DEFENDANT STEPHEN C. MACEVICZ TO DISMISS OR IN THE ALTERNATIVE STRIKE PORTIONS OF FIRST AMENDED COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from TIPS Group's facsimile transmission telephone number .800.822.7095 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with practice for sending facsimile transmissions, and know that in the ordinary course of TIPS Group's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) TIPS Group for transmission.

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, in the United States mail at Palo Alto, California, in accordance with TIPS Group's ordinary business practices.

I am readily familiar with TIPS Group's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of TIPS Group's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at TIPS Group with postage thereon fully prepaid for collection and mailing.

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of TIPS Group, causing personal delivery of the document(s) listed above to the person(s) at the addressees) set forth below. I am readily familiar with TIPS Group's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of TIPS Group's business practice the document(s) described above will be taken from

|   |   |
|---|---|
| 1 | TIPS Group's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at TIPS Group's mailroom. |
| 2 |   |
| 3 |   |
| 4 | **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex, in, Palo Alto, California 94303 in accordance with TIPS Group's ordinary business practices. |

☐

I am readily familiar with TIPS Group's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of TIPS Group's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex or delivered to an authorized courier or driver authorized by Fed Ex to receive documents on the same date that it (they) is are placed at TIPS Group for collection.

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through TIPS Group's e-mail system to the e-mail addresses set forth below, in accordance with Federal Rules of Civil Procedure rule 5(b)

☒

**COUNSEL FOR ILLUMINA INC. AND SOLEXA INC.:**
GREGORY E. STANTON
KEVIN M. FLOWERS
THOMAS I. ROSS
JEFFREY H. DEAN
JOHN R. LABBE
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Fax: (312) 474-0448
Email: gstanton@marshallip.com
kflowers@marshallip.com
tross@marshallip.com
jdean@marshallip.com
jlabbe@marshallip.com

071128 Proof
of Service

Case No. C07 02845 WHA                    PROOF OF SERVICE                                    3

**COUNSEL FOR PLAINTIFF:**
BRYAN WILSON
DARA TABESH
ERIC C. PAl
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE
STEVEN E. COMER
ANDERS T. AANNESTAD
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

KURTIS MacFERRIN
APPLERA CORPORATIONAPPLIED BIOSYSTEMS GROUP
850 Lincoln Centre Drive
Foster City, CA 94404
E-Mail: Kurtis.MacFerrin@appliedbiosystems.com

Executed at Palo Alto, California, this 29st Day of November, 2007.

I declare under penalty of perjury that the foregoing is true and correct.


     /S/ Alexander Roome