1  BRYAN WILSON (CA BAR NO. 138842)
   DARA TABESH (CA BAR NO. 230434)
2  ERIC C. PAI (CA BAR NO. 247604)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  E-Mail: BWilson@mofo.com
   E-Mail: DTabesh@mofo.com
6  E-Mail: EPai@mofo.com

7  DAVID C. DOYLE (CA BAR NO. 70690)
   STEVEN E. COMER (CA BAR NO. 154384)
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
9  San Diego, California 92130-2040
   Telephone: 858.720.5100
10 Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com
11 E-Mail: SComer@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS
13 GROUP

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>19              Plaintiff,<br><br>20       v.<br><br>21  ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>23              Defendants. | Case No.   07-CV-02845 WHA<br><br>**PLAINTIFF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: January 10, 2008<br>Time: 8:00 a.m.<br>Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

1  Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11,
2  and 79-5, Plaintiff Applera Corporation – Applied BioSystems Group ("AB") hereby requests
3  permission to file under seal the following documents:

4   1.  Exhibit 4 to the Declaration of Bryan Wilson in Support of Motion to Dismiss for
5  Lack of Standing, and Motion for Partial Summary Adjudication ("Wilson Declaration"): rough
6  transcript of the November 28, 2007 Deposition of Stephen Macevicz in this matter.

7   2.  Exhibit 6 to the Wilson Declaration: transcript of the November 8, 2007 30(b)(6)
8  Deposition of Kathy San Roman in this matter.

9   3.  Exhibit 9 to the Wilson Declaration: Corporate Services Agreement, bates-labeled
10  ILL002248-ILL002254.

11   4.  Exhibit 11 to the Wilson Declaration: Lynx Therapeutics, Inc's Development
12  Agreement, bates-labeled MAC00975-MAC00983.

13   5.  Exhibit 13 to the Wilson Declaration: "Agreement Regarding Formation of
14  Spectragen," bates-labeled MAC00879-MAC00886.

15   6.  Exhibit 14 to the Wilson Declaration: excerpts from the transcript of the August
16  22, 2007 Deposition of Steven Mascevicz from the action entitled *Enzo Biochem, Inc. v. Applera*
17  *Corp.*, Case No. 3-04-CV-929 (D. Ct. Conn.).

18   7.  Exhibit 17 to the Wilson Declaration: excerpts from the transcript of the
19  November 30, 2004 Deposition of Stephen Macevicz from the action entitled *Bio-Rad Labs., Inc.*
20  *v. Applera Corp.*, Case No. C02-5946 (N.D. Cal.).

21   8.  Exhibit 23 to the Wilson Declaration: pages from Dr. Stephen Macevicz's
22  laboratory notebook, bates-labeled MAC0031-MAC0035.

23   9.  Exhibit 24 to the Wilson Declaration: pages from Dr. Stephen Macevicz's
24  laboratory notebook, bates-labeled MAC0078-MAC0083.

25   10.  Exhibit 27 to the Wilson Declaration: June 1, 1995 letter from Sam Eletr to
26  Stephen Macevicz, bates-labeled ILL00869-ILL00870.

27   11.  Exhibit 28 to the Wilson Declaration: November 7, 1994 fax from Stephen
28  Macevicz to Sam Eleter, bates-labeled MAC00944-MAC00949.

12. Exhibit 29 to the Wilson Declaration: February 3, 1995 fax cover page from Stephen Macevicz to Ronald C. Fedus, bates-labeled MAC001707.

13. Exhibit 30 to the Wilson Declaration: "Indemnity Agreement," bates-labeled MAC001324-MAC001330.

14. Exhibit 34 to the Wilson Declaration: "Assignment," bates-labeled COOLEY000009-COOLEY000010.

15. Exhibit 36 to the Wilson Declaration: a Nonstatutory Stock Option, bates-labeled ILL000912-ILL000917.

Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document may be obtained when it is established that the document in question contains information that is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

For the reasons stated above, AB respectfully requests that the Court grant its Miscellaneous Administrative Request to File Documents Under Seal.

Dated: December 6, 2007

BRYAN WILSON
DAVID C. DOYLE
MORRISON & FOERSTER LLP

By: /s/Bryan Wilson
Bryan Wilson

Attorneys for Plaintiff
APPLERA CORPORATION –
APPLIED BIOSYSTEMS GROUP