1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12   APPLERA CORPORATION – APPLIED          Case No.     07-CV-02845 WHA
     BIOSYSTEMS GROUP, a Delaware corporation,
13                                          **[PROPOSED] ORDER GRANTING**
                    Plaintiff,              **PLAINTIFF APPLERA**
14                                          **CORPORATION – APPLIED**
            v.                              **BIOSYSTEMS GROUP'S**
15                                          **MISCELLANEOUS**
     ILLUMINA, INC., a Delaware corporation, **ADMINISTRATIVE REQUEST TO**
16   SOLEXA, INC., a Delaware corporation, and **FILE DOCUMENTS UNDER SEAL**
     STEPHEN C. MACEVICZ, an individual,
17                                          Date:  January 10, 2008
                    Defendants.             Time:  8:00 a.m.
18                                          Courtroom 9, 19th Floor
                                             Honorable William H. Alsup
19

20

21          This matter comes before the Court on an administrative motion to file under seal

22   Applera Corporation Exhibits 4, 6, 9, 11, 13, 14, 17, 23, 24, 27, 28, 29, 30, 34, and 36 to

23   the Declaration of Bryan Wilson In Support Of Motion To Dismiss For Lack Of

24   Standing, And Motion For Partial Summary Adjudication ("Wilson Declaration").

25   Having considered AB's request, as well as the pleadings and materials lodged and filed

26   in this matter, the Court finds that there is GOOD CAUSE APPEARING for Exhibits 4,

27   6, 9, 11, 13, 14, 17, 23, 24, 27, 28, 29, 30, 34, and 36 of the Wilson Declaration to be

28

1    filed under seal.  Plaintiff's administrative motion to file these documents under seal is

2    hereby GRANTED.

3         IT IS SO ORDERED.

4    Dated: _____

5

6                                     By:  _____

7                                          UNITED STATES DISTRICT COURT JUDGE
                                           HONORABLE WILLIAM H. ALSUP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28