BRYAN WILSON (CA BAR NO. 138842)
DARA TABESH (CA BAR NO. 230434)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: DTabesh@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA BAR NO. 70690)
STEVEN E. COMER (CA BAR NO. 154384)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 MEJ<br><br>**CERTIFICATE OF SERVICE** |

1  **CERTIFICATE OF SERVICE**

2  I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause,

3  and I am over the age of eighteen years.

4  I further declare that on the date hereof, I served a copy of:

5  **EXHIBIT 4 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
6  MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

7  **EXHIBIT 6 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
8  MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

9  **EXHIBIT 9 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
10 MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

11 **EXHIBIT 11 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
12 MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

13 **EXHIBIT 13 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
14 MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

15 **EXHIBIT 14 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
16 MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

17 **EXHIBIT 17 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
18 MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

19 **EXHIBIT 23 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
20 MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

21 **EXHIBIT 24 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
22 MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

23 **EXHIBIT 27 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
24 MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

25 **EXHIBIT 28 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
26 MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

27 **EXHIBIT 29 TO DECLARATION OF BRYAN WILSON IN  SUPPORT OF
28 MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

**EXHIBIT 30 TO DECLARATION OF BRYAN WILSON IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

**EXHIBIT 34 TO DECLARATION OF BRYAN WILSON IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

**EXHIBIT 36 TO DECLARATION OF BRYAN WILSON IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

| | | |
|---|---|---|
|1| ☒ | **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices. |

1  ☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

☐ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(s) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

CERTIFICATE OF SERVICE
Case No. C07 02845 WHA
pa-1212893

4

| | | |
|---|---|---|
| **COUNSEL FOR ILLUMINA INC. AND SOLEXA INC.:** | _____ | Fax |
| GREGORY E. STANTON | _____ | U.S. Mail |
| KEVIN M. FLOWERS | X\_\_\_\_ | Overnight |
| THOMAS I. ROSS | _____ | Personal |
| JEFFREY H. DEAN | _____ | Electronic |
| JOHN R. LABBE | | |
| MARSHALL, GERSTEIN & BORUN LLP | | |
| 6300 Sears Tower | | |
| 233 South Wacker Drive | | |
| Chicago, IL  60606-6357 | | |
| Fax: (312) 474-0448 | | |
| Email: gstanton@marshallip.com | | |
| kflowers@marshallip.com | | |
| tross@marshallip.com | | |
| jdean@marshallip.com | | |
| jlabbe@marshallip.com | | |

| | | |
|---|---|---|
| **COUNSEL FOR ILLUMINA INC. AND SOLEXA INC.:** | _____ | Fax |
| STEPHEN M. HANKINS | _____ | U.S. Mail |
| SCHIFF HARDIN LLP | X\_\_\_\_ | Overnight |
| One Market Street | _____ | Personal |
| Spear Street Tower, 32nd Floor | _____ | Electronic |
| San Francisco, CA 94105 | | |
| Fax: (415) 901-8701 | | |
| Email: SHankins@schiffhardin.com | | |

| | | |
|---|---|---|
| **COUNSEL FOR STEPHEN MACEVICZ:** | _____ | Fax |
| Basil P. Fthenakis | _____ | U.S. Mail |
| Technology & Intellectual Property | X\_\_\_\_ | Overnight |
|   Strategies Group PC | _____ | Personal |
| 1000 Elwell Court, Suite 150 | _____ | Electronic |
| Palo Alto, CA  94303 | | |
| Fax: (800) 822-7095 | | |
| Email: bfthenakis@tipsgroup.org | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2007 at Palo Alto, California

By:   /s/ Sharon Bennett_____
         Sharon Bennett

CERTIFICATE OF SERVICE
Case No. C07 02845 WHA
pa-1212893

5

1  I, BRYAN WILSON, am the ECF User whose ID and password are being used to file this

2  CERTIFICATE OF SERVICE. In compliance with General Order 45, X.B., I hereby attest that

3  SHARON BENNETt has concurred on this filing.

Dated: December 6, 2007                    MORRISON & FOERSTER LLP

By: /s/ Bryan Wilson
    Bryan Wilson

CERTIFICATE OF SERVICE
Case No. C07 02845 WHA
pa-1212893

6