UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.    07-CV-02845 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date:  January 10, 2008<br>Time:  8:30 a.m.<br>Ctrm:  9, 19th Floor<br>Honorable William H. Alsup |

Having carefully considered the pleadings on file, the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby GRANTS Plaintiff Applera Corporation – Applied BioSystems Group's ("AB") motions as follows:

1.     AB's Motion to Dismiss Illumina's Counterclaims 1, 2, and 3 for patent infringement is hereby GRANTED.

2.     AB's Motion for summary judgment on its First Cause of Action for breach of contract is hereby GRANTED.

3.     AB's Motion for summary judgment on its Third Cause of Action for breach of fiduciary duty is hereby GRANTED.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS AND FOR SUMMARY ADJUDICATION
CASE NO. 07-CV-02845 WHA
pa-1212779

1

1      4.    AB's Motion for summary judgment on its Fifth Cause of Action for conversion is
2  hereby GRANTED.

4      IT IS SO ORDERED.

5  Dated: _____      _____

6                                            Honorable William Alsup
                                           United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS AND FOR SUMMARY ADJUDICATION
CASE NO. 07-CV-02845 WHA
pa-1212779

2