1  BRYAN WILSON (CA BAR NO. 138842)
   DARA TABESH (CA BAR NO. 230434)
2  ERIC C. PAI (CA BAR NO. 247604)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  E-Mail: BWilson@mofo.com
   E-Mail: DTabesh@mofo.com
6  E-Mail: EPai@mofo.com

7  DAVID C. DOYLE (CA BAR NO. 70690)
   STEVEN E. COMER (CA BAR NO. 154384)
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
9  San Diego, California 92130-2040
   Telephone: 858.720.5100
10 Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com
11 E-Mail: SComer@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS
13 GROUP

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18 | APPLERA CORPORATION – APPLIED        | Case No.   07-CV-02845 WHA
     BIOSYSTEMS GROUP, a Delaware corporation,
19 |                                       | **DECLARATION OF
                 Plaintiff,                | ADAM M. TSCHOP IN SUPPORT
20 |                                       | OF MOTION TO DISMISS FOR
          v.                               | LACK OF STANDING, AND
21 |                                       | MOTION FOR PARTIAL
     ILLUMINA, INC., a Delaware corporation,| SUMMARY ADJUDICATION**
22 | SOLEXA, INC., a Delaware corporation, and
     STEPHEN C. MACEVICZ, an individual,
23 |
                 Defendants.
24

25

26

27

28

TSCHOP DECL ISO MOTION TO DISMISS AND FOR SUMMARY ADJUDICATION
Case No. 07-CV-02845 WHA
pa-1212810

1  I, Adam M. Tschop, declare:

2  1.  I am an employee of Applera Corporation — Applied Biosystems Group ("AB"), Plaintiff in the above matter. I make this declaration based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein. For ease of reference, documents referred to in this declaration are attached to the declaration of Bryan Wilson.

3  2.  Attached as Exhibit 1 to the Declaration of Bryan Wilson in Support of Motion to Dismiss for Lack of Standing, and Motion for Partial Summary Adjudication ("Wilson Declaration") is a true and correct copy of Applied Biosystems, Inc's 1992 Annual Report. This document was maintained in the regular course of business and was collected from AB's files.

4  3.  Attached as Exhibit 10 to the Wilson Declaration is a true and correct copy of a July 9, 1992 memorandum from David Bunker to Mike Anderson, Jim Lindsay, Mark Litherland, and Esmond Rudolph. This document was maintained in the regular course of business and was collected from AB's files.

5  4.  Attached hereto as Exhibit 12 is a true and correct copy of a December 16, 1994 letter from Sam Eletr, Ph.D. to Joseph Smith, bates-labeled MHUNK017659-MHUNK017660. This document was maintained in the regular course of business and was collected from AB's files.

6  5.  Attached as Exhibit 16 to the Wilson Declaration is true and correct copy of March 17, 1992 letter from Suzanne Preston to Stephen Macevicz. This document was maintained in the regular course of business and was collected from AB's files.

7  6.  Attached as Exhibit 21 to the Wilson Declaration is a true and correct copy of an AB document entitled "Invention Disclosure." This document was maintained in the regular course of business and was collected from AB's files.

8  7.  Attached as Exhibit 22 to the Wilson Declaration is a true and correct copy of a document entitled "Applied Biosystems Performance Review Form." This document was maintained in the regular course of business and was collected from AB's files.

8. Attached as Exhibit 31 to the Wilson Declaration is a true and correct copy of a June 6, 1995 letter from Stephen Macevicz to Mike Hunkapiller. This document was maintained in the regular course of business and was collected from AB's files.

9. Attached as Exhibit 33 to the Wilson Declaration is a true and correct copy of a June 22, 1995 document entitled "Employee Termination Notice." This document was maintained in the regular course of business and was collected from AB's files.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of December, 2007, at Foster City, California.

_____
Adam M. Tschop