BRYAN WILSON (CA BAR NO. 138842)
DARA TABESH (CA BAR NO. 230434)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: DTabesh@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA BAR NO. 70690)
STEVEN E. COMER (CA BAR NO. 154384)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**DECLARATION OF BRYAN WILSON IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date: January 10, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

I, Bryan Wilson, declare:

1. I am an attorney with Morrison & Foerster, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I make this declaration based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein. Some of the exhibits attached to this declaration are referred to in the declaration of Charles Moehle. They are attached to this declaration so that all of the exhibits are in one sequentially-numbered set of exhibits.

2. Attached hereto as Exhibit 1 is a copy of Applied Biosystems, Inc's 1992 Annual Report, collected from AB's files, as referred to in the Moehle Declaration.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from The Perkin-Elmer Corp's Form 10-K for the year ended June 30, 1995.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document entitled "A Short History of Applied Biosystems, Inc.," bates-labeled MAC001127, produced by Defendant Stephen Macevicz in this action.

5. Attached hereto as Exhibit 4 is a true and correct copy of the cited pages from the rough transcript of the November 28, 2007 Deposition of Stephen Macevicz. We received permission from the court reporter to use the rough transcript, since the final transcript is not yet completed. Once the final transcript becomes available, AB will submit the relevant pages from that transcript to the Court.

6. Attached hereto as Exhibit 5 is a true and correct copy of Lynx Therapeutics, Inc's Form 10-K for the year ended December 31, 1995.

7. Attached hereto as Exhibit 6 is a true and correct copy of the cited pages of the transcript of the November 8, 2007 30(b)(6) Deposition of Kathy San Roman.

8. Attached hereto as Exhibit 7 is a true and correct copy of Lynx Therapeutics, Inc's Form 10-K for the year ended December 31, 1994.

9. Attached hereto as Exhibit 8 is a true and correct copy of a document entitled "Agreement of Assignment and License of Intellectual Property Rights," bates-labeled ILL000845-ILL000853, produced by Defendant Illumina in this action.

1        10.    Attached hereto as Exhibit 9 is a true and correct copy of a Corporate Services Agreement bates-labeled ILL002248-ILL002254, produced by Defendant Illumina in this action.

11.    Attached hereto as Exhibit 10 is a copy of a July 9, 1992 memorandum from David Bunker to Mike Anderson, Jim Lindsay, Mark Litherland, and Esmond Rudolph, as referred to in the Moehle Declaration.

12.    Attached hereto as Exhibit 11 is a true and correct copy of Lynx Therapeutics, Inc's Development Agreement bates-labeled MAC00975-MAC00983, produced by Defendant Stephen Macevicz in this action.

13.    Attached hereto as Exhibit 12 is a copy of a December 16, 1994 letter from Sam Eletr to Joseph Smith, bates-labeled MHUNK017659-MHUNK017660, as referred to in the Moehle Declaration.

14.    Attached hereto as Exhibit 13 is a true and correct copy of a document entitled "Agreement Regarding Formation of Spectragen," bates-labeled MAC00879-MAC00886, produced by Defendant Stephen Macevicz in this action.

15.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the transcript from the August 22, 2007 Deposition of Steven Macevicz from the action entitled *Enzo Biochem, Inc. v. Applera Corp.*, Case No. 3-04-CV-929 (D. Ct. Conn.).

16.    Attached hereto as Exhibit 15 is a true and correct copy of a May 4, 1992 document entitled "Applied Biosystems, Inc. Employee Invention Agreement," bates-labeled MAC001903-MAC001905, produced by Defendant Stephen Macevicz in this action.

17.    Attached hereto as Exhibit 16 is a copy of a March 17, 1992 letter from Suzanne Preston to Stephen Macevicz, as referred to in the Moehle Declaration.

18.    Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the transcript of the November 30, 2004 Deposition of Stephen Macevicz from the action entitled *Bio-Rad Labs., Inc. v. Applera Corp.*, Case No. C02-5946 (N.D. Cal.).

19.    Attached hereto as Exhibit 18 is a true and correct copy of a document entitled "Job Description Senior Patent Attorney," bates-labeled MAC001906, produced by Defendant Stephen Macevicz in this action.

WILSON DECL. ISO MOTION TO DISMISS AND FOR SUMMARY ADJUDICATION    2
CASE NO. 07-CV-02845 WHA
pa-1212720

1      20.    Attached hereto as Exhibit 19 are true and correct copies of United States Patent Nos. 5,580,732 and 5,624,800, both entitled "Method of DNA Sequencing Employing a Mixed DNA-Polymer Chain Probe."

21.    Attached hereto as Exhibit 20 is a true and correct copy of United States Patent No. 6,649,598, entitled "4,7-Dichlorofluorescein Dyes as Molecular Probes."

22.    Attached hereto as Exhibit 21 is a copy of a document entitled "Invention Disclosure," as referred to in the Moehle Declaration.

