# EXHIBIT 2

# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

# FORM 10-K

[ X ] Annual Report Pursuant To Section 13 Or 15(d)
Of The Securities Exchange Act Of 1934 [Fee Required]
For the Fiscal Year Ended June 30, 1995

OR

[ ] Transition Report Pursuant To Section 13 Or 15(d)
Of The Securities Exchange Act Of 1934 [No Fee Required]
For the transition period from to

*Commission File Number 1-4389*

**The Perkin-Elmer Corporation**

(Exact name of registrant as specified in its charter)

```
NEW YORK                                    06-0490270
(State or other jurisdiction of             (I.R.S. Employer Identification No.)
incorporation or organization)

761 Main Avenue, Norwalk, Connecticut       06859-0001
(Address of principal executive offices)    (Zip Code)

Registrant's telephone number,
including area code:                        203-762-1000
```

Securities registered pursuant to Section 12(b) of the Act:

```
                                  Name of each exchange
    Title of class                 on which registered

Common Stock (par value           New York Stock Exchange
   $1.00 per share)               Pacific Stock Exchange
```

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

X Yes No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

As of September 11, 1995, 42,167,407 shares of Registrant's Common Stock were outstanding, and the aggregate market value of shares of such Common Stock (based upon the average sales price) held by non-affiliates was approximately $1,457,411,004.

**DOCUMENTS INCORPORATED BY REFERENCE**

Annual Report to Shareholders for Fiscal Year ended June 30, 1995 - Parts I, II, and IV.

Proxy Statement for Annual Meeting of Shareholders dated September 13, 1995 - Part III.

## PART I

**Item 1. BUSINESS**

(a) General Development of Business.

The Perkin-Elmer Corporation was incorporated in 1939 under the laws of the State of New York. Together with its consolidated subsidiaries, The Perkin-Elmer Corporation (hereinafter collectively referred to as "Registrant" or the "Corporation") develops, manufactures, and sells products in the industry segment described in sub-item (c) below.

On February 18, 1993, the shareholders of Registrant and Applied Biosystems, Inc. ("ABI"), a supplier of automated systems for life science research and related applications, approved the merger of a subsidiary of Registrant with and into ABI which resulted in ABI becoming a wholly-owned subsidiary of Registrant. Effective July 1, 1994, ABI was merged into Registrant and is now the Applied Biosystems division of Registrant.

On April 18, 1994, Registrant entered into an agreement with Sulzer Inc. to sell its Material Sciences segment consisting of its Metco Division ("Metco") headquartered in Westbury, New York. Registrant completed the sale on September 30, 1994.

The consolidated financial statements and schedules reflect the merger with ABI as a pooling of interests and present the Corporation's Material Sciences segment as a discontinued operation.

On May 18, 1993, Registrant amended its By-laws to change Registrant's fiscal year end from July 31 to June 30. Prior to fiscal year 1993, the financial statements of ABI and Registrant's subsidiaries outside the United States were for the years ended June 30, while Registrant's domestic operations were reported on a July 31 fiscal year end.

(b) Financial Information About Industry Segments.

Registrant is engaged in one business segment, which is generally described as analytical instruments and includes life science systems. Accordingly, separate segment financial information is not provided.

-1-

(c) Narrative Description of Business.

## BUSINESS

Registrant develops, manufactures, markets, sells, and services analytical instrument systems. Included in this industry segment are biochemical analytical instrument systems, consisting of instruments and associated consumable products, for life science research and related applications. These automated systems are used for synthesis, amplification, purification, isolation, analysis and sequencing of nucleic acids, proteins, and other biological molecules.

This industry segment also includes analytical instrument systems for determining the composition and molecular structure of chemical substances (both organic and inorganic) and measuring the concentration of materials in a sample. These instruments include: spectrophotometers utilizing a number of analytical techniques; gas and liquid chromatographs; thermal analyzers; thermal cyclers; analytical balances; flame photometers; polarimeters; data-handling devices that are principally designed for use with analytical instruments; and data systems for applications in analytical chemistry. In a joint venture, Perkin-Elmer Sciex Instruments, Registrant is engaged in the manufacture and sale of mass spectrometry instrument systems. Registrant also develops, manufactures, markets, and services on-line, real time, process analysis systems to monitor process quality and environmental purity.

Registrant's instruments are used by private industry, educational and research institutions, and governmental entities for fundamental research, applied industrial research, quality control, medical research, hospital clinical testing, pollution analysis, drug identification, and forensics.

## MARKETING AND DISTRIBUTION

In the United States, Registrant markets the largest portion of its products directly through its own sales and distribution organization, although certain analytical instruments are marketed through independent distributors and sales representatives. Sales to major markets outside of the United States are generally made by the Registrant's foreign based sales and service staff, although some sales are made directly from the United States to foreign customers. In certain foreign countries, sales are made through various representative and distributorship arrangements. Registrant owns or leases sales and service offices in strategic regional locations in the United States, and in foreign countries through its foreign sales subsidiaries and distribution operations. None of Registrant's products is distributed through retail outlets.

