# EXHIBIT 3

# A SHORT HISTORY OF APPLIED BIOSYSTEMS, INC.

Applied Biosystems is a leading supplier of systems and services for life science research and related applications. The Company develops, manufactures, and markets automated instruments and associated consumables for the synthesis, purification, and analysis of biomolecules such as DNA and proteins. The Company was incorporated in September of 1980, and began its operations in California in May of 1981. It currently employs nearly 1300 people. André Marion, who serves as the Chief Executive Officer and Chairman of the Board, co-founded the Company with Sam Eletr and others. The first product was shipped in February of 1982. In fiscal 1991, (from July 1, 1990 to June 30, 1991) total sales of $164 million were divided among instruments (53%) and consumable/service/other products (47%).

The initial public offering of Applied Biosystems' stock was made in 1983 at $17.00 per share, and split two-for-one in March, 1985. The stock is traded on the NASDAQ exchange under the symbol ABIO. Becton Dickinson and Company owns 20% of the stock.

The Company traditionally invests heavily (at least 12% of sales) in research and development. Applied Biosystems' product development strategy is to acquire existing technologies that are readily adaptable to its markets and to focus its R&D resources on areas that require entirely new developments. The Protein Sequencing System, introduced in 1982, was Applied Biosystems' first product. Today, Applied Biosystems offers over 25 automated systems for the synthesis and analysis of protein and DNA molecules. Instrument systems are manufactured in the United States. Chemicals and consumables are produced in the United States, Japan, and the United Kingdom.

Applied Biosystems' primary targeted market, life science research, is international in scope. It's principal customers are molecular biologists and biochemists at both public and private institutions. The Company maintains eight international sales and service subsidiaries. As of the end of fiscal 1991, 90% of the Applied Biosystems' sales were directly made with customers through the Company's sales personnel. Sales in the United States accounted for 45% of the total in fiscal 1991, with the balance coming from Europe (29%), Japan (19%), and other regions of the world (7%).

Fiscal 1991 revenues were contributed by researchers at universities (40%), government institutions (20%), pharmaceutical companies (16%), and other sources, including chemical and biotechnology companies (24%).

In addition to serving its primary market, Applied Biosystems also participates in the applications of basic research in areas such as the detection of genetic diseases and the development of DNA analogs for the treatment of human disease. The Company is currently exploring the use of proprietary analysis technology for the diagnostics market. Research programs exploring the potential of anti-sense oligonucleotides as therapeutics began at Applied Biosystems in 1986.

The Company believes in total respect for the dignity and rights of each person in the organization, in giving the best customer service of any company in the world, and in the conviction that it should pursue all tasks with the objective of accomplishing them in a superior way. Applied Biosystems is strongly committed to supply innovative and complete solutions to its customers, and long term opportunities for its employees and shareholders.

05/01/92

MAC001127