# EXHIBIT 6

1  BRYAN WILSON (CA BAR NO. 138842)
   DARA TABESH (CA BAR NO. 230434)
2  ERIC C. PAI (CA BAR NO. 247604)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  E-Mail: BWilson@mofo.com
   E-Mail: DTabesh@mofo.com
6  E-Mail: EPai@mofo.com

7  DAVID C. DOYLE (CA BAR NO. 70690)
   STEVEN E. COMER (CA BAR NO. 154384)
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
9  San Diego, California 92130-2040
   Telephone: 858.720.5100
10 Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com
11 E-Mail: SComer@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS
13 GROUP

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17

18 | APPLERA CORPORATION – APPLIED | Case No.    07-CV-02845 WHA |
   | BIOSYSTEMS GROUP, a Delaware corporation, | |
19 | | MANUAL FILING |
   | Plaintiff, | NOTIFICATION OF EXHIBIT 6 |
20 | | TO DECLARATION OF |
   | v. | BRYAN WILSON IN SUPPORT OF |
21 | | MOTION TO DISMISS FOR LACK |
   | ILLUMINA, INC., a Delaware corporation, | OF STANDING, AND MOTION |
22 | SOLEXA, INC., a Delaware corporation, and | FOR PARTIAL SUMMARY |
   | STEPHEN C. MACEVICZ, an individual, | ADJUDICATION |
23 | | |
   | Defendants. | Date: January 10, 2008 |
24 | | Time: 8:00 a.m. |
   | | Place: Courtroom 9, 19th Floor |
25 | | Honorable William H. Alsup |

26

27

28

MANUAL FILING NOTIFICATION: EX. 6 - WILSON DECL ISO MTN TO DISMISS AND FOR SUMMARY ADJUDICATION
Case No. 07-CV-02845 WHA
pa-1212878

1    Regarding: Exhibit 6 to the Declaration of Bryan Wilson In Support Of Motion

2   To Dismiss For Lack Of Standing, And Motion For Partial Summary Adjudication.  This filing

3   is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

4       If you are a participant on this case, this filing will be served in hard-copy shortly.

5       For information on retrieving this filing directly from the court, please see the court's

6   main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7       This filing was not efiled for the following reason(s):

8   ___ Voluminous Document (PDF file size larger than the efiling system allows)

9   ___ Unable to Scan Documents

10
    ___ Physical Object (description): _____
11

12   _____

13  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

14   X   Item Under Seal

15  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

16  ___ Other (description): _____

17

18   _____

19

20  Dated:  December 6, 2007           BRYAN WILSON
                                       DAVID C. DOYLE
21                                     MORRISON & FOERSTER LLP

22

23                                     By:  /s/Bryan Wilson
                                            Bryan Wilson
24
                                       Attorneys for Plaintiff
25                                     APPLERA CORPORATION –
                                       APPLIED BIOSYSTEMS GROUP
26

27

28

1
MANUAL FILING NOTIFICATION: EX. 6 - WILSON DECL ISO MTN TO DISMISS AND FOR SUMMARY ADJUDICATION
Case No. 07-CV-02845 WHA
pa-1212878