# EXHIBIT 9

| | |
|---|---|
| 1 | BRYAN WILSON (CA BAR NO. 138842) |
| | DARA TABESH (CA BAR NO. 230434) |
| 2 | ERIC C. PAI (CA BAR NO. 247604) |
| | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
| | Palo Alto, California 94304-1018 |
| 4 | Telephone: 650.813.5600 |
| | Facsimile: 650.494.0792 |
| 5 | E-Mail: BWilson@mofo.com |
| | E-Mail: DTabesh@mofo.com |
| 6 | E-Mail: EPai@mofo.com |

DAVID C. DOYLE (CA BAR NO. 70690)
STEVEN E. COMER (CA BAR NO. 154384)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT 9 TO DECLARATION OF BRYAN WILSON IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date:  January 10, 2008<br>Time:  8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

Regarding: Exhibit 9 to the Declaration of Bryan Wilson In Support Of Motion To Dismiss For Lack Of Standing, And Motion For Partial Summary Adjudication. This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

X  Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

Dated:  December 6, 2007               BRYAN WILSON
                                       DAVID C. DOYLE
                                       MORRISON & FOERSTER LLP


                                       By:  /s/Bryan Wilson
                                            Bryan Wilson

                                       Attorneys for Plaintiff
                                       APPLERA CORPORATION –
                                       APPLIED BIOSYSTEMS GROUP