# EXHIBIT 10

9 July 1992

TO:    Mike Anderson
        Jim Lindsay
        Mark Litherland
        Esmond Rudolph

FROM:  David Bunker

RE:    Support To Therapeutics Group (Lynx)

The purpose of this memo is to outline the support which ABI will provide to Lynx and the general accounting treatment for each of the services. Specific methods need to be developed to handle these as required. Mike Anderson will serve as the primary liaison between ABI and Lynx. He will be responsible for maintaining the books of Lynx, but the full resources of ABI general and administrative staff will be utilized to provide services in the most effective manner. There will undoubtedly be errors of omission in this memo and unanswered questions. We will take those on as they arise. Please pass the information on to those in your groups who need it.

Lynx will be a separate corporation with its own set of books. It will reside in ABI facilities. It is envisioned, to the extent possible, that it will continue to function administratively as an ABI department. The departmental spending will be charged out monthly to Lynx and have a zero balance for ABI purposes.

FACILITIES

The Fiscal 1993 plan assumes that Lynx will occupy 6,256 square feet, of which 1,742 are office space; the remaining space is the existing lab. Based upon this space, ABI will make a fixed monthly charge to Lynx of $24,398 for rent, $871 for amortization of leasehold improvements for the office space and $7,760 for amortization of leasehold improvements. The charge will be a monthly fixed charge to eliminate timing differences in facilities spending.

Rates are based upon the fiscal 1993 plan; if facilities spending varies from plan in total, ABI will absorb the differences. The fixed charge needs to be deducted from spending before allocations are made. If space occupied changes, monthly rates for additional space are $3.90 for rent and $.50 for office leasehold amortization. Additional construction for labs will be collected at actual and amortized accordingly.

LIBRARY

The 1993 plan assumes an allocation to therapeutics of 19% of total spending of $380.6K. This will be charged as a fixed monthly amount of $6,025. This will need to be deducted prior to allocations and the allocation percentages adjusted such that Therapeutics receives no allocation.

Plt.'s/Deft.'s _____ Exhibit 1
Page 1 Of 3 Witness: San Roman
Date Of Proceeding: 11/8/07
By: Linda Fracour, CSR#6607

LEGAL

Invoices and accruals for outside services on behalf of Lynx will be charged directly to the appropriate department. The two attorneys will track time worked on behalf of Lynx. This will be billed out at the rate of $165 per hour; this rate is based upon the legal department budget and worked hours of 1,840 each for two attorneys. Billings will be charged prior to allocations; allocations need to be adjusted such that Therapeutics receives no allocation.

GENERAL AND ADMINISTRATIVE

A fixed monthly charge of $18,000 will be credited to Corporate and debited to Therapeutics. This will cover accounting services, human resources, treasury and cash management, tax except outside services, planning, stock administration, corporate support, receiving and purchasing. The credit will be to Corporate to avoid distortion of G&A expense for regional income statement reporting.

PURCHASE OF AMIDITES

Lynx will purchase amidites at full manufacturing costs, including prorated share of variances and period costs. Mike Henighan is working these prices up. Charges coming out of ASK systems will need to be modified.

PAYROLL

As a separate corporation, Lynx will require a distinct taxpayer identification number. Payroll for Lynx will be run as a separate company by ADP. Lynx will be billed directly for outside processing costs and will fund from its own accounts payroll and tax amounts.

PURCHASING AND RECEIVING

It is anticipated that Lynx will utilize normal ABI systems with charges going to the Therapeutics department. Charges for this are included under general and administrative.

MISCELLANEOUS

Charges for items such as office supplies, copy center, telephone, travel will continue to be charged as presently done with costs to the Therapeutics department.

CASH MANAGEMENT AND STOCK ADMINISTRATION

Separate accounts will be maintained by ABI for Lynx for cash and stock. ABI will perform the same services for Lynx as it currently does for itself. When monthly charges are transferred to Lynx, cash will be moved from Lynx accounts to ABI accounts at the same time; there will be no receivables.

ABI SHARE OF LYNX EARNINGS

The equity method will be used. A portion of Lynx profits, equivalent to ABI ownership percentage, will be recognized as a separate line item on the income statement. It is anticipated that losses will be incurred for the first several quarters. These losses will be used to offset ABI investment up to the amount of the investment; after that, there will be no income statement impact until the cumulative earning of Lynx are positive at which point ABI will recognize its share.

PAYROLL BURDEN

An interesting topic. Lynx will pay directly its own payroll taxes. Vacation accrual is also directly identifiable. At this point, we have not determined how medical insurance will be handled; Lynx employees are not eligible for coverage under current ABI insurance without further negotiations with the insurance companies. Stand by for further updates.