# EXHIBIT 11

1  BRYAN WILSON (CA BAR NO. 138842)
   DARA TABESH (CA BAR NO. 230434)
2  ERIC C. PAI (CA BAR NO. 247604)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  E-Mail: BWilson@mofo.com
   E-Mail: DTabesh@mofo.com
6  E-Mail: EPai@mofo.com

7  DAVID C. DOYLE (CA BAR NO. 70690)
   STEVEN E. COMER (CA BAR NO. 154384)
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
9  San Diego, California 92130-2040
   Telephone: 858.720.5100
10 Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com
11 E-Mail: SComer@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS
13 GROUP

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17

18 | APPLERA CORPORATION – APPLIED | Case No.   07-CV-02845 WHA
   | BIOSYSTEMS GROUP, a Delaware corporation, |
19 |                               | MANUAL FILING
   |         Plaintiff,            | NOTIFICATION OF EXHIBIT 11
20 |                               | TO DECLARATION OF
   |   v.                          | BRYAN WILSON IN SUPPORT OF
21 |                               | MOTION TO DISMISS FOR LACK
   | ILLUMINA, INC., a Delaware corporation, | OF STANDING, AND MOTION
22 | SOLEXA, INC., a Delaware corporation, and | FOR PARTIAL SUMMARY
   | STEPHEN C. MACEVICZ, an individual, | ADJUDICATION
23 |                               |
   |         Defendants.           | Date: January 10, 2008
24 |                               | Time: 8:00 a.m.
   |                               | Place: Courtroom 9, 19th Floor
25 |                               | Honorable William H. Alsup

26

27

28

MANUAL FILING NOTIFICATION: EX. 11 - WILSON DECL ISO MTN TO DISMISS AND FOR SUMMARY ADJUDICATION
Case No. 07-CV-02845 WHA
pa-1212883

Regarding: Exhibit 11 to the Declaration of Bryan Wilson In Support Of Motion To Dismiss For Lack Of Standing, And Motion For Partial Summary Adjudication. This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

Dated: December 6, 2007            BRYAN WILSON
                                   DAVID C. DOYLE
                                   MORRISON & FOERSTER LLP


                                   By:  /s/Bryan Wilson
                                        Bryan Wilson

                                   Attorneys for Plaintiff
                                   APPLERA CORPORATION –
                                   APPLIED BIOSYSTEMS GROUP

MANUAL FILING NOTIFICATION: EX. 11 - WILSON DECL ISO MTN TO DISMISS AND FOR SUMMARY ADJUDICATION
Case No. 07-CV-02845 WHA
pa-1212883