# EXHIBIT 17

BRYAN WILSON (CA BAR NO. 138842)
DARA TABESH (CA BAR NO. 230434)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: DTabesh@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA BAR NO. 70690)
STEVEN E. COMER (CA BAR NO. 154384)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT 17 TO DECLARATION OF BRYAN WILSON IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date: January 10, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

Manual Filing Notification: Ex. 17 - Wilson Decl iso mtn to dismiss and for summary adjudication
Case No. 07-CV-02845 WHA
pa-1212889

1 | Regarding: Exhibit 17 to the Declaration of Bryan Wilson In Support Of Motion
2 | To Dismiss For Lack Of Standing, And Motion For Partial Summary Adjudication. This filing
3 | is in paper or physical form only, and is being maintained in the case file in the Clerk's office.
4 | If you are a participant on this case, this filing will be served in hard-copy shortly.
5 | For information on retrieving this filing directly from the court, please see the court's
6 | main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7 | This filing was not efiled for the following reason(s):
8 | ___ Voluminous Document (PDF file size larger than the efiling system allows)
9 | ___ Unable to Scan Documents
10 |
11 | ___ Physical Object (description): _____
12 | _____
13 | ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
14 | _X_ Item Under Seal
15 | ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
16 | ___ Other (description): _____
17 |
18 | _____
19 |
20 | Dated: December 6, 2007            BRYAN WILSON
21 |                                    DAVID C. DOYLE
                                        MORRISON & FOERSTER LLP
22 |
23 |                                    By: /s/Bryan Wilson
                                              Bryan Wilson
24 |
25 |                                    Attorneys for Plaintiff
                                        APPLERA CORPORATION –
                                        APPLIED BIOSYSTEMS GROUP
26 |
27 |
28 |

1
MANUAL FILING NOTIFICATION: EX. 17 - WILSON DECL ISO MTN TO DISMISS AND FOR SUMMARY ADJUDICATION
Case No. 07-CV-02845 WHA
pa-1212889