# EXHIBIT 18

Job Description
Senior Patent Attorney

Will work closely with the Vice President, Intellectual Property, to:

1. Prepare, file, and prosecute ABI patent and trademark applications in both the U.S. and foreign countries. In this regard, make suggestions as to what research is required to provide requisite experimental evidence to attain the broadest possible patent coverage. Assist in coordinating outside counsel in patent and licensing matters. Perform patent searches.

2. Periodically review patent applications in order to decide questions such as whether to keep the application alive, what foreign jurisdictions to file in, and the like given the nature of the ABI business in that field and territory.

3. Provide a vehicle for keeping ABI senior staff apprised of what is in the ABI patent portfolio and how it relates to competitive advantage.

4. Coordinate the invention disclosure system with the business unit managers, make recommendations, identify areas that are lacking coverage, assist in the implementation of any changes if required.

5. Assist in legal audit of ABI practices in health and safety and in intellectual property as they relate to employment. Help implement changes if needed.

6. Assist in all phases of licensing matters, negotiation, drafting, maintaining and monitoring existing licensing relationships, e.g. NIH license.

7. Assist in dealing with other regulatory matters as they arise, e.g. FDA submissions.



DEFENDANT'S EXHIBIT
Macevicz 23
8.22.07  AD

Pit.'s/Deft.'s _____ Exhibit __1__
Page 1 Of __1__ Witness: San Roman
Date Of Proceeding: 11 / 8 / 07
By: Linda Frazeur, CSR#6697

MAC 001906