# EXHIBIT 21

**APPLIED BIOSYSTEMS**                                   Disclosure No. *P4247*

*5/24/94*

# INVENTION DISCLOSURE

- o  Please type or fill out in ink, or ask for diskette with form in Word or WordPerfect file for Mac or IBM compatable.

- o  Do not hesitate to contact Steve Macevicz x5552 or Paul Grossman x5846 for assistance in filling out.

- o  Please return to legal department when completed.

1. **Title or Subject of the Discovery or Invention:**

   *Improved DNA Typing by Analysis of Repetitive Sequence Length Polymorphisms.*

2. **Suggested Inventor(s)** (Full name(s) (including first, middle initial, and last), address, and country of citizenship):

   *Stephen C. Macevicz*

3. **Conception of Discovery or Invention:**

a.  Describe the circumstances that led to the conception of the invention or discovery (e.g. recognition of a problem, or deficiency in current method of synthesis, analysis, separation, or the like; or discovery of a property or phenomena that lends itself to solving a known problem; etc.) [Use additional sheets if necessary.]

b.  First oral disclosure:    Date: *20 May 1994*    To whom: *Eric Shulse*

    First written description:    Date: *20 May 1994*    Type (e.g. memo, preprint, manuscript draft, lab notebook

Page __1__ of __5__

**IMPORTANT:** The information contained in this document is confidential and proprietary to Applied Biosystems and is not to be disclosed or disseminated in any manner whatsoever without the express prior written permission of Applied Biosystems.

**APPLIED BIOSYSTEMS**                                    Disclosure No. _____

                                                          entry, etc.) Please attach copy.

4.      **PRIOR DISCLOSURES**

   Has the discovery or invention been disclosed to anyone outside of ABI or has the discovery or invention been published in any manner (e.g. as an abstract, poster, article in scientific journal, etc.)? Please include submissions to journals (Circle one below):

    **NO**   there have been no disclosures outside of ABI.

   **YES**   the invention has been disclosed.

**Date(s) of disclosure(s):**

**Where and in what manner was the disclosure made (e.g. talk at conference, slides, handouts, abstract, submission of manuscript, etc.)**

5. **DESCRIPTION OF DISCOVERY OR INVENTION:** Please describe the invention as completely as possible, including the following information as appropriate:

(1) A diagrammatic description of the invention, if possible.

(2) Representative data, if available.

(3) What was the objective of the research that led to the discovery (e.g. improve purification of a compound, improve efficiency of synthesis, engineer around existing patent, etc.),

(4) Were there any special problems that had to be solved in the course of the discovery or invention (e.g. need to synthesize novel monomer, need to confirm that enzyme can catalyze reaction involving unnatural substrates, etc.), and

(5) What are practical applications of the discovery or invention (e.g., treatment of a disease or condition, new diagnostic, new tool for molecular biology)?

[Use additional pages as necessary]

Page _2_ of _5_

**IMPORTANT:** The information contained in this document is confidential and proprietary to Applied Biosystems and is not to be disclosed or disseminated in any manner whatsoever without the express prior written permission of Applied Biosystems.

**APPLIED BIOSYSTEMS**                    Disclosure No. _____

Prior art (as exemplified by Weber U.S. patent 5,075,217)

Repetitive sequence region

$P_1$   $P_2$

↓ amplify

Run on gel
↓

Distance proportional to size of repeat

Page 3 of 5

**IMPORTANT:** The information contained in this document is confidential and proprietary to Applied Biosystems and is not to be disclosed or disseminated in any manner whatsoever without the express prior written permission of Applied Biosystems.

**APPLIED BIOSYSTEMS**                             Disclosure No. _____



Invention: Use 3 primers arranged as follows:

i.e. $P_2$ and $P_3$ overlap the boundary between the repeat region and the unique sequence region of a locus. Cross-hatched segments of $P_2$ and $P_3$ are complementary to repeat sequence, and non-cross-hatched segments are complementary to unique sequence at locus.

d, the distance of $P_1$ to $P_2$, can be selected for convenience of separation methodology selected.

Page 4 of 5

**IMPORTANT:** The information contained in this document is confidential and proprietary to Applied Biosystems and is not to be disclosed or disseminated in any manner whatsoever without the express prior written permission of Applied Biosystems.

**APPLIED BIOSYSTEMS**                              Disclosure No. _____

6. **CITATIONS OF THE MOST CLOSELY RELATED PRIOR PUBLICATIONS AND/OR REVIEW ARTICLES DESCRIBING THE GENERAL AREA OF RESEARCH RELATING TO DISCOVERY:**

Weber, U.S. Patent 5,075,217
Jeffreys et al, NAR 16: 10953-10971 (1988)
Pardee and Liang, U.S. patent 5,262,311
Khan et al, NAR 19: 1715 (1991)
Jeffreys et al, Nature, 354: 204-209 (1991)

7. **WHAT ADVANTAGES DOES INVENTION HAVE OVER PRIOR ART:**

8. **SIGNATURES AND WITNESSES:**

Suggested Inventor(s):                              Witnesses (I have read and understood the foregoing invention disclosure on the date opposite my name):

_____ 5/24/94                              _____ 5/24/94
         Date                                              Date

_____                                      _____
         Date                                              Date

_____                                      _____
         Date                                              Date

                        _____    _____
                              Date       Patent Department    Date

Page 5 of 5

**IMPORTANT:** The information contained in this document is confidential and proprietary to Applied Biosystems and is not to be disclosed or disseminated in any manner whatsoever without the express prior written permission of Applied Biosystems.