# EXHIBIT 24

```
 1  BRYAN WILSON (CA BAR NO. 138842)
    DARA TABESH (CA BAR NO. 230434)
 2  ERIC C. PAI (CA BAR NO. 247604)
    MORRISON & FOERSTER LLP
 3  755 Page Mill Road
    Palo Alto, California 94304-1018
 4  Telephone: 650.813.5600
    Facsimile: 650.494.0792
 5  E-Mail: BWilson@mofo.com
    E-Mail: DTabesh@mofo.com
 6  E-Mail: EPai@mofo.com

 7  DAVID C. DOYLE (CA BAR NO. 70690)
    STEVEN E. COMER (CA BAR NO. 154384)
 8  MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
 9  San Diego, California 92130-2040
    Telephone: 858.720.5100
10  Facsimile: 858.720.5125
    E-Mail: DDoyle@mofo.com
11  E-Mail: SComer@mofo.com

12  Attorneys for Plaintiff
    APPLERA CORPORATION – APPLIED BIOSYSTEMS
13  GROUP
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT 24 TO DECLARATION OF BRYAN WILSON IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date: January 10, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

Regarding: Exhibit 24 to the Declaration of Bryan Wilson In Support Of Motion To Dismiss For Lack Of Standing, And Motion For Partial Summary Adjudication. This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

Dated: December 6, 2007

BRYAN WILSON
DAVID C. DOYLE
MORRISON & FOERSTER LLP

By: /s/Bryan Wilson
    Bryan Wilson

Attorneys for Plaintiff
APPLERA CORPORATION –
APPLIED BIOSYSTEMS GROUP