# EXHIBIT 25



**PATENT APPLICATION**

08424663

APPROVED FOR LICENSE ☐

INITIALS MAY 1 0 9 5 4 2

briefed in 1800 PTO

| Date Entered or Counted | | Contents | Date Received or Mailed |
|---|---|---|---|
| | | | RECEIVED JUN 2 5 1995 |
| | 1. | Application papers. | |
| | 2. | Statement of SEQ | 4/17/95 |
| | 3. | Disclosure Statement | 07/11/95 |
| | 4. | Suppl. Disclosure Statement | 10-6-95 |
| | 5. | Rej 3 mos | 4-16-96 |
| | 6. | Power TO Inspect | 5-17-96 |
| | 7. | Assoc. Atty. | 10-21-96 |
| | 8. | Ext. 3 | 10-21-96 |
| | 9. | Amdt A | 10-21-96 |
| | 10. | 2nd Amdt BW 1/18 | Dec 21-97 |
| | 11. | Interview Summary | 2-1-97 |
| | 12. | Exmnr's Amdt/C | 2-28-97 |
| 2/19/98 | 13. | Formal Drawings (5 shts) sol N/A | 2/19/98 |
| | 14. | PTO GRANT MAY 12 1998 | |
| | 15. | RAW SEQ LIST - ENTERED | 3/31/98 |
| | 16. | | |
| | 17. | | |
| | 18. | | |
| | 19. | | |
| | 20. | | |
| | 21. | | |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | |

(FRONT)

PATENT APPLICATION SERIAL NO. 08/424663

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

020 AA 05/19/95 08424663      1 201    403.00 CK

PTO-1556
(5/87)

| BAR CODE LABEL | U.S. PATENT APPLICATION |
|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/424,663 | 04/17/95 | 435 | 1804 |

**APPLICANT**

STEPHEN C. MACEVICZ, CUPERTINO, CA.

\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
   VERIFIED

---

\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\*
   VERIFIED

---

FOREIGN FILING LICENSE GRANTED 06/02/95     \*\*\*\*\* SMALL ENTITY \*\*\*\*\*

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 5 | 19 | 4 | $403.00 | PE01 |

**ADDRESS**

STEPHEN C MACEVICZ
21890 RUCKER DRIVE
CUPERTINO CA  95014

**TITLE**

DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.
By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                             Certifying Officer