# EXHIBIT 27

1   BRYAN WILSON (CA BAR NO. 138842)
    DARA TABESH (CA BAR NO. 230434)
2   ERIC C. PAI (CA BAR NO. 247604)
    MORRISON & FOERSTER LLP
3   755 Page Mill Road
    Palo Alto, California 94304-1018
4   Telephone: 650.813.5600
    Facsimile: 650.494.0792
5   E-Mail: BWilson@mofo.com
    E-Mail: DTabesh@mofo.com
6   E-Mail: EPai@mofo.com

7   DAVID C. DOYLE (CA BAR NO. 70690)
    STEVEN E. COMER (CA BAR NO. 154384)
8   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
9   San Diego, California 92130-2040
    Telephone: 858.720.5100
10  Facsimile: 858.720.5125
    E-Mail: DDoyle@mofo.com
11  E-Mail: SComer@mofo.com

12  Attorneys for Plaintiff
    APPLERA CORPORATION – APPLIED BIOSYSTEMS
13  GROUP

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17

18  APPLERA CORPORATION – APPLIED          Case No.    07-CV-02845 WHA
    BIOSYSTEMS GROUP, a Delaware corporation,
19                                          **MANUAL FILING**
                                            **NOTIFICATION OF EXHIBIT 27**
              Plaintiff,                    **TO DECLARATION OF**
20                                          **BRYAN WILSON IN SUPPORT OF**
         v.                                 **MOTION TO DISMISS FOR LACK**
21                                          **OF STANDING, AND MOTION**
    ILLUMINA, INC., a Delaware corporation, **FOR PARTIAL SUMMARY**
22  SOLEXA, INC., a Delaware corporation, and **ADJUDICATION**
    STEPHEN C. MACEVICZ, an individual,
23                                          Date:  January 10, 2008
              Defendants.                   Time:  8:00 a.m.
24                                          Place: Courtroom 9, 19th Floor
                                            Honorable William H. Alsup
25

26

27

28

MANUAL FILING NOTIFICATION: EX. 27 - WILSON DECL ISO MTN TO DISMISS AND FOR SUMMARY ADJUDICATION
Case No. 07-CV-02845 WHA
pa-1212874

1    Regarding: Exhibit 27 to the Declaration of Bryan Wilson In Support Of Motion

2  To Dismiss For Lack Of Standing, And Motion For Partial Summary Adjudication.  This filing

3  is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

4    If you are a participant on this case, this filing will be served in hard-copy shortly.

5    For information on retrieving this filing directly from the court, please see the court's

6  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7    This filing was not efiled for the following reason(s):

8  ___ Voluminous Document (PDF file size larger than the efiling system allows)

9  ___ Unable to Scan Documents

10  ___ Physical Object (description): _____

11

12  _____

13  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

14  X_ Item Under Seal

15  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

16  ___ Other (description): _____

17

18  _____

19

20  Dated:  December 6, 2007            BRYAN WILSON
                                        DAVID C. DOYLE
21                                      MORRISON & FOERSTER LLP

22

23                              By:   /s/Bryan Wilson
                                        Bryan Wilson
24
                                    Attorneys for Plaintiff
25                                  APPLERA CORPORATION –
                                    APPLIED BIOSYSTEMS GROUP
26

27

28

1