# EXHIBIT 32

MINUTES

REGULAR MEETING OF THE BOARD OF DIRECTORS

LYNX THERAPEUTICS, INC.

July 31, 1995

A regular meeting of the Board of Directors was held pursuant to notice duly given at 2:00 p.m. on July 31, 1995, at the offices of the Company at 3832 Bay Center Place, Hayward, California.  The following directors were present at the meeting: Sam Eletr, Sydney Brenner, Bill Bowes, Craig Taylor, Kathy La Porte and Jim Kitch.  David Martin, Nicole Vitullo and Kathy San Roman also were present.  Dr. Eletr called the meeting to order as Chairman.  Mr. Kitch acted as Secretary of the meeting.

     1.    <u>Election of Director</u>.  At the suggestion of Dr. Eletr, the directors enlarged the size of the Board of Directors to seven members and elected Dr. Martin as the seventh director.

     2.    <u>Program and Technology Report</u>.  Dr. Martin presented and discussed with the directors his initial assessment of a number of the programs and technologies being addressed by the Company.  Dr. Eletr also reported on the status of the Company's sequencing program and discussions with the first possible corporate partner for this technology.  Finally, Dr. Martin reviewed with the Board an opportunity for the Company to pursue a program in the field of neurobiology.

     3.    <u>Administrative Matters</u>.  The directors approved the issuance and sale of 755 shares of Series C Preferred Stock at $5.00 per share to Joel Cohen, a consultant to the Company.  Next, based on the recommendation of management, the directors unanimously adopted the following resolutions:

     RESOLVED, that the persons listed on Exhibit A attached hereto be, and they each hereby are, granted a nonstatutory stock option under the Company's 1992 Stock Option

1.

Plan to purchase the number of shares of the Company's Common Stock set forth opposite each such person's name;

RESOLVED FURTHER, that the form of grant shall be the Company's standard nonstatutory option grant form previously approved by the Board of Directors, and each such option shall vest over a period of five years from the vesting start date specified for such person on Exhibit A hereto in accordance with the terms of such standard form;

RESOLVED FURTHER, that the exercise price of each option granted hereby shall be $0.10 per share, the Board having determined in view of all applicable circumstances that such exercise price is the current fair market value of a share of the Company's Common Stock; and

RESOLVED FURTHER, that the officers of the Company be, and each of them hereby is, authorized and directed, for and on behalf of the Company, to take such actions as they may deem necessary, appropriate or advisable in order to implement fully the intent of the foregoing resolutions.

There being no further business to conduct, the meeting was adjourned.

Respectfully Submitted,

James C. Kitch, Secretary

Approved:

Sam Eletr, Chairman

20970449
090595

2.

ILL000987

# Lynx Therapeutics, Inc.
## Stock Option Grants
### July 31, 1995

| Name | Department | # of Shares | Vesting Start Date |
|------|-----------|-------------|--------------------|
| Jeffrey Nelson | Process Development | 30,000 | June 23, 1995 |
| Genine Foote | Administration | 10,000 | June 26, 1995 |
| Maxine Babb | Administration/Accounting | 10,000 | June 27, 1995 |
| Steve Macevicz | Administration | 150,000 | Sept. 00, 1995 |

**ILL000988**