# EXHIBIT 33

# **EMPLOYEE TERMINATION NOTICE**

TO:    Carroll McDaniel          700

FROM:  Charo Delli-Gatti         100-3

RE:    Termination Notification

DATE:  6-22-95

_____*STEVE MACEVICZ*_____ last day of work with **ABD**

will be __7-14-95__ Please sign and return this form in acknowledgement of your recognition of termination on the above mentioned employee.

____✓____ You may contact the employee.

_____ You may **NOT** contact the employee.

*Carroll McDaniel*
Library acknowledgement



RECEIVED JUN 26 1995

eetrm2.doc/cd

PERKIN-ELMER
APPLIED BIOSYSTEMS DIVISION
SUPERVISOR'S EXIT CHECKLIST

Employee Name: STEPHEN MACEVICZ  EE#: 43458  Department #: 9001

Reason for Leaving: pursue other opportunities

*Supervisor Responsibility*

Please have the following item(s) returned and sign off that the items are now in your possession.

| Item | Status | Notes |
|---|---|---|
| Fixed Assets | NONE | Transferred to _____ |
| Company Keys | ✓ | Returned to supervisor (Connie) Tim Brown |
| Misc. Company Materials | ✓ | Returned to supervisor |
| Computer Equipment | ✓ | Returned to supervisor (on desk) |
| Department Manual(s) | ✓ | Returned to supervisor |
| Engineering Notebook(s) | ✓ | Returned to supervisor — patent files left in legal area |
| Company Auto/ Keys | NONE | Returned to supervisor |
| Instrument and Tools | NONE | Returned to supervisor |
| Customer Lead Books | NONE | Returned to supervisor |
| Miscellaneous Items | ✓ | Returned to supervisor |

Comments: _____

_____   8/7/95
Employee Signature         Date

_____   8/7/95
Supervisor's Signature     Date

Please forward this form to **Human Resources** prior to exit interview.