# EXHIBIT 34

1  BRYAN WILSON (CA BAR NO. 138842)
   DARA TABESH (CA BAR NO. 230434)
2  ERIC C. PAI (CA BAR NO. 247604)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  E-Mail: BWilson@mofo.com
   E-Mail: DTabesh@mofo.com
6  E-Mail: EPai@mofo.com

7  DAVID C. DOYLE (CA BAR NO. 70690)
   STEVEN E. COMER (CA BAR NO. 154384)
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
9  San Diego, California 92130-2040
   Telephone: 858.720.5100
10 Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com
11 E-Mail: SComer@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS
13 GROUP

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17

| 18 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.   07-CV-02845 WHA |
|---|---|---|
| 19 | | **MANUAL FILING NOTIFICATION OF EXHIBIT 34 TO DECLARATION OF BRYAN WILSON IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION** |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| 23 | | |
| 24 | Defendants. | Date: January 10, 2008 |
| 25 | | Time: 8:00 a.m. Place: Courtroom 9, 19th Floor Honorable William H. Alsup |

26

27

28

1       Regarding: Exhibit 34 to the Declaration of Bryan Wilson In Support Of Motion To Dismiss For Lack Of Standing, And Motion For Partial Summary Adjudication. This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

      If you are a participant on this case, this filing will be served in hard-copy shortly.

      For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

      This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

X  Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

_____

Dated: December 6, 2007            BRYAN WILSON
                                          DAVID C. DOYLE
                                          MORRISON & FOERSTER LLP

                                   By: /s/Bryan Wilson
                                               Bryan Wilson

                                       Attorneys for Plaintiff
                                       APPLERA CORPORATION –
                                       APPLIED BIOSYSTEMS GROUP