# EXHIBIT 37

# Cooley Godward Kronish, LLP
Cooley's Privilege and Redaction Log
As of 11/07/07

| # | Date | Author | Recipient(s) | CC(s) | Description | Privilege Claimed¹ | Page(s) |
|---|---|---|---|---|---|---|---|
| 1. | 01/02/07 12/27/06 | Scott Hsu (Cooley Godward Kronish LLP); John Brottem (Cooley Godward Kronish LLP); Linda Rubinstein (Solexa, Inc.); Kevin Flowers (Marshall, Gerstein & Borun LLP) | John Brottem (Cooley Godward Kronish LLP); (Cooley Godward Kronish LLP); Tevor Dutcher (Cooley Godward Kronish LLP); Scott Hsu (Cooley Godward Kronish LLP); Colin Barnes Kathy San Roman (Solexa, Inc.); James Kitch (Cooley Godward Kronish LLP); Chris Cabou; John West; Linda Rubinstein (Solexa, Inc.); Tony Smith | | Redacted email reflecting attorney-client communication and attorney work product re litigation matters | ACC AWP | Cooley 000643 – Cooley 000645 |

¹ "ACC" indicates confidential attorney-client communication reflecting and/or seeking legal advice. "AWP" indicates attorney work product prepared in anticipation of litigation. "JDP" indicates joint defense privilege prepared in anticipation of litigation. "NR" indicates non-responsive personal information.

1

Pltf.'s/Deft.'s _____ Exhibit 19
Page 1 Of 30 Witness: San Roman
Date Of Proceeding: 11/08/07
By: Linda Frazeur, CSR#6697

| | Date | Author | Recipient(s) | CC(s) | Description | Privilege Claimed | Page(s) |
|---|---|---|---|---|---|---|---|
| 154. | 01/17/07 | John Brottem (Cooley Godward Kronish LLP) Jennifer Fonner DiNucci (Cooley Godward Kronish LLP) | James Kitch (Cooley Godward Kronish LLP) John Brottem (Cooley Godward Kronish LLP) | | Email reflecting attorney work product re ligiation matters | AWP | 1 |
| 155. | 01/16/07 | John Brottem (Cooley Godward Kronish LLP) Jennifer Fonner DiNucci (Cooley Godward Kronish LLP) | Jennifer Fonner DiNucci (Cooley Godward Kronish LLP) John Brottem (Cooley Godward Kronish LLP) | | Email reflecting attorney work product re ligiation matters | AWP | 1 |
| 156. | 11/06/06 | John Brottem (Cooley Godward Kronish LLP) Nicola Baker-Munton Linda Rubinstein (Solexa, Inc.); Mike Fuller | Trevor Dutcher (Cooley Godward Kronish LLP) Scott Hsu Linda Rubinstein (Solexa, Inc.); John West Tony Smith Nicola Baker-Munton Mike Fuller | James Kitch (Cooley Godward Kronish LLP) John Brottem (Cooley Godward Kronish LLP) Chris Cabou jill@kmob.com Tony Smith Linda Rubinstein (Solexa, Inc.); Trevor Dutcher (Cooley Godward Kronish LLP) Jerry Hefner | Email reflecting attorney-client communication and attorney work product re ligiation matters | ACC AWP | 4 |
| 157. | 7/10/95 | Stephen C. Macevicz | Sam Eletr | | Letter reflecting attorney-client communication and attorney work product | ACC AWP | 3 |

30