# EXHIBIT 38

# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the year ended December 31, 1996

or

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

*Commission file number 0-22570*

# LYNX THERAPEUTICS, INC.
(Exact name of Registrant as specified in its charter)

| Delaware | 94-3161073 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |

3832 Bay Center Place, Hayward, CA 94545
(Address of principal executive offices, including zip code)

(510) 670-9300
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act: None**

Securities registered pursuant to Common Stock, $.001 Par Value
Section 12(g) of the Act:

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities and Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes x No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. x

The number of shares of Common Stock, Series B Preferred Stock, Series C Preferred Stock and Series D Preferred Stock outstanding as of December 31, 1996, was 3,152,148, 332,288, 123,299 and 40,000, respectively. The Series B, Series C and Series D Preferred Stock are convertible into Common Stock on a ten-for-one basis. Information regarding the aggregate market value of the Registrant's voting stock is not included because there is currently no established public trading market for the Company's voting stock.

PART I

## ITEM 1. BUSINESS

Except for the historical information contained herein, the following discussion contains forward-looking statements that involve risks and uncertainties. The Company's actual results could differ materially from those discussed here. Factors that could cause or contribute to such differences include, but are not limited to, those discussed in this section, as well as in the section entitled "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations."

Lynx Therapeutics, Inc. ("Lynx" or the "Company") was formed in late 1992 to discover and target inappropriate gene expression in disease. The Company's early efforts relied on academic collaborations for the discovery and understanding of altered or inappropriate gene function and on its own expertise in synthetic DNA ("oligodeoxynucleotide" or "ODN") chemistry for the development of compounds aimed at modulating undesirable gene expression. These early collaborations resulted in a number of compounds. One compound for the prevention of restenosis following balloon angioplasty is in Phase II clinical trials in Europe and is the object of development and commercialization agreements with two pharmaceutical companies. The other compounds, aimed at certain leukemias and cancers, are currently the objects of in-vivo preclinical studies.

As successful as these programs have been, their progress has been generally constrained by the inherent difficulties of elucidating gene functions with current technologies. As a result, the Company has undertaken to acquire and develop novel gene identification technologies that promise to accelerate the discovery and validation of important new targets.

In addition, the Company has recently initiated an internal biology-based drug discovery program designed around in vitro and in vivo models of acute biological stress or injury. This program is currently focused on models relevant to diseases resulting from brain and spinal cord injuries. Its aim is to better define and characterize gene function and inappropriate gene expression in the diseases of interest.

## LYNX TECHNOLOGIES

**Target Discovery Technologies**

Massively Parallel Signature Sequencing ("MPSS")

In 1994 the Company established a group to focus on the development of new and proprietary DNA sequencing technologies that would be capable of accelerating the discovery and validation of targets for drug discovery. Foremost among these are the Massively Parallel Signature Sequencing ("MPSS") and the Massively Parallel Genomic Sequencing ("MPGS") technologies. The first is designed to enable researchers to identify a majority of all genes expressed by a cell (or tissue) from the simultaneous sequencing of up to a million molecules representing that cell's (or tissue's) full gene expression. The second is designed to enable the simultaneous sequencing of up to a million genomic fragments in order to arrive rapidly at genomic sequences. The Company is currently refining various aspects of the biochemistries and instrumentation needed to implement these technologies. Barring unforeseen obstacles, the Company expects to deploy MPSS in its internal research programs as well as in the programs of its customers and research partners during 1997, and MPGS for its own programs shortly thereafter.

2.

**Biology-based Target Discovery Programs**

In 1995 the Company established a target discovery and early development program designed to capitalize eventually on the power of MPSS, but which could develop nevertheless with expertise and intermediate technologies currently resident within Lynx. The initial projects are centered on the medically important field of neurovascular diseases, in areas for which good in vitro and in vivo models exist, and that are well suited to eventual analyses with the Company's gene sequencing and target discovery MPSS technologies.

Various forms of sub-lethal stress or challenge that will not cause cellular or tissue injury are known to lead to states wherein certain cells become protected from subsequent injury. It is as if the cells have protective reserves which are quiescent under normal resting conditions, but which become activated upon sub-lethal challenges. Examples include ischemic conditioning of myocardial muscle cells, liver cells, neurons, and depolarization-induced conditioning of neurons. Therefore, analyzing the genes induced by such challenges could reveal endogenous protective mechanisms which could then serve as targets for drug development.

Animal models of hypoxic ischemic nervous system injuries (stroke, global ischemias) reproduce similar human conditions reasonably well. Experiments in these models can be planned and timed conveniently. Stroke, for example, can be modeled by blocking flow in a specific cerebral artery. Tissues can then be collected from various brain regions, and at desired time points following the original insult. Thus, progression of post-ischemic events can be monitored in affected and unaffected hemispheres to gain insight into the molecular pathologies of the modeled disease. Similar models exist which reproduce certain psychiatric disorders such as depression. Lynx is in the process of studying such models of neurological and psychiatric diseases using differential molecular analysis techniques. These models include, but are not limited to, those of hypoxic ischemic brain injury, epilepsy, central nervous system trauma, depression, and age-related memory deficits. By deciphering the mechanisms involved, Lynx expects to identify potential targets for drug developments.

