# EXHIBIT 39

May 15 06 03:32p                                                                                                      p.7
Case 3:07-cv-02845-WHA    Document 63-42    Filed 12/06/2007    Page 2 of 3

## ASSIGNMENT

Pursuant to Agreements between Lynx Therapeutics, Inc., a Delaware corporation having its principal office at 3832 Bay Center Place, Hayward, California ("Assignor") and Sydney Brenner, and between Lynx Therapeutics, Inc. and Stephen C. Macevicz, Assignor does hereby sell, assign, and set over unto

### Spectragen, Inc.

a Delaware corporation having its principal place of business at 3832 Bay Center Place, Hayward, California (hereinafter "Assignee"), its successors, legal representatives and assigns, its entire right, title, and interest (1) in and to any and all of the inventions and discoveries described and/or claimed in the following patent applications:

| Serial Number | Date | Entitled |
|---|---|---|
| 08/222,300 | 4-4-94 | DNA Sequencing by Stepwise Ligation and Cleavage |
| 08/280,441 | 7-25-94 | DNA Sequencing by Stepwise Ligation and Cleavage |
| 08/410,116 | 3-24-95 | DNA Sequencing by Stepwise Ligation and Cleavage |
| 08/478,239 | 6-7-95 | Method of Determining Zygosity |
| PCT/US95/03678 | 3-24-95 | DNA Sequencing by Stepwise Ligation and Cleavage |
| 08/322,348 | 10-13-94 | Molecular Tagging System |
| 08/358,810 | 12-19-94 | Molecular Tagging System |
| PCT/US95/12791 | 10-12-95 | Molecular Tagging System |
| 08/478,238 | 6-7-95 | Method of Identifying mRNA Populations |
| 08/484,712 | 6-7-95 | Compositions for Sorting Polynucleotides |
| 08/359,295 | 12-19-94 | Massively Parallel Sequencing of Sorted Polynucleotides |
| 08/485,105 | 6-7-95 | Method of Sorting Polynucleotides |
| PCT/US95/12678 | 10-12-95 | Massively Parallel Sequencing of Sorted Polynucleotides |
| 08/091,603 | 7-13-93 | DNA Sequencing by Random Primer Extension |
| 08/436,084 | 5-8-95 | DNA Sequencing by Random Primer Extension |
| 08/436,528 | 5-8-95 | DNA Sequence Analysis by Stringency Class Primers |
| 08/424,663 | 4-17-95 | DNA Sequencing by Parallel Oligonucleotide Extensions |
| 08/536,743 | 9-29-95 | Polynucleotide Detection by Isothermal Amplification |

(2) in and to the right to file patent applications in the name of Assignee, its designee, or in any other name or names,

Page 1

PATENT
REEL: 7777 FRAME: 0022

on the aforesaid inventions and discoveries in any or all countries of the world, together with all rights of priority in the aforesaid countries deriving from the above-identified United States patent application under the International Convention for the Protection of Industrial Property, under the Inter-American Convention relating to Inventions, Patents, Designs and Industrial Models and under any other international arrangement to which the United States now is or hereafter becomes a signatory; (3) in and to any and all applications for Letters Patent, and any and all Letters Patent that issue on any of said applications; and (4) in and to any and all divisions, continuations, and continuations-in-part of any and all of said applications, and any and all reissues, renewals and extensions of any of said Letters Patent, such that the same right, title and interest to be held and enjoyed by Assignee, its successors, assigns or other legal representatives, to the full end of the terms for which all Letters Patent thereof may be granted shall be as full and complete as that that would have been held and enjoyed by Assignor if this assignment and sale had not been made.

Assignor further hereby covenant and agree, for the same consideration, whenever counsel of Assignee or the counsel of its successors, legal representatives and assigns, shall advise that any proceeding in connection with said inventions, or said application for Letters Patent or any proceeding in connection with said invention or said application for Letters Patent, including interference proceedings, is lawful and desirable, or that any division, continuation, or continuation-in-part of any application for Letters Patent, or any reissue or extension of any Letters Patent, to be obtained thereon, is lawful and desirable, to sign all papers and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense of Letters Patent for said invention, without charge to said Assignee, its successors, legal representatives and assigns, but at the cost and expense of said Assignee, its successors, legal representatives and assigns.

Understood and Agreed:

Lynx Therapeutics, Inc.

By: _____

Name: Sam Eletr

Title: Chairman and CEO

Date: Dec 9, 1986

## ACKNOWLEDGEMENT

State of California )
                   ) ss.
County of Alameda  )

On January 9, 1995 before me, James L. Hauser personally appeared Sam Eletr

___ personally known to me  X  proved to me on the basis of satisfactory evidence, to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

Page 2

RECORDED: 01/18/1996

PATENT
REEL: 7777 FRAME: 0023