# EXHIBIT 41

---

**DECLARATION AND POWER OF ATTORNEY
FOR PATENT APPLICATION**

---

Case No. CBD2

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## MOLECULAR TAGGING SYSTEM

the specification of which (check one) ☒ is attached hereto ☐ was filed on _____

as U.S. application Serial No. _____ and amended on _____.

I hereby state and I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, section 1.56(a).

I hereby claim foreign priority benefit under Title 35, United States Code, section 119 of the foreign application(s) for patent listed below:

| Number | Country | Filing Date | Title |
|---|---|---|---|
| | | NONE | |

I hereby claim the benefit under Title 35, United States Code, section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, section 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status |
|---|---|---|
| 08/322,348 | 13 October 1994 | Pending |

Page 1

Case No. CBD2

**POWER OF ATTORNEY**: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

| | | |
|---|---|---|
| | Stephen C. Macevicz | Reg. No. 30,285 |
| 2 — | Peter J. Dehlinger | Reg. No. 28,006 |

| SEND CORRESPONDENCE TO: | DIRECT TELEPHONE CALLS TO: |
|---|---|
| ☒ Stephen C. Macevicz<br>☐ Peter J. Dehlinger<br><br>21890 Rucker Drive<br>Cupertino, CA 95014 | ☒ Stephen C. Macevicz at (408) 252-4140<br><br>☐ Peter J. Dehlinger at (415) 324-0880<br><br>Office Telefax: (510) 670-9302 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Name of sole or first inventor: **Sydney Brenner**

Inventor's signature _Sydney Brenner_ Date _19 December 1994_

Residence: Cambridge, ENGLAND GB    Citizenship: **United Kingdom**

Post Office Address: University of Cambridge, School of Clinical Medicine,
Level 5, Addenbrooke's Hospital,
Hills Road, Cambridge CB2QQ ENGLAND

---

Name of **second** inventor:

Inventor's signature _____ Date _____

   Residence:           Citizenship:
Post Office Address:

---

Name of **third** inventor:

Inventor's signature _____ Date _____

   Residence:           Citizenship:
Post Office Address:

Page 2