# EXHIBIT 42





**ORIGINAL**

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEBRUARY 01, 1996

PTAS

LYNX THERAPEUTICS, INC.
STEPHEN C. MACEVICZ
3832 BAY CENTER PLACE
HAYWARD, CA 94545

*100071859A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE
U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE
AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED
BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE
PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR
HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE
NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR
CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION,
BOX ASSIGNMENTS, NORTH TOWER BUILDING, SUITE 10C35, WASHINGTON, D.C. 20231.

RECORDATION DATE: 09/15/1995          REEL/FRAME: 7635/0916
                                      NUMBER OF PAGES: 3

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    MACEVICZ, STEPHEN C.                DOC DATE: 08/31/1995

ASSIGNEE:
    LYNX THERAPEUTICS, INC.
    3832 BAY CENTER PLACE
    HAYWARD, CALIFORNIA 94545

SERIAL NUMBER: 08091603                 FILING DATE: 07/13/1993
PATENT NUMBER:                          ISSUE DATE:

SERIAL NUMBER: 08436084                 FILING DATE: 05/08/1995
PATENT NUMBER:                          ISSUE DATE:

SERIAL NUMBER: 08436528                 FILING DATE: 05/08/1995
PATENT NUMBER:                          ISSUE DATE:

SERIAL NUMBER: 08424663                 FILING DATE: 04/17/1995
PATENT NUMBER:                          ISSUE DATE:

Pltf's/Deft.'s _____ Exhibit 9
Page 1 Of 3 Witness: San Roman
Date Of Proceeding: 11/08/07
By: Linda Frazeur, CSR#6697

COOLEY 000006

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

7635/0916 PAGE 2

TONYA LEE, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

COOLEY 000007

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

160-581   D

| FORM PTO-1595 Modified 1-31-92 | RECORDATION COVER SHEET 10-03-1995 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE |

MAIL ROOM SEP 15 1995 PATENT & TRADEMARK OFFICE

100071859

M&O 9-15-95

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| Stephen C. Macevicz | Lynx Therapeutics, Inc.<br>3832 Bay Center Place<br>Hayward, CA 94545 |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | |

3. Nature of conveyance:

☒ Assignment

4. Application number(s) or patent number(s):
  If this document is being filed together with new application, the execution date of application is _.

| A. Patent Application No.(s) | B. Patent No.(s) |
|---|---|
| 08/091,603 filed 13 July 1993<br>08/436,084 filed 8 May 1995<br>08/436,528 filed 8 May 1995<br>08/424,663 filed 17 April 1995 | |

Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed:<br><br>Stephen C. Macevicz<br>Lynx Therapeutics, Inc.<br>3832 Bay Center Place<br>Hayward, CA 94545 | 6. Total No. of applications and patents involved:<br><br>Four (4) applications. |
|---|---|
| | 7. Total fee (37 CFR §3.41): $160.<br><br>☒ Enclosed (check No. 487 )<br><br>☐ Charge to deposit account. |
| | 8. Deposit account number: |

DO NOT USE THIS SPACE

090 KJ 09/26/95 08091603     1 581     160.00 CK

9. Statement and signature.
  To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

  Stephen C. Macevicz
  Reg. No. 30,285
  Name of Person Signing             Signature             23 August 1995             Date

COOLEY 000008

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY