# EXHIBIT 43

CERTIFICATION OF MAILING BY "EXPRESS MAIL"
Express Mail Label No. EF 942 057 535 US
Date of Deposit: 17 April 1995
I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

(Signature of person mailing paper or fee)

Stephen C. Macevicz
(Typed or printed name of person mailing paper or fee)

Case No. PE01

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## UNITED STATES RECEIVING OFFICE

#2

| | | | |
|---|---|---|---|
| Inventors: | Macevicz | | |
| Serial No: | | Group Art Unit: | |
| Filed: | 17 April 1995 | Examiner: | |
| Title: | DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS | | |

### DECLARATION CONCERNING SEQUENCE LISTING
### UNDER 37 C.F.R. 1.821(f)

Commissioner of Patents and Trademarks
Washington, D. C. 20231

Sir:

I, Stephen C. Macevicz, declare the following:
I am the inventor and owner of the above identified application.
Attached hereto is a 3.5 inch diskette containing an ASCII text file of the "Sequence Listing" section of the above-identified patent application. An identical copy of said "Sequence Listing" shall be reproduced whenever said text file is printed out using the print command of the operating system indicated on the label of the diskette.
I further declare that all statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Respectfully submitted,

Stephen C. Macevicz
Reg. No. 30,285

Telephone: (415) 638-5552
Attachment:
Plastic envelope containing 3.5 inch diskette