IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation, SOLEA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual

    Defendants.
/

No. C 07-02845 WHA

**ORDER DENYING PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL**

    Plaintiff's request to file documents under seal is **DENIED**. In *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), the Ninth Circuit held that *more* than good cause, indeed, "compelling reasons" are required to seal documents used in dispositive motions, just as compelling reasons would be needed to justify a closure of a courtroom during trial. Otherwise, the Ninth Circuit held, public access to the work of the courts will be unduly compromised. Therefore, no request for a sealing order will be allowed on summary judgment motions (or other dispositive motions) unless the movant first shows a "compelling reason," a substantially higher standard than "good cause." Only social security numbers, names of juveniles, home addresses and phone numbers, and trade secrets of a compelling nature (like the recipe for Coca Cola, for example) will qualify. If the courtroom would not be closed for the information, nor should any summary judgment proceedings, which are, in effect, a substitute for trial.

Defendants have failed to meet their burden. It is of no matter who filed the documents with the Court. No substantive basis has been given by defendants to show why the documents should be sealed. In addition, a party may not meet their burden by simply designating the documents as confidential. Such circumstances would confer upon the parties the power to seal any document it so chooses. For the foregoing reasons, plaintiff's request is **DENIED**. If any party wishes to file certain documents under seal, they must file a motion with a sworn record demonstrating "compelling reasons" for sealing the documents.

**IT IS SO ORDERED.**

Dated: December 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE