1  BRYAN WILSON (CA BAR NO. 138842)
   ERIC C. PAI (CA BAR NO. 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com
5  E-Mail: EPai@mofo.com

6  DAVID C. DOYLE (CA SBN 70690)
   STEVEN E. COMER (CA SBN 154384)
7  ANDERS T. AANNESTAD (CA SBN 211100)
   MORRISON & FOERSTER LLP
8  12531 High Bluff Drive, Suite 100
   San Diego, California 92130-2040
9  Telephone: 858.720.5100
   Facsimile: 858.720.5125
10 E-Mail: DDoyle@mofo.com
   E-Mail: SComer@mofo.com
11 E-Mail: AAannestad@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
13

14               UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.   07-CV-02845 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATES FOR (1) MOTION BY DEFENDANT STEPHEN C. MACEVICZ TO DISMISS OR IN THE ALTERNATIVE STRIKE PORTIONS OF FIRST AMENDED COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP AND (2) APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION** |
| v. | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATES
Case No. 07-CV-02845 WHA
pa-1214166

**STIPULATION**

WHEREAS the hearings on (1) Motion by Defendant Stephen C. Macevicz to Dismiss or in the Alternative Strike Portions of First Amended Complaint of Applera Corporation – Applied Biosystems Group and (2) Applera Corporation – Applied Biosystems Group's Motion to Dismiss for Lack of Standing, and Motion for Partial Summary Judgment (collectively, the "Motions") are currently set for January 3, 2008 and January 10, 2008 respectively; and

WHEREAS counsel for Defendants Illumina, Inc. and Solexa, Inc. are unavailable on January 10, 2008 and January 17, 2008; and

WHEREAS in light of the complexity and potentially dispositive nature of the Motions, the parties agree that an extended briefing schedule is warranted; and

THEREFORE, the parties hereby stipulate to continue the dates for the hearing on the Motions to January 24, 2008, at 8:00 a.m. and respectfully request that the Court enter the attached proposed order continuing the hearing dates on the Motions accordingly.

The accompanying Declaration of Eric C. Pai in Support of Stipulation to Continue Hearing Dates is filed herewith pursuant to Civil Local Rule 6-2.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 12, 2007            MORRISON & FOERSTER LLP

By:   /s/ Eric C. Pai
      Eric C. Pai

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED
BIOSYSTEMS GROUP

| | |
|---|---|
| Dated: December 12, 2007 | MARSHALL, GERSTEIN & BORUN LLP |
| | By:  /s/ John R. Labbe |
| | John R. Labbe |
| | Attorneys for Defendants |
| | ILLUMINA, INC. and SOLEXA, INC. |
| | |
| Dated: December 12, 2007 | TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC |
| | By:  /s/ Basil P. Fthenakis |
| | Basil P. Fthenakis |
| | Attorneys for Defendant |
| | STEPHEN C. MACEVICZ |

I, Eric C. Pai, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATES FOR (1) MOTION BY DEFENDANT STEPHEN C. MACEVICZ TO DISMISS OR IN THE ALTERNATIVE STRIKE PORTIONS OF FIRST AMENDED COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP AND (2) APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION TO DISMISS FOR LACK OF STANDING, AND MOTION FOR PARTIAL SUMMARY ADJUDICATION. In compliance with General Order 45, X.B., I hereby attest that John R. Labbe and Basil P. Fthenakis have concurred in this filing.

Date: December 12, 2007      /s/ Eric C. Pai

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007

WILLIAM H. ALSUP
United States District Judge