1  BRYAN WILSON (CA BAR NO. 138842)
   ERIC C. PAI (CA BAR NO. 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com
5  E-Mail: EPai@mofo.com

6  DAVID C. DOYLE (CA SBN 70690)
   STEVEN E. COMER (CA SBN 154384)
7  ANDERS T. AANNESTAD (CA SBN 211100)
   MORRISON & FOERSTER LLP
8  12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
9  Telephone: 858.720.5100
   Facsimile: 858.720.5125
10 E-Mail: DDoyle@mofo.com
   E-Mail: SComer@mofo.com
11 E-Mail: AAannestad@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

13

14                UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                 SAN FRANCISCO DIVISION

17

18 | APPLERA CORPORATION – APPLIED | Case No.    07-CV-02845 WHA
   | BIOSYSTEMS GROUP, a Delaware corporation, |
19 |                              | **DECLARATION OF ERIC C. PAI**
   |         Plaintiff,           | **IN SUPPORT OF STIPULATION**
20 |                              | **TO CONTINUE HEARING DATES**
21 |         v.                   |
22 | ILLUMINA, INC., a Delaware corporation, |
   | SOLEXA, INC., a Delaware corporation, and |
23 | STEPHEN C. MACEVICZ, an individual, |
   |         Defendants.          |
24

25

26

27

28

I, Eric C. Pai, declare:

1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB").  I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court.  I make this declaration in support of the parties' Stipulation to Continue Hearing Dates for (1) Motion by Defendant Stephen C. Macevicz to Dismiss or in the Alternative Strike Portions of First Amended Complaint of Applera Corporation – Applied Biosystems Group and (2) Applera Corporation – Applied Biosystems Group's Motion to Dismiss for Lack of Standing, and Motion for Partial Summary Adjudication.

2.      Counsel for Defendants Illumina, Inc. ("Illumina") and Solexa, Inc. ("Solexa") have informed me that they are unavailable on January 10, 2008 and January 17, 2008 due to a previously scheduled trial in Delaware.  Counsel for all of the parties are available on January 24, 2008.

3.      Counsel for all of the parties have agreed to an extended briefing schedule on these motions in light of their complexity and potentially dispositive nature.

4.      Previous time modifications in this case include: (1) the granting of brief extensions for defendants to answer the Complaint, and for plaintiff to answer Solexa's counterclaims and (2) the rescheduling of the hearing on Motion by Defendant Stephen C. Macevicz to Dismiss or in the Alternative Strike Portions of First Amended Complaint of Applera Corporation – Applied Biosystems Group from December 27, 2008 to January 3, 2008.

5.      The requested time modification would affect the schedule for the case only as follows: (1) the hearing dates for the motions would be continued from January 3 and January 10 respectively to January 24; (2) the deadlines for filing opposition briefs on the motions would be extended to January 3; (3) the deadlines for filling reply briefs on the motions would be extended to January 10.  No other dates or deadlines would be modified or affected.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct, and that this declaration was executed on December 12, 2007 in Palo Alto,

3   California.

4

5                                                /s/ Eric C. Pai

6                                               Eric C. Pai

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28