BRYAN WILSON (CA BAR NO. 138842)
DARA TABESH (CA BAR NO. 230434)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
ANDERS T. AANNESTAD (CA SBN 211100)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**STATEMENT RE: STATUS OF APPLERA CORPORATION - APPLIED BIOSYSTEMS GROUP'S OPPOSITION TO MOTION BY DEFENDANT STEPHEN C. MACEVICZ TO DISMISS OR IN THE ALTERNATIVE STRIKE PORTIONS OF FIRST AMENDED COMPLAINT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP** |

Plaintiff Applera Corporation – Applied Biosystems Group ("AB") states as follows:

1. On November 21, 2007, Defendant Dr. Stephen C. Macevicz filed his Motion to Dismiss or In the Alternative Strike Portions of First Amended Complaint of Applera Corporation – Applied Biosystems Group ("Motion to Dismiss"). (Docket No. 48.)

2. On November 29, 2007, the Court continued the hearing date for the Motion to Dismiss to January 3, 2008. (Docket No. 56.) Based on that date, AB's Opposition to Dr. Macevicz's Motion to Dismiss would have been due to the Court today (December 13, 2007).

3. On December 12, 2007, the parties filed a Stipulation and [Proposed] Order to Continue Hearing Dates for (1) [Motion to Dismiss] and (2) Applera Corporation – Applied Biosystems Group's Motion to Dismiss for Lack of Standing, and Motion for Partial Summary Adjudication ("Stipulation"). (Docket No. 65.) In the Stipulation, the parties stipulated to continue the hearing dates for both of their pending motions to the same date, on the first-available hearing date when all parties are available to appear: January 24, 2008.

4. The parties further stipulated to extend the briefing schedule for both of the pending motions based on the January 24, 2008 hearing date. Under the Stipulation, AB's Opposition to Dr. Macevicz's Motion to Dismiss will be due to be filed on January 3, 2008.

5. As of the close of business on December 13, 2007, the Court has not yet ruled on the parties' Stipulation.

6. If the Court does not approve the parties' Stipulation, AB respectfully requests that it be permitted to file its Opposition to Dr. Macevicz's Motion to Dismiss within three days of the Court's notice, or on whatever date is ordered by the Court.

Dated: December 13, 2007                MORRISON & FOERSTER LLP


By:   /s/ Bryan Wilson
      Bryan Wilson

      Attorneys for Plaintiff
      APPLERA CORPORATION –
      APPLIED BIOSYSTEMS GROUP