1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED
BIOSYSTEMS GROUP, a Delaware
corporation,

        Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation,
SOLEA INC., a Delaware corporation, and
STEPHEN C. MACEVICZ, an individual

        Defendants.
_____/

No. C 07-02845 WHA

**ORDER DENYING STIPULATION
TO CONTINUE HEARING DATES
TO JANUARY 24, 2008**

      The parties request to continue the hearing dates for defendant's motion to dismiss, or

in the alternative strike, and plaintiff's motion to dismiss for lack of standing, and motion for

partial summary judgment adjudication is **DENIED**.  The hearing on defendant Stephen

Macevicz's motion to dismiss, or in the alternative strike portions of the first amended

complaint, will be moved to **JANUARY 10, 2008**.  The hearing on plaintiff's motion to dismiss

for lack of standing, and motion for partial summary adjudication will remain as schedule on

January 10, 2008.  Given that most cases settle before trial, the Court is reluctant to grant a

continuance on the grounds that defense counsel may be in trial in four weeks.  If it turns out

that defense counsel is in trial in four weeks, the Court will consider moving the hearings.  In

the mean time, there is no reason why briefing on these matters should not go forward.

Counsel should keep in mind the Court's preference to give young lawyers, who prepared the

briefs for a hearing, an opportunity to argue in court.  In all events, briefing on this case should

1   continue in order to give the Court the proper time to digest the voluminous materials

2   submitted by the parties.  Accordingly, in regards to defendant's motion to strike, plaintiff's

3   opposition will be due on DECEMBER 20, 2007, and defendant's reply will be due on

4   DECEMBER 27, 2007.  In regards to plaintiff's motion to dismiss and motion for partial

5   summary adjudication, defendants' opposition will remain due on DECEMBER 20, 2007, and

6   plaintiff's response will remain due on DECEMBER 27, 2007.

7

8       IT IS SO ORDERED.

9

10  Dated:  December 14, 2007.                    _____

11                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2