KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
GREGORY E. STANTON (CA Bar No. 203495)
JOHN R. LABBE (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: gstanton@marshallip.com
E-Mail: jlabbe@marshallip.com

DAVID B. MOYER (CA Bar No. 197739)
KIMBERLY K. DODD (CA Bar No. 235109)
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304-1125
(650) 856-3700
(650) 856-3710 (facsimile)
E-Mail: dmoyer@foley.com
E-Mail: kdodd@foley.com

Attorneys for Defendants ILLUMINA, INC. and SOLEXA, INC., and Counterclaim Plaintiff, SOLEXA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-02845 WHA<br><br>**SUBSTITUTION OF LOCAL COUNSEL BY ILLUMINA, INC. AND SOLEXA, INC.**<br><br>Honorable William H. Alsup |

Defendant, Illumina, Inc., and defendant and counterclaim plaintiff, Solexa, Inc., hereby substitute as their local counsel of record David B. Moyer and Kimberly K. Dodd, of Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, California 94304-1125, in the place and stead of Stephen M. Hankins, of Schiff Hardin LLP, One Market Street, Spear Street Tower, 32nd Floor, San Francisco, California 94105. Lead counsel Kevin M. Flowers, Thomas I. Ross, Jeffrey H. Dean, Gregory E. Stanton and John R. Labbe, of Marshall, Gerstein & Borun LLP will continue as counsel of record for Illumina, Inc. and Solexa, Inc.

Consenting to the above substitution,

DATED: December 14, 2007

ILLUMINA, INC.

/s/
Christian G. Cabou
Senior Vice President, General Counsel
and Corporate Secretary

Consenting to the above substitution,

DATED: December 14, 2007

SOLEXA, INC.

/s/
Christian G. Cabou
Corporate Secretary

Consenting to the above substitution,

DATED: December 14, 2007

SCHIFF HARDIN LLP
Stephen M. Hankins

/s/
Stephen M. Hankins
Attorneys for ILLUMINA, INC. and SOLEXA, INC.

Accepting the above substitution,

DATED: December 14, 2007

FOLEY & LARDNER LLP
David B. Moyer
Kimberly K. Dodd

/s/
David B. Moyer
Attorneys ILLUMINA, INC. and SOLEXA, INC.

Concurrence in the filing of this document has been obtained from Christian G. Cabou and Stephen M. Hankins, the signatories listed above.

DATED: December 14, 2007

FOLEY & LARDNER LLP

______/s/________________________________

David B. Moyer
Attorneys ILLUMINA, INC. and SOLEXA, INC.