BRYAN WILSON (CA SBN 138842)
DARA TABESH (CA SBN 230434)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: DTabesh@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**DECLARATION OF BRYAN WILSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO STEPHEN C. MACEVICZ'S MOTION TO DISMISS OR IN THE ALTERNATIVE STRIKE PORTIONS OF FIRST AMENDED COMPLAINT**<br><br>Date: January 10, 2008<br>Time: 8:00 a.m.<br>Before: Hon. William H. Alsup<br>Courtroom 9, 19th Floor |

I, Bryan Wilson, declare:

1. I am an attorney with Morrison & Foerster, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I make this declaration based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Release dated October 25, 2006, signed by counsel for AB, Illumina, Inc. ("Illumina"), Solexa, Inc. ("Solexa"), and Dr. Stephen Macevicz.

3. On December 8, 2006, I attended a meeting also attended by Dr. Stephen Macevicz, his counsel, and representatives from AB, Illumina, and Solexa. The purpose of the meeting was to engage in informal settlement talks regarding a dispute about the proper ownership of U.S. Patent Nos. 5,750,341, 5,969,119, and 6,306,597. At that meeting, Dr. Macevicz did not disclose that he had negotiated an attempted assignment of U.S. Patent Application No. 08/091,603 as early as November 7, 1994, as reflected in Exhibit 4 to this declaration.

4. Attached hereto as Exhibit 2 is a true and correct copy of a document entitled "Indemnity Agreement," Bates-labeled MAC001324-MAC001330, produced by Defendant Stephen Macevicz in this action.

5. Attached hereto as Exhibit 3 is a true and correct copy of pages cited from the transcript of the November 28, 2007 deposition of Stephen Macevicz in this action.

6. Attached hereto as Exhibit 4 is a true and correct copy of a November 7, 1994 fax from Stephen Macevicz to Sam Eletr, Bates-labeled MAC00944-MAC00949, produced by Defendant Stephen Macevicz in this action.

7. Attached hereto as Exhibit 5 is a true and correct copy of an August 31, 1995 document entitled "Assignment." Bates-labeled COOLEY000009-COOLEY000010, produced by third party Cooley Godward in this action.

8. Attached hereto as Exhibit 6 is a true and correct copy of a December 17, 2007 letter sent from Bryan Wilson, counsel for AB, to Basil P. Fthenakis, counsel for Stephen Macevicz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of December, 2007, at Palo Alto, California.

By: /s/Bryan Wilson
     Bryan Wilson