Basil P. Fthenakis, Esq. (SBN 088399)
bfthenakis@tipsgroup.org
Technology & Intellectual Property
Strategies Group PC
1000 Elwell Court, Suite 150
Palo Alto, CA  94303
Telephone: (650) 293-3350 Facsimile: (800) 822-7095

Attorney for Defendant Stephen C. Macevicz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br><br>**NOTICE OF JOINDER OF STEPHEN C. MACEVICZ IN THE OPPOSITION OF DEFENDANTS ILLUMINA, INC. AND SOLEXA, INC. TO PLAINTIFF'S MOTION TO DISMISS FOR LACK OF STANDING AND MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Date:     January 10, 2008<br>Time:    8:00 a.m.<br>Place:    Courtroom 9, 19th Floor |

        PLEASE TAKE NOTICE that Defendant Stephen C. Macevicz hereby joins in the

Opposition of Defendants Illumina, Inc. and Solexa, Inc. to Plaintiff's Motion to Dismiss

for Lack of Standing and for Partial Summary Adjudication filed by Illumina, Inc. and

Solexa, Inc. on December 20, 2007 in this action.

1

Dated: December 20, 2007                    TECHNOLOGY & INTELLECTUAL
                                            PROPERTY STRATEGIES GROUP PC

2

3

4
                                            By:    /s/ Basil P. Fthenakis
                                            Basil P. Fthenakis

5
                                            Attorney for Defendant
6                                           STEPHEN C. MACEVICZ

7

8   I, John R. Labbé, am the ECF User whose ID and password are being used to file this
    NOTICE OF JOINDER OF STEPHEN C. MACEVICZ IN THE OPPOSITION OF
9   DEFENDANTS ILLUMINA, INC. AND SOLEXA INC. TO PLAINTIFF'S MOTION TO
    DISMISS FOR LACK OF STANDING AND MOTION FOR PARTIAL SUMMARY
10  ADJUDICATION.  In compliance with General Order 45, X.B, I hereby attest that Basil P.
    Fthenakis has concurred in this filing.

11

12  Date: December 20, 2007                    /s/ John R. Labbé

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-