KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
GREGORY E. STANTON (CA Bar No. 203495)
JOHN R. LABBE (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: gstanton@marshallip.com
E-Mail: jlabbe@marshallip.com

Counsel for Defendants
ILLUMINA, INC. AND SOLEXA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>　　　　　Defendants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br><br>**DECLARATION OF JOHN R. LABBE IN SUPPORT OF DEFENDANTS ILLUMINA AND SOLEXA'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS FOR LACK OF STANDING AND FOR PARTIAL SUMMARY ADJUDICATION** |

I, John R. Labbé, declare:

1. I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc. and Solexa, Inc. I am admitted *pro hac vice* to practice before this Court in this case.

2. I make this Declaration in support of Illumina and Solexa's Opposition to Plaintiff's Motion to Dismiss for Lack of Standing and Motion for Summary Adjudication.

3. The statements in this Declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

4. Exhibit A hereto is a true and correct copy of "Twenty-Five Years of Advancing Science," published by Applied Biosystems, and dated June 2006.

5. Exhibit B hereto is a true and correct copy of the transcript of the deposition of Stephen C. Macevicz, Ph.D., dated November 28, 2007.

6. Exhibit C hereto is a true and correct copy of a letter sent by Suzanne Preston to Stephen C. Macevicz, Ph.D., dated March 17, 1992.

7. Exhibit D hereto is a true and correct copy of a letter sent by Stephen C. Macevicz to Mike Hunkapiller, dated June 6, 1995.

8. Exhibit E hereto is a true and correct copy of the resume of Stephen C. Macevicz.

9. Exhibit F hereto is a true and correct copy of excerpts from the personal laboratory notebook, dated January 1991 to August 1995, of Stephen C. Macevicz, Ph.D, and bearing the production numbers MAC00026-87.

10. Exhibit G hereto is a true and correct copy of United States Patent No. 5,002,867.

11. Exhibit H hereto is a true and correct copy of an excerpt from Lynx Therapeutics, Inc.'s Form 10-K for the year ending December 31, 2004.

12. Exhibit I hereto is a true and correct copy of the "Agreement Regarding Formation of Spectragen," and bearing the production numbers MAC000879-886.

13. Exhibit J hereto is a true and correct copy of Lynx Therapeutics, Inc.'s Proxy Statement Pursuant to Section 14(A) of the Securities Exchange Act of 1934 for May 13, 1997.

14. Exhibit K hereto is a true and correct copy of Illumina, Inc.'s Form 10-K for the year ending December 31, 2006.

15. Exhibit L hereto is a true and correct copy of Solexa, Inc.'s Form 10-K for the year ending December 31, 2005.

16. Exhibit M hereto is a true and correct copy of excerpts from "Biology," authored by Goodman *et al.*, and published by Harcourt Brace Jovanovich in 1986.

17. Exhibit N hereto is a true and correct copy of excerpts from "Principles of Biochemistry," authored by Lehninger *et al.*, and published by Worth Publishers in 1993.

18. Exhibit O hereto is a true and correct copy of excerpts from "Biochemistry," authored by Voet & Voet, and published by Wiley & Sons in 1990.

19. Exhibit P hereto is a true and correct copy excerpts from "Molecular Cloning, A Laboratory Manual," authored by Sambrook *et al.*, and published by Cold Spring Harbor Press in 1989.

20. Exhibit Q hereto is a true and correct copy of an article authored by Sanger *et al.*, entitled "DNA Sequencing With Chain-Terminating Inhibitors," published in December 1977, in the Proceedings of the National Academy of Sciences of the United States of America, Vol. 74, No. 12, at pages 5463-5467.

21. Exhibit R hereto is a true and correct copy of an article authored by Allan M. Maxam and Walter Gilbert, entitled "A New Method for Sequencing DNA," published in February 1977, in the Proceedings of the National Academy of Sciences of the United States of America, Vol. 74, No. 2, at pages 560-564.

22. Exhibit S hereto is a true and correct copy of United States Patent Number 5,750,341.

23. Exhibit U hereto is a true and correct copy of a patent application, entitled "DNA Sequencing By Parallel Oligonucleotide Extension," signed by Stephen C. Macevicz, and dated April 17, 1995.

24. Exhibit X hereto is a true and correct copy of a letter sent by Sam Eletr, Ph.D. to Stephen C. Macevicz, dated June 1, 1995.

25. Exhibit Z hereto is a true and correct copy of a memorandum dated June 27, 1995 from Stephen Macevicz to Hugo Santos.

