# Exhibit A



Twenty-Five Years of Advancing Science





June 2006

This year, 2006, Applied Biosystems is celebrating a tremendous milestone—our 25th anniversary. The more than 4,500 people who work at AB and its parent, Applera Corporation, around the globe are excited and inspired by AB's vision of improving the human condition in lasting ways by creating innovative technologies that revolutionize the life sciences.

AB has a rich history of creating instruments, reagents, assays, software, and services in support of the life sciences. Our products are used both in the laboratory and in the field to apply the analysis of genomics, proteomics, and small molecules to disciplines including basic research, pharmaceutical discovery and development, forensics, biosecurity, and food safety testing. For example, our DNA sequencing technology was critical to mapping the human genome and bringing humanity closer to understanding the molecular mechanisms that drive life itself.

On the occasion of the 25th anniversary of Applied Biosystems, this booklet provides a brief overview of our business: how we got started, what we've accomplished, and who we are. It was written by Frank Stephenson, senior technical trainer in our Global Product Support group. It gives me great pleasure to share the AB story with you.

Catherine M. Burzik
*President*
Applied Biosystems





We're going to make the picks and shovels for the biotechnology gold rush.

—Co-Founder *Sam Eletr*, September 1980





Applied Biosystems releases its first commercial product, the **Model 470A Protein Sequencer**, shipped in August 1982. Scientists can now quickly determine the order of amino acids within a purified protein. A protein's sequence can be correlated with its activity and function. Biotechnology companies use the 470A for the discovery of new therapeutics and to confirm the identity of manufactured protein drugs. Applied Biosystems has 40 employees and reports revenues of $402,000.

1981

Two engineers from Hewlett Packard, **Andre Marion** and **Sam Eletr**, commence operations of Applied Biosystems in May 1981. The company's mission is to develop, manufacture, and market biochemicals and automated instruments for biotechnology research and diagnostic applications. During the first fiscal year, the company earns $0.00 in revenue.



1982

Applied Biosystem logo, circa 1981

A 470A Protein Sequencer at Chiron Corporation in Emeryville, California







Applied Biosystems employs almost 80 scientists, marketing, and support staff. The company's shares are traded on the NASDAQ exchange under the symbol ABIO. Applied Biosystems declares revenues of $5.9 million and ships its second commercial product, the **Model 380A DNA Synthesizer**. The instrument makes short pieces of DNA called oligonucleotides used for polymerase chain reaction (PCR), DNA sequencing, and gene identification. The DNA synthesizer was the first successful system to make primers and probes available in quantity, setting the foundation for PCR and DNA sequencing.

With the two Applied Biosystems instruments, the Model 470A Protein Sequencer and the Model 380A DNA Synthesizer, molecular biologists can now perform "reverse genetics" to locate and clone genes from any organism. The company begins funding research in automated DNA sequencing as part of a collaboration with **Dr. Leroy Hood's** laboratory at the California Institute of Technology. In a new and innovative approach, a laser is used to detect fluorescent dyes attached to the fragments of DNA generated during a sequencing reaction. Rights to the technology are granted to Applied Biosystems.

Sam H. Eletr, Applied Biosystems President and Chairman of the Board

A Model 380A DNA Synthesizer in operation at Chiron Corporation; over 50 DNA synthesizers are manufactured per quarter



Applied Biosystems triples its sales from the previous year to over $18 million and posts its second annual profit. The company introduces a third major product, the **Model 430A Peptide Synthesizer**.



1984

A peptide is a small section of a protein. Using a Model 470A Protein Sequencer, researchers can, for example, determine the sequence of one of the coat proteins of a disease-causing virus. Using a Model 430A Peptide Synthesizer, they can then make a large quantity of a section of that protein that can be tested for use as a potential vaccine.

Nearly 400 Applied Biosystems automated instruments are in use in laboratories worldwide. With over 200 employees, Applied Biosystems offers a number of services including the synthesis of custom DNA and protein fragments, and the sequencing of customer protein samples.

Applied Biosystems becomes a global company with the opening of offices in Europe and Japan.

