# Exhibit C



**Applied Biosystems**

850 Lincoln Centre Drive, Foster City, California 94404 U.S.A.
Tel: (415) 570-6667 • Telex: 470052 APBIO UI • Fax: 415-572-2743

March 17, 1992

Stephen C. Macevicz, Ph.D.
21890 Rucker Drive
Cupertino, CA  95014

Dear Dr. Macevicz:

I am pleased to formalize the verbal offer made to you by Joe Smith for the position of Patent Attorney in the Corporate Legal Department beginning April 1, 1992 at a monthly rate of $11,417.00 (equivalent to an annual salary of $137,000.00). Employee benefits including health and dental insurance coverage will be provided by the Company. These and other Company benefits will be detailed for you during the employee orientation held shortly after your date of hire.

Upon your review of this offer and subject to approval by the Board of Directors of the Company, in July 1992 you will be given a stock option grant of 2,500 shares of Applied Biosystems common stock. These shares will vest at 25% per year over four years.

On your first day at ABI, you will be required to sign the documents listed below. Please come in to Human Resources on that day and see Caroline McKenna for completion of these documents:

1.  <u>Employee Invention Agreement</u>. Signing this agreement is a condition of employment. A copy has been enclosed for your review.

2.  <u>Employment Eligibility Verification (I-9) Form</u>. In compliance with the Immigration Reform and Control Act of 1986, you will be required to complete this form and provide us with original documentation as outlined in Section 2 (copy enclosed) to verify your identity and eligibility for employment in the United States. It is **very important** that you remember to bring the necessary identification documents your first day.

3.  <u>Employment Application</u>: Unless you have already done so, please complete and sign the enclosed Employment Application form and bring it with you on your first day.

Stephen C. Macevicz, Ph.D.
March 17, 1992
Page two

We would like to take this opportunity to inform you that Applied Biosystems is dedicated to providing a healthy, comfortable and productive work environment for all our employees. To that end, ABI maintains an entirely smoke-free environment.

Welcome to Applied Biosystems! We look forward to working with you. If you should have any questions prior to your start date, please call Caroline McKenna, ext. 8150, in Human Resources.

Sincerely,

APPLIED BIOSYSTEMS, INC.

*Suzanne Preston*
Suzanne Preston
Employment Manager

SP:cm

Enclosures

Please sign below indicating your acceptance of this offer of employment, and return the original to our office in the enclosed self-addressed, stamped envelope. You may retain the enclosed copy for your records.

_Stephen C. Macevicz_          _[signature]_
Name (print)                    Signature

_27 March 1992_                 _5/4/92_
Date                            Start Date

cc: Carol Anderson
    Joe Smith
    Personnel File