# Exhibit D

**PERKIN ELMER**

**Applied Biosystems Division**
850 Lincoln Centre Drive
Foster City, CA 94404

6 June 1995

Mike Hunkapiller
Vice President
Perkin-Elmer Corporation
Applied Biosystems Division
850 Lincoln Centre Drive
Foster City, CA  94404

Dear Mike:

    I have decided to leave Perkin-Elmer to pursue other opportunities. My last day will be July 14. Between now and then I intend to wrap-up projects that would be difficult or inefficient to transfer to other people. For new matters needing immediate attention, I assume that Joe Smith will be available to help.

    I strongly urge you to take the following actions to put the Division legal functions in order:

- **Clear the decks for the replacement attorney**. The current personnel problems in the department are a constant and burdensome distraction, especially given the workload. I think the present approach can best be characterized as "dime-wise and dollar foolish."

- **Be ready to hire at least two senior attorneys**: a senior attorney with litigation experience to serve as Division general counsel, and a senior IP attorney, preferably with litigation experience also. Rick and Paul are outstanding individuals, but the timing is wrong for them to take such positions.

- **Act fast.** Rick and Paul are very good and very conscientious, but both will be quickly overwhelmed without help. Rick is already at capacity. Paul is close to capacity. Let them know your plan for going forward, and they might hang on for up to six months. Among other things, I continue to be appalled that it took over a year to hire a patent administrator.

Best regards,

Steve Macevicz

cc(via fax): Bill Sawch

Tel (415) 570-6667
Fax (415) 572-2743