# Exhibit E

## Stephen C. Macevicz

Fax: (408) 252-0841       21890 Rucker Drive       Tel. (408) 252-4140
                         Cupertino, CA 95014       E-mail: smacev@earthlink.net

# Resume

**OBJECTIVE:** Contribute legal, technical, and business expertise in expanding technology company, especially in the biotechnology or genomics fields.

**CAREER:** **Vice President Intellectual Property**, Lynx Therapeutics, Inc., Hayward, 1995-present. *Established & expanded patent portfolio for novel genomics technologies invented by Dr. Sydney Brenner; prosecuted & expanded antisense patent portfolio up to sale of business in 1998; established & maintained intellectual property infrastructure (e.g. notebook policies, CDAs & MTAs, archiving, etc.); examined products & services to identify "single source" or other potential barriers to market; negotiated & drafted wide range of agreements, including license, research collaboration, service, and supply agreememts, with both national and international parties, including parties from United Kingdom, Germany, Singapore, and Japan.*

**Senior Patent Attorney**, Perkin-Elmer, Applied Biosystems Division, 1992-1995. *Managed & expand patent portfolio in genetic analysis field (e.g. instrumentation improvements, fluorescent dyes, diagnostic & genotyping applications); managed patent prosecution and licensing issues for therapeutics division (Lynx's precursor); worked with company's "Science & Technology" group to evaluate outside technologies for purchase or licensing; wrote patent for replenishable separation medium for capillary electrophoresis, now used in 3700 series DNA sequencers.*

**Patent Counsel & Corporate Secretary**, DNAX Research Institute, Palo Alto (a research subsidiary of Schering-Plough Corp.), 1986-1992. *Expanded patent portfolio of biological compound inventions (e.g. interleukins, receptors, and their therapeutic & diagnostic applications), established laboratory notebook policies & procedures, document archiving, established environmental & safety plans; won allowance of key patents for interleukin-4; wrote initial patents for interleukin-10 and use of anti-IL-5 monoclonal antibodies to treat certain asthmas, now in clinical trials.*

**Patent Agent & Attorney**, Lawrence Livermore National Laboratory, 1981-1986. *Established patent portfolios in areas of automated cytology and fiber optic sensor ("optrode") technology; worked with Univ. Calif. Technology Transfer Office; wrote initial patent for "chromosome painting" technology, now being commercialized by Vysis.*

**Postdoctoral Fellow**, Biomedical Division, Lawrence Livermore National Laboratory, 1979-1981. *Construction flow cytometers for specialized applications in cancer biology.*

**MAJOR CONTRIBUTIONS AT LYNX:**
- Developed company strategy and negotiated $15 million technology transfer agreement with Takara Shuzo Co., Ltd.
- Wrote and published only two scientific articles describing Lynx technologies: Brenner et al, Proc. Natl. Acad. Sci., 97: 1665-1670 (2000), and Brenner et al, Nature Biotechnology, 18: 630-634 (June, 2000).
- Created extremely solid intellectual property estate protecting Lynx technologies, including patents, trademarks, licenses, and supply agreements.
- Inventor or co-inventor on over five Lynx patents.

**EDUCATION:** J.D., University of California (Boalt Hall), Berkeley, 1984.
Ph.D, Biophysics, University of California, Berkeley, 1979.
A.B. Mathematics, with distinction, San Diego State University, 1972.

**PROFESSIONAL:** California Bar, 1985.
Patent Bar, 1980.

23

189

Macevicz
11-28-07

**INTERESTS:** Analytical technologies in biotechnology & genomics fields; painting & art; soccer; family; history; travel; running; humor; food.

## CONFIDENTIAL

MAC001119