# Exhibit F

Department ___ Exhibit 24 ___
Subject ___
Name ___
Addres **CONFIDENTIAL**

43-648        11¾"x 9¼" 4x4 Quad.

National®    75 Sheets
Brand

# Computation Notebook
Dennison National Company, Holyoke, MA 01041

EXHIBIT
MacEdice
24
11-28-07

MAC00026

31 Jan 91    Stock soln of TMAC refractive index tested

TMAC prepared @ §6.4 Current Protocols. RI measured
on Chuibe Kangsky's refractometer

| Dilution of stock | R I (n) | Molarity $(= 55.6(n - 1.331))$ |
|---|---|---|
| 3-fold | 1.3516 | 1.145 M |
| 2.5-fold | 1.3559 | 1.38 M |
| 2-fold | 1.3615 | 1.7 M |

Thus, stock soln ~ 3.4 M

1 Feb 91    Hybrid. seq. of a nucleic acid with a complete set
of N-mers, eg 8-mers, produces extremely redundant
information. For example:

target
seq      —A G T A A G G C C C T A A C A T ····
         ⌈ T C A T T C C G
overlapping ⟨ c a t t c c g
8-mer probes ⌊ a t t c c g c

Q   How many N-mer probes randomly selected from
the total set to ensure that a K-mer target sequence
(random) is X % covered?

           ↳ are need

51

**1 Feb 91** TMAC test solutions

| SOLN | COMMENTS |
|---|---|
| ① 3 M TMAC<br>5X Denhardts<br>1 mM EDTA<br>0.1 M NaPO₄, pH 6.8<br>0.5% SDS | Fluid clouded w/precipitates at 6-8°C |
| ② 3 M TMAC<br>5X Denhardts<br>1 mM EDTA<br>0.1 M NaPO₄, pH 6.8<br>0.1% SDS | Clear at 6-8°C |
| ③ 3 M TMAC<br>5X Denhardts<br>1 mM EDTA<br>0.1 M NaPO₄, pH 6.8<br>0.05% SDS | clear at 6+8°C |

**12 Feb 91** Refractance of new stock TMAC soln measured
3-fold dilution with RI of 1.3684 ⟹ 6.24 M

**CONFIDENTIAL**                MAC00028

52

4 Feb 91    Hybridization Sequencing with PCR

1) Sequencing would be carried out by using short-mer oligos as PCR primers, eg. 8-10-mers. In each of $4^8$ Rx's (for 8-mers) 2 oligos would be used: i) a known primer at the end of the target sequence and a given 8-mer.



target
sequence

8-mer primers
[shown binding at
two locations]

known
sequence
primer
at end

2) PCR results in a mixture of 2 populations of amplified product:

1.

2.

3) If N of the 8-mers form perfect duplexes with the target sequence, then N populations of amplified product will result.

4) The number of places on the target seq. that forms perfect duplexes with the given probe can be determined by heating the sample and measure % SS

Actually, must thoroughly melt sample then observe re-assoc.

% SS

melting of 1
melting of 2

T →

% SS

**CONFIDENTIAL**

MAC00029

53

20Feb91  $NaH_2PO_4$ buffer made; adjusted to pH 6.85 by adding 4N NaOH dropwise

6g $NaH_2PO_4$ + 57 ml $H_2O$ → | .88 M solution |

**CONFIDENTIAL**

MAC00030

54

19 July 1992 Further ~~ideas~~ ideas on hybridization sequencing

① Immobilize a single stranded target on a solid phase support; preferably immobilize the target DNA on a paramagnetic bead following the protocol of Cal et al, NAR 18: 1076; Mitchell et al, Anal. Biochem. 178: 239-242; or Sylvern et al FEBS Lett 258 71-79. Thus, one starts with the following:



e.g. biotin avidin complex

single stranded target sequence

② In separate Rx carry out polymerization with polymerase that lacks 5'→3' exonuclease activity. For example, for a six-mer primer, $P_1$:

Because of the shortness of the primer, multiple primer sites are likely and will result in the generation of 3 fragments:

Because the polymerase has no 5'→3' exonucl. activity polymerization will halt at the next-downstream primer or the end of the target DNA.

Similar Rx can be carried out for all possible 6-mer primers: $4^6 = 4096$. The number of fragments generated is equal to the number of sites at which the primer binds. Thus, one can determine how many sites complementary to the primer exist

**CONFIDENTIAL**

MAC00031

on the target DNA. The fragments can be detected by CE, or like procedure.

③ The target sequence can contain known-seq. regions to aid in sequence reconstruction.

④ Multiple 6-mers, eg. 2-4, can be ~~amplified from~~ extended in the same Rx mixture. For example, one Rx mix might contain primers $P_1, P_2, P_3,$ and $P_4$:



This would result in 6 fragments. Thus, the information obtained would be less — one would know that

$$n_{P_1} + n_{P_2} + n_{P_3} + n_{P_4} = 6$$

where $n_{P_i}$ is the number of primer $P_i$ forming a perfect match with the target. Fragments can be labeled with different labels to aid in primer identification. Mixing primers would reduce the number of total Rx's needed. For example, for 6-mers 4-primer Rx's would reduce the total polymerization Rx's from 4096 to 1024.

The loss of information that occurs from using multiple primers is similar to the loss of information that arises from the use of mixed oligos as described by Macevicz U.S. patent 5,002,867.

⑤ A major advantage of carrying out hybrid/sequencing as described above is that repeated sequences can be handled. Multiple bands would appear if fragments were separated by, eg. gel electrophoresis:

ex. no repeats

repeats present in target

← Extension products from repeat region.

**CONFIDENTIAL**

MAC00032

56

20 July 92

⑥ Feasibility problem: to what extent will polymerase ~~read~~ copy "through" successive primers?



If "Copy Through" is high each primer could give rise to several bands on gel depending on position and how many other primer binding sites there are.

$P_1$ products

$P_2$ products

$P_3$ products

⑦ Sequence reconstruction might be carried out on TRW-based system.
6-color fluorescence + 4 probe types for ea color = 24X reduction in Rx's
(8-mers (68K → 2731 Rx's)) (6mers! 4096→ 171) or 1/8-fold mix
~85 separate



20 July 92

(8) Follow-up computations:

a) distribution of fragment sizes, e.g. [expected] →

b) Number of fragments expected per 1 kb?

