# Exhibit M

# Biology



Harcourt Brace Jovanovich

# Biology

**Harvey D. Goodman**
Chairperson, Biology Department
Grover Cleveland High School
Ridgewood, New York

**Thomas C. Emmel**
Professor, Department of Zoology
University of Florida
Gainesville, Florida

**Linda E. Graham**
Associate Professor, Department of Botany
University of Wisconsin
Madison, Wisconsin

**Frances M. Slowiczek**
Science Department Chairperson and
  Life Sciences Teacher
Kearny High School
San Diego, California

**Yaakov Shechter**
Professor, Department of Biological Sciences, and
  Chairperson, Natural Sciences Core Curriculum
Herbert H. Lehman College of the City University
  of New York
Lecturer, College of Physicians and Surgeons,
  Columbia University
New York, New York

MARSHALL, GERSTEIN &
BORUN LLP

NOV 2 4 2004

RECEIVED
LIBRARY

**HBJ**

**Harcourt Brace Jovanovich, Publishers**
Orlando  New York  Chicago  San Diego  Atlanta  Dallas

Copyright © 1986 by Harcourt Brace Jovanovich, Inc.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Requests for permission to make copies of any part of the work should be mailed to: Permissions, Harcourt Brace Jovanovich, Publishers, Orlando, Florida 32887

Printed in the United States of America

ISBN 0-15-360730-0

# Acknowledgments

**CONTENT SPECIALISTS**

**Thomas Armentano, Ph.D.**
Director, Biotic Resources Program
Holcomb Research Institute
Butler University
Indianapolis, Indiana

**Richard K. Boohar, Ph.D.**
Associate Professor and Chief Biological Sciences Advisor
Department of Biological Science
University of Nebraska
Lincoln, Nebraska

**Dorothy E. Croall, Ph.D.**
Instructor of Physiology
University of Texas Health Science Center
Dallas, Texas

**Beth DiDomenico, Ph.D.**
Department of Molecular Genetics and Cell Biology
University of Chicago
Chicago, Illinois

**Thomas Kantz, Ph.D.**
Professor
Department of Biological Sciences
California State University
Sacramento, California

**Georgia E. Lesh-Laurie, Ph.D.**
Professor of Biology and Dean, College of Graduate Studies
Cleveland State University
Cleveland, Ohio

**Diane T. Merner, Ph.D.**
Department of Biology
University of South Florida
Tampa, Florida

**Henry A. Robitaille, Ph.D.**
The Land, EPCOT Center
Lake Buena Vista, Florida

**Ethel Sloane, Ph.D.**
Chair, Department of Biological Sciences
University of Wisconsin
Milwaukee, Wisconsin

**Curtis Williams, Ph.D.**
Professor of Biology
State University of New York
Purchase, New York

**Tommy E. Wynn, Ph.D.**
Associate Professor of Botany
North Carolina State University
Raleigh, North Carolina

**Alfred Zweidler, Ph.D.**
Fox Chase Cancer Center
Philadelphia, Pennsylvania

**CURRICULUM SPECIALISTS**

**Delmous R. Ingram**
Former Biology Teacher and Science Department Chairperson
Needham B. Broughton High School
Raleigh, North Carolina

**Janis W. Lariviere**
Biology–Chemistry Teacher
Anderson High School
Austin, Texas

**Robert L. Lehrman**
Science Teacher
Roslyn High School
Roslyn, New York

**Karen M. Nein**
Science Consultant
St. Louis, Missouri

**Barney Parker**
Biology Teacher
Developmental Research School
Florida State University
Tallahassee, Florida

**Daniel S. Sheldon, Ph.D.**
Associate Professor
Science Education Center
University of Iowa
Iowa City, Iowa

**READING SPECIALIST**

**Judy Nichols Mitchell, Ph.D.**
Associate Professor of Reading
College of Education
University of Arizona
Tucson, Arizona

**FEATURE WRITERS AND CONTRIBUTORS**

**Robert V. Blystone, Ph.D.**
Professor of Biology
Department of Biology
Trinity University
San Antonio, Texas

**William R. Collien**
Biology and Botany Instructor
Triton College
River Grove, Illinois

# CHAPTER 12
# Chemical Basis of Genetics

**Outline**

**The Discovery of DNA**
Early Proof of DNA's Role
Structure of DNA
Replication of DNA

**DNA and Protein Synthesis**
DNA and RNA
Transcription
Translation

**Changes in the Genetic Code**
Gene Mutations
Chromosome Mutations
Somatic and Germ Mutations
Effects and Frequencies of Mutations



Computer-generated image of DNA

## Introduction

Soon after Thomas Hunt Morgan's experiments with fruit flies in 1910, geneticists agreed that genes carried by chromosomes are responsible for heredity. Yet two important questions still puzzled these scientists: Exactly what are genes? How do genes work?

During the next 40 years, answers to these fundamental questions began to emerge from the field of *molecular genetics*, the study of the chemistry of genes. Scientists discovered the chemical makeup of genes as well as the complicated structure that allows them to carry enormous amounts of information. In addition, scientists began to understand how genes affect both the physical structure and the chemical processes of all living things.

