# Exhibit N



# Principles of Biochemistry

with an Extended Discussion of Oxygen-Binding Proteins

**Albert L. Lehninger**
Late University Professor of Medical Sciences
The Johns Hopkins University

**David L. Nelson**
Professor of Biochemistry
University of Wisconsin–Madison

**Michael M. Cox**
Professor of Biochemistry
University of Wisconsin–Madison

WORTH PUBLISHERS

**Principles of Biochemistry** Second Edition

Albert L. Lehninger, David L. Nelson, and Michael M. Cox

Copyright © 1993, 1982 by Worth Publishers, Inc.

All rights reserved

Printed in the United States of America

Library of Congress Catalog Card No. 94-60553

ISBN: 0-87901-500-4

ISBN: 0-87901-711-2 with supplement

Printing: 5 4    Year: 97 96 95

Development Editor: Valerie Neal

Design: Malcolm Grear Designers

Art Director: George Touloumes

Project Editor: Elizabeth Geller

Production Supervisor: Sarah Segal

Layout: Patricia Lawson

Picture Editor: Stuart Kenter

Illustration Design: Susan Tilberry

Illustrators: Susan Tilberry, Alan Landau, and Joan Waites

Computer Art: Laura Pardi Duprey and York Graphic Services

Composition: York Graphic Services

Printing and binding: R.R. Donnelley and Sons

Cover: The active site of the proteolytic enzyme chymotrypsin, showing the substrate (blue and purple) and the amino acid residues (red and orange) critical to catalysis. Determination of the detailed reaction mechanism of this enzyme (described on pp. 223–226) helped to establish the general principles of enzyme action.

Frontispiece: A view of tobacco ribulose-1,5-bisphosphate carboxylase (rubisco). This enzyme is central to photosynthetic carbon dioxide fixation; it is the most abundant enzyme in the biosphere. Different subunits are shown in blues and grays. Important active site residues are shown in red. Sulfates bound at the active site (an artifact of the crystallization procedure) are shown in yellow.

Cover, frontispiece, and part opening images produced by Alisa Zapp (see *Molecular Modeling* credits, p. IC-4) and enhanced by Academy Arts.

Illustration credits begin on p. IC-1 and constitute a continuation of the copyright page.

Hereditary information is preserved in DNA, a long, thin organic polymer so fragile that it will fragment from the shear forces arising in a solution that is stirred or pipetted. A human sperm or egg, carrying the accumulated hereditary information of millions of years of evolution, transmits these instructions in the form of DNA molecules, in which the linear sequence of covalently linked nucleotide subunits encodes the genetic message.

## The Structure of DNA Allows for Its Repair and Replication with Near-Perfect Fidelity

The capacity of living cells to preserve their genetic material and to duplicate it for the next generation results from the structural complementarity between the two halves of the DNA molecule (Fig. 1–16). The basic unit of DNA is a linear polymer of four different monomeric subunits, **deoxyribonucleotides** (see Fig. 1–3), arranged in a precise linear sequence. It is this linear sequence that encodes the genetic information. Two of these polymeric strands are twisted about each other to form the DNA double helix, in which each monomeric subunit in one strand pairs specifically with the complementary subunit in the opposite strand. In the enzymatic replication or repair of DNA, one of the two strands serves as a template for the assembly of another, structurally complementary DNA strand. Before a cell divides, the two DNA strands separate and each serves as a template for the synthesis of a complementary strand, generating two identical double-helical molecules, one for each daughter cell. If one strand is damaged, continuity of information is assured by the information present on the other strand.

Genetic information is encoded in the linear sequence of four kinds of subunits of DNA.

The double-helical DNA molecule contains an internal template for its own replication and repair.



**Figure 1–16** The complementary structure of double-stranded DNA accounts for its accurate replication. DNA is a linear polymer of four subunits, the deoxyribonucleotides deoxyadenylate (A), deoxyguanylate (G), deoxycytidylate (C), and deoxythymidylate (T), joined covalently. Each nucleotide has the intrinsic ability, due to its precise three-dimensional structure, to associate very specifically but noncovalently with one other nucleotide: A always associates with its complement T, and G with its complement C. In the double-stranded DNA molecule, the sequence of nucleotides in one strand is **complementary** to the sequence in the other; wherever G occurs in strand 1, C occurs in strand 2; wherever A occurs in strand 1, T occurs in strand 2. The two strands of the DNA, held together by a large number of hydrogen bonds (represented here by vertical blue lines) between the pairs of complementary nucleotides, twist about each other to form the DNA double helix. In DNA replication, prior to cell division, the two strands of the original DNA separate and two new strands are synthesized, each with a sequence complementary to one of the original strands. The result is two double-helical DNA molecules, each identical to the original DNA.

