# Exhibit O



# BIOCHEMISTRY

**DONALD VOET**
*University of Pennsylvania*

**JUDITH G. VOET**
*Swarthmore College*

*Illustrators:*
IRVING GEIS
JOHN AND BETTE WOOLSEY
PATRICK LANE



**JOHN WILEY & SONS**
New York • Chichester • Brisbane • Toronto • Singapore

To:
*Our parents, who encouraged us,*
*Our teachers, who enabled us, and*
*Our children, who put up with us.*

*Cover Art:* One of a series of color studies of horse heart cytochrome *c* designed to show the influence of amino acid side chains on the protein's three-dimensional folding pattern. We have selected this study to symbolize the discipline of biochemistry: Both are beautiful but still in process and hence have numerous "rough edges." Drawing by Irving Geis in collaboration with Richard E. Dickerson.

Cover and part opening illustrations copyrighted by Irving Geis.

Cover Designer: Madelyn Lesure

Photo Research: John Schultz, Eloise Marion

Photo Research Manager: Stella Kupferberg

Illustration Coordinator: Edward Starr

Copy Editor: Jeannette Stiefel

Production Manager: Lucille Buonocore

Senior Production Supervisor: Linda Muriello

Copyright © 1990, by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Sections 107 and 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons.

*Library of Congress Cataloging in Publication Data:*
Voet, Donald.
    Biochemistry / by Donald Voet and Judith G. Voet.
        p.    cm.
    Includes bibliographical references.
    ISBN 0-471-61769-5
    1. Biochemistry. I. Voet, Judith G. II. Title.
QP514.2.V64   1990
574.19'2—dc20

89-16727
CIP

Printed in the United States of America

10 9 8 7 6 5 4



**Figure 28-42**
A demonstration, in which DNA is represented by a ribbon, that cutting a duplex circle, passing the strand through the resulting gap, and then resealing the break changes the linking number by two. Separating the resulting strands (slitting the ribbon along its length; *right*), indicates that one strand makes two complete revolutions about the other.



The exposure of a gyrase–DNA complex to *Staphylococcal* nuclease protects the DNA from nuclease degradation in a 140 bp fragment that is roughly centered on the gyrase cleavage site. The length of this protected fragment suggests that the DNA is wrapped around the enzyme. This observation led Nicholas Cozzarelli to propose the mechanism of gyrase–DNA action diagrammed in Fig. 28-43. It is named the **sign inversion** mechanism because it converts a right-handed toroidal supercoil to a left-handed toroidal supercoil.

## 6. NUCLEIC ACID SEQUENCING

The basic strategy of nucleic acid sequencing is identical to that of protein sequencing (Section 6-1). It involves:

1. The specific degradation and fractionation of the polynucleotide of interest to fragments small enough to be fully sequenced.
2. The sequencing of the individual fragments.
3. The ordering of the fragments by repeating the preceding steps using a degradation procedure that yields a set of polynucleotide fragments that overlap the cleavage points in the first such set.

Before about 1975, however, nucleic acid sequencing techniques lagged far behind those of protein sequencing largely because there were no available endonucle-

**Figure 28-43**
The sign inversion mechanism of DNA gyrase action. The duplex DNA is initially wrapped about the enzyme in a right-handed toroidal coil (**1**). The enzyme then makes a double-strand scission in the DNA (**2**), passes a DNA segment through the gap (**3, 4**), and reseals the break (**5**). This changes the handedness of the coil to the left-handed form so that the DNA's linking number *L* is decreased by 2.

ases that were specific for sequences greater than a nucleotide. Rather, nucleic acids were cleaved into relatively short fragments by partial digestion with enzymes such as **ribonuclease T1** (from *Aspergillus oryzae*), which cleaves RNA after guanine residues, or **pancreatic ribonuclease A**, which does so after pyrimidine residues. Moreover, there is no reliable polynucleotide reaction analogous to the Edman degradation for proteins (Section 6-1A). Consequently, the polynucleotide fragments were sequenced by their partial digestion with either of two **exonucleases** (enzymes that sequentially cleave nucleotides from the end of a polynucleotide strand): **snake venom phosphodiesterase**, which removes residues from the 3′ end of polynucleotides (Fig. 28-44), or **spleen phosphodiesterase**, which does so from the 5′ end. The resulting oligonucleotide fragments were identified from their chromatographic and electrophoretic mobilities. Sequencing RNA in this manner is a lengthy and painstaking procedure.

