# Exhibit X



June 1, 1995

Mr. Steve Macevicz
21890 Rucker Drive
Cupertino, CA 95014

Dear Steve:

This letter will formalize the offer I made to you verbally for the position of Vice President, Intellectual Property. All of us at Lynx are flattered that you have decided to join us and we are convinced that your help will contribute enormously to our goal of creating the best Company in the field.

Your starting salary will be $11,650 per month (equivalent to an annual salary of $139,800). In addition, you will be given a sign-on bonus of $10,000. You will also be granted a stock option on 150,000 shares of Lynx's Common Stock and an option on 50,000 shares of Spectragen's Common Stock. Employee benefits including health and dental insurance coverage will be provided by the Company. These and other Company benefits will be detailed for you during the employee orientation held immediately after your start date.

On your first day at Lynx, you will be required to sign the documents listed below. Please see Kathy San Roman for completion of these documents:

1. <u>Employee Invention Agreement</u>. Signing this agreement is a condition of employment. A copy has been enclosed for your review.

2. <u>Employment Eligibility Verification (I-9) Form.</u> In compliance with the Immigration Reform and Control Act of 1986, you will be required to complete this form and provide us with original documentation as outlined in Section 2 (copy enclosed) to verify your identity and eligibility for employment in the United States. It is very important that you remember to bring the necessary identification documents on your first day.

Plf.'s/Deft.'s _____ Exhibit 6
Page 1 Of 2  Witness: San Roman
Date Of Proceeding: 11/08/07
By: Linda Frazeur, CSR#6697

LYNX THERAPEUTICS, INC.  3832 Bay Center Place, Hayward, CA 94545 U.S.A.  Tel: (510) 670-9300  Fax: (510) 670-9302

**HIGHLY CONFIDENTIAL - Attorneys' Eyes Only**                                    ILL000869

If you have any questions, please contact me or Kathy San Roman.

Welcome to Lynx Therapeutics. We look forward to working with you.

Sincerely,

Sam Eletr, Ph.D.
Chief Executive Officer

/enclosures


Please sign below indicating your acceptance of this offer of employment, and return the original to our office in the enclosed self-addressed, stamped envelope.

_____          _____
Name (print)                      Signature

_____          _____
Date                              Start Date

**HIGHLY CONFIDENTIAL - Attorneys' Eyes Only**                    ILL000870