Exhibit Z



**PERKIN ELMER**

**Applied Biosystems Division**
850 Lincoln Centre Drive
Foster City, CA 94404



# MEMORANDUM

**To:**   Hugo Santos                                    **Date:**   **27 June 1995**

**From:**   **Steve Macevicz**

**Subject:**   **Extension of termination date to 1 August**      **cc:**   **Mike Hunkapiller**
                                                                      **Bill Sawch**
                                                                      **Pat Reed**

---

Hugo:

    As we discussed I would like to extend my termination date out to 1 August 1995. This will allow time to finish up several important projects (particularly Mike Albin's NIST joint venture agreement and the Chiron patent license relating the the CF project), as well as time to permit the vesting of my third year of stock options. (I explained to you the unfortunate delay that exists between my May hire date and the late July option date).

    As I also mentioned, Bill Sawch is planning to visit on July 10. I will bring this up with him at that time along with the other issues associated with my departure. Unless I hear otherwise from you or the copy holders, I will assume that the extension to August 1 is OK.

Steve

Tel (415) 570-6667
Fax (415) 572-2743

Exhibit ___2___

1 page

Witness __Macevicz__
11-28-07