# Exhibit AA

Case 3:07-cv-02845-WHA    Document 75    Filed 12/20/2007    Page 1 of 3

# EMPLOYEE TERMINATION NOTICE

TO: Carroll McDaniel            700

FROM: Charo Delli-Gatti         100-3

RE: Termination Notification

DATE: 6-22-95

_____STEVE MACEVICZ_____ last day of work with **ABD** will be __7-14-95__ Please sign and return this form in acknowledgement of your recognition of termination on the above mentioned employee.

____✓____ You may contact the employee.

_____ You may **NOT** contact the employee.

_Carroll McDaniel_
Library acknowledgement


RECEIVED JUN 26 1995

eetrm2.doc/cd

PERKIN-ELMER
APPLIED BIOSYSTEMS DIVISION
SUPERVISOR'S EXIT CHECKLIST

Employee Name STEPHEN MACEVICZ  EE#: 43458  Department #: 9001

Reason for Leaving pursue other opportunities

*Supervisor Responsibility*

Please have the following item(s) returned and sign off that the items are now in your possession.

| Item | Status | Notes |
|---|---|---|
| Fixed Assets | NONE | Transferred to _____ |
| Company Keys | ✓ | Returned to supervisor (CONNIE) Tim Brown |
| Misc. Company Materials | ✓ | Returned to supervisor |
| Computer Equipment | ✓ | Returned to supervisor (on desk) |
| Department Manual(s) | ✓ | Returned to supervisor |
| Engineering Notebook(s) | ✓ | Returned to supervisor  patent files left in legal area |
| Company Auto/ Keys | NONE | Returned to supervisor |
| Instrument and Tools | NONE | Returned to supervisor |
| Customer Lead Books | NONE | Returned to supervisor |
| Miscellaneous Items | ✓ | Returned to supervisor |

Comments: _____

_____     8/7/95
Employee Signature            Date

_____     8/7/95
Supervisor's Signature        Date

Please forward this **form to Human Resources** prior to exit interview.