# Exhibit EE

# Lynx Therapeutics, Inc.
## Human Resource Department

### EXIT CHECKLIST

Employee Name: STEVE MACEVICZ    Dept: INT. PROP.

Address: 21890 RUCKER DRIVE
         Street
         CUPERTINO, CA 95014
         City        State    Zip Code

Home Phone Number: (408) 252-4140

Dates of Employment:    From: 9/11/1995    To: 3/30/2001

Termination:    ☒ Voluntary    ☐ Involuntary

Reason for Leaving: RELOCATION

| | |
|---|---|
| Card Key | Mike |
| Desk/File Keys | top drawer/patty |
| Company Materials (lab coats, folders) | desk |
| American Express Card | N/A |
| COBRA Package | mailed |
| 401(k) Plan | OK |
| Borrowed Vacation Reimbursed | N/A |
| Expense Advance | N/A |
| Final Paycheck Issued | (illegible) |

_____    3/29/01
EMPLOYEE SIGNATURE           DATE

_____    3/29/01
EXIT INTERVIEWER SIGNATURE   DATE