# Exhibit GG

Case 3:07-cv-02845-WHA  Document 75-7  Filed 12/20/2007  Page 1 of 5

## Applera Corporation Management Remarks for April 22, 2002 Teleconference

**Peter Dworkin**

Good morning. I am Peter Dworkin, Vice President, Investor Relations, for Applera Corporation.

Early today, Applera announced three strategic developments: first, the appointment of Kathy Ordoñez as Celera Genomic's President; second, a marketing and distribution agreement for the Celera Discovery System between Celera Genomics and Applied Biosystems; and third, the creation of ABI's Knowledge Business.

Present today to discuss these announcements are Tony White, CEO of Applera; Dennis Winger, Applera's Chief Financial Officer; Mike Hunkapiller, president of Applied Biosystems; and Kathy Ordoñez, who is also president of Celera Diagnostics, a joint venture between Applied Biosystems and Celera Genomics. Also on the call are Rob Bennett, director of investor relations for Celera Genomics, and Linda Greub, director of IR for ABI.

During this call we will be making forward-looking statements about Applera's businesses. These statements are subject to the risks and uncertainties that are referred to in the releases issued yesterday and in Applera's filings with the Securities & Exchange Commission.

Before we take your questions, Tony White and Mike Hunkapiller have introductory remarks. Please note that during this call the text of these comments will be posted on the Investor Relations section of the Applera web site and on the separate Investor Relations sites within the Applied Biosystems and Celera Genomics web sites.

**Tony White:**
Good morning. When I became acting president of Celera Genomics in January, I had several priorities. The first priority was to speed the transformation of Celera into a drug discovery and development company with sustainable competitive advantage. The second priority was to build a management structure that would support this transformation. With today's announcement, we have effectively positioned Celera for both of these objectives, while strengthening the competitive position of Applied Biosystems.

I am extremely pleased that we have appointed Kathy Ordoñez President of Celera Genomics, and that Kathy also is continuing as President of Celer a Diagnostics. During the three months that I have been serving as acting President of Celera Genomics, I concluded that what Celera needs most is strong leadership to channel Celera's scientific teams and infrastructure around its discovery and product development mission.

I also came to see that there are opportunities to coordinate further the science being pursued by Celera Genomics and by Celera Diagnostics. With those insights, and after interviewing a variety of external candidates well-known in the industry, I decided that the best candidate was Kathy Ordoñez.

Celera Diagnostics' first year has been most impressive. Kathy has led the formation of the new joint venture, defined its scientific and business strategies, assembled a seasoned staff of over 145 employees, created and validated the technical infrastructure for large-scale disease association studies to identify medically relevant diagnostic markers, and placed the business on a course to contribute to the future of diagnosti c medicine.

Previously, as head of Roche Molecular Systems, Kathy spearheaded development of the leading molecular diagnostics business in the industry, managing an international organization of more than 800 employees at the time she joined Applera.

Quite simply, Kathy has a track record of turning technology into money. She takes scientific concepts and talented people, turns them in the right direction, and good things happen.

During the search for a new president, I determined that proven leadership and business accomplishments are more important considerations than direct drug development experience. More importantly, Applera does not want to build a me-too drug company. We want to develop an enterprise with sustainable competitive advantage through its technology. We became convinced that Kathy would be the best person to achieve that goal.

By facilitating close scientific contact between Celera Genomics and Celera Diagnostics, Kathy's new dual role should be positive for the shareholders of both Celera Genomics and Applied Biosystems. At the same time, the good working relationship Kathy enjoys with me, Mike Hunkapiller and the other members of the Applera executive team should support good communication across all three businesses.

Let me emphasize that while Celera Genomics and Celera Diagnostics may become more scientifically aligned to maximize resources and speed discovery, we are planning no change to our corporate structure. Kathy, I, and the Board of Directors will assure that the Celera Diagnostics joint venture will continue to be managed for the equal benefit of Celera Genomics and Applied Biosystems shareholders.

Today's announcements should indicate that Celera's leadership and priorities are now fully aligned with drug discovery. Kathy has stated that her first goals are to finalize the work initiated to define Celera's organization and strategy for drug discovery.

Let me turn now to today's announcement regarding a marketing and distribution agreement for the Celera Discovery System between Celera Genomics and Applied Biosystems and the creation of AB's new Knowledge Business.

First, let's look at why we believe this is right for Celera and Applera shareholders who own Celera.

As we've stated in recent filings, Applera has been conducting a strategic review of the current Celera online information business because we believe the future value of the current Celera online business could be limited. The Celera online business faces heightened competition from free data produced by publicly funded research, and there is evidence that pure data businesses are not viable in this industry. We concluded that to realize the value potential of Celera's information, it needs to be integrated into a broader platform.

The marketing and distribution arrangement should extend the life of Celera's revenue stream for its Celera Discovery System (CDS) product. Celera will obtain revenue and cash flow from the subscription business volume it has created so far, and Celera will realize royalties from ABI for new Knowledge Business sales over the next 10 years.

Another very important benefit of the arrangement is the fact that it frees up Celera's executive team to focus on building a successful therapeutic discovery and development business - the mission of Celera going forward. The greatest value creation opportunity for Celera is a successful drug discovery and development business. At the same time, and this is also important, Celera will maintain its access to CDS data for Celera's discovery programs and will retain control of intellectual property.

Applera senior management looked at several alternatives for evolving Celera's online information business. Sale to a third party was quickly ruled out because the information and CDS product are strategic to Applera. An attempt to sustain the current pure information business model through increased spending would likely provide an inadequate return on this additional investment. Based on this review, the collective Applera management team concluded that the marketing and distribution agreement with the ABI Knowledge Business would have the best potential to build shareholder value, revenues, and customer satisfaction.

