# Exhibit LL



About Us | Products | Resources | Investors | Careers

SEARCH:

  

Cepheid's executive team has deep roots in DNA-based genetic assessment...

JOHN BISHOP
CHIEF EXECUTIVE OFFICER

CLICK TO VIEW

**Management Team**
   Executive Team
   Board of Directors

Scientific Advisory Board

News and Events

Contact Us

Global Distributors

Media

Community Involvement

## Executive Team



**John L. Bishop**
*Chief Executive Officer*

Mr. Bishop joined us as Chief Executive Officer and as a director in April 2002. Mr. Bishop served as President and a director of Vysis, a genomic disease management company from 1993 to 2002 and as Chief Executive Officer from 1996 to March 2002. From 1991 until November 1993, Mr. Bishop was Chairman and Chief Executive Officer of MicroProbe Corporation, a biotechnology company and, from 1987 until 1991, of Source Scientific Systems, a biomedical instrument manufacturing company. From 1984 to 1986, Mr. Bishop was President and Chief Operating Officer of Gen-Probe, Inc. From 1968 to 1984, Mr. Bishop held various management positions with American Hospital Supply Company and its affiliates, including a three-year assignment in Japan as an Executive Vice President and Chief Executive Officer of International Reagents Corp., a joint venture between American Hospital Supply Company and Green Cross Corporation.



**David H. Persing, M.D., Ph.D.**
*Executive Vice President, Chief Medical & Technology Officer*

Dr. Persing first joined us as a director in May 2004, and then became our Executive Vice President and Chief Medical and Technology Officer in August 2005. Dr. Persing was previously Senior Vice President and Chief Scientific Officer at Corixa Corporation, a Seattle-based biotechnology company, until their acquisition by GlaxoSmithkline in July 2005. From 1990 to 1999 he was a member of the Clinical and Research Faculty of the Mayo Clinic in Rochester, Minnesota where he research programs on hepatitis viruses and tick-borne infections. In 1992 he founded and directed the Molecular Microbiology Laboratory at Mayo Clinic, which pioneered many of the diagnostic techniques used in molecular pathology laboratories today. He has authored over 240 peer-reviewed articles and served as Editor in Chief for 3 textbooks on Molecular Diagnostics, the most recent of which was published by ASM press in December 2004.



**Humberto Reyes**
*Executive Vice President, Operations*

Mr. Reyes joined us as Senior VP, Operations in November 2004 and was promoted to Executive Vice President, Operations in December of 2006. Prior to joining Cepheid, Mr. Reyes was an Operations Consultant with Brownsboro Group, LLC. from September 2003 to November 2004. Prior to joining Brownsboro, Mr. Reyes was a Senior Operations Consultant for EXPERTech Associates, consulting in medical devices and biotech industries from November 2001 to June 2003. Prior to that, he was Head of Operations for OXIS Health Products Inc., which developed, manufactured and marketed products for oxidative research and wellness programs from August 1997 to September 2001. He is an experienced operations executive with more than 25 years of progressive management experience in the diagnostic and related industries. Mr. Reyes' work experience also includes Vice President, Operations, Dade Diagnostics at Baxter; Vice President/General Manager, Chromatography Division, Varian and Associates; and Sr. Vice President, Operations, Microgenics Corporation.



**Russel K. Enns, Ph.D.**
*Senior Vice President, Regulatory and Clinical Affairs, Quality System and Reimbursement*

Dr. Enns joined us as Senior Vice President, Regulatory Affairs, Quality System, Clinical Affairs and Medical Reimbursement in June 2003. Prior to joining Cepheid, Dr. Enns was Divisional Vice President for Regulatory Affairs, Quality System, Clinical Affairs and Medical Reimbursement at Vysis, Inc. a genomic disease management company from 1995 to April 2003. Before joining Vysis, he was Vice President, Technical Affairs of MicroProbe Corporation, a biotechnology company, from 1992 to 1995. Before joining MicroProbe Corporation, he was Director of Product Development, Clinical Programs and Technical Affairs at GenProbe, Inc., a biotechnology diagnostic company, from 1984 to 1992. From 1979 to 1984, Dr. Enns was the Director of Cell Biology at Alpha Therapeutics Corporation, and from 1975 to 1979 he was a Senior Biochemist at Monsanto Corporation. He received his Ph.D. in Biochemistry from University of California at Davis in 1976. Dr. Enns is a charter member and past chair of the CLSI (formerly NCCLS) Area Committee on Molecular Methods, and he is currently a member of the CLSI Board of Directors.



