# Exhibit MM

Case 3:07-cv-02845-WHA     Document 75-12     Filed 12/20/2007     Page 1 of 3

# Applied Biosystems Completes Acquisition of Agencourt Personal Genomics, Developer of Genetic Analysis Technologies

**FOSTER CITY, CA – July 11, 2006**
– Applied Biosystems Group (NYSE: ABI), an Applera Corporation business, today announced that it has completed its previously announced acquisition of Agencourt Personal Genomics (APG), a privately-held developer of next-generation genetic analysis technologies, for approximately $120 million in cash.

APG's massively parallel fluorescence sequencing by stepwise ligation technology is a novel, extremely high throughput approach to DNA/RNA analysis. Applied Biosystems expects APG's technology to be complementary to current Applied Biosystems platforms and applicable to many genetic analysis applications, including de novo genome sequencing, medical sequencing, high throughput gene expression, and high throughput genotyping.

"We are very excited about the possibilities for APG technology and currently plan to place initial systems with early-access customers during calendar 2007," said Catherine M. Burzik, President of Applied Biosystems.

The APG R&D team will continue to be based in Beverly, MA, and will join the Applied Biosystems next-generation team reporting into the Molecular and Cell Biology Division of Applied Biosystems in Foster City, California.

APG was incorporated in January 2005 as a separate entity owned by Agencourt Bioscience Corporation. Since the acquisition of Agencourt Bioscience Corporation by Beckman Coulter, Inc. in May 2005, Beckman Coulter has owned 49% of APG, with 51% owned by other shareholders, including APG management.

**About Genetic Analysis**
Several technologies are currently used to analyze DNA and RNA, including sequencing, microarrays, and real-time PCR (polymerase chain reaction). Applied Biosystems has product offerings based on each of these broad technologies. It has been a pioneer in DNA sequencing since 1986.

**About Applera Corporation and Applied Biosystems**
Applera Corporation consists of two operating groups. The Applied Biosystems Group serves the life science industry and research community by developing and marketing instrument-based systems, consumables, software, and services. Customers use these tools to analyze nucleic acids (DNA and RNA), small molecules, and proteins to make scientific discoveries and develop new pharmaceuticals. Applied Biosystems' products also serve the needs of some markets outside of life science research, which we refer to as "applied markets," such as the fields of: human identity testing (forensic and paternity testing); biosecurity, which refers to products needed in response to the threat of biological terrorism and other malicious, accidental, and natural biological dangers; and quality and safety testing, for example in food and the environment. Applied Biosystems is headquartered in Foster City, CA, and reported sales of nearly $1.8 billion during fiscal 2005. The Celera Genomics Group uses proprietary genomics and proteomics discovery platforms to develop molecular diagnostic products and to identify and validate novel drug targets. Celera maintains a strategic alliance in molecular diagnostics with Abbott Laboratories. In addition, Celera is developing new molecular diagnostic and pharmacogenomic assays outside of its alliance with Abbott. Therapeutic antibodies against Celera-discovered drug targets are being advanced through strategic partnerships. Information about Applera Corporation, including reports and other information filed by the company with the Securities and Exchange Commission, is available at http://www.applera.com, or by telephoning 800.762.6923. Information about Applied Biosystems is available at http://www.appliedbiosystems.com/.

**Applied Biosystems Forward Looking Statements**
Certain statements in this press release are forward-looking. These may be identified by the use of forward-looking words or phrases such as "should," "expect," and "planned," among others. These forward-looking statements are based on Applera Corporation's current expectations. The Private Securities Litigation Reform Act of 1995 provides a "safe harbor" for such forward-looking statements. In order to comply with the terms of the safe harbor, Applera Corporation notes that a variety of factors could cause actual results and experience to differ materially from the anticipated results or other expectations expressed in such forward-looking statements. These factors include but are not limited to (1) risks associated with integrating APG's technology, operations, people, and systems, which may not be successful and which may result in unanticipated costs; (2) failure to achieve revenue synergy anticipated to result from the APG acquisition; (3) risks that APG's intellectual property may not result in the anticipated technological advances, and that such advances even if

achieved may not be successfully developed into a commercial product; (4) sales of new products are dependent on customer acceptance, and rapidly changing technology could adversely affect demand for Applied Biosystems' products, including products expected to result from the APG acquisition; (5) uncertainty regarding Applied Biosystems' ability to manufacture new products to meet customer demand in a timely and cost-effective manner, including new products expected to result from the APG acquisition; (6) risks associated with lawsuits, arbitrations, investigations, and other legal actions with private parties and governmental entities, particularly involving claims for infringement of patents and other intellectual property rights as a result of our acquisition of APG and use, development, and commercialization of its technology, and the possibility that Applied Biosystems may need to license intellectual property from third parties to avoid or settle such claims; (7) product sales are dependent on customers' spending policies and funding for government-sponsored research, which may not increase as rapidly as expected, may be frozen at current levels, or which may be subject to significant and unexpected decreases; (8) Applied Biosystems' dependence on the operation of computer hardware, software, and Internet applications and related technology for its businesses; and (9) other factors that might be described from time to time in Applera Corporation's filings with the Securities and Exchange Commission. All information in this press release is as of the date of the release, and Applera does not undertake any duty to update this information, including any forward-looking statements, unless required by law.

Copyright 2006. Applera Corporation. All Rights Reserved. AB (Design), Applied Biosystems and Celera are registered trademarks, and Applera, and Celera Genomics are trademarks of Applera.

**Contacts**

    **Applera**
    Media and Investors
    Ana Kapor
    650.638.6227

    **Applied Biosystems**
    Investors
    Peter Fromen
    650.638.5828