# Exhibit OO

SPECIFICATION SHEET SOLiD™ System



## Key Features

- Sample preparation support for fragment and mate-paired libraries with insert sizes up to 10 kb
- Single molecule amplification using emulsion PCR and bead enrichment
- High-density bead deposition on open glass slide format—one, four, or eight segments per slide
- Independently controlled dual flow cells for one or two slide operation
- Robust ligation-based sequencing chemistry with novel 2 base encoding system and ability to repeat selected ligation steps
- Integrated system computers with real-time data analysis and web-based instrument run monitoring
- Unique software provides alignment, variant identification, and quality scores; data output based on public standard formats

## Overview

The Applied Biosystems SOLiD™ System is a revolutionary genetic analysis platform that enables massively parallel sequencing of clonally amplified DNA fragments linked to beads. The sequencing methodology is based on sequential ligation with dye-labeled oligonucleotides. The ultra high throughput capability and unmatched accuracy inherent in the SOLiD System, coupled with broad application flexibility, provide a unique system for advancing research like never before.

## Key Benefits

### Ultra High Throughput
The SOLiD System generates more than three gigabases of mappable data* per run. Increased bead yields, improved bead enrichment methods, higher density bead packing, and improved feature-finding software will allow for rapid gains in throughput from the same system.

### Extreme Accuracy
The SOLiD System features 2 base encoding, a proprietary mechanism that interrogates each base twice. The 2 base encoding algorithms filter raw errors following sequencing, providing built-in error correction. Ligase enzymology provides significantly higher fidelity than polymerase enzymology, dramatically reducing errors associated with mis-incorporated bases. Cleavage-based activation for the ligation reaction eliminates dephasing, a well characterized problem of other next-generation sequencing chemistries. The built-in primer reset function at given intervals decreases background noise and error rates. Together these features result in raw accuracy greater than 99.94% and a consensus accuracy at 15X coverage of 99.999%.

### A Scalable and Versatile System
The SOLiD System's innovative high-density bead deposition on glass slides allows a high degree of flexibility in the number of samples that can be run per slide today and in the future. Customized slide formats maximize the number of beads per slide, thus increasing data output. With two slides per run, up to 16 samples can be processed at once. Independently controlled dual flow cells enable processing of two separate, independent slides with multiple samples.

### Broad Application Flexibility
With high accuracy, ultra high throughput and system versatility, the SOLiD System supports a wide range of applications. Mate-paired sequence analysis coupled with the system's high accuracy enables detection and resolution of sequence variation, including SNPs (single nucleotide polymorphisms), gene CNVs (copy number variations), duplications, inversions, insertions, and deletions. Mate-paired libraries made with large insert sizes are required for the analysis of complex genomes such as human, mouse and other model organisms. The SOLiD System is ideal for tag-based applications such as gene expression and ChIP, where a large number of reads are required. Ultra high throughput provides greater sensitivity for the detection of lowly expressed genes, which are difficult to detect with hybridization arrays.

# The SOLID Solution

## SOLiD™ System

The SOLiD System includes the SOLiD™ Analyzer and three pieces of ancillary equipment.

The Analyzer is comprised of:
- Instrument components
- Computer system
- SOLiD™ Software Suite

The pieces of ancillary equipment are:
- SOLiD™ Emuls-O-Matic™ Device
- Hydroshear® from Genomic Solutions®
- Covaris™ S2 System

## SOLiD™ Consumables
- SOLiD™ Library Oligos
- SOLiD™ ePCR Kit
- SOLiD™ Buffer Kit
- SOLiD™ Bead Enrichment Kit
- SOLiD™ Bead Deposition Kit
- SOLiD™ Slide Kit
- SOLiD™ Fragment Library Sequencing Kit
- SOLiD™ Mate-Paired Library Sequencing Kit
- SOLiD™ Sequencing Probes Kit
- SOLiD™ Instrument Buffer Kit
- SOLiD™ DH10B Fragment Library Control Kit
- SOLiD™ DH10B Mate-Paired Library Control Kit
- SOLiD™ Library Titration Reagent

