**Applied Biosystems**

Store Log In  My Account
Shopping Basket  Order Inquiry

SEARCH — All Sections

Home | Products & Services | Support | About Us

# GENOMICS SHOWCASE

Sequencing • Mutation Detection • Genotyping • Gene Expression • PCR

Summer 06 - North America

## Featured Product

### Next Generation of Sequencing Technology



## Applied Biosystems Acquires Agencourt Personal Genomics

**Continuing Our 25-Year Tradition of Next-Generation Technologies**
Twenty-five years ago, Applied Biosystems began a proud tradition of developing advanced, automated instrument systems for life science research. Having recently acquired Agencourt Personal Genomics, we are now ready to usher in the next generation of sequencing technology that will complement our complete workflow solutions. This new entity will be known as the AB Advanced Genetic Analysis Corporation.

**Hundreds of Millions of Bases in a Single Run** The novel Agencourt Personal Genomics technology—massively parallel sequencing by ligation—comprises a simple setup with sensitive multicolor fluorescent detection. Single-tube sample preparation, combined with high-throughput, multicolor fluorescence imaging, results in near digital data and enables the paired-end analysis of many hundreds of megabases in a single run.

**Gene Expression, Genotyping, and Resequencing**
The synergy of Applied Biosystems and Agencourt Personal Genomics technologies offers the best combination of performance, throughput, and cost-effectiveness available. The ability to perform gene expression, genotyping, and resequencing applications on a single instrument provides application flexibility and scalability that is unmatched with competing next-generation platforms.

**Integration of CE and Next-Generation**
Our well-established suite of genetic analysis solutions, applications support, and service, incorporated with Agencourt Personal Genomics technologies, ensures our continued legacy of excellence. Our outstanding portfolio of single-molecule technologies and capillary electrophoresis makes Applied Biosystems the leader in genetic analysis now and in the future, providing integrated solutions for every need.

Learn more on the integration of Agencourt Personal Genomics with Applied Biosystems and the next generation in genetic analysis.

### Product Information

ABI PRISM® 310 Genetic Analyzer

Applied Biosystems 3130 Genetic Analyzer

Applied Biosystems 3130*xl* Genetic Analyzer

Applied Biosystems 3730 DNA Analyzer

Applied Biosystems 3730*xl* DNA Analyzer

### Related Reagents and Consumables

SNaPshot® Kit

### Related Software

Sequence Scanner Software

Sequencing Analysis Software

SeqScape® Software

GeneMapper® Software

Methyl Primer Express® Software

VariantSEQr™ Resequencing System

› Have a Representative Contact Me

› For Product Information call 877.282.5700

› Refer a Colleague

› Back to Main Page

*Information subject to change without notice.*

Investors & Media | Careers | Site Map | Contact Us | Customer Feedback

**Worldwide Sites:** North America | Australia | Europe | Japan | China | Taiwan | Korea | Singapore | Hong Kong | Brazil    Ambion

Privacy Policy | Terms of Use | Sales & License Terms & Conditions    © Copyright 2007 Applied Biosystems. All Rig