# EXHIBIT D

1    KEVIN M. FLOWERS (admitted *pro hac vice*)
     THOMAS I. ROSS (admitted *pro hac vice*)
2    JEFFREY H. DEAN (admitted *pro hac vice*)
     GREGORY E. STANTON (CA Bar No. 203495)
3    JOHN R. LABBE (admitted *pro hac vice*)
     MARSHALL, GERSTEIN & BORUN LLP
4    6300 Sears Tower
     233 South Wacker Drive
5    Chicago, IL 60606-6357
     (312) 474-6300
6    (312) 474-0448 (facsimile)
     E-Mail: kflowers@marshallip.com
7    E-Mail: tross@marshallip.com
     E-Mail: jdean@marshallip.com
8    E-Mail: gstanton@marshallip.com
     E-Mail: jlabbe@marshallip.com
9

10   STEPHEN M. HANKINS
     SCHIFF HARDIN LLP
11   One Market
     Spear Street Tower, 32nd Floor
12   San Francisco, CA 94105
     (415) 901-8756
13   (415) 901-8701 (facsimile)
     E-Mail: SHankins@schiffhardin.com
14
     Attorneys for Defendants
15   ILLUMINA, INC. and SOLEXA, INC.

16                     UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
18

19   APPLERA CORPORATION-APPLIED          )  Case No. CV 07-02845 WHA
     BIOSYSTEMS GROUP, a Delaware          )
20   corporation,                          )  Judge William H. Alsup
                                           )
21          Plaintiff,                     )  **FIRST SUPPLEMENTED INITIAL**
                                           )  **DISCLOSURES OF DEFENDANTS**
22      vs.                                )  **ILLUMINA, INC. AND SOLEXA, INC.**
                                           )  **PURSUANT TO FEDERAL RULE OF**
23   ILLUMINA, INC., a Delaware corporation, )  **CIVIL PROCEDURE 26(a)(1)**
     SOLEXA INC., a Delaware corporation, and )
24   STEPHEN C. MACEVICZ, an individual,    )
                                           )
25          Defendants.                    )
                                           )
26   _____       )

27

28

1    Defendants Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") make the following

2    initial disclosures to Applera Corporation-Applied Biosystems Group ("AB") pursuant to Federal

3    Rule of Civil Procedure 26(a)(1). These initial disclosures are based on information reasonably

4    available to Illumina at this time. Illumina may amend or supplement these disclosures based

5    upon its continuing investigations and discovery.

6    **(A)    The name and, if known, the address and telephone number of each**
     **individual likely to have discoverable information that the disclosing party**
7    **may use to support its claims or defenses, unless solely for impeachment,**
     **identifying the subjects of the information.**
8

9    The individuals listed below may have knowledge of discoverable information that

10   Illumina may use to support its claims or defenses in this case, unless solely for impeachment.

11   Any individuals listed below with "Illumina" as their address and telephone number may be

12   contacted through counsel for Illumina. Illumina may amend or supplement the disclosures

13   below based upon its continuing investigations and discovery.

| Person | Address & Telephone No. | Subjects of Information |
|---|---|---|
| John West | Illumina | Knowledgeable about the business of Solexa, Inc. and its acquisition of Lynx Therapeutics, Inc. ("Lynx"). |
| Colin Barnes | Illumina | Awareness of AB's DNA sequencing technology and its coverage by the claims of the patents-in-suit. |
| Stephen Macevicz | Mr. Macevicz is a party to this litigation and may be contacted through his counsel of record. | Knowledgeable about the inventions claimed in the patents-in-suit, the ownership of the patents-in-suit, and the nature and terms of his employment with AB and Lynx. |
| Paul Grossman | Invitrogen Corporation 1600 Faraday Avenue PO Box 6482 Carlsbad, CA 92008 (760) 603-7200 | Knowledgeable about the circumstances surrounding Stephen Macevicz's inventions claimed in the patents-in-suit. |
| Sam Eletr | Unknown | Knowledgeable about the ownership of the patents-in-suit and the nature and terms of Stephen Macevicz's employment with AB and Lynx. |
| Sydney Brenner | Unknown | Knowledgeable about Lynx's involvement in DNA sequencing technology. |

-2-

| Person | Address & Telephone No. | Subjects of Information |
|---|---|---|
| Michael Hunkapiller | Alloy Ventures<br>400 Hamilton Avenue<br>4th floor<br>Palo Alto, CA 94301<br>(650) 687-5000 | Knowledgeable concerning the terms of Stephen Macevicz's employment with AB, the terms of Stephen Macevicz's termination of his employment with AB, the circumstances under which Stephen Macevicz left AB and went to work for Lynx, the ownership of the patents-in-suit, AB's commercial and developmental technologies, and the nature of the business of AB and Lynx. |
| Joseph Smith | Cepheid, Inc.<br>904 Caribbean Drive<br>Sunnyvale, CA 94089<br>(408) 541-4191 | Familiar with Stephen Macevicz's independent development of inventions and filing of patent applications; knowledgeable about Stephen Macevicz's employment with AB; knowledgeable concerning the terms of Stephen Macevicz's employment with AB, the terms of Stephen Macevicz's termination of his employment with AB, and the circumstances under which Stephen Macevicz left AB and went to work for Lynx; may be knowledgeable about Stephen Macevicz's assignment of rights in the patents-in-suit to Lynx. |
| Vincent Powers | Cepheid, Inc.<br>904 Caribbean Drive<br>Sunnyvale, CA 94089<br>(408) 541-4191 | Knowledgeable about the prosecution of the patents-in-suit and may be knowledgeable about Stephen Macevicz's assignment of rights in the patents-in-suit to Lynx; may be knowledgeable about Stephen Macevicz's independent development of inventions and filing of patent applications; may be knowledgeable about Stephen Macevicz's former employment with AB. |
| LeeAnn Gorthey | Perkins Coie LLP<br>1120 N.W. Couch St.<br>10th Floor<br>Portland, Oregon<br>(503) 727-2000 | Knowledgeable about the prosecution of the patents-in-suit and may be knowledgeable about Stephen Macevicz's assignment of rights in the patents-in-suit to Lynx. |
| Andre Marion | Unknown | AB's commercial and developmental technologies up to February 1995. |

