1  BRYAN WILSON (CA SBN 138842)
   ERIC C. PAI (CA SBN 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone:  650.813.5600
4  Facsimile: 650.494.0792
   E-Mail:  BWilson@mofo.com
5  E-Mail: EPai@mofo.com

6  DAVID C. DOYLE (CA SBN 70690)
   STEVEN E. COMER (CA SBN 154384)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone:  858.720.5100
9  Facsimile:  858.720.5125
   E-Mail:  DDoyle@mofo.com
10 E-Mail: SComer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

12

13            UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

17 APPLERA CORPORATION – APPLIED              Case No.    C07 02845 WHA
   BIOSYSTEMS GROUP, a Delaware corporation,
18                                            **JOINT CLAIM CONSTRUCTION**
                  Plaintiff,                  **AND PREHEARING**
19                                            **STATEMENT**
           v.
20
   ILLUMINA, INC., a Delaware corporation,
21 SOLEXA, INC., a Delaware corporation, and  Date:    February 13, 2008
   STEPHEN C. MACEVICZ, an individual,        Time:    1:30 P.M.
22                                            Place:   Courtroom 9, 19th Floor
                  Defendants.                 Judge:   William H. Alsup
23

24       Plaintiff Applera Corporation – Applied Biosystems Group ("AB") and Defendants

25 Illumina, Inc. and Solexa, Inc. (collectively "Illumina") respectfully submit this Joint Claim

26 Construction and Prehearing Statement pursuant to Northern District of California Patent Local

27 Rule 4-3.

28

1    The parties were unable to agree on the construction of any of the terms and phrases

2    exchanged and construed under Local Rules 4-1 and 4-2.  Attached hereto as Exhibit A is a table

3    of the six terms that the parties have selected for briefing and hearing at the claim construction

4    hearing, along with each party's proposed construction.  Exhibit B is a table setting forth each

5    party's proposed construction of each disputed claim term.  Pursuant to the Case Management

6    Order of September 20, 2007, the remaining disputed terms are reserved for later construction by

7    the Court.  Attached hereto as Exhibit C is a table setting forth Illumina's proposed construction

8    of the disputed claim terms with identification of the intrinsic and extrinsic evidence on which it

9    currently intends to rely either in support of its own proposed construction or in opposition to

10    AB's proposed construction.  Attached hereto as Exhibit D is a table setting forth AB's proposed

11    construction of the disputed claim terms with identification of the intrinsic and extrinsic evidence

12    on which it currently intends to rely either in support of its own proposed construction or in

13    opposition to Illumina's proposed construction.

14    The parties reserve the right to amend, correct, or supplement their claim construction

15    positions and supporting evidence in response to any change of position of the other party or

16    other good cause.

17    The parties anticipate that the length of time necessary for the Claim Construction Hearing

18    is one to two hours.  The parties do not expect to present live testimony at the Claim Construction

19    Hearing unless the Court requests testimony.  Illumina will present first, followed by AB.

20    Illumina may present Dr. John Quackenbush's expert opinion testimony and declarations

21    in support of Illumina's proposed constructions and in opposition to AB's proposed

22    constructions.  Illumina expects Dr. Quackenbush to opine that the constructions proposed by

23    Illumina are consistent with how one of ordinary skill in the art would understand the disputed

24    terms.

25    AB may present Dr. Michael Metzker's expert opinion testimony and declarations in

26    support of AB's proposed constructions and in opposition to Illumina's proposed constructions.

27    AB expects Dr. Metzker to opine that the constructions proposed by AB are consistent with how

28    one of ordinary skill in the art would understand the disputed terms.

1

2    Dated: December 21, 2007                    MORRISON & FOERSTER LLP

3

4                                                By:   /s/ Steven E. Comer
                                                       Steven E. Comer

5                                                Attorneys for Plaintiff
                                                 APPLERA CORPORATION –
6                                                APPLIED BIOSYSTEMS GROUP

7    Dated: December 21, 2007                    MARSHALL, GERSTEIN & BORUN LLP

8

9                                                By:   /s/ John R. Labbe
                                                       John R. Labbe

10

11                                               Attorneys for Defendants
                                                 ILLUMINA, INC. and SOLEXA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

General Order 45 Attestation

2

I, Bryan J. Wilson, am the ECF user whose ID and password are being used to file this

3

Joint Claim Construction and Prehearing Statement. In compliance with General Order 45, X.B.,

4

I hereby attest that Steven E. Comer and John R. Labbe concurred in this filing.

5

_____/s/_ Bryan J. Wilson_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

## EXHIBIT A

Pursuant to the Case Management Order of September 20, 2007, the parties identify the following six terms for construction at the claim construction hearing currently set for February 13, 2008:

| DISPUTED CLAIM TERMS FOR CLAIM CONSTRUCTION HEARING | | |
|---|---|---|
| Claim Term | AB's Proposed Construction | Illumina's Proposed Construction |
| "identifying" ('341, Claim 1; '597, Claim 1) | "within each cycle determining the identity of a base, as either A, T, G, or C, in the target polynucleotide" | "obtaining information sufficient to distinguish" |
| "ligating an extension oligonucleotide probe to said extendable probe terminus" ('341, Claim 1) | "forming a covalent bond between a short oligonucleotide probe and the extendable probe terminus of the initializing oligonucleotide of step 1 (a)" | "forming a covalent bond between an extension oligonucleotide probe and the extendable probe terminus of either an initializing oligonucleotide or an extended oligonucleotide probe while hybridized to a target polynucleotide" |
| "initializing oligonucleotide probe" ('341, Claim 1) | "the oligonucleotide to which the first extension oligonucleotide probe will be ligated." | "the oligonucleotide probe that hybridizes to a known sequence in a polynucleotide and establishes registration for extension." |
| "extended oligonucleotide probe" ('341, Claim 1) | "the product of the ligation of the extension oligonucleotide probe of step l(b) to the initializing oligonucleotide of step 1 (a)" | "an initializing oligonucleotide probe effectively extended by one or more nucleotides" |
| "just-ligated extension probe" ('341, Claim 1) | "the extension oligonucleotide probe of step 1 (b) that was ligated within that cycle to the initializing oligonucleotide of step 1 (a)" | "the extension oligonucleotide probe ligated to either the initializing oligonucleotide probe or an extended oligonucleotide probe in the present cycle of the method" |
| "repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined" ('341, Claim 1) | "completing, and then performing again, exactly what is described in steps (b), (c), and (d) until two or more nucleotides in the unknown sequence that is targeted for analysis are identified" | "repeating steps (b), (c), and (d) until partial or complete sequence information of the target polynucleotide is obtained, including, for example, sequence comparisons, fingerprinting, and like levels of information, as well as the express identification and ordering of nucleotides" |

