1  KEVIN M. FLOWERS (admitted *pro hac vice*)
   THOMAS I. ROSS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   GREGORY E. STANTON (CA Bar No. 203495)
3  JOHN R. LABBE (admitted *pro hac vice*)
   MARSHALL, GERSTEIN & BORUN LLP
4  6300 Sears Tower
   233 South Wacker Drive
5  Chicago, Illinois 60606-6357
   (312) 474-6300 (telephone)
6  (312) 474-0448 (facsimile)
   E-Mail: kflowers@marshallip.com
7  E-Mail: tross@marshallip.com
   E-Mail: jdean@marshallip.com
8  E-Mail: gstanton@marshallip.com
   E-Mail: jlabbe@marshallip.com
9
   Counsel for Counterclaim Plaintiff
10 SOLEXA, INC.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16  APPLERA CORPORATION—APPLIED          )    Case No. 07-CV-02845 WHA
    BIOSYSTEMS GROUP, a Delaware         )
17  corporation,                         )    District Judge William H. Alsup
                                         )
18                  Plaintiff,           )    **DECLARATION OF JOHN R. LABBE**
                                         )    **IN SUPPORT OF OPENING CLAIM**
19       - vs. -                         )    **CONSTRUCTION BRIEF OF**
                                         )    **COUNTERCLAIM PLAINTIFF**
20                                       )    **SOLEXA, INC.**
    ILLUMINA, INC., a Delaware corporation, )
21  SOLEXA, INC., a Delaware corporation, )
    and STEPHEN C. MACEVICZ, an          )
22  individual,                          )
                                         )
23                  Defendants.          )
                                         )
24

25

26

27

28

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF OPENING CLAIM CONSTRUCTION BRIEF OF COUNTERCLAIM PLAINTIFF SOLEXA, INC.; CASE NO: 07-CV-02845 WHA**

1    I, John R. Labbé, declare:

2    1.    I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Counterclaim Plaintiff Solexa, Inc. I am admitted *pro hac vice* to practice before this Court in this case.

3    2.    I make this Declaration in support of the Opening Claim Construction Brief of Counterclaim Plaintiff Solexa, Inc.

4    3.    The statements in this Declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

5    4.    Exhibit A hereto is a true and correct copy of selected pages from Solexa's Proposed Terms and Claim Elements for Construction pursuant to AB's request under L.R. 4-1, served November 27, 2007.

6    5.    Exhibit B hereto is a true and correct copy of selected pages from AB's Preliminary Claim Constructions and Extrinsic Evidence pursuant to L.R. 4-2, served December 7, 2007.

7    6.    Exhibit C hereto is a true and correct copy of the Amendment to Application Serial No. 08/424,663, dated October 16, 1996.

8    7.    Exhibit D hereto is a true and correct copy of selected pages from AB's Preliminary Invalidity Contentions, served November 19, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 4, 2008

                          /s/ John R. Labbé
                          John R. Labbé

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF OPENING CLAIM CONSTRUCTION BRIEF OF COUNTERCLAIM PLAINTIFF SOLEXA, INC.; CASE NO: 07-CV-02845 WHA**

-1-