Basil P. Fthenakis, Esq. (SBN 088399)
bfthenakis@tipsgroup.org
Technology & Intellectual Property
Strategies Group PC
1000 Elwell Court, Suite 150
Palo Alto, CA  94303
Telephone: (650) 293-3350 Facsimile: (800) 822-7095

Attorneys for Defendant Steven C. Macevicz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware Corporation SOLEXA, INC., a Delaware Corporation and STEPHEN C. MACEVICZ, an individual<br><br>    Defendants.<br><br>AND RELATED COUNTER CLAIMS | Case No. C07 02845 WHA<br><br>**SUBSTITUTION OF ATTORNEY** |

Stephen C. Macevicz hereby substitutes, Marshall , Gerstien & Borun, 6300 Sears Tower 233 South Wacker Drive Chicago, IL 60606-6357  as attorneys of record in this action in place of Basil Fthenakis, Technology & Intellectual Property Strategies Group PC, 1000 Elwell Court, Suite 150, Palo Alto, CA 94303

1 | Consenting to the above substitution,    STEPHEN C. MACEVICZ

2

3 | Dated:  1/9/2008                    /s/ Stephen C. Macevicz
                                        Stephen C. Macevicz
4

5

6

7 | Consenting to the above substitution,    TECHNOLOGY & INTELLECTUAL
                                            PROPERTY STRATEGIES GROUP PC
8

9 | Dated:  1/9/2008                    /s/ Basil P. Fthenakis
                                        Basil P. Fthenakis
10                                      TECHNOLOGY & INTELLECTUAL
                                        PROPERTY STRATEGIES GROUP PC
11

12

13 | Accepting the above substitution,    MARSHALL, GERSTEIN & BORUN LLP

14

15 | Dated:  1/9/2008                    /s/ John R. Labbe
                                        John R. Labbe
16                                      MARSHALL, GERSTEIN & BORUN LLP

17

18

19     I, Basil P. Fthenakis, am the ECF User whose ID and password are being used to file this

20 SUBSTITUTION OF ATTORNEY.

21     In compliance with General Order 45, X.B., I hereby attest that Stephen C. Macevicz and

22 John R. Labbe have concurred in this filing.

23

24 Date:  1/09/2008                    /s/  Basil P. Fthenakis

25

26

27

28