UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 10, 2008

Case No.  C 07-02845 WHA

Title: APPLERA CORP v. APPLIED BIOSYSTEMS

Plaintiff Attorneys: David Doyle; Bryan Wilson

Defense Attorneys: John Labbe; Jeffrey Dean

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)    Plt's Motion to Dismiss and for Partial Summary Judgment - HELD

2) _____


Continued to __ for Claims Construction

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**