| | |
|---|---|
| 1 | KEVIN M. FLOWERS (admitted *pro hac vice*) |
| | THOMAS I. ROSS (admitted *pro hac vice*) |
| 2 | JEFFREY H. DEAN (admitted *pro hac vice*) |
| | GREGORY E. STANTON (CA Bar No. 203495) |
| 3 | JOHN R. LABBE (admitted *pro hac vice*) |
| | MARSHALL, GERSTEIN & BORUN LLP |
| 4 | 6300 Sears Tower |
| | 233 South Wacker Drive |
| 5 | Chicago, IL 60606-6357 |
| | (312) 474-6300 |
| 6 | (312) 474-0448 (facsimile) |
| | E-Mail: kflowers@marshallip.com |
| 7 | E-Mail: tross@marshallip.com |
| | E-Mail: jdean@marshallip.com |
| | E-Mail: gstanton@marshallip.com |
| | E-Mail: jlabbe@marshallip.com |
| 8 | DAVID B. MOYER (CA Bar No. 197739) |
| 9 | KIMBERLY K. DODD (CA Bar No. 235109) |
| | FOLEY & LARDNER LLP |
| 10 | 975 Page Mill Road |
| | Palo Alto, CA 94304-1125 |
| 11 | (650) 856-3700 |
| | (650) 856-3710 (facsimile) |
| | E-Mail: dmoyer@foley.com |
| | E-Mail: kdodd@foley.com |

Attorneys for Defendants ILLUMINA, INC. and SOLEXA, INC., and Counterclaim Plaintiff, SOLEXA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>       Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-02845 WHA<br><br>**NOTICE OF WITHDRAWAL BY DAVID B. MOYER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL**<br><br>Honorable William H. Alsup |

Pursuant to Civil Local Rule 11-5(a), please take notice that David B. Moyer has resigned from his employment by the law firm of Foley & Lardner LLP and hereby withdraws as local counsel in this action. Kimberly K. Dodd, of Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, California 94304-1125 will continue as local counsel and lead counsel Kevin M. Flowers, Thomas I. Ross, Jeffrey H. Dean, Gregory E. Stanton and John R. Labbe, of Marshall, Gerstein & Borun LLP will continue as counsel of record for Illumina, Inc. and Solexa, Inc.

DATED: January 18, 2008                       /s/
                                              David B. Moyer

Consenting to the above withdrawal,           ILLUMINA, INC.

DATED: January 18, 2008

                                              /s/
                                              Christian G. Cabou
                                              Senior Vice President, General Counsel
                                              and Corporate Secretary

Consenting to the above withdrawal,           SOLEXA, INC.

DATED: January 18, 2008

                                              /s/
                                              Christian G. Cabou
                                              Corporate Secretary

Concurrence in the filing of this document has been obtained from Christian G. Cabou, the signatory listed above.

DATED: January 18, 2008                       FOLEY & LARDNER LLP

                                              /s/
                                              David B. Moyer

2
NOTICE OF WITHDRAWAL BY DAVID B. MOYER AND
[PROPOSED] ORDER PERMITTING WITHDRAWAL
CASE NO. 07-CV-02845 WHA

SVCA_87664.1

1
## **ORDER**

2   IT IS SO ORDERED.

3

4

5   DATED:
    _____
6                William H. Alsup
                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28