
1  KEVIN M. FLOWERS (admitted *pro hac vice*)
   THOMAS I. ROSS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   GREGORY E. STANTON (CA Bar No. 203495)
3  JOHN R. LABBE (admitted *pro hac vice*)
   MARSHALL, GERSTEIN & BORUN LLP
4  6300 Sears Tower
   233 South Wacker Drive
   Chicago, IL 60606-6357
5  (312) 474-6300
   (312) 474-0448 (facsimile)
6  E-Mail: kflowers@marshallip.com
   E-Mail: tross@marshallip.com
   E-Mail: jdean@marshallip.com
7  E-Mail: gstanton@marshallip.com
   E-Mail: jlabbe@marshallip.com

8  DAVID B. MOYER (CA Bar No. 197739)
   KIMBERLY K. DODD (CA Bar No. 235109)
9  FOLEY & LARDNER LLP
   975 Page Mill Road
10 Palo Alto, CA 94304-1125
   (650) 856-3700
   (650) 856-3710 (facsimile)
11 E-Mail: dmoyer@foley.com
   E-Mail: kdodd@foley.com

Attorneys for Defendants ILLUMINA, INC. and SOLEXA, INC.,
and Counterclaim Plaintiff, SOLEXA, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-02845 WHA<br><br>**NOTICE OF WITHDRAWAL BY DAVID B. MOYER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL**<br><br>Honorable William H. Alsup |

Pursuant to Civil Local Rule 11-5(a), please take notice that David B. Moyer has resigned from his employment by the law firm of Foley & Lardner LLP and hereby withdraws as local counsel in this action. Kimberly K. Dodd, of Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, California 94304-1125 will continue as local counsel and lead counsel Kevin M. Flowers, Thomas I. Ross, Jeffrey H. Dean, Gregory E. Stanton and John R. Labbe, of Marshall, Gerstein & Borun LLP will continue as counsel of record for Illumina, Inc. and Solexa, Inc.

DATED: January 18, 2008

_____/s/_____
David B. Moyer

Consenting to the above withdrawal,   ILLUMINA, INC.

DATED: January 18, 2008

_____/s/_____
Christian G. Cabou
Senior Vice President, General Counsel
and Corporate Secretary

Consenting to the above withdrawal,   SOLEXA, INC.

DATED: January 18, 2008

_____/s/_____
Christian G. Cabou
Corporate Secretary

Concurrence in the filing of this document has been obtained from Christian G. Cabou, the signatory listed above.

DATED: January 18, 2008   FOLEY & LARDNER LLP

_____/s/_____
David B. Moyer

2
NOTICE OF WITHDRAWAL BY DAVID B. MOYER AND
[PROPOSED] ORDER PERMITTING WITHDRAWAL
CASE NO. 07-CV-02845 WHA

SVCA_87664.1

**ORDER**

IT IS SO ORDERED.

DATED: January 18, 2008.

_____
William H. Alsup
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup, signed]*