BRYAN WILSON (CA BAR NO. 138842)
DARA TABESH (CA BAR 230434)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: DTabesh@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.     C07 02845 WHA<br><br>**DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>Date:     February 13, 2008<br>Time:    1:30 p.m.<br>Place:    Courtroom 9, 19th Floor<br>Judge:   William H. Alsup |

I, Eric C. Pai, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of AB's Responsive Claim Construction Brief.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,750,341, issued on May 12, 1998.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,306,597, issued on October 23, 2001.

4. Attached hereto as Exhibit C is a true and correct copy of an Office Action from the patent examiner mailed April 16, 1996 from the file history of U.S. Patent Application No. 08/424,663, produced by Solexa with bates numbers ILL000263-270.

5. Attached hereto as Exhibit D is a true and correct copy of an Amendment dated October 16, 1996 from the file history of U.S. Patent Application No. 08/424,663, produced by Solexa with bates numbers ILL000280-291.

6. Attached hereto as Exhibit E is a true and correct copy of a Notice of Allowability dated February 17, 1997 from the file history of U.S. Patent Application No. 08/424,663, produced by Solexa with bates numbers ILL000298-301.

7. Attached hereto as Exhibit F is a true and correct copy of slides from a presentation entitled "Sequencing-By-Synthesis Demo" printed from Illumina, Inc.'s website as of January 17, 2008 at http://www.illumina.com/media.ilmn?Title=Sequencing-By-Synthesis%20Demo&Cap=&PageName=solexa%20technology&PageURL=203&Media=1.

8. Attached hereto as Exhibit G is a true and correct copy of an article published in 1989 by A.V. Carrano et al. entitled "A High-Resolution, Fluorescence-Based, Semiautomated Method for DNA Fingerprinting."

9. Attached hereto as Exhibit H is a true and correct copy of an article published in 1989 by Sydney Brenner and Kenneth J. Livak entitled "DNA Fingerprinting by Sampled Sequencing."

10. Attached hereto as Exhibit I is a true and correct copy of an Amendment dated May 12, 2000 from the file history of U.S. Patent Application No. 09/280,270, produced by Solexa with bates numbers ILL000697-702.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts from the Oxford English Dictionary Online (2d. Ed. 1989), found at http://www.oed.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 18, 2008 in Palo Alto, California.

                                           /s/ Eric C. Pai
                                           Eric C. Pai

I, STEVEN E. COMER, am the ECF User whose ID and password are being used to file this DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S RESPONSIVE CLAIM CONSTRUCTION BRIEF.  In compliance with General Order 45, X.B., I hereby attest that Eric C. Pai has concurred on this filing.

Dated: January 18, 2008                     MORRISON & FOERSTER LLP

                                        By: /s/ Steven E. Comer
                                                  Steven E. Comer