# EXHIBIT E

| **Notice of Allowability** | Application No. 08/424,663 | Applicant(s) MACEVICZ |
|---|---|---|
| | Examiner PAUL B. TRAN | Group Art Unit 1807 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _Applicant's Amendments filed October 21, 1996, and February 11, 1997_.

☒ The allowed claim(s) is/are _1-3, 5-7, 9-12, and 20-28_.

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All  ☐ Some*  ☐ None  of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____.

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

   ☐ because the originally filed drawings were declared by applicant to be informal.

   ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _5_.

   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.

   ☐ including changes required by the attached Examiner's Amendment/Comment.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

   ☐ Notice of References Cited, PTO-892

   ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

   ☒ Interview Summary, PTO-413

   ☒ Examiner's Amendment/Comment

   ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

   ☒ Examiner's Statement of Reasons for Allowance

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)      Notice of Allowability     Part of Paper No. _12_

ILL000298

Serial Number: 08/424,663                                    -2-
Art Unit: 1807

Part III   EXAMINER'S AMENDMENT

An Examiner's Amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 C.F.R. § 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the Issue Fee.
Authorization for this Examiner's Amendment was given in a telephone interview with Vincent M. Powers on February 14, 1997.

The application has been amended as follows:

- In Claim 1, line 18, delete "adjacent to, and"; line 19, delete "," following "of".

- In Claim 21, lines 1-2, insert --extension-- between "said" and "oligonucleotide".


Examiner's Statement of Reasons for Allowance
The following is an Examiner's Statement of Reasons for Allowance:
The examiner acknowledges the receipt of Applicant's Amendment, Paper No. 9, filed October 21, 1996. Claims 4, 8 and 13-19 have been cancelled; Claims 1-3, 5, 7, 9, 11 and 12 have been amended; Claims 20-28 are newly added. Claims 1-3, 5-7, 9-12 and 20-28 are pending before the examiner.

The objection to the disclosure because of non-compliance with the Sequence Rule is maintained, as the nucleotide sequences set forth in the specification are not accompanied with

ILL000299

Serial Number: 08/424,663 -3-
Art Unit: 1807

identifier SEQ ID NOS: (page 20, line 35; page 21, lines 6, 7 and 27-28).

The rejections under 35 U.S.C. § 112, second paragraph, as set forth in paragraph nos. 3-6, are moot in view of the amendment to or cancellation of the rejected claims. These rejections are hereby withdrawn.

The rejection of Claims 1, 2 and 7 under 35 U.S.C. § 103 as being unpatentable over Brennan et al. in view of Cantor or Broude is moot in view of the amendment to claim 1. The rejection is hereby withdrawn.

Claims 1-3, 5-7, 9-12 and 20-28 are allowable over the prior art of record. The claims distinguish over the prior art due to two limitations recited in the claimed method of determining a nucleic acid sequence: (1) The initiating oligonucleotide probe or primer is extended by one extension oligonucleotide probe at a time, and the identifying of one or more target nucleotide(s) in between each extension/ligation step; and (2) the extension oligonucleotide probes are regenerated to an extendable probe to which the next extension oligonucleotide probe is ligated to repeat the steps into the downstream region of the nucleic acid. The closest prior art of record is Brennan et al. (U.S. Patent No. 5,403,708), which discloses a sequencing method in which a mixture of ligation products containing different number of extension oligonucleotides, and Cantor (U.S. Patent No. 5,503,980) or Broude, which discloses a method of sequencing by hybridization in which an array of probes containing a double-stranded portion and single-stranded portion having a random but determinable sequence to which a target hybridizes. None of the

ILL000300

Serial Number: 08/424,663 -4-
Art Unit: 1807

cited prior art teaches or suggests the steps set forth in the methods recited in the claims.

Any comments considered necessary by applicant must be submitted no later than the payment of the Issue Fee and, to avoid processing delays, should preferably accompany the Issue Fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or those earlier from the examiner should be directed to Paul B. Tran, Ph.D., whose telephone number is (703) 308-4040.
Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose phone number is (703) 308-0196.

Paper related to this application may be submitted to Group 1800 by facsimile transmission. Papers should be faxed to Group 1800 via the PTO Fax Center located in Crystal Mall 1. The faxing of such papers must conform with the notice published in the Official Gazette, 1096 OG 30 (November 15, 1989). The CM1 Fax Center number is (703) 305-7401.

Paul B. Tran, Ph.D.
Art Unit 1807
2/17/97

W. GARY JONES
SUPERVISORY PATENT EXAMINER
GROUP 1800
2/18/97

ILL000301