# EXHIBIT F





**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**

ようこそイルミナ株式会社へ    中文网站

MoreThanSequencing - DNA - switchtoi - Infinium

support  contact

+1 858.202.4566 ©2008 Illumi





**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**

ようこそイルミナ株式会社へ    中文网站
MoreThanSequencing - DNA - switchtoi - Infinium

support  contact
+1 858.202.4566  ©2008 Illumi





**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**

ようこそイルミナ株式会社へ   中文网站
MoreThanSequencing - DNA - switchtoi - Infinium

support  contact
+1 858.202.4566 ©2008 Illumi





**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**

ようこそイルミナ株式会社へ    中文网站
MoreThanSequencing - DNA - switchtoi - Infinium

support  contact
+1 858.202.4566 ©2008 Illumi





**Media Viewer**





**back to solexa technology**

ようこそイルミナ株式会社へ　中文网站  
MoreThanSequencing - DNA - switchtoi - Infinium

support  contact  
+1 858.202.4566 ©2008 Illumi





**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**





**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**

ようこそイルミナ株式会社へ　中文网站

MoreThanSequencing - DNA - switchtoi - Infinium

support  contact

+1 858.202.4566 ©2008 Illumi





**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**

ようこそイルミナ株式会社へ　中文网站　　　　　　　　　　　　　　　　　　support  contact
MoreThanSequencing - DNA - switchtoi - Infinium　　　　　　　+1 858.202.4566 ©2008 Illumi






**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**

ようこそイルミナ株式会社へ  中文网站  support  contact
MoreThanSequencing - DNA - switchtoi - Infinium  +1 858.202.4566 ©2008 Illumi







**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**

ようこそイルミナ株式会社へ   中文网站

MoreThanSequencing - DNA - switchtoi - Infinium

support   contact

+1 858.202.4566  ©2008 Illumi






**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**

Case 3:07-cv-02845-WHA   Document 93-7   Filed 01/18/2008   Page 13 of 13





**Media Viewer**

**Sequencing-By-Synthesis Demo**



**back to solexa technology**

ようこそイルミナ株式会社へ   中文网站                                    support   contact
MoreThanSequencing - DNA - switchtoi - Infinium                +1 858.202.4566 ©2008 Illumi