EXHIBIT  G

GENOMICS **4**, 129–136 (1989)

# A High-Resolution, Fluorescence-Based, Semiautomated Method for DNA Fingerprinting

A. V. CARRANO,* J. LAMERDIN,* L. K. ASHWORTH,* B. WATKINS,* E. BRANSCOMB,* T. SLEZAK,*
M. RAFF,† P. J. DE JONG,* D. KEITH,† L. McBRIDE,† S. MEISTER,† AND M. KRONICK†

*Biomedical Sciences Division, Lawrence Livermore National Laboratory, Livermore, California 94550,
and †Applied Biosystems, Inc., Foster City, California 94404

Received May 23, 1988; revised September 6, 1988

We describe a fluorescence-based method for the automated analysis of DNA fragments on polyacrylamide gels. A single-stranded oligonucleotide primer (18-mer) with a fluorochrome covalently bound to its 5′-end is annealed to a synthetic oligonucleotide to create a double-stranded oligonucleotide linker with a 5′-overhang complementary to a restriction enzyme site. Cosmid or plasmid DNA is digested with the appropriate restriction enzyme and then ligated to the fluorochrome-labeled linker. The labeled restriction fragments are loaded on a denaturing polyacrylamide gel in a commercially available DNA sequencer. As the restriction fragments migrate through the gel, they intersect a laser beam which excites the fluorochrome-labeled fragment. Fluorescence emission data are captured on a computer in real time and analyzed after the completion of electrophoresis. Fragment length is nearly linearly related to migration time. This method offers very near single-base resolution up to 400 bases and the ability to quantitate fragment size up to 2000 bases. The fluorochrome-labeling chemistry relies on straightforward enzymatic reactions and can be performed in a single reaction tube. Because four different fluorochromes can be used, each of 16 lanes on the gel can be used to analyze four different digest reactions, one in each color. One of the fluorochromes can be used to label size standards in each lane, eliminating interlane variability and allowing more precise estimates of fragment size. We apply the method to the analysis of overlapping cosmids. © 1989 Academic Press, Inc.

## INTRODUCTION

Gel electrophoresis of DNA provides a simple and versatile method for the routine analysis of DNA. This technique has important applications to the study of genome structure. Electrophoresis of large fragments of DNA derived from a rare-cutting restriction enzyme digest of a single genome or genome subregion coupled with the localization of previously mapped genes or RFLPs to these fragments can yield an ordered large fragment map (Smith *et al.*, 1987). Electrophoresis of smaller DNA fragments derived from digests with restriction enzymes that recognize six- or four-base sequences has been especially useful for detecting overlap between genomic inserts in lambda or cosmid vectors (Coulson *et al.*, 1986; Olson *et al.*, 1986; Kohara *et al.*, 1987). The number and the size of fragments derived from each clone provide a "fingerprint" which can be used to identify other clones that have a partially matching fingerprint pattern. Clones that have a significant number of fragments of the same size are considered to overlap in the original genome. This random clone ordering strategy is labor intensive. For example, to create an ordered set of cosmids from a genomic region of $10^8$ bp cloned in cosmids might require establishing and matching fingerprints from approximately 12,000 cosmids, representing a five-fold coverage of the region. For optimal accuracy, these techniques require that fragment sizes for each clone be measured with high resolution and maximum reproducibility.

Current methods to establish a fingerprint of cloned DNA rely on the separation of restriction fragments in either agarose or polyacrylamide. For agarose gels, the DNA is usually stained with ethidium bromide and the mobility of the fragments is measured manually with a ruler, digitized, or scanned from photographs. For polyacrylamide gels, the DNA restriction fragments are generally radiolabeled, requiring the processing of an autoradiograph prior to fragment mobility measurements. For both gel types, the distribution of fragments sizes is logarithmic so that separation between smaller (faster migrating) fragments is greater than that between larger fragments. In addition, for proper calibration of fragment sizes, one or more lanes on the gel must be sacrificed for size standards.

