# EXHIBIT J

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2008

---

# identify, v.

SECOND EDITION 1989

(aɪˈdɛntɪfaɪ) [ad. late L. *identificāre*: see IDENTITY and -FY. Cf. F. *identifier*.]

   **1. a.** *trans.* To make identical (*with*, †*to* something) in thought or in reality; to consider, regard, or treat as the same.

> **1644** DIGBY *Two Treat.* II. vi. (1645) 63 A body..cannot be either like, or identified to nothing. **1669** BARROW *Expos. Creed* (1697) 89 All the divine perfections (being intrinsecal unto and identified with the divine nature or essence). **1781** GIBBON *Decl. & F.* xxviii. III. 82 *note*, Osiris, whom he identifies with Serapis. **1790** BURKE *Fr. Rev.* Wks. V. 191 They have incorporated and identified the estate of the church with the mass of private property. **1839-40** W. IRVING *Wolfert's R.* (1855) 35 So as to identify the surrounding scenes with those of which I had just been reading. **1856** FROUDE *Hist. Eng.* viii. (1858) II. 243 To identify their interests with those of the native chiefs. **1865** PUSEY *Truth Eng. Ch.* 8 That he identified the glory of God with the gaining fresh converts to the Roman Church.

   **b.** (*a*) To make one in interest, feeling, principle, action, etc. *with*; to associate inseparably. Chiefly *refl.* and *pass.*   (*b*) **to identify oneself with**: *spec.*, to model oneself on, esp. unconsciously; to feel oneself to be associated with or part of; freq. *absol.* with ellipsis of the refl. pron. Also occas. *intr.*, to perform or undergo such a process with regard to something unspecified.

> **1780** BURKE *Econ. Reform* Wks. III. 348 Let us identify, let us incorporate ourselves with the people. **1831** SCOTT *Abbot* Introd., They became identified with the literature of their country. **1849** LEWIS *Infl. Author. Matters Opin.* ix. §10 The abstinence of the State from identifying itself with one of the rival churches. **1859** MILL *Liberty* ii. 31 A legislature or an executive, not identified in interest with the people. **1866** LD. STRANGFORD *Select.* (1869) I. 102 A Crimean peace..is identified with the name of Stratford Canning.

> **1913** A. A. BRILL tr. *Freud's Interpr. of Dreams* iv. 126 If she has put

herself in the place of her friend, or, as we may say, has identified herself with her friend. *Ibid.* 127 An hysterical woman identifies herself most readily..with persons with whom she has had sexual relations. **1940** 'G. ORWELL' *Inside Whale* 51 Sam Weller, Mark Tapley, Clara Peggotty..identify with their master's family. **1955** *Publ. Amer. Dial. Soc.* XXIV. 5 The teen-agers who almost compulsively identify with this semicriminal subculture. **1958** *Observer* 2 Feb. 14/3 Readers can immediately identify with her nice puzzled hero. **1958** M. ARGYLE *Relig. Behaviour* v. 40 Other investigators have studied the beliefs of children who..'identify' themselves with their parents—i.e. wish to be liked by them, wish to resemble them. **1959** *Listener* 31 Dec. 1174/2 An engaging series of attempts and failures to 'identify', as cricket-master at a prep school, or as a journalist on a go-getting daily. **1967** G. STEINER *Lang. & Silence* 81 Because we are trained to give psychological and moral credence to the imaginary..we may find it more difficult to identify with the real world. **1968** *Blues Unlimited* Sept. 8 Finally Tina came on and tore the joint up. She signified, the women identified and the men just drooled. **1969** *Times* 17 Oct. 18/5 Everyone identified madly and Biba's knew no failure. **1972** *Where* Jan. 18/2 Thus the parents, in conversation at home, are able to identify themselves with the place and people under discussion.

**†c.** *intr.* To be made, become, or prove to be the same; to become one with. *Obs.*

**1683** E. HOOKER *Pref. Ep. Pordage's Mystic Div.* 103 Only as..conjoined with our affections, which commix, coincide, and as it were identifi with that grandest and Divinest Mysterie of Love, sciz. God made Flesh. **1790** BURKE *Fr. Rev.* Wks. V. 271 An enlightened self-interest, which..they tell us, will identify with an interest more enlarged and publick. *a***1834** LAMB *Let. to Coleridge* in *Final Mem.* (1848) I. 83 Your taste and mine do not always exactly identify.

**2. a.** To determine (something) to be the same with something conceived, known, asserted, etc.; to determine or establish the identity of; to ascertain or establish what a given thing or who a given person is; in *Nat. Hist.* to refer a specimen to its proper species.

