UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br><br>**(PROPOSED) ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS**<br><br>Date:   February 28, 2008<br>Time:   8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

**ORDER**

Having carefully considered the pleadings on file, the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby GRANTS Defendants' Motion for Summary Judgment on Plaintiff's State-Law Causes of Action for Failure to Comply with the Statutes of Limitations, and hereby dismisses Plaintiff's First through Seventh Causes of Action.

(PROPOSED) ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS; CASE NO: **07-CV-02845 WHA**

-1-

1
2   Dated: _____                    _____
3                                              Honorable William Alsup
                                               United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**(PROPOSED) ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS; CASE NO: 07-CV-02845 WHA**

-2-