1  KEVIN M. FLOWERS (admitted *pro hac vice*)
   THOMAS I. ROSS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   GREGORY E. STANTON (CA Bar No. 203495)
3  JOHN R. LABBE (admitted *pro hac vice*)
   MARSHALL, GERSTEIN & BORUN LLP
4  6300 Sears Tower
   233 South Wacker Drive
5  Chicago, Illinois 60606-6357
   (312) 474-6300 (telephone)
6  (312) 474-0448 (facsimile)
   E-Mail: kflowers@marshallip.com
7  E-Mail: tross@marshallip.com
   E-Mail: jdean@marshallip.com
8  E-Mail: gstanton@marshallip.com
   E-Mail: jlabbe@marshallip.com

   Counsel for Defendants
10 ILLUMINA, INC., SOLEXA, INC.,
   and STEPHEN C. MACEVICZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br><br>**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS**<br><br>Date:  February 28, 2008<br>Time:  8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS; CASE NO: 07-CV-02845 WHA**

I, John R. Labbé, declare:

1. I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted *pro hac vice* to practice before this Court in this case.

2. I make this Declaration in support of Defendants' Motion for Summary Judgment on Plaintiff's State-Law Causes of Action for Failure to Comply with the Statutes of Limitations.

3. The statements in this Declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

4. Exhibit 1 hereto is a true and correct copy of United States Patent No. 5,750,341.

5. Exhibit 2 hereto is a true and correct copy of United States Patent No. 5,969,119.

6. Exhibit 3 hereto is a true and correct copy of United States Patent No. 6,306,597.

7. Exhibit 4 hereto is a true and correct copy of select pages from volume 1210 of "Official Gazette of the United States Patent and Trademark Office," issue number 2, dated May 12, 1998.

8. Exhibit 5 hereto is a true and correct copy of select pages from volume 1227 of "Official Gazette of the United States Patent and Trademark Office," issue number 3, dated October 19, 1999.

9. Exhibit 6 hereto is a true and correct copy of select pages from volume 1251 of "Official Gazette of the United States Patent and Trademark Office," issue number 4, dated October 23, 2001.

1   I declare under penalty of perjury that the foregoing is true and correct.

2

3   DATED: January 24, 2008        s/ John R. Labbé
                                   John R. Labbé

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS; CASE NO: 07-CV-02845 WHA**

-2-