# EXHIBIT 4

Vol. 1210 Number 2

# OFFICIAL GAZETTE

of the

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENTS

May 12, 1998

U.S.
DEPARTMENT
OF COMMERCE

Patent
and
Trademark
Office

PUBLISHED WEEKLY BY AUTHORITY OF CONGRESS

# OFFICIAL GAZETTE of the
# UNITED STATES PATENT AND TRADEMARK OFFICE

May 12, 1998      Volume 1210      Number 2

## CONTENTS

| | | | Page |
|---|---|---|---|
| Patent and Trademark Office Notices | | | |
| Patent Cooperation Treaty (PCT) Information | 1210 | OG | 27 |
| Patent Cooperation Treaty Update | 1210 | OG | 27 |
| Announcement of Certain Amendments to the Regulations Under the Patent Cooperation Treaty (PCT) | 1210 | OG | 29 |
| Notice of Maintenance Fees Payable | 1210 | OG | 43 |
| Notice of Expiration of Patents Due to Failure to Pay Maintenance Fee | 1210 | OG | 43 |
| Patents Reinstated Due to the Acceptance of a Late Maintenance Fee from 03/06/98 | 1210 | OG | 50 |
| Reissue Applications Filed | 1210 | OG | 50 |
| Requests for Reexamination Filed | 1210 | OG | 51 |
| Notice of Expiration of Trademark Registrations Due To Failure to Renew | 1210 | OG | 51 |
| Notice Regarding Technical Center Box Issue Fee Mailings | 1210 | OG | 54 |
| 37 CFR 1.47 Notice by Publication | 1210 | OG | 54 |
| Patents Available for License or Sale | 1210 | OG | 54 |
| Registration to Practice | 1210 | OG | 54 |
| Service by Publication | 1210 | OG | 54 |
| Errata | 1210 | OG | 55 |
| Certificates of Correction | 1210 | OG | 55 |
| Summary of Final Decisions Issued by the Trademark Trial and Appeal Board | 1210 | OG | 56 |
| Special Boxes for Mail | 1210 | OG | 57 |
| Reference Collections of U.S. Patents Available for Public Use in Patent Depository Libraries | 1210 | OG | 59 |
| Patent Examining Corps | 1210 | OG | 61 |
| Condition of Trademark Applications | 1210 | OG | 62 |
| Reexaminations | | | 1091 |
| Reissue Patents Granted (35,788) | | | 1093 |
| Plant Patents Granted (10,385) | | | 1097 |
| Patents Granted May 12, 1998 — Errata | | | 1099 |
| Patents Granted | | | |
| General and Mechanical (5,749,096) | | | 1101 |
| Chemical (5,749,923) | | | 1381 |
| Electrical (5,750,877) | | | 1647 |
| Design Patents Granted (394,135) | | | 2125 |
| Index of Patentees | | PI | 1 |
| Indices of Reissue, Reexaminations, Design and Plant Patents | | PI | 158 |
| Classification of | | | |
| Patents (Including Reissues and Reexaminations) | | PI | 167 |
| Designs and Plants Applications | | PI | 173 |
| Geographical Index of Residence of Inventors | | | |
| Patents (Including Reissues and Reexaminations) | | PI | 175 |
| Designs and Plant Applications | | PI | 178 |
| Change of Address Form | | PI | 179 |
| Subscription Order Form | | PI | 181 |

The following are mailed under direction of the Superintendent of Documents, Government Printing Office, Washington, D.C., 20402, to whom all subscriptions should be made payable and all communications addressed. VISA or MasterCard may be used for telephone orders, (202)-512-1800.
  THE OFFICIAL GAZETTE (PATENT SECTION), issued weekly. Stock No. 703-033-00000-8
  THE OFFICIAL GAZETTE (TRADEMARK SECTION), issued weekly. Stock No. 703-034-00000-4
  PATENT AND TRADEMARK OFFICE NOTICES, issued weekly. Stock No. 703-035-00000-1
  GENERAL INFORMATION concerning PATENTS. Stock No. 003-004-00661-7

COPIES OF PATENTS are furnished by the Patent and Trademark Office at $3.00 each; PLANT PATENTS in color, $12.00 each; copies of TRADEMARKS at $3.00 each. Address orders to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Printing authorized by Section 11(a)3 of Title 35, U.S.P.T.O.

For sale by the U.S. Government Printing Office
Superintendent of Documents, Mail Stop: SSOP; Washington, DC 20402-9328





(b) substantially separating the support and bound target polynucleotide from the sample; and
(c) amplifying the target polynucleotide.

