# EXHIBIT 5

C 21.5
1227/3

DEPOSITORY

0 03

ute to:



# OFFICIAL GAZETTE

## of the
## UNITED STATES PATENT AND TRADEMARK OFFICE

PATENTS

October 19, 1999



U.S.
DEPARTMENT
OF COMMERCE

Patent
and
Trademark
Office

PUBLISHED WEEKLY BY AUTHORITY OF CONGRESS

BUSINESS/SCIENCE/TECHNOLOGY DIVISION
CHICAGO PUBLIC LIBRARY
400 SOUTH STATE STREET
CHICAGO, IL 60605

# OFFICIAL GAZETTE of the UNITED STATES PATENT AND TRADEMARK OFFICE

October 19, 1999              Volume 1227              Number 3

## CONTENTS

|  | | Page |
|---|---|---|
| Patent and Trademark Office Notices | | |
| Patent Cooperation Treaty (PCT) Information | 1227 | OG 69 |
| Notice of Maintenance Fees Payable | 1227 | OG 70 |
| Notice of Expiration of Patents Due to Failure to Pay Maintenance Fee | 1227 | OG 70 |
| Patents Reinstated Due to the Acceptance of a Late Maintenance Fee From 08/27/99 | 1227 | OG 77 |
| Reissue Applications Filed | 1227 | OG 78 |
| Requests for Reexamination Filed | 1227 | OG 78 |
| Notice of Expiration of Trademark Registrations Due To Failure to Renew | 1227 | OG 79 |
| Notice Regarding Technical Center Box Issue Fee Mailings | 1227 | OG 81 |
| Point-of-Sale Check Conversion Pilot Program | 1227 | OG 81 |
| Service by Publication | 1227 | OG 81 |
| Notice of Suspension | 1227 | OG 82 |
| Certificates of Correction | 1227 | OG 82 |
| Summary of Final Decisions Issued by the Trademark Trial and Appeal Board | 1227 | OG 84 |
| Special Boxes for Mail | 1227 | OG 90 |
| Reference Collections of U.S. Patents Available for Public Use in Patent Depository Libraries | 1227 | OG 92 |
| Patent Technology Centers | 1227 | OG 94 |
| Condition of Trademark Applications | 1227 | OG 96 |
| Reexaminations | | 2247 |
| Reissue Patents Granted (36,342) | | 2249 |
| Plant Patents Granted (11,096) | | 2253 |
| Patents Granted | | |
| General and Mechanical (5,966,738) | | 2255 |
| Chemical (5,968,202) | | 2755 |
| Electrical (5,969,223) | | 3053 |
| Design Patents Granted (415,331) | | 3483 |
| Index of Patentees | | PI 1 |
| Indices of Reissue, Reexaminations, Design and Plant Patents | | PI 180 |
| Classification of | | |
| Patents (Including Reissues and Reexaminations) | | PI 189 |
| Designs and Plants Applications | | PI 195 |
| Geographical Index of Residence of Inventors | | |
| Patents (Including Reissues and Reexaminations) | | PI 197 |
| Designs and Plant Applications | | PI 200 |
| Change of Address Form | | PI 201 |
| Subscription Order Form | | PI 203 |

The following are mailed under direction of the Superintendent of Documents, Government Printing Office, Washington, D.C., 20402, to whom all subscriptions should be made payable and all communications addressed. VISA or MasterCard may be used for telephone orders, (202)-512-1800.
    THE OFFICIAL GAZETTE (PATENT SECTION), issued weekly. Stock No. 703-033-00000-8
    THE OFFICIAL GAZETTE (TRADEMARK SECTION), issued weekly. Stock No. 703-034-00000-4
    PATENT AND TRADEMARK OFFICE NOTICES, issued weekly. Stock No. 703-035-00000-1
    GENERAL INFORMATION concerning PATENTS. Stock No. 003-004-00661-7

COPIES OF PATENTS are furnished by the Patent and Trademark Office at $3.00 each; PLANT PATENTS in color, $12.00 each; copies of TRADEMARKS at $3.00 each. Address orders to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Printing authorized by Section 11(a)3 of Title 35, U.S.P.T.O.

For sale by the U.S. Government Printing Office
Superintendent of Documents, Mail Stop: SSOP; Washington, DC 20402-9328

5'—U—(O—Y—O—V—)<sub>x</sub>O—Y—O—W—OH3' (V)

wherein x is a number from 1 to 200 and Y is a nucleotide bridge group; U, V and W are, each individually, identical or different radicals of natural or synthetic nucleosides, and at least one of the radicals U, V and/or W is a radical of formula VI

(VI)

—H$_2$C, O, B, O—R$_3$

wherein B is a purine or pyrimidine radical or an analogue thereof; and R$_3$ is a radical of formula Ia

(Ia)

$$\left[ CH_2-CH-O \right]_n R_4$$
$$\qquad\quad\; |$$
$$\qquad\quad\; R_5$$

wherein
R$_4$ is methyl;
R$_5$ is hydrogen; and
n is the number 1;
said oligonucleotide being capable of base pairing with a complementary nucleic acid strand.

