# EXHIBIT 6

Case 3:07-cv-02845-WHA     Document 96-7     Filed 01/24/2008     Page 1 of 4

Vol. 1251 Number 4

# OFFICIAL GAZETTE

of the
UNITED STATES PATENT AND TRADEMARK OFFICE

PATENTS

October 23, 2001

U.S.
DEPARTMENT
OF COMMERCE

Patent
and
Trademark
Office

PUBLISHED WEEKLY BY AUTHORITY OF CONGRESS

C 21.5
1251/4

DEPOSITORY
020004-5

Route to:

CHICAGO PUBLIC LIBRARY
BUSINESS / SCIENCE / TECHNOLOGY
400 S. STATE ST. 60605

# OFFICIAL GAZETTE of the
# UNITED STATES PATENT AND TRADEMARK OFFICE

October 23, 2001     Volume 1251     Number 4

## CONTENTS

|  |  | Page |
|---|---|---|
| Patent and Trademark Office Notices |  |  |
| Patent Cooperation Treaty (PCT) Information | 1251 | OG 111 |
| Patent Cooperation Treaty (PCT) Update | 1251 | OG 112 |
| Notice of Maintenance Fees Payable | 1251 | OG 114 |
| Notice of Expiration of Patents Due to Failure to Pay Maintenance Fee | 1251 | OG 114 |
| Patents Reinstated Due to the Acceptance of a Late Maintenance Fee from 09/07/01 | 1251 | OG 122 |
| Reissue Applications Filed | 1251 | OG 122 |
| Requests for Ex Parte Reexamination Filed | 1251 | OG 123 |
| Notice of Expiration of Trademark Registrations Due To Failure to Renew | 1251 | OG 123 |
| Registration to Practice | 1251 | OG 128 |
| Survey of Registered Practitioners in Patent Cases | 1251 | OG 128 |
| Service by Publication | 1251 | OG 129 |
| 37 CFR 1.47 Notice by Publication | 1251 | OG 129 |
| Adverse Decisions in Interference | 1251 | OG 129 |
| Errata | 1251 | OG 129 |
| Certificates of Correction | 1251 | OG 130 |
| Summary of Final Decisions Issued by the Trademark Trial and Appeal Board | 1251 | OG 132 |
| Special Boxes for Mail | 1251 | OG 134 |
| Reference Collections of U.S. Patents Available for Public Use in Patent Depository Libraries | 1251 | OG 136 |
| Patent Technology Centers | 1251 | OG 138 |
| Condition of Trademark Applications | 1251 | OG 140 |
| Reexaminations |  | 3249 |
| Reissue Patents Granted (37,415) |  | 3251 |
| Plant Patents Granted (12,154) |  | 3255 |
| Patents Granted |  |  |
| General and Mechanical (6,305,022) |  | 3257 |
| Chemical (6,306,179) |  | 3649 |
| Electrical (6,307,133) |  | 3943 |
| Design Patents Granted (449,421) |  | 4337 |
| Index of Pantentees |  | PI 1 |
| Indices of Reissue, Reexaminations, Design and Plant Patents |  | PI 167 |
| Classification of |  |  |
| Patents (Including Reissues and Reexaminations) |  | PI 179 |
| Designs and Plant Applications |  | PI 185 |
| Geographical Index of Residence of Inventors |  |  |
| Patents (Including Reissues and Reexaminations) |  | PI 187 |
| Designs and Plant Applications |  | PI 190 |
| Change of Address Form |  | PI 191 |
| Subscription Order Form |  | PI 193 |

The following are mailed under direction of the Superintendent of Documents, Government Printing Office, Washington, D.C., 20402, to whom all subscriptions should be made payable and all communications addressed. VISA or MasterCard may be used for telephone orders, (202) 512-1800.
  THE OFFICIAL GAZETTE (PATENT SECTION), issued weekly. Stock No. 703-033-00000-8
  THE OFFICIAL GAZETTE (TRADEMARK SECTION), issued weekly. Stock No. 703-034-00000-4
  PATENT AND TRADEMARK OFFICE NOTICES, issued weekly. Stock No. 703-035-00000-1
  GENERAL INFORMATION concerning PATENTS. Stock No. 003-004-00661-7

COPIES OF PATENTS are furnished by the Patent and Trademark Office at $3.00 each; PLANT PATENTS in color, $12.00 each; copies of TRADEMARKS at $3.00 each. Address orders to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Printing authorized by Section 11(a)3 of Title 35, U.S.P.T.O.

