1  BRYAN WILSON (CA BAR NO. 138842)
   DARA TABESH (CA BAR 230434)
2  ERIC C. PAI (CA BAR NO. 247604)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  E-Mail: BWilson@mofo.com
   E-Mail: DTabesh@mofo.com
6  E-Mail: EPai@mofo.com

7  DAVID C. DOYLE (CA SBN 70690)
   STEVEN E. COMER (CA SBN 154384)
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
9  San Diego, California  92130-2040
   Telephone: 858.720.5100
10 Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com
11 E-Mail: SComer@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.   C07 02845 WHA |

19 | Plaintiff, | **MOTION FOR ADMINISTRATIVE RELIEF REGARDING PATENT FILE HISTORIES** |

20 | v. | |

21 | ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | Judge:   William H. Alsup |

22

23         Defendants.

24

25

26

27

28

MOTION FOR ADMINISTRATIVE RELIEF regarding PATENT FILE HISTORIES
Case No.  C07 02845 WHA
pa-1222525

1  Pursuant to Civil Local Rules 7-11, Plaintiff Applera Corporation – Applied Biosystems Group ("Plaintiff") hereby lodges with the Court and respectfully requests that the Court accept into the record in this matter: (1) the file history of United States Patent No. 5,750,341 ("'341 Patent"), attached as Exhibit A to the Declaration of Dara Tabesh in support of this motion, and (2) the file history of United State Patent No. 6,306,597 ('597 Patent), attached as Exhibit B to the Declaration of Dara Tabesh in support of this motion.

Plaintiff's request is based upon this motion, the accompanying proposed order, and the Declaration of Dara Tabesh in support of Motion for Administrative Relief Regarding Patent File Histories.

Plaintiff and Defendants Illumina, Inc. and Solexa, Inc. ("Defendants") have, in this matter, offered proposed constructions for claim terms found in the '341 Patent and the '597 Patent. Defendants filed their Opening Claim Construction Brief on January 4, 2008, and Plaintiff filed its Responsive Claim Construction Brief on January 18, 2008.[1] In those briefs, the parties have relied on and cited excerpts from the '341 Patent and '597 Patent file histories. Neither party has submitted the entire file history of either of those patents into the record in this case.

The Markman hearing is scheduled for February 13, 2008. For the convenience of the Court in preparing for the Markman hearing and in preparing its claim construction order, it may be helpful to have the complete file histories of the '341 Patent and '597 Patent in the record in this matter.

For the reasons set forth above, Plaintiff respectfully request that the Court grant its Motion for Administrative Relief and accept the '341 Patent file history and the '597 Patent file history into the record in this matter.

---

[1] Defendants are scheduled to file their Reply Claim Construction Brief on January 25, 2008.

MOTION FOR ADMINISTRATIVE RELIEF regarding PATENT FILE HISTORIES   1
Case No. C07 02845 WHA
pa-1222525

1
2   Dated: January 25, 2008                    MORRISON & FOERSTER LLP
3
4                                              By:    /s/ Dara Tabesh
                                                      Dara Tabesh
5
                                                   Attorneys for Plaintiff
                                                   APPLERA CORPORATION –
6                                                  APPLIED BIOSYSTEMS GROUP
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28