1  BRYAN WILSON (CA BAR NO. 138842)
   DARA TABESH (CA BAR 230434)
2  ERIC C. PAI (CA BAR NO. 247604)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5  E-Mail: BWilson@mofo.com
   E-Mail: DTabesh@mofo.com
6  E-Mail: EPai@mofo.com

7  DAVID C. DOYLE (CA SBN 70690)
   STEVEN E. COMER (CA SBN 154384)
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
9  San Diego, California  92130-2040
   Telephone: 858.720.5100
10 Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com
11 E-Mail: SComer@mofo.com

12 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

18 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.   C07 02845 WHA
19 | | **DECLARATION OF DARA TABESH IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF REGARDING PATENT FILE HISTORIES**
20 | Plaintiff, |
21 | v. |
22 | ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | Judge:   William H. Alsup
23 | |
24 | Defendants. |

1  I, Dara Tabesh, declare:

2  1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of Motion for Administrative Relief Regarding Patent File Histories.

3  2. Attached hereto as Exhibit A (divided into four sections, Exhibits A-1, A-2, A-3, and A-4) is a true and correct copy of the file history of U.S. Patent No. 5,750,341, issued on May 12, 1998, produced by Solexa, Inc. ("Solexa") with Bates numbers ILL000181-606.

4  3. Attached hereto as Exhibit B is a true and correct copy of the file history of U.S. Patent No. 6,306,597, issued on October 23, 2001, produced by Solexa with Bates numbers ILL000607-757.

5  4. AB requested that Solexa, Inc. and Illumina, Inc. ("Defendants") stipulate to this motion, but Defendants could not provide an answer by the time of this filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 25, 2008 in Palo Alto, California.

/s/ Dara Tabesh
Dara Tabesh

DECLARATION OF DARA TABESH ISO MAR REGARDING PATENT FILE HISTORIES
Case No. C07 02845 WHA
pa-1222527