# EXHIBIT  A
## PART 1



*briefed in 1800.
PTO*

PATENT APPLICATION

|||||||||||||||||||||||
08426663

APPROVED FOR LICENSE ☐

INITIALS MAY 1 9 95 4 9

**Date Entered or Counted**

**CONTENTS**

**Date Received or Mailed**

JUN 2 5 1995

| | | |
|---|---|---|
| 1. | Application _____ papers. | |
| 2. | ~~Statement of SER~~ | 4/17/95 |
| 3. | Disclosure Statement | 07/11/95 |
| 4. | Suppl Disclosure Statement | 10-6-95 |
| 5. | Req. 3-mos | 4-16-96 |
| 6. | Power To Inspect | 5-17-96 |
| 7. | Assoc Atty. | 10-21-96 |
| 8. | Ext. 3 | 10-21-96 |
| 9. | Appln to Amd | 10-21-96 |
| 10. | Prelim Amdt Bw/ Info | 1-21-97 |
| 11. | Interview Summary | 2-14-97 |
| 12. | Examr's Amdt /C | 2-08-97 |
| 13. | the Formal Drawings (5 shts) sd N/A | 2/19/98 |
| 14. | **PTO GRANT MAY 1 2 1998** | |
| 15. | RAW SEQ LIST - ENTERED | 3/31/98 |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |
| 31. | | |
| 32. | | |

(FRONT)

ILL000182



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 435 | 6 | 4/8/96 | PBS |
| 435 | 91.52 | | |
| 435 | 91.53 | | |
| 435 | 77,78 | | |
| 536 | 24.33 | | |
| 536 | 25.32 | | |
| 436 | 94 | | |
| Update search | | 4/13/97 | PBS |

| SEARCH NOTES | Date | Exmr. |
|---|---|---|
| APS, BIOSIS, EMBASE, LIFE SCIENCES COLLECTION, MEDLINE, EUROPEAN PATENTS, CA, DERWENT. (attached) | 4/8/96 | PBS |
| APS Review Deans note | 8/10/97 | PBS |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 435 | 6 | 2/07/97 | PBS |
| 435 | 91.52 | | |
| 435 | 91.53 | | |
| 436 | 50 | | |
| 536 | 24.33 | | |
| 536 | 25.32 | | |

(RIGHT OUTSIDE)



(LEFT INSIDE)

ILL000184



US005750341A

## United States Patent [19]

### Macevicz

| | |
|---|---|
| [11] Patent Number: | 5,750,341 |
| [45] Date of Patent: | May 12, 1998 |

[54] **DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS**

[75] Inventor: **Stephen C. Macevicz**, Cupertino, Calif.

[73] Assignee: **Lynx Therapeutics, Inc.**, Hayward, Calif.

[21] Appl. No.: **424,663**

[22] Filed: **Apr. 17, 1995**

[51] Int. Cl.⁶ ............................ C12Q 1/68; C07H 21/02; C07H 21/04; C12P 19/34

[52] U.S. Cl. ................. 435/6; 435/91.52; 435/91.53; 436/94; 536/24.33; 536/25.32; 935/77; 935/78

[58] Field of Search ..................... 435/6, 91.52, 91.53; 935/77, 78; 536/24.33. 25.32; 436/94

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,002,867 | 3/1991 | Macevicz | 435/6 |
| 5,013,830 | 5/1991 | Ohtsuka et al. | 536/27 |
| 5,114,839 | 5/1992 | Blocker | 435/6 |
| 5,367,066 | 11/1994 | Urdea et al. | 536/24.3 |
| 5,403,708 | 4/1995 | Brennan et al. | 435/6 |
| 5,407,799 | 4/1995 | Studier | 435/6 |
| 5,503,980 | 4/1996 | Cantor | 435/6 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 92309231 | 6/1993 | European Pat. Off. . |
| PCT/US91/00968 | 8/1991 | WIPO . |
| PCT/GB95/00109 | 7/1995 | WIPO . |

#### OTHER PUBLICATIONS

Szybalski, "Proposal for sequencing DNA using ligation of hexamers to generate sequential elongation primers (SPEL-6)," Gene, 90: 177–178 (1990).

Kaczorowski et al, "Assembly of 18-nucleotide primers by ligation of three hexamers: sequencing of large genomes by primer walking," Anal. Biochem., 221: 127–135 (1994).

Hou et al, "Fluorescence-based DNA sequencing with hexamer primers," Nucleic Acids Research, 21: 3331–3332 (1993).

Studier, "A strategy for high-volume sequencing of cosmid DNAs: random and directed priming with a library of oligonucleotides," Proc. Natl. Acad. Sci., 86: 6917–6921 (1989).

(List continued on next page.)

Primary Examiner—W. Gray Jones
Assistant Examiner—Paul B. Tran
Attorney, Agent, or Firm—Stephen C. Macevicz; Vincent M. Powers; Dehlinger & Associates

[57] **ABSTRACT**

Method and compositions are provided for analyzing nucleic acid sequences based on repeated cycles of duplex extension along a single stranded template. Preferably, such extension starts from a duplex formed between an initializing oligonucleotide and the template. The initializing oligonucleotide is extended in an initial extension cycle by ligating an oligonucleotide probe to its end to form an extended duplex. The extended duplex is then repeatedly extended by subsequent cycles of ligation. During each cycle, the identity of one or more nucleotides in the template is determined by a label on, or associated with, a successfully ligated oligonucleotide probe. Preferably, the oligonucleotide probe has a blocking moiety, e.g. a chain-terminating nucleotide, in a terminal position so that only a single extension of the extended duplex takes place in a single cycle. The duplex is further extended in subsequent cycles by removing the blocking moiety and regenerating an extendable terminus. The invention provides a method of sequencing nucleic acids which obviates electrophoretic separation of similarly sized DNA fragments, and which eliminates the difficulties associated with the detection and analysis of spacially overlapping bands of DNA fragments in a gel or like medium. The invention also obviates the need to generate DNA fragments from long single stranded templates with a DNA polymerase.

**19 Claims, 5 Drawing Sheets**



5,750,341
Page 2

OTHER PUBLICATIONS

Chretien et al, "Multiplex random priming of internal restriction fragments for DNA sequencing," DNA and Cell Biology, 11: 337–343 (1992).

Kotler et al, "DNA sequencing: modular primers assembled from a library of hexamers or pentamers," Proc. Natl. Acad. Sci., 90: 4241–4245 (1993).

Kieleczawa et al, "DNA sequencing by primer walking with strings of contiguous hexamers," Science, 258: 1787–1790 (1992).

Bronde et al., Proc. Natl. Acad. Sci. (USA) 91:3072–3076, 1994.

Kuznetsova et al., Molecular Biology (Moscow) 28(2), Part I: 190–195 (translated from Russia), 1994.

ILL000186



Fig. 1

ILL000187



**Fig. 2**

ILL000188



**Fig. 3A**

ILL000189



Fig. 3B

ILL000190



**Fig. 4**

5,750,341

# 1

## DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

### FIELD OF THE INVENTION

The invention relates generally to methods for determining the nucleotide sequence of a polynucleotide, and more particularly, to a method of identifying nucleotides in a template by stepwise extension of one or more primers by successive ligations of oligonucleotide blocks.

### BACKGROUND

Analysis of polynucleotides with currently available techniques provides a spectrum of information ranging from the confirmation that a test polynucleotide is the same or different than a standard or an isolated fragment to the express identification and ordering of each nucleotide of the test polynucleotide. Not only are such techniques crucial for understanding the function and control of genes and for applying many of the basic techniques of molecular biology, but they have also become increasingly important as tools in genomic analysis and a great many non-research applications, such as genetic identification, forensic analysis, genetic counselling, medical diagnostics, and the like. In these latter applications both techniques providing partial sequence information, such as fingerprinting by sequence comparisons, and techniques providing full sequence determination have been employed, e.g. Gibbs et al, Proc. Natl. Acad. Sci., 86: 1919–1923 (1989); Gyllensten et al, Proc. Natl. Acad. Sci., 85: 7652–7656 (1988); Carrano et al, Genomics, 4:129–136 (1989); Caetano-Anollés et al, Mol. Gen. Genet., 235: 157–165 (1992); Brenner and Livak, Proc. Natl. Acad. Sci., 86: 8902–8906 (1989); Green et al, PCR Methods and Applications, 1: 77–90 (1991); and Versalovic et al, Nucleic Acids Research, 19: 6823–6831 (1991).

Native DNA consists of two linear polymers, or strands of nucleotides. Each strand is a chain of nucleosides linked by phosphodiester bonds. The two strands are held together in an antiparallel orientation by hydrogen bonds between complementary bases of the nucleotides of the two strands: deoxyadenosine (A) pairs with thymidine (T) and deoxyguanosine (G) pairs with deoxycytidine (C).

Presently there are two basic approaches to DNA sequence determination: the dideoxy chain termination method, e.g. Sanger et al, Proc. Natl. Acad. Sci., 74: 5463–5467 (1977); and the chemical degradation method, e.g. Maxam et al, Proc. Natl. Acad. Sci., 74: 560–564 (1977). The chain termination method has been improved in several ways, and serves as the basis for all currently available automated DNA sequencing machines, e.g. Sanger et al, J. Mol. Biol., 143: 161–178 (1980); Schreier et al, J. Mol. Biol., 129: 169–172 (1979); Smith et al, Nucleic Acids Research, 13: 2399–2412 (1985); Smith et al, Nature, 321: 674–679 (1987); Prober et al, Science, 238: 336–341 (1987); Section II, Meth. Enzymol., 155: 51–334 (1987); Church et al, Science, 240: 185–188 (1988); Hunkapiller et al, Science, 254: 59–67 (1991); Bevan et al, PCR Methods and Applications, 1: 222–228 (1992).

Both the chain termination and chemical degradation methods require the generation of one or more sets of labeled DNA fragments, each having a common origin and each terminating with a known base. The set or sets of fragments must then be separated by size to obtain sequence information. In both methods, the DNA fragments are separated by high resolution gel electrophoresis, which must have the capacity of distinguishing very large fragments

# 2

differing in size by no more than a single nucleotide. Unfortunately, this step severely limits the size of the DNA chain that can be sequenced at one time. Sequencing using these techniques can reliably accommodate a DNA chain of up to about 400–450 nucleotides, Bankier et al, Meth. Enzymol., 155: 51–93 (1987); and Hawkins et al, Electrophoresis, 13: 552–559 (1992).

Several significant technical problems have seriously impeded the application of each techniques to the sequencing of long target polynucleotides, e.g. in excess of 500–600 nucleotides, or to the sequencing of high volumes of many target polynucleotides. Such problems include i) the gel electrophoretic separation step which is labor intensive, is difficult to automate, and introduces an extra degree of variability in the analysis of data, e.g. band broadening due to temperature effects, compressions due to secondary structure in the DNA sequencing fragments, inhomogeneities in the separation gel, and the like; ii) nucleic acid polymerases whose properties, such as processivity, fidelity, rate of polymerization, rate of incorporation of chain terminators, and the like, are often sequence dependent; iii) detection and analysis of DNA sequencing fragments which are typically present in fmol quantities in spatially overlapping bands in a gel; iv) lower signals because the labelling moiety is distributed over the many hundred spatially separated bands rather than being concentrated in a single homogeneous phase, and v) in the case of single-lane fluorescence detection, the availability of dyes with suitable emission and absorption properties, quantum yield, and spectral resolvability, e.g. Trainor, Anal. Biochem., 62: 418–426 (1990); Connell et al, Biotechniques, 5: 342–348 (1987); Karger et al, Nucleic Acids Research, 19: 4955–4962 (1991); Fung et al, U.S. Pat. No. 4,855,225; and Nishikawa et al, Electrophoresis, 12: 623–631 (1991).

Another problem exists with current technology in the area of diagnostic sequencing. An ever widening array of disorders, susceptibilities to disorders, prognoses of disease conditions, and the like, have been correlated with the presence of particular DNA sequences, or the degree of variation (or mutation) in DNA sequences, at one or more genetic loci. Examples of such phenomena include human leukocyte antigen (HLA) typing, cystic fibrosis, tumor progression and heterogeneity, p53 proto-oncogene mutations, ras proto-oncogene mutations, and the like, e.g. Gyllensten et al, PCR Methods and Applications, 1: 91–98 (1991); Santamaria et al, International application PCT/US92/01675; Tsui et al, International application PCT/CA90/00267; and the like. A difficulty in determining DNA sequences associated with such conditions to obtain diagnostic or prognostic information is the frequent presence of multiple subpopulations of DNA, e.g. allelic variants, multiple mutant forms, and the like. Distinguishing the presence and identity of multiple sequences with current sequencing technology is virtually impossible, without additional work to isolate and perhaps clone the separate species of DNA.

A major advance in sequencing technology could be made if an alternative approach was available for sequencing DNA that did not require high resolution electrophoretic separations of DNA fragments, that generated signals more amenable to analysis, and that provided a means for readily analyzing DNA from heterozygous genetic loci.

An objective of the invention is to provide such an alternative approach to presently available DNA sequencing technologies.

### SUMMARY OF THE INVENTION

The invention provides a method of nucleic acid sequence analysis based on repeated cycles of duplex extension along

ILL000192

5,750,341

3

a single stranded template. Preferably, such extension starts from a duplex formed between an initializing oligonucleotide and the template. The initializing oligonucleotide is extended in an initial extension cycle by ligating an oligonucleotide probe to its end to form an extended duplex. The extended duplex is then repeatedly extended by subsequent cycles of ligation. During each cycle, the identity of one or more nucleotides in the template is determined by a label on, or associated with, a successfully ligated oligonucleotide probe. Preferably, the oligonucleotide probe has a blocking moiety, e.g. a chain-terminating nucleotide, in a terminal position so that only a single extension of the extended duplex takes place in a single cycle. The duplex is further extended in subsequent cycles by removing the blocking moiety and regenerating an extendable terminus.

In one aspect of the invention, a plurality of different initializing oligonucleotides is provided for separate samples of the template. Each initializing oligonucleotide forms a duplex with the template such that the end undergoing extension is one or more nucleotides out of register, or phase, with that of every other initializing oligonucleotide of the plurality. In other words, the starting nucleotide for extension is different by one or more nucleotides for each of the different initializing oligonucleotides. In this manner, after each cycle of extension with oligonucleotide probes of the same length, the same relative phase exists between the ends of the initializing oligonucleotides on the different templates. Thus, in a preferred embodiment, where, for example, i) the initializing oligonucleotides are out of phase by one nucleotide, ii) 9-mer oligonucleotide probes are used in the extension step, and iii) nine different initializing oligonucleotides are employed, nine template nucleotides will be identified simultaneously in each extension cycle.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 diagrammatically illustrates parallel sequencing of multiple templates in accordance with the invention.

FIG. 2 diagrammatically illustrates an embodiment of the invention employing acid-labile linkages.

FIG. 3A diagrammatically illustrates an embodiment of the invention employing RNase H labile oligonucleotide with 3′→5′ extensions.

FIG. 3B diagrammatically illustrates an embodiment of the invention employing RNase H labile oligonucleotide with 5′→3′ extensions.

FIG. 4 diagrammatically illustrates an embodiment of the invention employing ligation followed by polymerase extension and cleavage.

## DEFINITIONS

As used herein "sequence determination," "determining a nucleotide sequence," "sequencing," and like terms, in reference to polynucleotides includes determination of partial as well as full sequence information of the polynucleotide. That is, the term includes sequence comparisons, fingerprinting, and like levels of information about a target polynucleotide, as well as the express identification and ordering of each nucleoside of the test polynucleotide.

"Perfectly matched duplex" in reference to the protruding strands of probes and target polynucleotide means that the protruding strand from one forms a double stranded structure with the other such that each nucleotide in the double stranded structure undergoes Watson-Crick basepairing with a nucleotide on the opposite strand. The term also comprehends the pairing of nucleoside analogs, such as

4

deoxyinosine, nucleosides with 2-aminopurine bases, and the like, that may be employed to reduce the degeneracy of the probes.

The term "oligonucleotide" as used herein includes linear oligomers of nucleotides or analogs thereof, including deoxyribonucleosides, ribonucleosides, and the like. Usually oligonucleotides range in size from a few monomeric units, e.g. 3–4, to several hundreds of monomeric units. Whenever an oligonucleotide is represented by a sequence of letters, such as "ATGCCTG," it will be understood that the nucleotides are in 5′→3′ order from left to right and that "A" denotes deoxyadenosine, "C" denotes deoxycytidine, "G" denotes deoxyguanosine, and "T" denotes thymidine, unless otherwise noted.

As used herein, "nucleoside" includes the natural nucleosides, including 2′-deoxy and 2′-hydroxyl forms, e.g. as described in Kornberg and Baker, DNA Replication, 2nd Ed. (Freeman, San Francisco, 1992). "Analogs" in reference to nucleosides includes synthetic nucleosides having modified base moieties and/or modified sugar moieties, e.g. described generally by Scheit, Nucleotide Analogs (John Wiley, New York, 1980). Such analogs include synthetic nucleosides designed to enhance binding properties, reduce degeneracy, increase specificity, and the like.

As used herein, "ligation" means to form a covalent bond or linkage between the termini of two or more nucleic acids, e.g. oligonucleotides and/or polynucleotides, in a template-driven reaction. The nature of the bond or linkage may vary widely and the ligation may be carried out enzymatically or chemically.

## DETAILED DESCRIPTION OF THE INVENTION

The invention provides a method of sequencing nucleic acids which obviates electrophoretic separation of similarly sized DNA fragments, and which eliminates the difficulties associated with the detection and analysis of spacially overlapping bands of DNA fragments in a gel or like medium. The invention also obviates the need to generate DNA fragments from long single stranded templates with a DNA polymerase.

The general scheme of one aspect of the invention is shown diagrammatically in FIG. 1. As described more fully below, the invention is not meant to be limited by the particular features of this embodiment. Template (20) comprising a polynucleotide (50) of unknown sequence and binding region (40) is attached to solid phase support (30). Preferably, for embodiments employing N-mer probes, the template is divided into N aliquots, and for each aliquot a different initializing oligonucleotide $i_x$ is provided that forms a perfectly matched duplex at a location in binding region (40) different from that of the other initializing oligonucleotides. That is, the initializing oligonucleotides $i_1$–$i_N$ form a set of duplexes with the template in the binding region (40), such that the ends of the duplexes proximal to the unknown sequence are from 0 to N−1 nucleotides from the start of the unknown sequence. Thus, in the first cycle of ligations with N-mer probes, a terminal nucleotide (16) of probe (30) ligated to $i_1$ in FIG. 1 will be complementary to the N−1 nucleotide of binding region (40). Likewise, a terminal nucleotide (17) of probe (30) ligated to $i_2$ in FIG. 1 will be complementary to the N−2 nucleotide of binding region (40); a terminal nucleotide (18) of probe (30) ligated to $i_3$ in FIG. 1 will be complementary to the N−3 nucleotide of binding region (40), and so on. Finally, a terminal nucleotide (15) of probe (30) ligated to $i_N$ will be comple-

ILL000193

5,750,341

5

mentary to the first nucleotide of unknown sequence (50). In the second cycle of ligations, a terminal nucleotide (19) of probe (31) will be complementary to the second nucleotide (19) of unknown sequence (50) in duplexes starting with initializing oligonucleotide $i_1$. Likewise, terminal nucleotides of probes ligated to duplexes starting with initializing oligonucleotides $i_2$, $i_3$, $i_4$, and so on, will be complementary to the third, fourth, and fifth nucleotides of unknown sequence (50).

In the above embodiment, the oligonucleotide probes are labeled so that the identity of the nucleotide abutting the extended duplex can be determined from the label.

Binding region (40) has a known sequence, but can vary greatly in length and composition. It must be sufficiently long to accommodate the hybridization of an initializing oligonucleotide. Different binding regions can be employed with either identical or different initializing oligonucleotides, but for convenience of preparation, it is preferable to provide identical binding regions and different initializing oligonucleotides. Thus, all the templates are prepared identically and then separated into aliquots for use with different initializing oligonucleotides. Preferably, the binding region should be long enough to accommodate a set of different initializing oligonucleotides, each hybridizing to the template to produce a different starting point for subsequent ligations. Most preferably, the binding region is between about 20 to 50 nucleotides in length.

