# EXHIBIT  A
## PART 2

On page 17, line 1, after "by" delete "several"; line 16, change "hybrized" to --hybridized--; on line 19, change "hybrization" to --hybridization--; and on line 24, change "simultaneously" to --simultaneously--.

On page 18, line 35, change "stingency" to --stringency--.

On page 20, line 3, after "on" insert --the--; on line 7, change "corresponence" to --correspondence--; and on line 32, after "pUC19", insert --(SEQ ID NO. 1)--.

On page 21, line 33, before "5'-", insert --(SEQ ID NO. 2)    --; and on line 35, before "5'-", insert --(SEQ ID NO. 3)    --.

On page 22, line 1, before "5'-", insert --(SEQ ID NO. 4)    --; on line 3, before "5'-", insert --(SEQ ID NO. 5)    --; and on line 29, change "))" to --)--.

On page 23, line 13, before "and", insert --(SEQ ID NO. 6)--; on line 14, change "3'" to --3' (SEQ ID NO. 7)--; and on line 22, before "5'-", insert --(SEQ ID NO. 8)    --.

In the Claims:

Please cancel claims 4, 8 and 13-19, without prejudice.

Please amend claims 1-3, 5, 7, 9, 11 and 12 as follows:

1.   (Amended)  A method for [identifying] determining a sequence of nucleotides in a target polynucleotide, the method comprising the steps of:

[(a) extending an initializing oligonucleotide along the polynucleotide by ligating an oligonucleotide probe thereto to form an extended duplex;

(b) identifying one or more nucleotides of the polynucleotide; ]

(a) providing a probe-target duplex comprising an initializing oligonucleotide probe hybridized to a target polynucleotide, said probe having an extendable probe terminus;

2

ILL000281

(b) ligating an extension oligonucleotide probe to said extendable probe terminus, to form an extended duplex containing an extended oligonucleotide probe;

(c) identifying, in the extended duplex, at least one nucleotide in the target polynucleotide that is either (1) complementary to the just-ligated extension probe or (2) a nucleotide residue in the target polynucleotide which is immediately ~~adjacent to, and~~ downstream of/ the extended oligonucleotide probe;

(d) generating an extendable probe terminus on the extended probe, if an extendable probe terminus is not already present, such that the terminus generated is different from the terminus to which the last extension probe was ligated; and

[(c)] (e) repeating steps [(a) and] (b), (c) and (d) until [the] a sequence of nucleotides in the target polynucleotide is determined.

2.    (Amended)   The method of claim 1 wherein each [said] extension [oligonucleotide] probe has a chain-terminating moiety at a terminus distal to said initializing oligonucleotide probe.

3.    (Amended)   The method of claim 2 wherein said step of identifying includes removing said chain-terminating moiety and extending said extended oligonucleotide probe with a nucleic acid polymerase in the [presense] presence of one or more labeled chain-terminating nucleoside triphosphates.

5̸. (Amended) The method of claim [4] 3 wherein said extension [oligonucleotide] probe includes a subsequence of four ribonucleotides and wherein said step of regenerating includes cleaving said extended oligonucleotide probe with RNase H.

7̸. (Amended)   The method of claim 2 further including a step of capping an extended [duplex] oligonucleotide probe [or said initializing oligonucleotide] whenever [the extended duplex or] said initializing oligonucleotide fails to ligate to said oligonu-

3

cleotide probe] <u>no extension probe has ligated to the extendable</u>
<u>terminus in the ligation step</u>.

7 [8]. (Amended)  The method of claim [8] <u>2</u> wherein said step of
regenerating includes cleaving a chemically scissile internucleo-
sidic linkage in said extended [duplex] <u>oligonucleotide probe</u>.

8 [9]. (Amended)  The method of claim [8] <u>2</u> wherein said step
of regenerating includes enzymatically cleaving an internucleo-
sidic linkage in said extended [duplex] <u>oligonucleotide probe</u>.

10 [9]. (Amended)  The method of claim [1] <u>9</u> wherein [said] <u>at</u>
<u>least one extension</u> [oligonucleotide] probe includes a subsequence
of four ribonucleotides and wherein said step of regenerating
includes cleaving said oligonucleotide probe with RNase H.

Please add claims 20-28 as follows:

--20.  The method of claim 1, wherein step (a) includes
providing, in separate aliquots, a plurality of distinct target-
primer duplexes, each distinct duplex comprising an initializing
oligonucleotide primer hybridized to a target polynucleotide,
wherein
    the target polynucleotide in each duplex is the same, but the
initializing oligonucleotide in each duplex is bound to a differ-
ent sequence of the target polynucleotide; and
    steps (b) to (e) are carried out independently on each
aliquot.

21.  The method of claim 20 wherein for each aliquot, said extension
oligonucleotide probe has a chain-terminating moiety at a terminus
distal to said primer.

22.  The method of claim 21 wherein for each aliquot, said
step of identifying includes removing said chain-terminating
moiety and extending said extended oligonucleotide probe with a

4

nucleic acid polymerase in the presence of one or more labeled
chain-terminating nucleoside triphosphates.

14 26. The method of claim 26 wherein for each aliquot, said
extension probe includes a subsequence of four ribonucleotides and
wherein said step of regenerating includes cleaving said extended
oligonucleotide probe with RNase H.

15 26. The method of claim 26 wherein said chain-terminating
moiety is a 3' phosphate.

16 26. The method of claim 26 further including a step of
capping an extended oligonucleotide probe whenever no extension
probe has ligated to the extendable terminus in the ligation step.

17 26. The method of claim 26 wherein for each aliquot, said
step of regenerating includes cleaving a chemically scissile
internucleosidic linkage in said extended oligonucleotide probe.

18 27. The method of claim 27 wherein said chemically scissile
internucleosidic linkage is a phosphoramidate.

19 26. The method of claim 26 wherein for each aliquot, said
step of regenerating includes enzymatically cleaving an inter-
nucleosidic linkage in said extended duplex.--

## REMARKS

Reconsideration of the rejections set forth in the Office
action mailed April 16, 1996 is respectfully requested. By the
present amendment, claims 4, 8 and 13-19 have been canceled,
claims 1-3, 5, 7, 9, 11 and 12 have been amended, and claims 20-28
have been added. Claims 1-3, 5-7, 9-12, and 20-28 are pending in
the application.

ILL000284

I. <u>Amendments</u>

The specification has been amended to correct various typographical errors, and to include SEQ ID identifiers.

The claims have been amended to correct typographical errors and provide further clarification. In particular, claim 1 has been amended to include the step of providing a probe-target duplex preliminary to the ligation step; to further define the identifying step; and to add a step (d) for generating an extendable probe terminus on the extended probe, if necessary, prior to the next ligation cycle. Claims 2, 3, 5, 7, 9, 11 and 12 have been amended to comport with the language of claim 1 and to correct minor typographical errors.

Support for amended claim 1 can be found in original claim 1, and in the specification and drawings at least at the following locations:

Step (a): page 4, lines 5-8;

step (b): page 4, lines 8-10;

step (c): page 4, lines 11-13; Figs. 1 to 3B and corresponding text in the application (identification of target nucleotides complementary to the added extension probe; Fig. 4 and the corresponding text (identification of target nucleotides immediately adjacent and downstream of the added/ligated probe);

step (d): page 4, lines 13-17 and pages 12-16;

step (e): page 4, lines 10-11.

New claim 20 is directed to the use of multiple initiating primers for obtaining sequence information from different reading frames, as discussed in the specification at page 6, line 17 to page 11, line 8, and as illustrated in Fig. 1. Dependent claims 21-28 find support in original claims 2, 3, 5-7, and 9-11, respectively.

No new matter is added by any of the amendments.

6

ILL000285

II.  Restriction Requirement

    The Examiner requested election between method claims 1-17
(Group I) and probe claims 18 and 19 (Group II).  In response,
applicant confirms election of claims 1-17 without traverse.  Non-
elected claims 18 and 19 have been canceled.

III.  Objection to the Disclosure

    The disclosure was objected to because of typographical
errors and the lack of SEQ ID identifiers on pages 20-23.  Accord-
ingly, various typographical errors have been corrected, and SEQ
ID identifiers have been added on pages 20-23 to comport with the
sequence listing on pages 25-27.  Withdrawal of the rejection is
respectfully requested.

IV.  Rejections Under 35 U.S.C. §112, Second Paragraph

    Claims 1-17 were rejected under 35 U.S.C., second paragraph,
as being indefinite on account of claims 1, 13, 4, and 7.  The
rejections are respectfully traversed in light of the following
remarks.

    In order to meet the definiteness requirement of 35 U.S.C.
§112, claims need only set forth the invention so that one skilled
in the art is apprised of the metes and bounds of the invention
(e.g., Hybritech Inc. v. Monoclonal Antibodies, Inc., 802 F.2d
1367, 231 USPQ 81, Fed. Cir. 1986).  The "definiteness of the
[claim] language must be analyzed ... in light of the teachings of
the prior art and of the particular application disclosure as it
would be interpreted by one possessing the ordinary level of skill
in the pertinent art."  In re Moore, 439 F.2d 1232, 169 USPQ 236
(CCPA 1971).

    Claim 1.  The examiner considered claim 1 to be indefinite
for failing to define the identifying step in greater detail as to
the relative position of the nucleotide(s) identified and the mode
of identification.  The applicant submits that claim 1 as amended
is definite.  In particular, claim 1 now specifies that the target
nucleotide(s) identified in each ligation cycle are either comple-
mentary to the just-ligated extension probe or (2) are immediately

7

adjacent to, and downstream of, the extended oligonucleotide probe. Furthermore, there is no need to recite the use of a label. The applicant submits that the skilled person would readily understand the metes and bounds of what is claimed given the ample guidance provided by the applicant's disclosure coupled with knowledge of the relevant art.

Claim 13. Claims 13-17 were considered indefinite because of the label recited in step (e). The rejection is moot in light of cancellation of claim 13.

Claim 4. Claims 4-6 were considered indefinite because of the phrase "said extended duplex". The rejection is moot in light of cancellation of claim 4.

Claim 7. Claim 7 was considered indefinite because of the phrase "an extended duplex". It is submitted that the meaning of this phrase is clear in light of amended claim 1 -- that is, the skilled person would understand that an extended probe produced in each iteration of step b is capped whenever the probe ligation step has failed for that particular extended probe.

In view of the amendments and remarks above, withdrawal of the rejections is respectfully requested.

V. Rejections Under 35 U.S.C. §103

Claims 1, 2, 7 and 13 were rejected under 35 U.S.C. §103 as being unpatentable over Brennan et al. (U.S. Patent No. 5,403,708) in view of Cantor (U.S. Patent No. 5,503,980) or Broude et al. (1995). The rejection is respectfully traversed in light of the following remarks.

A. The Invention

The present invention, as embodied in claim 1, is directed to a method for determining a sequence of nucleotides in a target polynucleotide. In the method, there is provided a probe-target duplex comprising an initializing oligonucleotide probe hybridized to a target polynucleotide, where the probe has an extendable probe terminus. An extension oligonucleotide probe is ligated to the extendable probe terminus, forming an extended duplex con-

8

ILL000287

taining an extended oligonucleotide probe. At least one target
nucleotide is then identified in the extended duplex, wherein the
nucleotide is either (1) complementary to the just-ligated exten-
sion probe or (2) a nucleotide residue in the target polynucleo-
tide which is immediately adjacent to, and downstream of, the
extended oligonucleotide probe. If an extendable probe terminus
is not already present on the extended probe after the identifying
step is complete, a new extendable probe terminus on the extended
probe is generated. The steps of ligation, identification, and
(optional) regeneration are repeated until a sequence of nucleo-
tides in the target is determined.

In a further embodiment, claim 20 and dependent claims 21-28
are directed to a sequencing method wherein a plurality of probe-
target duplexes are processed as in claim 1.

B.  **The Cited Art**
Brennan et al. (5,403,708) discloses a method of sequencing
wherein a primed template is contacted with a ligation enzyme and
a pool of random extension oligonucleotides of length N.

In a first general embodiment, the primed template is reacted
with the extension oligonucleotides in the presence of a terminat-
ing oligonucleotide. The terminating oligonucleotide contains a
blocking group which prevents further ligase-mediated extension,
and a labeled nucleotide at a predetermined position for sequence
determination. The reaction produces a mixture of ligation prod-
ucts containing different numbers of extension oligonucleotides.
The mixture may then be separated by size, e.g., by gel electro-
phoresis, to produce ladders of fragments which are read much like
a standard Sanger or Maxam and Gilbert sequencing gel (e.g., Fig.
3).

In a second general embodiment, primer extension is carried
out in the presence of a mixture of random sequence extension
oligonucleotides, without terminator moieties. Each extension
oligonucleotide contains a labeled nucleotide residue at a prede-
fined position such that the ligation products contain identifying
labels separated by intervals of N nucleotides. The fragments are

9

ILL000288

then capped with a terminating moiety for immobilization on a solid support, immobilized, and then sequenced by single molecule nuclease digestion (e.g., Figs. 5 and 6, and column 9, line 11 to column 10, line 17).

In no instance does Brennan et al. suggest extending an initiating oligonucleotide probe by one oligonucleotide probe at a time, and identifying one or more target nucleotides _in between_ each extension/ligation step. Rather, Brennan teaches obtaining sequence information only after all ligations have been completed.

Cantor (5,503,980) discloses a method of sequencing by hybridization. In the method, a single-stranded DNA target is hybridized with a set of separate, immobilized different-sequence probes containing (i) a double-stranded portion and (ii) a single-stranded portion having a random but determinable sequence for hybridizing to the target. The double stranded portions provide base-stacking interactions which promote hybridization (e.g., column 3, lines 36-40). A ligation step may also be included to further assure fidelity of hybridization (e.g., column 8, lines 33-36).

The method taught by Cantor is merely an elaboration of the seuqencing method known as "sequencing by hybridization" (discussed in Cantor at column 2, lines 6-32), where target DNA is hybridized to an array of different sequence probes, and sequence information is derived from the pattern of hybridization on the array. Cantor does not anywhere suggest a method in accordance with the present invention.

Broude et al., which was coauthored by Cantor, is directed to experimental characterization of the methods taught in the Cantor patent. Thus, Broude et al. teaches nothing more than Cantor.

C. Analysis

The consistent criterion for determining obviousness under 35 USC §103 is whether the prior art would have suggested to one skilled in the art that the claimed invention should be carried out and would have a reasonable likelihood of success (e.g., _Burlington Industries v. Quigg_, 822 F.2d 1581, 3 USPQ2d 1436 (Fed.

10

ILL000289

Cir. 1987; *In re Hedges* 783 F.2d 1038, 228 USPQ 685 (Fed. Cir. 1987). Both the suggestion and the expectation of success must be founded in the prior art, not in the applicant's disclosure. *In re Dow Chemical Co.*, 837 F.2d 469, 5 USPQ2d 1529 (Fed. Cir. 1988).

In the present case, the Examiner has failed to point to any objective teaching in the cited references which would have led the skilled person to the present invention. In fact, to arrive at the present invention would have required substantial departures from the teachings of Brennan et al. and Cantor or Broude et al.

Brennan et al. teaches forming mixtures of extended oligonucleotides by primer ligation in the presence of terminating oligonucleotides, in a method analogous to Sanger dideoxy sequencing. Brennan et al. also teaches preparing long chains of labeled oligonucleotides which are digested by exonuclease to derive sequence information. Nowhere does this reference suggest iterative cycles of single-probe ligation and target nucleotide identification in a probe-target duplex, in accordance with the present invention. Nor is it seen how such modification would even be compatible with the Brennan et al. method.

Cantor and Broude et al. teach hybridization of a target sequence with probes containing random sequences which hybridization with the target. Although hybridization may be followed by ligation to link the probes to correctly hybridized targets, conducting further cycles of oligonucleotide ligation and nucleotide identification would have no place in the disclosed method.

In summary, there is no suggestion in the cited art of a sequencing method comprising the steps of:

(a) providing a probe-target duplex comprising an initializing oligonucleotide probe hybridized to a target polynucleotide, said probe having an extendable probe terminus;

(b) ligating an extension oligonucleotide probe to said extendable probe terminus, to form an extended duplex containing an extended oligonucleotide probe;

(c) identifying, in the extended duplex, at least one nucleotide in the target polynucleotide that is either (1) complementary

11

to the just-ligated extension probe or (2) a nucleotide residue in
the target polynucleotide which is immediately adjacent to, and
downstream of, the extended oligonucleotide probe;

(d) generating an extendable probe terminus on the extended
probe, if an extendable probe terminus is not already present,
such that the terminus generated is different from the terminus to
which the last extension probe was ligated; and

(e) repeating steps (b), (c) and (d) until a sequence of
nucleotides in the target polynucleotide is determined.

The applicant appreciates the Examiner's suggestion that the
claims would be allowable over the cited art if limited to the
subject matter of claims 3-6, 8-12 and 14-17 [now canceled].
However, such claim scope would not fairly define the applicant's
invention.

In the absence of any objective teaching in the cited art
that the claimed invention should be carried out, the invention
embodied in claim 1 and its dependent claims cannot be considered
obvious.  Withdrawal of the rejection is therefore respectfully
requested.

VI.  <u>Conclusion</u>

In view of the foregoing, the applicant submits that the
claims pending in the application are in condition for allowance.
A Notice of Allowance is therefore respectfully requested.

Respectfully submitted,

_Vincent M. Powers_

Date: _Oct. 16, 1996_

Vincent M. Powers
Registration No. 36,246

<u>Correspondence Address</u>:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (415) 324-0880

12

ILL000291



I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231, on.

Date _Oct 16, 1996_    By _Vincent M Power_

Attorney Docket No.: 5525-0015

Applicant: S.C. Macevicz

Serial No.: 08/424,663

Filing Date: April 17, 1995

For: DNA Sequencing by Parallel Oligonucleotide Extensions

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir: Transmitted herewith is a response in the above-identified application, including:

☑ Small Entity Status of this application under 37 CFR §1.9 and 1.27 has been established by a Verified Statement Claiming Small Entity Status previously submitted.

☑ A duplicate copy of this Transmittal.

☑ A Petition for a 3-Month Extension of Time and a check in the amount of the fee ($465.00) is enclosed.

☑ <u>Conditional Petition for Extension of Time</u>: An Extension of Time is requested to provide for timely filing <u>if</u> an Extension of Time is still required after all papers filed with this Transmittal have been considered.

☑ An Amendment.

☑ The Commissioner is hereby authorized to charge any underpayment of the following fees associated with this communication, including any necessary fees for extension of time, or credit any overpayment to Deposit Account No. 04-0531.

   ☑ Any filing fees under 37 CFR §1.16 for the presentation of extra claims.

   ☑ Any patent application processing fees under 37 CFR §1.17.

   ☑ No additional fee is believed to be required.

Respectfully submitted,

Date: _Oct 16, 1996_

_Vincent M Power_
Vincent M. Powers
Registration No. 36,246

<u>Correspondence Address</u>:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA 94306
Phone: (415) 324-0880

I hereby certify that this correspondence is being deposited with the United States Postal Service
as First Class Mail in an envelope addressed to the Assistant Commissioner for Patents, Washington,
D.C. 20231, on

Date _Oct 16 1996_    By _Vincent M Powers_

Attorney Docket No.:    5525-0015
Applicant:    S.C. Macevicz
Serial No.:    08/424,663
Filing Date:    April 17, 1995
For:    DNA Sequencing by Parallel
Oligonucleotide Extensions

Assistant Commissioner for Patents
Washington, D.C.   20231

Sir:    Transmitted herewith is a response in the above-identified application,
including:

☒    Small Entity Status of this application under 37 CFR
§1.9 and 1.27 has been established by a Verified
Statement Claiming Small Entity Status previously
submitted.

☒    A duplicate copy of this Transmittal.

☒    A Petition for a 3-Month Extension of Time and a check
in the amount of the fee ($465.00) is enclosed.

☒    Conditional Petition for Extension of Time: An Extension
of Time is requested to provide for timely filing _if_ an
Extension of Time is still required after all papers
filed with this Transmittal have been considered.

☒    An Amendment.

☒    The Commissioner is hereby authorized to charge any
underpayment of the following fees associated with this
communication, including any necessary fees for exten-
sion of time, or credit any overpayment to Deposit
Account No. 04-0531.

☒    Any filing fees under 37 CFR §1.16 for the
presentation of extra claims.

☒    Any patent application processing fees
under 37 CFR §1.17.

☒    No additional fee is believed to be re-
quired.

Respectfully submitted,

_Vincent M Powers_
Vincent M. Powers
Registration No. 36,246

Date: _Oct 16, 1996_

Correspondence Address:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (415) 324-0880

ILL000293

For hand-delivery to Examiner P.B. Tran in Group 1807 on or about
February 11, 1997

DOCKET No.: 5525-0015

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

Stephen C. Macevicz

SERIAL No.: 08/424,663

FILED: April 17, 1995

FOR: DNA Sequencing by Parallel
Oligonucleotide Extensions

EXAMINER:  P.B. Tran

ART UNIT:  1807

AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

RECEIVED

FEB 1 1 1997

Sir:

Further to the examiner's telephone request on February 5,
1997, please amend the application as follows:

In the Specification:

On page 20, change line 32 to read as follows:

--region is ligated into a Sac I/Sma I-digested pUC19 (upper
strand:  SEQ ID NO. 1; lower strand:  SEQ ID NO. 9):--.

On page 21, line 6, after "3'" insert --(SEQ ID NO. 10)--;
and on line 7, after "GGT 3'", insert --(SEQ ID NO. 11)--.

On page 21, line 25, change "sequence:" to

--sequence, where the defined sequence separated by the ellipses
(...) are listed in the attached sequence listing as two separate
sequences, SEQ ID NO. 12 and SEQ ID NO. 13:--.

Please substitute the original sequence listing at pages
25-27 with the enclosed sequence listing on substitute pages
25-27.

<u>REMARKS</u>

Further to the Examiner's telephone request on February 5, 1997, enclosed is a revised sequence listing in both floppy disc and hardcopy form, to include sequences mentioned in the specification that were inadvertantly omitted from the previous sequence listing. By the present amendment, the specification has been amended to include sequence identifiers 9-13 and a corrected sequence listing. A matching declaration is also enclosed.

In view of the present Amendment, and the Amendment submitted October 16, 1996, a Notice of Allowance is respectfully requested.

Date: _Feb.10, 1997_

Respectfully submitted,

_Vincent M. Powers_
Vincent M. Powers
Registration No. 36,246

<u>Correspondence Address</u>:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (415) 324-0880
       650

2

For hand-delivery to Examiner P.B. Tran in Group 1807 on or about
February 11, 1997

DOCKET No.: 5525-0015

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz

SERIAL No.: 08/424,663

FILED: April 17, 1995

FOR: **DNA Sequencing by Parallel
Oligonucleotide Extensions**

EXAMINER:   P.B. Tran

ART UNIT:  1807

## Declaration Under 37 CFR §1.821(f)

I, Vincent M. Powers, declare and affirm as follows:

1.   I am an agent for the applicant.

2.   The floppy disc which accompanies this Decla-
ration contains the required sequence listing.

3.   The sequence listing recorded on said disc
matches the hard copy of the sequence listing
accompanying this Declaration.

4.   The present submission contains no new matter
relative to the application as originally
filed.

Respectfully submitted,

Date: _Feb. 10, 1997_

Vincent M. Powers
Registration No. 36,246

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (415) 324-0880

ILL000296

| *Interview Summary* | Application No. 08/424,663 | Applicant(s) MACEVICZ |
|---|---|---|
| | Examiner PAUL B. TRAN | Group Art Unit 1807 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *PAUL B. TRAN* _____ (3) _____

(2) *VINCENT M. POWERS* _____ (4) _____

Date of Interview :    *Feb 14, 1997*

Type:  ☒ Telephonic   ☐ Personal (copy is given to   ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted:    ☐ Yes   ☒ No.  If yes, brief description:

_____

_____

Agreement  ☒ was reached.  ☐ was not reached.

Claim(s) discussed: *1*

Identification of prior art discussed:

_____

_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*Applicant was notified that the submission of a new Sequence Listing and CRF was entered and that the pending claims are allowed.  The attached Examiner's Amendment was also authorized by Applicant.*

_____

_____

_____

_____

_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached.  Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1. ☒  It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☒  Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.  Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

*Paul B. Tran*

Examiner Note:  You must sign and stamp this form unless it is an attachment to a signed Office action.

U.S. Patent and Trademark Office
PTO-413 (Rev. 10-95)    Interview Summary    Paper No. _11_

ILL000297

| *Notice of Allowability* | Application No. 08/424,663 | Applicant(s) MACEVICZ | | |
| --- | --- | --- | --- | --- |
| | Examiner PAUL B. TRAN | Group Art Unit 1807 | | |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *Applicant's Amendments filed October 21, 1996, and February 11, 1997* .

☒ The allowed claim(s) is/are *1-3, 5-7, 9-12, and 20-28* .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____ .

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. __5__ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☐ Notice of References Cited, PTO-892

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☒ Interview Summary, PTO-413

    ☒ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☒ Examiner's Statement of Reasons for Allowance

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)          Notice of Allowability          Part of Paper No. __12__

ILL000298

Serial Number: 08/424,663                                    -2-

Art Unit: 1807

Part III  **EXAMINER'S AMENDMENT**

An Examiner's Amendment to the record appears below.  Should
the changes and/or additions be unacceptable to applicant, an
amendment may be filed as provided by 37 C.F.R. § 1.312.  To
ensure consideration of such an amendment, it **MUST** be submitted
no later than the payment of the Issue Fee.

Authorization for this Examiner's Amendment was given in a
telephone interview with Vincent M. Powers on February 14, 1997.

The application has been amended as follows:

- In Claim 1, line 18, delete "adjacent to, and"; line 19,
delete "," following "of".

- In Claim 21, lines 1-2, insert --extension-- between
"said" and "oligonucleotide".

**Examiner's Statement of Reasons for Allowance**
The following is an Examiner's Statement of Reasons for
Allowance:
The examiner acknowledges the receipt of Applicant's
Amendment, Paper No. 9, filed October 21, 1996.  Claims 4, 8
and 13-19 have been cancelled; Claims 1-3, 5, 7, 9, 11 and 12
have been amended; Claims 20-28 are newly added.  Claims 1-
3, 5-7, 9-12 and 20-28 are pending before the examiner.

The objection to the disclosure because of non-compliance
with the Sequence Rule is maintained, as the nucleotide sequences
set forth in the specification are not accompanied with

ILL000299

Serial Number: 08/424,663                                    -3-

Art Unit: 1807

identifier SEQ ID NOS: (page 20, line 35; page 21, lines 6, 7
and 27-28).

        The rejections under 35 U.S.C. § 112, second paragraph, as
set forth in paragraph nos. 3-6, are moot in view of the
amendment to or cancellation of the rejected claims.  These
rejections are hereby withdrawn.

        The rejection of Claims 1, 2 and 7 under 35 U.S.C. § 103 as
being unpatentable over Brennan et al. in view of Cantor or
Broude is moot in view of the amendment to claim 1.  The
rejection is hereby withdrawn.

        Claims 1-3, 5-7, 9-12 and 20-28 are allowable over the prior
art of record.  The claims distinguish over the prior art due to
two limitations recited in the claimed method of determining a
nucleic acid sequence: (1) The initiating oligonucleotide probe
or primer is extended by one extension oligonucleotide probe at a
time, and the identifying of one or more target nucleotide(s) in
between each extension/ligation step; and (2) the extension
oligonucleotide probes are regenerated to an extendable probe to
which the next extension oligonucleotide probe is ligated to
repeat the steps into the downstream region of the nucleic acid.
The closest prior art of record is Brennan et al. (U.S. Patent
No. 5,403,708), which discloses a sequencing method in which a
mixture of ligation products containing different number of
extension oligonucleotides, and Cantor (U.S. Patent
No. 5,503,980) or Broude, which discloses a method of sequencing
by hybridization in which an array of probes containing a double-
stranded portion and single-stranded portion having a random but
determinable sequence to which a target hybridizes.  None of the

ILL000300

Serial Number: 08/424,663                                           -4-

Art Unit: 1807

cited prior art teaches or suggests the steps set forth in the
methods recited in the claims.

    Any comments considered necessary by applicant must be
submitted no later than the payment of the Issue Fee and, to
avoid processing delays, should preferably accompany the Issue
Fee.  Such submissions should be clearly labeled "Comments on
Statement of Reasons for Allowance."

    Any inquiry concerning this communication or those earlier
from the examiner should be directed to Paul B. Tran, Ph.D.,
whose telephone number is (703) 308-4040.

    Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose phone number is (703) 308-0196.

    Paper related to this application may be submitted to
Group 1800 by facsimile transmission. Papers should be faxed to
Group 1800 via the PTO Fax Center located in Crystal Mall 1.  The
faxing of such papers must conform with the notice published in
the Official Gazette, 1096 OG 30 (November 15, 1989).  The CM1
Fax Center number is (703) 305-7401.

Paul B. Tran, Ph.D.
Art Unit 1807
2/17/97

W. GARY JONES
SUPERVISORY PATENT EXAMINER
GROUP 1800
4/8/97

ILL000301



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

Address:    Box ISSUE FEE
            ASSISTANT COMMISSIONER FOR PATENTS
            WASHINGTON, D.C. 20231

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE
18M2/0220

DEHLINGER & ASSOCIATES
P.O. BOX 60850
PALO ALTO CA 94306

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/424,663 | 04/17/95 | 019 | TRAN, P | 1807 | 02/28/97 |

First Named Applicant: MACEVICZ,    STEPHEN C.

TITLE OF INVENTION: DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0001 | 195-006.000 | H07 | UTILITY | YES | $645.00 | 05/28/97 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as yes, verify your
current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the
   FEE DUE shown and notify the Patent and
   Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown
   above.

If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or

   B. File verified statementof Small Entity Status before, or with,
   payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned.
If you are charging the ISSUE FEE to your deposit account, section "6b" of Part B should be completed.

III. All communications regarding this application must give application number and batch number.
Please direct all communication prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.

PTOL-85 (REV. 05-96)(0851-0033)

**1. PATENT AND TRADEMARK OFFICE COPY**

*U.S. GPO 1996-404-094/40611

ILL000302

For Fed-Ex delivery to Brenda Moore, Drawing Processing Branch of the
USPTO, on February 19, 1998

DOCKET NO.: 5525-0015

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz              EXAMINER:  E. Whisenant

SERIAL NO.: 08/424,663                    ART UNIT:  1807

FILED:  April 17, 1995

FOR:  DNA Sequencing by Parallel
      Oligonucleotide Extensions

COMMUNICATION

Attn:  Brenda Moore
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

    In response to a phone call today from Brenda Moore, en-
closed is a set of formal drawings.

    The undersigned notes that this is the third time that
formal drawings have been submitted to the Patent Office for this
case.  The first time was on May 23, 1997, when formal drawings
were hand-delivered to Examiner Paul Tran at the Matrix Customer
Service Center.  The second time was December 18, 1997, to
Examiner Ethan Whisenant at the Matrix Customer Service Center.

