# EXHIBIT  A
## PART 3

(Ed), Kornguth, Steven E (Ed),   DATE: 1991  PAGES: 371-6  CODEN: 57MWA2
  LANGUAGE: English  MEETING DATE: 900000  PUBLISHER: Kluwer,Boston, Mass


 3/3,AB/17    (Item 17 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   115086659   CA: 115(9)86659z   JOURNAL
   A novel gene-fusing vector:  construction of a 5'-GGmCC-specific chimeric
methyltransferase, M.cntdot.BspRI/M.cntdot.BsuRI
   AUTHOR(S): Kim, Sun C.; Posfai, Gyorgy; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Gene  DATE: 1991  VOLUME: 100,  PAGES: 45-50  CODEN: GENED6
   ISSN: 0378-1119  LANGUAGE: English


 3/3,AB/18    (Item 18 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   114018225   CA: 114(3)18225j   JOURNAL
   The role of the direct repeat in gut-controlled antitermination in phage
.lambda. (Erratum to document cited in CA113(3):18614q)
   AUTHOR(S): Kur, Jozef; Hradecna, Zdenka; Hasan, Noaman; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Virology  DATE: 1990  VOLUME: 178  NUMBER: 2  PAGES: 635
   CODEN: VIRLAX  ISSN: 0042-6822  LANGUAGE: English


 3/3,AB/19    (Item 19 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   113225781   CA: 113(25)225781g   JOURNAL
   Cleaving yeast and Escherichia coli genomes at a single site
   AUTHOR(S): Koob, Michael; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Science (Washington, D. C., 1883-)  DATE: 1990  VOLUME: 250
   NUMBER: 4978  PAGES: 271-3  CODEN: SCIEAS  ISSN: 0036-8075  LANGUAGE:
English


 3/3,AB/20    (Item 20 from file: 399)

DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   113110122    CA: 113(13)110122a    JOURNAL
   Achilles' heel cleavage:  creation of rare restriction sites in .lambda.
phage genomes and evaluation of additional operators, repressors and
restriction/modification systems
   AUTHOR(S): Grimes, Eric; Koob, Michael; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Gene  DATE: 1990  VOLUME: 90  NUMBER: 1  PAGES: 1-7  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


 3/3,AB/21    (Item 21 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   113072054    CA: 113(9)72054v    JOURNAL
   Alterations in the p'R promoter of coliphage .lambda. modify both its
activity and interaction with the integration host factor (IHF)
   AUTHOR(S): Kur, Jozef; Hasan, Noaman; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: MGG, Mol. Gen. Genet.  DATE: 1990  VOLUME: 221  NUMBER: 3
   PAGES: 411-20  CODEN: MGGEAE  ISSN: 0026-8925  LANGUAGE: English


 3/3,AB/22    (Item 22 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   112017307    CA: 112(3)17307j    JOURNAL
   An MboII/FokI trimming plasmid allowing consecutive cycles of precise
1-to 12-base-pair deletions in cloned DNA
   AUTHOR(S): Hasan, Noaman; Kur, Jozef; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Gene  DATE: 1989  VOLUME: 82  NUMBER: 2  PAGES: 305-11  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


 3/3,AB/23    (Item 23 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   111188476    CA: 111(21)188476x    JOURNAL

   Physical and biological consequences of interactions between integration
host factor (IHF) and coliphage lambda late p'R promoter and its mutants
   AUTHOR(S): Kur, Jozef; Hasan, Noaman; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Gene  DATE: 1989  VOLUME: 81  NUMBER: 1  PAGES: 1-15  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


  3/3,AB/24    (Item 24 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   111003456    CA: 111(1)3456z    JOURNAL
   A simple method for locating methylated bases in DNA using class-IIS
restriction enzymes
   AUTHOR(S): Posfai, Gyorgy; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Gene  DATE: 1988  VOLUME: 74  NUMBER: 1  PAGES: 179-81  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


  3/3,AB/25    (Item 25 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   110167500    CA: 110(19)167500q    JOURNAL
   Conferring new specificity upon restriction endonucleases by combining
repressor-operator interaction and methylation
   AUTHOR(S): Koob, Mike; Grimes, Eric; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Gene  DATE: 1988  VOLUME: 74  NUMBER: 1  PAGES: 165-7  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


  3/3,AB/26    (Item 26 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   110166968    CA: 110(19)166968m    JOURNAL
   Repression of transcription from the b2-att region of coliphage .lambda.
by integration host factor
   AUTHOR(S): Kur, Jozef; Hasan, Noaman; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA

```
   JOURNAL: Virology  DATE: 1989  VOLUME: 168  NUMBER: 2  PAGES: 236-44
   CODEN: VIRLAX  ISSN: 0042-6822  LANGUAGE: English


  3/3,AB/27    (Item 27 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   110089582   CA: 110(11)89582b    JOURNAL
  Antisense RNA does not significantly affect expression of the galK gene
of Escherichia coli or the N gene of coliphage lambda
   AUTHOR(S): Hasan, Noaman; Somasekhar, Gopalam; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Gene  DATE: 1988  VOLUME: 72  NUMBER: 1-2  PAGES: 247-52
   CODEN: GENED6  ISSN: 0378-1119  LANGUAGE: English


  3/3,AB/28    (Item 28 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   110070433   CA: 110(9)70433g    JOURNAL
  Amplification of cloned DNA as tandem multimers using BspMI-generated
asymmetric cohesive ends
   AUTHOR(S): Kim, Sun C.; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Gene  DATE: 1988  VOLUME: 71  NUMBER: 1  PAGES: 1-8  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


  3/3,AB/29    (Item 29 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   110020750   CA: 110(3)20750n    JOURNAL
  A simple method for locating methylated bases in DNA, as applied to
detect asymmetric methylation by M.cntdot.FokIA
   AUTHOR(S): Posfai, Gyorgy; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Gene  DATE: 1988  VOLUME: 69  NUMBER: 1  PAGES: 147-51  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


  3/3,AB/30    (Item 30 from file: 399)
```

DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

109184913    CA: 109(21)184913y    JOURNAL
Conferring operator specificity on restriction endonucleases
AUTHOR(S): Koob, Michael; Grimes, Eric; Szybalski, Waclaw
LOCATION: McArdle Lab., Cancer Res. Univ. Wisconsin, Madison, WI, 53706, USA
JOURNAL: Science (Washington, D. C., 1883-)  DATE: 1988  VOLUME: 241
NUMBER: 4869  PAGES: 1084-6  CODEN: SCIEAS  ISSN: 0036-8075  LANGUAGE: English


3/3,AB/31    (Item 31 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

109124890    CA: 109(15)124890d    JOURNAL
Increasing the FokI cleavage specificity from 5 to 7 base pairs by two-step methylation
AUTHOR(S): Posfai, Gyorgy; Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706, USA
JOURNAL: Nucleic Acids Res.  DATE: 1988  VOLUME: 16  NUMBER: 13  PAGES: 6245  CODEN: NARHAD  ISSN: 0305-1048  LANGUAGE: English


3/3,AB/32    (Item 32 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

109087440    CA: 109(11)87440j    JOURNAL
Cleaving DNA at any predetermined site with adapter-primers and class-IIS restriction enzymes
AUTHOR(S): Kim, Sun C.; Podhajska, Anna J.; Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706, USA
JOURNAL: Science (Washington, D. C., 1883-)  DATE: 1988  VOLUME: 240
NUMBER: 4851  PAGES: 504-6  CODEN: SCIEAS  ISSN: 0036-8075  LANGUAGE: English


3/3,AB/33    (Item 33 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

108070177    CA: 108(9)70177k    PATENT

Design of universal restriction endonuclease using oligonucleotide
adapter
  INVENTOR(AUTHOR): Szybalski, Waclaw
  LOCATION: USA
  PATENT: European Pat. Appl. ; EP 234781 A2  DATE: 870902
  APPLICATION: EP 87301031 (870205) *US 826220 (860205)
  PAGES: 18 pp.  CODEN: EPXXDW  LANGUAGE: English  CLASS: C12N-009/22A;
C12N-009/96B; C12N-015/00  DESIGNATED COUNTRIES: AT; BE; CH; DE; ES; FR; GB
; GR; IT; LI; LU; NL; SE


 3/3,AB/34     (Item 34 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   107212619    CA: 107(23)212619m    JOURNAL
   Control of cloned gene expression by promoter inversion in vivo:
construction of improved vectors with a multiple cloning site and the Ptac
promoter
  AUTHOR(S): Hasan, Noaman; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene  DATE: 1987  VOLUME: 56  NUMBER: 1  PAGES: 145-51  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


 3/3,AB/35     (Item 35 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   107053095    CA: 107(7)53095u    JOURNAL
   The functional boundaries of the Q-utilization site required for
antitermination of late transcription in bacteriophage .lambda.
  AUTHOR(S): Somasekhar, Gopalam; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Virology  DATE: 1987  VOLUME: 158  NUMBER: 2  PAGES: 414-26
  CODEN: VIRLAX  ISSN: 0042-6822  LANGUAGE: English


 3/3,AB/36     (Item 36 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   107018608    CA: 107(3)18608s    JOURNAL
   Effect of the promoter structure on the nutL transcription
antitermination function

AUTHOR(S): Hasan, Noaman; Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Rds., Univ. Wisconsin, Madison, WI, 53706, USA
JOURNAL: Gene  DATE: 1986  VOLUME: 50  NUMBER: 1-3  PAGES: 97-100
CODEN: GENED6  ISSN: 0378-1119  LANGUAGE: English


3/3,AB/37    (Item 37 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

107001950   CA: 107(1)1950z   JOURNAL
A novel multistep method for generating precise unidirectional deletions using BspMI, a class-IIS restriction enzyme
AUTHOR(S): Hasan, Noaman; Kim, Sun C.; Podhajska, Anna J.; Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706, USA
JOURNAL: Gene  DATE: 1986  VOLUME: 50  NUMBER: 1-3  PAGES: 55-62  CODEN: GENED6  ISSN: 0378-1119  LANGUAGE: English


3/3,AB/38    (Item 38 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

106190015   CA: 106(23)190015m   JOURNAL
Boundaries of the nutL antiterminator of coliphage lambda and effects of mutations in the spacer region between boxA and boxB
AUTHOR(S): Hasan, Noaman; Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706, USA
JOURNAL: Gene  DATE: 1986  VOLUME: 50  NUMBER: 1-3  PAGES: 87-96  CODEN: GENED6  ISSN: 0378-1119  LANGUAGE: English


3/3,AB/39    (Item 39 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

104182266   CA: 104(21)182266n   JOURNAL
Conversion of the FokI endonuclease to a universal restriction enzyme: cleavage of phage M13mp7 DNA at predetermined sites
AUTHOR(S): Podhajska, Anna J.; Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53705, USA
JOURNAL: Gene  DATE: 1985  VOLUME: 40  NUMBER: 2-3  PAGES: 175-82

CODEN: GENED6  ISSN: 0378-1119  LANGUAGE: English


 3/3,AB/40    (Item 40 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  104164182    CA: 104(19)164182c    JOURNAL
  Universal restriction endonucleases:  designing novel cleavage
specificities by combining adapter oligodeoxynucleotide and enzyme moieties
  AUTHOR(S): Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene DATE: 1985 VOLUME: 40 NUMBER: 2-3  PAGES: 169-73
  CODEN: GENED6  ISSN: 0378-1119  LANGUAGE: English


 3/3,AB/41    (Item 41 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  104103314    CA: 104(13)103314a    JOURNAL
  Control of cloned gene expression by promoter inversion in vivo:
construction of the heat-pulse-activated att-nutL-p-att-N module
  AUTHOR(S): Podhajska, Anna J.; Hasan, Noaman; Szybalski, Waclaw
  LOCATION: Ardle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene DATE: 1985 VOLUME: 40 NUMBER: 1  PAGES: 163-8  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


 3/3,AB/42    (Item 42 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  104082867    CA: 104(11)82867r    JOURNAL
  Transcriptional antitermination activity of the synthetic nut elements of
coliphage lambda.  I.  Assembly of the nutR recognition site from boxA and
nut core elements
  AUTHOR(S): Brown, Alexandra L.; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene DATE: 1985 VOLUME: 39 NUMBER: 2-3  PAGES: 121-7  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


 3/3,AB/43    (Item 43 from file: 399)

ILL000388

DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   102180023    CA: 102(21)180023r    JOURNAL
   Thermosensitivity of a DNA recognition site:  activity of a truncated
nutL antiterminator of coliphage lambda
   AUTHOR(S): Peltz, Stuart W.; Brown, Alexandra L.; Hasan, Noaman;
Podhajska, Anna J.; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Science (Washington, D. C., 1883-)  DATE: 1985  VOLUME: 228
   NUMBER: 4695  PAGES: 91-3  CODEN: SCIEAS  ISSN: 0036-8075  LANGUAGE:
English


   3/3,AB/44    (Item 44 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   100133474    CA: 100(17)133474n    JOURNAL
   Mapping of the Q-utilization site (qut) required for antitermination of
late transcription in bacteriophage lambda
   AUTHOR(S): Somasekhar, Gopalam; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 57306,
USA
   JOURNAL: Gene  DATE: 1983  VOLUME: 26  NUMBER: 2-3  PAGES: 291-4  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


   3/3,AB/45    (Item 45 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   100018490    CA: 100(3)18490c    JOURNAL
   Complete annotated lambda sequence
   AUTHOR(S): Daniels, Donna L.; Schroeder, John L.; Szybalski, Waclaw;
Sanger, Fred; Coulson, Alan R.; Hong, Guo F.; Hill, Diane F.; Petersen,
George B.; Blattner, Frederick R.
   LOCATION: Lab. Genet., Univ. Wisconsin, Madison, WI, 53706, USA
   JOURNAL: Cold Spring Harbor Monogr. Ser.  DATE: 1983  VOLUME: 13
   NUMBER: Lambda 2  PAGES: 519-676  CODEN: CHMSDK  ISSN: 0270-1847
   LANGUAGE: English


   3/3,AB/46    (Item 46 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

ILL000389

100018489    CA: 100(3)18489j    JOURNAL
A molecular map of coliphage lambda
AUTHOR(S): Daniels, Donna L.; Schroeder, John L.; Szybalski, Waclaw;
Sanger, Fred; Blattner, Frederick R.
LOCATION: Lab. Genet., Univ. Wisconsin, Madison, WI, 53706, USA
JOURNAL: Cold Spring Harbor Monogr. Ser.  DATE: 1983  VOLUME: 13
NUMBER: Lambda 2  PAGES: 469-517  CODEN: CHMSDK  ISSN: 0270-1847
LANGUAGE: English


3/3,AB/47    (Item 47 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

98210714    CA: 98(25)210714k    JOURNAL
A cluster of leftward, rho-dependent tJ terminators in the J gene of
coliphage lambda
AUTHOR(S): Luk, Ka Cheung; Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
JOURNAL: Gene  DATE: 1983  VOLUME: 21  NUMBER: 3  PAGES: 175-91  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


3/3,AB/48    (Item 48 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

98101975    CA: 98(13)101975a    JOURNAL
Sequence changes in coliphage lambda mutants affecting the nutL
antitermination site and termination by tL1 and tL2
AUTHOR(S): Somasekhar, Gopalam; Drahos, David; Salstrom, John S.;
Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
JOURNAL: Gene  DATE: 1982  VOLUME: 20  NUMBER: 3  PAGES: 477-80  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


3/3,AB/49    (Item 49 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

97209467    CA: 97(25)209467e    JOURNAL
A physical map of the bioAB region in the .lambda.bio transducing phage
AUTHOR(S): Konopa, Grazyna; Szybalski, Waclaw; Kotval, Jeroo; Campbell,

ILL000390

Allan
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene  DATE: 1982  VOLUME: 19  NUMBER: 1  PAGES: 104-8  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


  3/3,AB/50    (Item 50 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  97209444    CA: 97(25)209444v    JOURNAL
  Synthesis of the nutL DNA segments and analysis of antitermination and
termination functions in coliphage lambda
  AUTHOR(S): Drahos, David; Galluppi, Gerald R.; Caruther, Marvin;
Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene  DATE: 1982  VOLUME: 18  NUMBER: 3  PAGES: 343-54  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


  3/3,AB/51    (Item 51 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  97193914    CA: 97(23)193914k    JOURNAL
  A physical map of the Escherichia coli bio operon
  AUTHOR(S): Szybalski, Elizabeth H.; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene  DATE: 1982  VOLUME: 19  NUMBER: 1  PAGES: 93-103  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


  3/3,AB/52    (Item 52 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  96211686    CA: 96(25)211686y    JOURNAL
  Leftward transcription in the Escherichia coli bio operon does not
require products of the rightward transcript
  AUTHOR(S): Kotval, Jeroo; Campbell, Allan; Konopa, Grazyna; Szybalski,
Waclaw
  LOCATION: Dep. Biol. Sci., Stanford Univ., Stanford, CA, 94305, USA
  JOURNAL: Gene  DATE: 1982  VOLUME: 17  NUMBER: 2  PAGES: 219-22  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English

3/3,AB/53     (Item 53 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  96136971    CA: 96(17)136971g    JOURNAL
  Antitermination and termination functions of the cloned nutL, N and tL1
modules of coliphage
  AUTHOR(S): Drahos, David; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene  DATE: 1981  VOLUME: 16  NUMBER: 1-3  PAGES: 261-74
  CODEN: GENED6  ISSN: 0378-1119  LANGUAGE: English


  3/3,AB/54     (Item 54 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  94061350    CA: 94(9)61350b    JOURNAL
  In vitro transcription from the b2 region of bacteriophage .lambda.
  AUTHOR(S): Rosenvold, Eric C.; Calva, Edmundo; Burgess, Richard R.;
Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Virology  DATE: 1980  VOLUME: 107  NUMBER: 2  PAGES: 476-87
  CODEN: VIRLAX  ISSN: 0042-6822  LANGUAGE: English


  3/3,AB/55     (Item 55 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  93232903    CA: 93(25)232903v    JOURNAL
  Analysis of the in vitro synthesis of 5'-.gamma.-phosphorus-32-labeled
transcripts from coliphage .lambda. by gel electrophoresis, RNA-DNA
hybridization, and RNase T1 digestion
  AUTHOR(S): Calva, Edmundo; Rosenvold, Eric C.; Szybalski, Waclaw;
Burgess, Richard R.
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: J. Biol. Chem.  DATE: 1980  VOLUME: 255  NUMBER: 22  PAGES:
11011-16  CODEN: JBCHA3  ISSN: 0021-9258  LANGUAGE: English


  3/3,AB/56     (Item 56 from file: 399)

ILL000392

DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

93200545    CA: 93(21)200545p    JOURNAL
   Identification of palindromic sequences recognized by restriction
endonucleases, as based on the tabularized sequencing data for seven viral
and plasmid DNAs
   AUTHOR(S): Fuchs, Camil; Rosenvold, Eric C.; Honigman, Alik; Szybalski,
Waclaw
   LOCATION: Dep. Stat., Univ. Wisconsin, Madison, WI, 53706, USA
   JOURNAL: Gene DATE: 1980 VOLUME: 10 NUMBER: 4 PAGES: 357-70 CODEN:
GENED6 ISSN: 0378-1119 LANGUAGE: English


 3/3,AB/57    (Item 57 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

93065359    CA: 93(7)65359p    JOURNAL
   A biochemical assay for the transcription-antitermination function of the
coliphage .lambda. N gene
   AUTHOR(S): Ishii, Shunsuke; Salstrom, John S.;.Sugino, Yoshinobu;
Szybalski, Waclaw; Imamoto, Fumio
   LOCATION: Fac. Sci., Kobe Univ., Kobe, Japan,
   JOURNAL: Gene DATE: 1980 VOLUME: 10 NUMBER: 1 PAGES: 17-25 CODEN:
GENED6 ISSN: 0378-1119 LANGUAGE: English


 3/3,AB/58    (Item 58 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

92037361    CA: 92(5)37361u    JOURNAL
   A comprehensive molecular map of bacteriophage lambda
   AUTHOR(S): Szybalski, Elizabeth H.; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
   JOURNAL: Gene DATE: 1979 VOLUME: 7 NUMBER: 3-4 PAGES: 217-70 CODEN:
GENED6 ISSN: 0378-1119 LANGUAGE: English


 3/3,AB/59    (Item 59 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

91086952    CA: 91(11)86952a    CONFERENCE PROCEEDING
   Coliphage .lambda. as a safe vector for recombinant DNA experiments

AUTHOR(S): Enquist, Lynn; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, USA
  JOURNAL: Viruses Environ., (Proc. Int. Conf. Comp. Virol.), 3rd  EDITOR:
Kurstak, Edouard (Ed), Maramorosch, Karl (Ed),  DATE: 1978  PAGES: 625-52
  CODEN: 40XKAV  LANGUAGE: English  MEETING DATE: 77  PUBLISHER: Academic,
New York, N. Y


 3/3,AB/60     (Item 60 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   91071348    CA: 91(9)71348j    JOURNAL
   Summary and critique of the new NIH guidelines for recombinant DNA
research
  AUTHOR(S): Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, WI, 53706,
USA
  JOURNAL: Gene  DATE: 1979  VOLUME: 5  NUMBER: 3  PAGES: 179-96  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


 3/3,AB/61     (Item 61 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   90148355    CA: 90(19)148355y    JOURNAL
   Regulation of integration by coliphage .lambda.:  activation of int
transcription by the cII and cIII proteins
  AUTHOR(S): Honigman, Alik; Hu, Shiu-Lok; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
  JOURNAL: Virology  DATE: 1979  VOLUME: 92  NUMBER: 2  PAGES: 542-56
  CODEN: VIRLAX  ISSN: 0042-6822  LANGUAGE: English


 3/3,AB/62     (Item 62 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   90035976    CA: 90(5)35976h    JOURNAL
   A simple method for identifying the palindromic sequences recognized by
restriction endonucleases:  the nucleotide sequence of the AvaII site
  AUTHOR(S): Fuchs, Camil; Rosenvold, Eric C.; Honigman, Alik; Szybalski,
Waclaw
  LOCATION: Dep. Stat., Univ. Wisconsin, Madison, Wis.
  JOURNAL: Gene  DATE: 1978  VOLUME: 4  NUMBER: 1  PAGES: 1-23  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English

ILL000394

3/3,AB/63    (Item 63 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

90035033    CA: 90(5)35033y    JOURNAL
Dangers of regulating the recombinant DNA technique
AUTHOR(S): Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin Med. Sch., Madison,
Wis.
JOURNAL: Trends Biochem. Sci. (Pers. Ed.)  DATE: 1978  VOLUME: 3
NUMBER: 11  PAGES: N243-N247  CODEN: TBSCDB  ISSN: 0376-5067  LANGUAGE:
English


3/3,AB/64    (Item 64 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

90018792    CA: 90(3)18792c    JOURNAL
A network of transcriptional controls in coliphage lambda
AUTHOR(S): Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
JOURNAL: Postepy Mikrobiol. DATE: 1978  VOLUME: 17  NUMBER: 2  PAGES:
153-79  CODEN: PMKMAV  ISSN: 0079-4252  LANGUAGE: English


3/3,AB/65    (Item 65 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

89193711    CA: 89(23)193711b    JOURNAL
Coliphage .lambda.nutL-: a unique class of mutants defective in the site
of gene N product utilization for antitermination of leftward transcription
AUTHOR(S): Salstrom, John S.; Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
JOURNAL: J. Mol. Biol. DATE: 1978  VOLUME: 124  NUMBER: 1  PAGES:
195-221  CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


3/3,AB/66    (Item 66 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

89143154    CA: 89(17)143154b    JOURNAL
Transcription termination sites in the major leftward operon of coliphage

lambda
  AUTHOR(S): Salstrom, John S.; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
  JOURNAL: Virology DATE: 1978 VOLUME: 88 NUMBER: 2 PAGES: 252-60
  CODEN: VIRLAX  ISSN: 0042-6822 LANGUAGE: English


 3/3,AB/67    (Item 67 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  88133123    CA: 88(19)133123f    JOURNAL
  A deletion in the P-Q (ninR) region of phage .lambda.b2imm21 conferring
partial gene N21 independence
  AUTHOR(S): Szybalski, Elizabeth H.; Honigman, Alik; Rosenvold, Eric C.;
Fiandt, Michael; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
  JOURNAL: Gene DATE: 1977 VOLUME: 2 NUMBER: 5-6 PAGES: 295-7 CODEN:
GENED6 LANGUAGE: English


 3/3,AB/68    (Item 68 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  88133122    CA: 88(19)133122e    JOURNAL
  Precise measurement of the b2 deletion in coliphage lambda
  AUTHOR(S): Fiandt, Michael; Honigman, Alik; Rosenvold, Eric C.;
Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
  JOURNAL: Gene DATE: 1977 VOLUME: 2 NUMBER: 5-6 PAGES: 289-93 CODEN:
GENED6 LANGUAGE: English


 3/3,AB/69    (Item 69 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  88002782    CA: 88(1)2782x    JOURNAL
  Initiation and regulation of transcription and DNA replication in
coliphage lambda
  AUTHOR(S): Szybalski, Waclaw
  LOCATION: Sch. Med., Univ. Wisconsin, Madison, Wis.
  JOURNAL: Ohio State Univ. Biosci. Colloq. DATE: 1977  VOLUME: 2
  NUMBER: Regul. Biol. PAGES: 3-45 CODEN: OSUCDH LANGUAGE: English
  MEETING DATE: 75

ILL000396

3/3,AB/70    (Item 70 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  87196883    CA: 87(25)196883d    JOURNAL
  Safety of coliphage lambda vectors carrying foreign genes
  AUTHOR(S): Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
  JOURNAL: Miles Int. Symp. Ser.  DATE: 1977 VOLUME: 10 NUMBER: Recomb.
Mol.: Impact Sci. Soc. PAGES: 137-50 CODEN: MSSEDP LANGUAGE: English


  3/3,AB/71    (Item 71 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  84086679    CA: 84(13)86679x    JOURNAL
  Role of oop RNA primer in initiation of coliphage lambda DNA replication
  AUTHOR(S): Hayes, Sidney; Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
  JOURNAL: ICN-UCLA Symp. Mol. Cell. Biol.  DATE: 1975  VOLUME: 3  NUMBER:
DNA Synth. Its Regul. PAGES: 486-512 CODEN: IUSMDJ LANGUAGE: English


  3/3,AB/72    (Item 72 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  83004503    CA: 83(1)4503c    CONFERENCE PROCEEDING
  Transcription and replication in Escherichia coli bacteriophage lambda
  AUTHOR(S): Szybalski, Waclaw
  LOCATION: McArdle Lab., Univ. Wisconsin, Madison, Wis.
  JOURNAL: Uptake Inf. Mol. Living Cells, Int. Summer Sch.  EDITOR: Ledoux,
Lucien (Ed), DATE: 1972 PAGES: 59-82 CODEN: 30PBAL LANGUAGE: English
  MEETING DATE: 70  PUBLISHER: North-Holland,Amsterdam, Neth


  3/3,AB/73    (Item 73 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  83004485    CA: 83(1)4485y    CONFERENCE PROCEEDING
  Bacteriophage lambda
  AUTHOR(S): Szybalski, Waclaw
  LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
  JOURNAL: Handb. Genet.  EDITOR: King, Robert C (Ed),  DATE: 1974

VOLUME: 1,  PAGES: 309-22  CODEN: 30JSA8  LANGUAGE: English  PUBLISHER:
Plenum,New York, N. Y

