# EXHIBIT  A
## PART 4

Inhibition of the type I restriction-modification enzymes EcoB and EcoK by the gene 0.3 protein of bacteriophage T7
AUTHOR(S): Bandyopadhyay, Pradip K.; Studier, F. William; Hamilton, Daniel L.; Yuan, Robert
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: J. Mol. Biol. DATE: 1985 VOLUME: 182 NUMBER: 4 PAGES: 567-78
CODEN: JMOBAK ISSN: 0022-2836 LANGUAGE: English


5/3,AB/36    (Item 36 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

101018466    CA: 101(3)18466v    JOURNAL
Cloning and expression of the gene for bacteriophage T7 RNA polymerase
AUTHOR(S): Davanloo, Parichehre; Rosenberg, Alan H.; Dunn, John J.; Studier, F. William
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: Proc. Natl. Acad. Sci. U. S. A. DATE: 1984 VOLUME: 81
NUMBER: 7 PAGES: 2035-9 CODEN: PNASA6 ISSN: 0027-8424 LANGUAGE: English


5/3,AB/37    (Item 37 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

100169199    CA: 100(21)169199r    JOURNAL
Nucleotide sequence of the gene for bacteriophage T7 RNA polymerase
AUTHOR(S): Moffatt, Barbara A.; Dunn, John J.; Studier, F. William
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: J. Mol. Biol. DATE: 1984 VOLUME: 173 NUMBER: 2 PAGES: 265-9
CODEN: JMOBAK ISSN: 0022-2836 LANGUAGE: English


5/3,AB/38    (Item 38 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

100133369    CA: 100(17)133369g    JOURNAL
Organization and expression of bacteriophage T7 DNA
AUTHOR(S): Studier, F. William; Dunn, John J.
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: UCLA Symp. Mol. Cell. Biol., New Ser. DATE: 1983 VOLUME: 8
NUMBER: Gene Expression PAGES: 403-12 CODEN: USMBD6 LANGUAGE: English

```
  5/3,AB/39     (Item 39 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  99170470    CA: 99(21)170470q    JOURNAL
  Complete nucleotide sequence of bacteriophage T7 DNA and the locations of
T7 genetic elements
  AUTHOR(S): Dunn, John J.; Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: J. Mol. Biol.  DATE: 1983  VOLUME: 166  NUMBER: 4  PAGES:
477-535  CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


  5/3,AB/40     (Item 40 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  96175151    CA: 96(21)175151j    JOURNAL
  Genetic and physical mapping of the late region of bacteriophage T7 DNA
by use of cloned fragments of T7 DNA
  AUTHOR(S): Studier, F. William; Rosenberg, Alan H.
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: J. Mol. Biol.  DATE: 1981  VOLUME: 153  NUMBER: 3  PAGES: 503-25
  CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


  5/3,AB/41     (Item 41 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  96175150    CA: 96(21)175150h    JOURNAL
  Identification and mapping of five new genes in bacteriophage T7
  AUTHOR(S): Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: J. Mol. Biol.  DATE: 1981  VOLUME: 153  NUMBER: 3  PAGES:
493-502  CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


  5/3,AB/42     (Item 42 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  96175120    CA: 96(21)175120y    JOURNAL
  Utilization of bacteriophage T7 late promoters in recombinant plasmids
during infection
  AUTHOR(S): McAllister, William T.; Morris, Claire; Rosenberg, Alan H.;
Studier, F. William
```

LOCATION: Dep. Microbiol., Rutgers Med. Sch., Piscataway, NJ, 08854, USA
JOURNAL: J. Mol. Biol.  DATE: 1981  VOLUME: 153  NUMBER: 3  PAGES: 527-44
CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


 5/3,AB/43    (Item 43 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  95164059    CA: 95(19)164059p    JOURNAL
 Nucleotide sequence from the genetic left end of bacteriophage T7 DNA to
the beginning of gene 4
  AUTHOR(S): Dunn, John J.; Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: J. Mol. Biol.  DATE: 1981  VOLUME: 148  NUMBER: 4  PAGES: 303-30
  CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


 5/3,AB/44    (Item 44 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  94170107    CA: 94(21)170107y    JOURNAL
 Amino acid sequence of the gene 0.3 protein of bacteriophage T7 and
nucleotide sequence of its mRNA
  AUTHOR(S): Dunn, John J.; Elzinga, Marshall; Mark, Kai-Keung; Studier, F.
William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: J. Biol. Chem.  DATE: 1981  VOLUME: 256  NUMBER: 5  PAGES:
2579-85  CODEN: JBCHA3  ISSN: 0021-9258  LANGUAGE: English


 5/3,AB/45    (Item 45 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  94116748    CA: 94(15)116748v    JOURNAL
 Purification of the gene 0.3 protein of bacteriophage T7, an inhibitor of
the DNA restriction system of Escherichia coli
  AUTHOR(S): Mark, Kai-Keung; Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: J. Biol. Chem.  DATE: 1981  VOLUME: 256  NUMBER: 5  PAGES:
2573-8  CODEN: JBCHA3  ISSN: 0021-9258  LANGUAGE: English


 5/3,AB/46    (Item 46 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)

(c) 1996 American Chemical Society. All rts. reserv.

   93234998    CA: 93(25)234998d    CONFERENCE PROCEEDING
   The last of the T phages
   AUTHOR(S): Studier, F. William
   LOCATION: Dep. Biol., Brookhaven Natl. Lab., Long Island, NY, USA
   JOURNAL: Genes, Cells, Behav.:  View Biol. Fifty Years Later, 50th Anniv.
Symp.  EDITOR: Horowitz, Norman Harold (Ed), Hutchings, Edward, Jr (Ed),
 DATE: 1980  PAGES: 72-8  CODEN: 44PEAX  LANGUAGE: English  MEETING DATE:
78  PUBLISHER: Freeman,San Francisco, Calif


 5/3,AB/47    (Item 47 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   93217777    CA: 93(23)217777p    JOURNAL
   The transcription termination site at the end of the early region of
bacteriophage T7 DNA
   AUTHOR(S): Dunn, John J.; Studier, F. William
   LOCATION: Biol. Dep., Brookhaven, Natl. Lab., Upton, NY, 11973, USA
   JOURNAL: Nucleic Acids Res. DATE: 1980 VOLUME: 8 NUMBER: 10  PAGES:
2119-32 CODEN: NARHAD ISSN: 0305-1048 LANGUAGE: English


 5/3,AB/48    (Item 48 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   92107164    CA: 92(13)107164h    JOURNAL
   Genetic and physical mapping in the early region of bacteriophage T7 DNA
   AUTHOR(S): Studier, F. William; Rosenberg, Alan H.; Simon, Martha N.;
Dunn, John J.
   LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
   JOURNAL: J. Mol. Biol. DATE: 1979 VOLUME: 135 NUMBER: 4 PAGES: 917-37
   CODEN: JMOBAK ISSN: 0022-2836 LANGUAGE: English


 5/3,AB/49    (Item 49 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   92105981    CA: 92(13)105981y    JOURNAL
   Survey and mapping of restriction endonuclease cleavage sites in
bacteriophage T7 DNA
   AUTHOR(S): Rosenberg, Alan H.; Simon, Martha N.; Studier, F. William;
Roberts, Richard J.

ILL000484

LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
JOURNAL: J. Mol. Biol.  DATE: 1979  VOLUME: 135  NUMBER: 4  PAGES: 907-15
CODEN: JMOBAK  ISSN: 0022-2836  LANGUAGE: English


 5/3,AB/50    (Item 50 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  92090492   CA: 92(11)90492p   JOURNAL
  Processing of bacteriophage T7 RNAs by RNase III
  AUTHOR(S): Studier, F. William; Dunn, John J.; Buzash-Pollert, Elizabeth
  LOCATION: Dep. Biol., Brookhaven Natl. Lab., Upton, NY, USA
  JOURNAL: Miami Winter Symp.  DATE: 1979  VOLUME: 16  NUMBER: From Gene
Protein:  Inf. Transfer Norm. Abnorm. Cells  PAGES: 261-9  CODEN: MIWSAE
  ISSN: 0097-0808  LANGUAGE: English


 5/3,AB/51    (Item 51 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  91016389   CA: 91(3)16389y   JOURNAL
  Relationships among different strains of T7 and among T7-related
bacteriophages
  AUTHOR(S): Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, NY, 11973, USA
  JOURNAL: Virology  DATE: 1979  VOLUME: 95  NUMBER: 1  PAGES: 70-84
  CODEN: VIRLAX  ISSN: 0042-6822  LANGUAGE: English


 5/3,AB/52    (Item 52 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  89103544   CA: 89(13)103544x   JOURNAL
  Mutations of bacteriophage T7 that affect initiation of synthesis of the
gene 0.3 protein
  AUTHOR(S): Dunn, John J.; Buzash-Pollert, Elizabeth; Studier, F. William
  LOCATION: Dep. Biol., Brookhaven Natl. Lab., Upton, N. Y.
  JOURNAL: Proc. Natl. Acad. Sci. U. S. A.  DATE: 1978  VOLUME: 75
  NUMBER: 6  PAGES: 2741-5  CODEN: PNASA6  ISSN: 0027-8424  LANGUAGE:
English


 5/3,AB/53    (Item 53 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)

ILL000485

(c) 1996 American Chemical Society. All rts. reserv.

   89072885    CA: 89(9)72885c    JOURNAL
   Genetic recombination and complementation between bacteriophage T7 and
cloned fragments of T7 DNA
   AUTHOR(S): Campbell, Judith L.; Richardson, Charles C.; Studier, F.
William
   LOCATION: Dep. Biol. Chem., Harvard Med. Sch., Boston, Mass.
   JOURNAL: Proc. Natl. Acad. Sci. U. S. A. DATE: 1978 VOLUME: 75
   NUMBER: 5 PAGES: 2276-80 CODEN: PNASA6 ISSN: 0027-8424 LANGUAGE:
English


   5/3,AB/54    (Item 54 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   86135064    CA: 86(19)135064v    JOURNAL
   Analysis of restriction fragments of T7 DNA and determination of
molecular weights by electrophoresis in neutral and alkaline gels
   AUTHOR(S): McDonell, Michael W.; Simon, Martha N.; Studier, F. William
   LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
   JOURNAL: J. Mol. Biol. DATE: 1977 VOLUME: 110 NUMBER: 1 PAGES: 119-46
   CODEN: JMOBAK LANGUAGE: English


   5/3,AB/55    (Item 55 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   85074795    CA: 85(11)74795q    JOURNAL
   SAMase gene of bacteriophage T3 is responsible for overcoming host
restriction
   AUTHOR(S): Studier, F. William; Rao Movva, N.
   LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
   JOURNAL: J. Virol. DATE: 1976 VOLUME: 19 NUMBER: 1 PAGES: 136-45
   CODEN: JOVIAM LANGUAGE: English


   5/3,AB/56    (Item 56 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   85058142    CA: 85(9)58142u    JOURNAL
   Processing, transcription, and translation of bacteriophage T7 messenger
RNAs
   AUTHOR(S): Dunn, John J.; Studier, F. William

ILL000486

```
 LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
 JOURNAL: Brookhaven Symp. Biol.  DATE: 1975  VOLUME: 26  NUMBER: BNL
50427, Process. RNA  PAGES: 267-76  CODEN: BSBIAW  LANGUAGE: English
 MEETING DATE: 74


 5/3,AB/57    (Item 57 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

 84176350    CA: 84(25)176350n    JOURNAL
 Gene expression after bacteriophage T7 infection
 AUTHOR(S): Studier, F. William
 LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
 JOURNAL: Fed. Eur. Biochem. Soc. Meet., (Proc.)  DATE: 1975  VOLUME: 39
 NUMBER: Organ. Expression Viral Genome/Mol. Interact. Genet. Transl.
 PAGES: 45-53  CODEN: FEBPBY  LANGUAGE: English


 5/3,AB/58    (Item 58 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

 84100981    CA: 84(15)100981y    JOURNAL
 Effect of RNAase III cleavage on translation of bacteriophage T7
messenger RNAs
 AUTHOR(S): Dunn, John J.; Studier, F. William
 LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
 JOURNAL: J. Mol. Biol.  DATE: 1975  VOLUME: 99  NUMBER: 3  PAGES: 487-99
 CODEN: JMOBAK  LANGUAGE: English


 5/3,AB/59    (Item 59 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

 83203680    CA: 83(25)203680h    JOURNAL
 Genetic mapping of a mutation that causes ribonuclease III deficiency in
Escherichia coli
 AUTHOR(S): Studier, F. William
 LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
 JOURNAL: J. Bacteriol.  DATE: 1975  VOLUME: 124  NUMBER: 1  PAGES: 307-16
 CODEN: JOBAAY  LANGUAGE: English


 5/3,AB/60    (Item 60 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
```

ILL000487

(c) 1996 American Chemical Society. All rts. reserv.

83111065    CA: 83(13)111065h    JOURNAL
Role of bacteriophage T7 lysozyme during phage infection
AUTHOR(S): Silberstein, Samuel; Inouye, Masayori; Studier, F. William
LOCATION: Dep. Biochem., State Univ. New York, Stony Brook, N. Y.
JOURNAL: J. Mol. Biol.  DATE: 1975  VOLUME: 96  NUMBER: 1  PAGES: 1-11
CODEN: JMOBAK  LANGUAGE: English


5/3,AB/61    (Item 61 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

83040078    CA: 83(5)40078b    JOURNAL
Gene 0.3 of bacteriophage T7 acts to overcome the DNA restriction system
of the host
AUTHOR(S): Studier, F. William
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
JOURNAL: J. Mol. Biol.  DATE: 1975  VOLUME: 94  NUMBER: 2  PAGES: 283-95
CODEN: JMOBAK  LANGUAGE: English


5/3,AB/62    (Item 62 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

80130388    CA: 80(23)130388v    CONFERENCE PROCEEDING
T7 gene function required for shut-off of host and early T7 transcription
AUTHOR(S): Rothman-Denes, Lucia B.; Muthukrishnan, S.; Haselkorn, Robert;
Studier, F. William
LOCATION: Dep. Biophys., Univ. Chicago, Chicago, Ill.
JOURNAL: Virus Res., ICN-UCLA Symp. Mol. Biol., Proc., 2nd EDITOR: Fox,
C. Fred (Ed), DATE: 1973 PAGES: 227-39 CODEN: 28CEA8 LANGUAGE: English
MEETING DATE: 73  PUBLISHER: Academic,New York, N. Y


5/3,AB/63    (Item 63 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

79143713    CA: 79(25)143713b    JOURNAL
Analysis of bacteriophage T7 early RNA and proteins on slab gels
AUTHOR(S): Studier, F. William
LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
JOURNAL: J. Mol. Biol.  DATE: 1973  VOLUME: 79  NUMBER: 2  PAGES: 237-48
CODEN: JMOBAK  LANGUAGE: English

5/3,AB/64    (Item 64 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  79143596    CA: 79(25)143596r    JOURNAL
  Physical mapping of the early region of bacteriophage T7 DNA
  AUTHOR(S): Simon, Martha N.; Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
  JOURNAL: J. Mol. Biol.  DATE: 1973  VOLUME: 79  NUMBER: 2  PAGES: 249-65
  CODEN: JMOBAK  LANGUAGE: English


 5/3,AB/65    (Item 65 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  79014581    CA: 79(3)14581h    JOURNAL
  T7 early RNA are generated by site-specific cleavages
  AUTHOR(S): Dunn, John J.; Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
  JOURNAL: Proc. Nat. Acad. Sci. U. S. A.  DATE: 1973  VOLUME: 70  NUMBER:
5  PAGES: 1559-63  CODEN: PNASA6  LANGUAGE: English


 5/3,AB/66    (Item 66 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  77016469    CA: 77(3)16469k    JOURNAL
  Bacteriophage T7
  AUTHOR(S): Studier, F. William
  LOCATION: Biol. Dep., Brookhaven Natl. Lab., Upton, N. Y.
  JOURNAL: Science  DATE: 1972  VOLUME: 176  NUMBER: 4033  PAGES: 367-76
  CODEN: SCIEAS  LANGUAGE: English


 5/3,AB/67    (Item 67 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  72108198    CA: 72(21)108198w    JOURNAL
  Structural gene for a T7 endonuclease essential for phage DNA synthesis
  AUTHOR(S): Center, Melvin S.; Studier, F. William; Richardson, Charles C.
  LOCATION: Dep. of Biol. Chem., Harvard Med. Sch., Boston, Mass.
  JOURNAL: Proc. Nat. Acad. Sci. U. S.  DATE: 1970  VOLUME: 65  NUMBER: 1

PAGES: 242-8  CODEN: PNASA6  LANGUAGE: English


5/3,AB/68    (Item 68 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

72019392    CA: 72(5)19392n    JOURNAL
Integration of two sets of T7 mutants
AUTHOR(S): Studier, F. William; Hausmann, R.
LOCATION: Brookhaven Nat. Lab., Upton, N. Y.
JOURNAL: Virology DATE: 1969 VOLUME: 39 NUMBER: 3 PAGES: 587-8
CODEN: VIRLAX LANGUAGE: English


5/3,AB/69    (Item 69 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

72019391    CA: 72(5)19391m    JOURNAL
Genetics and physiology of bacteriophage T7
AUTHOR(S): Studier, F. William
LOCATION: Brookhaven Nat. Lab., Upton, N. Y.
JOURNAL: Virology DATE: 1969 VOLUME: 39 NUMBER: 3 PAGES: 562-74
CODEN: VIRLAX LANGUAGE: English


5/3,AB/70    (Item 70 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

72010130    CA: 72(3)10130t    JOURNAL
T7-directed protein synthesis
AUTHOR(S): Studier, F. William; Maizel, Jacob V., Jr.
LOCATION: Brookhaven Nat. Lab., Upton, N. Y.
JOURNAL: Virology DATE: 1969 VOLUME: 39 NUMBER: 3 PAGES: 575-86
CODEN: VIRLAX LANGUAGE: English


5/3,AB/71    (Item 71 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

71077332    CA: 71(17)77332h    JOURNAL
Intrinsic viscosity of native and single-stranded T7 DNA and its relation
to sedimentation coefficient
AUTHOR(S): Rosenberg, Alan H.; Studier, F. William

```
   LOCATION: Brookhaven Lab., Upton, N. Y.
   JOURNAL: Biopolymers  DATE: 1969  VOLUME: 7  NUMBER: 5  PAGES: 765-74
   CODEN: BIPMAA  LANGUAGE: English


  5/3,AB/72    (Item 72 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   71009605    CA: 71(3)9605z    JOURNAL
   Effects of the conformation of single-stranded DNA on renaturation and
aggregation
   AUTHOR(S): Studier, F. William
   LOCATION: Biol. Dep., Brookhaven Nat. Lab., Upton, N. Y.
   JOURNAL: J. Mol. Biol.  DATE: 1969  VOLUME: 41  NUMBER: 2  PAGES: 199-209
   CODEN: JMOBAK  LANGUAGE: English


  5/3,AB/73    (Item 73 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   71009604    CA: 71(3)9604y    JOURNAL
   Conformational changes of single-stranded DNA
   AUTHOR(S): Studier, F. William
   LOCATION: Biol. Dep., Brookhaven Nat. Lab., Upton, N. Y.
   JOURNAL: J. Mol. Biol.  DATE: 1969  VOLUME: 41  NUMBER: 2  PAGES: 189-97
   CODEN: JMOBAK  LANGUAGE: English
?e au=blocker, h


Ref    Items   Index-term
E1        1  *AU=BLOCKER, H
E2        1   AU=BLOCKER, H.
E3        1   AU=BLOCKER, H. DERRICK
E4       25   AU=BLOCKER, H.D.
E5        6   AU=BLOCKER, HELMUT
E6        1   AU=BLOCKER, JEAN
E7        2   AU=BLOCKER, MARK A.
E8        1   AU=BLOCKER, N.
E9        1   AU=BLOCKER, N. K.
E10       2   AU=BLOCKER, NED
E11       1   AU=BLOCKER, NORMAN K.
E12       1   AU=BLOCKER, R. E.


          Enter P or PAGE for more
   ?s e5
```

ILL000491

```
     S6        6  AU="BLOCKER, HELMUT"
?rd


>>>Duplicate detection is not supported for File 342.
>>>Duplicate detection is not supported for File 348.
>>>Duplicate detection is not supported for File 351.

>>>Records from unsupported files will be retained in the RD set.
...completed examining records
     S7        6  RD (unique items)
?t s7/3,ab/1-6

>>>No matching display code(s) found in file(s): 342, 399

 7/3,AB/1    (Item 1 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   114180519    CA: 114(19)180519e    JOURNAL
   Effect of a single 3'-methylene phosphonate linkage on the conformation
of an A-DNA octamer double helix
   AUTHOR(S): Heinemann, Udo; Rudolph, Lif Nicola; Alings, Claudia; Morr,
Michael; Heikens, Wiebke; Frank, Ronald; Blocker, Helmut
   LOCATION: Inst. Kristallogr., Freie Univ. Berlin, D-1000/33, Berlin, Fed.
Rep. Ger.
   JOURNAL: Nucleic Acids Res.  DATE: 1991  VOLUME: 19  NUMBER: 3  PAGES:
427-33  CODEN: NARHAD  ISSN: 0305-1048  LANGUAGE: English


 7/3,AB/2    (Item 2 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   113128538    CA: 113(15)128538a    JOURNAL
   Human leukocyte elastase inhibitors:  designed variants of human
pancreatic secretory trypsin inhibitor (hPSTI)
   AUTHOR(S): Collins, John; Szardenings, Michael; Maywald, Friedhelm;
Blocker, Helmut; Frank, Ronald; Hecht, Hans Juergen; Vasel, Birger;
Schomburg, Dietmar; Fink, Edwin; Fritz, Hans
   LOCATION: Ges. Biotechnol. Forsch. m.b.H., D-3300, Braunschweig, Fed.
Rep. Ger.
   JOURNAL: Biol. Chem. Hoppe-Seyler  DATE: 1990  VOLUME: 371  NUMBER:
Suppl.  PAGES: 29-36  CODEN: BCHSEI  ISSN: 0177-3593  LANGUAGE: English


 7/3,AB/3    (Item 3 from file: 399)
```

ILL000492

DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   112093220    CA: 112(11)93220r    PATENT
   Recombinant analogues of pancreatic secretory trypsin inhibitor for use
as pharmaceuticals
   INVENTOR(AUTHOR): Collins, John; Blocker, Helmut; Frank, Ronald; Maywald,
Friedhelm; Fritz, Hans; Bruns, Wolfgang
   LOCATION: Fed. Rep. Ger.
   ASSIGNEE: Bayer A.-G.
   PATENT: Britain UK Pat. Appl. ; GB 2199582 A1  DATE: 880713
   APPLICATION: GB 87204 (870107)
   PAGES: 74 pp.  CODEN: BAXXDU  LANGUAGE: English  CLASS: C07K-007/10A;
A61K-037/64B; C07H-021/04B; C12N-015/00B


   7/3,AB/4    (Item 4 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   110019969    CA: 110(3)19969j    JOURNAL
   Three-dimensional structure of d(GGGATCCC) in the crystalline state
   AUTHOR(S): Lauble, Hanspeter; Frank, Ronald; Blocker, Helmut; Heinemann,
Udo
   LOCATION: Inst. Kristallogr., Freie Univ. Berlin, D-1000/33, Berlin, Fed.
Rep. Ger.
   JOURNAL: Nucleic Acids Res.  DATE: 1988  VOLUME: 16  NUMBER: 16  PAGES:
7799-816  CODEN: NARHAD  ISSN: 0305-1048  LANGUAGE: English


   7/3,AB/5    (Item 5 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   108217064    CA: 108(25)217064g    JOURNAL
   Site-specific recombination in bacteriophage Mu:  characterization of
binding sites for the DNA invertase Gin
   AUTHOR(S): Mertens, Gabriele; Klippel, Anke; Fuss, Heidemarie; Blocker,
Helmut; Frank, Ronald; Kahmann, Regine
   LOCATION: Otto-Warburg-Lab., Max-Planck-Inst. Mol. Genet., D-1000/33,
Berlin, Fed. Rep. Ger.
   JOURNAL: EMBO J.  DATE: 1988  VOLUME: 7  NUMBER: 4  PAGES: 1219-27
   CODEN: EMJODG  ISSN: 0261-4189  LANGUAGE: English


   7/3,AB/6    (Item 6 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)

ILL000493

(c) 1996 American Chemical Society. All rts. reserv.

```
  100046333    CA: 100(7)46333x    PATENT
  Double stranded vector and a process involving this vector
  INVENTOR(AUTHOR): Blocker, Helmut; Frank, Ronald; Volckaert, Guido
  LOCATION: Fed. Rep. Ger.
  ASSIGNEE: Gesellschaft fuer Biotechnologische Forschung m.b.H.;
Universite Catholique de Louvain, Rega Institut
  PATENT: European Pat. Appl. ; EP 93948 A1  DATE: 831116
  APPLICATION: EP 83104087 (830426) *DE 3217239 (820507) *DE 3233689
(820910)
  PAGES: 25 pp.  CODEN: EPXXDW  LANGUAGE: German  CLASS: C12N-015/00;
C12P-019/34  DESIGNATED COUNTRIES: AT; BE; CH; DE; FR; GB; IT; LI; NL; SE
?e au=brenner, s
```

```
Ref    Items   Index-term
E1        2    AU=BRENNER, RUDOLFO R.
E2        1    AU=BRENNER, RUDOLFO ROBERTO
E3        0   *AU=BRENNER, S
E4      124    AU=BRENNER, S.
E5        1    AU=BRENNER, S. E.
E6        4    AU=BRENNER, S. L.
E7        1    AU=BRENNER, S. S
E8       65    AU=BRENNER, S. S.
E9        3    AU=BRENNER, S. SIDNEY
E10       2    AU=BRENNER, S.A.
E11       2    AU=BRENNER, S.C.
E12       1    AU=BRENNER, S.E.

            Enter P or PAGE for more
?p


Ref    Items   Index-term
E13       1    AU=BRENNER, S.H.
E14       1    AU=BRENNER, S.K.
E15      10    AU=BRENNER, S.L.
E16       1    AU=BRENNER, SARAH
E17       1    AU=BRENNER, SHELDON L.
E18       1    AU=BRENNER, SHELLEY L.
E19       1    AU=BRENNER, SHERYL A.
E20       7    AU=BRENNER, SHMUEL
E21       5    AU=BRENNER, SIDNEY S.
E22       2    AU=BRENNER, SIMON
E23       1    AU=BRENNER, STEPHEN
E24       1    AU=BRENNER, STEPHEN A.
```

ILL000494

```
          Enter P or PAGE for more
    ?s e21

        S8      5  AU="BRENNER, SIDNEY S."
    ?t s8/3,ab/1-5

    >>>No matching display code(s) found in file(s): 342, 399

     8/3,AB/1    (Item 1 from file: 399)
    DIALOG(R)File 399:CA SEARCH(R)
    (c) 1996 American Chemical Society. All rts. reserv.

      73133559    CA: 73(26)133559t    JOURNAL
      Construction and performance of an FIM(field ion microscope)-atom probe
      AUTHOR(S): Brenner, Sidney S.; McKinney, J. T.
      LOCATION: Res. Cent., U. S. Steel Corp., Monroeville, Pa.
      JOURNAL: Surface Sci.  DATE: 1970  VOLUME: 23  NUMBER: 1  PAGES: 88-111
      CODEN: SUSCAS  LANGUAGE: English


     8/3,AB/2    (Item 2 from file: 399)
    DIALOG(R)File 399:CA SEARCH(R)
    (c) 1996 American Chemical Society. All rts. reserv.

      73018771    CA: 73(4)18771u    JOURNAL
      FIM(field-ion image) atom probe analysis of individual image spots caused
    by gas adsorption
      AUTHOR(S): Brenner, Sidney S.; McKinney, J. T.
      LOCATION: Edgar C. Bain Lab. for Fundam. Res., U.S. Steel Corp. Res.
    Center, Monroeville, Pa.
      JOURNAL: Surface Sci.  DATE: 1970  VOLUME: 20  NUMBER: 2  PAGES: 411-16
      CODEN: SUSCAS  LANGUAGE: English


     8/3,AB/3    (Item 3 from file: 399)
    DIALOG(R)File 399:CA SEARCH(R)
    (c) 1996 American Chemical Society. All rts. reserv.

      70015053    CA: 70(4)15053p    JOURNAL
      Field ion microscopy study of the formation of oxide particles on
    tungsten
      AUTHOR(S): Brenner, Sidney S.; McVeagh, W. J.
      LOCATION: Edgar C. Bain Lab. for Fundam. Res., U. S. Steel Corp.,
    Monroeville, Pa.
      JOURNAL: J. Electrochem. Soc.  DATE: 1968  VOLUME: 115  NUMBER: 12
      PAGES: 1247-52  CODEN: JESOAN  LANGUAGE: English
```

```
  8/3,AB/4    (Item 4 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  67014451    CA: 67(4)14451t    CONFERENCE PROCEEDING
  Factors influencing the strength of whiskers
  AUTHOR(S): Brenner, Sidney S.
  LOCATION: U.S. Steel Corp. Res. Center, Monroeville, Pa.
  JOURNAL: Fiber Compos. Mater., Pap. Semin. DATE: 1965  PAGES: 11-36
  CODEN: 16HVAP  LANGUAGE: English  MEETING DATE: 64


  8/3,AB/5    (Item 5 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  66006225    CA: 66(2)6225m    JOURNAL
  Observation of vacancies in the field-ion microscope
  AUTHOR(S): Speicher, C. A.; Pimbley, Walter T.; Attardo, Michael J.;
Galligan, James M.; Brenner, Sidney S.             .
  LOCATION: Intern. Business Machines Systems Develop. Div., Endicott, N.
Y.
  JOURNAL: Phys. Lett. DATE: 1966  VOLUME: 23  NUMBER: 3  PAGES: 194-6
  CODEN: PHLTAM  LANGUAGE: English
?s (nucleic(w)acid? ?) (s) (sequencing) (s) (hybridization or hybridizing)

Processing
Processed  10 of  10 files ...
Completed processing all files
        548792  NUCLEIC
       4088835  ACID? ?
        80481  SEQUENCING
       212933  HYBRIDIZATION
         6642  HYBRIDIZING
     S9    324  (NUCLEIC(W)ACID? ?) (S) (SEQUENCING) (S) (HYBRIDIZATION
                OR HYBRIDIZING)
?rd

>>>Duplicate detection is not supported for File 342.
>>>Duplicate detection is not supported for File 348.
>>>Duplicate detection is not supported for File 351.

>>>Records from unsupported files will be retained in the RD set.
...examined 50 records  (50)
...examined 50 records  (100)
```

```
...examined 50 records  (150)
...examined 50 records  (200)
...examined 50 records  (250)
...examined 50 records  (300)
...completed examining records
    S10    200  RD (unique items)
?t s10/3,ab/1-200

>>>No matching display code(s) found in file(s): 342, 399

 10/3,AB/1    (Item 1 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.
```

12074940    BIOSIS Number: 98674940
  Chromophyte plastid 16S ribosomal RNA genes found in a clone library from Atlantic Ocean seawater

  Rappe M S; Kemp P F; Giovannoni S J
  Dep. Microbiol., Oregon State Univ., Corvallis, OR 97331, USA

  Journal of Phycology 31 (6). 1995. 979-988.
  Full Journal Title: Journal of Phycology
  ISSN: 0022-3646
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 101 Iss. 006 Ref. 075221

  In recent years, the cloning of ribosomal RNA genes from natural plankton communities has provided insight into the biodiversity of marine bacterioplankton. Small eukaryotic phyloplankton, like bacterioplankton, can be difficult to cultivate or identify routinely by morphological characteristics. We used bacteria-specific 16S rRNA primers to amplify genes from picoplankton samples collected on 0.2-mu-m filters by filtration from a depth of 10 m in the pelagic region over the continental shelf off Cape Hatteras, North Carolina. Nucleic acid sequencing and probe hybridization revealed that chromophyte plastid genes comprised 25% of the genes in a library of 170 clones. The plastid genes belonged to two groups within the Chromophyta: the Prymnesiophyceae and Bacillariophyceae. Comparisons revealed substantial diversity among the bacillariophyte gene sequences, but the species from which the genes originated could not be identified because few sequences from cultured bacillariophytes are available. The prymnesiophyte genes could not be identified either, although they were most similar (similarity = 0.94) to plastid genes from the coccolithophorid Emiliania huxleyi (Lohmann) Hay and Mohler strain PML92D. These results provide evidence of abundant chromophyte plastid 16S rRNA genes in the water over the continental shelf off Cape Hatteras. The results also suggest that plastid 16S rRNA genes may provide suitable genetic markers for studying phytoplankton biodiversity and biogeography.

ILL000497

10/3,AB/2    (Item 2 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

12027262    BIOSIS Number: 98627262
  Hybridization of DNA targets to glass-tethered oligonucleotide probes
  Beattie W G; Meng L; Turner S L; Varma R S; Dao D D; Beattie K L
  DNA Technol., Lab., Houston Advanced Res. Cent., 4800 Research Forest
Drive, The Woodlands, TX 77381, USA
  Molecular Biotechnology 4 (3). 1995.  213-225.
  Full Journal Title:  Molecular Biotechnology
  ISSN: 1073-6085
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 101 Iss. 004 Ref. 043007
  Hybridization of nucleic acids to surface-tethered oligonucleotide probes
has  numerous  potential  applications  in  genome mapping and DNA sequence
analysis.  In  this  article,  we  describe  a  simple standard protocol for
routine  preparation  of  terminal  amine-derivatized 9-mer oligonucleotide
arrays  on ordinary microscope slides and hybridization conditions with DNA
target  strands  of  up  to  several  hundred  bases  in length with good
discrimination  against  mismatches.  Additional linker arms separating the
glass  surface  from  the  probe  sequence are not necessary. The technique
described here offers a powerful tool for the detection of specific genetic
mutations.


10/3,AB/3    (Item 3 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11964594    BIOSIS Number: 98564594
  Molecular probes for diagnosis of fungal infections
  Sandhu G S; Kline B C; Stockman L; Roberts G D
  Dep. Biochem. Molecular Biol., Mayo Clin. Foundation, Rochester, MN
55905, USA
  Journal of Clinical Microbiology 33 (11). 1995.  2913-2919.
  Full Journal Title:  Journal of Clinical Microbiology
  ISSN: 0095-1137
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 101 Iss. 001 Ref. 007399
  We  have developed 21 specific nucleic acid probes which target the large
subunit   rRNA   genes  from  Aspergillus  flavus,  Aspergillus  fumigatus,
Aspergillus  glaucus,  Aspergillus  niger, Aspergillus terreus, Blastomyces
dermatitidis,  Candida  albicans,  Candida  (Torulopsis)  glabrata, Candida
guilliermondii,  Candida  kefyr, Candida krusei, Candida lusitaniae, Candida
parapsilosis,   Candida   tropicalis,  Coccidioides  immitis,  Cryptococcus
neoformans   var.   gattii,   Cryptococcus   neoformans   var.  neoformans,

ILL000498

Filobasidiella neoformans var. bacillispora, Filobasidiella neoformans var.
neoformans, Histoplasma capsulatum, Pseudallescheria boydii, and Sporothrix
schenckii.  A  section  of  the 28S rRNA gene from approximately 100 fungi,
representing  about  50  species  of  pathogens  and  commonly  encountered
saprophytes,    was    sequenced    to    develop  universal  PCR  primers  and
species-specific oligonucleotide probes.  Each step  in  the  process of
detection and identification was standardized to a common set of conditions
applicable  without  modification to all fungi of interest and all types of
clinical  specimens.  These  steps  consist  of  DNA  extraction by boiling
specimens  in an alkaline guanidine-phenol-Tris reagent, amplification of a
variable  region  of the 28S rRNA gene with universal primers, and amplicon
identification  by  probe  hybridization  or DNA sequencing performed under
conditions identical for all fungi. The results obtained by testing a panel
of  fungal  isolates  and  a  variety of clinical specimens indicate a high
level of specificity.


 10/3,AB/4     (Item 4 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11953829     BIOSIS Number: 98553829
 Occurrence of phytoplasmas in Hawaii
 Borth W B; Hu J S; Kirkpatrick B C; Gardner D E; German T L
 Dep. Plant Pathol., Univ. Hawaii, Manoa, HI 96822, USA
 Plant Disease 79 (11). 1995.  1094-1097.
 Full Journal Title:  Plant Disease
 ISSN: 0191-2917
 Language: ENGLISH
 Print Number: Biological Abstracts Vol. 100 Iss. 012 Ref. 190520
 Using  nucleic  acid  hybridization,  polymerase chain reaction (PCR), and
transmission  electron  microscopy  (TEM),  phytoplasmas  were  detected in
Dodonaea viscosa  afflicted  with  Dodonaca  yellows disease in Hawaii. In
hybridization  tests,  a  phytoplasma-specific  probe  for  conserved  16S
ribosomal RNA  genomic  sequences  of  phytoplasmas  was  used  to  detect
phytoplasmas  in  diseased  plants  from the field and greenhouse and a few
symptomless  plants  near  diseased  ones  in the field, but not in healthy
plants  raised  from seed in the greenhouse. PCR amplification and direct
sequencing  of the PCR products were used to show that the phytoplasma from
diseased  D.  viscosa  is  closely related to western X-disease phytoplasmas.
Pleomorphic  bodies  resembling  phytoplasmas were observed in diseased but
not  in  healthy  plants  using  TEM. These results, and the witches'-broom
symptoms  of  diseased D.  viscosa,  suggest  that  phytoplasmas  might  be
involved  in  the  etiology  of  this  disease in Hawaii. This is the first
report  demonstrating  the  presence of plant-pathogenic phytoplasmas in the
Hawaiian Islands.