23.    Attached hereto as Exhibit 22 is a copy of a document entitled "Applied Biosystems Performance Review Form," as referred to in the Moehle Declaration.

24.    Attached hereto as Exhibit 23 is a true and correct copy of pages from Dr. Stephen Macevicz's laboratory notebook, bates-labeled MAC0031-MAC0035, produced by Defendant Stephen Macevicz in this action.

25.    Attached hereto as Exhibit 24 is a true and correct copy of pages from Dr. Stephen Macevicz's laboratory notebook, bates-labeled MAC0078-MAC0083, produced by Defendant Stephen Macevicz in this action.

26.    Attached hereto as Exhibit 25 is a true and correct copy of an excerpt from United States Patent Application No. 08/424,663.

27.    Attached hereto as Exhibit 26 are true and correct copies of United States Patent Nos. 5,750,341, 5,969,119, and 6,306,597, all entitled "DNA Sequencing By Parallel Oligonucleotide Extensions."

28.    Attached hereto as Exhibit 27 is a true and correct copy of a June 1, 1995 letter from Sam Eletr to Stephen Macevicz, bates-labeled ILL00869-ILL00870, produced by Defendant Illumina in this action.

29.    Attached hereto as Exhibit 28 is true and correct copy of a November 7, 1994 fax from Stephen Macevicz to Sam Eletr, bates-labeled MAC00944-MAC00949, produced by Defendant Stephen Macevicz in this action.

1    30.    Attached hereto as Exhibit 29 is a true and correct copy of a February 3, 1995 fax cover page from Stephen Macevicz to Ronald C. Fedus, bates-labeled MAC001707, produced by Defendant Stephen Macevicz in this action.

31.    Attached hereto as Exhibit 30 is a true and correct copy of a document entitled "Indemnity Agreement," bates-labeled MAC001324-MAC001330, produced by Defendant Stephen Macevicz in this action.

32.    Attached hereto as Exhibit 31 is a copy of a June 6, 1995 letter from Stephen Macevicz to Mike Hunkapiller, as referred to in the Moehle Declaration.

33.    Attached hereto as Exhibit 32 is a true and correct copy of the July 31, 1995 Lynx Meeting Minutes from the Regular Meeting of the Board of Directors, bates-labeled ILL000986-ILL000988, produced by Defendant Illumina in this action.

34.    Attached hereto as Exhibit 33 is a copy of a June 22, 1995 document entitled "Employee Termination Notice," as referred to in the Moehle Declaration.

35.    Attached hereto as Exhibit 34 is a true and correct copy of an August 31, 1995 document entitled "Assignment," bates-labeled COOLEY000009-COOLEY000010, produced by third party Cooley Godward in this action.

36.    Attached hereto as Exhibit 35 is a true and correct copy of the Answers and Objections of Illumina, Inc. to Applied Biosystems' First Set of Interrogatories to Illumina, Inc. [Nos. 1-14], dated October 1, 2007.

37.    Attached hereto as Exhibit 36 is a true and correct copy of a Nonstatutory Stock Option, bates-labeled ILL000912-ILL000917, produced by Defendant Illumina in this action.

38.    Attached hereto as Exhibit 37 is a true and correct copy of the first page, and page 30 of the privilege log produced by Cooley Godward in this action on November 7, 2007.  Item 157 is communication from Dr. Macevicz to Dr. Eletr, dated July 10, 1995, which Cooley Godward and Illumina have claimed is privileged.

39.    Attached hereto as Exhibit 38 is a true and correct copy of an excerpt from Lynx Therapeutics, Inc.'s Form 10-K for the year ended December 31, 1996.

1  40. Attached hereto as Exhibit 39 is a true and correct copy of an assignment of patent applications from Lynx to Spectragen, Inc.

41. Attached hereto as Exhibit 40 is a true and correct copy of a September 21, 1995 document entitled "Lynx Therapeutics, Inc. Employee Invention Agreement," bates-labeled SOL0009-SOL0011, produced by Defendant Solexa in this action.

42. Attached hereto as Exhibit 41 is a true and correct copy of a Declaration and Power of Attorney for Patent Application, dated December 19, 1994, from the file history for United States Patent No. 5,604,097.

43. Attached hereto as Exhibit 42 is a true and correct copy of a February 1, 1996 United States Patent and Trademark Office Notice of Recordation of Assignment Document, bates-labeled COOLEY 000006-COOLEY 000008, produced by third party Cooley Godward in this action.

44. Attached hereto as Exhibit 43 is a true and correct copy of a Declaration Concerning Sequence Listing Under 37 C.F.R. 1.821(f), dated April 17, 1995, from the file history for United States Patent No. 5,750,341.

45. Attached hereto as Exhibit 44 is a true and correct copy of a Declaration and Power of Attorney for Patent Application, dated April 17, 1994, from the file history for United States Patent No. 5,750,341.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of December, 2007, at Palo Alto, California.

By: /s/Bryan Wilson
Bryan Wilson