## RAW MATERIALS

There are no specialized raw materials that are particularly essential to the operation of Registrant's business. Registrant's manufacturing operations require a wide variety of raw materials, electronic and mechanical components, chemical and biochemical materials, and other supplies, some of which are occasionally found to be in short supply. Registrant has multiple commercial sources for most components and supplies but is dependent on single sources for a limited number of such items, in which case Registrant normally secures long-term supply contracts.

**PATENTS, LICENSES, AND FRANCHISES**
Registrant has pursued a policy of seeking patent protection in the United States and other countries for developments, improvements, and inventions originating within its organization which are incorporated in Registrant's products or which fall within its fields of interest. Certain licenses under patents have been granted to, and received from, other entities. Registrant has certain rights from Hoffmann-La Roche Inc. under patents relating to polymerase chain reaction technology ("PCR"), which patents expire in 2004. Registrant also has rights under a patent issued to the California Institute of Technology relating to DNA sequencing, which patent expires in 2009. In Registrant's opinion, however, no other single patent or license, or group of patents or licenses, or any franchise, is material to its business as a whole.

From time to time, Registrant has asserted that various competitors and others are infringing Registrant's patents and similarly, from time to time, others have asserted that Registrant was infringing patents owned by them. Generally, such claims are settled by mutual agreement on a satisfactory basis and result in the granting of licenses by Registrant or the granting of licenses to Registrant.

**SEASONAL FLUCTUATIONS**

Registrant's business is not subject to pronounced seasonal fluctuations.

**BACKLOG**

Registrant's recorded backlog was $167.0 million at June 30, 1995 and $154.5 million at June 30, 1994. It is Registrant's general policy to include in backlog only purchase orders or production releases which have firm delivery dates within one year. Recorded backlog may not result in sales because of cancellation or other factors. It is anticipated that all orders included in the current backlog will be delivered before the close of fiscal year 1996.

**UNITED STATES GOVERNMENT SALES**

No material portion of Registrant's business is subject to renegotiation of profits or termination of contracts or subcontracts at the election of the United States Government.

**COMPETITION**

The industry segment in which Registrant operates is highly competitive and is characterized by the application of advanced technology. There are numerous companies which specialize in, and a number of larger companies which devote a significant portion of their resources to, the development, manufacture, and sale of products which compete with those manufactured or sold by Registrant. Many of Registrant's competitors are well-known manufacturers with a high degree of technical proficiency. In addition, competition is intensified by the ever-changing nature of the technologies in the industry in which Registrant is engaged. The markets for Registrant's products are characterized by specialized manufacturers that often have strength in narrow segments of these markets. While the absence of reliable statistics makes it difficult to determine Registrant's relative market position, Registrant is confident it is one of the principal manufacturers in its field, marketing a broad line of analytical instruments and life science systems. In addition to competing in terms of the technology that Registrant offers, Registrant competes in terms of price, service, and quality.

## RESEARCH, DEVELOPMENT, AND ENGINEERING

Registrant is actively engaged in basic and applied research, development, and engineering programs designed to develop new products and to improve existing products. During fiscal years 1995, 1994, and 1993, Registrant spent $95.1 million, $94.2 million, and $83.8 million, respectively, on company sponsored research, development, and engineering activities.

## ENVIRONMENTAL MATTERS

Registrant is subject to federal, state, and local laws and regulations regulating the discharge of materials into the environment, or otherwise relating to the protection of the environment, in those jurisdictions where Registrant operates or maintains facilities. Registrant does not believe that compliance with all environmental provisions will have a material effect on its business, and no material capital expenditures are expected for environmental control.

## EMPLOYEES

As of June 30, 1995, Registrant employed 5,890 persons worldwide. None of Registrant's United States employees is subject to collective bargaining agreements.

(d) Financial Information About Foreign and Domestic Operations and Export Sales.

A summary of net revenues to unaffiliated customers, operating income, and identifiable assets attributable to each of Registrant's geographic areas and export sales for the fiscal years 1995, 1994, and 1993 is incorporated herein by reference to Note 6 on Pages 38-39 of the Annual Report to Shareholders for the fiscal year ended June 30, 1995.

Registrant's consolidated net revenues to unaffiliated customers in countries other than the United States for the fiscal years 1995, 1994, and 1993 were $669.8 million, $606.7 million, and $606.8 million, or 63.0%, 59.2%, and 60.0%, respectively, of Registrant's consolidated net revenues.

All of the Registrant's manufacturing facilities outside of the continental United States are located in Germany, the United Kingdom, the Commonwealth of Puerto Rico, Japan, and the Peoples Republic of China. The manufacturing facility in Puerto Rico is expected to be closed by December 31, 1995. There are currently no material foreign exchange controls or similar limitations restricting the repatriation to the United States of capital or earnings from operations outside the United States.