**Oligodeoxynucleotide Chemistries**

Oligodeoxynucleotides or ODNs are short, synthetic DNA or DNA analog fragments. Interest in their use stems from their ability, when synthesized with the appropriate sequence, to bind to target mRNA molecules (the antisense mode), or, in special cases, to double stranded DNA (the antigene mode), and thereby block or interfere with gene expression.

ODN analogs are usually preferred over "natural" ODNs as the latter are readily degraded by cellular enzymes. Lynx has expertise with two types of ODN analogs, phosphorothioates, a class of compounds licensed from the United States National Institute of Health, and phosphoramidates, a proprietary class of compounds developed by the Company.

ODNs can be used both as therapeutic compounds or as tools in model experiments to block expression of a given gene in order to validate a hypothesized function. Lynx expects its ODN expertise and proprietary technologies to play a significant role in the discovery of gene function and in the early and specific validation of potential drug targets.

**CLINICAL AND PRE-CLINICAL PROGRAMS**

**Oligodeoxynucleotide Therapeutic Programs**

Lynx's ODN drug clinical development program is currently focused on evaluating in humans the efficacy observed earlier in porcine models, of a proprietary phosphorothioate ODN antisense compound, LR-3280, in coronary artery restenosis following balloon angioplasty.

3.

The target of LR-3280 is the c-myc oncogene whose dynamic expression suggests that it plays a causal role in the pathologic process of arterial restenosis. Lynx's restenosis program is an early example of intervening in a specific disease process by targeting inappropriate gene expression. Lynx has completed a Phase I safety study of LR-3280 in humans and has commenced a Phase II efficacy study in Europe. The Company has also completed two corporate development and marketing partnerships to fully support clinical development of this compound in North America, Europe, Japan and certain Asian countries.

The Company and its collaborators are now conducting in vitro and in vivo pre-clinical studies of a number of phosphoramidate drug candidates targeting proliferative diseases and viruses. The potential utility of phosphoramidate ODNs as direct antigene drugs is especially promising since the number of copies of a target gene in a cell is usually two, not hundreds or thousands as with many target mRNA molecules and viruses. Thus, the effective intracellular concentration required of an "antigene" ODN may be many times lower than that of an "antisense" ODN drug. Antigene ODNs also have interesting implications for treating viral diseases that involve the viral genome integrating itself into the host genome once or a few times--as does HIV.

**Process Development and Manufacturing**

The development of ODN-based drugs requires the ability to produce amounts of synthetic DNA far larger than those which can be obtained from research-oriented DNA synthesizers. Few other sources can match the quantity and quality of phosphorothioate compounds that Lynx's process chemistry and synthetic technology have made available for in vitro, in vivo, and now human, testing. This manufacturing technology traces its origins to the beginning of Lynx as a division of Applied Biosystems Inc., ("ABI"), now a division of Perkin Elmer Corporation. Lynx retains royalty-free licenses to ABI's DNA synthesis technologies and holds exclusive positions in the therapeutics field for some of them.

The development of phosphoramidate analogs has necessitated extensive process development research to enable their manufacture as their synthesis requires different chemistries than those developed previously for DNA and other analogs. Progress to date has resulted in making the phosphoramidates a practical alternative in addition to being a more potent and versatile one.

**Business Risks**

**Technological Uncertainty; Government Regulation**

All of Lynx's products are in a research and development phase; no significant revenues have been generated from services or product sales. There is no assurance that Lynx's technologies will be successfully developed or, if they are, that they can be successfully marketed. Certain Lynx products depend on the continuance of outside collaborations and/or the development of in-house expertise to complement the efforts of such collaborators. There can be no assurance that Lynx will successfully maintain these collaborations or that it will be able to develop such in-house expertise. Moreover, Lynx's products in research or development may prove to have undesirable and unintended side effects or other characteristics that may prevent or limit their commercial use. Pharmaceutical or biotechnology based products, if any, resulting from Lynx's research and development programs are not expected to be commercially available for a number of years.

The FDA and comparable agencies in foreign countries impose substantial pre-market approval requirements upon the introduction of therapeutic pharmaceutical products through lengthy and detailed preclinical and clinical testing procedures and other costly and time-consuming procedures. Satisfaction of these requirements, which includes demonstrating to the satisfaction of the FDA that the product is both safe and effective, typically takes several years or more, depending on the type, complexity and novelty of the product. There can be no assurance that government approval will be obtained for any of Lynx's products. Even if obtained, regulatory approval of a product may not be granted on a timely basis, may impose limitations on the indicated uses for which the product may be marketed or may impose costly compliance procedures, all of

which could diminish any competitive advantage that Lynx may obtain. Further, a marketed product, its manufacturer and its manufacturing facilities are subject to continual review and periodic inspections and discovery of previously unknown problems with a product, manufacturer or facility may result in restrictions on such product manufacturer, including withdrawal of the product from the market. Also, additional government regulation, legislation or administrative action may be established which could also prevent or delay regulatory approval of Lynx's products.