26. Exhibit AA hereto is a true and correct copy of an "Employee Termination Agreement," dated June 22, 1995, and a "Perkin-Elmer Applied Biosystems Supervisor's Checklist," signed on August 7, 1995.

27. Exhibit BB hereto is a true and correct copy of a "Non-Statutory Stock Option," dated August 14, 1995, and signed by Sam Eletr, Ph.D.

28. Exhibit CC hereto is a true and correct copy of an "Assignment," dated August 31, 1995, signed by Stephen C. Macevicz, and bearing the production numbers COOLEY 000009-10.

29. Exhibit DD hereto is a true and correct copy of an "Assignment," dated January 9, 1996, signed by Sam Eletr, Ph.D.

30. Exhibit EE hereto is a true and correct copy of a Lynx Therapeutics, Inc. "Exit Checklist," dated March 29, 2001.

31. Exhibit FF hereto is a true and correct copy of a letter sent by Sam Eletr, Ph.D. to Joseph Smith, Esq., dated December 16, 1994.

32. Exhibit GG hereto is a true and correct copy of a press release of Applera Corporation, entitled "Applera Corporation Management Remarks for April 22, 2002 Teleconference."

33. Exhibit HH hereto is a true and correct copy of a press release of Applera Corporation, entitled "Applied Biosystems Announces First Licensee Under Expanded PCR Licensing Program," dated July 5, 2005.

DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS ILLUMINA AND SOLEXA'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS FOR LACK OF STANDING AND FOR PARTIAL SUMMARY ADJUDICATION; CASE NO: 07-CV-02845 WHA

-3-

|   |   |
|---|---|
| 1 | 34.    Exhibit JJ hereto is a true and correct copy of United States Patent Number |
| 2 | 5,969,119. |
| 3 | 35.    Exhibit KK hereto is a true and correct copy of United States Patent Number |
| 4 | 6,306,597. |
| 5 | 36.    Exhibit LL hereto is a true and correct copy of a printout of the following |
| 6 | web address: http://www.cepheid.com/Sites/cepheid/content.cfm?id=105. |
| 7 | 37.    Exhibit MM hereto is a true and correct copy of a press release of Applera |
| 8 | Corporation, entitled "Applied Biosystems Completes Acquisition of Agencourt Personal |
| 9 | Genomics, Developer of Genetic Analysis Technologies," dated July 11, 2006. |
| 10 | 38.    Exhibit NN hereto is a true and correct copy of a brochure published by Ap- |
| 11 | plied Biosystems entitled "The Next Generation Has Arrived: SOLiD™ System." |
| 12 | 39.    Exhibit OO hereto is a true and correct copy of a "Specification Sheet" pub- |
| 13 | lished by Applied Biosystems in October 2007, entitled "Applied Biosystems: SOLiD™ |
| 14 | System." |
| 15 | 40.    Exhibit PP hereto is a true and correct copy of the "Genomics Showcase" |
| 16 | publication of Applied Biosystems from the Summer of 2006. |
| 17 | 41.    Exhibit QQ hereto is a true and correct copy of an "Employee Invention |
| 18 | Agreement," signed by Stephen Macevicz and witnessed by Susan Preston, dated May 4, |
| 19 | 1992, and bearing the production numbers MAC001903-05. |
| 20 | 42.    Exhibit RR hereto is a true and correct copy of "Applied Biosystems' Re- |
| 21 | sponses to Illumina, Inc. and Solexa, Inc.'s First Set of Requests for Production [Nos. 1 – |
| 22 | 41]," signed by Eric C. Pai, and dated December 10, 2007. |
| 23 | 43.    Exhibit SS hereto is a true and correct copy of United States Patent Number |
| 24 | 5,580,732. |
| 25 | 44.    Exhibit TT hereto is a true and correct copy of United States Patent Number |
| 26 | 5,562,800. |
| 27 | 45.    Exhibit UU hereto is a true and correct copy of an excerpt from LYNX |
| 28 | Therapeutics, Inc.'s SEC Form 10-K for the year ending December 31, 2005. |

DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS ILLUMINA AND SOLEXA'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS FOR LACK OF STANDING AND FOR PARTIAL SUMMARY ADJUDICATION; CASE NO: 07-CV-02845 WHA

-4-

46. Exhibit VV hereto is a true and correct copy of an "Agreement Regarding Formation of Spectragen," dated March 24, 1995, and bearing the production numbers MAC001903-05.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 20, 2007

                                           s/ John R. Labbé
                                           John R. Labbé

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS ILLUMINA AND SOLEXA'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS FOR LACK OF STANDING AND FOR PARTIAL SUMMARY ADJUDICATION; CASE NO: 07-CV-02845 WHA**

-5-