The Model 430A Peptide Synthesizer

Model 470A Protein Sequencers in final stages of assembly



Since his post-graduate work at City of Hope Research Institute and the earliest days of the Spinning Cup protein sequencer, Pau Yuan's fascination with the protein's structure-function relationship in complex living systems has never wavered. For the last 22 years, Pau has been an integral part of the company's Protein Analysis team. He was the lead chemist for the second model Protein Sequencer 477A introduced in 1986.

"When I joined the company as employee #147, we were a small group working in one big room with no walls—and wearing many different hats. It was exciting then, and it's even more exciting today. We're doing important work, and I get to interact with my fellow scientists, who often happen to be our customers."

*Pau Yuan,* Protein Chemist



Applied Biosystems establishes a wholly owned chemical manufacturing subsidiary in Great Britain and acquires **Brownlee Labs**, a manufacturer of columns and pumps for high performance liquid chromatography (HPLC) systems. The Model 120A PTH Amino Acid Analyzer, developed as a result of the Brownlee Labs acquisition, detects amino acids as they are cleaved from the end of a protein during sequencing on the Model 470A.

The Model 380B DNA Synthesizer can make three different oligonucleotides simultaneously. Over 300 Model 380A DNA Synthesizers are in use worldwide.

The Model 381A DNA Synthesizer, a smaller instrument than the Model 380B, accelerates the pace of basic biotechnology and biomedical research as the ability to synthesize oligonucleotides is brought within financial reach of a larger range of laboratories across the globe.

## 1985

Applied Biosystems increases sales by nearly 70% over the previous year with revenues over $35 million and posts its third annual profit. The company introduces three new products, the **Model 380B DNA Synthesizer**, the **381A DNA Synthesizer**, and the **120A PTH Amino Acid Analyzer**. Over 400 Model 470A Protein Sequencers are in use worldwide.



Automated reagent bottle labeling equipment                    The Model 120A PTH Amino Acid Analyzer

 



# 1986

Sales increase by 45% over the previous year to nearly $52 million. The company introduces six additional products, expanding its product line to eleven automated instruments and over 300 consumable products.

Applied Biosystems' investment in the use of fluorescent dyes to automate DNA sequencing pays off with the release of the **Model 370A DNA Sequencing System**. The instrument revolutionizes the fields of gene discovery and comparative genetics by digitizing sequencing data for the first time for electronic analysis and database development.

Among the new instruments released are the **Model 340A Nucleic Acid Extractor** (used by research and clinical laboratories for isolating DNA from bacteria, blood, and tissue) and an improved protein sequencer, the **Model 477A**.

(Left) Andre F. Marion and Sam H. Eletr
(Right) An engineer at Applied Biosystems develops laser alignment technology for the Model 370A

Model 430A Peptide Synthesizers being assembled in Foster City

Revenues increase by 63% to $84 million. The company employs 788 scientists, sales, marketing, technicians, and support staff. Six new instruments are added to the product line. The company increases foreign distribution capabilities.

Applied Biosystems purchases the **Kratos Division of Spectros International PLC**, a manufacturer of liquid chromatography instrumentation. As genetically engineered proteins become commercially available in health care, advanced techniques for quality control grow in importance. Batch-to-batch product consistency and purity are essential. A single chemical change in a protein can alter its biological activity. In addition, contaminants can cause toxic reactions or allergic responses. Chromatography systems manufactured by Applied Biosystems help pharmaceutical and biotechnology companies ensure the purity of their therapeutic peptides, proteins, and chemical compounds.





1987



1988

The company manufactures and markets more than 25 different automated instruments, over 400 liquid chromatography columns and components, and approximately 320 chemicals, biochemicals, and consumables for the synthesis, purification, and analysis of DNA, proteins, and other biological molecules. The company posts sales of over $132 million and employs almost 1,000 workers in eight countries.

Applied Biosystems introduces the **Model 431A Peptide Synthesizer**, offering simplified operation and chemistry over the Model 430A; the **Model 1000S Diode Array Detector** for the analysis of minute laboratory samples at multiple wavelengths; and the **Model 471A Protein Sequencer**, a streamlined, single-module version of the Model 477A Protein Sequencer/120A PTH Amino Acid Analyzer.