(9) Computing estimated fragment sizes. Assume Poisson distribution of particular r-mer with density of $\lambda$. Probability that segment of length $\ell$ with have at least one primer site ($F(\ell)$):

$$F(\ell) = 1 - e^{-2\lambda \ell}$$

prob. density function $f(\ell) = F'(\ell) = 2\lambda e^{-2\lambda \ell}$

$$E(\ell) = \int_0^\infty 2\lambda \ell \, e^{-2\lambda \ell} \, d\ell = \frac{1}{2\lambda}$$

For 6-mer   $\lambda = \frac{1}{4096}$   $\Rightarrow$   $E(\ell) \approx 2048$ bases

for a mix of 8  6-mers   $\lambda = \frac{8}{4096}$   $\Rightarrow$   $E(\ell) = 256$ bases

For 8-mer   $\lambda = \frac{1}{65,536}$   =   $E(\ell) \approx 32768$ bases

for a mix of 8  8-mers   $\lambda = \frac{8}{65k}$   $\rightarrow$   $E(\ell) \approx 4096$

with 8 groups of 8 different 8-mers each with different fluorescent tags

$\lambda = \frac{32}{65k}$   $\rightarrow$   $E(\ell) \sim 1024$

July 28/92

CONFIDENTIAL

MAC00034

58

7/25/92

⑩ The method ~~modified~~ can be implemented on several target sequences at the same time:



$k_1, k_2, k_3,$ and $k_4$ are known sequence regions to aid in the reconstruction

$P_1$ and $P_2$ are two different probes used as primers in the ext. Rx

Data will ~~ex~~ consist of four bands on, eg a gel

Thus, for the reconstr. algorithm we know that $s_1$ or $s_2$ has 4 occurances of $P_1$ or $P_2$.

Stop July 28 for

**CONFIDENTIAL**

MAC00035

8|6|92

(H) It might be more advantageous to use larger probes and multiple target sequences. For example, a 20 kb target might be digested with restriction enzymes so that multiple 100 - 400 bp fragments are formed.   By choosing the right restriction enzymes fragments will have over hanging 5' ends which can be filled-in w/ biotin labelled nucleoside.



These fragments can then be attached to a avidin/microsphere

If 16mer primers are employed then fragments will range from 16 - 100-400 bases in length. Moreover, larger primers have the following advantages:

   a) The likelihood of more than one hit per target is low.

   b) Specificity & binding better understood.

Large sets of primers with similar hybrid. properties would have to be selected (i.e. stringency classes) based on
   a) Breslauer algorithm
   b) ease of synthesis
   c) minimization of complementary primers

**CONFIDENTIAL**

MAC00036

60

8/6/92    Number of 16-mers = $4^{16} \approx 4.3 \times 10^9$
          Number of 19-mers = $4^{14} \approx 2.7 \times 10^8$

Stringency classes — Thus, K hybridization's must occur

$m_1$
$m_2$        If $K=10^4$ Then for 14-mers, each $m_i$ must
$m_3$        contain about $2.7 \times 10^4$ oligos.
$\vdots$
$m_K$

**CONFIDENTIAL**

MAC00037

A>

```
1:*      program frag6
2: c
3: c
4: c        Program frag6 does the following:
5: c
6: c        o  Reads target nucleotide sequence from disk file.
7: c
8: c        o  Generates 6-mers of all possible sequences.
9: c
10: c       o  For each 6-mer, the program determines how many
11: c          perfectly matched duplexes can be formed with the
12: c          target sequence, i.e. how many "hits" there are.
13: c
14: c       o  For each 6-mer, the program determines the number
15: c          and lengths of fragments that would be generated
16: c          if the perfectly matched duplexes were extended
17: c          with a polymerase.
18: c
19: c       o  The program outputs the following:
20: c
21: c           1)  Total number of hits for all 6-mers.
22: c
23: c           2)  Average number of hits per 6-mer.
24: c
25: c           3)  Distribution of fragment lengths.
26: c
27: c           4)  Average fragment length.
28: c
29: c
30: c
31:         implicit integer*4 (b-z)
32:         character*1 seq(2700), b
33:         character*14 nfile
34:         dimension probe(6),frgdtr(99),frgl(100)
35:         common seq,probe,hits,length,n,frgl
36: c
37: c
38: c                  read target sequence form file
39: c
40: c
41:         length=6
42: 1000    write(*,*)'Name of file containing target sequence (A14):'
43:         read(*,1001)nfile
44: 1001    format(a14)
45:         open(1,file=nfile,form='formatted',status='old')
46:         n=0
47: 2000    read(1,2001,end=3000)b
48:         n=n+1
49:         seq(n)=b
```

**CONFIDENTIAL**

MAC00038

8

```
 52: c          write(*,2003)n
 53:            write(*,2002)n
 54: 2001       format(a1)
 55: 2002       format(5x,'Number of nucleotides in target sequence=',i5)
 56: 2003       format(//)
 57:            nbars=n/100
 58: c
 59: c
 60: c                generate 6-mers
 61: c
 62: c
 63:            sumfl=0
 64:            totalh=0
 65: c
 66: c
 67:            do 4000 i1=1,4
 68:              do 4000 i2=1,4
 69:                do 4000 i3=1,4
 70:                  do 4000 i4=1,4
 71:                    do 4000 i5=1,4
 72:                      do 4000 i6=1,4
 73:                        probe(1)=i1
 74:                        probe(2)=i2
 75:                        probe(3)=i3
 76:                        probe(4)=i4
 77:                        probe(5)=i5
 78:                        probe(6)=i6
 79: c
 80: c
 81:                        call scan
 82: c
 83: c
 84:                        if(hits.eq.0) goto 4000
 85:                        totalh=totalh + hits
 86:                        do 5000 j=1,hits
 87:                          sumfl=sumfl+frgl(j)
 88:                          do 6000 k=1,nbars
 89:                            ub=k*100
 90:                            lb=(k-1)*100
 91:                            if(frgl(j).ge.lb .and.
 92:      2                       frgl(j).lt.ub) frgdtr(k)=frgdtr(k)+1
 93: 6000                      continue
 94: 5000                    continue
 95: c
 96: c
 97: 4000                continue
 98: c
 99: c
100:            avfl=sumfl/totalh
101:            write(*,2003)
102:            write(*,5001)totalh
103: 5001       format(5x,'Total number of hits:',2x,i4)
104:            write(*,2003)
105:            avhits=float(totalh)/float(4096)
106:            write(*,5002)avhits
107: 5002       format(5x,'Average hits per 6-mer:',f6.4)
108:            write(*,2003)
109:            write(*,5003)
110: 5003       format(5x,'Distribution of fragment lengths:')
111:            write(*,2003)
112:            do 7000 m=1,nbars
113:              ub=m*100
114:              lb=(m-1)*100
115:              write(*,7001)lb,ub,frgdtr(m)
```