180

# The Discovery of DNA

Biochemists provided some early insights into the nature of genes by analyzing the chemical makeup of chromosomes. They found that chromosomes are composed of two different substances. One substance is protein. The other substance is **DNA,** or **deoxyribonucleic** (dee AHK sih ry boh noo KLEE ihk) **acid,** a complex compound classified as a nucleic acid. For years, scientists believed that the protein in chromosomes was the genetic material. Experiments in the 1940s and 1950s, however, showed that the genetic material is DNA.

### Section Objectives

- *List* the contributions that various researchers made in discovering that DNA is the hereditary material.
- *Describe* the structure of a DNA molecule.
- *Identify* the parts of a DNA nucleotide.
- *Summarize* the process of DNA replication.

## 12.1 Early Proof of DNA's Role

The first evidence that DNA is the genetic material came in 1944 from the research of Oswald Avery, Colin MacLeod, and Maclyn McCarty. These scientists were working at Rockefeller Institute in New York City. Their work was based on a puzzling situation discovered earlier by the English bacteriologist Frank Griffith.

In 1928 Griffith was experimenting with two strains of *Pneumococcus,* a type of bacterium. One of these strains (called S, or smooth) is surrounded by a protective capsule and causes fatal cases of pneumonia in mice. The other strain (called R, or rough) has no protective capsule and does not produce pneumonia in mice. In his experiments, Griffith killed the deadly strain S bacteria with heat. When the killed strain S bacteria were injected into mice, the bacteria did not cause pneumonia. However, mice injected with both heat-killed strain S and living




**Figure 12–1.** The illustrations below show the results of Griffith's experiments. Why did mice die when infected with a mixture of heat-killed S-strain bacteria and live R-strain bacteria?

strain R bacteria developed pneumonia and died. What had happened? The strain S bacteria could not have come back to life.

After 10 years of complicated chemical studies, Avery and his associates found the answer to Griffith's question. In their most important experiment, they managed to remove DNA from strain S bacteria and place it in a culture of strain R bacteria. Inside the cells of the strain R bacteria, DNA of the strain S apparently took over and caused the strain R bacteria to develop capsules. Furthermore, the strain R bacteria passed on the genetic instructions of strain S DNA to their offspring. The offspring of the changed strain R bacteria developed protective capsules as well. *As a result of their tests, Avery and his associates concluded that DNA is the genetic material.*

In 1952 biologist Alfred Hershey and his laboratory assistant Martha Chase conducted experiments that supported Avery's findings. Their research showed that a certain type of virus could inject a substance into bacteria and that minutes later, new viruses would appear. Hershey and Chase further showed that the substance injected into the bacteria was DNA. From this observation, Hershey and Chase concluded that DNA was the genetic material because it took control of the bacterial cell and forced it to make new viruses.

## 12.2 Structure of DNA

The next major breakthrough in genetic research took place in 1953 at Cambridge University in Great Britain. This breakthrough was one of the most important of all scientific discoveries. *James D. Watson, an American biologist, and Francis H. C. Crick, a British biophysicist, discovered the structure of DNA.* Watson and Crick also developed a model of DNA. Their now famous model explains how DNA works.

**Existing Knowledge of DNA**  Watson and Crick had substantial information to draw on as they pieced together the structure of DNA. First, they knew that DNA is a very long, thin molecule. From the work of the American biochemist Phoebus A. Levene in the 1920s, they also knew the chemical makeup of DNA. DNA contains four nitrogen-carrying bases. These four bases are called **adenine** (AD uh neen), **guanine** (GWAH neen), **thymine** (THY meen), and **cytosine** (SYT uh seen). Adenine and guanine are compounds called *purines* (PYOOR eenz). Thymine and cytosine are compounds called *pyrimidines* (pih RIHM uh deenz). In Figure 12–2 you can see that purines have a double ring of carbon and nitrogen atoms; pyrimidines have a single ring of carbon and nitrogen atoms.



**Figure 12–2.** Thymine and cytosine are pyrimidines. Each contains a single ring of carbon and nitrogen atoms. Adenine and guanine are purines, which have a double carbon-nitrogen ring.

182  Chapter 12

DNA also contains a phosphate group and a five-carbon sugar called **deoxyribose** (dee ahk sih RY bohs), from which DNA gets its name. Each nitrogen-carrying base is attached to a sugar molecule and a phosphate group. A unit made up of a nitrogen-carrying base, a sugar molecule, and a phosphate group is called a **nucleotide.**

In addition to the clues provided by Levene's research, Watson and Crick had information about the bases in DNA. Erwin Chargaff of Columbia University had shown through chemical analyses that the amount of guanine (G) always equals the amount of cytosine (C). The amount of adenine (A) always equals the amount of thymine (T).

Finally, Watson and Crick had the images of DNA made in 1951 by two British biophysicists, Maurice Wilkins and Rosalind Franklin. These images indicated that the shape of DNA is a *helix* (HEE lihks), or spiral.