## DNA Is Often Methylated

Certain nucleotide bases in DNA molecules are often enzymatically methylated. Adenine and cytosine are methylated more often than guanine and thymine. Methylation of these bases is not random but is generally confined to certain sequences or regions of a DNA molecule. In some cases the function of methylation is well understood; in others the function is still unclear. All known DNA methylases use $S$-adenosylmethionine as a methyl group donor. In $E.\ coli$ there are two prominent methylation systems. One serves as part of a cellular defense mechanism that helps to distinguish the cell's own DNA from foreign DNA (restriction modification, described in Chapter 28). The other system methylates adenine to $N^6$-methyladenine (see Fig. 12–5a) within the sequence (5')GATC(3'). This is mediated by an enzyme called the Dam methylase, which functions as part of a system that repairs mismatched base pairs formed occasionally during DNA replication (Chapter 24).

In eukaryotic cells, about 5% of cytosine residues are methylated to form 5-methylcytosine (see Fig. 12–5a). Methylation is most common at CpG sequences, producing methyl-CpG symmetrically on both strands of the DNA. The extent of methylation of CpG sequences varies in different regions of large eukaryotic DNA molecules, and is often inversely related to the degree of gene expression. These methylations have structural as well as regulatory significance. The presence of 5-methylcytosine in an alternating CpG sequence markedly increases the tendency for that sequence to take up the Z conformation.

## Long DNA Sequences Can Be Determined

In its capacity as a repository of information, the most important property of a DNA molecule is its nucleotide sequence. Until the late 1970s, obtaining the sequence of a nucleic acid containing even five or ten nucleotides was difficult and very laborious. The development of two new techniques in 1977, one by Alan Maxam and Walter Gilbert and the other by Frederick Sanger, has made it possible to sequence ever larger DNA molecules with an ease unimagined just a few decades ago. The techniques depend upon an improved understanding of nucleotide chemistry and DNA metabolism, and on electrophoretic methods that allow the separation of DNA strands differing in size by only one nucleotide. Electrophoresis of DNA is similar to the electrophoresis of proteins (see Fig. 6–4). Polyacrylamide is often used as the gel matrix for short DNAs (up to a few hundred nucleotides). Agarose is generally used as the gel matrix for separating longer DNAs.

In both Sanger (dideoxy) and Maxam–Gilbert sequencing, the general principle is to reduce the DNA to be sequenced to four sets of labeled fragments. The reaction producing each set is base-specific, so that the lengths of the fragments correspond to positions in the DNA sequence where a certain base occurs. For example, for an oligonucleotide with the sequence pAATCGACT, a reaction that produces only fragments ending in C will generate fragments four and seven nucleotides long, whereas a reaction producing fragments ending in G will produce only a five-nucleotide fragment. The fragment sizes correspond to the relative positions of C and G residues in the sequence. When the sets of fragments corresponding to each of the four bases are electrophoretically separated side by side, they produce a ladder of bands from which the sequence can be read directly (Figs. 12–35, 12–



**Figure 12–35** Section of an autoradiogram produced by the method developed by Sanger and colleagues. Side-by-side electrophoresis of the DNA fragments generated by each dideoxynucleotide generates a ladder of bands. Each band on the film corresponds to a population of DNA fragments of a specific length produced in the sequencing reactions (see Fig. 12–36). The identity of the base at each position in the sequence is determined from the lane in which a band is observed; the order of the bands read from the bottom of the gel corresponds to the DNA sequence.

**Figure 12–36** DNA sequencing by the Sanger (dideoxy) method. This method makes use of the mechanism of DNA synthesis by DNA polymerases (Chapter 24). DNA polymerases require both a primer, to which nucleotides are added, and a template strand to guide selection of each new nucleotide (a). The 3'-hydroxyl group of the primer reacts with the incoming deoxynucleoside triphosphate (dNTP), forming a new phosphodiester bond. The Sanger sequencing procedure uses dideoxynucleoside triphosphate (ddNTP) analogs (b) to interrupt DNA synthesis. When the dNTP is replaced by the ddNTP, strand elongation is halted after the analog is added because it lacks the 3'-hydroxyl group needed for the next step. The DNA to be sequenced is used as the template strand, and a short primer (usually radioactively labeled) is annealed to it (c). By adding small amounts of a single ddNTP, for example ddCTP, to an otherwise normal reaction system, the synthesized strands will be prematurely terminated at locations where dC normally occurs. Because there is much more dCTP than ddCTP, there is only a small chance that the analog will be incorporated whenever a dC is to be added, but there is generally enough ddCTP that each new strand has a high probability of acquiring one ddC at some point during synthesis. The result is a solution containing fragments representing each C residue in the sequence. The size of the fragments, separated by electrophoresis, reveals the location of C residues in the sequence. This procedure is repeated separately for each of the four ddNTPs, and the sequence can be read directly from an autoradiogram of the gel (c). Because shorter DNA fragments migrate faster, the fragments near the bottom represent the nucleotide positions closest to the primer (the 5' end), and the sequence is read from bottom to top. Note that the sequence obtained is that of the strand *complementary* to the strand being analyzed. An actual sequencing gel is shown in Fig. 12–35.