The first biologically significant nucleic acid to be sequenced was that of yeast alanine tRNA (Section 30-2A). The sequencing of this 76-nucleotide molecule by Robert Holley, a labor of 7 years, was completed in 1965, some 12 years after Frederick Sanger had determined the amino acid sequence of insulin. This was followed, at an accelerating pace, by the sequencing of numerous species of tRNAs and the 5S ribosomal RNAs (Section 30-3A) from several organisms. The art of RNA sequencing by these techniques reached its zenith in 1976 with the sequencing, by Walter Fiers, of the entire 3569 nucleotide genome of the **bacteriophage MS2**. In comparison, DNA sequencing was in a far more primitive state because of the lack of available DNA endonucleases with any sequence specificity.

Since 1975 there has been dramatic progress in nucleic acid sequencing technology. This has been made possible by three advances:

1. The discovery of **restriction endonucleases**, enzymes that cleave duplex DNA at specific sequences.
2. The development of DNA sequencing techniques.
3. The development of **molecular cloning** techniques (Section 28-8), which permit the acquisition of any identifiable DNA segment in the amounts required for sequencing. Their use is necessary because most specific DNA sequences are normally present in a genome in only a single copy.

These procedures are largely responsible for the present "revolution" in molecular biology that is discussed in succeeding chapters. The use of restriction endonucleases and DNA sequencing techniques are the subject of this section.

The pace of nucleic acid sequencing has become so rapid that directly determining a protein's amino acid sequence is far more difficult than determining the base



**Figure 28-44**
The sequence determination of an oligonucleotide by partial digestion with snake venom phosphodiesterase. This enzyme sequentially cleaves the nucleotides from the 3′ end of a polynucleotide that has a free 3′-OH group. Partial digestion of an oligonucleotide with snake venom phosphodiesterase yields a mixture of fragments of all lengths, as indicated, that may be chromatographically separated. Comparison of the base compositions of pairs of fragments that differ in length by one nucleotide establishes the identity of the 3′-terminal nucleotide of the larger fragment. In this way the base sequence of the oligonucleotide may be elucidated.

sequence of its corresponding gene (although amino acid and base sequences provide complementary information; Section 6-1K). There has been such a flood of new DNA sequences—so far ~40 million bases and increasing at the rate of 10 million bases per year—that only computers can keep track of them. A recent high point in the sequencer's art was the determination of the entire 172,282 bp sequence of **Epstein–Barr virus** (human **herpesvirus**) DNA. Indeed, preparations are under way to sequence the 2.9 billion bp human genome (although the magnitude of this project is such that if the DNA sequencing rate can be increased, as it is hoped, to 1 million bp/day, the project will still take nearly 10 years to complete).

## A. Restriction Endonucleases

Bacteriophages that propagate efficiently on one bacterial strain, such as *E. coli* K12, have a very low rate of infection (~0.001%) in a related bacterial strain such as *E. coli* B. However, the few viral progeny of this latter infection propagate efficiently in the new host but only poorly in the original host. What is the molecular basis of this **host-specific modification** system? Werner Arber showed that it results from a **restriction-modification system** in the bacterial host that consists of a **restriction endonuclease** and a matched **modification methylase**. *The restriction endonuclease recognizes a specific base sequence of four to eight bases in double-stranded DNA and cleaves both strands of the duplex.* The modification methylase methylates a specific base (usually at the amino group of an adenine residue or the 5-position of a cytosine) in the same base sequence recognized by the restriction enzyme. The restriction enzyme does not cleave such a modified DNA. A newly replicated strand

of bacterial DNA, which is protected from degradation by the methylated parent strand with which it forms a duplex, is modified before the next cycle of replication. The restriction-modification system is therefore thought to protect the bacterium against invasion by foreign (usually viral) DNAs which, once they have been cleaved by a restriction endonuclease, are further degraded by bacterial exonucleases. Invading DNAs are only rarely modified before being attacked by restriction enzymes. Once a viral genome becomes modified, however, it is able to reproduce in its new host. Its progeny, however, are no longer modified in the way that permits them to propagate in the original host.