Now let's look at the flip side. Why is this a good business deal for Applied Biosystems and the Applera shareholders who own ABI?

Applied Biosystems has built a successful platform systems business that includes instruments, software and reagents. Its future growth requires providing customers with a broader portfolio of life sciences tools that include

information and services, as well as an expanded e-commerce strategy. By addressing these needs through integration with the Celera Discovery System platform, Applied Biosystems will be in a better position to link information, assays, and analytical tools. The Knowledge Business has the potential to accelerate the growth of ABI assay sales, to pull-through additional platform product sales, and to create new lines of business around integrated services such as bioinformatics, genomic lab services, and laboratory workflow design expertise.

The vision for the new Applied Biosystems Knowledge Business comes from Mike Hunkapiller and his senior team. Mike will now share that vision with you and comment on the implementation plan.

**Mike Hunkapiller:**
Like Tony, I am very pleased that Kathy will lead Celera Genomics while continuing to manage Celera Diagnostics, Applied Biosystems' joint venture with Celera. Before joining the Applera organization, Kathy was a key business partner of the Company for the last decade. During that time, she and her team played a key role in helping to build our strong product portfolio of PCR and DNA sequencing products. Our high regard for Kathy prompted us to encourage her to join Applera to pilot our investment in molecular diagnostics.

I would like to say a few words about the vision for our new Knowledge Business at Applied Biosystem s and the marketing and distribution agreement with Celera for its CDS products. Large-scale biology projects such as the sequencing of the human and other genomes continue to provide a staggering amount of new data and information to the world of biological research. While this information holds the promise of understanding the root cause and, eventually, providing effective treatments for a variety of human ills, its sheer volume and complexity can overcome an individual researcher's ability to use it. Today, the researcher must rely on multiple sources of information to design experiments and answer questions. These sources include genomics information (ranging from raw to annotated sequences), biological information (including gene and protein expression, biochemical pathways, and disease associations), and analytical tools (such as assays, reagents, software, and instrumentation). Scientists need new ways to query this information not only to decipher what is already known about the biological processes they are studying but also to use it to design experiments to test new hypotheses that extend their knowledge.

Applera is in a unique position to provide this capability. Last year, we began a joint program between Applied Biosystems, Celera Genomics, and Celera Diagnostics to validate human gene annotation and resequence the human gene complement in 40-50 individuals to define common sites of genetic variation. This program is providing a large and growing list of newly discovered polymorphisms within genes. Many of these polymorphisms have characteristics suggesting they could play a role in altering the function or expression of the proteins encoded by these genes. This information, along with that from other sources, can be important to solving a host of specific research and health problems.

Applied Biosystems' Assays by Design and Assays on Demand products will provide reagents based on these data that will allow scientists to query specific genetic elements. However, scientists must hav e an efficient means to access, organize, and process the information and reagent sets before they can apply them to their specific research. Experimental design and workflow setup already take them far longer, often many months, to accomplish than does the actual generation of experimental data. This bottleneck is actually becoming more severe as the amount of genetic information increases and the number of required reagents mushrooms.

The focal point of our new Knowledge Business will be an e-commerce platform that will allow scientists to design experiments based on access to the CDS content and bioinformatics tools and, during this process, to select from the large catalog of genomic assays available from our Assays on Demand and Assays by Design portfolio. This seamless integration of biological data with biological reagents in experimental design should allow scientists to more easily gather the collection of reagents they need to understand gene and protein expression, genetic diversity, and pro tein function. We also expect to offer through this portal biological content and tools with pricing structures that make it attractive to tens of thousands of academic and commercial customers. Our goal is to have the first version of this portal operational by early summer. We expect this link between data and content and analytical tools via informatics to generate greater sales than could be generated separately from the CDS online subscriptions and sales of the reagent assay products.

Deborah Smeltzer will lead our new endeavor as Vice President of the Knowledge Business. Most recently, Deborah has been VP of Finance and Business Development at AB. She brings tremendous leadership to her new role including previous experience as the Chief Financial Officer and Vice President of Genset SA and senior management roles with Grotech Capital Group and Baker Watts & Company.

As part of our efforts to foster this enterprise, we are also changing roles and responsibilities of some of the other senior managers at Applied Biosystems. Patrick Carroll, most recently Vice President of our Japanese and Far Eastern sales and service organizations and formerly head of our Americas sales and service group, will take on the newly created position of Senior VP of Worldwide Sales and Service. Joseph Smith, who has led our intellectual property and licensing group, will now head the AB business development group, while Paul Grossman, most recently a senior patent attorney at AB, will assume Joe's previous role. Sandeep Nayyar, currently the AB controller, will take on the senior finance manager position previously held by Deborah. John West, VP of DNA Platform Products, and Laura Lauman, VP of Protein/Small Molecule Platform Products, will join my staff as direct reports and along with Deborah will have primary P&L responsibility for our major business segments. Steve Lombardi, who has served as VP of Applications and Products, will be leaving AB to pursue other interests. Steve has made important contributions to AB's success, and we wish him continued success in his new endeavors.

**Peter Dworkin:** Thank you, Mike. Operator, will you please explain the process for taking questions.

[Q&A}

Thank you for participating in this call today. Management's remarks should now be posted on our web site. The audio replay will be available today by dialing the phone numbers listed in today's press releases.

**Contacts**

    **Applera**
    Investors
    Peter Dworkin
    650.554.2479

    **Applied Biosystems**
    Media
    Lori Murray
    650.638.6130