**Robert J. Koska**
*Senior Vice President, Worldwide Commercial Operations*

Mr. Koska joined us as Senior VP, Sales & Marketing in February 2005, and assumed the title of Senior VP, Worldwide Commercial Operations in September 2007. Prior to joining Cepheid, Mr. Koska held various positions with Vysis, Inc. and subsequently Abbott Laboratories since 1996. Mr. Koska's work experience includes Divisional Vice President,

Vysis U.S. and Canadian Sales at Abbott Molecular Diagnostics, and Senior Vice President Worldwide Sales & Marketing, Vysis prior to the Abbott acquisition. Mr. Koska further previously held progressive positions in sales and marketing at DIFCO Laboratories, Inc., Bristol Myers Genetic Systems Corporation, and J&J's Ortho Diagnostic Systems, Inc. Mr. Koska has an MBA, Marketing Emphasis, from the University of Michigan, Ann Arbor, MI, and a BS degree in Medical Technology from Wayne State University, Detroit, MI. Mr. Koska is an experienced sales and marketing executive with more than 25 years of progressive management experience in the diagnostic industry.



**John R. Sluis**
*Senior Vice President, Finance and Chief Financial Officer*

Mr. Sluis joined us as Vice President, Finance and Chief Financial Officer in July 2002. Prior to joining Cepheid, Mr. Sluis was Senior Vice President and Chief Financial Officer of Vysis, a genomic disease management company from June 2000 through February 2002. Before joining Vysis, he held various senior financial management positions at Sanofi Diagnostics, a medical diagnostic company, from 1989 through 1999, including serving as its Chief Financial Officer for North American Operations from 1989 to 1994, Chief Financial Officer for its worldwide operations headquartered in France from 1994 to 1997, and concluding as Chief Executive Officer for North American Operations from 1997 to 1999. From 1985 through 1988, Mr. Sluis was Vice President and Chief Financial Officer of Gen-Probe, Inc. From 1974 to 1985 Mr. Sluis held a number of financial management positions with American Hospital Supply Corporation concluding as Vice President and Controller of the American Dade Division from 1980 to 1985.



**JOSEPH H. SMITH, C. PHIL.**
*Senior Vice President, Legal/Business Development*

Mr. Smith joined us in June 2003 and now serves as Sr. Vice President and General Counsel. He has been Secretary of the Corporation since March 2004. From 1989 to April 2002, Mr. Smith was Vice President of Intellectual Property at Applied Biosystems Group and its predecessors, a biotechnology research equipment company, and during 2002-2003 was its Senior Vice President for Business Development. Prior to Applied Biosystems, Mr. Smith was a partner in the law firm of Wiseman, Jones, and Smith; he was also a memeber of the Technical Legal Department of Hewlett-Packard.



**NICKI BOWEN**
*Vice President, Engineering*

Nicki Bowen became Vice President, Engineering in August 2004. Joining Cepheid in 1999, she had previously held the positions of Director, Software and System Integration, and Director, Software Engineering. Before Cepheid, Ms. Bowen was Director of Instrument Development, Dade Behring, San Jose. She has held a variety of

progressive engineering and engineering management positions in the diagnostics and laboratory equipment industries, including positions at Behring Diagnostics, Syva, and Hamilton Company.



**LEE CHRISTEL, Ph.D.**
*Vice President, Research and System Integration*

Dr. Christel has a Ph.D. in Applied Physics and over 20 years of commercial experience in developing micromachined devices, integrated instrumentation, and fluidic systems, and transferring them to production. He has been with Cepheid since its inception in 1996. He was formerly Vice President of Product Engineering at Redwood Microsystems, responsible for new product development of fluidic control systems. As a senior research staff member and Manager of Technology Development at Lucas NovaSensor from 1988 to 1993, he brought a range of micromachined products to market, including pressure sensors, accelerometers, and microwave power detectors.



**Peter J. Dailey, Ph.D.**
*Vice President, Research and Development*

Dr. Dailey joined us as Vice President, Research and Development, in June 2006. Most recently, Dr. Dailey was the Senior Director of the Department of Infectious Disease in Discovery Research at Roche Molecular Systems, Inc. He is a microbiologist and virologist by training and has worked in the field of diagnostic microbiology for the last 25 years. Dr. Dailey worked as a Public Health Microbiologist at the California State Dept. of Health's Viral & Rickettsial Disease Laboratory in Berkeley in the 1980s on the development of diagnostic assays for HIV ant HTLV. He also worked many years as a Clinical Laboratory microbiologist in medical centers, hospitals, and reference laboratories. Beginning in 1990, he was employed at Chiron Diagnostics (now Bayer Diagnostics) working on the research, development, and application of nucleic acid probe assays, in particular viral load assays for HCV, HIV, and SIV. He has served as a subcommittee member on the NCCLS committee revising Guidelines for Molecular Diagnostic Methods for Infectious Diseases and has authored or co-authored more than 35 peer-reviewed papers as well as several book chapters and reviews on infectious disease nucleic acid diagnostic assays.