# SOLiD™ Analyzer

## SOLiD™ Instrument Components

The SOLiD™ Instrument consists of the following components:
- Reagent delivery system
- Camera (4 megapixel)
- Independently controlled dual flow cells
- Electronics
- Monitor stand
- Liquid waste container

## Operating Environment
- Temperature: 15°C–25°C
- Room temperature should not fluctuate ±5°C per 24-hour period
- Humidity: 20%–80% (noncondensing)

## Power Requirements
- 200–240 V (+/- 10%)
- 50–60 Hz (+/- 10%)
- Maximum current: 25 amps
- Power dissipation: ~5000 W

## Dimensions
- Width: 163.5 cm
- Depth: 60 cm
- Height: 178 cm
- Weight: ~363 kg

## SOLiD™ Computer System

The SOLiD™ Computer system consists of the following components:
- 19-inch flat screen monitor, mouse and keyboard
- Instrument controller computer
- Head node
- Compute nodes (3)
- Shared storage



Labels: Reagent delivery system; Camera; Independently controlled dual flow cells; Monitor stand; Electronics; Computer system; Liquid waste container

- Smart Switch
- Power distribution units (2)
- Power cords (2), attached

## SOLiD™ Software Suite

The SOLiD™ Software Suite consists of the following components:
- Image Control Software
- Image Analysis Software
- Modular Analysis Pipeline
- SOLiD™ Experimental Tracking Software

## Instrument Controller
- Hardware: Intel® Xeon® processors
- Operating system: Microsoft® Windows® XP Professional, Service Pack 2
- Installed RAM: 4 GB
- Hard disk storage: dual 80 GB SATA hard drives (RAID-1)
- Peripheral: CD-RW/DVD ROM, 19-inch flat screen monitor, keyboard, mouse

## Head Node
- Hardware: Intel® Xeon® Dual Core processors (2)
- Operating system: 64-bit LINUX
- Installed RAM: 8 GB
- Hard disk storage: dual 750 GB SATA hard drives (RAID-1)

## Compute Nodes (each)
- Hardware: Intel® Xeon® Dual Core processors (2)
- Operating System: 64-bit LINUX
- Installed RAM: 8 GB
- Hard disk storage: 80 GB SATA hard drives

## Storage
- Hard disk storage: fifteen 750 GB SATA hard drives
- Operating system: 64-bit LINUX
- RAID-5 w/ hot spare

## Smart Switch
- 16 port gigabit Smart Switch (NetGear ProSafe GS716T)



### Power Distribution Units
- APC switch rack PDU (2) with 16 output connector

## SOLiD™ Emuls-O-Matic™ Device

### Instrument Components
The SOLiD™ Emuls-O-Matic™ Device consists of a vortexer and customized adaptor.

### Operating Environment
- Temperature: 15°C–25°C
- Room temperature should not fluctuate ±5°C per 24-hour period
- Humidity: 20%–80% (noncondensing)

### Power Requirements
- US: 120 V (+/- 10%), 60 Hz (+/- 10%)
- Japan: 100 V, 50–60 Hz
- International: 220–240 V, 50–60 Hz
- Current: 0.75 amps
- Power dissipation: ~150 W

### Dimensions
- Width: 16.3 cm
- Depth: 20.2 cm
- Height: 33 cm
- Weight: ~5 kg

## Hydroshear® from Genomic Solutions®

### Instrument Components
When purchased through Applied Biosystems, the Hydroshear from Genomic Solutions consists of the following components:
- Base unit equipped with a 500 µL syringe
- Shearing control software compatible with Microsoft® Windows® 95 and NT® operating systems
- Standard shearing assemblies (4)
- Power cord
- RS-232 cord and connectors
- Tool kit assembly

### Operating Environment
- Temperature: 15°C–25°C
- Room temperature should not fluctuate ±5°C per 24-hour period
- Humidity: 20%–80% (noncondensing)

### Power Requirements
- 100 to 250 V
- 50–60 Hz
- 1.6 amps

### Dimensions
- Width: 13 cm
- Depth: 25 cm
- Height: 30 cm

## Covaris™ S2 System

### System Components
When purchased through Applied Biosystems, the Covaris S2 System consists of the following components:
- Covaris S2 Machine
- Covaris 2-series machine holder for (one) 1.5 mL microfuge tube
- Covaris 2-series machine holder for (one) tube (13 x 65 mm)
- Dell™ Latitude laptop computer
- MultiTemp™ III Thermostatic Circulator