In addition to the above-listed individuals, Illumina identifies, and incorporates herein, all individuals disclosed by all other parties to this action in their initial disclosures. Discovery and Illumina's investigation of this matter are ongoing. Accordingly, Illumina reserves the right to seasonably supplement these disclosures in accordance with the Federal Rules of Civil Procedure and the local rules.

-3-

**(B)** **A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Documents, including electronically stored information, concerning Stephen Macevicz's employment with Lynx Therapeutics, Inc. are located at Illumina's offices in Hayward, California and/or at the offices of Marshall, Gerstein & Borun LLP in Chicago, Illinois. Documents, including electronically stored information, concerning the ownership, preparation, and prosecution of the patents-in-suit are located at Illumina's offices in Hayward, California, at the offices of Marshall, Gerstein & Borun LLP in Chicago, Illinois, and/or at the offices of Perkins Coie LLP. Documents, including electronically stored information, concerning the business operations of Lynx Therapeutics, Inc. and Solexa, Inc. are located at Illumina's offices in Hayward, California and/or at the offices of Marshall, Gerstein & Borun LLP in Chicago, Illinois.

**(C)** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Illumina seeks damages adequate to compensate it for AB's infringement of U.S. Patent Nos. 5,750,341; 5,969,119; and 6,306,597. Illumina is unable to compute its damages without an accounting of all of AB's sales of the infringing products, all units that have been manufactured but not yet sold, and all sales of goods that would not have been sold but for the sale of the infringing products.

**(D)** **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Illumina is unaware of any policy of insurance under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

-4-

Dated:  September 28, 2007                    Respectfully submitted,

_____
KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
GREGORY E. STANTON (CA Bar No. 203495)
JOHN R. LABBE (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: gstanton@marshallip.com
E-Mail: jlabbe@marshallip.com

STEPHEN M. HANKINS
SCHIFF HARDIN LLP
One Market
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
(415) 901-8756
(415) 901-8701 (facsimile)
E-Mail: SHankins@schiffhardin.com

Attorneys for Defendants
ILLUMINA, INC. and SOLEXA, INC.

-5-

FIRST SUPPLEMENTED INITIAL DISCLOSURES OF DEFENDANTS ILLUMINA AND SOLEXA

1

**PROOF OF SERVICE**

2      I am an attorney, and on September 28, 2007, I caused the **FIRST SUPPLEMENTED
INITIAL DISCLOSURES OF DEFENDANTS ILLUMINA, INC. AND SOLEXA, INC.**

3   **PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** to be served via electronic mail by electronically mailing a true and correct copy through Marshall, Gerstein & Borun

4   LLP's electronic mail system to the e-mail addresses set forth below, and via First Class U.S.
Mail, postage prepaid, deposited at 233 South Wacker Drive, Chicago, Illinois upon:

5

**COUNSEL FOR PLAINTIFF:**

6   BRYAN WILSON                              DAVID C. DOYLE
ERIC C. PAI                                   STEVEN E. COMER

7   MORRISON & FOERSTER LLP                    ANDERS T. AANNESTAD
755 Page Mill Road                            MORRISON & FOERSTER LLP

8   Palo Alto, CA 94304-1018                   12531 High Bluff Drive, Suite 100
E-Mail: BWilson@mofo.com                     San Diego, CA 92130-2040

9   E-Mail: EPai@mofo.com                      E-Mail: DDoyle@mofo.com
                                               E-Mail: SComer@mofo.com

10                                             E-Mail: AAannestad@mofo.com

KURTIS MacFERRIN

11  APPLERA CORPORATION –
     APPLIED BIOSYSTEMS GROUP

12  850 Lincoln Centre Drive
Foster City, CA 94404

13  E-Mail: Kurtis.MacFerrin@appliedbiosystems.com

14  **COUNSEL FOR DEFENDANT STEPHEN MACEVICZ:**
BASIL FTHENAKIS

15  TECHNOLOGY & INTELLECTUAL PROPERTY
     STRATEGIES GROUP PC

16  1000 Elwell Court, Suite 150
Palo Alto, CA 94303

17  E-Mail: bfthenakis@tipsgroup.org

18

19      I declare under penalty of perjury that the foregoing is true and correct.

20      Executed at Chicago, Illinois, this 28th day of September, 2007.

21                                    _____
                                              John R. Labbé
22

23

24

25

26

27

28