1

**EXHIBIT B**

2

**PARTIES' PROPOSED CONSTRUCTIONS FOR EACH DISPUTED TERM**

3

4

| '341 Patent Terms For Construction | | |
|---|---|---|
| CLAIM | AB's Proposed Construction | Illumina's Proposed Construction |
| **1. A method for determining a sequence of nucleotides in a target polynucleotide, the method comprising the steps of:** | **"determining a sequence of nucleotides"** means establishing the identity of two or more bases, as either A, T, G, or C, in a target polynucleotide. | **determining a sequence of nucleotides**: Obtaining partial or complete sequence information of a polynucleotide including, for example, sequence comparisons, fingerprinting, and like levels of information, as well as the express identification and ordering of nucleotides. |
| | **"target polynucleotide"** means a polymer of nucleotides, one or more of which are unknown, that is targeted for analysis with the method. | **target polynucleotide**:  A polynucleotide that contains the nucleotide sequence information to be obtained. |
| (a) providing a probe-target duplex comprising **an initializing oligonucleotide probe** hybridized to a target polynucleotide, **said probe having an extendable probe terminus**; | **"initializing oligonucleotide probe"** means the oligonucleotide to which the first extension oligonucleotide probe will be ligated.<br><br>**"said probe having an extendable probe terminus"** means that the end of the initializing oligonucleotide is capable of participating in a ligation reaction. | **initializing oligonucleotide probe**:  the oligonucleotide probe that hybridizes to a known sequence in a polynucleotide and establishes registration for extension.<br><br>**said probe having an extendable probe terminus**:  the probe having a chemical group, such as a terminal 5' phosphate and/or terminal 3' hydroxyl group, capable of forming a covalent bond with another nucleotide. |
| (b) **ligating an extension oligonucleotide probe to said extendable probe terminus**, to form **an extended duplex** containing **an extended oligonucleotide probe**; | **"ligating an extension oligonucleotide probe to said extendable probe terminus"** means forming a covalent bond between a short oligonucleotide probe and the extendable probe terminus of the initializing oligonucleotide of step 1(a). | **ligating an extension oligonucleotide probe to said extendable probe terminus:** forming a covalent bond between an extension oligonucleotide probe and the extendable probe terminus of either an initializing oligonucleotide or an extended oligonucleotide probe while hybridized to a target polynucleotide, thereby forming an extended duplex.<br><br>**an extension oligonucleotide probe:**  An oligonucleotide probe |

| '341 Patent Terms For Construction | | |
|---|---|---|
| CLAIM | AB's Proposed Construction | Illumina's Proposed Construction |
| | | that can be ligated to an initializing oligonucleotide probe or an extended oligonucleotide probe. |
| | | **said extendable probe terminus:** A chemical group, such as a terminal 5' phosphate and/or terminal 3' hydroxyl group, on a probe. |
| | "**an extended duplex**" means the double stranded structure formed by the hybridization of the extended oligonucleotide probe to the target polynucleotide. | **an extended duplex:** The double-stranded region formed by hybridization of a target polynucleotide to an extended oligonucleotide probe (i.e., an initializing oligonucleotide probe effectively extended by one or more nucleotides) |
| | "**an extended oligonucleotide probe**" means the product of the ligation of the extension oligonucleotide probe of step 1(b) to the initializing oligonucleotide of step 1(a). | **an extended oligonucleotide probe:** an initializing oligonucleotide probe effectively extended by one or more nucleotides. |
| (c) **identifying**, in the extended duplex, at least one nucleotide in the target polynucleotide that is either (1) complementary to the **just-ligated extension probe** or (2) a nucleotide residue in the target polynucleotide which is immediately downstream of the extended oligonucleotide probe; | "**identifying**" means within each cycle determining the identity of a base, as either A, T, G, or C, in the target polynucleotide.<br><br>"**just-ligated extension probe**" means the extension oligonucleotide probe of step 1(b) that was ligated within that cycle to the initializing oligonucleotide of step 1(a). | **identifying:** obtaining information sufficient to distinguish.<br><br>**just-ligated extension probe:** the extension oligonucleotide probe ligated to either the initializing oligonucleotide probe or an extended oligonucleotide probe in the present cycle of the method. |
| (d) generating an extendable probe terminus on the **extended probe**, if an extendable probe terminus is not already present, such that **the** | "**extended probe**" means the extended oligonucleotide probe of step 1(b).<br><br>"**the terminus generated is different from the terminus to which the last extension probe** | **extended probe:** the initializing oligonucleotide probe covalently bound to one or more nucleotides.<br><br>**the terminus generated is different from the terminus to which the last extension probe** |

| '341 Patent Terms For Construction | | |
| --- | --- | --- |
| CLAIM | AB's Proposed Construction | Illumina's Proposed Construction |
| **terminus generated is different from the terminus to which the last extension probe was ligated**; and | was ligated" means that the terminus generated, if any, on the extended oligonucleotide probe of step 1(b) is in a different location than the extendable probe terminus of the initializing oligonucleotide of step 1(a). | **was ligated:** the extendable probe terminus generated does not occur at the same nucleotide position as the extendable probe terminus in step b, thereby effectively regenerating an extendable probe terminus. |
| (e) **repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined**. | "**repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined**" means completing, and then performing again, exactly what is described in steps (b), (c), and (d) until two or more nucleotides in the unknown sequence that is targeted for analysis are identified. | **repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined:** repeating steps (b), (c), and (d) until partial or complete sequence information of the target polynucleotide is obtained, including, for example, sequence comparisons, fingerprinting, and like levels of information, as well as the express identification and ordering of nucleotides. |
| 7. The method of claim 2 wherein said step of **regenerating** includes cleaving a chemically scissile internucleosidic linkage in said extended oligonucleotide probe. | "**regenerating**" is indefinite, but to the extent it can be construed means repeating the "generating" step 1(d). | **regenerating:** Generating |
| 8. The method of claim 7 wherein said chemically scissile internucleosidic linkage is a **phosphoramidate**. | "**phosphoramidate**" means a linkage formed between a phosphorus atom and a nitrogen atom in the backbone of an oligonucleotide, having the chemical structure:   | **phosphoramidate:** a phosphoramidate chemical moiety |
| 11. The method of claim 1, wherein step (a) includes **providing, in separate aliquots**, a plurality of **distinct** | "**providing, in separate aliquots**" means dividing the target sample into fractional parts.  "**distinct target-primer duplexes**" means that each | **providing, in separate aliquots:** providing, in different samples or fractions  **distinct target-primer duplexes:** chemically different target |

| '341 Patent Terms For Construction | | |
| --- | --- | --- |
| CLAIM | AB's Proposed Construction | Illumina's Proposed Construction |
| **target-primer duplexes**, each distinct duplex comprising **an initializing oligonucleotide primer** hybridized to a target polynucleotide, **wherein the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different sequence of the target polynucleotide**; and steps (b) to (e) are **carried out independently on each aliquot**. | duplex has a different initializing oligonucleotide. "**an initializing oligonucleotide primer**" means the initializing oligonucleotide of step 1(a). "**wherein the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different sequence of the target polynucleotide**" means that all of the target polynucleotides in all of the aliquots are the same, but the initializing oligonucleotide in each aliquot is bound to a different location in the target polynucleotide. "**carried out independently on each aliquot**" means that each aliquot is in a physically separated reaction chamber and the steps are performed separately on each aliquot. | polynucleotide/initializing oligonucleotide primer duplexes **an initializing oligonucleotide primer:** the oligonucleotide probe that hybridizes to a known sequence in the polynucleotide and establishes registration for extension **wherein the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different sequence of the target polynucleotide:** wherein the target polynucleotide in each distinct duplex has the same sequence, and the initializing oligonucleotide of each distinct duplex is bound to a different sequence of the target polynucleotide **carried out independently on each aliquot:** physically carried out on each aliquot independent of the performance of steps (b) to (c) on any other aliquot |