Clearly, there is a need for the development of new approaches to restriction fragment fingerprinting that

129

Copyright © 1989 by Academic Press, Inc.
All rights of reproduction in any form reserved.

130                                              CARRANO ET AL.

are amenable to automation. We describe herein a fluorescence-based approach that utilizes available instrumentation. We developed a simple chemical procedure to label restriction fragments derived from cloned DNA with any one of four fluorophores. The labeled fragments are then analyzed to determine fragment size on an automated DNA sequencer (Model 370A, Applied Biosystems, Inc., Foster City, CA). The instrument couples a vertical polyacrylamide gel electrophoresis apparatus with a laser-excited fluorometer. The fluorophores and instrument design have been described (Smith *et al.,* 1985, 1986; Connell *et al.,* 1987). In principle, the instrument is an automatic gel reader which analyzes fluorochrome-labeled DNA fragments in real time. The advantages of this system are many. First, the fluorometer is a fixed distance (25 cm) from the origin so all of the fragments travel the same distance through the gel before they are detected. This allows for a more uniform spacing between fragments and the spacing is not as dependent upon fragment length as it is in conventional electrophoresis. Moreover, because fluorescence instead of radioactivity is measured, fragment size resolution is improved and more information may be obtained from a single lane of the gel. Four different digests can be analyzed per gel lane; as many as 64 restriction digests can by analyzed simultaneously. Finally, signal data are acquired directly on a computer which facilitates rapid and error-free postacquisition conversion of the signals to fragment length.

## MATERIALS AND METHODS

### Sources of DNAs and Oligonucleotides

Purified DNAs from SV40, pBR322, pUC18, and PHIX174 were obtained from commercial vendors. The chromosome 19-specific cosmids with human inserts were a gift from C. Weber (Lawrence Livermore National Laboratory). They were originally derived from a genomic cosmid library of Chinese hamster cells transfected with human DNA (Weber *et al.,* 1988). Additional cosmids (e.g., A11) with human DNA inserts were obtained by screening a cosmid library prepared from a Chinese hamster–human hybrid cell line (UV5HL9-5B) containing human chromosome 19 as the only human DNA (Siciliano *et al.,* 1986). Four 18-base, single-stranded, fluorophore-labeled M13 universal primers (labeled, respectively, with the dyes called FAM, JOE, TAMRA, and ROX) were obtained from Applied Biosystems, Inc. (Foster City, CA). Oligonucleotides complementary to this primer but with appropriate overhanging 5′ ends were synthesized on an Applied Biosystems Model 380B DNA synthesizer. The dye primers and oligonucleotides are stored at −20°C and have been stable for more than 6 months.

### Restriction Fragment Labeling

A single reaction mixture was used to label the ends of restriction fragments with the dye-labeled primers (Fig. 1). The 18-base, single-stranded universal primer with one of the four fluorophores covalently bound to its 5′-end was annealed to a complementary synthetic oligonucleotide to create a double-stranded oligonucleotide linker with a 5′-overhang complementary to one produced by a restriction enzyme. Cosmid, plasmid, or vector DNA was digested with the appropriate restriction enzyme and ligated to the fluorophore-labeled oligonucleotide linker. A number oligonucleotides complementary to the primer were synthesized so that the fluorophore-labeled primer could be coupled to DNA digested with *Hin*fI, *Hpa*II, *Hin*dIII, *Eco*RI, or *Bam*HI. In general, the restriction and ligation can be done simultaneously if the double-stranded oligonucleotide linker destroys the restriction enzyme recognition site upon ligation to the restriction fragment being labeled.