**1769** BLACKSTONE *Comm.* IV. xxiii. (1830) 306 All indictments must set forth the christian name, sirname [etc.]..of the offender: and all this to identify his person. **1797** T. BEWICK *Brit. Birds* (1847) I. 167 The above figure..it is hoped is sufficiently accurate to enable the ornithologist to identify this very small bird. **1828** WEBSTER s.v., The owner of the goods

found them in the possession of the thief, and identified them. **1855** <u>BAIN</u> *Senses & Int.* III. i. §10 (1864) 473 A sailor identifies a speck in the horizon as a ship of a particular build. **1889** *Athenæum* 28 Sept. 421/1 Mr. Round..has also identified as belonging to the reign of Stephen an elaborate hidated survey.

**b.** To serve as a means of identification for.

**1886** <u>J. WARD</u> in *Encycl. Brit.* XX. 62/2 The voice perceived identifies Jacob, at the same time the hands identify Esau.

**3.** To discover, perceive; to localize. *colloq.*

**1922** <u>D. H. LAWRENCE</u> *England, my England* 45 After a lapse and a new effort, he identified a pain in his head.

Hence **i'dentifying** *ppl. a.*, that identifies.

**1828** in <u>WEBSTER</u>. **1872** *Daily News* 27 Apr. 3/4 The identifying warder is now one of the most important of the minor figures in our courts of justice. **1891** *Pall Mall G.* 14 May 6/1 The ornamental identifying medallions furnished to the members for wear during the tour.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2008

---

# said, *ppl. a.*

SECOND EDITION 1989

(sɛd)  Forms: see the vb. [Pa. pple. of SAY *v.*]

**1.** Named or mentioned before. (Also *abovesaid, aforesaid* qq. v.)

> *a*1300 *Cursor M.* 14978 (Cott.) Son þar went disciplis tua Vnto þe said [*Gött.* þis said] castel. **c1375** *Sc. Leg. Saints* xi. (*Symon & Judas*) 16 þe sad king agabarus [L. *prædictus rex Abgarus*]. **1435** *Contract Fotheringhay Ch.* (1841) 20 At my seide Lord's cost. **1457-8** *Anc. Cal. Rec. Dublin* (1889) 297 Aftyr the sayd terme to ber the saydyn v. s. **1486** *Bk. St. Albans* biijb, Lay thessaid hede and the necke ther~uppon. **1548-9** *Bk. Com. Prayer, Collect St. Matthew* (Mar.) To folowe thy sayed sonne Jesus Christ. **1568** GRAFTON *Chron.* II. 251 The King of England gaue the sayde Castell to the sayde Erle. **1716** *Lond. Gaz.* No. 5450/4 The Administratrixes of the said Wilson, do hereby give Notices. **1868** T. H. KEY *Philol. Ess.* 282 The said chapter begins with an admirable extract from a work of Dugald Stewart's. **1885** *Law Times Rep.* LIII. 51/2 The said chimney belonged to the said brewery.

> *absol.* **1648** GAGE *West. Ind.* 186 Some English or Holland ships was abroad at sea..and the said were sometimes lurking about the Islands of St. John.

**†b.** With inflected pl. *Obs.*
Continued in Sc. until the 17th c.

> **1448** in Willis & Clark *Cambridge* (1886) II. 8 The Felowes of the seid college..and Thomas Sturgeon of the seides town and shire carpenter. **1527** *Lanc. Wills* (Chetham Soc.) I. 25 Tenants of the saidis landis. **1581** HAMILTON *Cert. Orth. & Cath. Conclus.* Ded. 3 And yair ye saidis ministers and ve being assemblit. **1609** SKENE *Reg. Maj., Forme Proces* 125 The officiar..may sell and assigne the saides landes.

**†2.** Spoken, uttered. In phr. (*old*) *said saw*.

> **1530, c1570, 1828** [see OLD E. 1c.]. *a*1553 UDALL *Royster D.* I. i. (Arb.)

11 Therefore an other sayd sawe doth men aduise, That they be together both mery and wise. **1581** J. BELL *Haddon's Answ. Osor.* 202b, Accordyng to the old sayd saw Quite agaynst the heare. **1659** HOWELL (*title*) Proverbs, or Old Sayed Sawes & Adages.

†**3.** quasi-*n*. Something said or spoken. *nonce-use.*

**1578** FLORIO *1st Fruites* 18b, So say I also. But from the said vnto the deed there is a great throw.