---

5,750,339
METHODS FOR IDENTIFYING FETAL CELLS
J. Bruce Smith, Philadelphia, Pa., assignor to Thomas Jefferson University, Philadelphia, Pa.
Filed Nov. 30, 1994, Ser. No. 347,506
Int. Cl.6 C12Q 1/68; G01N 33/53
U.S. Cl. 435—6
17 Claims

1. A method of distinguishing nucleated fetal cells from maternal cells in a sample comprising maternal blood containing nucleated fetal cells and maternal cells, said method comprising:
(a) contacting a sample comprising maternal blood containing nucleated fetal cells and maternal cells with a probe; said probe being a nucleic acid molecule comprising a nucleotide sequence complementary to the nucleotide sequence of HLA-G mRNA; and
(b) identifying cells in which said probe hybridizes to mRNA in said cells; wherein the absence of hybridization of said probe to mRNA in said cells is an indication that said cells are maternal cells and the presence of hybridization of said probe to mRNA in said cells is an indication that said cells are nucleated fetal cells.

---

5,750,340
IN SITU HYBRIDIZATION SOLUTION AND PROCESS
In C. Kim; Donald M. Thompson, and Gloria E. Sarto, all of Albuquerque, N. Mex., assignors to University of New Mexico, Alburquerque, N. Mex.
Filed Apr. 7, 1995, Ser. No. 418,704
Int. Cl.6 C12Q 1/68; A61K 9/44; G01N 1/30
U.S. Cl. 435—6
23 Claims

1. A hybridization solution for performing an in situ hybridization procedure, said solution consisting essentially of:
between about 8 and 12 percent by weight dextran sulfate;
between about 10 and 30 percent by volume formamide; and
a salt.

---

5,750,341
DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS
Stephen C. Macevicz, Cupertino, Calif., assignor to Lynx Therapeutics, Inc., Hayward, Calif.
Filed Apr. 17, 1995, Ser. No. 424,663
Int. Cl.6 C12Q 1/68; C07H 21/02;21/04; C12P 19/34
U.S. Cl. 435—6
19 Claims

1. A method for determining a sequence of nucleotides in a target polynucleotide, the method comprising the steps of:

(a) providing a probe-target duplex comprising an initializing oligonucleotide probe hybridized to a target polynucleotide, said probe having an extendable probe terminus;
(b) ligating an extension oligonucleotide probe to said extendable probe terminus, to form an extended duplex containing an extended oligonucleotide probe;
(c) identifying, in the extended duplex, at least one nucleotide in the target polynucleotide that is either (1) complementary to the just-ligated extension probe or (2) a nucleotide residue in the target polynucleotide which is immediately downstream of the extended oligonucleotide probe;
(d) generating an extendable probe terminus on the extended probe, if an extendable probe terminus is not already present, such that the terminus generated is different from the terminus to which the last extension probe was ligated; and
(e) repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined.

---

5,750,342
NUCLEIC ACID LIGANDS OF TISSUE TARGET
Andrew Stephens, Denver; Dan Schneider; Larry Gold, both of Boulder, all of Colo., and Ulrich Speck, Berlin, Germany, assignors to NeXstar Pharmaceuticals, Inc., Boulder, Colo., and Schering Akiengesellschaft, Berlin, Germany
Continuation-in-part of Ser. No. 714,131, Jun. 10, 1991, Pat. No. 5,475,096, which is a continuation-in-part of Ser. No. 536,428, Jun. 11, 1990, abandoned, and Ser. No. 964,624, Oct. 21, 1992, Pat. No. 5,496,938. This application May 3, 1995, Ser. No. 433,124
Int. Cl.6 C12Q 19/34; 1/68; C07H 21/02;21/04
U.S. Cl. 435—6
7 Claims

1. A method for identifying nucleic acid ligands to a target selected from the group consisting of peripheral blood mononuclear cells, fibrin clots, and carotid arteries comprising:
a) preparing a candidate mixture of nucleic acids;
b) contacting said candidate mixture of nucleic acids with said target, wherein nucleic acids having an increased affinity to the target relative to the candidate mixture may be partitioned from the remainder of the candidate mixture;
c) partitioning the increased affinity nucleic acids from the remainder of the candidate mixture; and
d) amplifying the increased affinity nucleic acids to yield a mixture of nucleic acids enriched for nucleic acids with relatively higher affinity and specificity for binding to said target than the remainder of the candidate mixture, whereby nucleic acid ligands of said target may be identified.