---

### 5,969,117
### MODIFIED PROTEIN KINASE A-SPECIFIC OLIGONUCLEOTIDE

Sudhir Agrawal, Shrewsbury, Mass., assignor to Hybridon, Inc., Milford, Mass.
Continuation-in-part of application No. 08/516,454, Aug. 17, 1995, Pat. No. 5,652,356. This application Sep. 22, 1995, Appl. No. 532,979.
Int. Cl.[6] C07H 19/00;21/02; A01N 43/04; C12Q 1/68
U.S. Cl. 536—22.1      23 Claims



1. A synthetic, modified oligonucleotide complementary to, and capable of down-regulating the expression of, nucleic acid encoding protein kinase A subunit RI$_\alpha$, the modified oligonucleotide having from about 15 to about 30 nucleotides and being an inverted hybrid or inverted chimeric oligonucleotide,
the inverted hybrid oligonucleotide comprising a region of at least four ribonucleotides flanked by 3' and 5' flanking deoxyribonucleotide regions of at least two deoxyribonucleotides, and the inverted chimeric oligonucleotide comprising an oligonucleotide nonionic region of at least four nucleotides flanked by two oligonucleotide phosphorothioate regions.

---

### 5,969,118
### BACKBONE MODIFIED OLIGONUCLEOTIDE ANALOGS AND PREPARATION THEREOF THROUGH RADICAL COUPLING

Yogesh S. Sanghvi, and Phillip Dan Cook, both of Carlsbad, Calif., assignors to Isis Pharmaceuticals, Inc., Carlsbad, Calif.
Division of application No. 08/300,072, Sep. 2, 1994, Pat. No. 5,618,704, which is a continuation of application No. 08/040,933, Mar. 31, 1993, abandoned, which is a continuation-in-part of application No. PCT/US92/04294, May 21, 1992, abandoned, and a continuation-in-part of application No. 07/903,160, Jun. 24, 1992, abandoned, which is a continuation-in-part of application No. 07/703,619, May 21, 1991, Pat. No. 5,378,825, which is a continuation-in-part of application No. 07/566,836, Aug. 13, 1990, Pat. No. 5,223,618, and a continuation-in-part of application No. 07/558,663, Jul. 27, 1990, Pat. No. 5,138,045. This application Feb. 4, 1997, Appl. No. 794,493.
Int. Cl.[6] C07H 19/00;21/02;19/06;21/00
U.S. Cl. 536—22.1      12 Claims

1. A compound having structure:



wherein:
Z$_1$ is CH$_2$—R$_B$, R$_B$, CH$_2$—R$_A$N=CH$_2$, or R$_A$N=CH$_2$, provided that Z$_1$ is not R$_A$N=CH$_2$ when X$_1$ is H or OH, and Z$_1$ is not R$_B$ when R$_B$ is OC(O)O—C$_6$H$_5$;
R$_A$ is O or NH;
R$_B$ is a radical generating group selected from I, OC(O)O—C$_6$H$_5$, OC(O)S—C$_6$H$_5$, Se—C$_6$H$_5$, O—C(S)O—C$_6$F$_5$, O—C(S)O—C$_6$Cl$_5$, O—C(S)O—(2,4,6—C$_6$Cl$_3$), NO$_2$, C(S)S—Me, C(S)O—(p—CH$_4$F), bis-dimethylglyoximato-pyridine cobalt, O—C(S)C$_6$H$_5$, O—C(S)SCH$_3$, O—C(S)-imidazole, and C(O)O-pyridin-2-thione;
Y$_1$ is H, hydroxymethyl, a nucleoside, a nucleotide, an oligonucleotide, an oligonucleoside, or a hydroxyl-protected or amine-protected derivative thereof;
B$_{X1}$ is a nucleosidic base;
Q$_1$ is O, S, CH$_2$, CHF or CF$_2$; and
X$_1$ is H, OH, C$_1$ to C$_{10}$ lower alkyl, substituted lower alkyl, alkaryl or aralkyl, F, Cl, Br, CN, CF$_3$, OCF$_3$, OCN, O-alkyl, S-alkyl, N-alkyl, O-alkenyl, S-alkenyl, N-alkenyl, SOCH$_3$, SO$_2$CH$_3$, ONO$_2$, NO$_2$, N$_3$, NH$_2$, heterocycloalkyl, heterocycloalkaryl, aminoalkylamino, polyalkylamino or substituted silyl.

---

### 5,969,119
### DNA SEQUENCING BY PARALLEL OLGONUCLEOTIDE EXTENSIONS

Stephen C. Macevicz, Cupertino, Calif., assignor to Lynx Therapeutics, Inc., Hayward, Calif.
Division of application No. 08/424,663, Apr. 17, 1995. This application Jun. 10, 1997, Appl. No. 872,446.
Int. Cl.[6] C07H 19/00;21/02;21/04; C12Q 1/68
U.S. Cl. 536—22.1      2 Claims

1. An oligonucleotide probe of the formula:

HO—(3')(B)j(5')—OP(=O)(O—)NH—(B)k-Bt*

wherein:
B is a nucleotide or an analog thereof;
j is in the range of from 1 to 12;
k is in the range of from 1 to 12, such that the sum of j and k is less than or equal to 12;
Bt* is a labeled, non-extendable chain-terminating moiety.