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: (866) 512–1800   DC area (202) 512–1800
Fax: (202) 512–2250 Mail: Stop SSOP, Washington, DC 20402–0001

(a) providing a double-stranded DNA substrate having a top strand and a recognition site; wherein said top strand has a T at position −4 relative to the cleavage site;

(b) providing an isolated nucleotide integrase comprising

(i) a wild-type or a modified Ll.ltrB intron RNA having a first hybridization sequence for hybridizing with a first intron RNA binding sequence on said top strand of the DNA substrate and a second hybridization sequence for hybridizing with a second RNA binding sequence on said top strand of the substrate; and

(ii) a protein encoded by an Ll.ltrB intron for binding with at least one nucleotide in a first sequence element in the recognition site of the substrate, said protein being bound to said Ll.ltrB intron RNA; and

(c) reacting the nucleotide integrase with the substrate to permit the nucleotide integrase to cleave said top strand of the DNA substrate and to insert the Ll.ltrB intron RNA into the cleavage site.

---

### US 6,306,597 B1
### DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

Stephen C. Macevicz, Cupertino, Calif., assignor to Lynx Therapeutics, Inc., Hayward, Calif.
Continuation of application No. 08/872,446, filed on Jun. 10, 1997, now Pat. No. 5,969,119, which is a division of application No. 08/424,663, filed on Apr. 17, 1995, now Pat. No. 5,750,341. This application Mar. 29, 1999, Appl. No. 280,270.
This patent is subject to a terminal disclaimer.
Int. Cl. C12Q 1/68; C12P 19/34; G01N 33/00; C07H 21/02;21/04
U.S. Cl. 435—6                                                8 Claims



1. A method for identifying a sequence of nucleotides in a polynucleotide, the method comprising the steps of:

(a) extending an initializing oligonucleotide along the polynucleotide by ligating an oligonucleotide probe thereto to form an extended duplex;

(b) identifying one or more nucleotides of the polynucleotide; and

(c) repeating steps (a) and (b) until the sequence of nucleotides is determined.

---

### US 6,306,598 B1
### NUCLEIC ACID-COUPLED COLORIMETRIC ANALYTE DETECTORS

Deborah H. Charych, Albany, Calif., and Ulrich Jonas, Mainz, Germany, assignors to Regents of the University of California, Oakland, Calif.
Continuation-in-part of application No. 09/461,509, filed on Dec. 14, 1999, which is a division of application No. 08/592,724, filed on Jan. 26, 1996, now Pat. No. 6,001,556, which is a continuation-in-part of application No. 08/159,927, filed on Nov. 30, 1993, which is a continuation-in-part of application No. 07/976,697, filed on Nov. 13, 1992, and a continuation-in-part of application No. 09/500,295, filed on Feb. 8, 2000, which is a division of application No. 08/920,501, filed on Aug. 29, 1997, now Pat. No. 6,022,748, and a continuation-in-part of application No. 09/103,344, filed on Jun. 23, 1998, and a continuation-in-part of application No. 08/609,312, filed on Mar. 1, 1996, which is a continuation-in-part of application No. 08/389,475, filed on Feb. 13, 1995, now abandoned, which is a continuation-in-part of application No. 08/289,384, filed on Aug. 11, 1994, now abandoned, and a continuation-in-part of application No. 08/328,237, filed on Oct. 24, 1996, now abandoned, and a continuation-in-part of application No. 08/944,323, filed on Oct. 8, 1997, which is a division of application No. 08/389,475, filed on Feb. 13, 1995, now abandoned, which is a continuation-in-part of application No. 08/289,384, filed on Aug. 11, 1994, now abandoned, and a continuation-in-part of application No. 09/023,898, filed on Feb. 13, 1998, and a continuation-in-part of application No. 09/033,557, filed on Mar. 2, 1998, Provisional application No. 60/090,266, filed on Jun. 22, 1998, Provisional application No. 60/050,496, filed on Jun. 23, 1997, Provisional application No. 60/039,749, filed on Mar. 3, 1997, Provisional application No. 60/038,383, filed on Feb. 14, 1997. This application Jun. 21, 1999, Appl. No. 337,973.
Int. Cl. C12Q 1/68; C07H 19/00; G01N 33/543;21/00
U.S. Cl. 435—6                                                23 Claims





1. A composition comprising one or more biopolymeric materials comprising a plurality of polymerized self-assembling lipid monomers and one or more nucleic acid ligands, wherein binding of an analyte to said nucleic acid ligand causes a conformational change in said polymerized self-assembling lipid monomers, resulting in a color change in said biopolymeric materials.

---

### US 6,306,599 B1
### BIOPOLYMER ARRAYS AND THEIR FABRICATION

Michel G. M. Perbost, Cupertino, Calif., assignor to Agilent Technologies Inc., Palo Alto, Calif.
Filed Jul. 16, 1999, Appl. No. 356,249
Int. Cl. C12Q 1/68; C07H 21/04;21/00;19/00
U.S. Cl. 435—6                                                25 Claims

1. A method of fabricating an addressable array of biopolymers on a substrate using a biomonomer with a first linking group which