Initializing oligonucleotides are selected to form highly stable duplexes with the binding region that remain intact during any washing steps of the extension cycles. This is conveniently achieved by selecting the length(s) of the initializing oligonucleotides to be considerably longer than that, or those, of the oligonucleotide probes and/or by selecting them to be GC-rich. Initializing oligonucleotides may also be cross-linked to the template strand by a variety of techniques, e.g. Summerton et al, U.S. Pat. No. 4,123,610; or they may be comprised of nucleotide analogs that form duplexes of greater stability than their natural counterparts, e.g. peptide nucleic acids, Science, 254:1497–1500 (1991); Hanvey et al, Science, 258:1481–1485 (1992); and PCT applications PCT/EP92/01219 and PCT/EP92/01220.

Preferably, the length of the initializing oligonucleotide is from about 20 to 30 nucleotides and its composition comprises a sufficient percentage of G's and C's to provide a duplex melting temperature that exceeds those of the oligonucleotide probes being employed by about 10°–50° C. More preferably, the duplex melting temperature of the initializing oligonucleotide exceeds those of the oligonucleotide probes by about 20°–50° C. The number, N, of distinct initializing oligonucleotides employed in a sequencing operation can vary from one, in the case where a single nucleotide is identified at each cycle, to a plurality whose size is limited only by the size of oligonucleotide probe that can be practically employed. Factors limiting the size of the oligonucleotide probe include the difficulty in preparing individual probes to drive hybridization reactions at a reasonable rate, the susceptibility of longer probes to forming secondary structures, reduction in sensitivity to single base mismatches, and the like. Preferably, N is in the range of from 1 to 16; more preferably, N is in the range of from 1 to 12; and most preferably, N is in the range of from 1 to 8.

A wide variety of oligonucleotide probes can be used with the invention. Generally, the oligonucleotide probes should be capable of being ligated to an initializing oligonucleotide

6

or extended duplex to generate the extended duplex of the next extension cycle; the ligation should be template-driven in that the probe should form a duplex with the template prior to ligation; the probe should possess a blocking moiety to prevent multiple probe ligations on the same template in a single extension cycle, the probe should be capable of being treated or modified to regenerate an extendable end after ligation, and the probe should possess a signaling moiety that permits the acquisition of sequence information relating to the template after a successful ligation. As described more fully below, depending on the embodiment, the extended duplex or initializing oligonucleotide may be extended in either the 5′→3′ direction or the 3′→5′ direction by oligonucleotide probes. Generally, the oligonucleotide probe need not form a perfectly matched duplex with the template, although such binding is usually preferred. In preferred embodiments in which a single nucleotide is identified in the template is identified in each extension cycle, perfect base pairing is only required for identifying that particular nucleotide. For example, in embodiments where the oligonucleotide probe is enzymatically ligated to an extended duplex, perfect base pairing—i.e. proper Watson-Crick base pairing—is required between the terminal nucleotide of the probe which is ligated and its complement in the template. Generally, in such embodiments, the rest of the nucleotides of the probe serve as "spacers" that ensure the next ligation will take place at a predetermined site, or number of bases, along the template. That is, their pairing, or lack thereof, does not provide further sequence information. Likewise, in embodiments that rely on polymerase extension for base identification, the probe primarily serves as a spacer, so specific hybridization to the template is not critical, although it is desirable.

Preferably, the oligonucleotide probes are applied to templates as mixtures comprising oligonucleotides of all possible sequences of a predetermined length. The complexity of such mixtures can be reduced by a number of methods, including using so-called degeneracy-reducing analogs, such as deoxyinosine and the like, e.g. as taught by Kong Thoo Lin et al, Nucleic Acids Research, 20: 5149–5152; U.S. Pat. No. 5,002,867; Nichols et al, Nature, 369: 492–493 (1994); or by separately applying multiple mixtures of oligonucleotide probes, e.g. four mixtures comprising four disjoint subsets of oligonucleotide sequences that taken together would comprise all possible sequences of the predetermined length.

Initializing oligonucleotides and oligonucleotide probes of the invention are conveniently synthesized on an automated DNA synthesizer, e.g. an Applied Biosystems, Inc. (Foster City, Calif.) model 392 or 394 DNA/RNA Synthesizer, using standard chemistries, such as phosphoramidite chemistry, e.g. disclosed in the following references: Beaucage and Iyer, Tetrahedron, 48: 2223–2311 (1992); Molko et al, U.S. Pat. No. 4,980,460; Koster et al, U.S. Pat. No. 4,725,677; Caruthers et al, U.S. Pat. Nos. 4,415,732; 4,458,066; and 4,973,679; and the like. Alternative chemistries, e.g. resulting in non-natural backbone groups, such as phosphorothioate, phosphoramidate, and the like, may also be employed provided that the resulting oligonucleotides are compatible with the ligation and other reagents of a particular embodiment. Mixtures of oligonucleotide probes are readily synthesized using well known techniques, e.g. as disclosed in Telenius et al, Genomics, 13: 718–725 (1992); Welsh et al, Nucleic Acids Research, 19: 5275–5279 (1991); Grothues et al, Nucleic Acids Research, 21: 1321–1322 (1993); Hartley, European patent application 90304496.4; and the like. Generally, these techniques sim-

5,750,341

7

ply call for the application of mixtures of the activated monomers to the growing oligonucleotide during the coupling steps where one desires to introduce the degeneracy.

When conventional ligases are employed in the invention, as described more fully below, the 5' end of the probe may be phosphorylated in some embodiments. A 5' monophosphate can be attached to an oligonucleotide either chemically or enzymatically with a kinase, e.g. Sambrook et al. Molecular Cloning: A Laboratory Manual, 2nd Edition (Cold Spring Harbor Laboratory, New York, 1989). Chemical phosphorylation is described by Horn and Urdea, Tetrahedron Lett., 27: 4705 (1986), and reagents for carrying out the disclosed protocols are commercially available, e.g. 5' Phosphate-ON™ from Clontech Laboratories (Palo Alto, Calif.). Preferably, when required, oligonucleotide probes are chemically phosphorylated.

The probes of the invention can be labeled in a variety of ways, including the direct or indirect attachment of fluorescent moieties, colorimetric moieties, and the like. Many comprehensive reviews of methodologies for labeling DNA and constructing DNA probes provide guidance applicable to constructing probes of the present invention. Such reviews include Matthews et al, Anal. Biochem, Vol 169, pgs. 1–25 (1988); Haugland, Handbook of Fluorescent Probes and Research Chemicals (Molecular Probes, Inc., Eugene, 1992); Keller and Manak, DNA Probes, 2nd Edition (Stockton Press, New York, 1993); and Eckstein, editor, Oligonucleotides and Analogues: A Practical Approach (IRL Press, Oxford, 1991); and the like. Many more particular methodologies applicable to the invention are disclosed in the following sample of references: Fung et al, U.S. Pat. No. 4,757,141; Hobbs, Jr., et al, U.S. Pat. No. 5,151,507; Cruickshank, U.S. Pat. No. 5,091,519; (synthesis of functionalized oligonucleotides for attachment of reporter groups); Jablonski et al, Nucleic Acids Research, 14: 6115–6128 (1986)(enzyme-oligonucleotide conjugates); and Urdea et al, U.S. Pat. No. 5,124,246 (branched DNA).

Preferably, the probes are labeled with one or more fluorescent dyes, e.g. as disclosed by Menchen et al, U.S. Pat. No. 5,188,934; Begot et al PCT application PCT/US90/05565.

Guidance in selecting hybridization conditions for the application of oligonucleotide probes to templates can be found in numerous references, e.g. Wetmur, Critical Reviews in Biochemistry and Molecular Biology, 26: 227–259 (1991); Dove and Davidson, J. Mol. Biol. 5: 467–478 (1962); Hutton, Nucleic Acids Research, 10: 3537–3555 (1977); Breslauer et al, Proc. Natl. Acad. Sci. 83: 3746–3750 (1986); Innis et al, editors, PCR Protocols (Academic Press, New York, 1990); and the like.

Generally, when an oligonucleotide probe anneals to a template in juxtaposition to an end of the extended duplex, the duplex and probe are ligated, i.e. are caused to be covalently linked to one another. Ligation can be accomplished either enzymatically or chemically. Chemical ligation methods are well known in the art, e.g. Ferris et al, Nucleosides & Nucleotides, 8: 407–414 (1989); Shabrova et al, Nucleic Acids Research, 19: 4247–4251 (1991); and the like. Preferably, enzymatic ligation is carried out using a ligase in a standard protocol. Many ligases are known and are suitable for use in the invention, e.g. Lehman Science, 186: 790–797 (1974); Engler et al, DNA Ligases, pages 3–30 in Boyer, editor, The Enzymes, Vol. 15B (Academic Press, New York, 1982); and the like. Preferred ligases include T4 DNA ligase, T7 DNA ligase, E. coli DNA ligase, Taq ligase, Pfu ligase, and Tth ligase. Protocols for their use

8

are well known, e.g. Sambrook et al (cited above); Barany, PCR Methods and Applications, 1: 5–16 (1991); Marsh et al, Strategies, 5: 73–76 (1992); and the like. Generally, ligases require that a 5' phosphate group be present for ligation to the 3' hydroxyl of an abutting strand.

Preparing Target Polynucleotides

Preferably, a target polynucleotide is conjugated to a binding region to form a template, and the template is attached to a solid phase support, such as a magnetic particle, polymeric microsphere, filter material, or the like, which permits the sequential application of reagents without complicated and time-consuming purification steps. The length of the target polynucleotide can vary widely; however, for convenience of preparation, lengths employed in conventional sequencing are preferred. For example, lengths in the range of a few hundred basepairs, 200–300, to 1 to 2 kilobase pairs are preferred.

The target polynucleotides can be prepared by various conventional methods. For example, target polynucleotides can be prepared as inserts of any of the conventional cloning vectors, including those used in conventional DNA sequencing. Extensive guidance for selecting and using appropriate cloning vectors is found in Sambrook et al, Molecular Cloning: A Laboratory Manual, Second Edition (Cold Spring Harbor Laboratory, New York, 1989), and like references. Sambrook et al and Innis et al, editors, PCR Protocols (Academic Press, New York, 1990) also provide guidance for using polymerase chain reactions to prepare target polynucleotides. Preferably, cloned or PCR-amplified target polynucleotides are prepared which permit attachment to magnetic beads, or other solid supports, for ease of separating the target polynucleotide from other reagents used in the method. Protocols for such preparative techniques are described fully in Wahlberg et al, Electrophoresis, 13: 547–551 (1992); Tong et al, Anal. Chem., 64: 2672–2677 (1992); Hultman et al, Nucleic Acids Research, 17: 4937–4946 (1989); Hultman et al, Biotechniques, 10: 84–93 (1991); Syvanen et al, Nucleic Acids Research, 16: 11327–11338 (1988); Dattagupta et al, U.S. Pat. No. 4,734, 363; Uhlen, PCT application PCT/GB89/00304; and like references. Kits are also commercially available for practicing such methods, e.g. Dynabeads™ template preparation kit from Dynal AS. (Oslo, Norway).

Generally, the size and shape of a microparticle or beads employed in the method of the invention is not critical; however, microparticles in the size range of a few, e.g. 1–2, to several hundred, e.g. 200–1000 μm diameter are preferable, as they minimize reagent and sample usage while permitting the generation of readily detectable signals, e.g. from fluorescently labeled probes.

Schemes for Ligating, Capping, and Regenerating Extendable Termini

In one aspect, the invention calls for repeated steps of ligating and identifying of oligonucleotide probes. However, since the ligation of multiple probes to the same extended duplex in the same step would usually introduce identification problems, it is useful to prevent multiple extensions and to regenerate extendable target termini. Moreover, if the ligation step is not 100% efficient, it would be desirable to cap extended duplexes that fail to undergo ligation so that they do not participate in any further ligation steps. That is, a capping step preferably occurs after a ligation step, by analogy with other synthetic chemical processes, such as polynucleotide synthesis, e.g. Andrus et al, U.S. Pat. No.

ILL000195

5,750,341

9

4,816,571. This would remove a potentially significant source of noise from signals generated in subsequent identification steps.

Below, several exemplary schemes for carrying out ligation, capping, regeneration, and identification in accordance with the invention are described. They are presented for purposes of guidance and are not meant to be limiting.

A scheme for extending an initializing oligonucleotide or an extended duplex in the $3 \rightarrow 5'$ direction is illustrated in FIG. 2. Template (20) is attached to solid phase support (10) by its 5' end. This can be conveniently accomplished via a biotin- or like linking moiety, using conventional techniques. Initializing oligonucleotide (200) having a 5' phosphate group is annealed to template (20) as described above prior to the initial cycle of ligation and identification. An oligonucleotide probe (202) of the following form is employed:

$$HO\text{-}(3')BBB \ldots BBR(5')\text{-}OP(=O)(O^-)NH\text{-}B_x{}^*$$

where BBB . . . BBB represents the sequence of nucleotides of oligonucleotide probe (202) and $B_x{}^*$ is a labeled chain-terminating moiety linked to the 5' carbon of the oligonucleotide via a phosphoramidate group, or other labile linkage, such as a photocleavable linkage. The nature of $B_x{}^*$ may vary widely. It can be a labeled nucleoside (e.g. coupled via a $5'P \rightarrow 3'N$ phosphoramidate) or other moiety, so long as it prevents successive ligations. It may simply be a label connected by a linker, such as described in Agrawal and Tang, International application number PCT/US91/08347. An important feature of the oligonucleotide probe is that after annealing and ligation (204), the label may be removed and the extendable end regenerated by treating the phosphoramidate linkage with acid, e.g. as taught by Letsinger et al, J. Am. Chem. Soc., 94: 292–293 (1971); Letsinger et al, Biochem., 15: 2810–2816 (1976); Gryaznov et al, Nucleic Acid Research, 20: 3403–3409 (1992); and like references. By way of example, hydrolysis of the phosphoramidate may be accomplished by treatment with 0.8% trifluoroacetic acid in dichloromethane for 40 minutes at room temperature. Thus, after annealing, ligating, and identifying the ligated probe via the label on $B_x{}^*$, the chain-terminating moiety is cleaved by acid hydrolysis (206) thereby breaking the phosphorus linkage and leaving a 5' monophosphate on the ligated oligonucleotide. The steps can be repeated (208) in successive cycles. In one aspect of this embodiment, a single initializing oligonucleotide may be employed such that only one nucleotide is identified in each sequencing cycle. For such an embodiment, the above probe preferably has the following form:

$$HO\text{-}(3')B(5')\text{-}OP(=O)(O^-)NHBB \ldots BBB\text{-}B_x{}^*$$

Thus, after each ligation step and acid cleavage step the duplex will be extended by one nucleotide.

A capping step may be introduced prior to hydrolysis. For example, probe (202) may have the form:

$$HO\text{-}(3')BB \ldots B_p{}^*B \ldots BB(5')\text{-}OP(=O)(O^-)NE\text{-}B_x{}^*$$

where "$p$" is a exonuclease resistant linkage, such as phosphorothioate, methylphosphonate, or the like. In such an embodiment, capping can be achieved by treating the extended duplexes with an exonuclease, such as $\lambda$ exonuclease, which will cleave the unligated extended

10

duplexes back to the exonuclease resistant linkage. The presence of this linkage at the 5' end of the extended duplex will then prevent it from participating in subsequent ligations. Clearly, many other capping methodologies may be employed, e.g. acylation, ligation of an inert oligonucleotide, or the like. When free 3' hydroxyls are involved, capping may be accomplished by extending the duplex with a DNA polymerase in the presence of chain-terminating nucleoside triphosphates, e.g. dideoxynucleoside triphosphates, or the like.

The phosphoramidate linkage described above is an example of a general class of internucleosidic linkages referred to herein as "chemically scissile internucleosidic linkages." These are internucleosidic linkages that may be cleaved by treating them with characteristic chemical or physical conditions, such as an oxidizing environment, a reducing environment, light of a characteristic wavelength (for photolabile linkages), or the like. Other examples of chemically scissile internucleosidic linkages which may be used in accordance with the invention are described in Urdea U.S. Pat. No. 5,380,833; Gryaznov et al, Nucleic Acids Research, 21: 1403–1408 (1993) (disulfide); Gryaznov et al, Nucleic Acids Research, 22: 2366–2369 (1994) (bromoacetyl); Urdea et al, International application PCT/US91/05287 (photolabile); and like references.

Further chemically scissile linkages that may be employed with the invention include chain-terminating nucleotides that may be chemically converted into an extendable nucleotide. Examples of such compounds are described in the following references: Canard et al, International application PCT/FR94/00345; Ansorge, German patent application No. DE 4141178 A1; Metzker et al, Nucleic Acids Research, 22: 4259–4267 (1994); Cheeseman, U.S. Pat. No. 5,302,509; Ross et al, International application PCT/US90/06178; and the like.

A scheme for extending an initializing oligonucleotide or an extended duplex in the $5' \rightarrow 3'$ direction is illustrated in FIG. 3A. Template (20) is attached to solid phase support (10) by its 3' end. As above, this can be conveniently accomplished via a biotin, or like linking moiety, using conventional techniques. Initializing oligonucleotide (300) having a 3' hydroxyl group is annealed to template (20) as described above prior to the initial cycle of ligation and identification. An oligonucleotide probe (302) of the following form is employed:

$$OP(=O)(O^-)O\text{-}(5')BBB \ldots BBRRRRR_x{}^*$$

where BBB . . . BBBRRRR represents the sequence of 2'-deoxynucleotides of oligonucleotide probe (302), "RRRR" represent a sequence of four ribonucleotides of probe (302), and $B_x{}^*$ is a labeled chain-terminating moiety, as described above. Such mixed RNA-DNA oligonucleotides are readily synthesized using conventional automated DNA synthesizers, e.g. Duck et al, U.S. Pat. No. 5,011,769. RNase H will cleave the probe specifically in the center of the four ribonucleotide segment, Hogrefe et al, J. Biol. Chem., 265: 5561–5566 (1990), leaving a 3' hydroxyl (312) on the extended duplex, which may participate in subsequent ligation steps. Thus, a cycle in the present embodiment proceeds by annealing probe (302) to template (20) and ligating (304) to form extended duplex (306). After identification via $B_x{}^*$, the extended duplex is treated with RNase H to cleave the label and regenerate an extendable end. The cycle is then repeated (314). Capping (310) can be carried out prior to RNase H treatment by extending the unligated ends with a DNA polymerase in the presence of the four dideoxynucleoside triphosphates, ddATP, ddCTP, ddGTP, and ddTTP.

ILL000196

5,750,341

**11**

As illustrated in FIG. 3B, a similar scheme can be employed for 3'→5' extensions. In such an embodiment, initiating oligonucleotide or extended duplex (330) has a 5' monophosphate and the oligonucleotide probe (332) has the form:

HO-(5')BBB . . . RBRRRRRD . . . BB$_r$*

As above, after annealing, ligating (334), and identifying (338), extended duplex (336) is cleaved by RNase H which in this case leaves a 5' monophosphate (342) at the terminus of the extended duplex. With the regenerated extendable end, the cycle can be repeated (344). A capping step can be included prior to RNase H hydrolysis by either ligating an unlabeled non-RNA-containing probe, or by removing any remaining 5' monophosphates by treatment with a phosphatase.

Identification of nucleotides can be accomplished by polymerase extension following ligation. As exemplified in FIG. 4, for this embodiment, template (20) is attached to solid phase support (10) as described above and initializing oligonucleotide (400) having a 3' hydroxyl is annealed to the template prior to the initial cycle. Oligonucleotide probes (402) of the form:

OP(—OX(O')O-(5')BBB . . . RBRRRRRB . . .
B(3')OP(—OX(O')O

are annealed to template (20) and ligated (404) to form extended duplex (406). The 3' monophosphate, which prevents successive ligations of probes in the same cycle, is removed with phosphatase (408) to expose a free 3' hydroxyl (410). Clearly, alternative blocking approaches may also be used. Extended duplex (406) is further extended by a nucleic acid polymerase in the presence of labeled dideoxynucleoside triphosphates (412), thereby permitting the identification of a nucleotide of template (20) by the label of the incorporated dideoxynucleotide. The labeled dideoxynucleotide and a portion of probe (402) are then cleaved (414), for example, by RNase H treatment, to regenerate an extendable end on extended duplex (406). The cycle is then repeated (416).