    Copies of the date-stamped receipt pages are attached (date-
stamped May 23, 1997 and December 18, 1997).

    Please confirm receipt of these formal drawings by calling
the undersigned at the phone number below.  Many thanks.

                             Respectfully submitted,

Date: _Feb. 18, 1998_

                             Vincent M. Powers
                             Registration No. 36,246

Correspondence Address:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

For hand-delivery to Examiner Tran, Group 1807, on or
after May 23, 1997.

RECEIVED

MAY 27 1997

DEHLINGER & ASSOCIATES, LLP

DOCKET NO.: 5525-0015

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

   Stephen C. Macevicz

SERIAL NO.: 08/424,663

FILED: April 17, 1995

FOR: DNA Sequencing by Parallel
    Oligonucleotide Extensions

EXAMINER:  P.B. Tran

ART UNIT:  1807

RECEIVED

    2 S 1997

COPY

MATRIX CUSTOMER
SERVICE CENTER

Corrected Sequence Listing, Diskette, and Hard
Copy of Sequence Listing

Matching Declaration Under 37 CFR §1.821

Formal Drawings

Transmittal

ILL000304

*Horlick*

**1807**

PAGE: 1

RAW SEQUENCE LISTING
PATENT APPLICATION  *US/08/424,663B*

DATE: 03/31/98
TIME: 11:33:08

*INPUT SET: S24541.raw*

> This Raw Listing contains the General
> Information Section and up to the first 5 pages.

```
1
2                              SEQUENCE LISTING
3   (1)    General Information:
4
5       (i) APPLICANT: Macevicz, Stephen C.
6
7       (ii) TITLE OF INVENTION: DNA Sequencing by Parallel
8            Oligonucleotide Extensions
9
10      (iii) NUMBER OF SEQUENCES: 13
11
12      (iv) CORRESPONDENCE ADDRESS:
13           (A) ADDRESSEE: Dehlinger & Associates
14           (B) STREET: 350 Cambridge Avenue, Suite 250
15           (C) CITY: Palo Alto
16           (D) STATE: CA
17           (E) COUNTRY: USA
18           (F) ZIP: 94306
19
20      (v) COMPUTER READABLE FORM:
21           (A) MEDIUM TYPE: Floppy disk
22           (B) COMPUTER: IBM PC compatible
23           (C) OPERATING SYSTEM: PC-DOS/MS-DOS
24           (D) SOFTWARE: PatentIn Release #1.0, Version #1.25
25
26      (vi) CURRENT APPLICATION DATA:
27           (A) APPLICATION NUMBER: US 08/424,663
28           (B) FILING DATE: 17-APR-1995
29           (C) CLASSIFICATION:
30
31      (viii) ATTORNEY/AGENT INFORMATION:
32           (A) NAME: Powers, Vincent M.
33           (B) REGISTRATION NUMBER: 36,246
34           (C) REFERENCE/DOCKET NUMBER: 5525-0015/paolus
35
36      (ix) TELECOMMUNICATION INFORMATION:
37           (A) TELEPHONE: (650) 324-0880
38           (B) TELEFAX: (650) 324-0960
39
40
41
42  (2) INFORMATION FOR SEQ ID NO:1:
43
44      (i) SEQUENCE CHARACTERISTICS:
45           (A) LENGTH: 37 base pairs
46           (B) TYPE: nucleic acid
```

*ENTERED*

RAW SEQUENCE LISTING
PATENT APPLICATION   US/08/424,663B

DATE: 03/31/98
TIME: 11:33:09

INPUT SET: S24541.raw

```
47              (C) STRANDEDNESS: single
48              (D) TOPOLOGY: linear
49
50         (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:
51
52    CCTCTCCCTT CCCTCTCCTC CCTCTCCCCT CTCCCTC                        37
53
54
55    (2) INFORMATION FOR SEQ ID NO:2:
56
57         (i) SEQUENCE CHARACTERISTICS:
58              (A) LENGTH: 21 base pairs
59              (B) TYPE: nucleic acid
60              (C) STRANDEDNESS: single
61              (D) TOPOLOGY: linear
62
63         (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:
64
65    GAGGAGAGGG AAGGAGGAGGA G                                        21
66
67
68    (2) INFORMATION FOR SEQ ID NO:3:
69
70         (i) SEQUENCE CHARACTERISTICS:
71              (A) LENGTH: 21 base pairs
72              (B) TYPE: nucleic acid
73              (C) STRANDEDNESS: single
74              (D) TOPOLOGY: linear
75
76         (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:
77
78    GGAGGAGAGG GAAGGAGAGG A                                         21
79
80
81    (2) INFORMATION FOR SEQ ID NO:4:
82
83         (i) SEQUENCE CHARACTERISTICS:
84              (A) LENGTH: 21 base pairs
85              (B) TYPE: nucleic acid
86              (C) STRANDEDNESS: single
87              (D) TOPOLOGY: linear
88
89         (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:
90
91    GGGAGGAGAG GGAAGGAGAG G                                         21
92
93
94    (2) INFORMATION FOR SEQ ID NO:5:
95
96         (i) SEQUENCE CHARACTERISTICS:
97              (A) LENGTH: 21 base pairs
98              (B) TYPE: nucleic acid
99              (C) STRANDEDNESS: single
```

ILL000306

PAGE: 3                      RAW SEQUENCE LISTING                    DATE: 03/31/98
                        PATENT APPLICATION  US/08/424,663B           TIME: 11:33:11

                                                        INPUT SET: S24541.raw

```
100          (D) TOPOLOGY: linear
101
102     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:
103
104  AGGGAGGAGA GGGAAGGAGA G                                     21
105
106
107  (2) INFORMATION FOR SEQ ID NO:6:
108
109     (i) SEQUENCE CHARACTERISTICS:
110          (A) LENGTH: 18 base pairs
111          (B) TYPE: nucleic acid
112          (C) STRANDEDNESS: single
113          (D) TOPOLOGY: linear
114
115     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:
116
117  GAGGGAGAGG GGAGAGGG                                         18
118
119
120  (2) INFORMATION FOR SEQ ID NO:7:
121
122     (i) SEQUENCE CHARACTERISTICS:
123          (A) LENGTH: 18 base pairs
124          (B) TYPE: nucleic acid
125          (C) STRANDEDNESS: single
126          (D) TOPOLOGY: linear
127
128     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:
129
130  ACCGTCTCCG GGAGCTGC                                         18
131
132
133  (2) INFORMATION FOR SEQ ID NO:8:
134
135     (i) SEQUENCE CHARACTERISTICS:
136          (A) LENGTH: 21 base pairs
137          (B) TYPE: nucleic acid
138          (C) STRANDEDNESS: single
139          (D) TOPOLOGY: linear
140
141     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:
142
143  CCTCTCCCTT CCCTCTCCTC C                                     21
144
145
146  (2) INFORMATION FOR SEQ ID NO:9:
147
148     (i) SEQUENCE CHARACTERISTICS:
149          (A) LENGTH: 45 base pairs
150          (B) TYPE: nucleic acid
151          (C) STRANDEDNESS: single
152          (D) TOPOLOGY: linear
```

ILL000307

PAGE: 4                    RAW SEQUENCE LISTING                    DATE: 03/31/98
                    PATENT APPLICATION  US/08/424,663B                TIME: 11:33:12

                                                        INPUT SET: S24541.raw

```
153
154        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:
155
156   CCGGGAGGGA GAGGGGAGAG GGAGGAGAGG GAAGGGAGAG GAGCT                    45
157
158
159   (2) INFORMATION FOR SEQ ID NO:10:
160
161        (i) SEQUENCE CHARACTERISTICS:
162              (A) LENGTH: 18 base pairs
163              (B) TYPE: nucleic acid
164              (C) STRANDEDNESS: single
165              (D) TOPOLOGY: linear
166
167
168        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:
169
170   CCCTCTCCCC TCTCCCTC                                                  18
171
172
173   (2) INFORMATION FOR SEQ ID NO:11:
174
175        (i) SEQUENCE CHARACTERISTICS:
176              (A) LENGTH: 18 base pairs
177              (B) TYPE: nucleic acid
178              (C) STRANDEDNESS: single
179              (D) TOPOLOGY: linear
180
181        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:
182
183   GCAGCTCCCG GAGACGGT                                                  18
184
185
186   (2) INFORMATION FOR SEQ ID NO:12:
187
188        (i) SEQUENCE CHARACTERISTICS:
189              (A) LENGTH: 48 base pairs
190              (B) TYPE: nucleic acid
191              (C) STRANDEDNESS: single
192              (D) TOPOLOGY: linear
193
194        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:
195
196   TGAATTCGAG CTCCTCTCCT TCCCTCTCCT CCCTCTCCCC TCTCCCTC                 48
197
198
199   (2) INFORMATION FOR SEQ ID NO:13:
200
201        (i) SEQUENCE CHARACTERISTICS:
202              (A) LENGTH: 7 base pairs
203              (B) TYPE: nucleic acid
204              (C) STRANDEDNESS: single
205              (D) TOPOLOGY: linear
```

PAGE: 5

**RAW SEQUENCE LISTING**
PATENT APPLICATION   *US/08/424,663B*

DATE: 03/31/98
TIME: 11:33:14

*INPUT SET: S2454I.raw*

```
206
207      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:
208
209   GCAGCTC                                                        7
```

ILL000309

PAGE: 1

**SEQUENCE VERIFICATION REPORT**
**PATENT APPLICATION  *US/08/424,663B***

DATE: 03/31/98
TIME: 11:33:14

*INPUT SET: S24541.raw*

Line          Error                          Original Text

ILL000310

For hand-delivery to Examiner Ethan Whisenant, Group
1807, on or after December 18, 1997

DOCKET No.: 5525-0015

COPY

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

Stephen C. Macevicz

SERIAL No.: 08/424,663

FILED:  April 17, 1995

FOR:  DNA Sequencing by Parallel
      Oligonucleotide Extensions

EXAMINER:  E. Whisenant

ART UNIT:  1807

RECEIVED

DEC 1 6 1997

MATRIX CUSTOMER
SERVICE CENTER

Transmittal

Supplemental Communication

Corrected Sequence Listing, Diskette, and Hard
Copy of Sequence Listing

Matching Declaration Under 37 CFR §1.821

Formal Drawings

Copies of Communication dated May 22, 1997,
transmittal, and date-stamped receipt from
last hand-delivery

RECEIVED

JAN 06 1998

DEHLINGER & ASSOCIATES, LLP

ILL000311

For hand-delivery to Examiner Ken Horlick, Group 1634,
on or after March 30, 1998.

DOCKET No.: 5525-0015

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz

SERIAL NO.: 08/424,663

FILED: April 17, 1995

FOR: DNA Sequencing by Parallel
    Oligonucleotide Extensions

EXAMINER:  K. Horlick

ART UNIT:  1634

RECEIVED

MAR 3 0 1998

MATRIX CUSTOMER
SERVICE CENTER

Declaration Under 37 CFR §1.821

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

    I, Vincent M. Powers, declare and affirm as follows:

1.    I am an agent for the applicant.

2.    The floppy disc which accompanies this Decla-
ration contains the required sequence listing.

3.    The sequence listing recorded on said disc
matches the hard copy of the sequence listing
accompanying this Declaration.

4.    The present submission contains no new matter
relative to the application as originally
filed.

Respectfully submitted,

Vincent M. Powers
Registration No. 36,246

Date: _March 27, 1998_

Correspondence Address:
Dehlinger & Associates, LLP
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

ILL000312



PTO UTILITY GRANT

Paper Number ___

**The Commissioner of Patents and Trademarks**

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

**United States Patent**

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to any statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Commissioner of Patents and Trademarks*

*Attest*

Form PTO-1584 (Rev. 3/97)

(RIGHT INSIDE)



# RAW SEQUENCE LISTING ERROR REPORT

The Biotechnology Systems Branch of the Scientific and Technical Information Center (STIC) detected errors when processing the following CRF diskette:

Application Serial Number: __081 424 663 A__

Art Unit / Team No. : __1807__

Date Processed by STIC: __2/13/07   rerun__



*Does Not Comply Corrected Diskette Needed*

THE ATTACHED PRINTOUT EXPLAINS THE **ERRORS DETECTED.**

**PLEASE BE SURE TO FORWARD THIS INFORMATION TO THE APPLICANTS BY EITHER:**

1) INCLUDING A COPY OF THIS PRINTOUT IN YOUR NEXT COMMUNICATION TO THE APPLICANTS ALONG WITH A NOTICE TO COMPLY or,

2) CALLING APPLICANTS AND FAXING THEM A COPY OF THE PRINTOUT WITH A NOTICE TO COMPLY

THIS WILL INSURE THAT THE NEXT SUBMISSION RECEIVED FROM THEM WILL BE ERROR FREE.

IF YOU HAVE ANY FURTHER QUESTIONS, PLEASE CALL:

ARTI SHAH 703-308-4212

ILL000314

Application No. ___08/434.663___

NOTICE TO COMPLY WITH REQUIREMENTS FOR PATENT APPLICATIONS CONTAINING NUCLEOTIDE SEQUENCE AND/OR AMINO ACID SEQUENCE DISCLOSURES

The nucleotide and/or amino acid sequence disclosure contained in this application does not comply with the requirements for such a disclosure as set forth in 37 CFR 1.821 - 1.825 for the following reason(s):

☑  1.  This application clearly fails to comply with the requirements of 37 CFR 1.821 - 1.825.  Applicant's attention is directed to these regulations, published at 1114 OG 29, May 15, 1990 and at 55 FR 18230, May 1, 1990.

☐  2.  This application does not contain, as a separate part of the disclosure on paper copy, a "Sequence Listing" as required by 37 CFR 1.821(c).

☐  3.  A copy of the "Sequence Listing" in computer readable form has not been submitted as required by 37 CFR 1.821(e).

☑  4.  A copy of the "Sequence Listing" in computer readable form has been submitted. However, the content of the computer readable form does not comply with the requirements of 37 CFR 1.822 and/or 1.823, as indicated on the attached copy of the marked-up "Raw Sequence Listing."

☐  5.  The computer readable form that has been filed with this application has been found to be damaged and/or unreadable as indicated on the attached CRF Diskette Problem Report.  A substitute computer readable form must be submitted as required by 37 CFR 1.825(d).

☐  6.  The paper copy of the "Sequence Listing" is not the same as the computer readable form of the "Sequence Listing" as required by 37 CFR 1.821(e).

☐  7.  _____
Other: _____

**Applicant must provide:**

☑   An initial or substitute computer readable form (CRF) copy of the "Sequence Listing"

☑   An initial or substitute paper copy of the "Sequence Listing", as well as an amendment directing its entry into the specification

☑   A statement that the content of the paper and computer readable copies are the same and, where applicable, include no new matter, as required by 37 CFR 1.821(e) or 1.821(f) or 1.821(g) or 1.825(b) or 1.825(d)

For questions regarding compliance with these requirements, please contact:

For Rules Interpretation, call (703) 308-1123
For CRF submission help, call (703) 308-4212
For PatentIn software help, call (703) 557-0400

Please return a copy of this notice with your response.

ILL000315



1807

PAGE: 1

**RAW SEQUENCE LISTING**
**PATENT APPLICATION   US/08/424,663A**

DATE: 02/13/97
TIME: 16:58:22

INPUT SET: S15549.raw

This Raw Listing contains the General
Information Section and those Sequences
containing ERRORS.

SEQUENCE LISTING

Does Not Comply
Correction(s) Needed

```
 1
 2
 3   (1)    General Information:
 4
 5        (i) APPLICANT: Macevicz, Stephen C
 6
 7        (ii) TITLE OF INVENTION: DNA Sequencing by Parallel
 8              Oligonucleotide Extensions
 9
10        (iii) NUMBER OF SEQUENCES: 13
11
12        (iv) CORRESPONDENCE ADDRESS:
13              (A) ADDRESSEE: Dehlinger & Associates
14              (B) STREET: 350 Cambridge Avenue, Suite 250
15              (C) CITY: Palo Alto
16              (D) STATE: CA
17              (E) COUNTRY: USA
18              (F) ZIP: 94306
19
20        (v) COMPUTER READABLE FORM:
21              (A) MEDIUM TYPE: Floppy disk
22              (B) COMPUTER: IBM PC compatible
23              (C) OPERATING SYSTEM: PC-DOS/MS-DOS
24              (D) SOFTWARE: PatentIn Release #1.0, Version #1.25
25
26        (vi) CURRENT APPLICATION DATA:
27              (A) APPLICATION NUMBER: US 08/424,663
28              (B) FILING DATE: 17-APR-1995
29              (C) CLASSIFICATION:
30
31        (viii) ATTORNEY/AGENT INFORMATION:
32              (A) NAME: Fowers, Vincent M.
33              (B) REGISTRATION NUMBER: 36,259
34              (C) REFERENCE/DOCKET NUMBER: 5591-0025/proGus
35
36        (ix) TELECOMMUNICATION INFORMATION:
37              (A) TELEPHONE: (415) 324-0880
38              (B) TELEFAX: (415) 324-0960
39
40
```

**ERRORED SEQUENCES FOLLOW:**

**Explanation of error that occurred throughout the sequences:**
For all of your nucleic sequences, the nucleic at the end of each line
"wrapped" down to the next line. This occurred when there were a word
processor after creating it in PatentIn. You probably have different
margin settings than those used in PatentIn. To correct this, at least in
your word processor will prevent the ...
that can be found in the /patentin/...

ILL000316



PAGE: 2

RAW SEQUENCE LISTING
PATENT APPLICATION  *US/08/424,663A*

DATE: 02/13/97
TIME: 16:58:25

*INPUT SET: S15549.raw*

41  (2) INFORMATION FOR SEQ ID NO:1:
42
43       (i) SEQUENCE CHARACTERISTICS:
-->  44          (A) LENGTH: 37 base pairs
45          (B) TYPE: nucleic acid
46          (C) STRANDEDNESS: single
47          (D) TOPOLOGY: linear
48
49       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:
50
51  CCCTCTCCCTT CCCTCTCCTC CCTCTCCCCT CTCCCTCC
52       37
53

54  (2) INFORMATION FOR SEQ ID NO:2:
55
56       (i) SEQUENCE CHARACTERISTICS:
-->  57          (A) LENGTH: 21 base pairs
58          (B) TYPE: nucleic acid
59          (C) STRANDEDNESS: single
60          (D) TOPOLOGY: linear
61
62       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:
63
64  GAGGGAGAGG AAGGAGGAGA G
65       21
66

67  (2) INFORMATION FOR SEQ ID NO:3:
68
69       (i) SEQUENCE CHARACTERISTICS:
-->  70          (A) LENGTH: 21 base pairs
71          (B) TYPE: nucleic acid
72          (C) STRANDEDNESS: single
73          (D) TOPOLOGY: linear
74
75       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:
76
77  GGAGGAGAGG GAAGGAGGAG A
78       21
79

80  (2) INFORMATION FOR SEQ ID NO:4:
81
82       (i) SEQUENCE CHARACTERISTICS:
-->  83          (A) LENGTH: 21 base pairs
84          (B) TYPE: nucleic acid
85          (C) STRANDEDNESS: single
86          (D) TOPOLOGY: linear
87
88       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:
89
90  GGGAGGGAGG GGGAGGAGAG G

format error

→ 37

→ 21

→ 21

 I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

May 27, 1997

DOCKET NO.: 5525-0015/PEO1US

(signature)

NOTICE OF ALLOWANCE MAILED
FEBRUARY 28, 1997

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

   Stephen C. Macevicz

SERIAL NO.: 08/424,663

FILED: April 17, 1995

FOR: DNA Sequencing by Parallel
   Oligonucleotide Extensions

EXAMINER: P.B. Tran

ART UNIT: 1807

BATCH NO.: K07

### Transmittal of Issue Fee and Advance Order

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

   In response to the Notice of Allowance mailed February 28, 1997, applicant herewith submits Form PTOL-85B in triplicate, and counsel's check in the amount of $684.00 covering a payment of $645.00 as Issue Fee plus $39.00 in payment of the advance order for copies of the printed patent.

   The Commissioner is hereby authorized to charge any underpayment (or credit any overpayment) associated with this communication to Deposit Account No. 04-0531. This communication is submitted in duplicate.

              Respectfully submitted,

Date: May 27, 1997

              Vincent M. Powers
              Registration No. 36,246

Correspondence Address:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (415) 324-0880

ILL000318



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

## CHANGE OF ADDRESS/POWER OF ATTORNEY

LOCATION    9200    SERIAL NUMBER 08424663    PATENT NUMBER 5750341

THE CORRESPONDENCE ADDRESS HAS BEEN CHANGED TO CUSTOMER # 22918

THE PRACTITIONERS OF RECORD HAVE BEEN CHANGED TO CUSTOMER # 22918

ON 11/17/99 THE ADDRESS OF RECORD FOR CUSTOMER NUMBER 22918 IS:

        DEHLINGER & ASSOCIATES
        350 CAMBRIDGE AVENUE SUITE 250
        P O BOX 60850
        PALO ALTO CA 94306-0850


    AND THE PRACTITIONERS OF RECORD FOR CUSTOMER NUMBER 22918 ARE:

28006    32896    37337    38563    42702    44703


        PTO INSTRUCTIONS: PLEASE TAKE THE FOLLOWING ACTION WHEN THE
        CORRESPONDENCE ADDRESS HAS BEEN CHANGED TO CUSTOMER NUMBER:
        RECORD, ON THE NEXT AVAILABLE CONTENTS LINE OF THE FILE JACKET,
        'ADDRESS CHANGE TO CUSTOMER NUMBER'. LINE THROUGH THE OLD
        ADDRESS ON THE FILE JACKET LABEL AND ENTER ONLY THE 'CUSTOMER
        NUMBER' AS THE NEW ADDRESS. FILE THIS LETTER IN THE FILE JACKET.
        WHEN ABOVE CHANGES ARE ONLY TO FEE ADDRESS AND/OR PRACTITIONERS
        OF RECORD, FILE LETTER IN THE FILE JACKET.

PTO-FMD
TALBOT-1/97

3B
4

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1994

**Application or Docket Number**
4246663

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 365.00 | OR | | 730.00 |
| TOTAL CLAIMS | 19 minus 20 = | | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 4 minus 3 = | 1 | x38= | 38 | OR | x76= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +120= | | OR | +240= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 403 | OR | TOTAL | |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | SMALL ENTITY ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +120= | | OR | +240= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | SMALL ENTITY ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +120= | | OR | +240= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | SMALL ENTITY ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +120= | | OR | +240= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 10/94)    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

ILL000320



ILL000321

ene, 90 (1990) 177–178

Elsevier

GENE 03631

Notice: This material may be
protected by copyright law
(Title 17 U.S. Code).

177

### Brief Note

## Proposal for sequencing DNA using ligation of hexamers to generate sequential elongation primers (SPEL-6)

(Recombinant DNA; cosmids; 6-mer library; oligodeoxyribonucleotides; directed priming; 'top-down' and 'bottom-up' strategies)

W. Szybalski

McArdle Laboratory for Cancer Research, University of Wisconsin, Madison, WI 53706 (U.S.A.)

Received by B. Slatko: 9 May 1990
Accepted: 11 May 1990

### SUMMARY

The efficiency of the directed-priming proposal of Studier [Proc. Natl. Acad. Sci. USA 86 (1989) 6917–1921] can be improved upon by employing a library of less than 4094 hexamers, allowing for the easy construction of all required primers using template-directed automated ligation. This 'top-down' sequencing procedure should be several times more efficient than the present 'bottom-up' procedures [see Watson, Science 248 (1990) 44–49].

Studier (1989) proposed a theoretically efficient strategy for directed priming with a library of oligos, for the high-volume sequencing of cosmid DNAs. He selected 8–10-mers as primers, because of the almost manageable size of $4^8$ to $4^{10}$ for such an oligo library. However, it occurred to me that employing a ligation reaction would permit easy construction of much longer primers and at the same time result in a much more manageable library of only 6-mers for hexamers: $4^6 = 4096$), since two, three or four properly selected hexamers could be ligated to obtain 12-nt or 18-nt or even 24-nt) primers, respectively. Since the 300–600-nt region was just sequenced in each preceding step, one would only have to select the appropriate two or three hexamers complementary to the end of the sequenced region and then ligate them at low temperature on the just-sequenced ss DNA template. According to early studies of Khorana and his associates (see Khorana, 1979) and our previous experience, hexamers can be ligated with high efficiency and template fidelity. Selection of two or three hexamers could be performed by a computer program, as to maximize the $G:C$ pairing and to avoid any secondary structures in the pairing and ligation region. A similar program will be used to reduce the size of the 4096-member hexamer library, by 'weeding out' all those which contribute to avoidable secondary structures, are very A + T rich, or are partially redundant, in view of the possibility that the primer-complementary region could be conveniently shifted by 10 or more nt.

After the low-temperature ligation reaction, all the non-ligated hexamers and other short products would dissociate at the increased temperature, whereas the properly ligated hexamers (primers) will remain associated with the template. Proper choice of temperature and buffers would select for the 12-mers or 18-mers, depending on the experimental design. If required, the 12-mers or 18-mers could be further amplified by using an excess of hexamers and repeating the ligation cycles. All these operations leading to primer synthesis could be easily automated.

Correspondence to: Dr. W. Szybalski, McArdle Laboratory, 1400 University Ave., University of Wisconsin, Madison, WI 53706 (U.S.A.) Tel. (608) 262-1259; Fax (608) 262-2824.

Abbreviations: nt, nucleotide(s); oligo, oligodeoxyribonucleotide; SPEL, sequencing by sequential primer elongation employing ligation of short mers; ss, single strand(ed).

378-1119/90/$03.50 © 1990 Elsevier Science Publishers B V (Biomedical Division)

178

The major advantage of this novel version of the 'top-down' procedure (see Watson, 1990), which I have dubbed SPEL (or SPEL-6) for sequential primer elongation by ligation (with 6-mers), would be the severalfold reduction in sequencing effort, as pointed out by Studier (1989). The relatively minor investment would be the 6-mer library, which would hopefully be shared by the entire Human Genome Project community (Watson, 1990). Moreover, the selection of the hexamers, and their ligation on the template sequenced in the previous step, could easily be computer-controlled and automated.

ACKNOWLEDGEMENTS

The idea for the synthesis of primers by ligation of short oligos, using an ss template and an oligo library, occurred to me during Dr. F.W. Studier's presentation, and I first shared it with Dr. F. Barany who had helpful suggestions because of his expertise in ligation. This note was prepared on the suggestion of Dr. M. Stodolsky, as to expedite the

preparation of a hexamer library by the U.S. Department of Energy. I also discussed this approach with several other participants of the Genome Mapping and Sequencing Meeting in Cold Spring Harbor, NY, May 2–6, 1990.

I learned from Dr. R.J. Roberts that a similar idea was proposed during Dr. F.W. Studier's earlier seminar in Cold Spring Harbor, in early Spring, 1990, and I heard that Dr. J.L. Slightom (Upjohn Co.) has also considered an analogous approach. Moreover, I would like to thank Dr. F.R. Blattner and Dr. B. Slatko for helpful comments on the manuscript. Our studies are supported by NIH Grant 5-RO1-GM39715-02.

REFERENCES

Khorana, H.G.: Total synthesis of a gene. Science 203 (1979) 614–6.
Studier, F.W.: A strategy for high-volume sequencing of cosmids DNA by random and directed priming with a library of oligonucleotides. Proc. Natl. Acad. Sci. USA 86 (1989) 6917–6921.
Watson, J.D.: The human genome project: past, present, and future. Science 248 (1990) 44–49.

ANALYTICAL BIOCHEMISTRY 221, 127–135 (1994)

# Assembly of 18-Nucleotide Primers by Ligation of Three Hexamers: Sequencing of Large Genomes by Primer Walking

Tadeusz Kaczorowski[1] and Waclaw Szybalski[2]

*McArdle Laboratory for Cancer Research, University of Wisconsin, Madison, Wisconsin 53706*

Received February 2, 1994

A novel method (SPEL-6) for sequencing large genomes permits 10-min synthesis of 18-mer primers and their immediate use in DNA sequencing by primer walking. Primers are ligated from three contiguous hexamers complementary to the single-stranded or denatured DNA (150:1 ratio), which is used both as the template for ligation and as the DNA to be sequenced. The complete library consists of 4096 hexamers, but sequencing remains very efficient with a fourfold smaller library composed of 1024 degenerate hexamers containing all four nucleotides at their position 3. The SSB protein (which binds to single-stranded DNA) greatly enhances the quality of sequencing ladders. The SPEL-6 method eliminates the need for subcloning, permits direct sequencing of large DNA fragments (of 50 kb or larger), is ideally suited for automation, and should accelerate the sequencing of large genomes by more than one order of magnitude.    © 1994 Academic Press, Inc.

Present-day sequencing of large genomes (usually 3–3000 Mb)[3] requires two cloning steps: (i) cloning of large (30–100 kb) DNA fragments in the appropriate cosmid, λ, P1, BAC, or YAC vectors; and (ii) subcloning of various segments of such large clones in M13-like

[1] Permanent address: Department of Microbiology, University of Gdańsk, 80-822 Gdańsk, ul. Kladki 24, Poland.
[2] To whom correspondence and reprint requests should be addressed. Fax: (608) 262-2824. e-mail: szybalsk@macc.wisc.edu.
[3] Abbreviations used: dd, dideoxy; ds, double strand(ed); kb, kilobase(s); Mb, megabase(s); min, minute; N, any nt in the sequence; nt, nucleotide(s); oligo, oligodeoxyribonucleotide; PNK, polynucleotide kinase; rt, room temperature (~20°C); SPEL-6, sequential primer elongation by ligation of 6-mers (see Ref. 4); SPW, sequencing by primer walking; ss, single strand(ed); SSB, DNA-binding (protein).

0003-2697/94 $6.00
Copyright © 1994 by Academic Press, Inc.
All rights of reproduction in any form reserved.

vectors next to the site recognized by the universal sequencing primer. For sequencing of smaller genomes like those of the <50-kb phage λ, only the subcloning step (ii) was used (1). These steps must be followed by the actual sequencing of 300- to 600-nt DNA segments and their assembly into contigs by the search for overlaps, using suitable computer programs (1). An alternative approach would be to eliminate the subcloning step (ii) and to directly sequence by the primer walking (SPW) procedure (2,3) all of the 30- to 100-kb DNA fragments. This approach, however, was originally impractical for large genomes, requiring either enormous libraries of primers or expensive, time-consuming, and repetitive synthesis of individual primers specifically designed after each 300- to 600-nt sequencing step.

Therefore, in 1990 we proposed a totally novel approach to the rapid assembly of primers from a relatively small library of 4096 hexamers (4). This rapid primer assembly made SPW not only practical, but theoretically also highly superior to other sequencing approaches. We designated this hexamer-ligation-based SPW approach by SPEL-6 acronym (for sequential primer elongation by ligation of 6-mers; Ref. 4), and its principle is outlined in Fig. 1.