3/3,AB/74    (Item 74 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

83004435    CA: 83(1)4435g    CONFERENCE PROCEEDING
Visualization of the evolution of viral genomes
AUTHOR(S): Szybalski, Waclaw; Szybalski, Elizabeth H.
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
JOURNAL: Viruses, Evol. Cancer: Basic Considerations, (Expanded Proc.
Int. Conf. Comp. Virol.), 2nd EDITOR: Kurstak, Edouard (Ed), Maramorosch,
Karl (Ed),  DATE: 1974 PAGES: 563-82  CODEN: 30CUAD  LANGUAGE: English
MEETING DATE: 73  PUBLISHER: Academic,New York, N. Y

3/3,AB/75    (Item 75 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

82121548    CA: 82(19)121548m    JOURNAL
Physical mapping of the att-N region of coliphage lambda.  Apparent
oversaturation of coding capacity in the gam-ral segment
AUTHOR(S): Szybalski, Elizabeth H.; Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
JOURNAL: Biochimie  DATE: 1974 VOLUME: 56  NUMBER: 11-12  PAGES:
1497-503 CODEN: BICMBE  LANGUAGE: English

3/3,AB/76    (Item 76 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

82010897    CA: 82(3)10897e    JOURNAL
X-ray sensitization by halopyrimidines
AUTHOR(S): Szybalski, Waclaw
LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
JOURNAL: Cancer Chemother. Rep., Part 1 DATE: 1974  VOLUME: 58  NUMBER:
4  PAGES: 539-57  CODEN: CCROBU  LANGUAGE: English

3/3,AB/77    (Item 77 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

```
   81060720   CA: 81(11)60720s    CONFERENCE PROCEEDING
   Synthesis of RNA primer for .LAMBDA. DNA replication is controlled by
phage and host
   AUTHOR(S): Hayes, Sidney; Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
   JOURNAL: Mol. Cytogenet., Proc. Annu. Biol. Div. Res. Conf., 26th
   EDITOR: Hamkalo, Barbara Ann (Ed), DATE: 1973 PAGES: 277-83 CODEN:
28MUA4 LANGUAGE: English MEETING DATE: 73 PUBLISHER: Plenum,New York, N.
Y
```

```
  3/3,AB/78    (Item 78 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.
```

```
   81010843   CA: 81(3)10843p    JOURNAL                .
   Initiation and regulation of transcription in coliphage lambda
   AUTHOR(S): Szybalski, Waclaw
   LOCATION: McArdle Lab. Cancer Res., Univ. Wisconsin, Madison, Wis.
   JOURNAL: Basic Life Sci. DATE: 1974 VOLUME: 3, PAGES: 201-12 CODEN:
BLFSBY LANGUAGE: English
```

```
  3/3,AB/79    (Item 79 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.
```

```
   77161855   CA: 77(25)161855n    CONFERENCE PROCEEDING
   Origin and bidirectional orientation of DNA replication in coliphage
lambda
   AUTHOR(S): Stevens, Willem F.; Adhya, Sankar; Szybalski, Waclaw
   LOCATION: McArdle Lab., Univ. Wisconsin, Madison, Wis.
   JOURNAL: Bacteriophage Lambda, Conf., (Pap.) EDITOR: Hershey, Alfred D
(Ed), DATE: 1971 PAGES: 515-33 CODEN: 25SZAS LANGUAGE: English
   MEETING DATE: 70 PUBLISHER: Cold Spring Harbor Lab.,Cold Spring Harbor,
N. Y
```

```
  3/3,AB/80    (Item 80 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.
```

```
   77161768   CA: 77(25)161768m    CONFERENCE PROCEEDING
   Physical and chemical characteristics of lambda DNA
   AUTHOR(S): Davidson, Norman; Szybalski, Waclaw
   LOCATION: Dep. Chem., California Inst. Technol., Pasadena, Calif.
   JOURNAL: Bacteriophage Lambda, Conf., (Pap.) EDITOR: Hershey, Alfred D
```

(Ed),  DATE: 1971  PAGES: 45-82  CODEN: 25SZAS  LANGUAGE: English
   MEETING DATE: 70  PUBLISHER: Cold Spring Harbor Lab.,Cold Spring Harbor,
N. Y


 3/3,AB/81     (Item 81 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   77097968    CA: 77(15)97968x    JOURNAL
   Distance from a promoter mutation to an RNA synthesis startpoint on
bacteriophage .lambda. DNA
   AUTHOR(S): Blattner, Frederick R.; Dahlberg, James E.; Boettiger, Julie
K.; Fiandt, Michael; Szybalski, Waclaw
   LOCATION: McArdle Lab., Univ. Wisconsin, Madison, Wis.
   JOURNAL: Nature (London), New Biol.  DATE: 1972  VOLUME: 237  NUMBER: 77
   PAGES: 232-6  CODEN: NNBYA7  LANGUAGE: English


 3/3,AB/82     (Item 82 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   77085118    CA: 77(13)85118g    CONFERENCE PROCEEDING
   Equilibrium density gradient centrifugation
   AUTHOR(S): Szybalski, Waclaw; Szybalski, Elizabeth H.
   LOCATION: McArdle Lab., Univ. Wisconsin, Madison, Wis.
   JOURNAL: Proced. Nucleic Acid Res.  EDITOR: Cantoni, Giulio L (Ed),
   DATE: 1971  VOLUME: 2,  PAGES: 311-54  CODEN: 15WEA8  LANGUAGE: English
   PUBLISHER: Harper and Row, Publ.,New York, N. Y


 3/3,AB/83     (Item 83 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   77045369    CA: 77(7)45369h    JOURNAL
   Initiation and patterns of transcription during phage development
   AUTHOR(S): Szybalski, Waclaw
   LOCATION: McArdle Lab., Univ. Wisconsin, Madison, Wis.
   JOURNAL: Proc. Can. Cancer Res. Conf.  DATE: 1969  VOLUME: 8,  PAGES:
183-215  CODEN: PCCRA4  LANGUAGE: English  MEETING DATE: 68


 3/3,AB/84     (Item 84 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

ILL000400

75106483    CA: 75(17)106483y    JOURNAL
Controls and polarity of transcription during bacteriophage T4
development
 AUTHOR(S): Guha, Arabinda; Szybalski, Waclaw; Salser, W.; Bolle, A.;
Geiduschek, E. Peter; Pulitzer, J. F.
 LOCATION: McArdle Lab., Univ. Wisconsin, Madison, Wis.
 JOURNAL: J. Mol. Biol.  DATE: 1971  VOLUME: 59  NUMBER: 2  PAGES: 329-49
 CODEN: JMOBAK  LANGUAGE: English


 3/3,AB/85    (Item 85 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

    75031525    CA: 75(5)31525c    JOURNAL
Patterns of transcription during phage development
 AUTHOR(S): Szybalski, Waclaw; Taylor, Karol
 LOCATION: McArdle Lab., Univ. Wisconsin, Madison, Wis.
 JOURNAL: Postepy Mikrobiol.  DATE: 1970  VOLUME: 9  NUMBER: 2  PAGES:
299-325 CODEN: PMKMAV  LANGUAGE: Polish


 3/3,AB/86    (Item 86 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

    74136926    CA: 74(25)136926s    JOURNAL
Polynucleotides.  XCVII.  Opposing orientations and location of the suIII
gene in the transducing coliphages .phi.80psu+IIIand .phi.80dsu+IIIsu-III
 AUTHOR(S): Miller, Robert Carmi Jr.; Besmer, P.; Khorana,, H. Gobind;
Fiandt, M.; Szybalski, Waclaw
 LOCATION: Inst. Enzyme Res., Univ. Wisconsin, Madison, Wis.
 JOURNAL: J. Mol. Biol.  DATE: 1971  VOLUME: 56  NUMBER: 2  PAGES: 363-8
 CODEN: JMOBAK  LANGUAGE: English


 3/3,AB/87    (Item 87 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

    74121761    CA: 74(23)121761k    JOURNAL
Transcriptional units and their controls in Escherichia coli phage
.lambda.: operons and scriptons
 AUTHOR(S): Szybalski, Waclaw; Boevre, K.; Fiandt, M.; Hayes, S.;
Hradecna, Z.; Kumar, Sushil; Lozeron, Homer A.; Nijkamp, H. J. J.; Stevens,
W. F.

LOCATION: McArdle Lab., Univ. Wisconsin, Madison, Wis.
JOURNAL: Cold Spring Harbor Symp. Quant. Biol. DATE: 1970  VOLUME: 35,
PAGES: 341-53 CODEN: CSHSAZ  LANGUAGE: English


 3/3,AB/88    (Item 88 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  74121759 .  CA: 74(23)121759r    JOURNAL
 Regulation of the transcription of Escherichia coli phage .lambda. by its
early genes N and tof
  AUTHOR(S): Kumar, Sushil; Calef, Enrico; Szybalski, Waclaw
  LOCATION: McArdle Lab., Univ. Wisconsin, Madison, Wis.
  JOURNAL: Cold Spring Harbor Symp. Quant. Biol. DATE: 1970  VOLUME: 35,
  PAGES: 331-9 CODEN: CSHSAZ  LANGUAGE: English


 3/3,AB/89    (Item 89 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  74107192   CA: 74(21)107192u    JOURNAL
 Divergent orientation of transcription from the biotin locus of
Escherichia coli
  AUTHOR(S): Guha, Arabinda; Satwren, Y.; Szybalski, Waclaw
  LOCATION: Brindale Coll., Univ. Toronto, Toronto, Ont.
  JOURNAL: J. Mol. Biol. DATE: 1971  VOLUME: 56  NUMBER: 1  PAGES: 53-62
  CODEN: JMOBAK  LANGUAGE: English


 3/3,AB/90    (Item 90 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  74060850   CA: 74(13)60850q    JOURNAL
 Controls of rightward transcription in coliphage .lambda.
  AUTHOR(S): Nijkamp, H. J.; Boevre, Kjell; Szybalski, Waclaw
  LOCATION: McArdle Lab., Univ. Wisconsin, Madison, Wis.
  JOURNAL: J. Mol. Biol. DATE: 1970  VOLUME: 54  NUMBER: 3  PAGES: 599-604
  CODEN: JMOBAK  LANGUAGE: English


 3/3,AB/91    (Item 91 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

ILL000402

73074105    CA: 73(15)74105s    JOURNAL
Transcription of the .lambda. dv plasmid and inhibition of .lambda.
phages in .lambda. dv carrier cells of Escherichia coli
  AUTHOR(S): Kumar, Sushil; Szybalski, Waclaw
  LOCATION: McArdle Lab., Univ. of Wisconsin, Madison, Wis.
  JOURNAL: Virology  DATE: 1970  VOLUME: 41  NUMBER: 4  PAGES: 665-79
  CODEN: VIRLAX  LANGUAGE: English


 3/3,AB/92    (Item 92 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  72096987    CA: 72(19)96987n    JOURNAL
Transcription of the bacteriophage T4 template:  strand selection by
Escherichia coli RNA polymerase in vitro
  AUTHOR(S): Grau, Oscar; Guha, Arabinda; Geiduschek, E. Peter; Szybalski,
Waclaw
  LOCATION: Dep. of Biophys., Univ. of Chicago, Chicago, Ill.
  JOURNAL: Nature (London)  DATE: 1969  VOLUME: 224  NUMBER: 5224  PAGES:
1105  CODEN: NATUAS  LANGUAGE: English


 3/3,AB/93    (Item 93 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  72063755    CA: 72(13)63755g    JOURNAL
Transcriptional controls in developing bacteriophages
  AUTHOR(S): Szybalski, Waclaw; et al.
  LOCATION: McArdle Lab., Univ. of Wisconsin, Madison, Wis.
  JOURNAL: J. Cell. Physiol.  DATE: 1969  VOLUME: 74  NUMBER: 2) (Pt. 2
  PAGES: 33-70  CODEN: JCLLAX  LANGUAGE: English


 3/3,AB/94    (Item 94 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  72019389    CA: 72(5)19389s    JOURNAL
Congruent transcriptional controls and heterology of base sequences in
coliphages .lambda. and .PHI. 80
  AUTHOR(S): Lozeron, Homer A.; Szybalski, Waclaw
  LOCATION: Univ. of Wisconsin, Madison, Wis.
  JOURNAL: Virology  DATE: 1969  VOLUME: 39  NUMBER: 3  PAGES: 373-88
  CODEN: VIRLAX  LANGUAGE: English

ILL000403

```
  3/3,AB/95    (Item 95 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   71010598    CA: 71(3)10598f    JOURNAL
   Orientation of transcription of the lac operon and its repressor gene in
Escherichia coli
   AUTHOR(S): Kumar, Sushil; Szybalski, Waclaw
   LOCATION: Univ. of Wisconsin, Madison, Wis.
   JOURNAL: J. Mol. Biol.  DATE: 1969 VOLUME: 40  NUMBER: 1  PAGES: 145-51
   CODEN: JMOBAK  LANGUAGE: English


  3/3,AB/96    (Item 96 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   71000953    CA: 71(1)953d    JOURNAL
   DNA base composition of Neisseria, Moraxella, and Acinetobacter, as
determined by measurement of buoyant density in cesium chloride gradients
   AUTHOR(S): Boevre, K.; Fiandt, M.; Szybalski, Waclaw
   LOCATION: Univ. Oslo, Oslo, Norway
   JOURNAL: Can. J. Microbiol.  DATE: 1969  VOLUME: 15  NUMBER: 4  PAGES:
335-8  CODEN: CJMIAZ  LANGUAGE: English


  3/3,AB/97    (Item 97 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   70103930    CA: 70(23)103930c    JOURNAL
   Orientation and control of transcription in Escherichia coli phage lambda
   AUTHOR(S): Kumar, Sushil; Bovre, Kjell; Guha, Arabinda; Hradecna, Zdenka;
Sister=Veronica=Mary=Maher; Szybalski, Waclaw
   LOCATION: Univ. of Wisconsin, Madison, Wis.
   JOURNAL: Nature  DATE: 1969  VOLUME: 221  NUMBER: 5183  PAGES: 823-5
   CODEN: NATUAS  LANGUAGE: English


  3/3,AB/98    (Item 98 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   70102967    CA: 70(23)102967h    JOURNAL
   Mapping of deletions and substitutions in heteroduplex DNA molecules of
bacteriophage lambda by electron microscopy
```

AUTHOR(S): Westmoreland, Barbara C.; Szybalski, Waclaw; Ris, Hans
LOCATION: Univ. of Wisconsin, Madison, Wis.
JOURNAL: Science  DATE: 1969  VOLUME: 163  NUMBER: 3873  PAGES: 1343-8
CODEN: SCIEAS  LANGUAGE: English


3/3,AB/99    (Item 99 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

70064355    CA: 70(15)64355x    JOURNAL
Orientation of transcription for the amber suppressor gene su(sub III) as
determined by hybridization between tyrosine tRNA and the separated DNA
strands of transducing coliphage Phi80dsu(sub III)
AUTHOR(S): Lozeron, Homer A.; Szybalski, Waclaw; Landy, Arthur; Abelson,
John; Smith, John Derek
LOCATION: Univ. of Wisconsin, Madison, Wis.
JOURNAL: J. Mol. Biol.  DATE: 1969  VOLUME: 39  NUMBER: 1  PAGES: 239-43
CODEN: JMOBAK  LANGUAGE: English


3/3,AB/100    (Item 100 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

70044023    CA: 70(11)44023j    JOURNAL
Use of cesium sulfate for equilibrium density gradient centrifugation (of
nucleic acids)
AUTHOR(S): Szybalski, Waclaw
LOCATION: Univ. of Wisconsin, Madison, Wis.
JOURNAL: Methods Enzymol.  DATE: 1968  VOLUME: 12  NUMBER: Pt. B  PAGES:
330-60  CODEN: MENZAU  LANGUAGE: English


3/3,AB/101    (Item 101 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

69103000    CA: 69(25)103000d    JOURNAL
Size, number, and distribution of poly G binding sites on the separated
DNA strands of coliphage T7
AUTHOR(S): Summers, William C.; Szybalski, Waclaw
LOCATION: Univ. of Wisconsin, Madison, Wis.
JOURNAL: Biochim. Biophys. Acta  DATE: 1968  VOLUME: 166  NUMBER: 2
PAGES: 371-8  CODEN: BBACAQ  LANGUAGE: English

ILL000405

3/3,AB/102     (Item 102 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   69075171   CA: 69(19)75171q   JOURNAL
   Mutations and decreases in density of transforming DNA produced by
derivatives of the carcinogens 2-acetylaminofluorene and
N-methyl-4-aminoazobenzene
   AUTHOR(S): Maher, Veronica M.; Miller, Elizabeth Co.; Miller, James A.;
Szybalski, Waclaw
   LOCATION: Univ. of Wisconsin, Madison, Wis.
   JOURNAL: Mol. Pharmacol.  DATE: 1968  VOLUME: 4  NUMBER: 5  PAGES: 411-26
   CODEN: MOPMA3  LANGUAGE: English


   3/3,AB/103     (Item 103 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   69049997   CA: 69(13)49997u   JOURNAL
   Orientation of transcription for the galactose (gal) operon as determined
by hybridization of gal mRNA with the separated DNA strands of coliphage
lambdadg
   AUTHOR(S): Guha, Arabinda; Tabaczynski, M.; Szybalski, Waclaw
   LOCATION: Univ. of Wisconsin, Madison, Wis.
   JOURNAL: J. Mol. Biol.  DATE: 1968  VOLUME: 35  NUMBER: 1  PAGES: 207-13
   CODEN: JMOBAK  LANGUAGE: English


   3/3,AB/104     (Item 104 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   68101932   CA: 68(23)101932q   JOURNAL
   Fractionation of the compementary strands of coliphage T4 DNA based on
the asymmetric distribution of the poly U and poly UG binding sites
   AUTHOR(S): Guha, Arabinda; Szybalski, Waclaw
   LOCATION: Univ. of Wisconsin, Wis.
   JOURNAL: Virology  DATE: 1968  VOLUME: 34  NUMBER: 4  PAGES: 608-16
   CODEN: VIRLAX  LANGUAGE: English


   3/3,AB/105     (Item 105 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   68047145   CA: 68(11)47145v   JOURNAL

Totally asymmetric transcription of coliphage T7 in vivo; correlation
with poly G binding sites
 AUTHOR(S): Summers, William C.; Szybalski, Waclaw
 LOCATION: Univ. of Wisconsin, Madison, Wis.
 JOURNAL: Virology  DATE: 1968  VOLUME: 34  NUMBER: 1  PAGES: 9-16
 CODEN: VIRLAX  LANGUAGE: English


 3/3,AB/106     (Item 106 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

 68036867   CA: 68(9)36867f    JOURNAL
 Incorporation of 5-fluorodeoxyuridine into the DNA of Bacillus subtilis
phage PBS2 and its radiobiological consequences
 AUTHOR(S): Lozeron, Homer A.; Szybalski, Waclaw
 LOCATION: Univ. of Wisconsin, Madison, Wis.
 JOURNAL: J. Mol. Biol.  DATE: 1967  VOLUME: 30  NUMBER: 2  PAGES: 277-90
 CODEN: JMOBAK  LANGUAGE: English


 3/3,AB/107     (Item 107 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

 68036026   CA: 68(9)36026f    JOURNAL
 Mitomycins and porfiromycins
 AUTHOR(S): Szybalski, Waclaw; Iyer, Venkatram N.
 LOCATION: Univ. of Wisconsin, Madison, Wis.
 JOURNAL: Antibiotics (USSR)  DATE: 1967  VOLUME: 1,  PAGES: 211-45
 CODEN: ATBTAR  LANGUAGE: English


 3/3,AB/108     (Item 108 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

 68000283   CA: 68(1)283y    JOURNAL
 Distribution of pyrimidine "Clusters" between the complementary DNA
strands of certain Bacillus bacteriophages
 AUTHOR(S): Sheldrick, Peter; Szybalski, Waclaw
 LOCATION: Univ. of Wisconsin, Madison, Wis.
 JOURNAL: J. Mol. Biol.  DATE: 1967  VOLUME: 29  NUMBER: 2  PAGES: 217-28
 CODEN: JMOBAK  LANGUAGE: English


 3/3,AB/109     (Item 109 from file: 399)

DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  68000252    CA: 68(1)252n    JOURNAL
  Pyrimidine clusters on the transcribing strand on DNA and their possible
role in the initiation of RNA synthesis
  AUTHOR(S): Szybalski, Waclaw; Kubinski, H.; Sheldrick, Peter
  LOCATION: Univ. of Wisconsin, Madison, Wis.
  JOURNAL: Cold Spring Harbor Symp. Quant. Biol.  DATE: 1967  VOLUME: 31,
  PAGES: 123-7 CODEN: CSHSAZ  LANGUAGE: English  MEETING DATE: 66


  3/3,AB/110    (Item 110 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  67087634    CA: 67(19)87634q    CONFERENCE PROCEEDING
  Effects of elevated temperatures on DNA and on some polynucleotides.
Denaturation, renaturation, and cleavage of glycosidic and phosphate ester
bonds
  AUTHOR(S): Szybalski, Waclaw
  LOCATION: Univ. of Wisconsin, Madison, Wis.
  JOURNAL: Thermobiology  DATE: 1967  PAGES: 73-122  CODEN: 16TZAT
  LANGUAGE: English


  3/3,AB/111    (Item 111 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  67070934    CA: 67(15)70934q    JOURNAL
  Gamma-irradiation of deoxyribonucleic acid in dilute solutions.  II.
Molecular mechanisms responsible for inactivation of phage, its
transfecting DNA, and of bacterial transforming activity
  AUTHOR(S): Summers, William C.; Szybalski, Waclaw
  LOCATION: Univ. of Wisconsin, Madison, Wis.
  JOURNAL: J. Mol. Biol.  DATE: 1967  VOLUME: 26  NUMBER: 2  PAGES: 227-35
  CODEN: JMOBAK  LANGUAGE: English


  3/3,AB/112    (Item 112 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  67070598    CA: 67(15)70598h    JOURNAL
  Fractionation of the complementary strands of coliphage.lambda. DNA based
on the asymmetric distribution of the poly I, G-binding sites

ILL000408

AUTHOR(S): Hradecna, Zdenka; Szybalski, Waclaw
LOCATION: Univ. of Wisconsin, Madison, Wis.
JOURNAL: Virology  DATE: 1967  VOLUME: 32  NUMBER: 4  PAGES: 633-43
CODEN: VIRLAX  LANGUAGE: English


  3/3,AB/113    (Item 113 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  67070596    CA: 67(15)70596f    JOURNAL
  Physicochemical and biological properties of genetic markers in
transforming DNA
  AUTHOR(S): Szybalski, Waclaw; Opara-Kubinska, Zofia
  LOCATION: Univ. of Wisconsin, Madison, Wis.
  JOURNAL: Symp. Biol. Hung.  DATE: 1966  VOLUME: 6,  PAGES: 43-55,
discussion 55-6  CODEN: SYBHAK  LANGUAGE: English


  3/3,AB/114    (Item 114 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  67061002    CA: 67(13)61002g    JOURNAL
  Asymmetric distribution of the transcribing regions on the complementary
strands of coliphage .lambda. DNA
  AUTHOR(S): Taylor, Karol; Hradecna, Zdenka; Szybalski, Waclaw
  LOCATION: Univ. of Wisconsin, Madison, Wis.
  JOURNAL: Proc. Natl. Acad. Sci. U. S. A.  DATE: 1967  VOLUME: 57
  NUMBER: 6  PAGES: 1618-25  CODEN: PNASA6  LANGUAGE: English


  3/3,AB/115    (Item 115 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  67040736    CA: 67(9)40736j    JOURNAL
  .gamma.-Irradiation of deoxyribonucleic acid in dilute solution.  I.  A
sensitive method for detection of single-strand beaks in polydisperse DNA
samples
  AUTHOR(S): Summers, William C.; Szybalski, Waclaw
  LOCATION: Univ. of Wisconsin, Madison, Wis.
  JOURNAL: J. Mol. Biol.  DATE: 1967  VOLUME: 26  NUMBER: 1  PAGES: 107-23
  CODEN: JMOBAK  LANGUAGE: English
?e au=studier, f

ILL000409

```
Ref    Items   Index-term
E1       14   AU=STUDIER, E.H.
E2       12   AU=STUDIER, EUGENE H.
E3        0   *AU=STUDIER, F
E4       11   AU=STUDIER, F. W.
E5       74   AU=STUDIER, F. WILLIAM
E6       34   AU=STUDIER, F.W.
E7        1   AU=STUDIER, J. A.
E8        1   AU=STUDIER, J.A.
E9        5   AU=STUDIER, M. H.
E10       1   AU=STUDIER, MARTIN
E11      44   AU=STUDIER, MARTIN H.
E12       1   AU=STUDIER, S. W.

           Enter P or PAGE for more
?s e5


    S4       74   AU="STUDIER, F. WILLIAM"
?rd


>>>Duplicate detection is not supported for File 342.
>>>Duplicate detection is not supported for File 348.
>>>Duplicate detection is not supported for File 351.

>>>Records from unsupported files will be retained in the RD set.
...examined 50 records   (50)
...completed examining records
    S5       73   RD (unique items)
?t s5/3,ab/1-73

>>>No matching display code(s) found in file(s): 342, 399

 5/3,AB/1    (Item 1 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

 123163977    CA: 123(13)163977w    JOURNAL
 Isolation of transcriptionally active mutants of T7 RNA polymerase that
do not support phage growth
 AUTHOR(S): Zhang, Xing; Studier, F. William
 LOCATION: Biology Dep., Brookhaven National Lab., Upton, NY, 11973, USA
 JOURNAL: J. Mol. Biol.  DATE: 1995  VOLUME: 250  NUMBER: 2  PAGES: 156-68
 CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


 5/3,AB/2    (Item 2 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
```

(c) 1996 American Chemical Society. All rts. reserv.

123103706    CA: 123(9)103706x    JOURNAL
Ligation of hexamers on hexamer templates to produce primers for cycle sequencing or the polymerase chain reaction
AUTHOR(S): Dunn, John J.; Butler-Loffredo, Laura-Li; Studier, F. William
LOCATION: Biology Dep., Brookhaven National Lab., Upton, NY, 11973-5000, USA
JOURNAL: Anal. Biochem. DATE: 1995 VOLUME: 228 NUMBER: 1 PAGES: 91-100 CODEN: ANBCA2 ISSN: 0003-2697 LANGUAGE: English


5/3,AB/3    (Item 3 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

123002757    CA: 123(1)2757j    PATENT
Method for high-volume sequencing of nucleic acids: random and directed priming with libraries of oligonucleotides
INVENTOR(AUTHOR): Studier, F. William
LOCATION: USA
ASSIGNEE: Associated Universities, Inc.
PATENT: United States ; US 5407799 A DATE: 950418
APPLICATION: US 135317 (931012) *US 407238 (890914) *US 779290 (911018)
PAGES: 18 pp. Cont. of U.S. Ser.No. 779,290, abandoned. CODEN: USXXAM
LANGUAGE: English CLASS: 435006000; C12Q-001/68A; C12P-019/34B


5/3,AB/4    (Item 4 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

122207869    CA: 122(17)207869y    JOURNAL
Consecutive low-usage leucine codons block translation only when near the 5' end of a message in Escherichia coli
AUTHOR(S): Goldman, Emanuel; Rosenberg, Alan H.; Zubay, Geoffrey; Studier, F. William
LOCATION: Dep. Microbiol. Mol. Genetics, New Jersey Med. School, Newark, NJ, 07103, USA
JOURNAL: J. Mol. Biol. DATE: 1995 VOLUME: 245 NUMBER: 5 PAGES: 467-73 CODEN: JMOBAK ISSN: 0022-2836 LANGUAGE: English


5/3,AB/5    (Item 5 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

ILL000411

(c)1996 Royal Soc Chem & the DECHEMA. All rts. reserv.