10/3,AB/5    (Item 5 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11772624    BIOSIS Number: 98372624
  Expression of pit-1 messenger ribonucleic acid and protein in the human
placenta
  Bamberger A-M; Bamberger C M; Pu L-P; Puy L A; Loh Y P; Asa S L
  Dep. Pathol., Mount Sinai Hosp., 600 University Ave., Univ. Toronto,
Toronto, ON M5G 1X5, Canada
  Journal of Clinical Endocrinology & Metabolism 80 (7). 1995. 2021-2026.
  Full Journal Title:  Journal of Clinical Endocrinology & Metabolism
  ISSN: 0021-972X
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 100 Iss. 005 Ref. 064462
  It is  well established that the human placenta produces a wide range of
hormones  similar  to  those  secreted  by  the pituitary and hypothalamus.
However, the  physiological  role  and  regulation  of placental hormone
synthesis  and release are still largely unknown. GH (GH-N) is expressed in
the  pituitary,  where it requires the tissue-specific transcription factor
Pit-1.  Chorionic  somatomammotropin A  (CS-A)  and CS-B as well as the
placental  GH variant  (GH-V), which also belong to the GH gene family and
are located in the same chromosomal cluster, are expressed in the placental
syncytiotrophoblast.  The  presence  of Pit-1-binding sites in the CS-A and
GH-V promoter regions predicts that Pit-1 may be expressed in the placenta.
However,  this  has  not  yet  been  demonstrated. To examine possible
similarities  in  the  regulation  of these  genes  in  the  pituitary and
placenta,  we  studied  the  expression of pit-1 messenger ribonucleic acid
(mRNA)  in  the  human placenta, transformed human placental cells, and the
JEG-3  choriocarcinoma  cell  line. Polymerase chain reaction (PCR) products
of  the  expected  size  were  amplified  from  first  and  third trimester
placentas,  transformed  placental  cells,  and  JEG-3 complementary DNA by
reverse  transcription-PCR.  The  pit-1-specific  sequence was confirmed by
restriction  endonuclease  digestion,  Southern  hybridization,  and  DNA
sequencing.  Human  pituitary tissue was used as a positive control; no PCR
product  was  obtained  from hippocampus (negative control). In situ
hybridization  of  placental tissue sections revealed the presence of pit-1
mRNA  in  first  and third trimester syncytiotrophoblast. Pit-1 protein was
localized  by  immunohistochemistry with the same tissue distribution and a
nuclear  localization  pattern. These data demonstrate expression of pit-1
mRNA  and Pit-1 protein in the human placenta, thus questioning its role as
a  pituitary-specific  regulator of GH-N gene transcription. The expression
of  Pit-1  in  the  placenta,  together with  its  previously demonstrated
capability  to  bind  to  and  activate  the  CS-A  and the GH-V promoters,
suggests that it may play a role in the regulation of hormones belonging to
the GH gene family in both pituitary and placenta.

10/3,AB/6     (Item 6 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11681347     BIOSIS Number: 98281347
  Identification of cDNA clones encoding valosin-containing protein and
other plant membrane-associated proteins by a general immunoscreening
strategy
  Shi J; Dixon R A; Gonzales R A; Kjellbom P; Bhattacharyya M K
  Plant Biol., Samuel Roberts Noble Found., P.O. Box 2180, Ardmore, OK
73402, USA
  Proceedings of the National Academy of Sciences of the United States of
America 92 (10). 1995.  4457-4461.
  Full Journal Title:  Proceedings of the National Academy of Sciences of
the United States of America
  ISSN: 0027-8424
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 100 Iss. 001 Ref. 006185
  An  approach  was  developed  for  the  isolation and characterization of
soybean  plasma  membrane-associated  proteins by immunoscreening of a cDNA
expression  library.  An  antiserum  was  raised  against  purified  plasma
membrane   vesicles.   In  a  differential  screening  of  apprxeq 500,000
plaque-forming  units  with the anti-(plasma membrane) serum and DNA probes
derived  from  highly  abundant clones isolated in a preliminary screening,
261  clones  were  selected  from apprxeq 1,200 antiserum-positive plaques.
These  clones  were classified into 40 groups by hybridization analysis and
5'-  and  3'-terminal  sequencing.  By  searching  nucleic acid and protein
sequence  data  bases,  11  groups  of  cDNAs  were  identified, among which
valosin-containing  protein  (VCP),  clathrin heavy chain, phospholipase C,
and  S-adenosylmethionine:DELTA-24-sterol-C-methyltransferase  have  not to
date  been  cloned  from plants. The remaining 29 groups did not match any
current  data  base entries and may, therefore, represent additional or yet
uncharacterized  genes.  A  full-length  cDNA  encoding the soybean VCP was
sequenced.  The  high  level of amino acid identity with vertebrate VCP and
yeast  CDC48  protein indicates that the soybean protein is a plant homolog
of vertebrate VCP and yeast CDC48 protein.


 10/3,AB/7     (Item 7 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11680864     BIOSIS Number: 98280864
  Advances in Genosensor Research
  Beattie K L; Beattie W G; Meng L; Turner S L; Coral-Vazquez R; Smith D D;

McIntyre P M; Dao D D
   DNA Technol. Lab., Houston Advanced Res. Cent., 4800 Res. Forest Dr.,
Woodlands, TX 77381, USA
   Clinical Chemistry 41 (5). 1995.  700-706.
   Full Journal Title:  Clinical Chemistry
   ISSN: 0009-9147
   Language: ENGLISH
   Print Number: Biological Abstracts Vol. 100 Iss. 001 Ref. 005702
   Microfabricated  devices  containing arrays of nucleic acid hybridization
sites,  known  as genosensors, are being developed for a variety of uses in
genomic analysis. A great deal of the overall genosensor development effort
involves  optimization  of  experimental  conditions  in  the actual use of
genosensors.  Here  we  describe a "lowtech" form of genosensor technology,
involving  arrays of oligonucleotides on glass microscope slides, which can
be  used to define optimal operating conditions and to develop applications
of  hybridization  arrays in genome mapping and sequencing. In addition, we
describe   a  porous  silicon  genosensor,  which  can  be  operated  in  a
flowthrough  mode,  and  discuss  its  advantages over current flat-surface
designs.  Porous  silicon  genosensors  containing  arrays of DNA fragments
offer several unique capabilities in genome analysis.


 10/3,AB/8    (Item 8 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11620425    BIOSIS Number: 98220425
   Alternatively processed isoforms of cellular nucleic acid-binding protein
interact with a suppressor region of the human beta-myosin heavy chain gene
   Flink I L; Morkin E
   1501 N. Campbell, Tucson, AZ 85724, USA
   Journal of Biological Chemistry 270 (12). 1995.  6959-6965.
   Full Journal Title:  Journal of Biological Chemistry
   ISSN: 0021-9258
   Language: ENGLISH
   Print Number: Biological Abstracts Vol. 099 Iss. 010 Ref. 142601
   Analysis of  a  series  of  human  beta-myosin heavy chain (MHC) constructs
with progressive deletions in the 5'-flanking region has localized a strong
positive  element  at  positions  -298/-277 with a repressor region located
immediately  upstream  at -332/-300 (Flink, 1. L., Edwards, J. G., Bahl, J.
J.,  Liew,  C.-C.,  Sole,  M.,  and Morkin, E. (1992) J. Biol. Chem. 267,
9917-9924).  A  49-base pair restriction fragment containing the suppressor
element  was used to screen a cardiac expression library. The 0.65-kilobase
pair  cDNA identified by this procedure was similar in sequence, except for
the  absence  of  a  21-base  pair  region  encoding  seven amino acids, to
cellular   nucleic   acid-binding  protein  (CNBP),  a  19-kDa  zinc  finger
DNA-binding  protein  isolated earlier from liver, which may be involved in

ILL000502

negative regulation of cholesterol biosynthesis (Pajavashisth, T. B., Taylor, A. K., Andalibi, A., Svenson, K. L., and Lusis, A. J. (1989) Science 245, 640-643). An additional clone identical to the one originally found in liver, referred to as CNBP-alpha, was isolated from the cardiac library by hybridization screening. Gel mobility shift analysis indicated that CNBP-alpha and CNBP-beta isoforms preferentially interact with single-stranded DNA corresponding to the proximal and distal regions of the suppressor. When cotransfected with a beta-MHC reporter construct, CNBP-alpha repressed activity in a dosage-dependent manner, whereas repression was not observed with the shorter construct (CNBP-beta). Cotransfection of a combination of CNBP-alpha and CNBP-beta repressed reporter activity to an extent similar to cotransfection with CNBP-alpha alone, suggesting that CNBP-beta is not translationally active under these conditions. The results of RNase protection assays and genomic sequencing indicated that the alpha and beta isoforms are formed by alternative use of 5' donor sites within a single exon. These results suggest that CNBP isoforms may modulate the activity of the beta-MHC gene by interaction with a repressor region.

10/3,AB/9    (Item 9 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11486069    BIOSIS Number: 98086069
  Detection of verotoxigenic Escherichia coli in bull semen using the polymerase chain reaction
  Gradil C; Sampath M; Eaglesome M D
  Animal Diseases Res. Inst., Agric. Canada, 3851 Fallowfield Rd., PO Box 11300, Station H, Nepean, ON K2H 8P9, Canada
  Veterinary Microbiology 42 (2-3). 1994. 239-244.
  Full Journal Title:  Veterinary Microbiology
  ISSN: 0378-1135
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 099 Iss. 004 Ref. 056479
  Oligonucleotide primers used in a polymerase chain reaction (PCR) protocol detected the verotoxin 2 (VT2) gene in E. coli present in experimentally contaminated bull semen. The VT2 (Shiga-like toxin II (SLT-II)) primers targeted a 346-bp fragment of the gene coding for the A subunit of the toxin. PCR products, corresponding to the VT2 gene sequence, were amplified from template E. coli nucleic acid extracted from 18-h broth culture and from E. coli in contaminated semen in the undiluted state, diluted in egg yolk-Tris and diluted in milk. The sensitivity of the assay to detect E. coli was determined to be 1 pg of nucleic acid, and as few as 10-20 E. coli organisms/ml could be detected in raw and diluted semen. Preliminary confirmation of the PCR product was accomplished by slot blot hybridization to a radiolabeled specific oligoprobe. Sequencing of the PCR

ILL000503

products identifying VT2 gene sequence revealed 99.7% homology with published gene sequences for VT2. This study demonstrates the feasibility of applying PCR technology for the detection of E. coli in bovine semen. This technique may find wide application for the detection of other pathogens that may be present in semen.

10/3,AB/10    (Item 10 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11477448    BIOSIS Number: 98077448
  Analysis of cDNA sequences from mouse testis
  Kerr S M; Vambrie S; McKay S J; Cooke H J
  Med. Research Council Human Genetics Unit, Western General Hosp., Crewe Road, Edinburgh EH4 2XU, UK
  Mammalian Genome 5 (9). 1994.  557-565.
  Full Journal Title:  Mammalian Genome
  ISSN: 0938-8990
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 099 Iss. 004 Ref. 047858
  Few mammalian proteins involved in chromosome structure and function during meiosis have been characterized. As an approach to identify such proteins, cDNA clones expressed in mouse testis were analyzed by sequencing and Northern blotting. Various cDNA library screening methods were used to obtain the clones. First, hybridization with cDNA from testis or brain allowed selection of either negative or differentially expressed plaques. Second, positive plaques were identified by screening with polyclonal antisera to prepubertal testis nuclear proteins. Most clones were selected by negative hybridization to correspond to a low abundance class of mRNAs. A PCR-based solid-phase DNA sequencing protocol was used to rapidly obtain 306 single-pass cDNA sequences totaling more than 104 kb. Comparison with nucleic acid and protein databases showed that 56% of the clones have no significant match to any previously identified sequence. Northern blots indicate that many of these novel clones are testis-enriched in their expression. Further evidence that the screening strategies were appropriate is that a high proportion of the clones which do have a match encode testis-enriched or meiosis-specific genes, including the mouse homolog of a rat gene that encodes a synaptonemal complex protein.

10/3,AB/11    (Item 11 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11430136    BIOSIS Number: 98030136
  Characterization of marine prokaryotic communities via DNA and RNA

ILL000504

Fuhrman J A; Lee S H; Masuchi Y; Davis A A; Wilcox R M
Dep. Biol. Sci., Univ. Southern Calif., Los Angeles, CA 90089-0371, USA
Microbial Ecology 28 (2). 1994. 133-145.
Full Journal Title: Microbial Ecology
ISSN: 0095-3628
Language: ENGLISH
Print Number: Biological Abstracts Vol. 099 Iss. 002 Ref. 014680
We know very little about species distributions in prokaryotic marine
plankton. Such information is very interesting in its own right, and
ignorance of it is also beginning to hamper process studies, such as those
on viral infection. New DNA- and RNA-based approaches avoid many prior
limitations. Here we discuss four such applications: (1) cloning and
sequencing of 16S rRNA genes to produce lists of what types of organisms
are present; (2) quantification of these individual types in marine samples
by nucleic acid hybridization, including single cell fluorescence, (3)
quantitative comparison by DNA-DNA hybridization of entire microbial
communities in terms of shared common types, without knowledge of community
components; and (4) finding cultures that are representative of native
communities. Several previously uncharacterized types of bacteria and
archaea (probably including novel phyla) are present in marine plankton.
Evidence from both the Atlantic and Pacific suggests that as-of-yet
uncultivated archaea may dominate the deep sea, and thus may be the most
abundant group of organisms on Earth. Such archaea are in surface waters as
well, and can be visualized with fluorescent probes and enriched at room
temperature with addition of organic nutrients. Community hybridization
shows that variability of microbial community compositions in time and
space is high. Although most native bacteria do not grow in culture, some
proteobacterial cultures appear by genomic hybridization to be
representative of certain communities. These and other results indicate the
utility of DNA- and RNA-based methods.


10/3,AB/12    (Item 12 from file: 55)
DIALOG(R)File 55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11400311    BIOSIS Number: 98000311
Proposal of minimal standards for describing new species of the family
Campylobacteriaceae
Ursing J B; Lior H; Owen R J
Dep. Med. Microbiol., Univ. Lund, Malmo General Hosp., S-21401 Malmo,
Sweden
International Journal of Systematic Bacteriology 44 (4). 1994. 842-845.
Full Journal Title: International Journal of Systematic Bacteriology
ISSN: 0020-7713
Language: ENGLISH
Print Number: Biological Abstracts Vol. 099 Iss. 001 Ref. 000311

The International Committee on Systematic Bacteriology Subcommittee on the Taxonomy of Campylobacter and Related Bacteria has agreed in principle on minimum requirements for the description of new species of the family Campylobacteraceae. These requirements, as well as methods for determining specific characteristics, are proposed as minimal standards for the description of new species. In addition to specified phenotypic characteristics, molecular data are required. The placement of a new species should be consistent with the current view on classification usually based on methods such as nucleic acid sequencing, hybridization, or protein fingerprinting.


 10/3,AB/13     (Item 13 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11295908     BIOSIS Number: 97495908
  Assignment of human xanthine dehydrogenase gene to chromosome 2p22
  Xu P; Zhu X L; Huecksteadt T P; Brothman A R; Hoidal J R
  Wintrobe Build., Room 743A, Univ. Utah Med. Cent., 50 N. Medical Dr.,
Salt Lake City, UT 84132, USA
  Genomics 23 (1). 1994. 289-291.
  Full Journal Title: Genomics
  ISSN: 0888-7543
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 098 Iss. 010 Ref. 131647
  Xanthine dehydrogenase (XDH, EC 1.1.1.204) oxidizes a variety of purines, pterins, and other heterogenic nitrogen compounds, serving as a rate-limiting enzyme in nucleic acid degradation. The genetic defect of XDH results in hereditary xanthinuria and other disorders in purine metabolism. Based on the cloning and sequencing results of human XDH cDNA in our laboratory, we studied the localization and sublocalization of the XDH gene. A Version 3.0 human-hamster somatic cell hybrid PCRable DNA panel and specific PCR primers derived from human XDH cDNA for amplification were used to assign the XDH gene to human chromosome 2. The fidelity of the PCR product was confirmed by nucleotide sequencing the PCR product. The assignment of the XDH gene to chromosome 2 at band p22 was established by fluorescence in situ hybridization on human metaphase chromosomes using a clone from a pWE 15 cosmid library containing the XDH gene. The results should be useful for further studies of the molecular basis for hereditary xanthinuria and other genetic disorders related to abnormal XDH activity.


 10/3,AB/14     (Item 14 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11213421     BIOSIS Number: 97413421
  A fluorometric assay for DNA cleavage reactions characterized with BamHI restriction endonuclease
  Lee S P; Porter D; Chirikjian J G; Knutson J R; Han M K
  Dep. Biochem., Geogetown Univ. Med. Cent., Washington, DC 20007, USA
  Analytical Biochemistry 220 (2). 1994. 377-384.
  Full Journal Title: Analytical Biochemistry
  ISSN: 0003-2697
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 098 Iss. 007 Ref. 084233
  Fluorescently labeled oligonucleotides and DNA fragments have promise in nucleic acid research with applications that include DNA hybridization, automated DNA sequencing, fluorescence anisotropy, and resonance energy transfer studies. Past concerns with fluorescent-labeled DNA arose from interactions between fluorophores and DNA that result in quenched fluorescence. This quenching phenomenon is most problematic in fluorescence resonance energy transfer studies because quenching of the donor fluorescence could result from either resonance energy transfer or nontransfer effects. In the present study, relief of nontransfer quenching of a 14-mer fluorescein 5-isothiocyanate (FITC)-labeled oligonucleotide containing the BamHI restriction site was characterized with both steady-state and time-resolved fluorescence techniques. The FITC-labeled single strand was beat fit by a triexponential decay with lifetimes of 0.5, 2.7, and 4.2 us. The 4.2-ns component was found to contribute more than 80% of the total steady-state intensity. Upon annealing with an unmodified complementary strand, the contribution from the 4.2-ns component was significantly decreased, resulting in twofold quenching of total fluorescence. We reasoned that this quenching phenomenon should be a reversible process and could be employed to study strand separation processes in molecular biology. Hence, cleavage of the fluorescently labeled substrate was examined using DNase I and BamHI restriction endonuclease. Our results show that the quenched fluorescence is totally recovered upon cleavage (compared to that of the single strand). The extent of cleavage measured by fluorescence was confirmed by nondenaturing polyacrylamide gel electrophoresis analysis. We believe this fluorescence "dequenching" technique may be used to quantify the kinetics of other DNA strand separation and cleavage processes in molecular biology.


 10/3,AB/15    (Item 15 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11198570     BIOSIS Number: 97398570
  Direct detection of nucleic acid hybridization on the surface of a charge coupled device
  Lamture J B; Beattie K L; Burke B E; Eggers M D; Ehrlich D J; Fowler R;

Hollis M A; Kosicki B B; Reich R K; et al
  Inq.; Michael E. Hogan, Cent. Biotechnol., Baylor Coll. Med., 4000 Res.
Forest Drive, Woodlands, TX 77381, USA
  Nucleic Acids Research 22 (11). 1994. 2121-2125.
  Full Journal Title: Nucleic Acids Research
  ISSN: 0305-1048
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 098 Iss. 006 Ref. 069382
  A method is described for the detection of DNA hybrids formed on a solid
support, based upon the pairing of oligonucleotide chemistry and the
technologies of electronic microdevice design. Surface matrices have been
created in which oligonucleotide probes are covalently linked to a thin
SiO-2 film. 32P labeled target nucleic acid is then hybridized to this
probe matrix under conditions of high stringency. The salient feature of
the method is that to achieve the highest possible collection efficiency,
the hybridization matrix is placed directly on the surface of a charge
coupled device (CCD), which is used to detect 32P decay from hybridized
target molecules (1, Eggers, M.D., Hogan, M.E., Reich, R.K., Lamture, J.B.,
Beattie, K.L., Hollis, M.A., Ehrilich, D.J., Kosicki, B.B., Shumaker, J.M.,
Varma, R.S., Burke, B.E., Murphy, A., and Rathman, D.D., (1993), Advances
in DNA Sequencing Technology, Proc. SPIE, 1891, 13-26). Two implementations
of the technology have been employed. The first involves direct attachment
of the matrix to the surface of a CCD. The second involves attachment of
the matrix to a disposible SiO-2 coated chip, which is then placed face to
face upon the CCD surface. As can be predicted from this favorable
collection geometry and the known characteristics of a CCD, it is found
that as measured by the time required to obtain equivalent signal to noise
ratios, 32P detection speed by the direct CCD approach is at least 10 fold
greater than can be obtained with a commercial gas phase array detector,
and at least 100 fold greater than when X-ray film is used for 32P
detection. Thus, it is shown that excellent quality hybridization signals
can be obtained from a standard hybridization reaction, after only 1 second
of CCD data acquisition.


 10/3,AB/16    (Item 16 from file: 55)
DIALOG(R)File 55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11198324    BIOSIS Number: 97398324
  Phylogenetic Relationships between Some Members of the Genera Neisseria,
Acinetobacter, Moraxella, and Kingella Based on Partial 16S Ribosomal DNA
Sequence Analysis
  Enright M C; Carter P E; MacLean I A; McKenzie H
  Dep. Med. Microbiol., Fac. Med., Univ. Aberdeen, Foresterhill, Aberdeen
AB9 2ZD, SCO
  International Journal of Systematic Bacteriology 44 (3). 1994. 387-391.

ILL000508

Full Journal Title: International Journal of Systematic Bacteriology
ISSN: 0020-7713
Language: ENGLISH
Print Number: Biological Abstracts Vol. 098 Iss. 006 Ref. 069136
We obtained 16S ribosomal DNA (rDNA) sequence data for strains belonging
to 11 species of Proteobacteria, including the type strains of Kingella
kingae, Neisseria lactamica, Neisseria meningitidis, Morarella lacunata
subsp. lacunata, (Neisseria) ovis, Moraxella catarrhalis, Moraxella
osloensis, (Moraxella) phenylpyruvica, and Acinetobacter lwoffii, as well
as strains of Neisseria subflava and Acinetobacter calcoaceticus. The data
in a distance matrix constructed by comparing the sequences supported the
proposal that the genera Acinetobacter and Morarella and (N.) ovis should
be excluded from the family Neisseriaceae. Our results are consistent with
hybridization data which suggest that these excluded taxa should be part of
a new family, the Moraxellaceae. The strains that we studied can be divided
into the following five groups: (i) M. lacunata subsp. lacunata, (N.) ovis,
and M. catarrhalis; (ii) M. osloensis; (iii) (M.) phenylpyruvica; (iv) A.
calcoaceticus and A. lwoffii; and (v) N. meningitidis, N. subflava, N.
lactamica, and K. kingae. We agree with the previous proposal that (N.)
ovis should be renamed Moraxella ovis, as this organism is closely related
to Moraxella species and not to Neisseria species. The generically misnamed
taxon (M.) phenylpyruvica belongs to the proposed family Morarellaceae, but
it is sufficiently different to warrant exclusion from the genus Moraxella.
Further work needs to be done to investigate genetically similar species,
such as Psychrobacter immobilis, before the true generic position of this
organism can be determined. Automated 16S rDNA sequencing with the PCR
allows workers to accurately determine phylogenetic relationships between
groups of organisms. This method is quicker and less complex than nucleic
acid hybridization, produces similar results, and has the advantage that
16S rDNA sequence information for different species can be directly
compared.


10/3,AB/17    (Item 17 from file: 55)
DIALOG(R)File 55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11180184    BIOSIS Number: 97380184
Nucleotide sequence of the origin Brazilian isolate of coleus yellow
viroid from Solenostemon scutellarioides and infectivity of its
complementary DNA
Fonseca M E D N; Marcellino L H; Kitajima E W; Boiteux L S
Lab. Biologia Molecular, Centro Nac. Pesquisa Recursos Geneticos
Biotecnologia, EMBRAPA, C.P. 0272, 70849-970 Brasilia, BRZ
Journal of General Virology 75 (6). 1994. 1447-1449.
Full Journal Title: Journal of General Virology
ISSN: 0022-1317

ILL000509

Language: ENGLISH
Print Number: Biological Abstracts Vol. 098 Iss. 005 Ref. 068673
The complete nucleotide (nt) sequence of the original coleus yellow
viroid (CYVd) from Solenostemon scutellarioides. 'Golden Bedder', has been
determined.   The covalently closed single-stranded CYVd RNA molecule
consists of 248 nt residues which assumes a rod-like secondary structure
when folded in the model of lowest free energy. The sequence was determined
by direct sequencing of RNA and from three overlapping cDNA clones.
Comparison of the CYVd sequence with that of Coleus blumei viroid 1 (CbVd
1) from Germany demonstrated that they are closely related. The differences
observed in the genome organization of CYVd relative to CbVd 1 were at
three sites: position 25 (one U deletion), position 26 (a U was replaced by
an A) and position 241 (one A insertion). The first two mutations were
detected in one A-rich segment of eight nt (between positions 25 and 34).
Northern blot hybridization of partially purified nucleic acids from the
leaf tissue of S. scutellarioides 'Frilled Fantasy', inoculated with
doublestranded cDNA, demonstrated that this fragment was infectious. These
data enable CYVd to be assigned to the viroid class of plant pathogens,
based on its biological properties and molecular structure. This work also
gives additional support to the present classification system. in which the
viroids isolated from S. scutellarioides form a distinct subgroup.


 10/3,AB/18     (Item 18 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.


11180152     BIOSIS Number: 97380152
 Analysis of capsid protein gene variation among divergent isolates of
feline calicivirus
  Seal B S
  Southeast Poultry Res. Lab., Agric. Res. Service, U.S. Dep Agric., P.O.
Box 5657, Athens, GA 30604, USA
  Virus Research 33 (1). 1994. 39-53.
  Full Journal Title:  Virus Research
  ISSN: 0168-1702
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 098 Iss. 005 Ref. 068641
 Genomic variability within the capsid protein gene of feline calicivirus
(FCV) was evaluated among different isolates using hybridization analysis
and enzymatic viral nucleic acid amplification. Total infected cell RNA was
first hybridized with cDNA clones generated to the capsid gene of the FCV
isolates CFI/68, 255, LLK, NADC and KCD. Field isolates of FCV were
categorized by hybridization with capsid gene cDNA from the reference
strains. Isolates that did not hybridize were positive by Western blot
using a cross-reactive cat polyclonal FCV CFI/68 capsid protein antiserum.
Using previously published sequence information, oligonucleotide primers

were generated based on conserved sequences surrounding the hypervariable
capsid protein gene regions. Analysis of the FCV capsid protein gene
hypervariable regions was completed by sequencing products of FCV nucleic
acid amplified by reverse transcription and polymerase chain reaction. From
these data, amino acid substitutions in the hypervariable regions of the
capsid protein were identified for those isolates that did not hybridize
with the original cDNA clones. An association between phylogenetic
relationships and serum neutralization was established among FCV isolates
examined.

10/3,AB/19    (Item 19 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11172143    BIOSIS Number: 97372143
  Cloning and expression of human CTLA-4 cDNA in murine L cell
  Chung Y-H; Jang K-D; Park C-H; Kim J-M; Cho Y-J
  Dep. Microbiology, Hanyang Univ., Coll. Med., Seoul, KOR
  Journal of the Korean Society for Microbiology 29 (2). 1994. 205-215.
  Full Journal Title: Journal of the Korean Society for Microbiology
  ISSN: 0253-3162
  Language: KOREAN
  Print Number: Biological Abstracts Vol. 098 Iss. 005 Ref. 060632
  When T cell activated a number of new antigens are induced transiently on
it's surface. A T cell activation antigen CTLA-4 is homologous to CD28 with
28% amino acid and 67% of nucleic acid homology in the protein coding
region. CTLA-4 was originally identified by the differential screening
following subtractive hybridization of murine cytotoxic T cell cDNA library
and mapped to the same location on chromosome 2 in human and chromosome 1
in mouse where CD28 located. These findings and activation associated
expression pattern of CTLA-4 raise question about functional role of this
molecule in T cell activation. In this study human CTLA-4 cDNA was
amplified from phytohemagglutinin(PHA)-stimulated human peripheral blood
lymphocytes mRNA by using reverse transcription-polymerase chain reaction
(RT-PCR) method. By using this RT-PCR technique we, could amplify target
cDNA from source mRNA in a single tube in only 3-4 hours. And amplified
human CTLA-4 cDNA was subsequently cloned into pRC/CMV vector. In double
stranded DNA sequencing the 49th and 331 st base of protein coding region
have been changed from adenine to guanine and from guanine to adenine
respectively. The changes in these two bases substituted the 17th and 111th
amino acid of human CTLA-4 from threonine to alanine and alanine to
threonine. Murine L cell transfected with this clone expressed 36kD
protein. It appears that this difference of molecular weight between native
(34kD) and recombinant (36kD) human CTLA-4 molecule may due to the
variation of glycosylation.

10/3,AB/20    (Item 20 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11160009    BIOSIS Number: 97360009
  Kinesin mRNA is present in the squid giant axon
  Gioio A E; Chun J-T; Crispino M; Capano C P; Giuditta A; Kaplan B B
  Western Psychiatric Inst. and Clinic, Univ. Pittsburgh Sch. Med., 3811
O'Hara St., Pittsburgh, PA 15213, USA
  Journal of Neurochemistry 63 (1). 1994.  13-18.
  Full Journal Title:  Journal of Neurochemistry
  ISSN: 0022-3042
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 098 Iss. 004 Ref. 048498
  Recently, we reported the construction of a cDNA library encoding a
heterogeneous population of polyadenylated mRNAs present in the squid giant
axon.  The nucleic acid sequencing of several randomly selected clones led
to the identification of cDNAs encoding beta-actin and beta-tubulin, two
relatively abundant axonal mRNA species. To continue characterization of
this unique mRNA population, the axonal cDNA library was screened with a
cDNA probe encoding the carboxy terminus of the squid kinesin heavy chain.
The sequencing of several positive clones unambiguously identified axonal
kinesin cDNA clones. The axonal localization of kinesin mRNA was
subsequently verified by in situ hybridization histochemistry. In addition,
the presence of kinesin RNA sequences in the axoplasmic polyribosome
fraction was demonstrated using PCR methodology. In contrast to these
findings, mRNA encoding the squid sodium channel was not detected in
axoplasmic RNA, although these sequences were relatively abundant in the
giant fiber lobe. Taken together, these findings demonstrate that kinesin
mRNA is a component of a select group of mRNAs present in the squid giant
axon, and suggest that kinesin may be synthesized locally in this model
invertebrate motor neuron.


10/3,AB/21    (Item 21 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11158463    BIOSIS Number: 97358463
  Sequence analysis of the trailer region of sonchus yellow net virus
genomic RNA
  Choi T-J; Wagner J D; Jackson A O
  Dep. Plant Biol., Univ. California, Berkeley, CA 94720, USA
  Virology 202 (1). 1994.  33-40.
  Full Journal Title:  Virology
  ISSN: 0042-6822

ILL000512

Language: ENGLISH
Print Number: Biological Abstracts Vol. 098 Iss. 004 Ref. 046952
The sequence of the 5' terminus (or the "trailer" region) of the minus-sense RNA genome of sonchus yellow net virus (SYNV) was determined by dideoxynucleotide termination sequencing of purified viral RNA and cloned cDNAs. The 5'-terminal nucleotide was identified by nuclease P1 digestion of 32P-end-labeled genomic RNA followed by polyethyleneimine cellulose chromatography. The trailer sequence occupies positions 13,561 to 13,720 relative to the 3' end of the genomic RNA and is composed of 160 nucleotides (nt) adjacent to a dinucleotide forming a portion of the "gene junction" sequence at the terminus of the L protein gene. The trailer sequence is longer than the 144-nt plus-strand leader RNA transcribed from the 3' end of the genomic RNA and is the longest trailer sequence yet reported among the nonsegmented negative strand viruses. As is characteristic of other rhabdovirus genomes, the 3' and 5' termini of the SYNV genome are complementary and are capable of forming a panhandle structure involving 16 of the 18 terminal nucleotides. However, there is no obvious direct nucleotide sequence relatedness between the SYNV trailer sequence and those of animal rhabdoviruses and paramyxoviruses. The existence of a minus-strand leader RNA of thede same polarity as the trailer sequence could not be detected in nucleic acid extracted from infected plants under hybridization conditions suitable for detection of the plus-strand leader RNA. In this regard, SYNV differs from vesicular stomatitis virus and is similar ti iothr rhabdoviruses which also fail to accumulate detectable minus-strand leader RNAs.


10/3,AB/22    (Item 22 from file: 55)
DIALOG(R)File 55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11136257    BIOSIS Number: 97336257
  Biotechnology and the development of diagnostic tests in veterinary medicine
  Jackwood M W
  Dep. Avian Med., Poultry Diagnostic Res. Cent., Coll. Vet. Med., Univ. Ga., 953 College Station Rd., Athens, Ga 30602-4875, USA
  Journal of the American Veterinary Medical Association 204 (10). 1994. 1603-1605.
  Full Journal Title: Journal of the American Veterinary Medical Association
  ISSN: 0003-1488
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 098 Iss. 003 Ref. 042769


10/3,AB/23    (Item 23 from file: 55)

ILL000513

DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

11048727    BIOSIS Number: 97248727
   Progressive multiple alignment of protein sequences and the construction
of phylogenetic trees
   Reizer A; Reizer J
   Dep. Biology, Univ. Calif., San Diego, La Jolla, CA, USA
   0 (0). 1994. 319-325.
   Full Journal Title: Griffin, A. M. and H. G. Griffin (Ed.). Methods in
Molecular Biology, Vol. 25. Computer analysis of sequence data, Part II.
xii+433p. Humana Press Inc.: Totowa, New Jersey, USA. ISBN 0-89603-276-0.
   ISSN: 0097-0816
   Language: ENGLISH
   Document Type: BOOK
   Print Number: Biological Abstracts/RRM Vol. 046 Iss. 006 Ref. 081907


 10/3,AB/24    (Item 24 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

10890469    BIOSIS Number: 97090469
   Sensitive detection and strain classification of Trypanosoma cruzi by
amplification of a ribosomal RNA sequence
   Souto R P; Zingales B
   Dep. Bioquim., Inst. Quim., Univ. Sao Paulo, Caixa Postal 20780,
01498-970 Sao Paulo, SP, BRZ
   Molecular and Biochemical Parasitology 62 (1). 1993. 45-52.
   Full Journal Title: Molecular and Biochemical Parasitology
   ISSN: 0166-6851
   Language: ENGLISH
   Print Number: Biological Abstracts Vol. 097 Iss. 005 Ref. 057973
   A  sequence  of  about  100  hp  of  the  24S-alpha  ribosomal  RNA  was
investigated  for  sensitive  detection  of  Trypanosoma  cruzi.  It  was  shown
that  the  target  sequence  is  specific  for  this  parasite  and  no
cross-reactivity  was  observed  with  different  species  of  pathogenic
Leishmania, two strains of Trypanosoma rangeli or human RNA. Amplification
of the sequence was obtained by reverse transcription coupled to polymerase
chain  reaction.  Following  this  procedure  the  equivalent  to  0.1%  of  the
nucleic  acid  content  of  a  single  parasite  cell  could  be  detected  either  by
ethidium  staining  or  blot  hybridization. The  distribution  of  the  target
sequence  in  sixteen  strains  of  T.  cruzi  was  investigated.  Positive
amplification  was  obtained  for  all  samples  employing  the  same
oligonucleotides  as  primers.  However,  amplified  fragments  of  125  hp  were
obtained  in  eight  strains,  while  fragments  of  110  bp  were  detected  in  the
remaining  eight  isolates.  No  amplification  of  both  classes  of  fragments  has

ILL000514

been detected in any of the strains examined. Dimorphism in the target region was confirmed by hybridization to specific internal probes and sequencing, allowing the division of T. cruzi strains in two groups. It is proposed that sensitive parasite detection could be achieved by rRNA amplification followed by hybridization to two probes derived from the target sequences of both groups of T. cruzi strains. Furthermore, the sequence dimorphism found in this sequence opens the perspective of strain typing simultaneous with parasite detection.