(e) Discontinued Operations.

On September 30, 1994, Registrant sold Metco, comprising its Material Sciences segment, headquartered in Westbury, New York to Sulzer Inc., a wholly-owned subsidiary of Sulzer, Ltd., Winterthur, Switzerland. The consolidated financial statements and schedules present Registrant's Material Sciences segment as a discontinued operation.

## Item 2. PROPERTIES

Listed below are the principal facilities of Registrant as of June 30, 1995. Registrant considers all facilities listed below to be reasonably appropriate for the purpose(s)

-4-

for which they are used, including manufacturing, research and development, and administrative purposes. All properties are maintained in good working order and, except for those held for sale or lease, are substantially utilized on the basis of at least one shift. None of the leased facilities is leased from an affiliate of Registrant.

| Location | Owned or Leased | Expiration Date of Leases | Approximate Floor Area In Sq. Ft. |
|---|---|---|---|
| Norwalk, CT | Owned | | 402,000 |
| Wilton, CT | Owned | | 219,000 |
| San Jose, CA | Owned | | 81,000 |
| Beaconsfield, England | Owned | | 70,000 |
| Ueberlingen, Germany | Owned | | 62,000 |
| Warrington, England | Owned | | 58,000 |
| Narita, Japan | Owned | | 24,000 |
| Irvine, CA | Owned | | 22,000 |
| Foster City, CA | Leased | 2000-2002 | 324,000 |
| Ueberlingen, Germany | Leased | 1995-2001 | 204,000 |
| Llantrinsant, Wales | Leased | 1996 | 113,000 |
| Mayaguez, Puerto Rico* | Leased | 1997-1998 | 34,000 |
| Meersburg, Germany | Leased | 2000 | 24,000 |
| Farnborough, England | Leased | 2001 | 21,000 |
| Beaconsfield, England | Leased | 2005 | 8,000 |
| Beijing, China | Leased | 1996 | 350 |

* The manufacturing facility in Mayaguez, Puerto Rico is expected to be closed by December 31, 1995.

In addition to the facilities listed above, Registrant leases space in certain industrial centers for use as regional sales and service offices, technical demonstration centers, and warehousing. Registrant also owns undeveloped land in Redding, Connecticut, Vacaville, California, and Ueberlingen, Germany.

In addition to the properties used by Registrant in its operations, Registrant owns three facilities in Wilton, Connecticut (aggregating approximately 248,000 square feet) which are currently leased to SVG Lithography Systems, Inc. for a term expiring in 2010, a facility in Garden Grove, California (approximately 82,000 square feet) which is currently leased to OCA Applied Optics, Inc. for a term expiring in 2002, and a facility in Pomona, California (approximately 135,000 square feet) which is currently leased to Orbital Sciences Corporation for a term expiring in 2003. Registrant also owns a facility in Ridgefield, Connecticut (approximately 201,000 square feet), two facilities in Wilton, Connecticut (approximately 51,000 square feet and 42,000 square feet), and a facility in San Jose, California (approximately 67,000 square feet) which are held for sale or lease. One of the facilities in Wilton is leased on a long-term basis, and the facility in San Jose and a portion of the remaining facility in Wilton are leased on a short-term basis.

## Item 3. LEGAL PROCEEDINGS

The Corporation has been named as a defendant in various legal actions arising from the conduct of its normal business activities. Although the amount of any liability that might arise with respect to any of these matters cannot be accurately predicted, the resulting liability, if any, will not, in the opinion of management of Registrant, have a material adverse effect on the consolidated financial statements of Registrant.

Registrant is one of approximately 125 third party defendants named in a third party complaint dated February 19, 1993 in United States of America v. Davis et al., which is pending in the United States District Court for the District of Rhode Island. The third party plaintiffs, who were named as defendants and potentially responsible parties in the Government's initial complaint, sought equitable contribution and indemnification in the event they were found liable for remediation costs relating to the removal of hazardous substances from a site located in Smithfield, Rhode Island (such costs initially were estimated by the Government to be $27.8 million, but most recent estimates of such costs appear to be in the $40 million range). All but one of the third party plaintiffs settled with the Government for a total of approximately $6 million, and a trial on the question of the remaining third party plaintiff's liability to the Government resulted in an April 22, 1995 Memorandum and Order in which the Court found such plaintiff, United Technologies Corporation, liable as a "generator" of hazardous wastes deposited at the site. A trial on the amount of such liability currently is scheduled for October 1995. Until the amount of liability of all of the third party plaintiffs (including United Technologies) has been established by litigation or settlement of that issue, the Court will not consider the validity of any third party claims. While the Registrant contends that it should have no liability in this case, because of the uncertainty of all litigation it cannot definitively state that it will incur less than $100,000 in monetary liability.

**Item 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS**

No matter was submitted to a vote of security holders, through the solicitation of proxies or otherwise, during the fourth quarter of the fiscal year covered by this report.