**Loss History; Uncertainty of Future Profitability; Need for Additional Funds**

Lynx had an accumulated deficit of approximately $31.5 million through December 31, 1996 and expects to incur substantial operating losses for at least the next several years. There can be no assurance that Lynx will ever be able to achieve or sustain profitability. See "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations."

Lynx's operations to date have consumed substantial amounts of cash. Negative cash flow from operations is expected to continue and to increase over the foreseeable future. Lynx anticipates that its existing capital resources will enable Lynx to maintain its current and planned operations through 1997. Lynx intends to seek additional funding through future equity or debt offerings in the public or private markets or through collaborative arrangements. Lynx's ability to obtain additional financing will depend on the progress in its research and development efforts, its financial condition and business prospects, and conditions prevailing in the relevant capital markets at the time financing is sought. There can be no assurance that any additional financing required by Lynx will be available or, if available, will be on terms favorable to Lynx. See "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations--Liquidity and Capital Resources." Failure to obtain such additional funds would have a material adverse effect on the Company.

**Competition**

Lynx is subject to competition from many directions including complementary DNA ("cDNA") cloning and sequencing technologies, ODN chemistry and drug development, and the discovery and development of pharmaceutical and biotechnology drugs. Competition in the latter arena includes all of the world's pharmaceutical and biotechnology companies that have research programs pursuing the same general targets as Lynx, including cardiovascular diseases, cancers and leukemias and neurovascular diseases. There are several companies that are now actively engaged in technology developments and discovery programs pertaining to genomic elucidation and gene function determination. Key to these efforts are cDNA cloning and DNA sequencing techniques. However, there can be no assurance that combinations of novel cloning and sequencing techniques will not be discovered or developed elsewhere. See "Lynx Technologies."

**Patents and Proprietary Rights**

Lynx's success will depend in part on its ability to obtain patent protection for its products both in the U.S. and other countries. Lynx has filed and will continue to file applications, as appropriate, for patents covering both its products and processes and has licensed a number of patents and patent applications covering certain of its compounds. Some of the patent applications owned by Lynx have already issued, but no assurance can be given that patents will issue from any of the pending applications or that, if patents do issue, the claims allowed will be sufficiently broad to protect Lynx's technology. In addition, no assurance can be given that any patents issued to or licensed by Lynx will not be challenged, invalidated, infringed or circumvented, or that the rights granted thereunder will provide competitive advantages to Lynx.

The commercial success of Lynx will also depend in part on Lynx not infringing patents issued to competitors and on others not breaching the technology licenses upon which Lynx's products might be based. There can be no assurance that Lynx will be able to obtain a license to any third party technology that it may require to conduct its business or that, if obtainable, such technology can be licensed at a reasonable cost. Failure

5.

by Lynx to obtain a license to any technology that it may require to commercialize its technologies or products may have a material adverse effect on Lynx.

Litigation, which could result in substantial costs to Lynx, may also be necessary to enforce any patents issued to Lynx or to determine the scope and validity of other parties' proprietary rights. If the outcome of any such litigation is adverse to Lynx, Lynx's business could be adversely affected. Lynx may have to participate in interference proceedings declared by the U.S. Patent and Trademark Office, which could result in substantial cost to Lynx to determine the priority of inventions. Furthermore, Lynx may have to participate at substantial cost in International Trade Commission proceedings to abate the importation of products which would compete unfairly with products of Lynx.

Lynx also relies on trade secrets and proprietary expertise, which it seeks to protect in part by confidentiality agreements with its collaborators, employees and consultants. There can be no assurance that these agreements will not be breached, that Lynx would have adequate remedies for any breach, or that its trade secrets will not otherwise become known or be independently developed by competitors.

**Need to Establish Collaborative Relationships; Dependence on Partners**

Lynx's business strategy includes entering into strategic alliances or licensing arrangements with corporate partners, primarily pharmaceutical and biotechnology companies, relating to the development and commercialization of certain of its potential technologies, databases and products. There can be no assurance that Lynx will be able to negotiate attractive collaborative arrangements or that such collaborations will be available to Lynx on acceptable terms so that any such relationships, once established, will be scientifically or commercially successful. In addition, there can be no assurance that the Company will be able to maintain its existing collaborations, or that the Company's partners will perform under such collaborations.

**Attraction and Retention of Key Employees and Consultants**

Lynx is highly dependent on the principal members of its management and scientific staff, the loss of whose services could have a material adverse effect on Lynx. Furthermore, recruiting and retaining qualified scientific personnel to perform research and development work in the future will also be critical to Lynx's success. Lynx believes it will be successful in attracting and retaining skilled and experienced scientific personnel, although there can be no assurance that Lynx will be able to attract and retain such personnel on acceptable terms, given the competition among numerous pharmaceutical and health care companies, universities and non-profit research institutions for experienced scientists. See "Employees."