Chemical manufacturing at Applied Biosystems

(Left) Irvin D. Smith, PhD, Executive Vice President and Chief Operating Officer and Andre F. Marion, Chairman of the Board, President and Chief Executive Officer (Right) The Model 431A Peptide Synthesizer



Technology from Applied Biosystems is allowing scientists to identify the mutations responsible for the over 4,000 human genetic diseases as well as those that may arise and give way to cancer. DNA-based tests are now available for cystic fibrosis, sickle cell anemia, Duchenne muscular dystrophy, and hemophilia. Oligonucleotides made on the Model 380B are being tested as "antisense" therapy for controlling the AIDS virus.

Scientists now have the ability to identify individuals by their DNA. Both state and federal governments consider establishing databases of DNA "fingerprints" to aid in criminal investigations and in the identification of disaster victims. Applied Biosystems explores development of cost-effective, rapid DNA identification technologies.

Net sales rise to $158 million. Applied Biosystems maintains 15 offices in nine countries. Four new products are introduced, the **Model 230A HPEC Preparative Electrophoresis System**, the **Model 270A Analytical Capillary Electrophoresis System**, the **Model 420 Amino Acid Analyzer**, and the **Model 391 PCR-MATE™ DNA Synthesizer**.

ABI develops enzyme-based reagent kits with Promega Corporation. In the burgeoning field of bioinformatics, ABI obtains an exclusive license to the fastest available text scanning technology from TRW Inc. Workstations incorporating TRW's **Fast Data Finder** will enable researchers to perform DNA and protein sequence comparisons and data searches faster, more accurately, and less expensively than other methods then available. Advances in this area will later prove crucial to sequencing the entire human genome.



1989

DNA analysis in the courtroom

Bioinformatics at Applied Biosystems



While Jerry Zon was investigating the interaction of known anti-cancer drugs with DNA at the National Institute of Health, a Nobel Prize winner sparked his interest in DNA synthesis. It wasn't long before he joined the company as the champion of a therapeutics business and a true DNA sequencing pioneer. Jerry's contributions include creating and launching the large-scale ABI 390Z DNA synthesizer based on modifications to the company's peptide synthesis platform.

"Compared to 20 years ago, we're putting exponentially more powerful tools into the hands of scientists that allow them to study much more complex problems. Looking ahead, imagining the kinds of things we'll be able to do, is a very striking and exciting thing."

*Jerry Zon,* Nucleic Acid Chemist



An agreement is forged between ABI and a joint venture of **The Perkin-Elmer Corporation** and Cetus Corportation for joint marketing of complementary instruments and reagents dedicated to advancing PCR methodologies, the fastest growing segment in biotechnology. ABI quickly moves to introduce the Model 391 PCR-MATE™, a DNA synthesizer optimized to address this market. Almost any lab can now afford the equipment and reagents required to make the primers needed for PCR and DNA sequencing.

Despite a cyclical slowdown in instrument sales, ABI posts revenues of almost $159 million. The company employs 1,334 people.

The company is developing new instrumentation for robotics and for the detection of fluorescently labeled DNA fragments.

1990



A scientist works with the Model 391 DNA Synthesizer (background) and a TC-1 Thermal Cycler (foreground) manufactured by Perkin-Elmer and Cetus

A robot for the automated preparation of PCR and DNA sequencing reactions





**1991**

ABI posts net sales of almost $164 million. Sales of consumables and service contracts grow by 24% to account for 47% of total sales. DNA sequencer and DNA synthesis instruments experience record sales. Forty-five new consumable products and six new instruments are introduced.

Applied Biosystems introduces two new **DNA synthesizers**, the **Model 392** and **Model 394**. The instruments have an easy-to-use interface and, with the use of new chemistries, provide higher throughput than previous models.

As ABI instruments become less expensive and more obtainable, reagent sales form an increasingly important part of business. Patented and proprietary chemicals represent approximately 50% of consumable sales.

More and more laboratories discontinue the use of hazardous radioactive labels for the detection of nucleic acids in favor of fluorescent dyes manufactured by Applied Biosystems.