CONFIDENTIAL

MAC00039

```
117: 7001      format(...)
118:           write(*,2003)
119:           write(*,7002)avfj
120: 7002      format(5x,'Average fragment length:',f8.0)
121:           end
122: c
123: c
124: c
125:           subroutine scan
126: c
127: c
128:           implicit integer*4 (b-z)
129:           character*1 seq(2700)
130:           dimension probe(6), frgl(100),loc(100)
131:           common seq,probe,hits,length,n,frgl
132: c
133: c
134:           hits=0
135:           do 1000 j=n,length,-1
136: c
137: c
138: c              The target sequence is scanned in the 3'->5'
139: c              direction because the 6-mers are given in
140: c              the 5'->3' orientation from lowest to highest
141: c              indices of array probe(6)
142: c
143: c
144:           do 2000 k=0,length-1
145:           if(seq(j-k).eq.'a' .and. probe(k+1).ne.4) goto 1000
146:           if(seq(j-k).eq.'c' .and. probe(k+1).ne.3) goto 1000
147:           if(seq(j-k).eq.'g' .and. probe(k+1).ne.2) goto 1000
148:           if(seq(j-k).eq.'t' .and. probe(k+1).ne.1) goto 1000
149: 2000      continue
150:           hits=hits+1
151:           loc(hits)=j-length+1
152: 1000      continue
153: c
154: c
155:           if(hits.eq.0) return
156: c
157: c
158:           do 3000 m=1,hits
159:           if(m.eq.1) then
160:               frgl(m)=n-loc(m)
161:           else
162:               frgl(m)=loc(m-1)-loc(m)
163:           endif
164: 3000      continue
165:           return
166:           end
```

CONFIDENTIAL

MAC00040

A>adlin b:puc19.seq

Number of nucleotides in target sequence= 2686

Total number of hits:  2681

Average hits per 6-mer: .6545    ≈ .24 hits/kb [=> ~ 4.8 hits per 20kb]

Distribution of fragment lengths:

|  |  |  |  |
|---|---|---|---|
| 0 | -- | 100 | 218 |
| 100 | -- | 200 | 140 |
| 200 | -- | 300 | 153 |
| 300 | -- | 400 | 149 |
| 400 | -- | 500 | 146 |
| 500 | -- | 600 | 136 |
| 600 | -- | 700 | 126 |
| 700 | -- | 800 | 119 |
| 800 | -- | 900 | 114 |
| 900 | -- | 1000 | 125 |
| 1000 | -- | 1100 | 118 |
| 1100 | -- | 1200 | 77 |
| 1200 | -- | 1300 | 92 |
| 1300 | -- | 1400 | 83 |
| 1400 | -- | 1500 | 89 |
| 1500 | -- | 1600 | 98 |
| 1600 | -- | 1700 | 81 |
| 1700 | -- | 1800 | 91 |
| 1800 | -- | 1900 | 64 |
| 1900 | -- | 2000 | 54 |
| 2000 | -- | 2100 | 69 |
| 2100 | -- | 2200 | 66 |
| 2200 | -- | 2300 | 68 |
| 2300 | -- | 2400 | 53 |
| 2400 | -- | 2500 | 47 |
| 2500 | -- | 2600 | 58 |

Average fragment length: 1050

**CONFIDENTIAL**

MAC00041



61

CONFIDENTIAL

MAC00042



**CONFIDENTIAL**

MAC00043

```
 1:*        Program FE6
 2: c
 3: c
 4: c          FE6 computes "stingency classes" of 6-mer probes
 5: c          and lists the 1% highest stringency probes and the
 6: c          1% lowest stringency probes.  "Stringency refers to
 7: c          the wash conditions necessary to destabilized duplexes
 8: c                        stability is computed in accordance
 9: c          with Breslauer et al, Proc. Natl. Acad. Sci.,
10: c          Vol. 83, pgs. 3746-3750 (1986)
11: c
12: c
13:        implicit integer*2 (i-q)
14:          character*1 pseq(6)
15:        dimension gtable(4,4),h(9)
16:        dimension htable(4,4),stable(4,4)
17: c
18: c
19: c
20: c
21:        open(1,file='b:h.dat',form='formatted',status='old')
22:        do 100 i=1,4
23:    100    read(1,101)(htable(i,j),j=1,4)
24:    101    format(4(f4.1,1x))
25:        close(1)
26: c
27: c
28:        open(1,file='s.dat',form='formatted',status='old')
29:        do 150 i=1,4
30:    150    read(1,151)(stable(i,j),j=1,4)
31:    151    format(4(f5.4,1x))
32:        close(1)
33: c
34: c
35:        write(*,*)'Enter Celsius temperature >0 f3.0'
36:        read(*,190)temp
37:    190    format(f3.0)
38:        do 191 i=1,4
39:          do 191 j=1,4
40:    191        gtable(i,j)=htable(i,j) - (temp+273.)*stable(i,j)
41:          write(*,*)'Base stacking free energy:'
42:          do 192 i=1,4
43:    192    write(*,193)(gtable(i,j),j=1,4)
44:    193    format(/,5x,4(f5.2,5x))
45: c
46: c
47: c          Calculate gmin and gmax
48: c
49: c
```