**Figure 12–3.** A nucleotide consists of a phosphate, a sugar, and a nitrogen-carrying base.

### ▶ Watson and Crick's Major Clue

The DNA model created by Watson and Crick was based on the work of many scientists. In 1869 Friedrich Meischer, a German scientist, isolated a substance from cell nuclei and called it *nucleic acid*. This substance is now known as DNA. In 1914 Robert Feulgen, another German scientist, discovered that DNA could be stained inside a cell with a red dye, *fuchsin*. This discovery helped scientists learn that DNA is located in chromosomes.

Watson and Crick's major clue was revealed in 1951. That was the year when Maurice Wilkins and Rosalind Franklin of King's College in London, England, used *X-ray crystallography* to produce images of DNA. Using this technique, they crystallized the DNA and then directed a beam of X rays at the crystal. Some X rays passed through the crystal. Others were scattered onto photographic film. The scattered rays produced a pattern of dark images on the film. As you can see in the photograph, the images cross in the middle. The diagram shows how a helix would produce such intersecting images. Wilkins and Franklin proposed that DNA is a molecule in the shape of a helix. Watson and Crick used this information to explain in detail the structure of DNA.



Chemical Basis of Genetics  **183**



**The Watson-Crick Model** By unifying the existing information on DNA, Watson and Crick concluded that the DNA molecule is shaped like a *double helix*. As Figure 12–4 shows, a double helix somewhat resembles a spiral staircase, or a twisted ladder. Furthermore, Watson and Crick determined that the sides of the "ladder" are composed of alternating phosphate groups and sugar molecules. The "rungs" on the staircase consist of pairs of nitrogen-carrying bases. The two bases that make up each rung are joined to one another by weak chemical bonds.

A close look at the rungs of the DNA ladder shows that the nitrogen-carrying bases always pair up in a specific pattern. Based on Chargaff's chemical analysis of DNA, Watson and Crick reasoned that a purine and a pyrimidine must pair with each other to make a rung that is the right width. Two purines would produce a rung that is too wide. Two pyrimidines would produce a rung that is not wide enough to connect the sides of the ladder. Adenine (A) pairs only with thymine (T). Likewise, guanine (G) pairs only with cytosine (C).

Notice in Figure 12–4 that each base, or half rung, is attached to a sugar molecule and a phosphate group. A single DNA molecule may be composed of many thousands of such nucleotides. The DNA molecule in the smallest known virus contains about 5,000 nucleotides. Together, all 46 chromosomes in human cells contain more than 5 billion nucleotides.

The pairs of nucleotides forming the DNA ladder can appear in any order. *The sequence of the nucleotide pairs is the code that controls the production of all the proteins of an organism. In fact, a gene is a sequence of nucleotides that controls the production of one type of protein.* You will study genes in more detail later in this chapter. However, you may already realize that the number of genes, and thus the amount of information carried in DNA is staggering. Scientists estimate that information stored in DNA from one human cell equals the amount of information in one thousand 500-page books.

**Figure 12–4.** A DNA molecule resembles a twisted ladder. Its sides are formed from long chains of sugars and phosphates. The 'rungs' are pairs of nitrogen-carrying bases.

## 12.3 Replication of DNA

How would you like to copy all of the information in 1,000 books, each 500 pages long? Could you do it in one evening? Of course not. The DNA molecules in your cells, however, can make copies of themselves—and therefore of all the information they contain—in about six hours. The process by which DNA copies itself is called **replication** (rehp luh KAY shuhn).

DNA replicates itself so that every new cell receives a complete copy of the genetic code. Thus DNA replicates before mitosis, when new cells are produced for growth and repair.



DNA also replicates before the first division of meiosis so that each gamete receives genetic information from the parent.

The Watson-Crick model made clear how DNA copies itself exactly. Figure 12–5 shows what happens during DNA replication. First, the chemical bonds connecting the bases break in several places and the molecule separates down the middle. As the molecule splits into separate strands, special enzymes cause the proper nucleotides to pair with complementary nucleotides on each single strand. Other enzymes then link the new nucleotides into one long strand. Each original strand serves as a *template*, or pattern, for the creation of the new strand. Every T (thymine) nucleotide pairs with a nucleotide containing an A (adenine). Likewise, every G (guanine) nucleotide pairs with a nucleotide containing a C (cytosine). Notice in Figure 12–5 that each completed DNA molecule contains one old and one new strand. The entire process is powered by energy from ATP and the action of enzymes.

**Figure 12–5.** In replication, the two strands of a DNA molecule separate as the chemical bonds connecting the bases break. Two complementary strands form, each using one of the single DNA strands as a template.

### Q/A

**Q:** How many DNA molecules make up one chromosome?

**A:** Each chromosome contains one molecule of DNA.

## Reviewing the Section

1. What discovery led Avery and his associates to conclude that DNA is the hereditary substance?
2. Describe the shape of a DNA molecule.
3. What are the components of a DNA nucleotide?
4. Why is DNA replication necessary to life?

Chemical Basis of Genetics    **185**