36). The Sanger method (Fig. 12–36) is in more widespread use because it has proven to be technically easier. It involves the enzymatic synthesis of a DNA strand complementary to the strand to be analyzed.

DNA sequencing is now automated, using a variation of Sanger's sequencing method in which the primer used for each reaction is labeled with a differently colored fluorescent tag (Fig. 12–37). This technology allows sequences of thousands of nucleotides to be obtained in a few hours, and very large DNA-sequencing projects are being contemplated. The most ambitious of these, now underway, is the Human Genome Initiative, in which all of the 3 billion base pairs of DNA in a human cell will be sequenced.

**Figure 12–37** A prototype strategy for automating DNA sequencing reactions. The short oligonucleotides used as a primer for DNA synthesis in the Sanger method can be linked to a fluorescent molecule that gives the DNA strand a color. If each nucleotide is assigned a different color, the nucleotide on the end of each fragment can be identified by color. The dideoxy method is used with a different ddNTP added to each of the four tubes according to the color assignments. The resulting colored DNA fragments are mixed and then separated by size in a single electrophoretic gel lane. The fragments of a given length migrate through the gel in a peak, and the color associated with each successive peak is detected using a laser beam. The DNA sequence is read by determining the sequence of colors in the peaks as they pass the detector, and this information is fed directly to a computer.

**Figure 12-38** Automated synthesis of DNA is conceptually similar to the solid-state synthesis of polypeptides. The desired oligonucleotide is built up on a solid support (silica) one nucleotide at a time in a repeated series of chemical reactions with suitably protected nucleotide precursors. ① The first nucleotide (which will be the 3' end) is attached to the silica support at the 3' hydroxyl (through a linking group, R), and is protected at the 5' hydroxyl with an acid-labile protecting group (dimethoxytrityl, DMT). The reactive groups on all bases are also chemically blocked. ② The protecting DMT group is removed by washing the column with acid (the DMT group is colored, so this reaction can be followed spectrophotometrically). ③ The next nucleotide is activated and reacted with the bound nucleotide to form a 5'-3' linkage, which in ④ is oxidized with iodine to produce a phosphotriester linkage. (One of the phosphate oxygens is methylated.) Reactions ② through ④ are repeated until all nucleotides are added. At each step, excess nucleotide is removed before addition of the next nucleotide. In ⑤ and ⑥ the remaining blocking groups on the bases and the methyl groups on the phosphates are removed, and in ⑦ the oligonucleotide is separated from the solid support and purified. The chemistry of RNA synthesis has lagged far behind the procedures for DNA synthesis because of difficulties in protecting the 2' hydroxyl of ribose without adverse effects on the reactivity of the 3' hydroxyl.



### The Chemical Synthesis of DNA Has Been Automated

Another technology that has paved the way for many biochemical advances is the chemical synthesis of oligonucleotides with any chosen sequence. The chemical methods for synthesizing nucleic acids were developed primarily by H. Gobind Khorana in the 1970s. Refinement and automation of these methods has made it possible to synthesize DNA strands rapidly and accurately. The synthesis is carried out with the growing strand attached to a solid support (Fig. 12-38), using principles similar to those used by Merrifield in peptide synthesis (see Box 5-2). The efficiency of each addition step is very high, allowing the routine laboratory synthesis of polymers of 70 or 80 nucleotides. In some laboratories much longer strands are synthesized. The availability of relatively inexpensive DNA polymers with predesigned sequences is having a powerful impact on all areas of biochemistry (Chapter 28).

## Other Functions of Nucleotides

In addition to their roles as the subunits of nucleic acids, nucleotides have a variety of other functions in every cell: as energy carriers, components of enzyme cofactors, and chemical messengers.

### Nucleotides Carry Chemical Energy in Cells

Nucleotides may have one, two, or three phosphate groups covalently linked at the 5' hydroxyl of ribose. These are referred to as nucleoside mono-, di-, and triphosphates, respectively (Fig. 12-39). Starting from