There are three known types of restriction endonucleases. **Type I** and **Type III** restriction enzymes each carry both the endonuclease and the methylase activity on a single protein molecule. Type I restriction enzymes cleave the DNA at a possibly random site located at least 1000 bp from the recognition sequence, whereas Type III enzymes do so 24 to 26 bp distant from the recognition sequence. However, **Type II** restriction enzymes, which were discovered and characterized by Hamilton Smith and Daniel Nathans in the late 1960s, are separate entities from their corresponding modification methylases. *They cleave DNAs at specific sites within the recognition sequence, a property that makes Type II restriction enzymes indispensible biochemical tools for DNA manipulation.* In the remainder of this section we discuss only Type II restriction enzymes.

Over 500 species of Type II restriction enzymes with >100 differing specificities and from a variety of bacteria have been characterized. Several of the more widely used species are listed in Table 28-5. A restriction endonuclease is named by the first letter of the genus of the bacterium that produced it and the first two letters of its species, followed by its serotype or strain designation, if any, and a roman numeral if the bacterium contains more than one type of restriction enzyme. For example, *Eco*RI is produced by *E. coli* strain RY13.

### Most Restriction Endonucleases Recognize Palindromic DNA Sequences

Most restriction enzyme recognition sites possess exact twofold rotational symmetry as is diagrammed in Fig. 28-45. Such sequences are known as **palindromes**.

A palindrome is a word, verse, or sentence that reads the same backwards or forwards. Two examples are "Madam, I'm Adam" and "Sex at noon taxes."

Many restriction enzymes, such as *Eco*RI (Fig. 28-45a), catalyze the cleavage of the two DNA strands at positions that are symmetrically staggered about the center of the palindromic recognition sequence. This yields restriction fragments with complementary single-stranded ends that are from one to four nucleotides in length. Restriction fragments with such **cohesive** or **sticky ends** can associate by complementary base pairing with other restriction fragments generated by the

**Table 28-5**
**Recognition and Cleavage Sites of Some Type II Restriction Enzymes**

| Enzyme | Recognition Sequence[a] | Microorganism |
|---|---|---|
| *Alu*I | AG↓CT | *Arthrobacter luteus* |
| *Bam*HI | G↓GATC*C | *Bacillus amyloliquefaciens* H |
| *Bgl*I | GCCNNNN↓NGCC | *Bacillus globigii* |
| *Bgl*II | A↓GATCT | *Bacillus globigii* |
| *Eco*RI | G↓AA*TTC | *Escherichia coli* RY13 |
| *Eco*RII | ↓CC*($^A_T$)GG | *Escherichia coli* R245 |
| *Fnu*DI | GG↓CC | *Fusobacterium nucleatum* D |
| *Hae*II | PuGCGC↓Py | *Haemophilus aegyptius* |
| *Hae*III | GG↓C*C | *Haemophilus aegyptius* |
| *Hin*dIII | A*↓AGCTT | *Haemophilus influenzae* $R_d$ |
| *Hpa*II | C↓C*GG | *Haemophilus parainfluenzae* |
| *Pst*I | CTGCA↓G | *Providencia stuartii* 164 |
| *Sal*I | G↓TCGAC | *Streptomyces albus* G |
| *Taq*I | T↓CGA* | *Thermus aquaticus* |
| *Xho*I | C↓TCGAG | *Xanthomonas holcicola* |

[a] The recognition sequence is abbreviated so that only one strand, reading 5' to 3', is given. The cleavage site is represented by an arrow (↓) and the modified base, where it is known, is indicated by an asterisk (A* is $N^6$-methyladenine and C* is 5-methylcytosine). Pu, Py, and N represent purine nucleotide, pyrimidine nucleotide, and any nucleotide, respectively.