**Sandra Finley**
*Vice President, Marketing*

Ms. Finley joined us in September 2006 as Vice President, Marketing. Prior to joining Cepheid, Ms. Finley was Sr. Director, Market Development for Molecular Diagnostics at Affymetrix. Prior to Affymetrix, she has held a variety of progressive sales and marketing positions in the diagnostic industry, including positions at Abbott Molecular Diagnostics/Vysis, Sysmex Corporation, and Cardinal Healthcare (Allegiance/Baxter

Healthcare). She has more than 20 years experience in the clinical diagnostic industry.



**Rick Fletcher**
*Vice President, Regulatory Compliance and Quality Systems*

Mr. Fletcher joined us in April 2007 as Vice President, Regulatory Compliance and Quality Systems.  Prior to joining Cepheid, Mr. Fletcher was Director, Molecular Diagnostics Operations for Veridex, LLC a Johnson & Johnson company.  At Veridex he was a member of the team that developed and manufactured the recently FDA approved GeneSearch BLN Test Kit which utilizes the Cepheid SmartCycler.  Mr. Fletcher has held positions at Gen-Probe, Roche Molecular Systems, ID Biomedical, Amersham Pharmacia, Johnson & Johnson Clinical Diagnostics and Biosense Webster. Mr. Fletcher has more than 20 years experience in the clinical diagnostic industry in the areas of R&D, Quality Control, Operations and Quality Assurance.



**Kerry Flom, Ph.D.**
*Vice President, Clinical Affairs and Regulatory Submissions*

Most recently, Dr. Flom was Sr. Director, Clinical Affairs and Regulatory Submission for Abbott Molecular Diagnostics (2001-2004). Prior to Abbott, Dr. Flom directed the clinical affairs departments at Vysis, Inc., Baxter Healthcare Corporation - Cardiovascular Group (presently Edwards Lifesciences), and Oncor Inc. Before joining Oncor, Dr. Flom has held clinical and R&D positions at Boehringer Mannheim Corporation (presently Roche Diagnositics), Behring Diagnostics, and Ciba Corning.



**LAURIE KING**
*Vice President, Human Resources*

Formerly Vice President, Human Resources of Incyte, Risk Management Solutions, and the American Electronics Association, and Director, Human Resources of Extricity. Ms. King has over 20 years experience in Human Resources and is a member of the Bay Area Human Resources Executives Council.



**Michael Myhre**
*Vice President, Corporate Controller*

Mr. Myhre joined us as Vice President, Corporate Controller, in January 2007.  Prior to joining Cepheid, Mr. Myhre was Corporate Controller for Packeteer, a leading provider in WAN Application Delivery systems and before that he was Vice President of Finance for Equator Technologies, a privately held, fabless semiconductor company.   In addition, he has held management positions at Symantec and VLSI Technologies since beginning his career at KPMG International. Mr. Myhre has over twenty years of experience in various Finance and Accounting related areas and he holds a B.S. in Accounting from Santa Clara University and is a Certified Public Accountant.



**Vincent M. Powers**
*Vice President, Intellectual Property*

Mr. Powers joined us as Vice President of Intellectual Property in April 2007.  Most recently, he was Director of Chemical Patent Practice with the Applied Biosystems Group of Applera Corporation, where he worked as a patent attorney from 1999 until March 2007.  Prior to working at ABI, he was a patent agent and then patent attorney with Dehlinger & Associates in Palo Alto from 1992 to 1999. He received a B.S. in Chemistry from Caltech, a Ph.D. in Pharmaceutical Chemistry from UCSF, and a J.D. from Santa Clara University School of Law.



**Jan Steuperaert**
*Vice President, Information Technology*

Mr. Steuperaert became Vice President, Information Technology in June 2007. Joining Cepheid in 2002, he has previously participated in setting up and developing the European subsidiary, where he held the position of Managing Director. Prior to joining Cepheid, he was Managing Director of the European division of Vysis inc., and has held a variety of management positions in the medical device industry, including Teleflex. Mr. Steuperaert is a design engineer for Aeronautics, from the Ecole Nationale Supérieure d'Ingénieurs de Constructions Aéronautiques in Toulouse, France.



**Emily S. Winn-Deen, Ph.D.**
*Vice President of Strategic Planning and Business Development*

Dr. Winn-Deen came to Cepheid from Roche Molecular Systems in Pleasanton, CA where she led the genomics business group where her team created the overall market strategy and individual business plans for each of that group's diagnostic products. Her career has included development of clinical chemistry reagents, urinalysis strips, immunoassays, and DNA diagnostics. At Applied Biosystems, Dr. Winn-Deen managed the team developing a DNA diagnostic for cystic fibrosis, and as director of diagnostics R&D at Oncor, Inc. she led the team developing novel DNA-based cancer assays including the first FDA approved test for HER2/neu. While at Celera Genomics she established their high-throughput genotyping laboratory, and then directed their genotyping services business. Dr. Winn-Deen received her B.S. in Chemistry from Lehigh University, her Ph.D. in Chemistry from Boston University, and has over 25 years of experience in diagnostics product development.