### Operating Environment
- Temperature: 15°C–32°C
- Maximum humidity: 80% at 31°C; 50% at 40°C

### Power Requirements for Covaris S2 Machine
- US: 120 V (+/- 10%), 60 Hz (+/- 10%)
- Japan: 100 V, 50–60 Hz
- International: 220–240 V, 50–60 Hz

### Dimensions for Covaris S2 Machine
- Width: 21 cm
- Depth: 52 cm
- Height: 31 cm

### Power Requirements for MultiTemp™ III Thermostatic Circulator
- 95–132 VAC, 60 Hz
- 95–125 VAC, 50 Hz
- 198–253 VAC, 50 Hz
- Power dissipation: ~1200 W

### Dimensions for MultiTemp III Thermostatic Circulator
- Width: 22 cm
- Depth: 42 cm
- Height: 48 cm
- Weight: ~28 kg

### Minimum Computer Requirements for SOLiD™ Covaris S2 System
- Hardware: Celeron 430, 1.73 GHz
- Operating system: Microsoft® Windows® XP Professional, Service Pack 2
- Installed RAM: 512 MB
- Hard disk storage: 80 GB hard drive

## SOLiD™ System Specifications

**Library Type**
- Mate-paired libraries (insert sizes between 600 bp to 10 kb)
- Fragment libraries

**Starting Material Type**
DNA or cDNA isolated from blood, BAC, plasmids, fosmids, tissue (high tumor load), PCR products

**Amount of Starting Material**
- Up to 10 µg for fragment library
- Up to 30 µg for mate-paired library

**Slide Configuration**
1 or 2 slides per run

**Number of Samples**
- 1 to 8 samples/slide
- 1 to 16 samples/run

**Raw Base Accuracy**
Greater than 99.94% accuracy due to 2 base encoding

**Consensus Base Accuracy**
Greater than 99.999% accuracy at 15X coverage

**TABLE 1.** Data Output per Slide

| Library Type | Read Length | Typical Mappable* Output/Slide | Number of Slides/Run | Number of Days/Run |
|---|---|---|---|---|
| Fragment Library | 35 bases | 1–1.5 GB | 1–2 | Up to 8 days/run |
| Mate-Paired Library | 2 x 25 bases | 1.5–2 GB | 1–2 | Up to 10 days/run |

\* The definition of "mappable" is for a defined read-length (25 or 35), at least 50% of the beads will have zero or one error when aligned to reference, and no more than 50% of the beads will have two or three errors when aligned to reference.

**ORDERING INFORMATION**

| Description | Part Number |
|---|---|
| SOLiD™ System (110 V) | 4381967 |
| SOLiD™ System (220 V) | 4392719 |
| SOLiD™ Analyzer† | 4387830 |
| SOLiD™ Emuls-O-Matic™ Device (115 V) | 4387831 |
| SOLiD™ Emuls-O-Matic™ Device (230 V) | 4392278 |
| Hydroshear® from Genomic Solutions® (110 V) | 4392889 |
| Hydroshear® from Genomic Solutions® (230 V) | 4392890 |
| Covaris™ S2 System (110 V) | 4387833 |
| Covaris™ S2 System (220 V) | 4392718 |

† The SOLiD Analyzer comes with multiple voltage power cords.

For Research Use Only. Not for use in diagnostic procedures.

© 2007 Applied Biosystems. Applera, Applied Biosystems, and AB (Design) are registered trademarks and SOLiD is a trademark of Applera Corporation or its subsidiaries in the US and/or certain other countries.
All other trademarks are the sole property of their respective owners.

Printed in the USA, 10/2007  Publication 106SP09-02



**Headquarters**
850 Lincoln Centre Drive | Foster City, CA 94404 USA
Phone 650.638.5800 | Toll Free 800.345.5224
www.appliedbiosystems.com

**International Sales**
For our office locations please call the division headquarters or refer to our Web site at
www.appliedbiosystems.com/about/offices.cfm