| '119 Patent Terms For Construction | | |
| --- | --- | --- |
| CLAIM | AB | ILLUMINA |
| 1. An **oligonucleotide probe of the formula**: | "**oligonucleotide probe of the formula**" means that the claim is limited to an oligonucleotide probe of the formula below with no additions, subtractions, or substitutions. | **oligonucleotide probe of the formula:** oligonucleotide probe having the following chemical formula |
| HO—(3')(B)j(5')—**OP(==O)(O—)NH—**(B)k-Bt* | "**—OP(==O)(O—)NH**" means a phosphoramidate internucleotide linkage, which has a nitrogen atom in place of a 5'-most bridging oxygen atom in the internucleotide linkage. | **—OP(==O)(O—)NH:** the chemical structure represented by — OP(==O)((O—)NH |

| '119 Patent Terms For Construction | | |
|---|---|---|
| CLAIM | AB | ILLUMINA |
| wherein: B is a nucleotide or an analog thereof; j is in the range of from 1 to 12; k is in the range of from 1 to 12, such that the sum of j and k is less than or equal to 12; | | |
| Bt* is a **labeled**, non-extendable chain-terminating moiety. | "**labeled**" means having a reporter moiety. | **labeled:**  associated with a moiety capable of generating a detectable signal. |

| '597 Patent Terms For Construction | | |
|---|---|---|
| CLAIM | AB | ILLUMINA |
| 1. A method for **identifying a sequence of nucleotides** in a polynucleotide, the method comprising the steps of: | "**identifying a sequence of nucleotides**" means establishing the identity of two or more bases, as either A, T, G, or C, in a target polynucleotide. | **identifying a sequence of nucleotides:**  obtaining information sufficient to distinguish the nucleotide types and relative locations of at least two nucleotides |
| (a) **extending** an **initializing oligonucleotide along the polynucleotide** by ligating **an oligonucleotide probe thereto** to form an extended duplex; | "**extending**" means ligating an oligonucleotide probe to the extendable terminus of the initializing oligonucleotide. "**initializing oligonucleotide**" means the oligonucleotide to which the first oligonucleotide probe will be ligated. "**along the polynucleotide**" means using the target polynucleotide as a guide for the ligation reaction. "**an oligonucleotide probe**" means a short sequence of nucleotides that is complementary to a sequence in the target polynucleotide. | **extending:**  increasing the length of **initializing oligonucleotide:**  oligonucleotide probe that hybridizes to a known sequence in the polynucleotide and establishes registration for extension **along the polynucleotide:**  toward one end of the polynucleotide **an oligonucleotide probe:**  an oligonucleotide probe that can be ligated to an initializing oligonucleotide probe or an extended oligonucleotide probe |

| '597 Patent Terms For Construction | | |
|---|---|---|
| CLAIM | AB | ILLUMINA |
| | "**thereto**" means that the oligonucleotide probe is ligated to the initializing oligonucleotide. | **thereto:** thereto [no construction is needed] |
| (b) **identifying** one or more nucleotides of the polynucleotide; and | "**identifying**" See claim 1 of the '341 patent. | **identifying:** obtaining information sufficient to distinguish |
| (c) **repeating steps (a) and (b) until the sequence of nucleotides is determined**. | "**repeating steps (a) and (b) until the sequence of nucleotides is determined**" means completing, and then performing again, exactly what is described in steps (a) and (b) until two or more nucleotides in the unknown sequence that is targeted for analysis are identified. | **Repeating steps (a) and (b) until the sequence of nucleotides is determined:** repeating steps (a) and (b) until partial or complete sequence information of a polynucleotide is obtained, including, for example, sequence comparisons, fingerprinting, and like levels of information, as well as the express identification and ordering of nucleotides. |

**EXHIBIT C**

**ILLUMINA'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE**

| '341 Patent – Illumina's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | CONSTRUCTION | SUPPORT |
| 1. A method for **determining a sequence of nucleotides** in a **target polynucleotide**, the method comprising the steps of: | **determining a sequence of nucleotides**:  Obtaining partial or complete sequence information of a polynucleotide including, for example, sequence comparisons, fingerprinting, and like levels of information, as well as the express identification and ordering of nucleotides. | **determining a sequence of nucleotides**: Col. 3, lns. 53-60; Col. 4, lns. 4-25; Col. 14, lns. 22-40; Col. 18, lns. 9-12. |
| | **target polynucleotide:** A polynucleotide that contains the nucleotide sequence information to be obtained. | **target polynucleotide:** Col. 3, lns. 53-60; Col. 4, lns. 4-25; Examples 1 & 2 (*e.g.*, Col. 14, lns. 40-50; Col. 16, lns. 50-60; Col. 18, lns. 10-17). |
| (a) providing a probe-target duplex comprising **an initializing oligonucleotide probe** hybridized to a target polynucleotide, **said probe having an extendable probe terminus**; | **an initializing oligonucleotide probe**: the oligonucleotide probe that hybridizes to a known sequence in a polynucleotide and establishes registration for extension.<br><br>**said probe having an extendable probe terminus:** the probe having a chemical group, such as a terminal 5' phosphate and/or terminal 3' hydroxyl group, capable of forming a covalent bond with another nucleotide | **an initializing oligonucleotide probe**: Col. 3, lns. 1-33; Figs. 1-4 and accompanying text; Col. 4, lns. 4-25; Col. 5, ln. 22–Col. 6, ln. 16.<br><br>**said probe having an extendable probe terminus**: Col. 2, ln. 65–Col. 3, ln. 34; Col. 4, ln. 58–Col. 5, ln. 9; Col. 9, lns. 13-16, 35-50; Col. 10, lns. 50-65; Col. 11, lns. 1-5, 10-15, & 35-45; Col. 14, lns. 55-65; Col. 17, lns. 7-12; Col. 18, lns. 10-20; Figs. 1-4 and accompanying text; 08/424,663 Application at 4, lns. 13-17, and 12-16. |
| (b) **ligating an extension oligonucleotide probe to said extendable probe terminus**, to form **an extended duplex** containing **an extended oligonucleotide probe**; | **ligating an extension oligonucleotide probe to said extendable probe terminus:** forming a covalent bond between an extension oligonucleotide probe and the extendable probe terminus of either an initializing oligonucleotide or an extended oligonucleotide probe while hybridized to a target polynucleotide, thereby forming an extended duplex | **ligating an extension oligonucleotide probe to said** extendable probe terminus: 08/424,663 File History, 10-16-96 Amendment at 8-9; Figs. 1-4 and accompanying text; Col. 1, lns. 7-10; Col. 3, lns. 1-7 and 28-33; Col. 4, lns. 4-31; Col. 4, ln. 58–Col. 5, ln. 9; Col. 5, ln. 56–Col. 6, ln. 46; Col. 7, ln. 52-Col. 8, ln. 5; Col. 9, lns. 9-26; Col. 10, lns. 42-60; Col. 11, ln. 44–Col. |