For the enzymes used in this study, the restriction, annealing, and ligation reactions were performed simultaneously in a single Eppendorf tube. To each tube was added 0.5–1 $\mu$g of uncut DNA to be labeled (stock concentration at 0.5–1.5 $\mu$g/ul), 0.6–1 $\mu$l of the M13 universal primer (ratio of primer-to-insert ends, 0.5–2) coupled to one of the four dyes (FAM, JOE, TAMRA, or ROX), 0.8–1 $\mu$l of the complementary synthetic oligonucleotide (at the same ratio as the dye primer), 6–10 units of restriction enzyme/$\mu$l DNA, 1 $\mu$l of 10× restriction enzyme buffer, 2 $\mu$l of T4 DNA ligase (0.5 unit/$\mu$l), 1 $\mu$l of 8.8 m$M$ ATP, 1.4 $\mu$l of 100 m$M$ DDT, and water to bring the total volume to 10 $\mu$l. The mixture was incubated on a heating block at 37°C overnight (12–14 h), each tube was cooled on ice, and 0.5 $\mu$l of 500 m$M$ EDTA was added. At this point, aliquots from



**FIG. 1.** Annealing, restriction enzyme, and ligation reactions for the preparation of fluorochrome-labeled restriction fragments. The "test DNA" is shown as a *Hin*dIII restriction fragment for illustration purposes only. In actuality, the reaction is initiated with uncut cosmid or plasmid DNA and the restriction enzyme and ligase are added simultaneously.

up to four reaction mixtures (each with a different flu-orochrome) were pooled. The amount of DNA added to the pooled mixture varied with the fluorophore used. For the FAM and JOE dyes, this was usually the equivalent of about 10 fmol per expected restriction fragment; for the TAMRA dye, 20 fmol per fragment; and for the ROX dye, 30 fmol per fragment. The pooled sample was precipitated with ammonium acetate (0.75 $M$), glycogen (1 $\mu$l of 20 mg/ml stock), and 2.5 vol of 95% ethanol. The precipitate was washed in ethanol and resuspended in 4 $\mu$l of TE buffer (10 m$M$ Tris–Cl, 1 m$M$ EDTA, pH 7.4). After at least 60 min of resus-pension, 4 $\mu$l of deionized formamide was added and the DNA was denatured at 95°C for 5 min. Each pooled sample was then loaded into a single lane of a dena-turing (8 $M$ urea) polyacrylamide gel. In some cases, a double-digest reaction was used. When this occurred, the second restriction enzyme (3–6 units/$\mu$g) was added after the overnight reaction, and incubation continued at 37°C for 2 h prior to ethanol precipitation. The number of femtomoles added to each lane was increased approximately twofold for the double-digest reactions.

*Electrophoresis*

Polyacrylamide gels (3–8%, 0.4-mm thickness) were cast between high-optical-quality 5-mm glass plates. The gel was placed in the vertical holder of the Applied Biosystems Model 370A DNA sequencer. TBE (0.089 $M$ Tris-borate, 0.089 $M$ boric acid, 0.008 $M$ EDTA) was used as the running buffer. Electrophoresis conditions were 1300–1400 V, 20 mA, 26 W, and no active temperature control (running temperature of the gel was approx 45°C). The instrumentation features for laser excitation, spectral separation of the emitted flu-orescence, and data collection have been described for DNA sequencing applications (Connell *et al.*, 1987) and they were not modified for the restriction fragment analysis application.

*Data Analysis*

Data acquisition and initial signal processing were performed on an HP Vectra (Hewlett-Packard, Sun-nyvale, CA) using the DNA sequence analysis software available with the instrument. The initial data pro-cessing established a baseline and corrected for fluo-rescence emission overlap. Overlapping peaks from dif-ferent dyes were maintained in the data set. The pro-cessed data were then sent via a 10 megabit/s Ethernet link (Excelan, Inc., San Jose, CA) to a SUN 3/50 workstation (SUN Microsystems, Inc., Mountain View, CA) where all further data analysis was performed. A prototype peak-finding routine has been written in "C" which runs on the SUN 3/50. Using this package, the signal data for each digest within each lane were pro-cessed independently to determine peak location, am-

plitude, and width as a function of acquisition time. These data were compared to the peaks derived from fragment size standards run in the same lane. The three-point interpolation method described by South-ern (1979), with minor modifications, was used to con-vert time-dependent peak data to fragment length.