In order to reduce the number of separate annealing reactions that must be carried out, the oligonucleotide probes may be grouped into mixtures, or subsets, of probes whose perfectly matched duplexes with complementary sequences have similar stability or free energy of binding. Such subsets of oligonucleotide probes having similar duplex stability are referred to herein as "stringency classes" of oligonucleotide probes. The mixtures, or stringency classes, of oligonucleotide probes are then separately combined with the target polynucleotide under conditions such that substantially only oligonucleotide probes complementary to the target polynucleotide form duplexes. That is, the stringency of the hybridization reaction is selected so that substantially only perfectly complementary oligonucleotide probes form duplexes. These perfectly matched duplexes are then ligated to form extended duplexes. For a given oligonucleotide probe length, the number of oligonucleotide probes within each stringency class can vary widely. Selection of oligonucleotide probe length and stringency class size depends on several factors, such as length of target sequence and how it is prepared, the extent to which the hybridization reactions can be automated, the degree to which the stringency of the hybridization reaction can be controlled, the presence or absence of oligonucleotide

**12**

probes with complementary sequences, and the like. Guidance in selecting an appropriate size of stringency class for a particular embodiment can be found in the general literature on nucleic acid hybridization and polymerase chain reaction methodology, e.g. Gotoh, Adv. Biophys. 16: 1–52 (1983); Wetmer, Critical Reviews in Biochemistry and Molecular Biology 26: 227–259 (1991); Breslauer et al, Proc. Natl. Acad. Sci. 83: 3746–3750 (1986); Wolf et al, Nucleic Acids Research, 15: 2911–2926 (1987); Innis et al, editors, PCR Protocols (Academic Press, New York, 1990); McGraw et al, Biotechniques, 8: 674–678 (1990), and the like. Stringency can be controlled by varying several parameters, including temperature, salt concentration, concentration of certain organic solvents, such as formamide, and the like. Preferably, temperature is used to define the stringency classes because the activity of the various polymerases or ligases employed limits the degree to which salt concentration or organic solvent concentration can be varied for ensuring specific annealing of the oligonucleotide probes.

Generally, the larger the stringency class the greater the complexity of the hybridizing mixture and the lower the concentration of any particular oligonucleotide probe in the mixture. A lower concentration of a oligonucleotide probe having a complementary site on a target polynucleotide reduces the relative likelihood of the oligonucleotide probe hybridizing and being ligated. This, in turn, leads to reduced sensitivity. Larger stringency classes also have a greater variance in the stabilities of the duplexes that form between a oligonucleotide probe and a complementary sequence. On the other hand, smaller stringency classes require a larger number of hybridization reactions to ensure that all oligonucleotide probes of a set are hybridized to a target polynucleotide.

For example, when 8-mer oligonucleotide probes are employed stringency classes may include between about 50 to about 500 oligonucleotide probes each. Thus, several hundred to several thousand hybridization/ligation reactions are required. For larger sized oligonucleotide probes, much larger stringency classes are required to make the number of hybridization/extension reactions practical, e.g. $10^4$–$10^5$, or more.

Oligonucleotide probes of the same stringency class can be synthesized simultaneously, in a manner similar to which fully random oligonucleotide probes are synthesized, e.g. as disclosed in Telenius et al, Genomics, 13: 718–725 (1992); Welsh et al, Nucleic Acids Research, 19: 5275–5279 (1991); Grothues et al, Nucleic Acids Research, 21: 1321–1322 (1993); Hartley, European patent application 903044964; and the like. The difference is that at each cycle different mixtures of monomers are applied to the growing oligonucleotide probe chain, wherein the proportion of each monomer in the mixture is dictated by the proportion of each nucleoside at the position of the oligonucleotide probe in the stringency class. Stringency classes are readily formed by computing the free energy of duplex formation by available algorithms, e.g. Breslauer et al, Proc. Natl. Acad. Sci., 83: 3746–3750 (1986); Lowe et al, Nucleic Acids Research, 18: 1757–1761 (1990); or the like. The oligonucleotide probes can be ordered according to the free energy of binding to their complement under standard reaction conditions, with a standard bubble sort, Baase, Computer Algorithms (Addison–Wesley, Menlo Park, 1978). For example the following is the list of ten 6-mers with the greatest stability (from top to bottom) in terms of free energy of duplex formation under standard hybridization conditions and the least stability in terms of free energy of duplex formation

5,750,341

13

(the free energies being computed via Breslauer (cited above)):

| Ranking | Oligonucleotide probe Sequence (5′→3′) |
|---|---|
| 1 | CCCCCC |
| 2 | CCCCCG |
| 3 | CCCCCA |
| 4 | CCCCCT |
| 5 | CCCCGC |
| 6 | CCCCGG |
| 7 | CCGCCC |
| 8 | CCGCCG |
| 9 | CCGCCA |
| 10 | CCGCGG |
| . | . |
| . | . |
| . | . |
| 4087 | TCATAT |
| 4088 | TGATAT |
| 4089 | CATATA |
| 4090 | TATATG |
| 4091 | ATCATG |
| 4092 | ATGATG |
| 4093 | CATCAT |
| 4094 | CATGAT |
| 4095 | CATATG |
| 4096 | ATATAT |

Thus, if a stringency class consisted of the first ten 6-mers the mixture monomers for the first (3′-most) position it would be 0:4:6:0 (A:C:G:T), for the second position it would be 0:6:4:0, and so on. If a stringency class consisted of the last ten 6-mers the mixture of monomers for the first position would be 1:0:4:5, for the second position it would be 5:0:0:5, and so on. The resulting mixtures may then be further enriched for sequences of the desired stringency class by thermal elution, e.g. Miyazawa et al, J. Mol. Biol., 11: 223–237 (1965).

More conveniently, stringency classes containing several hundred to several thousands of oligonucleotides may be synthesized directly by a variety of parallel synthesis approaches, e.g. Frank et al, U.S. Pat. No. 4,689,405; or Matson et al, Anal. Biochem., 224: 118–116 (1995); Fodor et al, International application PCT/US93/04145; Pease et al, Proc. Natl. Acad. Sci., 91: 5022–5026 (1994); Southern et al, J. Biotechnology, 35: 217–227 (1994), Brennan, International application PCT/US94/05896; or the like.

In some cases it may be desirable to form additional stringency classes of oligonucleotide probes by placing in a separate subset oligonucleotide probes having complementary sequences to other oligonucleotide probes in a subset or oligonucleotide probe that are susceptible of forming oligo-nucleotide probe-dimers.

Clearly, one of ordinary skill in the art could combine features of the embodiments set forth above to design still further embodiments in accordance with the invention, but not expressly set forth above.

The invention also includes systems and apparatus for carrying out method of the invention automatically. Such systems and apparatus can take a variety of forms depending on several design constraints, including i) the nature of the solid phase support used to anchor the target polynucleotide, ii) the degree of parallel operation desired, iii) the detection scheme employed; iv) whether reagents are reused or discarded, and the like. Generally, the apparatus comprises a series of reagent reservoirs, one or more reaction vessels containing target polynucleotide, preferably attached to a solid phase support, e.g. magnetic beads, one or more detection stations, and a computer controlled means for

14

transferring in a predetermined manner reagents from the reagent reservoirs to and from the reaction vessels and the detection stations. The computer controlled means for transferring reagents and controlling temperature can be implemented by a variety of general purpose laboratory robots, such as that disclosed by Harrison et al, Biotechniques, 14: 88–97 (1993); Fujita et al, Biotechniques, 9: 584–591 (1990); Wada et al, Rev. Sci. Instrum., 54: 1569–1572 (1983); or the like. Such laboratory robots are also available commercially, e.g. Applied Biosystems model 800 Catalyst (Foster City, Calif.).

A variety of kits may be provided for carrying out different embodiments of the invention. Generally, kits of the invention include oligonucleotide probes, initializing oligonucleotides, and a detection system. Kits further include ligation reagents and instructions for practicing the particular embodiment of the invention. In embodiments employing protein ligases, RNase H, nucleic acid polymerases, or other enzymes, their respective buffers may be included. In some cases, these buffers may be identical. Preferably, kits also include a solid phase support, e.g. magnetic beads, for anchoring templates. In one preferred kit, fluorescently labeled oligonucleotide probes are provided such that probes corresponding to different terminal nucleotides of the target polynucleotide carry distinct spectrally resolvable fluorescent dyes. As used herein, "spectrally resolvable" means that the dyes may be distinguished on the basis of their spectral characteristics, particularly fluorescence emission wavelength, under conditions of operation. Thus, the identity of the one or more terminal nucleotides would be correlated to a distinct color, or perhaps ratio of intensities at different wavelengths. More preferably, four such probes are provided that allow a one-to-one correspondence between each of four spectrally resolvable fluorescent dyes and the four possible terminal nucleotides on a target polynucleotide. Sets of spectrally resolvable dyes are disclosed in U.S. Pat. Nos. 4,855,225 and 5,188,934; International application PCT/US90/05565; and Lee et al, Nucleic Acids Research, 20: 2471–2483 (1992).

EXAMPLE 1

Sequencing a Target Polynucleotide Amplified from pUC19 with Four Initializing Oligonucleotides

In this example, a template comprising a binding region and a portion of the pUC19 plasmid is amplified by PCR and attached to magnetic beads. Four initializing oligonucleotides are employed in separate reactions as indicated below. 8-mer oligonucleotide probes are employed having 4 central ribonucleotides and both 5′ and 3′ monophosphates, as shown in the following formula:

OP(=O)(O⁻)O-(5′)RRRRRRRR(3′)-OP(=O)(O⁻)O

After annealing, probes are enzymatically ligated to the initializing oligonucleotide and the magnetic bead supports are washed. The 3′ phosphates of the ligated probes are removed with phosphatase, after which the probes are extended with DNA polymerase in the presence of the four labeled dideoxynucleotide triphosphate chain terminators. After washing and identification of the extended nucleotide, the ligated probes are cleaved at the ribonucleotide moiety with RNAse H to remove the label and to regenerate an extendable end.

The following double stranded fragment comprising a 36-mer binding region is ligated into a Sac I/Sma I-digested

ILL000198

5,750,341

**15**

pUC19 (upper strand: SEQ ID NO. 1; lower strand: SEQ ID NO. 9):

```
CCTCTCCCTTCCCTCTCCCTCTCCCCTCTCCCTC
TCGAGGAGAGGGAAGGGAGGAGGAGAGGGGAGGAGGGAGGGCC
```

After isolation and amplification, a 402 basepair fragment of the modified pUC19 is amplified by PCR for use as a template. The fragment spans a region of pUC19 from position 41 to the binding region inserted adjacent to the Sac I site in the polylinker region (position 413 of the unmodified pUC19), Yanisch-Perron et al, Gene, 33: 103–119 (1985). Two 18-mer oligonucleotide probes are employed having sequences 5'-CCCTCTCCCCTCTCCCTCx-3' (SEQ ID NO. 10) and 5'-GCAGCTCCCGGAGACGGT-3' (SEQ ID NO. 11), where "x" is a 3' biotin moiety is attached during synthesis using a commercially available reagent with manufacturer's protocol, e.g. 3' Biotin-ON CPG (Clontech Laboratories, Palo Alto, Calif.). The amplified template is isolated and attached to streptavidin-coated magnetic beads (Dynabeads) using manufacturer's protocol. Dynabeads Template Preparation Kit, with M280-streptavidin (Dynal, Inc., Great Neck, N.Y.). A sufficient quantity of the biotinylated 313 basepair fragment is provided to load about 300 μg of Dynabeads M280-Streptavidin.

The binding region sequence is chosen so that the duplexes formed with the initiating oligonucleotides have compositions of about 66% GC to enhance duplex stability. The sequence is also chosen to prevent secondary structure formation and fortuitous hybridization of an initializing oligonucleotide to more than one location within the binding region. Any shifting of position of a given initializing oligonucleotide within the binding region results in a significant number of mismatched bases.

After loading, the non-biotinylated strand of template is removed by heat denaturation, after which the magnetic beads are washed and separated into four aliquots. The template attached to the magnetic beads has the following sequence, where the defined sequence separated by the ellipses ( . . . ) are listed in the attached sequence listing as two separate sequences, SEQ ID NO. 12 and SEQ ID NO. 13:

(Magnetic bead)-(linker)-(3')-CTCCCTCTCCCCTCTCCCTCCTC-
TCCCTTCCTCTCCTCGAGCTTAAGT...CTCGACG-(5')

The following four oligonucleotides are employed as initializing oligonucleotides in each of the separate aliquots of template:

(SEQ ID no:2) 5'-GACGGAGAGGGCAAGGGAGGAGGAG
(SEQ ID no:3) 5'-GGAGGGAGAGGGAAGGGAGGAGGA
(SEQ ID no:4) 5'-GGGAGGAGAGGGAAGGGAGACG
(SEQ ID 5)   5'-AGGGAGGAGAGGGAAGGGAGAG

Reactions and washes below are generally carried out in 50 μL volumes of manufacturer's (New England Biolabs') recommended buffers for the enzymes employed, unless otherwise indicated. Standard buffers are also described in Sambrook et al, Molecular Cloning, 2nd Edition (Cold Spring Harbor Laboratory Press, 1989).

96 stringency classes of 684 or 682 oligonucleotide probes each (2 subsets for each of 48 different annealing

**16**

temperatures) are formed which together contain all 8-mer probes for each of the four aliquots. The probes of each of the 96 classes are separately annealed to the target polynucleotide in reaction mixtures having the same components, with the exception that extensions and ligations carried out with Sequenase and T4 DNA ligase at temperatures less than 37° C. and extensions and ligations carried out with Taq Stoffel fragment and a thermostable ligase otherwise.

The 48 stringency conditions are defined by annealing temperatures which range from 22° C. to 70° C., such that each grouping of subsets at the same temperature differ in annealing temperature by 1° C. from that of the subset groupings containing the next highest and next lowest stringency classes. The range of annealing temperatures (22°–70° C.) is roughly bounded by the temperatures 5–10 degrees below the temperatures at which the least stable and most stable 8-mers, respectively, are expected to have about fifty percent maximum annealing in a standard PCR buffer solution.

After 5–10 minutes incubation at 80° C., the reaction mixtures are brought down to their respective annealing temperatures over a period of 20–30 minutes. After ligation, washing and treatment with phosphatase, 2 units of polymerase and labeled dideoxynucleotide triphosphates (0.08 mM final reaction concentration and labeled with TAMRA (tetramethylrhodamine), FAM (fluorescein), ROX (rhodamine X), and JOE (2',7'-dimethoxy-4',5'-dichlorofluorescein) are added. After 15 minutes, the beads are washed with H₂O and the identity of the extended nucleotide is determined by illuminating each reaction mixture with standard wavelengths, e.g Users Manual, model 373 DNA Sequencer (Applied Biosystems, Foster City, Calif.).

After identification, the reaction mixtures are treated with RNase H using the manufacturer's suggested protocol and washed. The RNase H treated extended duplexes have regenerated 3' hydroxyls and are ready for the next cycle of ligation/extension/cleavage. The cycles are carried out until all the nucleotides of the test sequence are identified.

EXAMPLE 2

Sequencing a Target Polynucleotide Amplified from pUC19 with One Initializing Oligonucleotide

In this example, a template is prepared in accordance with Example 1, except that since extension is in the 5'→3' direction in this example, the biotin moiety is attached to the 5' end of the primer hybridizing to the CT-rich strand of the binding region. Thus, in this example, the binding region of the single stranded template will be a GA-rich segment (essentially the complement of the binding region of Example 1). Two 18-mer oligonucleotide probes are employed having sequences 5'-xGAGGGGAGAGGGGAGAGGG-3' (SEQ ID NO. 6) and 5'-ACCGTCTCCGGGAGCTGC-3'(SEQ ID NO. 7), where "x" is a 5' biotin moiety is attached during synthesis using

ILL000199

5,750,341

17

commercially available reagents with manufacturers' protocols, e.g. the Aminolink aminoalkylphosphoramidite linking agent (Applied Biosystems, Foster City, Calif.) and Biotin-X-NHS Ester available form Clontech Laboratories (Palo Alto, Calif.).

A single 21-mer initializing oligonucleotide is employed with the following sequence:

5'-OP(—O)(O⁻)O-
CCTCTCCCTTCCCTCTOCTCC-3'       (SEQ ID NO: 8)

6-mer oligonucleotide probes are employed that have an acid labile phosphoramidate linkage between the 3'-most nucleoside and 3'-penultimate nucleoside of the probe, as shown in the following formula:

18

HO-(3')B(5')-OP(—O)(O⁻)NH-(3')BBBBB,*

where B,* is a JOE-, FAM-, TAMRA-, or ROX-labeled dideoxynucleoside, such that the label corresponds to the identity of the 3'-most nucleoside (so 16 different labeled dideoxynucleotides are used in the synthesis of the probes).

As above, the 6-mer probes are prepared in 96 stringency classes of 42 or 43 probes each (2 subsets for each of 48 different annealing temperatures). Hybridizations and ligations are carried out as described above. After ligation and washing, a nucleoside in the target polynucleotide is identified by the fluorescent signal of the oligonucleotide probe. Acid cleavage is then carried out by treating the extended duplex with 0.8% trifluoroacetic acid in dichloromethane for 40 minutes at room temperature to regenerate an extendable end on the extended duplex. The process continues until the sequence of the target polynucleotide is determined.

---

SEQUENCE LISTING

( 1 ) GENERAL INFORMATION:

( 1 i i )NUMBER OF SEQUENCES: 13

( 2 ) INFORMATION FOR SEQ ID NO:1:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 37 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:1:

CCTCTCCCTT CCCTCTCCTC CCTCTCCCCT CTCCCTC                37

( 2 ) INFORMATION FOR SEQ ID NO:2:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 21 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:2:

GAGGAGAGGG AAGGAGAGGA G                21

( 2 ) INFORMATION FOR SEQ ID NO:3:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 21 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:3:

GGAGGAGAGG GAAGGAGAGG A                21

( 2 ) INFORMATION FOR SEQ ID NO:4:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 21 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:4:

GGGAGGAGAG GGAAGGAGAG G                21

5,750,341

19                                                      20

-continued

( 2 ) INFORMATION FOR SEQ ID NO:5:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 21 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:5:

AGGGAGGAGA GGGAAGGAGA G                                           2 1

( 2 ) INFORMATION FOR SEQ ID NO:6:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 18 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:6:

GAGGGAGAGG GGAGAGGG                                               1 8

( 2 ) INFORMATION FOR SEQ ID NO:7:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 18 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:7:

ACCGTCTCCG GGAGCTGC                                               1 8

( 2 ) INFORMATION FOR SEQ ID NO:8:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 21 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:8:

CCTCTCCCTT CCCTCTCCTC C                                           2 1

( 2 ) INFORMATION FOR SEQ ID NO:9:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 45 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:9:

CCGGGAGGGA GAGGGGAGAG GGAGGAGAGG GAAGGGAGAG GAGCT                 4 5

( 2 ) INFORMATION FOR SEQ ID NO:10:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 18 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:10:

CCCTCTCCCC TCTCCCTC                                               1 8

ILL000201

5,750,341

21        22

-continued

( 2 ) INFORMATION FOR SEQ ID NO:11:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 18 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:11:

GCAGCTCCCG GAGACGGT                  18

( 2 ) INFORMATION FOR SEQ ID NO:12:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 48 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:12:

TGAATTCGAG CTCGTCTCCT TCCCTCTCCT CCCTCTCCCC TCTCCCTC      48

( 2 ) INFORMATION FOR SEQ ID NO:13:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 7 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:13:

GCAGCTC                        7

I claim:

1. A method for determining a sequence of nucleotides in a target polynucleotide, the method comprising the steps of:

(a) providing a probe-target duplex comprising an initializing oligonucleotide probe hybridized to a target polynucleotide, said probe having an extendable probe terminus;

(b) ligating an extension oligonucleotide probe to said extendable probe terminus, to form an extended duplex containing an extended oligonucleotide probe;

(c) identifying, in the extended duplex, at least one nucleotide in the target polynucleotide that is either (1) complementary to the just-ligated extension probe or (2) a nucleotide residue in the target polynucleotide which is immediately downstream of the extended oligonucleotide probe;

(d) generating an extendable probe terminus on the extended probe, if an extendable probe terminus is not already present, such that the terminus generated is different from the terminus to which the last extension probe was ligated; and

(e) repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined.