As reported earlier (S. C. Kim and W. Szybalski; see Refs. 5–8 and Fig. 2), we have found that ligation of three hexamers into an 18-mer is much more efficient than ligation of only two hexamers into a 12-mer, probably because of the more efficient stacking of three hexamers, which, moreover, seems to be a much better substrate for ligase than only two hexamers.

The purpose of the present report is to describe the current status of our SPEL-6 procedure initiated in 1990 (4–8) and briefly compare it with two modifications of our proposal in which the ligation step was omitted (9,10). We consider our approach (4) to be a

127

128                                    KACZOROWSKI AND SZYBALSKI



FIG. 1.   Principle of the SPEL-6 procedure. The SPW procedures are described in Table 1. (A) Three contiguous hexamers (6-mers) are selected as complementary to the already determined DNA sequence close to its 3' end. The hexamers are selected from the 4096- or 1024-hexamer library (see Fig. 7) to maximize the G + C content and to avoid regions of any pronounced secondary structure in the template. A properly designed computer program will carry this hexamer selection for each SPW step. (B) Hexamers are ligated, as described in Table 1(I), to obtain the 18-mer SPW oligo primer. (C) This oligo primer is used for dideoxy sequencing, as outlined in Table 1(II). The resulting 300- to 600-nt sequence is represented by the wavy arrowed line. (D) In the next cycle and based on the C-terminal 50-nt sequence just determined in the previous cycle, three more contiguous hexamers are selected by the computer program and ligated to form the next 18-mer SPW oligo primer. This, in turn, is used for SPW of the next 300- to 600-nt segment of DNA. (E) SPW: The ks box represents a known sequence (previously determined or a part of the vector or end-ligated linker) for which a primer (1) is available or is specially synthesized (by the standard chemical procedure or by hexamer ligation as in step A. Sequencing using primer 1 is as in C, and subsequent SPW (using primers 1, 2, 3, 4, · · · n, n + 1) is a repetition of steps A–D as outlined above. The complete library of hexamers is 4096 and can be reduced to 1024 by using degenerate hexamers, as shown in Fig. 7.

major advance in the rapid sequencing of large ge-
nomes, leading to future automation and a total elimina-
tion of subcloning in the M13-like vectors.

MATERIALS AND METHODS

*Sequencing Protocol*

The entire protocol for the hexamer ligation and
DNA sequencing is presented in Table 1. The variants

of this standard procedure, which helped to establish it,
are described in the legends to the individual figures.

*Hexamers and Their 5'-Phosphorylation*

We used hexamers obtained from various sources, but
mainly hexamers m, n, and p (Fig. 2) synthesized by
Promega (Madison, WI). Individual hexamers (r, s, and
t; Fig. 3) were kindly provided by Drs. J. Kieleczawa and

Case 3:07-cv-02845-WHA     Document 98-3     Filed 01/25/2008     Page 47 of 101

1      2      3
G A T C  G A T C  G A T C



FIG. 2. Effect of the number of hexamers. The sequencing protocol is as described in Table 1, with exception of l(b) where the following 5'-phosphorylated hexamers were used: Panel 1, only one hexamer (m) as listed below; Panel 2, only two hexamers (m and n) as listed below; and Panel 3, three hexamers (m, n, and p) as specified below. The 5'-phosphorylated (5'-*p*-) hexamers used were (m) 5'-*p*-GTTTTC, (n) 5'-*p*-CCAGTC, and (p) 5'-*p*-ACGACG, complementary to nt 6326–6309 on the M13mp18 template (15). The sequencing ladder was obtained only with three hexamers (panel 3).

F. W. Studier. The quality and sequence of all hexamers were checked, which we found to be important.

Hexamers (1 nmol) were kinased for 30 min at 37°C in a 10-μl reaction mixture containing 1 mM ATP, 10 units T4 polynucleotide kinase (PNK; NE Biolabs, Beverly, MA), and PNK buffer (70 mM Tris·HCl/10 mM MgCl₂/5 mM dithiothreitol, pH 7.6). The reaction was stopped by heating for 2 min at 80°C.

*DNA Templates for 18-mer Assembly and Sequencing*

The M13mp18 ss DNA and λgt11 DNA were from Promega. The M13mp18 ds replicative form was from Dr. M. Sektas (Department of Microbiology, University of Gdańsk, Gdańsk, Poland).

RESULTS

*Effect of the Number of Hexamers*

When we decided to explore the possibility of constructing sequencing primers by ligation of short oligodeoxyribonucleotides (oligos), we had to decide on (i) the length of these oligos and (ii) the length of the ligated products (4). We decided on hexamers because their total library of 4096 seemed manageable, whereas their uniqueness and annealing specificity toward the sequenced template would be superior to those of tetramers or pentamers. As far as the ligated product, i.e., primer, is concerned, we favored 18-mers, because of their specificity, but also considered 12-mers if their synthesis should prove more efficient than that of 18-mers. We wanted the ligation reaction to be rapid and efficient, leading to only a single product, since a mixture of two products (e.g., two 12-mers and an 18-mer) would confuse sequencing or require purification. It was therefore of great satisfaction when we discovered that the synthesis of 12-mers was very inefficient, whereas 18-mers were ligated very efficiently from three hexamers (S. C. Kim and W. Szybalski, 1990, as cited in Refs. 7 and 8). When hexamer ligation is coupled with sequencing, ligation of one or two hexamers does not result in a sequencing ladder, whereas ligation of three hexamers produces high-quality sequencing ladders (Fig. 2).

*Effect of SSB Protein*

Addition of an *Escherichia coli* protein, SSB, greatly improves ligation and the fidelity of sequencing (Fig. 3). However, our SPEL-6 procedure could be performed even in the absence of SSB (see Fig. 3, panel 0), although additional weak bands are visible; the ladders became very "clean" between bands at the optimal level of 4 μg SSB (Fig. 3, panel 3). We used commercially available *E. coli* SSB protein (Table 1), but we also evaluated SSB from other sources: phage T4 gene *32* product (Boehringer, Cat. 972,983), phage M13 gene *V* product, and phage Pf3 ssDBP protein (both gifts from Dr. R. Konings, University of Nijmegen, Nijmegen, The Netherlands). Addition of the latter three SSB preparations at 4 μg/10 μl reaction mix totally erased the sequencing ladders, possibly due to their very high affinity to ss DNA. SSB of *E. coli* seems to compete with annealing of noncontiguous hexamers to the ss template, thus directing the purposefully chosen three contiguous hexamers to the 18-nt complementary sequence on the template to be sequenced. However, SSB with too high an affinity (or at too high a concentration; see Fig. 3, panel 4) will

ILL000326

130                                   KACZOROWSKI AND SZYBALSKI



over 25°C, the results become variable, so it was important to maintain room temperature below 20°C. We could also use lower temperatures to 4°C, but there was no reason to do so, because of the inconvenience of using a special refrigerated bath and the longer periods of ligation to obtain comparable results. The hexamers had to be used at a stoichiometric excess (100- to 150-fold) to ensure high quality of sequencing ladders, as shown in Fig. 5.

The quality of the T4 DNA ligase seems to be of vital importance. We tested ligases from various vendors, but

TABLE 1

Construction of 18-mer Primers by Hexamer Ligation and Their Use in the Dideoxy Sequencing of DNA for the SPW Procedure

| | |
|---|---|
| I. Construction of 18-mer primers | |
| In a centrifugation microtube, combine the following: | |
| (a) DNA to be sequenced (M13mp18 ss DNA 0.3 pmol) | 800 ng |
| (b) Three complementary and adjoining (contiguous) hexamers (50 pmol each), phosphorylated at their 5' ends | 100 ng |
| (c) SSB protein of E. coli (Promega, Madison, WI, or U.S. Biochemical, Cleveland, OH) | 4 μg |
| (d) Ligation buffer (10× concentrated; Epicentre Technologies, Madison, WI) | 1 μl |
| (e) 10 mM ATP | 1 μl |
| (f) T4 DNA ligase (10 units/μl, Epicentre) | 1 μl |
| (g) Water to final volume | 10 μl |
| (h) Incubate at room temperature (rt) for 10 min (or 20 min in our early experiments in Figs. 2, 3, 5, and 8). | |
| (i) Inactivate proteins at 65°C for 2 min and then incubate the tube for 10 min at 37°C (cool to rt). | |
| II. Sequencing protocol | |
| A. Standard Sequenase 2.0 procedure (14) with the following modifications: Sequenase buffer is replaced by ligase buffer, as in I(d) above, and labeling mix is diluted 7.5-fold. | |
| (a) [α-³⁵S]dATP (1000–1500 Ci/mmol) | 15 μCi |
| (b) Period of labeling reaction (without ddNTP) | 15–30 s |
| (c) Period of labeling after addition of ddNTP (termination reaction) | 5 min |
| B. One-minute deproteinization (as to improve step C, below). | |
| (a) Add to the microtube 2 μl of aqueous suspension of the cation-exchange resin AG50W-XZ (1:1, w/w) (Bio-Rad, Richmond, CA) and briefly mix. | |
| (b) Spin for 5 s (in Microfuge). Transfer supernatant to a new tube. | |
| (c) Add 1 μl of 0.2 M NaOH and incubate for 5 min at 80°C | |
| C. Electrophoresis, as per standard Sequenase 2.0 procedures (14), using 6% polyacrylamide gel/8 M urea. For electrophoresis, use Glycerol-Tolerant Gel Buffer (U.S. Biochemical). Autoradiography was usually overnight (or up to 48 h). | |

FIG. 3. Effect of SSB concentrations during the hexamer ligation. The sequencing protocol is as described in Table 1, with the exception of I(c) where the SSB protein was either not used (panel 0) or used at the concentrations of 1, 2, 4, and 8 μg/10 μl reaction mix (panels 1, 2, 3 and 4, respectively). The 5'-phosphorylated hexamers used were (z) 5'-p-AAGCGC, (s) 5'-p-GAAACA, and (t) 5'-p-AAGTAC, and the ligated 18-mer primer was 5'-AAGCGCGAAACTAC (3.5 pmol) complmentary to nt 1182–1165 on the M13 template (see Ref. 9). The optimal effect of SSB (very clean ladders) is seen in panel 3.

also displace the contiguous hexamers. We plan also to evaluate SSB proteins from different species and other DNA-binding proteins.

*Effects of Time, Temperature, and Hexamer Concentration on the Ligation Reaction*

As shown in Fig. 4, there is little difference between 10, 20, or 30 min of ligation, indicating that the reaction is quite rapid at room temperature. At temperatures

we consistently obtained satisfactory results mainly with the T4 DNA ligase from Epicentre Technologies (Madison, WI).

*One-Minute Deproteinization Procedure*

When deproteinization was not used (Figs. 2 and 4), the long-oligo bands at the top of the gel often were not visible. Therefore, we introduced our novel and rapid deproteinization procedure as described in Table 1 (II B). The results of deproteinization are illustrated in the upper portions of the panels in Figs. 3 and 7.



FIG. 4.  Effect of ligation time. The sequencing protocol is as described in Table 1, with exception of I(h), where ligation at rt was carried out for 10 min (panel 1), 20 min (panel 2) and 30 min (panel 3). Hexamers (m), (n), and (p) were as described in the legend to Fig. 2.



FIG. 5.  Effect of hexamer concentration. The sequencing protocol is as described in Table 1, with exception of I(b), where concentrations of hexamers (r), (s), and (t) (see Fig. 3) were 25, 50, 100, and 200 pmol/10 µl ligation mix, as indicated. The ladders appear to be of equal quality at 50–200 pmol hexamers/10 µl.

*Comparison with Methods That Omit Ligation*

Our 1990 proposal [(Ref. 4) and grant proposals to NIH (P50 HG00504) and DOE (Proposal 47863)] on the assembly of primers from hexamers led to two reports on the analogous assembly of three hexamers, but without ligation (9,10). We therefore compared our SPEL-6 procedure with the ligation-omitting approaches. We were able to confirm that the method of Kieleczawa *et al.* (9) provides fair sequencing ladders which, as expected, are shifted by 12 nucleotides compared with our SPEL-6 methods (compare Fig. 6, panels 2 and 3, respectively); this 12-nt shift (18 minus 6 nt) is because all of

ILL000328

132                                    KACZOROWSKI AND SZYBALSKI

|   1   |   2   |   3   |   4   |
|-------|-------|-------|-------|
| GATC  | GATC  | GATC  | GATC  |



contrasted with that in the nonligation procedures (9). We prefer our SPEL-6 approach because it does not require the use of low temperature (an absolute neces-

|   1   |   2   |   3   |
|-------|-------|-------|
| GATC  | GATC  | GATC  |





FIG. 6.   Effects of omitting the ligation step in our present SPEL-6 procedure. Panel 1: Procedure of Kotler et al. (10) using three hexamers, m, n, and p, as specified in the legend to Fig. 2, but non-5'-phosphorylated. The 3' ends of hexamers m and n were not blocked [see text and Kotler et al. (10) procedure described in their Fig. 1 legend]. Panel 2: Procedure of Kieleczawa et al. (9) using the same three non-5'-phosphorylated hexamers as those in panel 1. Panel 3: Procedure as described in Table 1 and Fig. 3, panel 4, but using hexamers m, n, and p (5'-phosphorylated and ligated) as those in Fig. 2. Panel 4: Control as described in Table 1, with exception of I(b) where 3.5 pmol of a 17-mer (5'-GTTTTCCCAGTCACGAC) was used as primer. All four sequencing ladders were run in parallel on the same gel.

our bands contain 18-nt ligated primers, whereas only 6 nt of each nonligated primer is integrated into each "nonligated" band in the panel 2 sequencing ladders. This result provides proof of the basic difference in the utilization of the three priming hexamers in our SPEL-6

FIG. 7.   Effect of the presence of all four nucleotides at position 3 of all three degenerate hexamers. The sequencing protocol is as described in Table 1 with modifications in I(b). Panel 1: Three nondegenerate hexamers (r, s, and t) each at 50 pmol/10 μl ligation mix with conditions the same as in Fig. 3, panel 4. Panel 2: Three degenerate hexamers present at 200 pmol/10 μl ligation mix. The degenerate 5'-phosphorylated (5'-p-) hexamers (r') 5'-p-AANCGC, (s') 5'-p-GAN-ACA, and (t') 5'-p-AANTAC were each prepared by mixing four synthetic hexamers with A, C, G, and T at the three N positions, in equimolar amounts. The molarities refer to the degenerate mix, not to the individual hexamer components. The concentration for the three totally complementary (nondegenerate) hexamers ("good" hexamers: r, s, and t) in this experiment is the same as that for panel 1. Panel 3: The same r', s', and t' degenerate hexamers as those in panel 2, but at 400 pmol/10 μl ligation mix.

sity for nonligation procedures) and because the resulting ladders are very clean, without any of the additional bands seen in Fig. 6, panel 2. Moreover, our SPEL-6 procedure produces an actual 18-mer which could be displaced (melted off), reannealed to the DNA template (see Table 1), and thus handled as any synthetic 18-mer. No such adjusting operations, which could improve sequencing, are possible with a nonligated (three contiguous 6-mers) primer held together with DNA polymerase and SSB only by the stacking forces. We also tried to reproduce one of the alternative procedures outlined in the report of Kotler *et al.* (10; see the legend to Fig. 1; 20-min extension), but without success (Fig. 6, panel 1). However, we realize now that the comparison may not be fair, because we did not try to use both the 3'-blocked and unblocked hexamers, pentamers, or heptamers, a proper combination of which was claimed to be required according to the advice of Dr. L. E. Ulanovsky (personal communication). To attain a valid comparison of the three methods we tried to use only identical hexamers and run the ladders on the same gel (Fig. 6), which precluded the synthesis and use of additional libraries of 3'-OH-blocked oligos, which, moreover, were mentioned only as a "modification" in the report of Kotler *et al.* (10) and were not readily available to us.

*Use of Degenerate Hexamers*

Systematic use of SPEL-6 primer walking requires a library of 4096 hexamers. We decided to investigate whether the size of such a library could be reduced fourfold by having all four bases at position 3 (or 4) of each hexamer (which would reduce the library to 1024, the size of a pentamer library). To ensure that all four hexamers are present and at proper stoichiometry, we prepared each "degenerate" hexamer by mixing all four hexamers at the 1:1:1:1 ratio.

As shown in Fig. 7, three degenerate hexamers (panel 2) work as well as three "proper" hexamers (panel 1), as long as the concentrations of proper hexamers are similar in both experiments. It appears that the presence of nine (3 × 3) additional hexamers, each with one mismatch, does not interfere with sequencing. A still higher excess of degenerate hexamers has only a small positive effect on sequencing (Fig. 7, panel 3).

We also tried to use doubly degenerate hexamers with all four nucleotides in both positions 3 and 4, at various stoichiometric excesses (results not shown). We did not succeed, however, in obtaining readable ladders with hexamer mixtures of such 48-fold [48(= 3 × 4 × 4) doubly degenerate hexamers versus 3 nondegenerate hexamers (Fig. 7, panel 1) and 12(= 3 × 4) singly degenerate hexamers (Fig. 7, panels 2 and 3)].

*Sequencing of Single- and Double-Stranded DNA Genomes up to about 50 kb*

We compared the results of sequencing the M13 ss DNA (as used in Fig. 2, panel 3) with those of sequencing its replicative ds form, of over 7 kb (Fig. 8, panels 1 and 2). The ss ladders are of somewhat better quality using the same ligation time, but longer autoradiographic exposures (not shown) greatly improve the ds ladders, which are fully readable. We also sequenced ds DNA from phage λgt11 and obtained quite readable ladders with this nearly 50-kb-long denatured DNA (Fig. 8, panel 3). The successful sequencing of 50-kb pieces of ds DNA is very important for our SPW application to large genome sequencing without conventional cloning (5–7,11).

DISCUSSION

This report shows that our 1990 proposal (4) leads to the very efficient sequencing of DNA which is uniquely suitable for SPW. There is no need to prepare 17- to 20-nt primers from monomers by organic synthesis, this being comparatively slow (especially when oligo purification is required), laborious, and expensive, since our hexamer ligation procedure takes only 10 min and is fully integrated into our sequencing protocol (Table 1). For SPW, the 18-nt primers can be designed and synthesized only *after* the previous DNA segment is sequenced. Therefore, it is very important that the synthesis of each new primer take only 10 min and that the entire sequencing procedure is well suited to total and rapid automation.

The feasibility of automation is a very important aspect of our SPEL-6 procedure, especially since it would eliminate the drudgery of sequencing and increase its speed and reliability. Therefore, each step was designed with future automation in mind. Based on the sequence of the last 50 nt in each 500-nt sequence, a robotic computer program could be designed to select three contiguous hexamers complementary to the template strand and perform all operations required for the ligation and sequencing reactions. Our 1-min deproteinization procedure (Table 1, II) will also be included in this program. Our demonstration that the total library could easily be reduced fourfold (Fig. 7) further contributes to the feasibility and efficiency of automation. Automated sequencers with up to 36 channels are commercially available, but we would prefer to adapt them for ultrathin gels to reduce the time required for each sequencing cycle.

In the present phase of our study, we used ³⁵S or ³²P labeling together with autoradiography to visualize the sequencing ladders. We realize, however, that autoradiography is too slow and we are exploring various fluorometric procedures to speed up band detection (12). Simi-

134                           KACZOROWSKI AND SZYBALSKI



**FIG. 8.** Comparison of SPEL-6 sequencing using (panel 1) ss and (panel 2) ds M13mp18 (7.25 kb) DNA and (panel 3) a ds phage λgt11 (43.7 kb) DNA. For primer construction, hexamers m, n, and p were used, as described in the legend to Fig. 2. The sequencing protocol was as in Table 1, with the following modifications for the ds templates [see Table 1, I(a)]: in panel 2, M13mp18 ds DNA (2 μg) was denatured with 0.2 M NaOH, neutralized with 0.3 M Na·acetate, and ethanol precipitated. This denatured DNA was used as a template for construction of a primer by hexamer ligation. In panel 3, λgt11 DNA (10 μg; 0.35 pmol) was denatured as described above for panel 2 and then used with 100 pmol of each of the three hexamers (the same as in Fig. 3) which were ligated for 30 min [modifications in Table 1, I(a), I(b), and I(h)]. In Table 1, IIA(a), the [α-³²P]dATP was increased to 20 μCi/reaction. Arrowheads point to the homologous lacZ sequence in M13mp18 (panels 1 and 2) and λgt11 (panel 3), with ladders more compressed in panels 1 and 2.

each ligation-sequencing cycle to about 30 min, which should permit single-channel sequencing of 50- to 100-kb DNA fragments at the rate of 1 kb/h (8); this corresponds to 5 Mb of DNA (the *E. coli* genome) per week per 50-channel automated sequencer.

Our original proposal (4) led both to the present ligation-based sequencing and to nonligation approaches (9,10), but based on our comparison, we favor our SPEL-6 procedure: one of the methods (10) cannot be used with a single library of hexamers (Fig. 6, panel 1) and also needs other 3′-OH-blocked libraries (we did not evaluate this alternative approach because it appeared too complex), whereas the other nonligation method (9) was reported to work at only 60–90% of the priming sites (9), requires the use of low temperatures, and, in our hands, produces spurious bands (Fig. 6, panel 2). Omitting ligation appears to simplify the procedure, but the time saving is inconsequential, since the total ligation procedure adds only 10 min per sequencing cycle. Additional advantages of the more robust SPEL-6 procedure are the use of room temperature, a fourfold smaller library of degenerate hexamers (Fig. 7), superior quality ladders (Fig. 6), and a higher fidelity of sequencing.

At present, we are systematically evaluating the effects of one-nucleotide mismatches in hexamers, improvements in the strength of hybridization by substituting various groups in bases (e.g., 5-halogenation; amino and methyl groups; 17), and the use of SSB from various other species or other auxiliary proteins, with the purpose of further optimizing the sequencing, especially in the so-called "difficult" regions. With these improvements, we also plan to re-explore the use of pentamers (SPEL-5 procedure) with the hope of a further reduction in the size of the degenerate libraries. We strongly believe that our approach will be the method of choice for the sequencing of large genomes, since it will improve the speed and simplicity by more than one order of magnitude. It would eliminate the need for subcloning large DNA fragments in M13-based or similar vectors, since our SPEL-6 (or SPEL-5) procedure enables direct sequencing of 50- to 100-kb or possibly larger DNA fragments.

### ACKNOWLEDGMENTS

This work was supported by NIH Grant RO1 HG00504 to W.S. and Grant KBN 2235/4/91 to A. J. Podhajska. We acknowledge the gifts of many hexamers and an 18-mer by Promega (Madison, WI), by New England Biolabs (Beverly, MA), by Drs. J. Kieleczawa and F. W. Studier at Brookhaven National Laboratory (Upton, NY), and by the Biotechnology Center at the University of Wisconsin (Madison, WI).

### REFERENCES

1. Sanger, F., Coulson, A. R., Hong, G. F., Hill, D. F., and Petersen, G. B. (1982) *J. Mol. Biol.* **162,** 729–773.

larly, ultrathin gels could reduce the time of electrophoresis to 30 min or less (13). Several such rapid methods are being developed (16). Our goal would be to reduce

2. Strauss, E. C., Kobori, J. A., Siu, G., and Hood, L. E. (1986) *Anal. Biochem.* **154**, 353–360.

3. Studier, F. W. (1989) *Proc. Natl. Acad. Sci. USA* **86**, 6917–6921.

4. Szybalski, W (1990) *Gene* **90**, 177–178.

5. Szybalski, W. (1991a) *in* Human Germline Mutagenesis Workshop, Radiation Effects Research Foundation (RERF), Nov. 12–14, 1991, Hiroshima, Japan, p. 5.

6. Szybalski, W. (1991b) *in* Official Program and Abstracts, Human Genome III, October 21–23, San Diego, CA, p. 8.

7. Szybalski, W. (1992) *Fresenius J. Anal. Chem.* **343**, 4.

8. Kaczorowski, T., and Szybalski, W. (1993) *Gene* **135**, 286–290.

9. Kieleczawa, J., Dunn, J. J., and Studier, F. W. (1992) *Science* **258**, 1787–1791.

10. Kotler, L. E., Zevin-Sonkin, D., Sobolev, I. A., Beskin, A. D., and Ulanovsky, L. E. (1993) *Proc. Natl. Acad. Sci. USA* **90**, 4241–4245.

11. Szybalski, W. (1993) *Gene* **135**, 279–290.

12. Hou, W., and Smith, L. M. (1993) *Nucleic Acid Res.* **21**, 3331–3332.

13. Kostichka, A. J., Marchbanks, M. L., Brumley, R. L., Drossman, H., and Smith, L. M. (1992) *BioTechnology* **10**, 78–81.

14. Sanger, F., Nicklen, S., and Coulson, A. R. (1977) *Proc. Natl. Acad. Sci. USA* **74**, 5463–5467; and Step-by-Step Protocols for DNA Sequencing with Sequenase version 2.0 T7 DNA Polymerase (1993) United States Biochemical Corp., Cleveland, OH.

15. Yanisch-Perron, C., Vieira, J., and Messing, J. (1985) *Gene* **33**, 103–119.

16. U.S. Department of Energy, 1993 Program Report, Human Genome, DOE/ER-0611P, Washington DC, March 1994.

17. Azhikina, T., Veselovskaya, S., Myasnikov, V., Potapov, V., Ermolayeva, O., and Sverdlov, E. (1993) *Proc. Natl. Acad. Sci. USA* **90**, 11460–11462.

ILL000332

© 1993 Oxford University Press (July 11 issue)          Nucleic Acids Research, 1993, Vol. 21, No. 14  3331–3332

# Fluorescence-based DNA sequencing with hexamer primers

Weiying Hou and Lloyd M.Smith*
Department of Chemistry, University of Wisconsin – Madison, Madison, WI 53706, USA

Received April 8, 1993; Revised and Accepted May 27, 1993

Current sequencing strategies are of two types: random and directed (1). Random or 'shotgun' strategies have the disadvantages of both their intrinsic redundancy and problems in achieving closure. Directed strategies are efficient because they permit the direct and sequential sequence analysis of a large DNA fragment from one end to the other. One widely used directed strategy is the 'primer walking' approach (2). In this approach, the entire sequence can be determined on a single preparation of template DNA without subcloning, employing a minimum number of sequencing reactions. This eliminates much of the effort in template preparation and repetitive sequencing needed to obtain finished sequence by the shotgun strategy. The major disadvantage of primer walking has been the need to synthesize a new primer for each extension step. In order to facilitate large-scale sequencing by primer walking, proposals have been made to first synthesize a general library of primers of a given length rather than synthesizing specific primers as the walk proceeds (3–5). For the size of such primer libraries to be manageable, the primers need to be short. Recently, Kieleczawa et al. demonstrated the feasibility of primer walking with contiguous hexamer primers (6). This work employed conventional radioactive sequencing methodology. However, for large scale sequencing projects it is important to be able to use fluorescence-based automated DNA sequencing methods. Two critical issues in this regard are a) having a fluorescence labeling chemistry compatible with the hexamer primer approach; and b) producing a sufficient quantity of each DNA fragment in the reaction to be detectable with good signal-to-noise in the automated sequencing instruments.

There are three general types of fluorescence-labeling chemistry in use: i) fluorescently tagged primers (7); ii) fluorescently tagged dideoxy nucleoside triphosphates [dye-terminators (8–9)]; and iii) fluorescently tagged deoxynucleoside triphosphates (10–11). Tagged primers are not readily compatible with the hexamer approach. However, either tagged dideoxy nucleoside triphosphates and tagged deoxynucleoside triphosphates may be suitable, provided they can be incorporated under conditions compatible with the hexamer primers.

In this paper we have evaluated the utility of a tagged deoxynucleoside triphosphate [fluorescein-15-dATP (F-dATP; (11))] in DNA sequencing by the hexamer approach. An incompatibility between the 0°C strand extension conditions employed with the hexamers and the 37°C conditions required for incorporation of the modified nucleoside was overcome by development of a two-step protocol in which extension of the primer is first performed at 0°C, and labeling performed in a secondary step at higher temperature.

The sequencing protocol is as follows: a) annealing: 2 µg M13mp18 ss DNA in 10 µl is mixed with 4 µl of reaction buffer (200 mM Tris–HCl, pH 7.5, 250 mM NaCl, 50 mM MgCl₂), 2 µl of 4.1 µg/µl single-stranded DNA binding protein (SSB) and 4 µl of a hexamer mix containing 50 pmol/µl of each of the four hexamers A'₁, A₂, A₃, A₄. The solution is placed at 0°C for at least 5 minutes. b) brief extension: 9.2 µl TE buffer (13 mM Tris–HCl, pH 7.5, 0.13 mM EDTA), 1.2 µl 0.1 M DTT and 2 µl 0.94 µM dNTP mix (0.94 µM each of dATP, dGTP, dCTP and dTTP) are combined with 1.1 µl T7 DNA polymerase(13 units/µl) containing pyrophosphatase (12 units/ml), and the mixture is kept at 0°C for 5 minutes. c) labeling: 2 µl labeling mix (10 µM F-dATP, 1 µM each of dCTP, dGTP, dTTP) is added and the mixture is incubated at 37°C for 10 minutes. d) termination: 2 µl of 40 mM MnCl₂ is added. An 8 µl aliquot of the resultant solution is added to each of the four termination reaction mixes (each consists of 2 µl DMSO and 6 µl of the appropriate termination mix (1 mM dATP, 1 mM dCTP, 1 mM 7-deaza-dGTP, 1 mM dTTP and 10 µM of one of the four ddNTPs, in 50 mM NaCl and 40 mM Tris–Cl, pH 7.5). The mixtures are held at 37°C. for 20 minutes, and 1/3 volume stop/salt solution (20 mM EDTA, 1 M NaOAc, pH 8.0) is added to stop the reaction. e) ethanol precipitation: Three volumes of ice-cold ethanol is added, the tubes are vortexed, placed at −80°C for 15 minutes, and centrifuged for 15 minutes. The supernatant is removed, the precipitate washed twice with 50 µl of ice-cold 70% ethanol, vacuum dried, and dissolved in 6 µl deionized formamide. The reactions are heated at 90°C for 2 minutes immediately before loading 5 µl onto the gel for analysis.

F-dATP labeling mix and nucleotides were from Pharmacia LKB Biotechnology. M13mp18 ss DNA, enzyme and SSB were from United States Biochemical. The A₁, A₂, A₃ and A₄ hexamers (A1: 5'-AAGTAC-3', A2: 5'-GAAACA-3', A3: 5'-AAGCGC-3', A4: 5'-TATACC-3') (6) were synthesized on an Applied Biosystems 380B DNA synthesizer and purified by HPLC. Sequencing was performed on an Applied Biosystems 373A DNA sequencer using a 6% polyacrylamide gel containing 6.2 M urea and 1×TBE.