061612  CBA Acc. No.: 12-05-003297    DOC. TYPE: Patent
Single step amplification and sequencing of nucleic acids.
AUTHOR: Gregg, K.; Cooper, C. L.
CORPORATE SOURCE: Univ. Partnerships Pty Ltd., Armidale, NSW 2351,
    Australia
CODEN: PIXXD2
PATENT NUMBER: WO 9302212
PATENT APPLICATION: AU 917400  (910724)
PUBLICATION DATE: 4 Feb 1993  (930204)    LANGUAGE: English

ABSTRACT:    A  method  is disclosed for the amplification and sequencing of
    DNA  or RNA.  The  method comprises: melting a double-stranded nucleic
    acid  to give a pair of complementary nucleic acid strands; hybridizing
    a  primer  to  each  strand such that the primer annealing to the sense
    strand  is 3' to the position of the primer on the antisense strand and
    one  of  the primers is labelled to visualize it independently from the
    other  primer;  using  a  polymerase to amplify the nucleic acid in the
    presence  of  a  dideoxynucleotide  analogue  of one of the nucleotides
    present  to  terminate the strand without extending far enough to act as
    synthesis  template  of  the  opposite  strand using the second primer;
    repeating  the  first 3 steps sequentially a.number of times; repeating
    the  first  4  steps  using  at  least  another  two dideoxynucleotide
    analogues  of  the  other  three  nucleotides; and, electrophoretically
    separating  the  reaction products of each of the first four repetition
    steps  and  visualizing  the  labelled  strands.  The  other  of  the
    nucleotides  of at least part of the strand of the nucleic acid to which
    the  labelled  primer  annealed  between binding sites is determined by
    comparing  the separated and visualized gels for each of the nucleotide
    analogues used.


  10/3,AB/198    (Item 4 from file: 358)
DIALOG(R)File 358:Current Biotech Abs
(c)1996 Royal Soc Chem & the DECHEMA. All rts. reserv.

055091  CBA Acc. No.: 11-08-004062    DOC. TYPE: Patent
Sequencing by hybridization of a target nucleic acid to a matrix of defined
    oligonucleotides.
AUTHOR: Fodor, S. P. A.; Solas, D. W.; Dower, W. J.
CORPORATE SOURCE: Affymax Technol. NV, Curacao, Antilles
CODEN: PIXXD2
PATENT NUMBER: WO 9210588
PATENT APPLICATION: US 624114  (901206)
PUBLICATION DATE: 25 Jun 1992  (920625)    LANGUAGE: English

ABSTRACT:    Methods    and    apparatus   are   provided   for   sequencing,
    fingerprinting    and    mapping    biological    polymers,    especially

ILL000412

polynucleotides. The methods make use of a plurality of positionally distinct sequence specific recognition reagents, such as polynucleotides. The apparatus employs a substrate comprising positionally distinct sequence specific recognition reagents localized at high densities. Polynucleotide fingerprints are used to identify individuals, tissue samples, pathological conditions, genetic diseases, infectious diseases, and other applications. They can be also used for classification of biological samples, including taxonomy, and to characterize their sources.


10/3,AB/199    (Item 5 from file: 358)
DIALOG(R)File 358:Current Biotech Abs
(c)1996 Royal Soc Chem & the DECHEMA. All rts. reserv.

039637  CBA Acc. No.: 09-01-000195    DOC. TYPE: Patent
Metal oxide supports for nucleic acids.
AUTHOR: Bitner, R. M.; Funkenbusch, E. F.
CORPORATE SOURCE: Minnesota Mining Manufacturing Co., St. Paul, MN 55133,
    USA
CODEN: EPXXDW
PATENT NUMBER: EP 391608
PATENT APPLICATION: US 332541  (890403)
PUBLICATION DATE: 10 Oct 1990  (901010)    LANGUAGE: English
ABSTRACT:  Nucleic acids can be sorbed to metal oxide supports for
    hybridizing, labelling, sequencing, and synthesis of nucleic acids. The
    compositions can optionally be bound with blocking agent to prevent
    undesired nucleic acid sorption.


10/3,AB/200    (Item 6 from file: 358)
DIALOG(R)File 358:Current Biotech Abs
(c)1996 Royal Soc Chem & the DECHEMA. All rts. reserv.

036072  CBA Acc. No.: 08-05-002051    DOC. TYPE: Patent
A method for the amplification of nucleotide sequences.
AUTHOR: Markham, A. F.; Smith, J. C.; Anwar, R.
CORPORATE SOURCE: ICI, Imperial Chemical House, Millbank, London SW1P 3JF,
    UK
CODEN: EPXXDW
PATENT NUMBER: EP 356021
PATENT APPLICATION: GB 8818020  (880728)
PUBLICATION DATE: 28 Feb 1990  (900228)    LANGUAGE: English
ABSTRACT:  Disclosed is a method for amplifying a nucleic acid fragment
    containing unknown sequences, and kits are provided for rapidly and
    efficiently sequencing long nucleotide sequences. A target nucleic acid
    fragment is formed by cleaving a target nucleic acid followed by

ligation. One of the nucleic acid fragments will contain an initiating priming region of known sequence for hybridization with an initiating primer and target nucleic acid fragments will contain a vectorette priming region of known sequence for hybridization with a vectorette primer.

ILL000414

08/824,663

```
FILE 'USPAT' ENTERED AT 16:11:27 ON 08 APR 96
    * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
    *              W E L C O M E   T O   T H E              *
    *         U. S.   P A T E N T   T E X T   F I L E       *
    * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
=> e macevicz, s/in
E#     FILE                FREQUENCY   TERM
--     ----                ---------   ----
E1     USPAT                    2      MACEROSS, JOHN S/IN
E2     USPAT                    4      MACEVICZ, CLEMENT C/IN
E3     USPAT                    0 -->  MACEVICZ, S/IN
E4     USPAT                    1      MACEVICZ, STEPHEN C/IN
E5     USPAT                    1      MACEVOY, JUANITA H/IN
E6     USPAT                    1      MACEWAN, JOHN D JR/IN
E7     USPAT                    3      MACEWAN, NEIL/IN
E8     USPAT                    2      MACEWAN, WILLIAM R/IN
E9     USPAT                    1      MACEWAN, WILLIAM RITCHIE/IN
E10    USPAT                    1      MACEWEN, FRANK/IN
E11    USPAT                   15      MACEWEN, GEORGE E/IN
E12    USPAT                    1      MACEWEN, HOLLIS D/IN
=> s e4
L1             1 "MACEVICZ, STEPHEN C"/IN
=> d l1 cit, ab
```

1. 5,002,867, Mar. 26, 1991, Nucleic acid sequence determination by multiple mixed oligonucleotide probes; **Stephen C. Macevicz**, 435/6, 810; 436/501, 808; 536/24.3, 24.32; 935/77, 78 [IMAGE AVAILABLE]

US PAT NO:      5,002,867 [IMAGE AVAILABLE]              L1: 1 of 1

ABSTRACT:
A method is provided for sequencing nucleic acids without the need to separate similarly sized DNAs or RNAs by gel electrophoresis. The method relies on the separate hybridization of multiple mixed oligonucleotide probes to a target sequence. The mixed oligonucleotide probes comprise sequences of fixed and non-fixed bases corresponding to every possible permutation of fixed and non-fixed bases less than or equal to the length of the probes. For each probe, the hybridizations provide the number of times the probe's particular sequence of fixed bases appears in the target sequence. The target sequence is then mathematically reconstructed from this data and a knowledge of the probe sequences.

```
=> e szybalski, w/in
E#     FILE                FREQUENCY   TERM
--     ----                ---------   ----
E1     USPAT                    1      SZWERGOLD, BENJAMIN S/IN
E2     USPAT                    1      SZWOLKON, HENRY E/IN
E3     USPAT                    0 -->  SZYBALSKI, W/IN
```

```
E4    USPAT              1      SZYBALSKI, WACLAW/IN
E5    USPAT              1      SZYBALSKI, WACLAW T/IN
E6    USPAT              2      SZYBICKI, EDMUND/IN
E7    USPAT              1      SZYBOWICZ, WOLFGANG/IN
E8    USPAT              1      SZYBURA, WILLIAM S/IN
E9    USPAT             15      SZYCHER, MICHAEL/IN
E10   USPAT              1      SZYCHOWSKI, THADDEUS/IN
E11   USPAT              3      SZYDLEK, NICHOLAS P/IN
E12   USPAT              1      SZYDLO, NICHOLAS/IN
=> s e4 or e5
              1 "SZYBALSKI, WACLAW"/IN
              1 "SZYBALSKI, WACLAW T"/IN
L2            2 "SZYBALSKI, WACLAW"/IN OR "SZYBALSKI, WACLAW T"/IN
=> d l2 1-2 cit ab
```

1.  4,935,357, Jun. 19, 1990, Universal restriction endonuclease;
**Waclaw Szybalski**, 435/91.53, 199; 935/19 [IMAGE AVAILABLE]

US PAT NO:      4,935,357 [IMAGE AVAILABLE]              L2: 1 of 2

ABSTRACT:
A universal restriction endonuclease for cleaving a target DNA at a
predetermined site. The universal restriction endonuclease utilizes a
tailored oligodeoxynucleotide adapter in conjunction with a restriction
enzyme which cuts DNA at a known distance from its recognition site. The
oligodeoxynucleotide adapter mimics the relationship which exists in such
enzymes between its recognition site and cut site.

2.  4,774,182, Sep. 27, 1988, Partially defective foreign gene for
conferring immunity on a biological host; **Waclaw T. Szybalski**,
435/69.1, 172.1, 172.3, 236, 252.3, 252.33; 536/23.1; 935/11, 29, 72, 73,
74 [IMAGE AVAILABLE]

US PAT NO:      4,774,182 [IMAGE AVAILABLE]              L2: 2 of 2

ABSTRACT:
Construction of a recombinant bacterial host which is substantially
immune to a normally infectious viral agent is disclosed. In one
embodiment a foreign recombinant reproducible gene segment is inserted
into the bacterial cell. The gene segment is a partially defective
variant of a gene segment from the infectious virus of interest. The
viral gene segment, in its naturally occurring and fully operational
form, normally codes for a non-repressor protein which participates in a
multi-protein complex used in the development of the virus. However, the
partially defective gene present in the bacterial cell codes for a
defective protein that will bind to the remainder of the multi-protein
complex with a greater affinity than the virus' fully operational

ILL000416

protein. The "new" protein complex will therefore be inactive and will
inhibit the ability of the foreign agent to use the multi-protein complex
for its development.
```
=> e studier, f/in
E#      FILE        FREQUENCY   TERM
--      ----        ---------   ----
E1      USPAT           2       STUDHOLME, MATTHEW B/IN
E2      USPAT           4       STUDHOLME, ROBERT M/IN
E3      USPAT           0 --> STUDIER, F/IN
E4      USPAT           2       STUDIER, F WILLIAM/IN
E5      USPAT           1       STUDIER, MARTIN H/IN
E6      USPAT           1       STUDIEVIC, CLAUDE/IN
E7      USPAT           1       STUDINER, CHARLES J III/IN
E8      USPAT           1       STUDINGER, ERNST/IN
E9      USPAT           1       STUDINGER, HANS/IN
E10     USPAT           1       STUDINGER, JOHN/IN
E11     USPAT           7       STUDINKA, JOSEF/IN
E12     USPAT           4       STUDINSKI, ROBERT A/IN
=> s e4
L3              2 "STUDIER, F WILLIAM"/IN
=> d l3 1-2 cit ab
```

1.  5,407,799, Apr. 18, 1995, Method for high-volume sequencing of
nucleic acids: random and directed priming with libraries of
oligonucleotides; **F. William Studier**, 435/6, 91.1; 935/77 [IMAGE
AVAILABLE]

US PAT NO:      5,407,799 [IMAGE AVAILABLE]                L3: 1 of 2

ABSTRACT:
Random and directed priming methods for determining nucleotide sequences
by enzymatic sequencing techniques, using libraries of primers of lengths
8, 9 or 10 bases, are disclosed. These methods permit direct sequencing
of nucleic acids as large as 45,000 base pairs or larger without the
necessity for subcloning. Individual primers are used repeatedly to prime
sequence reactions in many different nucleic acid molecules. Libraries
containing as few as 10,000 octamers, 14,200 nonamers, or 44,000 decamers
would have the capacity to determine the sequence of almost any cosmid
DNA.
Random priming with a fixed set of primers from a smaller library can
also be used to initiate the sequencing of individual nucleic acid
molecules, with the sequence being completed by directed priming with
primers from the library. In contrast to random cloning techniques, a
combined random and directed priming strategy is far more efficient.

2.  4,952,496, Aug. 28, 1990, Cloning and expression of the gene for
bacteriophage T7 RNA polymerase; **F. William Studier**, et al.,

ILL000417

435/91.41, 172.3, 194, 235.1, 252.3, 320.1; 536/23.2; 935/14, 29, 31, 43
[IMAGE AVAILABLE]

US PAT NO:      4,952,496 [IMAGE AVAILABLE]                L3: 2 of 2

ABSTRACT:
This application describes a means to clone a functional gene for
bacteriophage T7 RNA polymerase. Active T7 RNA polymerase is produced
from the cloned gene, and a plasmid has been constructed that can produce
the active enzyme in large amounts. T7 RNA polymerase transcribes DNA
very efficiently and is highly selective for a relatively long promoter
sequence. This enzyme is useful for synthesizing large amounts of RNA in
vivo or in vitro, and is capable of producing a single RNA selectively
from a complex mixture of DNAs. The procedure used to obtain a clone of
the T7 RNA polymerase gene can be applied to other T7-like phages to
obtain clones that produce RNA polymerases having different promoter
specificities, different bacterial hosts, or other desirable properties.
T7 RNA polymerase is also used in a system for selective, high-level
synthesis of RNAs and proteins in suitable host cells.
=> e blocker, h/in

| E# | FILE | FREQUENCY | TERM |
|----|------|-----------|------|
| -- | ---- | --------- | ---- |
| E1 | USPAT | 4 | BLOCKER, ERICH/IN |
| E2 | USPAT | 1 | BLOCKER, EVA B/IN |
| E3 | USPAT | 0 --> | BLOCKER, H/IN |
| E4 | USPAT | 4 | BLOCKER, HELMUT/IN |
| E5 | USPAT | 3 | BLOCKER, JAMES S/IN |
| E6 | USPAT | 1 | BLOCKER, MARK A/IN |
| E7 | USPAT | 1 | BLOCKER, RICK G/IN |
| E8 | USPAT | 1 | BLOCKER, ROBERT W/IN |
| E9 | USPAT | 1 | BLOCKER, SHIRLEY L/IN |
| E10 | USPAT | 1 | BLOCKER, TRUMAN G/IN |
| E11 | USPAT | 3 | BLOCKER, TRUMAN G III/IN |
| E12 | USPAT | 1 | BLOCKER, VIRGINIA/IN |

=> s e4
L4          4 "BLOCKER, HELMUT"/IN
=> d l4 1-4 cit ab

1. 5,126,322, Jun. 30, 1992, Pancreatic secretory tryspin inhibitor and
variants thereof produced by a recombinant host therefore and
pharmaceutical use thereof; John Collins, et al., 514/12; 435/69.1, 69.2;
514/2, 9; 530/324, 325, 350; 930/250, 260, 270 [IMAGE AVAILABLE]

US PAT NO:      5,126,322 [IMAGE AVAILABLE]              L4: 1 of 4

ABSTRACT:
The present invention relates to a peptide having essentially the amino

acid sequence of pancreatic secretory trypsin inhibitor (PSTI). The present invention also relates to variants of such peptide wherein one or more of the amino acids in the original sequence are replaced by other amino acids. These peptides show an advantageously modified specificity in their inhibotory action. A method of preparation of the peptides and their pharmaceutical use is also described.

2.  5,114,839, May 19, 1992, Process for DNA sequencing using oligonucleotide bank; **Helmut Blocker**, 435/6, 91.52; 935/77 [IMAGE AVAILABLE]

US PAT NO:      5,114,839 [IMAGE AVAILABLE]              L4: 2 of 4

ABSTRACT:

 A process for DNA sequencing by the multi-primer method involving the use of oligonucleotide banks of hexamers, heptamers, octomers, or nonamers for the creation of the primer through the ligation of two or more oligomers following hybridization onto the primer site.

3.  4,997,927, Mar. 5, 1991, Improved process for the purification of synthetic oligonucleotides; **Helmut Blocker**, et al., 536/25.4, 25.31, 25.41, 127 [IMAGE AVAILABLE]

US PAT NO:      4,997,927 [IMAGE AVAILABLE]              L4: 3 of 4

ABSTRACT:
A process for the purfication of synthetic oligonucleotides is described which drastically simplifies the hitherto very time consuming purification process. The deprotection solution is adsorbed without being concentrated on a carrier having reversed phase properties and optionally ion exchanger properties, the oligonuleotides without lipophilic protecting group are removed, their protecting group is cleaved off from the adsorbed oligonucleotides, the adsorbed oligonucleotides are washed and eluted from the carrier and then purified in a manner known per se.

4.  4,863,848, Sep. 5, 1989, Double-stranded vector and process using it; **Helmut Blocker**, et al., 435/6, 91.41, 172.3, 320.1; 536/25.4; 935/6, 77 [IMAGE AVAILABLE]

US PAT NO:      4,863,848 [IMAGE AVAILABLE]              L4: 4 of 4

ABSTRACT:
The invention concerns a double-stranded recombinant DNA cloning vector comprising one single insertion site for foreign DNA and one or two labelling sites adjacent or approximate to said insertion site. In the instance of two labelling sites, said sites flank the insertion site. The

ILL000419

labelling site(s) can be individually labelled in a fashion that results
in the labelling of the either 3' end of either strand. The use of the invention
in a process affords the ability to individually label only one strand at
the 3' end in a simplified method for base sequencing analysis.
=> e brennan, t/in

```
E#      FILE         FREQUENCY   TERM
--      ----         ---------   ----
E1      USPAT            1       BRENNAN, STEVEN/IN
E2      USPAT            1       BRENNAN, STEVEN R/IN
E3      USPAT            0  -->  BRENNAN, T/IN
E4      USPAT            2       BRENNAN, THOMAS/IN
E5      USPAT            3       BRENNAN, THOMAS E/IN
E6      USPAT            2       BRENNAN, THOMAS F/IN
E7      USPAT            1       BRENNAN, THOMAS H/IN
E8      USPAT            6       BRENNAN, THOMAS J/IN
E9      USPAT           40       BRENNAN, THOMAS M/IN
E10     USPAT            3       BRENNAN, THOMAS P/IN
E11     USPAT            1       BRENNAN, TIM/IN
E12     USPAT            2       BRENNAN, TIMOTHY A/IN
```
=> s e9

L5          40 "BRENNAN, THOMAS M"/IN
=> d l5 1-40 cit ab

1.  5,474,796, Dec. 12, 1995, Method and apparatus for conducting an
array of chemical reactions on a support surface; **Thomas M. Brennan**,
427/2.13; 422/57, 58, 99, 104; 427/2.11, 264, 266, 271, 282, 336, 338,
407.2; 435/283.1, 285.1, 317.1 [IMAGE AVAILABLE]

US PAT NO:      5,474,796 [IMAGE AVAILABLE]              L5: 1 of 40

ABSTRACT:
The invention provides apparatus and methods for making arrays of
functionalized binding sites on a support surface. The invention further
provides apparatus and methods for sequencing oligonucleotides and for
identifying the amino acid sequence of peptides that bind to biologically
active macromolecules, by specifically binding biologically active
macromolecules to arrays of peptides or peptide mimetics.

2.  5,472,672, Dec. 5, 1995, Apparatus and method for polymer synthesis
using arrays; **Thomas M. Brennan**, 422/131, 110, 111, 116 [IMAGE
AVAILABLE]

US PAT NO:      5,472,672 [IMAGE AVAILABLE]              L5: 2 of 40

ABSTRACT:
A polymer synthesis apparatus (20) for building a polymer chain including
a head assembly (21) having an array of nozzles (22) with each nozzle

ILL000420

coupled to a reservoir (23) of liquid reagent (24) , and a base assembly
(25) having an array of reaction wells (26). A transport mechanism (27)
aligns the reaction wells (26) and selected nozzles (22) for deposition
of the liquid reagent (24) into selected reaction wells (26). A sliding
seal (30) is positioned between the head assembly (21) and the base
assembly (25) to form a common chamber (31) enclosing both the reaction
well (26) and the nozzles (22) therein. A gas inlet (70) into the common
chamber (31), upstream from the nozzles (22), and a gas outlet (71) out
of the common chamber (31) , downstream from the nozzles (22) , sweeps
the common chamber ( 31 ) of toxic fumes emitted by the reagents. Each
reaction well (26) includes an orifice (74) extending into the well (26)
which is of a size and dimension to form a capillary liquid seal to
retain the reagent solution (76) in the well (26) for polymer chain
growth therein. A pressure regulating device (82) is provided for
controlling a pressure differential, between a first gas pressure exerted
on the reaction well (26) and a second gas pressure exerted on an exit
(80) of the orifice, such that upon the pressure differential exceeding a
predetermined amount, the reagent solution (76) is expelled from the well
(26) through the orifice (74). A method of synthesis of a polymer chain
in a synthesis apparatus (20) is also included.


3.  5,403,708, Apr. 4, 1995, Methods and compositions for determining the
sequence of nucleic acids; **Thomas M. Brennan**, et al., 435/6, 91.52;
436/94; 536/24.33, 25.32 [IMAGE AVAILABLE]


US PAT NO:      5,403,708 [IMAGE AVAILABLE]              L5: 3 of 40


ABSTRACT:
Methods and compositions for forming ligation product hybridized to a
nucleic acid template. The ligation product is formed by contacting a
nucleic acid template with a primer capable of hybridizing to the
template to form a primed template. The primed template is then contacted
with a pool of random extension oligonucleotides of length N and an
enzyme system. The enzyme system is capable of covalently linking the
primer to an extension oligonucleotide adjacently hybridized to it and
one or more other extension oligonucleotides adjacently hybridized to the
ligation product defined by covalently linked ligation primer and one or
more extension oligonucleotides. When covalently linked, the ligation
product is hybridized to the nucleic acid template. Modifications permit
the determination of the nucleotide sequence of one or more members of a
first set of target nucleotide residues in the nucleic acid template that
are spaced at intervals of N nucleotides. In such sequencing methods,
labeled ligation product is formed wherein the position and type of label
incorporated into the labeled ligation product provides information
concerning the nucleotide residue in the nucleic acid template with which
the labeled nucleotide residue is base paired. The compositions comprise
a pool of oligonucleotides of a predetermined length N containing at


ILL000421

least one differentially labeled sequencing nucleotide residue at a predetermined position and random nucleotide residues at each of the other nucleotide positions.

4. 5,389,797, Feb. 14, 1995, Photodetector with absorbing region having resonant periodic absorption between reflectors; Robert P. Bryan, et al., 257/21, 186, 187, 436 [IMAGE AVAILABLE]

US PAT NO:    5,389,797 [IMAGE AVAILABLE]                L5: 4 of 40

ABSTRACT:
A photodetector that is responsive to a wavelength or wavelengths of interest which have heretofore been unrealized. The photodetector includes a resonant cavity structure bounded by first and second reflectors, the resonant cavity structure being resonant at the wavelength or wavelengths of interest for containing a plurality of standing waves therein. The photodetector further includes a radiation absorbing region disposed within the resonant cavity structure, the radiation absorbing region including a plurality of radiation absorbing layers spaced apart from one another by a distance substantially equal to a distance between antinodes of adjacent ones of the standing waves. Each of radiation absorbing layers is spatially positioned at a location of one of the antinodes of one of the standing waves such that radiation absorption is enhanced. The radiation absorbing layers may be either bulk layers or quantum wells includes a plurality of layers, each of which is comprised of a strained layer of InGaAs. Individual ones of the InGaAs layers are spaced apart from one another by a GaAs barrier layer.

5. 5,315,430, May 24, 1994, Strained layer Fabry-Perot device; **Thomas M. Brennan**, et al., 359/248; 257/18, 28; 359/260, 579, 589 [IMAGE AVAILABLE]

US PAT NO:    5,315,430 [IMAGE AVAILABLE]                L5: 5 of 40

ABSTRACT:
An asymmetric Fabry-Perot reflectance modulator (AFPM) consists of an active region between top and bottom mirrors, the bottom mirror being affixed to a substrate by a buffer layer. The active region comprises a strained-layer region having a bandgap and thickness chosen for resonance at the Fabry-Perot frequency. The mirrors are lattice matched to the active region, and the buffer layer is lattice matched to the mirror at the interface. The device operates at wavelengths of commercially available semiconductor lasers.

6. 5,174,962, Dec. 29, 1992, Apparatus for determining DNA sequences by mass spectrometry; **Thomas M. Brennan**, 422/78; 250/281; 422/71, 80, 116; 436/59, 155, 161 [IMAGE AVAILABLE]

US PAT NO:     5,174,962 [IMAGE AVAILABLE]          L5: 6 of 40

ABSTRACT:

 This invention relates to the apparatus, for sequencing natural or
recombinant DNA and other polynucleotides. In particular, this invention
relates to a method for sequencing polynucleotides based on mass
spectrometry to determine which of the four bases (adenine, guanine,
cytosine or thymine) is a component of the terminal nucleotide. In
particular, the present invention relates to identifying the individual
nucleotides by the mass of stable nuclide markers contained within either
the dideoxynucleotides, the DNA primer, or the deoxynucleotide added to
the primer. This invention is particularly useful in identifying specific
DNA sequences in very small quantities in biological products produced by
fermentation or other genetic engineering techniques. The invention is
therefore useful in evaluating safety and other health concerns related
to the presence of DNA in products resulting from genetic engineering
techniques.

7.  5,171,399, Dec. 15, 1992, Reflection mass spectrometry technique for
monitoring and controlling composition during molecular beam epitaxy;
**Thomas M. Brennan**, et al., 117/86, 108, 953; 437/81, 107, 108, 133
[IMAGE AVAILABLE]

US PAT NO:     5,171,399 [IMAGE AVAILABLE]          L5: 7 of 40

ABSTRACT:
A method for on-line accurate monitoring and precise control of molecular
beam epitaxial growth of Groups III-III-V or Groups III-V-V layers in an
advanced semiconductor device incorporates reflection mass spectrometry.
The reflection mass spectrometry is responsive to intentional
perturbations in molecular fluxes incident on a substrate by accurately
measuring the molecular fluxes reflected from the substrate.
The reflected flux is extremely sensitive to the state of the growing
surface and the measurements obtained enable control of newly forming
surfaces that are dynamically changing as a result of growth.

8.  5,102,825, Apr. 7, 1992, Method of making an ion-implanted
planar-buried-heterostructure diode laser; **Thomas M. Brennan**, et al.,
437/129; 148/DIG.95; 437/22 [IMAGE AVAILABLE]

US PAT NO:     5,102,825 [IMAGE AVAILABLE]          L5: 8 of 40

ABSTRACT:
Planar-buried-heterostructure, graded-index, separate-confinement-
heterostructure semiconductor diode laser 10 includes a single quantum

well or multi-quantum well active stripe 12 disposed between a p-type
compositionally graded Group III-V cladding lever 14 and an n-type
compositionally graded Group III-V cladding layer 16. The laser 10
includes an iion implanted n-type region 28 within the p-type cladding
layer 14 and further includes an ion implanted p-type region 26 within
the n-type cladding layer 16. The ion implanted regions are disposed for
defining a lateral extent of the active stripe.