 10/3,AB/25    (Item 25 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

10806192    BIOSIS Number: 97006192
  Molecular approaches to the study of evolution and phylogeny of the Nemertina
  Ferraris J D
  Lab. Kidney Electrolyte Metabolism, Natl. Heart, Lung, Blood Inst., Natl. Inst. Health, Bethesda, MD 20892, USA
  Hydrobiologia 266 (1-3). 1993. 255-265.
  Full Journal Title: Hydrobiologia
  ISSN: 0018-8158
  Language: ENGLISH
  Print Number: Biological Abstracts Vol. 097 Iss. 001 Ref. 005650
  Molecular biological tools currently available to us are revolutionizing the way in which we can address questions in evolutionary biology. The purpose of this article is to provide an overview of molecular techniques and applications available to biologists who are interested in evolutionary studies but who have little acquaintance with molecular biology. In evolutionary biology, techniques designed to determine degree of nucleic acid similarity are in common use and will be dealt with first. Another approach, namely gene expression studies, has strong implications for evolutionary biology but generally requires substantial familiarity with molecular biological tools. Expression studies provide powerful tools for discerning processes of speciation, as in the selection of genetic variants, as well as discerning lineages, e.g., expression of specific homeobox genes during segment formation. For investigations where either nucleic acid identity or gene expression are the ultimate goal, detailed information, protocols and appropriate controls are beyond the scope of this work but, where possible, recent review articles are cited.


 10/3,AB/26    (Item 26 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

ILL000515

10525276    BIOSIS Number: 96125276
INFECTION OF PERIPANCREATIC LYMPH NODES BUT NOT ISLETS PRECEDES KILHAM
RAT VIRUS-INDUCED DIABETES IN BB-WOR RATS
    BROWN D W; WELSH R M; LIKE A A
    DEP. PATHOL., UNIV. MASSACHUSETTS MED. SCH., WORCESTER, MA 01655, USA.
    J VIROL 67 (10). 1993. 5873-5878.    CODEN: JOVIA
    Full Journal Title:  Journal of Virology
    Language: ENGLISH
    A  parvovirus   serologically  identified  as  Kilham  rat  virus  (KRV)
reproducibly  induces  acute type  I diabetes in diabetes-resistant BB/Wor
rats.  The  tissue tropism of KRV was investigated by in situ hybridization
with  a digoxigenin-labelled plasmid DNA probe containing approximately 1.6
kb of the genome of the UMass isolate of KRV. Partial sequencing of the KRV
probe  revealed  high levels of homology to the sequence of minute virus of
mice  (89%)  and  to  the  sequence  of  H1  (99%), a parvovirus capable of
infecting  rats  and humans. Of the 444 bases sequenced, 440 were shared by
H1.  KRV  mRNA  and  DNA  were  readily detected in lymphoid tissues 5 days
postinfection  but  were  seldom seen in the pancreas. High levels of viral
nucleic  acids  were observed in the thymus, spleen, and peripancreatic and
cervical  lymph nodes. The low levels of infection observed in the pancreas
involved  essentially  only endothelial and interstitial cells. Beta cells of
the  pancreas  were  not  infected with KRV.  These findings suggest that
widespread  infection  of peripancreatic and other lymphoid tissues but not
pancreatic beta cells by KRV triggers autoimmune diabetes by perturbing the
immune system of genetically predisposed BB/Wor rats.


 10/3,AB/27    (Item 27 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

10452335    BIOSIS Number: 96052335
    TRANSOVARIAL INHERITANCE OF ENDOSYMBIOTIC BACTERIA IN CLAMS INHABITING
DEEP-SEA HYDROTHERMAL VENTS AND COLD SEEPS
    CARY S C; GIOVANNONI S J
    DEP. MICROBIOL., OREGON STATE UNIV., CORVALLIS, OR 97331-3804, USA.
    PROC NATL ACAD SCI U S A 90 (12). 1993. 5695-5699.    CODEN: PNASA
    Full Journal Title:  Proceedings of the National Academy of Sciences of
the United States of America
    Language: ENGLISH
    Vesicomyid clams are conspicuous fauna at many deep-sea hydrothermal-vent
and  cold-seep  habitats. All species examined have specialized gill tissue
harboring  endosymbiotic  bacteria, which are thought to provide the hosts'
sole  nutritional  support.  In  these  species mechanisms of symbiont
inheritance  are  likely  to be key elements of dispersal strategies. These
mechanisms  have  remained unresolved because the early life stages are not
available   for   developmental   studies.  A  specific  16S  rRNA-directed

ILL000516

oligodeoxynucleotide probe (CG1255R) for the vesocomyid endosymbionts was used in a combination of sensitive hybridization techniques to detect and localize the endosymbionts in host germ tissues. Symbiont-specific polymerase chain reaction amplifications, comparative gene sequencing, and restriction fragment length polymorphisms were used to detect and confirm the presence of symbiont target in tissue nucleic acid extracts. Nonradioactive in situ hybridizations were used to resolve the position of the bacterial endosymbionts in host cells. Symbiont 16S rRNA genes were consistently amplified from the ovarial tissue of three species of vesicomyid clams: Calyptogena magnifica, C. phaseoliformis, and C. pacifica. The nucleotide sequences of the genes amplified from ovaries were identical to those from the respective host symbionts. In situ hybridizations to CG1255R labeled with digoxigenin-11-dUTP were performed on ovarial tissue from each of the vesicomyid clams. Detection of hybrids localized the symbionts to follicle cells surrounding the primary oocytes. These results suggest that vesicomyid clams assure successful, host-specific inoculation of all progeny by using a transovarial mechanism of symbiont transmission.


10/3,AB/28     (Item 28 from file: 55)
DIALOG(R)File 55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

10427690     BIOSIS Number: 96027690
  RAPID COMPARISON OF THE CYTOCHROME C-3 GENE FROM NINE STRAINS OF
DESULFOVIBRIO-VULGARIS USING POLYMERASE CHAIN REACTION AMPLIFICATION
  KWOH D Y; VEDVICK T S; MCCUE A F; GEVERTZ D
  THE AGOURON INST., 505 COAST BLVD. S., SUITE 400, LA JOLLA, CA 92037,
USA.
  CAN J MICROBIOL 39 (4). 1993. 402-411.    CODEN: CJMIA
  Full Journal Title: Canadian Journal of Microbiology
  Language: ENGLISH
  Polymerase chain reaction amplification was used to compare different regions of the cytochrome c3 gene from nine strains of Desulfovibrio vulgaris, to examine homology within the species. Six 30-base polymerase chain reaction primers and three probes were synthesized on the basis of the published nucleic acid sequence of the cytochrome c3 gene from D. vulgaris, NCIMB 8303. Amplifications were performed on genomic DNA isolated from NCIMB 8303 as well as eight other strains. Six strains, NCIMB 8302, 8305, 8306, 8311, 11779, and DSM 2119, showed amplification products of equal size and quantity to those of strain 8303. Two other strains, NCIMB 8456 and DSM 1744, either showed reduced levels or no detectable amplification products. These results were confirmed by hybridization of amplified DNA to radiolabeled probes specific for each product. DNA sequencing of a 145-bp polymerase chain reaction fragment from strains NCIMB 8302, 8303, 11779, and DSM 2119 revealed complete sequence homology

ILL000517

between these strains, whereas slight differences were seen with strain
NCIMB 8456. Amino acid sequencing of the first 20 residues of cytochrome c3
purified from strains NCIMB 8456 and 8303 also showed differences in the
two proteins. In contrast to the results obtained with strain NCIMB 8456,
limited homology was observed between the first 20 amino acid residues of
cytochrome c3 from strain DSM 1744 and strain NCIMB 8303.


 10/3,AB/29    (Item 29 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

10103730    BIOSIS Number: 95103730
  CHARACTERIZATION OF A NEW YORK OVINE LENTIVIRUS ISOLATE
  CAMPBELL B J; THOMPSON D R; WILLIAMS J R; CAMPBELL S G; AVERY R J
  LID/NAIAID/NIH TWINBROOK II, 12441 PARKLAWN DRIVE, ROCKVILLE, MD 20852.
  J GEN VIROL 74 (2). 1993. 201-210.   CODEN: JGVIA
  Full Journal Title:  Journal of General Virology
  Language: ENGLISH
  A lentivirus has been isolated from a Finnish ewe with ovine progressive
pneumonia in a closed upstate New York flock. We demonstrated that the
virus, designated ovine lentivirus strain CU1 (OLV-CU1), is biologically,
biochemically and molecularly related to, but distinct from, previously
described sheep and goat lentiviruses. Nine of 32 ewes (from the affected
flock) with precipitating antibodies for ovine lentivirus also produced
antibodies that were able to neutralize the infectivity of OLV-CU1. The
virus replicated in cultured sheep fibroblasts and caused the formation of
large multinucleated cells. OLV-CU1-specific RNA transcripts found in
infected cells and virion antigenic proteins were similar to those of other
small ruminant lentiviruses. However, the virus was distinguished from
other isolates at the DNA level by nucleic acid hybridization, restriction
endonuclease mapping and partial sequencing of the virus genome.


 10/3,AB/30    (Item 30 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

10063419    BIOSIS Number: 95063419
  PARTIAL DNA CLONING AND SEQUENCING OF A CANINE PARVOVIRUS VACCINE STRAIN
APPLICATION OF NUCLEIC ACID HYBRIDIZATION TO THE DIAGNOSIS OF CANINE
PARVOVIRUS DISEASE
  REMOND M; BOIREAU P; LEBRETON F
  CENTRE NATIONAL D'ETUDES, VETERINAIRES ALIMENTAIRES, LAB. CENTRAL
RECHERCHES VETERINAIRES, 22 RUE PIERRE CURIE, F-94703 MAISONS-ALFORT CEDEX,
FR.
  ARCH VIROL 127 (1-4). 1992. 257-269.   CODEN: ARVID

Full Journal Title: Archives of Virology
Language: ENGLISH
    The cloning and sequencing of an Eco RI-Pst I fragment derived from the
replicative form of a canine parvovirus (CPV) vaccine strain are reported.
The variability of the 5' end of NS1 protein gene in the genome is
confirmed by comparison with previously determined DNA sequences. A 15
nucleotide deletion was also observed in this vaccine strain. In order to
improve CPV diagnosis, radioactively labelled RNA or DNA and biotin
labelled DNA obtained by random priming of the recombinant plasmid were
used as probes mainly on gut or stool samples from naturally infected dogs.
Results of filter hybridization correlated well with histopathological
diagnosis of parvovirus infection and with hemagglutination tests performed
on dog faeces. We propose that nucleic acid hybridization may be an
alternative diagnostic method to ascertain the presence of CPV, especially
in frozen samples.


  10/3,AB/31    (Item 31 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

10040356    BIOSIS Number: 95040356
  GENOTYPES AND SEQUENCE VARIANTS OF HUMAN PAPILLOMAVIRUS DNAS FROM HUMAN
IMMUNODEFICIENCY VIRUS TYPE 1-INFECTED WOMEN WITH CERVICAL INTRAEPITHELIAL
NEOPLASIA
  ICENOGLE J P; LAGA M; MILLER D; MANOKA A T; TUCKER R A; REEVES W C
  DIVISION VIRAL RICKETTSIAL DISEASES G-18, CENTERS DISEASE CONTROL, 1600
CLIFTON RD. N.E., ATLANTA, GA. 30333.
  J INFECT DIS 166 (6). 1992. 1210-1216.   CODEN: JIDIA
  Full Journal Title: Journal of Infectious Diseases
  Language: ENGLISH
  Human papillomavirus (HPV) DNA was found in cervicovaginal lavage fluids
from 9 of 11 human immunodeficiency virus type 1 (HIV-1)-seropositive
female prostitutes with cervical intraepithelial neoplasia (CIN) in
Kinshase, Zaire. Since 7 yielded complex nucleic acid hybridization results
consistent with mixed HPV infections, limited sequencing of HPV DNA was
used to identify the HPVs present. Three of HPV 16 and 1 each of HPV 18,
31, 33, and 56 and ME180-HPV were identified by sequencing in 8 samples.
Each of these genotypes has been found in specimens from HIV-1-seronegative
women with CIN. Some DNAs had nucleic acid and amino acid sequence
variations relative to the reference HPVs, but the variants were closely
related to variants that have been found in HIV-1-seronegative women.
Variant amino acids were found predominantly at three positions in one
4-amino-acid segment of the L1 open reading frame sequenced. The
predominant HPV 16 variant observed has been found rarely in other
countries.

ILL000519

10/3,AB/32    (Item 32 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

10018070     BIOSIS Number: 95018070
  CANINE DISTEMPER VIRUS TRANSCRIPTS SEQUENCES FROM PAGETIC BONE
  GORDON M T; MEE A P; ANDERSON D C; SHARPE P T
  BONE DISEASE RES. CENT., UNIV. MANCHESTER, DEP. CELL AND STRUCTURAL
BIOL., STOPFORD BUILD., OXFORD RD., MANCHESTER M13 9PT, UK.
  BONE MINER 19 (2). 1992.  159-174.   CODEN: BOMIE
  Full Journal Title:  Bone and Mineral
  Language: ENGLISH
  Paget's disease is a chronic disease of the skeleton which is believed to
be caused by a persistent virus of the paramyxovirus family. There is still
conflict  as  to  the precise identity of the virus(es) involved in causing
this disease. Our  previous  results  using  in  situ  hybridization  have
implicated  distemper  as  a  possible  cause  of this disease. In order to
confirm  these  results,  we have reverse transcribed RNA from pagetic bone
and  have  specifically amplified for distemper and measles sequences using
the  polymerase  chain reaction (PCR) technique. We have found that 8/13 of
the  patients  examined  had  distemper  and 1/10 cases had measles nucleic
acids sequestered within their bone cells. One individual was found to have
both  viruses  sequestered  in  his  bone  cells. Dideoxy sequencing of the
distemper  virus  PCR products revealed 2% base pair changes in the nucleic
acid  sequences relative to the Onderstpoort strain of canine distemper. We
can  conclude  that in Paget's disease, canine distemper and possible other
paramyxoviruses  reside in bone cells and that the persistent nature of the
virus may be due to mutations in the viral genome.


10/3,AB/33    (Item 33 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

10017701     BIOSIS Number: 95017701
  INFECTION WITH A PLASMID-FREE VARIANT CHLAMYDIA RELATED TO
CHLAMYDIA-TRACHOMATIS IDENTIFIED BY USING MULTIPLE ASSAYS FOR NUCLEIC ACID
DETECTION
  AN Q; RADCLIFFE G; VASSALLO R; BUXTON D; O'BRIEN W J; PELLETIER D A;
WEISBURG W G; KLINGER J D; OLIVE D M
  GENE-TRAK SYSTEMS INC., 31 NEW YORK AVENUE, FRAMINGHAM, MASS. 01701.
  J CLIN MICROBIOL 30 (11). 1992.  2814-2821.   CODEN: JCMID
  Full Journal Title:  Journal of Clinical Microbiology
  Language: ENGLISH
  Clinical  samples  in  transport  media  from  40  patients  exhibiting
pathologies  potentially  caused  by  Chlamydia  trachomatis infection were

ILL000520

analyzed for chlamydial nucleic acid, and the results were compared with
those of culture. Chlamydial culture was performed by a shell vial
centrifugation method with HeLa 229 host cells. Polymerase chain reaction
(PCR) assays were used to detect either regions on a 7.5-kb plasmid
characteristic of C. trachomatis (plasmid-PCR) or a segment of the 16S rRNA
genes (rRNA-PCR). All PCR results were confirmed by hybridization with
probes for the specific amplified products in either a Southern or a dot
blot format. An RNase protection (RNP) assay was used to detect
genus-specific chlamydial 16S rRNA directly from the clinical samples. The
PCR assays detected C. trachomatis but not other bacteria, including
Chlamydia spp. C. trachomatis was isolated from six samples which were
positive by the rDNA-PCR and plasmid-PCR assays. Five of the
culture-positive specimens were positive by the RNP assay. Twenty-two
samples were negative by all criteria. Surprisingly, nine samples were
positive by rRNA-PCR and RNP assays only. Nucleic acid sequencing of the
rRNA-PCR-amplified products indicated a close relationship between the
variants and C. trachomatis. The data may indicate an unrecognized process
in C. trachomatis infection or that these patients were infected by a
variant strain of C. trachomatis which lacks the C. trachomatis-specific
plasmid.


 10/3,AB/34     (Item 34 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9820449     BIOSIS Number: 44070449
  CHEMILUMINESCENCE PROPERTIES OF 1 2 DIOXETANE CHEMILUMINESCENCE
  BRONSTEIN I; KRICKA L J
  TROPIX INC., 47 WIGGINS AVE., BEDFORD, MA 01730, USA.
  KESSLER, C. (ED.). NONRADIOACTIVE LABELING AND DETECTION OF BIOMOLECULES.
XXIII+433P. SPRINGER-VERLAG: BERLIN, GERMANY; NEW YORK, NEW YORK, USA. ISBN
3-540-55482-3; ISBN 0-387-55482-3. 0 (0). 1992. 168-175.   CODEN: 44886
  Language: ENGLISH


 10/3,AB/35     (Item 35 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9627844     BIOSIS Number: 94132844
  ROUTINE PROCEDURES FOR ISOLATION AND IDENTIFICATION OF ENTEROCOCCI AND
FECAL STREPTOCOCCI
  KNUDTSON L M; HARTMAN P A
  DEP. MICROBIOLOGY, IMMUNOLOGY PREVENTIVE MEDICINE, IOWA STATE UNIVERSITY,
AMES, IOWA 50011.
  APPL ENVIRON MICROBIOL 58 (9). 1992. 3027-3031.   CODEN: AEMID

Full Journal Title:  Applied and Environmental Microbiology
Language: ENGLISH
Over the past 6 years, a revised classification of the streptococci and
enterococci, based primarily on molecular techniques such as 16S rRNA
sequencing and DNA-DNA hybridization, emerged. However, little attention
was placed on routine physiological tests that could be used in food and
clinical laboratories to differentiate between species of a new genus,
Enterococcus, and fecal Streptococcus spp. The purpose of this study was to
devise a convenient and reliable system to identify enterococci and fecal
streptococci by using conventional procedures. Fifty-nine strains of 13
Enterococcus spp., including the type strains and many strains used by
previous investigators, were characterized by using conventional tube
tests, the API Rapid Strep system, and MicroScan Pos ID panels. Results
were compared with each other and with previously published results. A
comparison of conventional tube tests versus published tube test results
yielded 17 discrepancies. Although not all tests were done with each of the
three systems, 28 discrepancies between results obtained with the API
system and those obtained with conventional tube tests were found. There
were 24 discrepancies between results obtained with the MicroScan Pos ID
panel and those obtained with conventional tube tests. There were 12
discrepancies between the results with the API Rapid Strep system and those
with the MicroScan Pos ID panels. We devised flow charts of key tests that
might be used to identify cultures without resorting to nucleic acid
analysis and other labor- and equipment-intensive analyses.


 10/3,AB/36      (Item 36 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.


9593182      BIOSIS Number: 94098182
   PAPILLARY IMMATURE METAPLASIA OF THE CERVIX A DISTINCT SUBSET OF
EXOPHYTIC CERVICAL CONDYLOMA ASSOCIATED WITH HPV-6-11 NUCLEIC ACIDS
   WARD B E; SALEH A M; WILLIAMS J V; ZITZ J C; CRUM C P
   DIV. WOMEN'S PERINATAL PATHOL., DEP. PATHOL., BRIGHAM WOMEN'S HOSPITAL,
75 FRANCIS ST., BOSTON, MASS. 02115.
   MOD PATHOL 5 (4). 1992. 391-395.    CODEN: MODPE
   Language: ENGLISH
   A subset of exophytic cervical precursor lesions are composed of immature
metaplastic cells that differ from conventional condylomata by the virtual
absence of koilocytotic atypia and the presence of slender filiform
papillae. We evaluated a series of exophytic cervical lesions containing
this morphology for HPV nucleic acids and compared the associated HPV types
with conventional exophytic condylomata of the cervix. Six of six exophytic
condylomata and five of six papillary immature metaplassias (PIM),
respectively, contained HPV type 6/11 by in situ hybridization. Subtyping
of three PIM by polymerase chain reaction combined with direct sequencing

ILL000522

revealed nucleic acid sequences consistent with HPV 6/11. PIM were
distinguished from high-grade squamous intraepithelial lesions by the
rarity of mitoses and by the uniformity of nuclear size and staining
intensity with multiple chromocenters. However, these lesion tended to
involve the more cephalad region of the cervical transformation zone, and
three cases extended deeply into the endocervix with two requiring
conization for a definitive diagnosis. Although their bland morphology and
association with HPV 6/11 nucleic acids suggest a benign process, their
location within the endocervical canal implies that these variants of
condyloma may differ biologically from conventional exophytic condylomas of
the cervix. The differential diagnosis of PIM and potential explanations
for their distinctive morphology, are discussed.


10/3,AB/37    (Item 37 from file: 55)
DIALOG(R)File 55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9591094    BIOSIS Number: 94096094
  NUCLEAR-ENCODED CHLOROPLAST RIBOSOMAL PROTEIN L27 OF NICOTIANA-TABACUM
CDNA SEQUENCE AND ANALYSIS OF MRNA AND GENES
  ELHAG G A; BOURQUE D P
  DEP. BIOCHEMISTRY CELLULAR BIOLOGY, UNIV. ARIZ., TUCSON, ARIZ. 85721.
  BIOCHEMISTRY 31 (29). 1992.  6856-6864.   CODEN: BICHA
  Full Journal Title: Biochemistry
  Language: ENGLISH
  A tobacco (Nicotiana tabacum cv. Petite Havana) leaf cDNA library was
constructed in the expression vector .gamma.igt11. Immunological and
nucleic acid hybridizaiton screening yielded several cDNAs encoding a Mr
19,641 precursor to an Mr 14,420 mature protein which is homologous to
Escherichia coli ribosomal protein L27. One cDNA (L27-1; 882 nucleotides
long) contains 104 bp of 5'-noncoding sequence, 51 codons for a transit
peptide, 128 condons for the predicted mature L27 polypeptide, and 241 bp
of 3'-noncoding sequence, including the poly(A)29 tail. A
.beta.-galactosidase-L27 fusion protein was bound to nitrocellulose
filters, expressed, and used as an affinity matrix to purify monospecific
antibody to L27 protein from an antiserum of rabbits immunized with 50S
chloroplast ribosomal proteins. Using this monospecific antibody, protein
L27 was identified among HPLC-purified tobacco chloroplast ribosome 50S
subunit proteins. The predicted amino terminus of the mature L27 protein
was confirmed by partial sequencing of the HPLC-purified L27 protein. The
mature L27 protein has 66%, 61%, 56%, and 48% amino acid sequence identity
with the L27-type ribosomal proteins of Bacillus subtilis, E. coli,
Bacillus stearothermophilus, and yeast mitochondria (MRP7), respectively,
in the homologous overlapping regions. The transit peptide tobacco
chloroplast ribosomal protein L27 has 41% amino acid sequence similarity
with the MRP7 mitochondrial targeting sequence. Tobacco chloroplast L27

ILL000523

protein also has a 40 amino acid long carboxyl-terminal extension (compared
to its bacterial counterparts) which is similar to the corresponding
portion of yeast MRP7. The carboxyl end of tobacco L27 has an unusual
cysteine-rich sequence (CFCCC) of unknown function. Northern blot analysis
revealed a single band of mRNA corresponding in size (0.85-0.90 kb) to
full-length L27 cDNAs. Two cDNAs for tobacco ribosomal protein L27 were
identical in coding sequence, but differed in 3'-noncoding sequence.
Hybridization of L27 cDNA probes to restriction enzyme digests of tobacco
genomic DNA and to cloned genomic fragments provided additional evidence
suggesting that more than one gene exists for tobacco L27.


 10/3,AB/38    (Item 38 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9590895     BIOSIS Number: 94095895
  THE GENE FOR A NOVEL HUMAN LAMIN MAPS AT A HIGHLY TRANSCRIBED LOCUS OF
CHROMOSOME 19 WHICH REPLICATES AT THE ONSET OF S-PHASE
  BIAMONTI G; GIACCA M; PERINI G; CONTREAS G; ZENTILIN L; WEIGHARDT F;
GUERRA M; VALLE G D; SACCONE S; ET AL
  IST. DI GENETICA BIOCHEMICA EVOLUZIONISTICA DEL CONSIGLIO NAZIONALE DELLE
RICERCHE, 27100 PAVIA.
  MOL CELL BIOL 12 (8). 1992.  3499-3506.  CODEN: MCEBD
  Full Journal Title:  Molecular and Cellular Biology
  Language: ENGLISH
  A previously described human DNA fragment which is replicated early in
S-phase of HL-60 cell DNA (C. Tribioli, G. Biamonti, M. Giacca, M. Colonna,
S. Riva, and A. Falaschi, Nucleic Acids Res. 15:10211-10232, 1987) was used
to screen a genomic library in .lambda.Ch28. A clone which contained a
13.7-kb insert (L30E) found to code for several transcripts was isolated.
The transcription of L30E DNA exhibited a complex pattern and a
tissue-specific and proliferation-dependent type of regulation. The data
were consistent with two tandemly arranged transcription units, the 3' end
of one separated from the 5' end of the other by a sequence of about 600 bp
containing an active promoter. The isolation and sequencing of
L30E-specific cDNAs permitted identification of two genes, one of which
encoded a B-type human lamin (analogous to mouse lamin B2). L30E DNA was
mapped by in situ hybridization at the G-negative subtelomeric band p13.3
of chromosome 19. Interestingly, in synchronized HL-60 cells, L30E DNA is
replicated in the first minute of S-phase. Replication of the lamin gene
early in S-phase may reflect a coupling between early replication and
transcription of genes for S-phase-specific proteins such as lamins.


 10/3,AB/39    (Item 39 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)

ILL000524

(c) 1996 BIOSIS. All rts. reserv.

9557043    BIOSIS Number: 94062043
  IDENTIFICATION OF MOLECULAR DEFECTS CAUSING CONGENITAL ADRENAL
HYPERPLASIA BY CLONING AND DIFFERENTIAL HYBRIDIZATION OF POLYMERASE CHAIN
REACTION-AMPLIFIED 21 HYDROXYLASE CYP21 GENES
  HELMBERG A; TABARELLI M; FUCHS M A; KELLER E; DOBLER G; SCHNEGG I; KNORR
D; ALBERT E; KOFLER R
  INST. GEN. EXP. PATHOL., UNIV. INNSBRUCK MED. SCH., FRITZ-PREGL-STR.3,
A-6020 INNSBRUCK, AUSTRIA.
  DNA CELL BIOL 11 (5). 1992. 359-368.    CODEN: DCEBE
  Language: ENGLISH

  Congential adrenal hyperplasia (CAH), one of the most common autosomal
recessive disorders, is caused primarily by defects in the gene encoding
steroid 21-hydroxylase, CYP21B. The molecular diagnosis of CAH, important
for prenatal diagnosis, carrier detection, and a better understanding of
the various clinical CAH forms, is complicated by the close proximity of a
highly similar pseudogene, CYP21A, containing (and probably donating, by
gene conversion-like events) most of the defects underlying CAH. In this
study, we describe an efficient strategy to to identify molecular defects
causing CAH: polymerase chain reaction-amplified CYP21 loci are cloned and
hybridized to a set of oligonucleotides, allowing rapid and allele-specific
identification of all known CYP21B mutations relevant to 21-hydroxylase
function. Possible new mutations can be identified by subsequent nucleic
acid seqeuncing provided they reside within the cloned CYP21B fragment
(from the TATA box to the 8th of the 10 CYP21B gene exons). Using this
method, the CYP21B gene mutations of a heterozygous carrier and 25 CAH
patients have been identified by oligonucleotide hybridization. All disease
haploytes seem to have been generated by recombinational events involving
the CYP21A pseudogene. In 5 individuals, these date were subsequently
verified by nucleic acid sequencing. The procedure can be used for
diagnostic applications and may facilitate identification of new CYP21B
defects.


 10/3,AB/40    (Item 40 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9133449    BIOSIS Number: 93118449
  SENSITIVE METHOD FOR IDENTIFICATION OF MINOR HEPATITIS B MUTANT VIRUSES
  GROETZINGER T; WILL H
  HEINRICH-PETTE-INSTITUT FUER EXPERIMENTELLE VIROLOGIE UND IMMUNOLOGIE,
MARTINISTR. 52, 2000 HAMBURG 20, GERMANY.
  VIROLOGY 187 (1). 1992. 383-387.    CODEN: VIRLA
  Full Journal Title: Virology
  Language: ENGLISH

There is increasing evidence for selection of hepatitis B virus (HBV) mutants during the natural course of infection, after immunization, and during interferon therapy. These mutants can prolong viral persistence, escape immune-mediated elimination, and influence the clinical sequelae of infection. Here we describe a sensitive and reliable method that allows detection of HBV mutants within a heterogeneous virus population. The method consists of amplification of HBV DNA with vector-HBV hybrid primers, efficient and enzyme-free cloning of the amplified DNA fragment, identification by hybridization with synthetic oligonucleotide probes, and sequencing of the cloned DNA fragments. We demonstrate that up to 105 HBV DNA fragments can be obtained in cloned form from a single amplification reaction, the ratio of HBV pre-C "wild-type" and mutant sequences of heterogeneous populations can be determined, and very minor virus subpopulations can be identified. The method can be applied to other viral or nonviral nucleic acid sequence variation studies and should help to resolve the role of mutant and wild-type viruses in pathogenesis and the forces driving their selection.


 10/3,AB/41     (Item 41 from file: 55)
DIALOG(R)File 55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9121925     BIOSIS Number: 93106925
 DIFFERENTIATION OF POTYVIRUSES AND THEIR STRAINS BY HYBRIDIZATION WITH
THE 3' NON-CODING REGION OF THE VIRAL GENOME
 FRENKEL M J; JILKA J M; SHUKLA D D; WARD C W
 CSIRO DIV. BIOMOLECULAR ENGINEERING, 343 ROYAL PARADE, PARKVILLE,
VICTORIA 3052, AUSTRALIA.
 J VIROL METHODS 36 (1). 1992. 51-62.   CODEN: JVMBD
 Full Journal Title: Journal of Virological Methods
 Language: ENGLISH
 Nucleic acid hybridization with the 3' non-coding region of the potyvirus genome as the probe was shown to be a relatively simple means of distinguishing between distinct potyvirus and their strains. Comparisons of the nucleotide sequences of potyvirus genomes (ignoring gaps) showed that the degree of identity between equivalent genes of strains was greater than 96%, while between distinct potyviruses the identity ranged from 42% to 65%, suggesting that any extended sequence could be considered representative of the whole genome and be suitable as a diagnostic probe. The comparisons however, also revealed that some parts of the genome, but not the 3' non-coding region, had local regions of high sequence identity that could lead to cross-hybridization between distinct potyviruses. For this reason, and because its location immediately upstream of the poly(A) tail makes it the most accessible region for the purposes of cloning and sequencing, the 3' non-coding sequence should be most suitable for use as a diagnostic probe. Successful hybridizations (using radiolabeled, polymerase

chain reaction-amplified 3' non-coding sequences) have been achieved by probing recombinant clones, purified potyviral RNA, partially purified total RNA from infected plants, and a crude extract of infected plant tissue. The method has been used to support the proposals that watermelon mosaic virus 2 and soybean mosaic virus-N are both strains of the same virus, and to discriminate between several isolates previously believed to be strains of sugarcane mosaic virus. The method should have wide application as a means of differentiating distinct potyviruses from strains.


 10/3,AB/42    (Item 42 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9091863    BIOSIS Number: 93076863
 ISOLATION OF A CDNA ENCODING A HUMAN SERUM MARKER FOR ACUTE PANCREATITIS
IDENTIFICATION OF PANCREAS-SPECIFIC PROTEIN AS PANCREATIC
PROCARBOXYPEPTIDASE B
  YAMAMOTO K K; POUSETTE A; CHOW P; WILSON H; EL SHAMI S; FRENCH C K
  MOL. BIOL. DEP., DIAGNOSTIC PRODUCTS CORP., 5700 W. 96TH ST., LOS
ANGELES, CALIF. 90045.
 J BIOL CHEM 267 (4). 1992.  2575-2581.   CODEN: JBCHA
 Full Journal Title:  Journal of Biological Chemistry
 Language: ENGLISH
  A human pancreas-specific protein (PASP), previously characterized as a serum marker for acute pancreatitis and pancreatic graft rejection, has been identified as pancreatic procarboxypeptidase B (PCPB). cDNAs encoding PASP/PCPB were isolated from a human pancreas cDNA library using a combination of nucleic acid hybridization screening and immunoscreening with antisera raised against native PASP. The deduced amino acid sequence of PASP/PCPB cDNA predicts the translation of a 416-amino acid preproenzyme with a 15-amino acid signal/leader peptide and a 95-amino acid activation peptide. The proenzyme portion of this protein has 76% identity with rat PCPB and 84% identity with bovine carboxypeptidase B. DNA and RNA blot analyses indicate that human PCPB mRNA (1,400 nucleotides) is transcribed from a single locus in the human genome in a tissue-specific fashion. N-terminal sequencing of native PASP and the specific immunoreactivity of bacterially expressed PASP/PCPB with native PASP antibodies confirm the identification of PASP as human pancreatic PCPB.


 10/3,AB/43    (Item 43 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9079369    BIOSIS Number: 93064369

ILL000527

MOLECULAR APPROACHES FOR ANALYZING DIFFERENTIAL GENE EXPRESSION
DIFFERENTIAL CDNA LIBRARY CONSTRUCTION AND SCREENING
CALVET J P
DEP. BIOCHEM. AND MOL. BIOL., UNIV. KANSAS MED. CENT., KANSAS CITY,
KANSAS 66103.
PEDIATR NEPHROL 5 (6). 1991. 751-757.   CODEN: PEDNE
Full Journal Title: Pediatric Nephrology
Language: ENGLISH
Complementary deoxyribonucleic acid (cDNA) libraries can be used as a
means to isolate and identify cell-specific messenger ribonucleic acid
(mRNA) sequences. The basic elements of cDNA library construction and
screening are reviewed in the context of analyzing differentially expressed
mRNAs. A brief overview of the recombinant DNA systems applied to cDNA
library construction and the principles of screening cDNA libraries by
plaque hybridization are provided. Methods for comparing mRNA populations
by differential screening and by competition hybridization are discussed,
and methods for constructing subtracted cDNA libraries, enriched in
differentially expressed sequences, are presented. Also reviewed are the
analysis of differentially expressed cDNAs by Southern and Northern
hybridization, RNase protection, polymerase chain reaction, and sequencing.


10/3,AB/44    (Item 44 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9073410     BIOSIS Number: 93058410
POLYMERASE CHAIN REACTION PRIMERS AND PROBES DERIVED FROM FLAGELLIN GENE
SEQUENCES FOR SPECIFIC DETECTION OF THE AGENTS OF LYME DISEASE AND NORTH
AMERICAN RELAPSING FEVER
PICKEN R N
PANDEX DIVISION, BAXTER DIAGNOSTIC INC., 909 ORCHARD STREET, MUNDELEIN,
ILL. 60060.
J CLIN MICROBIOL 30 (1). 1992. 99-114.   CODEN: JCMID
Full Journal Title: Journal of Clinical Microbiology
Language: ENGLISH
By cloning and sequencing the flagellin gene of Borrelia hermsii and
comparing this sequence with that of the corresponding gene from B.
burgdorferi, I identified a central region within the two genes which
showed a reduced level of sequence similarity. Oligonucleotide sequences
selected form this region produced species-specific amplimers when used in
polymerase chain reaction experiments. Thus, primers derived from the B.
burgdorferi sequence amplified a 276-bp fragment from 22 strains of B.
burgdorferi of diverse geographic origin but not from 5 strains of B.
hermsii, 5 other Borrelia secies, 16 Treponema, Leptospira, and Spirochaeta
species, or representatives of 10 other bacterial genera. However, when the
amplified fragments were tested for hybridization with an oligonucleotide

probe derived from the nonhomologus region, seven strains from either
Germany or Switzerland did not hybridize. Cloning and sequencing of the
amplified fragments from these strains revealed that the 22 strains of B.
burgdorferi tested could be divided into three groups based on the nucleic
acid sequence of the central region of the flagellin gene. With this
information, oligonucleotide probes that hybridized to the amplified
fragments and were able to differentiate the three groups of B. burgdorferi
were designed. The corresponding primers, derived from the B. hermsii gene
sequence, were tested for their ability to amplify DNA from this collection
of strains. Although no amplification was obtained with representatives of
the three groups of B. burgdorferi or various Treponema, Leptospira, and
Spirochaeta species, amplification was obtained with the five other
Borrelia species (B. parkeri, B. turicatae, B. crocidurae, B. anserina, and
B. coriaceae) in addition to the five strains of B. hermsii. Sequencing of
the amplified fragments from one strain of B. hermsii as well as B. parkeri
and B. turicatae allowed the design of oligonucleotide probes that were
able to differentiate the three species of North American relapsing fever
spirochetes into two separate groups. These studies suggest that there is
sufficient diversity within the flagellin gene sequences of closely related
Borrelia species to differentiate them into groups and to pursue taxonomic
studies both within and between species.