**Manufacturing Capability**

The manufacture of Lynx's products will be a time consuming and complex process and will be subject to good manufacturing practice ("GMP") prescribed by the FDA or other standards prescribed by the appropriate regulatory agency in the country of use. There can be no assurance that Lynx will be able to manufacture products in a timely fashion, at acceptable quality and cost and in sufficient quantities.

Absence of Sales and Marketing Experience; Product Liability Exposure and Insurance; Hazardous Materials

Lynx has no experience in the sales, marketing or distribution of pharmaceutical products and does not expect to establish a direct sales capability for at least several years. To market any of its products directly, Lynx must develop a substantial sales and marketing force with technical expertise and with supporting distribution capability. There can be no assurance that Lynx will desire to or be able to build such a sales force or that its direct sales and marketing efforts will be successful.

The use of any of Lynx's products in clinical trials and the sale of any products may expose Lynx to liability claims resulting from the use of such products. These claims might be made directly by consumers,

health care providers, pharmaceutical companies or others selling such products. Lynx intends to obtain product liability insurance coverage. No assurance can be given that Lynx will be able to obtain such insurance or, if obtainable, that such insurance can be acquired at reasonable cost or in sufficient amounts to protect Lynx against losses that could have a material adverse effect on Lynx.

Lynx's research and development may involve the controlled use of hazardous materials, chemicals, viruses and various radioactive compounds. In the event of such an accident, Lynx could be held liable for any damages that result, and any liability could exceed the resources of Lynx.

**Non-Corporate Collaborations/Sponsored Research**

Lynx's R&D strategy has been to leverage its know-how with the expertise of extramural experts active in a variety of disease areas. When appropriate, the Company has provided financial support for its collaborators' work and, in most cases, has secured the full commercial rights for any resulting drugs and targets. The resulting research has thus drawn on resources and skills far greater than the Company could have assembled alone in its short history and with its limited finances. This strategy has allowed the Company to defer investing in expensive skills and technologies until it could ascertain their relevance to specific product developments.

Lynx has entered into a number of collaborations aimed at enhancing and extending its research and development activities. The following describes the Company's current academic collaborations:

o A Sponsored Research Agreement with the Department of Neurosciences of the Johns Hopkins University Medical Center is directed at the molecular characterization of genes induced in the brain by neural activation.

o A Sponsored Research Agreement with Thomas Jefferson University is directed at in vivo mouse experiments in CML and acute leukemias utilizing the Company's phosphoramidate ODNs. Basic research is also aimed at identifying mRNA targets that are products of nuclear proto-oncogenes and oncogenes, and at characterizing receptor-mediated mechanisms associated with signal transduction pathways in cancer.

o A Sponsored Research Agreement with the Thomas Jefferson University is directed at understanding the role of the IGF-1 receptor in protecting cancer cells from dying. Phosphoramidate ODN anti-mRNA compounds targeting the receptor are being optimized in vitro and in vivo.

o A Sponsored Research Agreement with the Interventional Cardiology Group at the Thomas Jefferson University Medical Center is focused on in vivo experiments using pigs to continue the exploration of the mechanism of action of LR-3280, and its possible applicability to prevention of restenosis in vein grafts and related clinical indications.

o A Sponsored Research Agreement with the Polish Academy of Sciences is aimed at developing chiral phosphorothioate synthesis technology.

o A Sponsored Research Agreement with the Hungarian Academy of Sciences is aimed at the development of an informatics system compatible with MPSS analyses as well as the detailed analysis of novel genes identified at Lynx.

o A Sponsored Research Agreement with the Applied Biosystems Division of Perkin Elmer Corporation is aimed at the application of new nucleotide sequencing techniques to novel genes identified at Lynx.

o A Sponsored Research Agreement with The Molecular Sciences Institute is aimed at conducting feasibility research on Massively Parallel Genomic Sequencing ("MPGS").

**Corporate Collaborations**

o In October 1996, Lynx entered into two agreements with BASF AG aimed at exploiting Lynx's proprietary MPSS technology. The first agreement commits the two companies to form a new biotechnology Joint Venture ("JV") called BASF-LYNX Bioscience AG in Heidelberg, Germany, which will be governed by a detailed operating agreement developed jointly between the Company and BASF. Initial ownership of the JV will be split 51%-49% between BASF and Lynx respectively. Under the sponsorship of BASF and Lynx the JV will seek to identify novel drug targets in certain central nervous system diseases; it will attempt to determine whether the safety of chemicals can be correlated with, and anticipated by, their effects on gene expression; and, finally, it will seek to optimize microorganisms used in the fermentation production of chemicals such as vitamins or amino acids. BASF will provide research funding of up to 50 million DM (approximately $33 million at current exchange rates) over the next 5 years, as well as access to certain of its technologies, and Lynx will provide access to its MPSS technology for use in the JV's research programs.