The **Model 362 Gene Scanner** is introduced for the analysis of fluorescently labeled PCR fragments as generated to detect the presence of genetic diseases, assist in the identification of forensic biological evidence, and for use in paternity testing.

Model 394 DNA Synthesizer

DNA synthesis columns manufactured by ABI



Two years earlier, the U.S. government approved financing to support the human genome project. The **Model 373 Automated DNA Sequencer** and ABI DNA sequencing kits are being used by an increasing number of labs involved in the program. A project to sequence the rice genome is under way in Japan. Programs to sequence the mouse, fruit fly, and yeast genomes are being undertaken in a number of laboratories.

**1992**

Sales grow by more than 11%, and ABI posts revenue of over $182 million. Sales in Europe represent 25% of revenue. Sales in Asia and the Pacific Rim account for 26% of revenue. Over 8,500 instrument systems are installed worldwide. Three new instruments are introduced, the **Model 390Z Large Scale DNA Synthesizer**, the **Model 172 Biopolymer Micropurification and Analysis System**, and the **Model 476 Microsequence Analysis System**. **Lynx Therapeutics, Inc.**, is spun off from Applied Biosystems to focus on antisense DNA as a possible therapy for such diseases as chronic myelogenous leukemia, melanoma, colorectal cancer, and AIDS.



Michael W. Hunkapiller, PhD, (left), Executive Vice President; Andre F. Marion, Chairman, President, and Chief Executive Officer; and Robert W. Carroll, Executive Vice President

An ABI staff scientist operates a Model 373 DNA Sequencer; a Model 800 CATA-LYST Molecular Biology LabStation can be seen in the background

Applied Biosystems is acquired by Perkin-Elmer in February 1993 and becomes a division of the company.

Life science markets represent the largest and fastest growing part of Perkin-Elmer's business. Perkin-Elmer's life science product line includes mass specrometers sourced through a joint venture with **MDS SCIEX** of Canada. Perkin-Elmer reports revenues of over $1 billion.

**1993**



Riccardo Pigliucci, President and Chief Operating Officer, Perkin-Elmer (left) and Gaynor Kelley, Chairman and Chief Executive Officer

Perkin-Elmer is the world's leading manufacturer of instruments and reagents for PCR for life science research applications. The company entered the PCR field in the 1980s through a joint venture with Cetus Corporation, where PCR was discovered. After Cetus patents and technology are sold to Hoffmann-La Roche Inc., Perkin-Elmer forms a strategic alliance with Roche and markets several kits with all the reagents needed for a number of different PCR applications.

Automated DNA sequencers, manufactured in Foster City, are a major part of the Perkin-Elmer product line.

A researcher in life science



You might say that Kathy Lazaruk has science in her genes. Hailing from a family of scientists, she never doubted that her studies would eventually lead her to a place like this, where she began working to create the company's forensics product line in 1995.

"It was great timing... I was finishing up my PhD training in a forensic science lab just as AB was beginning to pursue forensic applications on the genetic analysis instruments. It's is very rewarding to have been part of the team that initially developed the high-quality products that are the standard for virtually every crime lab in the world."

*Kathy Lazaruk,* Molecular Biologist



1994

Thermal cyclers and automated sequencers manufactured by Perkin-Elmer's Applied Biosystems Division are populating the new genomics companies such as Human Genome Sciences in Maryland, Myriad Genetics in Utah, Incyte Genomics in California, and Millennium Pharmaceuticals in Massachusetts as they look for human genes that have potential therapeutic value in the fight against disease.

Life Sciences accounts for 42% of Perkin-Elmer revenues of just over $1 billion. The company has 5,954 employees.

More than 80 new products for life science are developed including those that can look for bacterial contamination in food, aid in the determination of animal paternity, and amplify DNA while it is still inside the cell. The 30,000th thermal cycler is sold.

The Applied Biosystems Division of Perkin-Elmer releases the **ABI PRISM® 377 Automated DNA Sequencer**, having a throughput over four times that of the previous model.

The publicly funded human genome project has declared that the first step to determining the sequence of bases of the human genome should be to map the location of most genes to their specific sites on the different chromosomes. To assist in this effort, Perkin-Elmer develops mapping kits that contain markers every 10 million bases along each of the 24 human chromosomes.