**CONFIDENTIAL**

MAC00044

```
51:
52:            sum=0.
53:       (   do 1300 i1=1,4
54:            do 1300 i2=1,4
55:             do 1300 i3=1,4
56:              do 1300 i4=1,4
57:               do 1300 i5=1,4
58:                do 1300 i6=1,4
59:                 sum=gtable(i1,i2)+gtable(i2,i3)+gtable(i3,i4)
60:       2             +gtable(i4,i5)+gtable(i5,i6)
61:            if(sum .gt. gmax) then
62:             gmax=sum
63:             write(*,1380)gmax
64: 1380        format(20x,'gmax=',f8.2)
65:            endif
66:            if(sum .lt. gmin) then
67:             gmin=sum
68:             write(*,1370)gmin
69: 1370        format(40x,'gmin=',f8.2)
70:            endif
71: 1300       sum=0.
72: 1300             continue
73:                  write(*,1301)gmax,gmin
74: 1301             format(/,5x,'gmax=',f6.2,5x,'gmin=',f6.2)
75: c
76: c
77: c          up=gmax-.2*(gmax-gmin)
78:            dn=gmin+.2*(gmax-gmin)
79:                  write(*,1390)up,dn
80: 1390             format(/,5x,'upper bound=',f6.2,5x,'lower
81:       2             bound=',f6.2)
82: c
83: c
84:            write(*,1401)
85: 1401       format(/,1x,'20% highest stringency probes:')
86:            do 1400 i1=1,4
87:            do 1400 i2=1,4
88:             do 1400 i3=1,4
89:              do 1400 i4=1,4
90:               do 1400 i5=1,4
91:                do 1400 i6=1,4
92:                 sum=gtable(i1,i2)+gtable(i2,i3)+gtable(i3,i4)
93:       2             +gtable(i4,i5)+gtable(i5,i6)
94:                 if(sum.ge.up) then
95:                  h(1)=i1
96:                  h(2)=i2
97:                  h(3)=i3
98:                  h(4)=i4
99:                  h(5)=i5
100:                 h(6)=i6
101:                 do 1405 j=1,6
102:                  if(h(j).eq.1) pseq(j)='a'
103:                  if(h(j).eq.2) pseq(j)='c'
104:                  if(h(j).eq.3) pseq(j)='g'
105:                  if(h(j).eq.4) pseq(j)='t'
106: 1405            continue
107:                 write(*,1410)(pseq(i),i=1,6)
108: 1410       format(1x,6(1x,a1))
109:                 endif
110: 1400            continue
111: c
112: c
113: c
114: c
115:            write(*,1501)
```

CONFIDENTIAL

MAC00045

```
118:                        do 1500 i3=1,4
119:                          do 1500 i4=1,4
120:                            do 1500 i5=1,4
121:                              do 1500 i6=1,4
122:                                sum=gtable(i1,i2)+gtable(i2,i3)+gtable(i3,i4)
123:                                    +gtable(i4,i5)+gtable(i5,i6)
124:     2                          if(sum.le.dn) then
125:                                  h(1)=i1
126:                                  h(2)=i2
127:                                  h(3)=i3
128:                                  h(4)=i4
129:                                  h(5)=i5
130:                                  h(6)=i6
131:                                  do 1505 j=1,6
132:                                    if(h(j).eq.1) pseq(j)='a'
133:                                    if(h(j).eq.2) pseq(j)='c'
134:                                    if(h(j).eq.3) pseq(j)='g'
135:                                    if(h(j).eq.4) pseq(j)='t'
136:                                  continue
137: 1505                            write(*,1510)(pseq(i),i=1,6)
138:
139: 1510                    format(1x,6(1x,a1))
140:                                endif
141: 1500                          continue
142: c
143: c
144:                        end
```

**CONFIDENTIAL**

MAC00046

```
fe6
Enter Celsius temperature >0 f3.0
20.
Base stacking free energy:

    2.07      2.02      1.64      1.05

    1.43      3.21      3.28      1.64

    1.71      3.75      3.21      2.02

    1.60      1.71      1.43      2.07
                    gmax=   10.34
                                      gmin=    10.34
                                      gmin=    10.29
                                      gmin=     9.92
                                      gmin=     9.32

                    gmax=   11.43
                    gmax=   11.50
                    gmax=   11.60
                                      gmin=     8.85
                                      gmin=     8.68
                                      gmin=     8.64

                    gmax=   12.57
                    gmax=   12.64
                    gmax=   13.19
                                      gmin=     8.53
                                      gmin=     8.43
                                      gmin=     7.83

                    gmax=   13.71
                    gmax=   13.78
                    gmax=   14.33
                    gmax=   14.33
                    gmax=   14.40
                    gmax=   14.50
                                      gmin=     7.36
                                      gmin=     7.19
                                      gmin=     7.15

                    gmax=   14.85
                    gmax=   14.92
                    gmax=   15.46
                    gmax=   15.46
                    gmax=   15.53
                    gmax=   15.53
                    gmax=   16.08
                                      gmin=     7.04
                                      gmin=     7.04
                                      gmin=     6.94
                                      gmin=     6.34
```

**CONFIDENTIAL**

MAC00047

```
qmax= 17.31
qmax= 17.82

qmax= 17.82    qmin= 6.34

upper bound= 15.52    lower                           bound= 8.64

20% highest stringency probes:
a c c g c g
a c c g c c g
a c c g g c
a c c g c g g
a c c g g c g
a c c c g c
a g c g c c
a g c g c g
a g c g g c
a g g c g c
c c c c c c
c c c c c g
c c c c g c
c c c c g g
c c c g c c
c c c g c g
c c c g g c
c c c g g g
c c g c c g
c c g c g c
c c g c g g
c c g c g t
c c g g c c
c c g g c g
c c g g g c
c c g g g g
c g c c c c
c g c c c g
c g c c g c
c g c c g g
c g c c g t
c g c g c c
c g c g c g
c g c g c t
c g c g g c
c g c g g g
c g c g g t
c g g c c c
c g g c c g
c g g c g c
c g g c g g
c g g g c t
c g g g c c
c g g g c g
c g g g g g
g c c c c c
g c c c c g
g c c c g c
g c c c g g
g c c g c g
```

```
g  c  g  c  t
g  c  g  c  g  a
g  c  g  c  g  c
g  c  g  c  g  c
g  c  g  c  g  t
c  c  g  b  g  t
g  c  g  g  c  c
g  c  g  g  c  g
g  c  g  g  c  t
g  c  g  g  g  c
g  c  g  g  g  g
g  g  c  c  c  c
g  g  c  c  c  g
g  g  c  c  g  c
g  g  c  c  g  g
g  g  c  g  c  c
g  g  c  g  c  g
g  g  c  g  c  t
g  g  c  g  g  c
g  g  c  g  g  g
g  g  g  c  c  c
g  g  g  c  c  g
g  g  g  c  g  g
g  g  g  g  c  c
g  g  g  g  c  g
g  g  g  g  g  c
g  g  g  g  g  g
t  c  g  c  g  c

20% lowest stringency probes:
a  a  a  g  a  t
a  a  a  t  a  g
a  a  a  t  a  t
a  a  a  t  c  a
a  a  a  t  c  t
a  a  a  t  g  a
a  a  c  a  t  a
a  a  c  a  t  c
a  a  c  a  t  g
a  a  c  t  a  t
a  a  g  a  a  t
a  a  g  a  t  a
a  a  g  a  t  c
a  a  g  a  t  g
a  a  g  a  t  t
a  a  g  t  a  t
a  a  t  a  a  g
a  a  t  a  a  t
a  a  t  a  c  a
a  a  t  a  c  t
a  a  t  a  g  a
a  a  t  a  g  t
a  a  t  a  t  a
a  a  t  a  t  c
a  a  t  a  t  g
a  a  t  a  t  t
a  a  t  c  a  a
a  a  t  c  a  c
a  a  t  c  a  g
a  a  t  c  a  t
a  a  t  c  t  a
```