Source: Roberts, R. J., *Methods Enzymol.* **68**, 27–41 (1979).



Cleavage site    Twofold symmetry axis

**Figure 28-45**
The recognition sequences of the restriction endonucleases (a) *Eco*RI and (b) *Alu*I showing their twofold (palindromic) symmetry and indicating their cleavage sites.

same restriction enzyme. Some restriction cuts, such as that of *Alu*I (Fig. 28-45*b*), pass through the twofold axis of the palindrome to yield restriction fragments with fully base paired **blunt ends**. Since a given base has a one fourth probability of occurring at any nucleotide position (assuming the DNA has equal proportions of all bases), a restriction enzyme with an *n*-base pair recognition site produces restriction fragments that are, on average, $4^n$ base pairs long. Thus *Alu*I (4 bp recognition sequence) and *Eco*RI (6 bp recognition sequence) restriction fragments should average $4^4 = 256$ and $4^6 = 4096$ bp in length, respectively.

### The X-Ray Structure of the *Eco*RI · DNA Complex Reveals the Molecular Basis of Its Recognition Specificity

The X-ray structure of *Eco*RI endonuclease in complex with a segment of B-DNA containing the enzyme's recognition site was determined by John Rosenberg. The DNA binds in the twofold symmetric cleft between the two identical 276-residue subunits of the dimeric enzyme (Fig. 28-46) thereby accounting for the DNA's palindromic recognition sequence. The protein induces the DNA to kink in three places in a manner that partially unwinds the DNA so as to widen the major groove at the recognition site. Recognition specificity is provided by a tight complementary association of the protein with the major groove of the DNA involving 12 hydrogen bonds between the side chains of Glu 144, Arg 145, and Arg 200 on both protein subunits and the purine bases of the palindromic recognition site.



**Figure 28-47**
Agarose gel electrophoretograms of restriction digests of *Agrobacterium radiobacter* plasmid pAgK84 with (A) *Bam*HI, (B) *Pst*I, (C) *Bgl*II, (D) *Hae*III, (E) *Hinc*II, (F) *Sac*I, (G) *Xba*I, and (H) *Hpa*I. Lane (I) contains λ phage DNA digested with *Hind*III as a standard since these fragments have known sizes. [From Slota, J. E. and Farrand, S. F., *Plasmid* **8**, 180 (1982). Copyright © 1982 by Academic Press.]

### Restriction Maps Provide a Means of Characterizing a DNA Molecule

The treatment of DNA with a restriction endonuclease produces a series of precisely defined fragments that can be separated according to size by gel electrophoresis (Fig. 28-47). Complementary single strands can be sepa-




**Figure 28-46**
The X-ray structure of the *Eco*RI endonuclease · DNA complex. (*a*) Space-filling model showing the duplex DNA bound to the dimeric protein as viewed along the complex's twofold axis of symmetry. The two subunits of the dimeric protein are shown in yellow and orange while the DNA's complementary strands are shown in green and blue. (*b*) Ribbon drawing of one *Eco*RI endonuclease subunit interacting with the DNA's major groove. The view is ~90° away from that in Part (*a*). (*c*) A skeletal model of the complex as viewed down the DNA's helical axis showing the protein's polypeptide backbone and the DNA's nonhydrogen atoms. The two protein subunits are drawn in yellow and pink while the DNA is drawn in blue. [Parts (*a*) and (*c*) Courtesy of John M. Rosenberg, University of Pittsburgh. Part (*b*) after Rosenberg, J. M., McClarin, J. A., Frederick, C. A., Wang, B.-C., Grable, J., Boyer, H. W., and Greene, P., *Trends Biochem. Sci.* **12**, 396 (1987).]

rated either by melting the DNA and subjecting it to gel electrophoresis, or by density gradient ultracentrifugation in alkaline CsCl. The single strands can be sequenced by one of the methods described below. If a DNA segment is too long to sequence, it may be further fragmented with a second, *etc.*, restriction enzyme before its strands are separated.