| | '341 Patent – Illumina's Proposed Construction and Supporting Evidence | |
|---|---|---|
| CLAIM | CONSTRUCTION | SUPPORT |
| | | 13, ln. 51. |
| | **an extension oligonucleotide probe:** An oligonucleotide probe that can be ligated to an initializing oligonucleotide probe or an extended oligonucleotide probe | **an extension oligonucleotide probe:** 08/424,663 File History, 10-16-96 Amendment at 8-9; Figs. 1-4 and accompanying text; Col. 1, lns. 7-10; Col. 3, lns. 1-7 and 28-33; Col. 4, lns. 4-25; Col. 4, ln. 58–Col. 5, ln. 9; Col. 5, ln. 56–Col. 6, ln. 46; Col. 9, lns. 9-26; Col. 10, lns. 42-60; Col. 11, ln. 44–Col. 13, ln. 51. |
| | **said extendable probe terminus:** A chemical group, such as a terminal 5' phosphate and/or terminal 3' hydroxyl group, on a probe. | **said extendable probe terminus:** Col. 2, ln. 65–Col. 3, ln. 34; Col. 4, ln. 58–Col. 5, ln. 9; Col. 8, ln. 53–Col. 10, ln. 10; Col. 10, ln. 54–Col. 11, ln. 5; Col. 11, lns. 10-15, & 31-45; Col. 14, lns. 55-65; Col. 17, lns. 7-12; Col. 18, lns. 10-20; Figs. 1-4 and accompanying text; 08/424,663 Application at 4, lns. 13-17, and 12-16. |
| | **an extended duplex:** The double-stranded region formed by hybridization of a target polynucleotide to an extended oligonucleotide probe (i.e., an initializing oligonucleotide probe effectively extended by one or more nucleotides) | **an extended duplex:** Figs. 1-4 and accompanying text; Col. 3, lns. 3-15; Col. 4, ln. 58–Col. 5, ln. 9; Col. 5, ln. 65–Col. 6, ln. 2; Col. 6, lns. 10-14, 20-24; Col. 8, ln. 53–Col. 10, ln. 10; Col. 10, ln. 34–Col. 11, ln. 17. |
| | **an extended oligonucleotide probe:** an initializing oligonucleotide probe effectively extended by one or more nucleotides. | **an extended oligonucleotide probe:** Figs. 1-4 and accompanying text; Col. 3, lns. 1-15; Col. 4, lns. 4-25; Col. 4, ln. 58–Col. 5, ln. 9; Col. 5, ln. 65–Col. 6, ln. 2; Col. 6, lns. 10-14, 20-24; Col. 7, lns. 52-55; Col. 8, ln. 53–Col. 10, ln. 10; Col. 10, ln. 34–Col. 11, ln. 17. |

| '341 Patent – Illumina's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | CONSTRUCTION | SUPPORT |
| (c) **identifying**, in the extended duplex, at least one nucleotide in the target polynucleotide that is either (1) complementary to the **just-ligated extension probe** or (2) a nucleotide residue in the target polynucleotide which is immediately downstream of the extended oligonucleotide probe; | **identifying**:  obtaining information sufficient to distinguish.<br><br>**just-ligated extension probe**: the extension oligonucleotide probe ligated to either the initializing oligonucleotide probe or an extended oligonucleotide probe in the present cycle of the method. | **identifying**: Col. 3, lns. 5-15; Col. 3, lns. 53-60; Col. 14, lns. 22-40; Col. 18, lns. 9-12.<br><br>**just-ligated extension probe**: Figs. 1-4 and accompanying text; Col. 3, lns. 3-7; Col. 4, lns. 4-25; Col. 4, ln. 58–Col. 5, ln. 9; Col. 5, ln. 65–Col. 6, ln. 2; Col. 6, lns. 10-14; Col. 7, lns. 52-56; Col. 9, lns. 32-47; Col. 10, lns. 42-63; Col. 11, lns. 1-43; Col. 16, ln. 53–Col. 18, ln. 17. |
| (d) generating an extendable probe terminus on the **extended probe**, if an extendable probe terminus is not already present, such that **the terminus generated is different from the terminus to which the last extension probe was ligated**; and | **extended probe**:  the initializing oligonucleotide probe covalently bound to one or more nucleotides.<br><br>**the terminus generated is different from the terminus to which the last extension probe was ligated**:  the extendable probe terminus generated does not occur at the same nucleotide position as the extendable probe terminus in step b, thereby effectively regenerating an extendable probe terminus. | **extended probe**: Figs. 1-4 and accompanying text; Col. 3, lns. 1-15; Col. 4, lns. 4-25; Col. 4, ln. 58–Col. 5, ln. 9; Col. 5, ln. 65–Col. 6, ln. 2; Col. 6, lns. 10-14, 20-24; Col. 7, lns. 52-55; Col. 8, ln. 53–Col. 10, ln. 10; Col. 10, ln. 34–Col. 11, ln. 17.<br><br>**the terminus generated is different from the terminus to which the last extension probe was ligated**: Figs. 1-4 and accompanying text; Col. 4, lns. 58–Col. 5, ln. 9; Col. 9, lns. 14-47; Col. 10, lns. 34-63; Col. 14, lns. 41-65; Col. 15, lns. 55-59; Col. 16, lns. 40-50; Col. 17, lns. 10–Col. 18, lns. 15. |
| (e) **repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined**. | **repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined**:  repeating steps (b), (c), and (d) until partial or complete sequence information of the target polynucleotide is obtained, including, for example, sequence comparisons, fingerprinting, and like levels of information, as well as the express identification and ordering of nucleotides. | **repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined**: Figs. 1-4 and accompanying text; Col. 2, ln. 66–Col. 3, ln. 15; Col. 3, lns. 53-60; Col. 4, lns. 4-25; Col. 4, ln. 58–Col. 5, ln. 9; Col. 9, lns. 9-47; Col. 10, lns. 34-63; Col. 11, lns. 1-13 & 18-43. |

| '341 Patent – Illumina's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | CONSTRUCTION | SUPPORT |
| 7. The method of claim 2 wherein said step of **regenerating** includes cleaving a chemically scissile internucleosidic linkage in said extended oligonucleotide probe. | **regenerating:** generating | **regenerating:** Col. 3, lns. 13-15; Col. 5, ln. 65–Col. 6, ln. 10; Col. 8, ln. 53–Col. 9, ln. 3; Col. 9, lns. 32-47; Col. 10, lns. 54-62; Col. 11, lns. 1-17; Col. 11, lns. 18-43; Col. 14, lns. 50-65; Col. 16, lns. 40-45; Col. 18, lns. 13-17; 08/424,663 File History: Application, 10-16-96 Amendment at pp. 2-6; Notice of Allowance, Statement of Reasons for Allowance, p. 3-4. |
| 8. The method of claim 7 wherein said chemically scissile internucleosidic linkage is a **phosphoramidate**. | **phosphoramidate:** a phosphoramidate chemical moiety | **phosphoramidate:** Col. 6, lns. 50-61; Col. 9, ln. 17–Col. 10, ln. 24; Col. 17, ln. 13–Col. 18, ln. 6. |
| 11. The method of claim 1, wherein step (a) includes **providing, in separate aliquots**, a plurality of **distinct target-primer duplexes**, each distinct duplex comprising **an initializing oligonucleotide primer** hybridized to a target polynucleotide, **wherein the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different sequence of the target polynucleotide**; and steps (b) to (e) are **carried out independently on each aliquot**. | **providing, in separate aliquots:** providing, in different samples or factions

**distinct target-primer duplexes:** chemically different target polynucleotide/initializing oligonucleotide primer duplexes

**an initializing oligonucleotide primer:** the oligonucleotide probe which hybridizes to a known sequence in the polynucleotide and establishes registration for extension

**wherein the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different sequence of the target polynucleotide:** wherein the target polynucleotide in each distinct duplex has the same sequence, and the initializing oligonucleotide of each distinct duplex is bound to a different | **providing, in separate aliquots:** Figs. 1-4 and accompanying text; Col. 4, ln. 49–Col. 5, ln. 22; Col. 14, lns. 48-51; Col. 15, ln. 38–Col. 16, ln. 11.

**distinct target-primer duplexes:** Figs. 1-4 and accompanying text; Col. 1, lns. 1-5; Col. 3, lns. 1-33; Col. 4, lns. 39-66; Col. 5, lns. 51-56 08/424,663 File History, 10-16-96 Amendment at p. 4, 8;

**an initializing oligonucleotide primer:** Figs. 1-4 and accompanying text; Col. 3, lns. 1-33; Col. 4, lns. 4-25; Col. 4, lns. 51-66; Col. 5, ln. 23–Col. 6, ln. 16.