The data analysis software for the SUN workstation is written in C programming language and is portable to UNIX-based operating environments. For infor-mation on availability of this program for test and evaluation, contact the authors. Alternative data pro-cessing methods are available. With the Version 1.2 DNA sequencing software supplied with the Model 370A sequencer, the HP Vectra can be used to baseline the data and the operator can manually identify peak locations (channel numbers). The channel numbers can then be used as input to any of the available restriction fragment analysis programs written for personal or mainframe computers in order to assign fragment sizes to the peaks. A restriction fragment length analysis program is being developed for the HP Vectra to work in conjunction with the Model 370A sequencer. It will be available from Applied Biosystems, Inc.

## RESULTS

*Nature of the Labeled Restriction Fragments*

SV40 DNA was digested with *Hin*dIII or *Hin*dIII plus *Hae*III, labeled with the FAM (blue) and JOE (green) primers, respectively, annealed to an oligonu-cleotide with a 5′-four-base (AGCT) overhang comple-mentary to the 5′-*Hin*dIII overhang, and analyzed on a 3% denaturing polyacrylamide gel (Fig. 2). Fragments from 15–1768 bases are resolved. Since each restriction fragment is ligated to the 18-base M13 universal primer and fluorophore, the fragment sizes indicated are ex-clusive of the additional primer length. Three of the six single-digest fragments (215, 1118, and 1169 bases) show a clear doublet pattern, suggesting differences in mobility of the two complementary strands. When the DNA is digested first with *Hin*dIII, labeled at the *Hin*dIII sites, and then digested with a second enzyme, *Hae*III, two different labeled fragments are produced for each *Hin*dIII fragment when there is a *Hae*III rec-ognition site internal to the *Hin*dIII sites. In the case of SV40 DNA, five of the six *Hin*dIII fragments possess internal *Hae*III sites and yield 10 new peaks. The 526-bp *Hin*dIII fragment has no internal *Hae*III sites and remains uncut but labeled. The fact that the 526-base fragment from each of the two digests migrates simi-larly illustrates the reproducibility of the chemistry and electrophoresis conditions for digests within the same gel lane. If the ligation of labeled primer was not com-plete at both ends of the *Hin*dIII fragment, peaks that were 18 bases smaller than the ones shown would be



observed. The fact that this is not seen suggests that the restriction–annealing–ligation reactions must be nearly quantitative. While we have initially chosen not to exploit the information contained in the peak areas, the single-digest peaks (and the combined doublets) are clearly larger in area than the double-digest peaks. In addition, the double-digest peaks are similar in height, again suggesting that both ends of the original *Hin*dIII fragment were labeled uniformly.

### *Fragment Mobility*

Since the detection window on the Model 370A DNA sequencer is at a fixed distance from the wells, fragment mobility is measured as the interval of time from the start of electrophoresis to detection. We measured the mobility of fragments derived from a *Hin*fI digest of PHIX174 DNA. Since the *Hin*fI site has an ambiguous nucleotide in the middle position (GANTC), annealing and ligation were performed using equimolar concentrations of a complementary set of four oligonucleotides, each with a different base substituted at the ambiguous site. Fragments derived from six independent reactions were loaded on denaturing gels ranging from 3 to 8% polyacrylamide. As can be seen in Fig. 3, fragment size is essentially a linear function of electrophoresis time. This facilitates the use of linear interpolation methods for the estimation of fragment sizes.

The errors in fragment size estimation attributable to all the components of this method (i.e., the chemistry, electrophoresis, and data analysis) are shown in Table 1. SV40 and pBR322 DNAs were digested with *Hae*III and labeled, and the fragment sizes were calculated following electrophoresis. The repeat measurements were performed over several weeks. The largest errors occur at the smallest fragment sizes, but even these differences are small (coefficient of variation of 2%). The coefficients of variation remain less than 1% even at the largest fragment sizes.