2. The method of claim 1 wherein each extension probe has a chain-terminating moiety at a terminus distal to said initializing oligonucleotide probe.

3. The method of claim 2 wherein said step of identifying includes removing said chain-terminating moiety and extending said extended oligonucleotide probe with a nucleic acid polymerase in the presence of one or more labeled chain-terminating nucleotide triphosphates.

4. The method of claim 3 wherein said extension probe includes a subsequence of four ribonucleotides and wherein

said step of regenerating includes cleaving said extended oligonucleotide probe with RNase H.

5. The method of claim 4 wherein said chain-terminating moiety is a 3' phosphate.

6. The method of claim 2 further including a step of capping an extended oligonucleotide probe whenever no extension probe has ligated to the extendable terminus in the ligation step.

7. The method of claim 2 wherein said step of regenerating includes cleaving a chemically scissile internucleosidic linkage in said extended oligonucleotide probe.

8. The method of claim 7 wherein said chemically scissile internucleotidic linkage is a phosphoramidate.

9. The method of claim 2 wherein said step of regenerating includes enzymatically cleaving an internucleosidic linkage in said extended oligonucleotide probe.

10. The method of claim 9 wherein at least one extension probe includes a subsequence of four ribonucleotides and wherein said step of regenerating includes cleaving said oligonucleotide probe with RNase H.

11. The method of claim 1, wherein step (a) includes providing, in separate aliquots, a plurality of distinct target-primer duplexes, each distinct duplex comprising an initializing oligonucleotide primer hybridized to a target polynucleotide, wherein

the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different sequence of the target polynucleotide; and steps (b) to (e) are carried out independently on each aliquot.

12. The method of claim 11 wherein for each aliquot, said extension oligonucleotide probe has a chain-terminating moiety at a terminus distal to said primer.

ILL000202

5,750,341

23

13. The method of claim 12 wherein for each aliquot, said step of identifying includes removing said chain-terminating moiety and extending said extended oligonucleotide probe with a nucleic acid polymerase in the presence of one or more labeled chain-terminating nucleoside triphosphates.

14. The method of claim 13 wherein for each aliquot, said extension probe includes a subsequence of four ribonucleotides and wherein said step of regenerating includes cleaving said extended oligonucleotide probe with RNase H.

15. The method of claim 14 wherein said chain-terminating moiety is a 3' phosphate.

16. The method of claim 11 further including a step of capping an extended oligonucleotide probe whenever no

24

extension probe has ligated to the extendable terminus in the ligation step.

17. The method of claim 11 wherein for each aliquot, said step of regenerating includes cleaving a chemically scissile internucleosidic linkage in said extended oligonucleotide probe.

18. The method of claim 17 wherein said chemically scissile internucleosidic linkage is a phosphoramidate.

19. The method of claim 11 wherein for each aliquot, said step of regenerating includes enzymatically cleaving an internucleosidic linkage in said extended duplex.

*  *  *  *  *

ILL000203

PATENT APPLICATION SERIAL NO. 424663

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

020 AA 05/19/95 08424663                    1 201    403.00 CK

PTO-1556
(5/87)

BAR CODE LABEL

**U.S. PATENT APPLICATION**

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/424,663 | 04/17/95 | 435 | 1804 |

APPLICANT

STEPHEN C. MACEVICZ, CUPERTINO, CA.

\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED

\_\_\_\_\_

\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED

\_\_\_\_\_

FOREIGN FILING LICENSE GRANTED 06/02/95     \*\*\*\*\* SMALL ENTITY \*\*\*\*\*

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 5 | 19 | 4 | $403.00 | PE01 |

ADDRESS

STEPHEN C MACEVICZ
21890 RUCKER DRIVE
CUPERTINO CA  95014

TITLE

DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                         Certifying Officer

ILL000205



08/429,663

Case No. peo1

# DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

10

## Abstract of the Invention

Method and compositions are provided for analyzing nucleic acid
15   sequences based on repeated cycles of duplex extension along a single stranded
template. Preferably, such extension starts from a duplex formed between an
initializing oligonucleotide and the template. The initializing oligonucleotide is
extended in an initial extension cycle by ligating an oligonucleotide probe to its end
to form an extended duplex. The extended duplex is then repeatedly extended by
20   subsequent cycles of ligation. During each cycle, the identity of one or more
nucleotides in the template is determined by a label on, or associated with, a
successfully ligated oligonucleotide probe. Preferably, the oligonucleotide probe
has a blocking moiety, e.g. a chain-terminating nucleotide, in a terminal position so
that only a single extension of the extended duplex takes place in a single cycle.
25   The duplex is further extended in subsequent cycles by removing the blocking
moiety and regenerating an extendable terminus. The invention provides a method
of sequencing nucleic acids which obviates electrophoretic separation of similarly
sized DNA fragments, and which eliminates the difficulties associated with the
detection and analysis of spacially overlapping bands of DNA fragments in a gel or
30   like medium. The invention also obviates the need to generate DNA fragments
from long single stranded templates with a DNA polymerase.

35

- 32 -

ILL000206

403-    201

08/424663

CERTIFICATION OF MAILING BY "EXPRESS MAIL"

Express Mail Label No. EF 942057535US
Date of Deposit: 17 April 1995

I hereby certify that this paper or fee is being deposited with the
United States Postal Service "Express Mail Post Office to
Addressee" service under 37 C.F.R. 1.10 on the date indicated
above and is addressed to the Commissioner of Patents and
Trademarks, Washington, D.C. 20231.

Stephen C. Macevicz

MAIL ROOM
APR
17
1995
PAT & TRADEMARK

Mah 08/08/95

Case No. peo1

5

## DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

10

### Field of the Invention

The invention relates generally to methods for determining the nucleotide
sequence of a polynucleotide, and more particularly, to a method of identifying

15    nucleotides in a template by stepwise extension of one or more primers by
successive ligations of oligonucleotide blocks.

### BACKGROUND

Analysis of polynucleotides with currently available techniques provides a

20    spectrum of information ranging from the confirmation that a test polynucleotide is
the same or different than a standard or an isolated fragment to the express
identification and ordering of each nucleoside of the test polynucleotide. Not only
are such techniques crucial for understanding the function and control of genes and
for applying many of the basic techniques of molecular biology, but they have also

25    become increasingly important as tools in genomic analysis and a great many non-
research applications, such as genetic identification, forensic analysis, genetic
counselling, medical diagnostics, and the like. In these latter applications both
techniques providing partial sequence information, such as fingerprinting and
sequence comparisons, and techniques providing full sequence determination have

30    been employed, e.g. Gibbs et al, Proc. Natl. Acad. Sci., 86: 1919-1923 (1989);
Gyllensten et al, Proc. Natl. Acad. Sci, 85: 7652-7656 (1988); Carrano et al,
Genomics, 4:129-136 (1989);Caetano-Anolles et al, Mol. Gen. Genet., 235: 157-
165 (1992); Brenner and Livak, Proc. Natl. Acad. Sci., 86: 8902-8906 (1989);

-1-

Green et al, PCR Methods and Applications, 1: 77-90 (1991); and Versalovic et al,
Nucleic Acids Research, 19: 6823-6831 (1991).

Native DNA consists of two linear polymers, or strands of nucleotides.
Each strand is a chain of nucleosides linked by phosphodiester bonds. The two
5    strands are held together in an antiparallel orientation by hydrogen bonds between
complementary bases of the nucleotides of the two strands:  deoxyadenosine (A)
pairs with thymidine (T) and deoxyguanosine (G) pairs with deoxycytidine (C).

Presently there are two basic approaches to DNA sequence determination:
the dideoxy chain termination method, e.g. Sanger et al, Proc. Natl. Acad. Sci., 74:
10   5463-5467 (1977); and the chemical degradation method, e.g. Maxam et al, Proc.
Natl. Acad. Sci., 74: 560-564 (1977). The chain termination method has been
improved in several ways, and serves as the basis for all currently available
automated DNA sequencing machines, e.g. Sanger et al, J. Mol. Biol., 143: 161-
178 (1980); Schreier et al, J. Mol. Biol., 129: 169-172 (1979); Smith et al, Nucleic
15   Acids Research, 13: 2399-2412 (1985); Smith et al, Nature, 321: 674-679 (1987);
Prober et al, Science, 238: 336-341 (1987); Section II, Meth. Enzymol., 155: 51-
334 (1987); Church et al, Science, 240: 185-188 (1988); Hunkapiller et al,
Science, 254: 59-67 (1991); Bevan et al, PCR Methods and Applications, 1: 222-
228 (1992).

20   Both the chain termination and chemical degradation methods require the
generation of one or more sets of labeled DNA fragments, each having a common
origin and each terminating with a known base. The set or sets of fragments must
then be separated by size to obtain sequence information. In both methods, the
DNA fragments are separated by high resolution gel electrophoresis, which must
25   have the capacity of distinguishing very large fragments differing in size by no
more than a single nucleotide. Unfortunately, this step severely limits the size of
the DNA chain that can be sequenced at one time. Sequencing  using these
techniques can reliably accommodate a DNA chain of up to about 400-450
nucleotides, Bankier et al, Meth. Enzymol., 155: 51-93 (1987); and Hawkins et al,
30   Electrophoresis, 13: 552-559 (1992).

Several significant technical problems have seriously impeded the
application of such techniques to the sequencing of long target polynucleotides,
e.g. in excess of 500-600 nucleotides, or to the sequencing of high volumes of
many target polynucleotides. Such problems include i) the gel electrophoretic
35   separation step which is labor intensive, is difficult to automate, and introduces an
extra degree of variability in the analysis of data, e.g. band broadening due to

- 2 -

ILL000208

temperature effects, compressions due to secondary structure in the DNA
sequencing fragments, inhomogeneities in the separation gel, and the like; ii)
nucleic acid polymerases whose properties, such as processivity, fidelity, rate of
polymerization, rate of incorporation of chain terminators, and the like, are often
5    sequence dependent; iii) detection and analysis of DNA sequencing fragments
which are typically present in fmol quantities in spacially overlapping bands in a
gel; iv) lower signals because the labelling moiety is distributed over the many
hundred spacially separated bands rather than being concentrated in a single
homogeneous phase, and v) in the case of single-lane fluorescence detection, the
10   availability of dyes with suitable emission and absorption properties, quantum
yield, and spectral resolvability, e.g. Trainor, Anal. Biochem., 62: 418-426 (1990);
Connell et al, Biotechniques, 5: 342-348 (1987); Karger et al, Nucleic Acids
Research, 19: 4955-4962 (1991); Fung et al, U.S. patent 4,855,225; and
Nishikawa et al, Electrophoresis, 12: 623-631 (1991).
15          Another problem exists with current technology in the area of diagnostic
sequencing.  An ever widening array of disorders, susceptibilities to disorders,
prognoses of disease conditions, and the like, have been correlated with the
presence of particular DNA sequences, or the degree of variation (or mutation) in
DNA sequences, at one or more genetic loci.  Examples of such phenomena
20   include human leukocyte antigen (HLA) typing, cystic fibrosis, tumor progression
and heterogeneity, p53 proto-oncogene mutations, ras proto-oncogene mutations,
and the like, e.g. Gyllensten et al, PCR Methods and Applications, 1: 91-98
(1991); Santamaria et al, International application PCT/US92/01675; Tsui et al,
International application PCT/CA90/00267; and the like.  A difficulty in
25   determining DNA sequences associated with such conditions to obtain diagnostic
or prognostic information is the frequent presence of multiple subpopulations of
DNA, e.g. allelic variants, multiple mutant forms, and the like.  Distinguishing the
presence and identity of multiple sequences with current sequencing technology is
virtually impossible, without additional work to isolate and perhaps clone the
30   separate species of DNA.
      A major advance in sequencing technology could be made if an alternative
approach was available for sequencing DNA that did not require high resolution
electrophoretic separations of DNA fragments, that generated signals more
amenable to analysis, and that provided a means for readily analyzing DNA from
35   heterozygous genetic loci.

-3-

ILL000209

An objective of the invention is to provide such an alternative approach to presently available DNA sequencing technologies.

## Summary of the Invention

5    The invention provides a method of nucleic acid sequence analysis based on repeated cycles of duplex extension along a single stranded template. Preferably, such extension starts from a duplex formed between an initializing oligonucleotide and the template. The initializing oligonucleotide is extended in an initial extension cycle by ligating an oligonucleotide probe to its end to form an

10    extended duplex. The extended duplex is then repeatedly extended by subsequent cycles of ligation. During each cycle, the identity of one or more nucleotides in the template is determined by a label on, or associated with, a successfully ligated oligonucleotide probe. Preferably, the oligonucleotide probe has a blocking moiety, e.g. a chain-terminating nucleotide, in a terminal position so that only a

15    single extension of the extended duplex takes place in a single cycle. The duplex is further extended in subsequent cycles by removing the blocking moiety and regenerating an extendable terminus.

In one aspect of the invention, a plurality of different initializing oligonucleotides is provided for separate samples of the template. Each initializing

20    oligonucleotide forms a duplex with the template such that the end undergoing extension is one or more nucleotides out of register, or phase, with that every other initializing oligonucleotide of the plurality. In other words, the starting nucleotide for extension is different by one or more nucleotides for each of the different initializing oligonucleotides. In this manner, after each cycle of extension

25    with oligonucleotide probes of the same length, the same relative phase exists between the ends of the initializing oligonucleotides on the different templates. Thus, in a preferred embodiment, where, for example, i) the initializing oligonucleotides are out of phase by one nucleotide, ii) 9-mer oligonucleotide probes are used in the extension step, and iii) nine different initializing

30    oligonucleotides are employed, nine template nucleotides will be identified simultaneously in each extension cycle.

## Brief Description of the Drawings

Figure 1 diagrammatically illustrates parallel extensions of multiple

35    templates in accordance with the invention.

-4-

ILL000210

Figure 2 diagrammatically illustrates an embodiment of the invention employing acid-labile linkages.

Figure 3A diagrammatically illustrates an embodiment of the invention employing RNase H labile oligonucleotides with 3'→5' extensions.

5      Figure 3B diagrammatically illustrates an embodiment of the invention employing RNase H labile oligonucleotides with 5'→3' extensions.

Figure 4 diagrammatically illustrates an embodiment of the invention employing ligation followed by polymerase extension and cleavage.

10                                    Definitions

As used herein "sequence determination," "determining a nucleotide sequence," "sequencing," and like terms, in reference to polynucleotides includes determination of partial as well as full sequence information of the polynucleotide.

15   That is, the term includes sequence comparisons, fingerprinting, and like levels of information about a target polynucleotide, as well as the express identification and ordering of each nucleoside of the test polynucleotide.

"Perfectly matched duplex" in reference to the protruding strands of probes and target polynucleotides means that the protruding strand from one forms a

20   double stranded structure with the other such that each nucleotide in the double stranded structure undergoes Watson-Crick basepairing with a nucleotide on the opposite strand. The term also comprehends the pairing of nucleoside analogs, such as deoxyinosine, nucleosides with 2-aminopurine bases, and the like, that may be employed to reduce the degeneracy of the probes.

25   The term "oligonucleotide" as used herein includes linear oligomers of nucleosides or analogs thereof, including deoxyribonucleosides, ribonucleosides, and the like. Usually oligonucleotides range in size from a few monomeric units, e.g. 3-4, to several hundreds of monomeric units. Whenever an oligonucleotide is represented by a sequence of letters, such as "ATGCCTG," it will be understood

30   that the nucleotides are in 5'->3' order from left to right and that "A" denotes deoxyadenosine, "C" denotes deoxycytidine, "G" denotes deoxyguanosine, and "T" denotes thymidine, unless otherwise noted.

As used herein, "nucleoside" includes the natural nucleosides, including 2'-deoxy and 2'-hydroxyl forms, e.g. as described in Kornberg and Baker, DNA

35   Replication, 2nd Ed. (Freeman, San Francisco, 1992). "Analogs" in reference to nucleosides includes synthetic nucleosides having modified base moieties and/or

ILL000211

modified sugar moieties, e.g. described generally by Scheit, Nucleotide Analogs
(John Wiley, New York, 1980). Such analogs include synthetic nucleosides
designed to enhance binding properties, reduce degeneracy, increase specificity,
and the like.

5          As used herein, "ligation" means to form a covalent bond or linkage
between the termini of two or more nucleic acids, e.g. oligonucleotides and/or
polynucleotides, in a template-driven reaction. The nature of the bond or linkage
may vary widely and the ligation may be carried out enzymatically or chemically.

10                    Detailed Description of the Invention
          The invention provides a method of sequencing nucleic acids which
obviates electrophoretic separation of similarly sized DNA fragments, and which
eliminates the difficulties associated with the detection and analysis of spacially
overlapping bands of DNA fragments in a gel or like medium. The invention also
15  obviates the need to generate DNA fragments from long single stranded templates
with a DNA polymerase.
          The general scheme of one aspect of the invention is shown
diagrammatically in Figure 1. As described more fully below, the invention is not
meant to be limited by the particular features of this embodiment. Template (20)
20  comprising a polynucleotide (50) of unknown sequence and binding region (40) is
attached to solid phase support (10). Preferably, for embodiments employing N-
mer probes, the template is divided into N aliquots, and for each aliquot a different
initializing oligonucleotide $i_K$ is provided that forms a perfectly matched duplex at
a location in binding region (40) different from that of the other initializing
25  oligonucleotides. That is, the initializing oligonucleotides $i_1$ -$i_N$ form a set of
duplexes with the template in the binding region (40), such that the ends of the
duplexes proximal to the unknown sequence are from 0 to N-1 nucleotides from
the start the unknown sequence. Thus, in the first cycle of ligations with N-mer
probes, a terminal nucleotide (16) of probe (30) ligated to $i_1$ in Figure 1 will be
30  complementary to the N-1 nucleotide of binding region (40). Likewise, a terminal
nucleotide (17) of probe (30) ligated to $i_2$ in Figure 1 will be complementary to the
N-2 nucleotide of binding region (40); a terminal nucleotide (18) of probe (30)
ligated to $i_3$ in Figure 1 will be complementary to the N-3 nucleotide of binding
region (40), and so on. Finally, a terminal nucleotide (15) of probe (30) ligated to
35  $i_N$ in will be complementary to the first nucleotide of unknown sequence (50). In
the second cycle of ligations, a terminal nucleotide (19) of probe (31) will be

- 6 -

ILL000212

complementary to the second nucleotide (19) of unknown sequence (50) in duplexes starting with initializing oligonucleotide $i_1$. Likewise, terminal nucleotides of probes ligated to duplexes starting with initializing oligonucleotides $i_2$, $i_3$, $i_4$, and so on, will be complementary to the third, fourth, and fifth

5   nucleotides of unknown sequence (50).

In the above embodiment, the oligonucleotide probes are labeled so that the identity of the nucleotide abutting the extended duplex can be determined from the label.

Binding region (40) has a known sequence, but can vary greatly in length

10  and composition. It must be sufficiently long to accommodate the hybridization of an initializing oligonucleotide. Different binding regions can be employed with either identical or different initializing oligonucleotides, but for convenience of preparation, it is preferable to provide identical binding regions and different initializing oligonucleotides. Thus, all the templates are prepared identically and

15  then separated into aliquots for use with different initializing oligonucleotides. Preferably, the binding region should be long enough to accommodate a set of different initializing oligonucleotides, each hydridizing to the template to produce a different starting point for subsequent ligations. Most preferably, the binding region is between about 20 to 50 nucleotides in length.