In the development of an effective labeling protocol, several parameters were examined. First, in order to determine the effect of SSB on the F-dATP labeling reaction, varying amounts of SSB (1 µg, 2 µg, 4.1 µg) were added after an annealing step performed according to (11) and using 1 µg ss DNA template and a 24 base

* To whom correspondence should be addressed

primer. The quality of the sequence data diminished considerably with increased levels of SSB. To understand this result in more detail, it was useful to analyze the products of the labeling reaction prior to performance of the termination reaction, by electrophoresis on the automated sequencing instrument. When 4.1 μg SSB was added, a large single peak of labeled DNA was produced in the labeling reaction. This peak disappeared after the termination reaction, but no sequence ladder was evident. This suggested that F-dATP was incorporated and the termination reaction did proceed with 4.1 μg SSB in the sequencing reaction, but for some reason the fragment peaks were poorly resolved. When this sequencing reaction was purified by ethanol precipitation prior to gel analysis, good quality data were obtained with resolved peaks out to about 400 bases. Thus the problem encountered with higher levels of SSB appeared to be an interference with the gel loading and electrophoresis, rather than with the biochemistry of the extension reaction.

The second parameter examined was temperature. The hexamer procedure employs a 0°C extension necessitated by the weak binding of the hexamers. Initial efforts to utilize F-dATP at this low temperature were unsuccessful (no label was incorporated). One possible reason considered was that the SSB was interfering in some manner with incorporation of the modified nucleoside triphosphate. This idea was tested by performing the reactions without added SSB, which was known to be possible from the work of Studier (6). Again, no incorporation of the F-dATP was observed, demonstrating that the SSB was apparently not responsible for the effect.

The next possible explanation considered was that the Sequenase enzyme itself simply did not incorporate the modified nucleoside at the low temperature (0°C) of the extension reactions. This hypothesis was tested by performing a brief extension with a mixture of the four unmodified nucleoside triphosphates at 0°C, which served to extend the primer, permitting the temperature to subsequently be raised without separating the (extended) primer oligonucleotide from the template strand. The F-dATP labeling mix was added, and the temperature raised to 37°C for further extension (10 minutes). Under these conditions incorporation of the F-dATP was successful, yielding fluorescently labeled fragment peaks. SSB added back to reactions performed in this manner had no apparent adverse effect upon incorporation.

It was still necessary to optimize the conditions of both the brief extension reaction (using unmodified dNTPs) and the labeling/extension reaction (using F-dATP). The concentration of dNTPs employed in the brief extension at 0°C was varied (7.5 μM, 3.75 μM, 1.88 μM, 0.94 μM and 0.5 μM), and ethanol precipitation was carried out after the labeling reaction. The read length decreased and the peak height for shorter fragments increased as the dNTP concentration was decreased from 7.5 μM to 0.94 μM. The intensity of the short peaks decreased when the dNTP concentration was decreased further to 0.5 μM. Accordingly, the concentration of dNTPs employed in the brief extension was fixed at 0.94 μM to yield strong labeling signals for the shorter fragments. The dNTP concentration was fixed at 1 mM and the dNTP:ddNTP ratio was then varied (10, 50, 100, 150 and 200) to give reasonable read lengths while maintaining adequate signal levels. A ratio of 100 was selected as providing a good balance between read length and signal intensity.

The figure shows the raw data obtained in an A sequence reaction performed according to the above procedure. The

fragment peaks are resolved out to about 400 bases. The intensity and readable sequence length obtained from the other three sequencing reactions are similar (not shown). The signal intensity obtained with the hexamers was comparable to that obtained from a sequencing reaction obtained with a 17mer primer and labeled with F-dATP as described in (11). This is a signal level comparable to that obtained in standard fluorescence-based sequencing protocols.

In summary, we have demonstrated the feasibility of fluorescence-based DNA sequencing using contiguous hexamer primers.

This is a promising step forward in developing this technology for routine large-scale DNA sequencing. The extension of the approach to double-stranded templates, and to large-insert cloning vectors such as cosmids, P1 phage, and YACs, is under investigation. The brief extension step should also permit the use of dye-terminator chemistry (8, 9). This is under investigation.

## REFERENCES

1. Hunkapiller,T., Kaiser,R.J., Koop,B.F. and Hood,L.E. (1991) *Science* **254**, 59–67.
2. Strauss,E.C., Kobori,J.A., Siu,G. and Hood,L.E. (1986) *Anal. Biochem.* **154**, 353–360.
3. Studier,F.W. (1989) *Proc. Natl. Acad. Sci. USA* **86**, 6917–6921.
4. Szybalski,W. (1990) *Gene* **90**, 177–178.
5. Siemieniak,D.R. and Slightom,J.L. (1990) *Gene* **96**, 121–124.
6. Kieleczawa,J., Dunn,J.J. and Studier,F.W. (1992) *Science* **258**, 1787–1791.
7. Smith,L.M., Fung,S., Hunkapiller,M.W., Hunkapiller,T.J. and Hood,L.E. (1985) *Nucleic Acids Res.* **13**, 2399–2412.
8. Prober,J.M., Trainor,G.L., Dam,R.J., Hobbs,F.W., Robertson,W., Zagursky,R.J., Cocuzza,A.J., Jensen,M.A. and Baumeister,K. (1987) *Science* **238**, 336–341.
9. Lee,L.G., Connell,C.R., Woo,S.L., Cheng,R.D., McArdle,B.F., Fuller,C.W., Halloran,N.D. and Wilson,R.K. (1992) *Nucleic Acids Res.* **20**, 2471–2483.
10. Voss,H., Schwager,C., Wirkner,U., Zimmermann,J., Erfle,H., Hewit,N., Rupp,T., Stegemann,J. and Ansorge,W. (1992) *Methods Mol. Cell. Biol.* **3**, 30–34.
11. Voss,H., Wiemann,S., Wirkner,U., Schwager,C., Zimmermann,J., Stegemann,J., Erfle,H., Hewitt,N.A., Rupp,T. and Ansorge,W. (1992) *Methods Mol. Cell. Biol.* **3**, 153–155.

ILL000334

*Proc. Natl. Acad. Sci. USA*
Vol. 86, pp. 6917–6921, September 1989
Biochemistry

# A strategy for high-volume sequencing of cosmid DNAs: Random and directed priming with a library of oligonucleotides

(genome sequencing/octamers/nonamers/decamers)

F. William Studier

Biology Department, Brookhaven National Laboratory, Upton, NY 11973

*Communicated by Richard B. Setlow, June 19, 1989 (received for review March 13, 1989)*

**ABSTRACT**    Direct sequencing of cosmid DNAs using a library of oligonucleotide primers of length 8, 9, or 10 is proposed. The statistics of priming indicate that a primer library sufficient for determining the sequence of the entire human genome (100,000 cosmids) would be small enough to be assembled and managed. Such a library would greatly reduce the cost and effort of high-volume sequencing: primers would be instantly available; the sequence of each cosmid DNA could be determined from a single DNA preparation without the necessity for mapping or subcloning; and, because each primer would be used repeatedly, the cost of primers would become a negligible fraction of other costs. A combination of random and directed priming could determine the sequence of a cosmid DNA in 1.2–1.5 times the minimum number of sequencing reactions required, and completely directed priming would be even more efficient. The success of this strategy requires that a considerable fraction of octamers, nonamers, or decamers be able to prime selectively in double-stranded DNAs 45,000 base pairs (bp) long; initial results indicate that this is likely to be the case. The strategy is not limited to cloned DNAs and would be useful for rapid identification and direct sequencing of viral nucleic acids.

Techniques for rapidly determining nucleotide sequences (1, 2) have had enormous impact on biology. The relative ease of determining sequences and the importance of the information obtained has led to a rapid increase in the amount of sequence information generated. Almost 25 million nucleotides of sequence have been accumulated in the GenBank nucleic acid data base (Release 58.0, December 1988).

Nucleotide sequence information is so valuable that serious consideration is being given to determining the nucleotide sequence of the entire human genome, $3 \times 10^9$ base pairs (bp), and the genomes of other well-studied organisms. Such an enterprise represents a tremendous increase in scale over even the most ambitious sequencing projects that have been undertaken heretofore. Assuming that the human genome could be cloned as a set of ordered cosmids (3), and that each cosmid contains ≈40,000 bp of human DNA (inserted in 5000 bp of vector DNA), sequencing the entire genome would require sequencing ≈100,000 cosmids. Even if the cosmids were sequenced at the rate of one a day, a formidable task for a sequencing center using today's technology, centuries would be required to complete the task.

Consider the effort required to determine the nucleotide sequence of a single cosmid. Currently, the resolution of gel electrophoresis allows determination of perhaps 500 nucleotides (nt) of continuous sequence from a single set of sequencing reactions. Machines are being developed to carry out the sequencing reactions (4) and to read the nucleotide sequence from gel electrophoresis patterns (5, 6). However,

a minimum of 160 individual blocks of sequence must be assembled to obtain the sequence of both strands of a 40,000-bp DNA, and a major part of the sequencing effort is to obtain and order all of the blocks of sequence needed.

Three basic strategies are used, alone or in combination, to obtain and order these blocks of nucleotide sequence from larger molecules. (i) Mapping strategies use restriction enzymes to obtain and map specific fragments of the DNA molecule; nucleotide sequences of appropriate fragments are determined, and the sequence of the entire molecule is assembled from the known positions of the fragments. (ii) Random strategies determine nucleotide sequences of randomly selected fragments of the molecule; these random blocks of sequence are accumulated until the sequence of the entire molecule can be assembled from overlaps. (iii) Primer-based strategies use already known sequence information to synthesize unique oligonucleotide primers that can be used to extend the sequence.

These strategies are capable of determining the nucleotide sequence of 40,000-bp DNA molecules, but they are labor intensive and expensive, and as such are not well suited to the task of sequencing large numbers of cosmids. I propose a strategy that would greatly simplify the problem of obtaining and assembling blocks of sequence from cosmid DNAs and which, when applied in large volume, would greatly reduce the cost. This strategy is not limited to cloned DNAs and could potentially be applied to DNAs considerably larger than cosmids.

## Statistics of Oligonucleotide Priming

The sequencing strategy I propose comes from a consideration of the statistics of oligonucleotide priming in the enzymatic sequencing technique. Assume that oligonucleotides of arbitrary size can be made to prime DNA synthesis at every perfectly complementary sequence in a DNA molecule but at no other sequence. Further assume that an average cosmid DNA contains 40,000 bp of cloned DNA and 5,000 bp of vector DNA, so that the single strands of such a DNA molecule will contain ≈90,000 potential priming sites. Oligonucleotides as short as hexamers are able to prime efficiently (7) but are too short to provide many unique priming sites in a molecule the size of cosmid DNA. For a DNA molecule of random sequence, the expected frequency of priming sites for a randomly selected oligonucleotide is approximated by the Poisson distribution

$$ P(r) = \frac{n^r e^{-n}}{r!}, \qquad [1] $$

where $P(r)$ is the probability of having exactly $r$ priming sites in the DNA molecule and $n$ is the average number of priming sites for an individual oligonucleotide per DNA molecule = $2L/4^p$, where $L$ is the length of the DNA in base pairs and $4^p$ is the number of different combinations of the four nucleotides

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

Abbreviation: nt, nucleotide(s).

ILL000335

6918    Biochemistry: Studier

*Proc. Natl. Acad. Sci. USA 86 (1989)*

that can form an oligonucleotide of length $p$. The probabilities that oligonucleotides between 6 and 12 nt long will have no priming site, exactly one priming site, or more than one priming site in a DNA of 45,000 bp are given in Table 1.

Primers useful for determining nucleotide sequence are those that have a single priming site in the DNA molecule. As seen in Table 1, the probability $P(1)$ that a randomly chosen oligonucleotide will have a unique priming site in a cosmid is appreciable only for octamers (0.348) and nonamers (0.244). The maximum possible value of $P(1)$ is 0.368, which would be found if the average number of priming sites per DNA molecule were 1. The average number of priming sites for a nonamer in a cosmid DNA is only 0.34, but using a mixture of two or three nonamers would increase this to 0.69 or 1.03, which would increase the probability of unique priming to 0.346 or 0.368. Cosmid DNAs can range in size between ≈37,000 and ≈52,000 bp, and octamers or a mixture of nonamers have about one chance in three of unique priming across this entire size range.

Priming in situations where it is not known whether (or where) the selected oligonucleotide will prime in the DNA molecule will be referred to as random priming. On the other hand, if the sequence of part of the DNA molecule is known, a primer unique to the known sequence can be chosen to direct DNA synthesis into the unknown region. The probability that such a selected primer will be unique in the entire molecule is simply the probability $P(0)$ that no priming site occurs in the unknown sequence. As seen again in Table 1, $P(0)$ for cosmid DNAs becomes appreciable for primers 8 nt or longer and approaches 1 for primers longer than 12 nt. Priming in situations where the selected oligonucleotide is known to prime at a single site within the known sequence is referred to as directed priming, which, for the purposes of this paper, is assumed always to be directed toward an unknown sequence in the DNA molecule being sequenced.

## Sequencing Strategy

The statistics of unique priming suggests that priming with a library of octamers, nonamers, or decamers would be an effective strategy for high-volume sequencing of cosmids. Synthesis of each oligonucleotide produces enough material for perhaps $10^2$–$10^3$ primings, and the same set of primers could be used repeatedly to sequence any cosmid DNA. On the scale of human genome sequencing, the cost of even a very large library of primers would be a negligible fraction of total costs. Once a library were accumulated, all primers needed for sequencing a DNA would be instantly available. A single preparation of DNA would suffice for determining the entire sequence, and the considerable cost and effort of subcloning, mapping, and preparing multiple DNA samples for sequencing would be eliminated. Not all sequencing reactions primed with octamers, nonamers, or decamers

would be productive, but, as shown below, the additional sequencing burden would be relatively small.

Two strategies can be considered—a combination of random and directed priming, where initial blocks of sequence are generated by random priming and then extended by directed priming until they merge (Fig. 1), or completely directed priming, starting from vector sequences at the ends of the cloned DNA. Completely directed priming is somewhat more efficient, particularly with the longer primers, but random priming would allow the sequence of a given DNA to be completed more quickly and would be an efficient way to begin if the sequence of the DNA were completely unknown. The same set of primers could be used to initiate random blocks of sequence in each new DNA, and, in a genome sequencing project, the initial blocks of sequence would be compared with already known sequence to look for any overlaps between the new and previously sequenced DNAs. In such a context, it might be more efficient to use the initial blocks of randomly primed sequence to establish overlaps between cosmids rather than to make the independent effort to order the cosmid DNAs by any means before sequencing them.

In the random phase of sequencing, only about one-third of all sequencing reactions will produce useful sequence information. Each successful reaction should produce about 500 bp of sequence, and the first 10 blocks of randomly primed sequence would be expected to have an average of about one overlap. In a double-stranded DNA, the complement of any unique primer will also be a unique primer, so each of the initial blocks of randomly primed sequence can be extended 500 bp in the opposite direction simply by priming with the complement of the original primer (or mixture of primers). A set of 30 primers and their complements would generate perhaps 20–25% of the sequence in 8–11 blocks of 1000 bp each.

The initial blocks of sequence can be extended in both directions by directed priming. If the switch from random to directed priming is made after the sequence of 10,000 bp of the cloned DNA is known, the probability of obtaining sequence information from a set of sequencing reactions is ≈0.400 when primed by an octamer, 0.795 when primed by a nonamer, and 0.944 when primed by a decamer, and these



FIG. 1.   Sequencing the cloned portion of a cosmid DNA by random and directed priming. Line lengths are to scale for an unknown sequence of 40,000 bp, vector sequences of 2,500 bp at each end, and primings that produce 500 nt of sequence each. The expected fraction of unique primings at each stage is given; during directed extension this fraction would be 0.40–0.74 for octamer primers, 0.80–0.93 for nonamers (as shown), or 0.94–0.98 for decamers (Table 2). Priming from within the vector sequences into the ends of the cloned DNA is assumed to use primers that are long enough to be unique.

Table 1.   Frequencies of priming sites in a 45,000-bp DNA for oligonucleotide primers of different lengths, assuming random nucleotide sequence and random selection of primer

| Primer length $p$ | Total possible primers $(4^p)$ | Average no. of sites per molecule, $n$ | Probability of 0, 1, or >1 priming sites per 45,000-bp DNA molecule | | |
|---|---|---|---|---|---|
| | | | $P(0)$ | $P(1)$ | $P(>1)$ |
| 6 | 4,096 | 22.0 | <$10^{-9}$ | <$10^{-8}$ | 1.000 |
| 7 | 16,384 | 5.49 | 0.004 | 0.023 | 0.973 |
| 8 | 65,536 | 1.37 | 0.253 | 0.348 | 0.399 |
| 9 | 262,144 | 0.343 | 0.709 | 0.244 | 0.047 |
| 10 | 1,048,576 | 0.0858 | 0.918 | 0.079 | 0.003 |
| 11 | 4,194,304 | 0.0215 | 0.979 | 0.021 | <$10^{-3}$ |
| 12 | 16,777,216 | 0.00536 | 0.995 | 0.005 | <$10^{-4}$ |

$n = 90,000/4^p$.

ILL000336

Biochemistry: Studier

*Proc. Natl. Acad. Sci. USA 86 (1989)*     6919

probabilities increase as the amount of unknown sequence decreases (Table 2).

Using the probabilities of unique priming in the random and directed phases, making allowance for redundant sequencing when known blocks of sequence merge, and assuming that unique primers within the vector sequence are used to direct sequencing into the ends of the cloned DNA, the average numbers of sets of sequencing reactions needed to complete the sequence of a cosmid DNA have been estimated (Table 3). An average of 161 sets would be required to complete the first strand when directed priming is by octamers, 117 when by nonamers, or 109 when by decamers, compared with the required minimum of 80. Once the entire sequence is known on one strand, primers known to be unique in the molecule can be selected to complete the confirmatory sequences on the complementary strand. Assuming that these sequences could be completed in the required minimum 80 sets, the entire sequence of both strands could be completed in an average of about 1.51, 1.23, or 1.18 times the minimum of 160 sets required, using octamers, nonamers, or decamers, respectively.

Entirely directed priming, starting from within the vector portion of the cosmid and proceeding sequentially along each strand, would be somewhat more efficient than a combination of random and directed priming. An average of 153 sets of sequencing reactions primed by octamers, 93 by nonamers, or 83 by decamers would be required to complete the sequence of the first strand, compared with the required minimum of 80; completion of both strands would require 1.46, 1.08, or 1.02 times the required minimum of 160 sets (Table 3).

## Library Size

The sequencing efficiency of a primer library depends on the density of unique priming sites represented in the library. If ≈500 nt of sequence can be determined from a set of sequencing reactions, a unique primer must be available within a considerably smaller interval to be able to extend known sequences efficiently. The density of unique priming sites for octamers, nonamers, and decamers in a cosmid DNA is high enough that priming from a complete library would allow any known sequence to be extended with little overlap. Reducing library size increases the average overlap because the primer that would initiate synthesis with minimal overlap may not be present in the library. Any increase in overlap decreases the amount of new sequence that can be obtained from a set of sequencing reactions.

The probability $P(x)$ that a library of oligonucleotides will contain no primer that initiates DNA synthesis uniquely within an interval of $x$ nucleotides in a DNA molecule is

$$P(x) = [1 - P(S)P(0)]^x \qquad [2]$$

Table 2.   Probabilities, $P(0)$, of having no priming sites for an octamer, nonamer, or decamer in different lengths of unknown nucleotide sequence

| | Probability $P(0)$ of no priming site | | |
|---|---|---|---|
| $L$, bp | Octamer | Nonamer | Decamer |
| 45,000 | 0.253 | 0.709 | 0.918 |
| 40,000 | 0.295 | 0.737 | 0.927 |
| 35,000 | 0.344 | 0.766 | 0.935 |
| 30,000 | 0.400 | 0.795 | 0.944 |
| 25,000 | 0.466 | 0.826 | 0.953 |
| 20,000 | 0.543 | 0.858 | 0.963 |
| 15,000 | 0.633 | 0.892 | 0.971 |
| 10,000 | 0.737 | 0.927 | 0.981 |
| 5,000 | 0.858 | 0.963 | 0.991 |

$L$, length of unknown sequence.

Table 3.   Average numbers of sets of sequencing reactions needed to complete the nucleotide sequence of a 45,000-bp cosmid DNA

| | Sets of sequencing reactions | | | |
|---|---|---|---|---|
| | Minimum possible | Primers of length | | |
| | | 8 | 9 | 10 |
| **Random and directed priming** | | | | |
| Priming from vector | 2 | 2 | | |
| Random priming | 9 | 25.9 | | |
| Complementary priming | 9 | 9 | | |
| Directed priming (10,000 bp) | | | | |
| 30,000 bp unknown | 20 | 50.0 | 25.2 | 21.2 |
| 20,000 bp unknown | 20 | 36.8 | 23.3 | 20.8 |
| 10,000 bp unknown | 20 | 27.1 | 21.6 | 20.4 |
| Overlaps | | 10 | 10 | 10 |
| First strand total | 80 | 160.8 | 117.0 | 109.3 |
| Complement | 80 | 80 | 80 | 80 |
| Both strands | 160 | 240.8 | 197.0 | 189.3 |
| Ratio | 1.00 | 1.51 | 1.23 | 1.18 |
| **Completely directed priming** | | | | |
| Priming from vector | 2 | 2 | 2 | 2 |
| Rest of first strand | 78 | 151.1 | 91.0 | 81.0 |
| Complement | 80 | 80 | 80 | 80 |
| Both strands | 160 | 233.1 | 173.0 | 163.0 |
| Ratio | 1.00 | 1.46 | 1.08 | 1.02 |

It is assumed that the cosmid DNA contains 40,000 bp of unknown sequence and 5,000 bp of known vector sequence, that 500 nt of sequence is obtained from each set of productive sequencing reactions, and that the following strategies are used: (*i*) random priming with octamers, followed by directed priming with octamers, nonamers, or decamers after 25% of the sequence has been determined; or (*ii*) completely directed priming with octamers, nonamers, or decamers. Priming from within the vector sequence is assumed to be unique.

where $P(S)$ is the probability that an oligonucleotide that primes at a particular site will be found in the library, and $P(0)$ is the probability that the selected primer will be unique in the entire DNA molecule. For a library of oligonucleotides of length $p$, $P(S)$ is simply the number of oligonucleotides in the library divided by $4^p$, the total possible number; $P(0)$ is given by the Poisson distribution and is a function of both the length of the DNA molecule and the length of the primer.

Two quantities derived from the above expression are useful for estimating and comparing efficiencies of libraries, the 90% priming interval and the average priming interval. The 90% priming interval is the nucleotide length in a cosmid DNA within which the library has a 90% chance of having a primer that initiates uniquely. This length provides a convenient estimate of the longest overlap likely to be needed to extend a known sequence, since a library has a 99% chance of priming uniquely within twice the 90% interval, a 99.9% chance within three times the 90% interval, etc. The average priming interval, on the other hand, is the nucleotide length needed to reach the first useful priming site represented in the library and is given by

$$\sum (x - 1)\,[P(x - 1) - P(x)] = \frac{1}{P(S)P(0)} - 1. \qquad [3]$$

This is the average reduction in new sequence obtained per reaction set when the library is used to extend known sequences.

Library sizes of octamers, nonamers, or decamers needed to achieve different priming densities are given in Table 4. Libraries with a 90% priming interval of 25 nt are very

*Proc. Natl. Acad. Sci. USA* 86 (1989)

Table 4. Library sizes of octamers, nonamers, or decamers required for different priming intervals in cosmid DNAs

| Priming interval | | Library size required | | |
|---|---|---|---|---|
| 90% | Average | Octamer | Nonamer | Decamer |
| 12.5 | 4.9 | 43,532 | 62,167 | 192,219 |
| 25 | 10.4 | 22,768 | 32,514 | 100,532 |
| 50 | 21.2 | 11,646 | 16,631 | 51,423 |
| 100 | 42.9 | 5,890 | 8,411 | 26,008 |
| 200 | 86.4 | 2,962 | 4,230 | 13,079 |

efficient for sequencing cosmids: the length of new sequence obtained per reaction set would be reduced an average of only 10.4 nt, ≈2% of the 500 nt of sequence typically obtained, and fewer than one cosmid in five would require an overlap as long as 75 nt. This level of efficiency requires ≈22,800 octamers, 32,500 nonamers, or 100,000 decamers. Libraries containing as few as 5,900 octamers, 8,400 nonamers, or 26,000 decamers would still be reasonably efficient: the length of new sequence obtained per reaction set would be reduced by ≈43 nt, <10%, but an average of about two sequence extensions per cosmid would require an overlap of >200 nt. Optimum library size will presumably reflect some balance between the costs of analyzing sequencing reactions or of adding more oligonucleotides to the library.

To have an equivalent sequencing efficiency, a library need contain only ≈43% more nonamers than octamers but >3-fold more decamers than nonamers, the difference reflecting the effect of P(0). Equivalent sequencing efficiencies with longer primers require ≈4-fold increase in library size for each additional nucleotide of primer length.

## Cost of Primers

In a large-scale sequencing project, each preparation of a primer would ultimately be completely used for generating sequence and then replaced. The cost of primers in such a situation can be estimated to be <$10⁻³ per nucleotide of sequence obtained. [Custom synthesis of 0.2 μmol of an octamer can currently be purchased commercially for $60, a nonamer for $65, or a decamer for $70 (from Genetic Designs, Houston, TX, for example). Assume that 1 pmol is used to prime each sequencing reaction, that an average of 500 nt of sequence is obtained from each set of four reactions, and that the entire sample is used for priming sequencing reactions; under these conditions, the cost of primer would be <$10⁻³ per nt of sequence obtained.] Libraries of 22,800 octamers, 32,500 nonamers, or 100,000 decamers would have more than enough priming capacity to sequence the entire human genome, and even if purchased at current commercial prices the most expensive would cost only ≈$0.001 per nt of human genome, a small fraction of other costs. By contrast, equivalent costs for primers in conventional primer-based sequencing would be ≈$0.20 per nt of sequence obtained, assuming primers are 16 nt long and used only once.

An extensive library of primers and its attendant expense need not be provided at the outset. A limited set of perhaps 30–60 primers and their complements could be used repeatedly to prime the initial sequencing reactions on different cosmids. Primers for extending known sequences in each cosmid could be synthesized as required and added to the library. Initially, the cost of sequencing would be similar to that of conventional primer-based sequencing, but as the library increased, fewer new primers would have to be synthesized and the cost of sequencing would steadily decline. A highly efficient library would be accumulated by the time a few hundred cosmids had been sequenced. No matter how a library were accumulated, it would have so much

priming capacity that it could be divided among multiple sequencing centers.

## Potential Problems

The success of this sequencing strategy depends on finding conditions for error-free priming by a wide range of octamers, nonamers, or decamers. M. Blewitt and X. Zhang of this laboratory have tested about a dozen octamers for ability to prime DNA synthesis by modified T7 DNA polymerase (Sequenase, United States Biochemical) at sites known to be unique in T7 DNA or λ DNA, double-stranded molecules of known sequence that are about the size of a cosmid (8–10). Some of these octamers primed very clean sequencing ladders, equivalent to the best obtained with any primer (for example, see Fig. 2). However, others seemed to prime poorly, to prime at more than one site, or to prime at an incorrect site. About one-third to one-half of the octamers gave good sequence information under at least one condition tested so far. Nonamers and decamers would be expected to be somewhat better primers than octamers.

Inaccurate or inefficient priming could have several causes. Some oligonucleotides might not prime selectively or efficiently for reasons intrinsic to their sequence or structure, or might prime effectively under some reaction conditions but not others. For example, primers that are palindromes would not be useful for sequencing double-stranded DNA because if they prime at all they must prime at sites in both strands. Priming might also be affected by folded structures in the template DNA, which could mask or expose priming sites. If we can learn general rules for predicting which primers will be useful and for optimizing reaction conditions, a defined subset of octamers, nonamers, or decamers would be sufficient for the success of this sequencing strategy.

## Implementation of the Sequencing Strategy

The first step in implementing this sequencing strategy is to establish conditions where a suitable fraction of octamers, nonamers, or decamers can be used reliably to prime sequencing reactions. Once conditions for reliable priming are established, it may be worth trying to develop a simple test for identifying those sequencing reactions where the oligonucleotide did not prime DNA synthesis or, if possible, to distinguish whether DNA synthesis had been primed at zero, one, or more than one site. Such a test might be based on the yield of acid-precipitable or hybridizable radioactivity or fluorescence. If a reliable test could be developed, the efficiency of the sequencing process could be increased by eliminating the need for gel electrophoresis of samples that will not give useful sequence information. Such a test would be particularly useful for increasing the efficiency of random priming, which can provide useful sequence information in a maximum of 37% of reactions.

Information such as base composition, dinucleotide frequencies, or the sequences of repeated elements in the DNA to be sequenced can be used to optimize the composition or use of a primer library. For example, primers for known highly repeated sequences of a genome might be excluded from the set used for random priming. If the same 5,000-bp cosmid vector were used for all cosmids to be sequenced, an octamer library could be reduced 14%, a nonamer library 4%, and a decamer library 1% without loss of priming efficiency, simply by excluding oligonucleotides that would prime within the known vector sequence.

Computer programs tailored to this strategy will also need to be developed. Initial blocks of sequence produced by random priming must be compared with each other and to the emerging genomic sequence to identify overlaps. A computer will be needed for selecting primers for extending sequences

ILL000338

*Proc. Natl. Acad. Sci. USA 86 (1989)*    6921

in a given cosmid and to identify overlaps when blocks of sequence merge. Inventory and maintenance of large libraries of primers might also benefit from special programs.

### Sequencing Other Nucleic Acids

Once an appropriate primer library is available, it can be used for direct sequencing of DNA of any size up to 45,000 bp, and presumably for RNAs as well. The DNA can be from any source, need not be cloned, and can be single- or double-stranded. A strategy of random and directed priming could be particularly useful for direct sequencing of viral nucleic acids of completely unknown sequence. The random priming phase itself, using an appropriate set of primers, could provide rapid and specific identification of viral nucleic acids.