9.  5,094,594, Mar. 10, 1992, Piezoelectric pumping device; **Thomas M.
Brennan**, 417/413.2, 415; 604/20 [IMAGE AVAILABLE]

US PAT NO:      5,094,594 [IMAGE AVAILABLE]              L5: 9 of 40

ABSTRACT:
The invention herein provides a picoliter fluid pumping device in
combination with an electrophoresis unit. The picoliter fluid pumping
device includes an actuating unit, for selectively generating pump
actuating signals, and a pump unit. The pump unit includes a deforming
means, a deformable fluid chamber having a deformable chamber segment, a
nozzle port, and an inlet port coupled to a fluid source to provide a
fluid to the deformable fluid chamber. The deforming means, coupled to
the actuating unit, deforms the deformable chamber segment in response to
a pump actuating signal to cause a picoliter quantity of the fluid to be
emitted from the nozzle port. The picoliter fluid pumping device has in
combination an electrophoresis unit having at least one electrophoresis
electrode coupled to the deformable fluid chamber and spatially located
near the nozzle port and at least one electrophoresis port coupled to the
deformable fluid chamber and spatially located near the nozzle port.

10.  5,048,038, Sep. 10, 1991, Ion-implanted planar-buried-
heterostructure diode laser; **Thomas M. Brennan**, et al., 372/46, 45
[IMAGE AVAILABLE]

US PAT NO:      5,048,038 [IMAGE AVAILABLE]              L5: 10 of 40

ABSTRACT:
A Planar-Buried-Heterostructure, Graded-Index, Separate-Confinement-
Heterostructure semiconductor diode laser 10 includes a single quantum
well or multi-quantum well active stripe 12 disposed between a p-type
compositionally graded Group III-V cladding layer 14 and an n-type
compositionally graded Group III-V cladding layer 16. The laser 10
includes an ion implanted n-type region 28 within the p-type cladding
layer 14 and further includes an ion implanted p-type region 26 within
the n-type cladding layer 16. The ion implanted regions are disposed for
defining a lateral extent of the active stripe.

11.  5,003,059, Mar. 26, 1991, Determining DNA sequences by mass

spectrometry; **Thomas M. Brennan**, 536/25.32; 435/6, 77, 87; 536/24.3, 25.33, 25.4 [IMAGE AVAILABLE]

US PAT NO:      5,003,059 [IMAGE AVAILABLE]          L5: 11 of 40

ABSTRACT:
This invention relates to the methods, apparatus, reagents and mixtures of reagents for sequencing natural or recombinant DNA and other polynucleotides. In particular, this invention relates to a method for sequencing polynucleotides based on mass spectrometry to determine which of the four bases (adenine, guanine, cytosine or thymine) is a component of the terminal nucleotide. In particular, the present invention relates to identifying the individual nucleotides by the mass of stable nuclide markers contained within either the dideoxynucleotides, the DNA primer, or the deoxynucleotide added to the primer. This invention is particularly useful in identifying specific DNA sequences in very small quantities in biological products produced by fermentation or other genetic engineering techniques. The invention is therefore useful in evaluating safety and other health concerns related to the presence of DNA in products resulting from genetic engineering techniques.

12.  4,894,464, Jan. 16, 1990, Branched amides of L-aspartyl-D-amino acid dipeptides; **Thomas M. Brennan**, et al., 549/88; 426/548; 549/28, 69 [IMAGE AVAILABLE]

US PAT NO:      4,894,464 [IMAGE AVAILABLE]          L5: 12 of 40

ABSTRACT:
Amides of L-aspartyl-D-amino acid dipeptides of the formula ##STR1## and physiologically acceptable cationic and acid addition salts thereof wherein $R_a$ is methyl, ethyl, n-propyl or isopropyl; R is a branched member selected from the group consisting of fenchyl, diisopropylcarbinyl, d-methyl-t-butylcarbinyl, d-ethyl-t-butylcarbinyl, di-t-butylcarbinyl, 2-methylthio-2,4-dimethylpentan-3-yl, ##STR2## where at least one of $R_3$, $R_4$, $R_5$, $R_6$ is alkyl having from one to four carbon atoms and the remainder are hydrogen or alkyl having from one to four carbon atoms, X is O, S, SO, $SO_2$ C.dbd.O or CHOH; m is zero or 1-4, n and p are each zero, 1, 2 or 3 where the sum of n+p is not greater than 3 and the sum of the carbon atoms in $R_3$, $R_4$, $R_5$ and $R_6$ is not greater than six, and when both of $R_3$ and $R_4$ or $R_5$ and $R_6$ are alkyl they are methyl or ethyl, ##STR3## where one of $R_7$, $R_8$, $R_9$ is alkyl having from one to four carbon atoms and the remainder are hydrogen or alkyl having from one to four carbon atoms and the sum of the carbon atoms in $R_7$, $R_8$ and $R_9$ is not greater than six, m and q are the same or different and each have the values previously defined for m; ##STR4## where each of $R_{12}$ and $R_{13}$ are methyl or ethyl, or $R_{12}$ is

ILL000425

hydrogen and $R.sup.13$ is alkyl having from one to four carbon atoms, Z is O or NH and t is 1 or 2, ##STR5## where w is 1-4, $R.sup.14$ and $R.sup.16$ are each alkyl having from one to four carbon atoms, $R.sup.15$ is H, OH, methyl or ethyl and the sum of the carbon atoms in $R.sup.14$, $R.sup.15$ and $R.sup.16$ is not greater than six and when both of $R.sup.14$ and $R.sup.15$ are alkyl they are methyl or ethyl, and ##STR6## where $R.sup.17$ and $R.sup.19$ are alkyl having from one to four carbon atoms, $R.sup.18$ and $R.sup.20$ are H or alkyl having one to two carbon atoms, A is OH and B is H, OH or $CH.sub.3$ and taken together A and B are ##STR7## where the sum of the carbon atoms in $R.sup.17$, $R.sup.18$, $R.sup.19$ and $R.sup.20$ is not greater than six and when both of $R.sup.17$ and $R.sup.18$ or $R.sup.19$ and $R.sup.20$ are alkyl they are methyl or ethyl; said amides are potent sweeteners having advantages over the prior art, edible compositions containing them, methods for their use in edible compositions and novel amine and amide intermediates useful in their production.

13.  4,881,236, Nov. 14, 1989, Wavelength-resonant surface-emitting semiconductor laser; Steven R. J. Brueck, et al., 372/45; 359/344; 372/46, 50 [IMAGE AVAILABLE]

US PAT NO:     4,881,236 [IMAGE AVAILABLE]               L5: 13 of 40

ABSTRACT:
A wavelength resonant semiconductor gain medium is disclosed. The essential feature of this medium is a multiplicity of quantum-well gain regions separated by semiconductor spacer regions of higher bandgap. Each period of this medium consisting of one quantum-well region and the adjacent spacer region is chosen such that the total width is equal to an integral multiple of 1/2 the wavelength in the medium of the radiation with which the medium is interacting. Optical, electron-beam and electrical injection pumping of the medium is disclosed. This medium may be used as a laser medium for single devices or arrays either with or without reflectors, which may be either semiconductor or external.

14.  4,870,190, Sep. 26, 1989, Branched amides of L-aspartyl-D-amino acid dipeptides; **Thomas M. Brennan**, et al., 549/38 [IMAGE AVAILABLE]

US PAT NO:     4,870,190 [IMAGE AVAILABLE]               L5: 14 of 40

ABSTRACT:
Amides of L-aspartyl-D-amino acid dipeptides of the formula ##STR1## and physiologically acceptable cationic and acid addition salts thereof wherein R.sup.a is methyl, hydroxymethyl, ethyl, n-propyl or isopropyl; R is ##STR2## where at least one of $R.sup.3$, $R.sup.4$, $R.sup.5$, $R.sup.6$ is alkyl having from one to four carbon atoms and the remainder are hydrogen or alkyl having from one to four carbon atoms, and the sum of the carbon atoms in $R.sup.3$, $R.sup.4$, $R.sup.5$ and $R.sup.6$ is not greater than six;

and when both of R.sup.3 and R.sup.4 or R.sup.5 and R.sup.6 are alkyl,
they are methyl or ethyl.
Said amides are potent sweeteners having advantages over the prior art,
edible compositions containing them, methods for their use in edible
compositions and novel amine and amide intermediates useful in their
production.

15.   4,855,454, Aug. 8, 1989, Branched amides of L-aspartyl-D-amino acid
dipeptides; **Thomas M. Brennan**, et al., 549/68, 88 [IMAGE AVAILABLE]

US PAT NO:      4,855,454 [IMAGE AVAILABLE]              L5: 15 of 40

ABSTRACT:
Amides of L-aspartyl-D-amino acid dipeptides of the formula ##STR1## and
physiologically acceptable cationic and acid addition salts thereof
wherein R.sup.a is methyl, ethyl, n-propyl or isopropyl; R is a branched
member selected from the group consisting of fenchyl,
diisopropylcarbinyl, d-methyl-t-butylcarbinyl, d-ethyl-t-butylcarbinyl,
di-t-butylcarbinyl, 2-methylthio-2,4-dimethylpentan-3-yl, ##STR2## where
at least one of R.sup.3, R.sup.4, R.sup.5, R.sup.6 is alkyl having from
one to four carbon atoms and the remainder are hydrogen or alkyl having
from one to four carbon atoms, X is O, S, SO, SO.sub.2, C=O or CHOH; m is
zero or 1-4, n and p are each zero, 1, 2 or 3 where the sum of n+p is not
greater than 3 and the sum of the carbon atoms in R.sup.3, R.sup.4,
R.sup.5 and R.sup.6 is not greater than six, and when both of R.sup.3 and
R.sup.4 or R.sup.5 and R.sup.6 are alkyl they are methyl or ethyl,
##STR3## where one of R.sup.7, R.sup.8, R.sup.9 is alkyl having from one
to four carbon atoms and the remainder are hydrogen or alkyl having from
one to four carbon atoms and the sum of the carbon atoms in R.sup.7,
R.sup.8 and R.sup.9 is not greater than six, m and q are the same or
different and each have the values previously defined for m; ##STR4##
where each of R.sup.12 and R.sup.13 are methyl or ethyl, or R.sup.12 is
hydrogen and R.sup.13 is alkyl having from one to four carbon atoms, Z is
O or NH and t is 1 or 2, ##STR5## where w is 1-4, R.sup.14 and R.sup.16
are each alkyl having from one to four carbon atoms, R.sup.15 is H, OH,
methyl or ethyl and the sum of the carbon atoms in R.sup.14, R.sup.15 and
R.sup.16 is not greater than six and when both of R.sup.14 and R.sup.15
are alkyl they are methyl or ethyl, and ##STR6## where R.sup.17 and
R.sup.19 are alkyl having from one to four carbon atoms, R.sup.18 and
R.sup.20 are H or alkyl having one to two carbon atoms, A is OH and B is
H, OH or CH.sub.3 and taken together A and B are ##STR7## where the sum
of the carbon atoms in R.sup.17, R.sup.18, R.sup.19 and R.sup.20 is not
greater than six and when both of R.sup.18 and R.sup.19 and R.sup.19 and
R.sup.20 are alkyl they are methyl or ethyl; said amides are potent
sweetners having advantages over the prior art, edible compositions
containing them, methods for their use in edible compositions and novel
amine and amide intermediates useful in their production.

16.  4,804,782, Feb. 14, 1989, Branched amides of L-aspartyl-D-amino acid
dipeptides; **Thomas M. Brennan**, et al., 564/193; 426/548; 564/197
[IMAGE AVAILABLE]

US PAT NO:      4,804,782 [IMAGE AVAILABLE]              L5: 16 of 40

ABSTRACT:
Amides of L-aspartyl-D-amino acid dipeptides of the formula ##STR1## and
physiologically acceptable cationic and acid addition salts thereof
wherein $R.sup.a$ is methyl, ethyl, n-propyl or isopropyl; R is a branched
member selected from the group consisting of fenchyl,
diisopropylcarbinyl, d-methyl-t-butylcarbinyl, d-ethyl-t-butylcarbinyl,
di-t-butylcarbinyl, 2-methylthio-2,4-dimethylpentan-3-yl, ##STR2## where
at least one of $R.sup.3$, $R.sup.4$, $R.sup.5$, $R.sup.6$ is alkyl having from
one to four carbon atoms and the remainder are hydrogen or alkyl having
from one to four carbon atoms, X is O, S, SO, $SO.sub.2$, $C.dbd.O$ or CHOH;
m is zero or 1-4, n and p are each zero, 1, 2 or 3 where the sum of n+p
is not greater than 3 and the sum of the carbon atoms in $R.sup.3$,
$R.sup.4$, $R.sup.5$ and $R.sup.6$ is not greater than six, and when both of
$R.sup.3$ and $R.sup.4$ or $R.sup.5$ and $R.sup.6$ are alkyl they are methyl or
ethyl, ##STR3## where one of $R.sup.7$, $R.sup.8$, $R.sup.9$ is alkyl having
from one to four carbon atoms and the remainder are hydrogen or alkyl
having from one to four carbon atoms and the sum of the carbon atoms in
$R.sup.7$, $R.sup.8$ and $R.sup.9$ is not greater than six, m and q are the
same or different and each have the values previously defined for m;
##STR4## where each of $R.sup.12$ and $R.sup.13$ are methyl or ethyl, or
$R.sup.12$ is hydrogen and $R.sup.13$ is alkyl having from one to four carbon
atoms, Z is O or NH and t is 1 or 2, ##STR5## where w is 1-4, $R.sup.14$
and $R.sup.16$ are each alkyl having from one to four carbon atoms,
$R.sup.15$ is H, OH, methyl or ethyl and the sum of the carbon atoms in
$R.sup.14$, $R.sup.15$ and $R.sup.16$ is not greater than six and when both of
$R.sup.14$ and $R.sup.15$ are alkyl they are methyl or ethyl, and  where
$R.sup.17$ and $R.sup.19$ are alkyl having from one to four carbon atoms,
$R.sup.18$ and $R.sup.20$ are H or alkyl having one to two carbon atoms, A is
OH and B is H, OH or $CH.sub.3$ and taken together A and B are ##STR6##
where the sum of the carbon atoms in $R.sup.17$, $R.sup.18$, $R.sup.19$ and
$R.sup.20$ is not greater than six and when both of $R.sup.17$ and $R.sup.18$
or $R.sup.19$ and $R.sup.20$ are alkyl they are methyl or ethyl;
 said amides are potent sweeteners having advantages over the prior art,
  edible compositions containing them, methods for their use in edible
  compositions and novel amine and amide intermediates useful in their
  production.

17.  4,797,298, Jan. 10, 1989, Branched amides of L-aspartyl-D-amino acid
dipeptides; **Thomas M. Brennan**, et al., 549/38; 426/548 [IMAGE
AVAILABLE]

ILL000428

US PAT NO:    4,797,298 [IMAGE AVAILABLE]            L5: 17 of 40

ABSTRACT:
Amides of L-aspartyl-D-amino acid dipeptides of the formula ##STR1## and
physiologically acceptable cationic and acid addition salts thereof
wherein R.sup.a is methyl, hydroxymethyl, ethyl, n-propyl or isopropyl; R
is ##STR2## where at least on of R.sup.3, R.sup.4, R.sup.5, R.sup.6 is
alkyl having from one to four carbon atoms and the remainder are hydrogen
or alkyl having from one to four carbon atoms, and the sum of the carbon
atoms in R.sup.3, R.sup.4, R.sup.5 and R.sup.6 is not greater than six;
and when both of R.sup.3 and R.sup.4 or R.sup.5 and R.sup.6 are alkyl,
they are methyl or ethyl.
Said amides are potent sweeteners having advantages over the prior art,
edible compositions containing them, methods for their use in edible
compositions and novel amine and amide intermediates useful in their
production.

18.  4,661,707, Apr. 28, 1987, Disc detector assembly having
prefabricated vacuum chambers; David L. Jungkman, et al., 250/352;
62/51.2 [IMAGE AVAILABLE]

US PAT NO:    4,661,707 [IMAGE AVAILABLE]            L5: 18 of 40

ABSTRACT:
A miniature, nonevacuated, detector refrigerator assembly for use in
infrared imaging systems is described. The assembly incorporates a
miniature Joule-Thomson laminar refrigerator which serves as the
substrate for the detector subassembly, electrical leads, as well as the
primary structural element of the assembly. The detector subassembly is
positioned on the cold region of the refrigerator, surrounded by two
prefabricated vacuum chambers and capped by an optical window or filter
as required. As a result, the detector is easily built and is cooled in
an efficient manner.

19.  4,658,139, Apr. 14, 1987, Night vision reflex sight; **Thomas M.
Brennan**, et al., 250/330; 33/241; 356/251 [IMAGE AVAILABLE]

US PAT NO:    4,658,139 [IMAGE AVAILABLE]            L5: 19 of 40

ABSTRACT:
A passive night vision reflex sight with a wide F.O.V. and designed for
attachment to a weapon, such as a rifle, is disclosed. The night vision
reflex sight preferably is designed for use in combination with a night
vision goggle; it can also be used as in daylight without such a goggle,
however. When in place, it continues to allow the use of the daytime
battle sight of the weapon. The night vision reflex sight comprises a

sight for viewing an image of a scene along a line of sight, a
photoreceptive sensor aligned with the line of sight and viewing the
image, a battery powered red L.E.D., together with a reticle, a lens, and
a filter for generating a pulsed or d.c. light and for directing it at
the reflex sight, with the sight reflecting the pulsed or d.c. light into
the photoreceptive sensor and superimposing it on the image. Preferably,
the reticle is adjustable, the pulsed light is pulsed at a rate between
about two to about twelve c.p.s. Preferably, the reflex sight is disposed
within a housing baffled toward the front, and a demountable flared light
shield having a flexible shutter is provided on the housing toward the
rear. Preferably, the brightness of the pulsed light is adjustable.

20.  4,517,379, May 14, 1985, Branched amides of L-aspartyl-D-amino acid
dipeptides; **Thomas M. Brennan**, et al., 564/193; 426/548; 564/197
[IMAGE AVAILABLE]

US PAT NO:     4,517,379 [IMAGE AVAILABLE]               L5: 20 of 40

ABSTRACT:
Amides of L-aspartyl-D-amino acid dipeptides of the formula ##STR1## and
physiologically acceptable cationic and acid addition salts thereof
wherein $R.sup.a$ is $CH.sub.2$ OH or $CH.sub.2$ $OCH.sub.3$ ; R is a branched
member selected from the group consisting of fenchyl,
diisopropylcarbinyl, d-methyl-t-butylcarbinyl, d-ethyl-t-butylcarbinyl,
di-t-butylcarbinyl, 2-methylthio-2,4-dimethylpentan-3-yl, ##STR2## where
at least one of $R.sup.3$, $F.sup.4$, $R.sup.5$, $R.sup.6$ is alkyl having from
one to four carbon atoms and the remainder are hydrogen or alkyl having
from one to four carbon atoms, X is O, S, SO, $SO.sub.2$, C.dbd.O or CHOH;
m is zero or 1-4, n and p are each zero, 1, 2 or 3 where the sum of n+p
is not greater than 3 and the sum of the carbon atoms in $R.sup.3$,
$R.sup.4$, $R.sup.5$ and $R.sup.6$ is not greater than six, and when both of
$R.sup.3$ and $R.sup.4$ or $R.sup.5$ and $R.sup.6$ are alkyl they are methyl or
ethyl, ##STR3## where one of $R.sup.7$, $R.sup.8$, $R.sup.9$ is alkyl having
from one to four carbon atoms and the remainder are hydrogen or alkyl
having from one to four carbon atoms and the sum of the carbon atoms in
$R.sup.7$, $R.sup.8$ and $R.sup.9$ is not greater than six, m and q are the
same or different and each have the values previously defined for m;
##STR4## where each of $R.sup.12$ and $R.sup.13$ are methyl or ethyl, or
$R.sup.12$ is hydrogen and $R.sup.13$ is alkyl having from one to four carbon
atoms, Z is O or NH and t is 1 or 2, ##STR5## where w is 1-4, $R.sup.14$
and $R.sup.16$ are each alkyl having from one to four carbon atoms,
$R.sup.15$ is H, OH, methyl or ethyl and the sum of the carbon atoms in
$R.sup.14$, $R.sup.15$ and $R.sup.16$ is not greater than six and when both of
$R.sup.14$ and $R.sup.15$ are alkyl they are methyl or ethyl, and ##STR6##
where $R.sup.17$ and $R.sup.19$ are alkyl having from one to four carbon
atoms, $R.sup.18$ and $R.sup.20$ are H or alkyl having one to two carbon
atoms, A is OH and B is H, OH or $CH.sub.3$ and taken together A and B are

##STR7## where the sum of the carbon atoms in R.sup.17, R.sup.18, R.sup.19 and R.sup.20 is not greater than six and when both of R.sup.17 and R.sup.18 or R.sup.19 and R.sup.20 are alkyl they are methyl or ethyl; said amides are potent sweeteners having advantages over the prior art, edible compositions containing them, methods for their use in edible compositions and novel amide intermediates useful in their production.

21.  4,463,252, Jul. 31, 1984, Night vision goggle system; **Thomas M. Brennan**, et al., 250/214VT; 313/524 [IMAGE AVAILABLE]

US PAT NO:     4,463,252 [IMAGE AVAILABLE]          L5: 21 of 40

ABSTRACT:

A night vision goggle system comprising a housing, an optical system accommodated therein and including a pair of eyepiece assemblies, with each assembly slidably mounted for interpupillary adjustment. The assemblies are respectively focusable. The optical system further includes an objective lens assembly, an image intensifier tube provided with concave-faced fiber optics, and a collimator lens assembly, all in axial alignment, and a splitter member. The objective, collimator and eyepiece assemblies feature prescription optics.
The goggle system preferably is head mounted via a quick-release connection to a face mask provided with an adjustable strap assembly.

22.  4,454,328, Jun. 12, 1984, Branched amides of L-aspartyl-D-amino acid dipeptides; **Thomas M. Brennan**, et al., 549/28, 69, 88 [IMAGE AVAILABLE]

US PAT NO:     4,454,328 [IMAGE AVAILABLE]          L5: 22 of 40

ABSTRACT:
Amides of L-aspartyl-D-amino acid dipeptides of the formula ##STR1## and physiologically acceptable cationic and acid addition salts thereof wherein R.sup.a is CH.sub.2 OH or CH.sub.2 OCH.sub.3 ; R is a branched member selected from the group consisting of fenchyl, diisopropylcarbinyl, d-methyl-t-butylcarbinyl, d-ethyl-t-butylcarbinyl, di-t-butylcarbinyl, 2-methylthio-2,4-dimethylpentan-3-yl, ##STR2## where at least one of R.sup.3, R.sup.4, R.sup.5, R.sup.6 is alkyl having from one to four carbon atoms and the remainder are hydrogen or alkyl having from one to four carbon atoms, X is O, S, SO, SO.sub.2, C.dbd.O or CHOH; m is zero or 1-4, n and p are each zero, 1, 2 or 3 where the sum of n+p is not greater than 3 and the sum of the carbon atoms in R.sup.3, R.sup.4, R.sup.5 and R.sup.6 is not greater than six, and when both of R.sup.3 and R.sup.4 or R.sup.5 and R.sup.6 are alkyl they are methyl or ethyl, ##STR3## where one of R.sup.7, R.sup.8, R.sup.9 is alkyl having from one to four carbon atoms and the remainder are hydrogen or alkyl

having from one to four carbon atoms and the sum of the carbon atoms in
R.sup.7, R.sup.8 and R.sup.9 is not greater than six, m and q are the
same or different and each have the values previously defined for m;
##STR4## where each of R.sup.12 and R.sup.13 are methyl or ethyl, or
R.sup.12 is hydrogen and R.sup.13 is alkyl having from one to four carbon
atoms, Z is O or NH and t is 1 or 2, ##STR5## where W is 1-4, R.sup.14
and R.sup.16 are each alkyl having from one to four carbon atoms,
R.sup.15 is H, OH, methyl or ethyl and the sum of the carbon atoms in
R.sup.14, R.sup.15 and R.sup.16 is not greater than six and when both of
R.sup.14 and R.sup.15 are alkyl they are methyl or ethyl, and ##STR6##
where R.sup.17 and R.sup.19 are alkyl having from one to four carbon
atoms, R.sup.18 and R.sup.20 are H or alkyl having one to two carbon
atoms, A is OH and B is H, OH or CH.sub.3 and taken together A and B are
##STR7## where the sum of the carbon atoms in R.sup.17, R.sup.18,
R.sup.19 and R.sup.20 is not greater than six and when both of R.sup.17
and R.sup.18 or R.sup.19 and R.sup.20 are alkyl they are methyl or ethyl;
  said amides are potent sweeteners having advantages over the prior art,
   edible compositions containing them, methods for their use in edible
   compositions and novel amide intermediates useful in their production.


23.  4,435,584, Mar. 6, 1984, Preparation of gamma-pyrones; **Thomas M.
Brennan**, et al., 549/415, 418 [IMAGE AVAILABLE]

US PAT NO:      4,435,584 [IMAGE AVAILABLE]          L5: 23 of 40

ABSTRACT:
2-Methyl-3-hydroxy-4H-pyran-4-one is prepared by contacting
1(2-furyl)-1-ethanol in aqueous solution with two equivalents of a
halogen oxidant at room temperature and then heating until the hydrolysis
of the formed 4-halo-dihydropyran intermediate is substantially complete.
Other valuable related gamma-pyrones are prepared in analogous manner
from appropriate alcohols.

24.  4,411,925, Oct. 25, 1983, Branched amides of L-aspartyl-d-amino acid
dipeptides; **Thomas M. Brennan**, et al., 426/548; 260/1; 426/565, 576,
590, 591, 656, 660, 804; 530/801 [IMAGE AVAILABLE]

US PAT NO:      4,411,925 [IMAGE AVAILABLE]          L5: 24 of 40

ABSTRACT:
Amides of L-aspartyl-D-amino acid dipeptides of the formula ##STR1## and
physiologically acceptable cationic and acid addition salts thereof
wherein R.sup.a is methyl, ethyl, n-propyl or isopropyl; R is a branched
member selected from the group consisting of fenchyl,
diisopropylcarbinyl, d-methyl-t-butylcarbinyl, d-ethyl-t-butylcarbinyl,
di-t-butylcarbinyl, 2-methylthio-2,4-dimethylpentan-3-yl, ##STR2## said
amides are potent sweeteners having advantages over the prior art, edible

compositions containing them, methods for their use in edible
compositions and novel amine and amide intermediates useful in their
production.

25.  4,399,163, Aug. 16, 1983, Branched amides of L-aspartyl-D-amino acid
dipeptides; **Thomas M. Brennan**, et al., 426/548; 260/1; 426/553, 565,
576, 590, 615, 656, 660, 804; 530/801 [IMAGE AVAILABLE]

US PAT NO:     4,399,163 [IMAGE AVAILABLE]          L5: 25 of 40

ABSTRACT:
Amides of L-aspartyl-D-amino acid dipeptides of the formula ##STR1## and
physiologically acceptable cationic and acid addition salts thereof
wherein R.sup.a is CH.sub.2 OH or CH.sub.2 OCH.sub.3 ; R is a branched
member selected from the group consisting of fenchyl,
diisopropylcarbinyl, d-methyl-t-butylcarbinyl, d-ethyl-t-butylcarbinyl,
di-t-butyl-carbinyl, 2-methylthio-2,4-dimethylpentan-3-yl, ##STR2## said
amides are potent sweeteners having advantages over the prior art, edible
compositions containing them, methods for their use in edible
compositions and novel amide intermediates useful in their production.