10/3,AB/45    (Item 45 from file: 55)
DIALOG(R)File 55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9057415    BIOSIS Number: 93042415
MUTATION ANALYSIS OF THE RAS GENE IN MYELOCYTIC LEUKEMIA BY POLYMERASE
CHAIN REACTION AND OLIGONUCLEOTIDE PROBES
LIU T-C; LIN S-F; CHEN T-P; LIU H-W; CHANG J-G
DEP. INTERN. MED., KAOHSIUNG MED. COLL., KAOHSIUNG, CHINA.
J FORMOSAN MED ASSOC 90 (9). 1991. 825-830.    CODEN: TIHHA
Full Journal Title: Journal of the Formosan Medical Association
Language: ENGLISH
Twenty-nine patients with acute myelocytic leukemia (AML) and 14 patients
with Philadelphia chromosome-positive chronic myelocytic leukemia (CML)
were analyzed to detect the presence of mutations in their ras genes by the
polymerase chain reaction and oligonucleotide hybridization methods.
Deoxyribonucleic acid (DNA) isolated from blood or bone marrow samples was
screened for mutations in codons 12, 13 and 61 of N-ras and in codons 12
and 61 of K-ras and H-ras. We detected mutations of the ras gene in 7
patients with AML (7/29), all in N-ras. The mutations were 3 GGT- > GAT
transitions in codon 12, 1 GGT- > TGT transition in codon 13, and 3 CAA- >
AAA transitions in codon 61. No correlation has been observed between
French-American-British subtypes and the incidence of N-ras mutation, nor
between cytogenetic changes and the incidence of N-ras mutation. All ras

gene mutations detected by the oligonucleotide hybridization method were
further confirmed by direct sequencing. No mutations were detected in ras
genes in samples from the 14 Philadelphia chromosome-positive CML patients
(12 in chronic phase, 2 in blastic phase). These findings are in line with
previous results indicating that ras gene mutations in the codons tested
play only a small role in the tumorigenesis of CML.


 10/3,AB/46     (Item 46 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9055459     BIOSIS Number: 93040459
 ISOLATION OF A LARGE NUMBER OF NOVEL MAMMALIAN GENES BY A DIFFERENTIAL
CDNA LIBRARY SCREENING STRATEGY
 HOOG C
 DEP. MOLECULAR GENETICS, KAROLINSKA INSTITUTET, BOX 60 400, S-104 01
STOCKHOLM, SWED.
 NUCLEIC ACIDS RES 19 (22). 1991. 6123-6128.   CODEN: NARHA
 Full Journal Title:  Nucleic Acids Research
 Language: ENGLISH
 As part of the ongoing human and mouse genome projects, the aim of this
study was to isolate novel, previously uncharacterized, genes from mouse
testis. Two approaches were compared for their effectiveness in isolating
novel genes: random, vs differential, complementary DNA (cDNA) cloning
methods. In the differential approach, only the cDNA clones containing rare
sequences (as determined by preliminary clone hybridization) are further
analyzed; in the random approach, cDNA clones are isolated at random from
the cDNA library. More than two hundred cDNA clones altogether were
analyzed, using a PCR-mediated amplification and sequencing strategy. A
comparison of these sequences to nucleic acid and protein sequence
databases, revealed that 84% of the isolated rare cDNA clones represented
new, previously uncharacterized mouse genes. In contrast, less than 63% of
the cDNA clones isolated at random from cDNA libraries, contained novel
genes. Thus, the probability of isolating new, previously uncharacterized,
mammalian genes from cDNA libraries can be markedly improved by focusing
efforts on clones containing rare sequences.


 10/3,AB/47     (Item 47 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9031880     BIOSIS Number: 93016880
 CHARACTERIZATION AND MAPPING OF HUMAN GENES ENCODING ZINC FINGER PROTEINS
 BRAY P; LICHTER P; THIESEN H J; WARD D C; DAWID I B
 LAB. MOL. GENETICS, NATL. INST. CHILD HEALTH HUMAN DEV., NATL. INST.

HEALTH, BETHESDA, MD. 20892.
  PROC NATL ACAD SCI U S A 88 (21). 1991. 9563-9567.   CODEN: PNASA
  Full Journal Title: Proceedings of the National Academy of Sciences of
the United States of America
  Language: ENGLISH
  The zinc finger motif, exemplified by a segment of the Drosophila gap
gene Kruppel, is a nucleic acid-binding domain present in many
transcription factors. To investigate the gene family encoding this motif
in the human genome, a placental genomic library was screened at moderate
stringency with a degenerated oligodeoxynucleotide probe designed to
hybridize to the His/Cys (H/C) link region adjoning zinc fingers. Over 200
phage clones were obtained and are being sorted into groups by partial
sequencing, cross-hybridization with oligodeoxynucleotide probes, and PCR
amplification. Futher, the genomic clones were cross-hybridized with a set
of 30 zinc finger-cDNAs (Kox1-Kox30) isolated from a human T-cell cDNA
library. Four cDNAs (Kox4, Kox7, Kox12, and Kox15) were identified that
match one or more genomic clones; these matches were confirmed by
nucleotide sequence analysis. One or more clones from each locus were
mapped onto human metaphase chromosomes by chromosomal in situ suppression
hybridization with fluorescent probe detection. We mapped ZNF7/Kox4 to
chromosome 8qter, ZNF19/Kox12 to 16q22, ZNF22/Kox15 to 10q11, and
ZNF44/Kox7 to 16p11. The results of these analyses support the conclusion
that the human genome contains many, probably several hundred, zinc finger
genes with concensus H/C link regions.


  10/3,AB/48    (Item 48 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

9027822    BIOSIS Number: 93012822
  IMPROVED CHIPS FOR SEQUENCING BY HYBRIDIZATION
  PEVZNER P A; LYSOV YU P; KHRAPKO K R; BELYAVSKY A V; FLORENTIEV V;
MIRZABEKOV A D
  ENGELHARDT INST. MOLECULAR BIOL., USSR ACAD. SCI., 117988 MOSCOW, USSR.
  J BIOMOL STRUCT DYN 9 (2). 1991. 399-410.  CODEN: JBSDD
  Full Journal Title: Journal of Biomolecular Structure & Dynamics
  Language: ENGLISH
  The SHOM method (Sequencing by Hybridization with Oligonucleotide Matrix)
developed in 1988 is a new approach to nucleic acid sequencing by
hybridization to an oligonucleotide matrix composed of an array of
immobilized oligonucleotides. The original matrix proposed for sequencing
by SHOM had to contain at least 65,536 octanucleotides. The present work
describes a new family of matrices, which allows one to reduce the number
of synthesized oligonucleotides 5-15 times without essentially decreasing
the resolving power of the method.

 10/3,AB/49    (Item 49 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

8624072    BIOSIS Number: 92089072
 INCREASED MULTIMERIC MITOCHONDRIAL DNA IN THE BRAIN OF SCRAPIE-INFECTED
HAMSTERS
 NARANG H K; MILLAR N S; ASHER D M; GAJDUSEK D C
 PUBLIC HEALTH LAB., INST. PATHOL., GENERAL HOSP., NEWCASTLE UPON TYNE,
NE4 6BE, ENGLAND.
 INTERVIROLOGY 32 (5). 1991. 316-324.   CODEN: IVRYA
 Full Journal Title:  Intervirology
 Language: ENGLISH
 We  observed a marked increase in multimeric mitochondrial DNA (mtDNA) in
brains of  scrapie-infected hamsters compared  with those of uninfected
hamsters.   Homogenized   brain   tissue   was   subjected  to  subcellular
fractionation  to  isolate scrapie-associated fibrils and tubulofilamentous
structures.   Nucleic  acids  were  extracted  from  the  scrapie-associated
fibril/tubulofilament  fraction  which also contained mitochondria. Agarose
gel electrophoresis  revealed a band corresponding to the size of circular
hamster mtDNA in both infected and uninfected samples, but slower migrating
bands  were observed only in samples from scrapie-infected brain. We showed
by  molecular cloning nucleotide sequencing, and Southern blotting that the
slower  migrating  bands are mtDNA.  These  findings  confirm  the recent
demonstration by differential hybridization that multimeric mtDNA occurs in
hamster  scrapie  brain.  Elevated levels of multimeric circular mtDNA have
been reported previously in various tumors and cultured  cell lines.


 10/3,AB/50    (Item 50 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

8606294    BIOSIS Number: 92071294
 OPTIMAL CHIPS FOR MEGABASE DNA SEQUENCING
 PEVZNER P A; LYSOV YU P; KHRAPKO K R; BELYAVSKII A V; FLORENT'EV V L;
MIRZABEKOV A D
 ALL-UNION RES. INST. GENET. SEL. IND. MICROORG., MOSCOW 113545, USSR.
 MOL BIOL (MOSC) 25 (2). 1991. 552-562.   CODEN: MOBIB
 Full Journal Title:  Molekulyarnaya Biologiya (Moscow)
 Language: RUSSIAN
 The SHOM method (Sequencing by Hybridization with Oligonucleotide Matrix)
developed  in  1988  is  a  new  approach  to  nucleic  acid .sequencing by
hybridization  to  a octanucleotide matrix composed of  an  array  of
immobilized  oligonucleotides.  The original matrix proposed for sequencing
by  SHOM  had  to contain at least 65,536 octanucleotides. The present work

ILL000532

describes a new family of matrices for sequencing, which allows one to
reduce the number of synthesized oligonucleotides 5-15 times without
essentially decreasing the resolving power of the method.


10/3,AB/51    (Item 51 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

8563230    BIOSIS Number: 92028230
  THE 5' AND 3' LIMITS OF TRANSCRIPTION IN THE PSEUDORABIES VIRUS LATENCY
ASSOCIATED TRANSCRIPTION UNIT
  PRIOLA S A; STEVENS J G
  DEP. MICROBIOL. IMMUNOL., REED NEUROL. RES. CENT., UNIV. CALIFORNIA LOS
ANGELES SCH. MED., LOS ANGELES, CALIF. 90024.
  VIROLOGY 182 (2). 1991. 852-856.   CODEN: VIRLA
  Full Journal Title: Virology
  Language: ENGLISH
  While latent in sensory neurons of infected pigs, pseudorabies virus
expresses transcripts from a limited genomic area. These RNAs are
transcribed from the strand opposite to that which encodes the pseudorabies
immediate-early protein. Using a combination of in situ nucleic acid
hybridization performed on latently infected pig trigeminal ganglia and DNA
sequencing, 5' and 3' limits of transcription for the pseudorabies LAT
transcription unit have been defined. The 5' limit of transcription has
been localized to a NarI-BamHI subfragment of the BamHI-6 fregment. Several
promoter elements in the correct orientation for the transcript are present
including consensus TATA and CAAT boxes and an SP1 site. The 3' limit of
transcription has been localized to a HindIII-KpnI subfragment of the
BamHI-5 fragment which contains a consensus polyadenylation signal and two
termination codons in the correct orientation. From these results we
conclude that the region of pseudorabies virus DNA which is active during
latency can be no longer than 12.6 kb and completely overlaps the gene
encoding the pseudorabies immediate-early protein.


10/3,AB/52    (Item 52 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

8539347    BIOSIS Number: 92004347
  CLONING AND EXPRESSION OF COMPLEMENTARY DNAS FOR MULTIPLE MEMBERS OF THE
HUMAN CYTOCHROME P450-IIC SUBFAMILY
  ROMKES M; FALETTO M B; BLAISDELL J A; RAUCY J L; GOLDSTEIN J A
  LAB. BIOCHEM. RISK ANALYSIS, NATL. INST. ENVIRONMENTAL HEALTH SCI.,
RESEARCH TRIANGLE PARK, N.C. 27709.
  BIOCHEMISTRY 30 (13). 1991.  3247-3255.   CODEN: BICHA

Full Journal Title: Biochemistry
Language: ENGLISH
The present study characteristizes the profile of cDNAs from the human
P450IIC subfamily in a library from one individual, and it describes three
new members of this subfamily (IIC17, IIC18, and IIC19) isolated from two
human cDNA libraries. cDNA libraries were constructed from two human livers
which differed phenotypically in the hepatic content of P450 HLx (IIC8).
The library from the phenotypically low HLx individual was screened by
using a cDNA for rat liver P450IIC13 and an oligonucleotiae probe for human
IIC8. One clone 254c, was isolated which clearly represents a new member of
the human P450IIC subfamily (IIC17). This clone lacked the first 358
nucleotides at the N-terminus but was only 91% homologous in its nucleic
acid sequence to IIC9 and 79% homologous to IIC8. Near-full-length clones
for IIC9 were also isolated from this library, but no clones for IIC8 were
found. Northern blots indicated that the mRNA for ICC8 was low or absent in
this individual. A second cDNA library (from a liver phenotypically high in
HLx) was then screened. Eighty-three essentially full-length (>F 1.8 kb)
clones belonging to the IIC subfamily were isolated from this library.
These include full-length clones for two additional new members of the ICC
subfamily. Clones 29c and 6b appear to be. allelic variants (IIC18),
differing by one nucleotide (one amino acid change) in the coding region.
Clone 11a represents a full-length clone for a third new P450 (IIC19). Both
IIC18 and IIC19 are most homologous to IIC17 (87% and 95%, respectively).
Full-length clones were isolated for two allelic variants of IIC9 (clones
25 and 65) which differed by three nucleotides, resulting in one amino acid
difference. Hybridization analysis and partial sequencing indicated that of
the 83 clones in this library, 50 were 1 of the 2 allelic variants of IIC9,
29 were IIC8, 3 were the 2 allelic variants of ICC18, and 1 was ICC19.
cDNAs for IIC9, IIC18, and ICC19 were expressed in COS-1 cells. Antibody to
ICC9 recognized the proteins in cells transfected with cDNAs for IIC9;
however, neither antibody to IIC9 or IIC8 recognized the other two
cytochromes, suggesting that these cytochromes differ immunochemically from
IIC8 and IIC9. COS-1 cells transfected with ICC18 showed an increase in
metaboliusm of mephenytoin, but no metabolism of mephenytoin was detected
in COS-1 cells transfected with ICC9 or ICC19.


10/3,AB/53    (Item 53 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

8211010    BIOSIS Number: 91132010
  THE MOLECULAR PROGRESSION OF PLUTONIUM-239-INDUCED RAT LUNG
CARCINOGENESIS KI-RAS EXPRESSION AND ACTIVATION
  STEGELMEIER B L; GILLETT N A; REBAR A H; KELLY G
  INHALATION TOXICOLOGY RES. INST., P.O. BOX 5890, ALBUQUERQUE, NM 87185.
  MOL CARCINOG 4 (1). 1991.  43-51.  CODEN: MOCAE

ILL000534

Full Journal Title: Molecular Carcinogenesis
Language: ENGLISH
    Specific, transforming point mutations of ras and alterations in ras
expression have been associated with many neoplastic processes, and their
presence may be pivotal in neoplastic transformation. Our objectives were
to evaluate the molecular and genetic alterations of Ki-ras in
preneoplastic foci and neoplasms in the lungs of rats that inhaled 239PuO2
aerosols. Histologically classified pulmonary lesions were evaluated by in
vitro nucleic acid amplification, Oligonucleotide hybridization, and direct
nucleic acid sequencing for activating Ki-ras point mutations. We evaluated
ras expression in similar lesions using immunohistochemistry and in situ
hybridization. Specific Ki-ras point mutations were present in 46% of the
radiation-induced malignant neoplasms. Spontaneous pulmonary neoplasms,
which are rare in rats, had similar activating mutations and frequencies
(40%). We found similar mutation frequencies in radiation-induced adenomas
and foci of alveolar epithelial hyperplasia. No mutations were identified
in normal lung tissue. Ras expression in hyperplastic lesions and neoplasms
was similar to that observed in normal pulmonary epithelia. These findings
suggest that Ki-ras activation, not alterations in expression, is an early
lesion associated with many radiation-induced, proliferative pulmonary
lesions and that this molecular alteration may be an important component of
both radiation-induced and spontaneous pulmonary carcinogenesis in the rat.


 10/3,AB/54     (Item 54 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

8141690     BIOSIS Number: 91062690
    CHEMILUMINESCENT DNA PROBES A COMPARISON OF THE ACRIDINIUM ESTER AND
DIOXETANE DETECTION SYSTEMS AND THEIR USE IN CLINICAL DIAGNOSTIC ASSAYS
    NELSON N C; KACIAN D L
    GEN-PROBE, 9880 CAMPUS POINT DRIVE, SAN DIEGO, CALIF. 92121, USA.
    CLIN CHIM ACTA 194 (1). 1990. 73-90.  CODEN: CCATA
    Full Journal Title: Clinica Chimica Acta
    Language: ENGLISH
    Nucleic acid hybridization has the potential to markedly improve the
diagnosis of infectious and genetic diseases. Recently, chemiluminescent
hybridization assays using acridinium esters and stabilized dioxetanes have
been described with sensitivities comparable to those obtained with
radioactive labels. Acridinium esters are used as direct labels that are
attached to the probe throughout the hybridization reaction. Methods have
been developed for labeling DNA probes with acridinium esters at high
specific activity and for stabilizing the label under the relatively harsh
conditions of hybridization reactions. The label does not affect the
kinetics of the hybridization reaction or the stability of the resulting
hybrid. The label emits light upon exposure to alkaline peroxide; thus, the

assay format can be an extremely simple one. The acridinium ester labels
are stable in storage and exhibit extremely rapid light-off kinetics which
permit reading large numbers of samples within a brief period as well as
limiting the contribution of background signal. A special property of
acridinium esters allows chemical destruction of the label when it is
present on unhybridized probe, whereas the label is stable to this process
when the probe is hybridized. This behavior forms the basis of techniques
to minimize assay background signals and allows a homogeneous assay format
which does not require physical separation of hybridized and unhybridized
probe. The adamantyl-stabilized 1,2-dioxetanes have been used to produce
high-sensitivity detection systems for clinical assays. The probe is
labeled with enzymes such as alkaline phosphatase or .beta.-D-galactosidase
that hydrolyze the dioxetane derivative to produce a chemiluminescent
molecule. As with other enzyme-based labeling systems, the signal increases
with time, allowing greater sensitivity to be achieved with longer
incubations. The amount of light generated is sufficient to expose
sensitive photographic film with extended incubation; thereofre, convenient
assay formats not requiring instrumentation can be used. Excellent
analytical sensitivities have been reported, and by using labels with
different light emissions and/or different enzymes on the probes, it is
possible to distinguish multiple target sites within a single assay.
Because the label is suited for use with solid supports such as
polyacrylamide gels, membrane filters, or microscope slides, applications
include DNA sequencing, dot and Southern blot hybridizations, and in situ
hybridization.


 10/3,AB/55    (Item 55 from file: 55)
DIALOG(R)File 55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

7773563    BIOSIS Number: 90141563
 ECHOVIRUSES INCLUDE GENETICALLY DISTINCT SEROTYPES
 AUVINEN P; HYYPIA T
 DEP. VIROL., UNIV. TURKU KIINAMYLLYNKATU 13, SF-20520 TURKU, FINLAND.
 J GEN VIROL 71 (9). 1990. 2133-2140.   CODEN: JGVIA
 Full Journal Title: Journal of General Virology
 Language: ENGLISH
 We have studied the genetic relationship of echoviruses using nucleotide
sequencing and hybridization analysis. The nucleotide sequence of the
echovirus 11 (EV11) P2 and P3 regions, which encode the non-structural
proteins, was shown to resemble closely those of coxsackie B viruses (CBV)
and coxsackievirus A9 (CAV9). EV11, CBV and CAV9 have a similar
organization in the 3' non-coding region when compared to polioviruses and
CAV21. In contrast, the 3' end of EV22 shares only minimal sequence
homology with other sequenced enteroviruses, and the 3' non-coding region
has a unique secondary structure. Thirty-three echovirus reference strains

were tested by nucleic acid hybridization using cDNA probes from the genomes of EV6, 11, 18 and 22. It was shown that a great majority of the strains belong to the same subgroup as serotypes 6, 11 and 18, whereas E22 and EV23 are genetically not closely related to this major subgroup.


 10/3,AB/56    (Item 56 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

7711784    BIOSIS Number: 90079784
  NUCLEIC ACID PROBES FOR IDENTIFICATION OF PHYTOBACTERIA IDENTIFICATION OF GENUS-SPECIFIC 16S RIBOSOMAL RNA SEQUENCES
  DEPARASIS J; ROTH D A
  DEP. PLANT, SOIL, INSECT SCI., UNIV. WYOMING, LARAMIE 82071.
  PHYTOPATHOLOGY 80 (7). 1990.  618-621.   CODEN: PHYTA
  Full Journal Title:  Phytopathology
  Language: ENGLISH
  The development of DNA probes for the identification of phytobacteria requires efficient procedures to identify target-specific nucleic acid sequences present in high copy number within the target cells. Probes based on phytobacterial rRNA sequences should provide an extremely sensitive identification method. To establish the potential specificity of this approach, 16s rRNAs of 52 strains were partially sequenced. The approach was based on partially purifying high molecular weight RNAs from crude lysates and selecting the 16s rRNA by hybridization with oligodeoxynucleotide primers to conserved regions. Reverse transcription and dideoxynucleotide chain termination methods allowed the sequencing of 600-800 nucleotides of the approximate total 1,540 comprising 16s rRNA. Although most of the molecule is highly conserved, a region defined by the bases Nos. 1057-1090 (numbered from the cDNA) is variable between the genera assayed.  Pathovars or subspecies could not be differentiated based on comparisons within this region. The degree of variation in the conserved molecule is sufficiently high to expect specific discrimination between phytobacterial genera using a synthetic oligodeoxynucleotide probe.


 10/3,AB/57    (Item 57 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

7649228    BIOSIS Number: 90017228
  IS HERPES SIMPLEX VIRUS ASSOCIATED WITH PEPTIC ULCER DISEASE
  LOHR J M; NELSON J A; OLDSTONE M B A
  DEP. IMMUNOL. NEUROPHARMACOL., RES. INST. SCRIPPS CLIN., 10666 NORTH TORREY PINES RD., LA JOLLA, CALIF. 92037.
  J VIROL 64 (5). 1990.  2168-2174.   CODEN: JOVIA

ILL000537

Full Journal Title:  Journal of Virology
Language: ENGLISH
    To  test  the  hypothesis that herpes simplex virus type 1 (HSV-1) may be
associated with peptic ulcer disease, we examined ulcerative lesions of the
distal  stomach and proximal duodenum for the presence of nucleic acids and
antibodies    specific    for    HSV-1.    Utilizing    in situ  hybridization,
immunocytochemistry, and polymerase chain reaction with sequencing, gastric
or  duodenal  tissues  from  4  of 22 patients (18%) with documented peptic
ulcer disease demonstrated the presence of both specific HSV-1 nucleic acid
sequences  and  proteins.  HSV-1  was found restricted in clusters of cells
near  the margin of the ulcer but was absent at sites distal to the lesion.
Several  of such HSV-1-infected cells also contained cholecystokinin. These
cholecystokinin-containing  cells  are of neuroendocrine origin and receive
contact  from the vagal nerve. Campylobacter pylori bacteria were not found
in  three  of  the  four peptic ulcer tissues that harbored HSV-1. Further,
none of the stomach or duodenal tissues samples from 33 patients undergoing
clinical evaluation, but having no evidence of of peptic ulcer disease, had
HSV-1  materials.  Thus,  our  data  suggest  that a subset of peptic ulcer
disease  may  be  associated with HSV-1 and raise the possibility that some
peptic ulcers may be caused by this virus.


 10/3,AB/58      (Item 58 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.


7419428        BIOSIS Number: 89070447
  A MOUSE ZINC FINGER GENE WHICH IS TRANSIENTLY EXPRESSED DURING
SPERMATOGENESIS
   CUNLIFFE V; KOOPMAN P; MCLAREN A; TROWSDALE J
   IMPERIAL CANCER RES., FUND LAB., 44 LINCOLN'S INN FIELDS, LONDON WC2A
3PX, UK.
   EMBO (EUR MOL BIOL ORGAN) J 9 (1). 1990.  197-206.   CODEN: EMJOD
   Full Journal Title:  EMBO (European Molecular Biology Organization)
Journal
   Language: ENGLISH
   Zinc  finger  proteins  are  polypeptides with sequence-specific, nucleic
acid-binding  properties.  Substantial  evidence  has  established them as a
class  of  trans-acting  molecules with regulatory roles in cellular growth
and  differentiation.  We have screened an 11.5 day post coitum urogenital
ridge  cDNA  library  with an oligonucleotide encoding a sequence conserved
between  a  variety of zinc finger proteins. By cDNA cloning and sequencing
we  show that a novel mouse gene, Zfp-35, encodes a protein with a block of
18  zinc  finger  domains and an N-terminal region rich in acidic residues.
The 2.4 kb mRNA encoding this polypeptide is selectively expressed in adult
testis, by comparison with other organs. We have analysed Zfp-35 expression
in whole testes of sex-reversed ice, whole testes of prepuberal XY animals,

ILL000538

germ cell fractions from XY adult testes and by in situ hybridization to sections from adult XY testes. Our studies show that a considerable increase in expression is restricted to spermatocytes at the pachytene stage of meiotic prophase. These experiments suggest that Zfp-35 may act to control gene activity during this particular stage of spermatogenesis.


10/3,AB/59    (Item 59 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

7386502    BIOSIS Number: 89037521
  A COMPUTER PROGRAM FOR CHOOSING OPTIMAL OLIGONUCLEOTIDES FOR FILTER
HYBRIDIZATION SEQUENCING AND IN-VITRO AMPLIFICATION OF DNA
  RYCHLIK W; RHOADS R E
  DEP. BIOCHEM., MED. SCI. BUILD., UNIV. KY., LEXINGTON, KY 40536, USA.
  NUCLEIC ACIDS RES 17 (21). 1989.  8543-8552.   CODEN: NARHA
  Full Journal Title:  Nucleic Acids Research
  Language: ENGLISH
  A method is presented for choosing optimal oligodexyribonucleotides as probes for filter hybridization, primers for sequencing, or primers for DNA amplification. Three main factors that determine·the quality of a probe are considered: stability of the duplex formed between the probe and target nucleic acid, specificity of the probe for the intended target sequence, and self-complementarity. DNA duplex stability calculations are based on the nearest-neighbor thermodynamic values determined by Breslauer et al. [Proc. Natl. Acad. Sci. U.S.A. (1986), 83: 3746]. Temperatures of duplex dissociation predicted by the method described here were within 0.4.degree. C of the values obtained experimentally for ten oligonucleotides. Calculations for specificity of the probe and its self-complementarity are based on a simple dynamic algorithm.


10/3,AB/60    (Item 60 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

7312899    BIOSIS Number: 38093420
  CURRENT TRENDS IN THE SYSTEMATICS OF BACTERIA
  ROMANOVSKAYA V A
  INST. MICROBIOL. VIROL., ACAD. SCI. UKR. SSR, KIEV, USSR.
  MIKROBIOL ZH (KIEV) 51 (5). 1989.  82-94.   CODEN: MZHUD
  Full Journal Title:  Mikrobiologicheskii Zhurnal (Kiev)
  Language: RUSSIAN


10/3,AB/61    (Item 61 from file: 55)

ILL000539

DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

7185648      BIOSIS Number: 88108393
  CLASS SWITCH FROM MU TO DELTA IS MEDIATED BY HOMOLOGOUS RECOMBINATION
BETWEEN SIGMA-MU AND SIGMA-MU SEQUENCES IN HUMAN IMMUNOGLOBULIN GENE LOCI
  YASUI H; AKAHORI Y; HIRANO M; YAMADA K; KUROSAWA Y
  INST. COMPREHENSIVE MED. SCI., FUJITA-GAKUEN HEALTH UNIV., TOYOAKE,
AICHI, JAPAN 470-11.
  EUR J IMMUNOL 19 (8). 1989.  1399-1404.  CODEN: EJIMA
  Full Journal Title:  European Journal of Immunology
  Language: ENGLISH
  Class  switch  of   immunoglobulin  from  .mu.  to  .gamma.  occurs  by
recombination  between two repetitive switch sequences: S.mu. and S.gamma..
However,  there  are no such sequences in the .mu.-.delta. introns of human
and mouse  genomes. Although  the  frequency  of  IgD-secreting  cells  is
extremely low in mouse about 1% patients with myeloma produce IgD in human.
In a previous report (Nucleic Acids Res. 1988. 16: 9497) we reported that a
442-bp  DNA sequence located in the JH-.mu. intron (defined as .sigma..mu.)
was  inserted  into the .mu.-.delta. intron (defined as .SIGMA..mu.) in the
human  genome.  There is no such insertion in mouse. We analyzed Ig H chain
gene loci of  two human  IgD myelomas:  one was analyzed by cloning and
sequencing  and the  other  by  Southern  hybridization.  We  found  that
recombination  had  occurred  between  these  two homologous DNA sequences,
resulting  in loss  of the DNA segment from .sigma..mu. to .SIGMA..mu.. On
the  other  hand, in a  Burkitt  lymphoma, Daudi, the DNA fragment from
.sigma..mu.  to  .SIGMA..mu.  was  duplicated.  These  results  suggest that
homologous  recombination  between  .sigma..mu.  and  .SIGMA..mu. sequences
mediates  class switch from .mu. to .delta. in human and that it occurs via
unequal crossing-over between sister chromatids or daughter chromosomes.


 10/3,AB/62    (Item 62 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

7122212      BIOSIS Number: 88044957
  THE TYPE-SPECIFIC EPITOPES OF THE EPSTEIN-BARR VIRUS NUCLEAR ANTIGEN 2
ARE NEAR THE CARBOXYL-TERMINUS OF THE PROTEIN
  ROWE D T; CLARKE J R
  LUDWIG INST. CANCER RES., ST. MARY'S HOSP. MED. SCH., NORFOLK PLACE,
LONDON W2 1PG, UK.
  J GEN VIROL 70 (5). 1989.  1217-1230.  CODEN: JGVIA
  Full Journal Title:  Journal of General Virology
  Language: ENGLISH
  The  Epstein-Barr  virus  nuclear  antigen 2 (EBNA 2)  shows  serotype
variation  and  two  serologically  distinct  groups  of  viruses have been

ILL000540

identified. These correspond to the two hybridization groups of viruses (A
and B) that are distinguished by a highly substituted nucleic acid sequence
in the middle of the open reading frame of the EBNA 2 gene. An epitope
survey of the EBNA 2-coding region was carried out using a new prokaryotic
expression vector tailored to express DNA fragments from the M13 sequencing
libraries of the B95-8 (type A) and Jijoye (type B) prototype virus
strains. Short overlapping stretches of EBNA 2 sequence were expressed as
fusion proteins and used in Western blotting with human sera that contained
serotype-specific antibodies. The type A-specific epitope was located
between residues 378 and 435 of the B95-8 EBNA 2 polypeptide and the type
B-specific epitope mapped between residues 390 and 454, at the carboxy
terminus of the Jijoye polypeptide chain. All of the type-specific
anti-EBNA 2 sera tested reacted with fusion proteins containing one or
other of these epitopes. Despite the direct correlation between the
hybridization and serological phenotypes, the type-specific epitopes appear
to lie in the relatively conserved carboxy-terminal region of EBNA 2. There
was no indication that the residues of the non-homologous region
contributed to the formation of antibody-combining sites.


 10/3,AB/63    (Item 63 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.


7077697      BIOSIS Number: 88000442
  DNA HYBRIDIZATION STUDY OF METHANOGENIUM AND METHANOCORPUSCULUM SPECIES
EMENDATION OF THE GENUS METHANOCORPUSCULUM AND TRANSFER OF
METHANOGENIUM-AGGREGANS TO THE GENUS METHANOCORPUSCULUM AS
METHANOCORPUSCULUM-AGGREGANS NEW-COMBINATION
  XUN L; BOONE D R; MAH R A
  SCH. PUBLIC HEALTH, UNIV. CALIF., LOS ANGELES, CALIF. 90024.
  INT J SYST BACTERIOL 39 (2). 1989. 109-111.  CODEN: IJSBA
  Full Journal Title: International Journal of Systematic Bacteriology
  Language: ENGLISH
  Deoxyribonucleic acid hybridization indicated that species of the genera
Methanogenium and Methanocorpusculum are phylogenetically diverse. The 10
strains examined in this study fall into four phylogenetically defined
groups. The first group (Methanogenium marisnigri, Methanogenium bourgense,
Methanogenium olentangyi, and Methanogenium thermophilicum) is
physiologically the most diverse, containing mesophiles and thermophiles
and containing marine and nonmarine organisms. The second group
(Methanogenium aggregans, Methanocorpusculum parvum, and Methanocorpusculum
labreanum) contains very small mesophilic coccoid organisms from anaerobic
digestors. The third group contains a single species, Methanogenium
tationis, which was isolated from a solfataric mud pool, and the fourth
group contains the type species, Methanogenium cariaci, which is a marine
organism. Based on the high deoxyribonucleic acid sequence similarity

ILL000541

between Methanogenium aggregans and Methanocorpusculum parvum, we propose
to transfer Methanogenium aggregans to the genus Methanocorpusculum, naming
it Methanocorpusculum aggregans comb. nov. The type strain is strain MSt(=
DSM 3027 = OGC 21). The species in the other three major groups are placed
in the genus Methanogenium, although the lack of phylogenetic relatedness
indicates that some of these organisms should be separated from
Methanogenium cariaci into new genera. However, we propose that cataloging
or sequencing of ribosomal ribonuclei acid from these species must be
completed before new genera are designated.


  10/3,AB/64    (Item 64 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

6496287    BIOSIS Number: 85096808
  ISOLATION OF THREE VIROIDS AND A CIRCULAR RNA FROM GRAPEVINES
  REZAIAN M A; KOLTUNOW A M; KRAKE L R
  CSIRO DIV. HORTICULTURAL RES., GPO BOX 350, ADELAIDE, SOUTH AUSTRALIA
5001, AUST.
  J GEN VIROL 69 (2). 1988. 413-422.  CODEN: JGVIA
  Full Journal Title: Journal of General Virology
  Language: ENGLISH
  Analysis of nucleic acids from grapevine tissues by two-dimensional gel
electrophoresis demonstrated the presence of two bands of circular RNA. The
smaller RNA contained about 300 nucleotide residues and was identified as
hop stunt viroid by nucleotide sequencing. The larger RNA band was a
mixture of species and contained similar amounts of two components,
referred to as RNA 1a and RNA 1b, and in addition a trace amount of citrus
exocortis viroid (CEV) which became detectable only after inoculation of
the mixture to tomato. The identity of CEV was determined by probe
hybridization and nucleotide sequencing. Both RNAs 1a and 1b are distinct
from CEV and have estimated sizes larger than those of CEV and other
viroids reported so far. RNA 1a preparations were infectious in cucumber
and in tomato and the recovered viroid had unique properties. We have
provisionally named this viroid Australian grapevine viroid. Evidence for
the autonomous replication of RNA 1b was not obtained.



  10/3,AB/65    (Item 65 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

6478041    BIOSIS Number: 85078562
  MOLECULAR CLONING OF A GENE ENCODING A 45000-DALTON POLYPEPTIDE
ASSOCIATED WITH BILE ACID 7 DEHYDROXYLATION IN EUBACTERIUM-SP STRAIN VPI
12708

WHITE W B; COLEMAN J P; HYLEMON P B
DEP. MICROBIOL. IMMUNOL., MED. COLL. VA., VA. COMMONWEALTH UNIV.,
RICHMOND, VA. 23298.
J BACTERIOL 170 (2). 1988. 611-616.    CODEN: JOBAA
Full Journal Title:  Journal of Bacteriology
Language: ENGLISH
Eubacterium sp. strain VPI 12708 is an intestinal anaerobic bacterium
which possesses an inducible bile acid 7-dehydroxylation activity. Two
cholic acid-induced polypeptides with apparent molecular weights of 27,000
and 45,000, respectively, coeluted with bile acid 7-dehydroxylation
activity upon anaerobic high-performance gel filtration chromatography of
crude cellular protein extracts. The 45,000-dalton polypeptide was purified
to < 95% homogeneity by high-performance liquid chromatography gel
filtration and high-performance liquid-DEAE chromatography. The first 28
amino acid residues of the N terminus of this polypeptide were determined
by gas-phase sequencing, and a corresponding mixed oligonucleotide (20-mer)
was synthesized. Southern blot analysis of EcoRI total digests of
chromosomal DNA showed a 2.6-kilobase fragment which hybridized to the
32P-labeled 20-mer. This fragment was enriched for by size fractionation of
an EcoRI total digest of genomic DNA and ligated into bacteriophage lambda
gt11. Recombinant phage containing the putative gene encoding the
45,000-dalton polypeptide were detected with the 32P-labeled 20-mer by
plaque hybridization techniques. The insert was 2.6 kilobases in length and
may contain the entire coding sequence for the 45,000-dalton polypeptide.
The 2.6-kilobase insert was subcloned into pUC8 and transformed into
Escherichia coli DH5.alpha.. However, the 45,000-dalton polypeptide was not
detected in cell extracts of this organism when specific antibody was used.
Preliminary nucleic acid sequence data correlated exactly with the amino
acid sequence. A cholic acid-induced mRNA species of greater than 6
kilobases in size was identified by Northern (RNA) blot analysis of total
RNA, suggesting that the gene coding for this polypeptide is part of a
larger operon.