The second agreement is a service agreement through which BASF may exploit the expected power of Lynx's MPSS technology for its own internal and proprietary research, independent of the JV's objectives. For access to this service, which commits Lynx to provide BASF with a certain number of MPSS analyses per year, BASF agreed to pay Lynx an access fee of $5.5 million on execution of the agreement, an additional fee of $5.5 million on the achievement of a certain milestone, and a subscription fee of $8 million for the first two years of the subscription agreement.

o In September 1996, Lynx entered into a collaboration agreement with Schwarz Pharma AG to develop and market Lynx's LR 3280 drug candidate for the European and North American markets. The agreement calls for Schwarz Pharma to pay Lynx $4.0 million and $16.0 million in sign-up and milestone fees respectively, and for Schwarz Pharma to bear the costs of development, regulatory approval and sales in the specified territories. Schwarz Pharma will also purchase the drug from Lynx, which retains all manufacturing rights.

o In July 1996, Lynx entered into a collaboration agreement with Tanabe Seiyaku Co., Ltd. to develop and market Lynx's LR 3280 drug candidate for the Japanese and certain other Asian markets. The agreement calls for Tanabe to pay Lynx $3.5 million and $8.0 million in sign-up and milestone fees respectively, and for Tanabe to bear the costs of development, regulatory approval and sales in specified territories. Tanabe will also purchase the drug from Lynx, which retains all manufacturing rights.

o In October 1995, Lynx entered into an agreement with Hoechst AG and Hoechst Marion Roussel (collectively referred to as "Hoechst") which provides Hoechst access to Lynx's MPSS technology. Under the terms of the agreement, Lynx received funds to accelerate the development of its MPSS technology plus an equity investment. In return, Lynx will clone and sequence cDNA libraries from samples of interest to Hoechst. The agreement also stipulates that not more than two additional companies may similarly access the MPSS technology for a specified period. The combined equity, R&D support payments, and subscription fees could reach $35 million by the end of 1998, depending upon the achievement of certain milestones and the quantity of samples submitted for analyses.

**Research and Development Expenditures**

Lynx has devoted its efforts primarily to research and development. Research and development expenses were $12.3 million for the year ended December 31, 1996, $11.0 million for the year ended December 31, 1995 and $7.7 million for the year ended December 31, 1994.

8.

**Scientific Advisors**

The following are Lynx's principal scientific advisors:

Sydney Brenner, M.B., D. Phil. Director and President of The Molecular Sciences Institute, a non-profit research institute in La Jolla, California. Until his retirement in 1996, Dr. Brenner was Honorary Professor of Genetic Medicine, University of Cambridge School of Clinical Medicine, Cambridge, England. Dr. Brenner is known for his work on the genetic code and information transfer from genes to proteins, and for his pioneering research on the genetics and development of the nematode. Dr. Brenner is a Fellow of the Royal Society (1955) and a Foreign Associate of the U.S. National Academy of Sciences (1977) and has received numerous awards of recognition, including the Albert Lasker Medical Research Award (1991), the Genetics Society of America Medal (1987), and the Kyoto Prize (1990).

Dennis Choi, M.D., Ph.D. Chairman of the Department of Neurology and Director of the Center for the Study of Nervous System Injury at Washington University School of Medicine, St. Louis, Missouri. Dr. Choi is an internationally recognized leader in the area of cellular and molecular neuroscience with a specific focus on understanding the mechanisms of brain and nervous system injury.

Robert L. Letsinger, Ph.D. holds joint appointments in the Departments of Chemistry and Molecular Biology and is also Professor of Chemistry at the Northwestern University in Evanston, Illinois. Dr. Letsinger is known for his pioneering work in solid phase synthesis of DNA and the phosphite method for assembly of oligonucleotides. Dr. Letsinger's achievements in these areas laid much of the conceptual groundwork for current automated technologies to produce synthetic DNA.

Laszlo Patthy, Ph.D., D.Sc. Director of the Institute of Enzymology, Hungarian Academy of Sciences, Budapest, Hungary. Dr. Patthy, a leading structural and evolutionary biologist, has made seminal discoveries in the area of modular protein evolution. Dr. Patthy has developed a sophisticated protein sequence informatics technology that is making unique contributions to the structural and functional aspects of proteins and their genes.

Peter H. Seeburg, Ph.D., D.Sc. Professor, University of Heidelberg, Germany. Dr. Seeburg is an internationally recognized pioneer in molecular biology who developed several essential molecular biological techniques and was the sixth most cited scientific author of the 1980's. He was also a principal scientist in the early phase of Genentech, Inc. In recent years, Dr. Seeburg has made seminal discoveries in molecular neuroscience. In 1996, he assumed the directorship of the Max Planck Institute of Heidelberg.

Wojciech J. Stec, Ph.D. Professor and Head of the Department of Bioorganic Chemistry, Center of Molecular and Macromolecular Studies, Polish Academy of Sciences, in Lodz, Poland. Professor Stec is known for his contributions to organophosphorus chemistry and seminal work on stereochemistry including phosphorothioate analogs of DNA. Prof. Stec was recognized by a Fogarty Scholar-in-Residence award (1992-1993) at the National Institutes of Health in Bethesda, Maryland.

Paul F. Worley, M.D. Associate Professor, Department of Neuroscience and Neurology at Johns Hopkins University Medical School. Dr. Worley, a neurologist and molecular biologist, is a pioneer in applying differential cloning techniques to understand the molecular basis of neuronal plasticity.