1995

A bank of Model 373 Automated DNA Sequencers at Human Genome Sciences

ABI PRISM® 377 Automated DNA Sequencer



**Tony White** from Baxter International Inc. takes over as President and Chief Executive Officer of Perkin-Elmer. Perkin-Elmer acquires **Tropix, Inc.**, a world leader in chemiluminescence detection technology, and **Zoogen, Inc.**, an animal genetic analysis company. Perkin-Elmer is reorganized into two separate operating divisions, Analytical Instruments and **PE Applied Biosystems**. Revenues increase by more than 9% to $1.16 billion.



1996



The PE Applied Biosystems Division accounts for approximately half of Perkin-Elmer's total revenue with net revenues up by 26%. Several key new products are introduced including the **ABI PRISM® 7700 Sequence Detection System**, the **ABI PRISM® 310 Genetic Analyzer**, the **ABI 3948 High-Throughput DNA Synthesizer**, three new liquid chromatography/mass spectrometry (LC/MS) systems, **AmpliTaq Gold® DNA Polymerase**, **AmpliTaq® FS DNA** sequencing kits, and **TaqMan®** assay chemistry.

Tony L. White, Chairman, President, and Chief Executive Officer, Perkin-Elmer

Bob Jones, Division Vice President, PCR Research Products (left); Elaine Heron, Division Vice President, Worldwide Sales, Service and Marketing; Steve Lombardi, Division Vice President, Genetic Analysis; and Mike Hunkapiller, Vice President and General Manager



TaqMan®, a PCR assay-based chemistry for measuring gene expression, is developed by strategic partner Roche Molecular Systems. Perkin-Elmer has rights to the TaqMan® assay chemistry under the terms of its PCR cross licensing with Roche. When used with the ABI PRISM® 7700 Sequence Detection System, TaqMan® assay chemistry can detect the presence of a specific gene, the presence of a genetic mutation, or the amount of a particular mRNA made from an active gene. Researchers use this new technology to evaluate the amount of HIV virus in infected samples and to detect levels of expression of various oncogenes.

PE Applied Biosystems' revenues increase a record 23% to $653 million, and total Perkin-Elmer revenues rise nearly 10% to almost $1.3 billion. More than 6,000 automated sequencers have been sold since the first one rolled out the door in 1987. **GenScope, Inc.**, the holder of rights to a unique gene expression technology (AFLP), and **Linkage Genetics, Inc.** are purchased. Linkage Genetics and Zoogen combine to form **PE AgGen**, aimed at becoming a leading provider of genetic analysis services for plant and animal breeding. A strategic partnership with Hyseq, Inc. accelerates the development of DNA chip technology; an agreement with Tecan US, Inc. develops and markets systems for automating combinatorial chemistry, and partnership with Molecular Informatics, Inc. develops automated systems for genetic data management and analysis.

PE Applied Biosystems releases the **GeneAmp® PCR System 9700 thermal cycler**. The instrument is easy to use and can hold up to 96 samples.

1997



The ABI PRISM® 7700 Sequence Detection System which incorporates Roche TaqMan® assay chemistry

The GeneAmp® PCR System 9700

PE Applied Biosystems becomes **PE Biosystems**. Revenues increase by 16% to $871 million, while Perkin-Elmer posts net revenues of over $1.5 billion.

In January 1998, Perkin-Elmer acquires **PerSeptive Biosystems** of Framingham, Massachusetts. The acquisition brings with it instruments for mass spectrometry, peptide synthesis, and oligonucleotide synthesis.

In May 1998, **Celera Genomics** is formed, a new venture aiming to become the definitive source of genomic and related medical information. Celera combines advanced genetic analysis technology with unique sequencing strategies and state-of-the-art information technologies.







A strategic partnership is formed with Hitachi Corporation to develop and manufacture capillary electrophoresis (CE) based genetic analysis systems for research applications. Glass capillaries require less human labor, are safer than traditional slab gels, and are rapidly accepted by customers. The **ABI PRISM® 3700 DNA Analyzer** is developed through this partnership. With 96 capillaries, the 3700 Analyzer dramatically expands sequencing throughput, reduces labor costs, and puts sequencing of the human genome ahead of schedule by almost five years. Three hundred 3700 Analyzers are placed at Celera and almost an equal number at various facilities across the globe participating in the publicly funded human genome project.