**CONFIDENTIAL**    MAC00049



**CONFIDENTIAL**

MAC00050



**CONFIDENTIAL**

MAC00051

```
sort6
Enter Celsius  Amperature >0 f3.0
18.
Base stacking free energy:

     2.12      2.05      1.67      1.08

     1.47      3.26      3.33      1.67

     1.75      3.81      3.26      2.05

     1.65      1.75      1.47      2.12
     pass=     1       flips=    4078
     pass=     2       flips=    4060
     pass=     3       flips=    4053
     pass=     4       flips=    4044
     pass=     5       flips=    4038
     pass=     6       flips=    4032
     pass=     7       flips=    4020
```

*(handwritten note, right margin)* Took 8-9 hours to run on IBM-PC (8086). ord6.dat stores probes in 3'→5' orientation, ie a six digit record of "1 2 2 4 3 1" represents 3'-a c c t g a-5'

```
 1:*        Program sort6
 2: c
 3: c
 4: c        Sort6 generates all possible 6-mers and calculates
 5: c        their free energy of duplex formation. It then orders
 6: c        the 6-mers from highest (p6(1)) to lowest (p6(4096)).
 7: c        free energy of duplex formation using a bubble sort.
 8: c        Free energy is calculated according to Breslauer et al.
 9: c        PNAS. The ordered array p6 is written to data file
10: c        ord6.dat.
11: c
12: c
13:         integer*1 p6(4096,6),temp(6)
14:         integer*2 flips,pass
15:         dimension fe(4096),gtable(4,4),htable(4,4),stable(4,4)
16:         character*1 pseq1(6),pseq2(6)
17: c
18: c
19: c
20: c
21:         open(1,file='h.dat'   ,form='formatted',status='old')
22:         do 100 i=1,4
23:    100   read(1,101)(htable(i,j),j=1,4)
24:    101   format(4(f4.1,1x))
25:         close(1)
26: c
27: c
28:         open(1,file='s.dat',form='formatted',status='old')
29:         do 150 i=1,4
30:    150   read(1,151)(stable(i,j),j=1,4)
31:    151   format(4(f5.4,1x))
32:         close(1)
33: c
34: c
35:         write(*,*)'Enter Celsius temperature >0 f3.0'
36:         read(*,190)dtemp
37:    190   format(f3.0)
38:         do 191 i=1,4
39:           do 191 j=1,4
40:    191     gtable(i,j)=htable(i,j) - (dtemp+273.)*stable(i,j)
41:         write(*,*)'Base stacking free energy:'
42:         do 192 i=1,4
```

**CONFIDENTIAL**

MAC00052

```
44:      193
45: c
46: c
47: c          Generate entries for p6 and calculate their respective
48: c          free energies.
49: c
50: c
51:            nprobe=0
52:            do 1300 i1=1,4
53:              do 1300 i2=1,4
54:                do 1300 i3=1,4
55:                  do 1300 i4=1,4
56:                    do 1300 i5=1,4
57:                      do 1300 i6=1,4
58:                        nprobe=nprobe+1
59:                        sum=gtable(i1,i2)+gtable(i2,i3)+gtable(i3,i4)
60:      2                   +gtable(i4,i5)+gtable(i5,i6)
61:                        fe(nprobe)=sum
62:                        p6(nprobe,1)=i1
63:                        p6(nprobe,2)=i2
64:                        p6(nprobe,3)=i3
65:                        p6(nprobe,4)=i4
66:                        p6(nprobe,5)=i5
67:                        p6(nprobe,6)=i6
68: 1300                 continue
69: c
70: c
71: c          Bubble sort p6 wrt free energy values
72: c
73: c
74:            pass=0
75: 2000       pass=pass+1
76:            flips=0
77: c
78: c
79:            do 3000 j=2,4096
80:              if(fe(j).gt.fe(j-1)) then
81:                    t=fe(j-1)
82:                    fe(j-1)=fe(j)
83:                    fe(j)=t
84:                    do 4000 m=1,6
85:                      temp(m)=p6(j-1,m)
86: 4000                 p6(j-1,m)=p6(j,m)
87:                    do 5000 m=1,6
88: 5000                 p6(j,m)=temp(m)
89:                    flips=flips+1
90:              endif
91: 3000       continue
92:            write(*,3001)pass,flips
93: 3001       format(5x,'pass=',i8,5x,'flips=',i6)
94:            if(flips.ne.0) goto 2000
95: c
96: c
97:            open(1,file='b:ord6.dat',form='formatted',status='new')
98:            do 6000 k=1,4096
99: 6000         write(1,6001)(p6(k,i),i=1,6)
100: 6001        format(6i1)
101:            close(1)
102: c
103: c
104:            write(*,*)
105:            write(*,7001)
106: 7001       format(1x,'32 highest and lowest fe values with probes:')
107:            write(*,*)
108:            do 7000 k=1,32
```

```
110:
111:            if(p6(k,m).eq.2) pseq1(m)=
112:            if(p6(k,m).eq.3) pseq1(m)=
113:            if(p6(k,m).eq.4) pseq1(m)='t'
114:            if(p6(4064+k,m).eq.1) pseq2(m)='a'
115:            if(p6(4064+k,m).eq.2) pseq2(m)='c'
116:            if(p6(4064+k,m).eq.3) pseq2(m)='g'
117:            if(p6(4064+k,m).eq.4) pseq2(m)='t'
118: 8000       continue
119: c
120: c
121:            write(*,7003)(pseq1(i),i=1,6),fe(k),(pseq2(j),
122:      2                  j=1,6),fe(4064+k)
123: 7000       continue
124: 7003       format(6(1x,a1),3x,f7.3,20x,6(1x,a1),3x,f7.3)
125: c
126: c
127:            end
```