A diagram of a DNA molecule showing the relative positions of the cleavage sites of various restriction enzymes is known as its **restriction map.** Such a map is generated by subjecting the DNA to digestion with two or more restriction enzymes, both individually and in mixtures. By comparing the lengths of the fragments in the various digests, as determined, for instance, by their electrophoretic mobilities, a restriction map can be constructed. For example, consider the 4-kilobase pair **(kb)** linear DNA molecule that *Bam*HI, *Hin*dIII, and their mixture cut to fragments of the lengths indicated in Fig. 28-48*a*. This information is sufficient to deduce the positions of the restriction sites in the intact DNA and hence to construct the restriction map diagrammed in Fig. 28-48*b*. The restriction map of the SV40 chromosome is shown in Fig. 28-49. The restriction sites are physical reference points on a DNA molecule that are easily located. *Restriction maps therefore constitute a convenient framework for locating particular base sequences on*





**Figure 28-48**
(a) The gel electrophoretic patterns of digests of a hypothetical DNA molecule with *Hin*dIII, *Bam*HI, and their mixture. The lengths of the various fragments are indicated.
(b) The restriction map of the DNA resulting from the information in Part (a). This map is equivalent to one that has been reversed, right to left.



**Figure 28-49**
A restriction map for the 5243 bp circular DNA of SV40. The central circle indicates the fractional map coordinates with respect to the single *Eco*RI restriction site. The letters A,B,C, . . . in each ring represent the various restriction fragments of the corresponding restriction enzyme in order of decreasing length. [After Nathans, D., *Science* **206**, 905 (1979).]

Case 3:07-cv-02845-WHA   Document 74-16   Filed 12/20/2007   Page 9 of 16



**Figure 28-50**
A mutational change that affects a restriction site in a DNA segment alters the number and sizes of its restriction fragments.

a chromosome and for estimating the degree of difference between related chromosomes.

### Restriction-Fragment Length Polymorphisms Provide Markers for Characterizing Genes

Individuality in humans and other species derives from their high degree of genetic polymorphism; homologous human chromosomes differ in sequence, on average, every 200 to 500 bp. These genetic differences create or eliminate restriction sites. Restriction enzyme digests of the corresponding segments from homologous chromosomes therefore contain fragments with different lengths; that is, these DNAs exhibit **restriction-fragment length polymorphisms** (RFLPs; Fig. 28-50).

RFLPs are useful markers for identifying chromosomal differences (Fig. 28-51). They are particularly valuable for diagnosing inherited diseases for which the molecular defect is unknown. If a particular RFLP is so closely linked to a defective gene that there is little chance the two will recombine from generation to generation (recall that the probability of recombination between two genes increases with their physical separation on a chromosome; Section 27-1C), then the detection of that RFLP in an individual is indicative that the individual has also inherited the defective gene. For example, **Huntington's chorea**, a progressive and invariably fatal neurological deterioration, whose symptoms first appear around age 40, is caused by a dominant but unknown genetic defect. The identification of an RFLP that is closely linked to the defective Huntington's gene has permitted the children of Huntington's chorea victims (50% of whom inherit this devastating condition) to make informed decisions in ordering their lives.

By the same token, the identification of RFLPs associated with the genetic defects causing **cystic fibrosis** (a debilitating and often fatal autosomal recessive disease; heterozygotes, who comprise 5% of the Caucasian population, are asymptomatic), and **Duchenne muscular dystrophy** (an X-linked degenerative disease of muscle that is invariably fatal by around age 25) have permitted



**Figure 28-51**
RFLPs are inherited according to the rules of Mendelian genetics. Four alleles of a particular gene, each characterized by different restriction markers, can occur in all possible pairwise combinations and segregate independently in each generation (circles represent females and squares represent males). In the P (parental) generation, two individuals are heterozygous (CD and BD) and the other two are homozygous (AA and BB) for the gene in question. Their children, the $F_1$ generation, are AC and BB. Consequently, every individual in the $F_2$ generation (grandchildren) inherited either an A or a C from their mother and a B from their father. [Courtesy of Ray White, University of Utah Medical School.]