**wherein the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different sequence of the target polynucleotide:** Figs. 1-4 and accompanying text; Col. 3, lns. 16-33; Col. 4, lns. 4-25; Col. 4, lns. 43-Col. 5, ln. 27. Col. 5, lns. 51-64; Col. 9, lns. 47-49; Col. 14, ln. 43–Col. 15, ln. 65; 08/424,663 File History: |

| '341 Patent – Illumina's Proposed Construction and Supporting Evidence | | |
| CLAIM | CONSTRUCTION | SUPPORT |
| | sequence of the target polynucleotide<br><br>**carried out independently on each aliquot:**  physically carried out on each aliquot independent of the performance of steps (b) to (c) on any other aliquot | Application, 10-16-96 Amendment at pp. 2-6; Notice of Allowance, Statement of Reasons for Allowance, p. 3-4.<br><br>**carried out independently on each aliquot:**  Figs. 1-4 and accompanying text; Col. 4, ln. 49–Col. 5, ln. 22; Col. 14, lns. 48-51; Col. 15, ln. 38–Col. 16, ln. 11. |

| '597 Patent – Illumina's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | ILLUMINA | SUPPORT |
| 1. A method for **identifying a sequence of nucleotides** in a polynucleotide, the method comprising the steps of: | **identifying a sequence of nucleotides:** obtaining information sufficient to distinguish the nucleotide types and relative locations of at least two nucleotides | **identifying a sequence of nucleotides:** Col. 1, lns. 7-10; Col. 3, lns. 53-60; Col. 4, lns. 4-25; Col. 8, ln. 55-60; Col. 9, lns. 42-49; Col. 18, lns. 9-12. |
| (a) **extending** an **initializing oligonucleotide along the polynucleotide** by ligating **an oligonucleotide probe thereto** to form an extended duplex; | **extending:** increasing the length of | **extending:** Figs. 1-4 and accompanying text; Col. 1, l. 7-10; Col. 9, lns. 9-16 & 42-47; Col. 10, lns. 6-9 & 34-67. |
| | **initializing oligonucleotide:** oligonucleotide probe that hybridizes to a known sequence in the polynucleotide and establishes registration for extension | **initializing oligonucleotide:** Figs. 1-4 and accompanying text; Col. 3, lns. 1-57; Col. 4, lns. 4-25; Col. 5, ln. 22–Col. 6, ln. 16. |
| | **along the polynucleotide:** toward one end of the polynucleotide | **along the polynucleotide:** Figs. 1-4 and accompanying text; Col. 2, ln. 67–Col. 3, l. 1; Col. 6, lns. 24-28. |
| | **an oligonucleotide probe:** an oligonucleotide probe that can be ligated to an initializing oligonucleotide probe or an extended oligonucleotide probe | **an oligonucleotide probe:** Figs. 1-4 and accompanying text; Col. 3, lns. 3-33; Col. 4, lns. 4-25; Col. 5, lns. 10-12; Col. 5, ln. 65–Col. 6, ln. 14; Col. 6, lns. 34-46; Col. 7, lns. 15-16; Col. 7, lns. 52-55; Col. 8, lns. 56-61; Col. 9, lns. 9-11, 16-46; Col. 10, lns. 34-36 & 42-63; Col. 11, lns. 1-14 & 19-43; Col. 14, lns. 22-40; Col. 18, lns. 9-12. |
| | **thereto:** thereto | **thereto:** Illumina contends no construction is necessary. |
| (b) **identifying** one or more nucleotides of the polynucleotide; and | **identifying:** obtaining information sufficient to distinguish | **identifying:** Figs. 1-4 and accompanying text; Col. 1, lns. 7-10; Col. 3, lns. 53-60; Col. 4, lns. 4-25; Col. 8, lns. 55-60; Col. 9, lns. 42-49; Col. 18, lns. 9-12. |
| (c) **repeating steps (a) and (b) until the sequence of nucleotides is determined**. | **repeating steps (a) and (b) until the sequence of nucleotides is determined:** repeating steps (a) and (b) until partial or complete sequence information of a polynucleotide | **repeating steps (a) and (b) until the sequence of nucleotides is determined:** Figs. 1-4 and accompanying text; Col. 1, lns. 7-10; Col. 2, ln. 66–Col. 3, ln. 15; Col. 3, lns. 53-60; Col. 4, lns. 4- |

| '597 Patent – Illumina's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | ILLUMINA | SUPPORT |
|  | is obtained, including, for example, sequence comparisons, fingerprinting, and like levels of information, as well as the express identification and ordering of nucleotides. | 25; Col. 8, ln. 55-60; Col. 9, lns. 42-49; Col. 10, lns. 60-63; Col. 11, lns. 10-14 40-43; Col. 18, lns. 9-12. |

| '119 Patent – Illumina's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | ILLUMINA | SUPPORT |
| 1. An **oligonucleotide probe of the formula**: | **oligonucleotide probe of the formula**: oligonucleotide probe having the following chemical formula | **oligonucleotide probe of the formula**: Col. 4, lns. 4-25; Col. 9, lns. 16-26 & 50-63; Col. 10, lns. 42-47; Col. 11, lns. 2-8 & 23-29; Col. 14, lns. 50-55; Col. 17, ln. 13–Col. 18, ln. 6 |
| HO—(3')(B)j(5')—**OP(==O)(O—)NH**—(B)k-Bt* | **OP(==O)(O—)NH:** the chemical structure represented by — OP(==O)((O—)NH | **OP(==O)(O—)NH:** Col. 9, lns. 16-26 & 50-63; Col. 17, ln. 13–Col. 18, ln. 6. |
| wherein: B is a nucleotide or an analog thereof; <br><br> j is in the range of from 1 to 12; <br><br> k is in the range of from 1 to 12, such that the sum of j and k is less than or equal to 12; |  |  |
| Bt* is a **labeled**, non-extendable chain-terminating moiety. | **labeled:** associated with a moiety capable of generating a detectable signal | **labeled:** Figs. 1-4 and accompanying text; Col. 3, lns. 7-10; Col. 5, lns. 10-12; Col. 7, lns. 17-42; Col. 8, lns. 52; Col. 8, lns. 22-31; Col. 11, lns. 35-39; Col. 18, lns. 1-16. |