### *Application to Cosmid Fingerprinting*

Figure 4 illustrates one approach to using these methods for cosmid fingerprinting. A cosmid containing an insert derived from human chromosome 19 was cut with three different restriction enzyme combinations, *Hin*dIII/*Hae*III, *Bam*HI/*Hae*III, and *Eco*RI/*Hae*III, each in a double-digest protocol. The *Hin*dIII, *Bam*HI, and *Eco*RI ends were ligated to the FAM (blue), JOE (green), and TAMRA (black) dye primers, respectively. Size standards were labeled with the ROX (red) dye primer. All four dyes were loaded in a single lane of a 4.5% denaturing polyacrylamide gel on the 370 DNA sequencer and electrophoresis was continued for approximately 12 h. Fragment sizes from 26 to 726 bases are clearly resolved, as are the fragments from each of the three double-digest combinations.

The power and sensitivity of this approach were tested in a preliminary way by an analysis of a set of overlapping cosmids derived from human chromosome 19 (Weber *et al.*, 1988). Six cosmids that overlapped

800
600
400
200
0
0
100
200
300
400
500
600
700
Fragment size, bases
Time, min
3%
4%
5%
6%
7%
8%

**FIG. 3.** The relation between fragment size and migration time for *Hin*fI fragments derived from a digest of PHIX174 DNA analyzed on denaturing gels varying from 3 to 8% polyacrylamide.

**FIG. 2.** Processed data from the denaturing polyacrylamide (3%) gel elctrophoresis of SV40 DNA digested with *Hin*dIII (blue, FAM primer) or *Hin*dIII and *Hae*III (green, JOE primer). The ordinate represents fluorescence signal intensity and the abscissa represents migration time. The panels read from left to right and top to bottom. Fragment size estimates are indicated above each peak, the underlined fragment sizes representing those derived from the double digest. The estimated amount of DNA loaded is 10 fmol per fragment for both the FAM and the JOE primers.

**FIG. 4.** Processed data from a single lane of the Model 370A DNA sequencer. The same cosmid (A11) was digested with *Hin*dIII/*Hae*III (blue, FAM primer), *Bam*HI/*Hae*III (green, JOE primer), or *Eco*RI/*Hae*III (black, TAMRA primer). Size standards were labeled with the ROX primer (red). They consist of a mixture of the following digests: pBR322 cut with *Hin*fI, pUC18 with *Hpa*II, and PHIX174 with *Hin*fI and *Hin*fI/*Hae*III. The gel consisted of 4.5% polyacrylamide. The following approximate amounts of DNA in femtomoles per fragment were loaded: FAM, 20; JOE, 20: TAMRA, 25; and ROX, 30.

134                                              CARRANO ET AL.

TABLE 1

Reproducibility of Restriction Fragment Length
Measurements for pBR322 and SV40 HaeIII Digests

| DNA | Fragment size (bases) | No. of measurements | Mean ± SD (bases) | CV[a] (%) |
|---|---|---|---|---|
| SV40 | 29 | 9 | 29.42 ± 0.59 | 2.01 |
| pBR322 | 51 | 8 | 50.89 ± 0.40 | 1.96 |
| pBR322 | 104 | 10 | 104.24 ± 0.21 | 0.20 |
| pBR322 | 181 | 10 | 180.67 ± 0.43 | 0.24 |
| SV40 | 300 | 9 | 300.40 ± 1.01 | 0.34 |
| pBR322 | 462 | 6 | 461.97 ± 2.39 | 0.52 |
| pBR322 | 587 | 4 | 587.34 ± 0.65 | 0.11 |

[a] CV (coefficient of variation) is the standard deviation divided by
the mean and expressed as a percentage.

one another by varying amounts were chosen. Each
cosmid was digested with HindIII and then cut with a
second restriction enzyme, HaeIII, AluI, or Sau3AI. In
each case the HindIII ends were labeled with the dye
primers. Three cosmid digests plus a size standard were
loaded in a single lane of a 4.5% polyacrylamide gel
and the peak data processed as indicated above. The
results of the HindIII/HaeIII double-digest analysis are
shown in Fig. 5. Each of the four panels represents 100
base units and each row represents the fragment anal-
ysis for a single cosmid.