20  Initializing oligonucleotides are selected to form highly stable duplexes with the binding region that remain intact during any washing steps of the extension cycles. This is conveniently achieved by selecting the length(s) of the initializing oligonucleotides to be considerably longer than that, or those, of the oligonucleotide probes and/or by selecting them to be GC-rich. Initializing

25  oligonucleotides may also be cross-linked to the template strand by a variety of techniques, e.g. Summerton et al, U.S. patent 4,123,610; or they may be comprised of nucleotide analogs that form duplexes of greater stability than their natural counterparts, e.g. peptide nucleic acids, Science, 254:1497-1500 (1991); Hanvey et al, Science, 258: 1481-1485 (1992); and PCT applications

30  PCT/EP92/01219 and PCT/EP92/01220.

Preferably, the length of the initializing oligonucleotide is from about 20 to 30 nucleotides and its composition comprises a sufficient percentage of G's and C's to provide a duplex melting temperature that exceeds those of the oligonucleotide probes being employed by about 10-50°C. More preferably, the duplex melting

35  temperature of the initializing oligonucleotide exceeds those of the oligonucleotide probes by about 20-50°C. The number, N, of distinct initializing oligonucleotides



- 7 -

employed in a sequencing operation can vary from one, in the case where a single
nucleotide is identified at each cycle, to a plurality whose size is limited only by the
size of oligonucleotide probe that can be practically employed. Factors limiting the
size of the oligonucleotide probe include the difficulty in preparing mixtures having
5     sufficiently high concentrations of individual probes to drive hybridization
reactions at a reasonable rate, the susceptibility of longer probes to forming
secondary structures, reduction in sensitivity to single base mismatches, and the
like. Preferably, N is in the range of from 1 to 16; more preferably, N is in the
range of from 1 to 12; and most preferably, N is in the range of from 1 to 8.

10         A wide variety of oligonucleotide probes can be used with the invention.
Generally, the oligonucleotide probes should be capable of being ligated to an
initializing oligonucleotide or extended duplex to generate the extended duplex of
the next extension cycle; the ligation should be template-driven in that the probe
should form a duplex with the template prior to ligation; the probe should possess a
15    blocking moiety to prevent multiple probe ligations on the same template in a single
extension cycle, the probe should be capable of being treated or modified to
regenerate an extendable end after ligation, and the probe should possess a signaling
moiety that permits the acquisition of sequence information relating to the template
after a successful ligation. As described more fully below, depending on the
20    embodiment, the extended duplex or initializing oligonucleotide may be extended in
either the 5'→3' direction or the 3'→5' direction by oligonucleotide probes.
Generally, the oligonucleotide probe need not form a perfectly matched duplex with
the template, although such binding is usually preferred. In preferred embodiments
in which a single nucleotide in the template is identified in each extension cycle,
25    perfect base pairing is only required for identifying that particular nucleotide. For
example, in embodiments where the oligonucleotide probe is enzymatically ligated
to an extended duplex, perfect base pairing--i.e. proper Watson-Crick base pairing--
is required between the terminal nucleotide of the probe which is ligated and its
complement in the template. Generally, in such embodiments, the rest of the
30    nucleotides of the probe serve as "spacers" that ensure the next ligation will take
place at a predetermined site, or number of bases, along the template. That is, their
pairing, or lack thereof, does not provide further sequence information. Likewise,
in embodiments that rely on polymerase extension for base identification, the probe
primarily serves as a spacer, so specific hybridization to the template is not critical,
35    although it is desirable.

- 8 -

ILL000214

Preferably, the oligonucleotide probes are applied to templates as mixtures comprising oligonucleotides of all possible sequences of a predetermined length. The complexity of such mixtures can be reduced by a number of methods, including using so-called degeneracy-reducing analogs, such as deoxyinosine and

5      the like, e.g. as taught by Kong Thoo Lin et al, Nucleic Acids Research, 20: 5149-5152; U.S. patent 5,002,867; Nichols et al, Nature, 369: 492-493 (1994); or by separately applying multiple mixtures of oligonucleotide probes, e.g. four mixtures comprising four disjoint subsets of oligonucleotide sequences that taken together would comprise all possible sequences of the predetermined length.

10     Initializing oligonucleotides and oligonucleotide probes of the invention are conveniently synthesized on an automated DNA synthesizer, e.g. an Applied Biosystems, Inc. (Foster City, California) model 392 or 394 DNA/RNA Synthesizer, using standard chemistries, such as phosphoramidite chemistry, e.g. disclosed in the following references: Beaucage and Iyer, Tetrahedron, 48: 2223-

15     2311 (1992); Molko et al, U.S. patent 4,980,460; Koster et al, U.S. patent 4,725,677; Caruthers et al, U.S. patents 4,415,732; 4,458,066; and 4,973,679; and the like. Alternative chemistries, e.g. resulting in non-natural backbone groups, such as phosphorothioate, phosphoramidate, and the like, may also be employed provided that the resulting oligonucleotides are compatible with the ligation and

20     other reagents of a particular embodiment. Mixtures of oligonucleotide probes are readily synthesized using well known techniques, e.g. as disclosed in Telenius et al, Genomics, 13: 718-725 (1992); Welsh et al, Nucleic Acids Research, 19: 5275-5279 (1991); Grothues et al, Nucleic Acids Research, 21: 1321-1322 (1993); Hartley, European patent application 90304496.4; and the like. Generally, these

25     techniques simply call for the application of mixtures of the activated monomers to the growing oligonucleotide during the coupling steps where one desires to introduce the degeneracy.

When conventional ligases are employed in the invention, as described more fully below, the 5' end of the probe may be phosphorylated in some

30     embodiments. A 5' monophosphate can be attached to an oligonucleotide either chemically or enzymatically with a kinase, e.g. Sambrook et al, Molecular Cloning: A Laboratory Manual, 2nd Edition (Cold Spring Harbor Laboratory, New York, 1989). Chemical phosphorylation is described by Horn and Urdea, Tetrahedron Lett., 27: 4705 (1986), and reagents for carrying out the disclosed protocols are

35     commercially available, e.g. 5' Phosphate-ON™ from Clontech Laboratories

-9-

(Palo Alto, California). Preferably, when required, oligonucleotide probes are
chemically phosphorylated.

The probes of the invention can be labeled in a variety of ways, including
the direct or indirect attachment of fluorescent moieties, colorimetric moieties, and

5   the like. Many comprehensive reviews of methodologies for labeling DNA and
constructing DNA probes provide guidance applicable to constructing probes of
the present invention. Such reviews include Matthews et al, Anal. Biochem., Vol
169, pgs. 1-25 (1988); Haugland, Handbook of Fluorescent Probes and Research
Chemicals (Molecular Probes, Inc., Eugene, 1992); Keller and Manak, DNA

10  Probes, 2nd Edition (Stockton Press, New York, 1993); and Eckstein, editor,
Oligonucleotides and Analogues: A Practical Approach (IRL Press, Oxford,
1991); and the like. Many more particular methodologies applicable to the
invention are disclosed in the following sample of references: Fung et al, U.S.
patent 4,757,141; Hobbs, Jr., et al U.S. patent 5,151,507; Cruickshank, U.S.

15  patent 5,091,519; (synthesis of functionalized oligonucleotides for attachment of
reporter groups); Jablonski et al, Nucleic Acids Research, 14: 6115-6128
(1986)(enzyme-oligonucleotide conjugates); and Urdea et al, U.S. patent
5,124,246 (branched DNA).

Preferably, the probes are labeled with one or more fluorescent dyes. e.g.
20  as disclosed by Menchen et al, U.S. patent 5,188,934; Begot et al PCT application
PCT/US90/05565.

Guidance in selecting hybridization conditions for the application of
oligonucleotide probes to templates can be found in numerous references, e.g.
Wetmur, Critical Reviews in Biochemistry and Molecular Biology, 26: 227-259

25  (1991); Dove and Davidson, J. Mol. Biol. 5: 467-478 (1962); Hutton, Nucleic
Acids Research, 10: 3537-3555 (1977); Breslauer et al, Proc. Natl. Acad. Sci. 83:
3746-3750 (1986); Innis et al, editors, PCR Protocols (Academic Press, New
York, 1990); and the like.

Generally, when an oligonucleotide probe anneals to a template in
30  juxtaposition to an end of the extended duplex, the duplex and probe are ligated,
i.e. are caused to be covalently linked to one another. Ligation can be
accomplished either enzymatically or chemically. Chemical ligation methods are
well known in the art, e.g. Ferris et al, Nucleosides & Nucleotides, 8: 407-414
(1989); Shabarova et al, Nucleic Acids Research, 19: 4247-4251 (1991); and the

35  like. Preferably, enzymatic ligation is carried out using a ligase in a standard
protocol. Many ligases are known and are suitable for use in the invention, e.g.

- 10 -

ILL000216

Lehman, Science, 186: 790-797 (1974); Engler et al, DNA Ligases, pages 3-30 in
Boyer, editor, The Enzymes, Vol. 15B (Academic Press, New York, 1982); and
the like. Preferred ligases include T4 DNA ligase, T7 DNA ligase, E. coli DNA
ligase, Taq ligase, Pfu ligase, and Tth ligase. Protocols for their use are well
5  known, e.g. Sambrook et al (cited above); Barany, PCR Methods and
Applications, 1: 5-16 (1991); Marsh et al, Strategies, 5: 73-76 (1992); and the like.
Generally, ligases require that a 5' phosphate group be present for ligation to the 3'
hydroxyl of an abutting strand.

10              Preparing Target Polynucleotides
        Preferably, a target polynucleotide is conjugated to a binding region to
form a template, and the template is attached to a solid phase support, such as a
magnetic particle, polymeric microsphere, filter material, or the like, which permits
the sequential application of reagents without complicated and time-consuming
15  purification steps. The length of the target polynucleotide can vary widely;
however, for convenience of preparation, lengths employed in conventional
sequencing are preferred. For example, lengths in the range of a few hundred
basepairs, 200-300, to 1 to 2 kilobase pairs are preferred.
        The target polynucleotides can be prepared by various conventional
20  methods. For example, target polynucleotides can be prepared as inserts of any of
the conventional cloning vectors, including those used in conventional DNA
sequencing. Extensive guidance for selecting and using appropriate cloning
vectors is found in Sambrook et al, Molecular Cloning: A Laboratory Manual,
Second Edition (Cold Spring Harbor Laboratory, New York, 1989), and like
25  references. Sambrook et al and Innis et al, editors, PCR Protocols (Academic
Press, New York, 1990) also provide guidance for using polymerase chain
reactions to prepare target polynucleotides. Preferably, cloned or PCR-amplified
target polynucleotides are prepared which permit attachment to magnetic beads, or
other solid supports, for ease of separating the target polynucleotide from other
30  reagents used in the method. Protocols for such preparative techniques are
described fully in Wahlberg et al, Electrophoresis, 13: 547-551 (1992); Tong et al,
Anal. Chem., 64: 2672-2677 (1992); Hultman et al, Nucleic Acids Research, 17:
4937-4946 (1989); Hultman et al, Biotechniques, 10: 84-93 (1991); Syvanen et al,
Nucleic Acids Research, 16: 11327-11338 (1988); Dattagupta et al, U.S. patent
35  4,734,363; Uhlen, PCT application PCT/GB89/00304; and like references. Kits

- 11 -

ILL000217

are also commercially available for practicing such methods, e.g. Dynabeads$^{TM}$ template preparation kit from Dynal AS. (Oslo, Norway).

Generally, the size and shape of a microparticle or beads employed in the method of the invention is not critical; however, microparticles in the size range of
5    a few, e.g. 1-2, to several hundred, e.g. 200-1000 μm diameter are preferable, as they minimize reagent and sample usage while permitting the generation of readily detectable signals, e.g. from fluorescently labeled probes.

10    <u>Schemes for Ligating, Capping, and</u>
<u>Regenerating Extendable Termini</u>

In one aspect, the invention calls for repeated steps of ligating and identifying of oligonucleotide probes. However, since the ligation of multiple probes to the same extended duplex in the same step would usually introduce
15    identification problems, it is useful to prevent multiple extensions and to regenerate extendable termini. Moreover, if the ligation step is not 100% efficient, it would be desirable to cap extended duplexes that fail to undergo ligation so that they do not participate in any further ligation steps. That is, a capping step preferably occurs after a ligation step, by analogy with other synthetic chemical processes,
20    such as polynucleotide synthesis, e.g. Andrus et al, U.S. patent 4,816,571. This would remove a potentially significant source of noise from signals generated in subsequent identification steps.

Below, several exemplary schemes for carrying out ligation, capping, regeneration, and identification steps in accordance with the invention are
25    described. They are presented for purposes of guidance and are not meant to be limiting.

A scheme for extending an initializing oligonucleotide or an extended duplex in the 3'→5' direction is illustrated in Figure 2. Template (20) is attached to solid phase support (10) by its 5' end. This can be conveniently accomplished
30    via a biotin, or like linking moiety, using conventional techniques. Initializing oligonucleotide (200) having a 5' phosphate group is annealed to template (20) as described above prior to the initial cycle of ligation and identification. An oligonucleotide probe (202) of the following form is employed:

35    $$\text{HO-(3')BBB ... BBB(5')-OP(=O)(O}^-\text{)NH-B}_t\text{*}$$

- 12 -

where BBB ... BBB represents the sequence of nucleotides of oligonucleotide
probe (202) and $B_t^*$ is a labeled chain-terminating moiety linked to the 5' carbon
of the oligonucleotide via a phosphoramidate group, or other labile linkage, such
as a photocleavable linkage. The nature of $B_t^*$ may vary widely. It can be a

5  labeled nucleoside (e.g. coupled via a 5'P→3'N phosphoramidate) or other moiety,
so long as it prevents successive ligations. It may simply be a label connected by a
linker, such as described in Agrawal and Tang, International application, *number*
PCT/US91/08347. An important feature of the oligonucleotide probe is that after
annealing and ligation (204), the label may be removed and the extendable end

10  regenerated by treating the phosphoramidate linkage with acid, e.g. as taught by
Letsinger et al, J. Am. Chem. Soc., 94: 292-293 (1971); Letsinger et al, Biochem.,
15: 2810-2816 (1976); Gryaznov et al, Nucleic Acid Research, 20: 3403-3409
(1992); and like references. By way of example, hydrolysis of the
phosphoramidate may be accomplished by treatment with 0.8% trifluoroacetic acid

15  in dichloromethane for 40 minutes at room temperature. Thus, after annealing,
ligating, and identifying the ligated probe via the label on $B_t^*$, the chain-
terminating moiety is cleaved by acid hydrolysis (206) thereby breaking the
phosphorus linkage and leaving a 5' monophosphate on the ligated oligonucleotide.
The steps can be repeated (208) in successive cycles. In one aspect of this

20  embodiment, a single initializing oligonucleotide may be employed such that only
one nucleotide is identified in each sequencing cycle. For such an embodiment, the
above probe preferably has the following form:

HO-(3')B(5')-OP(=O)(O⁻)NHBB ... BBB-$B_t^*$

25  Thus, after each ligation and acid cleavage step the duplex will be extended by
one nucleotide.

A capping step may be introduced prior to hydrolysis. For example, probe
(202) may have the form:

30
HO-(3')BB ... Bp^B ... BB(5')-OP(=O)(O⁻)NH-$B_t^*$

where "p^" is an exonuclease resistant linkage, such as phosphorothioate,
methylphosphonate, or the like. In such an embodiment, capping can be achieved

35  by treating the extended duplexes with an exonuclease, such as λ exonuclease,
which will cleave the unligated extended duplexes back to the exonuclease

- 13 -

resistant linkage. The presence of this linkage at the 5' end of the extended duplex
will then prevent it from participating in subsequent ligations. Clearly, many other
capping methodologies may be employed, e.g. acylation, ligation of an inert
oligonucleotide, or the like. When free 3' hydroxyls are involved, capping may be

5    accomplished by extending the duplex with a DNA polymerase in the presence of
chain-terminating nucleoside triphosphates, e.g. dideoxynucleoside triphosphates,
or the like.

        The phosphoramidate linkage described above is an example of a general
class of internucleosidic linkages referred to herein as "chemically scissile

10   internucleosidic linkages." These are internucleosidic linkages that may be cleaved
by treating them with characteristic chemical or physical conditions, such as an
oxidizing environment, a reducing environment, light of a characteristic
wavelength (for photolabile linkages), or the like. Other examples of chemically
scissile internucleosidic linkages which may be used in accordance with the

15   invention are described in Urdea 5,380,833; Gryaznov et al, Nucleic Acids
Research, 21: 1403-1408 (1993)(disulfide); Gryaznov et al, Nucleic Acids
Research, 22: 2366-2369 (1994)(bromoacetyl); Urdea et al, International
application PCT/US91/05287 (photolabile); and like references.

        Further chemically scissile linkages that may be employed with the

20   invention include chain-terminating nucleotides that may be chemically converted
into an extendable nucleoside. Examples of such compounds are described in the
following references: Canard et al, International application PCT/FR94/00345;
Ansorge, German patent application No. DE 4141178 A1; Metzker et al, Nucleic
Acids Research, 22: 4259-4267 (1994); Cheeseman, U.S. patent 5,302,509; Ross

25   et al, International application PCT/US90/06178; and the like.

        A scheme for extending an initializing oligonucleotide or an extended
duplex in the 5'→3' direction is illustrated in Figure 3A. Template (20) is attached
to solid phase support (10) by its 3' end. As above, this can be conveniently
accomplished via a biotin, or like linking moiety, using conventional techniques.

30   Initializing oligonucleotide (300) having a 3' hydroxyl group is annealed to
template (20) as described above prior to the initial cycle of ligation and
identification. An oligonucleotide probe (302) of the following form is employed:

$$OP(=O)(O^-)O\text{-}(5')BBB \ldots BBBRRRRB_t{}^*$$

35

- 14 -

ILL000220

where BBB ... BBBRRRR represents the sequence of 2'-deoxynucleotides of
oligonucleotide probe (302), "RRRR" represent a sequence of four ribonucleotides
of probe (302), and $B_t*$ is a labeled chain-terminating moiety, as described above.
Such mixed RNA-DNA oligonucleotides are readily synthesized using

5    conventional automated DNA synthesizers, e.g. Duck et al, U.S. patent 5,011,769.
RNase H will cleave the probe specifically in the center of the four ribonucleotide
segment, Hogrefe et al, J. Biol. Chem., 265: 5561-5566 (1990), leaving a 3'
hydroxyl (312) on the extended duplex, which may participate in subsequent
ligation steps. Thus, a cycle in the present embodiment proceeds by annealing

10   probe (302) to template (20) and ligating (304) to form extended duplex (306).
After identification via $B_t*$, the extended duplex is treated with RNase H to cleave
the label and regenerate an extendable end. The cycle is then repeated (314).
Capping (310) can be carried out prior to RNase H treatment by extending the
unligated ends with a DNA polymerase in the presence of the four

15   dideoxynucleoside triphosphates, ddATP, ddCTP, ddGTP, and ddTTP.

       As illustrated in Figure 3B, a similar scheme can be employed for 3'→5'
extensions. In such an embodiment, initiating oligonucleotide or extended duplex
(330) has a 5' monophosphate and the oligonucleotide probe (332) has the form:

20               HO-(3')BBB ... BBBRRRRB .. $BB_t*$

As above, after annealing, ligating (334), and identifying (338), extended duplex
(336) is cleaved by RNase H which in this case leaves a 5' monophosphate (342) at

25   the terminus of the extended duplex. With the regenerated extendable end, the
cycle can be repeated (344). A capping step can be included prior to RNase H
hydrolysis by either ligating an unlabeled non-RNA-containing probe, or by
removing any remaining 5' monophosphates by treatment with a phosphatase.