FIG. 2. Sequencing T7 DNA with a unique octamer primer. T7 DNA was prepared from phage particles that had been purified by isopycnic centrifugation in CsCl solution: wild-type DNA was released from the phage particles by phenol extraction followed by chloroform extraction; mutant X134 DNA was released by heating for 5 min at 65°C in 10 mM Na₂EDTA solution. Each DNA was precipitated with 2 vol of 95% (vol/vol) ethanol and redissolved in 10 mM Tris·HCl/0.1 mM Na₂EDTA, pH 8.0 at 800 μg/ml. For sequencing reactions, 10 μl of DNA solution was heated for 3 min in a boiling-water bath and cooled on ice; 1 μl containing 1 pmol of octamer primer (GGCCATTG) plus 2 μl of 200 mM Tris·HCl, pH 7.5/100 mM MgCl₂/250 mM NaCl were added. After 30 min on ice, the two-step sequencing protocol for sequencing with Sequenase (United States Biochemical) was followed, except that the 5-min labeling reaction, using [α-³⁵P]dATP, was on ice rather than at room temperature. Electrophoresis was through a 0.4-mm thick 6% polyacrylamide gel, with two loadings. After electrophoresis, the gel was soaked in 10% (vol/vol) acetic acid/12% methanol (vol/vol) for 15 min and then dried under vacuum before autoradiography. Priming extended rightward from nt 3607 of T7 DNA (9); nt numbers in T7 DNA are indicated. Mutant X134 DNA contains C → T mutations at nt 3687 and 3854.

In principle, this sequencing strategy could work for molecules longer than cosmids, provided that oligonucleotides of an appropriate length would serve as unique primers for sequencing reactions. However, the longer the template the more of it is needed to provide an equivalent molar concentration of substrate for sequencing reactions, and this limitation will eventually prevail. (For example, direct sequencing of the human genome would theoretically be possible with primers 16 nt long, but sequencing reactions comparable to those of Fig. 2 would require 600 mg of DNA at a concentration of 60 g/ml.) Unique priming is clearly feasible for DNAs 40,000 bp long, as shown in Fig. 2; the upper limit of DNA length will depend ultimately on how sensitively the products of DNA sequencing reactions can be detected.

In random priming, more than one-third of sequencing reactions will be informative as long as the average number of priming sites per molecule is between 0.6 and 1.5, corresponding to double-stranded DNAs 20,000 to 50,000 bp long for octamer primers, 80,000 to 200,000 bp for nonamers, and 320,000 to 800,000 bp for decamers. For directed priming, the library size and the length of primer needed for a given sequencing efficiency will increase with the length of the DNA to be sequenced. For example, a library having a 90% priming interval of 25 nt for a DNA of 200,000 bp is not possible with octamers and would require 106,000 nonamers or 135,000 decamers. Determining the complete nucleotide sequence of both strands by a random and directed priming strategy would require 1.67 or 1.14 times the minimum possible number of sequencing reactions, depending on whether nonamers or decamers were used.

The economy of the sequencing strategy outlined here comes from repeated use of primers from a library. Random priming on any DNA requires only a limited set of primers. Cosmids provide large numbers of DNAs of a size to make efficient use of a library of octamers, nonamers, or decamers. Unless a comparable source of larger DNAs becomes available (from a new type of cloning vector or an interesting collection of viral DNAs, for example), larger libraries of longer primers may not be competitive with simply subcloning or fragmenting longer DNAs to about cosmid size for sequencing, or sequencing them directly with a library of primers developed for cosmid DNAs, but with reduced efficiency.

I thank M. Blewitt and X. Zhang for testing the priming ability of octamers on T7 and λ DNAs and K. Thompson for confirming some of the calculations. This work was supported by the Office of Health and Environmental Research of the U.S. Department of Energy.

1. Sanger, F., Nicklen, S. & Coulson, A. R. (1977) *Proc. Natl. Acad. Sci. USA* 74, 5463–5467.
2. Maxam, A. M. & Gilbert, W. (1977) *Proc. Natl. Acad. Sci. USA* 74, 560–564.
3. Collins, J. & Hohn, B. (1978) *Proc. Natl. Acad. Sci. USA* 75, 4242–4246.
4. Wilson, R. K., Yuen, A. S., Clark, S. M., Spence, C., Arakelian, P. & Hood, L. E. (1988) *BioTechniques* 6, 776–787.
5. Smith, L. M., Sanders, J. Z., Kaiser, R. J., Hughes, P., Dodd, C., Connell, C. R., Heiner, C., Kent, S. B. H. & Hood, L. E. (1986) *Nature (London)* 321, 674–679.
6. Prober, J. M., Trainor, G. L., Dam, R. J., Hobbs, F. W., Robertson, C. W., Zagursky, R. J., Cocuzza, A. J., Jensen, M. A. & Baumeister, K. (1987) *Science* 238, 336–341.
7. Feinberg, A. P. & Vogelstein, B. (1983) *Anal. Biochem.* 132, 6–13.
8. Dunn, J. J. & Studier, F. W. (1983) *J. Mol. Biol.* 166, 477–535.
9. Moffatt, B. A., Dunn, J. J. & Studier, F. W. (1984) *J. Mol. Biol.* 173, 265–269.
10. Sanger, F., Coulson, A. R., Hong, G. F., Hill, D. F. & Petersen, G. B. (1982) *J. Mol. Biol.* 162, 729–773.

ILL000339

DNA AND CELL BIOLOGY
Volume 11, Number 4, 1992
Mary Ann Liebert, Inc., Publishers
Pp. 337–343

# Multiplex Random Priming of Internal Restriction Fragments for DNA Sequencing

PIERRE CHRÉTIEN and SHI-HSIANG SHEN

## ABSTRACT

An approach for DNA sequencing is described that circumvents the need for synthetic oligonucleotide primers, which seriously restrict the progress of DNA sequencing in the commonly used protocol. The method is based on the use of short restriction fragments as primers randomly distributed along single-stranded templates. Premapping of target DNA is eliminated and subcloning manipulation is minimized. This method has been used successfully for sequencing genes in the range of 2 kb, for which about 10 restriction fragment primers per kilobase were sufficient to generate a continuous overlapping sequence in alignment. The approach has also been readily applied for an automated sequencing system with the fluorescent chain-terminating dideoxynucleotides, thus implying its potential for sequencing large genomic DNAs.

## INTRODUCTION

THE ADVANCES in DNA sequencing methods have made a great impact on modern molecular biology. Two DNA sequencing systems are available: the chemical degradation of DNA developed by Maxam and Gilbert (1977) and the dideoxy chain-termination of enzymatic synthesis developed by Sanger and co-workers (Sanger et al., 1977a). In the Sanger method, a large DNA fragment, such as the bacteriophage genome, is sequenced directly by using previously mapped restriction fragments as primers in combination with other methods (Sanger et al., 1977b). However, a detailed mapping of such a large fragment requires very labor-intensive manipulations, making this sequencing procedure little used. Instead, sequencing subclones from random shotgun (Messing et al., 1981) or systematic deletion of target DNA appeared to be more efficient (Sanger et al., 1980; Hong, 1982; Ahmed, 1985; Peng and Wu, 1986). Currently, the most commonly employed strategy for sequencing is to use synthetic oligonucleotides as primers, thereby further eliminating the subcloning procedure. In the current protocol, synthetic primers are designed from previously determined sequence data, and new sequence data are progressively expanded by priming these synthetic primers walking on the template (Zimmerman et al., 1990). The progress of sequencing a DNA molecule is, therefore, completely restricted by the previous sequence

data from which usually only one primer for each strand can be designed. To circumvent this limitation, we have reinvestigated the Sanger's restriction fragment method for sequencing. To improve and simplify this method, short restriction fragments were randomly primed along single-stranded templates. Thus, the prior knowledge of restriction mapping or sequence data for interest DNA is not required in the modified approach. With this method, substantial overlapping sequence data can be simultaneously and rapidly generated by multiplex priming of random restriction fragments on a large DNA fragment. With the availability of fluorescent dideoxynucleotides for chain termination, this method has been readily extended and applied for computer-based automatic base sequence identification (Prober et al., 1987).

## MATERIALS AND METHODS

### DNA cloning and preparation

The Kpn I–Snab I fragment (1.6 kb) of the Escherichia coli DinF gene (Kenoy and Walker, 1980) was inserted into Bluescript KS Plus and Minus vectors (Stratagene) at the Kpn I and Eco RV sites. The resulting plasmids were designated M13F1 and M13F2. The Sma I fragment (2 kb) containing the glucanase gene (Shen et al., 1991) was also cloned into both vectors, generating the plasmids M13G17 and M13G18. DNA manipulations were carried out by

Section of Molecular Genetics, Biotechnology Research Institute, National Research Council of Canada, Montréal, Québec, H4P 2R2 Canada.

337

standard methods (Maniatis *et al.*, 1982). *E. coli* strain HB2151 was used as host cells. Bacteria were grown in 2YT medium containing ampicillin (100 mg/liter). Double-stranded plasmid DNA was prepared by alkaline lysis and the CsCl gradient method (Maniatis *et al.*, 1982). Single-stranded DNA was obtained by infecting transformed cells with M13KO7 helper phage (Bio-Rad) and purifying the viral form of Bluescript from the culture supernatant as described elsewhere (Kunkel *et al.*, 1987).

### Polymerase chain reaction amplification of the insert

DNA fragments inserted in the Bluescript vectors were amplified in a Perkin-Elmer Cetus Thermal Cycler for 30 cycles as following: 94°C for 1 min, 50°C for 2 min, and 72°C for 3 min. At the end of the last cycle, an additional 10 min at 72°C was added and the samples were then cooled down to 4°C until recovered. Reactions were carried out in a total volume of 50 µl containing 10 ng of single-stranded DNA template, 50 pmoles of the M13 universal and reverse primers, 20 nmoles of each dNTP, 5 units of *Taq* DNA polymerase (Cetus), and 5 µl of the PCR buffer (100 m*M* Tris-HCl, 500 m*M* KCl, 23 m*M* MgCl$_2$, 4 mg/ml BSA). After amplification, the reactions were extracted twice with phenol-chloroform and the DNA was precipitated at −20°C by adding 0.1 volume of 2.0 *M* sodium acetate pH 7.0 and 2.5 volumes of ethanol. Each 50 µl of the PCR reaction usually yields 5 µg of amplified DNA.

### Preparation of DNA fragments

The DNAs were digested by the following 4-bp recognition enzymes: *Alu* I, *Bstu* I, *Hae* III, *Hha* I, *Hpa* II, *Rsa* I, *Sau* 3AI, and *Taq* I. The restricted DNA fragments were separated on 12% polyacrylamide gel and stained with ethidium bromide. Bands of interest were cut out and crushed in Eppendorf tubes using a small spatula. DNA was eluted from the polyacrylamide gels by agitation at 37°C in elution buffer (Maniatis *et al.*, 1982) for 90 min. The DNA fragments were recovered by precipitation with 2.5 volumes of ethanol at −70°C overnight. Yields were found to be 40–80% depending on the size of the fragments.

### Sequencing reactions and products detection

For conventional radioactive reactions, the Pharmacia T7 DNA polymerase kit and [$^{35}$S-α-thio]dATP were employed with the following modifications. The primer and the template were mixed and denatured in the annealing buffer for 5 min at 100°C, and then they were annealed by slowly cooling down to room temperature within 20–30 min. All reactions were carried out by using half of the recommended quantities. The extension-termination reactions were chased by adding 1 µl of the following mixture: 2.5 m*M* of each dNTP and 0.5 U/µl of Klenow enzyme to each reaction tube. The reaction mixture was incubated for 5 min at 37°C. In the reaction of the fluorescent chain-ter-

minating dideoxynucleotides, the DyeDeoxy Termination *Taq* sequencing kit of Applied Biosystems was used for the single-stranded cycling procedure as recommended, except that the ratio of primer to template was increased to 3:1. After the purification of the extended products, the automated processed data was obtained from the 373A ABI Sequencer (Applied Biosystems) performed as described previously (Smith *et al.*, 1986).



**FIG. 1.** A schematic diagram of the method. Inserts to be sequenced are indicated by the solid box in the plasmid and by thicker lines in the single-stranded phage DNA. The numbers 1, 2, 3, and 4 refer to restriction fragments obtained by digestion. The straight arrows represent the orientation of the template DNA strands in 5′ to 3′ direction. Short broken arrows indicate the priming positions and sequencing directions of different fragments. Dashed lines (bottom) represent reaction products that have contributed to readable sequences produced by the corresponding primers.

ILL000341

SEQUENCING DNA WITHOUT OLIGONUCLEOTIDE PRIMERS                    339

*Data analysis*

Autoradiographs of sequencing gels were read using the IBI gel reader and software. Sequences obtained were aligned by using Beckman's MicroGenie software.

### RESULTS

The principle of this method is illustrated schematically in Fig. 1. DNAs to be sequenced are first cloned into both plus (+) and minus (−) phagemids. Both single-stranded and double-stranded DNA are prepared. PCR amplification can be used for the preparation of double-stranded insert. The double-stranded DNAs are then digested by 4-bp recognition restriction enzymes. The resulting restriction fragments are resolved and isolated from polyacrylamide gels. After denaturation, each double-stranded restriction fragment is primed and extended with the complementary single-stranded templates for sequencing. Since restriction fragments are randomly distributed along the templates without prior knowledge of mapping, individual sequence

data obtained are aligned by a computer program to generate a single continuous sequence.

As examples, we cloned the 1.6 kb of the *DinF* gene (Kenyon and Walker, 1980) and the 2 kb of the glucanase gene (Shen *et al.*, 1991) into Bluescript KS plus and minus vectors for sequencing. The double-stranded DNA of the *DinF* gene was prepared by PCR amplification using the M13 universal and reverse primers. To generate an adequate number of primers covering the entire region of the insert DNA, the double-stranded insert was digested separately by different restriction enzymes. In general, digestions by about eight different restriction enzymes (4 bp) produced an adequate number of fragments to accomplish sequencing of about 2 kb of target DNA. For the *DinF* gene, digestions with single enzyme sometime did not produce suitable fragments. In this case, double enzyme digestions were used to obtain appropriate primers for sequencing. Figure 2A shows the digestion pattern of the *DinF* gene insert on the polyacrylamide gel. Since the suitable sizes were found to be a range from 20 to 80 bp (see below), any fragments below the 100 bp marker were isolated from the gel as primers. Fragments with a length less



FIG. 2.  Preparation of the primers from the polyacrylamide gels.  A. A 12-μg amount of DNA amplified by PCR from the single-stranded DNA of M13F1 was digested by enzymes as shown. Fragments were separated on 12% polyacrylamide gels and stained with ethidium bromide.  B. Plasmid DNAs (30 μg each) were digested by enzymes as indicated and fragments were separated as in A. Lanes marked with + were from the plasmid M13G17 and with − from the control Bluescript vector without the insert. A, *Alu* I; B, *Bstu* I; Ha, *Hae* III; Hh, *Hha* I; Hp, *Hpa* II; R, *Rsa* I; S, *Sau* 3AI; and T, *Tac* I.

ILL000342

340                                                         CHRÉTIEN AND SHEN

A                                              B



FIG. 3. Representative sequencing
autoradiograph. A. Comparison of
sequencing ladders primed by restriction
enzyme fragments having different
lengths. Reaction products were electro-
phoresed on 6% polyacrylamide gels.
Numbers indicated on the top represent
the lengths of the fragments used in the
sequencing reactions. Lane U, priming
with the universal primer; lane R, prim-
ing with the reverse primer. B. Com-
parison of sequencing results produced
by double-stranded primer (D) and sin-
gle-stranded primer (R). Each set of re-
action products was electrophoresed.
The left sets were the first loadings and
the right sets were the second loadings,
respectively.

than 16 bp were hardly visible in gels stained with ethidium
bromide. Alternatively, the plasmid DNA containing the
glucanase gene was prepared for double-stranded DNA by
the conventional method. In this case, the digestions of the
control vector without insert should be run side by side
with the samples (Fig. 2B). Similarly, any restriction frag-
ments smaller than 100 bp that did not show in the control
lanes were isolated. A total number of 20 fragments from
the *Dinf* gene in M13F1 and 34 from the glucanase gene in
M13G17 were readily isolated from gels shown in Fig. 2, A
and B, respectively. The overall yield of the fragments iso-
lated from gels was about 60%, as measured by counting
the radioactivities of the labeled fragments. The recovery
of the fragments with lengths under 20 bp was less than
50% (data not shown).

For priming, different molar ratios of double-stranded
primer and single-stranded template between 0.5:1 to 20:1
were tested. The ratio of 3:1 was found to be high enough
to achieve satisfactory sequence results. Most of fragments
primed equally well for both templates (minus and plus).
However, in some cases, primers worked only for one of
two complementary templates. At present, we do not have
satisfying explanations for these results. As shown in Fig.
3A, primers with length ranging from 20 to 80 bp all pro-
duced very clean sequencing ladders. Primers longer than
100 bp also worked as well as short ones (data not shown).
However, since longer primers generate less sequence data
due to the limitation of gel resolution for radioactive se-
quencing ladders, we usually do not use fragments bigger
than 100 bp for sequencing. The quality of sequencing lad-

ILL000343



FIG. 4. Processed data of sequence obtained by using fluorescent dideoxynucleotides in 373A ABI Sequencer. Target DNA for sequence analysis was the *DinF* gene. Sequences were generated by using a double-stranded restriction fragment (45 bp) as primer (A) or using the M13 universal synthetic oligonucleotide as primer (B).

ILL000344

Case 3:07-cv-02845-WHA    Document 98-3    Filed 01/25/2008    Page 66 of 101



FIG. 5.    A schematic presentation of a continuous overlapping sequence generated from randomly distributed sequence data. Individual arrows represent regions from which sequence data were obtained by the corresponding primers used.

ders obtained from restriction fragments as primers was indistinguishable from that produced by priming with synthetic oligonucleotides (Fig. 3A, lanes R and U). As with the single-stranded primers, the double-stranded primers normally read over 350 nucleotides from a single set of sequencing reactions, using a standard sequencing gel apparatus (Fig. 3B).

Recently, an automated sequencing method has been developed based on using fluorescent chain-terminating dideoxynucleotides (Prober *et al.*, 1987). As with the conventional method, synthetic oligonucleotides, designed from pre-sequence data, were used as primers in this system. To overcome the limitation of using synthetic primers in the automation method as well as to improve sequencing efficiency in the present method, restriction fragments were replaced for synthetic oligonucleotides as primers in DNA sequencing with fluorescent chain-terminating dideoxynucleotides (Prober *et al.*, 1987). In performing sequence analysis in this automatic system, the fluorescence-tagged fragments were detected by a DNA automated sequencer. As shown in Fig. 4A, the double-stranded primer successfully produced fluorescence processed data. The quality of this sequence data generated by the double-stranded fragment was found to be indistinguishable from that obtained by using synthetic oligonucleotides as primers (Fig. 4B). Similar to the conventional radioisotope method discussed above, primers as long as 70 bp generated clear base assignments in fluorescence processed data (data not shown).

Individual sequencing data obtained by random priming of restriction fragments were finally aligned by a computer program. A single continuous sequence of 1.6 kb covering the *DinF* gene in the M13F1 was finally generated by using 16 out of 20 restriction fragments plus the universal and reverse M13 primers (Fig. 5). The number of bases sequenced by these primers totalled 5.4 kb, representing an average of about 3.4 determinations for each base. More than 75% of DNA was sequenced on both strands. Similarly, the sequence of 2 kb DNA of the glucanase gene (Shen *et al.*, 1991) was also accomplished by using its internal restriction fragments as primers (data not shown).

## DISCUSSION

We have shown that this approach for DNA sequencing overcomes the limitation of the current walking primer strategy, which relies on synthetic oligonucleotide primers designed from prior knowledge of the sequence. Our method also eliminates the need for labor-intensive premapping of target DNA and substantially reduces subcloning manipulations of genomic DNA, because the method could directly sequence a large DNA fragment (see below).

Performing DNA sequencing with this method simply requires the preparations of single-stranded templates containing the DNA of interest, and random restriction fragments obtained by digesting the double-stranded target DNA with 4-bp restriction enzymes. The PCR amplification of inserted DNA may save time required for plasmid DNA preparations. Preparations of random primers from several inserts having a length of about 2 kb could be done in less than 2 person days. Using the automated sequencing system, all sequencing reactions primed by restriction fragments from one target DNA can be easily processed for sequence analysis on gels. Corresponding sequence data could be obtained from all of the primers used. These primary data may be adequate for the generation of a single continuous overlapping sequence by computer alignments as demonstrated above in the sequencing of the *DinF* gene. Additional primer isolation and sequence analysis designed from the resulting data could complete any sequence gap left from the initial sequencing results. Thus, integrating this approach into the automated sequencing system would greatly speed up sequence analysis.

Although we have demonstrated the success for sequencing DNA fragments about 2 kb length, this approach could be applied for direct sequencing of much larger DNA fragments. A large insert would be dissected into several fragments by digestions with 6-bp recognition enzymes. Each fragment could be individually redigested by 4-bp recognition enzymes and sequenced by using its own restriction fragment primers as demonstrated above. In principle, the manageable length of DNA to be sequenced by this

ILL000345

*Proc. Natl. Acad. Sci. USA 90 (1993)*



FIG. 3. One hexamer (the front module of Fig. 2c) used as the front module in each of all four M13mp18 sites complementary to it. For each of the four sites, middle and back hexamers were synthesized to anneal next to the identical six-base string. The procedures were as in Fig. 2c.

but only one did so with *Bst* polymerase. Twelve primers of the 6+8 structure were tried (Table 1). Of these, nine had purine–purine base-stacking of which eight gave a readable band pattern with *Bst* polymerase, whereas only six did so with Sequenase. The libraries of hexamer and degenerate octamer would be half the size of a hexamer library for the 6+6+6 structure if purine–purine base-stacking is required in the 6+8 structure. The reasons why the 5+5+7 structure worked better with Sequenase, while 6+8 preferred *Bst* polymerase, are not clear. (The 5+5+5 structure often failed with both polymerases.)

**Modifications in the Technique.** (*i*) A 6+6+6 primer (position 2668) was chosen for sequencing of the double-stranded M13 template, while the single-stranded M13 control was sequenced in parallel (both as described for Fig. 2d, except that the annealing was performed by transferring the microtubes from boiling water directly to ice water; neither alkaline denaturation nor ethanol precipitation was needed). The double-stranded template gave results similar to the single-stranded templates. (*ii*) With fluorescent terminators in mind, we tested two methods of radioactive labeling. In parallel with the end-labeling of the front module by [γ-³²P]ATP as above, the radioactive label was incorporated with [α-³²P]dATP by Sequenase during the primer extension. The primer was of the 6+8 type in position 2891 (the same as in Fig. 1). For [α-³²P]dATP incorporation, we prevented possible extension of the back module by adding dideoxy ATP to the 3' end of the corresponding pentamer, 3'-GGAGC-5', with terminal transferase. (A similar modification of the 3' end may be required with fluorescent terminators or internal labeling in automated sequencing, so that two libraries would be used—unmodified for the front module and modified for the other modules.) Both methods of labeling gave readable band patterns. Modular primers were extended even in a final dNTP concentration as low as 0.1 μM at the labeling step. (*iii*) For most structures of modular primers, quick annealing, such as above (transfer of the microtubes from boiling to ice water, generally resulted in much cleaner but somewhat weaker band patterns than a slower cooling.

Table 1. Modular primers tested by sequencing M13mp18

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| 650 | TACGGA | 2 | 6+6+6 | 657 | AG, AA | + | + |
| 651 | GCATTA | 3 | 6+6+6 | 663 | AA, AA | + | + |
| 652 | AGGAAA | 7 | 6+6+6 | 669 | AA, AA | + | + |
| 653 | ACCGCA | 6 | 6+6+6 | 675 | AA, TA | + | + |
| 636 | TAGACA | 1 | 6+6+6 | 1037 | AG, AA | + | + |
| 637 | GGAGAA | 5 | 6+6+6 | 1043 | AA, CA | + | + |
| 612 | AAGGGA | 4 | 6+6+6 | 1068 | AA, AA | + | + |
| 635 | CGTTCG | 4 | 6+6+6 | 1415 | GG, TG | + | + |
| 672 | CTCCCG | 1 | 6+6+6 | 1736 | GA, CA | + | + |
| 640 | GTGACA | 2 | 6+6+6 | 2095 | AA, TT | + | + |
| 612 | TTGGAG | 3 | 6+6+6 | 2261 | GG, TT | + | + |
| 614 | TGTCAG | 1 | 6+6+6 | 2476 | GA, GA | + | + |
| 615 | ACTGCG | 2 | 6+6+6 | 2482 | GA, CG | + | + |
| 628 | AAATGG | 4 | 6+6+6 | 2668 | GA, AG | + | + |
| 612 | AAGGGA | 4 | 6+6+6 | 2674 | AG, TT | + | + |
| 629 | TAGCCA | 3 | 6+6+6 | 2686 | AA, CA | + | + |
| 625 | ATAATA | 3 | 6+6+6 | 2885 | AA, AA | + | + |
| 3196 | ACGCAA | 3 | 6+6+6 | 2891 | AA, CC | + | + |
| 618 | CAAAGG | 6 | 6+6+6 | 2894 | GA, AA | + | + |
| 612 | AAGGGA | 4 | 6+6+6 | 5593 | AA, AG | + | + |
| 656 | GAAGAG | 4 | 6+6+6 | 7130 | GG, TT | −* | − |
| 658 | TTCATA | 3 | 6+6+6 | 7142 | AA, CC | −* | − |
| 634 | GAGGGA | 3 | 6+6+6 | 1409 | AC, GG | − | − |
| 639 | ACAGAC | 2 | 6+6+6 | 1742 | CA, AC | − | − |
| 641 | ATGAGT | 4 | 6+6+6 | 2101 | TT, GA | + | − |
| 613 | GGGAGT | 2 | 6+6+6 | 2680 | TT, AA | + | + |
| 626 | AATAAT | 8 | 6+6+6 | 2884 | TA, AA | + | + |
| 612 | AAGGGA | 4 | 6+6+6 | 3104 | AC, AT | − | − |
| 657 | GGCGTT | 5 | 6+6+6 | 7136 | CC, TT | −* | − |
| 659 | ATGTCC | 3 | 6+6+6 | 7148 | CC, TA | − | − |
| 660 | CAGTAT | 1 | 6+6+6 | 7154 | TT, AA | − | − |
| 636 | TAGACA | 1 | 6+8 | 1037 | AG | − | − |
| 635 | CGTTCG | 4 | 6+8 | 1415 | GG | + | + |
| 672 | CTCCCG | 1 | 6+8 | 1736 | GA | + | + |
| 640 | GTGACA | 2 | 6+8 | 2095 | AA | − | + |
| 612 | TTGGAG | 3 | 6+8 | 2261 | GG | + | + |
| 614 | TGTCAG | 1 | 6+8 | 2476 | GA | + | + |
| 615 | ACTGCG | 2 | 6+8 | 2482 | GA | + | + |
| 628 | AAATGG | 4 | 6+8 | 2668 | GA | − | + |
| 612 | AAGGGA | 4 | 6+8 | 2674 | AG | − | + |
| 634 | GAGGGA | 3 | 6+8 | 1409 | AC | − | − |
| 639 | ACAGAC | 2 | 6+8 | 1742 | CA | + | + |
| 641 | ATGAGT | 4 | 6+8 | 2101 | TT | − | + |
| 527 | TCGTG | 2 | 5+5+7 | 213 | GG, AA | − | − |
| 525 | TCACA | 4 | 5+5+7 | 641 | AA, GA | + | + |
| 521 | AGACA | 10 | 5+5+7 | 1037 | AG, AA | + | − |
| 506 | AAAGG | 11 | 5+5+7 | 2894 | GA, AA | − | − |
| 508 | AGCCA | 12 | 5+5+7 | 2899 | AA, AA | + | + |
| 508 | CCAAA | 10 | 5+5+7 | 2901 | AG, GA | + | − |
| 519 | GAGGG | 9 | 5+5+7 | 1408 | GA, TC | − | − |
| 516 | TGACA | 12 | 5+5+7 | 2095 | AA, GT | + | − |
| 502 | GTCAG | 2 | 5+5+7 | 2476 | GA, CG | − | − |
| 501 | AGGGA | 10 | 5+5+7 | 2674 | AG, GT | − | − |
| 512 | ACAGA | 8 | 5+5+7 | 2772 | AA, CA | + | − |
| 3199 | CGCAA | 15 | 5+5+7 | 2891 | AA, GC | + | + |

Columns: 1, front module identification numbers; 2, front module 3' → 5' sequence; 3, number of occurrences of the complementary site in the single-stranded M13mp18 template; 4, structure type of the modular primer (see text); 5, position in single-stranded M13mp18 (GenBank numbering) of the labeled 5' end of the front module; 6, base order in the stacking between the modules (from front to back modules); 7 and 8, success of the modular primer with Sequenase and *Bst* polymerase, respectively (determined by whether a readable band pattern is obtained, regardless of the band intensity).
*These primers did work when the template secondary structure was suppressed (see text).

ILL000346

method would be limited by the size of insert that can be cloned into vectors. For the Bluescript vector, an approximately 10-kb fragment will normally be expected to be workable in cloning. Thus, this method may have potential for sequencing large genomic DNAs.

## ACKNOWLEDGMENTS

We are grateful to Dr. S. Sillaty for his help in this work and to Dr. D. Thomas for his useful suggestion of using PCR for the preparation of double-stranded DNAs. We also thank M. Estable for automated sequencing and Drs. L. Yuen and S. Wing for their comments on the manuscript.

## REFERENCES

AHMED, A. (1985). A rapid procedure for DNA sequencing using transposon-promoted deletions in *Escherichia coli*. Gene 39, 305–310.

HONG, G.F. (1982). A systematic DNA sequencing strategy. J. Mol. Biol. 158, 539–549.

KENYON, C.J., and WALKER, G.C. (1980). DNA-damaging agents stimulate gene expression at specific loci in *Escherichia coli*. Proc. Natl. Acad. Sci. USA 77, 2819–2823.

KUNKEL, T.A., ROBERTS, J.D., and ZAKOUR, R.A. (1987). Methods Enzymol. 154, 367–382.

MANIATIS, T., FRITSCH, E.F., and SAMBROOK, J. (1982). *Molecular Cloning: A Laboratory Manual*. (Cold Spring Harbor Laboratory, Cold Spring Harbor, NY).

MAXAM, A.M., and GILBERT, W. (1977). A new method for sequencing DNA. Proc. Natl. Acad. Sci. USA 74, 560–564.

MESSING, J., CREA, R., and SEEBURG, P.H. (1981). A system for shotgun DNA sequencing. Nucleic Acids Res. 9, 309–321.

PENG, Z.-G., and WU, R. (1986). A simple and rapid nucleotide sequencing strategy and its application in analyzing a rice histone 3 gene. Gene 45, 247–252.

PROBER, J.M., TRAINOR, G.L., DAM, R.J., HOBBS, F.W., ROBERTSON, C.W., ZAGURSKY, R.J., COCUZZA, A.J., JENSEN, M.A., and BAUMEISTER, K. (1987). A system for rapid DNA sequencing with fluorescent chain-terminating dideoxynucleotides. Science 238, 336–343.

SANGER, F., AIR, G.M., BARRELL, G.B., BROWN, N.L., COULSON, A.R., FIDDES, J.C., HUTCHISON III, C.A., SLOCOMBE, P.M., and SMITH, M. (1977a). Nucleotide sequence of bacteriophage φX174 DNA. Nature 265, 687–695.