26.  4,387,235, Jun. 7, 1983, Intermediates for the preparation of
gamma-pyrones; **Thomas M. Brennan**, et al., 549/417 [IMAGE AVAILABLE]

US PAT NO:     4,387,235 [IMAGE AVAILABLE]          L5: 26 of 40

ABSTRACT:
2-methyl-3-hydroxy-4H-pyran-4-one is prepared by contacting
1(2-furyl)-1-ethanol in aqueous solution with two equivalents of a
halogen oxidant at room temperature and then heating until the hydrolysis
of the formed 4-halo-dihydropyran intermediate is substantially complete.
Other valuable related gammapyrones are prepared in analogous manner from
appropriate alcohols.

27.  4,368,331, Jan. 11, 1983, 3,4-Dihalo-tetrahydropyhran-5-one useful
as intermediates for the preparation of gamma-pyrones; **Thomas M.
Brennan**, et al., 549/417, 418 [IMAGE AVAILABLE]

US PAT NO:     4,368,331 [IMAGE AVAILABLE]          L5: 27 of 40

ABSTRACT:
(2-methyl-3-hydroxy-4h-pyran-4-one is prepared by contacting
1(2-furyl)-1-ethanol in aqueous solution with two equivalents of a
halogen oxidant at room temperature and then heating until the hydrolysis
of the formed 4-halo-dihydro-pyran intermediate is substantially
complete. Other valuable related gamma-pyrones are prepared in analogous
manner from appropriate alcohols.

28. 4,323,506, Apr. 6, 1982, Preparation of gamma-pyrones; **Thomas M. Brennan**, et al., 549/417, 418 [IMAGE AVAILABLE]

US PAT NO:    4,323,506 [IMAGE AVAILABLE]          L5: 28 of 40

ABSTRACT:
2-Methyl-3-hydroxy-4H-pyran-4-one is prepared by contacting 1(2-furyl)-1-ethanol in aqueous solution with two equivalents of a halogen oxidant at room temperature and then heating until the hydrolysis of the formed 4-halo-dihydropyran intermediate is substantially complete. Other valuable related gammapyrones are prepared in analogous manner from appropriate alcohols.

29. 4,323,298, Apr. 6, 1982, Wide field of view goggle system; **Thomas M. Brennan**, 359/411, 400 [IMAGE AVAILABLE]

US PAT NO:    4,323,298 [IMAGE AVAILABLE]          L5: 29 of 40

ABSTRACT:
A wide field of view goggle system with a pair of viewing channels that are mounted on a platform and are constrained for relative lateral and angular movement. Control mechanisms are provided for adjustment of the interpupillary distance between the channels and the angular position of the channels relative to one another. An instantaneous wide field of view is provided by relative angular orientation of the viewing channels in a common, overlapping field of view.

30. 4,289,704, Sep. 15, 1981, Preparation of gamma-pyrones; **Thomas M. Brennan**, et al., 549/417 [IMAGE AVAILABLE]

US PAT NO:    4,289,704 [IMAGE AVAILABLE]          L5: 30 of 40

ABSTRACT:
2-Methyl-3-hydroxy-4H-pyran-4-one is prepared by contacting 1(2-furyl)-1-ethanol in aqueous solution with two equivalents of a halogen oxidant at room temperature and then heating until the hydrolysis of the formed 4-halo-dihydropyran intermediate is substantially complete. Other valuable related gamma-pyrones are prepared in analogous manner from appropriate alcohols.

31. 4,191,693, Mar. 4, 1980, Preparation of gamma-pyrones from 3-substituted furans; **Thomas M. Brennan**, et al., 549/417, 418 [IMAGE AVAILABLE]

US PAT NO:    4,191,693 [IMAGE AVAILABLE]          L5: 31 of 40

ABSTRACT:
Gamma-pyrones are prepared by contacting a 3-halo-furfuryl alcohol or a
3-alkoxy-furfuryl alcohol with one equivalent of a halogen, peracid or
peroxide oxidant and then heating until hydrolysis of the formed
4-substituted-dihydropyran intermediate is substantially complete. Maltol
(2-methyl-3-hydroxy-4H-pyran-4-one) is prepared by this process from
2(1-hydroxyethyl)-3-alkoxy furans or 2(1-hydroxyethyl)-3-halo-furans.
Gamma-pyrones are also prepared by contacting the corresponding
3-substituted-2,5-dialkoxy-furfuryl alcohols with acid until conversion
to the gamma-pyrones is substantially complete.

32.  4,173,572, Nov. 6, 1979, Preparation of gamma-pyrones from
3-substituted furans; **Thomas M. Brennan**, et al., 549/417, 418 [IMAGE
AVAILABLE]

US PAT NO:      4,173,572 [IMAGE AVAILABLE]              L5: 32 of 40

ABSTRACT:
Gamma-pyrones are prepared by contacting a 3-halo-furfuryl alcohol or a
3-alkoxy-furfuryl alcohol with one equivalent of a halogen, peracid or
peroxide oxidant and then heating until hydrolysis of the formed
4-substituted-dihydropyran intermediate is substantially complete. Maltol
(2-methyl-3-hydroxy-4H-pyran-4-one) is prepared by this process from
2(1-hydroxyethyl)-3-alkoxy furans or 2(1-hydroxyethyl)-3-halo-furans.
Gamma-pyrones are also prepared by contacting the corresponding
3-substituted-2,5-dialkoxy-furfuryl alcohols with acid until conversion
to the gamma-pyrones is substantially complete.

33.  4,147,705, Apr. 3, 1979, Preparation of gamma-pyrones; **Thomas M.
Brennan**, et al., 549/417 [IMAGE AVAILABLE]

US PAT NO:      4,147,705 [IMAGE AVAILABLE]              L5: 33 of 40

ABSTRACT:
2-Methyl-3-hydroxy-4H-pyran-4-one is prepared by contacting
1(2-furyl)-1-ethanol in aqueous solution with two equivalents of a
halogen oxidant at room temperature and then heating until the hydrolysis
of the formed 4-halo-dihydropyran intermediate is substantially complete.
Other valuable related gamma-pyrones are prepared in analogous manner
from appropriate alcohols.

34.  4,126,624, Nov. 21, 1978, Preparation of gamma-pyrones from
3-substituted furans; **Thomas M. Brennan**, et al., 549/418, 417 [IMAGE
AVAILABLE]

US PAT NO:      4,126,624 [IMAGE AVAILABLE]              L5: 34 of 40

ILL000435

ABSTRACT:
Gamma-pyrones are prepared by contacting a 3-halo-furfuryl alcohol or a
3-alkoxy-furfuryl alcohol with one equivalent of a halogen, peracid or
peroxide oxidant and then heating until hydrolysis of the formed
4-substituted-dihydropyran intermediate is substantially complete. Maltol
(2-methyl-3-hydroxy-4H-pyran-4-one) is prepared by this process from
2(1-hydroxyethyl)-3-alkoxy furans or 2(1-hydroxyethyl)-3-halo-furans.
Gamma-pyrones are also prepared by contacting the corresponding
3-substituted-2,5-dialkoxy-furfuryl alcohols with acid until conversion
to the gamma-pyrones is substantially complete.

35.  4,082,717, Apr. 4, 1978, Preparation of gamma-pyrones; **Thomas M.
Brennan**, et al., 549/417, 418; 568/315, 386, 413 [IMAGE AVAILABLE]

US PAT NO:        4,082,717 [IMAGE AVAILABLE]              L5: 35 of 40

ABSTRACT:
2-METHYL-3-HYDROXY-4H-pyran-4-one is prepared by contacting
1(2-furyl)-1-ethanol in aqueous solution with two equivalents of a
halogen oxidant at room temperature and then heating until the hydrolysis
of the formed 4-halo-dihydropyran intermediate is substantially complete.
Other valuable related gamma-pyrones are prepared in analogous manner
from appropriate alcohols.

36.  4,076,978, Feb. 28, 1978, Fiber optic bundle beam expander with
image intensifier; **Thomas M. Brennan**, et al., 250/214VT, 227.28;
385/120 [IMAGE AVAILABLE]

US PAT NO:        4,076,978 [IMAGE AVAILABLE]              L5: 36 of 40

ABSTRACT:
A tapered or twisted fiber optic bundle having a unidirectional diffuser
at an output face thereof defines a fiber optic bundle beam expander. In
a viewing system, such a beam expander is provided at the output of an
image intensifier tube for unidirectionally spreading rays of an
amplified image in a horizontal direction for biocular viewing.

37.  4,073,780, Feb. 14, 1978, 4-Pyridylformimidoylglycyl-D-
phenylglycine; **Thomas M. Brennan**, 546/332; 540/332; 987/53, 99 [IMAGE
AVAILABLE]

US PAT NO:        4,073,780 [IMAGE AVAILABLE]              L5: 37 of 40

ABSTRACT:
Processes for the preparation of 6-[D-2-phenyl-2-(4-
pyridylformimidoylaminoacetamido)acetamido]penicillanic acid via
acylation of 6-aminopenicillanic acid and derivatives thereof.

38.  3,896,172, Jul. 22, 1975, Preparation of amino-diphenylsulfides; Banavara L. Mylari, et al., 564/413, 430 [IMAGE AVAILABLE]

US PAT NO:      3,896,172 [IMAGE AVAILABLE]          L5: 38 of 40

ABSTRACT:
A process for the sulfenylation of N-phenylheterocyclic congeners with p-chlorophenylsulfenyl chloride in a reaction-inert solvent at about 25.degree.-110.degree. C., said products being useful as coccidiostats or as intermediates for the preparation thereof.

39.  3,883,527, May 13, 1975, Process for preparation of 2-aryl-1,3,4-triazine-3,5(2H,4H)-diones; **Thomas M. Brennan**, 544/182; 534/590, 740; 544/60, 112, 159, 163, 165, 167; 564/81, 149 [IMAGE AVAILABLE]

US PAT NO:      3,883,527 [IMAGE AVAILABLE]          L5: 39 of 40

ABSTRACT:
A process for making 2-aryl-1,2,4-triazine-3,5(2H,4H)-diones which comprises (a) coupling a diazotized arylamine with a lower alkyl cyanoacetate: (b) hydrolyzing and decarboxylating the lower alkyl cyanoglyoxalate arylhydrazone thus produced under alkaline conditions; and (c) cyclizing the resulting glyoxamide arylhydrazone by reaction with a dialkyl carbonate, an alkyl chloroformate or phosgene in the presence of a condensing agent to the corresponding 2-aryl-1,2,4-triazine-3,5(2H,4H)-dione. The products are useful as coccidiostats.

40.  3,852,289, Dec. 3, 1974, SULFENYLATION OF N-ARYLHETEROCYCLIC COMPOUNDS; Banavara L. Mylari, et al., 544/182; 548/476; 564/251, 430 [IMAGE AVAILABLE]

US PAT NO:      3,852,289 [IMAGE AVAILABLE]          L5: 40 of 40

ABSTRACT:
A process for the sulfenylation of N-phenylheterocyclic congeners with p-chlorosulfenyl chloride in a reaction-inert solvent at about 25.degree.-110.degree. C., said products being useful as coccidiostats or as intermediates for the preparation thereof.
=> e brenner, s/in

| E# | FILE | FREQUENCY | TERM |
|----|------|-----------|------|
| -- | ---- | --------- | ---- |
| E1 | USPAT | 1 | BRENNER, ROLAND/IN |
| E2 | USPAT | 1 | BRENNER, ROLF/IN |
| E3 | USPAT | 0 --> | BRENNER, S/IN |
| E4 | USPAT | 1 | BRENNER, SARI L/IN |

ILL000437

```
E5      USPAT              1       BRENNER, SIEGFRIED/IN
E6      USPAT              4       BRENNER, STANLEY/IN
E7      USPAT              8       BRENNER, STANLEY S/IN
E8      USPAT              1       BRENNER, STEWART/IN
E9      USPAT              1       BRENNER, STUART M/IN
E10     USPAT              1       BRENNER, SYDNEY/IN
E11     USPAT             12       BRENNER, WALTER/IN
E12     USPAT              1       BRENNER, WARREN W/IN
=> e sibson, d/in
E#      FILE          FREQUENCY    TERM
--      ----          ---------    ----
E1      USPAT              2       SIBRAVA, JOSEPH/IN
E2      USPAT              2       SIBRAVA, JOSEPH S/IN
E3      USPAT              0 --> SIBSON, D/IN
E4      USPAT              1       SIBTHORP, ROBERT J/IN
E5      USPAT              1       SIBTHORPE, ANTHONY M/IN
E6      USPAT              5       SIBUET, HENRI/IN
E7      USPAT              3       SIBUET, RENE/IN
E8      USPAT              4       SIBUKAWA, KOZO/IN
E9      USPAT              2       SIBUL, LEON H/IN
E10     USPAT              1       SIBURN, GENE E/IN
E11     USPAT              1       SIBURT, GARY/IN
E12     USPAT              3       SIBUYA, HITOSI/IN
=> s (nucleic acid#) (p) (sequencing) (p) (hybridization or hybridizing)

         9315 NUCLEIC
       384224 ACID#

         9235 NUCLEIC ACID#
              (NUCLEIC(W)ACID#)
        19714 SEQUENCING
         5717 HYBRIDIZATION
         1981 HYBRIDIZING
L6        152 (NUCLEIC ACID#) (P) (SEQUENCING) (P) (HYBRIDIZATION OR HYBR
IDI
              ZING)
=> s ligation or ligase
         4333 LIGATION
         2765 LIGASE
L7       4958 LIGATION OR LIGASE
=> s l6 and l7
L8         89 L6 AND L7
=> d l8 1-89 cit ab

1.  5,503,980, Apr. 2, 1996, Positional sequencing by hybridization;
Charles R. Cantor, 435/6, 91.1, 91.52; 536/23.1, 24.32; 935/77, 78 [IMAGE
AVAILABLE]
```

ILL000438

US PAT NO:    5,503,980 [IMAGE AVAILABLE]              L8: 1 of 89

ABSTRACT:
This invention is directed to methods for determining a nucleotide
sequence of a **nucleic** **acid** using positional **sequencing** by
**hybridization**, and to the creation of **nucleic** **acids** probes
which may be used with these methods. This invention is also directed to
diagnostic aids for analyzing the **nucleic** **acid** composition and
content of biological samples, including samples derived from medical and
agricultural sources.


2.  5,500,361, Mar. 19, 1996, .beta.-ketoacyl-ACP synthetase II genes
from plants; Anthony J. Kinney, 435/172.3, 69.1, 71.1, 240.4; 536/23.6;
800/205, 250, 255, DIG.69 [IMAGE AVAILABLE]

US PAT NO:    5,500,361 [IMAGE AVAILABLE]              L8: 2 of 89

ABSTRACT:

 The preparation and use of nucleic acid fragments encoding
.beta.-ketoacyl-ACP synthetase II enzyme or its precursor to modify plant
oil composition are described. Chimeric genes incorporating such nucleic
acid fragments and suitable regulatory sequences may be used to transform
plants to control the levels of saturated and unsaturated fatty acids.
Plants transformed with the chimeric genes, seeds and oil of such plants
are also provided.


3.  5,494,810, Feb. 27, 1996, Thermostable **ligase**-mediated DNA
amplifications system for the detection of genetic disease; Francis
Barany, et al., 435/91.52, 4, 6, 91.2 [IMAGE AVAILABLE]

US PAT NO:    5,494,810 [IMAGE AVAILABLE]              L8: 3 of 89

ABSTRACT:
The present invention relates to the cloning of the gene of a
thermophilic DNA **ligase**, from Thermus aquaticus strain HB8, and the
use of this **ligase** in a **ligase** chain reaction (LCR) assay for the
detection of specific sequences of nucleotides in a variety of nucleic
acid samples, and more particularly in those samples containing a DNA
sequence characterized by a difference in the nucleic acid sequence from
a standard sequence including single nucleic acid base pair changes,
deletions, insertions or translocations.


4.  5,494,796, Feb. 27, 1996, Detection and identification of
mycobacteria; Patricia A. Spears, et al., 435/6, 91.2; 536/24.32, 24.33
[IMAGE AVAILABLE]

US PAT NO:     5,494,796 [IMAGE AVAILABLE]          L8: 4 of 89

ABSTRACT:
Genus- and species-specific oligonucleotide probes derived from the M.
paratuberculosis 70 kD heat shock protein gene sequence. The probes are
useful for detecting Mycobacteria and for identifying specific species of
Mycobacteria.

5.   5,494,793, Feb. 27, 1996, Monomeric phthalocyanine reagents; Deborah
C. Schindele, et al., 435/6, 7.1, 183; 536/24.3 [IMAGE AVAILABLE]

US PAT NO:     5,494,793 [IMAGE AVAILABLE]          L8: 5 of 89

ABSTRACT:
Fluorescent and/or chromogenic reagents in which a phthalocyanine
derivative is monomerically conjugated with an antigen, antibody,
oligonucleotide, or **nucleic** **acid**. Methods are presented in in
which greater than 90% of the phthalocyanine dyes are monomeric when
conjugated. This greatly enhances their performance as detectable markers
in immunoassays, **nucleic** **acid** probe assays, immunoblotting,
**hybridization** assays, microscopy, imaging, flow cytometry, DNA
**sequencing**, and photodynamic therapy. For use as fluorophores, the
free base phthalocyanine may or may not be metallated. Metals for
fluorescent phthalocyanine include aluminum, silicon, phosphorus,
gallium, germanium, cadmium, scandium, magnesium, tin, and zinc. For use
as chromogens, the phthalocyanine may or may not be metallated. For use
in aqueous solution, the phthalocyanine macrocycle should be derivatized
with water-solubilizing substituents such as sulfonic acid, phosphate,
phosphonate, hydroxy, phenoxy, amino, ammonium, or pyridinium groups. To
promote disaggregation, metallation with an atom of +3 valence or higher
is recommended, so that the monomer will take on an axial ligand in
aqueous solution. For use in enzymatic immunoassays and enzymatically
enhanced **nucleic** **acid** probe assays, the monomeric phthalocyanine
derivative is conjugated via an enzyme-cleavable linkage with the
antigen, antibody, oligonucleotide, or **nucleic** **acid**. Reversibly
quenched embodiments are also provided in which a cleavable linkage joins
a fluorescent phthalocyanine monomer with another phthalocyanine, a heavy
metal, or a paramagnetic species.

6.   5,487,990, Jan. 30, 1996, Glucose-regulated promoter of yeast
acetyl-CoA hydrolase; John A. Smith, et al., 435/172.3, 254.2, 254.21,
254.22, 254.23, 320.1; 530/371; 536/24.1; 935/37, 69 [IMAGE AVAILABLE]

US PAT NO:     5,487,990 [IMAGE AVAILABLE]          L8: 6 of 89

ABSTRACT:

ILL000440

This invention is directed to the acetyl-CoA hydrolase enzyme of yeast
and to a method for purifying acetyl-CoA hydrolase. The enzyme has a
molecular weight of about 64,000 daltons and an enzyme activity of
greater than 20 units wherein one unit of acetyl CoA hydrolase activity
is defined as the amount of enzyme able to inhibit 1 unit of
acetyltransferase activity and 1 unit of acetyltransferase activity is
defined as the amount of enzyme needed to transfer 1 pmol of [.sup.3 H]
acetyl group from [.sup.3 H] acetyl coenzyme A to ACTH (1-24) in the
acetyltransferase standard enzyme assay under standard conditions. The
invention is further directed to the glucose-repressible promoter which
regulates the expression of the acetyl-CoA hydrolase gene in yeast, to
vectors incorporating this promoter and to host cells transformed with
such vectors.

7.  5,486,602, Jan. 23, 1996, Genes encoding serine protease mutants of
the chymotrypsin superfamily resistant to inhibition by their cognate
inhibitors; Joseph F. Sambrook, et al., 536/23.2; 435/226 [IMAGE
AVAILABLE]

US PAT NO:     5,486,602 [IMAGE AVAILABLE]              L8: 7 of 89

ABSTRACT:
The present invention relates to serine protease mutants of the
chymotrypsin superfamily that are resistant to inhibition by their
cognate inhibitors, and genes that encode the same. The present invention
also relates to serine protease inhibitor mutants that inhibit the serine
protease mutants of the present invention, and genes that encode the
same. The serine protease mutants and serine protease inhibitor mutants
are useful as, e.g., pharmacological agents.

8.  5,478,724, Dec. 26, 1995, Lentivirus-specific nucleotide probes and
methods of use; Stephen S. Morse, et al., 435/5, 6, 91.2, 810; 436/501;
536/23.1, 24.1, 24.3, 24.31, 24.32, 24.33; 935/77, 78 [IMAGE AVAILABLE]

US PAT NO:     5,478,724 [IMAGE AVAILABLE]              L8: 8 of 89

ABSTRACT:
Nucleic acid oligonucleotide probes or primers that hybridize
specifically and exclusively to two regions of the pol gene, identified
as LV I and LV II, conserved among a wide range of lentiviruses, wherein
the preferred amino acid sequences of the conserved regions are:

 PHPX.sub.1 GLX.sub.2 XX.sub.3 X.sub.3 X.sub.4 X.sub.5 T
wherein X.sub.1 =A, P or G, X.sub.2 =K or A, X.sub.3 =K or R, X.sub.4 =S
or R, and X.sub.5 =V or I; and

 WX.sub.1 GX.sub.2 X.sub.3 LX.sub.4 PX.sub.5 KWX.sub.6

wherein X.sub.1 =M, L or I; X.sub.2 =Y, F or T; X.sub.3 =E or Q; X.sub.4 =H or W; X.sub.5 =D or T; and X.sub.6 =T or K. Methods of use of the probes and primers in the detection of lentiviral genomic sequences in biological samples and the termination of replication of lentiviruses are also included.

9.  5,476,657, Dec. 19, 1995, Pasteurella haemolytica leukotoxin compositions and uses thereof; Andrew A. Potter, 424/184.1, 185.1, 255.1, 282.1; 435/69.1; 530/350, 388.7 [IMAGE AVAILABLE]

US PAT NO:      5,476,657 [IMAGE AVAILABLE]            L8: 9 of 89

ABSTRACT:
New proteins and subunit antigens from P. haemolytica for use in stimulating immunity against respiratory diseases such as pneumonia, including shipping fever pneumonia, are disclosed. The subunit antigens include immunogenic amino acid sequences of P. haemolytica fimbrial protein, P. haemolytica plasmin receptor protein, and P. haemolytica 50K outer membrane protein and P. haemolytica leukotoxin. The antigens can be used in a vaccine composition, either alone or in combination. Also disclosed are methods of vaccination as well as methods of making the subunit antigens employed in the vaccines.

10.  5,474,916, Dec. 12, 1995, Promotor controlled specific amplification of nucleic acid sequences; Udo Reischl, et al., 435/91.2, 6; 536/24.1 [IMAGE AVAILABLE]

US PAT NO:      5,474,916 [IMAGE AVAILABLE]            L8: 10 of 89

ABSTRACT:
Process for the specific production of nucleic acids based on the principle of transcription in which a promoter oligonucleotide and a template-specific oligonucleotide which can hybridize with it are used as a promoter reagent and a process for nucleic acid detection which is based on this process.

11.  5,474,914, Dec. 12, 1995, Method of producing secreted CMV glycoprotein H; Richard Spaete, 435/69.1, 69.7, 240.1, 252.3, 254.1, 320.1; 530/350 [IMAGE AVAILABLE]

US PAT NO:      5,474,914 [IMAGE AVAILABLE]            L8: 11 of 89

ABSTRACT:
Methods for the recombinant expression and secretion of viral proteins are disclosed. The methods involve the use of compatible escorts to shuttle the proteins to the cell surface. In this way, egress of recombinantly produced proteins out of the cell is facilitated, resulting

ILL000442

in increased yields and easier purification of the desired protein.

12.  5,455,165, Oct. 3, 1995, Expression vector encoding hybrid
immunoglobulins; Daniel J. Capon, et al., 435/69.7, 252.3, 320.1;
536/23.4 [IMAGE AVAILABLE]

US PAT NO:      5,455,165 [IMAGE AVAILABLE]            L8: 12 of 89

ABSTRACT:
Novel polypeptides are provided, together with methods for making and
using them, and nucleic acids encoding them. These polypeptides are
useful as cell surface adhesion molecules and ligands, and are useful in
therapeutic or diagnostic compositions and methods.

13.  5,453,361, Sep. 26, 1995, Method for producing biologically active
human brain derived neurotrophic factor; George Yancopoulos, et al.,
435/69.1, 240.1, 240.2, 252.1, 252.3, 252.33, 252.8, 320.1; 530/350;
536/23.1, 23.5 [IMAGE AVAILABLE]

US PAT NO:      5,453,361 [IMAGE AVAILABLE]            L8: 13 of 89

ABSTRACT:
The present invention relates to nucleic acid sequences encoding brain
derived neurotrophic factor (BDNF), as well as BDNF protein produced in
quantity using these nucleic acid sequences, as well as fragments and
derivatives thereof. In addition, the invention relates to pharmacologic
compositions and therapeutic uses of BDNF, having provided, for the first
time, the means to generate sufficient quantities of substantially pure
BDNF for clinical use. The invention also relates to antibodies directed
toward BDNF or fragments thereof, having provided a method for generating
sufficient immunogen. Further, by permitting a comparison of the nucleic
acid sequences of BDNF and NGF, the present invention provides for the
identification of homologous regions of nucleic acid sequence between
BDNF and NGF, thereby defining a BDNF/NGF gene family; the invention
provides a method for identifying and isolating additional members of
this gene family.

14.  5,449,616, Sep. 12, 1995, Nucleic acid encoding dystrophin-
associated protein; Kevin P. Campbell, et al., 435/240.2, 252.3, 320.1;
530/350; 536/23.5 [IMAGE AVAILABLE]

US PAT NO:      5,449,616 [IMAGE AVAILABLE]            L8: 14 of 89

ABSTRACT:
Disclosed are nucleic acid sequences encoding components of the
dystrophin-glycoprotein complex. The components include dystroglycan, the
50 kDa protein component and the 59 kDa protein component. Also disclosed

are compositions and methods which relate to the disclosed sequences.

15.  5,447,858, Sep. 5, 1995, Heat shock promoter and gene; Joe L. Key, et al., 435/172.3, 69.1, 70.1, 252.2, 252.3, 252.33, 320.1; 536/24.1 [IMAGE AVAILABLE]

US PAT NO:      5,447,858 [IMAGE AVAILABLE]              L8: 15 of 89

ABSTRACT:
A plant heat shock promoter has been isolated from soybean, sequenced and shown to induce gene expression in response to a temporary heat shock. This invention utilizes the disclosed plant heat shock promoters for the construction of promoter/structural gene chimeras which are expressible in plant cells in response to heat shock. The reporter gene .beta.-galactosidase was expressed transiently in response to a heat shock signal. Further, this invention permits application of heat shock inducible chimeras as a detection method for successful transformation of plant cells.

16.  5,445,953, Aug. 29, 1995, Direct molecular cloning of a modified poxvirus genome; Friedrich Dorner, et al., 435/172.3, 235.1, 320.1; 935/32, 57 [IMAGE AVAILABLE]

US PAT NO:      5,445,953 [IMAGE AVAILABLE]         ˙       L8: 16 of 89

ABSTRACT:
A method is disclosed for producing a modified eukaryotic cytoplasmic DNA virus by direct molecular cloning of a modified DNA molecule comprising a modified cytoplasmic DNA virus genome. The inventive method comprises the steps of (I) modifying under extracellular conditions a DNA molecule comprising a first cytoplasmic DNA virus genome to produce a modified DNA molecule comprising the modified cytoplasmic DNA virus genome; (II) introducing the modified DNA molecule into a first most cell which packages the modified DNA molecule into infectious virions; and (III) recovering from the host cell virions comprised of the modified vital genome. The host cell is infected with a helper virus which is expressed to package the modified viral genome into infectious virions. Examples of packaging a modified poxvirus genome by a helper poxvirus of the same or different genus are described. Also disclosed are novel poxvirus vectors for direct molecular cloning of open reading frames into a restriction enzyme cleavage site that is unique in the vector. In one model poxvirus vector, the open reading frame is transcribed by a promoter located in the vector DNA upstream of a multiple cloning site comprised of several unique cleavage sites.