10/3,AB/66    (Item 66 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

6433909    BIOSIS Number: 85034430
  IMPACT OF NUCLEIC ACID COMPARISONS ON THE CLASSIFICATIONS OF FUNGI
  KURTZMAN C P
NORTHERN REGIONAL RES. CENT., AGRIC. RES. SERV., US DEP. AGRIC., PEORIA,
ILLINOIS 61604, USA.
PROC INDIAN ACAD SCI PLANT SCI 97 (3). 1987. 185-202.    CODEN: PIPLD
Full Journal Title:  Proceedings of the Indian Academy of Sciences Plant
Sciences
Language: ENGLISH

de a genetic means for

understanding the relationships of species and higher orders of classification among the fungi. Nuclear DNA reassociation effectively separates species but resolves no further than to the sibling species level. Approximately this same level of resolution results from comparisons of mitochondrial DNA fragments generated with restriction endonucleases. Comparisons of ribosomal RNA divergence measured from either hybridization or sequencing give a means for assessing more distant relationships.


 10/3,AB/67    (Item 67 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

5878864    BIOSIS Number: 84011429
  XYLELLA-FASTIDIOSA NEW-GENUS NEW-SPECIES GRAM-NEGATIVE XYLEM-LIMITED
FASTIDIOUS PLANT BACTERIA RELATED TO XANTHOMONAS-SPP
  WELLS J M; RAJU B C; HUNG H-Y; WEISBURG W G; MANDELCO-PAUL L; BRENNER D J
AGRIC. RES. SERV., U.S. DEP. AGRIC., RUTGERS UNIV., NEW BRUNSWICK, N.J.
08903.
  INT J SYST BACTERIOL 37 (2). 1987.  136-143.    CODEN: IJSBA
  Full Journal Title:  International Journal of Systematic Bacteriology
  Language: ENGLISH
  Twenty-five  phenotypically  and  genotypically  similar  strains  of  a
fastidious, xylem-limited bacterium were isolated from 10 plant disease
sources including Pierce's disease of grapevines, phony disease of peach,
periwinkle wilt, and leaf scorches of almond, plum, elm, sycamore, oak, and
mulberry. The cells were single (occasionally filamentous), nonmotile,
aflagellate straight rods (0.25 to 0.35 by 0.9 to 3.5 .mu.m). The they were
gram negative, catalase positive, and oxidase negative, utilized hippurate,
and   produced   gelatinase   and   often   beta-lactamase   but   not
beta-galactosidase,  coagulase,  lipase,  amylase,  phosphatase, indole, or
H2S.  The  bacteria  were  strict  aerobes  with optimum  growth  at 26 to
28.degree.  C and pH 6.5 to 6.9 and had doubling times of 0.45 to 1.98 days
in periwinkle wilt browth. Monoclonal antibodies prepared against the
Pierce's disease bacterium reacted with all strains. DNA composition was 51
to  53 mol% guanine plus cytosine, and strains were at least 85% related in
DNA  hybridization.  Sequencing  of  16S ribosomal ribonucleic acid related
them  to  the  xanthomonads.  These bacteria form a distinct group, and the
name  Xylella  fastidiosa  is  proposed,  establishing a new genus with one
species in the gamma subgroup of the eubacteria. Strain PCE-RR (ATCC 35879)
is designated as the type strain.


 10/3,AB/68    (Item 68 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

5813044      BIOSIS Number: 83075351
  INDIVIDUAL EXONS ENCODE THE INTEGRAL MEMBRANE DOMAINS OF HUMAN MYELIN
PROTEOLIPID PROTEIN
  DIEHL H-J; SCHAICH M; BUDZINSKI R-M; STOFFEL W
  INST. PHYSIOLOGISCHE CHEMIE, UNIV. ZU KOELN, JOSEPH-STELZMANN-STRASSE 52,
D-5000 KOELN 41, FRG.
  PROC NATL ACAD SCI U S A 83 (24). 1986 (RECD. 1987).  9807-9811.
CODEN: PNASA
  Full Journal Title: Proceedings of the National Academy of Sciences of
the United States of America
  Language: ENGLISH
  The gene encoding human proteolipid protein (PLP) was isolated from a
human genomic library by hybridization with labeled DNA of a PLP-specific
cDNA clone. The entire PLP gene spans approximately 17 kilobases.
Restriction and sequence analysis revealed seven exons and six introns. The
entire nucleotide sequences of the exons and of the exon-intron transitions
were determined, and the intron lengths were measured. Exon I includes only
ATGG of the translated region, the N-terminal methionine codon and G of
glycine, the first amino acid of mature PLP. Each hydrophobic trans- and
cis-membrane domain of PLP together with its adjacent hydrophilic sequence
correlates closely with one exon of the gene except for the C-terminal
transmembrane helix that is encoded by two exons. The amino acid sequence
of human PLP derived from the nucleic acid sequence is highly conserved.
Human and rat PLP are completely homologous, whereas only four amino acid
residues are exchanged in bovine PLP sequence derived from protein
sequencing and a partial cDNA clone. Homology search on the nucleic acid
level among human, bovine, and rat brain PLPs indicates an unusually high
homology in the coding regions. Hybridization analysis with DNA of
human-rodent hybrid clones revealed that the gene encoding PLP segregates
with human X chromosome in the region q13-q22.


 10/3,AB/69      (Item 69 from file: 55)
DIALOG(R)File  55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

5768102      BIOSIS Number: 83030409
  CYANURIC CHLORIDE-ACTIVATED PAPER A NEW TWO-DIMENSIONAL CYANURIC
CHLORIDE-ACTIVATED MATRIX FOR UNIVERSAL APPLICATION IN MOLECULAR BIOLOGY
  HUNGER H-D; COUTELLE C; BEHRENDT G; FLACHMEIER C; ROSENTHAL A; SPEER A;
BRETER H; SZARGAN R; FRANKE P; ET AL
  AKAD. DER WISSENSCHAFTEN DER DDR, ZENTRALINST. FUER MOLEKULARBIOL.,
ROBERT-ROESSLE-STR. 10, DDR-1115 BERLIN-BUCH.
  ANAL BIOCHEM 156 (2). 1986. 286-299.   CODEN: ANBCA
  Full Journal Title:  Analytical Biochemistry
  Language: ENGLISH

ILL000545

A novel two-dimensional cyanuric chloride-activated (CCA) paper has been developed. It is composed of a cellulosic base, covalently bound cyanuric chloride, and microprecipitated complex cyanuric chloride-sodium chloride crystals on its surface. CCA paper covalently binds nucleic acids and proteins. Its binding capacity for nucleic acids is about 400 .mu.g/cm2. Sealed into nitrogen-filled bags and stored at -20.degree. C, it retains its binding activity for at least a year and is always ready for use. CCA paper has been successfully used for capillary and electroblotting of DNA, RNA, and proteins (Southern, Northern, and Western blotting) as well as for dot tests. Furthermore, it was applied to colony and plaque hybridization. A unique property of it is that it permits the staining of proteins after blotting and subsequent performance of radioimmunological detection of specific protein components. This has proven advantageous in two-dimensional Western blotting experiments. Of further importance is its ability to bind DNA fragments from one up to several hundred bp from polyacrylamide sequencing gels.

10/3,AB/70    (Item 70 from file: 55)
DIALOG(R)File 55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

5378710    BIOSIS Number: 82023513
INDUCTION OF METALLOTHIONEIN AND OTHER MESSENGER RNA SPECIES BY CARCINOGENS AND TUMOR PROMOTERS IN PRIMARY HUMAN SKIN FIBROBLASTS
ANGEL P; POTING A; MALLICK U; RAHMSDORF H J; SCHORPP M; HERRLICH P
KERNFORSCHUNGSZENTRUM KARLSRUHE, INST. GENETIK UND TOXIKOLOGIE, D-7500 KARLSRUHE 1, FRG.
MOL CELL BIOL 6 (5). 1986. 1760-1766.    CODEN: MCEBD
Full Journal Title: Molecular and Cellular Biology
Language: ENGLISH
We used nucleic acid hybridization and cDNA cloning techniques to isolate human sequences that respond to the tumor promoter 12-O-tetradecanoylphorbol-13-acetate (TPA). These clones were used as probes to examine changes of gene expression that occurred after the proliferation of exponentially growing primary human fibroblasts was arrested. Transcript levels detected by these probes were increased coordinately by treatment of the cells with UV light, mitomycin C, TPA, or the UV light-induced extracellular protein synthesis-inducing factor EPIF (M. Schorpp, U, Mallick, H. J. Rahmsdorf, and P. Herrlich, Cell 37:8651-868, 1984). Proteins coded for by these transcripts were characterized by hybrid-promoted translation and by cDNA sequencing. One of the cDNA clones was homologous to the metallothionein IIa gene, and one set of related clones selected RNA for the secreted TPA-inducible protein XHF1 (U. Mallick, H. J. Rahmsdorf, N. Yamamoto, H. Ponta, R.-D. Wegner, and P. Herrilich, Proc. Natl. Acad. Sci, USA 79:7886-7890, 1982).

ILL000546

10/3,AB/71    (Item 71 from file: 55)
DIALOG(R)File   55:BIOSIS PREVIEWS(R)
(c) 1996 BIOSIS. All rts. reserv.

4976714      BIOSIS Number: 80104025
   CLONING AND CHARACTERIZATION OF COMPLEMENTARY DNA SPECIES ENCODING 2 3 7
8 TETRACHLORODIBENZO-P-DIOXIN-INDUCIBLE RABBIT MESSENGER RNA SPECIES FOR
CYTOCHROME P-450 ISOZYMES 4 AND 6
   OKINO S T; QUATTROCHI L C; BARNES H J; OSANTO S; GRIFFIN K J; JOHNSON E F
; TUKEY R H
   CANCER CENTER, UNIV. CALIFORNIA, SAN DIEGO, LA JOLLA, CA 92039.
   PROC NATL ACAD SCI U S A 82 (16). 1985.  5310-5314.    CODEN: PNASA
   Full Journal Title:  Proceedings of the National Academy of Sciences of
the United States of America
   Language: ENGLISH
   Monoclonal  antibodies toward  rabbit  liver  cytochrome P-450 isozyme 6
(P-450  6)  were  used to identify several recombinant clones from a pBR322
c[complementary]DNA  library  that  express .beta.-lactamase-P-450 6 hybrid
proteins.  The nucleic acid sequence and predicted amino acid sequence of a
rabbit  P-450  6  cDNA  shows  a high degree of homology with rat P-450c and
mouse  P1-450. When used as a probe to rescreen the library, the P-450 cDNA
hybridized  to  several  heterologous  classes  of cDNA. One such class was
shown  to encode P-450 4 by comparison of its predicted amino acid sequence
to  amino  acid  sequences  of Cys-containing tryptic peptides derived from
P-450  4.  DNA  sequence  analysis of a cDNA clone belonging to a 3rd class
demonstrated  that it contained a 131-base-pair intervening sequencing when
compared  to  the  cDNA coding  for  P-450 6. This sequence corresponds in
location  to  intron  E of the rat P-450c gene. Blot-hybridization analysis
demonstrated  that  2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) dramatically
induced  P-450  4 and 6 mRNA, which differ in size. The sizes of these mRNA
differ  from their analogs in the mouse as a result of divergence in the 3'
untranslated portions of the mRNA.


10/3,AB/72    (Item 1 from file: 30)
DIALOG(R)File   30:AsiaPacific
(c) 1996 Aristarchus Knowledge Industries. All rts. reserv.

09452020
Proceedings Of The Mediterranean Striped Dolphins Mortality, International
Workshop: Part 12: Charcteristics of a Cetecean Morbillivirus With Proposed
Name  Delphinoid  Distemper  Virus.  Madrid:  Greenpeace  International,
Mediterranean Sea Project, February 1992.
   Greenpeace  International;  Mediterranean  Sea  Project;  Pastor, Xavier
   [editor]; Simmonds, Mark [editor]; Rima, S.
   LANGUAGE: English

[Division of Genetic Engineering, School of Biology and Biochemistry, The Queen's University of Belfast, Belfast BT9 7BL, N. Ireland.]

INTRODUCTION: In 1988 during the height of the seal virus (phocine distemper virus - PDV) epizootic six stranded porpoises were found on the coast of Northern Ireland which showed evidence of a distemper like pathology caused by the presence of a morbillivirus in affected animals. The concurrence between the seal epizootic and these events led us to assume that the virus affecting the seals had also caused the infection in the porpoises (Phocoena phocoena). The occurrence of an epizootic in striped dolphins (Stenella coeruleoalba) in 1990, which was also associated with a similar morbillivirus, stimulated further studies of the porpoise morbillivirus isolated in 1988; particularly since it had become important to assess whether some of the rare Mediterranean seal species were also at risk from these viruses.

MONOCLONAL ANTIBODY STUDIES: In preliminary characterisations using monoclonal antibodies raised in Claess Orvell's group in Stockholm against the Convac strain of canine distemper virus (CDV) it became apparent that many of the epitopes on the nucleocapsid (N), phospho-(P), matrix (M) and fusion protein (F) of CDV were also present on PDV and the porpoise isolate . However, the epitopes present on the haemagglutinin (H) proteins of the three viruses varied subtantially and the differences between the porpoise virus and CDV were in the same order of magnitude as those between PDV (the seal virus) and CDV. In a more extensive comparison using both ELISA and immunofluorescence we show that the relationship between CDV, PDV and the porpoise virus is one in which the viruses are equidistant from each other and this is further confirmed by the use of Mabs raised against the porpoise virus . We, therefore, propose that the porpoise virus represents a separate species of morbillivirus in the distemper subgroup to which I shall refer as delphinoid distemper virus or DDV on the assumption that the dolphin isolates also will fall in this group.

PROTEINS: We have started biochemical analysis to study the speciation of these viruses further. We get good expression in DDV infected cells of the N, P and M proteins and have been able to identify the H protein of DDV by immunoprecipitation. The major differences with CDV are the slower mobility of the N protein of DDV which is even slower than that of PDV in SDS- PAGE and more akin to the N protein of rinderpest (RPV) and the slower mobility of the P proteins as compared to CDV. The H and P proteins of DDV appear to comigrate with those of PDV. No differences have been observed in the migration of the M proteins. However, it should be stressed here that this type of analysis is of limited value since the different mobilities in SDS-PAGE can be caused by very minor protein sequence differences.

RNA STUDIES: We continued our comparative biochemical analysis by studying the RNAs of the viruses. Hybridizations were carried out on northern blots of total RNA extracted from Vero cells infected with CDV,

PDV and DDV. At high stringency none of the PDV, CDV, MV or rinderpest (RPV) cDNAs tested hybridized with DDV infected cell RNA. At lower stringency only the N gene probes of PDV, MV and RPV appeared to hybridize (slide) to an RNA species of the same size as the N MRNA of CDV, PDV and DDV as well as to genome sized RNA. Thus from these hybridization data, the relationship of DDV to PDV and CDV is similar to that of PDV to CDV. Thus, both in terms of monoclonal antibody binding patterns and in CDNA hybridisations DDV appear to be distinct from PDV and CDV. Nucleotide sequence analysis will be carried out shortly and this should provide unambiguous proof of the nature of the DDV; as it has been able to distinguish and clarify the relationship between CDV, PDV, RPV and measles virus (MV).

RELATIONSHIP BETWEEN CDV AND PDV: I would like to make a few points about the relationship between these two viruses as these may illustrate the way in which we should think about DDV. Extensive nucleotide sequence data now exist for PDV as well as for CDV. The genome sequence of the latter has been completed recently in the laboratory of Peter Dowling and for PDV Jan Kovamees and his coworkers in Stockholm have data for the N, P, M, F and H genes of a PDV isolate from Denmark and Martin Curran and I have sequence data from the N to into the L gene of strain Ulster/88. We have found the sequences of these two strains to be almost identical even in the H gene a comparison revealed only 3 differences. This indicates that the two isolates of PDV studied are almost identical and despite the different geographical locations and times of isolation. The data may indicate that the Ulster outbreak was part of the same epizootic as the outbreak in Denmark even though it occurred earlier than expected for the progression of the epidemic along the coasts of Holland and Great Britain. Alternatively, this may indicate that the same virus was introduced twice from the original population that carried it to Northwestern Europe. The relationship between CDV and PDV indicate that most genes have between 60-75% homology at the nucleotide level and this level of variation is outside the scope of the variation seen between mutants of MV or CDV. The data showed unambiguously that PDV is a distinct morbillivirus.

EVOLUTIONARY RELATIONSHIPS BETWEEN MORBILLIVIRUSES: It has been argued that rinderpest virus is the archetypal morbillivirus on the basis of the fact that in its host range there are sufficiently large population of animals to sustain the virus indefinitely. Measles virus is assumed not have a long evolutionary history on the basis of the fact that Hippocrates did not describe the disease and that interacting human populations large enough to sustain the virus (in excess of 250000) have only been present in the last four millenia. Both of course are bits of negative evidence and as such it would be difficult to consider as proof that the virus was not there as a separately evolving morbillivirus. The close relationship between peste-des-petits ruminants (PPRV) the fifth (or sixth) species of morbillivirus, to RPV is well documented. The viruses have an overlapping host range and both in CDNA hybridization studies and Mab binding studies they cross react with each other, to a degree much higher than MV. The

ILL000549

evolutionary relationships between this group and the distemper virus
subgroup of the morbillivirus is much less clear. Morbilliviruses form an
interesting group of serologically very closely related agents defined so
far by their respective host ranges. We now are faced with the emergences
of PDV and probably DDV as separate species with the question emerging
where do all these viruses come from. Earlier suggestions that they
represent recent species jumps by CDV have to be discounted both on the
basis of the nucleotide sequencing data and the presence of morbillivirus
antibodies in archival sera of seal in Europe and North America, but the
question when and where these viruses originated can in essence not be
answered satisfactorily. If one assumes that "once" this was an archetypal
morbillivirus from which all present virus are derived then one could plot
the divergence over time of both the nucleotide and protein sequences of
the viruses as a line moving away from the 100% homology in protein and
nucleic acid sequence almost as a bifurcating lightning fork. Bifurcations
indicate speciation events. Dead ends, reductions in divergence as well as
coevolution of lineages may all occur and can be depicted. Because of the
quasi species nature of RNA virus sequences and the rapid rates of
evolution and the absence of a molecular clock, it is impossible to have
any impression of the timescale. Even in the best studied morbillivirus
(MV) we see that coevolution occurs in a number of separate lineages and
it is imp


10/3,AB/73      (Item 1 from file: 72)
DIALOG(R)File  72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.

9582790    EMBASE No: 95152023
   Identification of cDNA clones encoding valosin-containing protein and
other plant plasma membrane-associated proteins by a general
immunoscreening strategy
   Shi J.; Dixon R.A.; Gonzales R.A.; Kjellbom P.; Bhattacharyya M.K.
   Plant Biology Division, Samuel Roberts Noble Foundation, P.O. Box 2180,
Ardmore, OK 73402 USA
   Proceedings of the National Academy of Sciences of the United States of
America (USA) , 1995, 92/10 (4457-4461) CODEN: PNASA ISSN: 0027-8424
   LANGUAGES: English  SUMMARY LANGUAGES: English
   An approach was developed for the isolation and characterization of
soybean plasma membrane-associated proteins by immunoscreening of a cDNA
expression library. An antiserum was raised against purified plasma
membrane vesicles. In a differential screening of similar500,000
plaque-forming units with the anti-(plasma membrane) serum and DNA probes
derived from highly abundant clones isolated in a preliminary screening,
261 clones were selected from similar1,200 antiserum-positive plaques.
These clones were classified into 40 groups by hybridization analysis and
5'- and 3'-terminal sequencing. By searching nucleic acid and protein

ILL000550

sequence data bases, 11 groups of cDNAs were identified, among which valosin-containing protein (VCP), clathrin heavy chain, phospholipase C, and S-adenosylmethionine:Delta24-sterol-C- methyltransferase have not to date been cloned from plants. The remaining 29 groups did not match any current data base entries and may, therefore, represent additional or yet uncharacterized genes. A full-length cDNA encoding the soybean VCP was sequenced. The high level of amino acid identity with vertebrate VCP and yeast CDC48 protein indicates that the soybean protein is a plant homolog of vertebrate VCP and yeast CDC48 protein.


 10/3,AB/74    (Item 2 from file: 72)
DIALOG(R)File  72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.

9392510   EMBASE No: 94344478
  Oligonucleotide arrays: New concepts and possibilities
  Chetverin A.B.; Kramer F.R.
  Department of Molecular Genetics, Public Health Research Institute, 455 First Ave., New York, NY 10016 USA
  BIOTECHNOLOGY (USA) , 1994, 12/11 (1093-1099) CODEN: BTCHD   ISSN: 0733-222X
  LANGUAGES: English   SUMMARY LANGUAGES: English
  Advances in solid-phase oligonucleotide synthesis and hybridization techniques have led to an incipient technology based on the use of oligonucleotide arrays. The inclusion of a large number of oligonucleotide probes within a single array greatly reduces the cost of their synthesis and allows thousands of hybridizations to be carried out simultaneously. The range of potential applications of oligonucleotide arrays was expanded by the realization that nucleic acids can be sequenced by hybridizing them to all possible oligonucleotides of a given length. Additional possibilities are offered by novel types of oligonucleotide arrays that are capable of parallel sorting, isolating, and manipulating thousands, and even millions, of nucleic acid species. Fields, such as site-directed mutagenesis, protein engineering, and recombinant DNA technology, would benefit from using these arrays. Further, these approaches could enable the analysis of entire genomes by preparing ordered fragment libraries, and by sequencing complex pools of nucleic acids, in a novel approach that provides long-range sequence information by generating nested nucleic acids and then surveying the oligonucleotides contained in the nested strands. This would allow large diploid genomes to be sequenced directly in a completely automated procedure that does not require fragment cloning or chromosome mapping.


 10/3,AB/75    (Item 3 from file: 72)
DIALOG(R)File  72:EMBASE

ILL000551

(c) 1996 Elsevier Science B.V. All rts. reserv.

9230893    EMBASE No: 94187851
   Nucleotide  sequence  of  the original Brazilian isolate of coleus yellow
viroid    from    Solenostemon    scutellarioides    and    infectivity of its
complementary DNA
   De Noronha Fonseca M.E.; Marcellino L.H.; Kitajima E.W.; Boiteux L.S.
   Lab  de Biologia Molecular, Centro, Nacional Pesquisa Recursos Geneticos,
(CENARGEN)/EMBRAPA CP 02372, 70849-970 Brasilia (DF)  Brazil
   J. GEN. VIROL. (United Kingdom) , 1994, 75/6 (1447-1449)  CODEN: JGVIA
ISSN: 0022-1317
   LANGUAGES: English   SUMMARY LANGUAGES: English
   The complete nucleotide (nt) sequence of the original coleus yellow
viroid  (CYVd) from Solenostemon scutellarioides, 'Golden Bedder', has been
determined.   The covalently closed  single-stranded CYVd RNA molecule
consists of  248  nt residues which assumes a rod-like secondary structure
when folded in the model of lowest free energy. The sequence was determined
by  direct  sequencing of RNA and from three overlapping cDNA clones.
Comparison  of  the CYVd sequence with that of Coleus blumei viroid 1 (CbVd
1) from Germany demonstrated that they are closely related. The differences
observed  in  the  genome  organization of CYVd relative to CbVd 1 were at
three sites: position 25 (one U deletion), position 26 (a U was replaced by
an  A)  and  position  241  (one A insertion). The first two mutations were
detected  in  one A-rich segment of eight nt (between positions 25 and 34).
Northern  blot  hybridization of partially purified nucleic acids from the
leaf  tissue  of  S.  scutellarioides 'Frilled Fantasy', inoculated with
double-stranded cDNA, demonstrated that this fragment was infectious. These
data  enable  CYVd  to  be assigned to the viroid class of plant pathogens,
based  on its biological properties and molecular structure. This work also
gives additional support to the present classification system, in which the
viroids isolated from S. scutellarioides form a distinct subgroup.


  10/3,AB/76    (Item 4 from file: 72)
DIALOG(R)File  72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.

9117282    EMBASE No: 94067492
   Biotechnology for developing countries - The case of the Central American
Isthmus
   Leon P.E.
   Cell,  Molecular  Biol Center (CIBCM), School of Medicine, Universidad de
Costa Rica, PO Box 2060, San Jose  Costa Rica
   ANN. NEW YORK ACAD. SCI. (USA) , 1993, 700/- (194-203)  CODEN: ANYAA
ISSN: 0077-8923
   LANGUAGES: English   SUMMARY LANGUAGES: English
   Recent  developments  in  the  fields of  chemistry,  molecular biology,

computer science, and communications promise to transform the way that many things will be done in the near future in diverse fields of scientific R and D. Unfortunately for less developed countries (LDCs) some of the technologies involved are user friendly and safe, avoiding the need for radioactive precursors, large machines, or expensive reagents. For instance, tissue culture, polymerase chain reaction (PCR), dideoxi-sequencing, and recombinant DNA techniques have already invaded clinical laboratories, agricultural field stations, and natural history museums, even in some developing nations. Somatic cell culture for plant biotechnology and immunologic techniques for diagnosis have had wide applications for over a decade in all countries in the Central American Isthmus. More recently, recombinant DNA techniques, including PCR, have been introduced for diagnostic purposes and research at the two largest universities in Costa Rica and at other public institutions and are also used in Guatemala and Panama. Honduras and Nicaragua are only now acquiring these technologies for diagnostic purposes. Biotechnological applications in industry seem to be lagging behind, and presently no good links exist between research laboratories and industry for advanced applications. The application of biotechnologies in environmental problems is slowly underway, with molecular studies of natural wildlife populations and primary forest trees. A major effort is needed to create safe and effective ways of dealing with environmental degradation, wastes, and byproducts of tropical agriculture and industry. The creation of the National Biodiversity Institute (INBio) in Costa Rica to elaborate an inventory of flora and fauna and to prospect for useful substances provides a unique opportunity for biotechnological applications. In addition, government policies to promote biotechnological development are supported by CONICIT (National Research Council), the Ministry of Science and Technology, the newly established Costa Rican Academy of Science, and the national universities. Other countries in the region are beginning to take similar action. At the Cell and Molecular Biology Center (CIBCM) our strategy is to obtain the key components and infrastructure to handle nucleic acids and manage genetic information in databanks. Training has been an important priority during the last decade, with over 20 Central American students receiving graduate degrees in virology, molecular biology, genetics, and immunology, with support from German and Swedish governmental institutions. Diagnosis of viral diseases in cultivated plants and animals was done initially at CIBCM for research and later on a contractual basis for both the public and private agricultural sectors. DNA hybridization and PCR techniques are now replacing or being used concurrently with immunologic techniques. PCR has been used successfully in linkage analysis of human genetic disease, in viral diagnosis, and for cloning the Taq polymerase, a key ingredient that can be produced cheaply. Cloning of other key enzymes is underway. Lack of access to journals and databanks, as well as meager funds for infrastructure and reagents, continues to be a limiting factor in biotechnological development. Failure to promote graduate training in molecular biology, in most countries, has resulted in the absence of a

ILL000553

'critical mass' of scientists working in this field and in a 'brain drain' from scientists trained abroad who do not find an acceptable environment to reinsert themselves after completing advanced degrees. Tedious importation procedures discourage active research in cutting-edge fields. International cooperation in training and exchange of nonproprietary information (software and journals) and resources (vectors, clones, and enzymes) within the region should be promoted to keep the promise of biotechnology alive in the developing world.


  10/3,AB/77     (Item 5 from file: 72)
DIALOG(R)File  72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.

8865853   EMBASE No: 93169607
  Rapid comparison of the cytochrome c3 gene from nine strains of Desulfovibrio vulgaris using polymerase chain reaction amplification
  Kwoh D.Y.; Vedvick T.S.; McCue A.F.; Gevertz D.
  Agouron Institute, 505 Coast Boulevard South, La Jolla, CA 92037 USA
  CAN. J. MICROBIOL. (Canada) , 1993, 39/4 (402-411) CODEN: CJMIA   ISSN: 0008-4166
  LANGUAGES: English   SUMMARY LANGUAGES: English; French
  Polymerase chain reaction amplification was used to compare different regions of the cytochrome c3 gene from nine strains of Desulfovibrio vulgaris, to examine homology within the species. Six 30-base polymerase chain reaction primers and three probes were synthesized on the basis of the published nucleic acid sequence of the cytochrome c3 gene from D. vulgaris, NCIMB 8303. Amplifications were performed on genomic DNA isolated from NCIMB 8303 as well as eight other strains. Six strains, NCIMB 8302, 8305, 8306, 8311, 11779, and DSM 2119, showed amplification products of equal size and quantity to those of strain 8303. Two other strains, NCIMB 8456 and DSM 1744, either showed reduced levels or no detectable amplification products. These results were confirmed by hybridization of amplified DNA to radiolabeled probes specific for each product. DNA sequencing of a 145-bp polymerase chain reaction fragment from strains NCIMB 8302, 8303, 11779, and DSM 2119 revealed complete sequence homology between these strains, whereas slight differences were seen with strain NCIMB 8456. Amino acid sequencing of the first 20 residues of cytochrome c3 purified from strains NCIMB 8456 and 8303 also showed differences in the two proteins. In contrast to the results obtained with strain NCIMB 8456, limited homology was observed between the first 20 amino acid residues of cytochrome c3 from strain DSM 1744 and strain NCIMB 8303.


  10/3,AB/78     (Item 6 from file: 72)
DIALOG(R)File  72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.

ILL000554

8210258    EMBASE No: 91239357
    Characterization of the bla(CARB-3) gene encoding the carbenicillinase-3
beta-lactamase of Pseudomonas aeruginosa
    Lachapelle J.; Dufresne J.; Levesque R.C.
    Laboratoire de Genie Genetique, Departement de Microbiologie, Faculte de
Medecine, Universite Laval, Quebec, Que. G1K 7P4 Canada
    GENE (Netherlands) , 1991, 102/1 (7-12)  CODEN: GENED   ISSN: 0378-1119
ADONIS ORDER NUMBER: 037811199100301D
    LANGUAGES: English
    We have isolated the bla(CARB-3) structural gene encoding the CARB-3
carbenicillinase of Pseudomonas aeruginosa strain Cilote, tested the
specificity of bla(CARB-3) DNA probes and determined the nucleotide
sequence of bla(CARB-3). Three restriction fragment probes internal or
delimiting the bla(CARB-3) structural gene were hybridized with purified
plasmid DNA coding for 18 other beta-lactamases (Blas). Under
high-stringency conditions, only bla(PSE-1), bla(PSE-4) and bla(CARB-4)
sequences cross-hybridized with bla(CARB-3). Sequencing of bla(CARB-3)
identified the structural gene which encodes a polypeptide product of 268
amino acids with a calculated estimated M(r) of 29246 for the mature form
of the protein. Homology studies and computer analysis of primary
structures confirmed that CARB-3 is a class-A Bla. The CARB-3
carbenicillinase differs from PSE-4 at two positions: Phe (PSE-4) instead
of Leu188 (CARB-3), and Glu (PSE-4) instead of Ala266 (CARB-3), which
changes the isoelectric value from (PSE-4) 5.4 to 5.75 (CARB-3). The
possible effects of these two mutations were examined by comparisons on the
2 *s crystal structure of the Staphylococcus aureus penicillinase, and they
were shown to be silent substitutions causing no changes in the phenotype.
The nucleic acid hybridization studies and sequence data confirmed that
carbenicillinase-encoding bla genes are closely related and that
bla(CARB-3) is a variant of bla(PSE-4).


 10/3,AB/79    (Item 7 from file: 72)
DIALOG(R)File  72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.

7208846    EMBASE No: 88206144
    Techniques for using antisense oligodeoxyribonucleotides to study gene
expression
    Marcus-Sekura C.J.
    Division of Virology, Center for Biologics Evaluation and Research, Food
and Drug Administration, Bethesda, MD 20892 USA
    ANAL. BIOCHEM. (USA) , 1988, 172/2 (289-295) CODEN: ANBCA   ISSN:
0003-2697
    LANGUAGES: English
    Molecular biology is providing powerful tools for cloning and sequencing

ILL000555

genes. The more difficult task is that of ascribing functions to the specific DNA sequences that appear to code for proteins, the 'open reading frames', or of regulating the expression of known genes in biological systems in order to determine their contributions to cellular functions. The classical genetic approach of making mutants is difficult in eukaryotic systems, with the exception of yeasts and viruses, and has proved of limited utility. A promising approach to this problem has been to introduce into either the in vitro assay or tissue culture system oligodeoxyribonucleotides with nucleotide sequences complementary to the protein coding or 'sense' sequence, usually referred to as 'antisense' oligonucleotides. The term MATAGEN (MAsking TApe for Gene ExpressioN) has also been used for these compounds, which appear to inhibit gene expression predominantly by hybridization arrest of translation. Interest in the use of antisense molecules for the study of gene expression and regulation has increased dramatically in the past few years. The demonstrated utility of the antisense oligomer in both in vitro and tissue culture assays, the increased availability of nucleotide sequence data as well as improvements in nucleic acid sequencing techniques, and the automation of synthetic procedures for their preparation have made studies using these molecules more practical. This review focuses on short oligodeoxyribonucleotides, which offer important stability and synthetic advantages over the use of antisense RNA transcripts, and is intended as an introduction to practical approaches in the use of anti-sense oligodeoxyribonucleotides in biological systems. For synthetic techniques, the reader is referred to the individual references cited.


 10/3,AB/80    (Item 8 from file: 72)
DIALOG(R)File  72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.


7119471   EMBASE No: 88115216
  Direct transfer electrophoresis used for DNA sequencing
  Pohl F.M.; Beck S.
  Fakultat fur Biologie, Universitat Konstanz, D-7750 Konstanz Germany, Federal Republic of
  METHODS ENZYMOL. (USA) , 1987, 155/- (250-259) CODEN: MENZA   ISSN: 0076-6879
  LANGUAGES: English
  The methodology developed for 'genomic sequencing' with the use of specific hybridization reactions offers a new approach to the sequencing of nucleic acids. For this approach the mixture of DNA molecules has to be blotted and covalently fixed to a membrane after the separation by electrophoresis. Direct transfer electrophoresis can simplify this process.


 10/3,AB/81    (Item 9 from file: 72)

ILL000556

DIALOG(R)File   72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.

7093933   EMBASE No: 88093317
  Gene technology in viral diagnostics and vaccine production
  GENTECHNOLOGIE IN VIRUSDIAGNOSTIK UND IMPFSTOFFENTWICKLUNG
  Lower J.
  Paul-Ehrlich-Institut,  6000 Frankfurt/Main 70  Germany, Federal Republic
of
  ARZNEIM.-FORSCH./DRUG   RES. (Germany, Federal Republic of) , 1988, 38/3 A
(438-441)  CODEN: ARZNA   ISSN: 0004-4172
  LANGUAGES: German   SUMMARY LANGUAGES: English
  The  development  of genetechnological methods since the beginning of the
1970's  allowed  the molecular cloning of partial or complete viral genomes
and  the  sequencing  of  their nucleic acids. On this basis, new tools for
viral   diagnostics  are  available:  molecular  probes  for  hybridization
techniques  and  synthetic  peptides  or  highly  purified proteins for the
specific  detection  of antibodies. While the role of synthetic peptides as
vaccines  seems  to be limited, complete viral surface proteins produced by
gene  technological  methods  are  already used for vaccination in man. The
advantages  and  disadvantages  of  production in bacteria, in yeast and in
higher  eukaryotic  cells  of polypeptides designed as subunit vaccines are
discussed.  An  additional,  attractive  model is the synthesis of antigens
immediately  in the host, directed by a recombinant vaccinia virus. Another
promising approach is the establishment of potent and safe live vaccines by
the  introduction  of  defined  mutations  or deletions into a viral genome,
based   on   the   previous  elucidation  of  the  molecular  mechanism  of
attenuation.


  10/3,AB/82    (Item 10 from file: 72)
DIALOG(R)File   72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.

7020967   EMBASE No: 88024356
  Nucleic acid evidence bearing on hominoid relationships
  Weiss M.L.
  Department  of  Anthropology, Wayne State University, Detroit, MI 48202
USA
  AM. J. PHYS. ANTHROPOL. (USA) , 1987, -/SUPPL. 8 (41-73)  CODEN: AJPNA
ISSN: 0002-9483
  LANGUAGES: English
  Molecular  approaches  to primate evolutionary relationships have been in
use for 25 years. Recent advances in nucleic acid technology have permitted
increasing  resolution  in  assessing  the  topology  and timing of primate
phylogeny.  The  basics of these new approaches and their possibilities and
limitations  are  set  forth  in  reference to hominoid evolution. Specific

reference is made to recent research involving DNA-DNA liquid hybridization, restriction mapping, and nucleic acid sequencing. These approaches are unanimous in establishing an African ape-human clade within the hominoids; orangutans share a more recent common ancestor with this clade than does the gibbon. Present data on the form of the tree uniting chimps, gorilla, and human are not compelling. Currently, it appears somewhat more likely that chimps and humans shared a most recent common ancestor, but a strong case can be made for a tree that joins chimp and gorilla. The tree uniting humans and gorillas cannot be disregarded. For present purposes, a trifurcation, though probably not literally correct, is a reasonable reconstruction. Molecular information is proving especially useful in setting the time frame for hominoid evolution as well as drastically limiting the number of trees that can be reasonably entertained. As the technology becomes more sophisticated, it can be hoped that the ability to discriminate between trees will increase. It will be necessary to maintain a continuing dialogue between morphological and molecular biologists to insure cross-fertilization of ideas about hominoid relations.