**Employees**

As of December 31, 1996, Lynx employed 63 full-time employees, of which 51 were engaged in research and development and manufacturing activities and 12 in finance and administrative activities. Lynx believes that it has been successful in attracting skilled and experienced scientific personnel; however, competition for such personnel is intense. None of Lynx's employees are covered by collective bargaining agreements, and management considers relations with its employees to be good.

**ITEM 2. PROPERTIES**

Lynx's corporate headquarters and principal research and development facilities are located in Hayward, California, in a building totaling approximately 43,000 square feet. The building is leased through July 2003, and the Company has options to renew the lease for two additional periods of five years each. Lynx believes it is positioned to obtain the space needed to accommodate its anticipated growth on commercially reasonable terms.

**ITEM 3. LEGAL PROCEEDINGS**

The Company is not a party to any material legal proceedings.

**ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS**

On December 22, 1995, the Company commenced the solicitation of proxies and written consents pursuant to Regulation 14 under the Securities Exchange Act of 1934. The stockholders of the Company voted by written consent on the following proposal: to approve an amendment to the Company's Restated Certificate of Incorporation to effect a reverse stock split of the Company's Common Stock and Preferred Stock, so that every ten shares of Common Stock would be converted into one share of Common Stock, and every ten shares of Preferred Stock would be converted into one share of the appropriate series of Preferred Stock. The foregoing proposal was approved in January 1996 by the Company's stockholders.

On October 7, 1996, the Company commenced the solicitation of proxies and written consents pursuant to Regulation 14 under the Securities Exchange Act of 1934. Only certain holders of record of Common Stock, Series B, Series C and Series D Preferred Stock of the Company voted by written consent on the following proposal: to approve an amendment to the Company's Amended and Restated Certificate of Incorporation solely to decrease the authorized number of shares of the Company's Common Stock from 120,000,000 shares to 20,000,000 shares and the authorized number of the Company's Preferred Stock from 25,000,000 shares to 2,000,000 shares. The decrease in the number of authorized shares had no effect on the rights of existing security holders. The foregoing proposal was approved in December 1996 by the Company's stockholders.

**PART II**

**ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY AND RELATED STOCKHOLDER MATTERS**

Although the Company's Common Stock has been registered pursuant to
Section 12(g) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), the Company has not listed its Common Stock on any exchange or on the Nasdaq National Market. There is currently no established public trading market for the Company's voting stock.

The Company also has outstanding Series B, Series C and Series D Preferred Stock, the shares of which are convertible into Common Stock on a ten-for-one basis (i.e., ten shares of Common Stock for each share of Preferred Stock). The Company's Series B, Series C and Series D Preferred Stock has not been registered pursuant to the Exchange Act and has not been listed on any exchange or on the Nasdaq National Market. There is currently no established trading market for the Company's Preferred Stock.

As of February 28, 1997, there were 3,005 stockholders of record of the Company's Common Stock, 26 stockholders of record of the Company's Series B Preferred Stock, 28 stockholders of record of the Company's Series C Preferred Stock and 1 stockholder of record of the Company's Series D Preferred Stock.

The Company has not paid any dividends on its Common Stock or Preferred Stock and does not anticipate the payment of dividends in the foreseeable future. The Company expects that any future earnings will be retained and applied toward the development of the Company's business.

11.

ITEM 6.        SELECTED FINANCIAL DATA

|  | Year Ended December 31, | | | Six-Month Period Ended December 31, 1993(2) | Fiscal Year Ended June 30, | Predecessor Division(1) |
|---|---|---|---|---|---|---|
|  | 1996 | 1995 | 1994 |  | 1993 | 1992 |

Consolidated Statements of Operations
(in thousands, except net loss per share data)

|  | 1996 | 1995 | 1994 | 1993(2) | 1993 | 1992 |
|---|---|---|---|---|---|---|
| Revenues | $ 9,749 | $ 680 | $ 4,699 | $ 183 | $ 1,238 | $ 998 |
| Operating costs and expenses: | | | | | | |
| Costs of product sales and other revenues | 291 | 265 | 742 | 110 | 2 | 644 |
| Research and development | 12,254 | 11,036 | 7,715 | 3,321 | 6,194 | 2,004 |
| Selling, general and administrative | 3,170 | 1,591 | 1,768 | 650 | 1,102 | 470 |
| Total operating costs and expenses | 15,715 | 12,892 | 10,225 | 4,081 | 7,298 | 3,118 |
| Loss from operations | (5,966) | (12,212) | (5,526) | (3,898) | (6,060) | (2,120) |
| Interest income | 585 | 744 | 506 | 75 | 243 | -- |
| Provision for income taxes | 10 | -- | -- | -- | -- | -- |
| Net loss | $ (5,391) | $(11,468) | $ (5,020) | $ (3,823) | $ (5,817) | $ 2,120) |
| Net loss per share (3) | $ (2.19) | $ (5.00) | $ (4.83) | $ (5.60) | $ (8.23) | |
| Shares used in per share computation (3) | 2,467 | 2,294 | 1,039 | 683 | 707 | |

|  | December 31, | | | | June 30, | Predecessor Division(1) |
|---|---|---|---|---|---|---|
|  | 1996 | 1995 | 1994 | 1993(2) | 1993 | 1992 |