Management for Celera Genomics (from left): Steve Parker, Vice President, Administration and Legal Affairs; Sam Broder, MD, Executive Vice President and Chief Medical Officer; J. Craig Venter, PhD, President and Chief Scientific Officer; and Peter Barrett, PhD, Executive Vice President and Chief Business Officer

ABI PRISM® 3700 DNA Analyzer

With a background in organic and polymer chemistry, Steve Menchen did not expect to contribute to the advancement of life sciences. Fortunately, a graduate school friendship ultimately brought him here, where he creates instruments that are invaluable to biologists and biochemists around the world. Steve played a key role in developing the 310 Genetic Analyzer, which led directly to the development of the 3700–the instrument used to sequence the human genome.

"One of the things I value most about this company is that we continue to hire very smart people, and invest in the development of new technology. It's not completely clear what kinds of tools will be needed in the future, which makes every day's work important and exciting."

*Steve Menchen,* Organic Chemist

 

Celera Genomics employs nearly 400 people. Amgen, Novartis, and Pharmacia & Upjohn subscribe to Celera's genomic information services to help them locate new drug targets. Compaq agrees to provide Celera with hardware, software, networking, and services, including 1,200 linked Compaq AlphaServers® to create one of the world's largest computer architectures for genome assembly. Celera partners with the University of California, Berkeley, Drosophila Genome Project, marking the first major collaboration between privately and publicly funded groups to expedite the sequencing and assembly of the largest genome completed to date.

## 1999

The company completes the sale of its Analytical Instruments business to EG&G, Inc. along with the Perkin-Elmer name. Perkin-Elmer is transformed into **PE Corporation.** Shares in Perkin-Elmer are exchanged for shares in two "tracking stocks," one for the PE Biosystems Group and the other for the Celera Genomics Group. The tracking stock structure recognizes that PE Corporation's two groups are different businesses with different stages of development, strategies, and risk profiles, yet businesses that complement each other.

PE Biosystems Group employs 3,500 people and records net revenues of over $1.2 billion. The ABI PRISM® 3700 DNA Analyzer is officially released. The **AmpFISTR® COfiler™ PCR Amplification Kit** sets a new standard for forensic human identification. The **QSTAR® Hybrid LC/MS/MS System** simplifies protein identification and characterization, metabolite pathway identification, and lead compound identification from combinatorial libraries. **BioLIMS™ 2.0 Software System** simplifies data retrieval, analysis, and reporting.



(Left) Tony L. White, Chairman, President, and Chief Executive Officer, PE Corporation; (Right) Michael Hunkapiller, PhD, President, PE Biosystems

Nobel Laureate Dr. Hamilton Smith (left) and Mark Adams, PhD, Vice President, Genome Programs, at the sequencing facility at Celera Genomics in Rockville, Maryland



PE Corporation changes its name to **Applera Corporation**. The company employs nearly 5,000 people. PE Biosystems becomes Applied Biosystems again.

Applied Biosystems' net revenues rise 24% to almost $1.4 billion. New instruments released include the **ABI PRISM® 6700 Automated Nucleic Acid Workstation** and the **FMAT™ 8100 HTS System**.

At a White House ceremony, the leaders of the Human Genome Project and Celera are congratulated for completing draft maps of the human genome. Celera begins to shift its focus to proteomics, single nucleotide polymorphisms (SNPs), and the discovery of new drugs.

## 2000



Applied Biosystems introduces the medium-throughput **ABI PRISM® 3100 Genetic Analyzer**. The instrument, built in cooperation with Hitachi Corporation, is offered in four and 16 capillary formats.

The FMAT™ 8100 HTS System allows researchers automation of high-throughput screening for a variety of assays including interactions occurring on the surface of single cells.