**CONFIDENTIAL**

MAC00054



**CONFIDENTIAL**

MAC00055



**CONFIDENTIAL**

MAC00056



**CONFIDENTIAL**

MAC00057



CONFIDENTIAL

MAC00058



**CONFIDENTIAL**



```
  1:           program fcalc6
  2:  c
  3:  c
  4:  c       Fcalc6 calculates the number of 6-mer probes
  5:  c       forming perfect matches with a target DNA and
  6:  c       calculates the length of the fragment extended
  7:  c       from the probe to the 5' end of the target DNA
  8:  c
  9:  c       Fcalc6 accepts the following numbers of stringency
 10:  c       classes with the corresponding number of probes in
 11:  c       each class:
 12:  c
 13:  c       Number of Classes          Number of Probes per Class
 14:  c
 15:  c             8                            512
 16:  c            16                            256
 17:  c            32                            128
 18:  c            64                             64
 19:  c           128                             32
 20:  c           256                             16
 21:  c           512                              8
 22:  c
 23:  c
 24:           integer*1 p6(4096,6),nseq(500)
 25:           character*1 b,seq(500),pch(6)
 26:           character*12 sqn
 27:  c
 28:  c
 29:           write(*,100)
 30:  100      format(10x,'Reading prd6.dat',/)
 31:           open(1,file='b:prd6.dat',form='formatted',status='old')
 32:           do 200 j=1,4096
 33:  200         read(1,101)(p6(i,j),j=1,6)
 34:  101         format(6j1)
 35:              close(1)
 36:  c
 37:  c
 38:           write(*,*)
 39:           write(*,300)
 40:  300      format(1x,'Enter target sequence file name (A12)')
 41:           read(*,301)sqn
 42:  301      format(a12)
 43:           open(2,file=sqn,form  ='formatted',status='old')
 44:           nt=0
 45:  400      read(2,401,end=402)b
 46:           nt=nt+1
 47:           seq(nt)=b
 48:           goto 400
 49:  402      close(2)
 50:  401      format(a1)
```

```
52: c
53:              write(*,500)
54: 500     format(/,1x,'Target sequence length',i5)
55:              write(*,*)
56:              write(*,501)(seq(jj),jj=1,nt)
57: 501     format(40(1x,a1),/)
58: c
59: c
60:              write(*,*)
61: 599     write(*,600)
62: 600     format(1x,'Enter no. stringency classes: 8,16,32,...512')
63:              read(*,901)numsc
64: 901     format(i3)
65:              if((numsc.ne.8) .and.
66:      2          (numsc.ne.16) .and.
67:      3          (numsc.ne.32) .and.
68:      4          (numsc.ne.64) .and.
69:      5          (numsc.ne.128) .and.
70:      6          (numsc.ne.256) .and.
71:      7          (numsc.ne.512)) goto 599
72:              nump=4096/numsc
73: c
74: c
75: c         Load nseq with number equivalents of complements
76: c         of seq character entries:  g->4, c->3, etc.
77: c
78: c
79:              do 1300 m=1,nt
80:                 if(seq(m).eq.'a') nseq(m)=4
81:                 if(seq(m).eq.'c') nseq(m)=3
82:                 if(seq(m).eq.'g') nseq(m)=2
83:                 if(seq(m).eq.'t') nseq(m)=1
84: 1300     continue
85:              write(*,*)
86: *c
87: c
88: c         For every probe of each stringency class search
89: c         target DNA for perfect matches then print out
90: c         probe sequence and extension fragment length.
91: c
92: c
93:              do 2000 m=1,numsc
94:                 nclass=numsc-m+1
95:                 write(*,*)
96:                 write(*,2001)nclass
97: 2001     format(5x,'Stringency class=',i4)
98: c
99: c
100:                istart=1 + (m-1)*nump
101:                istop=m*nump
102:                do 3000 kk=istart,istop
103:                   do 4000 jj=1,nt-5
104: c
105: c
106:                   if((nseq(jj).eq.p6(kk,1))    .and.
107:      2               (nseq(jj+1).eq.p6(kk,2))   .and.
108:      3               (nseq(jj+2).eq.p6(kk,3))   .and.
109:      4               (nseq(jj+3).eq.p6(kk,4))   .and.
110:      5               (nseq(jj+4).eq.p6(kk,5))   .and.
111:      6               (nseq(jj+5).eq.p6(kk,6)))        then
112: c
113: c
114:                   do 5000 jj=1,6
115:                      if(p6(kk,jj).eq.1) prb(jj)='a'
116:                      if(p6(kk,jj).eq.2) prb(jj)='c'
```

**CONFIDENTIAL**

MAC00061

```
118:
119:  5
120:
121:
122:  5001
123:
124:  c
125:  c
126:  4000          continue
127:  3000        continue
128:  2000      continue
129:  c
130:  c
131:          end
```

Within the faded region near the top:
```
              continue
             (freq =ii+5
             write(*,5001)(prb(nn),nn=1,6),freq
             format(25x,6(1x,a1),5x,i4)
          endif
```

**CONFIDENTIAL**

MAC00062



**CONFIDENTIAL**

MAC00063

68



**CONFIDENTIAL**

```
*e

Afcalc
        Reading ord6.dat

Enter target sequence file name (A12)
heaeamaodgdg ────> biscaxmn.cdg

Target sequence length=  119

a g t c a a c c a a g t c a t t c t g a g a a t a g t g t a t g c g g c g a c c

g a g t t g c t c t t g c c c g g c g t c a a t c a c g g g a t c a a t c c c g c

g c g c g t a g c g a g a a c t t t a a a a g t g c t c g a t c a t t g g a a a a

Enter no. stringency classes: 8,16,32,...,512
 64

        Stringency class=  64
                        c g c g g c        37
                        g c g c g g        82
                        g g c g c g        81
                        g g c c g c        59
                        c g g g c c        57
                        g g g c c g        58

        Stringency class=  63
                        g c g c g t        38
                        g c g c g g        36
                        c g c g g t        83
                        g c g g g c        56
                        g c c g c a        60
                        t g g c g c        80

        Stringency class=  62

        Stringency class=  61

        Stringency class=  60
                        t a c g c c        35
                        g c t g c g        41
                        g a c g g g        55

        Stringency class=  59
                        g c g g t g        84

        Stringency class=  58
                        g c c c t a        71
```

**CONFIDENTIAL**

MAC00065

```
                              g c g c a g      51
                              c c g c t g      38
                              c g c t g g      40

Stringency class= 56
                              t g g c c t      70

Stringency class= 55
                              a t g g c g      79

Stringency class= 54
                              a t g c c c      69

Stringency class= 53

Stringency class= 52
                              g a a c g g      54

Stringency class= 51
                              c g c a g t      62

Stringency class= 50

Stringency class= 49
                              g g g t g t      85

Stringency class= 48

Stringency class= 47
                              g g c t c a      44

Stringency class= 46
                              t g g c t c      43
                              a t a c g c      34
                              c t g g c t      42

Stringency class= 45

Stringency class= 44

Stringency class= 43

Stringency class= 42
                              g c t t t t      119
                              t a t g c c      68
                              t a t g g c      78

Stringency class= 41
                              a a c c t t      117
                              a c c t t t      118
                              g t a a c c      115

Stringency class= 40
                              g c a g t t      63
                              t t g g t t      10

Stringency class= 39
                              g t t g g t      9
                              c c c t a t      72
                              a a g g a g      49
                              a g a a c g      53
                              g g t g t t      93

Stringency class= 38
```