**830**   Section 28-6. Nucleic Acid Sequencing

the *in utero* diagnoses of these diseases. (Note that the availability of fetal testing has actually increased the number of births because many couples who knew they had a high risk of conceiving a genetically defective child previously chose not to have children.)

RFLPs are also valuable markers for isolating and thus sequencing their closely linked but unknown genes. Indeed, the first phase in sequencing the human genome, which is already well underway, is to identify a series of ~100 equally spaced markers on each of the 23 human chromosomes.

### B. Chemical Cleavage Method

After 1975, several methods were developed for the rapid sequencing of long stretches of DNA. Two of them, the **chemical cleavage** method of Allan Maxam and Walter Gilbert (Fig. 28-52), and the **chain-terminator** procedure of Frederick Sanger (the same individual who pioneered the amino acid sequencing of proteins), are widely used and are largely responsible for the vast number of DNA sequences that have been elucidated. In the remainder of this section, we discuss the chemical

**Figure 28-52**
The reactions used in the chemical cleavage method to cleave DNA at specific bases. (a) Reactions that cleave DNA before G residues. Both A and G residues are cleaved if these bases are protonated rather than methylated. (b) (opposite) Reactions that cleave DNA before C residues. T residues react similarly but their reaction is suppressed in 1.5M NaCl.

cleavage and chain-terminator methods as well as methods for sequencing RNA.

**One End of the DNA Must Be Radioactively Labeled**

The first step in the chemical cleavage method is to radioactively label one end of the DNA, usually the 5′ end, with $^{32}P$. If the DNA already has a 5′ phosphate group, this first must be removed by treatment with **alkaline phosphatase** from *E. coli*.

(b)

[Figure: Chemical cleavage reaction scheme showing DNA treatment with alkaline phosphatase, then reaction of cytosine residue with hydrazine to form 3-aminopyrazole, followed by piperidine-mediated cleavage to yield Cleaved DNA.]

Then the 5' terminus is labeled in a reaction with [γ-$^{32}$P]ATP as catalyzed by **polynucleotide kinase** from *E. coli* infected with bacteriophage T4.



**The DNA Is Cleaved in a Base-Specific Manner**

The basic strategy of the chemical cleavage method is to specifically cleave the end-labeled DNA at only one type of nucleotide under conditions such that each molecule is broken at an average of one randomly located susceptible bond. This produces a set of radioactive fragments whose members extend from the $^{32}$P-labeled end to one of the positions occupied by the chosen base. For example, if the DNA to be sequenced is

$^{32}$P-TGTAGGAGCT

cleavage on the 5' side of the G residues, for instance, would produce the following set of 5'-labeled fragments:

$^{32}$P-TGTAGGA
$^{32}$P-TGTAG
$^{32}$P-TGTA
$^{32}$P-T

Polyacrylamide gel electrophoresis separates these fragments according to size. Hence *the positions of the G residues in the DNA may be identified from the relative positions on the gel of their corresponding $^{32}$P-labeled fragments as revealed by autoradiography.* (The unlabeled cleavage fragments are, of course, not observed in this procedure.) In order for this method to work, the gel must be of sufficient resolving power to unambiguously separate fragments that differ in length by only one nucleotide.

The DNA to be sequenced may be cleaved at specific bases by subjecting it, in separate aliquots, to four different treatments:

**1. G only**

The DNA is reacted with **dimethyl sulfate (DMS)**, which methylates G residues at N(7), thereby ren-

**Figure 28-53**
An autoradiograph of a sequencing gel containing fragments of a DNA segment that was treated according to the chemical cleavage method of sequence analysis. The DNA was $^{32}$P labeled at its 5' end. The DNA's deduced sequence is written beside the gel. Since the shorter fragments, which have the larger spacing, are at the bottom of the gel, the 5' → 3' direction in the sequence corresponds to the upward direction in the gel. [Courtesy of David Dressler, Harvard University Medical School.]

dering the glycosidic bond of the methylated residue susceptible to hydrolysis (Fig. 28-52a). Subsequent treatment by **piperidine** cleaves the polynucleotide chain before the depurinated residue.