# EXHIBIT D

## APPLIED BIOSYSTEMS' PROPOSED CONSTRUCTION AND SUPPORTING

## EVIDENCE

| '341 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| 1. A method for **determining a sequence of nucleotides** in a **target polynucleotide**, the method comprising the steps of: | **"determining a sequence of nucleotides"** means establishing the identity of two or more bases, as either A, T, G, or C, in a target polynucleotide. | "The invention relates generally to methods for determining the nucleotide sequence of a polynucleotide, and more particularly, to a method of identifying nucleotides in a template by stepwise extension of one or more primers by successive ligations of oligonucleotide blocks." '341 Patent 1:5-9.<br><br>"Analysis of polynucleotides with currently available techniques provides a spectrum of information ranging from the confirmation that a test polynucleotide is the same or different than a standard or an isolated fragment to the express identification and ordering of each nucleoside of the test polynucleotide. Not only are such techniques crucial for understanding the function and control of genes and for applying many of the basic techniques of molecular biology, but they have also become increasingly important as tools in genomic analysis and a great many non-research applications, such as genetic identification, forensic analysis, genetic counseling[sic], medical diagnostics, and the like. In these latter applications both techniques providing partial sequence information, such as fingerprinting and sequence comparisons, and techniques providing full sequence determination have been employed…." '341 Patent 1:12-29.<br><br>"As used herein 'sequence |

| '341 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| | | determination,' 'determining a nucleotide sequence,' 'sequencing,' and like terms, in reference to polynucleotides includes determination of partial as well as full sequence information of the polynucleotide. That is, the term includes sequence comparisons, fingerprinting, and like levels of information about a target polynucleotide, as well as the express identification and ordering of each nucleoside of the test polynucleotide." '341 Patent 3:53-60. |
| | "**target polynucleotide**" means a polymer of nucleotides, one or more of which are unknown, that is targeted for analysis with the method. | "Template (20) comprising a polynucleotide (50) of unknown sequence and binding region (40) is attached to solid phase support (10)." '341 Patent 4:46-48.<br><br>'341 Patent Fig. 1.<br><br>"Preferably, a target polynucleotide is conjugated to a binding region to form a template, and the template is attached to a solid phase support . . . ." '341 Patent 8:8-10.<br><br>"The present invention, as embodied in claim 1, is directed to a method for determining a sequence of nucleotides in a target polynucleotide." '341 Patent Prosecution History, October 16, 1996 amendment at p. 8. |
| (a) providing a probe-target duplex comprising **an initializing oligonucleotide probe** hybridized to a target polynucleotide, **said probe having an extendable probe terminus**; | "**initializing oligonucleotide probe**" means the oligonucleotide to which the first extension oligonucleotide probe will be ligated. | "The invention provides a method of nucleic acid sequence analysis based on repeated cycles of duplex extension along a single stranded template. Preferably, such extension starts from a duplex formed between an initializing oligonucleotide and the template." '341 Patent 2:66 to 3:3.<br><br>"Preferably, the length of the initializing oligonucleotide is from |

| '341 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| | | about 20 to 30 nucleotides and its composition comprises a sufficient percentage of G's and C's to provide a duplex melting temperature that exceeds those of the oligonucleotide probes being employed by about 10°-50° C. More preferably, the duplex melting temperature of the initializing oligonucleotide exceeds those of the oligonucleotide probes by about 20°-50° C." '341 Patent 5:44-48.<br><br>"Initialize" -- to set to a starting state, position, or value <initialize a computer program counter> <initialize a diskette>. Merriam-Webster's Collegiate Dictionary (10th ed. 1993). |
| | "**said probe having an extendable probe terminus**" means that the end of the initializing oligonucleotide is capable of participating in a ligation reaction. | "The initializing oligonucleotide is extended in an initial extension cycle by ligating an oligonucleotide probe to its end to form an extended duplex." '341 Patent 3:3-5.<br><br>"In the method, there is provided a probe-target duplex comprising an initializing oligonucleotide probe hybridized to a target nucleotide, where the probe has an extendable probe terminus. An extension oligonucleotide probe is ligated to the extendable probe terminus, forming an extended duplex containing an extended oligonucleotide probe." '341 Patent Prosecution History, October 16, 1996 amendment at the paragraph bridging pgs. 8-9. |
| (b) **ligating an extension oligonucleotide probe to said extendable probe terminus**, to form **an extended duplex** containing **an extended** | "**ligating an extension oligonucleotide probe to said extendable probe terminus**" means forming a covalent bond between a short oligonucleotide probe and the extendable probe terminus of the initializing oligonucleotide of step 1(a). | "As used herein, "ligation" means to form a covalent bond or linkage between the termini of two or more nucleic acids, e.g. oligonucleotides and/or polynucleotides, in a template-driven reaction." '341 Patent 4:25-30. |

| '341 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| **oligonucleotide probe**; | | Generally, the oligonucleotide probes should be capable of being ligated to an initializing oligonucleotide or extended duplex to generate the extended duplex of the next extension cycle; the ligation should be template-driven in that the probe should form a duplex with the template prior to ligation; the probe should possess a blocking moiety to prevent multiple probe ligations on the same template in a single extension cycle, the probe should be capable of being treated or modified to regenerate an extendable end after ligation, and the probe should possess a signaling moiety that permits the acquisition of sequence information relating to the template after a successful ligation. '341 Patent 5:66-6:10. <br><br> '341 Patent Figs. 2, 3A, and 3B. |
| | "**an extended oligonucleotide probe**" means the product of the ligation of the extension oligonucleotide probe of step 1(b) to the initializing oligonucleotide of step 1(a). | "The initializing oligonucleotide is extended in an initial extension cycle by ligating an oligonucleotide probe to its end to form an extended duplex." '341 Patent 3:3-5. |
| (c) **identifying**, in the extended duplex, at least one nucleotide in the target polynucleotide that is either (1) complementary to the **just-ligated extension probe** or (2) a nucleotide residue in the target polynucleotide which is immediately downstream of the extended oligonucleotide probe; | "**identifying**" means within each cycle determining the identity of a base, as either A, T, G, or C, in the target polynucleotide. | "During each cycle, the identity of one or more nucleotides in the template is determined by a label on, or associated with, a successfully ligated oligonucleotide probe." '341 Patent 3:7-10. <br><br> '341 Patent Figs. 2, 3A, and 3B. <br><br> "As used herein 'sequence determination,' 'determining a nucleotide sequence,' 'sequencing,' and like terms, in reference to polynucleotides includes determination of partial as well as full sequence |

| '341 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| | | information of the polynucleotide. That is, the term includes sequence comparisons, fingerprinting, and like levels of information about a target polynucleotide, as well as the express identification and ordering of each nucleoside of the test polynucleotide." '341 Patent 3:53-60.

In the above embodiment, the oligonucleotide probes are labeled so that the identity of the nucleotide abutting the extended duplex can be determined from the label. '341 Patent 5:10-12

In preferred embodiments in which a single nucleotide in the template is identified in each extension cycle, perfect base pairing is only required for identifying that particular nucleotide..… Likewise, in embodiments that rely on polymerase extension for base identification, the probe primarily serves as a spacer, so specific hybridization to the template is not critical, although it is desirable. '341 Patent 6:16-33.

"In no instance does Brennan et al. suggest extending an initiating oligonucleotide probe by one oligonucleotide probe at a time, and identifying one or more target nucleotides in between each extension/ligation step. Rather, Brennan teaches obtaining sequence information only after all ligations have been completed." '341 Patent Prosecution History, October 16, 1996 amendment at p. 10.