The reproducibility of the methods is illustrated by
the first two rows, which represent a repeat of the re-
striction–annealing–ligation reactions and electropho-
resis for the same cosmid (No. 27) performed on sep-
arate days. Eleven fragments were observed in the size
range shown in the figure. In the two experiments, the
fragment sizes were identical at the level of single base
resolution. Similarity in fragment sizes is also seen with
the other cosmids in the set. For example, cosmids 7,
17, and 15 all share restriction fragments of 50, 70, 87,
96, and 128 bases. Shared fragments among other cos-
mid pairs are also evident. Fragment length analysis
was also performed for the HindIII/AluI and HindIII/
Sau3AI digests. The results from all three digests are
pooled and summarized in Fig. 6. The ratios in the
figure indicate the number of shared fragments per total
fragments. This ratio can be used as a rough approx-
imation to the degree of overlap between the cosmid
pairs. The overlap among the cosmids in this set agrees
well with that established from multiple restriction di-
gests in the previously reported study (Weber et al.,
1988).

*Factors Affecting Resolution and Analysis*

During the course of developing these methods, a
number of variables were examined. These include the
concentration of DNA during the restriction–anneal-
ing–ligation reaction, the ratio of dye primer to insert,

and the amount of DNA loaded per gel lane. The ob-
servations are mainly qualitative in nature and can be
briefly summarized here.

The reactions occur in a fixed 10-μl volume as a
compromise to maintain an adequate ligation concen-
tration with a minimal amount of DNA and a minimal
concentration of glycerol which is derived from the re-
striction enzymes and ligase. Under the conditions de-
scribed here, the DNA concentration at ligation ranges
from 50 to 100 ng/μl. This requires about 0.5 μg of
cosmid (test) DNA, an amount which is reasonable for
most applications. Glycerol concentrations in the re-
actions can be maintained at 1 to 4%. Increases in the
glycerol levels or suboptimal ligation concentrations
resulted in peak broadening, lower signal-to-noise, and
a diminished ability to resolve fragments of similar size.
In addition, we varied the ratio of ends of dye primer
(and complementary oligonucleotide) to insert from
0.1:1 to 4:1. The optimal ratio is influenced by the
cleanliness of the source DNA. Suboptimal ratios result
in loss of signal (peak height) and, consequently, ac-
curacy of fragment identification. For most DNA prep-
arations, a ratio of 2:1 is near optimal. Finally, the
amount of DNA loaded per lane can affect the resolving
power of the gels. Peak broadening increases, and hence



FIG. 5.    The distribution of fragment sizes from a HindIII/HaeIII
digest of six cosmids derived from human chromosome 19. Panels
read from left to right and top to bottom. Each box represents a
single base (0–400 bases) and each row represents a cosmid. The
fragment sizes for each cosmid are inclusive of the 18-base dye primer
and were derived from processed data similar to those shown in Fig.
4. Replicate samples of cosmid 27 prepared and analyzed on different
days are labeled as A and B.

FLUORESCENCE-BASED DNA FINGERPRINTING 135



Cosmid No.

|     | 17 | 29 | 7 | 15 | 2 |
|-----|-------|-------|-------|-------|-------|
| 27  | 38/69 | 10/61 | 36/61 | 26/75 | 12/78 |
| 17  |       | 8/66  | 42/66 | 30/80 | 4/83  |
| 29  |       |       | 6/48  | 4/62  | 34/65 |
| 7   |       |       |       | 26/62 | 6/65  |
| 15  |       |       |       |       | 6/79  |

FIG. 6. Pairwise comparisons of matching fragments from six chromosome 19 cosmids. Date are pooled for three double digest on each cosmid, i.e., HindIII followed by HaeIII, AluI, or Sau3AI. For each cosmid pair, the ratio represents the number of matching fragments (to the single base) to the total number of fragments observed. All data were collected under conditions similar to those described in Fig. 4.

resolution diminishes, when more than 2 μg of DNA is loaded in a single lane. Because the fluorescence emission intensity differs for each fluorochrome, varying amounts of DNA must be loaded for each. Typical gel loadings for the double-digest reactions with cosmid DNA are 12.5 fmol per fragment (0.17 μg DNA) for FAM and JOE and 50 fmol per fragment (0.68 μg DNA) for TAMRA. The size standards are labeled with the ROX dye primer and loaded at 50 fmol per fragment (0.2 μg DNA). Analysis of three cosmids and a size standard in each lane thus requires loading about 1.2 μg DNA total. Smaller amounts of DNA, depending on the digest conditions and the dyes, can be loaded. We have measured fragments from plasmid DNA digests at less than 5 fmol per fragment with the FAM primer.