       Identification of nucleotides can be accomplished by polymerase extension
following ligation. As exemplified in Figure 4, for this embodiment, template (20)

30   is attached to solid phase support (10) as described above and initializing
oligonucleotide (400) having a 3' hydroxyl is annealed to the template prior to the
initial cycle. Oligonucleotide probes (402) of the form:

         OP(=O)(O⁻)O-(5')BBB ... BBBRRRRB ... B(3')OP(=O)(O⁻)O

35

ILL000221

are annealed to template (20) and ligated (404) to form extended duplex (406). The 3' monophosphate, which prevents successive ligations of probes in the same cycle, is removed with phosphatase (408) to expose a free 3' hydroxyl (410). Clearly, alternative blocking approaches may also be used. Extended duplex (406)

5 is further extended by a nucleic acid polymerase in the presence of labeled dideoxynucleoside triphosphates (412), thereby permitting the identification of a nucleotide of template (20) by the label of the incorporated dideoxynucleotide. The labeled dideoxynucleotide and a portion of probe (402) are then cleaved (414), for example, by RNase H treatment, to regenerate an extendable end on

10 extended duplex (406). The cycle is then repeated (416).

In order to reduce the number of separate annealing reactions that must be carried out, the oligonucleotide probes may be grouped into mixtures, or subsets, of probes whose perfectly matched duplexes with complementary sequences have similar stability or free energy of binding. Such subsets of oligonucleotide probes

15 having similar duplex stability are referred to herein as "stringency classes" of oligonucleotide probes. The mixtures, or stringency classes, of oligonucleotide probes are then separately combined with the target polynucleotide under conditions such that substantially only oligonucleotide probes complementary to the target polynucleotide form duplexes. That is, the stringency of the

20 hybridization reaction is selected so that substantially only perfectly complementary oligonucleotide probes form duplexes. These perfectly matched duplexes are then ligated to form extended duplexes. For a given oligonucleotide probe length, the number of oligonucleotide probes within each stringency class can vary widely. Selection of oligonucleotide probe length and stringency class

25 size depends on several factors, such as length of target sequence and how it is prepared, the extent to which the hybridization reactions can be automated, the degree to which the stringency of the hybridization reaction can be controlled, the presence or absence of oligonucleotide probes with complementary sequences, and the like. Guidance in selecting an appropriate size of stringency class for a

30 particular embodiment can be found in the general literature on nucleic acid hybridization and polymerase chain reaction methodology, e.g. Gotoh, Adv. Biophys. 16: 1-52 (1983); Wetmer, Critical Reviews in Biochemistry and Molecular Biology 26: 227-259 (1991); Breslauer et al, Proc. Natl. Acad. Sci. 83: 3746-3750 (1986); Wolf et al, Nucleic Acids Research, 15: 2911-2926 (1987);

35 Innis et al, editors, PCR Protocols (Academic Press, New York, 1990); McGraw et al, Biotechniques, 8: 674-678 (1990), and the like. Stringency can be controlled

by ~~several~~ varying several parameters, including temperature, salt concentration,
concentration of certain organic solvents, such as formamide, and the like.
Preferably, temperature is used to define the stringency classes because the activity
of the various polymerases or ligases employed limits the degree to which salt

5    concentration or organic solvent concentration can be varied for ensuring specific
annealing of the oligonucleotide probes.

Generally, the larger the stringency class the greater the complexity of the
hybridizing mixture and the lower the concentration of any particular
oligonucleotide probe in the mixture. A lower concentration of a oligonucleotide

10   probe having a complementary site on a target polynucleotide reduces the relative
likelihood of the oligonucleotide probe hybridizing and being ligated. This, in turn,
leads to reduced sensitivity. Larger stringency classes also have a greater variance
in the stabilities of the duplexes that form between a oligonucleotide probe and a
complementary sequence. On the other hand, smaller stringency classes require a

15   larger number of hybridization reactions to ensure that all oligonucleotide probes
of a set are hybrized to a target polynucleotide.

For example, when 8-mer oligonucleotide probes are employed stringency
classes may include between about 50 to about 500 oligonucleotide probes each.
Thus, several hundred to several thousand hybrization/ligation reactions are

20   required. For larger sized oligonucleotide probes, much larger stringency classes
are required to make the number of hybridization/extension reactions practical, e.g.
$10^4$-$10^5$, or more.

Oligonucleotide probes of the same stringency class can be synthesized
simultaneously, in a manner similar to which fully random oligonucleotide probes

25   are synthesized, e.g. as disclosed in Telenius et al, Genomics, 13: 718-725 (1992);
Welsh et al, Nucleic Acids Research, 19: 5275-5279 (1991); Grothues et al,
Nucleic Acids Research, 21: 1321-1322 (1993); Hartley, European patent
application 90304496.4; and the like. The difference is that at each cycle different
mixtures of monomers are applied to the growing oligonucleotide probe chain,

30   wherein the proportion of each monomer in the mixture is dictated by the
proportion of each nucleoside at the position of the oligonucleotide probe in the
stringency class. Stringency classes are readily formed by computing the free
energy of duplex formation by available algorithms, e.g. Breslauer et al, Proc. Natl.
Acad. Sci., 83: 3746-3750 (1986); Lowe et al, Nucleic Acids Research, 18: 1757-

35   1761 (1990); or the like. The oligonucleotide probes can be ordered according to
the free energy of binding to their complement under standard reaction conditions,

- 17 -

e.g. with a standard bubble sort, Baase, Computer Algorithms (Addison-Wesley, Menlo Park, 1978). For example the following is the list of ten 6-mers with the greatest stability (from top to bottom) in terms of free energy of duplex formation under standard hybridization conditions and the least stability in terms of free energy of duplex formation (the free energies being computed via Breslauer (cited above)):

T190X

|  | Ranking | Oligonucleotide probe Sequence (5'→3') |
|---|---|---|
| 10 | 1 | GCGCGC |
|  | 2 | CGCGCG |
|  | 3 | CCCGCG |
|  | 4 | CGCCCG |
|  | 5 | CGCGCC |
| 15 | 6 | CGCGGC |
|  | 7 | CGGCGC |
|  | 8 | GCCGCG |
|  | 9 | GCGCCG |
|  | 10 | GCGCGG |
| 20 | . | . |
|  | . | . |
|  | . | . |
| 25 | 4087 | TCATAT |
|  | 4088 | TGATAT |
|  | 4089 | CATATA |
|  | 4090 | TATATG |
|  | 4091 | ATCATG |
|  | 4092 | ATGATG |
| 30 | 4093 | CATCAT |
|  | 4094 | CATGAT |
|  | 4095 | CATATG |
|  | 4096 | ATATAT |

35    Thus, if a stringency class consisted of the first ten 6-mers the mixture monomers for the first (3'-most) position would be 0:4:6:0 (A:C:G:T), for the second position it would be 0:6:4:0, and so on. If a stringency class consisted of the last ten 6-mers the mixture of monomers for the first position would be 1:0:4:5, for the second position it would be 5:0:0:5, and so on. The resulting mixtures may then be further
40    enriched for sequences of the desired stingency class by thermal elution, e.g. Miyazawa et al, J. Mol. Biol., 11: 223-237 (1965).

More conveniently, stringency classes containing several hundred to several thousands of oligonucleotides may be synthesized directly by a variety of parallel synthesis approaches, e.g. Frank et al, U.S. patent 4,689,405; Matson et al, Anal.

- 18 -

19

ILL000224

Biochem., 224: 110-116 (1995); Fodor et al, International application
PCT/US93/04145; Pease et al, Proc. Natl. Acad. Sci., 91: 5022-5026 (1994);
Southern et al, J. Biotechnology, 35: 217-227 (1994), Brennan, International
application PCT/US94/05896; or the like.

5          In some cases it may be desirable to form additional stringency classes of
oligonucleotide probes by placing in a separate subset oligonucleotide probes
having complementary sequences to other oligonucleotide probes in a subset or
oligonucleotide probe that are susceptible of forming oligonucleotide probe-dimers.

          Clearly, one of ordinary skill in the art could combine features of the
10   embodiments set forth above to design still further embodiments in accordance with
the invention, but not expressly set forth above.

          The invention also includes systems and apparatus for carrying out method
of the invention automatically. Such systems and apparatus can take a variety of
forms depending on several design constraints, including i) the nature of the solid
15   phase support used to anchor the target polynucleotide, ii) the degree of parallel
operation desired, iii) the detection scheme employed; iv) whether reagents are re-
used or discarded, and the like. Generally, the apparatus comprises a series of
reagent reservoirs, one or more reaction vessels containing target polynucleotide,
preferably attached to a solid phase support, e.g. magnetic beads, one or more
20   detection stations, and a computer controlled means for transferring in a
predetermined manner reagents from the reagent reservoirs to and from the
reaction vessels and the detection stations. The computer controlled means for
transferring reagents and controlling temperature can be implemented by a variety
of general purpose laboratory robots, such as that disclosed by Harrison et al,
25   Biotechniques, 14: 88-97 (1993); Fujita et al, Biotechniques, 9: 584-591 (1990);
Wada et al, Rev. Sci. Instrum., 54: 1569-1572 (1983); or the like. Such laboratory
robots are also available commercially, e.g. Applied Biosystems model 800
Catalyst (Foster City, CA).

          A variety of kits may be provided for carrying out different embodiments of the
30   invention. Generally, kits of the invention include oligonucleotide probes, initializing
oligonucleotides, and a detection system. Kits further include ligation reagents and
instructions for practicing the particular embodiment of the invention. In embodiments
employing protein ligases, RNase H, nucleic acid polymerases, or other enzymes, their
respective buffers may be included. In some cases, these buffers may be identical.
35   Preferably, kits also include a solid phase support, e.g. magnetic beads, for anchoring
templates. In one preferred kit, fluorescently labeled oligonucleotide probes are provided

20

- 19 -

such that probes corresponding to different terminal nucleotides of the target polynucleotide carry distinct spectrally resolvable fluorescent dyes. As used herein, "spectrally resolvable" means that the dyes may be distinguished on basis of their spectral characteristics, particularly fluorescence emission wavelength, under conditions of

5  operation. Thus, the identity of the one or more terminal nucleotides would be correlated to a distinct color, or perhaps ratio of intensities at different wavelengths. More preferably, four such probes are provided that allow a one-to-one correspondence between each of four spectrally resolvable fluorescent dyes and the four possible terminal nucleotides on a target polynucleotide. Sets of spectrally resolvable dyes are disclosed in

10 U.S. patents 4,855,225 and 5,188,934; International application PCT/US90/05565; and Lee et al, Nucleic Acids Researchs, 20: 2471-2483 (1992).

## Example 1
### Sequencing a Target Polynucleotide Amplified from pUC19
15 ### with Four Initializing Oligonucleotides

In this example, a template comprising a binding region and a portion of the pUC19 plasmid is amplified by PCR and attached to magnetic beads. Four initializing oligonucleotides are employed in separate reactions as indicated below. 8-mer oligonucleotide probes are employed having 4 central ribonucleotides and

20 both 5' and 3' monophosphates, as shown in the following formula:

$$OP(=O)(O^-)O-(5')BBRRRRBB(3')-OP(=O)(O^-)O$$

After annealing, probes are enzymatically ligated to the initializing oligonucleotides

25 and the magnetic bead supports are washed. The 3' phosphates of the ligated probes are removed with phosphatase, after which the probes are extended with DNA polymerase in the presence of the four labeled dideoxynucleoside triphosphate chain terminators. After washing and identification of the extended nucleotide, the ligated probes are cleaved at the ribonucleotide moiety with RNAse

30 H to remove the label and to regenerate an extendable end.

The following double stranded fragment comprising a 36-mer binding region is ligated into a Sac I/Xma I-digested pUC19: (SEQ ID NO. 1)

    CCTCTCCCTTCCCTCTCCTCCCTCTCCCCTCTCCCTC
    TCGAGGAGAGGGAAGGGAGAGGAGGGGAGAGGGGAGAGGGAGGGCC

-20-

After isolation and amplification, a 402 basepair fragment of the modified pUC19 is amplified by PCR for use as a template. The fragment spans a region of pUC19 from position 41 to the binding region inserted adjacent to the Sac I site in the polylinker region (position 413 of the unmodified pUC19), Yanisch-Perron et al, Gene, 33: 103-119 (1985). Two 18-mer oligonucleotide probes are employed having sequences 5'-CCCTCTCCCCTCTCCCTCx-3' and 5'-GCAGCTCCCGGAGACGGT-3', where "x" is a 3' biotin moiety attached during synthesis using a commercially available reagent with manufacturer's protocol, e.g. 3' Biotin-ON CPG (Clontech Laboratories, Palo Alto, California). The amplified template is isolated and attached to streptavidin-coated magnetic beads (Dynabeads) using manufacturer's protocol, Dynabeads Template Preparation Kit, with M280-streptavidin (Dynal, Inc., Great Neck, New York). A sufficient quantity of the biotinylated 313 basepair fragment is provided to load about 300 μg of Dynabeads M280-Streptavidin.

The binding region sequence is chosen so that the duplexes formed with the initiating oligonucleotides have compositions of about 66% GC to enhance duplex stability. The sequence is also chosen to prevent secondary structure formation and fortuitous hybridization of an initializing oligonucleotide to more than one location within the binding region. Any shifting of position of a given initializing oligonucleotide within the binding region results in a significant number of mis-matched bases.

After loading, the non-biotinylated strand of template is removed by heat denaturation, after which the magnetic beads are washed and separated into four aliquots. The template attached to the magnetic beads has the following sequence:

(Magnetic bead)-(linker)-(3')-CTCCCTCTCCCCTCTCCCTCCTC-
TCCCTTCCTCTCCTCGAGCTTAAGT ... CTCGACG-(5')

The following four oligonucleotides are employed as initializing oligonucleotides in each of the separate aliquots of template:

(SEQ ID no: 2)
5'-GAGGAGAGGGAAGGAGAGGAG

(SEQ ID no: 1)
5'-GGAGGAGAGGGAAGGAGAGGA

- 21 -

ILL000227

*a*

(SEQ ID no:4)
5'-GGGAGGAGAGGGAAGGAGAGG
(SEQ ID 5)
5'-AGGGAGGAGAGGGAAGGAGAG

5      Reactions and washes below are generally carried out in 50 µL volumes of
       manufacturer's (New England Biolabs') recommended buffers for the
       enzymes employed, unless otherwise indicated. Standard buffers are also
       described in Sambrook et al, Molecular Cloning, 2nd Edition (Cold Spring
       Harbor Laboratory Press, 1989).
10             96 stingency classes of 684 or 682 oligonucleotide probes each (2 subsets for each
       of 48 different annealing temperatures) are formed which together contain all 8-mer
       probes for each of the four aliquots. The probes of each of the 96 classes are separately
       annealed to the target polynucleotide in reaction mixtures having the same components,
       with the exception that extensions and ligations carried out with Sequenase and T4 DNA
15     ligase at temperatures less than 37ºC and extensions and ligations carried out with Taq
       Stoffel fragment and a thermostable ligase otherwise.
             The 48 stringency conditions are defined by annealing temperatures which range
       from 22ºC to 70ºC, such that each grouping of subsets at the same temperature differ in
       annealing temperature by 1ºC from that of the subset groupings containing the next
20     highest and next lowest stringency classes. The range of annealing temperatures (22-
       70ºC) is roughly bounded by the temperatures 5-10 degrees below the temperatures at
       which the least stable and most stable 8-mers, respectively, are expected to have about
       fifty percent maximum annealing in a standard PCR buffer solution.
             After 5-10 minutes incubation at 80ºC, the reaction mixtures are brought down to
25     their respective annealing temperatures over a period of 20-30 minutes. After ligation,
       washing and treatment with phosphatase, 2 units of polymerase and labeled
       dideoxynucleotide triphosphates (.08 mM final reaction concentration and labeled with
       TAMRA (tetramethylrhodamine), FAM (fluorescein), ROX (rhodamine X), and
       JOE (2',7'-dimethoxy-4',5'-dichlorofluorescein) are added. After 15 minutes, the
30     beads are washed with H$_2$O and the identity of the extended nucleotide is determined by
       illuminating each reaction mixture with standard wavelengths, e.g Users Manual, model
       373 DNA Sequencer (Applied Biosystems, Foster City, CA).
             After identification, the reaction mixtures are treated with RNase H
       using the manufacturer's suggested protocol and washed. The RNase H
35     treated extended duplexes have regenerated 3' hydroxyls and are ready for

23

- 22 -

ILL000228

the next cycle of ligation/extension/cleavage. The cycles are carried out until all the nucleotides of the test sequence are identified.

**Example 2**

<u>Sequencing a Target Polynucleotide Amplified from pUC19</u>
<u>with One Initializing Oligonucleotide</u>

5          In this example, a template is prepared in accordance with Example 1, except that since extension is in the 5'→3' direction in this example, the biotin moiety is attached to the 5' end of the primer hybridizing to the CT-rich strand of

10    the binding region. Thus, in this example, the binding region of the single stranded template will be a GA-rich segment (essentially the complement of the binding region of Example 1). Two 18-mer oligonucleotide probes are employed having sequences 5'-xGAGGGAGAGGGGAGAGGG-3' and 5'- *(SEQ ID no: 6)* ACCGTCTCCGGGAGCTGC-3', where "x" is a 5' biotin moiety is attached during

15    synthesis using commercially available reagents with manufacturers' protocols, e.g. the Aminolink aminoalkylphosphoramidite linking agent (Applied Biosystems, Foster City, California) and Biotin-X-NHS Ester available form Clontech Laboratories (Palo Alto, California).

A single 21-mer initializing oligonucleotide is employed with the following

20    sequence:

*(SEQ ID no: 8)*

5'-OP(=O)(O⁻)O-CCTCTCCCTTCCCTCTCCTCC-3'

6-mer oligonucleotide probes are employed that have an acid labile
25    phosphoramidate linkage between the 3'-most nucleoside and 3'-penultimate nucleoside of the probe, as shown in the following formula:

HO-(3')B(5')-OP(=O)(O⁻)NH-(3')BBBBB$_t$*

30    where B$_t$* is a JOE-, FAM-, TAMRA-, or ROX-labeled dideoxynucleoside, such that the label corresponds to the identity of the 3'-most nucleoside (so 16 different labeled dideoxynucleosides are used in the synthesis of the probes).

As above, the 6-mer probes are prepared in 96 stringency classes of 42 or 43 probes each (2 subsets for each of 48 different annealing
35    temperatures). Hybridizations and ligations are carried out as described above. After ligation and washing, a nucleoside in the target polynucleotide

- 23 -

ILL000229

is identified by the fluorescent signal of the oligonucleotide probe. Acid
cleavage is then carried out by treating the extended duplex with 0.8%
trifluoroacetic acid in dichloromethane for 40 minutes at room temperature to
regenerate an extendable end on the extended duplex. The process continues
5   until the sequence of the target polynucleotide is determined.

ILL000230

SEQUENCE LISTING

(1) GENERAL INFORMATION:

   (i) APPLICANT: Macevicz, Stephen C.