SANGER, F., NICKLEN, S., and COULSON, A.R. (1977b). DNA sequencing with chain-terminating inhibitors. Proc. Natl. Acad. Sci. USA 74, 5463–5467.

SANGER, F., COULSON, A.R., BARREKK, B.G., SMITH, A.J.H., and ROE, B.W. (1980). Cloning in single-stranded bacteriophage as an aid to rapid DNA sequencing. J. Mol. Biol. 143, 161–178.

SHEN, S.H., CHRÉTIEN, P., BASTIEN, L., and SLILATY, S.N. (1991). Primary sequence of the glucanase gene from *Oerskovia xanthineolytica*. J. Biol. Chem. 266, 1058–1063.

SMITH, L.M., SANDERS, J.Z., KAISER, R.J., HUGHES, P., DODD, C., CONNELL, C.R., HEINER, C., KENT, S.B.H., and HOOD, L.W. (1986). Fluorescence detection in automated DNA sequence analysis. Nature 321, 674–679.

ZIMMERMAN, J., VOSS, H., SCHWAGER, C., STEGEMANN, J., STUCKY, K., KRISTENSEN, T., and ANSORGE, W. (1990). A simplified protocol for fast plasmid DNA sequencing. Nucleic Acids Res. 18, 1067.

Address reprint requests to:
*Dr. Shi-Hsiang Shen*
*Section of Molecular Genetics*
*Biotechnology Research Institute*
*National Research Council of Canada*
*6100 Royalmount Avenue*
*Montréal, Québec, H4P 2R2 Canada*

Received for publication February 18, 1992.

*Proc. Natl. Acad. Sci. USA*
Vol. 90, pp. 4241–4245, May 1993
Biochemistry

# DNA sequencing: Modular primers assembled from a library of hexamers or pentamers

(base-stacking/primer extension/oligonucleotide annealing/primer walking/walking primer)

LEV E. KOTLER, DINA ZEVIN-SONKIN, IRINA A. SOBOLEV, ALEXANDER D. BESKIN, AND LEVY E. ULANOVSKY*

Department of Structural Biology, The Weizmann Institute of Science, Rehovot 76100, Israel

Communicated by Charles R. Cantor, January 8, 1993 (received for review November 14, 1992)

**ABSTRACT**    Here we report a striking effect displayed by "modular primers," which consist of hexamer or pentamer oligonucleotide modules base-stacked to each other upon annealing to a DNA template. Such a combination of modules is found to prime DNA sequencing reactions uniquely, unlike either of the modules alone. We attribute this effect in part to the increase in the affinity of an oligonucleotide for the template in the presence of an adjacent module. All possible pentamer (or hexamer) sequences total 1024 (or 4096) samples, a manageable size for a presynthesized library. This approach can replace the synthesis of primers, which is the current bottleneck in time and cost of the primer walking sequencing, and can allow full automation of the closed cycle of walking.

In most strategies of DNA sequencing, such as random "shotgun" or nested deletion subcloning, the major bottleneck in efficiency is not the stage of sequencing *per se* but, rather, the "front end" (subcloning and template preparation) and/or the "back end" (integration of sequences from individual shotgun runs). In contrast, sequencing by primer walking minimizes the front and back end problems, using the same template many times in a processive manner, with a new primer for each run. But it presents its own bottleneck in terms of time and cost—the primer synthesis step. This step produces a huge excess, of about six orders of magnitude, of the synthesized primer (0.2–1.0 µmol) over the amount needed for a typical sequencing reaction (0.5 pmol). Studier (1) suggested to eliminate the need for synthesis of walking primers by building a library of presynthesized short oligonucleotides (8-mers and/or 9-mers, the shortest primers expected to be unique for plasmid size templates), but the size of such a potential library, even an incomplete one, is problematic. Szybalski (2) proposed that two hexamers be ligated on the template into a unique 12-mer primer, a 64-fold reduction in the (6-mers vs. 9-mers) library size, but complete ligation of hexamers on the template is yet to be shown.

The present article describes a remarkable manyfold increase in the sequence specificity of priming by short oligonucleotides, such as hexamers or pentamers, when tandemly annealed to the DNA template, as compared to each of them separately. In DNA sequencing reactions this phenomenon results in unique priming by what we term a "modular primer," a tandem string of two or three short oligonucleotides, with no ligation required whatsoever. In contrast, the same pentamers or hexamers show nonunique, multiple priming when used "one at a time" (without adjacent partners). This effect is interpreted here as resulting in part from the increase in the affinity of the oligonucleotide for the template caused by their base-stacking, as they anneal to the template next to each other, in comparison with their an-

nealing alone, with no neighbors. Modular primers showed a 91% success rate in sequencing reactions, which is comparable to the performance of conventional 17-mer primers.

A complete oligonucleotide library of all possible pentamer or hexamer sequences comprises only 1024 or 4096 samples, respectively, and would remove the need for synthesis of new primers for each walking step. Not only time but also cost per walking step is thus reduced, since the scale of oligonucleotide synthesis is sufficient to produce thousands of libraries for users. Furthermore, modular primers would allow full automation of the closed cycle of walking sequencing, which is currently impossible because of the primer synthesis stage. With processive sequencing of continuous DNA templates as long as tens of kilobases at hand, subcloning artefacts, such as DNA rearrangements, and unclonable segments would be minimized.

## MATERIALS AND METHODS

Gel-purified oligonucleotides were supplied by the synthesis service of the Weizmann Institute of Science and Biotechnology General (Israel). The front modules and the control 15-mers and 18-mers were end-labeled (3) by T4 polynucleotide kinase (Boehringer Mannheim) with [γ-³²P]ATP (6000 Ci/mmol; 1 Ci = 37 GBq; DuPont/NEN). The sequencing of M13mp18 single-stranded DNA template (United States Biochemical) was performed with reagents from the sequencing kits for Sequenase version 1.0 (United States Biochemical) and *Bst* polymerase (Bio-Rad, no. 170-3404). For *Bst* polymerase, the ddNTP concentrations were as specified in the "extended sequencing protocol" of the kit, except that the ddNTP/dNTP ratios were as in the "standard sequencing protocol." For both polymerases, the annealing reaction volume was 12 µl, containing 0.5 pmol single-stranded M13mp18 template (United States Biochemical), 0.5 pmol of ³²P-end-labeled front module (or 15-mer control), middle and back modules as specified in the figure legends, and 2.0 µl of buffer stock from the Sequenase kit containing 200 mM Tris·HCl (pH 7.5), 100 mM MgCl₂, and 250 mM NaCl or 2.0 µl of buffer stock from the *Bst* polymerase kit containing 100 mM Tris·HCl (pH 8.5) and 100 mM MgCl₂. For annealing, the beaker with floating microtubes was boiled for 5 min and cooled to <10°C as specified in the figure legends. The tubes were spun down at 4°C and kept on ice. Dithiothreitol (for Sequenase) and the enzyme were added and the reaction volume was split into four dideoxy termination mixtures, as described in the relevant kit manual (with no labeling step), except that the reagents were precooled and added on ice. The temperature regimes of the extension reactions are specified in the figure legends. Half of the reaction with modular primers and one-tenth of that with control primer were electrophoresed on 6% sequencing gel.

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

*To whom reprint requests should be addressed.

4242    Biochemistry: Kotler *et al.*

*Proc. Natl. Acad. Sci. USA 90 (1993)*

## RESULTS

**Modular Primer Concept.** A modular primer consists of hexamers or pentamers (modules) that are not connected covalently but base-stack together upon their annealing to the template. We hypothesized (for reasons described in *Discussion*) and indeed found that modular primers can prime strand extension uniquely, as if their modules were linked covalently. Their priming specificity depends on the existence of one and only one site in the template where the modules can anneal next to each other.

The first modular primer we tried consisted of two hexamer modules (see Fig. 1). The "front" module, 3'-ACGCAA-5' (the one to be extended), was end-labeled with $^{32}$P, whereas the "back" module, 3'-AGGAGC-5', in a large molar excess (5 pmol for Fig. 1), was not. When annealed to the single-stranded M13mp18 template, they base-stack to each other at position 2891 (in GenBank numbering), where the template reads 5'-TGCGTTTCCTCG-3'.

The front module has three complementary sites in single-stranded M13mp18. Only one of them occurs (by design) next to the annealing site of the back module at the targeted position 2891. Indeed, when the front module is used alone, it shows an unreadable band pattern with Sequenase (lanes

marked "6-MER" in Fig. 1a) typical for multiple priming. In contrast, when the adjacent back hexamer is included, a perfectly readable band pattern (lanes "6+6") emerges identical to that of the 15-mer control primer. *Bst* polymerase gave a similar effect (Fig. 1b), except that the front module alone showed no detectable priming. This indicates that the modular primer phenomenon is not limited to a particular DNA polymerase.

**Six Tandem Hexamer Modules Tested.** Fig. 2 shows the first walking step, 223 bases downstream, where six hexamers were synthesized complementary to six tandem annealing sites to try several shifted modular primers. These six hexamer modules were all chosen to have purine–purine-type base-stacking between them. We found that modular primers consisting of three tandem hexamer modules, 6+6+6 structure, generally worked better than two-module 6+6 structures (see Fig. 2). All four modular primers of the 6+6+6 type gave perfectly readable band patterns (Fig. 2 *b–e*) as clear as those of the control 18-mer primer. (The signal strength achieved with modular primer was on the average about 20% of that achieved with 15/18-mer controls.) Whereas Fig. 2 *b–e* show these reactions with Sequenase, Fig. 2f shows reactions with *Bst* polymerase primed by modular structures 6, 6+6, 6+6+6, 6+8.

**Front Module Tested in Each of Its Four Sites in M13mp18.** As a further test of the modular primers, one of these hexamer modules, 3'-AAGGGA-5', was used as a common front module for four 6+6+6 type primers in each of all four of its complementary sites in single-stranded M13mp18 template (Fig. 3). Three of them worked well. They happened to have purine–purine base-stacking in the first and the second junctions between the hexamers in the 6+6+6 structure, whereas the fourth primer, in position 3104, which produced an unreadable band pattern, had non-purine–purine stackings in both junctions. This experiment showed that the same end-labeled module could be extended by polymerase at one site or another, depending on the presence of adjacently annealed auxiliary modules.

**Primers of 6+6+6 Type Showed 91% Success Rate.** The purine–purine base-stacking was found superior at other sites as well. Altogether, throughout the M13 genome, we tried 31 modular primers of the 6+6+6 type (see Table 1). Of these, 22 had purine–purine stacking between the front and the middle modules. Of those, 20 gave readable band patterns with Sequenase (91%), and 17 did so with *Bst* polymerase. Such success rates are not much different from those of conventional 17-mer primers. Non-purine–purine base-stacking types between the front and the middle modules in the 6+6+6 structure were also checked (see Table 1). Only 3 of 9 such primers worked well with Sequenase, and only 2 did so with *Bst* polymerase. The purine–purine base-stacking is known to have a higher energy of interaction than the other three combinations (4). The second junction, between the middle and the back modules, seems less demanding as to its base composition. Indeed, of the 12 tested 6+6+6 primers with purine–purine in the second junction, 10 were successful with Sequenase, and 9 were with *Bst* polymerase.

The modular primers differed greatly in the resulting intensities of their sequencing reactions (signal strength). The secondary structure of the template around the priming site seems critical for the modular primer efficiency. It was found that the only two 6+6+6 primers that were unsuccessful with Sequenase (of the 22 with purine–purine first stacking, see Table 1) were both located on one arm of an imperfect hairpin, centered at position 7148. When we blocked the other arm of the hairpin by annealing to it a complementary 18-mer, both previously unsuccessful 6+6+6 primers worked well. Therefore, when criteria are developed to avoid unfavorable secondary structures, the modular primer effi-



FIG. 1. Simple modular primer. Two hexamer modules, 3'-ACGCAA-5' (front module) and 3'-AGGAGC-5' (back module), can base-stack at position 2891 of the single-stranded M13mp18 template when annealed to it. (*a*) Sequencing with Sequenase. (*b*) Sequencing with *Bst* polymerase. Lanes are marked in accordance with the primers: front module alone, "6-mer;" front and back modules together, "6 + 6;" control, "15-mer." The amounts of $^{32}$P-labeled front module and unlabeled back module (if relevant) were 0.5 pmol and 5.0 pmol, respectively, except the reaction in the 6-mer lanes of b contained 2 pmol of primer, a 4-fold excess over the template. The temperature regimes were as follows. (*a*) For annealing, the beaker with floating microtubes was boiled for 5 min, cooled to 35°C on the bench in 40 min while stirring, then placed into ice water, still stirring. Its temperature reaching 10°C in about 10 min. The extension reactions were gradually warmed from 4°C to 37°C in 20 min and stopped. (*b*) After 5 min of boiling the annealing samples were cooled from 100°C to <10°C in 10 min. The extension reactions were gradually warmed from 4°C to 65°C in 20 min. The identification numbers of oligonucleotides are shown under each gel.

Biochemistry: Kotler *et al.*                    *Proc. Natl. Acad. Sci. USA 90 (1993)*     4243



FIG. 2.   First walking step. (*a*) Six hexamer modules were synthesized complementary to six tandem annealing sites in the single-stranded M13mp18 template. Modular primers were constructed from these modules as shown on top of each gel. (*b–e*) DNA sequencing reactions performed with Sequenase. (*f*) Reactions with *Bst* polymerase (procedures as in Fig. 1*b*). In *b–f* the annealing was as in Fig. 1*b*, except that the amounts of the middle and back modules were 40 pmol for hexamers and 200 pmol for the degenerate octamer; the amount of the front module in 6-mer lanes was 0.5 pmol for Sequenase (*b–e*) and 2.0 pmol for *Bst* polymerase (*f*). In *b–e* after precooled reagents and Sequenase were added on ice, the microtubes were transferred immediately into a water bath kept at 37°C (*b*, *c*, and *e*) or 48°C (*d*). Note that the retardation shifts of a few bases between the band patterns of modular and control primers match the staggers between the 5′ ends of the front module and those of the control primer shown on top of the gels.

ciency can be optimized by shifting the priming site. Param-
eters for further optimization may include primer structure,
its G/C content, stacking types, polymerase nature, temper-
ature and salt regimes of annealing and polymerization, etc.
   The 5+5+7 and 6+8 structures. Apart from 6+6 and
6+6+6 type primers, we also tested other structures (see

Table 1), such as 5+5+7 and 6+8, where the heptamers and
the octamers contained two degenerate base positions each
(Figs. 4 and 2*f*). The libraries of such degenerate heptamers
and octamers are the same size as those of pentamers and
hexamers, respectively. Of six 5+5+7 primers with purine-
purine in both stackings four worked well with Sequenase,

ILL000350

Biochemistry: Kotler *et al.*

*Proc. Natl. Acad. Sci. USA* 90 (1993)    4245




Fig. 4. Modular primers of the 5+5+7 structure. The back heptamers were degenerate in two positions denoted N. The annealing and amounts of middle pentamer and back degenerate heptamer were as in Fig. 2. The amount of the front module, when alone, was 2 pmol, a 4-fold excess over the template. The extension reaction temperature regime was as in Fig. 1a.

## DISCUSSION

**Cooperativity Mechanism.** Central to the modular primer mechanism is its cooperativity, a manyfold increase in the sequence specificity and efficiency of priming by a module in the presence of an adjacent module. The following are two of the possible reasons for this cooperativity phenomenon.

(i) The affinity of an oligonucleotide for the DNA template increases due to the annealing of an adjacent oligonucleotide (5, 6). The base-stacking interaction between the oligonucleotides may play a role here, as may their cooperative suppression of the secondary structure of the template. The temperature of dissociation/association of an oligonucleotide and the template is increased by several degrees in the presence of an adjacent oligonucleotide (5, 6).

(ii) DNA polymerases may prefer more than one module annealed in tandem—e.g., longer primers are known to be more efficient substrates for polymerases (7). This selection occurs as the polymerase interacts with the primer, regardless of the annealing preferences of the primers themselves. DNA polymerases may differ in this respect. Indeed, in most experiments, as in Fig. 1b, *Bst* polymerase, unlike Sequenase, yielded a blank gel in reaction with a single hexamer primer, whereas the addition of the back modules resulted in a readable band pattern.

The principal difference between explanations *i* and *ii* is that the auxiliary modules boost the priming efficiency at the targeted site by stimulating annealing (in *i*) and/or extension (in *ii*) of the front module. Accordingly, the effect would take place at the stage of annealing (*i*) and/or polymerization (*ii*).

**Closing the Cycle of Automated Walking Sequencing.** The relatively small size of the libraries for the hexamer/pentamer modules makes the library approach feasible. This approach can alleviate the synthesis bottleneck in the walking primer sequencing and, perhaps more importantly, make it possible to close the automated walking cycle. In the cycle of walking sequencing, automation is already commercially available at the stages of (*i*) electrophoresis and reading the band pattern (Applied Biosystems; Pharmacia LKB; Millipore, Bedford, MA; and Li-Cor, Lincoln, NE), (*ii*) performing a sequencing reaction (Applied Biosystems and Beckman), and (*iii*) loading gels (Bio-Rad). The only stage that

prevents full automation of the cycle is the synthesis of primer for each walking step. This stage can be made redundant by modular primers. The closure of the automation cycle achieves an important goal: continuous advance along large templates in a rapid and inexpensive fashion. A closed cycle robotic system would store a module library. In the proposed system, modules would be selected for each walking cycle by computer to form a primer on the basis of the sequence read in the previous cycle. As ultrathin (8–10) and reusable capillary gels (11, 12) reduce the sequencing electrophoresis time to <1 hr and the detection limit to a few thousand fluorescent molecules per band ($10^{-20}$ mol), the modular primers can be expected to decrease the time per walking cycle to 1 or 2 hr from the time of several days it now takes.

**Note Added in Proof.** A somewhat different technique of modular primers has been independently developed by Studier and colleagues (13), who use single-stranded DNA binding protein to suppress alternative priming.

We warmly thank Marina Goldberger for assistance.

1. Studier, F. W. (1989) *Proc. Natl. Acad. Sci. USA* 86, 6917–6921.
2. Szybalski, W. (1990) *Gene* 90, 177–178.
3. Sambrook, J., Fritsch, E. & Maniatis, T. (1989) *Molecular Cloning: A Laboratory Manual* (Cold Spring Harbor Lab., Plainview, NY).
4. Bloomfield, V. A., Crothers, D. M. & Tinoco, I. (1974) *Physical Chemistry of Nucleic Acids* (Harper & Row, New York).
5. Lin, S., Blake, K. R., Miller, P. S. & T'so, P. (1989) *Biochemistry* 28, 1054–1061.
6. Abramova, T. V., Gorn, V. V., Kutyavin, I. V., Lebedev, A. V., Lokhov, S. G. & Podyminogin, M. A. (1990) *Dokl. Biochem.* 315, 316–319.
7. Nevinsky, G., Veniaminova, A., Levina, A., Podust, V., Lavrik, O. & Holler, E. (1990) *Biochemistry* 29, 1200–1207.
8. Brumley, R. L. & Smith, L. M. (1991) *Nucleic Acids Res.* 19, 4121–4126.
9. Stegemann, J., Schwager, C., Erfle, H., Hewitt, N., Voss, H., Zimmermann, J. & Ansorge, W. (1991) *Nucleic Acids Res.* 19, 675–676.
10. Kostichka, A. J., Marchbanks, M. L., Brumley, R. L., Drossman, H. & Smith, L. M. (1992) *Bio/Technology* 10, 78–81.
11. Cohen, A. S., Najarian, D. R. & Karger, B. L. (1990) *J. Chromatogr.* 516, 49–60.
12. Smith, L. M. (1991) *Nature (London)* 349, 812–813.
13. Kieleczawa, J., Dunn, J. J. & Studier, F. W. (1992) *Science* 258, 1787–1791.

-S/424, 663
2/10/97

```
=> S 435/6/CCLS
L1        2111 435/6/CCLS
=> S L1 AND (SEQUENCING (3A) HYBRIDIZ?)
        21925 SEQUENCING
         8470 HYBRIDIZ?
          136 SEQUENCING (3A) HYBRIDIZ?
L2          53 L1 AND (SEQUENCING (3A) HYBRIDIZ?)
=> D L2 1-53 CIT AB
```

1. 5,602,000, Feb. 11, 1997, Method for enzymatic synthesis of
oligonucleotides; Edward D. Hyman, 435/91.1; 424/94.1; 435/5, **6**, 91.2
[IMAGE AVAILABLE]

US PAT NO:      5,602,000 [IMAGE AVAILABLE]              L2: 1 of 53

ABSTRACT:
Enzymatic synthesis of oligonucleotides is performed by the steps of: (a)
combining a primer and a blocked nucleotide in the presence of a chain
extending enzyme to form a primer-blocked nucleotide product containing
the blocked nucleotide coupled to the primer at its 3'-end; (b) removing
the blocking group from the 3' end of the primer-blocked nucleotide
product; and (c) repeating the cycle of steps (a) and (b), using the
primer-nucleotide product of step (b) as the primer for step (a) in the
next cycle, for sufficient cycles to form the oligonucleotide product.
Cycles may optionally include the step of converting any unreacted
blocked nucleotide to an unreactive form which is substantially less
active as a substrate for the chain extending enzyme. Cycles may also
include the step of removing the blocking group from unreacted blocked
nucleotide. This step is unnecessary, however, when the same nucleotide
is added in two or more successive cycles. The synthetic cycles are
preferably performed in a single vessel without intermediate purification
of oligonucleotide product.

2. 5,599,673, Feb. 4, 1997, Long QT syndrome genes; Mark T. Keating, et
al., **435/6**, 91.1, 91.2; 436/94; 536/23.1, 23.5, 24.3, 24.31, 24.33,
25.3, 25.32; 935/3, 5, 77, 78 [IMAGE AVAILABLE]

US PAT NO:      5,599,673 [IMAGE AVAILABLE]              L2: 2 of 53

ABSTRACT:
The invention relates to the identification of the molecular basis of
long QT syndrome. More specifically, the invention has identified that
SCN5A and HERG cause long QT syndrome. Molecular variants of the SCN5A
and HERG genes contribute to the syndrome. The analysis of these genes
will provide an early diagnosis of subjects with long QT syndrome. The
diagnostic methods comprise analyzing the nucleic acid sequences of the
SCN5A or HERG genes of an individual to be tested and comparing them with
the nucleic acid sequence of the native, nonvariant genes. Alternatively,
the amino acid sequences of SCN5A or HERG may be analyzed for mutations
which cause long QT syndrome. Presymptomatic diagnosis of long QT
syndrome will enable practitioners to treat this disorder using existing
medical therapy.

3. 5,599,668, Feb. 4, 1997, Light scattering optical waveguide method
for detecting specific binding events; Donald I. Stimpson, et al.,
**435/6**, 5, 7.1, 7.2, 91.2 [IMAGE AVAILABLE]

ILL000352

US PAT NO:      5,599,668 [IMAGE AVAILABLE]          L2: 3 of 53

ABSTRACT:
A waveguide binding assay method involves detecting the scattering of
light directed into the waveguide, the scattering being the result of
scattering labels specifically bound to the waveguide within the
penetration depth of an evanescent wave. The waveguide may be transparent
plastic or glass and the binding is typically by oligonucleotide
hybridization or immunological capture. Light scattering labels include
colloidal metals or non-metals, including gold, selenium and latex. A
light absorbing member consisting of dye or concentrated particles may
also be employed to enhance signal. Real-time binding and dissociation
can be monitored visually or by video imaging, such as with a CCD camera
and frame grabber software. Hybridization mismatches of as few as one
base can be distinguished by real-time melting curves.

4.  5,589,330, Dec. 31, 1996, High-throughput screening method for
sequence or genetic alterations in nucleic acids using elution and
sequencing of complementary oligonucleotides; Anthony P. Shuber, 435/5,
**6**, 91.1, 91.2 [IMAGE AVAILABLE]

US PAT NO:      5,589,330 [IMAGE AVAILABLE]          L2: 4 of 53

ABSTRACT:
The present invention pertains to high-throughput screening methods to
identify genetic alterations in DNA samples. A multiplicity of DNA
samples are immobilized on a solid support and hybridized simultaneously
with a mixture of oligonucleotides representing variant sequences.
Hybridizing oligonucleotides are then eluted from each DNA sample
individually and their sequence is determined. The methods of the present
invention allow the identification of disease-causing mutations and
polymorphisms in patients' DNA, as well as the identification of
disease-causing microorganisms.

5.  5,583,211, Dec. 10, 1996, Surface activated organic polymers useful
for location - specific attachment of nucleic acids, peptides, proteins
and oligosaccharides; Peter J. Coassin, et al., 536/23.1; **435/6**;
521/53, 143; 525/333.7, 340, 375; 530/300, 350; 536/24.3, 25.3, 56, 102,
112, 114, 123.1 [IMAGE AVAILABLE]

US PAT NO:      5,583,211 [IMAGE AVAILABLE]          L2: 5 of 53

ABSTRACT:
Disclosed herein are surface activated, organic polymers useful for
biopolymer synthesis. Most preferably, aminated polypropylene is used for
the synthesis of oligonucleotides thereto, and these devices are most
preferably utilized for genetic analysis of patient samples.

6.  5,582,989, Dec. 10, 1996, Multiplex genomic DNA amplification for
deletion detection; Charles T. Caskey, et al., **435/6**, 91.1, 91.2;
536/22.1, 23.1, 24.1, 24.3, 24.31, 24.32, 24.33; 935/77, 78, 88 [IMAGE
AVAILABLE]

US PAT NO:      5,582,989 [IMAGE AVAILABLE]          L2: 6 of 53

ABSTRACT:
The present invention relates to a method for detecting multiple DNA
sequences simultaneously. The method involves amplification of multiple

ILL000353

sequences simultaneously by annealing a plurality of paired
oligonucleotide primers to single stranded DNA. One member of each pair
is complementary to the sense strand of a sequences and the other member
is complementary to a different segment of the anti-sense strand of the
same sequence. The amplification occurs by alternately annealing and
extending the primers. The invention also includes oligonucleotide primer
sequences helpful in detecting genetic diseases and/or exogenous DNA
sequences.

7.  5,582,984, Dec. 10, 1996, Methods of use of phenanthridium DNA
intercalators for fluorescence detection; Christopher Bieniarz, et al.,
**435/6**; 536/25.4; 546/109 [IMAGE AVAILABLE]

US PAT NO:     5,582,984 [IMAGE AVAILABLE]          L2: 7 of 53

ABSTRACT:
Phenanthridium compounds are provided which are comprised of
intercalators and substituted intercalator segments having a
functionalized chain or chains which provide a high affinity for binding
to the DNA molecule and show reduced self-quenching, while providing
superior transport kinetics. The compounds have been found to provide
enhanced fluorescence when bound to a DNA molecule within a fluorescent
flow cytometry environment which is about eight to ten times brighter in
fluorescence than "bis" structure intercalators and other known
intercalators utilized in flow cytometry environment, said enhancement of
fluorescence allows a drastic reduction in the amount of intercalator
needed for applications of similar sensitivity than those using known
intercalators. Substantial improvements in material use efficiency,
accuracy and dependability of various DNA studies are direct results of
the inventive intercalator compounds, said compounds having use in known
DNA intercalator applications inclusive of flow cytometry, gel
electrophoresis, DNA detection, immunoassay for DNA, fluorescence in situ
**hybridization** assays, DNA **sequencing** application, therapeutic
application and conversion staining methodologies.

8.  5,580,728, Dec. 3, 1996, Method and system for genotyping; Mark W.
Perlin, **435/6**; 382/128, 129, 199, 279; 435/91.2; 536/24.3, 24.33
[IMAGE AVAILABLE]

US PAT NO:     5,580,728 [IMAGE AVAILABLE]          L2: 8 of 53

ABSTRACT:
The present invention pertains to a process which can be fully automated
for accurately determining the alleles of STR genetic markers. More
specifically, the present invention is related to performing PCR
amplification on a location of DNA, labelling the PCR products,
converting the labels into a signal, removing a reproducible PCR stutter
pattern from the signal by means of a computational device, and then
determining the genotype of the location of the DNA. The invention also
pertains to genetics applications and systems which can effectively use
this genotyping information.

9.  5,573,905, Nov. 12, 1996, Encoded combinatorial chemical libraries;
Richard Lerner, et al., **435/6**, 7.94 [IMAGE AVAILABLE]

US PAT NO:     5,573,905 [IMAGE AVAILABLE]          L2: 9 of 53

ABSTRACT:

ILL000354

The present invention describes an encoded combinatorial chemical library comprised of a plurality of bifunctional molecules having both a chemical polymer and an identifier oligonucleotide sequence that defines the structure of the chemical polymer. Also described are the bifunctional molecules of the library, and methods of using the library to identify chemical structures within the library that bind to biologically active molecules in preselected binding interactions.

10.  5,571,676, Nov. 5, 1996, Method for mismatch-directed in vitro DNA sequencing; Anthony P. Shuber, **435/6**, 5, 91.2; 536/24.3, 24.31, 24.33 [IMAGE AVAILABLE]

US PAT NO:      5,571,676 [IMAGE AVAILABLE]               L2: 10 of 53

ABSTRACT:
The present invention relates to methods for identifying the location, and determining the sequence of specific genetic alterations present in a gene of interest.

11.  5,567,586, Oct. 22, 1996, Methods of indentifying solid tumors with chromosome abnormalities in the ALL-1 region; Carlo M. Croce, **435/6**, 91.2; 536/23.1, 24.3, 24.31, 24.33 [IMAGE AVAILABLE]

US PAT NO:      5,567,586 [IMAGE AVAILABLE]               L2: 11 of 53

ABSTRACT:
Methods of determining whether a solid tumor has an ALL-1 gene rearrangement or an ALL-1 gene mutation are disclosed. The methods comprise the steps of obtaining a sample of a solid tumor and detecting the presence of an ALL-1 gene rearrangement or mutation in a cell in said sample. ALL-1 gene rearrangements and mutations are detected by Southern blot analysis, PCR amplification analysis, in situ hybridization analysis, Northern blot analysis or DNA sequence analysis.

12.  5,565,323, Oct. 15, 1996, Cytochrome oxidase mutations aiding diagnosis of sporadic alzheimer's disease; W. Davis Parker, et al., **435/6**, 91.1, 91.2, 91.52; 536/23.5, 24.31 [IMAGE AVAILABLE]

US PAT NO:      5,565,323 [IMAGE AVAILABLE]               L2: 12 of 53

ABSTRACT:
The present invention relates to genetic mutations in mitochondrial cytochrome oxidase genes that segregate with Alzheimer's disease (AD). The invention provides methods for detecting such mutations, as a diagnostic for Alzheimer's Disease, either before or after the onset clinical symptoms. The invention further provides treatment of cytochrome oxidase dysfunction.