17.  5,445,940, Aug. 29, 1995, Methods and compositions for detecting and treating a subset of human patients having an autoimmune disease; Michael

ILL000444

B. Brenner, et al., 435/7.24, 6; 436/501, 506, 512, 548 [IMAGE AVAILABLE]

US PAT NO:    5,445,940 [IMAGE AVAILABLE]                    L8: 17 of 89

ABSTRACT:
Provided are monoclonal antibodies, fragments, and derivatives thereof
reactive with an epitope of the T cell receptor alpha chain variable
region, V.alpha.12.1, on human T lymphocytes. The monoclonal antibodies
are reactive with approximately 2% of CD4.sup.+ T lymphocytes and with
approximately 5% of CD8.sup.+ T lymphocytes in peripheral blood cells in
normal individuals and define a subset of individuals afflicted with an
autoimmune disease, especially rheumatoid arthritis, that exhibit
increased expression of the V.alpha.12.1 gene on CD8.sup.+ peripheral
blood T lymphocytes when compared to normal individuals. Also provided
are methods for diagnosing, treating, and monitoring the progression of
rheumatoid arthritis in a subject using V.alpha.12.1-specific reagents,
including antibodies and nucleic acid probes. Higher levels of assurance
in the diagnosis of RA can be made by establishing that the expansion of
V.alpha.12.1 gene usage is clonal or oligoclonal and that the
V.alpha.12.1 expansion correlates with the occurrence of the MHC allele,
HLA-DQw2.

18.  5,443,974, Aug. 22, 1995, Nucleotide sequence of soybean
stearoyl-ACP desaturase gene; William D. Hitz, et al., 435/172.3, 69.1,
69.2; 536/23.1, 23.6; 800/205; 935/33, 35 [IMAGE AVAILABLE]

US PAT NO:    5,443,974 [IMAGE AVAILABLE]                    L8: 18 of 89

ABSTRACT:
The preparation and use of nucleic acid fragments encoding soybean seed
stearoyl-ACP desaturase enzyme or its precursor to modify plant oil
composition are described. Chimeric genes incorporating such nucleic acid
fragments and suitable regulatory sequences may be utilized to transform
plants to control the levels of saturated and unsaturated fatty acids.

19.  5,441,736, Aug. 15, 1995, Actinobacillus pleuropneumoniae outer
membrane lipoprotein A and uses thereof; Gerald F. Gerlach, et al.,
424/190.1, 256.1, 825; 530/350, 395 [IMAGE AVAILABLE]

US PAT NO:    5,441,736 [IMAGE AVAILABLE]                    L8: 19 of 89

ABSTRACT:
Novel vaccines for use against Actinobacillus pleuropneumoniae are
disclosed. The vaccines contain at least one Actinobacillus
pleuropneumoniae outer membrane lipoprotein A, or an immunogenic fragment
thereof. Also disclosed are DNA sequences encoding these proteins,
vectors including these sequences and host cells transformed with these

vectors. The vaccines can be used to treat or prevent porcine respiratory
infections.

20.  5,440,021, Aug. 8, 1995, Antibodies to human IL-8 type B receptor;
Anan Chuntharapai, et al., 530/388.22; 435/240.27; 530/388.23, 389.1,
389.2 [IMAGE AVAILABLE]

US PAT NO:     5,440,021 [IMAGE AVAILABLE]          L8: 20 of 89

ABSTRACT:
cDNAs encoding a class of receptors, including the IL-8 type B receptor,
have been identified in human tissue. Recombinantly produced IL-8 type B
receptor is used in the preparation and purification of antibodies
capable of binding to the receptor, and in diagnostic assays. The
antibodies are advantageously used in the prevention and treatment of
inflammatory conditions.

21.  5,439,793, Aug. 8, 1995, Method for producing a polynucleotide
having an intramolecularly base-paired structure; Samuel Rose, et al.,
435/6, 91.2; 935/77, 78 [IMAGE AVAILABLE]

US PAT NO:     5,439,793 [IMAGE AVAILABLE]          L8: 21 of 89

ABSTRACT:
A method is disclosed for forming a single stranded polynucleotide having
two segments that are non-contiguous and hybridizable with each other.
The method comprises the step of providing in combination (1) a first
polynucleotide sequence having a hydroxyl at its 3'-end, (2) a second
polynucleotide sequence having a hydroxyl or phosphate group at its
5'-end, and (3) a **ligase**, wherein at least ten consecutive bases of
one of the sequences can hybridize to the other of the sequences to form
a duplex. The duplex is comprised of a non-hybridized single stranded
portion of one of the polynucleotide sequences containing one of the ends
and at least five bases. The combination is provided under conditions for
forming the duplex and ligating the ends within the duplex. The method
finds particular application in the detection of polynucleotide analytes.

22.  5,438,128, Aug. 1, 1995, Method for rapid purification of nucleic
acids using layered ion-exchange membranes; Yolanda Nieuwkerk, et al.,
536/25.4; 435/270; 536/25.41 [IMAGE AVAILABLE]

US PAT NO:     5,438,128 [IMAGE AVAILABLE]          L8: 22 of 89

ABSTRACT:
The present invention relates to a device method and kit for the
convenient and rapid isolation and purification of nucleic acids,
proteins, peptides, carbohydrates and oligosaccharides from heterogeneous

ILL000446

biological samples. The device comprises a membrane assembly comprised of layers of microporous, polymeric membranes functionalized with ion-exchange groups. The device is reusable for like samples, relatively inexpensive compared to currently available separation techniques and is disposable, thereby avoiding cross-contamination of biological samples.

23.  5,438,121, Aug. 1, 1995, Brain derived neurotrophic factor; Yves-Alain Barde, et al., 530/399; 435/69.1; 530/350, 387.9, 389.2; 536/23.51 [IMAGE AVAILABLE]

US PAT NO:      5,438,121 [IMAGE AVAILABLE]              L8: 23 of 89

ABSTRACT:

The present invention relates to nucleic acid sequences encoding brain derived neurotrophic factor (BDNF), as well as BDNF protein produced in quantity using these nucleic acid sequences, as well as fragments and derivatives thereof. In addition, the invention relates to pharmacologic compositions and therapeutic uses of BDNF, having provided, for the first time, the means to generate sufficient quantities of substantially pure BDNF for clinical use. In a specific embodiment, BDNF may be used to promote the survival of substantia nigra dopaminergic neurons and basal forebrain cholinergic neurons, thereby providing a method for treating, respectively, Parkinson's disease and Alzheimer's disease. The invention also relates to antibodies directed toward BDNF or fragments thereof, having provided a method for generating sufficient immunogen. Further, by permitting a comparison of the nucleic acid sequences of BDNF and NGF, the present invention provides for the identification of homologous regions of nucleic acid sequence between BDNF and NGF, thereby defining a BDNF/NGF gene family; the invention provides a method for identifying and isolating additional members of this gene family.

24.  5,429,921, Jul. 4, 1995, Assays for agonists and antagonists of recombinant human calcium channels; Michael M. Harpold, et al., 435/4, 7.2, 69.1, 240.2 [IMAGE AVAILABLE]

US PAT NO:      5,429,921 [IMAGE AVAILABLE]              L8: 24 of 89

ABSTRACT:
Human calcium channel .alpha..sub.1 -, .alpha..sub.2 -, .beta.- and .gamma.-subunit encoding cDNAs, and related compositions and methods, are provided.

25.  5,428,130, Jun. 27, 1995, Hybrid immunoglobulins; Daniel J. Capon, et al., 530/350; 435/69.7; 530/387.1; 536/23.4 [IMAGE AVAILABLE]

US PAT NO:      5,428,130 [IMAGE AVAILABLE]              L8: 25 of 89

ILL000447

ABSTRACT:
Novel polypeptides are provided, together with methods for making and
using them, and nucleic acids encoding them. These polypeptides are
useful as cell surface adhesion molecules and ligands, and are useful in
therapeutic or diagnostic compositions and methods.

26.  5,427,928, Jun. 27, 1995, Thermostable DNA Topoisomerase V; Alexei
I. Slesarev, 435/91.5, 233; 536/22.1 [IMAGE AVAILABLE]

US PAT NO:     5,427,928 [IMAGE AVAILABLE]             L8: 26 of 89

ABSTRACT:
A type 1 topoisomerase, designated topoisomerase V, has been isolated and
substantially purified from the halophilic thermophilic methanogen
bacterium Methanopyrus kandleri. The topoisomerase was purified by a
process including the steps of lysing cells of M. kandleri to form a
lysate, treating the lysate with polyethyleneimine to form a precipitate
and a supernatant, precipitating the polyethyleneimine supernatant with
ammonium sulfate, chromatographing the ammonium sulfate precipitate on
phosphocellulose to produce a phosphocellulose eluate, chromatographing
the phosphocellulose eluate on heparin to produce a heparin eluate, and
chromatographing the heparin eluate on a column capable of separating
proteins by molecular size therein to produce a substantially purified
thermostable DNA topoisomerase V. Topoisomerase V can relax DNA and can
unlink DNA by reducing the linking number of closed circular DNA.
Topoisomerase V is active over a wide range of temperatures and ionic
conditions and does not require magnesium or ATP for its activity. It is
recognized by anti-human topoisomerase I antibody.

27.  5,427,922, Jun. 27, 1995, DNA encoding a new angiotensin II type 1
receptor subtype and its expression; Yukio Fujisawa, et al., 435/69.1,
240.2, 252.3, 252.33; 536/23.5 [IMAGE AVAILABLE]

US PAT NO:     5,427,922 [IMAGE AVAILABLE]             L8: 27 of 89

ABSTRACT:
The present invention relates to a human angiotensin II type 1 receptor
protein, a recombinant DNA containing a gene which codes for said
protein, a transformant carrying said DNA, production of said protein,
and anti-angiotensin II substance screening methods using said
transformant containing said protein.

28.  5,422,263, Jun. 6, 1995, DNA encoding the Trichinella spirals 53kD
excretory/secretory antigen for use as immunodiagnostic reagents; Dante
S. Zarlenga, Jr., et al., 435/240.1; 424/191.1, 265.1; 435/69.3, 172.3,
320.1; 530/388.6; 536/23.1, 24.3 [IMAGE AVAILABLE]

US PAT NO:      5,422,263 [IMAGE AVAILABLE]              L8: 28 of 89

ABSTRACT:
Disclosed are DNA sequences which encode an amino acid sequence
homologous to a segment of Trichinella spiralis 53 kilodalton
excretory-secretory antigen, recombinant polynucleotide molecules
containing the sequences, and transfer and replication of the sequences
in a transformed host to produce antigens useful as immunodiagnostic
reagents or vaccines specific for T. spiralis.

29.  5,422,110, Jun. 6, 1995, Enhanced immunogenicity using leukotoxin
chimeras; Andrew A. Potter, et al., 424/255.1, 184.1, 190.1, 192.1,
234.1; 435/69.1, 69.3, 172.1, 172.3; 530/350, 825; 536/23.4, 23.7 [IMAGE
AVAILABLE]

US PAT NO:      5,422,110 [IMAGE AVAILABLE]              L8: 29 of 89

ABSTRACT:
New immunological carrier systems, DNA encoding the same, and the use of
these systems, are disclosed. The carrier systems include chimeric
proteins which comprise a leukotoxin polypeptide fused to a selected
antigen. The leukotoxin functions to increase the immunogenicity of the
antigen fused thereto.

30.  5,417,971, May 23, 1995, Vaccines for Actinobacillus
pleuropneumoniae; Andrew A. Potter, et al., 424/256.1, 234.1; 530/350
[IMAGE AVAILABLE]

US PAT NO:      5,417,971 [IMAGE AVAILABLE]              L8: 30 of 89

ABSTRACT:
Novel vaccines for use against Actinobacillus pleuropneumoniae are
disclosed. The vaccines contain at least one A. pleuropneumoniae
transferrin binding protein and/or one A. pleuropneumoniae cytolysin
and/or one A. pleuropneumoniae APP4. Also disclosed are DNA sequences
encoding these proteins, vectors including these sequences and host cells
transformed with these vectors. The vaccines can be used to treat or
prevent porcine respiratory infections.

31.  5,413,908, May 9, 1995, Method of characterizing genomic DNA by
reference to a genetic variable; Alec J. Jeffreys, 435/6; 536/23.1, 24.2,
24.31; 935/78 [IMAGE AVAILABLE]

US PAT NO:      5,413,908 [IMAGE AVAILABLE]              L8: 31 of 89

ABSTRACT:

ILL000449

It has been a problem that the identification of genomic DNA by restriction fragment length polymorphisms is limited, owing to the low level of genetic variation ordinarily detectable by cloned DNA in this method. The invention provides for improved identification by making use of the existence of DNA regions of hypervariability, otherwise called minisatellite regions in which the DNA contains tandem repeats or quasi-block copolymer sequences and the number of repeats or copolymer units varies considerably from one individual to another. It has now been found that many such regions can be probed simultaneously in such a way as to display this variability using a DNA or other polynucleotide probe of which the essential constituent is a short core sequence tandemly repeated at least 3 and preferably at least 10 times. The probing reveals differences in genomic DNA at multiple highly-polymorphic minisatellite regions to produce an individual-specific DNA "fingerprint" of general use for genetic identification purposes. The "core" used is typically a sequence of 6 to 16 nucleotides contained in or having a high degree of homology with a nucleotide sequence of formula GGAGGTGGGCAGGAXG (2) in which X is A or G, or AGAGGTGGGCAGGTGG (3) or GGAGGYGGGCAGCAGG (4) in which Y is C or T, or with a 12-15 nucleotide sequence of formula T(C).sub.m GGAGGAXGG(G).sub.p C (5A) or T(C).sub.m GGAGGA(A).sub.q GGGC (5B) in which X is A or G, M is 0, 1 or 2, p is 0 or 1, and q is 0 or 1, or GPGGGCWGGWXG (6) in which X is as above, P is·not G, and W=A or G. The invention is particularly useful in paternity and maternity testing, forensic medicine and the diagnosis of genetic diseases and cancer.

32.  5,403,924, Apr. 4, 1995, Taga gene and methods for detecting predisposition to peptic ulceration; Timothy L. Cover, et al., 536/23.1, 23.7 [IMAGE AVAILABLE]

US PAT NO:     5,403,924 [IMAGE AVAILABLE]              L8: 32 of 89

ABSTRACT:
The present invention provides an isolated nucleic acid encoding an approximately 120-128 kilodalton antigen of Helicobacter pylori, or an antigenic fragment thereof, wherein the antigen is associated with peptic ulceration. The present invention also provides methods of detecting the presence of a Helicobacter pylori strain possessing the 120-128 kilodalton antigen in a subject, comprising the steps of contacting an antibody-containing sample from the subject with a detectable amount of the tagA antigen or antigenic fragment of the present invention and detecting the reaction of the antigen or fragment and the antibody. A mutant H. pylori not expressing a functional tagA antigen is also provided.

33.  5,403,708, Apr. 4, 1995, Methods and compositions for determining the sequence of nucleic acids; Thomas M. Brennan, et al., 435/6, 91.52; 436/94; 536/24.33, 25.32 [IMAGE AVAILABLE]

ILL000450

US PAT NO:     5,403,708 [IMAGE AVAILABLE]              L8: 33 of 89

ABSTRACT:
Methods and compositions for forming **ligation** product hybridized to a
**nucleic** **acid** template. The **ligation** product is formed by
contacting a **nucleic** **acid** template with a primer capable of
**hybridizing** to the template to form a primed template. The primed
template is then contacted with a pool of random extension
oligonucleotides of length N and an enzyme system. The enzyme system is
capable of covalently linking the primer to an extension oligonucleotide
adjacently hybridized to it and one or more other extension
oligonucleotides adjacently hybridized to the **ligation** product
defined by covalently linked **ligation** primer and one or more
extension oligonucleotides. When covalently linked, the **ligation**
product is hybridized to the **nucleic** **acid** template. Modifications
permit the determination of the nucleotide sequence of one or more
members of a first set of target nucleotide residues in the **nucleic**
**acid** template that are spaced at intervals of N nucleotides. In such
**sequencing** methods, labeled **ligation** product is formed wherein
the position and type of label incorporated into the labeled **ligation**
product provides information concerning the nucleotide residue in the
**nucleic** **acid** template with which the labeled nucleotide residue
is base paired. The compositions comprise a pool of oligonucleotides of a
predetermined length N containing at least one differentially labeled
**sequencing** nucleotide residue at a predetermined position and random
nucleotide residues at each of the other nucleotide positions.

34.  5,397,696, Mar. 14, 1995, Papua New Guinea human T-lymphotropic
virus; Richard Yanagihara, et al., 435/5, 7.1, 7.2, 7.21, 7.24, 7.92,
235.1, 239 [IMAGE AVAILABLE]

US PAT NO:     5,397,696 [IMAGE AVAILABLE]              L8: 34 of 89

ABSTRACT:
The present invention relates to a human T-cell line (PNG-1) persistently
infected with a Papua New Guinea (PNG) HTLV-I variant and to the
infecting virus (PNG-1 variant). Cells of the present invention express
viral antigens, type C particles and have a low level of reverse
transcriptase activity. The establishment of this cell line, the first of
its kind from an individual from Papua New Guinea, makes possible the
screening of Melanesian populations using a local virus strain. The
present invention also relates to vaccines for use in humans against
infection with and diseases caused by HTLV-I and related viruses. The
invention further relates to a variety of bioassays and kits for the
detection and diagnosis of infection with and diseases caused by HTLV-I
and related viruses.

ILL000451

35.  5,389,527, Feb. 14, 1995, DNA encoding mammalian phosphodiesterases;
Joseph A. Beavo, et al., 435/69.1, 196, 199, 240.1, 252.3, 254.11, 320.1;
536/23.2 [IMAGE AVAILABLE]

US PAT NO:     5,389,527 [IMAGE AVAILABLE]          L8: 35 of 89

ABSTRACT:
The present invention relates to novel purified and isolated nucleotide
sequences encoding mammalian Ca.sup.2+ /calmodulin stimulated
phosphodiesterases (CaM-PDEs) and cyclic-GMP-stimulated
phosphodiesterases (cGS-PDEs). Also provided are the corresponding
recombinant expression products of said nucleotide sequences,
immunological reagents specifically reactive therewith, and procedures
for identifying compounds which modulate the enzymatic activity of such
expression products.

36.  5,382,511, Jan. 17, 1995, Method for studying nucleic acids within
immobilized specimens; Marilyn J. Stapleton, 435/6, 5, 91.1, 91.2, 287.2;
436/501; 536/22.1; 935/77, 78, 88 [IMAGE AVAILABLE]

US PAT NO:     5,382,511 [IMAGE AVAILABLE]          L8: 36 of 89

ABSTRACT:
An apparatus for the automated detection of target nucleic acid sequences
in which multiple biological samples are individually incorporated into a
matrix and treated in a stepwise fashion to expose, amplify, detect and
enumerate the presence of original, target nucleotide sequences in each
sample. The samples are held together with other samples in a chamber
connected by means of a fluid flow conduit to which the matrices make
connection via numerous jet-spray ports for the injection of various
fluids from a plurality of reservoirs used to process the samples.
Solvents and reagents are used to degrade and wash cellular structures
and contaminants away from the nucleic acids. Primer and polymerase
molecules are used to replicate the target sequences of nucleic acids in
the sample. Labeled DNA probe molecules serve to hybridize to the
amplified target sequences for detection. Appropriate buffers allow these
manipulations on the nucleic acid molecules in the samples. The system
also includes a pump to draw the fluids from the reservoirs and force
them through the jet spray manifolds into the main chamber and valves
under the control of a microprocessor. The system also includes fans and
heating elements for regulating temperature and humidity. Different
nucleic acid targets in different biological specimens are accommodated
by regulating the quantity, duration, pH, temperature and pressure of
fluids flowing from the reservoirs.

37.  5,356,801, Oct. 18, 1994, Recombinant DNA encoding a desulfurization

ILL000452

biocatalyst; John Rambosek, et al., 435/195, 69.1, 252.3, 320.1;
536/22.1, 23.1, 23.2, 23.7 [IMAGE AVAILABLE]

US PAT NO:    5,356,801 [IMAGE AVAILABLE]              L8: 37 of 89

ABSTRACT:
This invention relates to a recombinant DNA molecule containing a gene or
genes which encode a biocatalyst capable of desulfurizing a fossil fuel
which contains organic sulfur molecules. For example, the present
invention encompasses a recombinant DNA molecule containing a gene or
genes of a strain of Rhodococcus rhodochrous.

38.  5,352,587, Oct. 4, 1994, Compositions and methods for the synthesis
of natriuretic protein receptor B and methods of use; Ming-Shi Chang, et
al., 435/69.1, 172.1, 240.1, 320.1; 514/12; 530/350 [IMAGE AVAILABLE]

US PAT NO:    5,352,587 [IMAGE AVAILABLE]              L8: 38 of 89

ABSTRACT:

 Described are the amino acid sequence of natriuretic peptide receptor B
(NPRB) and DNA encoding NPRB. Also disclosed are expression vectors and
cells transformed to express the NPRB, DNA encoding NPRB and diagnostic
and therapeutic uses for the NPRB and the DNA encoding NPRB.

39.  5,340,731, Aug. 23, 1994, Method of preparing a B-1,4 glycan matrix
containing a bound fusion protein; Douglas G. Kilburn, et al., 435/179,
69.1, 69.52, 69.7, 71.1, 172.3, 177, 195, 200, 209, 803; 436/530;
530/808, 814; 935/11, 14 [IMAGE AVAILABLE]

US PAT NO:    5,340,731 [IMAGE AVAILABLE]              L8: 39 of 89

ABSTRACT:
A fusion protein that can function as a removable label is prepared
containing a polypetide such as an enzyme and an amino acid sequence
having a substrate binding region of a polysaccharidase such as cellulase
that has essentially no polysaccharidase activity. By contacting the
fusion protein with a .beta.-1,4 glycan matrix such as cellulose, the
substrate binding region binds to the matrix to immobilize the
polypeptide. The polypetide or fusion protein can be removed from the
matrix with a protease capable of cleaving a specific protease cleavage
site, or with a solution having a low ionic strength or a high pH. The
fusion protein can be prepared by recombinant DNA technology.

40.  5,338,678, Aug. 16, 1994, Expression of DNA sequences encoding a
thermally stable cytosine deaminase from saccharomyces; Peter D. Senter,
et al., 435/227, 240.2, 252.3, 320.1; 536/23.2, 23.74 [IMAGE AVAILABLE]

ILL000453

US PAT NO:     5,338,678 [IMAGE AVAILABLE]          L8: 40 of 89

ABSTRACT:
Thermally stable cytosine deaminase (CDase), and the gene coding
therefor, is disclosed as well as methods of isolating, purifying, and
recombinantly producing the same. The thermally stable CDase can be
isolated from Saccharomyces cerevisiae. The yeast isolated enzyme has a
molecular weight of approximately 32 kDa, as determined by gel filtration
chromatography, and is composed of two subunits, each with a molecular
weight of about 17 kDa. Thermally stable yeast CDase so purified shows no
significant sequence homology with other known sequenced proteins.

41.  5,332,671, Jul. 26, 1994, Production of vascular endothelial cell
growth factor and DNA encoding same; Napoleone Ferrara, et al.,
435/240.1, 69.4, 69.6, 320.1; 536/23.5, 23.51 [IMAGE AVAILABLE]

US PAT NO:     5,332,671 [IMAGE AVAILABLE]          L8: 41 of 89

ABSTRACT:
DNA isolates coding for a vascular endothelial cell growth factor may be
used to produce the protein via recombinant expression systems. Such
protein is useful therapeutically to treat conditions in which a
selective action on the vascular endothelial cells, in the absence of
excessive connective tissue proliferation, is desirable.

42.  5,332,660, Jul. 26, 1994, Gene encoding aspartic acid secretory
proteinase of Candida albicans and a method of using the gene for the
detection of Candida albicans; Osamu Takeda, et al., 435/6, 91.2;
536/23.2, 23.74 [IMAGE AVAILABLE]

US PAT NO:     5,332,660 [IMAGE AVAILABLE]          L8: 42 of 89

ABSTRACT:
This invention is directed to a gene sequence for secretory aspartic
proteinase (SEQ ID No. 1) which is specific to pathogenic Candida yeast,
to a highly sensitive method for detection of said gene in a sample
solution and a kit used therefor.

43.  5,328,891, Jul. 12, 1994, Insulin-like growth factor binding protein
and pharmaceutical compositions; Robert C. Baxter, et al., 514/2, 12;
530/350, 402 [IMAGE AVAILABLE]

US PAT NO:     5,328,891 [IMAGE AVAILABLE]          L8: 43 of 89

ABSTRACT:
DNA isolates coding for insulin-like growth factor binding protein may be

ILL000454

used to produce the protein via recombinant expression systems.
Insulin-like growth factor binding protein, which generally has a
molecular weight of about 53 kD on non-reducing SDS-PAGE, is useful as a
binder to insulin-like growth factor and as a metabolic regulator.

44.  5,304,482, Apr. 19, 1994, Serine protease mutants of the
chymotrypsin superfamily resistant to inhibition by their cognate
inhibitors; Joseph F. Sambrook, et al., 435/226, 172.3, 212; 536/23.2
[IMAGE AVAILABLE]

US PAT NO:      5,304,482 [IMAGE AVAILABLE]              L8: 44 of 89

ABSTRACT:
The present invention relates to serine protease mutants of the
chymotrypsin superfamily that are resistant to inhibition by their
cognate inhibitors, and genes that encode the same. The present invention
also relates to serine protease inhibitor mutants that inhibit the serine
protease mutants of the present invention, and genes that encode the
same. The serine protease mutants and serine protease inhibitor mutants
are useful as, e.g., pharmacological agents.

45.  5,283,184, Feb. 1, 1994, Genetic engineering of novel plant
phenotypes; Richard A. Jorgensen, et al., 435/172.3, 320.1; 800/205,
DIG.12, DIG.67; 935/30, 35, 64, 67 [IMAGE AVAILABLE]

US PAT NO:      5,283,184 [IMAGE AVAILABLE]              L8: 45 of 89

ABSTRACT:
Methods are provided for producing plants exhibiting one or more desired
phenotypic traits. In particular, transgenotes are selected that comprise
a DNA segment operably linked to a promoter, wherein transcription
products of the segment are substantially homologous to corresponding
transcripts of endogenous flavonoid biosynthetic pathway genes.

46.  5,274,087, Dec. 28, 1993, cDNA coding for carcinoembryonic antigen
(CEA); Thomas R. Barnett, et al., 536/23.5; 435/6, 172.3, 320.1;
536/24.3, 24.31; 935/11, 27 [IMAGE AVAILABLE]

US PAT NO:      5,274,087 [IMAGE AVAILABLE]              L8: 46 of 89

ABSTRACT:
Nucleic acid sequences are disclosed that encode carcinoembryonic
antigens (CEAs) as are replicable recombinant cloning vehicles containing
DNA that encodes CEA proteins.