 10/3,AB/83    (Item 11 from file: 72)
DIALOG(R)File  72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.

6229792    EMBASE No: 86224855
 New perspectives on Alzheimer's disease
 Price D.L.
 Department of Pathology, The Johns Hopkins University School of Medicine, Baltimore, MD 21205  USA
 ANNU. REV. NEUROSCI. (USA) , 1986, VOL. 9 (489-512)   CODEN: ARNSD
 LANGUAGES: ENGLISH
 Significant progress has been made in refining diagnostic criteria for AD and developing imaging approaches to exclude treatable disease and to assess some of the metabolic processes occurring in vivo in the brains of individuals with AD. However, as yet no reliable diagnostic test is available. Although risk factors have been identified, the etiology of AD remains an enigma. The roles of familial, chromosomal, and genetic factors, toxins, and transmissible agents in the pathogenesis of this disease deserve intensive study. A variety of neurotransmitter systems are affected in the disease, and it seems likely that new approaches may identify additional systems at risk. Of particular importance will be studies on surviving neurons, since these cells will be targets for treatment. Neurons in certain parts of the brainstem, basal forebrain, amygdala, hippocampus, and neocortex show several types of cxytoskeletal abnormalities, but mechanisms of cytoskeletal disorganization are not well understood, e.g. we do not have a clear idea of the sequence of cytoskeletal pathology, the time course of dysfunction of individual neurons, and consequences of these

processes on cell function. In situ hybridization with radiolabeled nucleic acid probes and immunocytochemical approaches should provide information about levels of gene expression, protein compositions, and posttranslational modifications of normal and abnormal proteins in these cells. The relationships and sources of some of the abnormal proteins (e.g. those associated with PHF, 15-nm straight filaments, plaque amyloid, and vascular amyloid) can be clarified by new approaches of protein chemistry (purification and sequencing) and molecular biology (recombinant DNA techniques). Finally investigations of animal models that recapitulate certain features of AD should provide new insights into the nature, mechanisms, and consequences of cellular pathology of specific systems. These models may be useful for imaging studies similar to those used in human patients and for developing and testing new therapeutic approaches that eventually may be useful for treating this all-too-common disorder of the central nervous system.


10/3,AB/84     (Item 12 from file: 72)
DIALOG(R)File   72:EMBASE
(c) 1996 Elsevier Science B.V. All rts. reserv.

5966586    EMBASE No: 85212096
   Cloning and characterization of cDNAs encoding 2,3,7,8-tetrachlorodibenzo-p-dioxin-inducible rabbit mRNAs for cytochrome P-450 isozymes 4 and 6
   Okino S.T.; Quattrochi L.C.; Barnes H.J.; et al.
   Cancer Center, University of California, San Diego, La Jolla, CA 92039 USA
   PROC. NATL. ACAD. SCI. U. S. A. (USA) , 1985, 82/16 (5310-5314)   CODEN: PNASA
   LANGUAGES: ENGLISH
   Monoclonal antibodies toward rabbit liver cytochrome P-450 isozyme 6 (P-450 6) were used to identify several recombinant clones from a pBR322 cDNA library that express beta-lactamase-P-450 6 hybrid proteins. The nucleic acid sequence and predicted amino acid sequence of a rabbit P-450 6 cDNA shows a high degree of homology with rat P-450c and mouse Psub 1-450. When used as a probe to rescreen the library, the P-450 cDNA hybridized to several heterologous classes of cDNAs. One such class was shown to encode P-45- 4 by comparison of its predicted amino acid sequence to amino acid sequences of cysteine-containing tryptic peptides derived from P-450 4. DNA sequence analysis of a cDNA clone belonging to a third class demonstrated that it contained a 131-base-pair intervening sequencing when compared to the cDNA coding for P-450 6. This sequence corresponds in location to intron E of the rat P-450c gene. Blot-hybridization analysis demonstrated that 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) dramatically induced P-450 and 6 mRNAs, which differ in size. The sizes of these mRNAs differ from their analogs in the mouse as a result of divergence in the 3' untranslated portions of the mRNAs.

ILL000559

10/3,AB/85     (Item 1 from file: 76)
DIALOG(R)File  76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

01980287 3832910
Fluorescently labelled, rRNA-targeted oligonucleotide probes in the study
  of microbial ecology
Amann, R.I.
Lehrstuhl Mikrobiol., Tech. Univ. Muenchen, Arcisstr. 16, D-80290 Muenchen,
  FRG
MOL. ECOL.  vol. 4, no. 5, pp. 543-554  (1995)
ISSN: 0962-1083
DOCUMENT TYPE: Journal article; Review article  LANGUAGE: ENGLISH
NOTES: Special issue: Molecular microbial ecology.
SUBFILE: Microbiology Abstracts B: Bacteriology; Biochemistry Abstracts 2:
  Nucleic Acids; Agricultural and Environmental Biotechnology Abstracts;
  Ecology Abstracts

    In situ hybridization with fluorescently labelled, rRNA- targeted
nucleic acid probes is one part of the rRNA approach to microbial ecology.
As a whole, encompassing the sequencing and probing of ribosomal RNA
(genes) directly retrieved from the environment, this approach facilitates
in situ identification and phylogenetic placing of hitherto uncultured
micro-organisms. It thereby discloses biodiversity that has not yet been
analysed. Molecular studies indicate that currently only a fraction of the
extant microbial species have been cultured and characterized. Therefore,
even though 16S RNA sequences for about one half of the validly described
bacterial species have been determined, true microbial diversity in complex
environments might be largely unknown. There are distinct differences
between the results that can be obtained by in situ hybridization with
rRNA-targeted probes and those of other hybridization techniques. These
include information on the exact three-dimensional distribution of
microbial populations and the in situ rRNA content of individual cells.
Simultaneous in situ hybridization of one sample with multiple probes
marked with different labels allows to control probe specificity even in
highly complex environments in which the true microbial diversity has only
been revealed in part. Recent years have shown that in situ hybridization
with fluorescently labelled, rRNA-targeted nucleic acid probes is more than
a very specialized procedure that allows studies of laboratory cultures. In
many examples, microbial populations could be monitored in situ. Aquatic
environments, especially nutrient rich ones, have proven less difficult to
analyse than soil or sediment.

 10/3,AB/86     (Item 2 from file: 76)

ILL000560

DIALOG(R)File  76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

01908211 3721052
Cloning by function: Expression cloning in mammalian cells
Simonsen, H.; Lodish, H.F.
Dep. Haematol., Rigshospitalet Univ. Hosp., Blegdamsvej 3, 2100 Copenhagen
  OE, Denmark
TRENDS PHARMACOL. SCI.  vol. 15, no. 12, pp. 437-441  (1994)
ISSN: 0165-6147
DOCUMENT TYPE: Journal article; Review article  LANGUAGE: ENGLISH
SUBFILE: Genetics Abstracts; Biochemistry Abstracts 2: Nucleic Acids

In cloning the cDNA encoding a mammalian protein, the most important
decision is the selection of a suitable strategy. Until recently, cloning
required prior purification of the protein, and the corresponding cDNA was
isolated by one of two approaches: (1) Micro-sequencing of all or parts of
the purified protein was used to generate nucleic acid probes for screening
of cDNA libraries by hybridization or polymerase chain reaction (PCR). (2)
The purified protein was used to generate antisera used in immune screening
of phage lambda cDNA expression libraries. Both methods depended on
identification of DNA sequences, rather than on functional proteins.
Generally, the isolated clones were not full length, and hence not
immediately available for functional studies. In addition, the clones
isolated may have encoded an irrelevant protein that, fortuitously, shared
some amino acid sequences with the desired protein. The first generally
applicable approach for functional cloning of mammalian receptor, channel,
and transport proteins involved microinjection of mRNA into oocytes from
the frog Xenopus laevis. The biological properties of the clones could then
be analysed by electrophysiological techniques. This method relied on the
ability of the oocytes to correctly process the protein to the cell surface
and to transduce the intracellular signals generated by it. Other
limitations of this approach included the facts that hundreds of eggs must
be individually microinjected and analysed in order to isolate pools of
cDNAs that encode the desired protein, and that the eggs display seasonal
variations in their properties. The procedure, nevertheless, has been quite
successful for the isolation of functional cDNA clones. In recent years,
overexpression of cDNA libraries in mammalian host cells has become an
extremely powerful method for isolating cDNAs encoding novel proteins using
functional assays. Mammalian cells are essential for cloning in situations
where appropriate post-translational processing of the target molecule,
such as glycosylation or expression on the cell surface, is required for
function. These cloning systems involve transient expression of
exceptionally high levels of protein, leading to manageable signal-to-noise
ratios.

```
  10/3,AB/87    (Item 3 from file: 76)
DIALOG(R)File  76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

01842874 3632627
Method of sequencing of genomes by hybridization of oligonucleotide probes
Dramanac, R.T.; Crkvenjakov, R.B.
Zvecanska 46 11000, Beograd, Yugoslavia
PATENT NUMBER: US 5202231
(1993)
DOCUMENT TYPE: Patent  LANGUAGE: ENGLISH
SUBFILE: Medical and Pharmaceutical Biotechnology Abstracts

    A method of sequencing a nucleic acid fragment, comprising: (a)
contacting a nucleic acid fragment with a set of oligonucleotide probes of
predetermined sequence and length under hybridization conditions that allow
differentiation between (i) those probes of said set which are exactly
complementary to part of said fragment and (ii) those probes of said set
which are not exactly complementary to part of said fragment  (b) detecting
those probes of said set which are exactly complementary to part of said
fragment  and (c) determining the sequence of said fragment from the subset
of those probes of said set which are detected as exactly complementary to
part of said fragment by compiling their overlapping sequences.


  10/3,AB/88    (Item 4 from file: 76)
DIALOG(R)File  76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

01839297 3627802
Vibrios in the marine and estuarine environment
Colwell, R.R.
Univ. Maryland Biotechnol. Inst., 3021 Hartwork Rd., Suite 550, College
  Park, MD 20740, USA
3RD INTERNATIONAL MARINE BIOTECHNOLOGY CONFERENCE: PROGRAM, ABSTRACTS AND
  LIST OF PARTICIPANTS.
International Advisory Comm. of the Int. Marine Biotechnology Conference
  1994, Tromsoe (Norway)
p. 92  (1994)
CONFERENCE: 3. International Marine Biotechnology Conference , Tromsoe,
  Norway , 1994 Aug 7-12
PUBLISHER: TROMSOE UNIVERSITY. TROMSOE  (NORWAY)
DOCUMENT TYPE: Book; Conference paper  LANGUAGE: ENGLISH
SUBFILE: ASFA Marine Biotechnology Abstracts

    Microbial populations of the estuarine, coastal, and marine environment
have been under study for ca. 100 years, tracing to oceanographic voyages
```

set to map and chart the physical, chemical, and biological parameters of
the world oceans. Very early in marine microbiology it was discovered that
many of those organisms which could be readily isolated from seawater and
sediment were members of the Vibrionacae. In earlier classifications,
Vibrionacae included both Vibrio and Aeromonas. Recent work on rRNA
sequencing and DNA/DNA hybridization has shown that the Vibrionacae is
separate and distinct taxonomically from the Aeromonadacae. Vibrios are
readily cultivatable from seawater, marine animals, and seaweeds, leading
to the hypothesis that vibrios comprise a dominant component of the
microbial community structure of the marine environment. However, more
recent work using direct detection of nucleic acid sequences (to determine
the presence of organisms not yet cultivatable) demonstrated that there may
be other species numerically in greater abundance. Nevertheless, the genus
Vibrio includes organisms which are widely distributed in the marine
environment. Some species are pathogenic for fish and shellfish, as well as
for humans (e.g. Vibrio cholerae, Vibrio vulnificus, Vibrio
parahaemolyticus, etc.). The role of vibrios in the marine environment has
been shown to include biodegradation, nutrient regeneration, and
biogeochemical cycling. Many species of vibrios are luminescent and a
number are also capable of fixing nitrogen. Vibrios are associated with
plankton, notably zooplankton. Recently, it has been possible to monitor
species by fluorescent tagging of gene and antibody probes. Thus, global
dispersion and distribution of microorganisms and seasonality shifts can
now be monitored. Seasonality of Vibrio species, both in temperate and
semi-tropical environments has been demonstrated. Autoecological
principles, at the microbial level, and microbial diversity can be better
appreciated by mapping species, such as Vibrio, in estuaries and the ocean:


 10/3,AB/89    (Item 5 from file: 76)
DIALOG(R)File   76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

01833804 3620756
Rapid comparison of the cytochrome c sub(3) gene from nine strains of
  Desulfovibrio vulgaris using polymerase chain reaction amplification
Kwoh, D.Y.; Vedvick, T.S.; McCue, A.F.; Gevertz, D.
Agouron Inst., 505 Coast Blvd. South, Suite 400, La Jolla, CA 92037, USA
CAN. J. MICROBIOL./REV. CAN. MICROBIOL.  vol. 39, no. 4, pp. 402-411  (1993
  )
ISSN: 0008-4166
DOCUMENT TYPE: Journal article  LANGUAGE: ENGLISH  SUMMARY LANGUAGE: FRENCH
SUBFILE: Microbiology Abstracts B: Bacteriology; Genetics Abstracts;
  Biochemistry Abstracts 2: Nucleic Acids

    Polymerase chain reaction amplification was used to compare different
regions of the cytochrome c sub(3) gene from nine strains of Desulfovibrio

vulgaris, to examine homology within the species. Six 30-base polymerase
chain reaction primers and three probes were synthesized on the basis of
the published nucleic acid sequence of the cytochrome c sub(3) gene from D.
vulgaris, NCIMB 8303. Amplifications were performed on genomic DNA isolated
from NCIMB 8303 as well as eight other strains. Six strains, NCIMB 8302,
8305, 8306, 8311, 11779, and DSM 2119, showed amplification products of
equal size and quantity to those of strain 8303. Two other strains, NCIMB
8456 and DSM 1744, either showed reduced levels or no detectable
amplification products. These results were confirmed by hybridization of
amplified DNA to radiolabeled probes specific for each product. DNA
sequencing of a 145-bp polymerase chain reaction fragment from strains
NCIMB 8302, 8303, 11779, and DSM 2119 revealed complete sequence homology
between these strains, whereas slight differences were seen with strain
NCIMB 8456. Amino acid sequencing of the first 20 residues of cytochrome
sub(3) purified from strains NCIMB 8456 and 8303 also showed differences in
the two proteins. In contrast to the results obtained with strain NCIMB
8456, limited homology was observed between the first 20 amino acid
residues of cytochrome c sub(3) from strain DSM 1744 and strain NCIMB 8303.


 10/3,AB/90    (Item 6 from file: 76)
DIALOG(R)File  76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

01552490 2665671
Enhanced detection of a plant pathogenic mycoplasma-like organism by
  polymerase chain reaction.
Deng, S.; Hiruki, C.
Dep. Plant Sci., Univ. Alberta, Edmonton, Alta. T6G 2P5, Canada
PROC. JAPAN ACAD., SER. B.  vol. 66, no. 7, pp. 140-144  (1990.)
DOCUMENT TYPE: Journal article  LANGUAGE: ENGLISH
SUBFILE: Genetics Abstracts; Microbiology Abstracts Section B: Bacteriology


   According to the sequence of cloned genomic DNA of clover proliferation
(CP) MLO, two polymerase chain reaction (PCR) primer pairs were synthesized
to specifically amplify two CP MLO DNA fragments from crude nucleic acids
containing CP MLO DNA and host plant DNA. The first primer pair guided the
amplification of a 196-bp DNA fragment of CP MLO. The second primer pair
directed the amplification of a 109-bp DNA fragment of CP MLO. PCR products
were identified by liquid hybridization using 5' end-labeled
sequence-specific internal probe followed by 8% polyacrylamide gel
electrophoresis and direct sequencing of PCR products. A minimum of 2.5 ng
nucleic acids were needed to detect CP MLO when PCR was not applied,
whereas a minimum of only 2.5 x 10 super(-5) ng nucleic acids were needed
when the 109-bp CP MLO DNA fragment was amplified by PCR, and a minimum of
2.5 x 10 super(-8) ng nucleic acids were needed to detect CP MLO when the
196-bp CP MLO DNA fragment was amplified through PCR.

ILL000564

```
  10/3,AB/91     (Item 7 from file: 76)
DIALOG(R)File  76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

01385239 2294094
Nucleic acids in algal systematics.
Olsen, J.L.
Lab. Mol. Syst., Smithsonian Inst.-MSC, Washington, DC 20560, USA
J. PHYCOL.  vol. 26, no. 2, pp. 209-214  (1990.)
DOCUMENT TYPE: Journal article; Review article  LANGUAGE: ENGLISH
SUBFILE: Microbiology Abstracts Section C: Algology, Mycology and
  Protozoology; Biochemistry Abstracts Part 2: Nucleic Acids; ASFA Marine
  Biotechnology Abstracts
```

   During the past two years, technical developments such as the polymerase
chain reaction (PCR) and direct sequencing methods have further enhanced
the practical application of molecular approaches in all areas of algal
systematics. The goal of this minireview is to acquaint readers with recent
progress in the field and to discuss the challenges of the next few years.
Eukaryotic algae will be emphasized. I will first discuss nucleic acid
extraction techniques and then focus on the four principal methods: DNA-DNA
hybridization, restriction fragment length polymorphisms, RNA and DNA
sequencing, and DNA fingerprinting. Finally, I will discuss some of the
critical issues in data analysis.

```
  10/3,AB/92     (Item 8 from file: 76)
DIALOG(R)File  76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

01302232 2118416
16S ribosomal ribonucleic acid sequence analyses of lactococci and related
  taxa. Description of Vagococcus fluvialis  gen. nov., sp. nov.
Collins, M.D.; Ash, C.; Farrow, J.A.E.; Wallbanks, S.; Williams, A.M.
Dep. Microbiol., AFRC Inst. Food Res., Reading Lab., Shinfield, Reading,
  RG2 9AT, UK
J. APPL. BACTERIOL.  vol. 67, no. 4, pp. 453-460  (1989.)
DOCUMENT TYPE: Journal article  LANGUAGE: ENGLISH
SUBFILE: Microbiology Abstracts Section B: Bacteriology
```

   The phylogenetic status of members of the genus Lactococcus  and some
motile strains which react with Lancefield group N antiserum was examined
by reverse transcriptase sequencing of 16S ribosomal ribonucleic acid. In
agreement with earlier nucleic acid hybridization and immunological studies
of superoxide dismutase the 16S sequence data clearly demonstrate that the

ILL000565

lactococci represent a distinct phylogenetic group equivalent in rank to
the genera Enterococcus  and Streptococcus . On the basis of the present
sequence data and earlier chemotaxonomic studies it is proposed that the
motile group N strains be classified in a new genus Vagococcus , as
Vagococcus fluvialis  sp. nov. The type strain of V. fluvialis  is NCDO
2497.


 10/3,AB/93    (Item 9 from file: 76)
DIALOG(R)File  76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

00961228 1353186
CCA paper: A new two-dimensional cyanuric chloride-activated matrix for
  universal application in molecular biology.
Hunger, H. D.; Coutelle, C.; Behrendt, G.; Flachmeier, C.; Rosenthal, A.;
  Speer, A.; Breter, H.; Szargan, R.; Franke, P.; et al..
Akad. Wiss. DDR, Zentralinst. Molekularbiol., Robert-Roessle-Str. 10,
  DDR-115 Berlin-Buch, GDR
ANAL. BIOCHEM.  vol. 156, no. 2, pp. 286-299  (1986.)
DOCUMENT TYPE: Journal article  LANGUAGE: ENGLISH
SUBFILE: Biotechnology Abstracts; Biochemistry Abstracts Part 2: Nucleic
  Acids

   A novel two-dimensional cyanuric chloride-activated (CCA) paper has been
developed. It is composed of a cellulosic base, covalently bound cyanuric
chloride, and microprecipitated complex cyanuric chloride-sodium chloride
crystals on its surface. CCA paper covalently binds nucleic acids and
proteins. Its binding capacity for nucleic acids is about 400  mu g/cm
super(2). Sealed into nitrogen-filled bags and stored at -20 degree C, it
retains its binding activity for at least a year. CCA paper has been
successfully used for capillary and electroblotting of DNA, RNA, and
proteins (Southern, Northern, and Western blotting) as well as for colony
and plaque hybridization. It permits the staining of proteins after
blotting and subsequent performance of radioimmunological detection of
specific protein components. This has proven advantageous in
two-dimensional Western blotting experiments. Of further importance is its
ability to bind DNA fragments from one up to several hundred bp from
polyacrylamide sequencing gels.


 10/3,AB/94    (Item 10 from file: 76)
DIALOG(R)File  76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

00945972 1256880
Plant viral double-stranded RNA.

Dodds, J.A.; Morris, T.J.; Jordan, R.L.
Dep. Plant Pathol., Univ. California, Riverside, CA 92521, USA
ANNU. REV. PHYTOPATHOL.  vol. 22, pp. 151-168  (1984.)
DOCUMENT TYPE: Journal article; Review article  LANGUAGE: ENGLISH
SUBFILE: Virology Abstracts; Biochemistry Abstracts Part 2: Nucleic Acids

    Plant virologists can use several approaches to detect and diagnose
viruses in plants. The menu of alternates has been examined critically by
Hamilton et al. It includes attention to symptoms, host range, in vitro
properties of the infectious agent, vector relationships and other aspects
of transmissibility, particle morphology, the physical and chemical
properties of the virus particle, its capsid protein and genome, and
serological tests in many forms. The physical detection of viroid nucleic
acids and the power of nucleic acid hybridization, cloning, and sequencing
have been introduced, and these methods will become important in the
future.


 10/3,AB/95    (Item 11 from file: 76)
DIALOG(R)File  76:Life Sciences Collection
(c) 1996 Cambridge Sci Abs. All rts. reserv.

00914788 1149683
Cloning and sequence analysis of a rat liver cDNA coding for a
  phenobarbital-inducible microheterogeneous cytochrome P-450 variant:
  Regulation of its messenger level by xenobiotics.
Phillips, I.R.; Shephard, E.A.; Ashworth, A.; Rabin, B.R.
Dep. Biochem., University Coll. London, Gower St., London, WC1E 6BT, UK
GENE.  vol. 26, no. 1, pp. 41-52  (1983.)
DOCUMENT TYPE: Journal article  LANGUAGE: ENGLISH
SUBFILE: Biochemistry Abstracts Part 2: Nucleic Acids; Genetics Abstracts

    A rat liver cDNA library was prepared from total polyribosomal poly(A)
super(+) RNA extracted from phenobarbital-treated animals. A cDNA clone
coding for a phenobarbital-inducible cytochrome P-450 (PB P450) was
identified by differential colony hybridization to cDNAs synthesized from
liver poly(A) super(+) RNAs isolated from phenobarbital-treated rats for
positive selection and cDNAs from either untreated rats or  beta
-naphthoflavone-treated rats as negative controls, followed by
hybrid-selected translation and analysis of the translation products by
immunoprecipitation. Nucleic acid sequencing data indicated that the cloned
PB P-450 cDNA codes for a cytochrome P-450 variant that is very similar,
but not identical, to P-450e. Sequence analysis of the section of cDNA
specifying the 3'-non-coding region of the mRNA revealed that it lacked the
usual poly(A) addition site signal sequence but contained three inverted
repeat structures. Solution hybridization analysis demonstrated that PB
P450 mRNA is increased 20-fold by phenobarbital treatment and decreased

ILL000567

3-fold by  beta -naphthoflavone treatment.


 10/3,AB/96     (Item 1 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

09567454   96089054
  Reconstruction of a string from substring precedence data.
  Rubinov AR; Gelfand MS
  Institute  of  Protein Research, Russian Academy of Sciences, Puschchino,
Moscow region, Russia.
  J   Comput  Biol (UNITED  STATES)    Summer  1995,  2  (2)  p371-81,  ISSN
1066-5277   Journal Code: CGW
  Contract/Grant No.: 1R01-HG00987, HG, NCHGR
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE
  The  problem  of  reconstructing  of a symbol string given the data about
precedence  of fixed length substrings arises in the method of nucleic acid
sequencing  by  nested  strand hybridization. We reformulate the problem in
the   graph-theoretical  terms,  describe  the  structure  of  the  set  of
solutions,  and present polynomial time algorithms that check existence and
uniqueness  of  a  solution  or  finiteness  of the solution set, and then
construct the solutions.


 10/3,AB/97     (Item 2 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

08675498   93385498
  Sequencing of pools of nucleic acids on oligonucleotide arrays.
  Chetverin AB; Kramer FR
  Public Health Research Institute, New York, NY 10016.
  Biosystems (NETHERLANDS)    1993,  30 (1-3) p215-31,  ISSN 0303-2647
Journal Code: A6E
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE
  In  sequencing-by-hybridization  methods,  the  nucleotide  sequence of a
nucleic  acid  is  reconstructed by overlapping oligonucleotides capable of
hybridizing with  the nucleic acid. In their present form, the methods are
hardly  suitable  for  sequencing of long nucleic acid molecules because of
the  occurrence  of  non-unique  overlaps between the oligonucleotides, and
similarly to the conventional sequencing methods, it is necessary to obtain
an  individual  molecule. In the method described here, most ambiguities in
reconstruction  of  a  sequence  from  the constituent oligonucleotides are
eliminated by preparing on oligonucleotide arrays and separate surveying of

ILL000568

the nucleic acid nested partials. This enables longer nucleic acids to be
sequenced, and results in a high redundancy of the input data allowing most
hybridization errors to be eliminated by algorithmic means. Furthermore,
large pools of nucleic acid strands can be sequenced directly, without
isolating individual strands.


  10/3,AB/98    (Item 3 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

07745733   91264733
  Cloning of microbial epitopes relevant for T- and B-cells.
  Miles MA; Wallace GR
  Department of Medical Parasitology, London School of Hygiene and Tropical
Medicine, U.K.
  Behring Inst Mitt (GERMANY)    Feb 1991,    (88) p133-41,  ISSN 0301-0457
Journal Code: 9KI
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE; REVIEW; REVIEW, TUTORIAL
  This review summarises, and illustrates, the technology that is available
for the molecular cloning and precise identification of T-cell and B-cell
epitopes, particularly those of bacteria and parasites. Methods include:
selective cloning following subtractive hybridization of nucleic acids;
selective screening of expression libraries; analysis of subcloned "epitope
libraries" or "deletion constructs"; scanning of multiple synthetic
peptides, and computer enhanced prediction. The direct sequencing of
polymerase chain reaction products allows the rapid analysis of epitope
heterogeneity occurring among natural populations. Multiple epitopes can be
assembled either by synthesis or by the expression of polymeric
epitope-bearing peptides. Prospects for probing expression libraries with
T-cells are bleak due to the complexities of antigen processing,
presentation and T-cell recognition in vitro. Elucidation of the enzymic
steps involved in processing, resolution of peptide/MHC II co-crystals, and
pairing of a large number of known epitopes with their functional
restriction elements will significantly improve the ability to predict
T-cell epitopes.


  10/3,AB/99    (Item 4 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

07434272   90341272
  Multiple endpoints for somatic mutations in humans provide complementary
views for biodosimetry, genotoxicity and health risks.
  Jensen RH; Bigbee WL; Langlois RG

ILL000569

Biomedical Sciences, Lawrence Livermore National Laboratory, Livermore, CA 94550.
Prog Clin Biol Res (UNITED STATES)    1990,    340C p81-92,    ISSN 0361-7742
Journal Code: PZ5
Contract/Grant No.: CA 48518, CA, NCI
Languages: ENGLISH
Document type: JOURNAL ARTICLE

While monitoring people with multi-endpoint analysis is only just beginning, the indications of complementarity of these assays are already evident. Since two different tissue types are analyzed, effects of uneven exposure or tissue-specific sensitivities or development kinetics and persistence of each cell type can be addressed. The differing analytical techniques in determining variant cells lead to particular advantages for each assay procedure. The GPA assay can be performed rather quickly on small blood volumes (as little as 0.1 ml). A similar potential exists for the Hb assay, although sophisticated instrumentation development is still required to make this assay easily performable. Both the HPRT and HLA assays require long term tissue growth and many-fold larger (10-30 ml) blood samples. However, both the HPRT and HLA assays have the advantage that they select variant cells that contain nuclei, so that detailed characterization of their mutagenesis is possible using Southern blots, hybridization analysis, and gene sequencing. Since erythrocytes have no nucleic acids, so these effects cannot be measured using the GPA or Hb assay. Other differences between the assays are the target size, chromosomal location, and control signals. Each gene locus is on a different chromosome, with GPA, HLA and Hb genes on autosomes and HPRT on the X chromosome. The target size for GPA and HPRT are about 40kb, whereas HLA A locus is 5kb and the Hb target is one base. These differences should result in much different sensitivity to different mutagenic phenomena, such as radiation effects or different chemical effects. The multiple differences between assays that are designed to detect similar kinds of events occurring in vivo in humans leads us to conclude that all these assays could well be performed on the same blood samples, and the information gained would be much more than the separate assays could yield. Biodosimetry and estimation of cancer initiation could become realistic goals instead of simply significant desires.


10/3,AB/100    (Item 5 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

07240363    90147363
Practical application of nucleic acid techniques to avian disease problems [published erratum appears in Avian Dis 1990 Jan-Mar;34(1):236]
Purchase HG
College of Veterinary Medicine, Mississippi State University, Mississippi

ILL000570

39762.
  Avian   Dis (UNITED   STATES)   Oct-Dec   1989, 33   (4) p609-14, ISSN
0005-2086   Journal Code: 9IY
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE
  A workshop in which 17 practicing scientists participated was intended to
address primarily people who use or could use biotechnology in their work
and was confined to five techniques. Endonuclease fingerprinting and
mapping involved cleaving nucleic acid with a specific restriction enzyme
and separating the nucleic acid fragments by electrophoresis. Field and
vaccine   isolates   of   Pasteurella multocida could be distinguished;
Salmonella enteritidis could be divided into three groups; chlamydia could
be grouped into seven groups; and vaccinia, quail pox, and fowl pox could
be clearly distinguished. Preparation of nucleic acid probes involved
producing large amounts of labeled oligonucleotides, usually of unknown
sequence. Successful probes had been made for infectious bursal disease
virus, avian influenza virus, Newcastle disease virus, and infectious
bronchitis virus. In Southern, Northern, and dot blotting, either DNA or
RNA fragments were placed on or transferred to a solid substrate and
probed. The procedure was able to detect infectious bursal disease virus,
infectious bronchitis virus, Mycoplasma gallisepticum, and Marek's disease
virus. In situ hybridization involved applying a labeled probe to frozen or
fixed sections or to intact cells. In Polymerase chain reaction, two
primers, some distance apart, were annealed to a denatured target DNA.
Repeated   cycles   of   DNA synthesis with a thermostable polymerase,
denaturing, and reannealing resulted in great amplification of a rare
sequence. After 30 cycles, a rare gene sequence could be amplified more
than 10(6) times. It was used successfully to detect minute quantities of
influenza virus and infectious bursal disease virus, and the process was
used to facilitate DNA sequencing of coccidiosis gene segments.


  10/3,AB/101    (Item 6 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

06977296   89279296
  The type-specific epitopes of the Epstein-Barr virus nuclear antigen 2
are near the carboxy terminus of the protein.
  Rowe DT; Clarke JR
  Ludwig Institute for Cancer Research, St Mary's Hospital Medical School,
London, U.K.
  J Gen Virol (ENGLAND)   May 1989, 70 ( Pt 5) p1217-29, ISSN 0022-1317
Journal Code: I9B
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE
  The Epstein-Barr virus nuclear antigen 2 (EBNA 2) shows serotype

ILL000571

variation and two serologically distinct groups of viruses have been identified. These correspond to the two hybridization groups of viruses (A and B) that are distinguished by a highly substituted nucleic acid sequence in the middle of the open reading frame of the EBNA 2 gene. An epitope survey of the EBNA 2-coding region was carried out using a new prokaryotic expression vector tailored to express DNA fragments from the M13 sequencing libraries of the B95-8 (type A) and Jijoye (type B) prototype virus strains. Short overlapping stretches of EBNA 2 sequence were expressed as fusion proteins and used in Western blotting with human sera that contained serotype-specific antibodies. The type A-specific epitope was located between residues 378 and 435 of the B95-8 EBNA 2 polypeptide and the type B-specific epitope mapped between residues 390 and 454, at the carboxy terminus of the Jijoye polypeptide chain. All of the type-specific anti-EBNA 2 sera tested reacted with fusion proteins containing one or other of these epitopes. Despite the direct correlation between the hybridization and serological phenotypes, the type-specific epitopes appear to lie in the relatively conserved carboxy-terminal region of EBNA 2. There was no indication that the residues of the non-homologous region contributed to the formation of antibody-combining sites.


  10/3,AB/102    (Item 7 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

06868127    89170127
  Specific oligodeoxynucleotide probes obtained through RNA sequencing.
  Kohrer K; Kutchan TM; Domdey H
  Laboratorium fur Molekulare Biologie-Genzentrum-der Ludwig-Maximilians-Un
iversitat Munchen, Martinsried, FRG.
  DNA (UNITED STATES)    Mar 1989, 8 (2) p143-7,  ISSN 0198-0238
Journal Code: EAW
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE
  By combining several established techniques we developed a method to test the specificity of mixed oligodeoxynucleotide hybridization probes and to provide the information for the design of long nondegenerate, and therefore more specific probes. Mixed oligodeoxynucleotide probes derived from known peptide sequences are first used to initiate primer extension reactions with poly(A)+RNA as template in the presence of three dNTPs and one ddNTP to generate cDNA transcripts of defined lengths. Comparing the lengths of the cDNA transcripts with the possible nucleic acid sequence coding for the known oligopeptide indicates whether the oligodeoxynucleotide mix hybridizes predominantly to the RNA of interest. In a second step, the oligodeoxynucleotide mix with the highest specificity is used for indirect RNA sequence analysis. This confirms the specificity of the probe and provides information to design a long, highly specific oligodeoxynucleotide

ILL000572

probe for the gene of interest. This simple two-step-procedure helps to
circumvent the time-consuming procedures of subcloning and sequencing of
cross-hybridizing fragments.


10/3,AB/103    (Item 8 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

06651080  88296080
  Expression of the three unlinked isocoding actin genes of Physarum
polycephalum.
  Hamelin M; Adam L; Lemieux G; Pallotta D
  Departement de Biochimie, Faculte des Sciences et de Genie, Universite
Laval, Quebec, QC, Canada.
  DNA (UNITED STATES)    Jun 1988,  7 (5) p317-28,  ISSN 0198-0238
Journal Code: EAW
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE
  The actin gene family in Physarum polycephalum contains four unlinked
loci: ardA, ardB, ardC, and ardD. The ardA locus is complex and probably
contains two genes which we designated ardA2-7 and ardA2-17. cDNA clones
corresponding to the ardB and ardC loci were isolated. Nucleic acid
sequencing showed that these two cDNAs coded for the only abundant form of
Physarum actin, which is 96% homologous to human gamma-cytoplasmic actin.
The ardA2-17 gene also codes for this same actin protein (Nader et al.,
Gene 48, 133-144, 1986). The coding regions of ardB and ardC differ by 15
nucleotides. A comparison of the ardB and ardC sequences with ardA2-17
showed 73 and 77 nucleotide substitutions, respectively, in the coding
regions. The noncoding regions of these three sequences were not homologous
to each other or to the noncoding regions of actin genes from other
organisms. Southern genomic hybridizations indicated that the ardA2-7 and
ardD genes have weak sequence similarities to the three isocoding actin
genes and thus form a different subclass of the family. Northern
hybridizations showed that the ardB and ardC transcripts varied in
abundance but were present in all the developmental stages. No ardA2-17
transcripts were seen. The relative abundance of the ardB and ardC
transcripts was measured in amoebae and plasmodia by S1 nuclease protection
and dot hybridization assays. A ratio of approximately 3:1 for ardC versus
ardB was found for both stages. P. polycephalum is the first organism shown
to contain three unlinked isocoding actin genes, of which at least two are
expressed.

10/3,AB/104    (Item 9 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

06635926    88280926
  [Gene technology in the diagnosis of viruses and vaccine development]
  Gentechnologie in Virusdiagnostik und Impfstoffentwicklung.
  Lower J
  Paul-Ehrlich-Institut, Frankfurt/Main.
  Arzneimittelforschung (GERMANY, WEST)    Mar 1988,  38 (3A) p438-41,
ISSN 0004-4172    Journal Code: 91U
  Languages: GERMAN    Summary Languages: ENGLISH
  Document type: JOURNAL ARTICLE; REVIEW; REVIEW LITERATURE    English
Abstract

  The  development  of genetechnological methods since the beginning of the
1970's  allowed  the molecular cloning of partial or complete viral genomes
and  the  sequencing  of  their nucleic acids. On this basis, new tools for
viral    diagnostics   are   available:   molecular   probes  for hybridization
techniques  and  synthetic  peptides  or  highly  purified proteins for the
specific  detection  of antibodies. While the role of synthetic peptides as
vaccines  seems  to be limited, complete viral surface proteins produced by
gene  technological  methods  are  already used for vaccination in man. The
advantages  and  disadvantages  of  production in bacteria, in yeast and in
higher  eukaryotic  cells  of polypeptides designed as subunit vaccines are
discussed.  An  additional,  attractive model is the synthesis of antigens
immediately  in  the  host, directed by a recombinant vaccinia virus. Another
promising approach is the establishment of potent and safe live vaccines by
the  introduction  of  defined  mutations or deletions into a viral genome,
based    on    the    previous  elucidation  of  the  molecular  mechanism  of
attenuation.