Consolidated Balance Sheets
(in thousands)

|  | 1996 | 1995 | 1994 | 1993(2) | 1993 | 1992 |
|---|---|---|---|---|---|---|
| Cash, cash equivalents and short-term investments | $14,082 | $13,779 | $12,246 | $2,383 | $7,014 | $ 5 |
| Working capital | 12,993 | 12,730 | 11,702 | 891 | 6,408 | 133 |
| Total assets | 18,412 | 17,685 | 15,142 | 4,857 | 7,396 | 452 |
| Stockholders' equity | 10,732 | 13,742 | 14,044 | 2,930 | 6,744 | 342 |

(1) Consolidated Balance Sheet data as of June 30, 1992, and Consolidated Statements of Operations data for the period ended June 30, 1992, are for the Company's predecessor, the Therapeutics Division of Applied Biosystems, Inc., (ABI is now a wholly-owned subsidiary of Perkin Elmer Corporation). Share and per share data for 1992 are not presented for the predecessor because the predecessor was a division and such information is not meaningful.

12.

(2) In July 1993, the Company changed its fiscal year end from a year ending June 30 to a calendar year.

(3) In February 1996, the Company filed an amendment to its Certificate of Incorporation effecting a one-for-ten reverse stock split of all outstanding Common and Preferred Stock, warrants and options to purchase Common and Preferred Stock. The reverse stock split was approved by the majority of its stockholders in January 1996. The net loss per share computations and number of shares have been adjusted retroactively to reflect the stock split for all periods presented.

## ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

Except for the historical information contained herein, the following discussion contains forward-looking statements that involve risks and uncertainties. The Company's actual results could differ materially from those discussed here. Factors that could cause or contribute to such differences include, but are not limited to, those discussed in this section, as well as in the section entitled "Item 1 Business--Business Risks."

### Overview

Since its inception in July 1989 (as a division of Applied Biosystems, Inc. "ABI"), Lynx Therapeutics, Inc. ("Lynx") has devoted its efforts toward research, drug discovery and development programs. Lynx has been unprofitable since its inception and expects to incur substantial losses for the next several years, due primarily to the expansion of its research and development programs, including development of its Massively Parallel Signature Sequencing ("MPSS") and Massively Parallel Genomic Sequencing ("MPGS") technologies, phosphoramidate chemistry and preclinical studies and clinical trials. As of December 31, 1996, Lynx's accumulated deficit was approximately $31.5 million (the accumulated deficit including Lynx's operations as a division of ABI as of December 31, 1996 was approximately $35.7 million). Lynx may generate revenues based on its agreements with collaborative partners as a result of achievement of the milestones defined in the agreements. However, there is no guarantee that the milestones will be achieved or that the technologies will be proven successful. Lynx does not anticipate that it will generate significant revenues and profits, if any, from the commercial sale of its products and services for several years if not more. There can be no assurance that Lynx will ever successfully develop and market any of its proposed products or that it will ever be able to achieve or sustain profitability.

Lynx's business is subject to significant risks, including the risks inherent in its research and development efforts, uncertainties associated with obtaining and enforcing patents, the lengthy and expensive regulatory approval process, and possible competition from other products. The MPSS program is dependent upon the successful integration of independent technologies, each of which has its own development risks. In addition, Lynx's MPSS technology could face competition from the development of similarly efficient, or better, combinations of novel cloning and sequencing techniques. Further, even if Lynx's products appear promising at an early stage of development, they may not reach the market for a number of reasons. Such reasons include, but are not limited to, the possibilities that the Company's compounds are found to be toxic or ineffective during clinical trials, the failure to receive necessary regulatory approvals, the difficulty to manufacture on a large scale or the inability to market a compound due to proprietary rights of third parties.

**Results of Operations**

**Years Ended December 31, 1996 and 1995**

**Revenue**

Lynx had total revenues of $9.7 million and $680,000 for the years ended December 31, 1996 and 1995, respectively. The 1996 revenue included $7.5 million in sign-up fees under the Tanabe and Schwarz Pharma agreements; approximately $2.0 million earned under the collaborative agreements with Hoechst and BASF; and approximately $291,000 from a government grant. The 1995 revenue included $375,000 of revenue earned under the collaborative agreement with Hoechst and approximately $305,000 generated from compound sales and grant revenue.

**Operating Expenses**

Costs of product sales and other revenues were $291,000 for the year ended December 31, 1996, compared to $265,000 for the year ended December 31, 1995. The 1996 cost is related to activity under the government grant, while the 1995 cost is related both to grant activity and cost of compounds sold.