The February 16, 2001 issue of *Science* describing Celera's draft map of the human genome sequence

The ABI PRISM® 3100 Genetic Analyzer



The **Applied Biosystems 3730 DNA Analyzer** and **3730xl DNA Analyzer** set new standards in high-performance genetic analysis for medium- and production-level users. These 48- and 96-capillary platforms, developed with Hitachi Corporation, can reliably determine sequences at nearly twice the effective read length possible with previous systems. Leading genomic centers rapidly adopted the 3730xl Analyzer.

## 2001

Applied Biosystems earns revenues of $1.6 billion, an increase of 17% over the previous year. Market capitalization increases at a 33% compound annual rate since 1995 to $8.1 billion at fiscal 2001 year-end. Applied Biosystems and Celera Genomics Group establish **Celera Diagnostics**, a joint venture with a mission to improve human health through discovery, development, and commercialization of novel molecular diagnostic products.

The **Voyager™ TOF/TOF™ Workstation** is developed specifically for the new field of proteomics. The instrument can analyze 1,000 protein samples per hour.

Celera Genomics has identified more than three million unique single nucleotide polymorphisms (SNPs), single base changes in DNA. SNPS and other differences in DNA are believed to affect how people respond to various drug therapies. Understanding genetic variation is expected to enable doctors to personalize and target prescribed medications.

## 2002



Applied Biosystems 4700 Proteomics Analyzer with TOF/TOF™ Optics

Applied Biosystems 3730 DNA Analyzer



As Celera Genomics is transitioned from a genomic information provider to a therapeutic development company, responsibility for maintaining and administering the **Celera Discovery System™ (CDS)** is assumed by Applied Biosystems. Customers can conduct specific queries of definitive genomic and proteomic information and then order off-the-shelf or customized TaqMan® assays for SNP detection or gene expression studies.

Applied Biosystems launches the **Q TRAP™ LC/MS/MS System**, a first ever union of triple quadrupole and ion trap technologies. Researchers use this new instrument to identify proteins, peptides, and small molecule drug metabolites important in the development of new medicines.



Q TRAP™ LC/MS/MS System

As both an accomplished academic and a renowned protein chemist in industry, Darryl Pappin brings a unique perspective to his work in Advanced Research and Technology. Recipient of the 2006 Pehr Edman Award, he continues to push the envelope with the development of second-generation 8-plex isobaric reagents. Darryl's accomplishments since joining the company in 2002 include spearheading the conceptual and commercial development of isobaric mass spectrometry for the iTRAQ™ Reagents.

"The new proteomics workflow is just emerging and I think it will lead to a quantum leap in both academic research and commercial development. The amount of information we can get from a single experiment is huge. Before, we were looking at maybe a few dozen proteins at a time; now we're looking at hundreds of thousands."

*Darryl Pappin,* Protein Chemist





**Assays-on-Demand**™ product line includes more than 146,000 human SNP assays, 19,000 human gene expression assays, 9,000 mouse gene expression assays, and 3,000 rat gene expression assays—the broadest offering of functionally validated, ready-to-use genomic assays. All are produced at a new oligonucleotide manufacturing site in Pleasanton, California.

## 2003

**Catherine Burzik**, President of the Ortho-Clinical Diagnostics business of Johnson & Johnson, joins the Applied Biosystems management team as Executive Vice President.

The company introduces the **Applied Biosystems 1700 Chemiluminescent Microarray Analyzer** and the **Expression Array System** for measuring genome-wide gene expression. The instrument detects light emitted by a chemical reaction occurring on a microarray plate containing synthetic gene probes to which labeled mRNA has annealed. It can measure different levels of gene expression from different cell types for whole genome analysis.



Applied Biosystems 1700 Chemiluminescent Microarray Analyzer                    Oligo manufacturing facility, Pleasanton, California

Mike Hunkapiller retires and Cathy Burzik becomes President of Applied Biosystems. Applied Biosystems forms a new divisional structure: Molecular Biology, Applied Markets, Proteomics and Small Molecules, and Global Services and Supply Chain. The structure provides better transparency about market trends and opportunities, clearer resource allocation, and better accountability. Each of the four new divisions has profit-and-loss responsibility and dedicated sales, R&D, manufacturing, and marketing teams.