**CONFIDENTIAL**

MAC00066

```
Stringency class= 37
                   g g t c a a        45
Stringency class= 36
                   t a a c c t       116
                   c a a c g a        48
                   t g a a c g        47
                   t t c a c g       105
Stringency class= 35
                   g g t t g a        12
                   t g g t t c        11
Stringency class= 34
                   c g a g g a        51
                   a g t t g g         8
                   a c g a g a        50
Stringency class= 33
                   t c g t c t        92
Stringency class= 32
                   g g t g t a        86
                   c g c g t a       109
Stringency class= 31
                   t c a c g a       106
Stringency class= 30
                   c a c g a g       107
Stringency class= 29
Stringency class= 28
Stringency class= 27
                   t t a t g c        67
Stringency class= 26
                   a t c g t c        91
Stringency class= 25
                   g t g t c g        89
                   t a t c g t        90
Stringency class= 24
                   c c t a t t        73
Stringency class= 23
Stringency class= 22
                   c a t a c g        33
Stringency class= 21
                   t t a t g g        77
                   t t g a c c        97
                   t t t t c a       103
                   a c a t t t       100
                   a a t t t t       101
                   c g t c c c       114
Stringency class= 20
                   t t t c a c       104
```

**CONFIDENTIAL**

MAC00067

```
Stringency class=  18
                    a a g a c t      20
                    a c t c t t      23
                    g t a a g a      18

Stringency class=  17
                    t a a g a c      19
                    a t t t t c     102
                    g a a a t t      99
                    a g t a a g      17

Stringency class=  16
                    t a g t a a     113
                    c t t g a a      96
                    a g t a g t     111
                    g t a g t a     112

Stringency class=  15
                    c t c a a c      46
                    g a g t t g       7
                    g t c t t g      94
                    g t t c a g      13
                    t g a g t t       6
                    t t c a g t      14

Stringency class=  14
                    c a g t a a      16
                    c a g t t a      64

Stringency class=  13
                    a g a c t c      21
                    g a c t c t      22
                    c t c t t a      24

Stringency class=  12
                    g a g t a g     110
                    t c t t g a      95

Stringency class=  11

Stringency class=  10

Stringency class=   9
                    t c a g t a      15
                    a g t t a t      65
                    t g a a a t      98

Stringency class=   8

Stringency class=   7
                    g t t a t g      66

Stringency class=   6
                    a c a t a c      32
                    g t g t a t      87
                    c t t a t c      26
                    t c t t a t      25

Stringency class=   5
                    c t a t t a      74

Stringency class=   4
                    t t a
```

**CONFIDENTIAL**

MAC00068

```
Stringency class=    a  t  c  a  c  a       29
                     t  c  a  c  t        30

Stringency class=  2
                     c  a  c  t  a        31
                     t  a  t  t  a  t      75

Stringency class=  1
                     a  t  t  a  t  a      76
```

**CONFIDENTIAL**

MAC00069



69

**CONFIDENTIAL**

MAC00070

70

9/7/92  Problem of target sequence multiplexing w/electrophores. sep.
        of extension products:



With the lengths and cutting locations of fragments A, B and C
unknown, the ordering of fragments on a gel does not
necessarily give information on the distance between
probes on target DNA, eg. A and B are close — but
the gel pattern does not reflect this.

**CONFIDENTIAL**

MAC00071

1|31|93   Use of Affymax-like sequencing chip. Anisotropic 2D medium for
         analytical separations.



**CONFIDENTIAL**

MAC00072

72



**CONFIDENTIAL**

MAC00073

73

1/31/93   Separation system based on coded microparticles.

Most separation systems are    Sample → [sep. medium] → separated analyte

with coded microparticles:

sep. medium → [sample] → surface microparticles coded according to physical/chem properties of coating

Check w/Hauk LLNL case re: surface fluorescent coatings based on rare-earth fluorescers

microparticle w/imbedded fluorescers composition

Each particle group with have unique signature



I ⌇⌇⌇⌇ ⟹ Particle (2,4,0,2,4)

fl. wave-length

FCMs: fluorescent-coded microspheres

**CONFIDENTIAL**

MAC00074

74

3/20/93   Ligase-based amplification and selection technique

Typical aptamers, has known regions and random seq. regions.
*is polynucleotide*
Random seq. regions are concerned with binding to some target.
Known sequence regions are used to amplify after selection, eg. by
PCR or via a cloning vector. The aptamer is restricted to
be either DNA, RNA, or some analog polymer compatible
with the enzymes used in the amplification process.

Pools of
Non-replicatable ligands attached to oligo can be used in
selection/amplification scheme as follows:

step ① generate pool of non-replicatable polymers attach to oligo
having 3'-amino [or other cleavable/ligatable structure], eg.

[poly(alkyl/alkenyl phosphate or thiophosphate)] – Oligo-NH₂



where [ aₖ ]–NH₂ is itⁿ 3'-amino-oligo.

step ② Select for binding of Pᵢ's to a predetermined target.
Elute binders to form selected pool of Pⱼ–[ aⱼ ]–ligands

step ③ Mix pool Pⱼ–[ aⱼ ]–NH₂ with template oligos $t_i$ and
constant sequence oligos Cᵢ. Constant sequence oligo c
have 5'-monophosphate:
5'(phosphate)–[ c ] .

Set of
Template oligos contain complements of all aₖ's at their
3' ends and complements of constant oligos at their 5' ends

$a'_i$  |  c'

$t_i$

**CONFIDENTIAL**

MAC00075

step ④ Selected $P_j - a_i + NH_2$'s anneal to complementary $r_2$'s along with constant oligos:



$P_j - a_i + NH_3$'s are ligated to oligo C to form phosphoramidate linkage [or other cleavable linkage].

step ⑤ Separate ligated complexes from C's and $r_2$'s.

step ⑥ Amplify selected $P_j - a_i + NH_2$ population by LCR

Purified    $P_j - a_i + N + r_1$
+
Full set of $P_k - a_k - NH_2$'s
+
$s - P - c$
+
Full set of                        5's

step ⑦ Separate ligated population ⟶ further amplification/or → ⑧

step ⑧ Melt and separate $P_j$-containing strand (eg. w/biotin on oligo c)

$P_j - N - c - D - A$

step ⑨ Treat w/acid to create phosphoramidate linkage

step ⑩ Select for binding of $P_j - a_i + NH_2$ on target; repeat cycle.