**2. A + G**

DMS preferentially methylates A residues at N(3) rather than N(7) and hence the above treatment cleaves DNA at A residues at only about one fifth the rate it does at G residues. If, instead, the DNA is treated with acid, both A and G are released at comparable rates to yield the same depurinated product indicated in Fig. 28-52a. Piperidine treatment then causes strand cleavage before both A and G residues. The A residues are identified by comparing the positions of the G and the A + G cleavages.

**3. C + T**

The reaction of DNA with **hydrazine** ($NH_2$—$NH_2$) followed by piperidine treatment cleaves DNA before both its C and T residues (Fig. 28-52b).

**4. C only**

If DNA is treated with the hydrazine in 1.5M NaCl, only its C residues react appreciably. Then, as with

the purines, the comparison of the C and the C + T cleavage positions identifies the T residues.

In all four reactions, the conditions are adjusted so that the strands are cleaved at an average of one randomly located position each.

**Cleavage Fragments Are Separated According to Size**

The four differently fragmented samples of the DNA, A + G, G, C, and C + T, are simultaneously electrophoresed in parallel lanes on a **sequencing gel**. This is a long, thin (as little as 0.1 mm × up to 200 cm) polyacrylamide slab. It contains ~8M urea and is run at ~70°C so as to eliminate all hydrogen bonding associations. These conditions ensure that the DNA fragments separate only according to their size. The sequence of the DNA can then be directly read off an autoradiogram of the sequencing gel as is indicated in Fig. 28-53. Indeed, computerized devices are available to aid in doing so. However, a single gel is incapable of resolving much more than 100 consecutive fragments. This limitation is circumvented by electrophoresing three sets of the four differently cleaved samples for successively longer times so as to best resolve the shortest, intermediate length and longest fragments, respectively. In this manner, the base sequence of a 200 to 300 nucleotide DNA fragment can normally be determined from one set of sequencing reactions (although technical advances are steadily increasing this number).

Since the base-specific cleavages destroy the corresponding nucleotide, there is no fragment corresponding to the 5'-terminal nucleotide. Furthermore, the mononucleotide identifying the second base is usually not detected on a gel. The identities of these two nucleotides may be determined by sequencing the complementary strand which, just as importantly, verifies the sequence of the first strand.

### C. Chain-Terminator Method

The chain-terminator method utilizes the E. coli enzyme DNA polymerase I to make complementary copies of the single-stranded DNA being sequenced. Under the direction of the strand being replicated (the **template strand**), DNA polymerase I assembles the four deoxy-



**Figure 28-54**
The replication of DNA as catalyzed by E. coli DNA polymerase I. Under the direction of the template strand, the primer is elongated by the stepwise addition of complementary nucleotides in the 5' → 3' direction on the growing polynucleotide.

nucleoside triphosphates, dATP, dCTP, dGTP, and dTTP, into a complementary polynucleotide chain that it elongates in the 5' → 3' direction (Fig. 28-54). DNA polymerase I can only sequentially add deoxyribonucleotides to the 3' end of a polynucleotide. Hence, to initiate replication, it requires the presence of the 5' end of the chain being synthesized (a **primer**) in a stable base paired complex with the template. If the DNA being sequenced is a restriction fragment, as it usually is, it begins and ends with a restriction site. The primer can therefore be a short DNA segment containing this restriction fragment annealed to the strand being replicated. The role of DNA polymerase I in DNA replication is examined in Section 31-2A.

DNA polymerase I has a 5' → 3' exonuclease activity (degrades DNA one nucleotide at a time from its 5' end), which is catalyzed by a separate active site from that which mediates the polymerization reaction. This is demonstrated by the observation that upon proteolytic cleavage of the enzyme into two fragments, the larger fragment, which is known as the **Klenow fragment**, possesses the full polymerase activity of the enzyme whereas the smaller fragment has the 5' → 3' exonuclease activity. Only the Klenow fragment is used in DNA sequencing to ensure that all replicated chains have the same 5' terminus.