"Brennan et al. also teaches preparing long chains of labeled oligonucleotides which are digested by exonuclease to derive sequence information. Nowhere |

| '341 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| | | does this reference suggest iterative cycles of single-probe ligation and target nucleotide identification in a probe-target duplex, in accordance with the present invention." '341 Patent, October 16, 1996 amendment at p. 11.<br><br>"After laser excitation, capture the image of emitted fluorescence from each cluster on the flow cell. Record the identity of the first base for each cluster." http://www.illumina.com/media.il mn?Title=Sequencing-By-Synthesis%20Demo&Cap=&Page Name=solexa%20technology&Pag eURL=203&Media=1.<br><br>"The claims distinguish over the prior art due to two limitations recited in the claimed method of determining a nucleic acid sequence: (1) The initiating oligonucleotide probe or primer is extended by one extension oligonucleotide probe at a time, and the identifying of one or more target nucleotide(s) in between each extension/ligation step; and (2) the extension oligonucleotide probes are regenerated to an extendable probe to which the next extension oligonucleotide probe is ligated to repeat the steps into the downstream region of the nucleic acid." '341 Patent Prosecution History, February 17, 1997, Notice of Allowance at p. 3.<br><br>"Identify" -- 2 a : to establish the identity of <soon identified the child> : show or prove the sameness of (as with something known, stated, or possessed) <tried to identify the stolen property as his own> <could not immediately identify the quotation>. Merriam-Webster's Collegiate Dictionary (10th ed. 1993). |

| '341 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| | | See also, e.g., '341 Patent 9:47-49 and 14:30-32. |
| | "**just-ligated extension probe**" means the extension oligonucleotide probe of step 1(b) that was ligated within that cycle to the initializing oligonucleotide of step 1(a). | "Finally, a terminal nucleotide (15) of probe (30) ligated to in [sic] will be complementary to the first nucleotide of unknown sequence (50). In the second cycle of ligations, a terminal nucleotide (19) of probe (31) will be complementary to the second nucleotide (19) of unknown sequence (50) in duplexes starting with initializing oligonucleotide $i_1$." '341 Patent 4:66 to 5:5. |
| (d) generating an extendable probe terminus on the **extended probe**, if an extendable probe terminus is not already present, such that **the terminus generated is different from the terminus to which the last extension probe was ligated**; and | "**extended probe**" means the extended oligonucleotide probe of step 1(b). | "The initializing oligonucleotide is extended in an initial extension cycle by ligating an oligonucleotide probe to its end to form an extended duplex." '341 Patent 3:3-5. |
| | "**the terminus generated is different from the terminus to which the last extension probe was ligated**" means that the terminus generated, if any, on the extended oligonucleotide probe of step 1(b) is in a different location than the extendable probe terminus of the initializing oligonucleotide of step 1(a). | "The duplex is further extended in subsequent cycles by removing the blocking moiety and regenerating an extendable terminus." '341 Patent 3:13-15; <br><br> "An important feature of the oligonucleotide probe is that after annealing and ligation (204), the label may be removed and the extendable end regenerated by treating the phosphoramidate linkage with acid . . . ." '341 Patent 9:32-35. |
| (e) **repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined**. | "**repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined**" means completing, and then performing again, exactly what is described in steps (b), (c), and (d) until two or more nucleotides in the unknown sequence that is targeted for analysis are identified. | "The steps can be repeated (208) in successive cycles. In one aspect of this embodiment, a single initializing oligonucleotide may be employed such that only one nucleotide is identified in each sequencing cycle." '341 Patent 9:46-49. <br><br> '341 Patent Figs. 2, 3A, and 3B. |
| 7. The method of | "**regenerating**" is indefinite, but | "The duplex is further extended in |

| '341 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| claim 2 wherein said step of **regenerating** includes cleaving a chemically scissile internucleosidic linkage in said extended oligonucleotide probe. | to the extent it can be construed means repeating the "generating" step 1(d). | subsequent cycles by removing the blocking moiety and regenerating an extendable terminus." '341 Patent 3:13-15.<br><br>"An important feature of the oligonucleotide probe is that after annealing and ligation (204), the label may be removed and the extendable end regenerated by treating the phosphoramidate linkage with acid . . . ." '341 Patent 9:32-39. |
| 8. The method of claim 7 wherein said chemically scissile internucleosidic linkage is a **phosphoramidate**. | "**phosphoramidate**" means a linkage formed between a phosphorus atom and a nitrogen atom in the backbone of an oligonucleotide, having the chemical structure:<br><br> | "It can be a labeled nucleoside (e.g. coupled via a 5'P→3'N phosphoramidate) or other moiety, so long as it prevents successive ligations." '341 Patent 9:32-39.<br><br>"Claim 18 [claim 1 of the '119 Patent] appears to be allowable over the prior art because of the unique internucleotide linkage comprising a N atom in place of a 5' most bridging O atom in an internucleotide linkage." '119 Patent Prosecution History, Office Action December 12, 1997 at p. 4. |
| 11. The method of claim 1, wherein step (a) includes **providing, in separate aliquots**, a plurality of **distinct target-primer duplexes**, each distinct duplex comprising **an initializing oligonucleotide primer** hybridized to a target polynucleotide, **wherein the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different** | "**providing, in separate aliquots**" means dividing the target sample into fractional parts.<br><br>"**distinct target-primer duplexes**" means that each | "Aliquot" -- 1 **:** contained an exact number of times in something else —used of a divisor or part <5 is an *aliquot* part of 15><an *aliquot* portion of a solution> 2 **:** fractional <an *aliquot* part of invested capital>. Merriam-Webster's Collegiate Dictionary (10th ed. 1993).<br><br>'341 Patent Fig. 1.<br><br>"Thus, all the templates are prepared identically and then separated into aliquots for use with different initializing oligonucleotides." '341 Patent 5:20-22.<br><br>"The number, N, of distinct initializing oligonucleotides |

| '341 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| **sequence of the target polynucleotide**; and steps (b) to (e) are **carried out independently on each aliquot**. | duplex has a different initializing oligonucleotide. | employed in a sequencing operation can vary from one, in the case where a single nucleotide is identified at each cycle, to a plurality whose size is limited only by the size of oligonucleotide probe that can be practically employed." '341 Patent 5:51-56.<br><br>'341 Patent Fig. 1. |
| | "**an initializing oligonucleotide primer**" means the initializing oligonucleotide of step 1(a). | "Preferably, such extension starts from a duplex formed between an initializing oligonucleotide and the template." '341 Patent 3:1-3.<br><br>'341 Patent Fig. 1.<br><br>"The invention relates generally to methods for determining the nucleotide sequence of a polynucleotide, and more particularly, to a method of identifying nucleotides in a template by stepwise extension of one or more primers by successive ligations of oligonucleotide blocks." '341 Patent 1:5-9.<br><br>"Preferably, for embodiments employing N-mer probes, the template is divided into N aliquots, and for each aliquot a different initializing oligonucleotide $i_k$ is provided that forms a perfectly matched duplex at a location in binding region (40) different from that of the other initializing oligonucleotides." '341 Patent 4:49-54. |
| | "**wherein the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different sequence of the target polynucleotide**" means that all of the target polynucleotides in all of the aliquots are the same, but the initializing | "Preferably, for embodiments employing N-mer probes, the template is divided into N aliquots, and for each aliquot a different initializing oligonucleotide $i_k$ is provided that forms a perfectly matched duplex at a location in binding region (40) different from that of the other initializing oligonucleotides." '341 Patent |

| CLAIM | AB | SUPPORT |
|-------|-----|---------|
| '341 Patent – AB's Proposed Construction and Supporting Evidence | | |

| CLAIM | AB | SUPPORT |
|-------|-----|---------|
| | oligonucleotide in each aliquot is bound to a different location in the target polynucleotide. | 4:49-54.<br><br>'341 Patent Fig. 1.<br><br>"New claim 20 [claim 11] is directed to the use of multiple initiating primers for obtaining sequence information from different reading frames . . . ." Prosecution History '341 Patent, Office Action Response, October 21, 1996 at p. 6. |
| | "**carried out independently on each aliquot**" means that each aliquot is in a physically separated reaction chamber and the steps are performed separately on each aliquot. | "The probes of each of the 96 classes are separately annealed to the target polynucleotide in reaction mixtures having the same components, with the exception that extensions and ligations carried out with Sequenase and T4 DNA ligase at temperatures less than 37° C. and extensions and ligations carried out with Taq Stoffel fragment and a thermostable ligase otherwise." '341 Patent 16:2-15.<br><br>'341 Patent Fig. 1.<br><br>"Thus, all the templates are prepared identically and then separated into aliquots for use with different initializing oligonucleotides." '341 Patent 5:20-22. |