## DISCUSSION

We describe here a novel approach to the analysis of restriction fragments. The method is fluorescence-based and hence eliminates the need for radioactivity. It uses standard biochemical procedures coupled to state-of-the-art, commercially available instrumentation. Although the methods are applied to polyacrylamide gels, the approach is generally applicable to agarose gel systems and we are currently exploring this extension. With polyacrylamide gels, the approach offers high resolution. Since all fragments are detected at a fixed distance from the load region, separation between fragments is enhanced. This is unlike conventional electrophoresis in which fragments are distributed logarithmically according to size, thereby limiting resolution of the larger fragment sizes. In

our approach, very near single-base reproducibility is achievable at least up to 400 bases and better than two-base resolution has been attained up to 800 bases. The fact that multiple samples (up to four with the present instrument configuration) can be loaded in each lane gives a distinct advantage over conventional electrophoresis. First, size standards can be placed in every lane with the DNA to be analyzed. This obviates the need for interlane comparisons in fragment size calculations. Errors attributed to interlane variability in fragment mobility are eliminated. Second, throughput is increased. In addition to a size standard, up to three samples can be loaded in each lane. Thus 48 samples (plus 16 size standards) can be processed in a 12 h period (unattended, overnight). The data are collected directly into a computer and can be processed rapidly and automatically to generate fragment size. Using the SUN-based data processing software, fragment size measurements from 64 digests can be generated in 2–4 h, depending on the amount of interactive editing required. In addition, the chemistry relies on simple reactions with readily available enzymes. The manual preparation of 64 reactions can be completed within 2 h and it is amenable to automation.

The ability to generate restriction fragment length information from cloned DNA has immediate application to DNA fingerprinting for the purpose of establishing overlapping clones or contigs of lambda or cosmids. One scheme presented here is similar to the method for contig mapping using radiolabeled fragments reported by Coulson et al. (1987), namely, digesting the cosmid with a six-cutter restriction enzyme, labeling the ends, and then digesting the fragments with a four-cutter. This method works well in the fluorescence-labeling scheme and can be extended to generate an optimal number of fragments for the statistical detection of overlap. Alternative strategies are also possible with the method we describe. For example, we have also used single restriction digests to generate a large number of restriction fragments for each DNA clone. Cosmid DNA digested with HinfI or HpaII generates about 120 and 80 fragments, respectively, under 600 bases in length (data not shown). For these single digests, the peaks observed on denaturing gels do not always correspond precisely with fragment length because of the differences in mobility of the complementary strands of the DNA for some of the fragments (Szalay et al., 1977). These doublets, however, are generally reproducible and can be useful as part of the fingerprint information. Thus, they should not compromise the use of single digests for clone fingerprinting. In addition, while peak height is not as uniform as that with the double-digest schemes, it is reproducible to a degree which may prove to be adequate for use as another descriptive parameter.

Sequences of the dye-labeled primers and their com-

plementary oligonucleotides are chosen so as to generate an overlap with the 5′-protruding ends on the restriction fragment as well as to produce a sequence adjacent to the cut site that destroys the recognition site upon successful ligation. Ligation of two restriction fragments to each other, however, produces a recognition site that can be cut again. It is fortuitous that the sequences of the commercially available dye primers are consistent with this strategy for labeling most fragments with 5′-protruding ends or blunt ends. Custom primers can also be synthesized to cover most other cases, including blunt ends and 3′-overhangs. In addition, if the restriction enzyme recognition site is regenerated following ligation, then fluorochrome labeling by ligation could be performed after restriction digestion instead of simultaneously. Although the present study focuses on overlap detection, the method is sufficiently universal that it can be applied to other DNA analysis schemes such as quantification of DNA fragments derived from regions of genomic DNA amplified by the polymerase chain reaction (Saiki et al., 1985) and partial digestion schemes to establish internal fragment order.