   (ii) TITLE OF INVENTION: DNA Sequencing by Parallel
        Oligonucleotide Extensions

   (iii) NUMBER OF SEQUENCES: 13

   (iv) CORRESPONDENCE ADDRESS:
      (A) ADDRESSEE: Dehlinger & Associates
      (B) STREET: 350 Cambridge Avenue, Suite 250
      (C) CITY: Palo Alto
      (D) STATE: CA
      (E) COUNTRY: USA
      (F) ZIP: 94306

   (v) COMPUTER READABLE FORM:
      (A) MEDIUM TYPE: Floppy disk
      (B) COMPUTER: IBM PC compatible
      (C) OPERATING SYSTEM: PC-DOS/MS-DOS
      (D) SOFTWARE: PatentIn Release #1.0, Version #1.25

   (vi) CURRENT APPLICATION DATA:
      (A) APPLICATION NUMBER: US 08/424,663
      (B) FILING DATE: 17-APR-1995
      (C) CLASSIFICATION:

   (viii) ATTORNEY/AGENT INFORMATION:
      (A) NAME: Powers, Vincent M.
      (B) REGISTRATION NUMBER: 36,246
      (C) REFERENCE/DOCKET NUMBER: 5525-0015/peolus

   (ix) TELECOMMUNICATION INFORMATION:
      (A) TELEPHONE: (415) 324-0880
      (B) TELEFAX: (415) 324-0960

(2) INFORMATION FOR SEQ ID NO:1:
   (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 37 base pairs
      (B) TYPE: nucleic acid
      (C) STRANDEDNESS: single
      (D) TOPOLOGY: linear
   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:

CCTCTCCCTT CCCTCTCCTC CCTCTCCCCT CTCCCTC                  37

(2) INFORMATION FOR SEQ ID NO:2:
   (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 21 base pairs
      (B) TYPE: nucleic acid
      (C) STRANDEDNESS: single
      (D) TOPOLOGY: linear

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:

GAGGAGAGGG AAGGAGAGGA G                          21

ILL000231

```
(2) INFORMATION FOR SEQ ID NO:3:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:

GGAGGAGAGG GAAGGAGAGG A                                          21

(2) INFORMATION FOR SEQ ID NO:4:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:

GGGAGGAGGA GGAAGGAGAG G                                          21

(2) INFORMATION FOR SEQ ID NO:5:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:

AGGGAGGAGA GGGAAGGAGA G                                          21

(2) INFORMATION FOR SEQ ID NO:6:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:

GAGGGAGAGG GGAGAGGG                                              18

(2) INFORMATION FOR SEQ ID NO:7:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:

ACCGTCTCCG GGAGCTGC                                              18

(2) INFORMATION FOR SEQ ID NO:8:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:

CCTCTCCCTT CCCTCTCCTC C                                          21
```

-26-

ILL000232

```
(2) INFORMATION FOR SEQ ID NO:9:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 45 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:

CCGGGAGGGA GAGGGGAGAG GGAGGAGAGG GAAGGGAGAG GAGCT                    45

(2) INFORMATION FOR SEQ ID NO:10:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:

CCCTCTCCCC TCTCCCTC                                                 18

(2) INFORMATION FOR SEQ ID NO:11:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:

GCAGCTCCCG GAGACGGT                                                 18

(2) INFORMATION FOR SEQ ID NO:12:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 48 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:

TGAATTCGAG CTCCTCTCCT TCCCTCTCCT CCCTCTCCCC TCTCCCTC               48

(2) INFORMATION FOR SEQ ID NO:13:
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 7 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:

GCAGCTC                                                             7
```

-27-

ILL000233

I claim:

1.    A method for identifying a sequence of nucleotides in a
polynucleotide, the method comprising the steps of:
         (a) extending an initializing oligonucleotide along the polynucleotide
by ligating an oligonucleotide probe thereto to form an extended duplex;
         (b) identifying one or more nucleotides of the polynucleotide; and
         (c) repeating steps (a) and (b) until the sequence of nucleotides is
10   determined.

2.    The method of claim 1 wherein said oligonucleotide probe has a
chain-terminating moiety at a terminus distal to said initializing
oligonucleotide.
15

3.    The method of claim 2 wherein said step of identifying includes
removing said chain-terminating moiety and extending said oligonucleotide
probe with a nucleic acid polymerase in the presense of one or more labeled
chain-terminating nucleoside triphosphates.
20

4.    The method of claim 3 futher including a step of regenerating an
extendable terminus on said extended duplex.

5.    The method of claim 4 wherein said oligonucleotide probe includes a
25   subsequence of four ribonucleotides and wherein said step of regenerating
includes cleaving said oligonucleotide probe with RNase H.

6.    The method of claim 5 wherein said chain-terminating moiety is a 3'
phosphate.
30

7.    The method of claim 2 further including a step of capping an
extended duplex or said initializing oligonucleotide whenever the extended
duplex or said initializing oligonucleotide fails to ligate to said
oligonucleotide probe.
35

- 28 -

8.   The method of claim 7 futher including a step of regenerating an extendable terminus on said extended duplex.

*Sub 4*

9.   The method of claim 8 wherein said step of regenerating includes
5   cleaving a chemically scissile internucleosidic linkage in said extended duplex.

*7*
9 10.   The method of claim 9 wherein said chemically scissile internucleosidic linkage is a phosphoramidate.

*Sub 10 as*

11.   The method of claim 8 wherein said step of regenerating includes enzymatically cleaving an internucleosidic linkage in said extended duplex.

12.   The method of claim 11 wherein said oligonucleotide probe includes
15   a subsequence of four ribonucleotides and wherein said step of regenerating includes cleaving said oligonucleotide probe with RNase H.

13.   A method for determining the nucleotide sequence of a polynucleotide, the method comprising the steps of:
20       (a) providing a template comprising the polynucleotide;
         (b) providing an initializing oligonucleotide which forms a duplex with the template adjacent to the polynucleotide;
         (c) annealing an oligonucleotide probe to the template adjacent to the initializing oligonucleotide;
25       (d) ligating the oligonucleotide probe to the initializing oligonucleotide to form an extended duplex;
         (e) identifying one or more nucleotides of the polynucleotide by a label on the ligated oligonucleotide probe; and
         (f) repeating steps (c) through (e) until the nucleotide sequence of
30   the polynucleotide is determined.

14.   The method of claim 13 wherein said oligonucleotide probe has a chain-terminating moiety at a terminus distal to said initializing oligonucleotide and wherein said method further includes a step of
35   regenerating an extendable terminus on said oligonucleotide probe.

- 29 -

ILL000235



15.    The method of claim 14 further including a step of capping said extended duplex or said initializing oligonucleotide that fails to ligate to said oligonucleotide probe.

5    16.    The method of claim 14 wherein said step of identifying consists of identifying a single nucleotide of said polynucleotide.

17.    The method of claim 16 wherein said step of identifying includes removing said chain-terminating moiety and extending said oligonucleotide probe with a nucleic acid polymerase in the presence of one or more labeled chain-terminating nucleoside triphosphates.

18.    An oligonucleotide probe of the formula:

15        HO-(3')(B)$_j$(5')-OP(=O)(O⁻)NH-(B)$_k$-B$_t$*

wherein:
    B is a nucleotide or an analog thereof;
    j is in the range of from 1 to 12;
20    k is in the range of from 0 to 12, such that the sum of j and k is less than or equal to 12;
    B$_t$* is a labeled chain-terminating moiety.

25    19.    An oligonucleotide probe selected from the group consisting of:

    OP(=O)(O⁻)O-(5')(B)$_s$RRRR(B)$_w$B$_t$*

30        HO-(3')(B)$_s$RRRR(B)$_w$B$_t$*

and

35    OP(=O)(O⁻)O-(5')(B)$_s$RRRR(B)$_w$(3')OP(=O)(O⁻)O

wherein:
    B is a deoxyribonucleotide or an analog thereof;

- 30 -

ILL000236

R is a ribonucleotide;

s is in the range of from 1 to 8;

w is in the range of from 0 to 8, such that the sum of j and k is less than or equal to 8;

$B_t^*$ is a labeled chain-terminating moiety.

-31-

SEQUENCE LISTING

(1) GENERAL INFORMATION:

(i) APPLICANT:

(ii) TITLE OF INVENTION:  DNA Sequencing by
Stepwise Extension with Oligonucleotide Blocks

(iii) NUMBER OF SEQUENCES:  8

(iv) CORRESPONDENCE ADDRESS:
     (A) ADDRESSEE: Stephen C. Macevicz
     (B) STREET: 21890 Rucker Drive
     (C) CITY: Cupertino
     (D) STATE: California
     (E) COUNTRY: USA
     (F) ZIP: 95014

(v) COMPUTER READABLE FORM:
     (A) MEDIUM TYPE: 3.5 inch diskette
     (B) COMPUTER: IBM compatible
     (C) OPERATING SYSTEM: Windows 3.1/DOS 5.0
     (D) SOFTWARE: Microsoft Word for Windows,
vers. 2.0

(vi) CURRENT APPLICATION DATA:
     (A) APPLICATION NUMBER:
     (B) FILING DATE:
     (C) CLASSIFICATION:

(vii) PRIOR APPLICATION DATA:
     (A) APPLICATION NUMBER:
     (B) FILING DATE:

(viii) ATTORNEY/AGENT INFORMATION:
     (A) NAME: Stephen C. Macevicz
     (B) REGISTRATION NUMBER: 30,285
     (C) REFERENCE/DOCKET NUMBER: peo1

(ix) TELECOMMUNICATION INFORMATION:
     (A) TELEPHONE: (415) 638-5552
     (B) TELEFAX:

(2) INFORMATION FOR SEQ ID NO: 1:

(i) SEQUENCE CHARACTERISTICS:
     (A) LENGTH: 37 nucleotides
     (B) TYPE: nucleic acid
     (C) STRANDEDNESS:  single
     (D) TOPOLOGY:  linear

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 1:

CCTCTCCCTT CCCTCTCCTC CCTCTCCCCT CTCCCTC                    37

-25-

(2) INFORMATION FOR SEQ ID NO: 2:

(i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 21 nucleotides
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS: single
    (D) TOPOLOGY: linear

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 2:

GAGGAGAGGG AAGGAGAGGA G                  21


(2) INFORMATION FOR SEQ ID NO: 3:

(i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 21 nucleotides
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS: single
    (D) TOPOLOGY: linear

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 3:

GGAGGAGAGG GAAGGAGAGG A                  21


(2) INFORMATION FOR SEQ ID NO: 4:

(i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 21 nucleotides
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS: single
    (D) TOPOLOGY: linear

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 4:

GGGAGGAGAG GGAAGGAGAG G                  21


(2) INFORMATION FOR SEQ ID NO: 5:

(i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 21 nucleotides
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS: single
    (D) TOPOLOGY: linear

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 5:

AGGGAGGAGA GGGAAGGAGA G                  21


(2) INFORMATION FOR SEQ ID NO: 6:

- 26 -

ILL000239

```
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 nucleotides
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS:  single
        (D) TOPOLOGY:  linear

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 6:

   GAGGGAGAGG GGAGAGGG                                                18


   (2) INFORMATION FOR SEQ ID NO: 7:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 nucleotides
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS:  single
        (D) TOPOLOGY:  linear

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 7:

   ACCGTCTCCG GGAGCTGC                                                18


   (2) INFORMATION FOR SEQ ID NO: 8:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 nucleotides
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS:  single
        (D) TOPOLOGY:  linear

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 8:

   CCTCTCCCTT CCCTCTCCTC C                                            21
```

- 27 -

ILL000240

DECLARATION AND POWER OF ATTORNEY
FOR PATENT APPLICATION

Case No. PEO1

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

the specification of which (check one) ☒ is attached hereto ☐ was filed on _____ as U.S. application Serial No. _____ and amended on _____.

I hereby state and I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, section 1.56(a).

I hereby claim foreign priority benefit under Title 35, United States Code, section 119 of the foreign application(s) for patent listed below:

| Number | Country | Filing Date | Title |
|--------|---------|-------------|-------|
| | | **NONE** | |

I hereby claim the benefit under Title 35, United States Code, section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, section 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status |
|------------------------|-------------|--------|
| | **NONE** | |

Page 1

ILL000241

Case No. PEO1

**POWER OF ATTORNEY:** As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

 Stephen C. Macevicz          Reg. No. 30,285
Peter J. Dehlinger          Reg. No. 28,006

| SEND CORRESPONDENCE TO: | DIRECT TELEPHONE CALLS TO: |
|---|---|
| ☒ Stephen C. Macevicz<br>21890 Rucker Drive<br>Cupertino, CA 95014 | ☒ Stephen C. Macevicz at<br>(415) 638-5552 or<br>(408) 252-4140 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

1-00

Signature of sole or first inventor: _____  Date: 17 April 1995

Printed Name: Stephen C. Macevicz

Residence: Cupertino, California CA          Citizenship: USA

Post Office Address: 21890 Rucker Drive, Cupertino, CA 95014

Page 2

ILL000242

RECEIPT AND HANDLING OF MAIL AND PAPERS

**509.03**
PTO/SB/09 (10-92)

**MAIL ROOM**
74   APR 17   1995
PTO TRADEMARK

| VERIFIED STATEMENT CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) & 1.27(b))—INDEPENDENT INVENTOR | Docket Number (Optional) peol |
|---|---|

Applicant or Patentee:  Stephen C. Macevicz

Serial or Patent No.: _____

Filed or Issued: 17 April 1995

Title: DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office described in:

☑ the specification filed herewith with title as listed above.

☐ the application identified above.

☐ the patent identified above.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

☑ No such person, concern, or organization exists.

☐ Each such person, concern or organization is listed below.

Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

Stephen C. Macevicz

| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
|---|---|---|
| _signature_ | | |
| Signature of Inventor | Signature of Inventor | Signature of Inventor |
| Date  17 April 1995 | Date | Date |

PTO/SB/09 (10-92)

500 - 15

Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Rev. 1E, Nov. 1992

ILL000243

424663

5750341



Fig. 1

Fig. 2

ILL000245



Fig. 3A



Fig. 3B

ILL000247



Fig. 4



Fig. 1

ILL000249



Fig. 2

ILL000250



Fig. 3a



Fig. 3b

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 4

ILL000253



## NEW APPLICATION TRANSMITTAL



Commissioner of Patents and Trademarks
Washington, D.C. 20231                                    Case No. PEO1

Transmitted herewith for filing is the patent application of

INVENTOR(S):  Stephen C. Macevicz

ENTITLED:  DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

Which is:          ☒  a NEW APPLICATION          ☐  a DIVISIONAL
                                                  ☐  a CONTINUATION
                                                  ☐  a CONTINUATION-IN-PART
                                                      of copending prior U.S. patent application:
                                                      Ser. No.
                                                      Filed:

The following items are enclosed:

☑  SPECIFICATION:        Pages:   _1_  through  _32_
☑  CLAIMS
☑  DRAWINGS:             Figures: _1, 2, 3a, 3b, 4_  on  _5_  sheets.
☑  ABSTRACT
☑  DECLARATION BY INVENTORS/POWER OF ATTORNEY        ☑ Signed    ☐ Unsigned
☑  CERTIFICATION OF EXPRESS MAIL TRANSMITTAL
☐  INFORMATION DISCLOSURE STATEMENT
☑  CHECK NO. 414 for filing fee.
☐  RETURN RECEIPT CARD
☑  OTHER ITEMS:  _Declaration of Seq. Listing w/3.5 in. diskette_
                 _Declaration of Small Entity Status (indep. inventor)_

## FEE CALCULATION

|                      | Number | Extra Claims | Rate   | Fee       |
|----------------------|--------|--------------|--------|-----------|
| Basic Fee:           |        |              |        | $365.—    |
| * Independent Claims: | 4      | 1            | x 38.  | = 38.—    |
| Total Claims:        | 19     |              | x      | =         |
|                      |        |              | TOTAL: | $403.—    |

DATE:  17 APRIL 1995
TELEPHONE:  (408) 252-4140
FAX:

BY: _____
Stephen C. Macevicz
Reg. No. 30,285

CERTIFICATION OF MAILING BY "EXPRESS MAIL"

Express Mail Label No. EF 942 057 535 US

Date of Deposit: 17 April 1995

I hereby certify that this paper or fee is being deposited with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R.
1.10 on the date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231.

(Signature of person mailing paper or fee)

Stephen C. Macevicz

(Typed or printed name of person mailing paper or fee)

Case No. PE01

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**UNITED STATES RECEIVING OFFICE**

#2

Inventors:    Macevicz

Serial No:                                Group Art Unit:

Filed:    17 April 1995               Examiner:

Title:    DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

**DECLARATION CONCERNING SEQUENCE LISTING**
**UNDER 37 C.F.R. 1.821(f)**

Commissioner of Patents and Trademarks
Washington, D. C. 20231

Sir:

    I, Stephen C. Macevicz, declare the following:
       I am the inventor and owner of the above identified application.
       **Attached hereto is a 3.5 inch diskette containing an ASCII text file of the "Sequence
Listing" section of the above-identified patent application.  An identical copy of said "Sequence
Listing" shall be reproduced whenever said text file is printed out using the print command of
the operating system indicated on the label of the diskette.**
       I further declare that all statements made herein of my own knowledge are true and all
statements made on information and belief are believed to be true; and further that these statements
were made with the knowledge that willful false statements and the like so made are punishable by fine
or imprisonment, or both, under Section 1001 of Title 18 of the Untied States Code, and that such willful
false statements may jeopardize the validity of the application or any patent issued thereon.

                         Respectfully submitted,

                         Stephen C. Macevicz
                         Reg. No. 30,285

Telephone:  (415) 638-5552
Attachment:
Plastic envelope containing 3.5 inch diskette

ILL000255



Case No. peo1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Inventors: | Macevicz | | |
| Serial No: | | · Group Art Unit: | |
| Filed: | 17 April 1995 | Examiner: | |
| Title: | DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS | | |

### CERTIFICATION OF EXPRESS MAIL SERVICE
### UNDER 37 CFR 1.10

Commissioner of Patents and Trademarks
Washington, D. C. 20231

Sir:

    I hereby certify that the enclosed papers or fees identified below are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated below and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Express Mail Label No.   EF 942 057 535 US

Date of Deposit:      17 April 1995

(Signature of person mailing paper or fee)

_Stephen C. Macevicz_
(Typed or printed name of person mailing paper or fee)

ITEMS ENCLOSED:

        New application
        Application fee (check No. 414)
        Decl. by Inventor
        Decl. Seq. Listing
        3.5 inch diskette
        Decl. Small Entity Status

ILL000256



CR84
papu # 3
RECEIVED mail
JUL 28 1995    08/08/95
Case No. pe01
GROUP 1800

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventors:    Macevicz

Serial No:    08/424,663                    Group Art Unit:

Filed:        17 April 1995                 Examiner:

Title:        DNA SEQUENCING BY PARALLEL
              OLIGONUCLEOTIDE EXTENSIONS

### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 C.F.R. 1.56 AND 1.97

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

The references cited on the accompanying PTO-1449 form(s) may be material to the examination of the above-identified application and are, therefore, submitted in compliance with the duty of disclosure defined in 37 CFR 1.56 and 1.97.  The Examiner is requested to make these citations of official record in this application.  Copies of the cited references are enclosed or have been previously submitted in prior application(s) to the above application.

This Information Disclosure Statement under 37 CFR 1.56 and 1.97 is not to be construed as a representation that a search has been made, that additional information material to the examination of this application does not exist, or that any one or more of these citations constitutes prior art.

### SUBMISSION INFORMATION

☒  This Information Disclosure Statement is being submitted within three (3) months of filing or before mailing of a first Office Action, whichever occurs last.  (37 CFR 1.97(b))

☐  This Information Disclosure Statement is being submitted before the mailing date of either a final Office Action or a Notice of Allowance.  (37 CFR 1.97(c))  Applicant elects to pay the fee set forth in 37 CFR 1.17(p) for submission of the Information Disclosure Statement under 37 CFR 1.97(c).

☐  This Information Disclosure Statement is being submitted after the mailing date of a final Office Action or Notice of Allowance, whichever occurs first, but before, or simultaneously with, the payment of the issue fee.  (37 CFR 1.97(d))  Applicant hereby petitions for the consideration of this Information Disclosure Statement under 37 CFR 1.97(d)(ii).  The petition fee under 37 CFR 1.17(i)(1) is authorized or enclosed as indicated below

Page 1

ILL000257

<u>PAYMENT OF FEES (IF ANY DUE)</u>

☐ Check No. _____ in the amount of _____ is enclosed.

☐ **FEE AUTHORIZATION.** The Commissioner is hereby authorized to withdraw from Deposit Account

any submission fees or petition fees required for this Information Disclosure Statement.

Respectfully submitted,

Stephen C. Macevicz
Registration No. 30,285

Enclosures:    1449 form(s)
               References

Page 2

ILL000258

# File History Report

☐    Paper number _____ is missing from the United States Patent and Trademark
Office's original copy of the file history. No additional information is available.

☐    The following page(s) **PTO - 1449** of paper number _____ is/are missing from the
United States Patent and Trademark Office's original copy of the file history. No
additional information is available

Additional comments: _____

ILL000259

*1.807*

*#4*
*Jw 11/29/95*

I hereby certify that this correspondence is
being deposited with the United States Postal Service
as first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks
Washington, D.C. 20231, on the date
appearing below

By _____ Date 10/3/95

Case No. ps01

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventors:  **Macevicz**

Serial No:  **08/424,663**                    Group Art Unit:        **RECEIVED**

Filed:      **17 April 1995**                  Examiner:              OCT 25 1995

Title:      **DNA SEQUENCING BY PARALLEL**                           **GROUP 1800**
            **OLIGONUCLEOTIDE EXTENSIONS**

### SUPPLEMENTAL
### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 C.F.R. 1.56 AND 1.97

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

The references cited on the accompanying PTO-1449 form(s) may be material to the
examination of the above-identified application and are, therefore, submitted in compliance with the
duty of disclosure defined in 37 CFR 1.56 and 1.97.  The Examiner is requested to make these
citations of official record in this application.  Copies of the cited references are enclosed.