13.  5,556,959, Sep. 17, 1996, Indocarbocyanine-linked phosphoramidites; Charles K. Brush, et al., 536/25.32; **435/6**; 536/24.1, 25.3, 25.31; 548/416, 455 [IMAGE AVAILABLE]

US PAT NO:      5,556,959 [IMAGE AVAILABLE]               L2: 13 of 53

ABSTRACT:
A chemical compound of the following formula is disclosed ##STR1## where R is one of H, trityl, 4-0-monomethoxytrityl, 4,4'-0-dimethoxytrityl, or acyl groups and R may be used as a protecting group or is an H; R.sup.1

ILL000355

is a phosphoramidite; R.sup.11 is one of H or lower alkyl groups;
R.sup.111 is one of H or lower alkyl groups; R.sup.4 is one of H, lower
alkyl, acyl, or (CH.sub.2).sub.p COO(CH.sub.2).sub.q CH.sub.3 where p is
an integer from 0 to 4 and q is an integer from 0 to 4; R.sup.5 is one of
H, lower alkyl, acyl, or (CH.sub.2).sub.p COO(CH.sub.2).sub.q CH.sub.3
where p is an integer from 0 to 4 and q is an integer from 0 to 4; n is
an integer from 0 to 10; m is an integer from 0 to 10; and r is 1, 2, or
3.

14.  5,556,772, Sep. 17, 1996, Polymerase compositions and uses thereof;
Joseph A. Sorge, et al., 435/91.2, **6** [IMAGE AVAILABLE]

US PAT NO:      5,556,772 [IMAGE AVAILABLE]          L2: 14 of 53

ABSTRACT:
The subject invention provides novel compositions containing a mixture of
(a) an enzyme that possesses substantial 3'-5' exonuclease activity (b) a
DNA polymerase with less 3'-5' exonuclease activity than the enzyme with
substantial 3'-5' exonuclease activity. Preferably, the DNA polymerase
for inclusion in the compositions are DNA polymerases that substantially
lack 3'-5' exonuclease activity. A preferred embodiment of the invention
is a composition comprising the Taq DNA polymerase (isolated from Thermus
aquaticus) and the Pfu DNA polymerase (isolated from Pyrococcus
furiosus). Another aspect of the invention is to provide methods for
synthesizing polynucleotides, typically DNA, using compositions
comprising an enzyme that possesses substantial 3'-5' exonuclease
activity and a DNA polymerase with less 3'-5' exonuclease activity than
the enzymes possessing substantial 3'-5' exonuclease activity, preferably
a DNA polymerase that substantially lacks 3'-5' exonuclease activity.
Another aspect of the invention involves the use the subject method of
polynucleotide synthesis to carry out the synthesis step in a polymerase
chain reaction experiment. Yet another aspect of the invention is to
provide kits for the synthesis of polynucleotides, wherein the kits
comprise an enzyme that possesses substantial 3'-5' exonuclease activity
and a DNA polymerase with less 3'-5' exonuclease activity than the enzyme
possessing substantial 3'-5' exonuclease activity.

15.  5,556,752, Sep. 17, 1996, Surface-bound, unimolecular,
double-stranded DNA; David J. Lockhart, et al., **435/6**; 536/23.1
[IMAGE AVAILABLE]

US PAT NO:      5,556,752 [IMAGE AVAILABLE]          L2: 15 of 53

ABSTRACT:
Libraries of unimolecular, double-stranded oligonucleotides on a solid
support. These libraries are useful in pharmaceutical discovery for the
screening of numerous biological samples for specific interactions
between the double-stranded oligonucleotides, and peptides, proteins,
drugs and RNA. In a related aspect, the present invention provides
libraries of conformationally restricted probes on a solid support. The
probes are restricted in their movement and flexibility using
double-stranded oligonucleotides as scaffolding. The probes are also
useful in various screening procedures associated with drug discovery and
diagnosis. The present invention further provides methods for the
preparation and screening of the above libraries.

16.  5,554,503, Sep. 10, 1996, Sample processing method for Mycobacterium
tuberculosis; James A. Down, et al., **435/6**, 91.2; 935/77, 78 [IMAGE

AVAILABLE]

US PAT NO:      5,554,503 [IMAGE AVAILABLE]          L2: 16 of 53

ABSTRACT:
Methods for processing samples which may contain mycobacteria which are
compatible with both conventional culturing techniques and nucleic acid
analysis. It has been found that the harsh chemical treatment previously
thought necessary to obtain efficient lysis can be eliminated without
loss of lysis efficiency, thereby eliminating reagents which may inhibit
subsequent nucleic acid-based reactions. Heat alone is sufficient to lyse
mycobacteria, even in buffers which do not contain detergents, chelators,
enzymes, etc. Residual reagents introduced by conventional sample
processing methods for culture can be successfully removed from the
processed pellet without significant loss of microorganisms by at least
two washings with saline, water, or buffers compatible with nucleic acid
analysis and appropriate centrifugation.

17.  5,554,501, Sep. 10, 1996, Biopolymer synthesis using surface
activated biaxially oriented polypropylene; Peter J. Coassin, et al.,
**435/6**; 436/63, 89, 94; 530/334; 536/25.3 [IMAGE AVAILABLE]

US PAT NO:      5,554,501 [IMAGE AVAILABLE]          L2: 17 of 53

ABSTRACT:
Disclosed herein are surface activated, organic polymers useful for
biopolymer synthesis. Most preferably, aminated biaxially oriented
polypropylene is used for the synthesis of oligonucleotides thereto, and
these devices are most preferably utilized for genetic analysis of
patient samples.

18.  5,552,273, Sep. 3, 1996, Polypeptides containing sequences
characteristic of pyrrolidone carboxylyl peptidases, polynucleotides
containing a sequence coding for such polypeptides, and their use, in
particular for diagnostic purposes; Philippe L. Cleuziat, et al.,
**435/6**, 69.1, 195, 227, 240.2, 252.3, 320.1; 530/387.1; 536/22.1,
23.1, 23.2, 23.7 [IMAGE AVAILABLE]

US PAT NO:      5,552,273 [IMAGE AVAILABLE]          L2: 18 of 53

ABSTRACT:

Purified polypeptides containing characteristic sequences common to the
pyrrolidone carboxylyl peptidases (PYRases) of bacteria, for example of
Streptococcus pyogenes, or containing fragments of these sequences;
antibodies recognizing these polypeptides; polynucleotides coding for
such polypeptides or fragments.
Application, in particular, to the overproduction of PYRases by inserting
a polynucleotide coding for a PYRase into a vector, and then culturing a
host cell transformed using such a vector, or to the production of
nucleic acid probes specific for a bacterium having a PYRase gene,
expressed or otherwise. These nucleic acid probes may be used as capture
or detection probes according to conventional hybridization techniques.

19.  5,552,270, Sep. 3, 1996, Methods of DNA **sequencing** by
**hybridization** based on optimizing concentration of matrix-bound
oligonucleotide and device for carrying out same; Konstantin R. Khrapko,
et al., **435/6**; 422/55, 56, 57, 58, 68.1; 436/94, 501 [IMAGE

AVAILABLE]

US PAT NO:    5,552,270 [IMAGE AVAILABLE]    L2: 19 of 53

ABSTRACT:

 A method for **sequencing** DNA by **hybridization** that includes the
following steps: forming an array of oligonucleotides at such
concentrations that either ensure the same dissociation temperature for
all fully complementary duplexes or allows hybridization and washing of
such duplexes to be conducted at the same temperature; hybridizing said
oligonucleotide array with labeled test DNA; washing in duplex
dissociation conditions; identifying single-base substitutions in the
test DNA by analyzing the distribution of the dissociation temperatures
and reconstructing the DNA nucleotide sequence based on the above
analysis. A device for carrying out the method comprises a solid
substrate and a matrix rigidly bound to the substrate. The matrix
contains the oligonucleotide array and consists of a multiplicity of gel
portions. Each gel portion contains one oligonucleotide of desired
length. The gel portions are separated from one another by interstices
and have a thickness not exceeding 30 .mu.m.

20.  5,547,843, Aug. 20, 1996, Method for promoting specific alignment of
short oligonucleotides on nucleic acids; F. William Studier, et al.,
**435/6**, 91.2, 91.21, 91.5; 935/17, 77, 78 [IMAGE AVAILABLE]

US PAT NO:    5,547,843 [IMAGE AVAILABLE]    L2: 20 of 53

ABSTRACT:
Disclosed is a method for promoting specific alignment of short
oligonucleotides on a nucleic acid polymer. The nucleic acid polymer is
incubated in a solution containing a single-stranded DNA-binding protein
and a plurality of oligonucleotides which are perfectly complementary to
distinct but adjacent regions of a predetermined contiguous nucleotide
sequence in the nucleic acid polymer. The plurality of oligonucleotides
anneal to the nucleic acid polymer to form a contiguous region of double
stranded nucleic acid. Specific application of the methods disclosed
include priming DNA synthesis and template-directed ligation.

21.  5,547,835, Aug. 20, 1996, DNA sequencing by mass spectrometry;
Hubert Koster, **435/6**, 91.1, 287.2, 288.7; 436/173; 536/25.3, 25.4;
935/77, 78 [IMAGE AVAILABLE]

US PAT NO:    5,547,835 [IMAGE AVAILABLE]    L2: 21 of 53

ABSTRACT:
The invention describes a new method to sequence DNA. The improvements
over the existing DNA sequencing technologies are high speed, high
throughput, no electrophoresis and gel reading artifacts due to the
complete absence of an electrophoretic step, and no costly reagents
involving various substitutions with stable isotopes. The invention
utilizes the Sanger sequencing strategy and assembles the sequence
information by analysis of the nested fragments obtained by base-specific
chain termination via their different molecular masses using mass
spectrometry, as for example, MALDI or ES mass spectrometry. A further
increase in throughput can be obtained by introducing mass-modifications
in the oligonucleotide primer, chain-terminating nucleoside triphosphates
and/or in the chain-elongating nucleoside triphosphates, as well as using

integrated tag sequences which allow multiplexing by hybridization of tag specific probes with mass differentiated molecular weights.

22. 5,545,531, Aug. 13, 1996, Methods for making a device for concurrently processing multiple biological chip assays; Richard P. Rava, et al., **435/6**; 204/403; 935/78 [IMAGE AVAILABLE]

US PAT NO:        5,545,531 [IMAGE AVAILABLE]            L2: 22 of 53

ABSTRACT:
Methods for concurrently processing multiple biological chip assays by providing a biological chip plate comprising a plurality of test wells, each test well having a biological chip having a molecular probe array; introducing samples into the test wells; subjecting the biological chip plate to manipulation by a fluid handling device that automatically performs steps to carry out reactions between target molecules in the samples and probes; and subjecting the biological chip plate to a biological chip plate reader that interrogates the probe arrays to detect any reactions between target molecules and probes.

23. 5,541,067, Jul. 30, 1996, Method and system for genotyping; Mark W. Perlin, **435/6**; 204/461, 466, 612, 616; 382/128, 129, 140; 435/91.2; 536/24.31, 24.33 [IMAGE AVAILABLE]

US PAT NO:        5,541,067 [IMAGE AVAILABLE]            L2: 23 of 53

ABSTRACT:
The present invention pertains to a process which can be fully automated for accurately determining the alleles of STR genetic markers. More specifically, the present invention is related to performing PCR amplification on locations of DNA, labelling the PCR products, converting the labels into a signal, removing a reproducible PCR stutter pattern from the signal by means of a computational device, and then determining the genotype of the location of the DNA. An amplification can include multiple locations from the DNA of one or more individuals. The invention also pertains to genetics applications and systems which can effectively use this genotyping information.

24. 5,532,127, Jul. 2, 1996, Assay for 1-CAM related protein expression; W. Michael Gallatin, et al., **435/6**; 530/350; 536/23.1, 24.32; 935/78 [IMAGE AVAILABLE]

US PAT NO:        5,532,127 [IMAGE AVAILABLE]            L2: 24 of 53

ABSTRACT:
DNA sequences encoding a novel human intercellular adhesion molecule polypeptide (designated "ICAM-R") and variants thereof are disclosed along with methods and materials for production of the same by recombinant procedures. Antibodies substances specific for ICAM-R and variants thereof are also disclosed as useful in both the isolation of ICAM-R from natural cellular sources and the modulation of ligand/receptor binding reactions involving ICAM-R.

25. 5,532,122, Jul. 2, 1996, Quantitation of gamma and x-ray emitting isotopes; Andrzey K. Drukier, 435/5; 250/303; 424/1.11; **435/6**, 7.1, 7.2, 7.22, 7.23, 7.31, 7.32, 7.36; 436/56, 57, 504, 542, 545, 804, 807 [IMAGE AVAILABLE]

US PAT NO:      5,532,122 [IMAGE AVAILABLE]            L2: 25 of 53

ABSTRACT:
For isotopes decaying by capture of an inner shell electron by the
nucleus, coincident emission of X-ray and gamma photons may occur. The
X-ray results from the drop of an outer shell electron to fill the S
shell. The gamma results from the transition of the excited daughter
nucleus to a lower energy state. The invention disclosed is a Coincident
Gamma and X-ray Detector (CGXD) which achieves extraordinary background
rejection by a synergistic combination of coincident counting and other
background suppression measures. Whereas the background registered by
single gamma counters is of the order of 20-40 counts per minute, a CGXD
optimized for the electron capture radioisotope I.sup.125 has a
background of about one count per day.

26.  5,525,464, Jun. 11, 1996, Method of **sequencing** by
**hybridization** of oligonucleotide probes; Radoje T. Drmanac, et al.,
**435/6**, 91.1, 91.2 [IMAGE AVAILABLE]

US PAT NO:      5,525,464 [IMAGE AVAILABLE]            L2: 26 of 53

ABSTRACT:
The conditions under which oligonucleotide probes hybridize
preferentially with entirely complementary and homologous nucleic acid
targets are described. Using these hybridization conditions, overlapping
oligonucleotide probes associate with a target nucleic acid. Following
washes, positive hybridization signals are used to assemble the sequence
of a given nucleic acid fragment. Representative target nucleic acids are
applied as dots. Up to 100,000 probes of the type
(A,T,C,G)(A,T,C,G)N8(A,T,C,G) are used to determine sequence information
by simultaneous hybridization with nucleic acid molecules bound to a
filter. Additional hybridization conditions are provided that allow
stringent hybridization of 6-10 nucleotide long oligomers which extends
the utility of the invention. A computer process determines the
information sequence of the target nucleic acid which can include targets
with the complexity of mammalian genomes. Sequence generation can be
obtained for a large complex mammalian genome in a single process.

27.  5,518,880, May 21, 1996, Methods for diagnosis of XSCID and kits
thereof; Warren J. Leonard, et al., **435/6**, 172.3, 320.1, 810;
436/501; 536/22.1, 23.1, 24.1, 24.3, 24.31, 24.32, 24.33; 935/9, 13, 77,
78 [IMAGE AVAILABLE]

US PAT NO:      5,518,880 [IMAGE AVAILABLE]            L2: 27 of 53

ABSTRACT:
The present invention provides a method for diagnosing XSCID in a male
subject or determining whether a female subject is a carrier of XSCID
which comprises determining whether the male or female subject possesses
a mutated IL-2R.gamma. gene, the presence of the mutated IL-2R.gamma.
gene being indicative that the male subject has XSCID or the female
subject is a carrier of XSCID. The present invention also provides a
method for diagnosing XSCID in a subject which comprises determining
whether the subject possesses a truncated IL-2R.gamma. protein, the
presence of the truncated IL-2R.gamma. protein being indicative of XSCID.
The present invention further provides kits for diagnosing XSCID in a
male subject or determining whether a female subject is a carrier of
XSCID. The present invention still further provides methods for treating

XSCID and a method for monitoring therapy. Lastly, the present invention provides a promoter which regulates expression of IL-2R.gamma., a vector comprising a DNA molecule operably linked to the promoter, a prokaryotic or eukaryotic cell host stably transformed or transfected with the vector, and a transgenic animal comprising a gene regulated by the promoter or a transgenic animal comprising a mutant IL-2R.gamma. gene.

28.  5,514,569, May 7, 1996, Method for enzymatic synthesis of oligonucleotides using phosphate precipitation; Edward D. Hyman, 435/91.2, 5, **6**, 91.1 [IMAGE AVAILABLE]

US PAT NO:      5,514,569 [IMAGE AVAILABLE]            L2: 28 of 53

ABSTRACT:
Enzymatic synthesis of a portion of an oligonucleotide is performed by a cycle of synthetic steps: (a) combining an oligonucleotide primer and a blocked nucleotide in a reaction mixture in the presence of a chain extending enzyme, such that a primer-blocked nucleotide product is formed, wherein the blocked nucleotide substrate comprises (i) a nucleotide to be added to form part of the defined sequence and (ii) a blocking group attached to the nucleotide effective to prevent the addition of more than one blocked nucleotide to the primer; and (b) removing the blocking group from the 3' end of the primer-blocked nucleotide product to form a primer-nucleotide product. Phosphate is generated in at least one synthetic step. A precipitate is formed in the cycle comprising phosphate and at least one precipitation cation. The precipitation of phosphate reduces its unfavorable effect on the method. Preferably, cycles of the method are repeated without intermediate purification of primer-nucleotide product or precursor. The precipitation cation may be a polyvalent elemental cation, spermine, or a cation which forms a poorly soluble salt with phosphate. Preferably, the chain extending enzyme is RNA Ligase, the blocked nucleotide is AppNp, and the blocking group is removed using a phosphatase. There is also provided a method for reducing the inhibitory effect of nucleoside 5'-monophosphate and of 3',5'-nucleoside diphosphate on phosphodiesterase I. This is accomplished by enzymatically converting these inhibitors to less inhibitory products.

29.  5,503,980, Apr. 2, 1996, Positional **sequencing** by **hybridization**; Charles R. Cantor, **435/6**, 91.1, 91.52; 536/23.1, 24.32; 935/77, 78 [IMAGE AVAILABLE]

US PAT NO:      5,503,980 [IMAGE AVAILABLE]            L2: 29 of 53

ABSTRACT:
This invention is directed to methods for determining a nucleotide sequence of a nucleic acid using positional **sequencing** by **hybridization**, and to the creation of nucleic acids probes which may be used with these methods. This invention is also directed to diagnostic aids for analyzing the nucleic acid composition and content of biological samples, including samples derived from medical and agricultural sources.

30.  5,492,806, Feb. 20, 1996, Method of determining an ordered sequence of subfragments of a nucleic acid fragment by hybridization of oligonucleotide probes; Radoje T. Drmanac, et al., 435/5, **6**; 935/77, 78 [IMAGE AVAILABLE]

US PAT NO:      5,492,806 [IMAGE AVAILABLE]            L2: 30 of 53

ABSTRACT:
The sequence of a given nucleic acid fragment is read by the
hybridization and assembly of positively hybridizing exactly
complementary oligonucleotide probes through overlapping subfragments. By
simultaneous hybridization of nucleic acid subfragments bound onto a
filter, representing single-stranded phage vector with a cloned insert,
with about 50,000 to 100,000 groups of probes, the main type of which is
(A,T,C,G)(A,T,C,G)N8(A,T,C,G), information for computer determination of
a sequence of DNA having the complexity of a mammalian genome are
obtained in one step. To obtain a maximally completed sequence, three
libraries cloned into the phage vector, M13, are used. The process can be
easily and entirely robotized for factory reading of complex genomic
fragments or DNA molecules.

31.  5,470,710, Nov. 28, 1995, Automated hybridization/imaging device for
fluorescent multiplex DNA sequencing; Robert B. Weiss, et al., **435/6**,
7.1, 7.5, 7.9 [IMAGE AVAILABLE]

US PAT NO:      5,470,710 [IMAGE AVAILABLE]          L2: 31 of 53

ABSTRACT:
A method is disclosed for automated multiplex sequencing of DNA with an
integrated automated imaging hybridization chamber system. This system
comprises an hybridization chamber device for mounting a membrane
containing size-fractionated multiplex sequencing reaction products,
apparatus for fluid delivery to the chamber device, imaging apparatus for
light delivery to the membrane and image recording of fluorescence
emanating from the membrane while in the chamber device, and programmable
controller apparatus for controlling operation of the system. The
multiplex reaction products are hybridized with a probe, then an enzyme
(such as alkaline phosphatase) is bound to a binding moiety on the probe,
and a fluorogenic substrate (such as a benzothiazole derivative) is
introduced into the chamber device by the fluid delivery apparatus. The
enzyme converts the fluorogenic substrate into a fluorescent product
which, when illuminated in the chamber device with a beam of light from
the imaging apparatus, excites fluorescence of the fluorescent product to
produce a pattern of hybridization. The pattern of hybridization is
imaged by a CCD camera component of the imaging apparatus to obtain a
series of digital signals. These signals are converted by the controller
apparatus into a string of nucleotides corresponding to the nucleotide
sequence an automated sequence reader. The method and apparatus are also
applicable to other membrane-based applications such as colony and plaque
hybridization and Southern, Northern, and Western blots.

32.  5,464,945, Nov. 7, 1995, Oligonucleotide probes specific for the
human alpha satellite locus; Rebecca L. Reynolds, et al., 536/24.31;
**435/6**, 91.2; 536/24.33; 935/6, 78 [IMAGE AVAILABLE]

US PAT NO:      5,464,945 [IMAGE AVAILABLE]          L2: 32 of 53

ABSTRACT:
The present invention provides methods and reagents for the estimation of
the quantity of human DNA contained in a sample. Immobilized sample DNA
is hybridized to a biotinylated oligonucleotide probe that hybridizes to
a human genomic or mitochondria DNA sequence. The subsequent binding of
streptavidin-horseradish peroxidase to the bound probe allows for
chemiluminescent detection using a luminol-based reagent and X-ray film.

In addition, the present invention provides methods and reagents to assess the quality of DNA contained in a sample. The sample is first size fractionated by agarose gel electrophoresis, and then immobilized, hybridized to a biotinylated oligonucleotide probe, and detected using the chemiluminescent method as used in the quantity estimation methods of the present invention.

33.  5,460,942, Oct. 24, 1995, The catalytic moiety of the glucose-6-phosphatase system: the gene and protein and related mutations; Janice Y. Chou, et al., **435/6**, 196, 240.1, 252.3, 320.1, 810; 536/23.2, 24.3, 24.31 [IMAGE AVAILABLE]

US PAT NO:      5,460,942 [IMAGE AVAILABLE]              L2: 33 of 53

ABSTRACT:

This invention relates to nucleic acid sequences and methods useful for producing recombinant glucose-6-phosphate (G-6-Pase). In addition, the invention relates to specific mutations in the gene encoding human G-6-Pase and methods for detecting the mutations and thus diagnosing the genetic disease that causes glycogen storage disease type 1A.

34.  5,445,940, Aug. 29, 1995, Methods and compositions for detecting and treating a subset of human patients having an autoimmune disease; Michael B. Brenner, et al., 435/7.24, **6**; 436/501, 506, 512, 548 [IMAGE AVAILABLE]

US PAT NO:      5,445,940 [IMAGE AVAILABLE]              L2: 34 of 53

ABSTRACT:
Provided are monoclonal antibodies, fragments, and derivatives thereof reactive with an epitope of the T cell receptor alpha chain variable region, V.alpha.12.1, on human T lymphocytes. The monoclonal antibodies are reactive with approximately 2% of CD4.sup.+ T lymphocytes and with approximately 5% of CD8.sup.+ T lymphocytes in peripheral blood cells in normal individuals and define a subset of individuals afflicted with an autoimmune disease, especially rheumatoid arthritis, that exhibit increased expression of the V.alpha.12.1 gene on CD8.sup.+ peripheral blood T lymphocytes when compared to normal individuals. Also provided are methods for diagnosing, treating, and monitoring the progression of rheumatoid arthritis in a subject using V.alpha.12.1-specific reagents, including antibodies and nucleic acid probes. Higher levels of assurance in the diagnosis of RA can be made by establishing that the expansion of V.alpha.12.1 gene usage is clonal or oligoclonal and that the V.alpha.12.1 expansion correlates with the occurrence of the MHC allele, HLA-DQw2.

35.  5,443,951, Aug. 22, 1995, Species-specific oligonucleotides for bifidobacteria and a method of detection using the same; Takaharu Yamamoto, et al., **435/6**, 252.1; 536/24.32 [IMAGE AVAILABLE]

US PAT NO:      5,443,951 [IMAGE AVAILABLE]              L2: 35 of 53

ABSTRACT:
Oligonucleotides which specifically hybridize to rRNAs of Bifidobacterium infantis, Bifidobacterium bifidum, Bifidobacterium adolescentis, Bifidobacterium breve, and Bifidobacterium longum represented by the sequences of formulae (I) to (V), respectively, or sequences

ILL000363

complementary thereto:

UAUCGGGGAGCAAGCGUGA                                      (I)SEQ ID NO:
1

UCGGAUCGGAGCCUGC                                         (II)SEQ ID
NO: 4

CGCUUUUGACUGGGAGC                                        (III)SEQ ID
NO: 7

UGUGUUGAGUGUACCUU                                        (IV)SEQ ID
NO: 10

UAUCGGGGAGCAAGCGAGA                                      (V)SEQ ID NO:
13

and a method of species-specifically detecting species of the genus
Bifidobacterium of human origin comprising using these oligonucleotides
as a labeled probe.

36.  5,429,807, Jul. 4, 1995, Method and apparatus for creating
biopolymer arrays on a solid support surface; Robert S. Matson, et al.,
422/131, 101, 102, 116; **435/6**, 305.2; 436/518; 935/88 [IMAGE
AVAILABLE]

US PAT NO:      5,429,807 [IMAGE AVAILABLE]              L2: 36 of 53

ABSTRACT:
An automated method and apparatus for performing biopolymer synthesis on
a two-dimensional support surface whereby a two-dimensional matrix or
array of biopolymers are obtained on the surface. An applicator in the
form of a thick plate having in a surface at least one cavity in the form
of an open chamber or channel is used for applying reagents to the
surface of a solid phase support material. The applicator is positioned
over the solid support material with the surface having the cavity sealed
against the material surface. For each cavity, reagents for synthesis are
introduced sequentially into one end of the cavity and collected from the
other end of the cavity. A one-dimensional array of biopolymers are thus
formed on the support material, where each element of the array contains
a population of biopolymers having identical sequence. Further synthesis
of additional biopolymers is performed by linearly moving or rotating the
applicator relative to the support material and carrying out synthesis
procedure so that another one-dimensional matrix or array of biopolymers
are formed at an offset position to the previous array. At each
overlapping region of the two arrays, a cell of biopolymers are formed
which each comprises a strand from the first array and a strand from the
second array. The result is a two-dimensional array of biopolymers of
different sequences at each discrete cell. The arrays of discrete cell
containing different biopolymers may be used to conduct hybridization
reaction analysis of a biological sample.

37.  5,427,932, Jun. 27, 1995, Repeat sequence chromosome specific
nucleic acid probes and methods of preparing and using; Heinz-Ulrich G.
Weier, et al., 435/91.2, **6**, 810; 436/501; 536/22.1, 23.1, 24.3,
24.31, 24.33; 935/78, 88 [IMAGE AVAILABLE]

US PAT NO:      5,427,932 [IMAGE AVAILABLE]              L2: 37 of 53

ILL000364

ABSTRACT:
A primer directed DNA amplification method to isolate efficiently
chromosome-specific repeated DNA wherein degenerate oligonucleotide
primers are used is disclosed. The probes produced are a heterogeneous
mixture that can be used with blocking DNA as a chromosome-specific
staining reagent, and/or the elements of the mixture can be screened for
high specificity, size and/or high degree of repetition among other
parameters. The degenerate primers are sets of primers that vary in
sequence but are substantially complementary to highly repeated nucleic
acid sequences, preferably clustered within the template DNA, for
example, pericentromeric alpha satellite repeat sequences. The template
DNA is preferably chromosome-specific. Exemplary primers ard probes are
disclosed. The probes of this invention can be used to determine the
number of chromosomes of a specific type in metaphase spreads, in germ
line and/or somatic cell interphase nuclei, micronuclei and/or in tissue
sections. Also provided is a method to select arbitrarily repeat sequence
probes that can be screened for chromosome-specificity.

38.  5,405,746, Apr. 11, 1995, Method of sequencing DNA; Mathias Uhlen,
**435/6**, 91.2; 935/77, 78 [IMAGE AVAILABLE]

US PAT NO:        5,405,746 [IMAGE AVAILABLE]                    L2: 38 of 53

ABSTRACT:
The invention relates to a method of sequencing target DNA in which said
DNA is provided in double stranded form immobilized on a solid support
via one terminus of one of the two strands thereof and is then subjected
to strand separation whereby the unattached strand is removed prior to
sequencing the immobilized strand. The target DNA, e.g genomic DNA, may
initially be amplified by the PCR method using at least one
oligonucleotide primer which is either attached to a solid support or
carries means for attachment to a solid support.

39.  5,403,708, Apr. 4, 1995, Methods and compositions for determining
the sequence of nucleic acids; Thomas M. Brennan, et al., **435/6**,
91.52; 436/94; 536/24.33, 25.32 [IMAGE AVAILABLE]

US PAT NO:        5,403,708 [IMAGE AVAILABLE]                    L2: 39 of 53

ABSTRACT:
Methods and compositions for forming ligation product hybridized to a
nucleic acid template. The ligation product is formed by contacting a
nucleic acid template with a primer capable of hybridizing to the
template to form a primed template. The primed template is then contacted
with a pool of random extension oligonucleotides of length N and an
enzyme system. The enzyme system is capable of covalently linking the
primer to an extension oligonucleotide adjacently hybridized to it and
one or more other extension oligonucleotides adjacently hybridized to the
ligation product defined by covalently linked ligation primer and one or
more extension oligonucleotides. When covalently linked, the ligation
product is hybridized to the nucleic acid template. Modifications permit
the determination of the nucleotide sequence of one or more members of a
first set of target nucleotide residues in the nucleic acid template that
are spaced at intervals of N nucleotides. In such sequencing methods,
labeled ligation product is formed wherein the position and type of label
incorporated into the labeled ligation product provides information
concerning the nucleotide residue in the nucleic acid template with which
the labeled nucleotide residue is base paired. The compositions comprise

a pool of oligonucleotides of a predetermined length N containing at
least one differentially labeled sequencing nucleotide residue at a
predetermined position and random nucleotide residues at each of the
other nucleotide positions.

40.  5,401,652, Mar. 28, 1995, Nucleic acid sequence encoding apamin
receptor protein; Patricia T. Sokol, et al., 435/240.2, **6**, 252.3,
320.1; 536/23.5, 24.31; 935/6, 22, 66 [IMAGE AVAILABLE]

US PAT NO:       5,401,652 [IMAGE AVAILABLE]            L2: 40 of 53

ABSTRACT:
The present invention relates to an isolated nucleic acid fragment
comprising a nucleic acid sequence encoding an apamin receptor protein,
or biologically active fragment thereof.