47.  5,273,889, Dec. 28, 1993, Gamma-iterferon-leukotoxin gene fusions
and uses thereof; Andrew Potter, et al., 435/69.51, 69.5, 69.52, 69.7,

172.3, 243, 252.3, 320.1, 811; 536/23.1 [IMAGE AVAILABLE]

US PAT NO:      5,273,889 [IMAGE AVAILABLE]            L8: 47 of 89

ABSTRACT:
New chimeric proteins, DNA encoding the same, and the use of these
proteins in stimulating immunity against respiratory diseases such as
pneumonia, including shipping fever pneumonia, are disclosed. The
chimeric proteins include at least one epitope of leukotoxin fused to an
active fragment of a cytokine. The chimeric proteins can be used in a
vaccine composition. Also disclosed are methods of vaccination as well as
methods of making the proteins employed in the vaccines.

48.  5,273,744, Dec. 28, 1993, Vaccines for the protection of animals
against theileria infection; Anthony J. Musoke, et al., 424/191.1, 266.1,
269.1; 435/69.3; 530/350, 395, 806; 536/23.7; 930/210 [IMAGE AVAILABLE]

US PAT NO:      5,273,744 [IMAGE AVAILABLE]            L8: 48 of 89

ABSTRACT:

This invention relates to the development of a vaccine against Theileria
parva, which is a protozoan parasite infecting cattle in Africa. The
invention specifically relates to the use of the 67 kDa glycoprotein from
the surface of the T. parva sporozoite as an immunogen for inducing
immunoprotection against T. parva in bovine species. This 67 kDa antigen
is produced using recombinant genetics. Plasmids containing nucleic acid
segments encoding the antigen, host cells containing the nucleic acid
segments and recombinant methods for producing the antigen are part of
this invention.

49.  5,262,322, Nov. 16, 1993, Host transformed with yeast gene and
ubiquitin/polypeptide fusions; Chung-Cheng Liu, et al., 435/252.33, 69.7,
172.3, 195, 224, 252.3, 320.1; 536/23.2, 23.4 [IMAGE AVAILABLE]

US PAT NO:      5,262,322 [IMAGE AVAILABLE]            L8: 49 of 89

ABSTRACT:
A ubiquitin hydrolase is provided having a purity of at least 70%
homogeneity based on the weight of the total protein in the composition.
Also provided are DNA sequences encoding ubiquitin hydrolases, as well as
expression systems for their recombinant production. Processes are
provided for purification of a ubiquitin hydrolase from eukaryotes and
for its use in recovering any desired polypeptide free from its fusion at
its N-terminus with ubiquitin.

50.  5,260,433, Nov. 9, 1993, Saccharide specific binding system labeled

ILL000456

nucleotides; Dean Engelhardt, et al., 536/23.1; 435/6; 536/24.3, 25.32
[IMAGE AVAILABLE]

US PAT NO:    5,260,433 [IMAGE AVAILABLE]           L8: 50 of 89

ABSTRACT:
The present invention provides nucleotides and polynucleotides which are
chemically modified or labeled so as to be capable of ready detection
when attached to and/or incorporated in nucleic acid material. More
particularly, this invention provides a nucleotide selected from the
group consisting of (i) a ribonucleotide having the formula, ##STR1##
wherein PM is a phosphate moiety, SM is a sugar moiety, BASE is a
pyrimidine, purine or 7-deazapurine moiety, and Sig is a saccharide
moiety. PM is attached at the 2',3' or 5' position of SM, BASE is
attached to the 1' position of SM from the N.sup.1 position when BASE is
a pyrimidine or covalently attached to SM; and (ii) a nucleotide having
the formula, ##STR2## wherein PM, SM, BASE and Sig are as defined above
but PM is attached to the 3' or the 5' position of SM when said
nucleotide is a deoxyribonucleotide and at the 2', 3' or 5' position when
said nucleotide is a ribonucleotide, BASE is attached to the 1' position
of SM from the N.sup.1 position when BASE is a pyrimidine or the N.sup.9
position when BASE is a purine, and wherein Sig is covalently attached to
PM.

51.  5,258,287, Nov. 2, 1993, DNA encoding and methods of production of
insulin-like growth factor binding protein BP53; Robert C. Baxter, et
al., 435/69.1, 6, 69.8, 240.1, 240.2, 252.3, 254.11, 254.2, 320.1;
536/23.5 [IMAGE AVAILABLE]

US PAT NO:    5,258,287 [IMAGE AVAILABLE]           L8: 51 of 89

ABSTRACT:
DNA isolates coding for insulin-like growth factor binding protein may be
used to produce the protein via recombinant expression systems.
Insulin-like growth factor binding protein, which generally has a
molecular weight of about 53 kD on non-reducing SDS-PAGE, is useful as a
binder to insulin-like growth factor and as a metabolic regulator.

52.  5,241,060, Aug. 31, 1993, Base moiety-labeled detectable nucleatide;
Dean Engelhardt, et al., 536/25.32, 23.1, 25.6, 26.6 [IMAGE AVAILABLE]

US PAT NO:    5,241,060 [IMAGE AVAILABLE]           L8: 52 of 89

ABSTRACT:
The present invention provides nucleotides and polynucleotides which are
chemically modified or labeled so as to be capable of ready detection
when attached to and/or incorporated in nucleic acid material. More

ILL000457

particularly, this invention provides a nucleotide having the formula

PM-SM-BASE-Sig

wherein PM is a phosphate moiety, SM is a sugar moiety and BASE is a
pyrimidine, purine or 7-deazapurine moiety. PM is attached at the 3' or
the 5' position of SM when the nucleotide is a deoxyribonucleotide and at
the 2', 3' or 5' position when the nucleotide is a ribonucleotide. BASE
is attached to the 1' position of SM from the N.sup.1 position when BASE
is a pyrimidine or the N.sup.9 position when BASE is a purine or a
7-deazapurine. Sig is a detectable moiety that is covalently attached to
BASE at a position other than the C.sup.5 position when BASE is a
pyrimidine, at a position other than the C.sup.8 position when BASE is a
purine and at a position other than the C.sup.7 position when BASE is a
7-deazapurine.

53.  5,238,823, Aug. 24, 1993, Interleukin-2-leukotoxin gene fusions and
uses thereof; Andrew Potter, et al., 435/69.52, 69.1, 69.3, 69.5, 69.7,
172.3, 240.1, 243, 252.3, 320.1; 536/23.4; 935/22, 24, 27, 47, 66 [IMAGE
AVAILABLE]

US PAT NO:     5,238,823 [IMAGE AVAILABLE]              L8: 53 of 89

ABSTRACT:
New chimeric proteins, DNA encoding the same, and the use of these
proteins in stimulating immunity against respiratory diseases such as
pneumonia, including shipping fever pneumonia, are disclosed. The
chimeric proteins include at least one epitope of leukotoxin fused to an
active fragment of a cytokine. The chimeric proteins can be used in a
vaccine composition. Also disclosed are methods of vaccination as well as
methods of making the proteins employed in the vaccines.

54.  5,231,168, Jul. 27, 1993, Malaria antigen; Morten Dziegiel, et al.,
530/350, 300 [IMAGE AVAILABLE]

US PAT NO:     5,231,168 [IMAGE AVAILABLE]              L8: 54 of 89

ABSTRACT:
The present invention relates to a polypeptide comprising a
characteristic amino acid sequence derived from the Plasmodium falciparum
antigen GLURP, a polypeptide which is recognized by an antibody raised
against or reactive with a polypeptide comprising said characteristic
amino acid sequence and/or an antibody reactive with native GLURP, a
nucleic acid molecule (DNA-fragment) encoding said polypeptide, an
expression vector carrying the nucleic acid molecule, an organism
expressing said nucleic acid molecule so as to produce said polypeptide,
a monoclonal antibody directed against said polypeptide, a diagnostic
agent comprising said antibody or said polypeptide for use in assaying

Plasmodium falciparum infection and thus diagnosing malaria, and the use
of said antibody or said polypeptide for therapeutic purposes, e.g. as a
component in a vaccine.

55.  5,231,020, Jul. 27, 1993, Genetic engineering of novel plant
phenotypes; Richard A. Jorgensen, et al., 435/172.3, 320.1; 800/205,
DIG.67; 935/30, 35, 67 [IMAGE AVAILABLE]

US PAT NO:     5,231,020 [IMAGE AVAILABLE]              L8: 55 of 89

ABSTRACT:
Methods are provided for producing plants exhibiting one or more desired
phenotypic traits. In particular, transgenotes are selected that comprise
a DNA segment operably linked to a promoter, wherein transcription
products of the segment are substantially homologous to corresponding
transcripts of endogenous flavonoid biosynthetic pathway gene

56.  5,231,009, Jul. 27, 1993, CDNAS coding for members of the
carcinoembryonic antigen family; Thomas R. Barnett, et al., 435/240.2,
252.3; 536/23.5 [IMAGE AVAILABLE]

US PAT NO:     5,231,009 [IMAGE AVAILABLE]         .      L8: 56 of 89

ABSTRACT:
A nucleic acid comprising a base sequence which codes for a CEA family
member peptide sequence or nucleic acids having a base sequence
hybridizable therewith, replicable recombinant cloning vehicles having an
insert comprising such nucleic acid, cells transfected, infected or
injected with such cloning vehicles, polypeptides expressed by such
cells, synthetic peptides derived from the coding sequence of CEA family
member nucleic acids, antibody preparations specific for such
polypeptides, immunoassays for detecting CEA family members using such
antibody preparations and nucleic acid hybridization methods for
detecting CEA family member nucleic acid sequences using a nucleic acid
probe comprising the above described nucleic acid.

57.  5,229,500, Jul. 20, 1993, Brain derived neurotrophic factor;
Yves-Alain Barde, et al., 514/12; 435/69.1; 530/350, 387.9, 389.2, 399,
412, 413 [IMAGE AVAILABLE]

US PAT NO:     5,229,500 [IMAGE AVAILABLE]              L8: 57 of 89

ABSTRACT:
The present invention relates to nucleic acid sequences encoding brain
derived neurotrophic factor (BDNF), as well as BDNF protein produced in
quantity using these nucleic acid sequences, as well as fragments and
derivatives thereof. In addition, the invention relates to pharmacologic

ILL000459

compositions and therapeutic uses of BDNF, having provided, for the first time, the means to generate sufficient quantities of substantially pure BDNF for clinical use. In a specific embodiment, BDNF may be used to promote the survival of substantia nigra dopaminergic neurons and basal forebrain cholinergic neurons, thereby providing a method for treating, respectively, Parkinson's disease and Alzheimer's disease. The invention also relates to antibodies directed toward BDNF or fragments thereof, having provided a method for generating sufficient immunogen. Further, by permitting a comparison of the nucleic acid sequences of BDNF and NGF, the present invention provides for the identification of homologous regions of nucleic acid sequence between BDNF and NGF, thereby defining a BDNF/NGF gene family; the invention provides a method for identifying and isolating additional members of this gene family.

58.  5,225,538, Jul. 6, 1993, Lymphocyte homing receptor/immunoglobulin fusion proteins; Daniel J. Capon, et al., 530/387.3; 424/134.1; 435/69.7; 530/388.73 [IMAGE AVAILABLE]

US PAT NO:     5,225,538 [IMAGE AVAILABLE]          L8: 58 of 89

ABSTRACT:
Novel polypeptides are provided, together with methods for making and using them, and nucleic acids encoding them. These polypeptides are useful as cell surface adhesion molecules and ligands, and are useful in therapeutic or diagnostic compositions and methods.

59.  5,217,878, Jun. 8, 1993, Molecular cloning and expression of genes encoding proteolytic enzymes; Christiaan A. G. van Eekelen, et al., 435/69.1, 172.3, 221, 252.31, 320.1 [IMAGE AVAILABLE]

US PAT NO:     5,217,878 [IMAGE AVAILABLE]          L8: 59 of 89

ABSTRACT:
Novel methods and novel industrial Bacillus strains are provided for enhanced production of serine protease. Plasmid constructs comprising the serine protease gene are introduced into a compatible host, generally a Bacillus already overproducing serine protease. Preferred host cells are those from Bacillus novo sp. PB92 and the preferred serine protease gene also originates from Bacillus PB92. Integration and maintenance of the plasmid in the host cell chromosome can be achieved by including a temperature sensitive origin of replication in the plasmid construct and growing under selective conditions.

60.  5,216,131, Jun. 1, 1993, Lymphocyte homing receptors; Laurence A. Lasky, et al., 530/350, 300, 324 [IMAGE AVAILABLE]

US PAT NO:     5,216,131 [IMAGE AVAILABLE]          L8: 60 of 89

ABSTRACT:
DNA isolates coding for the lymphocyte homing receptor and methods of
obtaining such DNA are provided, together with expression systems for
recombinant production of the lymphocyte homing receptor useful in
therapeutic or diagnostic compositions.

61.  5,215,884, Jun. 1, 1993, Sex-specific DNA probes; Royal A. McGraw,
III, 435/6, 172.1, 320.1; 436/27, 501, 811; 935/9, 19, 29, 78, 86, 88
[IMAGE AVAILABLE]

US PAT NO:     5,215,884 [IMAGE AVAILABLE]          L8: 61 of 89

ABSTRACT:
The present invention are nucleic acid probes which are highly selective
for DNA specific to one sex of a livestock species, particularly pigs and
chickens, and methods for their isolation, characterization, and
utilization. These probes can be applied in a variety of methods for
assaying the ratio of male to female mammalian sperm in an isolated
fraction or the sex of an egg, as well as for determining the sex of an
embryo in the early stages of development.
Genomic DNA from whole blood taken from a male and a female animal was
digested with various restriction enzymes and the products compared on
agarose gels. A band of approximately 4 kilobases in a EcoR1 digest of
male pig DNA was absent in female pig DNA. In the chickens, a band of
approximately 600 bases and a band of approximately 1200 bases were
present in a XhoI digest of female DNA which was not present in the male
DNA. The sex-specific DNA was then ligated into a vector and transformed
into E. coli. The resulting vector DNA was shown by restriction analysis
to contain the expected insert. The male pig-specific plasmid was
deposited with the American Type Culture Collection, Rockville, Md. on
Jan. 21, 1988 and assigned ATCC number 40417. The insert fragment was
isolated, labelled, and shown to hybridize specifically with male pig
DNA. The female chicken-specific clone was deposited with the ATCC on
Jan. 21, 1988 and assigned ATCC number 40418. Probes made from the
isolated insert were shown to specifically hybridize with female chicken
DNA.
The cloned fragment and subfragments thereof were recloned into the
sequencing vector M13 for sequencing using standard techniques.

62.  5,202,422, Apr. 13, 1993, Compositions containing plant-produced
glycopolypeptide multimers, multimeric proteins and method of their use;
Andrew C. Hiatt, et al., 424/132.1, 133.1, 150.1, 804; 435/69.6, 70.21,
172.2, 172.3, 188.5, 240.27, 252.3, 320.1; 530/387.1, 387.3, 388.1,
388.4, 861; 800/205; 935/93, 100, 104, 107 [IMAGE AVAILABLE]

US PAT NO:     5,202,422 [IMAGE AVAILABLE]          L8: 62 of 89

ABSTRACT:
The present invention contemplates glycopolypeptide multimers having a polypeptide that contain an immunoglobulin amino acid residue sequence and an oligosaccharide that comprises a core pentasaccharide and N-acetylglucosamine-containing outer branches, such that the multimer is free from sialic acid. The production of passive immunity in an animal by administering a sialic acid free glycopolypeptide multimer is also contemplated. In addition, the invention describes a method for producing a glycopolypeptide multimer by introducing first and second mammalian genes encoding the constituent parts of the multimer into first and second respective members of a plant species, generating a progeny from the first and second plant species members, and isolating the glycopolypeptide multimer from the progeny plant.

63.  5,202,247, Apr. 13, 1993, Cellulose binding fusion proteins having a substrate binding region of cellulase; Douglas G. Kilburn, et al., 435/195, 69.1, 69.52, 69.7, 71.1, 172.3, 177, 179, 200, 209, 803; 530/808, 814; 935/11, 14 [IMAGE AVAILABLE]

US PAT NO:     5,202,247 [IMAGE AVAILABLE]              L8: 63 of 89

ABSTRACT:
A fusion protein is prepared containing a polypeptide such as an enzyme and an amino acid sequence having a substrate binding region of a polysaccharidase such as cellulase that has essentially no polysaccharidase activity. By contacting the fusion protein with an affinity matrix containing a substrate such as cellulose for the cellulase substrate binding region, the substrate binding region binds to the affinity matrix to immobilize the polypeptide. The polypeptide can be purified by separating the fusion protein or polypeptide from the affinity matrix. The polypeptide can be separated by cleaving the protein with a Cellulomonas fimi protease.

64.  5,196,329, Mar. 23, 1993, 780 T-DNA gene transcription activator; William B. Gurley, et al., 435/172.3, 320.1; 536/24.1; 935/35, 36, 67 [IMAGE AVAILABLE]

US PAT NO:     5,196,329 [IMAGE AVAILABLE]              L8: 64 of 89

ABSTRACT:
A DNA sequence element, which activates or enhances expression of genes in plants has been identified and characterized. In particular, DNA segments isolated from the upstream region of the T-DNA 780 gene are capable of activating or increasing transcription levels of plant-expressible genes in recombinant DNA-containing plant tissue. The 780 gene transcription activator is useful in general for increasing the

level of expression of a gene in a plant. In particular, such activators
are useful in the construction of plant-expression complexes which
contain a plant-expressible gene placed under the regulatory control of
the activator. Such expression complexes can be introduced into plant
tissue where the inserted gene is expressed.

65.  5,180,820, Jan. 19, 1993, Brain-derived neurotrophic factor;
Yves-Alain Barde, et al., 536/23.51; 435/69.1, 69.3, 172.3, 320.1;
530/399, 412 [IMAGE AVAILABLE]

US PAT NO:     5,180,820 [IMAGE AVAILABLE]              L8: 65 of 89

ABSTRACT:
The present invention relates to nucleic acid sequences encoding brain
derived neurotrophic factor (BDNF), as well as BDNF protein produced in
quantity using these nucleic acid sequences, as well as fragments and
derivatives thereof. In addition, the invention relates to pharmacologic
compositions and therapeutic uses of BDNF, having provided, for the first
time, the ability to generate sufficient quantities of substantially pure
BDNF for clinical use. The invention also relates to antibodies directed
toward BDNF or fragments thereof, having provided a method for generating
sufficient immunogen. Further, by permitting a comparison of the nucleic
acid sequences of BDNF and NGF, the present invention provides for the
identification of homologous regions of nucleic acid sequence between
BDNF and NGF, thereby defining a BDNF/NGF gene family; the invention
provides a method for identifying an disolating additional members of
this gene family.

66.  5,169,772, Dec. 8, 1992, Large scale method for purification of high
purity heparinase from flavobacterium heparinum; Joseph J. Zimmerman, et
al., 435/232, 252.1, 850 [IMAGE AVAILABLE]

US PAT NO:     5,169,772 [IMAGE AVAILABLE]              L8: 66 of 89

ABSTRACT:
The present invention is an improved process for purification of active
heparinase and heparinase like enzymes from Gram negative organisms, in
particular, Flavobacterium heparinum. The primary advantage of the
process is the fact that it allows large scale processing and high yield
of heparinase. The heparinase is released from the periplasmic space of
the organism by osmotic shock treatment, first into an osmotically
stabilized medium, secondly into a non-stabilized medium having a pH of
approximately pH 6.0 and 8.6 with subsequent release into a second
non-stabilized medium containing approximately 0.15 M sodium chloride,
followed by fractionation by cation exchange chromatography, and,
optionally, electropheresis or gel filtration chromatography. Two
proteins having heparinase activity have been isolated, one having a

ILL000463

molecular weight of approximately 42,000 Daltons and the other having a
molecular weight of 65,000 to 75,000 Daltons.
Also described is the construction of a library for screening for the
genes encoding the proteins having heparinase activity and two assay for
detecting organisms producing heparinase, either F. heparinum or
genetically engineered organisms.

67.  5,156,968, Oct. 20, 1992, Purified yeast ubiquitin hydrolase;
Chung-Cheng Liu, 435/224, 212, 228 [IMAGE AVAILABLE]

US PAT NO:      5,156,968 [IMAGE AVAILABLE]              L8: 67 of 89

ABSTRACT:
Ubiquitin hydrolase is provided having a purity of at least 70%
homogeneity based on the weight of the total protein in the composition,
which hydrolase hydrolyzes a ubiquitin-polypeptide conjugate at the amide
bond linking the ubiquitin and polypeptide, thereby yielding intact
polypeptide with an unconjugated, mature N-terminus. Also provided are
DNA sequences encoding such ubiquitin hydrolase, as well as expression
systems for its recombinant production. Processes are provided for
purification of ubiquitin hydrolase from eukaryotes and for its use in
recovering any desired polypeptide free from its fusion at its N-terminus
with ubiquitin.

68.  5,149,625, Sep. 22, 1992, Multiplex analysis of DNA; George M.
Church, et al., 435/6, 172.3, 320.1, 810; 436/808; 935/23, 24, 78 [IMAGE
AVAILABLE]

US PAT NO:      5,149,625 [IMAGE AVAILABLE]              L8: 68 of 89

ABSTRACT:
This invention features vectors and a method for sequencing DNA. The
method includes the steps of:
 a) ligating the DNA into a vector comprising a tag sequence, the tag
   sequence includes at least 15 bases, wherein the tag sequence will not
   hybridize to the DNA under stringent hybridization conditions and is
   unique in the vector, to form a hybrid vector,
 b) treating the hybrid vector in a plurality of vessels to produce
   fragments comprising the tag sequence, wherein the fragments differ in
   length and terminate at a fixed known base or bases, wherein the fixed
   known base or bases differs in each vessel,
 c) separating the fragments from each vessel according to their size,
 d) hybridizing the fragments with an oligonucleotide able to hybridize
   specifically with the tag sequence, and
 e) detecting the pattern of hybridization of the tag sequence, wherein
   the pattern reflects the nucleotide sequence of the DNA.

69.  5,137,819, Aug. 11, 1992, Cellulose binding fusion proteins for
immobilization and purification of polypeptides; Douglas G. Kilburn, et
al., 435/179, 69.1, 69.52, 69.7, 71.1, 172.3, 177, 195, 200, 209, 803;
935/11, 14 [IMAGE AVAILABLE]

US PAT NO:      5,137,819 [IMAGE AVAILABLE]              L8: 69 of 89

ABSTRACT:
A fusion protein is prepared containing a polypeptide such as an enzyme
and an amino acid sequence having a substrate binding region of a
polysaccharidase such as cellulase that has essentially no
polysaccharidase activity. By contacting the fusion protein with an
affinity matrix containing a substrate such as cellulose for the
cellulase substrate binding region, the substrate binding region binds to
the affinity matrix to immobilize the polypeptide. The polypeptide can be
purified by separating the fusion protein or polypeptide from the
affinity matrix.

70.  5,122,599, Jun. 16, 1992, CDNAS coding for members of the
carcinoembryonic antigen family; Thomas R. Barnett, et al., 536/23.5;
435/6; 536/23.53, 24.31; 935/77, 78 [IMAGE AVAILABLE]

US PAT NO:      5,122,599 [IMAGE AVAILABLE]         .    L8: 70 of 89

ABSTRACT:
This invention relates to a nucleic acid comprising a base sequence which
codes for a CEA family member peptide sequence or nucleic acids having a
base sequence hybridizable therewith, replicable recombinant cloning
vehicles having an insert comprising such nucleic acid, cells
transfected, infected or injected with such cloning vehicles,
polypeptides expressed by such cells, synthetic peptides derived from the
coding sequence of CEA family member nucleic acids, antibody preparations
specific for such polypeptides, immunoassays for detecting CEA family
members using such antibody preparations and nucleic acid hybridization
methods for detecting CEA family member nucleic acid sequences using a
nucleic acid probe comprising the above described nucleic acid.

71.  5,116,964, May 26, 1992, Hybrid immunoglobulins; Daniel J. Capon, et
al., 536/23.5; 424/134.1; 435/69.7, 252.3, 320.1; 530/350, 387.3;
536/23.51, 23.53 [IMAGE AVAILABLE]

US PAT NO:      5,116,964 [IMAGE AVAILABLE]              L8: 71 of 89

ABSTRACT:
Immunoglobulin fusion polypeptides are provided, together with methods
for making and using them, and nucleic acids encoding them. These
polypeptides are useful as cell surface adhesion molecules and ligands,

and are useful in therapeutic or diagnostic compositions and methods.

72. 5,108,919, Apr. 28, 1992, DNA sequences encoding yeast ubiquitin hydrolase; Chung-Cheng Liu, et al., 435/224, 172.3, 240.2, 252.3, 252.33, 254.2, 254.21, 320.1; 536/23.2, 23.6 [IMAGE AVAILABLE]

US PAT NO:    5,108,919 [IMAGE AVAILABLE]           L8: 72 of 89

ABSTRACT:

A ubiquitin hydrolase is provided having a purity of at least 70% homogeneity based on the weight of the total protein in the composition. Also provided are DNA sequences encoding ubiquitin hydrolases, as well as expression systems for their recombinant production. Processes are provided for purification of a ubiquitin hydrolase from eukaryotes and for its use in recovering any desired polypeptide free from its fusion at its N-terminus with ubiquitin.

73. 5,098,833, Mar. 24, 1992, DNA sequence encoding a functional domain of a lymphocyte homing receptor; Laurence A. Lasky, et al., 435/69.1, 240.1, 252.3, 320.1; 530/350; 536/23.51 [IMAGE AVAILABLE]

US PAT NO:    5,098,833 [IMAGE AVAILABLE]           L8: 73 of 89

ABSTRACT:

DNA isolates coding for a lymphocyte homing receptor and methods of obtaining such DNA are provided, together with expression systems for recombinant production of the lymphocyte homing receptor useful in therapeutic or diagnostic compositions.

74. 5,066,782, Nov. 19, 1991, Retrovirus capable of causing AIDS, means and method for detecting it in vitro; Luc Montagnier, et al., 530/324; 435/5, 974; 530/350, 395, 403, 826 [IMAGE AVAILABLE]

US PAT NO:    5,066,782 [IMAGE AVAILABLE]           L8: 74 of 89

ABSTRACT:
The invention relates to a new class of retroviruses, designated by HIV-2, of which samples have been deposited to the ECACC under numbers 87.01.1001 and 87.01.1002 and to the NCIB under numbers 12.398 and 12.399.
It relates also to antigens capable to be obtained from this virus, particularly proteins p12, p16, p26 and gp140. These various antigens can be used for the diagnosis of the disease, especially by contacting these antigens with a serum of a patient submitted to the diagnosis.
It relates to immunogenic compositions containing more particularly the glycoprotein gp140. Finally it concerns nucleotidic sequences, which can

be used especially as hydridization probes, derived from the RNA of
HIV-2.

75.  5,057,417, Oct. 15, 1991, Compositions and methods for the synthesis
of growth hormone receptor and growth hormone binding protein; R. Glenn
Hammonds, et al., 435/69.1, 172.3, 240.2, 252.33, 317.1; 536/23.51;
935/11, 70, 73 [IMAGE AVAILABLE]

US PAT NO:      5,057,417 [IMAGE AVAILABLE]              L8: 75 of 89

ABSTRACT:
Growth hormone receptor and growth hormone binding protein are purified
enabling amino acid sequence and DNA isolates coding for growth hormone
receptor and growth hormone binding protein and methods of obtaining such
DNA are provided, together with expression systems for recombinant
production of growth hormone receptor and growth hormone binding protein.
Therapeutically useful forms of the growth hormone receptor and growth
hormone binding protein and anti-receptor antibodies are described.