 10/3,AB/105     (Item 10 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

06507202    88152202
  Further analysis of cDNA clones for maize phosphoenolpyruvate carboxylase
involved  in  C4 photosynthesis. Nucleotide sequence of entire open reading
frame and evidence for polyadenylation of mRNA at multiple sites in vivo.
  Yanagisawa S; Izui K; Yamaguchi Y; Shigesada K; Katsuki H
  Department of Chemistry, Faculty of Science, Kyoto University, Japan.
  FEBS Lett (NETHERLANDS)    Feb 29 1988,  229 (1) p107-10,  ISSN 0014-5793
Journal Code: EUH
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE
  Four  clones  of  cDNA  for phosphoenolpyruvate carboxylase [EC 4.1.1.31]
were obtained from a maize green leaf cDNA library by colony hybridization.
The    largest  cDNA  was  of  full-length  (3335  nucleotides),  being  243
nucleotides  longer  than  the  cDNA cloned previously [(1986) Nucleic Acids

ILL000574

Res. 14, 1615-1628]. Alignment of the sequence for the N-terminal coding region found in two of the four clones with the sequence reported previously, established the sequence of the entire coding region for the enzyme. The sequencing of 3'-untranslated region of the clones revealed that the poly(A) tract is attached at multiple sites in vivo.


10/3,AB/106    (Item 11 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

05599533    85215533
  Single stranded DNA SP6 promoter plasmids for engineering mutant RNAs and proteins: synthesis of a 'stretched' preproparathyroid hormone.
  Mead DA; Skorupa ES; Kemper B
  Nucleic  Acids  Res (ENGLAND)    Feb 25 1985, 13  (4)  p1103-18,  ISSN 0305-1048    Journal Code: O8L
  Contract/Grant No.: AM 18866
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE
  The  intergenic  region  of  bacteriophage f1 has been subcloned into the bacteriophage SP6 promoter plasmids, pSP64 and pSP65, in both orientations. Coinfection of  E. coli with these SP6 promoter/phage f1 chimeric plasmids and  the interference resistance phage, IR1, results in the replication and secretion of the pSP6.f1 plasmids as single stranded DNA. Bovine preProPTH cDNAs in both the  native form and a form containing an insertion of 117 base pairs in the protein coding region have been inserted in these plasmids. The RNA transcribed from the SP6.f1/preProPTH cDNA constructs was efficiently  translated in the wheat germ or reticulocyte cell free systems without  addition of a 7-methylguanosine cap to the RNA. In the presence of dog pancreatic  or chicken oviduct microsomal membranes, conversion of the resultant  pre-proteins  to  pro-proteins was observed. Confirmation of the "mutated"  preProPTH  cDNA  was  determined  by dideoxyribonucleotide  DNA sequencing of  single stranded plasmid DNA. These vectors are suitable for the  efficient  biosynthesis  of large amounts of single or double stranded DNA, and  translationally  active  RNA.  The combined properties of single stranded  DNA  replication and the SP6 promoter simplify the engineering of mutant  RNAs and their corresponding proteins. In addition, single stranded DNA or RNA corresponding to either complementary strand may be synthesized as nucleic acid hybridization probes.


10/3,AB/107    (Item 12 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

05269941    84193941

ILL000575

Genomic sequencing.
Church GM; Gilbert W
Proc Natl Acad Sci U S A (UNITED STATES)    Apr 1984,   81 (7) p1991-5,
ISSN 0027-8424    Journal Code: PV3
  Contract/Grant No.: GM09541-22
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE
  Unique DNA sequences can be determined directly from mouse genomic DNA. A
denaturing gel separates by size mixtures of unlabeled DNA fragments from
complete restriction and partial chemical cleavages of the entire genome.
These lanes of DNA are transferred and UV-crosslinked to nylon membranes.
Hybridization with a short 32P-labeled single-stranded probe produces the
image of a DNA sequence "ladder" extending from the 3' or 5' end of one
restriction site in the genome. Numerous different sequences can be
obtained from a single membrane by reprobing. Each band in these sequences
represents 3 fg of DNA complementary to the probe. Sequence data from mouse
immunoglobulin heavy chain genes from several cell types are presented. The
genomic sequencing procedures are applicable to the analysis of genetic
polymorphisms, DNA methylation at deoxycytidines, and nucleic acid-protein
interactions at single nucleotide resolution.


 10/3,AB/108    (Item 13 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

04849925   83082925
  The nucleotide sequence of 8 S RNA bound to preribosomal RNA of Novikoff
hepatoma. The 5'-end of 8 S RNA is 5.8 S RNA.
  Reddy R; Rothblum LI; Subrahmanyam CS; Liu MH; Henning D; Cassidy B;
Busch H
  J Biol Chem (UNITED STATES)    Jan 10 1983, 258 (1) p584-9,  ISSN
0021-9258    Journal Code: HIV
  Contract/Grant No.: CA-10893
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE
  8 S RNA of Novikoff hepatoma was characterized by fingerprinting,
sequencing gels, and by hybridization to rat ribosomal DNA clones. The data
obtained show that 8 S RNA is 273 or 274 nucleotides long; ribosomal 5.8 S
RNA is its 5'-terminal 156 nucleotides. All the post-transcriptional
modifications found in 5.8 S rRNA were also found in 8 S RNA; no other
modifications were found. The 3'-terminal 118 nucleotides were consistent
with the adjoining internal transcribed spacer sequence in rDNA
(Subrahmanyam, C. S., Cassidy, B., Busch, H., and Rothblum, L. (1982)
Nucleic Acids Res. 10, 3667-3680). Based on its nucleolar localization, the
finding that all the 8 S RNA is hydrogen-bonded to preribosomal RNA and its
consistency in sequence to the cloned rat ribosomal DNA sequence, it

ILL000576

appears that 8 S RNA is a relatively stable intermediate in the formation of 5.8 S rRNA from 45 S pre-rRNA. This stable intermediate RNA may be a useful substrate for studies on rRNA processing and for studies on eukaryotic rRNA-processing enzyme(s).


  10/3,AB/109    (Item 14 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

04335587    81163587
  DNA electron microscopy.
  Brack C
  CRC Crit Rev Biochem (UNITED STATES)    1981, 10 (2) p113-69, ISSN
0045-6411    Journal Code: DSU
  Languages: ENGLISH
  Document type: JOURNAL ARTICLE; REVIEW
  In recent years DNA electron microscopy has become a tool of increasing interest in the fields of molecular genetics and molecular and cell biology. Together with the development of in vitro recombination and DNA cloning, new electron microscope techniques have been developed with the aim of studying the structural and functional organization of genetic material. The most important methods are based on nucleic acid hybridizations: DNA-DNA hybridization (heteroduplex, D-loop), RNA-DNA hybridization (R-loop), or combinations of both (R-hybrid). They allow both qualitative and quantitative analysis of gene organization, position and extension of homology regions, and characterization of transcription. The reproducibility and resolution of these methods make it possible to map a specific DNA region within 50 to 100 nucleotides. Therefore they have become a prerequisite for determining regions of interest for subsequent nucleotide sequencing. Special methods have been developed also for the analysis of protein-DNA interaction: e.g., direct visualization of specific protein-DNA complexes (enzymes, regulatory proteins), and analysis of structures with higher complexity (chromatin, transcription complexes).


  10/3,AB/110    (Item 15 from file: 155)
DIALOG(R)File 155:MEDLINE(R)
(c) format only 1996 Knight-Ridder Info. All rts. reserv.

03941085    80052085
  Persistent vesicular stomatitis virus infection mediates base substitutions in viral RNA termini.
  Semler BL; Holland JJ
  J Virol (UNITED STATES)    Nov 1979, 32 (2) p420-8, ISSN 0022-538X
Journal Code: KCV
  Languages: ENGLISH

ILL000577

Document type: JOURNAL ARTICLE

We have sequenced (via a product RNA) the 3' RNA terminus of a defective interfering particle that was generated from the standard virus isolated from a culture of BHK-21 cells persistently infected with vesicular stomatitis virus for over 5 years. By hybridization and RNA sequencing, seven mutations were identified in the 46 nucleotides at the terminus of this defective-interfering-particle RNA. It is likely that these mutations are a reflection of altered protein-nucleic acid interactions that the virus has evolved to maintain its persistently infected carrier state in vitro.


10/3,AB/111    (Item 1 from file: 348)
DIALOG(R)File 348:EUROPEAN PATENTS
(c) 1996 European Patent Office. All rts. reserv.

00556794
  SEQUENCING BY HYBRIDIZATION OF A TARGET NUCLEIC ACID TO A MATRIX OF
    DEFINED OLIGONUCLEOTIDES.
PATENT ASSIGNEE:
  AFFYMAX TECHNOLOGIES N.V., (1316841), De Ruyterkade 62, Willemstad,
    Curacao, (AN), (applicant designated states:
    BE;CH;DE;DK;FR;GB;IT;LI;NL;SE)
AUTHOR (Inventor):
  FODOR, Stephen, P., A., 3863 Nathan Way, Palo Alto, CA 94303, (US)
  SOLAS, Dennis, W., 50 Gardenside Drive,  13, San Francisco, CA 94131,
    (US)
  DOWER, William, J., 761 Partridge Avenue, Menlo Park, CA 94025, (US)
LEGAL REPRESENTATIVE:
  Nash, David Allan (59252), Haseltine Lake & Co. Hazlitt House, 28
    Southampton Buildings, Chancery Lane, London WC2A 1AT, (GB)
PATENT (CC, No, Kind, Date):  EP 562047 A1 930929 (Basic)
                              EP 562047 A1 951102
                              WO 9210588 920625
APPLICATION (CC, No, Date):   EP 92904971 911206;  WO 91US9226  911206
PRIORITY DATA (CC, No, Date): US 624114 901206
LANGUAGE (Publication,Procedural,Application): English; English; English
DESIGNATED STATES: BE; CH; DE; DK; FR; GB; IT; LI; NL; SE
INTL PAT CLASS: C12Q-001/68; G01N-033/566; G01N-033/48; C07H-015/12;


10/3,AB/112    (Item 2 from file: 348)
DIALOG(R)File 348:EUROPEAN PATENTS
(c) 1996 European Patent Office. All rts. reserv.

00519926
  Method and apparatus for rapid nucleic acid sequencing.

ILL000578

PATENT ASSIGNEE:
  Gilbert, Walter, (930301), 15 Gray Gardens West, Cambridge, Massachusetts
    02138, (US), (applicant designated states:
    AT;BE;CH;DE;DK;ES;FR;GB;GR;IT;LI;LU;MC;NL;PT;SE)
AUTHOR (Inventor):
  Gilbert, Walter, 15 Gray Gardens West, Cambridge, Massachusetts 02138,
    (US)
LEGAL REPRESENTATIVE:
  Vossius & Partner (100311), Siebertstrasse 4 P.O. Box 86 07 67, W-8000
    Munchen 86, (DE)
PATENT (CC, No, Kind, Date): EP 514927 A1 921125 (Basic)
APPLICATION (CC, No, Date):    EP 92108687 920522;
PRIORITY DATA (CC, No, Date): US 705510 910524
LANGUAGE (Publication,Procedural,Application): English; English; English
DESIGNATED STATES: AT; BE; CH; DE; DK; ES; FR; GB; GR; IT; LI; LU; MC; NL;
  PT; SE
INTL PAT CLASS: C12Q-001/68; G01N-035/00
WORD COUNT: 154
ABSTRACT:  EP 514927 A1

An automated nucleic acid sequencer is provided comprising an oligomer
synthesizer, a membrane unit array, a detector and a central computer. The
synthesizer synthesizes and labels multiple oligomers of (arbitrary)
predicted sequence, which are transported to selected membranes contained
within a membrane unit array, where they are hybridized to sequencing
patterns bound to the membranes. A detector detects the hybridized
sequencing patterns and sends descriptions of those patterns to the central
computer, which analyzes those descriptions to construct a nucleic acid
sequence, predicts a next set of oligomers for subsequent hybridizations,
and selects corresponding membranes for hybridization with each predicted
oligomer. Under computer control, synthesis of multiple oligomers,
hybridization within multiple membranes, detection of the resulting
patterns on multiple membranes, prediction of next oligomers, and selection
of corresponding membranes, proceed simultaneously in accordance with the
steps of a method of automated sequencing. Also provided is a method for
automated nucleic acid sequencing.


 10/3,AB/113    (Item 3 from file: 348)
DIALOG(R)File 348:EUROPEAN PATENTS
(c) 1996 European Patent Office. All rts. reserv.

00399552
  Metal oxide supports for nucleic acids.
PATENT ASSIGNEE:
  MINNESOTA MINING AND MANUFACTURING COMPANY, (300410), 3M Center, P.O. Box
    33427, St. Paul Minnesota 55133, (US), (applicant designated states:
    BE;CH;DE;FR;GB;IT;LI;NL;SE)

ILL000579

AUTHOR (Inventor):
   Bitner, Rex M. c/o Minnesota Mining and, Manufacturing Comp. 2501 Hudson
      Road P.O.Box 33427, St. Paul Minnesota 55133-3427, (US)
   Funkenbusch, Eric F. c/o Minnesota Mining and, Manufacturing Comp. 2501
      Hudson Road P.O.Box 33427, St. Paul Minnesota 55133-3427, (US)
LEGAL REPRESENTATIVE:
   Baillie, Iain Cameron et al (27951), c/o Ladas & Parry Isartorplatz 5,
      D-8000 Munchen 2, (DE)
PATENT (CC, No, Kind, Date): EP 391608  A2  901010 (Basic)
                             EP 391608  A3  920415
APPLICATION (CC, No, Date):  EP 90303382 900329;
PRIORITY DATA (CC, No, Date): US 332541 890403
LANGUAGE (Publication,Procedural,Application): English; English; English
DESIGNATED STATES: BE; CH; DE; FR; GB; IT; LI; NL; SE
INTL PAT CLASS: C12Q-001/68;
WORD COUNT: 75

ABSTRACT: EP 391608 A2
Nucleic acids sorbed to metal oxide supports with sufficient strength and
in sufficient amounts to enable the resulting compositions of matter to be
used for such purposes as hybridizing, labeling, sequencing, and synthesis
of nucleic acids. The compositions can optionally also be bound with
blocking agent to prevent undesired nucleic acid sorption, e.g., of probe
nucleic acids in a hybridization experiment. Preferred compositions are
easily prepared and used, versatile, and reusable.


 10/3,AB/114    (Item 1 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   124195643    CA: 124(15)195643w    JOURNAL
   Identification of 4370 expressed sequence tags from a 3'-end-specific
cDNA library of human skeletal muscle by DNA sequencing and filter
hybridization
   AUTHOR(S): Lanfranchi, G.; Muraro, T.; Caldara, F.; Pacchioni, B.;
Pallavicini, A.; Pandolfo, D.; Toppo, S.; Trevisan, S.; Scarso, S.; Valle,
G.
   LOCATION: Centro Ricerca Interdipartmentale Biotecnologie Innovative,
Univ. degli Studi Padova, 35121, Padua, Italy
   JOURNAL: Genome Res.  DATE: 1996  VOLUME: 6  NUMBER: 1  PAGES: 35-42
   CODEN: GEREFS  LANGUAGE: English


 10/3,AB/115    (Item 2 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

ILL000580

124166847    CA: 124(13)166847k    JOURNAL
Identification of neurofibromatosis 1 (NF1) homologous loci by direct
sequencing, fluorescence in situ hybridization, and PCR amplification of
somatic cell hybrids
 AUTHOR(S): Purandare, Smita M.; Breidenbach, Heidi Huntsman; Li, Ying;
Zhu, Xiao Lin; Sawada, Shun'ichi; Neil, Shannon M.; Brothman, Arthur;
White, Ray; Cawthon, Richard; Viskochil, David
  LOCATION: Dep. Pediatrics, Univ. Utah, Salt Lake City, UT, 84112, USA
  JOURNAL: Genomics  DATE: 1995  VOLUME: 30  NUMBER: 3  PAGES: 476-85
  CODEN: GNMCEP  ISSN: 0888-7543  LANGUAGE: English


 10/3,AB/116     (Item 3 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   124078680    CA: 124(7)78680v    PATENT
  Probes labeled with energy transfer coupled dyes for use in hybridization
and DNA sequencing
  INVENTOR(AUTHOR): Mathies, Richard A.; Glazer, Alexander; Ju, Jingyue
  LOCATION: USA
  ASSIGNEE: Reagents of the University of California
  PATENT: PCT International ; WO 9521266 A1  DATE: 950810
  APPLICATION: WO 95US1205 (950130) *US 189924 (940201)
  PAGES: 26 pp.  CODEN: PIXXD2  LANGUAGE: English  CLASS: C12Q-001/68A
  DESIGNATED COUNTRIES: AM; AT; AU; BB; BG; BR; BY; CA; CH; CN; CZ; DE; DK;
EE; ES; FI; GB; GE; HU; JP; KE; KG; KP; KR; KZ; LK; LR; LT; LU; LV; MD; MG;
MN; MW; MX; NL; NO; NZ; PL; PT; RO; RU; SD; SE; SI; SK; TJ; TT; UA; UZ
  DESIGNATED REGIONAL: KE; MW; SD; SZ; AT; BE; CH; DE; DK; ES; FR; GB; GR;
IE; IT; LU; MC; NL; PT; SE; BF; BJ; CF; CG; CI; CM; GA; GN; ML; MR; NE; SN;
TD; TG


 10/3,AB/117     (Item 4 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   124046737    CA: 124(5)46737c    JOURNAL
  A DNA sequencing strategy that requires only five bases of known terminal
sequence for priming
  AUTHOR(S): Fu, Dong-Jing; Broude, Natalia E.; Koester, Hubert; Smith,
Cassandra L.; Cantor, Charles R.
  LOCATION: Sequenom, Inc., Boston, MA, 02210, USA
  JOURNAL: Proc. Natl. Acad. Sci. U. S. A.  DATE: 1995  VOLUME: 92
  NUMBER: 22  PAGES: 10162-6  CODEN: PNASA6  ISSN: 0027-8424  LANGUAGE:
English

10/3,AB/118    (Item 5 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  123331092    CA: 123(25)331092z    JOURNAL
  DNA sequence recognition by hybridization to short oligomers
  AUTHOR(S): Milosavljevic, Aleksandar
  LOCATION: Center Biol. Biotechnology, Argonne National Lab., Argonne, IL,
60439-4833, USA
  JOURNAL: J. Comput. Biol.  DATE: 1995  VOLUME: 2  NUMBER: 2  PAGES:
355-70  CODEN: JCOBEM  ISSN: 1066-5277  LANGUAGE: English


 10/3,AB/119    (Item 6 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  123331091    CA: 123(25)331091y    JOURNAL
  A new algorithm for DNA sequence assembly
  AUTHOR(S): Idury, Ramana M.; Waterman, Michael S.
  LOCATION: Dep. Maths. Mol. Biol., Univ. Southern California, Los Angeles,
CA, 90089-1113, USA
  JOURNAL: J. Comput. Biol.  DATE: 1995  VOLUME: 2  NUMBER: 2  PAGES:
291-306  CODEN: JCOBEM  ISSN: 1066-5277  LANGUAGE: English


 10/3,AB/120    (Item 7 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  123313932    CA: 123(23)313932u    PATENT
  Preparation of biotin-labeled fluorescein derivative and method for
fluorescent labeling using the derivative
  INVENTOR(AUTHOR): Suzuki, Osamu; Ichihara, Tatsuo; Masuda, Gen; Takezaki,
Kazuhisa
  LOCATION: Japan,
  ASSIGNEE: Nisshin Spinning
  PATENT: Japan Kokai Tokkyo Koho ; JP 95157487 A2 ; JP 07157487  DATE:
950620
  APPLICATION: JP 93339727 (931206)
  PAGES: 7 pp.  CODEN: JKXXAF  LANGUAGE: Japanese  CLASS: C07D-495/04A;
G01N-021/78B; G01N-033/58B


 10/3,AB/121    (Item 8 from file: 399)

ILL000582

DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  123247808    CA: 123(19)247808e    JOURNAL
  Rconstructing strings from substrings
  AUTHOR(S): Skiena, Steven; Sundaram, Gopalakrishnan
  LOCATION: Dep. Computer Sci., State Univ. of New York, Stony Brook, NY,
11794-4400, USA
  JOURNAL: J. Comput. Biol.  DATE: 1995 VOLUME: 2 NUMBER: 2  PAGES:
333-53  CODEN: JCOBEM  ISSN: 1066-5277  LANGUAGE: English


 10/3,AB/122    (Item 9 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  123222594    CA: 123(17)222594u    JOURNAL
  Colonizing populations of Candida albicans are clonal in origin but
undergo microevolution through C1 fragment reorganization as demonstrated
by DNA fingerprinting and C1 sequencing
  AUTHOR(S): Lockhart, Shawn R.; Fritch, Jennifer J.; Meier, Aimee
Sturdevant; Schroppel, Klaus; Srikantha, T.; Galask, Rudolph; Soll, David
R.
  LOCATION: Department Biological Sciences, University Iowa, Iowa City, IA,
52242, USA
  JOURNAL: J. Clin. Microbiol.  DATE: 1995 VOLUME: 33 NUMBER: 6  PAGES:
1501-9  CODEN: JCMIDW  ISSN: 0095-1137  LANGUAGE: English


 10/3,AB/123    (Item 10 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  123219538    CA: 123(17)219538y    JOURNAL
  Sequencing potential of nested strand hybridization
  AUTHOR(S): Razgulyaev, Oleg; Rubinov, Anatoly; Gelfand, Mikhail;
Chetverin, Alexander
  LOCATION: Inst. Protein Res., Russian Academia Sci., Moscow, Russia,
142292
  JOURNAL: J. Comput. Biol.  DATE: 1995 VOLUME: 2 NUMBER: 2  PAGES:
383-95  CODEN: JCOBEM  ISSN: 1066-5277  LANGUAGE: English


 10/3,AB/124    (Item 11 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

123195963    CA: 123(15)195963e    JOURNAL
Determination of gene mutation of silent serum cholinesterase and its
epidemiologic characters in the Japanese
 AUTHOR(S): Hidaka, Kazuo; Iuchi, Iwao
 LOCATION: Dep. Biochem., Kawasaki Med. Sch., Kurashiki, Japan, 701-01
 JOURNAL: Rinsho Byori  DATE: 1995  VOLUME: 43  NUMBER: 8  PAGES: 786-91
 CODEN: RBYOAI  ISSN: 0047-1860  LANGUAGE: Japanese


 10/3,AB/125    (Item 12 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

    123139202    CA: 123(11)139202u    JOURNAL
 Analysis of a set of RAPD markers by hybridization and sequencing in
Brassica: a note of caution
 AUTHOR(S): Quiros, Carlos F.; This, Patrice; Laudie, Michelle; Benet,
ARiadna; Chevre, Anne-Marie; Delseny, Michel
 LOCATION: Dep. Veg. Crops, Univ. California, Davis, CA, 95616, USA
 JOURNAL: Plant Cell Rep.  DATE: 1995  VOLUME: 14  NUMBER: 10  PAGES:
630-4  CODEN: PCRPD8  ISSN: 0721-7714  LANGUAGE: English


 10/3,AB/126    (Item 13 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

    123138129    CA: 123(11)138129p    PATENT
 Microfabricated, flowthrough porous apparatus for discrete detection of
binding reactions
 INVENTOR(AUTHOR): Beattie, Kenneth L.
 LOCATION: USA
 ASSIGNEE: Houston Advanced Research Center
 PATENT: PCT International ; WO 9511755 A1  DATE: 950504
 APPLICATION: WO 94US12282 (941027) *US 141969 (931028)
 PAGES: 56 pp.  CODEN: PIXXD2  LANGUAGE: English  CLASS: B01L-003/00A;
C07K-001/04B  DESIGNATED COUNTRIES: AU; CA; JP; US  DESIGNATED REGIONAL: AT
; BE; CH; DE; DK; ES; FR; GB; GR; IE; IT; LU; MC; NL; PT; SE


 10/3,AB/127    (Item 14 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

    123104330    CA: 123(9)104330g    BOOK
 Nonisotopic Probing, Blotting, and Sequencing, Second Edition
 AUTHOR(S): Kricka, Larry J.; Editor

```
   LOCATION: USA
   DATE: 1995  PAGES: 518 pp.  CODEN: BOOKA7  LANGUAGE: English  PUBLISHER:
(Academic,San Diego, Calif.)


 10/3,AB/128     (Item 15 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.


   123076410    CA: 123(7)76410n    PATENT
   Automated hybridization/imaging device for fluorescent multiplex DNA
sequencing
   INVENTOR(AUTHOR): Weiss, Robert B.; Kimball, Alvin W.; Gesteland, Raymond
F.; Ferguson, F. Mark; Dunn, Diane M.; Di Sera, Leonard J.; Cherry, Joshua
L.
   LOCATION: USA
   ASSIGNEE: University of Utah
   PATENT: PCT International ; WO 9511961 A1  DATE: 950504
   APPLICATION: WO 94US11918 (941018) *US 141234 (931022)
   PAGES: 65 pp.  CODEN: PIXXD2  LANGUAGE: English  CLASS: C12M-001/34A;
C12P-019/34B; C12Q-001/68B; G01N-021/64B; G01N-033/53B
   DESIGNATED COUNTRIES: AU; CA; JP; KR  DESIGNATED REGIONAL: AT; BE; CH; DE
; DK; ES; FR; GB; GR; IE; IT; LU; MC; NL; PT; SE


 10/3,AB/129     (Item 16 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.


   123001922    CA: 123(1)1922x    JOURNAL
   Use of 33P-nucleotides in molecular biology applications
   AUTHOR(S): Cho, Tsuneo
   LOCATION: Biotechnol. Syst., DuPont Kabushiki Kaisha, Tokyo, Japan, 106
   JOURNAL: Radioisotopes  DATE: 1995  VOLUME: 44  NUMBER: 4  PAGES: 267-74
   CODEN: RAISAB  ISSN: 0033-8303  LANGUAGE: Japanese


 10/3,AB/130     (Item 17 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.


   122283845    CA: 122(23)283845c    PATENT
   Apparatus for liquid treatment of membrane carrier
   INVENTOR(AUTHOR): Ikeda, Katsunori; Inoe, Hiroaki; Oka, Masanori
   LOCATION: Japan,
   ASSIGNEE: Toyo Boseki
   PATENT: Japan Kokai Tokkyo Koho ; JP 9563767 A2 ; JP 0763767  DATE:
```

950310
  APPLICATION: JP 93215430 (930831)
  PAGES: 5 pp.  CODEN: JKXXAF  LANGUAGE: Japanese  CLASS: G01N-033/68A;
G01N-033/50B


 10/3,AB/131    (Item 18 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122259863    CA: 122(21)259863m    PATENT
  Preparation of an ordered array of immobilized substances for screening
  INVENTOR(AUTHOR): Ershov, Gennady Moiseevich; Mirzabekov, Andrei
Darievich
  LOCATION: Russia,
  ASSIGNEE: Institut Molekulyarnoi Biologii im V. A. Engelgardta Rossiiskoi
Akademii Nauk
  PATENT: PCT International ; WO 9504834 A1 DATE: 950216
  APPLICATION: WO 94RU180 (940805) *RU 93040897 (930811)
  PAGES: 17 pp. CODEN: PIXXD2 LANGUAGE: Russian CLASS: C12Q-001/682A
  DESIGNATED COUNTRIES: JP; US  DESIGNATED REGIONAL: AT; BE; CH; DE; DK; ES
; FR; GB; GR; IE; IT; LU; MC; NL; PT; SE


 10/3,AB/132    (Item 19 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122232642    CA: 122(19)232642b    PATENT
  Method for generation of sequence sampled maps of complex genomes using
specialized cosmid vectors and a minimum of hybridization reactions
  INVENTOR(AUTHOR): Evans, Glen A.; Smith, Michael W.
  LOCATION: USA
  ASSIGNEE: Salk Institute for Biological Studies
  PATENT: PCT International ; WO 9429486 A1 DATE: 941222
  APPLICATION: WO 94US6810 (940615) *US 78471 (930615) *US 117952 (930907)
  PAGES: 128 pp. CODEN: PIXXD2 LANGUAGE: English CLASS: C12Q-001/68A;
C12P-019/34B; C12N-015/00B  DESIGNATED COUNTRIES: CA; JP
  DESIGNATED REGIONAL: AT; BE; CH; DE; DK; ES; FR; GB; GR; IE; IT; LU; MC;
NL; PT; SE


 10/3,AB/133    (Item 20 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122232042    CA: 122(19)232042f    JOURNAL

DNA sequencing by continuous stacking hybridization with use of modified oligonucleotide matrixes
  AUTHOR(S): Lysov, Yu. P.; Chernyi, A. A.; Balaeff, A. A.; Gnuchev, F. N.; Beattie, K. L.; Mirzabekov, A. D.
  LOCATION: Engelhardt Inst. Mol. Biol., Russ. Adad. Sci., Moscow, Russia, 117984
  JOURNAL: Mol. Biol. (Moscow)  DATE: 1995  VOLUME: 29  NUMBER: 1  PAGES: 104-13  CODEN: MOBIBO  ISSN: 0026-8984  LANGUAGE: Russian


 10/3,AB/134     (Item 21 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122206987   CA: 122(17)206987y    PATENT
  Improved techniques for light-directed synthesis of nucleic acid arrays, sequence-specific hybridization, base mismatch analysis, and nucleic acid sequencing
  INVENTOR(AUTHOR): Fodor, Stephen P. A.; Lipshutz, Robert J.; Huang, Xiaohua; Jevons, Luis Carlos
  LOCATION: Neth.
  ASSIGNEE: Affymax Technologies N.V.
  PATENT: PCT International ; WO 9500530 A1  DATE: 950105
  APPLICATION: WO 94US7106 (940624) *US 82937 (930625)
  PAGES: 58 pp.  CODEN: PIXXD2  LANGUAGE: English  CLASS: C07H-021/04A; C12Q-001/68B  DESIGNATED COUNTRIES: AU; CA; JP; US  DESIGNATED REGIONAL: AT ; BE; CH; DE; DK; ES; FR; GB; GR; IE; IT; LU; MC; NL; PT; SE


 10/3,AB/135     (Item 22 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122180242   CA: 122(15)180242z    JOURNAL
  The probability of unique solutions of sequencing by hybridization
  AUTHOR(S): Dyer, Martin; Frieze, Alan; Suen, Stephen
  LOCATION: Dep. Math., Carnegie Mellon Univ., Pittsburgh, PA, 15213, USA
  JOURNAL: J. Comput. Biol.  DATE: 1994  VOLUME: 1  NUMBER: 2  PAGES: 105-10  CODEN: JCOBEM  ISSN: 1066-5277  LANGUAGE: English


 10/3,AB/136     (Item 23 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122179498   CA: 122(15)179498f    JOURNAL
  Gray code masks for sequencing by hybridization

  AUTHOR(S): Feldman, William; Pevzner, Pavel
  LOCATION: Dep. Computer Sci. Eng., Pennsylvania State Univ., University
Park, PA, 16802, USA
  JOURNAL: Genomics  DATE: 1994  VOLUME: 23  NUMBER: 1  PAGES: 233-5
  CODEN: GNMCEP  ISSN: 0888-7543  LANGUAGE: English


  10/3,AB/137    (Item 24 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122125332    CA: 122(11)125332d    PATENT
   Methods for detection, sequencing, and cloning of amplified DNA using
exonuclease
  INVENTOR(AUTHOR): Murtagh, James J.
  LOCATION: USA
  PATENT: PCT International ; WO 9424313 A1  DATE: 941027
  APPLICATION: WO 94US4310 (940419) *US 49264 (930419)
  PAGES: 95 pp.  CODEN: PIXXD2  LANGUAGE: English  CLASS: C12Q-001/68A;
C12N-015/09B; C12N-015/66B; C12P-019/34B  DESIGNATED COUNTRIES: AU; CA; JP
  DESIGNATED REGIONAL: AT; BE; CH; DE; DK; ES; FR; GB; GR; IE; IT; LU; MC;
NL; PT; SE


  10/3,AB/138    (Item 25 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122097882    CA: 122(9)97882n    JOURNAL
   DNA sequencing by hybridization
  AUTHOR(S): Fodor, Stephen P. A.; Lipshutz, Robert J.; Huang, Xiaohua
  LOCATION: Affymetrix, Santa Clara, CA, USA
  JOURNAL: Proc. Robert A. Welch Found. Conf. Chem. Res.  DATE: 1993
  VOLUME: 37TH  NUMBER: 40 YEARS OF THE DNA DOUBLE HELIX  PAGES: 3-9
  CODEN: PRAWAC  ISSN: 0557-1588  LANGUAGE: English


  10/3,AB/139    (Item 26 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122097794    CA: 122(9)97794k    JOURNAL
   Processing of cDNA and genomic kilobase-size clones for massive
screening, mapping and sequencing by hybridization
  AUTHOR(S): Drmanac, Snezana; Drmanac, Radoje
  LOCATION: Argonne National Lab., Argonne, IL, USA
  JOURNAL: BioTechniques  DATE: 1994  VOLUME: 17  NUMBER: 2  PAGES: 328,-9,

332-6  CODEN: BTNQDO  ISSN: 0736-6205  LANGUAGE: English


  10/3,AB/140     (Item 27 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   122073004   CA: 122(7)73004b    JOURNAL
   Sequencing by hybridization - a new method for genetic code reading
   AUTHOR(S): Janitz, Michal; Kurpisz, Maciej
   LOCATION: Zaklad Genetyki Czlowieka, PAN, 60-479, Poznan, Pol.
   JOURNAL: Postepy Biochem. DATE: 1994 VOLUME: 40 NUMBER: 2 PAGES: 72-7
   CODEN: PSTBAH ISSN: 0032-5422 LANGUAGE: Polish


  10/3,AB/141     (Item 28 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121273529   CA: 121(23)273529t    JOURNAL
   Selection of cDNAs using chromosome-specific genomic clones: application
to human chromosome 13
   AUTHOR(S): de Fatima Bonaldo, Maria; Yu, Ming-Tsung; Jelenc, Pierre;
Brown, Stephen; Su, Long; Lawton, Lee; Deaven, Larry; Efstratiadis, Argiris
; Warburton, Dorothy; Soares, Marcelo Bento
   LOCATION: Department of Psychiatry, Columbia University, New York, NY,
10032, USA
   JOURNAL: Hum. Mol. Genet. DATE: 1994 VOLUME: 3 NUMBER: 9 PAGES:
1663-1673 CODEN: HMGEE5 ISSN: 0964-6906 LANGUAGE: English


  10/3,AB/142     (Item 29 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121273178   CA: 121(23)273178c    JOURNAL
   Rearrangements of DNA sequences and SBH
   AUTHOR(S): Pevzner, Pavel A.
   LOCATION: Institute Molecular Evolutionary Genetics, Pennsylvania State
University, University Park, PA, 16802, USA
   JOURNAL: Comput. Chem. DATE: 1994 VOLUME: 18 NUMBER: 3 PAGES: 221-3
   CODEN: COCHDK ISSN: 0097-8485 LANGUAGE: English


  10/3,AB/143     (Item 30 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

ILL000589

121223007    CA: 121(19)223007a    JOURNAL
Application of hybridization techniques to genome mapping and sequencing
AUTHOR(S): Hoheisel, Joerg D.
 LOCATION: Mol. Genet. Genome Anal. Lab., Ger. Cancer Res. Cent.,
Heidelberg, Germany, D-69120
 JOURNAL: Trends Genet. DATE: 1994 VOLUME: 10 NUMBER: 3 PAGES: 79-83
 CODEN: TRGEE2 ISSN: 0168-9525 LANGUAGE: English


 10/3,AB/144    (Item 31 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121171449    CA: 121(15)171449z    JOURNAL
 DNA sequencing by hybridization - a megasequencing method and a
diagnostic tool?
 AUTHOR(S): Mirzabekov, Andrei D.
 LOCATION: Englehardt Inst. Mol. Biol., Moscow, Russia, 117984
 JOURNAL: Trends Biotechnol. DATE: 1994 VOLUME: 12 NUMBER: 1 PAGES:
27-32 CODEN: TRBIDM ISSN: 0167-7799 LANGUAGE: English


 10/3,AB/145    (Item 32 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121149899    CA: 121(13)149899z    JOURNAL
 DNA sequencing by hybridization with oligonucleotides immobilized in gel.
Chemical ligation as a way to extend the application of the method
 AUTHOR(S): Kuznetsova, S. A.; Kanevskii, I. E.; Florent'ev, V. A.;
Mirzabekov, A. D.; Shabarova, Z. A.
 LOCATION: Dep. Chem., Lomonosov Moscow State Univ., Moscow, Russia,
119899
 JOURNAL: Mol. Biol. (Moscow) DATE: 1994 VOLUME: 28 NUMBER: 2 PAGES:
290-9 CODEN: MOBIBO ISSN: 0026-8984 LANGUAGE: Russian