Research and development expenses were $12.3 million for the year ended December 31, 1996 compared to $11.0 million for the year ended December 31, 1995. The increase was due to expenses associated with the issuance of Lynx Common Stock and stock options to certain employees and one consultant pursuant to the Agreement of Merger between Lynx and its majority-owned subsidiary, Spectragen Inc., increased spending in support of clinical trials and increased depreciation on lab equipment used in research. A portion of this increase was offset by reduced funding to various laboratories under collaborative research agreements and lower patent and related legal expense. Lynx expects to continue to incur substantial research and development expenses due to planned spending for ongoing research activities and new research applications.

General and administrative expenses were $3.2 million for the year ended December 31, 1996, compared to $1.6 million for the year ended December 31, 1995. The increase was due primarily to increased legal fees, investment banking fees, and travel expenses incurred in conjunction with the Tanabe, Schwarz-Pharma and BASF agreements and to higher salary expense relating to increased headcount and the settlement agreement associated with the termination of a corporate officer. Lynx expects to continue to incur substantial general and administrative expenses in support of its research and corporate development efforts.

**Other**

Interest income was $585,000 for the year ended December 31, 1996 compared to $744,000 for the year ended December 31, 1995. The decrease was due primarily to somewhat lower interest rates despite slightly higher average cash balances during the year ended December 31, 1996 as compared to the prior fiscal year.

**Income Taxes**

The provision for income taxes for the year ended December 31, 1996 of $10,000 consisted entirely of alternative minimum tax. There was no tax provision for the year ended December 31, 1995.

**Years Ended December 31, 1995 and 1994**

**Revenue**

Lynx had total revenues of $680,000 for the year ended December 31, 1995, including $375,000 of revenue earned under the collaborative agreement with Hoechst. In addition, approximately $305,000 was generated from compound sales and grant revenue. This compared to total revenues of $4.7 million for the year ended December 31, 1994 which consisted of a $4.0 million license fee received in connection with Lynx's collaborative research and development agreement with The Wellcome Foundation Limited ("Wellcome"), approximately $600,000 in sales of compound relating to the Wellcome agreement and approximately $100,000 in grant revenue. During the year ended December 31, 1995, Wellcome and its parent company, the Burroughs Wellcome Co., merged with Glaxo plc and formed Glaxo Wellcome plc. Lynx was subsequently notified by Glaxo Wellcome of its intention to terminate Wellcome's agreement with Lynx effective in March 1996.

**Operating Expenses**

Costs of product sales and other revenue were $265,000 for the year ended December 31, 1995, compared to $742,000 for the year ended December 31, 1994. The decrease is due primarily to lower costs associated with lower sales of compounds and grant revenue.

Research and development expenses were $11.0 million for the year ended December 31, 1995 compared to $7.7 million for the year ended December 31, 1994. The increase was due primarily to higher spending for chemicals, supplies and prototype materials, increases in personnel, expanded funding to various laboratories under collaborative research agreements and higher patent and licensing expenses.

General and administrative expenses were $1.6 million for the year ended December 31, 1995, compared to $1.8 million for the year ended December 31, 1994. The decrease in expenses was due primarily to a decrease in legal services for corporate general matters offset in part by increases in personnel and increases in corporate development activities.

**Other**

Interest income was $744,000 for the year ended December 31, 1995, compared to $506,000 for the year ended December 31, 1994. The increase was due primarily to higher interest rates during the year ended December 31, 1995, as compared to the prior fiscal year.

**Liquidity and Capital Resources**

Since inception, Lynx has funded its operations through advances from ABI, sales of Preferred and Common Stock to venture capital investors and collaborative partners, revenues from collaborative research and development arrangements, interest income, product sales and government grants. Lynx may receive additional collaborative research payments from BASF, Schwarz Pharma, Tanabe and Hoechst, and equity investments from Hoechst, subject to Lynx achieving the milestones as specified in the various agreements.

Net cash provided in operating activities of $1.3 million for the year ended December 31, 1996 differs from the net loss for the same period for several reasons: receipt of an access fee related to the collaboration with BASF, the non-cash expense related to stock issuance in the Lynx/Spectragen merger, depreciation and amortization expenses and changes in working capital. Net cash used in investing activities of $3.1 million for the year ended December 31, 1996, was primarily due to the purchase of short-term investments, the expansion of facilities and capital equipment purchases. Net cash provided by financing activities in 1996 consisted primarily of the exercise of stock options for cash by employees. Cash and cash equivalents were $12.1 million at December 31, 1996.

Lynx is currently utilizing its available funds for supporting development of its MPSS technology, funding preclinical research and clinical trials and the planned growth in Lynx's internal efforts toward research, drug discovery and development programs. Pending such uses as described above, Lynx intends to invest its excess cash in short-term, investment grade, interest-bearing securities or certificates of deposit.

The cost, timing and amount of funds required for specific uses by Lynx cannot be precisely determined at this time and will be based upon Lynx's progress in its research and development, the scope and results of preclinical research and clinical trials, the cost and timing of regulatory approvals, administrative and legal costs, the establishment of corporate partnerships and the availability of alternate methods of financing. Lynx believes that its current capital resources and interest income thereon will enable it to maintain its current and planned operations through the end of 1997. There can be no assurance that any additional financing required by Lynx will be available or, if available, will be on terms favorable to Lynx.