Applied Biosystems' automated sequencing, real-time PCR, and protein identification systems are used to quickly identify the Severe Acute Respiratory Syndrome (SARS) virus. Researchers use AB's sequencing systems to identify genetic variations associated with drug response in lung cancer patients taking the new drug IRESSA®. Real-time PCR systems help scientists discover novel genetic patterns with potential for predicting survival in B-cell lymphoma.







© Photo Researchers, Inc.

SARS coronavirus particles

Applied Biosystems joins a team led by Northrop Grumman and including Cepheid of Sunnyvale, California, to develop TaqMan® assay chemistry for detecting contamination of the U.S. mail by the anthrax bacterium.

New products include the **SNPlex Genotyping System** for the multiplex analysis of single nucleotide polymorphisms, the **Applied Biosystems 7900HT Fast Real-Time PCR System**, the **9800 Fast PCR System**, the **Applied Biosystems 3130 Genetic Analyzer**, and **4000 QTRAP® LC/MS/MS System**.

4000 QTRAP® LC/MS/MS System



Applied Biosystems and the National Institute of Genomic Medicine of Mexico (Instituto Nacional de Medicina Genomica or INMEGEN) announce a collaboration to establish an Applied Biosystems Sequencing and Genotyping Unit at INMEGEN and conduct collaborative research studies focused on health issues important to the Mexican population.

2005

Applied Biosystems begins commercial sales of several different mass spec instruments including the **API 5000™ LC/MS/MS System** for small molecule quantitation in pharmaceutical drug development, the **4800 MALDI TOF/TOF™ Analyzer**, the **3200 Q TRAP®**, and the **API 3200™ LC/MS/MS System**. Applied Biosystems' mass specs find increasing use in the food and beverage, environmental, forensic, clinical research, and pharmaceutical analysis markets.



4800 MALDI TOF/TOF™ Analyzer

Tony White, center, at IMMEGEN



© Photo Researchers, Inc.

# 2006

Applied Biosystems transfers its 50% interest in the Celera Diagnostics joint venture to Celera Genomics in exchange for a package of considerations. These include the right for AB to directly enter the clinical diagnostics instrumentation field by producing and selling dedicated diagnostics instruments to end-user diagnostics customers. Celera will provide certain R&D and regulatory support to AB for this effort. Applied Biosystems will be the preferred supplier of diagnostic instruments to Celera and Abbott Laboratories, Celera's strategic partner. AB's new freedom in diagnostics is a recognition that genomic discoveries are moving from the lab toward the clinical care setting.

Applied Biosystems acquires the **Research Products Division of Ambion**, which supplies RNA-based reagents and products for the life sciences. RNA fragments have been linked to a "hidden genome" within the cell.

Applied Biosystems launches a global initiative to identify and track infectious diseases, starting with the "avian flu" strain of Influenza A Subtype H5N1.

H5N1 avian influenza virus particles, colored transmission electron micrograph



Cathy Burzik, President



Applera Executive Committee (from left to right):
Kathy Ordonez, William Sawch, Dennis Winger, Tony White,
Barbara Kerr, and Cathy Burzik

## Building for the Next Twenty-Five Years

    

Mark Stevenson,
Molecular and Cell
Biology Division

Leonard Klevan,
Applied Markets
Division

Laura Lauman,
Proteomics and Small
Molecule Division

Mike Schneider,
Global Services and
Supply Chain Division

Lars Holmkvist,
European Operations

   

Tim Orpin, East Asia,
China, and Oceania

Masahide Habu,
Applied Biosystems
Japan

Joan Cronin,
Human Resources

Peter Dworkin, Investor
Relations and Corporate
Communications

Dennis Gilbert,
Chief Scientific Officer

  

Paul Grossman,
Strategy and Business
Development

Sandeep Nayyar,
Finance

Tama Olver,
Chief Information Officer



My belief is that Applied Biosystems is the best company in the world to work for....The company provides the tools and the capabilities for scientists, clinicians, and researchers worldwide to make fundamental discoveries that we know are going to change and improve all of our lives....

—President *Cathy Burzik*, September 2005

© Copyright 2006. Applied Biosystems. All rights reserved.



850 Lincoln Centre Drive Foster City, CA 94404 U.S.A.  T / 650 638-5800 or 800-327-3002