**CONFIDENTIAL**

MAC00076



76

3/27/93   Randomization strategy for aptamer technology

In their 1990 paper, Ellington & Szostak used 155-mers having a 100-mer stretch of random sequence. Based on a synthesis yield of 100 ug, they estimated that the initial pool of aptamers contained $10^{15}$ different sequences.

A quick calculation shows that this is an infinitesimal fraction of the full set of 100-base random-mers!

$$\text{full set} \rightarrow 4^{100} \approx 1.6 \times 10^{60}$$

Thus, Ellington & Szostak selected an about $10^{45}$th of the full set!
[Noted on page 821 of their Nature article]

An analogous problem is faced when the generation of all possible hypervar. regions in antibodies is considered, see pg 45. Nature's solution is "affinity maturation," i.e. selection over a large pool, followed by local optimization of binding via random mutations in the coding region of the antibody binding sites.

A sample of random-mers, e.g. Ellington and Szostak's $10^{15}$ member subset of the 100 base random-mers, can be re-randomized to form a distinct $10^{15}$ member subset by spiking prec dNTP precursors with d ITP. deoxyinosine will get inserted for T and G. Thus, some T's & G's of random-mer i will get converted to I's. After 2-3 cycles, precursor mix can be changed so that
                    PCR
all dITP is removed replaced std. dNTP mix. dI's will then be replaced by A's & C's in subsequent amplifications.

**CONFIDENTIAL**

MAC00077

77

4/13/93  Re: pg 54-60  Sequencing by hybridization

Walker et al PNAS 89: 392-396 (1992) indicate that DNA polymerase
lacking 5'→3' exonuclease activity will displace strand(s) encountered
on template, leading to fragment generation as follows:



Thus, for single target DNA, ~~relative not co~~ absolute - positions of primers
can be determined by electrophoresis.
Reconstruction can proceed (ideally) by searching only that stringency
group having the correct fragment length for a correctly overlapping primer.

Let $S_1 ... S_K$ be stringency ~~at~~ groups 1-K, containing primers $P_{i1}...P_{ij}...P_{iK}$:

$S_1 = \{ P_{11}, P_{12} \quad\quad P_{1r} \}$

$S_2 = \{ P_{21}, P_{22} \quad\quad P_{2r} \}$

$S_K = \{ P_{K1}, P_{K2} \quad\quad P_{Kr} \}$

Each $S_i$ will have associated
fragment lengths corresp. to
the number of primers forming
perfect matches, e.g. if 3 primers
from $S_i$ form perfect matches
on target DNA and are extended,
then there will be 3 fragments
each having a length (e.g. in $S_3$)

etc

target DNA

known sequence

fragment length

4-mer reconstruction

← Find $S_i$
which has
fragment
length 8 & find
primers that
overlaps.

**CONFIDENTIAL**    MAC00078



CONFIDENTIAL

MAC00079

79

7/16/94  <u>DNA Sequencing by Evolutionary Selection of oligonucleotide probes</u>



Set of oligo w/ 3'-NH₂ - random mixture 6-12 mers
                       - all same length e.g. 6-mers

template

o low stringency wash
o re-apply subset of binding oligos to template.
o moderate stringency + ligate

o wash1 to remove non-binders/unligated probes
o wash2 to remove ligated probes
o un-ligate probes, e.g. w/ acid
o amplify @ ligation amplification scheme p.74-75

re-apply amplified
subset to template;
ligate, etc.

Continue until composition of amplified subset stabilizes.

Read and understood
by: 21-JULY-1994
    Paul Grossman

**CONFIDENTIAL**

MAC00080



**CONFIDENTIAL**

MAC00081



CONFIDENTIAL

MAC00082

82

7/19/94  DNA Seq. by single base-extension plus ligation

[Provide one can ligate a labeled oligo]



extend w/ polymerase and 4 dNTPs [labeled]
3' amino 3'-deoxy NTPs

ligate    O-P-O-O-5'    3' OH

Note 7/24/94 Sm
But multiple ligations
possible because of free
3' hydroxyl on probe
(Use 3' monophosphate, then
remove w/phosphatase)

Read and understood by
Paul Grossman
21-July-1994

**CONFIDENTIAL**

MAC00083

83

8/13/94    Use of PCR to enrich stringency classes of oligos
for sequencing.



Start with stringency classes $S_1, S_2 \ldots S_K$

I. select

amp
by
PCR

Select again

Use
II. Enriched stringency classes $S_1', S_2' \ldots S_K'$ in random primer extension
sequencing

Type II recognition sites
so primers can be clipped off.

Primer 1    NNN ... N

primer 2

target

**CONFIDENTIAL**

MAC00084

84

8/25/94  RNase H cleavage in Sequencing by oligo extension



$3' \rightarrow 5'$

int. oligo   3'

ligate

5'
o-P-NNNNRRRRN—* dideox   9-mer
o

3' NNNNRRRRN—*

RNase H

Hogrefe et al JBC
265: 5561-5566 (1990)

3' NNNNRR-OH    -RRNd—*

rvrr
4r is optimal cut-1
at 5' — rvr — not
recognized

$5' \rightarrow 3'$

leaves 5' mono phosphate

5'  o   3'            5'  *
—o-P-O-P-O-HO-NNNNRBRRN
o   o

phosphatase Capping step

**CONFIDENTIAL**

MAC00085

1/9/95



(1190)

3'—11
not

ligate

3'
RRRR —OH

extend w/polymerase 4 ddNTPs *
identify

RRRR —N *

cleave

RR —N *

3'
RR·OH

repeat

Capping: ~~extend with~~ Use [  | PS | RRRR |  ]—OH
→ exo' to leave
3' phosphorothioate

**CONFIDENTIAL**

MAC00086

86

8/10/95    Probe for Homogeneous quantitative PCR assay



Probe design:  (F)—NN·NRRRRNN··NN—(Q)

In single stranded state probe is quenched because ss oligo takes random coil config bringing fluorophore F and quencher Q into proximity.

— No fluorescence (or reduced fluorescence)

As target nucleic acid is amplified more & more templates are available for hybridization.

When probe is hybridized RNase H cuts at RNA segment releasing fluorescer from quencher thereby increasing solution fluorescence in proportion to degree of amplification.

RNase H

**CONFIDENTIAL**

MAC00087