### The Synthesis of Labeled DNA by DNA Polymerase Is Terminated After Specific Bases

In the chain-terminator technique (Fig. 28-55), the DNA to be sequenced is incubated with the Klenow fragment of DNA polymerase I, a suitable primer and the four deoxynucleoside triphosphates, of which at least one (usually dATP) is [α-$^{32}$P]-labeled. In addition, a small amount of the 2',3'-dideoxynucleoside triphosphate

2',3'-Dideoxynucleoside triphosphate

of one of the bases is added to the reaction mixture. When the dideoxy analog is incorporated in the growing polynucleotide in place of the corresponding normal nucleotide, chain growth is terminated because of the absence of a 3'-OH group. By using only a small amount of the dideoxy analog, *a series of truncated chains are generated that are each terminated by the dideoxy analog at one of the positions occupied by the corresponding base. Sequence gel electrophoresis separates these chains according to their lengths and therefore indicates the positions at which that base occurs.*



**Figure 28-55**
A flow diagram of the chain-terminator method of DNA sequencing. The symbol ddATP represents dideoxyadenosine triphosphate, *etc.*



**Figure 28-56**
An autoradiograph of a sequencing gel containing DNA fragments produced by the chain-terminator method of DNA sequencing. A second loading of the gel (*right*) was made 90 min after the initial loading. The deduced sequence of 140 nucleotides is written along side. [From Hindley, J., DNA Sequencing, *In* Work, T. S. and Burdon, R. H. (Eds.), *Laboratory Techniques in Biochemistry and Molecular Biology*, Vol. 10, p. 82, Elsevier (1983). Used by permission.]

Each of the dideoxy analogs of the four bases are reacted in separate vessels and the resulting $^{32}$P-labeled product mixtures are subjected to sequence gel electrophoresis in parallel lanes. The sequence of the replicated strand can then be directly read from an autoradiogram of the gel (Fig. 28-56), much like that in the chemical cleavage method.

Both the chain-terminator and the chemical cleavage procedures are widely used for DNA sequencing. With a few hours effort by a skilled operator, either method can sequence a DNA of several hundred nucleotides. Indeed, the major obstacle to sequencing a very long DNA molecule is ensuring that all of its fragments are cloned (by methods discussed in Section 28-8C) rather than sequencing them once they have been obtained. The chemical cleavage method is somewhat easier to set up for occasional use while the chain-terminator method is generally chosen for routine use. Note that the sequence obtained by the chain-terminator method is complementary to the DNA strand being sequenced, whereas the sequence obtained by the chemical cleavage method is that of the original DNA strand.

**The Chain-Terminator Method Is Readily Automated**

If large DNA segments such as entire chromosomes are to be sequenced, then existing sequencing methods must be greatly accelerated, that is, automated. The chain-terminator method has been adapted to computerized procedures. Rather than use radiolabeled nucleotides (with their inherent health hazards and storage problems), each dideoxynucleoside triphosphate is covalently linked to a differently fluorescing dye. The chain-extension reaction is carried out in a single vessel containing all four fluorescent dideoxy analogs and thus yielding a series of increasingly longer polynucleotides, each with a fluorescence spectrum characteristic of its 3'-terminal nucleotide. The reaction mixture is then subject to sequence gel electrophoresis in a single lane yielding a series of bands, each with the fluorescence spectrum indicative of a successive base in the DNA being sequenced (Fig. 28-57). The gel fluorescence detection system is computer-controlled and hence data acquisition is automated. This device can identify ~10,000 bases per day in contrast to the ~50,000 bases per year that a skilled operator can identify using the above-described manual methods (note that with the use of only one such device, it would still take nearly 1000 years to sequence the human genome).

### D. RNA Sequencing

RNA may be rapidly sequenced by only a slight modification of DNA sequencing procedures. The RNA to be sequenced is transcribed into a complementary strand of DNA (**cDNA**) through the action of **RNA-directed DNA polymerase** (also known as **reverse transcriptase**). This enzyme, which is produced by certain RNA-containing viruses (Section 31-4C), uses an RNA tem-