| '597 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| 1. A method for **identifying a sequence of nucleotides** in a polynucleotide, the method comprising the steps of: | **"identifying a sequence of nucleotides"** means establishing the identity of two or more bases, as either A, T, G, or C, in a target polynucleotide. | "The invention relates generally to methods for determining the nucleotide sequence of a polynucleotide, and more particularly, to a method of identifying nucleotides in a template by stepwise extension of one or more primers by successive ligations of oligonucleotide blocks." '597 Patent 1:11-15.<br><br>"As used herein 'sequence determination,' 'determining a nucleotide sequence,' 'sequencing,' and like terms, in reference to polynucleotides includes determination of partial as well as full sequence information of the polynucleotide. That is, the term includes sequence comparisons, fingerprinting, and like levels of information about a target polynucleotide, as well as the express identification and ordering of each nucleoside of the test polynucleotide." '597 Patent 3:55-62. |
| (a) **extending** an **initializing oligonucleotide along the polynucleotide** by ligating **an oligonucleotide probe thereto** to form an extended duplex; | **"extending"** means ligating an oligonucleotide probe to the extendable terminus of the initializing oligonucleotide. | "A scheme for extending an initializing oligonucleotide or an extended duplex in the 3'→5' direction is illustrated in FIG. 2." '597 Patent 9:10-12. |
| | **"initializing oligonucleotide"** means the oligonucleotide to which the first oligonucleotide probe will be ligated. | "Preferably, such extension starts from a duplex formed between an initializing oligonucleotide and the template." '597 Patent 3:5-7. |
| | **"along the polynucleotide"** means using the target polynucleotide as a guide for the ligation reaction. | "The invention provides a method of nucleic acid sequence analysis based on repeated cycles of duplex extension along a single stranded template." '597 Patent 3:3-5. |
| | **"an oligonucleotide probe"** means a short sequence of nucleotides that is complementary to a sequence in the target polynucleotide. | "Generally, the oligonucleotide probes should be capable of being ligated to an initializing oligonucleotide or extended duplex to generate the extended |

| '597 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| | | duplex of the next extension cycle; the ligation should be template-driven in that the probe should form a duplex with the template prior to ligation. . . ." '597 Patent 5:67 to 6:5. |
| | | "Initializing oligonucleotides are selected to form highly stable duplexes with the binding region that remain intact during any washing steps of the extension cycles.  This is conveniently achieved by selecting the length(s) of the initializing oligonucleotides to be considerably longer than that, or those, of the oligonucleotide probes and/or by selecting them to be GC-rich." '597 Patent 5:30-36. |
| | "**thereto**" means that the oligonucleotide probe is ligated to the initializing oligonucleotide. | '597 Patent Figures 2, 3A, and 3B. |
| (b) **identifying** one or more nucleotides of the polynucleotide; and | "**identifying**" See claim 1 of the '341 patent. | "During each cycle, the identity of one or more nucleotides in the template is determined by a label on, or associated with, a successfully ligated oligonucleotide probe." '597 Patent 3:11-14. |
| | | '597 Patent Figs. 2, 3A, and 3B. |
| | | "In no instance does Brennan et al. suggest extending an initiating oligonucleotide probe by one oligonucleotide probe at a time, and identifying one or more target nucleotides in between each extension/ligation step.  Rather, Brennan teaches obtaining sequence information only after all ligations have been completed." '341 Patent, October 16, 1996 amendment at p. 10. |
| | | "Brennan et al. also teaches preparing long chains of labeled |

| '597 Patent – AB's Proposed Construction and Supporting Evidence | | |
| --- | --- | --- |
| CLAIM | AB | SUPPORT |
| | | oligonucleotides which are digested by exonuclease to derive sequence information. Nowhere does this reference suggest iterative cycles of single-probe ligation and target nucleotide identification in a probe-target duplex, in accordance with the present invention." '341 Patent, October 16, 1996 amendment at p. 11.<br><br>"Identify" -- 2 a : to establish the identity of <soon identified the child> : show or prove the sameness of (as with something known, stated, or possessed) <tried to identify the stolen property as his own> <could not immediately identify the quotation>. Merriam-Webster's Collegiate Dictionary (10th ed. 1993).<br><br>See also, citations in support of "identifying" provided for Claim 1 of the '341 Patent. |
| (c) **repeating steps (a) and (b) until the sequence of nucleotides is determined**. | "**repeating steps (a) and (b) until the sequence of nucleotides is determined**" means completing, and then performing again, exactly what is described in steps (a) and (b) until two or more nucleotides in the unknown sequence that is targeted for analysis are identified. | "The steps can be repeated (208) in successive cycles. In one aspect of this embodiment, a single initializing oligonucleotide may be employed such that only one nucleotide is identified in each sequencing cycle." '597 Patent 9:46-49.<br><br>'597 Patent Figs. 2, 3A, and 3B. |

| '119 Patent – AB's Proposed Construction and Supporting Evidence | | |
| --- | --- | --- |
| CLAIM | AB | SUPPORT |
| 1. An **oligonucleotide probe of the formula**: | "**oligonucleotide probe of the formula**" means that the claim is limited to an oligonucleotide probe of the formula below with no additions, subtractions, or substitutions. | "The term 'oligonucleotide' as used herein includes linear oligomers of nucleosides or analogs thereof, including deoxyribonucleosides, ribonucleosides, and the like." '119 Patent 4:21-23. |

| '119 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| | | "The invention also includes an oligonucleotide probe of the formula: HO—(3')(B)j(5')—OP(==O)(O—)NH—(B)k-Bt* wherein B is a nucleotide or an analog thereof; j is in the range of from 1 to 12; k is in the range of from 0 to 12, such that the sum of j and k is less than or equal to 12; and Bt* is a labeled, non-extendable chain-terminating moiety." '119 Patent 4:38-40. |
| HO—(3')(B)j(5')—**OP(==O)(O—)NH**—(B)k-Bt* | "**—OP(==O)(O—)NH**" means a phosphoramidate internucleotide linkage, which has a nitrogen atom in place of a 5'-most bridging oxygen atom in the internucleotide linkage. | "It can be a labeled nucleoside (e.g. coupled via a 5'P→3'N phosphoramidate) or other moiety, so long as it prevents successive ligations." '119 Patent 9:35-37.<br><br>"Claim 18 appears to be allowable over the prior art because of the unique internucleotide linkage comprising a N atom in place of a 5' most bridging O atom in an internucleotide linkage." '119 Patent Prosecution History, Office Action December 12, 1997 at p. 4. |
| wherein: B is a nucleotide or an analog thereof;<br><br>j is in the range of from 1 to 12;<br><br>k is in the range of from 1 to 12, such that the sum of j and k is less than or equal to 12; | | |

| '119 Patent – AB's Proposed Construction and Supporting Evidence | | |
|---|---|---|
| CLAIM | AB | SUPPORT |
| Bt* is a **labeled**, non-extendable chain-terminating moiety. | "**labeled**" means having a reporter moiety. | "In the above embodiment, the oligonucleotide probes are labeled so that the identity of the nucleotide abutting the extended duplex can be determined from the label." '119 Patent 5:26-28.<br><br>"The probes of the invention can be labeled in a variety of ways, including the direct or indirect attachment of fluorescent moieties, colorimetric moieties, and the like." '119 Patent 7:31-33. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28