## ACKNOWLEDGMENTS

The authors thank Christine Weber (Lawrence Livermore National Laboratory) for the human chromosome 19-specific cosmids and Norman Whiteley and Michael Hunkapillar (Applied Biosystems, Inc.) for their continuing encouragement and support. This work was performed under the auspices of the U.S. Department of Energy by Lawrence Livermore National Laboratory under Contract W-7405-ENG-48.

## REFERENCES

1. CONNELL, C., FUNG, S., HEINER, C., BRIDGHAM, J., CHAKERIAN, V., HERON, E., JONES, B., MENCHEN, S., MORDAN, W., RAFF, M., RECKNOR, M., SMITH, L., SPRINGER, J., WOO, S., AND HUNKAPILLAR, M. (1987). Automated DNA sequence analysis. Biotechniques 5: 342–348.
2. COULSON, A., SULSTON, J., BRENNER, S., AND KARN, J. (1986). Toward a physical map of the genome of the nematode Caenorhabditis elegans. Proc. Natl. Acad. Sci. USA 83: 7821–7825.
3. KOHARA, Y., AKIYAMA, K., AND ISONO, K. (1987). The physical map of the whole E. coli chromosome: Application of a new strategy for rapid analysis and sorting of a large genomic library. Cell 50: 495–508.
4. OLSON, M. V., DUTCHIK, J. E., GRAHAM, M. Y., BRODEUR, G. M., HELMS, C., FRANK, M., MacCOLLIN, M., SCHEINMAN, R., AND FRANK, T. (1986). Random-clone strategy for genomic restriction mapping in yeast. Proc. Natl. Acad. Sci. USA 83: 7826–7830.
5. SAIKI, R. K., SCHARF, S., FALOONA, F., MULLIS, K. B., HORN, G. T., ERLICH, H. A., AND ARNHEIM, N. (1985). Enzymatic amplification of β-globin genomic sequences and restriction site analysis for diagnosis of sickle cell anemia. Science 230: 1350–1354.
6. SICILIANO, M. J., CARRANO, A. V., AND THOMPSON, L. H. (1986). Assignment of a human DNA-repair gene associated with sister chromatid exchange to chromosome 19. Muta. Res. 174: 303–308.
7. SMITH, C. L., ECONOME, J. G., SCHUTT, A., KLCO, S., AND CANTOR, C. R. (1987). A physical map of the Escherichia coli K12 genome. Science 236: 1448–1453.
8. SMITH, L. M., SANDERS, J. Z., KAISER, R. J., HUGHES, P., DODD, C., CONNELL, C. R., HEINER, C., KENT, S. B. H., AND HOOD, L. E. (1986). Fluorescence detection in automated DNA sequence analysis. Nature (London) 321: 674–679.
9. SMITH, L. M., FUNG, S., HUNKAPILLAR, M. W., HUNKAPILLAR, T. J., AND HOOD, L. E. (1985). The synthesis of oligonucleotides containing an aliphatic amino group at the 5′ terminus: Synthesis of fluorescent DNA primers for use in DNA sequence analysis. Nucleic Acids Res. 13: 2399–2412.
10. SOUTHERN, E. M. (1979). Measurement of DNA length by gel electrophoresis. Anal. Biochem. 100: 319–323.
11. SZALAY, A. A., GROHMANN, AND SINSHEIMER, R. L. (1977). Separation of the complementary strands of DNA fragments on polyacrylamide gels. Nucleic Acids Res. 4: 1569–1578.
12. WEBER, C. A., SALAZAR, E. P., STEWART, S. A., AND THOMPSON, L. H. (1988). Molecular cloning and biological characterization of a human gene, ERCC2, that corrects the nucleotide excision repair defect in CHO UV5 cells. Mol. Cell. Biol. 8: 1137–1146.