This Information Disclosure Statement under 37 CFR 1.56 and 1.97 is not to be construed as a
representation that a search has been made, that additional information material to the examination of
this application does not exist, or that any one or more of these citations constitutes prior art.

### SUBMISSION INFORMATION

☒  This Information Disclosure Statement is being submitted within three (3) months of filing or
before mailing of a first Office Action, whichever occurs last.  (37 CFR 1.97(b))

☐  This Information Disclosure Statement is being submitted before the mailing date of either a
final Office Action or a Notice of Allowance.  (37 CFR 1.97(c))  Applicant elects to pay the
fee set forth in 37 CFR 1.17(p) for submission of the Information Disclosure Statement under
37 CFR 1.97(c).

☐  This Information Disclosure Statement is being submitted after the mailing date of a final
Office Action or Notice of Allowance, whichever occurs first, but before, or simultaneously
with, the payment of the issue fee.  (37 CFR 1.97(d))  Applicant hereby petitions for the
consideration of this Information Disclosure Statement under 37 CFR 1.97(d)(ii).  The petition
fee under 37 CFR 1.17(i)(1) is authorized or enclosed as indicated below.

### Certification
☐  Each item of information contained in this Information Disclosure Statement was cited in a
communication from a foreign patent office in a counterpart foreign application not more than
three months prior to the filing of the statement, or

Page 1

ILL000260

☐ No item of information contained in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application or, to the knowledge of the person signing the certification after making reasonable inquiry, was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of this statement.

### PAYMENT OF FEES (IF ANY DUE)

☐ Check No. _____ in the amount of _____ is enclosed.

☐ **FEE AUTHORIZATION.** The Commissioner is hereby authorized to withdraw from Deposit Account

any submission fees or petition fees required for this Information Disclosure Statement.

Respectfully submitted,

Stephen C. Macevicz
Registration No. 30,285

Enclosures:     1449 form(s)
                References

ILL000261

# File History Report

☐     Paper number _____ is missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available.

☐     The following page(s) **PTO - 1449** of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available

Additional comments: _____

ILL000262



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
               Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/424,663 | 04/17/95 | MACEVICZ | S | PE01 |

```
                                    18M2/0416
  STEPHEN C MACEVICZ
  21890 RUCKER DRIVE
  CUPERTINO CA  95014
```

| EXAMINER |
|---|
| TRAN,... |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1807 | |

DATE MAILED:
                                    04/16/96

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

ILL000263

| *Office Action Summary* | Application No. 08/424,663 | Applicant(s) MACEVICZ |
|---|---|---|
| | Examiner PAUL B. TRAN | Group Art Unit 1807 |

☐ Responsive to communication(s) filed on _____

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___*3*___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-19* _____ is/are pending in the application.

　　Of the above, claim(s) *18 and 19* _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *1-17* _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

　　☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

　　　　☐ received.

　　　　☐ received in Application No. (Series Code/Serial Number) _____

　　　　☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

　　*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, ~~Paper No(s).~~ (3 pages)

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)　　　　　　　Office Action Summary　　　　　　Part of Paper No.　5

ILL000264

Serial Number: 08/424,663                    -2-
Art Unit: 1807

**Part III   DETAILED ACTION**

### Election/Restriction

1.   Restriction to one of the following inventions is required
under 35 U.S.C. 121:

Group I, Claims 1-17, drawn to a method of identify a
sequence of a polynucleotide, classified in Class 435, subclass
91.52.

Group II, Claims 18 and 19, drawn to an oligonucleotide
probe, classified in Class 536, subclass 24.3.

The inventions are distinct, each from the other because of
the following reasons:

Inventions II and I are related as product and process of
use.  The inventions can be shown to be distinct if either or
both of the following can be shown: (1) the process for using the
product as claimed can be practiced with another materially
different product or (2) the product as claimed can be used in a
materially different process of using that product (M.P.E.P.
§ 806.05(h)).  In the instant case, the product, an
oligonucleotide probe, can be used not only in nucleotide
sequencing but also as a probe for detection of target nucleic
acid.

Because these inventions are distinct for the reasons given
above and have a separate status in the art as shown by their
different classification and because of their recognized
divergent subject matter, restriction for examination purposes as
indicated is proper.

During a telephone conversation with Stephen C. Macevicz on
January 30, 1995, a provisional election was made with traverse
to prosecute the invention of Group I, claims 1-17.  Affirmation
of this election must be made by applicant in responding to this

Serial Number: 08/424,663                         -3-
Art Unit: 1807

Office action. Claims 18 and 19 are withdrawn from further
consideration by the Examiner, 37 C.F.R. § 1.142(b), as being
drawn to a non-elected invention.

**Objection & Rejection**

2.    The disclosure is objected to because of the following
informalities:

     (a) Page 5, line 32, the term "required" is typographically
erred; Page 6, line 35, the term "in" is redundant; Claims 4 and
8, the terms "futher" are typographically erred. /A

     (b) Applicant is required to comply with Sequence Rule
1.821(d), which is to accompany the disclosed nucleotide
sequences on pages 20-23 with identifier SEQ ID NOS.

3.    Claims 1-12 are rejected under 35 U.S.C. § 112, second
paragraph, as being indefinite for failing to particularly point
out and distinctly claim the subject matter which applicant
regards as the invention.  The claims are vague and indefinite
because in the independent Claim 1, it is unclear as to what
limitations are involved in the identifying step (b) and how it
is related to step (a), for instance, the relative position of
the nucleotide(s), with respect to the initializing
oligonucleotide, the oligonucleotide probe and the duplex, which
is to be identified is not recited.  Nor is it clear as to by
what mechanism, e.g. using a label, the identification is carried
out. ✓ A

4.    Claims 13-17 are rejected under 35 U.S.C. § 112, second
paragraph, as being indefinite for failing to particularly point
out and distinctly claim the subject matter which applicant
regards as the invention.  The claims are vague and indefinite
because in the independent Claim 13, it is unclear as to what
limitations are involved in the identifying step (e), which is
recited to be done by a label on the ligated oligonucleotide

ILL000266

Serial Number: 08/424,663                              -4-
Art Unit: 1807

probe. For instance, the relative position of the labeled
nucleotide(s), with respect to the initializing oligonucleotide,
the oligonucleotide probe and the duplex, is not recited.

5.    Claims 4-6 are rejected under 35 U.S.C. § 112, second
paragraph, as being indefinite for failing to particularly point
out and distinctly claim the subject matter which applicant
regards as the invention.  The claims are vague because of the
phrase "said extended duplex" recited in Claim 4, which is not
clear as to whether it refers to the extended duplex produced in
step (a) of Claim 1, or to that produced in the extending of the
oligonucleotide probe after the identifying step (Claim 3).

6.    Claim 7 is rejected under 35 U.S.C. § 112, second paragraph,
as being indefinite for failing to particularly point out and
distinctly claim the subject matter which applicant regards as
the invention.  The claim is vague and indefinite because it is
unclear as to whether or not "an extended duplex" recited in the
claim is that produced in step (a) of the independent Claim 1.

      The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

      A patent may not be obtained though the invention is not
      identically disclosed or described as set forth in section
      102 of this title, if the differences between the subject
      matter sought to be patented and the prior art are such that
      the subject matter as a whole would have been obvious at the
      time the invention was made to a person having ordinary
      skill in the art to which said subject matter pertains.
      Patentability shall not be negatived by the manner in which
      the invention was made.

      Subject matter developed by another person, which qualifies
      as prior art only under subsection (f) or (g) of section 102
      of this title, shall not preclude patentability under this
      section where the subject matter and the claimed invention
      were, at the time the invention was made, owned by the same

ILL000267

Serial Number: 08/424,663                              -5-
Art Unit: 1807

person or subject to an obligation of assignment to the same
person.

Claims 1, 2, 7 and 13 are rejected under 35 U.S.C. § 103 as
being unpatentable over Brennan et al. (U.S. Patent No.
5,403,708) in view of Cantor (U.S. Patent No. 5,503,980) or
Broude et al.

Brennan et al. discloses a method of determining a
nucleotide sequence template using a set of ligation primers and
probes to identify the unknown nucleotides of the template.  The
primers hybridize to the template at a fixed position, and the
probes (or extension oligonucleotides) to the unknown sequence,
from which unknown nucleotides are identified.  (See Figures 1A,
1B and 2; column 4, line 20 to column 6, line 26).  In addition,
terminating moieties comprising a terminal nucleotide which is
capable of terminating the ligation reaction (column 6, line 27
to column 7, line 31), and extension oligonucleotides having
modified backbone such as phosphorothioate or phosphorodithioate
backbones (column 6, lines 20-26) are also disclosed.

Cantor et al. discloses a method of determining a nucleotide
sequencing using an array of probes having both a double- and
single-strand portions.  After the probes and the target are
hybridized to each other, they are ligated to increase the
fidelity of hybridization, which allows for the incorrectly
hybridized target to be washed from the correctly hybridized
target (Figure 11, column 7, line 62 to column 8, line 36).

Broude et al. teaches a method determining nucleotide
sequence in which ligase is used after hybridization between the
probes and the target, which is to increase the discrimination
power of base pair mismatch (Figure 1, Section bridging pages
3073 and 3074).

One of ordinary skill in the art would have been motivated
to combine Brennan et al. and Cantor et al. to develop a method
of identifying a nucleotide sequence using a primer, or as

Serial Number: 08/424,663                                        -6-
Art Unit: 1807

designated in the instant invention, an initializing
oligonucleotide; ligase and probes comprising a chain terminating
terminal nucleotide as set forth in the claims (Claims 1, 2, 13).
While Brennan et al. discloses a method of determining nucleotide
sequence using a primer which is to be ligated to the hybridizing
probes and/or chain terminating moieties, both Cantor et al. and
Broude et al. emphasize the use of ligase to increase the
fidelity of hybridization and hence identifying correct
nucleotides. With regard to Claim 7, the artisan would have been
motivated to cap the oligonucleotides which fail to ligate to
remove them from further participating in the subsequent
ligation; otherwise they would affect the fidelity of nucleotide
identification. Therefore, it would have been *prima facie*
obvious to one of ordinary skill in the art at the time the
instant invention was made to carry the claimed methods.

8.    The prior art made of record and not relied upon is
considered pertinent to applicant's disclosure.
      Kuznetsova et al. teaches that the use of chemical ligation
to construct modified DNA containing a substituted pyrophosphate
internucleotide link would eliminate ambiguities in determining
the sequence of DNA containing repeats.
      Macevicz (U.S. Patent No. 5,002,867) discloses a method of
determining a nucleic acid sequence using multiple mixed
oligonucleotide probes.

9.    Claims 3-6, 8-12 and 14-17 are free of prior art. The prior
art of record neither teaches nor suggests a method of
identifying a nucleotide sequence in which the chain-terminating
probes are regenerated to allow them for subsequent ligation to
continue the sequencing reactions further downstream.

Serial Number: 08/424,663                                        -7-
Art Unit: 1807

10.  Any inquiry concerning this communication or those earlier
from the examiner should be directed to Paul B. Tran, Ph.D.,
whose telephone number is (703) 308-4040.
        Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose phone number is (703) 308-0196.

        Paper related to this application may be submitted to Group
1800 by facsimile transmission. Papers should be faxed to Group
1800 via the PTO Fax Center located in Crystal Mall 1.  The
faxing of such papers must conform with the notice published in
the Official Gazette, 1096 OG 30 (November 15, 1989).  The CM1
Fax Center number is (703) 305-7401.

pbt
AU 1807
4/11/96

                                PAUL B. TRAN
                                PATENT EXAMINER
                                GROUP 1800



Fig. 1

ILL000271



Fig. 2



Fig. 3a



Fig. 3b



Fig. 4

ILL000275

Form PTO 948 (Rev. 10-94)        U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office        Application No. 8/424663

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftspersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) 4/14/95 are
A. ____ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ✓ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Not black solid lines. Fig(s)_____
   ____ Color drawings are not acceptable until petition is granted.
   Fig(s)_____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ____ Photographs are not acceptable until petition is granted.
   Fig(s)_____
   ____ Photographs not properly mounted (must use bryted board or photographic double-weight paper). Fig(s)_____
   ____ Poor quality (half-tone). Fig(s)_____
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ____ Chemical or mathematical formula not labeled as separate figure.
   Fig(s)_____
   ____ Group of waveforms not presented as a single figure, using common vertical axis with time extending along horizontal axis.
   Fig(s)_____
   ____ Individuals waveforms not identified with a separate letter designation adjacent to the vertical axis. Fig(s)_____
4. TYPE OF PAPER. 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, smooth, nonshiny, and durable.
   Sheet(s)_____
   ____ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds copy machine marks not accepted. Fig(s)_____
   ____ Mylar, velum paper is not acceptable (too thin). Fig(s)_____
5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
   21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   21.0 cm. by 29.7 cm. (DIN size A4)
   ____ All drawing sheets not the same size. Sheet(s)_____
   ____ Drawing sheet not in acceptable size. Sheet(s)_____
6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

Paper size

| | 21.6 cm. X 35.6 cm. (8 1/2 X 14 inches) | 21.6 cm. X 33.1 cm. (8 1/2 X 13 inches) | 21.6 cm. X 27.9 cm. (8 1/2 X 11 inches) | 21.0 cm. X 29.7 cm. (DIN Size A4) |
|---|---|---|---|---|
| T 5.1 cm. (2") | 2.5 cm. (1") | 2.5 cm. (1") | 2.5cm. |
| L .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5cm. |
| R .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
| B .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

Margins do not conform to chart above.
Sheet(s)_____
____ Top (T)____ Left (L)____ Right (R)____ Bottom (B)

7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ____ All views not grouped together. Fig(s)_____
   ____ Views connected by projection lines or lead lines.
   Fig(s)_____
   ____ Partial views. 37 CFR 1.84(h) 2

   ____ View and enlarged view not labled separtly or properly.
   Fig(s)_____
   ____ Sectional views. 37 CFR 1.84 (h) 3
   ____ Hatching not indicated for sectional portions of an object.
   Fig(s)_____
   ____ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)_____
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)_____
9. SCALE. 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig(s)_____
   ____ Indication such as "actual size" or scale 1/2" not permitted.
   Fig(s)_____
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    ✓ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings).
    Fig(s)_____
11. SHADING. 37 CFR 1.84(m)
    ____ Solid block shading areas not permitted.
    Fig(s)_____
    ____ Shade lines, pale, rough and blurred. Fig(s)_____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
    ____ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(1) Fig(s)_____
    ____ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(1). Fig(s)_____
    ____ English alphabet not used. 37 CFR 1.84(p)(2)
    Fig(s)_____
    ____ Numbers, letters, and reference characters do not measure at least .32 cm. (1/8 inch) in height. 37 CFR(p)(3)
    Fig(s)_____
13. LEAD LINES. 37 CFR 1.84(q)
    ____ Lead lines cross each other. Fig(s)_____
    ____ Lead lines missing. Fig(s)_____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    ____ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)_____
15. NUMBER OF VIEWS. 37 CFR 1.84(u)
    ____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)_____
    ____ View numbers not preceded by the abbreviation Fig.
    Fig(s)_____
16. CORRECTIONS. 37 CFR 1.84(w)
    ____ Corrections not made from prior PTO-948.
    Fig(s)_____
17. DESIGN DRAWING. 37 CFR 1.152
    ____ Surface shading shown not appropriate. Fig(s)_____
    ____ Solid black shading not used for color contrast.
    Fig(s)_____

COMMENTS:

- Stamp bleeding thru Dwg dy
  (Fig 1)

ATTACHMENT TO PAPER NO. 5        REVIEWER ____        DATE 6/6/96

ILL000276

6,

## POWER TO INSPECT AND RECEIVE DOCUMENTS

U.S. Patent Application No. 08/424,663

For: DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

*RECEIVED MAY 17 1996 MATRIX CUSTOMER SERVICE CENTER*

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

The undersigned, PETER J. DEHLINGER, holding an original
Power of Attorney in the above-identified application,
hereby grants to SOMCHAY CHINYAVONG, power to inspect the
applications listed below and to photocopy any or all
portions thereof.

_____

Attorney of Record,
Peter J. Dehlinger
Reg. No. 28,006

DEHLINGER & ASSOCIATES
350 Cambridge Ave., Suite 250
(or P.O. Box 60850)
Palo Alto, CA 94306

May 17, 1996

*Approved*

*Linda Burnette*

ILL000277



I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Oct 16, 1996 _____ By: _____

No.: 5525-0015

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz

SERIAL NO.: 08/424,663

FILED:  April 17, 1995

FOR: DNA Sequencing by Parallel
    Oligonucleotide Extensions

EXAMINER:  P.B. Tran

ART UNIT:  1807

### Associate Power of Attorney

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

    The undersigned, Peter J. Dehlinger, holding an original Power of Attorney in the above-identified application, hereby grants an Associate Power of Attorney to Carol A. Stratford, Registration No. 34,444; Vincent M. Powers, Registration No. 36,246; Charles K. Sholtz, Registration No. 38,615; Judy M. Mohr, Registration No. 38,563; Susan T. Evans, Registration No. 38,443; and LeeAnn Gorthey, Registration No. 37,337.

    Please address all future correspondence to the following address:

            Dehlinger & Associates
              P.O. Box 60850
        Palo Alto, California 94306

                  Respectfully submitted,

Date: 10-15-96

                  Peter J. Dehlinger
                  Registration No. 28,006

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (415) 324-0880

ILL000278

465-2h- CR187

#8
12·6·9

MAIL ROOM
OCT
21
1996
PAT. & TRADEMARK

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date ___Oct. 16, 1996___    By: ___Vincent M Powers___

DOCKET No.: 5525-0015

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz

SERIAL No.: 08/424,663

FILED:  April 17, 1995

FOR: DNA Sequencing by Parallel
      Oligonucleotide Extensions

EXAMINER:  P.B. Tran

ART UNIT:  1807

### Petition for Extension of Time

Assistant Commissioner for Patents
Washington, D.C.  20231

305- 8305

Sir:

    Applicant petitions for a three-month extension of time in which to respond to the outstanding Office action in the above-identified application. · Enclosed is a check in the amount of $465.00 to extend the period of response from July 16, 1996 to October 16, 1996.

    The Commissioner is hereby authorized and requested to charge any deficiency in fees (or to credit any overpayment) herein to Deposit Account No. 04-0531.  A duplicate copy of this response is attached.

Respectfully submitted,

Date: ___Oct 16, 1996___

Vincent M. Powers
Registration No. 36246

Correspondence Address:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (415) 324-0880

300 SD 11/04/96 08424663
1 217        465.00 CK

MAIL ROOM
OCT
21
1996

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class
Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: Oct 16, 1996          By: [signature] Viet M Pham

DOCKET NO.: 5525-0015

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz

SERIAL NO.: 08/424,663

FILED: April 17, 1995

FOR: DNA Sequencing by Parallel
    Oligonucleotide Extensions

EXAMINER: P.B. Tran

ART UNIT: 1807

## AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

    In response to the Office action mailed April 16, 1996,
please amend the application as indicated below.  A Petition for
3-Month Extension of Time with fee is enclosed herewith.

## In the Specification:

    On page 3, line 32, change "required" to --require--.
    On page 4, line 21, after "that" insert --of--; on
line 27, change "initializiang" to --initializing--; and on
line 30, change "identifed" to --identified--.
    On page 5, line 24, change "the the" to --the--.
    On page 6, line 28, after "start" insert --of--; and on
line 35, change "i, in" to "in".
    On page 7, line 25, change "be be" to --be--.
    On page 12, line "4.816,571" to --4,816,571--.
    On page 13, line 7, change "application," to
--application number--; and on line 26, insert --step-- after
"ligation", and change "steps" to --step--.
    On page 14, line 22, change "Internation" to
--International--.

ILL000280