41.  5,364,759, Nov. 15, 1994, DNA typing with short tandem repeat
polymorphisms and identification of polymorphic short tandem repeats;
Charles T. Caskey, et al., **435/6**; 436/94; 536/24.31; 935/77, 78
[IMAGE AVAILABLE]

US PAT NO:       5,364,759 [IMAGE AVAILABLE]            L2: 41 of 53

ABSTRACT:
The present invention relates to a DNA profiling assay for detecting
polymorphisms in a short tandem repeat. The method includes the steps of
extracting DNA from a sample to be tested, amplifying the extracted DNA
and identifying the amplified extension products for each different
sequence. Each different sequence is differentially labeled. In the
method, internal and external standards can also be used. The method is
applicable to a wide variety of forensic and medical samples, including
blood, semen, vaginal swaps, tissue, hair, saliva, urine and mixtures of
body fluids. A short tandem repeat sequence which can be characterized by
the formula (A.sub.w G.sub.x T.sub.y C.sub.z).sub.n, wherein A, G, T and
C represent the nucleotides, w, x, y and z represent the number of
nucleotide and range from 0 to 7 and the sum of w+x+y+z ranges from 3 to
7 and n represents the repeat number and ranges from 5 to 50. The labels
can be from a variety of groups, including fluorescers, radioisotopes,
chemiluminescers, stains, enzymes and antibodies. Also described is a
kit. Further, a method of detecting the polymorphic short tandem repeats
comprising the steps of either searching for the repeats in a data base
or comparing oligonucleotides and searching for the repeats in a genetic
library.

42.  5,354,653, Oct. 11, 1994, Method of type-specific detection of
herpes simplex virus; Toshiya Matsumoto, et al., 435/5, **6**, 91.2;
536/24.32, 24.33; 935/17, 77, 78 [IMAGE AVAILABLE]

US PAT NO:       5,354,653 [IMAGE AVAILABLE]            L2: 42 of 53

ABSTRACT:

 The present invention relates to a method of the type-specific detection
of herpes simplex virus, characterized by comprising the step of DNA
amplification in a liquid mixture containing either of a combination of a
first DNA primer containing an oligonucleotide having at least 15 bases
in a base sequence of the formula (1a) ##STR1## with a second DNA primer
containing an oligonucleotide having at least 15 bases in a base sequence

of the formula (2a): ##STR2## or a combination of a first DNA primer
containing an oligonucleotide having at least 15 bases in a base sequence
of the formula (1b): ##STR3## with a second DNA primer containing an
oligonucleotide having at least 15 bases in a base sequence of the
formula (2b): ##STR4## a DNA polymerase and an aqueous liquid sample; and
then the step of DNA examination on the resultant reaction solution.
According to the present invention, it is possible to differentiate
infectious disease caused by the HSV I or HSV II, accurately and rapidly
in a type specific manner.

43.  5,338,839, Aug. 16, 1994, DNA encoding nestin protein; Ronald D. G.
McKay, et al., 536/23.5; **435/6**, 91.2; 536/24.31; 935/9, 11, 78 [IMAGE
AVAILABLE]

US PAT NO:      5,338,839 [IMAGE AVAILABLE]              L2: 43 of 53

ABSTRACT:
A gene (SEQ ID NO: 1 or SEQ ID NO: 3) encoding a protein, nestin, whose
expression distinguishes neural multipotential stem cells and brain tumor
cells from the more differentiated neural cell types (e.g., neuronal,
glial and muscle cells).

44.  5,332,660, Jul. 26, 1994, Gene encoding aspartic acid secretory
proteinase of Candida albicans and a method of using the gene for the
detection of Candida albicans; Osamu Takeda, et al., **435/6**, 91.2;
536/23.2, 23.74 [IMAGE AVAILABLE]

US PAT NO:      5,332,660 [IMAGE AVAILABLE]              L2: 44 of 53

ABSTRACT:
This invention is directed to a gene sequence for secretory aspartic
proteinase (SEQ ID No. 1) which is specific to pathogenic Candida yeast,
to a highly sensitive method for detection of said gene in a sample
solution and a kit used therefor.

45.  5,272,077, Dec. 21, 1993, Method for preparing a covalent conjugate
of an oligonucleotide and an enzyme; Harold C. Warren, III, et al.,
435/188, **6**, 91.1, 190, 191, 192; 548/544, 546 [IMAGE AVAILABLE]

US PAT NO:      5,272,077 [IMAGE AVAILABLE]              L2: 45 of 53

ABSTRACT:
A method is provided for preparing a covalent conjugate of an
oligonucleotide and an enzyme, such as peroxidase. This conjugate can be
used as a probe in hybridization assays and in polymerase chain reaction
procedures. The method generally comprises the steps of: reacting an
enzyme having a reactive amino group with a mercapto-substituted organic
compound to form a blocked intermediate, removing the blocking group to
form an enzyme reagent, and reacting the enzyme reagent with a
functionalized oligonucleotide reagent.

46.  5,262,299, Nov. 16, 1993, Enzyme-amplified lanthanide chelate
luminescence; Ramon A. Evangelista, et al., **435/6**, 7.4, 7.91, 21, 25,
28, 968; 436/56, 501, 512, 546, 800; 536/23.1; 935/76, 77, 78, 81 [IMAGE
AVAILABLE]

US PAT NO:      5,262,299 [IMAGE AVAILABLE]              L2: 46 of 53

ABSTRACT:
A method and compounds useful for this method are described for
enzyme-amplified signal detection in analytical assays requiring
extremely high detection sensitivity which uses a substrate capable of
being transformed by an enzyme from a compound which does not form a
luminescent lanthanide chelate into a product which forms a luminescent
lanthanide chelate. The method in which a substrate not capable of
forming a highly luminescent lanthanide chelate is enzymatically altered
to produce a product which forms a highly luminescent lanthanide chelate
and hence is particularly useful in time-resolved luminescence analysis
as required in many different heterogeneous or homogeneous assay formats
is described herein.

47.  5,202,231, Apr. 13, 1993, Method of **sequencing** of genomes by
**hybridization** of oligonucleotide probes; Radoje T. Drmanac, et al.,
**435/6**; 436/94, 501; 536/23.1, 24.32; 935/77, 78 [IMAGE AVAILABLE]

US PAT NO:     5,202,231 [IMAGE AVAILABLE]              L2: 47 of 53

ABSTRACT:
The conditions under which oligonucleotides hybridize only with entirely
homologous sequences are recognized. The sequence of a given DNA fragment
is read by the hybridization and assembly of positively hybridizing
probes through overlapping portions. By simultaneous hybridization of DNA
molecules applied as dots and bound onto a filter, representing
single-stranded phage vector with the cloned insert, with about 50,000 to
100,000 groups of probes, the main type of which is
(A,T,C,G)(A,T,C,G)N8(A,T,C,G), information for computer determination of
a sequence of DNA having the complexity of a mammalian genome are
obtained in one step. To obtain a maximally completed sequence, three
libraries cloned into the phage vector, M13, bacteriophage are used: with
the 0.5 kb and 7 kbp insert consisting of two sequences, with the average
distance in genomic DNA of 100 kbp. For a million bp of genomic DNA,
25,000 subclones of the 0.5 kbp are required as well as 700 subclones 7
kb long and 170 jumping subclones. Subclones of 0.5 kb are applied on a
filter in groups of 20 each, so that the total number of samples is 2,120
per million bp. The process can be easily and entirely robotized for
factory reading of complex genomic fragments or DNA molecules.

48.  5,112,736, May 12, 1992, DNA sequencing using fluorescence
background electroblotting membrane; Karin D. Caldwell, et al.,
**435/6**, 129, 805; 436/113, 172, 501, 800, 807; 935/17, 19, 77, 86, 88
[IMAGE AVAILABLE]

US PAT NO:     5,112,736 [IMAGE AVAILABLE]              L2: 48 of 53

ABSTRACT:
A method for the multiplex sequencing on DNA is disclosed which comprises
the electroblotting or specific base terminated DNA fragments, which have
been resolved by gel electrophoresis, onto the surface of a neutral
non-aromatic polymeric microporous membrane exhibiting low background
fluorescence which has been surface modified to contain amino groups.
Polypropylene membranes are preferably and the introduction of amino
groups is accomplished by subjecting the membrane to radio or microwave
frequency plasma discharge in the presence of an aminating agent,
preferably ammonia. The membrane, containing physically adsorbed DNA
fragments on its surface after the electroblotting, is then treated with
crosslinking means such as UV radiation or a glutaraldehyde spray to

chemically bind the DNA fragments to the membrane through said amino groups contained on the surface thereof. The DNA fragments chemically bound to the membrane are subjected to hybridization probing with a tagged probe specific to the sequence of the DNA fragments. The tagging may be by either fluorophores or radioisotopes. The tagged probes hybridized to said target DNA fragments are detected and read by laser induced fluorescence detection or autoradiograms. The use of aminated low fluorescent background membranes allows the use of fluorescent detection and reading even when the available amount of DNA to be sequenced is small. The DNA bound to the membrances may be reprobed numerous times.

49.  5,079,143, Jan. 7, 1992, Method of identifying compounds useful as antiparasitic drugs; Ronald D. Klein, et al., 435/29, **6**, 252.3, 252.33, 320.1; 536/23.2, 23.7; 935/79 [IMAGE AVAILABLE]

US PAT NO:     5,079,143 [IMAGE AVAILABLE]          L2: 49 of 53

ABSTRACT:
A method for identifying compounds useful as antiparasitic drugs is disclosed. Deficient microorganisms are complemented with homologous metabolic enzyme genes. The metabolic enzyme is the drug target. In addition, recombinant DNA molecules comprising helminthic PFK and PEPCK genes are disclosed.

50.  5,002,867, Mar. 26, 1991, Nucleic acid sequence determination by multiple mixed oligonucleotide probes; Stephen C. Macevicz, **435/6**, 810; 436/501, 808; 536/24.3, 24.32; 935/77, 78 [IMAGE AVAILABLE]

US PAT NO:     5,002,867 [IMAGE AVAILABLE]          L2: 50 of 53

ABSTRACT:
A method is provided for sequencing nucleic acids without the need to separate similarly sized DNAs or RNAs by gel electrophoresis. The method relies on the separate hybridization of multiple mixed oligonucleotide probes to a target sequence. The mixed oligonucleotide probes comprise sequences of fixed and non-fixed bases corresponding to every possible permutation of fixed and non-fixed bases less than or equal to the length of the probes. For each probe, the hybridizations provide the number of times the probe's particular sequence of fixed bases appears in the target sequence. The target sequence is then mathematically reconstructed from this data and a knowledge of the probe sequences.

51.  4,994,370, Feb. 19, 1991, DNA amplification technique; Jonathan Silver, et al., **435/6**, 15, 18, 91.2, 193, 199; 436/94, 501 [IMAGE AVAILABLE]

US PAT NO:     4,994,370 [IMAGE AVAILABLE]          L2: 51 of 53

ABSTRACT:
A modification of the polymerase chain reaction (PCR) technique is described. The method allows the amplification of regions of DNA flanking a single region of known sequence, in contrast to standard PCR which requires two regions of known sequence at opposite ends of the fragment to be amplified. Various advantages of the new method are described.

52.  4,918,178, Apr. 17, 1990, Test for Johne's disease; Sarah S. Hurley, et al., 536/23.7; **435/6**, 863; 436/501, 811; 536/24.32; 935/78 [IMAGE AVAILABLE]

ILL000369

US PAT NO:      4,918,178 [IMAGE AVAILABLE]          L2: 52 of 53

ABSTRACT:
A test to diagnose the presence of Johne's disease is disclosed. In one
aspect it involves using a DNA segment that will hybridize to M.
paratuberculosis but not to other bacteria typically found in bovine
feces. Another aspect of the invention is providing a process for
breaking the cell wall of mycobacteria using dense beads in the presence
of phenol.

53.  4,753,873, Jun. 28, 1988, Peptides for the diagnosis of HTLV-III
antibodies, their preparation and use; Gerald A. Beltz, et al., 435/5;
424/188.1; **435/6**, 7.92, 69.3, 172.3, 188, 240.27, 810, 974, 975;
436/531, 548, 808, 811; 530/350, 387.9, 388.35, 389.3, 389.4, 391.3;
930/221, 300; 935/81, 109 [IMAGE AVAILABLE]

US PAT NO:      4,753,873 [IMAGE AVAILABLE]          L2: 53 of 53

ABSTRACT:
Certain peptide fragments of the human T-cell leukemia (lymphotropic)
virus (HTLV-III) are particularly immunoreactive to HTLV-III antibodies,
and can therefore be applied to immunodiagnostic tests for the detection
of antibodies to HTLV-III.
=>

08/020,663

```
SYSTEM:OS  - DIALOG OneSearch
   File  55:BIOSIS PREVIEWS(R)  1985-1996/Mar W4
          (c) 1996 BIOSIS
   File  72:EMBASE  1985-1996/Iss 13
          (c) 1996 Elsevier Science B.V.
   File  76:Life Sciences Collection  1982-1996/Feb
          (c) 1996 Cambridge Sci Abs
   File 155:MEDLINE(R)  1966-1996/May W5
          (c) format only 1996 Knight-Ridder Info
*File 155: Type HELP NEWS 155 for 1996 reload information
   Type HELP DRUGS 155 for D5-D26 Drug Categories problem details.
   File 342:Derwent Patents Citation Indx  1978-1996/96C11
          (c)1996 Derwent Info Ltd
*File 342: MAPs of Cited/Citing Patent Numbers or Derwent Accession
Numbers are now working correctly.
   File 348:EUROPEAN PATENTS  1978-1996/MAR W4
          (c) 1996 European Patent Office
*File 348:  *** EPO is now CURRENT! ***
Fulltext is forthcoming.  See HELP NEWS 348 for more information.
   File 399:CA SEARCH(R)  1967-1996/UD=12415
          (c) 1996 American Chemical Society
*File 399: Use is subject to the terms of your user/customer agreement.
For format prices, including formats 6 & 8, see HELP RATES 399.
   File 351:DERWENT WPI  1981-1996/UD=9614;UA=9610;UM=9602
          (c)1996 Derwent Info Ltd
   File 358:Current Biotech Abs  1983-1996/Mar
          (c)1996 Royal Soc Chem & the DECHEMA


       Set  Items  Description
       ---  -----  -----------
?s sequenc? ?(w)by(w)hybridization

          987008  SEQUENC? ?
         3120368  BY
          212899  HYBRIDIZATION
      S1       0  SEQUENC? ?(W)BY(W)HYBRIDIZATION
?s sequencing(w)by(w)hybridization

           80355  SEQUENCING
         3120368  BY
          212899  HYBRIDIZATION
      S2       0  SEQUENCING(W)BY(W)HYBRIDIZATION
?s sequencing (s)(nucleic(w)acid(w)hybridization)

Processing
           80355  SEQUENCING
          548772  NUCLEIC
```

ILL000371

```
        3436935   ACID
        212899    HYBRIDIZATION
     S3     123   SEQUENCING (S)  (NUCLEIC(W)ACID(W)HYBRIDIZATION)
?s ligation or (template(w)directed(w)ligation)

        43931     LIGATION
        38978     TEMPLATE
        272779    DIRECTED
        43931     LIGATION
            19    TEMPLATE(W)DIRECTED(W)LIGATION
     S4   43931   LIGATION OR (TEMPLATE(W)DIRECTED(W)LIGATION)
?s s3 and s4

         123   S3
       43931   S4
     S5     3   S3 AND S4
?t s5/3,ab/1-3

>>>No matching display code(s) found in file(s): 342, 399

 5/3,AB/1    (Item 1 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  122125332    CA: 122(11)125332d    PATENT
  Methods for detection, sequencing, and cloning of amplified DNA using
exonuclease
  INVENTOR(AUTHOR): Murtagh, James J.
  LOCATION: USA
  PATENT: PCT International ; WO 9424313 A1  DATE: 941027
  APPLICATION: WO 94US4310 (940419) *US 49264 (930419)
  PAGES: 95 pp.  CODEN: PIXXD2  LANGUAGE: English  CLASS: C12Q-001/68A;
C12N-015/09B; C12N-015/66B; C12P-019/34B  DESIGNATED COUNTRIES: AU; CA; JP
  DESIGNATED REGIONAL: AT; BE; CH; DE; DK; ES; FR; GB; GR; IE; IT; LU; MC;
NL; PT; SE


 5/3,AB/2    (Item 2 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  121149899    CA: 121(13)149899z    JOURNAL
  DNA sequencing by hybridization with oligonucleotides immobilized in gel.
Chemical ligation as a way to extend the application of the method
  AUTHOR(S): Kuznetsova, S. A.; Kanevskii, I. E.; Florent'ev, V. A.;
Mirzabekov, A. D.; Shabarova, Z. A.
  LOCATION: Dep. Chem., Lomonosov Moscow State Univ., Moscow, Russia,
```

119899
   JOURNAL: Mol. Biol. (Moscow)  DATE: 1994  VOLUME: 28  NUMBER: 2  PAGES:
290-9  CODEN: MOBIBO  ISSN: 0026-8984  LANGUAGE: Russian


   5/3,AB/3    (Item 3 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121027994    CA: 121(3)27994f    JOURNAL
   Enhanced DNA sequencing by hybridization
   AUTHOR(S): Broude, Natalia E.; Sano, Takeshi; Smith, Cassandra L.;
Cantor, Charles R.
   LOCATION: Cen. Adv. Biotechnology, Boston Univ., Boston, MA, 02215, USA
   JOURNAL: Proc. Natl. Acad. Sci. U. S. A.  DATE: 1994  VOLUME: 91
   NUMBER: 8  PAGES: 3072-6  CODEN: PNASA6  ISSN: 0027-8424  LANGUAGE:
English
?

ILL000373

08/424,663

```
SYSTEM:OS  - DIALOG OneSearch
   File  55:BIOSIS PREVIEWS(R)  1985-1996/Mar W4
           (c) 1996 BIOSIS
   File  30:AsiaPacific  1985-1996/Mar B1
           (c) 1996 Aristarchus Knowledge Industries
   File  72:EMBASE  1985-1996/Iss 13
           (c) 1996 Elsevier Science B.V.
   File  76:Life Sciences Collection  1982-1996/Feb
           (c) 1996 Cambridge Sci Abs
   File 155:MEDLINE(R)  1966-1996/May W5
           (c) format only 1996 Knight-Ridder Info
 *File 155: Type HELP NEWS 155 for 1996 reload information
    Type HELP DRUGS 155 for D5-D26 Drug Categories problem details.
   File 342:Derwent Patents Citation Indx  1978-1996/96C11
           (c)1996 Derwent Info Ltd
 *File 342: MAPs of Cited/Citing Patent Numbers or Derwent Accession
 Numbers are now working correctly.
   File 348:EUROPEAN PATENTS  1978-1996/MAR W4
           (c) 1996 European Patent Office
 *File 348:  *** EPO is now CURRENT! ***
 Fulltext is forthcoming.  See HELP NEWS 348 for more information.
   File 399:CA SEARCH(R)  1967-1996/UD=12415
           (c) 1996 American Chemical Society
 *File 399: Use is subject to the terms of your user/customer agreement.
 For format prices, including formats 6 & 8, see HELP RATES 399.
   File 351:DERWENT WPI  1981-1996/UD=9614;UA=9610;UM=9602
           (c)1996 Derwent Info Ltd
   File 358:Current Biotech Abs  1983-1996/Mar
           (c)1996 Royal Soc Chem & the DECHEMA

       Set  Items  Description
       ---  -----  -----------
 ?e au=macevicz, s


 Ref    Items  Index-term
 E1        1   AU=MACEVICZ STEPHEN C
 E2        2   AU=MACEVICZ, CLEMENT C.
 E3        0  *AU=MACEVICZ, S
 E4        1   AU=MACEVICZ, S. C.
 E5        1   AU=MACEVICZ, S.C.
 E6        1   AU=MACEVICZ, STEPHEN C.
 E7        2   AU=MACEVILLY C J
 E8        1   AU=MACEVILLY C.J.
 E9        2   AU=MACEVILLY CJ
 E10      11   AU=MACEVILLY M
 E11       3   AU=MACEVILLY M.
```

ILL000374

```
E12      1  AU=MACEVILLY MA

         Enter P or PAGE for more
?s e6

     S1      1  AU="MACEVICZ, STEPHEN C."
?t s1/3,ab/1

>>>No matching display code(s) found in file(s): 342, 399

  1/3,AB/1    (Item 1 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  114056965    CA: 114(7)56965h    PATENT
  DNA sequencing by multiple mixed oligonucleotide probes
  INVENTOR(AUTHOR): Macevicz, Stephen C.
  LOCATION: USA
  ASSIGNEE: DNAX Research Institute of Molecular and Cellular Biology, Inc.
  PATENT: PCT International ; WO 9004652 A1  DATE: 900503
  APPLICATION: WO 89US4741 (891023) *US 261702 (881024)
  PAGES: 39 pp.  CODEN: PIXXD2  LANGUAGE: English  CLASS: C12Q-001/68A
  DESIGNATED COUNTRIES: JP  DESIGNATED REGIONAL: AT; BE; CH; DE; FR; GB; IT
; LU; NL; SE
?e au=szybalski, w


Ref   Items  Index-term
E1       1  AU=SZYBALSKI, LOUISE
E2       2  AU=SZYBALSKI, STEFAN
E3       0 *AU=SZYBALSKI, W
E4      86  AU=SZYBALSKI, W.
E5       4  AU=SZYBALSKI, W. (EDS.)
E6       1  AU=SZYBALSKI, W.T.
E7     117  AU=SZYBALSKI, WACLAW
E8       1  AU=SZYBALSKI, WACLAW T.
E9       1  AU=SZYBBO C
E10      1  AU=SZYBBO C.
E11     25  AU=SZYBEJKO J
E12      2  AU=SZYBEJKO J.

         Enter P or PAGE for more
?s e7

     S2    117  AU="SZYBALSKI, WACLAW"
?rd
```

```
>>>Duplicate detection is not supported for File 342.
>>>Duplicate detection is not supported for File 348.
>>>Duplicate detection is not supported for File 351.

>>>Records from unsupported files will be retained in the RD set.
...examined 50 records  (50)
...examined 50 records  (100)
...completed examining records
     S3    115  RD (unique items)
?t s3/3,ab/1-115

>>>No matching display code(s) found in file(s): 342, 399
```

 3/3,AB/1    (Item 1 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   123247900    CA: 123(19)247900d    JOURNAL
   Construction of lacIts and lacIqts expression plasmids and evaluation of
the thermosensitive lac repressor
   AUTHOR(S): Hasan, Noaman; Szybalski, Waclaw
   LOCATION: McArdle Laboratory for Cancer Research, University of Wisconsin
Medical School, Madison, WI, 53706-1599, USA
   JOURNAL: Gene DATE: 1995 VOLUME: 163 NUMBER: 1 PAGES: 35-40 CODEN:
GENED6 ISSN: 0378-1119 LANGUAGE: English


 3/3,AB/2    (Item 2 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122124388    CA: 122(11)124388q    JOURNAL
   Escherichia coli genome targeting, I. Cre-lox-mediated in vitro
generation of ori- plasmids and their in vivo chromosomal integration and
retrieval
   AUTHOR(S): Hasan, Noaman; Koob, Michael; Szybalski, Waclaw
   LOCATION: McArdle Laboratory for Cancer Research, University of Wisconsin
Medical School, Madison, WI, 53706-1599, USA
   JOURNAL: Gene DATE: 1994 VOLUME: 150 NUMBER: 1 PAGES: 51-6 CODEN:
GENED6 ISSN: 0378-1119 LANGUAGE: English


 3/3,AB/3    (Item 3 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121250041    CA: 121(21)250041p    JOURNAL

ILL000376

Rapid removal of proteins from DNA sequencing mixtures using a strong
cationic exchanger
 AUTHOR(S): Kaczorowski, Tadeusz; Szybalski, Waclaw
 LOCATION: McArdle Laboratory for Cancer Research, University of Wisconsin
, Madison, WI, USA
 JOURNAL: BioTechniques  DATE: 1994  VOLUME: 17  NUMBER: 1  PAGES: 34
 CODEN: BTNQDO  ISSN: 0736-6205  LANGUAGE: English


 3/3,AB/4    (Item 4 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  121171582    CA: 121(15)171582n    JOURNAL
 Assembly of 18-nucleotide primers by ligation of three hexamers:
sequencing of large genomes by primer walking
 AUTHOR(S): Kaczorowski, Tadeusz; Szybalski, Waclaw
 LOCATION: McArdle Lab. Cancer Res., Univ. Wisconson, Madison, WI, 53706,
USA
 JOURNAL: Anal. Biochem.  DATE: 1994  VOLUME: 221  NUMBER: 1  PAGES:
127-35  CODEN: ANBCA2  ISSN: 0003-2697  LANGUAGE: English


 3/3,AB/5    (Item 5 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  121126321    CA: 121(11)126321r    JOURNAL
 In vivo excision and amplification of large segments of the Escherichia
coli genome
 AUTHOR(S): Posfai, Gyorgy; Koob, Michael; Hradecna, Zdenka; Hasan, Noaman
; Filutowicz, Marcin; Szybalski, Waclaw
 LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
 JOURNAL: Nucleic Acids Res.  DATE: 1994  VOLUME: 22  NUMBER: 12  PAGES:
2392-8  CODEN: NARHAD  ISSN: 0305-1048  LANGUAGE: English


 3/3,AB/6    (Item 6 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  120097255    CA: 120(9)97255u    JOURNAL
 From the double-helix to novel approaches to the sequencing of large
genomes
 AUTHOR(S): Szybalski, Waclaw
 LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,

USA
  JOURNAL: Gene  DATE: 1993  VOLUME: 135  NUMBER: 1-2  PAGES: 279-90
  CODEN: GENED6  ISSN: 0378-1119  LANGUAGE: English


 3/3,AB/7    (Item 7 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  119044596    CA: 119(5)44596d    JOURNAL
  Preparing and using agarose microbeads
  AUTHOR(S): Koob, Michael; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Methods Enzymol.  DATE: 1992  VOLUME: 216  NUMBER: Recombinant
DNA, Pt. G  PAGES: 13-20  CODEN: MENZAU  ISSN: 0076-6879  LANGUAGE: English


 3/3,AB/8    (Item 8 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  118163966    CA: 118(17)163966p    JOURNAL
  Conferring new specificities on restriction enzymes: Cleavage at any
predetermined site by combining adapter oligodeoxynucleotide and class-IIS
enzyme
  AUTHOR(S): Podhajska, Anna J.; Kim, Sun Chang; Szybalski, Waclaw
  LOCATION: Dep. Microbiol., Univ. Gdansk, 80-222, Gdansk, Pol.
  JOURNAL: Methods Enzymol.  DATE: 1992  VOLUME: 216  NUMBER: Recombinant
DNA, Pt. G  PAGES: 303-9  CODEN: MENZAU  ISSN: 0076-6879  LANGUAGE: English


 3/3,AB/9    (Item 9 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  118033653    CA: 118(5)33653y    JOURNAL
  RecA-AC: single-site cleavage of plasmids and chromosomes at any
predetermined restriction site
  AUTHOR(S): Koob, Michael; Burkiewicz, Adam; Kur, Jozel; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Nucleic Acids Res.  DATE: 1992  VOLUME: 20  NUMBER: 21  PAGES:
5831-6  CODEN: NARHAD  ISSN: 0305-1048  LANGUAGE: English


 3/3,AB/10    (Item 10 from file: 399)

DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

117227152    CA: 117(23)227152j    JOURNAL
Use of the HPRT gene and the HAT selection technique in DNA-mediated
transformation of mammalian cells:  first steps toward developing hybridoma
techniques and gene therapy
  AUTHOR(S): Szybalski, Waclaw
  LOCATION: Sch. Med., Univ. Wisconsin, Madison, WI, 53706, USA
  JOURNAL: BioEssays DATE: 1992 VOLUME: 14 NUMBER: 7 PAGES: 495-500
  CODEN: BIOEEJ ISSN: 0265-9247 LANGUAGE: English


 3/3,AB/11    (Item 11 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

117147115    CA: 117(15)147115j    BOOK
Papers presented at the Eighth International Symposium on Biology of
Actinomyces.
  AUTHOR(S): Ensign, Jerald C.; Hutchinson, C. Richard; Jeffries, Thomas W.
; Szybalski, Waclaw; Weisblum, Bernard; Editors  .
  LOCATION: Neth.
  DATE: 1992 PAGES: 271 pp.  CODEN: BOOKA7  LANGUAGE: English  PUBLISHER:
(Elsevier,Amsterdam, Neth.)


 3/3,AB/12    (Item 12 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

116249793    CA: 116(25)249793a    JOURNAL
Integration host factor (IHF) binds to many sites in the A+T-rich b2
region of phage .lambda. DNA
  AUTHOR(S): Kur, Jozef; Hasan, Noaman; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene DATE: 1992 VOLUME: 111 NUMBER: 1 PAGES: 1-9 CODEN:
GENED6 ISSN: 0378-1119 LANGUAGE: English


 3/3,AB/13    (Item 13 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

116146464    CA: 116(15)146464q    JOURNAL
Class-IIS restriction enzymes - a review (Erratum to document cited in

CA115(19):201603r)
  AUTHOR(S): Szybalski, Waclaw; Kim, Sun C.; Hasan, Noaman; Podhajska, Anna
J.
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene DATE: 1991 VOLUME: 109 NUMBER: 1 PAGES: 169 CODEN:
GENED6 ISSN: 0378-1119 LANGUAGE: English


  3/3,AB/14    (Item 14 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  116144984   CA: 116(15)144984k   JOURNAL
  A novel method for converting common restriction enzymes into rare
cutters:  integration host factor-mediated Achilles' cleavage (IHF-AC)
  AUTHOR(S): Kur, Jozef; Koob, Michael; Burkiewicz, Adam; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Madison, WI, 53706, USA
  JOURNAL: Gene DATE: 1992 VOLUME: 110 NUMBER: 1 PAGES: 1-7 CODEN:
GENED6 ISSN: 0378-1119 LANGUAGE: English


  3/3,AB/15    (Item 15 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  116052417   CA: 116(7)52417z   JOURNAL
  Protection of plants against viral diseases by cloned viral genes and
anti-genes
  AUTHOR(S): Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene DATE: 1991 VOLUME: 107 NUMBER: 2 PAGES: 177-9 CODEN:
GENED6 ISSN: 0378-1119 LANGUAGE: English


  3/3,AB/16    (Item 16 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  116036605   CA: 116(5)36605d    CONFERENCE PROCEEDING
  Modifying specificities of restriction enzymes
  AUTHOR(S): Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Biotechnol.: Bridging Res. Appl., Proc. U.S.-Isr. Res. Conf.
Adv. Appl. Biotechnol. EDITOR: Kamely, Daphne (Ed), Chakrabarty, Ananda M.