76.  5,034,323, Jul. 23, 1991, Genetic engineering of novel plant
phenotypes; Richard A. Jorgensen, et al., 435/172.3; 800/205, DIG.67;
935/30, 35, 67 [IMAGE AVAILABLE]

US PAT NO:      5,034,323 [IMAGE AVAILABLE]              L8: 76 of 89

ABSTRACT:
Methods are provided for producing plants exhibiting one or more desired
phenotypic traits. In particular, transgenotes are selected that comprise
a DNA segment operably linked to a promoter, wherein transcription
products of the segment are substantially homologous to corresponding
transcripts of endogenous flavonoid biosynthetic pathway genes.

77.  5,032,501, Jul. 16, 1991, DNA probes to vntr loci; Eric C. B.
Milner, 435/6; 536/24.3, 24.31; 935/77, 78 [IMAGE AVAILABLE]

US PAT NO:      5,032,501 [IMAGE AVAILABLE]              L8: 77 of 89

ABSTRACT:
DNA probes capable of specifically hybridizing to DNA from an allele of
the locus D4S139 are disclosed. The probes may be used within a method
for determining the existence of a biological relationship, a method for
the identification of the source of a bio-forensic specimen, or within a
method for the identification of the haplotype of the source of a
biological sample.

78.  5,008,194, Apr. 16, 1991, nifH promoters of Bradyrhizobium; Barry G.
Rolfe, et al., 435/172.3, 252.2, 252.3, 320.1; 536/23.6, 24.1; 935/6, 35,

41 [IMAGE AVAILABLE]

US PAT NO:      5,008,194 [IMAGE AVAILABLE]            L8: 78 of 89

ABSTRACT:
The nifH promoter regions of Bradyrhizobium japonicum and Bradyrhizobium
sp. (parasponia) have been sequenced and found to be significantly
homologous. Recombinant DNA molecules comprising foreign genes under the
control of such promoters are provided. Rhizobial species containing such
recombinant constructions, either in plasmids or integrated into the
genome, are provided. These are especially useful for expressing desired
foreign genes within root nodules.

79.  5,001,061, Mar. 19, 1991, nifD promoter of Bradyrhizobium; Barry G.
Rolfe, et al., 435/172.3, 252.2, 252.3, 320.1; 536/23.1, 23.6, 24.2;
935/6, 35, 41 [IMAGE AVAILABLE]

US PAT NO:      5,001,061 [IMAGE AVAILABLE]            L8: 79 of 89

ABSTRACT:
The nifD promoter regions of Bradyrhizobium japonicum and Bradyrhizobium
sp. (Parasponia) have been sequenced and found to be significantly
homologous. Recombinant DNA molecules comprising foreign genes under the
control of such promoters are provided. Rhizobial species containing such
recombinant constructions, either in plasmids or integrated into the
genome, are provided. These are especially useful for expressing desired
foreign genes within root nodules.

80.  4,966,849, Oct. 30, 1990, CDNA and genes for human angiogenin
(angiogenesis factor) and methods of expression; Bert L. Vallee, et al.,
435/199, 172.3, 240.25, 252.3, 320.1; 530/399; 536/23.2, 23.51; 935/13,
14, 28, 29, 70, 71, 73 [IMAGE AVAILABLE]

US PAT NO:      4,966,849 [IMAGE AVAILABLE]            L8: 80 of 89

ABSTRACT:
DNA sequences encoding a protein having angiogenic activity and mutated
DNA sequences encoding a protein having decreased angiogenic activity are
disclosed. Expression vectors containing these wild-type or mutated
sequences are introduced into host cells and direct the production of
wild-type or mutant angiogenic proteins. Proteins produced according to
the invention are useful in the diagnosis of malignancies, for promoting
wound healing, and for other diagnostic and therapeutic purposes. Mutant
proteins produced according to the invention are useful therapeutic
compositions as angiogensis inhibitors, which may retard tumor growth by
inhibiting the development of a hemovascular network.

ILL000468

81.  4,965,188, Oct. 23, 1990, Process for amplifying, detecting, and/or
cloning nucleic acid sequences using a thermostable enzyme; Kary B.
Mullis, et al., 435/6, 69.1, 91.2, 91.41, 172.3; 935/17, 78 [IMAGE
AVAILABLE]

US PAT NO:      4,965,188 [IMAGE AVAILABLE]                L8: 81 of 89

ABSTRACT:
A process for amplifying any target nucleic acid sequence contained in a
nucleic acid or mixture thereof comprises treating separate complementary
strands of the nucleic acid with a molar excess of two oligonucleotide
primers and extending the primers with a thermostable enzyme to form
complementary primer extension products which act as templates for
synthesizing the desired nucleic acid sequence. The amplified sequence
can be readily detected. The steps of the reaction can be repeated as
often as desired and involve temperature cycling to effect hybridization,
promotion of activity of the enzyme, and denaturation of the hybrids
formed.

82.  4,960,700, Oct. 2, 1990, Compositions and methods for the synthesis
and assay of a mammalian enkephalinase; Bernard Malfroy-Camine, et al.,
435/172.3, 212, 219, 240.2, 252.33 [IMAGE AVAILABLE]

US PAT NO:      4,960,700 [IMAGE AVAILABLE]                L8: 82 of 89

ABSTRACT:
DNA isolates coding for enkephalinase and methods of obtaining such DNA
are provided, together with expression systems for recombinant production
of enkephalinase for use in therapeutic or diagnostic compositions.
Enkephalinase assays are facilitated by novel enkephalinase substrates.

83.  4,942,124, Jul. 17, 1990, Multiplex sequencing; George M. Church,
435/6, 172.3, 803; 436/501; 935/23, 24, 29, 77, 78 [IMAGE AVAILABLE]

US PAT NO:      4,942,124 [IMAGE AVAILABLE]                L8: 83 of 89

ABSTRACT:
This invention features vectors and a method for sequencing DNA. The
method includes the steps of:
(a) ligating the DNA into a vector comprising a tag sequence, the tag
sequence includes at least 15 bases, wherein the tag sequence will not
hybridize to the DNA under stringent hybridization conditions and is
unique in the vector, to form a hybrid vector,
(b) treating the hybrid vector in a plurality of vessels to produce
fragments comprising the tag sequence, wherein the fragments differ in
length and terminate at a fixed known base or bases, wherein the fixed
known base or bases differs in each vessel,

(c) separating the fragments from each vessel according to their size,
(d) hybridizing the fragments with an oligonucleotide able to hybridize
specifically with the tag sequence, and
(e) detecting the pattern of hybridization of the tag sequence, wherein
the pattern reflects the nucleotide sequence of the DNA.

84.  4,916,073, Apr. 10, 1990, CDNA and gene for human angiogenin
(angiogenesis factor) and methods of expression; Bert L. Vallee, et al.,
435/252.3, 172.3, 252.33, 320.1; 935/13, 72, 73 [IMAGE AVAILABLE]

US PAT NO:    4,916,073 [IMAGE AVAILABLE]            L8: 84 of 89

ABSTRACT:
DNA sequences encoding a protein having angiogenic activity are
disclosed. Expression vectors containing these sequences are introduced
into host cells and direct the production of the angiogenic protein.
Proteins produced according to the invention are useful in the diagnosis
of malignancies, for promoting wound healing, and for other diagnostic
and therapeutic purposes.

85.  4,908,306, Mar. 13, 1990, Human papillomavirus 56 nucleic acid
hybridization probes and methods for employing the same; Attila T.
Lorincz, 435/5, 6, 21, 28, 172.1, 948; 436/501; 536/23.72, 24.3, 24.32;
935/77, 78 [IMAGE AVAILABLE]

US PAT NO:    4,908,306 [IMAGE AVAILABLE]            L8: 85 of 89

ABSTRACT:
Nucleic acid hybridization probes for human papillomavirus types and
particularly human papillomavirus type 56; and methods for employing the
same.

86.  4,870,023, Sep. 26, 1989, Recombinant baculovirus occlusion bodies
in vaccines and biological insecticides; Malcolm J. Fraser, et al.,
435/235.1, 69.3, 69.7, 172.3, 243, 320.1; 530/350, 820, 826; 536/23.1,
23.4; 930/10, 220; 935/32, 57, 70 [IMAGE AVAILABLE]

US PAT NO:    4,870,023 [IMAGE AVAILABLE]            L8: 86 of 89

ABSTRACT:
The present invention is directed to recombinant baculoviruses which
encode fusion polyhedrin proteins capable of forming occlusion bodies
containing foreign peptides. The recombinant baculoviruses of the
invention are formed by insertion into or replacement of regions of the
polyhedrin gene that are not essential for occlusion body formation, with
foreign DNA fragments by recombinant DNA techniques. The recombinant
occlusion bodies produced in accordance with the present invention have

uses in vaccine formulations, immunoassays, immobilized enzyme reactions, as biological insecticides, and as expression vectors.

87.  4,820,638, Apr. 11, 1989, Novel alpha interferon species produced by recombinant means; Peter Swetly, et al., 435/69.51; 424/85.7; 435/172.3, 252.33, 320.1; 530/350; 536/23.5, 23.52; 930/142 [IMAGE AVAILABLE]

US PAT NO:    4,820,638 [IMAGE AVAILABLE]                L8: 87 of 89

ABSTRACT:
A novel species of alpha interferon is taught. The alpha interferon amino acid sequence is disclosed and a gene corresponding thereto. The alpha interferon gene is expressed in Escherichia coli.

88.  4,732,973, Mar. 22, 1988, Active site modified protease .alpha.-1-antitrypsin inhibitors; Philip J. Barr, et al., 530/350; 930/10, 250, 320, DIG.530 [IMAGE AVAILABLE]

US PAT NO:    4,732,973 [IMAGE AVAILABLE]                L8: 88 of 89

ABSTRACT:
Proteinaceous composition are provided which inhibit naturally occurring serine proteases. Particularly, an amino acid sequence analogous to human .alpha..sub.1 -antitrypsin is modified at the active site while maintaining protease inhibition. The methionine at the active site is substituted with an oxidatively stable amino acid, while other amino acids may also be changed, added or deleted, particularly at the termini. The yeast strains AB103.1 (pCl/PH05ATi(Val) and AB110 (pCl/1GAPATi(Val) were deposited at the A.T.C.C. on June 18, 1984 and given Accession Nos. 20711 and 20712, respectively.

89.  4,721,672, Jan. 26, 1988, CDNA and gene for human angiogenin (angiogenesis factor) and methods of expression; Bert L. Vallee, et al., 435/69.1, 172.3, 254.2, 320.1; 514/12; 536/23.2, 23.5, 23.51, 24.1; 930/10; 935/11, 13 [IMAGE AVAILABLE]

US PAT NO:    4,721,672 [IMAGE AVAILABLE]                L8: 89 of 89

ABSTRACT:
DNA sequences encoding a protein having angiogenic activity are disclosed. Expression vectors containing these sequences are introduced into host cells and direct the production of the angiogenic protein. Proteins produced according to the invention are useful in the diagnosis of malignancies, for promoting wound healing, and for other diagnositic and therapeutic purposes.

121128619    CA: 121(11)128619t    JOURNAL
The structure of bacteriophage T7 lysozyme, a zinc amidase and an
inhibitor of T7 RNA polymerase
  AUTHOR(S): Cheng, Xiaodong; Zhang, Xing; Pflugrath, James W.; Studier, F.
William
  LOCATION: Biol. Lab., Cold Spring Harbor Lab., Cold Spring Harbor, NY,
11724, USA
  JOURNAL: Proc. Natl. Acad. Sci. U. S. A.  DATE: 1994  VOLUME: 91
  NUMBER: 9  PAGES: 4034-8  CODEN: PNASA6  ISSN: 0027-8424  LANGUAGE:
English


  5/3,AB/6    (Item 6 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  118140816    CA: 118(15)140816a    JOURNAL
  Effects of consecutive AGG codons on translation in Escherichia coli,
demonstrated with a versatile codon test system
  AUTHOR(S): Rosenberg, Alan H.; Goldman, Emanuel; Dunn, John J.; Studier,
F. William; Zubay, Geoffrey
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: J. Bacteriol.  DATE: 1993  VOLUME: 175  NUMBER: 3  PAGES: 716-22
  CODEN: JOBAAY  ISSN: 0021-9193  LANGUAGE: English


  5/3,AB/7    (Item 7 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  118033663    CA: 118(5)33663b    JOURNAL
  DNA sequencing by primer walking with strings of contiguous hexamers
  AUTHOR(S): Kieleczawa, Jan; Dunn, John J.; Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: Science (Washington, D. C., 1883-)  DATE: 1992  VOLUME: 258
  NUMBER: 5089  PAGES: 1787-91  CODEN: SCIEAS  ISSN: 0036-8075  LANGUAGE:
English


  5/3,AB/8    (Item 8 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  117228818    CA: 117(23)228818t    JOURNAL
  Large scale purification and biochemical characterization of T7
primase/helicase proteins.  Evidence for homodimer and heterodimer
formation

AUTHOR(S): Patel, Smita S.; Rosenberg, Alan H.; Studier, F. William;
Johnson, Kenneth A.
  LOCATION: Dep. Mol. Cell Biol., Pennsylvania State Univ., University Park
, PA, 16802, USA
  JOURNAL: J. Biol. Chem.  DATE: 1992  VOLUME: 267  NUMBER: 21  PAGES:
15013-21  CODEN: JBCHA3  ISSN: 0021-9258  LANGUAGE: English


 5/3,AB/9    (Item 9 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  117125848    CA: 117(13)125848y    JOURNAL
  Cloning and expression of gene 4 of bacteriophage T7 and creation and
analysis of T7 mutants lacking the 4A primase/helicase or the 4B helicase
  AUTHOR(S): Rosenberg, Alan H.; Patel, Smita S.; Johnson, Kenneth A.;
Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: J. Biol. Chem.  DATE: 1992  VOLUME: 267  NUMBER: 21  PAGES:
15005-12  CODEN: JBCHA3  ISSN: 0021-9258  LANGUAGE: English


 5/3,AB/10    (Item 10 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  117021493    CA: 117(3)21493n    PATENT
  Transient expression of genes in an eukaryotic cell using bacteriophage
RNA polymerases and promoters
  INVENTOR(AUTHOR): Moss, Bernard; Studier, F. William; Fuerst, Thomas R.;
Niles, Edward G.
  LOCATION: USA
  ASSIGNEE: United States Dept. of Health and Human Services
  PATENT: U.S. Pat. Appl. ; US 648971 A0  DATE: 920415
  APPLICATION: US 648971 (910131)
  PAGES: 47 pp. Avail. NTIS Order No. PAT-APPL-7-648 971.  CODEN: XAXXAV
  LANGUAGE: English


 5/3,AB/11    (Item 11 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  115002409    CA: 115(1)2409g    JOURNAL
  Creation of a T7 autogene.  Cloning and expression of the gene for
bacteriophage T7 RNA polymerase under control of its cognate promoter
  AUTHOR(S): Dubendorff, John W.; Studier, F. William

LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: J. Mol. Biol.  DATE: 1991  VOLUME: 219  NUMBER: 1  PAGES: 61-8
CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


5/3,AB/12    (Item 12 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

115002408    CA: 115(1)2408f    JOURNAL
Controlling basal expression in an inducible T7 expression system by
blocking the target T7 promoter with lac repressor
AUTHOR(S): Dubendorff, John W.; Studier, F. William
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: J. Mol. Biol.  DATE: 1991  VOLUME: 219  NUMBER: 1  PAGES: 45-59
CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


5/3,AB/13    (Item 13 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

115002407    CA: 115(1)2407e    JOURNAL
Use of bacteriophage T7 lysozyme to improve an inducible T7 expression
system
AUTHOR(S): Studier, F. William
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: J. Mol. Biol.  DATE: 1991  VOLUME: 219  NUMBER: 1  PAGES: 37-44
CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


5/3,AB/14    (Item 14 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

114224319    CA: 114(23)224319w    JOURNAL
Resolution of branched DNA substrates by T7 endonuclease I and its
inhibition
AUTHOR(S): Lu, Min; Guo, Qiu; Studier, F. William; Kallenbach, Neville R.
LOCATION: Dep. Chem., New York Univ., New York, NY, 10003, USA
JOURNAL: J. Biol. Chem.  DATE: 1991  VOLUME: 266  NUMBER: 4  PAGES:
2531-6  CODEN: JBCHA3  ISSN: 0021-9258  LANGUAGE: English


5/3,AB/15    (Item 15 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

114077169    CA: 114(9)77169s    JOURNAL
Characterization of a bimobile DNA junction
AUTHOR(S): Lu, Min; Guo, Qiu; Mueller, John E.; Kemper, Borries; Studier,
F. William; Seeman, Nadrian C.; Kallenbach, Neville R.
  LOCATION: Dep. Chem., New York Univ., New York, NY, 10003, USA
  JOURNAL: J. Biol. Chem.  DATE: 1990  VOLUME: 265  NUMBER: 28  PAGES:
16778-85  CODEN: JBCHA3  ISSN: 0021-9258  LANGUAGE: English


 5/3,AB/16    (Item 16 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   114018978    CA: 114(3)18978g    PATENT
   Cloning and expression of the gene for bacteriophage T7 RNA polymerase
   INVENTOR(AUTHOR): Studier, F. William; Davanloo, Parichehre; Rosenberg,
Alan H.; Moffatt, Barbara A.; Dunn, John J.
  LOCATION: USA
  ASSIGNEE: Associated Universities, Inc.
  PATENT: United States ; US 4952496 A  DATE: 900828
  APPLICATION: US 2408 (861229) *US 595016 (840330)
  PAGES: 22 pp. Cont.-in-part of U.S. Ser. No. 595,016, abandoned.  CODEN:
USXXAM  LANGUAGE: English  CLASS: 435091000; C12P-019/34A; C12N-015/00B;
C12N-007/00B; C12N-009/12B


 5/3,AB/17    (Item 17 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   113146644    CA: 113(17)146644m    JOURNAL
   Use of T7 RNA polymerase to direct expression of cloned genes
   AUTHOR(S): Studier, F. William; Rosenberg, Alan H.; Dunn, John J.;
Dubendorff, John W.
  LOCATION: Dep. Biol., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: Methods Enzymol.  DATE: 1990  VOLUME: 185  NUMBER: Gene
Expression Technol.  PAGES: 60-89  CODEN: MENZAU  ISSN: 0076-6879
  LANGUAGE: English


 5/3,AB/18    (Item 18 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   112049966    CA: 112(7)49966q    JOURNAL
   Signal-mediated import of bacteriophage T7 RNA polymerase into the

Saccharomyces cerevisiae nucleus and specific transcription of target genes
   AUTHOR(S): Benton, Bret M.; Eng, Wai Kwong; Dunn, John J.; Studier, F.
William; Sternglanz, Rolf; Fisher, Paul A.
   LOCATION: Dep. Pharmacol. Sci., State Univ. New York, Stony Brook, NY,
11794-8651, USA
   JOURNAL: Mol. Cell. Biol.  DATE: 1990  VOLUME: 10  NUMBER: 1  PAGES:
353-60  CODEN: MCEBD4  ISSN: 0270-7306  LANGUAGE: English


   5/3,AB/19     (Item 19 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   111168653     CA: 111(19)168653z     JOURNAL
   A strategy for high-volume sequencing of cosmid DNAs:  random and
directed priming with a library of oligonucleotides
   AUTHOR(S): Studier, F. William
   LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
   JOURNAL: Proc. Natl. Acad. Sci. U. S. A.  DATE: 1989  VOLUME: 86
   NUMBER: 18  PAGES: 6917-21  CODEN: PNASA6  ISSN: 0027-8424  LANGUAGE:
English


   5/3,AB/20     (Item 20 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   109225711     CA: 109(25)225711b     JOURNAL
   Expression of the bisphosphatase domain of rat liver
6-phosphofructo-2-kinase/fructose-2,6-bisphosphatase in Escherichia coli
   AUTHOR(S): Tauler, Albert; Rosenberg, Alan H.; Colosia, Ann; Studier, F.
William; Pilkis, Simon J.
   LOCATION: Dep. Physiol. Biophys., State Univ. New York, Stony Brook, NY,
11794, USA
   JOURNAL: Proc. Natl. Acad. Sci. U. S. A.  DATE: 1988  VOLUME: 85
   NUMBER: 18  PAGES: 6642-6  CODEN: PNASA6  ISSN: 0027-8424  LANGUAGE:
English


   5/3,AB/21     (Item 21 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   109205885     CA: 109(23)205885h     JOURNAL
   Targeting bacteriophage T7 RNA polymerase to the mammalian cell nucleus
   AUTHOR(S): Dunn, John J.; Krippl, Bernd; Bernstein, Kenneth E.; Westphal,
Heiner; Studier, F. William

ILL000476

LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: Gene  DATE: 1988  VOLUME: 68  NUMBER: 2  PAGES: 259-66  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


5/3,AB/22    (Item 22 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

109106965   CA: 109(13)106965c    JOURNAL
Model for how type I restriction enzymes select cleavage sites in DNA
AUTHOR(S): Studier, F. William; Bandyopadhyay, Pradip K.
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: Proc. Natl. Acad. Sci. U. S. A.  DATE: 1988  VOLUME: 85
NUMBER: 13  PAGES: 4677-81  CODEN: PNASA6  ISSN: 0027-8424  LANGUAGE:
English


5/3,AB/23    (Item 23 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

109020114    CA: 109(3)20114n    JOURNAL
Entry of bacteriophage T7 DNA into the cell and escape from host
restriction
AUTHOR(S): Moffatt, Barbara A.; Studier, F. William
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: J. Bacteriol.  DATE: 1988  VOLUME: 170  NUMBER: 5  PAGES:
2095-105  CODEN: JOBAAY  ISSN: 0021-9193  LANGUAGE: English


5/3,AB/24    (Item 24 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

108090750    CA: 108(11)90750v    JOURNAL
T7 lysozyme inhibits transcription by T7 RNA polymerase
AUTHOR(S): Moffatt, Barbara A.; Studier, F. William
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: Cell (Cambridge, Mass.)  DATE: 1987  VOLUME: 49  NUMBER: 2
PAGES: 221-7  CODEN: CELLB5  ISSN: 0092-8674  LANGUAGE: English


5/3,AB/25    (Item 25 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

108088920    CA: 108(11)88920g    JOURNAL
T7 RNA polymerase can direct expression of influenza virus cap-binding
protein (PB2) in Escherichia coli
  AUTHOR(S): Rosenberg, Alan H.; Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: Gene DATE: 1987 VOLUME: 59 NUMBER: 2-3 PAGES: 191-200
  CODEN: GENED6 ISSN: 0378-1119 LANGUAGE: English


 5/3,AB/26    (Item 26 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  107212618    CA: 107(23)212618k    JOURNAL
  Vectors for selective expression of cloned DNAs by T7 RNA polymerase
  AUTHOR(S): Rosenberg, Alan H.; Lade, Barbara N.; Chui, Daoshan; Lin, Shu
Wha; Dunn, John J.; Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: Gene DATE: 1987 VOLUME: 56 NUMBER: 1 PAGES: 125-35 CODEN:
GENED6 ISSN: 0378-1119 LANGUAGE: English


 5/3,AB/27    (Item 27 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  107091219    CA: 107(11)91219v    JOURNAL
  Expression of human factor IX and its subfragments in Escherichia coli
and generation of antibodies to the subfragments
  AUTHOR(S): Lin, Shu Wha; Dunn, John J.; Studier, F. William; Stafford,
Darrel W.
  LOCATION: Dep. Biol., Univ. North Carolina, Chapel Hill, NC, 27514, USA
  JOURNAL: Biochemistry DATE: 1987 VOLUME: 26 NUMBER: 17 PAGES: 5267-74
  CODEN: BICHAW ISSN: 0006-2960 LANGUAGE: English


 5/3,AB/28    (Item 28 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  107035450    CA: 107(5)35450b    JOURNAL
  Gene 3 endonuclease of bacteriophage T7 resolves conformationally
branched structures in double-stranded DNA
  AUTHOR(S): De Massy, Bernard; Weisberg, Robert A.; Studier, F. William
  LOCATION: Lab. Mol. Genet., Natl. Inst. Child Health Hum. Dev., Bethesda,
MD, 20896, USA
  JOURNAL: J. Mol. Biol. DATE: 1987 VOLUME: 193 NUMBER: 2 PAGES: 359-76

CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


5/3,AB/29    (Item 29 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   106189982    CA: 106(23)189982t    JOURNAL
  Stringent control in Escherichia coli applies also to transcription by T7
RNA polymerase
   AUTHOR(S): Yamagishi, Masahiro; Cole, James R.; Nomura, Masayasu;
Studier, F. William; Dunn, John J.
   LOCATION: Dep. Biol. Chem., Univ. California, Irvine, Irvine, CA, 92717,
USA
   JOURNAL: J. Biol. Chem. DATE: 1987  VOLUME: 262  NUMBER: 9  PAGES:
3940-3  CODEN: JBCHA3  ISSN: 0021-9258  LANGUAGE: English


5/3,AB/30    (Item 30 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   106001327    CA: 106(1)1327f    JOURNAL
  Eukaryotic transient-expression system based on recombinant vaccinia
virus that synthesizes bacteriophage T7 RNA polymerase
   AUTHOR(S): Fuerst, Thomas R.; Niles, Edward G.; Studier, F. William;
Moss, Bernard
   LOCATION: Lab. Viral Dis., Natl. Inst. Allergy Infect. Dis., Bethesda, MD
, 20892, USA
   JOURNAL: Proc. Natl. Acad. Sci. U. S. A. DATE: 1986  VOLUME: 83
  NUMBER: 21  PAGES: 8122-6  CODEN: PNASA6  ISSN: 0027-8424  LANGUAGE:
English


5/3,AB/31    (Item 31 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   105056766    CA: 105(7)56766h    JOURNAL
  A second virus-encoded proteinase involved in proteolytic processing of
poliovirus polyprotein
   AUTHOR(S): Toyoda, Haruka; Nicklin, Martin J. H.; Murray, Michael G.;
Anderson, Carl W.; Dunn, John J.; Studier, F. William; Wimmer, Eckard
   LOCATION: Dep. Microbiol., State Univ. New York, Stony Brook, NY, 11794,
USA
   JOURNAL: Cell (Cambridge, Mass.) DATE: 1986  VOLUME: 45  NUMBER: 5
  PAGES: 761-70  CODEN: CELLB5  ISSN: 0092-8674  LANGUAGE: English

5/3,AB/32    (Item 32 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  105036800    CA: 105(5)36800m    JOURNAL
  Use of bacteriophage T7 RNA polymerase to direct selective high-level
expression of cloned genes
  AUTHOR(S): Studier, F. William; Moffatt, Barbara A.
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: J. Mol. Biol.  DATE: 1986  VOLUME: 189  NUMBER: 1  PAGES: 113-30
  CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


  5/3,AB/33    (Item 33 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  105019550    CA: 105(3)19550n    JOURNAL
  Synthesis of infectious poliovirus RNA by purified T7 RNA polymerase
  AUTHOR(S): Van der Werf, Sylvie; Bradley, Jonathan; Wimmer, Eckard;
Studier, F. William; Dunn, John J.
  LOCATION: Dep. Microbiol., State Univ. New York, Stony Brook, NY, 11794,
USA
  JOURNAL: Proc. Natl. Acad. Sci. U. S. A.  DATE: 1986  VOLUME: 83
  NUMBER: 8  PAGES: 2330-4  CODEN: PNASA6  ISSN: 0027-8424  LANGUAGE:
English


  5/3,AB/34    (Item 34 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  103101514    CA: 103(13)101514w    JOURNAL
  Bacteriophage T7 mRNAs
  AUTHOR(S): Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: Dev. Mol. Virol.  DATE: 1985  VOLUME: 7  NUMBER: Viral Messenger
RNA  PAGES: 51-62  CODEN: DMVIDD  ISSN: 0167-8256  LANGUAGE: English


  5/3,AB/35    (Item 35 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  103050270    CA: 103(7)50270d    JOURNAL