 10/3,AB/146    (Item 33 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121126210    CA: 121(11)126210d    JOURNAL
 Mixed hybridization and conventional strategies for DNA sequencing
 AUTHOR(S): Bains, William
 LOCATION: PA Consulting Group, Melbourn, UK,
 JOURNAL: Genet. Anal.: Tech. Appl. DATE: 1993 VOLUME: 10 NUMBER: 3-4

ILL000590

PAGES: 84-94  CODEN: GATAEV  ISSN: 1050-3862  LANGUAGE: English


10/3,AB/147    (Item 34 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121126183    CA: 121(11)126183x    CONFERENCE PROCEEDING
   SBH and the integration of complementary approaches in the mapping,
sequencing, and understanding of complex genomes
   AUTHOR(S): Drmanac, Radoje; Drmanac, Snezana; Labat, Ivan; Vicentic,
Aleksandra; Gemmell, Anne; Stavropoulos, Nick; Jarvis, Jonathan
   LOCATION: Biol. Med. Res. Div., Argonne Natl. lab., Argonne, IL, 60439,
USA
   JOURNAL: Int. Conf. Bioinformatics, Supercomput. Complex Genome Anal.,
Proc. Conf., 2nd  EDITOR: Lim, Hwa A (Ed), DATE: 1993  PAGES: 121-34
   CODEN: 59QBA7  LANGUAGE: English  MEETING DATE: 920000  PUBLISHER: World
Sci. Publ.,Singapore, Singapore


10/3,AB/148    (Item 35 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121075316    CA: 121(7)75316h    PATENT
   DNA sequencing by hybridization against an ordered array of partially
double-stranded probes
   INVENTOR(AUTHOR): Cantor, Charles; Przetakiewicz, Marek
   LOCATION: USA
   ASSIGNEE: Boston University
   PATENT: PCT International ; WO 9411530 A1  DATE: 940526
   APPLICATION: WO 93US10616 (931105) *US 972012 (921106) *US 110691
(930823)
   PAGES: 98 pp.  CODEN: PIXXD2  LANGUAGE: English  CLASS: C12Q-001/68A;
C12P-019/34B; C07H-021/04B; G01N-033/48B  DESIGNATED COUNTRIES: JP
   DESIGNATED REGIONAL: AT; BE; CH; DE; DK; ES; FR; GB; GR; IE; IT; LU; MC;
NL; PT; SE


10/3,AB/149    (Item 36 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121074712    CA: 121(7)74712x    JOURNAL
   Measurement of distances between DNA segments increases the efficiency of
sequencing by hybridization on oligonucleotide matrix
   AUTHOR(S): Lysov, Y. P.; Mironov, A. A.; Gnuchev, F. N.; Chernyi, A. A.;

Mirzabekov, A. D.
  LOCATION: Engelhardt Inst. Mol. Biol., Moscow, Russia, 117984
  JOURNAL: Mol. Biol. (Moscow) DATE: 1994 VOLUME: 28 NUMBER: 3 PAGES:
652-7 CODEN: MOBIBO ISSN: 0026-8984 LANGUAGE: Russian


 10/3,AB/150    (Item 37 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   121027994    CA: 121(3)27994f    JOURNAL
   Enhanced DNA sequencing by hybridization
   AUTHOR(S): Broude, Natalia E.; Sano, Takeshi; Smith, Cassandra L.;
Cantor, Charles R.
   LOCATION: Cen. Adv. Biotechnology, Boston Univ., Boston, MA, 02215, USA
   JOURNAL: Proc. Natl. Acad. Sci. U. S. A. DATE: 1994 VOLUME: 91
   NUMBER: 8 PAGES: 3072-6 CODEN: PNASA6 ISSN: 0027-8424 LANGUAGE:
English


 10/3,AB/151    (Item 38 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   120290847    CA: 120(23)290847s    JOURNAL
   DNA sequencing in the 21st century using DNA chips
   AUTHOR(S): Baba, Yoshinobu
   LOCATION: Kobe Women's Coll. Pharm., Kobe, Japan, 658
   JOURNAL: Kagaku (Kyoto) DATE: 1994 VOLUME: 49 NUMBER: 2 PAGES: 136
   CODEN: KAKYAU ISSN: 0451-1964 LANGUAGE: Japanese


 10/3,AB/152    (Item 39 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   120155889    CA: 120(13)155889s    PATENT
   Diagnostic detection of mutations
   INVENTOR(AUTHOR): Lindstroem, Per
   LOCATION: Swed.
   ASSIGNEE: Pharmacia LKB Biotechnology AB
   PATENT: PCT International ; WO 9400597 A1 DATE: 940106
   APPLICATION: WO 93SE557 (930623) *SE 921929 (920623)
   PAGES: 20 pp. CODEN: PIXXD2 LANGUAGE: English CLASS: C12Q-001/68A
   DESIGNATED COUNTRIES: JP; US DESIGNATED REGIONAL: AT; BE; CH; DE; DK; ES
; FR; GB; GR; IE; IT; LU; MC; NL; PT; SE

ILL000592

10/3,AB/153    (Item 40 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  119218469    CA: 119(21)218469g    JOURNAL
  Automated DNA sequencing: a look into the future
  AUTHOR(S): Smith, Lloyd M.
  LOCATION: Dep. Chem., Univ. Wisconsin, Madison, WI, 53706, USA
  JOURNAL: Cancer Detect. Prev. DATE: 1993 VOLUME: 17 NUMBER: 2  PAGES:
283-8 CODEN: CDPRD4 ISSN: 0361-090X LANGUAGE: English


10/3,AB/154    (Item 41 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  119132486    CA: 119(13)132486y    JOURNAL
  A strategy for the amplification, purification, and selection of M13
templates for large-scale DNA sequencing
  AUTHOR(S): Beck, Stephan; Alderton, Robert P.
  LOCATION: Imp. Cancer Res. Fund, London, UK, WC2A 3PX
  JOURNAL: Anal. Biochem. DATE: 1993 VOLUME: 212 NUMBER: 2 PAGES:
498-505 CODEN: ANBCA2 ISSN: 0003-2697 LANGUAGE: English


10/3,AB/155    (Item 42 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  119110027    CA: 119(11)110027x    JOURNAL
  DNA sequencing by hybridization with oligonucleotide matrix (SHOM). The
theory of DNA washing out after hybridization
  AUTHOR(S): Livshits, M. A.; Ivanov, I. B.; Mirzabekov, A. D.; Florentiev,
V. A.
  LOCATION: V. A. Enhelhardt Inst. Mol. Biol., Moscow, Russia, 117984
  JOURNAL: Mol. Biol. (Moscow) DATE: 1992 VOLUME: 26 NUMBER: 6 PAGES:
1298-1313 CODEN: MOBIBO ISSN: 0026-8984 LANGUAGE: Russian


10/3,AB/156    (Item 43 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  119021425    CA: 119(3)21425h    JOURNAL
  Can we recover a sequence, just knowing all its subsequences of given
length?

AUTHOR(S): Guenoche, A.
LOCATION: GRTC, CNRS, 13402, Marseille, Fr.
JOURNAL: Comput. Appl. Biosci. DATE: 1992 VOLUME: 8 NUMBER: 6 PAGES:
569-74 CODEN: COABER ISSN: 0266-7061 LANGUAGE: English


10/3,AB/157    (Item 44 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

118249296    CA: 118(25)249296g    PATENT
Method of sequencing of large DNA sequences by hybridization of
oligonucleotide probes
INVENTOR(AUTHOR): Drmanac, Radoje T.; Crkvenjakov, Radomir B.
LOCATION: USA
PATENT: United States ; US 5202231 A DATE: 930413
APPLICATION: US 723712 (910618) *YU 87570 (870401) *US 175088 (880330)
PAGES: 8 pp. Cont. of U.S. Ser. No. 175,088, abandoned.  CODEN: USXXAM
LANGUAGE: English CLASS: 435006000; C12Q-001/68A; C07H-015/12B;
G01N-033/566B; G01N-033/48B


10/3,AB/158    (Item 45 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

118249291    CA: 118(25)249291b    PATENT
Purine analogs for use in primers for DNA sequencing and polymerase chain
reaction
INVENTOR(AUTHOR): Brown, Daniel McGillivray; Lin, Paul Vee Siew Kong Thoo
LOCATION: UK,
ASSIGNEE: Medical Research Council
PATENT: PCT International ; WO 9305176 A1  DATE: 930318
APPLICATION: WO 92GB1662 (920911) *GB 9119378 (910911)
PAGES: 41 pp.  CODEN: PIXXD2 LANGUAGE: English CLASS: C12Q-001/68A;
C07H-021/00B DESIGNATED COUNTRIES: AT; AU; BB; BG; BR; CA; CH; CS; DE; DK;
ES; FI; GB; HU; JP; KP; KR; LK; LU; MG; MN; MW; NL; NO; PL; RO; RU; SD; SE;
US DESIGNATED REGIONAL: AT; BE; CH; DE; DK; ES; FR; GB; GR; IE; IT; LU; MC
; NL; SE; BF; BJ; CF; CG; CI; CM; GA; GN; ML; MR; SN; TD; TG


10/3,AB/159    (Item 46 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

118140760    CA: 118(15)140760c    JOURNAL
Sequencing by oligonucleotide hybridization

```
   AUTHOR(S): Suyama, Akira
   LOCATION: Coll. Arts Sci., Univ. Tokyo, Tokyo, Japan, 153
   JOURNAL: Tanpakushitsu Kakusan Koso  DATE: 1993  VOLUME: 38  NUMBER: 3
   PAGES: 647-57  CODEN: TAKKAJ  ISSN: 0039-9450  LANGUAGE: Japanese


  10/3,AB/160    (Item 47 from file: 399)
 DIALOG(R)File 399:CA SEARCH(R)
 (c) 1996 American Chemical Society. All rts. reserv.

   118117653    CA: 118(13)117653m    JOURNAL
   Digital chemiluminescence imaging of DNA sequencing blots using a
 charge-coupled device camera
   AUTHOR(S): Karger, Achim E.; Weiss, Robert; Gesteland, Raymond F.
   LOCATION: Dep. Hum. Genet., Univ. Utah, Salt Lake City, UT, 84112, USA
   JOURNAL: Nucleic Acids Res.  DATE: 1992  VOLUME: 20  NUMBER: 24  PAGES:
 6657-65  CODEN: NARHAD  ISSN: 0305-1048  LANGUAGE: English


  10/3,AB/161    (Item 48 from file: 399)
 DIALOG(R)File 399:CA SEARCH(R)
 (c) 1996 American Chemical Society. All rts. reserv.

   118053552    CA: 118(7)53552t    PATENT
   Method and apparatus for rapid nucleic acid sequencing
   INVENTOR(AUTHOR): Gilbert, Walter
   LOCATION: USA
   PATENT: European Pat. Appl. ; EP 514927 A1  DATE: 921125
   APPLICATION: EP 92108687 (920522) *US 705510 (910524)
   PAGES: 60 pp.  CODEN: EPXXDW  LANGUAGE: English  CLASS: C12Q-001/68A;
 G01N-035/00  DESIGNATED COUNTRIES: AT; BE; CH; DE; DK; ES; FR; GB; GR; IT;
 LI; LU; MC; NL; PT; SE


  10/3,AB/162    (Item 49 from file: 399)
 DIALOG(R)File 399:CA SEARCH(R)
 (c) 1996 American Chemical Society. All rts. reserv.

   117246609    CA: 117(25)246609e    PATENT
   Sequencing DNA by hybridization to test oligonucleotides
   INVENTOR(AUTHOR): Khrapko, K. R.; Khorlin, A. A.; Ivanov, I. B.; Ershov,
 G. M.; Lysov, Yu. P.; Florent'ev, V. L.; Mirzabekov, A. D.
   LOCATION: Russia,
   ASSIGNEE: Engel'gardt, V. A., Institute of Molecular Biology
   PATENT: PCT International ; WO 9216655 A1  DATE: 921001
   APPLICATION: WO 92RU52 (920318) *RU 4919321 (910318)
   PAGES: 28 pp.  CODEN: PIXXD2  LANGUAGE: Russian  CLASS: C12Q-001/68A
```

   DESIGNATED COUNTRIES: JP; US  DESIGNATED REGIONAL: AT; BE; CH; DE; DK; ES
; FR; GB; GR; IT; LU; MC; NL; SE


  10/3,AB/163    (Item 50 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   117227231    CA: 117(23)227231j    JOURNAL
   Sequencing by hybridization (SBH) with oligonucleotide probes as an
integral approach for the analysis of complex genomes
   AUTHOR(S): Drmanac, R.; Crkvenjakov, R.
   LOCATION: Biol. Med. Res. Div., Argonne Natl. Lab., Argonne, IL, 60439,
USA
   JOURNAL: Int. J. Genome Res.  DATE: 1992  VOLUME: 1  NUMBER: 1  PAGES:
59-79  CODEN: IJGREY  LANGUAGE: English


  10/3,AB/164    (Item 51 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   117227199    CA: 117(23)227199e    JOURNAL
   Setting a sequence to sequence a sequence
   AUTHOR(S): Bains, William
   LOCATION: Cambridge Lab., PA Consult. Group, Royston/Hertfordshire, UK,
SG8 6DP
   JOURNAL: Bio/Technology  DATE: 1992  VOLUME: 10  NUMBER: 7  PAGES: 757-8
   CODEN: BTCHDA  ISSN: 0733-222X  LANGUAGE: English


  10/3,AB/165    (Item 52 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   117185718    CA: 117(19)185718r    JOURNAL
   An oligonucleotide matrix hybridization approach to DNA sequencing
   AUTHOR(S): Khorlin, A. A.; Khrapko, K. R.; Ivanov, I. B.; Lysov, Yu. P.;
Ershov, G. K.; Vasilenko, S. K.; Florent'ev, V. L.; Mirzabekov, A. D.
   LOCATION: V. A. Engel'gardt Inst. Mol. Biol., Moscow, Russia, 117984
   JOURNAL: Nucleic Acids Symp. Ser.  DATE: 1991  VOLUME: 24  NUMBER: Synth.
Oligonucleotides:  Probl. Front. Pract. Appl.  PAGES: 191-2  CODEN: NACSD8
   ISSN: 0261-3166  LANGUAGE: English


  10/3,AB/166    (Item 53 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)

ILL000596

(c) 1996 American Chemical Society. All rts. reserv.

   117185716    CA: 117(19)185716p    JOURNAL
   Sequencing by hybridization:  towards an automated sequencing of one
million M13 clones arrayed on membranes
   AUTHOR(S): Drmanac, Radoje; Drmanac, Snezana; Labat, Ivan; Crkvenjakov,
Radomir; Vicentic, Aleksandra; Gemmell, Anne
   LOCATION: Biol. Med. Res. Div., Argonne Natl. Lab., Argonne, IL,
60439-4833, USA
   JOURNAL: Electrophoresis (Weinheim, Fed. Repub. Ger.)  DATE: 1992
   VOLUME: 13  NUMBER: 8  PAGES: 566-73  CODEN: ELCTDN  ISSN: 0173-0835
   LANGUAGE: English


  10/3,AB/167    (Item 54 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   117144772    CA: 117(15)144772k    PATENT
   A matrix of defined oligonucleotides, and nucleotide sequencing by
hybridization of a target nucleic acid with the matrix
   INVENTOR(AUTHOR): Fodor, Stephen P. A.; Solas, Dennis W.; Dower, William
J.
   LOCATION: Neth.
   ASSIGNEE: Affymax Technologies N.V.
   PATENT: PCT International ; WO 9210588 A1  DATE: 920625
   APPLICATION: WO 91US9226 (911206) *US 624114 (901206)
   PAGES: 115 pp.  CODEN: PIXXD2  LANGUAGE: English  CLASS: C12Q-001/68A;
G01N-033/566B; G01N-033/48B; C07H-015/12B  DESIGNATED COUNTRIES: AU; CA; JP
; US  DESIGNATED REGIONAL: AT; BE; CH; DE; DK; ES; FR; GB; GR; IT; LU; MC;
NL; SE


  10/3,AB/168    (Item 55 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   117084374    CA: 117(9)84374v    JOURNAL
   Integrated DNA (transgenes) in transgenic mice
   AUTHOR(S): Ninomiya, Takashi
   LOCATION: Res. Inst. Life Sci., Snow Brank Milk Prod. Co., Ltd., Tochigi,
Japan, 329-05
   JOURNAL: Yukijirushi Nyugyo Kenkyusho Hokoku  DATE: 1992  VOLUME: 96,
   PAGES: 1-93  CODEN: YNKHEO  ISSN: 0082-4763  LANGUAGE: Japanese


  10/3,AB/169    (Item 56 from file: 399)

ILL000597

DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   116249574    CA: 116(25)249574e    CONFERENCE PROCEEDING
   Sequencing by oligonucleotide hybridization:  a promising framework in
decoding of the genome program?
   AUTHOR(S): Drmanac, R.; Labat, I.; Strezoska, Z.; Paunesku, T.;
Radosavljevic, D.; Drmanac, S.; Crkvenjakov, R.
   LOCATION: Inst. Mol. Genet. Genet. Eng., 11000, Belgrade, Yugoslavia
   JOURNAL: Int. Conf. Electrophor., Supercomput. Hum. Genome, 1st  EDITOR:
Cantor, Charles R. (Ed), Lim, Hwa A (Ed),  DATE: 1991  PAGES: 47-59
   CODEN: 57QCAU  LANGUAGE: English  MEETING DATE: 900000  PUBLISHER: World
Sci.,Singapore, Singapore


  10/3,AB/170    (Item 57 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   116229134    CA: 116(23)229134h    JOURNAL
   Phase Lock Gel plasmid micropreps:  direct insert screening, probe
synthesis and sequencing within one day
   AUTHOR(S): Emanuel, Janet Rettig
   LOCATION: Dep. Neurol., Yale Univ., New Haven, CT, 06510, USA
   JOURNAL: Nucleic Acids Res. DATE: 1992  VOLUME: 20  NUMBER: 3  PAGES:
625  CODEN: NARHAD  ISSN: 0305-1048  LANGUAGE: English


  10/3,AB/171    (Item 58 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   116144959    CA: 116(15)144959f    JOURNAL
   A novel approach to the rapid isolation and nucleotide sequencing of
genomic clones
   AUTHOR(S): Boivin, Rodolphe; Bellemare, Guy
   LOCATION: Fac. Sci., Laval Univ., Quebec, PQ, Can., G1K 7P4
   JOURNAL: Genet. Anal.:  Tech. Appl.  DATE: 1991  VOLUME: 8  NUMBER: 6
   PAGES: 181-5  CODEN: GATAEV  ISSN: 1050-3862  LANGUAGE: English


  10/3,AB/172    (Item 59 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   116121871    CA: 116(13)121871g    JOURNAL
   Hybridization fingerprinting in genome mapping and sequencing

AUTHOR(S): Lehrach, Hans; Drmanac, Radoje; Hoheisel, Joerg; Larin, Zoia;
Lennon, Greg; Monaco, Anthony P.; Nizetic, Dean; Zehetner, Guenther;
Poustka, Annemarie
  LOCATION: Imp. Cancer Res. Fund Lab., London, UK, WC2A 3PX
  JOURNAL: Genome Anal.  DATE: 1990  VOLUME: 1  NUMBER: Genet. Phys. Mapp.
  PAGES: 39-81  CODEN: GEANE3  LANGUAGE: English


  10/3,AB/173    (Item 60 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  116001395    CA: 116(1)1395h    JOURNAL
  DNA sequencing by hybridization:  100 bases read by a non-gel-based
method
  AUTHOR(S): Strezoska, Zaklina; Paunesku, Tatjana; Radosavljevic, Danica;
Labat, Ivan; Drmanac, Radoje; Crkvenjakov, Radomir
  LOCATION: Inst. Mol. Genet. Genet. Eng., 11000, Belgrade, Yugoslavia
  JOURNAL: Proc. Natl. Acad. Sci. U. S. A.  DATE: 1991  VOLUME: 88
  NUMBER: 22  PAGES: 10089-93  CODEN: PNASA6  ISSN: 0027-8424  LANGUAGE:
English


  10/3,AB/174    (Item 61 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  115107783    CA: 115(11)107783c    PATENT
  Nucleic acid sequencing using combined degradation and dideoxy
termination
  INVENTOR(AUTHOR): Rosenthal, Andre; Ansorge, Wilhelm; Sproat, Brian;
Voss, Hartmut; Stegemann, Josef; Schwager, Christian; Erfle, Holger;
Zimmermann, Juergen
  LOCATION: Ger. Dem. Rep.
  ASSIGNEE: Akademie der Wissenschaften der DDR; Europaeisches Laboratorium
fuer Molekularbiologie (EMBL)
  PATENT: Germany (East) ; DD 281611 A5  DATE: 900815
  APPLICATION: DD 322056 (881122)
  PAGES: 9 pp.  CODEN: GEXXA8  LANGUAGE: German  CLASS: C12Q-001/68A


  10/3,AB/175    (Item 62 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  115088783    CA: 115(9)88783j    PATENT
  DNA sequencing using low fluorescence background electroblotting membrane

ILL000599

```
    INVENTOR(AUTHOR): Caldwell, Karin D.; Chu, Tun Jen; Pitt, William G.
    LOCATION: USA
    ASSIGNEE: University of Utah
    PATENT: PCT International ; WO 9015883 A1  DATE: 901227
    APPLICATION: WO 90US3017 (900530) *US 365693 (890614)
    PAGES: 49 pp.  CODEN: PIXXD2  LANGUAGE: English  CLASS: C12Q-001/68A
    DESIGNATED COUNTRIES: CA; DK; FI; JP; KR; NO  DESIGNATED REGIONAL: AT; BE
; CH; DE; DK; ES; FR; GB; IT; LU; NL; SE


  10/3,AB/176     (Item 63 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   115043464    CA: 115(5)43464q    PATENT
   Plasmid for cloning, sequencing, and expression of cDNA in mammalian
cells
    INVENTOR(AUTHOR): Kato, Seishi; Aoki, Takashi; Umezawa, Yuri
    LOCATION: Japan,
    ASSIGNEE: Sagami Chemical Research Center
    PATENT: European Pat. Appl. ; EP 426455 A2  DATE: 910508
    APPLICATION: EP 90311931 (901031) *JP 89283674 (891031) *JP 90238332
(900907)
    PAGES: 24 pp.  CODEN: EPXXDW  LANGUAGE: English  CLASS: C12N-015/10A;
C12N-015/85B; C12N-015/28B  DESIGNATED COUNTRIES: AT; BE; CH; DE; DK; ES;
FR; GB; GR; IT; LI; LU; NL; SE


  10/3,AB/177     (Item 64 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   115004677    CA: 115(1)4677s    JOURNAL
   An algorithm for the DNA sequence generation from k-tuple word contents
of the minimal number of random fragments
    AUTHOR(S): Drmanac, R.; Labat, I.; Crkvenjakov, R.
    LOCATION: Inst. Mol. Genet. and Genet. Eng., 11000, Belgrade, Yugoslavia
    JOURNAL: J. Biomol. Struct. Dyn.  DATE: 1991  VOLUME: 8  NUMBER: 5
    PAGES: 1085-102  CODEN: JBSDD6  ISSN: 0739-1102  LANGUAGE: English


  10/3,AB/178     (Item 65 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   114222838    CA: 114(23)222838r    PATENT
   Genomic DNA sequencing using short oligonucleotide hybridization probes
```

INVENTOR(AUTHOR): Drmanac, Radoje T.; Crkvenjakov, Radomir B.
LOCATION: Yugoslavia
ASSIGNEE: Ro Institut za Molekularnu Genetiku i Geneticko Inzenjerstvo
PATENT: European Pat. Appl. ; EP 392546 A2 DATE: 901017
APPLICATION: EP 90107066 (900412) *YU 89767 (890414)
PAGES: 16 pp. CODEN: EPXXDW LANGUAGE: English CLASS: C12Q-001/68A
DESIGNATED COUNTRIES: AT; BE; CH; DE; DK; ES; FR; GB; GR; IT; LI; LU; NL;
SE


  10/3,AB/179    (Item 66 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  114118090    CA: 114(13)118090e    PATENT
  Superparamagnetic particle conjugates with oligonucleodies for nucleic
acid probes and nuclear acid sequencing
  INVENTOR(AUTHOR): Hornes, Erik; Korsnes, Lars
  LOCATION: Norway
  ASSIGNEE: Holmes, Michael John; Dynal A/S
  PATENT: PCT International ; WO 9006045 A2 DATE: 900614
  APPLICATION: WO 89EP1419 (891121) *GB 8827158 (881121) *GB 8827159
(881121) *GB 8827160 (881121) *GB 8827166 (881121) *GB 8827167 (881121) *GB
8827157 (881121) *GB 896643 (890322)
  PAGES: 46 pp. CODEN: PIXXD2 LANGUAGE: English CLASS: G01N-033/50


  10/3,AB/180    (Item 67 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  113148385    CA: 113(17)148385b    PATENT
  Incorporation of thionucleotides into nucleic acids and oligonucleotides,
and their application in nucleic acid sequencing and hybridization assays
using fluorescence quenching
  INVENTOR(AUTHOR): Greulich, Karl Otto; Seidel, Claus; Wolfrum, Juergen;
Auer, Manfred; Gautel, Matthias; Goody, Roger; Labeit, Siegfried
  LOCATION: Fed. Rep. Ger.
  PATENT: Germany Offen. ; DE 3807975 A1 DATE: 890928
  APPLICATION: DE 3807975 (880310)
  PAGES: 7 pp. CODEN: GWXXBX LANGUAGE: German CLASS: C12Q-001/68A;
G01N-033/50B; C07H-021/04; C12P-019/34; C07H-021/00


  10/3,AB/181    (Item 68 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

```
   113128790    CA: 113(15)128790b    JOURNAL
   Trans-DDP-modified DNA antibodies for detection of specific DNA sequences
   AUTHOR(S): Kiseleva, V. I.; Turchinskii, M. F.; Poverennii, A. M.
   LOCATION: Res. Inst. Med. Radiol., Obninski, USSR
   JOURNAL: Bioorg. Khim.  DATE: 1990  VOLUME: 16  NUMBER: 7  PAGES: 991-2
   CODEN: BIKHD7  ISSN: 0132-3423  LANGUAGE: Russian
```

```
 10/3,AB/182     (Item 69 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.
```

```
   113110491    CA: 113(13)110491v    PATENT
   Ruthenium-containing DNA and RNA for use in nucleic acid sequencing and
hybridization
   INVENTOR(AUTHOR): Bannwarth, Wilhelm; Knorr, Reinhard; Mueller, Francis;
Schmidt, Dieter
   LOCATION: Switz.
   ASSIGNEE: Hoffmann-La Roche, F., und Co. A.-G.
   PATENT: European Pat. Appl. ; EP 340605 A2  DATE: 891108
   APPLICATION: EP 89107439 (890425) *CH 881662 (880504) *CH 883171 (880826)
   PAGES: 16 pp.  CODEN: EPXXDW  LANGUAGE: German  CLASS: C07H-021/00A;
C07H-023/00B; C12Q-001/68B; G01N-033/58B  DESIGNATED COUNTRIES: BE; CH; DE;
ES; FR; GB; IT; LI; NL; SE
```

```
 10/3,AB/183     (Item 70 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.
```

```
   112115333    CA: 112(13)115333j    PATENT
   Method and solid-phase carriers for nucleic acid sequencing or detection
   INVENTOR(AUTHOR): Naito, Tsutomu; Akimoto, Ichiro; Hayakawa, Tadayuki
   LOCATION: Japan,
   ASSIGNEE: Eiken Chemical Co., Ltd.
   PATENT: Japan Kokai Tokkyo Koho ; JP 89231898 A2 ; JP 01231898  DATE:
890918
   APPLICATION: JP 8856279 (880311)
   PAGES: 8 pp.  CODEN: JKXXAF  LANGUAGE: Japanese  CLASS: C12Q-001/68A;
G01N-033/50B
```

```
 10/3,AB/184     (Item 71 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.
```

ILL000602

```
   111128264    CA: 111(15)128264s    PATENT
   Sequencing multiple samples of DNA
   INVENTOR(AUTHOR): Church, George M.; Kieffer-Higgins, Stephen
   LOCATION: USA
   ASSIGNEE: Harvard College
   PATENT: European Pat. Appl. ; EP 303459 A2  DATE: 890215
   APPLICATION: EP 88307391 (880810) *US 84623 (870811) *US 228596 (880804)
   PAGES: 16 pp.  CODEN: EPXXDW  LANGUAGE: English  CLASS: C12Q-001/68A;
C12N-015/00B  DESIGNATED COUNTRIES: AT; BE; CH; DE; ES; FR; GB; GR; IT; LI;
LU; NL; SE


 10/3,AB/185     (Item 72 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   110167497    CA: 110(19)167497u    JOURNAL
   Sequencing of megabase plus DNA by hybridization:  theory of the method
   AUTHOR(S): Drmanac, Radoje; Labat, Ivan; Brukner, Ivan; Crkvenjakov,
Radomir
   LOCATION: Genet. Eng. Cent., 11000, Belgrade, Yugoslavia
   JOURNAL: Genomics  DATE: 1989  VOLUME: 4  NUMBER: 2  PAGES: 114-28
   CODEN: GNMCEP  ISSN: 0888-7543  LANGUAGE: English


 10/3,AB/186     (Item 73 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   110149148    CA: 110(17)149148b    JOURNAL
   A novel method for nucleic acid sequence determination
   AUTHOR(S): Bains, William; Smith, Geoff C.
   LOCATION: Sch. Math. Sci., Univ. Bath, Claverton Down/Bath, UK, BA2 7AY
   JOURNAL: J. Theor. Biol.  DATE: 1988  VOLUME: 135  NUMBER: 3  PAGES:
303-7  CODEN: JTBIAP  ISSN: 0022-5193  LANGUAGE: English


 10/3,AB/187     (Item 74 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

   109049586    CA: 109(7)49586d    JOURNAL
   Transcript mapping using (35S)DNA probes, trichloroacetate solvent and
dideoxy sequencing ladders:  a rapid method for identification of
transcriptional start points
   AUTHOR(S): Aldea, Marti; Claverie-Martin, Felix; Diaz-Torres, Maria R.;
Kushner, Sidney R.
```

```
  LOCATION: Dep. Genet., Univ. Georgia, Athens, GA, 30602, USA
  JOURNAL: Gene  DATE: 1988  VOLUME: 65  NUMBER: 1  PAGES: 101-10  CODEN:
GENED6  ISSN: 0378-1119  LANGUAGE: English


 10/3,AB/188    (Item 75 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  107171975    CA: 107(19)171975d    PATENT
  Covalently linked complementary oligodeoxynucleotides as universal
nucleic acid sequencing primer linkers
  INVENTOR(AUTHOR): Van de Sande, Johan; Kilisch, Bernd W.; Krawetz,
Stephen; Schoenwaelder, Karl Heinz
  LOCATION: Can.,
  ASSIGNEE: University of Calgary
  PATENT: European Pat. Appl. ; EP 224126 A2  DATE: 870603
  APPLICATION: EP 86115701 (861112) *US 801900 (851126)
  PAGES: 21 pp.  CODEN: EPXXDW  LANGUAGE: English  CLASS: C12Q-001/68A
  DESIGNATED COUNTRIES: AT; BE; CH; DE; ES; FR; GB; GR; IT; LI; LU; NL; SE


 10/3,AB/189    (Item 76 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  107091265    CA: 107(11)91265g    JOURNAL
  Isolating and sequencing the infrequent 3'-ends of a specific mRNA
  AUTHOR(S): Cannistraro, Vincent J.; Hwang, Paul; Kennell, David K.
  LOCATION: Sch. Med., Washington Univ., St. Louis, MO, 63110, USA
  JOURNAL: J. Biochem. Biophys. Methods  DATE: 1987  VOLUME: 14  NUMBER: 4
  PAGES: 211-21  CODEN: JBBMDG  ISSN: 0165-022X  LANGUAGE: English


 10/3,AB/190    (Item 77 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  107055165    CA: 107(7)55165r    JOURNAL
  The use of DNA sequencing reactions as probes for Southern blots, dot
blots and colony hybridizations
  AUTHOR(S): Card, C. O.; Williams, S. A.; Moran, L. S.; Poole, C. B.;
Slatko, B. E.
  LOCATION: New England Biolab., Beverly, MA, 01915, USA
  JOURNAL: BioTechniques  DATE: 1987  VOLUME: 5  NUMBER: 4  PAGES: 302,
304, 306-7  CODEN: BTNQDO  ISSN: 0736-6205  LANGUAGE: English
```

ILL000604

```
 10/3,AB/191    (Item 78 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  106063969    CA: 106(9)63969a    JOURNAL
  Preparation of fluorescent-labeled DNA and its application as a probe for
molecular hybridization
  AUTHOR(S): Frumgarts, L. A.; Kipriyanov, S. M.; Kalachikov, S. M.;
Dudareva, N. A.; Dymshits, G. M.; Karpova, G. G.; Salganik, R. I.
  LOCATION: Inst. Cytol. Gen., Novosibirsk, USSR
  JOURNAL: Bioorg. Khim. DATE: 1986 VOLUME: 12 NUMBER: 11 PAGES:
1508-13 CODEN: BIKHD7 LANGUAGE: Russian


 10/3,AB/192    (Item 79 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  105149278    CA: 105(17)149278r    JOURNAL
  A novel method for the purification of DNA single strands suitable for
DNA sequencing
  AUTHOR(S): Murray, Vincent; Martin, Roger F.
  LOCATION: Biol. Res. Unit, Cancer Inst., Melbourne, 3000, Australia
  JOURNAL: Gene Anal. Tech. DATE: 1985 VOLUME: 2 NUMBER: 6 PAGES: 95-9
  CODEN: GANTDN ISSN: 0735-0651 LANGUAGE: English


 10/3,AB/193    (Item 80 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  94102064    CA: 94(13)102064g    JOURNAL
  1980 Nobel prize winners in chemistry
  AUTHOR(S): Lehtovaara, Paivi; Soderlund, Hans
  LOCATION: Finland
  JOURNAL: Kem. - Kemi DATE: 1980 VOLUME: 7 NUMBER: 12 PAGES: 817-19
  CODEN: KMKMAA ISSN: 0355-1628 LANGUAGE: Finnish


 10/3,AB/194    (Item 81 from file: 399)
DIALOG(R)File 399:CA SEARCH(R)
(c) 1996 American Chemical Society. All rts. reserv.

  93003180    CA: 93(1)3180q    JOURNAL
  Molecular techniques applied to polyploids
  AUTHOR(S): Walbot, Virginia; Beachy, Roger N.; Yao, Meng-Chao
```

LOCATION: Dep. Biol., Washington Univ., St. Louis, MO, 63130, USA
    JOURNAL: Basic Life Sci.  DATE: 1980  VOLUME: 13  NUMBER: Polyploidy:
Biol. Relevance  PAGES: 529-35  CODEN: BLFSBY  ISSN: 0090-5542  LANGUAGE:
English


 10/3,AB/195     (Item 1 from file: 358)
DIALOG(R)File 358:Current Biotech Abs
(c)1996 Royal Soc Chem & the DECHEMA. All rts. reserv.

074919  CBA Acc. No.: 13-10-007709  DOC. TYPE: Patent
Positional sequence by hybridization.
AUTHOR: Cantor, C.; Przetakiewicz, M.
CORPORATE SOURCE: Boston Univ., Boston, MA 02115, USA
CODEN: PIXXD2
PATENT NUMBER: WO 9411530
PATENT APPLICATION: US 07  (921106)
PUBLICATION DATE: 26 May 1994  (940526)  LANGUAGE: English
ABSTRACT:   Methods and reagents are disclosed for rapid sequencing nucleic
    acid targets by hybridization methods using probes. Also disclosed are
    methods for making and replicating arrays of probes useful in the
    large-scale manufacture of diagnostic aids used to screen biological
    samples for specific target sequences.. Arrays produced by PCR
    techniques may comprise probes with 5'- and/or 3'-overhangs.


 10/3,AB/196     (Item 2 from file: 358)
DIALOG(R)File 358:Current Biotech Abs
(c)1996 Royal Soc Chem & the DECHEMA. All rts. reserv.

067718  CBA Acc. No.: 13-01-000517  DOC. TYPE: Book
Molecular methods for microbial identification and typing.
AUTHOR: Towner, K. J.; Cockayne, A.
PUBLISHER: Chapman & Hall UK  Page(s): 202 pp.
ISBN: 0 412 49390 X
PUBLICATION DATE: 1993  (930000)  LANGUAGE: English
ABSTRACT:   #24.95. Six chapters cover: an introduction to microbial
    identification and typing; analysis of nucleic acid profiles;
    identification and typing by nucleic acid hybridization methods;
    nucleic acid amplification and sequencing; protein and
    lipopolysaccharide profiles; and typing and identification of
    microorganisms with antibodies. Also included is an outline of future
    prospects for microbial identification and typing by molecular methods.


 10/3,AB/197     (Item 3 from file: 358)
DIALOG(R)File 358:Current Biotech Abs

ILL000606