# EXHIBIT  B

JC560 U.S. PTO
09/280270
03/29/99

Check  Subclass
ISSUE CLASSIFICATION

PATENT NUMBER
6306597

6306597

## U.S. UTILITY PATENT APPLICATION

| O.I.P.E. PD | PATENT DATE |
|---|---|
| SCANNED DWD  O.A. KLN | OCT 23 2001 |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
|  | 435 | 6 | 165 1654 | L.U |

FILED WITH: ☐ DISK (CRF)   ☐ FICHE
(Attached in pocket on right inside flap)

Macquie
399 Senapathy 1395

PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
| 435 | 6 | 435 | 911 | 912 | | | | | |
| INTERNATIONAL CLASSIFICATION | | 436 | 94 | | | | | | |
| C12Q | 1/68 | 536 | 231 | 243 | 2433 | | | | |
| C12P | 19/34 | | | | | | | | |
| G01N | 33/00 | | | | | | | | |
| C07H | 21/02 | | | | | | | | |
| C07H | 21/04 | | | ☐ Continued on Issue Slip Inside File Jacket | | | | | | |

9-18-01  Fee drawing 15 sheet   11-20-00

| ☑ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 5 | 45 | 1 | 8 | 1 |
| ☐ a) The term of this patent subsequent to ____ (date) has been disclaimed. | Frank u  5/3/01 | | | NOTICE OF ALLOWANCE MAILED | |
| | (Assistant Examiner)  (Date) | | | 5-7-01 | |
| ☐ b) The term of this patent shall not extend beyond the expiration date of U.S. Patent No. 5,758,341 | as Unit 1/1685 | | | ISSUE FEE | |
| | | | | Amount Due | Date Paid |
| | Ethan Whisenant  5/4/01 | | | 1240.00 | 8/16/01 |
| | (Primary Examiner)  (Date) | | | ISSUE BATCH NUMBER | |
| ☐ c) The terminal ____ months of this patent have been disclaimed. | B.E. Thomas  5/14/01 | | | F95 | |
| | (Legal Instruments Examiner)  (Date) | | | | |

WARNING:
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev 6/98)

Formal Drawings (____ sheets)

(LABEL AREA)

## ISSUE FEE IN FILE

(FACE)

ILL000607

*Briefed in Group 16a*

**PATENT APPLICATION**

JC560 U.S. PTO
09/280270 A
03/29/99

09280270

INITIALS _____

APR 09 9926

## CONTENTS

| | Date received (incl. C. of M.) or Date Mailed | | | Date received (incl. C. of M.) or Date Mailed |
|---|---|---|---|---|
| 1. Application papers. | | 42. | | |
| 2. *illegible* | 4/14/99 | 43. | | |
| 3. *illegible* paper | 6-30-99 | 44. | | |
| 4. *Amdt a* | 6-30-99 | 45. | | |
| 5. *Pi (3 mos)* | 01-12-00 | 46. | | |
| 6. *Ext of Time 1 mo* | 5-16-00 | 47. | | |
| 7. *Amdt B* | 5-16-00 | 48. | | |
| 8. *Declaration (1.82)* | 5-16-00 | 49. | | |
| 9. *IDS* | 5-16-00 | 50. | | |
| 10. *Pi (3 mos)* | 8-16-00 | 51. | | |
| 11. *Amdt C* | 11-20-00 | 52. | | |
| 12. *Final Rej (3)* | 10.09 | 53. | | |
| 13. *Amdt D (AFCP)* | | 54. | | |
| 14. *Notice of Appeal* | | 55. | | |
| 15. *Interview Summary* | 4/26/01 | 56. | | |
| 16. *Terminal Discl.* | 4-9-01 | 57. | | |
| 17. *Notice of Allow.* | 5-7-01 | 58. | | |
| 18. | | 59. | | |
| 19. | | 60. | | |
| 20. | | 61. | | |
| 21. | | 62. | | |
| 22. | | 63. | | |
| 23. | | 64. | | |
| 24. | | 65. | | |
| 25. | | 66. | | |
| 26. | | 67. | | |
| 27. | | 68. | | |
| 28. | | 69. | | |
| 29. | | 70. | | |
| 30. | | 71. | | |
| 31. | | 72. | | |
| 32. | | 73. | | |
| 33. | | 74. | | |
| 34. | | 75. | | |
| 35. | | 76. | | |
| 36. | | 77. | | |
| 37. | | 78. | | |
| 38. | | 79. | | |
| 39. | | 80. | | |
| 40. | | 81. | | |
| 41. | | 82. | | |

(LEFT OUTSIDE)

ILL000608



ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | | | 4/7/99 |
| O.I.P.E. CLASSIFIER | | 8 | 4/9/99 |
| FORMALITY REVIEW | 7709 | | 4/14/99 |

## INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✓ ............ Rejected | N ............ Non-elected |
| = ............ Allowed | I ............ Interference |
| — (Through numeral).. Canceled | A ............ Appeal |
| ÷ ............ Restricted | O ............ Objected |

| Claim Final Original | Date | | | | | | | Claim Final Original | Date | | | | | | | Claim Final Original | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | 51 | | | | | | | | 101 | | | | | | | |
| | | | | | | | | 52 | | | | | | | | 102 | | | | | | | |
| | | | | | | | | 53 | | | | | | | | 103 | | | | | | | |
| | | | | | | | | 54 | | | | | | | | 104 | | | | | | | |
| | | | | | | | | 55 | | | | | | | | 105 | | | | | | | |
| | | | | | | | | 56 | | | | | | | | 106 | | | | | | | |
| | | | | | | | | 57 | | | | | | | | 107 | | | | | | | |
| | | | | | | | | 58 | | | | | | | | 108 | | | | | | | |
| | | | | | | | | 59 | | | | | | | | 109 | | | | | | | |
| | | | | | | | | 60 | | | | | | | | 110 | | | | | | | |
| | | | | | | | | 61 | | | | | | | | 111 | | | | | | | |
| | | | | | | | | 62 | | | | | | | | 112 | | | | | | | |
| | | | | | | | | 63 | | | | | | | | 113 | | | | | | | |
| | | | | | | | | 64 | | | | | | | | 114 | | | | | | | |
| | | | | | | | | 65 | | | | | | | | 115 | | | | | | | |
| | | | | | | | | 66 | | | | | | | | 116 | | | | | | | |
| | | | | | | | | 67 | | | | | | | | 117 | | | | | | | |
| | | | | | | | | 68 | | | | | | | | 118 | | | | | | | |
| | | | | | | | | 69 | | | | | | | | 119 | | | | | | | |
| 20 | ✓ | ✓ | | | | | | 70 | | | | | | | | 120 | | | | | | | |
| 21 | ✓ | = | | | | | | 71 | | | | | | | | 121 | | | | | | | |
| 22 | 0 | = | | | | | | 72 | | | | | | | | 122 | | | | | | | |
| 23 | 0 | = | | | | | | 73 | | | | | | | | 123 | | | | | | | |
| 24 | 0 | = | | | | | | 74 | | | | | | | | 124 | | | | | | | |
| 25 | 0 | = | | | | | | 75 | | | | | | | | 125 | | | | | | | |
| 26 | ✓ | = | | | | | | 76 | | | | | | | | 126 | | | | | | | |
| 27 | ✓ | = | | | | | | 77 | | | | | | | | 127 | | | | | | | |
| 28 | 0 | = | | | | | | 78 | | | | | | | | 128 | | | | | | | |
| 29 | 0 | = | | | | | | 79 | | | | | | | | 129 | | | | | | | |
| 30 | 0 | ✓ | | | | | | 80 | | | | | | | | 130 | | | | | | | |
| 31 | | ✓ | | | | | | 81 | | | | | | | | 131 | | | | | | | |
| 32 | | | | | | | | 82 | | | | | | | | 132 | | | | | | | |
| 33 | | | | | | | | 83 | | | | | | | | 133 | | | | | | | |
| 34 | | | | | | | | 84 | | | | | | | | 134 | | | | | | | |
| 35 | | | | | | | | 85 | | | | | | | | 135 | | | | | | | |
| 36 | | | | | | | | 86 | | | | | | | | 136 | | | | | | | |
| 37 | | | | | | | | 87 | | | | | | | | 137 | | | | | | | |
| 38 | | | | | | | | 88 | | | | | | | | 138 | | | | | | | |
| 39 | | | | | | | | 89 | | | | | | | | 139 | | | | | | | |
| 40 | | | | | | | | 90 | | | | | | | | 140 | | | | | | | |
| 41 | | | | | | | | 91 | | | | | | | | 141 | | | | | | | |
| 42 | | | | | | | | 92 | | | | | | | | 142 | | | | | | | |
| 43 | | | | | | | | 93 | | | | | | | | 143 | | | | | | | |
| 44 | | | | | | | | 94 | | | | | | | | 144 | | | | | | | |
| 45 | | | | | | | | 95 | | | | | | | | 145 | | | | | | | |
| 46 | | | | | | | | 96 | | | | | | | | 146 | | | | | | | |
| 47 | | | | | | | | 97 | | | | | | | | 147 | | | | | | | |
| 48 | | | | | | | | 98 | | | | | | | | 148 | | | | | | | |
| 49 | | | | | | | | 99 | | | | | | | | 149 | | | | | | | |
| 50 | | | | | | | | 100 | | | | | | | | 150 | | | | | | | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

ILL000610

# File History Report - References

**Other Publications** – While copying the 'Other Publications' section of your file history we noticed that one or more pages and/or publications are missing from this portion of the file wrapper contents. Please note that all references have been copied as they appear in the file history. At your request, we will attempt to obtain the missing publication(s) from alternative resources. Please note that additional charges will apply to this service.

ILL000611



US006306597B1

(12) **United States Patent**
Macevicz

(10) Patent No.: **US 6,306,597 B1**
(45) Date of Patent: *Oct. 23, 2001

(54) **DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS**

(75) Inventor: **Stephen C. Macevicz**, Cupertino, CA (US)

(73) Assignee: **Lynx Therapeutics, Inc.**, Hayward, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/280,270**

(22) Filed: **Mar. 29, 1999**

**Related U.S. Application Data**

(60) Continuation of application No. 08/872,446, filed on Jun. 10, 1997, now Pat. No. 5,969,119, which is a division of application No. 08/424,663, filed on Apr. 17, 1995, now Pat. No. 5,750,341.

(51) Int. Cl.[7] .......................... C12Q 1/68; C12P 19/34; G01N 33/00; C07H 21/02; C07H 21/04

(52) U.S. Cl. ........................ 435/6; 435/91.1; 435/91.2; 436/94; 536/23.1; 536/24.3; 536/24.33

(58) Field of Search .......................... 435/6, 91.1, 91.2, 435/183; 536/23.1, 24.3, 24.33, 25.3; 436/94

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,002,867 | 3/1991 | Macevicz | 435/6 |
| 5,013,830 | 5/1991 | Ohtsuka et al. | 536/27 |
| 5,114,839 | 5/1992 | Blocker | 435/6 |
| 5,367,066 | 11/1994 | Urdea et al. | 536/24.3 |
| 5,403,708 | 4/1995 | Brennan et al. | 435/6 |
| 5,407,799 | 4/1995 | Studier | 435/6 |
| 5,503,890 | 4/1996 | Cantor | 435/6 |
| 5,679,524 | * 10/1997 | Nikiforov et al. | 435/6 |
| 5,750,341 | * 5/1998 | Macevicz | 435/6 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 549 107 A1 | 6/1993 | (EP) . | |
| WO 91/12323 | 8/1991 | (WO) . | |
| WO 95/20053 | 7/1995 | (WO) . | |

OTHER PUBLICATIONS

Pease et al., Light–generated oligonucleotide arrays for rapid DNA sequence analysis. Proc. Natl. Acad. Sci. USA 91, 3022–5026, May 1994.*

Stratagene catalog (1994), p. 109. Published by Stratagene Cloning Systems, 11011 North Torrey Pines Road, La Jolla, Ca 92037.*

Chretien et al., "Multiplex Random Priming of Internal Restriction Fragments for DNA Sequencing," *DNA and Cell Biology.* 11:337–343 (1992).

Hou et al., "Fluorescence–Based DNA Sequencing with Hexamer Primers," *Nucleic Acids Research.* 21: 3331–3332 (1993).

Kaczorowski et al., "Assembly of 18–Nucleotide Primers by Ligation of Three Hexamers: Sequencing of Large Genomes by Primer Walking," *Anal. Biochem.* 221:127–135 (1994).

Kieleczawa et al., "DNA Sequencing by Primer Walking with Strings of Contiguous Hexamers," *Science,* 258: 1787–1790 (1992).

Kotler et al., "DNA Sequencing: Modular Primers Assembled from a Library of Hexamers or Pentamers," *Proc. Natl. Acad. Sci.* 90: 4241–4245 (1993).

(List continued on next page.)

*Primary Examiner*—Ethan Whisenant
*Assistant Examiner*—Frank Lu
(74) *Attorney, Agent, or Firm*—Stephen C. Macevicz; Vincent M. Powers; LeeAnn Gorthey

(57) **ABSTRACT**

The present invention includes, in one aspect, a kit comprising one or more sets of oligonucleotide probes whose perfectly matched duplexes with complementary sequences have similar or substantially the same free energy of duplex formation.

**8 Claims, 5 Drawing Sheets**



**US 6,306,597 B1**
Page 2

OTHER PUBLICATIONS

Studier, "A Strategy for High–Volume Sequencing of Cosmid DNAs: Random and Directed Priming with a Library of Oligonucleotides," *Proc. Natl. Acad. Sci.* 86: 6917–6921 (1989).

Szybalski, "Proposal for Sequencing DNA Using Ligation of Hexamers to Generate Sequential Elongation Primers (SPEL–6)," *Gene.* 90: 177–178 (1990).

* cited by examiner



Fig. 1

ILL000614



**Fig. 2**

U.S. Patent    Oct. 23, 2001    Sheet 3 of 5    US 6,306,597 B1



Fig. 3A

ILL000616



**Fig. 3B**

ILL000617



**Fig. 4**

ILL000618

US 6,306,597 B1

1

# DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

This application is a continuation of Ser. No. 08/872,446, filed Jun. 10, 1997 now U.S. Pat. No. 5,969,119, which is a divisional of Ser. No. 08/424,663, filed Apr. 17, 1995 now U.S. Pat. No. 5,750,341, herein incorporated by reference.

## FIELD OF THE INVENTION

The invention relates generally to methods for determining the nucleotide sequence of a polynucleotide, and more particularly, to a method of identifying nucleotides in a template by stepwise extension of one or more primers by successive ligations of oligonucleotide blocks.

## BACKGROUND

Analysis of polynucleotides with currently available techniques provides a spectrum of information ranging from the confirmation that a test polynucleotide is the same or different than a standard or an isolated fragment to the express identification and ordering of each nucleoside of the test polynucleotide. Not only are such techniques crucial for understanding the function and control of genes and for applying many of the basic techniques of molecular biology, but they have also become increasingly important as tools in genomic analysis and a great many non-research applications, such as genetic identification, forensic analysis, genetic counselling, medical diagnostics, and the like. In these latter applications both techniques providing partial sequence information, such as fingerprinting and sequence comparisons, and techniques providing full sequence determination have been employed, e.g. Gibbs et al, Proc. Natl. Acad. Sci. 86: 1919–1923 (1989); Gyllenstein et al, Proc. Natl. Acad. Sci, 85:7652–7656 (1988); Carrano et al, Genomics, 4:129–136 (1989); Caetano-Anolles et al, Mol. Gen. Genet, 235:157–165 (1992); Brenner and Livak, Proc. Natl. Acad. Sci., 86:8902–8906 (1989); Green et al, PCR Methods and Applications, 1: 77–90 (1991); and Versalovic et al, Nucleic Acids Research, 19: 6823–6831 (1991).

Native DNA consists of two linear polymers, or strands of nucleotides. Each strand is a chain of nucleosides linked by phosphodiester bonds. The two strands are held together in an antiparallel orientation by hydrogen bonds between complementary bases of the nucleotides of the two strands: deoxyadenosine (A) pairs with thymidine (ID and deoxyguanosine (G) pairs with deoxycytidine (C).

Presently there are two basic approaches to DNA sequence determination: the dideoxy chain termination method, e.g. Sanger et al, Proc. Natl. Acad. Sci. 74 :5463–5467 (1977); and the chemical degradation method, e.g. Maxam et al, Proc. Natl. Acad. Sci. 74: 560–564 (1977). The chain termination method has been improved in several ways, and serves as the basis for all currency available automated DNA sequencing machines, e.g. Sanger et al, J. Mol. Biol., 143: 161–178 (1980); Schreier et al, J. Mol. Biol., 129: 169–172 (1979); Smith et al, Nucleic Acids Research, 13: 2399–2412 (1985); Smith et al, Nature, 321: 674–679 (1987); Prober et al, Science, 238: 336–341 (1987); Section II, Meth. Enzmol., 155: 51–334 (1987); Church et al, Science, 240: 185–188 (1988); Hunkapiller et al, Science, 254: 59–67 (1991); Bevan et al, PCR Methods and Applications, 1: 222–228 (1992).

Both the chain termination and chemical degradation methods require the generation of one or more sets of labeled DNA fragments, each having a common origin and

2

each terminating with a known base. The set or sets of fragments must then be separated by size to obtain sequence information. In both methods, the DNA fragments are separated by high resolution gel electrophoresis, which must have the capacity of distinguishing very large fragments differing in size by no more than a single nucleotide. Unfortunately, this step severely limits the size of the DNA chain that can be sequenced at one time. Sequencing using these techniques can reliably accommodate a DNA chain of up to about 400–450 nucleotides, Bankier et al, Meth. Enzymol., 155: 51–93 (1987); and Hawkins et al, Electrophoresis, 13: 552–559 (1992).

Several significant technical problems have seriously impeded the application of such techniques to the sequencing of long target polynucleotides, e.g. in excess of 500–600 nucleotides, or to the sequencing of high volumes of many target polynucleotides. Such problems include i) the gel electrophoretic separation step which is labor intensive, is difficult to automate, and introduces an extra degree of variability in the analysis of data, e.g. band broadening due to temperature effects, compressions due to secondary structure in the DNA sequencing fragments, inhomogeneities in the separation gel, and the like; ii) nucleic acid polymerases whose properties, such as processivity, fidelity, rate of polymerization, rate of incorporation of chain terminators, and the like, are often sequence dependent; iii) detection and analysis of DNA sequencing fragments which are typically present in fmol quantities in spacially overlapping bands in a gel; iv) lower signals because the labelling moiety is distributed over the many hundred spacially separated bands rather than being concentrated in a single homogeneous phase, and v) in the case of single-lane fluorescence detection, the availability of dyes with suitable emission and absorption properties, quantum yield, and spectral resolvability, e.g. Trainor, Anal. Biochem., 62: 418–426 (1990); Connell et al, Biotechniques, 5: 342–348 (1987); Karger et al, Nucleic Acids Research, 19: 4955–4962 (1991); Fung et al, U.S. Pat. No. 4,855,225; and Nishikawa et al, Electrophoresis, 12: 623–631 (1991).

Another problem exists with current technology in the area of diagnostic sequencing. An ever widening array of disorders, susceptibilities to disorders, prognoses of disease conditions, and the like, have been correlated with the presence of particular DNA sequences, or the degree of variation (or mutation) in DNA sequences, at one or more genetic loci. Examples of such phenomena include human leukocyte antigen (HLA) typing, cystic fibrosis, tumor progression and heterogeneity, p53 proto-oncogene mutations, ras proto-oncogene mutations, and the like, e.g. Gyllensten et al, PCR Methods and Applications, 1: 91–98 (1991); Santamaria et al, International application PCT/US92/01675; Tsui et al, International application PCT/CA90/00267; and the like. A difficulty in determining DNA sequences associated with such conditions to obtain diagnostic or prognostic information is the frequent presence of multiple subpopulations of DNA, e.g. allelic variants, multiple mutant forms, and the like. Distinguishing the presence and identity of multiple sequences with current sequencing technology is virtually impossible, without additional work to isolate and perhaps clone the separate species of DNA.

A major advance in sequencing technology could be made if an alternative approach was available for sequencing DNA that did not require high resolution electrophoretic separations of DNA fragments, that generated signals more amenable to analysis, and that provided a means for readily analyzing DNA from heterozygous genetic loci.

An objective of the invention is to provide such an alternative approach to presently available DNA sequencing technologies.

ILL000619

US 6,306,597 B1

3

## SUMMARY OF THE INVENTION

The invention provides a method of nucleic acid sequence analysis based on repeated cycles of duplex extension along a single stranded template. Preferably, such extension starts from a duplex formed between an initializing oligonucleotide and the template. The initializing oligonucleotide is extended in an initial extension cycle by ligating an oligonucleotide probe to its end to form an extended duplex. The extended duplex is then repeatedly extended by subsequent cycles of ligation. During each cycle, the identity of one or more nucleotides in the template is determined by a label on, or associated with, a successfully ligated oligonucleotide probe. Preferably, the oligonucleotide probe has a blocking moiety, e.g. a chain-terminating nucleotide, in a terminal position so that only a single extension of the extended duplex takes place in a single cycle. The duplex is further extended in subsequent cycles by removing the blocking moiety and regenerating an extendable terminus.

In one aspect of the invention, a plurality of different initializing oligonucleotides is provided for separate samples of the template. Each initializing oligonucleotide forms a duplex with the template such that the end undergoing extension is one or more nucleotides out of register, or phase, with that of every other initializing oligonucleotide of the plurality. In other words, the starting nucleotide for extension is different by one or more nucleotides for each of the different initializing oligonucleotides. In this manner, after each cycle of extension with oligonucleotide probes of the same length, the same relative phase exists between the ends of the initializing oligonucleotides on the different templates. Thus, in a preferred embodiment, where, for example, i) the initializing oligonucleotides are out of phase by one nucleotide, ii) 9-mer oligonucleotide probes are used in the extension step, and iii) nine different initializing oligonucleotides are employed, nine template nucleotides will be identified simultaneously in each extension cycle.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 diagrammatically illustrates parallel extensions of multiple templates in accordance with the invention.

FIG. 2 diagrammatically illustrates an embodiment of the invention employing acid-labile linkages.

FIG. 3A diagrammatically illustrates an embodiment of the invention employing RNase H labile oligonucleotides with 3'→5' extensions.

FIG. 3B diagrammatically illustrates an embodiment of the invention employing RNase H labile oligonucleotides with 3'→5' extensions.

FIG. 4 diagrammatically illustrates an embodiment of the invention employing ligation followed by polymerase extension and cleavage.

## DEFINITIONS

As used herein "sequence determination," "determining a nucleotide sequence," "sequencing," and like terms, in reference to polynucleotides includes determination of partial as well as full sequence information of the polynucleotide. That is, the term includes sequence comparisons, fingerprinting, and like levels of information about a target polynucleotide, as well as the express identification and ordering of each nucleoside of the test polynucleotide.

"Perfectly matched duplex" in reference to the protruding strands of probes and target polynucleotides means that the protruding strand from one forms a double stranded structure with the other such that each nucleotide in the double

4

stranded structure undergoes Watson-Crick basepairing with a nucleotide on the opposite strand. The term also comprehends the pairing of nucleoside analogs, such as deoxyinosine, nucleosides with 2-aminopurine bases, and the like, that may be employed to reduce the degeneracy of probes.

The term "oligonucleotide" as used herein includes linear oligomers of nucleosides or analogs thereof, including deoxyribonucleosides, ribonucleosides, and the like. Usually oligonucleotides range in size from a few monomeric units, e.g. 3–4, to several hundreds of monomeric units. Whenever an oligonucleotide is represented by a sequence of letters, such as "ATGCCTG," it will be understood that the nucleotides are in 5'→3' order from left to right and that "A" denotes deoxyadenosine, "C" denotes deoxycytidine, "G" denotes deoxyguanosine, and "T" denotes thymidine, unless otherwise noted.

As used herein, "nucleoside" includes the natural nucleosides, including 2'-deoxy and 2'-hydroxyl forms, e.g. as described in Kornberg and Baker, DNA Replication, 2nd Ed. (Freeman, San Francisco, 1992). "Analogs" in reference to nucleosides includes synthetic nucleosides having modified base moieties and/or modified sugar moieties, e.g. described generally by Scheit, Nucleotide Analogs (John Wiley, New York, 1980). Such analogs include synthetic nucleosides designed to enhance binding properties, reduce degeneracy, increase specificity, and the like.

As used herein, "ligation" means to form a covalent bond or linkage between the termini of two or more nucleic acids, e.g. oligonucleotides and/or polynucleotides, in a template-driven reaction. The nature of the bond or linkage may vary widely and the ligation may be carried out enzymatically or chemically.

## DETAILED DESCRIPTION OF THE INVENTION

The invention provides a method of sequencing nucleic acids which obviates electrophoretic separation of similarly sized DNA fragments, and which eliminates the difficulties associated with the detection and analysis of spacially overlapping bands of DNA fragments in a gel or like medium. The invention also obviates the need to generate DNA fragments from long single stranded templates with a DNA polymerase.

The general scheme of one aspect of the invention is shown diagrammatically in FIG. 1. As described more fully below, the invention is not meant to be limited by the particular features of this embodiment. Template (20) comprising a polynucleotide (50) of unknown sequence and binding region (40) is attached to solid phase support (10). Preferably, for embodiments employing N-mer probes, the template is divided into N aliquots, and for each aliquot a different initializing oligonucleotide $i_x$ is provided that forms a perfectly matched duplex at a location in binding region (40) different from that of the other initializing oligonucleotides. That is, the initializing oligonucleotides $i_1$–$i_N$ form a set of duplexes with the template in the binding region (40), such that the ends of the duplexes proximal to the unknown sequence are from 0 to N−1 nucleotides from the start of the unknown sequence. Thus, in the first cycle of ligations with N-mer probes, a terminal nucleotide (16) of probe (30) ligated to $i_1$ in FIG. 1 will be complementary to the N−1 nucleotide of binding region (40). Likewise, a terminal nucleotide (17) of probe (30) ligated to $i_2$ in FIG. 1 will be complementary to the N−2 nucleotide of binding region (40); a terminal nucleotide (18) of probe (30) ligated

ILL000620

US 6,306,597 B1

5

to $i_3$ in FIG. 1 will be complementary to the N–3 nucleotide of binding region (40), and so on. Finally, a terminal nucleotide (15) of probe (30) ligated to in will be complementary to the first nucleotide of unknown sequence (50). In the second cycle of ligations, a terminal nucleotide (19) of probe (31) will be complementary to the second nucleotide (19) of unknown sequence (50) in duplexes starting with initializing oligonucleotide $i_1$. Likewise, terminal nucleotides of probes ligated to duplexes starting with initializing oligonucleotides $i_2$, $i_3$, $i_4$, and so on, will be complementary to the third, fourth, and fifth nucleotides of unknown sequence (50).

In the above embodiment, the oligonucleotide probes are labeled so that the identity of the nucleotide abutting the extended duplex can be determined from the label.

Binding region (40) has a known sequence, but can vary greatly in length and composition. It must be sufficiently long to accommodate the hybridization of an initializing oligonucleotide. Different binding regions can be employed with either identical or different initializing oligonucleotides, but for convenience of preparation, it is preferable to provide identical binding regions and different initializing oligonucleotides. Thus, all the templates are prepared identically and then separated into aliquots for use with different initializing oligonucleotides. Preferably, the binding region should be long enough to accommodate a set of different initializing oligonucleotides, each hydridizing to the template to produce a different starting point for subsequent ligations. Most preferably, the binding region is between about 20 to 50 nucleotides in length.

Initializing oligonucleotides are selected to form highly stable duplexes with the binding region that remain intact during any washing steps of the extension cycles. This is conveniently achieved by selecting the length(s) of the initializing oligonucleotides to be considerably longer than that, or those, of the oligonucleotide probes and/or by selecting them to be GC-rich. Initializing oligonucleotides may also be cross-linked to the template strand by a variety of techniques, e.g. Summerton et al, U.S. Pat. No. 4,123, 610; or they may be comprised of nucleotide analogs that form duplexes of greater stability than their natural counterparts, e.g. peptide nucleic acids, Science, 254:1497–1500 (1991); Hanvey et al, Science, 258: 1481–1485 (1992); and PCT applications PCT/EP92/01219 and PCT/EP92/01220.

Preferably, the length of the initializing oligonucleotide is from about 20 to 30 nucleotides and its composition comprises a sufficient percentage of G's and C's to provide a duplex melting temperature that exceeds those of the oligonucleotide probes being employed by about 10–50° C. More preferably, the duplex melting temperature of the initializing oligonucleotide exceeds those of the oligonucleotide probes by about 20–50° C. The number, N, of distinct initializing oligonucleotides employed in a sequencing operation can vary from one, in the case where a single nucleotide is identified at each cycle, to a plurality whose size is limited only by the size of oligonucleotide probe that can be practically employed. Factors limiting the size of the oligonucleotide probe include the difficulty in preparing mixtures having sufficiently high concentrations of individual probes to drive hybridization reactions at a reasonable rate, the susceptibility of longer probes to forming secondary structures, reduction in sensitivity to single base mismatches, and the like. Preferably, N is in the range of from 1 to 16; more preferably, N is in the range of from 1 to 12; and most preferably, N is in the range of from 1 to 8.

A wide variety of oligonucleotide probes can be used with the invention. Generally, the oligonucleotide probes should

6

be capable of being ligated to an initializing oligonucleotide or extended duplex to generate the extended duplex of the next extension cycle; the ligation should be template-driven in that the probe should form a duplex with the template prior to ligation; the probe should possess a blocking moiety to prevent multiple probe ligations on the same template in a single extension cycle, the probe should be capable of being treated or modified to regenerate an extendable end after ligation, and the probe should possess a signaling moiety that permits the acquisition of sequence information relating to the template after a successful ligation. As described more fully below, depending on the embodiment, the extended duplex or initializing oligonucleotide may be extended in either the 5'→3' direction or the 3'→5' direction by oligonucleotide probes. Generally, the oligonucleotide probe need not form a perfectly matched duplex with the template, although such binding is usually preferred. In preferred embodiments in which a single nucleotide in the template is identified in each extension cycle, perfect base pairing is only required for identifying that particular nucleotide. For example, in embodiments where the oligonucleotide probe is enzymatically ligated to an extended duplex, perfect base pairing—ie. proper Watson-Crick base pairing—is required between the terminal nucleotide of the probe which is ligated and its complement in the template. Generally, in such embodiments, the rest of the nucleotides of tie probe serve as "spacers" that ensure the next ligation will take place at a predetermined site, or number of bases, along the template. That is, their pairing, or lack thereof, does not provide further sequence information. Likewise, in embodiments that rely on polymerase extension for base identification, the probe primarily serves as a spacer, so specific hybridization to the template is not critical, although it is desirable.

Preferably, the oligonucleotide probes are applied to templates as mixtures comprising oligonucleotides of all possible sequences of a predetermined length The complexity of such mixtures can be reduced by a number of methods, including using so-called degeneracy-reducing analogs, such as deoxyinosine and the like, e.g. as taught by Kong Thoo Lin et al, Nucleic Acids Research, 20: 5149–5152; U.S. Pat. No. 5,002,867; Nichols et al, Nature, 369: 492–493 (1994); or by separately applying multiple mixtures of oligonucleotide probes, e.g. four mixtures comprising four disjoint subsets of oligonucleotide sequences that taken together would comprise all possible sequences of the predetermined length.

Initializing oligonucleotides and oligonucleotide probes of the invention are conveniently synthesized on an automated DNA synthesizer, e.g. an Applied Biosystems, Inc. (Foster City, Calif.) model 392 or 394 DNA/RNA Synthesizer, using standard chemistries, such as phosphoramidite chemistry, e.g. disclosed in the following references: Beaucage and Iyer, Tetrahedron, 48: 2223–2311 (1992); Molko et al, U.S. Pat. No. 4,980,460; Koster et al, U.S. Pat. No. 4,725,677; Caruthers et al, U.S. Pat. Nos. 4,415,732; 4,458,066; and 4,973,679; and the like. Alternative chemistries, e.g. resulting in non-natural backbone groups, such as phosphorothioate, phosphoramidate, and the like may also be employed provided that the resulting oligonucleotides are compatible with the ligation and other reagents of a particular embodiment Mixtures of oligonucleotide probes are readily synthesized using well known techniques, e.g. as disclosed in Telenius et al, Genomics, 13: 718–725 (1992); Welsh et al, Nucleic Acids Research, 19: 5275–5279 (1991); Grothues et al, Nucleic Acids Research, 21: 1321–1322 (1993); Hartley, European patent application

US 6,306,597 B1

7

90304496.4; and the like. Generally, these techniques simply call for the application of mixtures of the activated monomers to the growing oligonucleotide during the coupling steps where one desires to introduce the degeneracy.

When conventional ligases are employed in the invention, as described more fully below, the 5' end of the probe may be phosphorylated in some embodiments. A 5' monophosphate can be attached to an oligonucleotide either chemically or enzymatically with a kinase, e.g. Sambrook et al, Molecular Cloning: A Laboratory Manual, 2nd Edition (Cold Spring Harbor Laboratory, New York, 1989). Chemical phosphorylation is described by Horn and Urdea, Tetrahedron Lett, 27: 4705 (1986), and reagents for carrying out the disclosed protocols are commercially available, e.g. 5' Phosphate-ON™ from Clontech Laboratories (Palo Alto, Calif.). Preferably, when required, oligonucleotide probes are chemically phosphorylated.

The probes of the invention can be labeled in a variety of ways, including the direct or indirect attachment of fluorescent moieties, colorimetric moieties, and the like. Many comprehensive reviews of methodologies for labeling DNA and constructing DNA probes provide guidance applicable to constructing probes of the present invention. Such reviews include Matthews et al, *Anal. Biochem.*, Vol 169, pgs. 1–25 (1988); Haugland, Handbook of Fluorescent Probes and Research Chemicals Molecular Probes, Inc., Eugene, 1992); Keller and Manak, DNA Probes, 2nd Edition (Stockton Press, New York, 1993); and Eckstein, editor, Oligonucleotides and Analogues: A Practical Approach (IRL Press, Oxford, 1991), and the like. Many more particular methodologies applicable to the invention are disclosed in the following sample of references: Fung et al, U.S. Pat. No. 4,757,141; Hobbs, Jr., et al U.S. Pat. No. 5,151,507; Cruickshank, U.S. Pat. No. 5,091,519; (synthesis of functionalized oligonucleotides for attachment of reporter groups); Jablonski et al, Nucleic Acids Research, 14: 6115–6128 (1986)(enzyme-oligonucleotide conjugates); and Urdea et al, U.S. Pat. No. 5,124,246 (branched DNA).

Preferably, the probes are labeled with one or more fluorescent dyes, e.g. as disclosed by Menchen et al, U.S. Pat. No. 5,188,934; Begot et al PCT application PCT/US90105565.

Guidance in selecting hybridization conditions for the application of oligonucleotide probes to templates can be found in numerous references, e.g. Wetmur, Critical Reviews in Biochemistry and Molecular Biology, 26: 227–259 (1991); Dove and Davidson, J. Mol. Biol. 5: 467–478 (1962); Hutton, Nucleic Acids Research, 10: 3537–3555 (1977); Breslauer et al, Proc. Natl. Acad. Sci. 83: 3746–3750 (1986); innis et al, editors, PCR Protocols (Academic Press, New York, 1990); and the like.

Generally, when an oligonucleotide probe anneals to a template in juxtaposition to an end of the extended duplex, the duplex and probe are ligated, i.e. are caused to be covalently linked to one another. Ligation can be accomplished either enzymatically or chemically. Chemical ligation methods are well known in the art, e.g. Ferris et al, Nucleosides & Nucleotides, 8: 407–414 (1989); Shabarova et al, Nucleic Acids Research, 19: 4247–4251 (1991); and the like. Preferably, enzymatic ligation is carried out using a ligase in a standard protocol. Many ligases are known and are suitable for use in the invention, e.g. Lehman, Science, 186: 790–797 (1974); Engler et al, DNA Ligases, pages 3–30 in Boyer, editor, The Enzymes, Vol. 15B (Academic Press, New York, 1982); and the like. Preferred ligases include T4 DNA ligase, T7 DNA ligase, *E. coli* DNA ligase,

8

Taq ligase, Pfu ligase, and Tth ligase. Protocols for their use are well known, e.g. Sambrook et al (cited above); Barany, PCR Methods and Applications, 1: 5–16 (1991); Marsh et al, Strategies, 5: 73–76 (1992); and the like. Generally, ligases require that a 5' phosphate group be present for ligation to the 3' hydroxyl of an abutting strand.

Preparing Target Polynucleotides

Preferably, a target polynucleotide is conjugated to a binding region to form a template, and the template is attached to a solid phase support, such as a magnetic particle, polymeric microsphere, filter material, or the like, which permits the sequential application of reagents without complicated and time-consuming purification steps. The length of the target polynucleotide can vary widely; however, for convenience of preparation, lengths employed in conventional sequencing are preferred. For example, lengths in the range of a few hundred basepairs, 200–300, to 1 to 2 kilobase pairs are preferred.

The target polynucleotides can be prepared by various conventional methods. For example, target polynucleotides can be prepared as inserts of any of the conventional cloning vectors, including those used in conventional DNA sequencing. Extensive guidance for selecting and using appropriate cloning vectors is found in Sambrook et al, Molecular Cloning: A Laboratory Manual, Second Edition (Cold Spring Harbor Laboratory, New York, 1989), and like references. Sambrook et al and Innis et al, editors, PCR Protocols (Academic Press, New York, 1990) also provide guidance for using polymerase chain reactions to prepare target polynucleotides. Preferably, cloned or PCR-amplified target polynucleotides are prepared which permit attachment to magnetic beads, or other solid supports, for ease of separating the target polynucleotide from other reagents used in the method. Protocols for such preparative techniques are described fully in Wahlberg et al, Electrophoresis, 13: 547–551 (1992); Tong et al, Anal. Chem., 64: 2672–2677 (1992); Hultman et al, Nucleic Acids Research, 17: 4937–4946 (1989); Hultman et al, Biotechniques, 10: 84–93 (1991); Syvanen et al, Nucleic Acids Research, 16: 11327–11338 (1988); Dattagupta et al, U.S. Pat. No. 4,734, 363; Uhlen, PCT application PCT/GB89/00304; and like references. Kits are also commercially available for practicing such methods, e.g. Dynabeads™ template preparation kit from Dynal AS. (Oslo, Norway).

Generally, the size and shape of a microparticle or beads employed in the method of the invention is not critical; however, microparticles in the size range of a few, e.g. 1–2, to several hundred, e.g. 200–1000 μm diameter are preferable, as they minimize reagent and sample usage while permitting the generation of readily detectable signals, e.g. from fluorescently labeled probes.

Schemes for Ligating, Capping, and Regenerating Extendable Termini

In one aspect, the invention calls for repeated steps of ligating and identifying of oligonucleotide probes. However, since the ligation of multiple probes to the same extended duplex in the same step would usually introduce identification problems, it is useful to prevent multiple extensions and to regenerate extendable termini. Moreover, if the ligation step is not 100% efficient, it would be desirable to cap extended duplexes that fail to undergo ligation so that they do not participate in any further ligation steps. That is, a capping step preferably occurs after a ligation step, by analogy with other synthetic chemical processes, such as

9

polynucleotide synthesis, e.g. Andrus et al, U.S. Pat. No. 4,816,571. This would remove a potentially significant source of noise from signals generated in subsequent identification steps.

Below, several exemplary schemes for carrying out ligation, capping, regeneration, and identification steps in accordance with the invention are described. They are presented for purposes of guidance and are not meant to be limiting.

A scheme for extending an initializing oligonucleotide or an extended duplex in the 3'→5' direction is illustrated in FIG. 2. Template (20) is attached to solid phase support (10) by its 5' end. This can be conveniently accomplished via a biotin, or like linking moiety, using conventional techniques. Initializing oligonucleotide (200) having a 5' phosphate group is annealed to template (20) as described above prior to the initial cycle of ligation and identification. An oligonucleotide probe (202) of the following form is employed:

$$HO-(3')BBB \ldots BBB(5')OP(=O)(O^-)NH-B_j^*$$

where BBB . . . BBB represents the sequence of nucleotides of oligonucleotide probe (202) and $B_j^*$ is a labeled chain-terminating moiety linked to the 5' carbon of the oligonucleotide via a phosphoramidate group, or other labile linkage, such as a photocleavable linkage. The nature of $B_j^*$ may vary widely. It can be a labeled nucleoside (e.g. coupled via a 5'P→3'N phosphoramidate) or other moiety, so long as it prevents successive ligations. It may simply be a label connected by a linker, such as described in Agrawal and Tang, International application number PCT/US91/08347. An important feature of the oligonucleotide probe is that after annealing and ligation (204), the label may be removed and the extendable end regenerated by treating the phosphoramidate linkage with acid, e.g. as taught by Letsinger et al, J. Am. Chem. Soc., 94: 292–293 (1971); Letsinger et al, Biochem., 15: 2810–2816 (1976); Gryaznov et al, Nucleic Acid Research, 20: 3403–3409 (1992); and like references. By way of example, hydrolysis of the phosphoramidate may be accomplished by treatment with 0.8% trifluoroacetic acid in dichloromethane for 40 minutes at room temperature. Thus, after annealing, ligating, and identifying the ligated probe via the label on $B_j^*$, the chain-terminating moiety is cleaved by acid hydrolysis (206) thereby breaking the phosphorus linkage and leaving a 5' monophosphate on the ligated oligonucleotide. The steps can be repeated (208) in successive cycles. In one aspect of this embodiment, a single initializing oligonucleotide may be employed such that only one nucleotide is identified in each sequencing cycle. For such an embodiment, the above probe preferably has the following form:

$$HC-(3')B(5')-OP(=O)(O^-)NHBB \ldots BBB-B_j^*$$

Thus, after each ligation step and acid cleavage step the duplex will be extended by one nucleotide.

A capping step may be introduced prior to hydrolysis. For example, probe (202) may have the form:

$$HO-(3')BB \ldots B_p^.B \ldots BB(5')-OP(=O)(O^-)NH-B_j^*$$

where "p" is a exonuclease resistant linkage, such as phosphorothioate, methylphosphonate, or the like. In such an embodiment, capping can be achieved by treating the extended duplexes with an exonuclease, such as λ exonuclease, which will cleave the unligated extended duplexes back to the exonuclease resistant linkage. The presence of this linkage at the 5' end of the extended duplex

10

will then prevent it from participating in subsequent ligations. Clearly, many other capping methodologies may be employed, e.g. acylation, ligation of an inert oligonucleotide, or the like. When free 3' hydroxyls are involved, capping may be accomplished by extending the duplex with a DNA polymerase in the presence of chain-terminating nucleoside triphosphates, e.g. dideoxynucleoside triphosphates, or the like.

The phosphoramidate linkage described above is an example of a general class of internucleosidic linkages referred to herein as "chemically scissile internucleosidic linkages." These are internucleosidic linkages that may be cleaved by treating them with characteristic chemical or physical conditions, such as an oxidizing environment, a reducing environment, light of a characteristic wavelength (for photolabile linkages), or the like. Other examples of chemically scissile internucleosidic linkages which may be used in accordance with the invention are described in Urdea U.S. Pat. No. 5,380,833; Gryaznov et al, Nucleic Acids Research, 21: 1403–1408 (1993)(disulfide); Gryaznov et al, Nucleic Acids Research, 22: 2366–2369 (1994) (bromoacetyl); Urdea et al, International application PCT/US91/05287 (photolabile); and like references.

Further chemically scissile linkages that may be employed with the invention include chain-terminating nucleotides that may be chemically converted into an extendable nucleoside. Examples of such compounds are described in the following references: Canard et al, international application number PCT/FR400345; Ansorge, German patent application No. DE 4141178 A1; Metzker et al, Nucleic Acids Research, 22: 4259–4267 (1994); Cheeseman, U.S. Pat. No. 5,302,509; Ross et al, International application PCT/US90/06178; and the like.

A scheme for extending an initializing oligonucleotide or an extended duplex in the 5'→3' direction is illustrated in FIG. 3A. Template (20) is attached to solid phase support (10) by its 3' end. As above, this can be conveniently accomplished via a biotin, or like linking moiety, using conventional techniques. Initializing oligonucleotide (300) having a 3' hydroxy group is annealed to template (20) as described above prior to the initial cycle of ligation and identification. An oligonucleotide probe (302) of the following form is employed:

$$OP(=O)(O^-)O-(5')BBB \ldots BBBRRRRB_j^*$$

where BBB . . . BBBRRRR represents the sequence of 2'-deoxynucleotides of oligonucleotide probe (302), "RRRR" represent a sequence of four ribonucleotides of probe (302), and $B_j^*$ is a labeled chain-terminating moiety, as described above. Such mixed RNA-DNA oligonucleotides are readily synthesized using conventional automated DNA synthesizers, e.g. Duck et al, U.S. Pat. No. 5,011,769. RNase H will cleave the probe specifically in the center of the four ribonucleotide segment, Hogrefe et al, J. Biol. Chem., 265: 5561–5566 (1990), leaving a 3' hydroxyl (312) on the extended duplex, which may participate in subsequent ligation steps. Thus, a cycle in the present embodiment proceeds by annealing probe (302) to template (20) and ligating (304) to form extended duplex (306). After identification via $B_j^*$, the extended duplex is treated with RNase H to cleave the label and regenerate an extendable end. The cycle is then repeated (314). Capping (316) can be carried out prior to RNase H treatment by extending the unligated ends with a DNA polymerase in the presence of the four dideoxynucleoside triphosphates, ddATP ddCIP, ddGTP, and ddTTP.

As illustrated in FIG. 3B, a similar scheme can be employed for 3'→5' extensions. In such an embodiment,

ILL000623

US 6,306,597 B1

11

initiating oligonucleotide or extended duplex (330) has a 5' monophosphate and the oligonucleotide probe (332) has the form:

HO-(3')BBB ... BBBRRRRB .. BB$_p$'

As above, after annealing, ligating (334), and identifying (338), extended duplex (336) is cleaved by RNase H which in this case leaves a 5' monophosphate (342) at the terminus of the extended duplex. With the regenerated extendable end, the cycle can be repeated (344). A capping step can be included prior to RNase H hydrolysis by either ligating an unlabeled non-RNA-containing probe, or by removing any remaining 5' monophosphates by treatment with a phosphatase.

Identification of nucleotides can be accomplished by polymerase extension following ligation. As exemplified in FIG. 4, for this embodiment, template (20) is attached to solid phase support (10) as described above and initializing oligonucleotide (400) having a 3' hydroxyl is annealed to the template prior to the initial cycle. Oligonucleotide probes (402) of the form:

OP(=O)(O$^-$)O(5')BBB ... BBBRRRRB ... B(3')OP(=O)(O$^-$)O

are annealed to template (20) and ligated (404) to form extended duplex (406). The 3' monophosphate, which prevents successive ligations of probes in the same cycle, is removed with phosphatase (408) to expose a free 3' hydroxyl (410). Clearly, alternative blocking approaches may also be used. Extended duplex (406) is further extended by a nucleic acid polymerase in the presence of labeled dideoxynucleoside triphosphates (412), thereby permitting the identification of a nucleotide of template (20) by the label of the incorporated dideoxynucleotide. The labeled dideoxynucleotide and a portion of probe (402) are then cleaved (414), for example, by RNase H treatment, to regenerate an extendable end on extended duplex (406). The cycle is then repeated (416).

In order to reduce the number of separate annealing reactions that must be carried out, the oligonucleotide probes may be grouped into mixtures, or subsets, of probes whose perfectly matched duplexes with complementary sequences have similar stability or free energy of binding. Such subsets of oligonucleotide probes having similar duplex stability are referred to herein as "stringency classes" of oligonucleotide probes. The mixtures, or stringency classes, of oligonucleotide probes are then separately combined with the target polynucleotide under conditions such that substantially only oligonucleotide probes complementary to the target polynucleotide form duplexes. That is, the stringency of the hybridization reaction is selected so that substantially only perfectly complementary oligonucleotide probes form duplexes. These perfectly matched duplexes are then ligated to form extended duplexes. For a given oligonucleotide probe length, the number of oligonucleotide probes within each stringency class can vary widely. Selection of oligonucleotide probe length and stringency class size depends on several factors, such as length of target sequence and how it is prepared, the extent to which the hybridization reactions can be automated, the degree to which the stringency of the hybridization reaction can be controlled, the presence or absence of oligonucleotide probes with complementary sequences, and the like. Guidance in selecting an appropriate size of stringency class for a particular embodiment can be found in the general literature on nucleic acid hybridization and polymerase chain reaction methodology, e.g. Gotoh, Adv. Biophys. 16: 1–52

12

(1983); Wetmer, Critical Reviews in Biochemistry and Molecular Biology 26: 227–259 (1991); Breslauer et al, Proc. Natl. Acad. Sci. 83: 3746–3750 (1986); Wolf et al, Nucleic Acids Research, 15: 2911–2926 (1987); Innis et al, editors, PCR Protocols (Academic Press, New York, 1990); McGraw et al, Biotechniques, 8: 674–678 (1990), and the like. Stringency can be controlled. several varying several parameters, including temperature, salt concentration, concentration of certain organic solvents, such as formamide, and the like. Preferably, temperature is used to define the stringency classes because the activity of the various polymerases or ligases employed limits the degree to which salt concentration or organic solvent concentration can be varied for ensuring specific annealing of the oligonucleotide probes.

Generally, the larger the stringency class the greater the complexity of the hybridizing mixture and the lower the concentration of any particular oligonucleotide probe in the mixture. A lower concentration of a oligonucleotide probe having a complementary site on a target polynucleotide reduces the relative likelihood of the oligonucleotide probe hybridizing and being ligated This, in turn, lead to reduced sensitivity. Larger stringency classes also have a greater variance in the stabilities of the duplexes that form between a oligonucleotide probe and a complementary sequence. On the other hand, smaller stringency classes require a larger number of hybridization reactions to ensure that all oligonucleotide probes of a set are hybridized to a target polynucleotide.

For example, when 8-mer oligonucleotide probes are employed stringency classes may include between about 50 to about 500 oligonucleotide probes each. Thus, several hundred to several thousand hybridization ligation reactions are required For larger sized oligonucleotide probes, much larger stringency classes are required to make the number of hybridization/extension reactions practical, e.g. $10^4$–$10^5$, or more.

Oligonucleotide probes of the same stringency class can be synthesized simultaneously, in a manner similar to which fully random oligonucleotide probes are synthesized, e.g. as disclosed in Telenius et al, Genomics, 13: 718–725 (1992); Welsh et al, Nucleic Acids Research, 19: 5275–5279 (1991); Grothues et al, Nucleic Acids Research, 21: 1321–1322 (1993); Hartley, European patent application 90304496.4; and the like. The difference is that at each cycle different mixtures of monomers are applied to the growing oligonucleotide probe chain, wherein the proportion of each monomer in the mixture is dictated by the proportion of each nucleoside at the position of the oligonucleotide probe in the stringency class. Stringency classes are readily formed by computing the free energy of duplex formation by available algorithms, e.g. Breslauer et al, Proc. Natl. Acad. Sci., 83: 3746–3750 (1986); Lowe et al, Nucleic Acids Research, 18: 1757–1761 (1990), or the like. The oligonucleotide probes can be ordered according to the free energy of binding to their complement under standard reaction conditions, e.g. with a standard bubble sort, Baase, Computer Algorithms (Addison-Wesley, Menlo Park, 1978). For example the following is the list of ten 6-mers, with the greatest stability (from top to bottom) in terms of free energy of duplex formation under standard hybridization conditions and the least stability in terms of free energy of duplex formation (the free energies being computed via Breslauer (cited above)):

US 6,306,597 B1

13

| Ranking | Oligonucleotide probe Sequence(5' → 3') |
|---------|------------------------------------------|
| 1 | GCGCGC |
| 2 | CGCGCG |
| 3 | CCCGCG |
| 4 | CGCCCG |
| 5 | CGCGCC |
| 6 | CGCGGC |
| 7 | CGCCGC |
| 8 | GCCGCG |
| 9 | GCGCCG |
| 10 | GCGCGG |
| . | . |
| . | . |
| . | . |
| 4087 | TCATAT |
| 4088 | TGATAT |
| 4089 | CATATA |
| 4090 | TATATG |
| 4091 | ATCATG |
| 4092 | ATGATG |
| 4093 | CATCAT |
| 4094 | CATGAT |
| 4095 | CATATG |
| 4096 | ATATAT |

Thus, if a stringency class consisted of the first ten 6-mers the mixture of monomers for the first (3'-most) position would be 0:4:6:0 (A:C:G:T), for the second position it would be 2:6:4:0, and so on. If a stringency class consisted of the last ten 6-mers, the mixture of monomers for the first position would be 1:0:4:5, for the second position it would be 5:0:0:5, and so on. The resulting mixtures may then be further enriched for sequences of the desired stringency class by thermal elution, e.g. Miyazawa et al, J. Mol. Biol., 11: 223–237 (1965).

More conveniently, stringency classes containing several hundred to several thousands of oligonucleotides may be synthesized directly by a variety of parallel synthesis approaches, e.g. Frank et al, U.S. Pat. No. 4,689,405; Matson et al, Anal. Biochem., 224: 110–116 (1995); Fodor et al, International application PCT/US93/04145; Pease et al, Proc. Natl. Acad. Sci., 91: 5022–5026 (1994); Southern et al, J. Biotechnology, 35: 217–227 (1994), Brennan, International application PCT/US94/05896; or the like.

In some cases it may be desirable to form additional stringency classes of oligonucleotide probes by placing in a separate subset oligonucleotide probes having complementary sequences to other oligonucleotide probes in a subset or oligonucleotide probes that are susceptible of forming oligonucleotide probe-dimers.

Clearly, one of ordinary skill in the art could combine features of the embodiments set forth above to design still further embodiments in accordance with the invention, but not expressly set forth above.

The invention also includes systems and apparatus for carrying out the method of the invention automatically. Such systems and apparatus can take a variety of forms depending on several design constraints, including i) the nature of the solid phase support used to anchor the target polynucleotide, ii) the degree of parallel operation desired, iii) the detection scheme employed; iv) whether reagents are reused or discarded, and the like. Generally, the apparatus comprises a series of reagent reservoirs, one or more reaction vessels containing target polynucleotide, preferably attached to a solid phase support, e.g. magnetic beads, one or more detection stations, and a computer controlled means for transferring in a predetermined manner reagents from the

14

reagent reservoirs to and from the reaction vessels and the detection stations. The computer controlled means for transferring reagents and controlling temperature can be implemented by a variety of general purpose laboratory robots, such as that disclosed by Harrison et al, Biotechniques, 14: 88–97 (1993); Fujita et al, Biotechniques, 9: 584–591 (1990); Wada et al, Rev. Sci. Instrum., 54: 1569–1572 (1983); or the like. Such laboratory robots are also available commercially, e.g. Applied Biosystems model 800 Catalyst (Foster City, Calif.).

A variety of kits may be provided for carrying out different embodiments of the invention. Generally, kits of the invention include oligonucleotide probes, initializing oligonucleotides, and a detection system. Kits further include ligation reagents and instructions for practicing the particular embodiment of the invention. In embodiments employing protein ligases, RNase H, nucleic acid polymerases, or other enzymes, their respective buffers may be included. In some cases, these buffers may be identical. Preferably, kits also include a solid phase support, e.g. magnetic beads, for anchoring templates. In one preferred kit, fluorescently labeled oligonucleotide probes are provided such that probes corresponding to different terminal nucleotides of the target polynucleotide carry distinct spectrally resolvable fluorescent dyes. As used herein, "spectrally resolvable" means that the dyes may be distinguished on basis of their spectral characteristics, particularly fluorescence emission wavelength, under conditions of operation. Thus, the identity of the one or more terminal nucleotides would be correlated to a distinct color, or perhaps ratio of intensities at different wavelengths. More preferably, four such probes are provided that allow a one-to-one correspondence between each of four spectrally resolvable fluorescent dyes and the four possible terminal nucleotides on a target polynucleotide. Sets of spectrally resolvable dyes are disclosed in U.S. Pat. Nos. 4,855,225 and 5,188,934; International application PCT/US90/05565; and Lee et al, Nucleic Acids Researchs, 20: 2471–2483 (1992).

EXAMPLE 1

Sequencing a Target Polynucleotide Amplified from pUC19 with Four Initializing Oglionucleotides

In this example, a template comprising a binding region and a portion of the pUC19 plasmid is amplified by PCR and attached to magnetic beads. Four initializing oligonucleotides are employed in separate reactions as indicated below. 8-mer oligonucleotide probes are employed having 4 central ribonucleotides and both 5' and 3' monophosphates, as shown in the following formula:

OP(=O)(O⁻)O-(5)BBRRRRBB(3)OP(=O)(O⁻)O

After annealing, probes are enzymatically ligated to the initiating oligonucleotides and the magnetic bead supports are washed. The 3' phosphates of the ligated probes are removed with phosphatase, after which the probes are extended with DNA polymerase in the presence of the four labeled dideoxynucleoside triphosphate chain terminators. After washing and identification of the extended nucleotide, the ligated probes are cleaved at the ribonucleotide moiety with RNAse H to remove the label and to regenerate an extendable end.

The following double stranded fragment comprising a 36-mer binding region is ligated into a Sac I/Sma I-digested pUC19 (upper strand: SEQ ID NO:1; lower strand: SEQ ID NO:9):

US 6,306,597 B1

15

CCTCTCCCTTCCCTCTCCTCCCTCTC-
CCCTCTCCCTC TCGAGGAGAGGGAAGG-
GAGAGGAGGGAGAGGGGAGAGGGAGGGCC

After isolation and amplification, a 402 basepair fragment of the modified pUC19 is amplified by PCR for use as a template. The fragment spans a region of pUC19 from position 41 to the binding region inserted adjacent to the Sac I site in the polylinker region (position 413 of the unmodified pUC 19), Yanisch-Perron et al, Gene, 33: 103–119 (1985). Two 18-mer oligonucleotide probes are employed having sequences 5'-CCCTCTCCCCTCTCCTCx-3' (SEQ. ID:10) and 5'-GCAGCTCCCGGAGACGGT-3', (SEQ. ID:11) where "x" is a 3' biotin moiety attached during synthesis using a commercially available reagent with manufacturer's protocol, e.g. 3' Biotin-ON CPG (Clontech Laboratories, Palo Alto, Calif.). The amplified template is isolated and attached to streptavidin-coated magnetic beads (Dynabeads) using manufacturer's protocol, Dynabeads Template Preparation Kit, with M280-Streptavidin (Dynal, Inc., Great Neck, N.Y.). A sufficient quantity of the biotinylated 313 basepair fragment is provided to load about 300 μg of Dynabeads M280-Streptavidin.

The binding region sequence is chosen so that the duplexes formed with the initiating oligonucleotides have compositions of about 66% GC to enhance duplex stability. The sequence is also chosen to prevent secondary structure formation and fortuitous hybridization of an initializing oligonucleotide to more than one location within the binding region. Any shifting of position of a given initializing oligonucleotide within the binding region results in a significant number of mismatched bases.

After loading, the non-biotinylated strand of template is removed by heat denaturation, after which the magnetic beads are washed and separated into four aliquots. The template attached to the magnetic beads has the following sequence, where the defined sequences separated by the ellipses (. . .) are listed in the attached sequence listing as two separate sequences, SEQ ID NO:12 and SEQ ID NO:13:

(Magnetic    bead)-(linker)-(3')-
CTCCCTCTCCCCTCTCCCTCCTC TCCCTTC-
CTCTCCTCGACTTAAGT . . . CTCGACG-(5')

The following four oligonucleotides are employed as initializing oligonucleotides in each of the separate aliquots of template:

(SEQ ID:2) 5'-GAGGAGAGGGAAGGAGAGGAG
(SEQ ID:3) 5'-GGAGGAGAGGGAAGGAGAGGA
(SEQ ID:4) 5'-GGGAGGAGAGGGAAGGAGAGG
(SEQ ID:5) 5'-AGGGAGGAGAGGGAAGGAGAG

Reactions and washes below are generally carried out in 50 μL volumes of manufacturer's (New England Biolabs) recommended buffers for the enzymes employed, unless otherwise indicated. Standard buffers are also described in Sambrook et al, Molecular Cloning, 2nd Edition (Cold Spring Harbor Laboratory Press, 1989).

96 stingency classes of 684 or 682 oligonucleotide probes each (2 subsets for each of 48 different annealing temperatures) are formed which together contain all 8-mer probes for each of the four aliquots. The probes of each of the 96 classes are separately annealed to the target polynucleotide in reaction mixtures having the same components, with the exception that extensions and ligations carried out with Sequenase and T4 DNA ligase at temperatures less than 37° C. and extensions and ligations carried out with Taq Stoffel fragment and a thermostable ligase otherwise.

The 48 stringency conditions are defined by annealing temperatures which range from 22° C. to 70° C., such that

16

each grouping of subsets at the same temperature differ in annealing temperature by 1° C. from that of the subset groupings containing the next highest and next lowest stringency classes. The range of annealing temperatures (22–70° C.) is roughly bounded by the temperatures 5–10 degrees below the temperatures at which the least stable and most stable 8-mers, respectively, are expected to have about fifty percent maximum annealing in a standard PCR buffer solution.

After 5–10 minutes incubation at 80° C., the reaction mixtures are brought down to their respective annealing temperatures over a period of 20–30 minutes. After ligation, washing and treatment with phosphatase, 2 units of polymerase and labeled dideoxynucleotide triphosphates (0.08 mM final reaction concentration and labeled with TAMRA (tetramethylrhodamine), FAM (fluorescein), ROX (rhodamine X), and JOE (2',7'-dimethoxy4',5'-dichlorofluorescein) are added. After 15 minutes, the beads are washed with $H_2O$ and the identity of the extended nucleotide is determined by illuminating each reaction mixture with standard wavelengths, e.g Users Manual, model 373 DNA Sequencer (Applied Biosystems, Foster City, Calif.).

After identification, the reaction mixtures are treated with RNase H using the manufacturer's suggested protocol and washed. The RNase H treated extended duplexes have regenerated 3' hydroxyls and are ready for the next cycle of ligation/extension/cleavage. The cycles are carried out until all the nucleotides of the test sequence are identified.

EXAMPLE 2

Sequencing a Target Polynucleotide Amplified from pUC 19 with One Initializing Oligonucleotide

In this example, a template is prepared in accordance with Example 1, except that since extension is in the 5'→3' direction in this example, the biotin moiety is attached to the 5' end of the primer hybridizing to the CT-rich strand of the binding region. Thus, in this example, the binding region of the single stranded template is a GA-rich segment (essentially the complement of the binding region of Example 1). Two 18-mer oligonucleotide probes are employed having sequences 5'-xGAGGGAGAGGGAGAGAGGG-3' (SEQ. ID:6) and 5'-ACCGTCTCCGGGAGCTGC-3', (SEQ. ID:7), where "x" is a 5' biotin moiety is attached during synthesis using commercially available reagents with manufacturers' protocols, e.g. the Aminolink aminosylphosphoramidite linking agent (Applied Biosystems, Foster City, Calif.) and Biotin-X-NHS Ester available form Clontech Laboratories (Palo Alto, Calif.).

A single 21-mer initializing oligonucleotide is employed with the following sequence:

(SEQ.    ID:8)    5'-OP(=O)(O⁻)O-
CCTCTCCCTrCCCTCTCCTCC-3'

6-mer oligonucleotide probes are employed that have an acid labile phosphoramidate linkage between the 3'-most nucleoside and 3'-penultimate nucleoside of the probe, as shown in the following formula:

HO-(3')B(5')-OP(=O)(O⁻)NH-(3')BBBBB*

where $B_i^*$ is a JOE-, FAM-, TAMRA-, or ROX-labeled dideoxynucleoside, such that the label corresponds to the identity of the 3'-most nucleotide (so 16 different labeled dideoxynucleosides are used in the synthesis of the probes).

As above, the 6-mer probes are prepared in 96 stringency classes of 42 or 43 probes each (2 subsets for each of 48 different annealing temperatures). Hybridizations and liga-

ILL000626

US 6,306,597 B1

17

tions are carried out as described above. After ligation and washing, a nucleoside in the target polynucleotide is identified by the fluorescent signal of the oligonucleotide probe. Acid cleavage is then carried out by treating the extended

18

duplex with 0.8% trifluoroacetic acid in dichloromethane for 40 minutes at room temperature to regenerate an extendable end on the extended duplex. The process continues until the sequence of the target polynucleotide is determined.

SEQUENCE LISTING

(1) GENERAL INFORMATION:

    (iii) NUMBER OF SEQUENCES: 13

(2) INFORMATION FOR SEQ ID NO: 1:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 37 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 1:

CCTCTCCCTC CCCTCTCCTC CCTCTCCCCT CTCCCTC                              37

(2) INFORMATION FOR SEQ ID NO: 2:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 2:

GAGGAGAGGG AAGGAGGAGA G                                              21

(2) INFORMATION FOR SEQ ID NO: 3:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 3:

GGAGGAGAGG GAAGGAGAGG A                                              21

(2) INFORMATION FOR SEQ ID NO: 4:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 4:

GGGAGGAGAG GGAAGGAGAG G                                              21

(2) INFORMATION FOR SEQ ID NO: 5:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 5:

AGGGAGGAGA GGGAAGGAGA G                                              21

ILL000627

US 6,306,597 B1

19                                                    20

---

−continued

---

(2) INFORMATION FOR SEQ ID NO: 6:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 6:

GAGGGAGAGG GGAGAGGG                                    18


(2) INFORMATION FOR SEQ ID NO: 7:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 7:

ACCGTCTCCG GGAGCTGC                                    18


(2) INFORMATION FOR SEQ ID NO: 8:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 8:

CCTCTCCCTT CCCTCTCCTC C                                21


(2) INFORMATION FOR SEQ ID NO: 9:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 45 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 9:

CCGGGAGGGA GAGGGGAGAG GGAGGAGAGG GAAGGGAGAG GAGCT       45


(2) INFORMATION FOR SEQ ID NO: 10:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 10:

CCCTCTCCCC TCTCCCTC                                    18


(2) INFORMATION FOR SEQ ID NO: 11:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 11:

GCAGCTCCCG GAGACGGT                                    18


(2) INFORMATION FOR SEQ ID NO: 12:

ILL000628

US 6,306,597 B1

21                                                        22

-continued

```
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 48 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 12:

TGAATTCGAG CTCCTCTCCT TCCCTCTCCT CCCTCTCCCC TCTCCCTC                    48


(2) INFORMATION FOR SEQ ID NO: 13:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 7 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 13:

GCAGCTC                                                                7
```

I claim:

1. A method for identifying a sequence of nucleotides in a polynucleotide, the method comprising the steps of:

(a) extending an initializing oligonucleotide along the polynucleotide by ligating an oligonucleotide probe thereto to form an extended duplex;

(b) identifying one or more nucleotides of the polynucleotide; and

(c) repeating steps (a) and (b) until the sequence of nucleotides is determined.

2. A kit for DNA sequence analysis, the kit comprising one or more sets of oligonucleotide probes, wherein

(i) each probe set contains at least 50 different-sequence, single-stranded oligonucleotide probes,

(ii) the oligonucleotide probes of a set have a selected length of up to 12 nucleotides, and

(iii) for at least one said probe set, the different-sequence, single stranded oligonucleotide probes in that set have annealing temperatures whose maximum and minimum values differ from each other by no more than 1° C.

3. The kit of claim 2, wherein each probe set contains from 50 to 10,000 different different-sequence, single-stranded oligonucleotide probes.

4. The kit of claim 2 wherein said annealing temperatures have a value from 22° C. to 70° C.

5. The kit of claim 4 wherein the oligonucleotide probes have lengths of 8, 9, or 12 nucleotides.

6. The kit of claim 2 which further includes an initializing oligonucleotide having a length of from 20 to 30 nucleotides, for binding to a target nucleic acid.

7. The kit of claim 3 further including one or more initializing oligonucleotides and one or more solid phase supports having templates attached thereto, the templates each comprising a target polynucleotide having a binding region capable of forming a perfectly matched duplex with one or more of the initializing oligonucleotides.

8. The kit of claim 3 wherein each probe set contains 50 to 500 different-sequence, single-stranded oligonucleotide probes.

* * * * *

ILL000629

or Local Print                                    http://A16/PALM/OBJECT/JACKET/SER_NUM

Printed 05/14/2001

| APPLICATION NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET |
|---|---|---|---|---|
| 09/280,270 | 03/29/1999 | 435 | 1655 | 5525-0015. |

APPLICANT
STEPHEN C MACEVICZ, CUPERTINO, CALIFORNIA.

**CONTINUING DOMESTIC DATA**********************
VERIFIED     THIS APPLN IS A CON OF  08/872,446 06/10/1997 PAT   5,969,119
             WHICH IS A DIV OF  08/424,663 08/17/1995 PAT   5,750,341

**371 (NAT'L STAGE) DATA*******************
VERIFIED

**FOREIGN APPLICATIONS*******************
VERIFIED

FOREIGN FILING LICENSE GRANTED 04/14/1999

| Foreign priority claimed  ☐ yes ☐ no | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDE |
|---|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met  ☐ yes ☐ no ☐ Met after Allowance | | CA | 5 | 1 | |
| Verified and acknowledged     Examiner's Name   Initials | | | | | |

ADDRESS
IOTA PI LAW GROUP
350 CAMBRIDGE AVENUE SUITE 250
P O BOX 60850
PALO ALTO , CA 94306-0850

TITLE
DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

1 of 2                                                                        5/

ILL000630

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/280,270 | 03/29/99 | 435 | ~~1611~~ 1655 | 5525-0015.21 |

APPLICANT

STEPHEN C. MACEVICZ, CUPERTINO, CA.

**CONTINUING DOMESTIC DATA*********************
VERIFIED    THIS APPLN IS A CON OF    08/672,446 06/10/97
            WHICH IS A DIV OF    08/424,663 04/17/95 PAT    5,750,341

*371 (NAT'L STAGE) DATA******************
VERIFIED

**FOREIGN APPLICATIONS***********
VERIFIED

IF REQUIRED, FOREIGN FILING LICENSE GRANTED 04/14/99

| Foreign Priority claimed ☐ yes ☐ no 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEP CLAIM |
|---|---|---|---|---|---|
| Verified and Acknowledged | | CA | 5 | 1 | |

ADDRESS

DEHLINGER & ASSOCIATES
P O BOX 60850
PALO ALTO CA 94306

TITLE

DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following: | ☐ All Fees ☐ 1.16 Fees (Filing) ☐ 1.17 Fees (Processing Ext. d) ☐ 1.18 Fees (Issue) ☐ Other |
|---|---|---|
| $890 | | |

ILL000631

INSDY ABSTRACT

1

ILL000632

## DNA SEQUENCING BY PARALLEL
## OLIGONUCLEOTIDE EXTENSIONS

5      This application is a continuation of Serial No. 08/872,446, filed June
Now Pat No. 5,969,119     Cont. Pat. No. S, 750,341
10, 1997, which is a divisional of Serial No. 08/424,663, filed April 17, 1995,
herein incorporated by reference.

10

### Field of the Invention

The invention relates generally to methods for determining the nucleotide
sequence of a polynucleotide, and more particularly, to a method of identifying
15   nucleotides in a template by stepwise extension of one or more primers by
successive ligations of oligonucleotide blocks.

### BACKGROUND

Analysis of polynucleotides with currently available techniques provides a
20   spectrum of information ranging from the confirmation that a test polynucleotide is
the same or different than a standard or an isolated fragment to the express
identification and ordering of each nucleoside of the test polynucleotide. Not only
are such techniques crucial for understanding the function and control of genes and
for applying many of the basic techniques of molecular biology, but they have also
25   become increasingly important as tools in genomic analysis and a great many non-
research applications, such as genetic identification, forensic analysis, genetic
counselling, medical diagnostics, and the like. In these latter applications both
techniques providing partial sequence information, such as fingerprinting and
sequence comparisons, and techniques providing full sequence determination have
30   been employed, e.g. Gibbs et al, Proc. Natl. Acad. Sci., 86: 1919-1923 (1989);
Gyllensten et al, Proc. Natl. Acad. Sci, 85: 7652-7656 (1988); Carrano et al,
Genomics, 4:129-136 (1989);Caetano-Anolles et al, Mol. Gen. Genet., 235: 157-
165 (1992); Brenner and Livak, Proc. Natl. Acad. Sci., 86: 8902-8906 (1989);

2   ·1·

ILL000633

Green et al, PCR Methods and Applications, 1: 77-90 (1991); and Versalovic et al, Nucleic Acids Research, 19: 6823-6831 (1991).

Native DNA consists of two linear polymers, or strands of nucleotides. Each strand is a chain of nucleosides linked by phosphodiester bonds. The two

5   strands are held together in an antiparallel orientation by hydrogen bonds between complementary bases of the nucleotides of the two strands: deoxyadenosine (A) pairs with thymidine (T) and deoxyguanosine (G) pairs with deoxycytidine (C).

Presently there are two basic approaches to DNA sequence determination: the dideoxy chain termination method, e.g. Sanger et al, Proc. Natl. Acad. Sci., 74:

10   5463-5467 (1977); and the chemical degradation method, e.g. Maxam et al, Proc. Natl. Acad. Sci., 74: 560-564 (1977). The chain termination method has been improved in several ways, and serves as the basis for all currently available automated DNA sequencing machines, e.g. Sanger et al, J. Mol. Biol., 143: 161-178 (1980); Schreier et al, J. Mol. Biol., 129: 169-172 (1979); Smith et al, Nucleic

15   Acids Research, 13: 2399-2412 (1985); Smith et al, Nature, 321: 674-679 (1987); Prober et al, Science, 238: 336-341 (1987); Section II, Meth. Enzymol., 155: 51-334 (1987); Church et al, Science, 240: 185-188 (1988); Hunkapiller et al, Science, 254: 59-67 (1991); Bevan et al, PCR Methods and Applications, 1: 222-228 (1992).

20   Both the chain termination and chemical degradation methods require the generation of one or more sets of labeled DNA fragments, each having a common origin and each terminating with a known base. The set or sets of fragments must then be separated by size to obtain sequence information. In both methods, the DNA fragments are separated by high resolution gel electrophoresis, which must

25   have the capacity of distinguishing very large fragments differing in size by no more than a single nucleotide. Unfortunately, this step severely limits the size of the DNA chain that can be sequenced at one time. Sequencing using these techniques can reliably accommodate a DNA chain of up to about 400-450 nucleotides, Bankier et al, Meth. Enzymol., 155: 51-93 (1987); and Hawkins et al,

30   Electrophoresis, 13: 552-559 (1992).

Several significant technical problems have seriously impeded the application of such techniques to the sequencing of long target polynucleotides, e.g. in excess of 500-600 nucleotides, or to the sequencing of high volumes of many target polynucleotides. Such problems include i) the gel electrophoretic

35   separation step which is labor intensive, is difficult to automate, and introduces an extra degree of variability in the analysis of data, e.g. band broadening due to

-2-

ILL000634

temperature effects, compressions due to secondary structure in the DNA
sequencing fragments, inhomogeneities in the separation gel, and the like; ii)
nucleic acid polymerases whose properties, such as processivity, fidelity, rate of
polymerization, rate of incorporation of chain terminators, and the like, are often
sequence dependent; iii) detection and analysis of DNA sequencing fragments
which are typically present in fmol quantities in spacially overlapping bands in a
gel; iv) lower signals because the labelling moiety is distributed over the many
hundred spacially separated bands rather than being concentrated in a single
homogeneous phase, and v) in the case of single-lane fluorescence detection, the
availability of dyes with suitable emission and absorption properties, quantum
yield, and spectral resolvability, e.g. Trainor, Anal. Biochem., 62: 418-426 (1990);
Connell et al, Biotechniques, 5: 342-348 (1987); Karger et al, Nucleic Acids
Research, 19: 4955-4962 (1991); Fung et al, U.S. patent 4,855,225; and
Nishikawa et al, Electrophoresis, 12: 623-631 (1991).

Another problem exists with current technology in the area of diagnostic
sequencing. An ever widening array of disorders, susceptibilities to disorders,
prognoses of disease conditions, and the like, have been correlated with the
presence of particular DNA sequences, or the degree of variation (or mutation) in
DNA sequences, at one or more genetic loci. Examples of such phenomena
include human leukocyte antigen (HLA) typing, cystic fibrosis, tumor progression
and heterogeneity, p53 proto-oncogene mutations, ras proto-oncogene mutations,
and the like, e.g. Gyllensten et al, PCR Methods and Applications, 1: 91-98
(1991); Santamaria et al, International application PCT/US92/01675; Tsui et al,
International application PCT/CA90/00267; and the like. A difficulty in
determining DNA sequences associated with such conditions to obtain diagnostic
or prognostic information is the frequent presence of multiple subpopulations of
DNA, e.g. allelic variants, multiple mutant forms, and the like. Distinguishing the
presence and identity of multiple sequences with current sequencing technology is
virtually impossible, without additional work to isolate and perhaps clone the
separate species of DNA.

A major advance in sequencing technology could be made if an alternative
approach was available for sequencing DNA that did not require high resolution
electrophoretic separations of DNA fragments, that generated signals more
amenable to analysis, and that provided a means for readily analyzing DNA from
heterozygous genetic loci.

An objective of the invention is to provide such an alternative approach to presently available DNA sequencing technologies.

## Summary of the Invention

5   The invention provides a method of nucleic acid sequence analysis based on repeated cycles of duplex extension along a single stranded template. Preferably, such extension starts from a duplex formed between an initializing oligonucleotide and the template. The initializing oligonucleotide is extended in an initial extension cycle by ligating an oligonucleotide probe to its end to form an

10   extended duplex. The extended duplex is then repeatedly extended by subsequent cycles of ligation. During each cycle, the identity of one or more nucleotides in the template is determined by a label on, or associated with, a successfully ligated oligonucleotide probe. Preferably, the oligonucleotide probe has a blocking moiety, e.g. a chain-terminating nucleotide, in a terminal position so that only a

15   single extension of the extended duplex takes place in a single cycle. The duplex is further extended in subsequent cycles by removing the blocking moiety and regenerating an extendable terminus.

In one aspect of the invention, a plurality of different initializing oligonucleotides is provided for separate samples of the template. Each initializing

20   oligonucleotide forms a duplex with the template such that the end undergoing
a   extension is one or more nucleotides out of register, or phase, with that every other initializing oligonucleotide of the plurality. In other words, the starting nucleotide for extension is different by one or more nucleotides for each of the different initializing oligonucleotides. In this manner, after each cycle of extension

25   with oligonucleotide probes of the same length, the same relative phase exists between the ends of the initializing oligonucleotides on the different templates.
a   Thus, in a preferred embodiment, where, for example, i) the initializing initializing oligonucleotides are out of phase by one nucleotide, ii) 9-mer oligonucleotide probes are used in the extension step, and iii) nine different initializing
a   30   oligonucleotides are employed, nine template nucleotides will be identified simultaneously in each extension cycle.

## Brief Description of the Drawings

Figure 1 diagrammatically illustrates parallel extensions of multiple
35   templates in accordance with the invention.

- 4 -

66220 · 0/208260



Figure 2 diagrammatically illustrates an embodiment of the invention employing acid-labile linkages.

Figure 3A diagrammatically illustrates an embodiment of the invention employing RNase H labile oligonucleotides with 3'→5' extensions.

5    Figure 3B diagrammatically illustrates an embodiment of the invention employing RNase H labile oligonucleotides with 5'→3' extensions.

Figure 4 diagrammatically illustrates an embodiment of the invention employing ligation followed by polymerase extension and cleavage.

10    Definitions

As used herein "sequence determination," "determining a nucleotide sequence," "sequencing," and like terms, in reference to polynucleotides includes determination of partial as well as full sequence information of the polynucleotide.

15    That is, the term includes sequence comparisons, fingerprinting, and like levels of information about a target polynucleotide, as well as the express identification and ordering of each nucleoside of the test polynucleotide.

"Perfectly matched duplex" in reference to the protruding strands of probes and target polynucleotides means that the protruding strand from one forms a

20    double stranded structure with the other such that each nucleotide in the double stranded structure undergoes Watson-Crick basepairing with a nucleotide on the opposite strand. The term also comprehends the pairing of nucleoside analogs, such as deoxyinosine, nucleosides with 2-aminopurine bases, and the like, that may be employed to reduce the degeneracy of the the probes.

25    The term "oligonucleotide" as used herein includes linear oligomers of nucleosides or analogs thereof, including deoxyribonucleosides, ribonucleosides, and the like. Usually oligonucleotides range in size from a few monomeric units, e.g. 3-4, to several hundreds of monomeric units. Whenever an oligonucleotide is represented by a sequence of letters, such as "ATGCCTG," it will be understood

30    that the nucleotides are in 5'->3' order from left to right and that "A" denotes deoxyadenosine, "C" denotes deoxycytidine, "G" denotes deoxyguanosine, and "T" denotes thymidine, unless otherwise noted.

As used herein, "nucleoside" includes the natural nucleosides, including 2'-deoxy and 2'-hydroxyl forms, e.g. as described in Kornberg and Baker, DNA

35    Replication, 2nd Ed. (Freeman, San Francisco, 1992). "Analogs" in reference to nucleosides includes synthetic nucleosides having modified base moieties and/or

ILL000637

modified sugar moieties, e.g. described generally by Scheit, Nucleotide Analogs
(John Wiley, New York, 1980). Such analogs include synthetic nucleosides
designed to enhance binding properties, reduce degeneracy, increase specificity,
and the like.

5      As used herein, "ligation" means to form a covalent bond or linkage
between the termini of two or more nucleic acids, e.g. oligonucleotides and/or
polynucleotides, in a template-driven reaction. The nature of the bond or linkage
may vary widely and the ligation may be carried out enzymatically or chemically.

10             Detailed Description of the Invention
       The invention provides a method of sequencing nucleic acids which
obviates electrophoretic separation of similarly sized DNA fragments, and which
eliminates the difficulties associated with the detection and analysis of spacially
overlapping bands of DNA fragments in a gel or like medium. The invention also
15 obviates the need to generate DNA fragments from long single stranded templates
with a DNA polymerase.
       The general scheme of one aspect of the invention is shown
diagrammatically in Figure 1. As described more fully below, the invention is not
meant to be limited by the particular features of this embodiment. Template (20)
20 comprising a polynucleotide (50) of unknown sequence and binding region (40) is
attached to solid phase support (10). Preferably, for embodiments employing N-
mer probes, the template is divided into N aliquots, and for each aliquot a different
initializing oligonucleotide $i_K$ is provided that forms a perfectly matched duplex at
a location in binding region (40) different from that of the other initializing
25 oligonucleotides. That is, the initializing oligonucleotides $i_1$-$i_N$ form a set of
duplexes with the template in the binding region (40), such that the ends of the
duplexes proximal to the unknown sequence are from 0 to N-1 nucleotides from
the start the unknown sequence. Thus, in the first cycle of ligations with N-mer
probes, a terminal nucleotide (16) of probe (30) ligated to $i_1$ in Figure 1 will be
30 complementary to the N-1 nucleotide of binding region (40). Likewise, a terminal
nucleotide (17) of probe (30) ligated to $i_2$ in Figure 1 will be complementary to the
N-2 nucleotide of binding region (40); a terminal nucleotide (18) of probe (30)
ligated to $i_3$ in Figure 1 will be complementary to the N-3 nucleotide of binding
region (40), and so on. Finally, a terminal nucleotide (15) of probe (30) ligated to
35 $i_N$ in will be complementary to the first nucleotide of unknown sequence (50). In
the second cycle of ligations, a terminal nucleotide (19) of probe (31) will be

ILL000638

complementary to the second nucleotide (19) of unknown sequence (50) in duplexes starting with initializing oligonucleotide $i_1$. Likewise, terminal nucleotides of probes ligated to duplexes starting with initializing oligonucleotides $i_2$, $i_3$, $i_4$, and so on, will be complementary to the third, fourth, and fifth

5    nucleotides of unknown sequence (50).

In the above embodiment, the oligonucleotide probes are labeled so that the identity of the nucleotide abutting the extended duplex can be determined from the label.

Binding region (40) has a known sequence, but can vary greatly in length

10   and composition. It must be sufficiently long to accommodate the hybridization of an initializing oligonucleotide. Different binding regions can be employed with either identical or different initializing oligonucleotides, but for convenience of preparation, it is preferable to provide identical binding regions and different initializing oligonucleotides. Thus, all the templates are prepared identically and

15   then separated into aliquots for use with different initializing oligonucleotides. Preferably, the binding region should be long enough to accommodate a set of different initializing oligonucleotides, each hydridizing to the template to produce a different starting point for subsequent ligations. Most preferably, the binding region is between about 20 to 50 nucleotides in length.

20   Initializing oligonucleotides are selected to form highly stable duplexes with the binding region that remain intact during any washing steps of the extension cycles. This is conveniently achieved by selecting the length(s) of the initializing oligonucleotides to be considerably longer than that, or those, of the oligonucleotide probes and/or by selecting them to be GC-rich. Initializing

25   oligonucleotides may also be cross-linked to the template strand by a variety of techniques, e.g. Summerton et al, U.S. patent 4,123,610; or they may be comprised of nucleotide analogs that form duplexes of greater stability than their natural counterparts, e.g. peptide nucleic acids, Science, 254:1497-1500 (1991); Hanvey et al, Science, 258: 1481-1485 (1992); and PCT applications

30   PCT/EP92/01219 and PCT/EP92/01220.

Preferably, the length of the initializing oligonucleotide is from about 20 to 30 nucleotides and its composition comprises a sufficient percentage of G's and C's to provide a duplex melting temperature that exceeds those of the oligonucleotide probes being employed by about 10-50°C. More preferably, the duplex melting

35   temperature of the initializing oligonucleotide exceeds those of the oligonucleotide probes by about 20-50°C. The number, N, of distinct initializing oligonucleotides .

-7-

ILL000639

employed in a sequencing operation can vary from one, in the case where a single nucleotide is identified at each cycle, to a plurality whose size is limited only by the size of oligonucleotide probe that can be practically employed. Factors limiting the size of the oligonucleotide probe include the difficulty in preparing mixtures having

5   sufficiently high concentrations of individual probes to drive hybridization reactions at a reasonable rate, the susceptibility of longer probes to forming secondary structures, reduction in sensitivity to single base mismatches, and the like. Preferably, N is in the range of from 1 to 16; more preferably, N is in the range of from 1 to 12; and most preferably, N is in the range of from 1 to 8.

10         A wide variety of oligonucleotide probes can be used with the invention. Generally, the oligonucleotide probes should be capable of being ligated to an initializing oligonucleotide or extended duplex to generate the extended duplex of the next extension cycle; the ligation should be template-driven in that the probe should form a duplex with the template prior to ligation; the probe should possess a

15   blocking moiety to prevent multiple probe ligations on the same template in a single extension cycle, the probe should be capable of being treated or modified to regenerate an extendable end after ligation, and the probe should possess a signaling moiety that permits the acquisition of sequence information relating to the template after a successful ligation. As described more fully below, depending on the

20   embodiment, the extended duplex or initializing oligonucleotide may be extended in either the 5'→3' direction or the 3'→5' direction by oligonucleotide probes. Generally, the oligonucleotide probe need not form a perfectly matched duplex with the template, although such binding is usually preferred. In preferred embodiments in which a single nucleotide in the template is identified in each extension cycle,

25   perfect base pairing is only required for identifying that particular nucleotide. For example, in embodiments where the oligonucleotide probe is enzymatically ligated to an extended duplex, perfect base pairing--i.e. proper Watson-Crick base pairing-- is required between the terminal nucleotide of the probe which is ligated and its complement in the template. Generally, in such embodiments, the rest of the

30   nucleotides of the probe serve as "spacers" that ensure the next ligation will take place at a predetermined site, or number of bases, along the template. That is, their pairing, or lack thereof, does not provide further sequence information. Likewise, in embodiments that rely on polymerase extension for base identification, the probe primarily serves as a spacer, so specific hybridization to the template is not critical,

35   although it is desirable.

-8-

ILL000640

Preferably, the oligonucleotide probes are applied to templates as mixtures comprising oligonucleotides of all possible sequences of a predetermined length. The complexity of such mixtures can be reduced by a number of methods, including using so-called degeneracy-reducing analogs, such as deoxyinosine and

5   the like, e.g. as taught by Kong Thoo Lin et al, Nucleic Acids Research, 20: 5149-5152; U.S. patent 5,002,867; Nichols et al, Nature, 369: 492-493 (1994); or by separately applying multiple mixtures of oligonucleotide probes, e.g. four mixtures comprising four disjoint subsets of oligonucleotide sequences that taken together would comprise all possible sequences of the predetermined length.

10   Initializing oligonucleotides and oligonucleotide probes of the invention are conveniently synthesized on an automated DNA synthesizer, e.g. an Applied Biosystems, Inc. (Foster City, California) model 392 or 394 DNA/RNA Synthesizer, using standard chemistries, such as phosphoramidite chemistry, e.g. disclosed in the following references: Beaucage and Iyer, Tetrahedron, 48: 2223-

15   2311 (1992); Molko et al, U.S. patent 4,980,460; Koster et al, U.S. patent 4,725,677; Caruthers et al, U.S. patents 4,415,732; 4,458,066; and 4,973,679; and the like. Alternative chemistries, e.g. resulting in non-natural backbone groups, such as phosphorothioate, phosphoramidate, and the like, may also be employed provided that the resulting oligonucleotides are compatible with the ligation and

20   other reagents of a particular embodiment. Mixtures of oligonucleotide probes are readily synthesized using well known techniques, e.g. as disclosed in Telenius et al, Genomics, 13: 718-725 (1992); Welsh et al, Nucleic Acids Research, 19: 5275-5279 (1991); Grothues et al, Nucleic Acids Research, 21: 1321-1322 (1993); Hartley, European patent application 90304496.4; and the like. Generally, these

25   techniques simply call for the application of mixtures of the activated monomers to the growing oligonucleotide during the coupling steps where one desires to introduce the degeneracy.

When conventional ligases are employed in the invention, as described more fully below, the 5' end of the probe may be phosphorylated in some

30   embodiments. A 5' monophosphate can be attached to an oligonucleotide either chemically or enzymatically with a kinase, e.g. Sambrook et al, Molecular Cloning: A Laboratory Manual, 2nd Edition (Cold Spring Harbor Laboratory, New York, 1989). Chemical phosphorylation is described by Horn and Urdea, Tetrahedron Lett., 27: 4705 (1986), and reagents for carrying out the disclosed protocols are

35   commercially available, e.g. 5' Phosphate-ON[TM] from Clontech Laboratories

10     - 9 -

ILL000641

(Palo Alto, California). Preferably, when required, oligonucleotide probes are chemically phosphorylated.

The probes of the invention can be labeled in a variety of ways, including the direct or indirect attachment of fluorescent moieties, colorimetric moieties, and

5 the like. Many comprehensive reviews of methodologies for labeling DNA and constructing DNA probes provide guidance applicable to constructing probes of the present invention. Such reviews include Matthews et al, Anal. Biochem., Vol 169, pgs. 1-25 (1988); Haugland, Handbook of Fluorescent Probes and Research Chemicals (Molecular Probes, Inc., Eugene, 1992); Keller and Manak, DNA

10 Probes, 2nd Edition (Stockton Press, New York, 1993); and Eckstein, editor, Oligonucleotides and Analogues: A Practical Approach (IRL Press, Oxford, 1991); and the like. Many more particular methodologies applicable to the invention are disclosed in the following sample of references: Fung et al, U.S. patent 4,757,141; Hobbs, Jr., et al U.S. patent 5,151,507; Cruickshank, U.S.

15 patent 5,091,519; (synthesis of functionalized oligonucleotides for attachment of reporter groups); Jablonski et al, Nucleic Acids Research, 14: 6115-6128 (1986)(enzyme-oligonucleotide conjugates); and Urdea et al, U.S. patent '5,124,246 (branched DNA).

Preferably, the probes are labeled with one or more fluorescent dyes, e.g.

20 as disclosed by Menchen et al, U.S. patent 5,188,934; Begot et al PCT application PCT/US90/05565.

Guidance in selecting hybridization conditions for the application of oligonucleotide probes to templates can be found in numerous references, e.g. Wetmur, Critical Reviews in Biochemistry and Molecular Biology, 26: 227-259

25 (1991); Dove and Davidson, J. Mol. Biol. 5: 467-478 (1962); Hutton, Nucleic Acids Research, 10: 3537-3555 (1977); Breslauer et al, Proc. Natl. Acad. Sci. 83: 3746-3750 (1986); Innis et al, editors, PCR Protocols (Academic Press, New York, 1990); and the like.

Generally, when an oligonucleotide probe anneals to a template in

30 juxtaposition to an end of the extended duplex, the duplex and probe are ligated, i.e. are caused to be covalently linked to one another. Ligation can be accomplished either enzymatically or chemically. Chemical ligation methods are well known in the art, e.g. Ferris et al, Nucleosides & Nucleotides, 8: 407-414 (1989); Shabarova et al, Nucleic Acids Research, 19: 4247-4251 (1991); and the

35 like. Preferably, enzymatic ligation is carried out using a ligase in a standard protocol. Many ligases are known and are suitable for use in the invention, e.g.

- 10 -

ILL000642

Lehman, Science, 186: 790-797 (1974); Engler et al, DNA Ligases, pages 3-30 in Boyer, editor, The Enzymes, Vol. 15B (Academic Press, New York, 1982); and the like. Preferred ligases include T4 DNA ligase, T7 DNA ligase, E. coli DNA ligase, Taq ligase, Pfu ligase, and Tth ligase. Protocols for their use are well

5    known, e.g. Sambrook et al (cited above); Barany, PCR Methods and Applications, 1: 5-16 (1991); Marsh et al, Strategies, 5: 73-76 (1992); and the like. Generally, ligases require that a 5' phosphate group be present for ligation to the 3' hydroxyl of an abutting strand.

10                        Preparing Target Polynucleotides

Preferably, a target polynucleotide is conjugated to a binding region to form a template, and the template is attached to a solid phase support, such as a magnetic particle, polymeric microsphere, filter material, or the like, which permits the sequential application of reagents without complicated and time-consuming

15   purification steps. The length of the target polynucleotide can vary widely; however, for convenience of preparation, lengths employed in conventional sequencing are preferred. For example, lengths in the range of a few hundred basepairs, 200-300, to 1 to 2 kilobase pairs are preferred.

The target polynucleotides can be prepared by various conventional

20   methods. For example, target polynucleotides can be prepared as inserts of any of the conventional cloning vectors, including those used in conventional DNA sequencing. Extensive guidance for selecting and using appropriate cloning vectors is found in Sambrook et al, Molecular Cloning: A Laboratory Manual, Second Edition (Cold Spring Harbor Laboratory, New York, 1989), and like

25   references. Sambrook et al and Innis et al, editors, PCR Protocols (Academic Press, New York, 1990) also provide guidance for using polymerase chain reactions to prepare target polynucleotides. Preferably, cloned or PCR-amplified target polynucleotides are prepared which permit attachment to magnetic beads, or other solid supports, for ease of separating the target polynucleotide from other

30   reagents used in the method. Protocols for such preparative techniques are described fully in Wahlberg et al, Electrophoresis, 13: 547-551 (1992); Tong et al, Anal. Chem., 64: 2672-2677 (1992); Hultman et al, Nucleic Acids Research, 17: 4937-4946 (1989); Hultman et al, Biotechniques, 10: 84-93 (1991); Syvanen et al, Nucleic Acids Research, 16: 11327-11338 (1988); Dattagupta et al, U.S. patent

35   4,734,363; Uhlen, PCT application PCT/GB89/00304; and like references. Kits

ILL000643

are also commercially available for practicing such methods, e.g. Dynabeads™ template preparation kit from Dynal AS. (Oslo, Norway).

Generally, the size and shape of a microparticle or beads employed in the method of the invention is not critical; however, microparticles in the size range of a few, e.g. 1-2, to several hundred, e.g. 200-1000 μm diameter are preferable, as they minimize reagent and sample usage while permitting the generation of readily detectable signals, e.g. from fluorescently labeled probes.

5

## Schemes for Ligating, Capping, and Regenerating Extendable Termini

10

In one aspect, the invention calls for repeated steps of ligating and identifying of oligonucleotide probes. However, since the ligation of multiple probes to the same extended duplex in the same step would usually introduce identification problems, it is useful to prevent multiple extensions and to regenerate extendable termini. Moreover, if the ligation step is not 100% efficient, it would be desirable to cap extended duplexes that fail to undergo ligation so that they do not participate in any further ligation steps. That is, a capping step preferably occurs after a ligation step, by analogy with other synthetic chemical processes, such as polynucleotide synthesis, e.g. Andrus et al, U.S. patent 4,816,571. This would remove a potentially significant source of noise from signals generated in subsequent identification steps.

15

20

Below, several exemplary schemes for carrying out ligation, capping, regeneration, and identification steps in accordance with the invention are described. They are presented for purposes of guidance and are not meant to be limiting.

25

A scheme for extending an initializing oligonucleotide or an extended duplex in the 3'→5' direction is illustrated in Figure 2. Template (20) is attached to solid phase support (10) by its 5' end. This can be conveniently accomplished via a biotin, or like linking moiety, using conventional techniques. Initializing oligonucleotide (200) having a 5' phosphate group is annealed to template (20) as described above prior to the initial cycle of ligation and identification. An oligonucleotide probe (202) of the following form is employed:

30

35

$$\text{HO-(3')BBB ... BBB(5')-OP(=O)(O}^-\text{)NH-B}_t*$$

13 - 12.

where BBB ... BBB represents the sequence of nucleotides of oligonucleotide probe (202) and $B_t^*$ is a labeled chain-terminating moiety linked to the 5' carbon of the oligonucleotide via a phosphoramidate group, or other labile linkage, such as a photocleavable linkage. The nature of $B_t^*$ may vary widely. It can be a

5 labeled nucleoside (e.g. coupled via a 5'P→3'N phosphoramidate) or other moiety, so long as it prevents successive ligations. It may simply be a label connected by a linker, such as described in Agrawal and Tang, International application number PCT/US91/08347. An important feature of the oligonucleotide probe is that after annealing and ligation (204), the label may be removed and the extendable end

10 regenerated by treating the phosphoramidate linkage with acid, e.g. as taught by Letsinger et al, J. Am. Chem. Soc., 94: 292-293 (1971); Letsinger et al, Biochem., 15: 2810-2816 (1976); Gryaznov et al, Nucleic Acid Research, 20: 3403-3409 (1992); and like references. By way of example, hydrolysis of the phosphoramidate may be accomplished by treatment with 0.8% trifluoroacetic acid

15 in dichloromethane for 40 minutes at room temperature. Thus, after annealing, ligating, and identifying the ligated probe via the label on $B_t^*$, the chain-terminating moiety is cleaved by acid hydrolysis (206) thereby breaking the phosphorus linkage and leaving a 5' monophosphate on the ligated oligonucleotide. The steps can be repeated (208) in successive cycles. In one aspect of this

20 embodiment, a single initializing oligonucleotide may be employed such that only one nucleotide is identified in each sequencing cycle. For such an embodiment, the above probe preferably has the following form:

$$HO-(3')B(5')-OP(=O)(O^-)NHBB ... BBB-B_t^*$$

25 Thus, after each ligation and acid cleavage steps the duplex will be extended by one nucleotide.

A capping step may be introduced prior to hydrolysis. For example, probe (202) may have the form:

30 $$HO-(3')BB ... Bp^{\wedge}B ... BB(5')-OP(=O)(O^-)NH-B_t^*$$

where "p^" is a exonuclease resistant linkage, such as phosphorothioate, methylphosphonate, or the like. In such an embodiment, capping can be achieved

35 by treating the extended duplexes with an exonuclease, such as λ exonuclease, which will cleave the unligated extended duplexes back to the exonuclease

14 -13-

ILL000645

resistant linkage. The presence of this linkage at the 5' end of the extended duplex
will then prevent it from participating in subsequent ligations. Clearly, many other
capping methodologies may be employed, e.g. acylation, ligation of an inert
oligonucleotide, or the like. When free 3' hydroxyls are involved, capping may be

5  accomplished by extending the duplex with a DNA polymerase in the presence of
chain-terminating nucleoside triphosphates, e.g. dideoxynucleoside triphosphates,
or the like.

The phosphoramidate linkage described above is an example of a general
class of internucleosidic linkages referred to herein as "chemically scissile

10 internucleosidic linkages." These are internucleosidic linkages that may be cleaved
by treating them with characteristic chemical or physical conditions, such as an
oxidizing environment, a reducing environment, light of a characteristic
wavelength (for photolabile linkages), or the like. Other examples of chemically
scissile internucleosidic linkages which may be used in accordance with the

15 invention are described in Urdea 5,380,833; Gryaznov et al, Nucleic Acids
Research, 21: 1403-1408 (1993)(disulfide); Gryaznov et al, Nucleic Acids
Research, 22: 2366-2369 (1994)(bromoacetyl); Urdea et al, International
application PCT/US91/05287 (photolabile); and like references.

Further chemically scissile linkages that may be employed with the

20 invention include chain-terminating nucleotides that may be chemically converted
into an extendable nucleoside. Examples of such compounds are described in the
following references: Canard et al, *International application* PCT/FR94/00345;
Ansorge, German patent application No. DE 4141178 A1; Metzker et al, Nucleic
Acids Research, 22: 4259-4267 (1994); Cheeseman, U.S. patent 5,302,509; Ross

25 et al, International application PCT/US90/06178; and the like.

A scheme for extending an initializing oligonucleotide or an extended
duplex in the 5'→3' direction is illustrated in Figure 3A. Template (20) is attached
to solid phase support (10) by its 3' end. As above, this can be conveniently
accomplished via a biotin, or like linking moiety, using conventional techniques.

30 Initializing oligonucleotide (300) having a 3' hydroxyl group is annealed to
template (20) as described above prior to the initial cycle of ligation and
identification. An oligonucleotide probe (302) of the following form is employed:

OP(=O)(O⁻)O-(5')BBB ... BBBRRRRB₁*

35

15 - 14 -

ILL000646

where BBB ... BBBRRRRR represents the sequence of 2'-deoxynucleotides of oligonucleotide probe (302), "RRRR" represent a sequence of four ribonucleotides of probe (302), and $B_t^*$ is a labeled chain-terminating moiety, as described above. Such mixed RNA-DNA oligonucleotides are readily synthesized using conventional automated DNA synthesizers, e.g. Duck et al, U.S. patent 5,011,769. RNase H will cleave the probe specifically in the center of the four ribonucleotides segment, Hogrefe et al, J. Biol. Chem., 265: 5561-5566 (1990), leaving a 3' hydroxyl (312) on the extended duplex, which may participate in subsequent ligation steps. Thus, a cycle in the present embodiment proceeds by annealing probe (302) to template (20) and ligating (304) to form extended duplex (306). After identification via $B_t^*$, the extended duplex is treated with RNase H to cleave the last label and regenerate an extendable end. The cycle is then repeated (314). Capping (310) can be carried out prior to RNase H treatment by extending the unligated ends with a DNA polymerase in the presence of the four dideoxynucleoside triphosphates, ddATP, ddCTP, ddGTP, and ddTTP.

As illustrated in Figure 3B, a similar scheme can be employed for 3'→5' extensions. In such an embodiment, initiating oligonucleotide or extended duplex (330) has a 5' monophosphate and the oligonucleotide probe (332) has the form:

$$HO\text{-}(3')BBB \ldots BBBRRRRB \ldots BB_t^*$$

As above, after annealing, ligating (334), and identifying (338), extended duplex (336) is cleaved by RNase H which in this case leaves a 5' monophosphate (342) at the terminus of the extended duplex. With the regenerated extendable end, the cycle can be repeated (344). A capping step can be included prior to RNase H hydrolysis by either ligating an unlabeled non-RNA-containing probe, or by removing any remaining 5' monophosphates by treatment with a phosphatase.

Identification of nucleotides can be accomplished by polymerase extension following ligation. As exemplified in Figure 4, for this embodiment, template (20) is attached to solid phase support (10) as described above and initializing oligonucleotide (400) having a 3' hydroxyl is annealed to the template prior to the initial cycle. Oligonucleotide probes (402) of the form:

$$OP(=O)(O^-)O\text{-}(5')BBB \ldots BBBRRRRB \ldots B(3')OP(=O)(O^-)O$$

16

0990€0·0202070·6656

ILL000647

are annealed to template (20) and ligated (404) to form extended duplex (406).
The 3' monophosphate, which prevents successive ligations of probes in the same
cycle, is removed with phosphatase (408) to expose a free 3' hydroxyl (410).
Clearly, alternative blocking approaches may also be used. Extended duplex (406)
is further extended by a nucleic acid polymerase in the presence of labeled
dideoxynucleoside triphosphates (412), thereby permitting the identification of a
nucleotide of template (20) by the label of the incorporated dideoxynucleotide.
The labeled dideoxynucleotide and a portion of probe (402) are then cleaved
(414), for example, by RNase H treatment, to regenerate an extendable end on
extended duplex (406). The cycle is then repeated (416).

In order to reduce the number of separate annealing reactions that must be
carried out, the oligonucleotide probes may be grouped into mixtures, or subsets,
of probes whose perfectly matched duplexes with complementary sequences have
similar stability or free energy of binding. Such subsets of oligonucleotide probes
having similar duplex stability are referred to herein as "stringency classes" of
oligonucleotide probes. The mixtures, or stringency classes, of oligonucleotide
probes are then separately combined with the target polynucleotide under
conditions such that substantially only oligonucleotide probes complementary to
the target polynucleotide form duplexes. That is, the stringency of the
hybridization reaction is selected so that substantially only perfectly
complementary oligonucleotide probes form duplexes. These perfectly matched
duplexes are then ligated to form extended duplexes. For a given oligonucleotide
probe length, the number of oligonucleotide probes within each stringency class
can vary widely. Selection of oligonucleotide probe length and stringency class
size depends on several factors, such as length of target sequence and how it is
prepared, the extent to which the hybridization reactions can be automated, the
degree to which the stringency of the hybridization reaction can be controlled, the
presence or absence of oligonucleotide probes with complementary sequences, and
the like. Guidance in selecting an appropriate size of stringency class for a
particular embodiment can be found in the general literature on nucleic acid
hybridization and polymerase chain reaction methodology, e.g. Gotoh, Adv.
Biophys. 16: 1-52 (1983); Wetmer, Critical Reviews in Biochemistry and
Molecular Biology 26: 227-259 (1991); Breslauer et al, Proc. Natl. Acad. Sci. 83:
3746-3750 (1986); Wolf et al, Nucleic Acids Research, 15: 2911-2926 (1987);
Innis et al, editors, PCR Protocols (Academic Press, New York, 1990); McGraw
et al, Biotechniques, 8: 674-678 (1990), and the like. Stringency can be controlled.

ILL000648

by several varying several parameters, including temperature, salt concentration, concentration of certain organic solvents, such as formamide, and the like. Preferably, temperature is used to define the stringency classes because the activity of the various polymerases or ligases employed limits the degree to which salt

5    concentration or organic solvent concentration can be varied for ensuring specific annealing of the oligonucleotide probes.

Generally, the larger the stringency class the greater the complexity of the hybridizing mixture and the lower the concentration of any particular oligonucleotide probe in the mixture. A lower concentration of a oligonucleotide

10    probe having a complementary site on a target polynucleotide reduces the relative likelihood of the oligonucleotide probe hybridizing and being ligated. This, in turn, leads to reduced sensitivity. Larger stringency classes also have a greater variance in the stabilities of the duplexes that form between a oligonucleotide probe and a complementary sequence. On the other hand, smaller stringency classes require a

15    larger number of hybridization reactions to ensure that all oligonucleotide probes of a set are hybridized to a target polynucleotide.

For example, when 8-mer oligonucleotide probes are employed, stringency classes may include between about 50 to about 500 oligonucleotide probes each. Thus, several hundred to several thousand hybridization/ligation reactions are

20    required. For larger sized oligonucleotide probes, much larger stringency classes are required to make the number of hybridization/extension reactions practical, e.g. $10^4$-$10^5$, or more.

Oligonucleotide probes of the same stringency class can be synthesized simultaneously in a manner similar to which fully random oligonucleotide probes

25    are synthesized, e.g. as disclosed in Telenius et al, Genomics, 13: 718-725 (1992); Welsh et al, Nucleic Acids Research, 19: 5275-5279 (1991); Grothues et al, Nucleic Acids Research, 21: 1321-1322 (1993); Hartley, European patent application 90304496.4; and the like. The difference is that at each cycle different mixtures of monomers are applied to the growing oligonucleotide probe chain,

30    wherein the proportion of each monomer in the mixture is dictated by the proportion of each nucleoside at the position of the oligonucleotide probe in the stringency class. Stringency classes are readily formed by computing the free energy of duplex formation by available algorithms, e.g. Breslauer et al, Proc. Natl. Acad. Sci., 83: 3746-3750 (1986); Lowe et al, Nucleic Acids Research, 18: 1757-

35    1761 (1990); or the like. The oligonucleotide probes can be ordered according to the free energy of binding to their complement under standard reaction conditions,

- 17 -

e.g. with a standard bubble sort, Baase, Computer Algorithms (Addison-Wesley, Menlo Park, 1978). For example, the following is the list of ten 6-mers, with the greatest stability (from top to bottom) in terms of free energy of duplex formation under standard hybridization conditions and the least stability in terms of free

5     energy of duplex formation (the free energies being computed via Breslauer (cited above)):

| | Oligonucleotide probe | |
|---|---|---|
| | Ranking | Sequence (5'→3') |
| 10 | 1 | GCGCGC |
| | 2 | CGCGCG |
| | 3 | CCCGCG |
| | 4 | CGCCCG |
| | 5 | CGCGCC |
| 15 | 6 | CGCGGC |
| | 7 | CGGCGC |
| | 8 | GCGCGG |
| | 9 | GCGCCG |
| | 10 | GCGCGG |
| 20 | . | |
| | . | |
| | . | |
| | 4087 | TCATAT |
| 25 | 4088 | TGATAT |
| | 4089 | CATATA |
| | 4090 | TATATG |
| | 4091 | ATCATG |
| | 4092 | ATGATG |
| 30 | 4093 | CATCAT |
| | 4094 | CATGAT |
| | 4095 | CATATG |
| | 4096 | ATATAT |

35     Thus, if a stringency class consisted of the first ten 6-mers the mixture of monomers for the first (3'-most) position would be 0:4:6:0 (A:C:G:T), for the second position it would be 0:6:4:0, and so on. If a stringency class consisted of the last ten 6-mers, the mixture of monomers for the first position would be 5:0:0:5, for the second position it would be 5:0:0:5, and so on. The resulting mixtures may then be further

40     enriched for sequences of the desired stringency class by thermal elution, e.g. Miyazawa et al, J. Mol. Biol., 11: 223-237 (1965).

      More conveniently, stringency classes containing several hundred to several thousands of oligonucleotides may be synthesized directly by a variety of parallel synthesis approaches, e.g. Frank et al, U.S. patent 4,689,405; Matson et al, Anal.

ILL000650

Biochem., 224: 110-116 (1995); Fodor et al, International application
PCT/US93/04145; Pease et al, Proc. Natl. Acad. Sci., 91: 5022-5026 (1994);
Southern et al, J. Biotechnology, 35: 217-227 (1994), Brennan, International
application PCT/US94/05896; or the like.

5   In some cases it may be desirable to form additional stringency classes of
oligonucleotide probes by placing in a separate subset oligonucleotide probes
having complementary sequences to other oligonucleotide probes in a subset or
oligonucleotide probes that are susceptible of forming oligonucleotide probe-dimers.

  Clearly, one of ordinary skill in the art could combine features of the
10 embodiments set forth above to design still further embodiments in accordance with
the invention, but not expressly set forth above.

  The invention also includes systems and apparatus for carrying out the method
of the invention automatically. Such systems and apparatus can take a variety of
forms depending on several design constraints, including i) the nature of the solid
15 phase support used to anchor the target polynucleotide, ii) the degree of parallel
operation desired, iii) the detection scheme employed; iv) whether reagents are re-
used or discarded, and the like. Generally, the apparatus comprises a series of
reagent reservoirs, one or more reaction vessels containing target polynucleotide,
preferably attached to a solid phase support, e.g. magnetic beads, one or more
20 detection stations, and a computer controlled means for transferring in a
predetermined manner reagents from the reagent reservoirs to and from the
reaction vessels and the detection stations. The computer controlled means for
transferring reagents and controlling temperature can be implemented by a variety
of general purpose laboratory robots, such as that disclosed by Harrison et al,
25 Biotechniques, 14: 88-97 (1993); Fujita et al, Biotechniques, 9: 584-591 (1990);
Wada et al, Rev. Sci. Instrum., 54: 1569-1572 (1983); or the like. Such laboratory
robots are also available commercially, e.g. Applied Biosystems model 800
Catalyst (Foster City, CA).

  A variety of kits may be provided for carrying out different embodiments of the
30 invention. Generally, kits of the invention include oligonucleotide probes, initializing
oligonucleotides, and a detection system. Kits further include ligation reagents and
instructions for practicing the particular embodiment of the invention. In embodiments
employing protein ligases, RNase H, nucleic acid polymerases, or other enzymes, their
respective buffers may be included. In some cases, these buffers may be identical.
35 Preferably, kits also include a solid phase support, e.g. magnetic beads, for anchoring
templates. In one preferred kit, fluorescently labeled oligonucleotide probes are provided

- 19 -

ILL000651

such that probes corresponding to different terminal nucleotides of the target polynucleotide carry distinct spectrally resolvable fluorescent dyes. As used herein, "spectrally resolvable" means that the dyes may be distinguished on the basis of their spectral characteristics, particularly fluorescence emission wavelength, under conditions of operation. Thus, the identity of the one or more terminal nucleotides would be correlated to a distinct color, or perhaps ratio of intensities at different wavelengths. More preferably, four such probes are provided that allow a one-to-one correspondence between each of four spectrally resolvable fluorescent dyes and the four possible terminal nucleotides on a target polynucleotide. Sets of spectrally resolvable dyes are disclosed in U.S. patents 4,855,225 and 5,188,934; International application PCT/US90/05565; and Lee et al, Nucleic Acids Researchs, 20: 2471-2483 (1992).

**Example 1**

Sequencing a Target Polynucleotide Amplified from pUC19
with Four Initializing Oligonucleotides

In this example, a template comprising a binding region and a portion of the pUC19 plasmid is amplified by PCR and attached to magnetic beads. Four initializing oligonucleotides are employed in separate reactions as indicated below. 8-mer oligonucleotide probes are employed having 4 central ribonucleotides and both 5' and 3' monophosphates, as shown in the following formula:

$$OP(=O)(O^-)O-(5')BBRRRRBB(3')-OP(=O)(O^-)O$$

After annealing, probes are enzymatically ligated to the initializing oligonucleotides and the magnetic bead supports are washed. The 3' phosphates of the ligated probes are removed with phosphatase, after which the probes are extended with DNA polymerase in the presence of the four labeled dideoxynucleoside triphosphate chain terminators. After washing and identification of the extended nucleotide, the ligated probes are cleaved at the ribonucleotide moiety with RNAse H to remove the label and to regenerate an extendable end.

The following double stranded fragment comprising a 36-mer binding region is ligated into a Sac I/Xma I-digested pUC19:

CCTCTCCCTTCCCTCTCCTCCCTCTCCCCTCTCCCTC
TCGAGGAGAGGGAAGGGAGAGGAGGGGAGAGGGGAGAGGGAGGGCC

ILL000652

After isolation and amplification, a 402 basepair fragment of the modified pUC19 is amplified by PCR for use as a template. The fragment spans a region of pUC19 from position 41 to the binding region inserted adjacent to the Sac I site in the polylinker region (position 413 of the unmodified pUC19), Yanisch-Perron et al, Gene, 33: 103-119 (1985). Two 18-mer oligonucleotide probes are employed having sequences 5'-CCCTCTCCCCTCTCCCTCx-3', *(SEQ ID NO: 10)* and 5'- *(SEQ ID NO: 11)* GCAGCTCCCGGAGACGGT-3', where "x" is a 3' biotin moiety is attached during synthesis using a commercially available reagent with manufacturer's protocol, e.g. 3' Biotin-ON CPG (Clontech Laboratories, Palo Alto, California). The amplified template is isolated and attached to streptavidin-coated magnetic beads (Dynabeads) using manufacturer's protocol, Dynabeads Template Preparation Kit, with M280-streptavidin (Dynal, Inc., Great Neck, New York). A sufficient quantity of the biotinylated 313 basepair fragment is provided to load about 300 μg of Dynabeads M280-Streptavidin.

The binding region sequence is chosen so that the duplexes formed with the initiating oligonucleotides have compositions of about 66% GC to enhance duplex stability. The sequence is also chosen to prevent secondary structure formation and fortuitous hybridization of an initializing oligonucleotide to more than one location within the binding region. Any shifting of position of a given initializing oligonucleotide within the binding region results in a significant number of mismatched bases.

After loading, the non-biotinylated strand of template is removed by heat denaturation, after which the magnetic beads are washed and separated into four aliquots. The template attached to the magnetic beads has the following sequence:

(Magnetic bead)-(linker)-(3')-CTCCCTCTCCCCTCTCCCTCCTC-

TCCCTTCCTCTCCTCGAGCTTAAGT ... CTCGACG-(5')

The following four oligonucleotides are employed as initializing oligonucleotides in each of the separate aliquots of template:

*(SEQ ID NO: 2)*   5'-GAGGAGAGGGAAGGAGAGGAG

*(SEQ ID NO: 3)*   5'-GGAGGAGAGGGAAGGAGAGGA

- 21 -

α  (SEQ ID NO:4)  5'-GGGAGGAGAGGGAAGGAGAGG

α  (SEQ ID NO:5) 5'-AGGGAGGAGAGGGAAGGAGAG

5    Reactions and washes below are generally carried out in 50 μL volumes of manufacturer's (New England Biolabs') recommended buffers for the enzymes employed, unless otherwise indicated.  Standard buffers are also described in Sambrook et al, Molecular Cloning, 2nd Edition (Cold Spring Harbor Laboratory Press, 1989).

10    96 stringency classes of 684 or 682 oligonucleotide probes each (2 subsets for each of 48 different annealing temperatures) are formed which together contain all 8-mer probes for each of the four aliquots.  The probes of each of the 96 classes are separately annealed to the target polynucleotide in reaction mixtures having the same components, with the exception that extensions and ligations carried out with Sequenase and T4 DNA ligase at temperatures less than 37°C and extensions and ligations carried out with Taq Stoffel fragment and a thermostable ligase otherwise.

The 48 stringency conditions are defined by annealing temperatures which range from 22°C to 70°C, such that each grouping of subsets at the same temperature differ in annealing temperature by 1°C from that of the subset groupings containing the next highest and next lowest stringency classes.  The range of annealing temperatures (22-70°C) is roughly bounded by the temperatures 5-10 degrees below the temperatures at which the least stable and most stable 8-mers, respectively, are expected to have about fifty percent maximum annealing in a standard PCR buffer solution.

25    After 5-10 minutes incubation at 80°C, the reaction mixtures are brought down to their respective annealing temperatures over a period of 20-30 minutes.  After ligation, washing and treatment with phosphatase, 2 units of polymerase and labeled dideoxynucleotide triphosphates (.08 mM final reaction concentration and labeled with TAMRA (tetramethylrhodamine), FAM (fluorescein), ROX (rhodamine X), and JOE (2',7'-dimethoxy-4',5'-dichlorofluorescein) are added.  After 15 minutes, the beads are washed with $H_2O$ and the identity of the extended nucleotide is determined by illuminating each reaction mixture with standard wavelengths, e.g Users Manual, model 373 DNA Sequencer (Applied Biosystems, Foster City, CA).

After identification, the reaction mixtures are treated with RNase H using the manufacturer's suggested protocol and washed.  The RNase H treated extended duplexes have regenerated 3' hydroxyls and are ready for

- 22 -

23

ILL000654

the next cycle of ligation/extension/cleavage. The cycles are carried out until all the nucleotides of the test sequence are identified.

**Example 2**

**Sequencing a Target Polynucleotide Amplified from pUC19
with One Initializing Oligonucleotide**

In this example, a template is prepared in accordance with Example 1, except that since extension is in the 5'→3' direction in this example, the biotin moiety is attached to the 5' end of the primer hybridizing to the CT-rich strand of the binding region. Thus, in this example, the binding region of the single stranded template will be a GA-rich segment (essentially the complement of the binding region of Example 1). Two 18-mer oligonucleotide probes are employed having sequences 5'-xGAGGGAGAGGGGAGAGGG-3' (SEQ ID NO: 6 ) and 5'-ACCGTCTCCGGGAGCTGC-3', where "x" is a 5' biotin moiety is attached during (SEQ ID NO: 7) synthesis using commercially available reagents with manufacturers' protocols, e.g. the Aminolink aminoalkylphosphoramidite linking agent (Applied Biosystems, Foster City, California) and Biotin-X-NHS Ester available form Clontech Laboratories (Palo Alto, California).

A single 21-mer initializing oligonucleotide is employed with the following sequence:

(SEQ ID NO:8) 5'-OP(=O)(O⁻)O-CCTCTCCCTTCCCTCTCCTCC-3'

6-mer oligonucleotide probes are employed that have an acid labile phosphoramidate linkage between the 3'-most nucleoside and 3'-penultimate nucleoside of the probe, as shown in the following formula:

$$HO-(3')B(5')-OP(=O)(O^-)NH-(3')BBBBB_t*$$

where $B_t*$ is a JOE-, FAM-, TAMRA-, or ROX-labeled dideoxynucleoside, such that the label corresponds to the identity of the 3'-most nucleotide (so 16 different labeled dideoxynucleotides are used in the synthesis of the probes).

As above, the 6-mer probes are prepared in 96 stringency classes of 42 or 43 probes each (2 subsets for each of 48 different annealing temperatures). Hybridizations and ligations are carried out as described above. After ligation and washing, a nucleoside in the target polynucleotide

- 23 -

0920270.039999

is identified by the fluorescent signal of the oligonucleotide probe. Acid cleavage is then carried out by treating the extended duplex with 0.8% trifluoroacetic acid in dichloromethane for 40 minutes at room temperature to regenerate an extendable end on the extended duplex. The process continues until the sequence of the target polynucleotide is determined.

SUB7
B1

25

ILL000656

SEQUENCE LISTING

(1) GENERAL INFORMATION:

(i) APPLICANT:

(ii) TITLE OF INVENTION:  DNA Sequencing by
Stepwise Extension with Oligonucleotide Blocks

(iii) NUMBER OF SEQUENCES:  8

(iv) CORRESPONDENCE ADDRESS:
    (A) ADDRESSEE: Stephen C. Macevicz
    (B) STREET: 21890 Rucker Drive
    (C) CITY: Cupertino
    (D) STATE: California
    (E) COUNTRY: USA
    (F) ZIP: 95014

(v) COMPUTER READABLE FORM:
    (A) MEDIUM TYPE: 3.5 inch diskette
    (B) COMPUTER: IBM compatible
    (C) OPERATING SYSTEM: Windows 3.1/DOS 5.0
    (D) SOFTWARE: Microsoft Word for Windows,
vers. 2.0

(vi) CURRENT APPLICATION DATA:
    (A) APPLICATION NUMBER:
    (B) FILING DATE:
    (C) CLASSIFICATION:

(vii) PRIOR APPLICATION DATA:
    (A) APPLICATION NUMBER:
    (B) FILING DATE:

(viii) ATTORNEY/AGENT INFORMATION:
    (A) NAME: Stephen C. Macevicz
    (B) REGISTRATION NUMBER: 30,285
    (C) REFERENCE/DOCKET NUMBER: peo1

(ix) TELECOMMUNICATION INFORMATION:
    (A) TELEPHONE: (415) 638-5552
    (B) TELEFAX:

(2) INFORMATION FOR SEQ ID NO: 1:

(i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 37 nucleotides
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS:  single
    (D) TOPOLOGY:  linear

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 1:

CCTCTCCCTT CCCTCTCCTC CCTCTCCCCT CTCCCTC                    37

-25-

ILL000657

(2) INFORMATION FOR SEQ ID NO: 2:

(i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 21 nucleotides
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS:  single
    (D) TOPOLOGY:  linear

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 2:

GAGGAGAGGG AAGGAGAGGA G                                          21

(2) INFORMATION FOR SEQ ID NO: 3:

(i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 21 nucleotides
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS:  single
    (D) TOPOLOGY:  linear

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 3:

GGAGGAGAGG GAAGGAGAGG A                                          21

(2) INFORMATION FOR SEQ ID NO: 4:

(i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 21 nucleotides
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS:  single
    (D) TOPOLOGY:  linear

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 4:

GGGAGGAGAG GGAAGGAGAG G                                          21

(2) INFORMATION FOR SEQ ID NO: 5:

(i) SEQUENCE CHARACTERISTICS:
    (A) LENGTH: 21 nucleotides
    (B) TYPE: nucleic acid
    (C) STRANDEDNESS:  single
    (D) TOPOLOGY:  linear

(xi) SEQUENCE DESCRIPTION: SEQ ID NO: 5:

AGGGAGGAGA GGGAAGGAGA G                                          21

(2) INFORMATION FOR SEQ ID NO: 6:

- 26 -

ILL000658

```
    (i)  SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 18 nucleotides
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS:  single
         (D) TOPOLOGY:  linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 6:

GAGGGAGAGG GGAGAGGG                                      18


    (2)  INFORMATION FOR SEQ ID NO: 7:

    (i)  SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 18 nucleotides
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS:  single
         (D) TOPOLOGY:  linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 7:

ACCGTCTCCG GGAGCTGC                                      18


    (2)  INFORMATION FOR SEQ ID NO: 8:

    (i)  SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 21 nucleotides
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS:  single
         (D) TOPOLOGY:  linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO: 8:

CCTCTCCCTT CCCTCTCCTC C                                  21
```

- 27 -

ILL000659

I claim:

1.     A method for identifying a sequence of nucleotides in a
polynucleotide, the method comprising the steps of:
            (a) extending an initializing oligonucleotide along the polynucleotide
by ligating an oligonucleotide probe thereto to form an extended duplex;
            (b) identifying one or more nucleotides of the polynucleotide; and
            (c) repeating steps (a) and (b) until the sequence of nucleotides is
determined.

2.     The method of claim 1 wherein said oligonucleotide probe has a
chain-terminating moiety at a terminus distal to said initializing
oligonucleotide.

3.     The method of claim 2 wherein said step of identifying includes
removing said chain-terminating moiety and extending said oligonucleotide
probe with a nucleic acid polymerase in the presence of one or more labeled
chain-terminating nucleoside triphosphates.

4.     The method of claim 3 further including a step of regenerating an
extendable terminus on said extended duplex.

5.     The method of claim 4 wherein said oligonucleotide probe includes a
subsequence of four ribonucleotides and wherein said step of regenerating
includes cleaving said oligonucleotide probe with RNase H.

6.     The method of claim 5 wherein said chain-terminating moiety is a 3'
phosphate.

7.     The method of claim 2 further including a step of capping an
extended duplex or said initializing oligonucleotide whenever the extended
duplex or said initializing oligonucleotide fails to ligate to said
oligonucleotide probe.

-28-

ILL000660

8.    The method of claim 2 futher including a step of regenerating an extendable terminus on said extended duplex.

9.    The method of claim 8 wherein said step of regenerating includes cleaving a chemically scissile internucleosidic linkage in said extended duplex.

10.    The method of claim 9 wherein said chemically scissile internucleosidic linkage is a phosphoramidate.

11.    The method of claim 8 wherein said step of regenerating includes enzymatically cleaving an internucleosidic linkage in said extended duplex.

12.    The method of claim 11 wherein said oligonucleotide probe includes a subsequence of four ribonucleotides and wherein said step of regenerating includes cleaving said oligonucleotide probe with RNase H.

13.    A method for determining the nucleotide sequence of a polynucleotide, the method comprising the steps of:
    (a) providing a template comprising the polynucleotide;
    (b) providing an initializing oligonucleotide which forms a duplex with the template adjacent to the polynucleotide;
    (c) annealing an oligonucleotide probe to the template adjacent to the initializing oligonucleotide;
    (d) ligating the oligonucleotide probe to the initializing oligonucleotide to form an extended duplex;
    (e) identifying one or more nucleotides of the polynucleotide by a label on the ligated oligonucleotide probe; and
    (f) repeating steps (c) through (e) until the nucleotide sequence of the polynucleotide is determined.

14.    The method of claim 13 wherein said oligonucleotide probe has a chain-terminating moiety at a terminus distal to said initializing oligonucleotide and wherein said method further includes a step of regenerating an extendable terminus on said oligonucleotide probe.

- 29 -

ILL000661

15.    The method of claim 14 further including a step of capping said extended duplex or said initializing oligonucleotide that fails to ligate to said oligonucleotide probe.

16.    The method of claim 14 wherein said step of identifying consists of identifying a single nucleotide of said polynucleotide.

17.    The method of claim 16 wherein said step of identifying includes removing said chain-terminating moiety and extending said oligonucleotide probe with a nucleic acid polymerase in the presense of one or more labeled chain-terminating nucleoside triphosphates.

18.    An oligonucleotide probe of the formula:

$$HO-(3')(B)_j(5')-OP(=O)(O^-)NH-(B)_k-B_t^*$$

wherein:
    B is a nucleotide or an analog thereof;
    j is in the range of from 1 to 12;
    k is in the range of from 0 to 12, such that the sum of j and k is less than or equal to 12;
    $B_t^*$ is a labeled chain-terminating moiety.

19.    An oligonucleotide probe selected from the group consisting of:

$$OP(=O)(O^-)O-(5')(B)_s RRRR(B)_w B_t^*$$

$$HO-(3')(B)_s RRRR(B)_w B_t^*$$

and

$$OP(=O)(O^-)O-(5')(B)_s RRRR(B)_w(3')OP(=O)(O^-)O$$

wherein:
    B is a deoxyribonucleotide or an analog thereof;

- 30 -

060802.0709999

R is a ribonucleotide;

s is in the range of from 1 to 8;

w is in the range of from 0 to 8, such that the sum of j and k is less than or equal to 8;

5      $B_t^*$ is a labeled chain-terminating moiety.

add a 3

add

add a 2

0928070.032999

- 31 -



COPY

> **DECLARATION AND POWER OF ATTORNEY**
> **FOR PATENT APPLICATION**

Case No. PE01

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

## DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

the specification of which (check one) ☒ is attached hereto ☐ was filed on _____ as U.S. application Serial No. _____ and amended on _____.

I hereby state and I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, section 1.56(a).

I hereby claim foreign priority benefit under Title 35, United States Code, section 119 of the foreign application(s) for patent listed below:

| Number | Country | Filing Date | Title |
|--------|---------|-------------|-------|
| | | **NONE** | |

I hereby claim the benefit under Title 35, United States Code, section 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, section 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| Application Serial No. | Filing Date | Status |
|------------------------|-------------|--------|
| | **NONE** | |

Page 1

09208270.033999

Case No. PEO1

**POWER OF ATTORNEY**: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

Stephen C. Macevicz          Reg. No. 30,285
Peter J. Dehlinger           Reg. No. 28,006

| SEND CORRESPONDENCE TO: | DIRECT TELEPHONE CALLS TO: |
|---|---|
| ☒  Stephen C. Macevicz<br>21890 Rucker Drive<br>Cupertino, CA 95014 | ☒  Stephen C. Macevicz at<br>(415) 638-5552 or<br>(408) 252-4140 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Signature of sole or first inventor:                    Date: 17 April 1995
                  Printed Name: Stephen C. Macevicz

Residence:      Cupertino, California              Citizenship:   USA

Post Office Address:      21890 Rucker Drive, Cupertino, CA 95014

Page 2

ILL000665



PRINT OF DRAWINGS
AS ORIGINALLY FILED

Fig. 1

ILL000666



Fig. 2

ILL000667



Fig. 3a

ILL000668



PRINT OF DRAWINGS
AS ORIGINALLY FILED

Fig. 3b

ILL000669



Fig. 4

ILL000670

Attorney Docket No. 5525-0015.21

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with
sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for
Patents, Washington, D.C., 20231, on:

Date: 3/89/99            By: _____

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

   Stephen C. Macevicz, *et al.*

SERIAL NO.: Not yet assigned

FILED: Concurrently herewith

FOR: **DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS**

EXAMINER: [Whisenant]

ART UNIT: [1634]

### Request to Use Computer-Readable Form of Sequence Listing from Parent Application

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

   The paper copy of the Sequence Listing in the above-identified application is identical to the computer readable copy of the Sequence Listing filed in Application Ser. No. 08/424,663 filed April 17, 1995. In accordance with 37 CFR §1.821(e), please use the computer readable form from the parent as the computer readable form for the instant application. It is understood that the U.S. Patent and Trademark Office will make the necessary changes in application number and filing date for the computer readable form that will be used for the instant application. A paper copy of the Sequence Listing as found on the computer-readable form in the parent application is enclosed herewith.

Respectfully submitted,

Vincent M. Powers
Registration No. 36,246

Date: March 25 1999

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

ILL000671

Attorn  ocket No. 5525-0015.21

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Certification under 37 CFR §1.10 (if applicable)



| EM 416 978 767 US | March 29, 1999 |
|---|---|
| Express Mail Label Number | Date of Deposit |

I hereby certify that this Transmittal Letter, enclosed application and any other documents
referred to as enclosed herein, are being deposited in an envelope with the United States
Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date
above and addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

Matthew D. Hadion                          
(Print Name of Person Mailing Application)    (Signature of Person Mailing Application)

## Transmittal of Continuation Patent Application
## for Filing Under 37 CFR §1.53(b)

Box Patent Application
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:  Transmitted herewith for filing is a patent application by inventor Stephen
C. Macevicz and entitled:

## DNA Sequencing by Parallel Oligonucleotide Extensions

1. **Enclosed are:**
   ☒  One stamped, self-addressed postcard for PTO datestamp.
   ☒  Certificate of Express Mail.
   ☒  One utility patent application containing text pages 1-31 and
       ☒  5 Sheets of drawings.
   ☒  Copy of executed Declaration of Inventorship from parent application
       Serial No. 08/424,663.
   ☒  A Request to Use the Computer-Readable Form of the Sequence Listing
       from Parent Application; Matching Declaration; hard copy of sequence
       listing of record in parent application No. 08/424,663.
   ☐  ___ Sheets of formal drawings.
   ☐  A Preliminary Amendment.
   ☐  A new Power of Attorney.

2. **Amendment**
   ☐  Please enter the enclosed Preliminary Amendment before calculating the
       filing fee.  It is understood that only amendments reducing the number
       of claims will be entered for this purpose.

   ☐  Please cancel original claims ___, inclusive, before calculating the
       filing fee.  (At least one original independent claim should be
       retained for filing purposes.)

3. **Extension of Time**
   ☐  A petition for extension of time has been filed in the parent to
       extend the pendency of the parent to ___ (copy enclosed).

   ☒  Conditional Petition for Extension of Time:  An Extension of Time is
       requested to provide for timely filing if required to establish
       copendency with the parent after all papers filed herewith have been
       considered.

4. **U.S. Priority**
   ☒  This application is a continuation of Ser. No. 08/872,446, filed June
       10, 1997, which is a divisional of Ser. No. 08/424,663, filed April
       17, 1995.

1

ILL000672

Attorne  ocket No. 5525-0015.21

5.    Foreign Priority

☐    Priority of Application No. __ filed in __ on __ is claimed under 35
      USC §119.
☐    A certified copy of this priority document is enclosed.

6.    Prior Documents Still In Effect

☒    This application and parent application Serial No. 08/872,446 filed
      June 10, 1997 are assigned of record to Lynx Therapeutics, Inc., as
      recorded in the U.S. Patent and Trademark Office at Reel 8605 and
      Frame 0332.
☒    Power of Attorney in the above-identified prior application is to
      Vincent M. Powers, Reg. No. 36,246, and the other attorneys or agents
      identified therein.

7.    Entity Status

☒    Large entity status applies to this application.
☐    Small Entity status is proper under 37 CFR 1.28(a) in light of the
      Small Entity Statement(s) submitted in parent App. No. _____ on __.

8.    Fees
      The filing fee has been calculated taking into account any amendments in
      section 2 above:

| | | | | | | |
|---|---|---|---|---|---|---|
| Basic Fee | | | | $385.00 | or | $760.00 |
| Total Claims | 39 - 20 | 0 | x 9 9 = | $ | or | x 9 18 = | $ |
| Independent Claims | 4 - 3 | 1 | x $39 = | $ | or | x $ 78 = | $ 72.00 |
| ☐ Multiple Dependent Claim Presented | | | + $130 = | $ | or | + $260 = | $ |
| * If the difference in Col. 1 is less than zero, enter "0" in Col. 2. | | | TOTAL | $ | or | TOTAL | $832.00 |

☐    Please charge the Filing Fee and any other fees necessary for timely
      filing of this application to Deposit Account 04-0531

☒    Filing fee to be submitted in response to anticipated receipt of
      Notice to File Missing Parts. DO NOT CHARGE DEPOSIT ACCOUNT.

Respectfully submitted,

Date: ___March 29 1999___

Vincent M. Powers
Registration No. 36,246

Correspondence Address:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
(650) 324-0880

2

ILL000673

Attorney Docket No.: 5525-0015.21                                                    Patent

**Transmittal of Utility Patent Application for Filing**

*Certification Under 37 C.F.R. §1.10 (if applicable)*

EM 416 978 767 US                                        March 29, 1999
"Express Mail" Label Number                              Date of Deposit

I hereby certify that this application, and any other documents referred to as enclosed herein are being deposited in an envelope with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date indicated above and addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231

Matthew D. Redlon
(Print Name of Person Mailing Application)          (Signature of Person Mailing Application)

ILL000674



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 09/286,270 | 03/29/99 | MACEVICZ | S    8525-0015.21 |

0262/0419

STEPHEN C. MACEVICZ
21890 RUCKER DRIVE
CUPERTINO CA 95014

NOT ASSIGNED

1634

DATE MAILED:     04/19/99

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). If any of items 1 or 3 through 6 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of ☐ $65.00 for a small entity in compliance with 37 CFR 1.27, or ☒ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.

If all required items on this form are filed within the period set forth above, the total amount owed by applicant as a ☐ small entity (statement filed) ☐ non-small entity is $ _466_

☒ 1. The statutory basic filing fee is:
    ☒ missing.
    ☐ insufficient.
    Applicant must submit $ _760_____ to complete the basic filing fee and/or file a small entity statement
    claiming such status (37 CFR 1.27).
☒ 2. The following additional claims fees are due:
    $ _____ for_____total claims over 20.
    $ _170__ for___/___independent claims over 3.
    $ _____ for multiple dependent claim surcharge.
    Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.
☐ 3. The oath or declaration:
    ☐ is missing or unsigned.
    ☐ does not cover the newly submitted items.
    An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by
    the above Application Number and Filing Date is required.
☐ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42,
    1.43 or 1.47.
    A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above
    Application Number and Filing Date, is required.
☐ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

    _____
    An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted
    inventor(s), identifying this application by the above Application Number and Filing Date, is required.
☐ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).
☐ 7. Your filing receipt was mailed in error because your check was returned without payment.
☐ 8. The application was filed in a language other than English.
    Applicant must file a verified English translation of the application, the $130.00 set forth in 37 CFR 1.17(k), unless
    previously submitted, and a statement that the translation is accurate (37 CFR 1.52(d)).
☐ 9. OTHER:_____

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

### A copy of this notice MUST be returned with the reply.

_Robinson_

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV. 9/98)

U.S. GPO: 1999-448-824

**· PART 3 - OFFICE COPY**

ILL000675

*Section 3*

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with
sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for
Patents, Washington, D.C., 20231, on:

6/21/99                                    By *[signature]*

                                                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Application of: | |
| Stephen C. Macevicz | Examiner: Unknown |
| Serial No.: 09/280,270 | Art Unit: 1634 |
| Filed: March 29, 1999 | |
| For: DNA Sequencing by Parallel Oligonucleotide Extensions | |

### Response to Notice to File Missing Parts of Application

Box Missing Parts
Assistant Commissioner for Patents
Washington, D.C.   20231

Sir:

1.  In response to the Notice to File Missing Parts mailed
    April 19, 1999 (copy enclosed), applicant submits the fol-
    lowing:

    ☒  An Associate Power of Attorney/Change of Address.

    ☒  A copy of the executed Declaration of Inventor-
       ship from parent application No. 08/424,663 was
       filed concurrently with the application.

    ☒  A Preliminary Amendment.

2.  <u>Conditional Petition for Extension of Time</u>

    The due-date for response is June 19, 1999, which,
    falling on a Saturday, extends the period of response
    to and through Monday, June 21, 1999. However, appli-
    cant petitions for an Extension of Time if necessary
    for timely filing of this Response.

ILL000676

Attorney Docket No. 5525-0015.21

3.    <u>Fee Payment</u>

☒    Enclosed is a check for $<u>890.00</u> in payment of the basic filing fee ($760.00) and the surcharge for late filing of declaration or oath ($130.00). **The additional claim fee of $78.00 is inapplicable due to the cancellation of claims 2-19.**

☐    Please charge the above fee(s) to Deposit Account No. 04-0531; this paper is provided in triplicate.

☒    Please charge any underpayment for timely filing of this Response to Deposit Account No. 04-0531.

Respectfully submitted,

Date: _June 21, 1999_

Vincent M. Powers
Registration No. 36,246

<u>Correspondence Address:</u>
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

2

ILL000677

Attorney Docket No. 5523-0015.20

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: 3/39/99 _____    By _____

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz, et al.

SERIAL NO.: 08/872,446

FILED:  June 10, 1997

FOR:  DNA SEQUENCING BY PARALLEL
     OLIGONUCLEOTIDE EXTENSIONS

EXAMINER:  [Whisenant]

ART UNIT:  1634

## Declaration Under 37 CFR §1.821

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

    I, Vincent M. Powers, declare and affirm as follows:

    1.    I am an agent for the applicant.

    2.    The floppy disc of record in parent application No. 08/424,663 filed April 17, 1995 contains the required sequence listing.

    3.    The sequence listing recorded on said disc matches the hard copy of the sequence listing accompanying this Declaration.

    4.    The present submission contains no new matter relative to the application as originally filed.

Respectfully submitted,

Vincent M. Powers
Registration No. 36,246

Date: March 29, 1999

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

ILL000678

Attorney Docket No. 5525-0015.21

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: 6/21/99        By: _____

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

Stephen C. Macevicz

SERIAL No.: 09/280,270

FILED: March 29, 1999

FOR: DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

EXAMINER: Unknown

ART UNIT: 1634

### Associate Power of Attorney and Change of Address

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

The undersigned, Peter J. Dehlinger, holding an original Power of Attorney in the above-identified application, hereby grants an Associate Power of Attorney to Vincent M. Powers, Reg. No. 36,246; Judy M. Mohr, Reg. No. 38,563; LeeAnn Gorthey, Reg. No. 37,337; Linda R. Judge, Reg. No. 42,702; and John F. Brady, Reg. No. 39,118.

Further, effective immediately, please direct all further communications in the above-identified application to the following address:

Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306

Respectfully submitted,

Date: 6-18-99

Peter J. Dehlinger
Registration No. 28,006

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

ILL000679

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| | | | 5525-0015.21 |

STEPHEN C. MACEVICZ
21890 RUCKER DRIVE
CUPERTINO CA 95014

NOT ASSIGNED

1634

DATE MAILED:          04/19/99

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). If any of items 1 or 3 through 8 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of □ $55.00 for a small entity in compliance with 37 CFR 1.27, or □ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.

*If all required items on this form are filed within the period set above, the total amount owed by applicant as a □ small entity (statement filed) □ non-small entity is $ _____*

☑ 1. The statutory basic filing fee is:
   □ missing.
   □ insufficient.
   Applicant must submit $ _____ to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).
☑ 2. The following additional claims fees are due:
   $ _____ for _____ total claims over 20.
   $ _____ for _____ independent claims over 3.
   $ _____ for multiple dependent claim surcharge.
   Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.
□ 3. The oath or declaration:
   □ is missing or unsigned.
   □ does not cover the newly submitted items.
   An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.
□ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.
□ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:

   An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.
□ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).
□ 7. Your filing receipt was mailed in error because your check was returned without payment.
□ 8. The application was filed in a language other than English.
   Applicant must file a verified English translation of the application, the $130.00 set forth in 37 CFR 1.17(k) and a statement that the translation is accurate (37 CFR 1.52(d)).
□ 9. OTHER:

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

### A copy of this notice MUST be returned with the reply.

*(signature)*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV. 9/98)

PART 2 - COPY TO BE RETURNED WITH RESPONSE

ILL000680

Docket No 5525-0015.21

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with
sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for
Patents, Washington, D.C., 20231, on:

Date: 6/21/99                                By: _____

**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

Stephen C. Macevicz, *et al.*                    EXAMINER: unknown

SERIAL NO.: 09/280,270                           ART UNIT: 1634

FILED: March 29, 1999

FOR: DNA SEQUENCING BY PARALLEL
OLIGONUCLEOTIDE EXTENSIONS

**Preliminary Amendment**

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Prior to examination, and prior to calculation of the filing
fee, please amend the application as follows:

In the Specification:

On page 3, line 32, change "required" to --require--.

On page 4, line 21, after "that" insert --of--; on
line 27, change "initializiang" to --initializing--; and on
line 30, change "identifed" to --identified--.

On page 5, line 24, change "the the" to --the--.

On page 6, line 28, after "start" insert --of--; and on
line 35, change "i_n in" to "in".

On page 7, line 25, change "be be" to --be--.

On page 12, line 20, change "4.816,571" to --4,816,571--.

On page 13, line 7, change "application," to
--application number--; and on line 26, insert --step-- after
"ligation", and change "steps" to --step--.

1

Docket No 5525-0015.21

On page 14, line 22, change "Internation application" to --International application number--.

On page 17, line 1, after "by" delete "several"; on line 16, change "hybrized" to --hybridized--; on line 19, change "hybrization" to --hybridization--; and on line 24, change "simutaneously" to --simultaneously--.

On page 18, line 35, change "stingency" to --stringency--.

On page 20, line 3, after "on" insert --the--; on line 7, change "corresponence" to --correspondence--; and change line 32 to read as follows: --region is ligated into a Sac I/Sma I-digested pUC19 (upper strand: SEQ ID NO:1; lower strand: SEQ ID NO:9):--.

On page 21, line 6, after "3'" insert --(SEQ ID NO:10)--; on line 7, after "GGT-3'", insert --(SEQ ID NO:11)--; on line 33, before "5'-", insert --(SEQ ID NO:2)--; and on line 35, before "5'-", insert --(SEQ ID NO:3)--.

Also on page 21, line 25, change "sequence:" to --sequence, where the defined sequences separated by the ellipses (...) are listed in the attached sequence listing as two separate sequences, SEQ ID NO:12 and SEQ ID NO:13:--.

On page 22, line 1, before "5'-", insert --(SEQ ID NO:4)--; on line 3, before "5'-", insert --(SEQ ID NO:5)--; and on line 29, change ")" to --)--.

On page 23 line 13, before "and", insert --(SEQ ID NO:6)--; on line 14, change "3'" to --3' (SEQ ID NO:7)--; and on line 22, before "5'-", insert --(SEQ ID NO:8)--.

In the Claims

Please cancel claims 2-19 without prejudice.

Please add claims 20-31 as follows:

2

27

Docket No 5525-0015.21

--20.  A kit for DNA sequence analysis, the kit comprising one or more sets of oligonucleotide probes wherein (i) each probe set contains at least 50 different-sequence, single-stranded oligonucleotides, (ii) the oligonucleotides have lengths up to 12 nucleotides, and (iii) in each set, the different-sequence, single-stranded oligonucleotides within that set have substantially the same free energy of duplex formation.

21.  The kit of claim 20 wherein each set contains from 50 to 10,000 different different-sequence, single-stranded oligonucleotides.

22.  The kit of claim 20 wherein, for at least one said set, the different-sequence, single stranded oligonucleotides in that set have annealing temperatures whose maximum and minimum values differ from each other by no more than 1°C.

23.  The kit of claim 22 wherein said annealing temperatures have a value from 22°C to 70°C.

24.  The kit of claim 23 wherein said different-sequence, single-stranded oligonucleotides have lengths of 8, 9, or 12 nucleotides.

25.  The kit of claim 22 which further includes an initializing oligonucleotide having a length of from 20 to 30 nucleotides, for binding to a target nucleic acid.

26.  A kit for DNA sequence analysis, the kit comprising one or more sets of oligonucleotide probes wherein (i) each probe set contains 50 to 10,000 different-sequence, single-stranded oligonucleotides, (ii) the oligonucleotides are 8 to 12

3

Docket No 5525-0015.21

nucleotides in length, and (iii) in each set, the different-sequence, single-stranded oligonucleotides within that set are from the same stringency class.

27.  The kit of claim 26, further including one or more initializing oligonucleotides and one or more solid phase supports having templates attached thereto, the templates each comprising a target polynucleotide having a binding region capable of forming a perfectly matched duplex with one or more of the initializing oligonucleotides.

28.  The kit of claim 26, wherein each probe set contains 50 to 500 different-sequence, single-stranded oligonucleotides.

29.  The kit of claim 28, wherein each stringency class is defined by a selected range of annealing temperatures.

30.  The kit of claim 29, wherein at least one selected range of annealing temperatures spans defines a 1°C interval.

31.  The kit of claim 30, wherein each of said probes has a length of 8, 9, or 12 nucleotides.--

Abstract

Attached is a separate page (page 32) containing an Abstract for the subject matter of claims 20-31.

4

ILL000684

Docket No 5525-0015.21

## REMARKS

Entry of the present amendments prior to examination is respectfully requested. By this Amendment, claims 2-19 have been canceled, and claims 20-31 have been added. Claims 1 and 20-31 are pending.

The specification has been amended to correct various typographical errors, and to include SEQ identifiers consistent with the Sequence Listing data in the parent application. New claims 20-31 are supported by the original application disclosure in at least the following locations:

| Feature | Claims | Basis in Specification |
|---|---|---|
| Kit | 20-31 | Page 19, line 29 to page 20, line 11 |
| Probes with similar free energies of duplex formation or of same stringency class | 20, 26 | Page 16, line 11 to page 19, line 8; page 17, line 32 to page 18, line 5 |
| Number of probes per stringency class | 20, 21, 26, 28 | Page 17, lines 17-22 |
| Probe lengths | 20, 24, 26, 31 | Page 8, line 9 Page 17, line 17 Example 1 Page 4, line 28 Page 8, line 9 Claims 18 & 19 |
| Annealing temperatures | 22, 23, 29, 30 | Page 17, line 3; page 22, lines 17-23 (Example 1) |
| Templates | 27 | Page 11, lines 11-18. |
| Initializing oligonucleotides | 25, 27 | Page 6, line 17 to page 8, line 3; Figure 1. |
| Initializing oligo 20-30nt in length | 25 | Page 7, lines 31-32 |

5

ILL000685

Docket No 5625-0015.21

In addition, enclosed is an abstract which better reflects
the subject matter of claims 20-31.  No new matter is added by
any of the amendments.

Respectfully submitted,

Date: _June 21, 1999_

Vincent M. Powers
Registration No. 36,246

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

6

ILL000686

## Abstract

The present invention includes, in one aspect, a kit comprising one or more sets of oligonucleotide probes whose perfectly matched duplexes with complementary sequences have similar or substantially the same free energy of duplex formation.

ILL000687



**UNITED STA    DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/280,270 | 03/29/99 | MACEVICZ | S | 5525-0015.21 |

|  | EXAMINER |
|---|---|
| 022918 HM12/0112 | |
| DEHLINGER & ASSOCIATES | LU, F |
| 350 CAMBRIDGE AVENUE SUITE 250 | ART UNIT    PAPER NUMBER |
| P O BOX 60850 | |
| PALO ALTO CA 94306-0850 | 1655        5 |
|  | DATE MAILED: |
|  | 01/12/00 |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)                                                    1- File Copy

ILL000688

| *Office Action Summary* | Application No. 09/280,270 | Applicant(s) Macevicz | |
|---|---|---|---|
| | Examiner Frank Lu | Group Art Unit 1655 | |

☒ Responsive to communication(s) filed on *Mar 29, 1999*

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____ *3* _____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1 and 20-31* _____ is/are pending in the application.

   Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *1, 20, 21, and 26* _____ is/are rejected.

☒ Claim(s) *22-25, 27, and 29-31* _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is  ☐approved  ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐All  ☐Some*  ☐None   of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)                    Office Action Summary                    Part of Paper No. _5_

ILL000689

Application/Control Number: 09/280,270                                    Page 2

Art Unit: 1655

## DETAILED ACTION

The art unit designated for this application has changed. Applicants are hereby informed

that future correspondence should be directed to Art Unit 1655.

### Claim Rejections - 35 USC § 102

1.        The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

(e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371© of this title before the invention thereof by the applicant for patent.

2.        The following is a quotation of 35 U.S.C 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claim 1 is rejected under 35 U.S.C. 102(e) as being anticipated by Nikiforov *et al.*, (US

patent 5,679,524, filed on August 9, 1996). Nikiforov *et al.* teach ligase/polymerase mediated

genetic bit analysis of single nucleotide polymorphism and its use in genetic analysis. The method

for determining the identity of a nucleotide present at a preselected single nucleotide site in a

target nucleic acid molecule comprises the following steps: (1) immobilizing a first

ILL000690

Application/Control Number: 09/280,270                                    Page 3

Art Unit: 1655

oligonucleotide (either linker or primer) to a solid support; (2)forming a hybridized duplex by

incubating the immobilized first oligonucleotide in the presence of target molecule

(polynucleotide), and in the further presence of a second oligonucleotide (either linker or primer).

The first and second oligonucleotides hybridize to the target molecule in different regions which

are separated from one another by the preselected site (one nucleotide) ; (3) ligating the first and

second oligonucleotides in the presence of a polymerase, a ligase and a nucleotide triphosphate

mixture; (4) separating any non-covalently bonded target or second oligonucleotide; (5)

determining the identity of the nucleotide of the preselected site by determining whether the

second oligonucleotide or one of the nucleoside triphosphate has become immobilized to the solid

support. This prior art reference meets the limitations of the claim.

3.        Claims 20, 21, and 26 are rejected under 35 U.S.C. 102(b) as anticipated by or, in the

alternative, under 35 U.S.C. 103(a) as obvious over Pease *et al.*, (Proc. Natl. Acad. Sci. USA, 91,

5022-5026, 1994). Pease *et al.*, teach light-generated oligonucleotide arrays for rapid DNA

sequence analysis. In this study, 256  single-stranded, different octanucleotides were immobilized

on a microchip. The hybridization pattern of fluorescently labeled oligonucleotide target was then

detected by epifluorescence microscope (page 5022, abstract). This prior meets the limitation of

the claim.

In the alterative, an assay for oligonucleotide array is performed in a single hybridization

temperature so that the most of oligonucleotides in an array can be efficiently used (page 5024,

column 1, the fifth paragraph). This suggests that the different-sequence, single-stranded

ILL000691

Application/Control Number: 09/280,270                                    Page 4

Art Unit: 1655

oligonucleotides in an array have the same free energy of duplex formation and belong to the

same stringency class. Thus the claims would have been obvious to one having ordinary skill in

the art at the invention was made within the meaning of 35 U.S.C. 103(a). According, the

claimed invention as whole was at least *prima facie* obvious, if not anticipated by the reference.

### *Allowable Subject Matter*

3.      Claims 22-25, 27, and 29-31 are objected to as being dependent upon a rejected base

claim, but would be allowable if rewritten in independent form including all of the limitations of

the base claim and any intervening claims.

       This application contains sequence disclosures that are encompassed by the definitions for

nucleotide and/or amino acid sequences set forth in 37 CFR & 1.821 (a) (1) and (a) (2).

However, this application does not contain SEQ NO: 9-13, as a separate part of the disclosure on

paper copy, a "sequence listing" as required by 37 C.F R.1 821(c). Applicants are given the same

response time regarding this matter to comply as that set forth to respond to this office action.

       Papers related to this application may be submitted to Group 1600 by facsimile

transmission. Papers should be faxed to Group 1600 via the PTO Fax Center located in Crystal

Mall 1. The faxing of such papers must conform with the notices published in the Official

Gazette, 1096 OG 30 (November 15, 1988), 1156 OG 61 (November 16, 1993), and 1157 OG 94

(December 28, 1993)(See 37 CAR § 1.6(d)). The CM Fax Center number is either (703) 308-

4242 or (703)305-3014.

Application/Control Number: 09/280,270                                    Page 5

Art Unit: 1655

     Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Frank Lu, Ph.D., whose telephone number is (703) 305-1270. The

examiner can normally be reached on Monday-Friday from 9 A.M. to 5 P.M.

     If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

W. Gary Jones, can be reached on (703) 308-1152.

     Any inquiry of a general nature or relating to the status of this application should be

directed to the Chemical Matrix receptionist whose telephone number is (703) 308-0196

Frank Lu

January 6, 2000

ARDIN H. MARSCHEL
PRIMARY EXAMINER

ILL000693

### Notice of References Cited

| Application No. | Applicant(s) | | |
|---|---|---|---|
| 09/260,270 | | Macevicz | |
| Examiner | | Group Art Unit | |
| Frank Lu | | 1655 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | US PATENT 5,679,524 | 10/1997 | Nikiforov et al., | 435 | 6 |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

**NON-PATENT DOCUMENTS**

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | Pease et al., Light-generated oligonucleotide arrays for rapid DNA sequence analysis. Proc. Natl. Acad. Sci. USA 91, 5022-5026, 1994. | 1994 |
| V | | |
| W | | |
| X | | |

U.S. Patent and Trademark Office
PTO-892 (Rev. 9-95)

Notice of References Cited

Part of Paper No. ___5___

ILL000694

Form PTO 948 (Rev. 8-98)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. 9/280,270

## NOTICE OF DRAFTSPERSON'S
## PATENT DRAWING REVIEW

The drawing(s) filed (insert date) 3-69-99 are:
A. ☐ approved by the Draftsperson under 37 CFR 1.84 or 1.152.
B. ☑ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 for the reasons indicated below. The Examiner will require
submission of new, corrected drawings when necessary. Corrected drawing must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ____ Color drawings are not acceptable until petition is granted.
   Fig(s)_____
   ____ Pencil and non black ink not permitted. Fig(s)_____
2. PHOTOGRAPHS. 37 CFR 1.84 (b)
   ____ 1 full-tone set is required. Fig(s)_____
   ____ Photographs not properly mounted (must use bristol board or
   photographic double-weight paper). Fig(s)_____
   ____ Poor quality (half-tone). Fig(s)_____
3. TYPE OF PAPER. 37 CFR 1.84(e)
   ____ Paper not flexible, strong, white, and durable.
   Fig(s)_____
   ____ Erasures, alterations, overwritings, interlineations,
   folds, copy machine marks not accepted. Fig(s)_____
   ____ Mylar, velum paper is not acceptable (too thin).
   Fig(s)_____
4. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   ____ 21.0 cm by 29.7 cm (DIN size A4)
   ____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   ____ All drawing sheets not the same size.
   Sheet(s)_____
   ____ Drawings sheets not an acceptable size. Fig(s)_____
5. MARGINS. 37 CFR 1.84(g): Acceptable margins:
   Top 2.5 cm  Left 2.5cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm -Left 2.5 cm  Right 1.5 cm  Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   Margins not acceptable. Fig(s) 1 - 9
   ____ Top (T)         ____ Left (L)
   ____ Right (R)       ____ Bottom (B)
6. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to
   correspond to drawing changes.
   Partial views. 37 CFR 1.84(h)(2)
   ____ Brackets needed to show figure as one entity.
   Fig(s)_____
   ____ Views not labeled separately or properly.
   Fig(s)_____
   ____ Enlarged view not labeled separately or properly.
   Fig(s)_____
7. SECTIONAL VIEWS. 37 CFR 1.84 (h)(3)
   ____ Hatching not indicated for sectional portions of an object.
   Fig(s)_____
   ____ Sectional designation should be noted with Arabic or
   Roman numbers. Fig(s)_____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ____ Words do not appear on a horizontal, left-to-right fashion
   when page is either upright or turned so that the top
   becomes the right side, except for graphs. Fig(s)_____
9. SCALE. 37 CFR 1.84(k)
   ____ Scale not large enough to show mechanism without
   crowding when drawing is reduced in size to two-thirds in
   reproduction.
   Fig(s)_____
10. CHARACTER OF LINES, NUMBERS, & LETTERS.
    37 CFR 1.84(l)
    ____ Lines, numbers & letters not uniformly thick and well
    defined, clean, durable, and black (poor line quality).
    Fig(s) 1 - 9
11. SHADING. 37 CFR 1.84(m)
    ____ Solid black areas pale. Fig(s)_____
    ____ Solid black shading not permitted. Fig(s)_____
    ____ Shade lines, pale, rough and blurred. Fig(s)_____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.
    37 CFR 1.84(p)
    ____ Numbers and reference characters not plain and legible.
    Fig(s) 1 - 9
    ____ Figure legends are poor. Fig(s)_____
    ____ Numbers and reference characters not oriented in the
    same direction as the view. Fig(s)_____
    ____ English alphabet not used. 37 CFR 1.84(p)(2)
    Fig_____
    ____ Numbers, letters and reference characters must be at least
    .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3)
13. LEAD LINES. 37 CFR 1.84(q)
    ____ Lead lines cross each other. Fig(s)_____
    ____ Lead lines missing. Fig(s)_____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    ____ Sheets not numbered consecutively, and in Arabic numerals
    beginning with number 1. Sheet(s)_____
15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    ____ Views not numbered consecutively, and in Arabic numerals,
    beginning with number 1. Fig(s)_____
16. CORRECTIONS. 37 CFR 1.84(w)
    ____ Corrections not made from prior PTO-948
    Fig(s)_____
17. DESIGN DRAWINGS. 37 CFR 1.152
    ____ Surface shading shown not appropriate. Fig(s)_____
    ____ Solid black shading not used for color contrast.
    Fig(s)_____

COMMENTS

REVIEWER JC _____    DATE 7-8-99    TELEPHONE NO. 703 305 8470

ATTACHMENT TO PAPER NO. 5

ILL000695

Attorn  Docket No. 5525-0015.21

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with
sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for #6
Patents, Washington, D.C. 20231, on:                                              B. Web

Date: 5-12-00                          By: Lynnea B Anderson  6-2-00

                                                                        PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

   Stephen C. Macevicz                    EXAMINER:    Lu, F.

SERIAL NO.: 09/280,270                    ART UNIT:    1655

FILED:  March 29, 1999

FOR:  DNA SEQUENCING BY PARALLEL
   OLIGONUCLEOTIDE EXTENSIONS

---

### Petition for 1-Month Extension of Time

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

   Applicant petitions for a 1-Month Extension of Time in which to
respond to the outstanding Office Action, extending the period for
response to May 12, 2000.

☒   Fee (37 CFR 1.17(a)(1)):  ☒ Large Entity:  $110.00

  ☒   A check for $350.00 including the above fee is enclosed.

  ☐   Please charge the above fee(s) to Deposit Account No. 04-
   0531; this paper is provided in triplicate.

☒   Applicant petitions for an additional Extension of Time if
necessary for timely filing of this petition and enclosures.

☒   Please charge any underpayment for timely consideration of this
paper to Deposit Account No. 04-0531.

05/18/2000 EHAMMOND 00000051 09280270                    Respectfully submitted,
01 FC:115                    110.00 OP

Date: 5-12-00                                      LeeAnn Gorthey
                                                   LeeAnn Gorthey
Correspondence Address:                            Registration No. 37,337
Customer No. 22918
Phone: (650) 324-0880

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: 5-12-00                    By: *Lynnea B Anderson*

DOCKET NO.: 5525-0015.21·

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz            EXAMINER:  Frank Lu

SERIAL NO.:  09/280,270               ART UNIT:  1655

FILED:  March 29, 1999

FOR:    **DNA Sequencing by Parallel**
        **Oligonucleotide Extensions**

RECEIVED

MAY 19 2000

TECH CENTER 1600/2900

### Amendment under 37 CFR §1.111

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

    In response to the Office action mailed January 12, 2000 in the above-identified application, please amend the application as indicated below.

    Enclosed herewith are a petition for a one-month extension of time, an IDS and Form 1449, a paper copy of the Sequence listing from the parent application, request to use the computer readable copy from the parent application, matching declaration, and a check for $350 to cover extension of time and IDS fees.

In the Specification:

    On page 17, at line 17, insert a comma after "employed".

    On page 18:  at line 2, insert a comma after "example"; at line 35, insert a comma after "6-mers", and after "mixture", insert --of--; at line 37, insert a comma after "6-mers"; and at line 40, replace "stingency" with --stringency--.

    On page 19, at line 8, replace "probe" with --probes--, and at line 12, after "out", insert --the--.

    On page 21, at line 7, after "moiety", delete --is--.

    Please cancel the existing Sequence Listing in the specification and replace it with the Sequence Listing included herewith.

ILL000697

## REMARKS

Reconsideration of the rejections set forth in the Office action mailed January 12, 2000 is respectfully requested. Claims 1 and 20-31 are currently under examination.

### I.   Amendments

The specification has been amended to correct minor typographical errors and to replace the existing Sequence listing with the corrected Sequence listing filed in the parent application.

No new matter is added by any of the amendments.

### II.   Rejections under 35 U.S.C. §102(e)

Claims 20, 21, and 26 were rejected under 35 U.S.C. §102(e) as being anticipated by Nikiforov *et al.* (U.S. Patent No. 5,679,524; "Nikiforov"). These rejections are respectfully traversed for the following reasons.

The standard for lack of novelty, that is, for anticipation, is one of strict identity. *Hybritech Inc. v. Monoclonal Antibodies, Inc.*, 802 F2d 1367, 231 USPQ 81, 90 (Fed. Cir. 1986); *In re Donohue*, 766 F2d 531, 226 USPQ 619, 621 (Fed. Cir. 1985). To anticipate a claim for a patent, a single prior source must contain all its essential elements.

#### A.   The Invention

The applicant's invention, as embodied in claim 1, is directed to a method for identifying a sequence of nucleotides in a polynucleotide. The method includes the steps of:

(a) extending an initializing oligonucleotide along the polynucleotide, by ligating an oligonucleotide probe thereto to form an extended duplex;

(b) identifying one or more nucleotides of the polynucleotide; and

(c) repeating steps (a) and (b) until the sequence of nucleotides is determined.

In accordance with the claim, the step of ligating an oligonucleotide probe to an initializing oligonucleotide alternates with the step of identifying one or more nucleotides in the polynucleotide template. These alternating steps are repeated until the sequence of nucleotides in the polynucleotide is determined.

#### B.   The Prior Art

Nikiforov teaches a method of determining the identity of a single preselected site in a nucleic acid molecule (see e.g. column 1, lines 15-19). Specifically, this site is the site of a single nucleotide polymorphism (SNP); that is, the substitution of a single nucleotide in a gene sequence in some members of a species (see e.g. column 2, lines 34-43). Such substitutions are often characteristic of genetic disorders.

The SNP is identified, according to the method of Nikiforov, by hybridizing first and second oligonucleotides to the nucleic acid molecule, such that they are separated by one nucleotide, opposite the

2

ILL000698

SNP site (column 6, lines 13-20). The first and second oligonucleotides are then ligated, such that a deoxynucleoside triphosphate is incorporated at this site. Only a deoxynucleoside triphosphate complementary to the SNP nucleotide will be incorporated (column 6, lines 30-34), thus permitting identification of the SNP nucleotide.

The reference does not teach "repeating steps (a) and (b) until the sequence of nucleotides is determined", as recited in the present claim. Because the prior art method identifies only a single nucleotide, not a sequence of nucleotides, there would be no need for such repetition.

Since the reference does not disclose all of the elements set out above in claim 1, the claim cannot be anticipated by this reference under 35 U.S.C. §102(e). In view of this, the applicant respectfully requests the Examiner to withdraw the rejections under 35 U.S.C. §102(e).

III. <u>Rejections under 35 U.S.C. §102(b) / 103</u>

Claims 20, 21, and 26 were rejected under 35 U.S.C. §102(b) as being anticipated, or, alternatively, under 35 U.S.C. §103 as being obvious over, Pease *et al.* (*PNAS USA* 91:5022, 1994). These rejections are respectfully traversed for the following reasons.

A. <u>The Invention</u>

The applicant's invention, as embodied in claim 20, provides a kit for DNA sequence analysis, useful in the methods for identifying polynucleotide sequences described in the application. The kit includes one or more sets of oligonucleotide probes, where (i) each probe set contains at least 50 different-sequence, single-stranded oligonucleotides, (ii) the oligonucleotides have lengths up to 12 nucleotides, and (iii) in each set, the different-sequence, single-stranded oligonucleotides within that set have substantially the same free energy of duplex formation.

In the kits of claims 21 and 26, each probe set contains from 50 to 10,000 different different-sequence, single-stranded oligonucleotides. In the kit of claim 26, the oligonucleotides are 8 to 12 nucleotides in length, and, in each set, the different-sequence, single-stranded oligonucleotides within that set are from the same stringency class.

The benefits of using sets of probes having substantially the same free energy of duplex formation, or from the same stringency class, are described at page 16, lines 11-22 of the specification. As noted at page 9, first paragraph, the probes are preferably applied to the polynucleotide template as mixtures comprising oligonucleotides of all possible sequences of a given length. A single such mixture can be quite complex; for example, the full set of 8-mers includes over 65,000 oligonucleotides. In a single such mixture, individual probes may not be present at concentrations sufficient to drive hybridization at a reasonable rate, particularly for sequences having lower free energy of binding.

The complexity can be reduced by the use of degeneracy-reducing analogs and/or by diving the mixture

3

ILL000699

into groups. As described at page 16, lines 11-21, by employing groups of stringency classes, each set of oligonucleotide probes from a single stringency class may be separately combined with the target polynucleotide under conditions such that substantially only oligonucleotide probes complementary to the target polynucleotide form duplexes. That is, the stringency of the hybridization reaction can be tailored to the free energy of duplex formation of the stringency class being used, so that substantially only perfectly complementary oligonucleotide probes form duplexes.

B. The Prior Art

Pease *et al.* describe oligonucleotide arrays prepared on a substrate for use in hybridization-based sequence analysis (SBH, or sequencing by hybridization). In a first illustrative example, a "complete set of octanucleotide probes", that is, 65,536 probes, is used (page 5022, 1st column, last paragraph). The next column refers to a paper by Southern (reference 7) employing 256 octanucleotides. As the appended abstract shows, this set constituted a complete set of octapurine (A/T) sequences. The "matrix of 256 spatially defined oligonucleotide probes" described in the next paragraph of Pease *et al.* is a complete set of tetranucleotides, as stated in the caption to Fig. 4. Finally, the Discussion section (first paragraph, pages 5025-6) refers to the "complete set" of octanucleotides, the "entire set" of dodecamers, the "set of 1,048,576 dodecanucleotides", and ways of placing such a complete set on a single substrate. There is no teaching or suggestion to provide subsets of oligonucleotides having similar free energy of duplex formation.

The Examiner refers specifically to the example described at page 5024, column 1, fifth paragraph, commenting that "most of the oligonucleotides in an array can be efficiently used". However, as described in this paragraph and the preceding paragraph, this substrate contained a single oligonucleotide probe (3'-CGCATCCG), not an array, generated at selected regions of the substrate, which were activated for synthesis by illumination through a mask. Compare the following example, in which two different sequences (3'-CGCATCCG and 3'-CGCTTCCG) were "synthesized in 800 x 12800 μm stripes" (column 2, second full paragraph).

Thus, the reference describes preparation of probe matrices which contain either a single sequence, two different sequences, or a complete set of all possible sequences of a given length. There is no teaching or suggestion to employ subsets of oligonucleotides defined, by their free energy of duplex formation, as stringency classes, as in the present claims.

Since the reference does not disclose or suggest all of the elements set out above in claims 20 and 26 and present in claim 21, the claims cannot be anticipated, or rendered obvious, by this reference.

In view of this, the applicant respectfully requests the Examiner to withdraw the rejections under 35 U.S.C. §102(b)/103.

4

III. Conclusion

In view of the foregoing, the applicant submits that the claims now pending are now in condition for allowance. A Notice of Allowance is, therefore, respectfully requested.

If in the opinion of the Examiner a telephone conference would expedite the prosecution of the subject application, the Examiner is encouraged to call the undersigned at (650) 324-0880.

No further fees are believed necessary with this communication. However, the Commissioner is hereby authorized and requested to charge any deficiency in fees herein, or credit any overpayment, to Deposit Account No. 04-0531.

Respectfully submitted,

Date: 5-12-00

LeeAnn Gorthey
Registration No. 37,337

Correspondence Address:
Iota Pi Law Group
(formerly Dehlinger & Associates)
P.O. Box 60850
Palo Alto, CA 94306
Phone: (650) 324-0880
PAYOR NUMBER 22918

5

ILL000701



Appendix: Abstract of Southern *et al.*, reference 7 in cited reference Pease *et al.*

Analyzing and Comparing Nucleic Acid Sequences by Hybridization to Arrays of Oligonucleotides: Evaluation Using Experimental Models.

Southern EM, Maskos U, Elder JK
Department of Biochemistry, University of Oxford, United Kingdom
*Genomics* 13(4):1008-17 (Aug 1992)

An efficient method was developed for making **complete sets** of oligonucleotides of defined length, covalently attached to the surface of a glass plate, by synthesizing them in situ. A device carrying **all octapurine sequences** was used to explore factors affecting molecular hybridization of the tethered oligonucleotides, to develop computer-aided methods for analyzing the data, and to test the feasibility of using the method for sequence analysis. Further development is needed before the method can be used routinely, but our work shows that it has a number of potential advantages over gel-based methods: it should be easy to automate; the quality of the sequence results can be evaluated statistically; it provides a powerful way of comparing related sequences and detecting mutation; it can be applied to both DNA and RNA; and specific motifs can be incorporated into all sequences of the array to focus analysis on sequences of biological interest.
[emphasis added]

6

ILL000702

Att ey Docket No. 5525-0015.21

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with
sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for
Patents, Washington, D.C., 20231, on.

Date: 5-12-00                    By: LynneaB Anderson P. Webb

PATENT 6/2/00

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz          EXAMINER:    Lu, F.

SERIAL NO.: 09/280,270              ART UNIT:    1655

FILED:  March 29, 1999

FOR:  DNA SEQUENCING BY PARALLEL
    OLIGONUCLEOTIDE EXTENSIONS

---

### Declaration Under 37 CFR §1.821

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

    I, LeeAnn Gorthey, declare and affirm as follows:

    1.   I am an agent for the applicant.

    2..  The floppy disc of record in the parent application
contains the required sequence listing.

    3.   The sequence listing recorded on said disc matches the
sequence listing enclosed herewith.

    4.   The present submission contains no new matter relative to
the application as originally filed.

Respectfully submitted,

Date: 5-12-00

LeeAnn Gorthey
Registration No. 37,337

Correspondence Address:
Customer No. 22918
(650) 324-0880

ILL000703

Attorney Docket No. 5525-0015.21

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: 5-12-00

By: *Lynnea B. Anderson*

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz

SERIAL NO.: 09/280,270

FILED: March 29, 1999

FOR: DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

EXAMINER:    Lu, F.

ART UNIT:    1655

### Request to Use Computer-Readable Form of Sequence Listing from Parent Application

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    The paper copy of the Sequence Listing in the above-identified application is identical to the computer readable copy of the Sequence Listing filed in Application Ser. No. 08/424,663 filed April 17, 1995. In accordance with 37 CFR §1.821(e), please use the computer readable form from the parent as the computer readable form for the instant application. It is understood that the U.S. Patent and Trademark Office will make the necessary changes in application number and filing date for the computer readable form that will be used for the instant application. A paper copy of the Sequence Listing was included in a hand-delivered submission on May 23, 1997 and again submitted on December 18, 1997 for incorporation into the specification.

Respectfully submitted,

*LeeAnn Gorthey*

LeeAnn Gorthey
Registration No. 37,337

Date: 5-12-00

Correspondence Address:
Customer No. 22918
Phone: (650) 324-0880

SEQUENCE LISTING

(1) GENERAL INFORMATION:

   (i) APPLICANT: Macevicz, Stephen C

   (ii) TITLE OF INVENTION: DNA Sequencing by Parallel
       Oligonucleotide Extensions

  (iii) NUMBER OF SEQUENCES: 13

   (iv) CORRESPONDENCE ADDRESS:
      (A) ADDRESSEE: Dehlinger & Associates
      (B) STREET: 350 Cambridge Avenue, Suite 250
      (C) CITY: Palo Alto
      (D) STATE: CA
      (E) COUNTRY: USA
      (F) ZIP: 94306

   (v) COMPUTER READABLE FORM:
      (A) MEDIUM TYPE: Floppy disk
      (B) COMPUTER: IBM PC compatible
      (C) OPERATING SYSTEM: PC-DOS/MS-DOS
      (D) SOFTWARE: PatentIn Release #1.0, Version #1.25

   (vi) CURRENT APPLICATION DATA:
      (A) APPLICATION NUMBER: US 09/280,270
      (B) FILING DATE: 29-MAR-1999
      (C) CLASSIFICATION:

  (viii) ATTORNEY/AGENT INFORMATION:
      (A) NAME: Gorthey, LeeAnn
      (B) REGISTRATION NUMBER: 37,337
      (C) REFERENCE/DOCKET NUMBER: 5525-0015.21

   (ix) TELECOMMUNICATION INFORMATION:
      (A) TELEPHONE: (650) 324-0880
      (B) TELEFAX: (650) 324-0960

(2) INFORMATION FOR SEQ ID NO:1:

   (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 37 base pairs
      (B) TYPE: nucleic acid
      (C) STRANDEDNESS: single
      (D) TOPOLOGY: linear

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:

CCTCTCCCTT CCCTCTCCTC CCTCTCCCCT CTCCCTC              37

(2) INFORMATION FOR SEQ ID NO:2:

   (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 21 base pairs

```
                    (B) TYPE: nucleic acid
                    (C) STRANDEDNESS: single
                    (D) TOPOLOGY: linear

            (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:

      GAGGAGAGGG AAGGAGAGGA G                                    21

      (2) INFORMATION FOR SEQ ID NO:3:

            (i) SEQUENCE CHARACTERISTICS:
                    (A) LENGTH: 21 base pairs
                    (B) TYPE: nucleic acid
                    (C) STRANDEDNESS: single
                    (D) TOPOLOGY: linear

            (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:

      GGAGGAGAGG GAAGGAGAGG A                                    21

      (2) INFORMATION FOR SEQ ID NO:4:

            (i) SEQUENCE CHARACTERISTICS:
                    (A) LENGTH: 21 base pairs
                    (B) TYPE: nucleic acid
                    (C) STRANDEDNESS: single
                    (D) TOPOLOGY: linear

            (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:

      GGGAGGAGAG GGAAGGAGAG G                                    21

      (2) INFORMATION FOR SEQ ID NO:5:

            (i) SEQUENCE CHARACTERISTICS:
                    (A) LENGTH: 21 base pairs
                    (B) TYPE: nucleic acid
                    (C) STRANDEDNESS: single
                    (D) TOPOLOGY: linear

            (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:

      AGGGAGGAGA GGGAAGGAGA G                                    21

      (2) INFORMATION FOR SEQ ID NO:6:

            (i) SEQUENCE CHARACTERISTICS:
                    (A) LENGTH: 18 base pairs
                    (B) TYPE: nucleic acid
                    (C) STRANDEDNESS: single
                    (D) TOPOLOGY: linear

            (xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:

      GAGGGAGAGG GGAGAGGG                                        18

      (2) INFORMATION FOR SEQ ID NO:7:
```

B1
cont

31

ILL000706

```
        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 18 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:

    ACCGTCTCCG GGAGCTGC                                         18

    (2) INFORMATION FOR SEQ ID NO:8:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 21 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:

    CCTCTCCCTT CCCTCTCCTC C                                     21

    (2) INFORMATION FOR SEQ ID NO:9:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 45 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:

    CCGGGAGGGA GAGGGGAGAG GGAGGAGAGG GAAGGGAGAG GAGCT           45

    (2) INFORMATION FOR SEQ ID NO:10:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 18 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:

    CCCTCTCCCC TCTCCCTC                                         18

    (2) INFORMATION FOR SEQ ID NO:11:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 18 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:
```

B'

32

ILL000707

GCAGCTCCCG GAGACGGT                                                          18

(2) INFORMATION FOR SEQ ID NO:12:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 48 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:

TGAATTCGAG CTCCTCTCCT TCCCTCTCCT CCCTCTCCCC TCTCCCTC                         48

(2) INFORMATION FOR SEQ ID NO:13:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 7 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:

GCAGCTC                                                                      7

33

ILL000708

\ #/655

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with
sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for
Patents, Washington, D.C., 20231, on:

Date: __5-12-00__                    By: _Lynnea B Anderson_

Attorney Docket No.: 5525-0015.21
Applicant: Stephen C. Macevicz
Serial No.: 09/280,270
Filing Date: March 29, 1999
For: DNA SEQUENCING BY PARALLEL
OLIGONUCLEOTIDE EXTENSIONS

Assistant Commissioner for Patents
Washington, D.C. 20231

RECEIVED

MAY 19 2000

TECH CENTER 1600/2900

Sir:

1.    Transmitted herewith are the following:
      ☒    An Amendment Under 37 CFR §1.111
      ☒    A Petition for 1-Month Extension of Time
      ☒    A Request to Use Computer-Readable Form of Sequence Listing
           from Parent Application
      ☒    Sequence Listing printout
      ☒    Declaration under 37 CFR §1.821
      ☒    Information Disclosure Statement and Form 1449
      ☒    Check in the amount of $350.00

2.    Entity Status
      ☐    Small Entity Status (37 CFR §1.9 and §1.27) has been
           established by a previously submitted Small Entity
           Statement.

3.    Conditional Petition for Extension of Time:
      An Extension of Time is requested to provide for timely filing if
      necessary for timely filing of this transmittal and enclosures.

4.    Provisional Fee Authorization
      Please charge any underpayment in fees for timely filing of this
      transmittal and enclosures to Deposit Account No. 04-0531.

Respectfully submitted,

Date: _5-12-00_                    _LeeAnn Gorthey_
                                   LeeAnn Gorthey
                                   Registration No. 37,337

Correspondence Address:
Customer No. 22918
Phone: (650) 324-0880

ILL000709

Attorney Docket No. 5525-0015.21

*#9*
*B. Webb*
*6-2-00*

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: 5-12-00    By: *Lynnea B. Anderson*

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz

SERIAL No.: 09/280,270

FILED: March 29, 1999

FOR: DNA SEQUENCING BY PARALLEL
    OLIGONUCLEOTIDE EXTENSIONS

EXAMINER:   F. Lu

ART UNIT: 



---

## Information Disclosure Statement After First Office Action but Before Final Action or Notice of Allowance - 37 CFR 1.97(c)

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

1.    <u>Timing of Submission</u>

    The information transmitted herewith is being filed *after* three months of the filing date of this application or after the mailing date of the first Office action on the merits, whichever occurred last, but *before* the mailing date of either a final action under 37 CFR 1.113 or a Notice of Allowance under 37 CFR 1.311, whichever occurs first.

2.    <u>Cited Information</u>

    ☐   Copies of the following references are enclosed:

        ☐   All cited references
        ☐   References marked by asterisks
        ☐   The following: *

    ☒   Copies of the following references can be found in parent application Ser. No. 08/424,663:

        ☒   All cited references
        ☐   References marked by asterisks
        ☐   The following: *

05/18/2000 EHAMMOND 00000031 09280270

02 FC:126          240.00 OP



Attorney Docket No. 5525-0015.21

3. **Effect of Information Disclosure Statement (37 CFR 1.97(h)**

This Information Disclosure Statement is not to be construed as a representation that: (i) a search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

4. **Fee Payment (37 CFR 1.97(c)) or Certification (37 CFR 1.97(e))**

☒ Applicant elects to pay the fee under 37 CFR 1.17(p) [$240.00].

    ☒ Check enclosed for $240.00.
    ☐ Please charge the above fee(s) to Deposit Account No. 04-0531.

☐ Applicant submits that no fee is due in light of the following certification under 37 CFR 1.97(e) (check only one):

    ☐ In accordance with 37 CFR 1.97(e)(1), the undersigned hereby certifies that each item of information submitted herewith was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to this filing of this statement; or

    ☐ In accordance with 37 CFR 1.97(e)(2), the undersigned hereby certifies that no item of information submitted herewith was cited in a communication from a foreign patent office in a counterpart foreign application, or, to the knowledge of the person signing the certification after making reasonable inquiry, was known to any individual designated in 37 CFR 1.56(c), more than three months prior to the filing of this statement.

☒ Please charge any underpayment for timely filing of this paper to Deposit Account No. 04-0531.

Respectfully submitted,

Date: 5-12-00

Lee Ann Gorthey
Registration No. 37,337

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA 94306
Phone:(650)324-0880
PAYOR NUMBER: 22918

2

ILL000711



**INFORMATION DISCLOSURE CITATION**

Form PTO-1449 (Modified)

*(Use several sheets if necessary)*

| | ATTY. DOCKET | SERIAL NO. |
|---|---|---|
| | 5525-0015 | 09/280,270 |
| | FILING DATE | GROUP |
| | 03/29/99 | 1655 |

OIPE

MAY 1 6 2000

**U.S. PATENT DOCUMENTS**

| Examiner Initial | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|
| ZL | 5,114,839 | ~~05/19/92~~ 5/19/92 | Blocker | 435 | 6 | 1/11/1990 |
| | 5,013,830 | ~~05/12/90~~ 5-3-91 | ~~Inoue, et al~~ Ohtsuka | 536 | 27 | 3/12/1890 |
| | 5,002,867 | 03/26/91 | Macevicz | 435 | 6 | 10/24/1988 |
| | 5,367,066 | ~~03/24/95~~ 11-22-94 | ~~Horn and Urdea~~ Urdea, et al | 536 | 243 | 7/24/1991 |
| | 5,403,708 | ~~07/06/95~~ 4-4-95 | Brennan and Heyneker | 435 | 6 | 10/12/1992 |
| | 5,407,799 | ~~10/12/93~~ 4-18-95 | Studier | 435 | 6 | 7/6/1992 |
| ✓ | 5,503,980 | 04/02/96 | Cantor | 435 | 6 | 10/17/1994 |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| ZL | WO 91/12323 | 08/22/91 | PCT | | | | |
| | 0 549 107 A1 | 06/30/93 | EPO | | | | |
| ✓ | WO 95/20053 | 07/27/95 | PCT | | | | |

**OTHER ART** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | |
|---|---|
| ZL | Chretien *et al.*, "Multiplex Random Priming of Internal Restriction Fragments for DNA Sequencing," *DNA and Cell Biology.* 11: 337-343 (1992). |
| ZL | Hou *et al.*, "Fluorescence-Based DNA Sequencing with Hexamer Primers," *Nucleic Acids Research.* 21: 3331-3332 (1993). |

1

04/280,270

| | | Kaczorowski e__, "Assembly of 18-Nucleotide Primers by Li___on of Three Hexamers," Sequencing of __rge Genomes by Primer Walking," *Anal. Bioch__* __ 221: 127-135 (1994). |
| | | Kieleczawa *et al.*, "DNA Sequencing by Primer Walking with Strings of Contiguous Hexamers," *Science.* 258: 1787-1790 (1992). |
| | | Kotler *et al.*, "DNA Sequencing: Modular Primers Assembled from a Library of Hexamers or Pentamers," *Proc. Natl. Acad. Sci.* 90: 4241-4245 (1993). |
| | | Studier, "A Strategy for High-Volume Sequencing of Cosmid DNAs: Random and Directed Priming with a Library of Oligonucleotides," *Proc. Natl. Acad. Sci.* 86: 6917-6921 (1989). |
| | | Szybalski, "Proposal for Sequencing DNA Using Ligation of Hexamers to Generate Sequential Elongation Primers (SPEL-6)," *Gene.* 90: 177-178 (1990). |

| EXAMINER | | DATE CONSIDERED 8/1/2000 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

2

ILL000713



**UNITED STAT_J F _ARTMENT OF COMMERCE**
**Patent and Tradema~k Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/280,270 | 03/29/99 | MACEVICZ | |

| | EXAMINER |
|---|---|
| S | 5525-0015.21 |

| ART UNIT | PAPER NUMBER |
|---|---|
| | 10 |

022918
IOTA PI LAW GROUP                    HM22/0816
350 CAMBRIDGE AVENUE SUITE 250
P O BOX 60850
PALO ALTO CA 94306-0850

DATE MAILED:

1655

08/16/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)                                                    1- File Copy

| **Office Action Summary** | Application No. 09/280,270 | Applicant(s) Macevicz |
|---|---|---|
| | Examiner Frank Lu | Group Art Unit 1656 |

☒ Responsive to communication(s) filed on _May 16, 200_

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____3____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

    ☒ Claim(s) _1 and 20-31_ _____ is/are pending in the application.

        Of the above, claim(s) _____ is/are withdrawn from consideration.

    ☐ Claim(s) _____ is/are allowed.

    ☒ Claim(s) _1 and 20-31_ _____ is/are rejected.

    ☐ Claim(s) _____ is/are objected to.

    ☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

    ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

    ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

    ☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

    ☐ The specification is objected to by the Examiner.

    ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

    ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

        ☐ All ☐Some* ☐None   of the CERTIFIED copies of the priority documents have been

            ☐ received.

            ☐ received in Application No. (Series Code/Serial Number) _____.

            ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

        *Certified copies not received: _____

    ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

    ☒ Notice of References Cited, PTO-892

    ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___9___

    ☐ Interview Summary, PTO-413

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

*— SEE OFFICE ACTION ON THE FOLLOWING PAGES —*

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)          **Office Action Summary**          Part of Paper No. ___10___

ILL000715

Application/Control Number: 09/280,270                                    Page 2

Art Unit: 1655

## DETAILED ACTION

### *Drawings*

1.     The drawings remain objected to for reasons as stated on FORM PTO-948 (Rev. 8-98)

which was attached to Paper NO: 5.  Applicant is required to submit a proposed drawing

correction in reply to this Office action.  However, formal correction of the noted defect can be

deferred until the application is allowed by the examiner.

### *Claim Rejections - 35 USC § 112*

2.     The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and
> distinctly claiming the subject matter which the applicant regards as his invention

3.     Claims 20-31 are  rejected under 35 U.S.C. 112, second paragraph, as being indefinite for

failing to particularly point out and distinctly claim the subject matter which applicant regards as

the invention.

       Claims 20-25 are rejected as vague and indefinite over the phrase " substantially the same

free energy of duplex formation" in claim 20 because it is unclear what means  "substantially the

same free energy of duplex formation".  For example, does  "substantially the same free energy of

duplex formation" mean that the different-sequence, single-stranded oligonucleotide with the

length from 3 nucleotides to 30 nucleotides (see claim 25) have the same free energy of duplex

ILL000716

Application/Control Number: 09/280,270                                            Page 3

Art Unit: 1655

formation or does "substantially the same free energy of duplex formation" mean something else?

This rejection can be overcome by clarifying the meaning of "substantially the same free energy of

duplex formation".

4.        Claims 26-31 are rejected as vague and indefinite over the phrase " the same stringency

class" in claim 26 because it is unclear what means "the same stringency class".  For example,

does "the same stringency class" mean that any kind of nucleotides with the length of 8-12 base

pair is from the same stringency class or "the same stringency class" means something else? This

rejection can be overcome by clarifying the meaning of "the same stringency class".

### Claim Rejections - 35 USC § 102

5.        Upon review of applicants' amendments and remarks,  the rejection in the first office

action  under 35 U. S. C 102(e ) has been withdrawn by the examiner.

### Claim Rejections - 35 USC § 102/103

6.        The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or
> on sale in this country, more than one year prior to the date of application for patent in the United States.

7.        The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

Application/Control Number: 09/280,270                                    Page 4

Art Unit: 1655

(a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

8.      Claims 20, 21, 26, 28, and 29 are rejected under 35 U.S.C. 102(b) as anticipated by or, in

the alternative, under 35 U.S.C. 103(a) as obvious over Pease *et al.*, (Proc. Natl. Acad. Sci. USA,

91, 5022-5026, 1994).

        Pease *et al.*, teach light-generated oligonucleotide arrays for rapid DNA sequence analysis.

In this study, 256 single-stranded, different octanucleotides which have different annealing

temperatures were immobilized on a microchip. The hybridization pattern of fluorescently labeled

oligonucleotide target was then detected by epifluorescence microscope  (page 5022, abstract).

This prior meets the limitation of the claim.

        In the alterative, an assay for oligonucleotide array is performed in a single hybridization

temperature so that the most of oligonucleotides in an array can be efficiently used (page 5026,

Figure 5). Note that,  in the second paragraph of page 16 of the specification, the applicant states

"probes whose perfectly matched duplexes with complementary sequences have similar stability or

free energy of binding. Such subsets of oligonucleotide probes having similar duplex stability are

referred to herein as "stringency class" of oligonucleotide probe".  It is unclear how many percent

of base match can be considered as  "perfectly matched " and what kind of oligonucleotide probes

can be considered as "having similar duplex stability".  For example, (1) in claim 20, the

oligonucleotides have length up to 12 nucleotides while in claim 25, an initializing oligonucleotide

has a length of from 20 to 30 nucleotides, do the different-sequence, single-stranded

ILL000718

Application/Control Number: 09/280,270                                                    Page 5

Art Unit: 1655

oligonucleotide with the length from 3 nucleotides to 30 nucleotides have the same free energy of

duplex formation? (2) is any kind of nucleotides with the length of 8-12 base pair from "the same

stringency class"?  Without clearly defining the meaning of "perfectly matched " and "similar

duplex stability" in the specification, the phrase "substantially the same free energy of duplex

formation" which encompasses claims 20 and 21 and " the same stringency class" which

encompasses claims 26, 28, and 29  will be considered as vague and indefinite.  Therefore, the

examiner will considered that 256 single-stranded, different octanucleotides immobilized on a

microchip (see the reference from Pease *et al.*) have or suggest "substantially the same free energy

of duplex formation" and are from  or suggest  "the same stringency class".  Therefore, in the

absence of convincing evidence to the contrary the claimed invention as whole is considered prima

facie obvious, if not anticipated by the prior art of record. . The rejection will remain.

*Response to Arguments*

    Applicant's arguments " there is no teaching or suggestion to employ subsets of

oligonucleotides defined, by their free energy of duplex formation, as stringency classes, as in the

present claims" filed on 5/16/2000 on Paper No: 7  have been fully considered but they are not

persuasive to withdraw the rejection.  The examiner noticed that, in the second paragraph of page

16 of the specification, the applicant states "probes whose perfectly matched duplexes with

complementary sequences have similar stability or free energy of binding.  Such subsets of

oligonucleotide probes having similar duplex stability are referred to herein as "stringency class"

of oligonucleotide probe".  It is unclear how many percent of base match can be considered as

ILL000719

Application/Control Number: 09/280,270                                      Page 6

Art Unit: 1655

"perfectly matched " and what kind of oligonucleotide probes can be considered as "having

similar duplex stability". For example, (1) in claim 20, the oligonucleotides have length up to 12

nucleotides while in claim 25, an initializing oligonucleotide has a length of from 20 to 30

nucleotides, do the different-sequence, single-stranded oligonucleotide with the length from 3

nucleotides to 30 nucleotides have the same free energy of duplex formation? (2) is any kind of

nucleotides with the length of 8-12 base pair from "the same stringency class"? Without clearly

defining the meaning of "perfectly matched " and "similar duplex stability" in the specification,

the phrase "substantially the same free energy of duplex formation" and " the same stringency

class" will be considered as vague and indefinite. Therefore, the examiner will considered that

256 single-stranded, different octanucleotides immobilized on a microchip (see the reference from

Pease *et al.*) have or suggest "substantially the same free energy of duplex formation" and are

from or suggest "the same stringency class". The rejection will remain.

### *Double Patenting*

9.      The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.
Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686
F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA
1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CAR 1.321(c) may be used to
overcome an actual or provisional rejection based on a nonstatutory double patenting ground
provided the conflicting application or patent is shown to be commonly owned with this
application. See 37 CAR 1.130(b).

Application/Control Number: 09/280,270                                    Page 7

Art Unit: 1655

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CAR 3.73(b).

10.     Claim 1 is rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claim 1 of U.S. Patent No. 5,750,341. Although the conflicting claims are not identical, they are not patentably distinct from each other because both claim 1 in this instant application and claim 1 of U.S. Patent No. 5,750,341 are directed to a method for identifying a sequence of nucleotides in a polynucleotide. Note that claim 1 in this instant application is much broader and has less method steps than claim 1 of U.S. Patent No. 5,750,341.

### Conclusion

11.     No claim is allowed.

12.     Papers related to this application may be submitted to Group 1600 by facsimile transmission. Papers should be faxed to Group 1600 via the PTO Fax Center located in Crystal Mall 1. The faxing of such papers must conform with the notices published in the Official Gazette, 1096 OG 30 (November 15, 1988), 1156 OG 61 (November 16, 1993), and 1157 OG 94 (December 28, 1993)(See 37 CAR § 1.6(d)). The CM Fax Center number is either (703) 308-4242 or (703)305-3014.

Application/Control Number: 09/280,270                                    Page 8

Art Unit: 1655

    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Frank Lu, Ph.D., whose telephone number is (703) 305-1270.  The

examiner can normally be reached on Monday-Friday from 9 A.M. to 5 P.M.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

W. Gary Jones, can be reached on (703) 308-1152.

    Any inquiry of a general nature or relating to the status of this application should be

directed to the Chemical Matrix receptionist whose telephone number is (703) 308-0196.


Frank Lu
August 14, 2000


                                    BRADLEY L. SISSON
                                    PRIMARY EXAMINER
                                    GROUP 1800 / 1655

                                    8/14/00

| | | | | |
|---|---|---|---|---|
| *Notice of References Cited* | **Application No.** 09/280,270 | **Applicant(s)** Macevicz | | |
| | **Examiner** Frank Lu | **Group Art Unit** 1655 | **Page 1 of 1** | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| X | A | 5,750,341 | 5/12/1998 | Macevicz | 435 | 6 |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| X | U | Pease et al., Light-generated oligonucleotide arrays for rapid DNA sequence analysis. Proc. Natl. Acad. Sci. USA 91, 3022-5026, 1994. | 5/1994 |
| | V | Stratagene catalog (1994), page 109. Published by Stratagene Cloning Systems, 11011 North Torrey Pines Road, La Jolla, CA 92037. | 1994 |
| | W | | |
| | X | | |

* A copy of this reference is not being furnished with this Office action
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)              Notice of References Cited              Part of Paper No. **10**

ILL000723

*Amdt*
*11/C*
*Lueda*

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: ___11/16/00___                    By: ___Deborah Brockmeier___ 11/29/00

DOCKET NO.: 5525-0015.21

**RECEIVED**

NOV 24 2000

TECH CENTER 1600/2900

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

Stephen C. Macevicz

SERIAL NO.: 09/280,270

FILED:    March 29, 1999

FOR:    DNA Sequencing by Parallel
Oligonucleotide Extensions

EXAMINER:  Frank Lu

ART UNIT:  1655

*(stamp: NOV 2 0 2000 PATENT & TRADEMARK OFFICE)*

Amendment under 37 CFR §1.111

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Office action mailed August 16, 2000 in the above-identified application, please amend the application as indicated below.

In the Claims:

Please amend claims 20-22, 24, 27, 28 and 30, cancel claims 26 and 31, and add claim 32, as follows:

20. (Amended)  A kit for DNA sequence analysis, the kit comprising one or more sets of oligonucleotide probes wherein

(i) each probe set contains at least 50 different-sequence, single-stranded oligonucleotide[s] probes,

(ii) the oligonucleotide[s] probes have lengths up to 12 nucleotides,

(iii) each probe set is a subset of a mixture comprising oligonucleotides of all possible sequences of a selected length, and

(iv) [(iii)] in each set, the different-sequence, single-stranded oligonucleotides] the probes within [that] each probe set [have substantially the same free energy of duplex formation] are from the same stringency class,

wherein a stringency class is determined by (a) ordering a set of oligonucleotides of all possible

*C*

ILL000724

sequences of a given length according to the free energy of binding of each oligonucleotide to its complement, and (b) selecting a subset of consecutive oligonucleotides within the ordered set.

21. (Amended) The kit of claim 20 wherein each probe set contains from 50 to 10,000 different-sequence, single-stranded oligonucleotide[s] probes.

22. (Amended) The kit of claim 20 wherein for at least one said probe set, the different-sequence, single stranded oligonucleotide[s] probes in that set have annealing temperatures whose maximum and minimum values differ from each other by no more than 1°C.

--32. The kit of claim 20, wherein the oligonucleotide probes are 8 to 12 nucleotides in length.--

24. (Amended) The kit of claim 23 wherein [said different-sequence, single-stranded] the oligonucleotide[s] probes have lengths of 8, 9, or 12 nucleotides.

27. (Amended) The kit of claim [26] 21, further including one or more initializing oligonucleotides and one or more solid phase supports having templates attached thereto, the templates each comprising a target polynucleotide having a binding region capable of forming a perfectly matched duplex with one or more of the initializing oligonucleotides.

28. (Amended) The kit of claim [26] 21, wherein each probe set contains 50 to 500 different-sequence, single-stranded oligonucleotide[s] probes.

30. (Amended) The kit of claim 29 wherein at least one selected range of annealing temperatures spans [defines] a 1°C interval.

**In the Drawings:**

Enclosed are copies of formal drawings submitted in parent application 08/424,663, now U.S. Patent No. 5,750,341. Margins are corrected and characters clarified, as required in Form PTO 948, dated 7/6/99.

**REMARKS**

Reconsideration of the rejections set forth in the Office action mailed August 16, 2000 is respectfully requested. Claims 1 and 20-31 are currently under examination. By the present amendment, claims 26 and 31 are cancelled, and new claim 32 is added.

34

ILL000725

I.   Amendments

Claim 20 has been amended to recite that each oligonucleotide probe set is a subset of a mixture comprising oligonucleotides of all possible sequences of a selected length. Support is found, for example, at page 9, lines 1-2, which states that "Preferably, the oligonucleotide probes are applied to templates as mixtures comprising oligonucleotides of all possible sequences of a predetermined length", and at page 16, lines 11-12, which states that these probes "may be grouped into mixtures, or subsets" having similar duplex stability.

The amendment also replaces the language "have substantially the same free energy of duplex formation" with "are from the same stringency class". Support is found at page 16, lines 14-16. The description of how a stringency class is determined finds support in the specification at page 17, line 32 to page 8, line 37.

New claim 32 finds support in original claim 26.

In several claims (20-22, 24, and 28), "oligonucleotides" is amended to "oligonucleotide probes" for clarity. Dependency has been changed in claims 27-28, in view of the cancellation of claim 26. The apparently redundant term "defines" has been deleted from claim 30.

No new matter is added by any of the amendments.

II.   Drawings

Enclosed are copies of the formal drawings submitted in parent application 08/424,663, now U.S. Patent No. 5,750,341. Margins are corrected and characters clarified, as required in Form PTO 948, dated 7/6/99. Formal drawings in the present case will be submitted upon allowance.

III.   Rejections under 35 U.S.C. §112, Second Paragraph

Claims 20-31 were rejected under 35 U.S.C. §112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. This rejection is respectfully traversed for the following reasons.

Clarification of Terms

The applicants wish to point out, firstly, that the Examiner has misconstrued the length range of the claimed oligonucleotide probes. The Examiner refers to this length range as "from 3 nucleotides to 30 nucleotides", with a reference to claim 25, at several points in the Office Action (page 2, last line; page 5, first line, and page 6, lines 4-5). This is in error. The length of the oligonucleotide probes, as recited in claims 20 and 26, is "up to 12 nucleotides" or "8 to 12 nucleotides", respectively. Claim 25, on the other hand, recites the further element of an initializing oligonucleotide, which is 20 to 30 nucleotides long. That the oligonucleotide probes and the initializing oligonucleotide are separate elements is clear from

3

ILL000726

Fig. 1 and the related description at page 6, line 23 to page 7, line 5. The probes are designated by reference numbers 30 and 31 (page 6, lines 29, 36), while the initializing oligonucleotides are designated by reference symbols $i_1...i_n$ (page 6, lines 25, 29, 31, 33, 35; page 7, lines 2 and 4).

The applicants also point out that a "perfectly matched duplex", which the Examiner considers unclear, is defined in the specification at page 5, lines 18-24.

Specific Objections

The Examiner specifically objected to the claim phrases "substantially the same free energy of duplex formation" (claim 20) and "the same stringency class" (claim 26).

Claim 20 has been amended to replace the language "have substantially the same free energy of duplex formation" with "are from the same stringency class". The amended claim recites that a stringency class is determined by "(a) ordering a set of oligonucleotides of all possible sequences of a given length according to the free energy of binding of each oligonucleotide to its complement, and (b) selecting a subset of consecutive oligonucleotides within this ordered set." This process is described in the paragraph bridging pages 17-18 of the specification, with reference to algorithms that may be used for such ordering, and is illustrated on page 18 for the set of all 6-mers. While the illustration points to stringency classes of ten consecutive oligonucleotides, stringency classes may contain up to several thousand oligonucleotides, as stated at lines 42-43.

The test for definiteness is whether those skilled in the art would understand the bounds of the claim when read in light of the specification (e.g., *Miles Laboratories, Inc. v. Shandon Inc.*, 997 F2d 870, 27 USPQ2d 1123 (Fed. Cir. 1993), *cert. denied*, 510 U.S. 1100 (1994)). The amended claim, and the specification, clearly define how a "stringency class" is determined. One of skill in the art would be able to determine whether a given subset of oligonucleotides falls within this definition, e.g., by ordering the full set of oligonucleotides of that length according to duplex stability, as described in the specification, and comparing the ordered list to the given set of oligonucleotides.

In view of the foregoing, the applicants submit that the claims, as amended, comply with the requirements of 35 U.S.C. §112, second paragraph.

IV. Rejections under 35 U.S.C. §102(b) / 103(a)

Claims 20, 21, 26, 28 and 29 were rejected under 35 U.S.C. §102(b) as being anticipated, or, alternatively, under 35 U.S.C. §103(a) as being obvious over, Pease *et al.* (*PNAS USA* 91:5022, 1994). These rejections are respectfully traversed for the following reasons.

A. The Invention

The applicant's invention, as embodied in claim 20, provides a kit for DNA sequence analysis, useful in the polynucleotide sequencing methods described in the application. The kit includes one or more sets

4

ILL000727

of oligonucleotide probes, where (i) each probe set contains at least 50 different-sequence, single-stranded oligonucleotides, (ii) the oligonucleotides have lengths up to 12 nucleotides, (iii) each probe set is a subset of a mixture comprising oligonucleotides of all possible sequences of a selected length, and (iv) in each set, the different-sequence, single-stranded oligonucleotides within that set are from the same stringency class.

The benefits of using sets of probes from the same stringency class are described at page 16, lines 11-22 of the specification. As noted at page 9, first paragraph, the probes are preferably applied to the polynucleotide template as mixtures comprising oligonucleotides of all possible sequences of a given length. Such a mixture can be quite complex; for example, the full set of 8-mers includes over 65,000 oligonucleotides. In such a mixture, individual probes may not be present at concentrations sufficient to drive hybridization at a reasonable rate, particularly for sequences having lower free energy of binding.

This problem can be addressed by employing groups of stringency classes. As described at page 16, lines 11-21, each set of oligonucleotide probes from a single stringency class may be separately combined with the target polynucleotide under conditions such that substantially only oligonucleotide probes complementary to the target polynucleotide form duplexes. That is, the stringency of the hybridization reaction can be tailored to the free energy of duplex formation of the stringency class being used, so that substantially only perfectly complementary oligonucleotide probes form duplexes. This reduces the possibility of mismatches and errors in sorting or sequencing.

B. The Prior Art

Pease *et al.* was discussed in the response filed May 12, 2000. Briefly, this reference describes preparation of probe matrices which contain either (i) a single sequence, (ii) two different sequences, or (iii) a complete set of all possible sequences of a given length. The first two instances clearly do not show or suggest the probe sets of the invention, each of which contains at least 50 different-sequence oligonucleotides.

The third instance, in which all possible sequences are present, does not suggest a subset of probe oligonucleotides, belonging to a single stringency class, as defined above. Nor is there any suggestion or motivation in the reference to provide subsets of oligonucleotides from a single stringency class. The advantages of using such subsets in the applicants' disclosed sequencing methods, also discussed above, would not be provided by a set of all possible sequences.

In view of the above, the applicant respectfully requests the Examiner to withdraw the rejections under 35 U.S.C. §102(b)/103.

V. Conclusion

In view of the foregoing, the applicant submits that the claims now pending are now in condition for

5

allowance.  A Notice of Allowance is, therefore, respectfully requested.

If in the opinion of the Examiner a telephone conference would expedite the prosecution of the subject application, the Examiner is encouraged to call the undersigned at (650) 324-0880.

No fees are believed necessary with this communication.  However, the Commissioner is hereby authorized and requested to charge any deficiency in fees herein, or credit any overpayment, to Deposit Account No. 04-0531.

Respectfully submitted,

Date: 11- 16 - 00

LeeAnn Gorthey
Registration No. 37,337

Correspondence Address:
Iota Pi Law Group
(formerly Dehlinger & Associates)
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880   838-4438
PAYOR NUMBER 22918

6

ILL000729

GP 1655

I hereby certify that this correspondance is being deposited with the U.S. Postal Service with
sufficient postage as First Class Mail in an envelope addressed to:  Assistant Commissioner for
Patents, Washington, D.C., 20231, on:

Date: 11 /16/00                                    By: _Deborah Brockmeyer_

Attorney Docket No.:  5525-0015.21
        Applicant:  Stephen C. Macevicz
       Serial No.:  09/280,270
      Filing Date:  March 29, 1999
             For:  DNA SEQUENCING BY PARALLEL
                    OLIGONUCLEOTIDE EXTENSIONS

RECEIVED

NOV 24 2000

TECH CENTER 1600/2900

Assistant Commissioner for Patents
Box:  Non-fee Amendment
Washington, D.C.  20231

Sir:

1.    Transmitted herewith are the following:
      ☒    An Amendment Under 37 CFR §1.111

2.    Entity Status
      ☐    Small Entity Status (37 CFR §1.9 and §1.27) has been
           established by a previously submitted Small Entity
           Statement.

3.    Conditional Petition for Extension of Time:
      An Extension of Time is requested to provide for timely filing _if
      necessary_ for timely filing of this transmittal and enclosures.

4.    Provisional Fee Authorization
      Please charge any underpayment in fees for timely filing of this
      transmittal and enclosures to Deposit Account No. 04-0531.

                                    Respectfully submitted,

Date: 11-16-00                      LeeAnn Gorthey
                                    Registration No. 37,337

Correspondence Address:
Iota Pi Law Group
Phone: (650) 324-0880
Customer No. 22918
        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

ILL000730



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
          Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/280,270 | 03/29/99 | MACEVICZ | S | 5525-0015.21 |

```
  022918                    HM12/0110
  IOTA PI LAW GROUP
  350 CAMBRIDGE AVENUE SUITE 250
  P O BOX 60850
  PALO ALTO CA 94306-0850
```

| EXAMINER | |
|---|---|
| LU, F | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1655 | 12 |

DATE MAILED:    01/10/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

1- File Copy

ILL000731

| *Office Action Summary* | Application No.<br>09/280,270 | Applicant(s)<br>Macevicz | |
| | Examiner<br>Frank Lu | Group Art Unit<br>1655 | |

☒ Responsive to communication(s) filed on *Nov 20, 2000* .

☒ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___ 3 ___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1, 20-25, 27-30, and 32* is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *1, 20-25, 27-30, and 32* is/are rejected.

☒ Claim(s) *22-25 and 30* is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved. ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____ .

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

*--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---*

U.S. Patent and Trademark Office<br>PTO-326 (Rev. 9-95) | Office Action Summary | Part of Paper No. __10__

ILL000732

Application/Control Number: 09/280,270                                           Page 2

Art Unit: 1655

## DETAILED ACTION

### *Drawings*

1.      Formal drawings submitted on November 11, 2000 have been approved by the office.

### *Claim Rejections - 35 U.S.C. § 112*

2.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

3.      Claims 20-25, 27-30, and 32 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.  Note that claims 21-25, 27-30, and 32 are dependent on claim 20.

4.      The term "subset" in claim 20 is a relative term which renders the claim indefinite.  The term "subset" is not defined by the claim, the specification does not provide a standard for ascertaining the requisite degree, and one of ordinary skill in the art would not be reasonably apprised of the scope of the invention.

### *Claim Rejections - 35 USC § 103*

5.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

ILL000733

Application/Control Number: 09/280,270                                    Page 3

Art Unit: 1655

(a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

6.      Claims 20, 21, 27-29, and 32 are rejected under 35 U.S.C. 103(a) as being unpatentable over Pease *et al.*, (Proc. Natl. Acad. Sci. USA, 91, 5022-5026, 1994) in view of the Stratagene Catalog (1994, page 109).

        Pease *et al.*, teach light-generated oligonucleotide arrays for rapid DNA sequence analysis. In this study, 256 single-stranded, different octanucleotides which had different annealing temperatures were immobilized on a microchip. The hybridization pattern of fluorescently labeled oligonucleotide target was then detected by epifluorescence microscope (page 5022, abstract). An assay for oligonucleotide array was performed in a single hybridization temperature so that the most of oligonucleotides in an array could be efficiently used (page 5026, Figure 5).

        Note that, in page 4, fourth paragraph of applicant's remarks, the applicant stated that "a stringency class is determined by '(a) ordering a set of oligonucleotides of all possible sequences of a given length according to the free energy of binding of each oligonucleotide to its complement, and (b) selecting a subset of consecutive oligonucleotides within this ordered set' " Based on this definition, the examiner will considered that 256 single-stranded, different octanucleotides immobilized on a microchip (see the reference from Pease *et al.*) have or suggest "the same free energy of binding " and are from or suggest "the same stringency class" as described in claims 20, 21, 27-29, and 32.

        Pease *et al.*, do not disclose a kit.

Application/Control Number: 09/280,270                                          Page 4

Art Unit: 1655

Stratagene catalog (1994, page 109) discloses DNA sequencing kits. The advantage of kit format is utilized not only assemble a variety of different reagents together but ensure the quality and compatibility of the reagents.

Therefore, in the absence of an unexpected result, it would have been *prima facie* obvious to one having ordinary skill in the art at the time the invention was made to have organized components in the method of Pease *et al.,* into a kit as suggested by Stratagene catalog (1994, page 109) because the method for rapid DNA sequencing analysis using light-generated oligonucleotide arrays was conventional at that time the inventions were made as cited in the reference. One having ordinary skill in the art would have been motivated to assemble reagents of the method described by Pease *et al.,* into a kit in order to obtain the above discussed advantage, thus resulting in instant kit described in claims 20, 21, 27-29, and 32. One having ordinary skill in the art at the time the invention was made would have been a reasonable expectation of success to combine these prior art together because all of these prior art are known and are easy to use.

### Response to Arguments

In page 5, fifth paragraph of applicant's remarks, applicant's argued that: (1) the prior art did not "suggest a subset of probe oligonucleotides, belonging to a single stringency class"; and (2) "Nor is there no any suggestion or motivation in the reference to provide subsets of oligonucleotides from a single stringency". These arguments have been fully considered but they are not persuasive to withdraw the rejection. The examiner noticed that, in page 4, fourth

ILL000735

Application/Control Number: 09/280,270                                    Page 5

Art Unit: 1655

paragraph of applicant's remarks, the applicant stated that "a stringency class is determined by

'(a) ordering a set of oligonucleotides of all possible sequences of a given length according to the

free energy of binding of each oligonucleotide to its complement, and (b) selecting a subset of

consecutive oligonucleotides within this ordered set' ".  However, it is still unclear what kind of

oligonucleotide probes can be considered as "the same stringency class".  For example, is any set

of oligonucleotides of all possible sequences with the length of 8-12 base pair from "the same

stringency class"?  Since Pease *et al.*, taught a microchip immobilized 256 single-stranded,

different octanucleotides wherein these oligonucleotides had different annealing temperatures and

could be performed a hybridization assay in a single hybridization temperature, for the

examination purpose,  the examiner will considered that 256 single-stranded, different

octanucleotides immobilized on a microchip (see the reference from Pease *et al.*) have or suggest

"the same free energy of binding " and are from or suggest "the same stringency class".  The

rejection will remain.


### *Double Patenting*

7.       The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.
Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686
F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA
1970),and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
         A timely filed terminal disclaimer in compliance with 37 CAR 1.321(c) may be used to
overcome an actual or provisional rejection based on a nonstatutory double patenting ground
provided the conflicting application or patent is shown to be commonly owned with this
application. See 37 CAR 1.130(b).

ILL000736

Application/Control Number: 09/280,270                                      Page 6

Art Unit: 1655

     Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CAR 3.73(b).

8.    Claim 1 remains rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claim 1 of U.S. Patent No. 5,750,341. Although the conflicting claims are not identical, they are not patentably distinct from each other because both claim 1 in this instant application and claim 1 of U.S. Patent No. 5,750,341 are directed to a method for identifying a sequence of nucleotides in a polynucleotide. Note that claim 1 in this instant application is much broader and has less method steps than claim 1 of U.S. Patent No. 5,750,341. Note that applicant did not address this issue.

*Conclusion*

9.    Rejections found in the prior office action yet not restated herein above have been withdrawn.

10.    Claim 22-25 and 30 are objected to as being dependent upon a rejected base claim, but would be allowable if applicant can overcome 112 rejection and rewrite these claims in independent form including all of the limitations of the base claim.

11.    Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL.** See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

     A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO

ILL000737

Application/Control Number: 09/280,270                                    Page 7

Art Unit: 1655

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1 136(a) will be calculated from the mailing date of the advisory action.  In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

12.    No claim is allowed.

13.    Papers related to this application may be submitted to Group 1600 by facsimile

transmission.  Papers should be faxed to Group 1600 via the PTO Fax Center located in Crystal

Mall 1.  The faxing of such papers must conform with the notices published in the Official

Gazette, 1096 OG 30 (November 15, 1988), 1156 OG 61 (November 16, 1993), and 1157 OG 94

(December 28, 1993)(See 37 CAR § 1 6(d)).  The CM Fax Center number is either (703) 308-

4242 or (703)305-3014.

       Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Frank Lu, Ph.D., whose telephone number is (703) 305-1270.  The

examiner can normally be reached on Monday-Friday from 9 A.M. to 5 P.M.

       If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

W. Gary Jones, can be reached on (703) 308-1152.

ILL000738

Application/Control Number: 09/280,270                                    Page 8

Art Unit: 1655

      Any inquiry of a general nature or relating to the status of this application should be

directed to the Chemical Matrix receptionist whose telephone number is (703) 308-0196.

Frank Lu
January 7, 2001

Ethan Whisenant, Ph. D.
Primary Examiner (FSA)

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as
First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: _____4/5/01_____       By: _Deborah Brockmeyer_

DOCKET NO.: 5525-0015.21

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz          EXAMINER:  Frank Lu

SERIAL NO.: 09/280,270               ART UNIT:  1655

FILED:   March 29, 1999

FOR:    **DNA Sequencing by Parallel
        Oligonucleotide Extensions**

### Amendment under 37 CFR §1.116

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

    In response to the Office action mailed January 10, 2001 in the above-identified application, please
amend the application as indicated below.  Enclosed herewith are a Terminal Disclaimer under 37 CFR
§1.321(b) and (c), a Notice of Appeal, and a check for $420 ($110 Disclaimer fee and $310 Appeal fee).

In the Claims:

    Please replace claims 21 and 22 with the rewritten claims below, and cancel claims 20, 26, 29, 30
and 32.  Also enclosed, starting on a separate page following this response, is a marked copy of the
presently amended claims showing all changes relative to the previous version.

    21. (Twice Amended)  A kit for DNA sequence analysis, the kit comprising one or more sets of
oligonucleotide probes, wherein

        (i) each probe set contains at least 50 different-sequence, single-stranded oligonucleotide probes,

        (ii) the oligonucleotide probes of a set have a selected length of up to 12 nucleotides, and

        (iii) for at least one said probe set, the different-sequence, single stranded oligonucleotide probes in
that set have annealing temperatures whose maximum and minimum values differ from each other by no
more than 1°C.

35

ILL000740

31. (Twice Amended) The kit of claim 22, wherein each probe set contains from 50 to 10,000 different different-sequence, single-stranded oligonucleotide probes.

## REMARKS

Reconsideration of the rejections set forth in the Office action mailed January 10, 2001 is respectfully requested. Claims 1, 21-25, and 27-28 are currently pending. By the present amendment, claims 20, 29, 30 and 32 are cancelled.

### I.   Amendments

Claim 22 has been redrafted in independent form, incorporating the preamble and limitations (i) and (ii) of parent claim 20.

Claim 22 recites that the probes of a set "have a selected length" and "have annealing temperatures whose maximum and minimum values differ from each other by no more than 1°C." Because limitations (iii) and (iv) of parent claim 20 are redundant to, or broader than, these limitations, they have not been included in claim 22.

Claim 21 is amended to depend from claim 22. No new matter is added by any of the amendments.

In accordance with 37 CFR §1.116, the amendments either cancel claims or adopt the suggestions of the Examiner. The applicants therefore request that the amendments be entered and the claims passed to allowance.

### II.   Rejections under 35 U.S.C. §112, Second Paragraph

Claims 20-25, 27-30 and 32 were rejected under 35 U.S.C. §112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

The Examiner objected to the term "subset" in claim 20. The claim recited that "each probe set is a subset of a mixture comprising oligonucleotides of all possible sequences of a selected length".

The applicants do not feel that the term "subset" is indefinite, since it is a well known term, meaning some portion of a whole set, the whole set in this case being "oligonucleotides of all possible sequences of a selected length". Nonetheless, the term "subset" is no longer employed in amended claim 22. As noted above, amended claim 22 recites, more precisely, that the different-sequence probes of a set have a selected length and "have annealing temperatures whose maximum and minimum values differ from each other by no more than 1°C."

In view of the foregoing, the applicants submit that the claims, as amended, comply with the require-

ILL000741

ments of 35 U.S.C. §112, second paragraph, and request that the Examiner withdraw the rejections under this section.

### III. Rejections under 35 U.S.C. §102(b) / 103(a)

Claims 20, 21, 26, 28 and 29 were rejected under 35 U.S.C. §102(b) as being anticipated, or, alternatively, under 35 U.S.C. §103(a) as being obvious over, Pease *et al.* (*PNAS USA* 91:5022, 1994).

Claims 22-25 and 30 were held to be allowable if rewritten to include all the limitations of the base claim (20).

As stated above, claim 22 has been redrafted in independent form, incorporating the non-redundant limitations of parent claim 20. Claims 20, 26, 29 and 30 have been cancelled, and claims 21-25, 27 and 28 depend, either directly or indirectly, from claim 22.

As discussed in the previous response, Pease *et al.* describes probe matrices which contain either a single sequence, two different sequences, or a complete set of all possible sequences of a given length. As implicitly acknowledged by the Examiner in his allowance of claim 22, the reference does not show or suggest a probe set of different-sequence, single stranded oligonucleotide probes having annealing temperatures whose maximum and minimum values differ from each other by no more than 1°C.

In view of the above, the applicant respectfully requests the Examiner to withdraw the rejections under 35 U.S.C. §102(b)/103.

### IV. Obviousness-Type Double Patenting Rejection

Claim 1 was provisionally rejected under the judicially created doctrine of obviousness-type double patenting as being directed to an invention not patentably distinct from claim 1 of commonly assigned U.S. Patent No. 5,750,341.

A Terminal Disclaimer prepared in accordance with 37 CFR §1.321(b) and (c) is enclosed. The signed Terminal Disclaimer will obviate the above obviousness-type double patenting rejection.

### V. Conclusion

In view of the foregoing, the applicant submits that the claims now pending are now in condition for allowance. A Notice of Allowance is, therefore, respectfully requested.

If in the opinion of the Examiner a telephone conference would expedite the prosecution of the subject application, the Examiner is encouraged to call the undersigned at (650) 324-0880.

No further fees are believed necessary with this communication. However, the Commissioner is hereby authorized and requested to charge any deficiency in fees herein, or credit any overpayment, to Deposit Account No. 04-0531.

3

Respectfully submitted,

Date: 4-5-01

*LeeAnn Gorthey*

LeeAnn Gorthey
Registration No. 37,337

Correspondence Address:
Iota Pi Law Group
(formerly Dehlinger & Associates)
P.O. Box 60850
Palo Alto, CA 94306
Phone: (650) 324-0880
PAYOR NUMBER 22918

4

D

ILL000743

09/280,270
Claims as amended April 5, 2001
Atty. Docket No. 5525-0015.21

22. (Twice Amended) [The kit of claim 20] A kit for DNA sequence analysis, the kit comprising
one or more sets of oligonucleotide probes, wherein

(i) each probe set contains at least 50 different-sequence, single-stranded oligonucleotide probes,

(ii) the oligonucleotide probes of a set have a selected length of up to 12 nucleotides, and

(iii) [wherein,] for at least one said probe set, the different-sequence, single stranded oligonucleotide
probes in that set have annealing temperatures whose maximum and minimum values differ from each
other by no more than 1°C.

21. (Twice Amended) The kit of claim [20] 22, wherein each probe set contains from 50 to 10,000
different different-sequence, single-stranded oligonucleotide probes.

5

ILL000744

Att... oy Docket No. 5525-0015.21

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to:  Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: 4/5/01                              By: _Deborah Brockmeyer_

**PATENT**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| IN RE APPLICATION OF: | |
| Stephen C. Macevicz | EXAMINER:  Lu, Frank |
| SERIAL NO.: 09/280,270 | ART UNIT:  1655 |
| FILED:  March 29, 1999 | |
| FOR:  DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS | |

RECEIVED
APR 1 0 2001
TECH CENTER 1600/2900

### Notice of Appeal

Box AF
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Applicant hereby appeals from the decision of the Examiner dated January 10, 2001, rejecting claims 1, 20-25, 27-30, and 32.

The items checked below are appropriate:

☒    **Fee for Notice of Appeal (37 CFR §1.17(b))**

    ☒    Other than Small Entity:      $310.00

☒    **Conditional Petition for Extension of Time**

Applicant petitions for an Extension of Time if necessary for timely filing of this Notice of Appeal.

☒    **Fee Payment**

    ☒    Check enclosed for $420.00 including the fee noted above.

04/10/2001 STEFFERA 00000004 09280270
01 FC:119              310.00 OP

Attorney Docket No. 5525-0015.21

Please charge any underpayment for timely filing of
this paper to Deposit Account No. 04-0531.

Respectfully submitted,

Date: 4-5-01

LeeAnn Gorthey
Registration No. 37,337

RECEIVED
APR 1 0 2001
TECH CENTER 1600/2900

Correspondence Address:
Customer No. 22918
Phone: (650) 324-0880

ILL000746

RECEIVED    AF 5AU 165

APR 1 0 2001

TECH CENTER 1600/2900

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date:___4/5/01___                                    By:___Delora L Brockmeyer___

Attorney Docket No.: S525-0015.21
Applicant: Stephen C. Macevicz
Serial No.: 09/280,270
Filing Date: March 29, 1999
For: DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

Box AF
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

1.  Transmitted herewith are the following:
    ☒  An Amendment Under 37 CFR §1.116 (After Final)
    ☒  A Notice of Appeal
    ☒  A Terminal Disclaimer
    ☒  Check in the amount of $420.00 covering terminal disclaimer fee ($110) and appeal fee ($310).

2.  Conditional Petition for Extension of Time:
    An Extension of Time is requested to provide for timely filing if necessary for timely filing of this transmittal and enclosures.

3.  Provisional Fee Authorization
    Please charge any underpayment in fees for timely filing of this transmittal and enclosures to Deposit Account No. 04-0531.

Respectfully submitted,

Date: 4-5-01

LeeAnn Gorthey
Registration No. 37,337

Correspondence Address:
Customer No. 22918
Phone: (650) 324-0880

| Interview Summary | Application No. 08/280,270 | | Applicant(s) Macevicz | |
| | Examiner Frank Lu | | Group Art Unit 1666 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Frank Lu_                           (3) _____

(2) _Ms. LeeAnn Gorthey_                 (4) _____

Date of Interview _____ _Apr 26, 2001_ _____

Type: a)☐ Telephonic    b)☐ Video Conference
      c)☒ Personal (copy is given to 1)☒ applicant 2)☐ applicant's representative)

Exhibit shown or demonstration conducted: d)☐ Yes    e)☒ No. If yes, brief description:

_____

_____

Claim(s) discussed: _None_

Identification of prior art discussed:
_None_

_____

Agreement with respect to the claims  f)☐ was reached.  g)☐ was not reached.  h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_Mr. Lu informed Ms. Gorthey that the amendment after the final rejection would be entered._

_____

_____

_____

_____

_____

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached. Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

    i)☒  It is not necessary for applicant to provide a separate record of the substance of the interview (if box is checked).

Unless the paragraph above has been checked, THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP section 713.04). If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. See Summary of Record of Interview requirements on reverse side or on attached

Examiner Note:  You must sign this form unless it is
an Attachment to a signed Office action.

U. S. Patent and Trademark Office
PTO-413 (Rev. 03-98)                    Interview Summary                    Part of Paper No. 15

ILL000748

I hereby certify that this correspondence is being transmitted via first class mail in an
envelope addressed to the Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: _4/5/01_                                    By: _Debra H. Brockmeyer_

Attorney Docket No. 5525-0015.21                                       PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz              EXAMINER:    Frank Lu

SERIAL NO.: 09/280,270               ART UNIT:   1655

FILED:  March 29, 1999

FOR:  DNA SEQUENCING BY PARALLEL
      OLIGONUCLEOTIDE EXTENSIONS

RECEIVED
APR 1 0 2001
TECH CENTER 1600/2900

#
16

### Terminal Disclaimer

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Lynx Therapeutics, Inc., Assignee of

    ☒     the entire right, title and interest

in the above-identified patent application by virtue of 1) an Assignment
by the inventor to Lynx recorded in the USPTO at Reel/Frame 7635/0916 on
Sepptember 15, 1995, 2) assignment by Lynx to Spectragen, Inc. recorded
at Reel/Frame 7777/0020 on January 18, 1996, and 3) merger of
Spectragen, Inc. into Lynx Therapeutics, Inc. on October 23, 1996
recorded in the U.S. Patent and Trademark Office at Reel 8605, Frame
0332 on June 10, 1997, hereby disclaims, except as provided below, the
terminal part of the statutory term of any patent granted on the instant
application which would extend beyond the expiration date of the full
statutory term defined in 35 USC §154 to §156 and §173, as presently
shortened by any terminal disclaimer, of U.S. Patent No. 5,750,341,
issued May 12, 1998.

    The owner hereby agrees that any patent so granted on the instant
application shall be enforceable only for and during such period that it
and the above-listed patent are commonly owned.  This agreement runs
with any patent granted on the instant application and is binding upon
the grantee, its successors or assigns.

    In making the above disclaimer, the owner does not disclaim the
terminal part of any patent granted on the instant application that
would extend to the expiration date of the full statutory term as
defined in 35 USC §154 to §156 and §173 of the above-listed patent, as

04/10/2001 STEFFERM 00000005 09280270

01 FC:148          110.00 OP

Attorney Doc et No. 5525-0015.21

presently shortened by any terminal disclaimer, in the event that said patent later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR §1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

1.  Authority of Undersigned

    The undersigned is an attorney or agent of record.

2.  Fee Payment

    ☒   Enclosed is a check in the amount of $420.00 which
        includes the Terminal Disclaimer fee under 37 CFR
        1.20 of: ☒ Large entity ($110.00)

                                    Respectfully submitted,

Date: 4-5-01

                                    LeeAnn Gorthey
                                    Registration No. 37,337

Correspondence Address:
Phone: (650) 324-0880   838-8403
Customer No. 22918

2

ILL000750

| *Notice of Allowability* | Application No. 09/280,270 | Appl. :(s) | Macavioz |
|---|---|---|---|
| | Examiner Frank Lu | Art Unit 1665 | |

**--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒  This communication is responsive to _4/5/2001_

2. ☒  The allowed claim(s) is/are _1, 21-25, 27, and 28_

3. ☒  The drawings filed on _Nov 11, 2000_ are acceptable as formal drawings.

4. ☐  Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a) ☐ All    b)☐ Some*    c)☐ None  of the:

    1. ☐  Certified copies of the priority documents have been received.

    2. ☐  Certified copies of the priority documents have been received in Application No. _____.

    3. ☐  Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

5. ☐  Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has **THREE MONTHS FROM THE "MAILING DATE"** of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS, OR A SUBSTITUTE OATH OR DECLARATION. This three-month period** for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).

6. ☐  Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐  Applicant MUST submit NEW FORMAL DRAWINGS

    (a) ☐  including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached

        1) ☐  hereto  or  2) ☐  to Paper No. _____ .

    (b) ☐  including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.

    (c) ☐  including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. _____ .

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐  Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

| 1 ☐ Notice of References Cited (PTO-892) | 2 ☐ Notice of Informal Patent Application (PTO-152) |
|---|---|
| 3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 4 ☒ Interview Summary (PTO-413), Paper No. _15_ |
| 5 ☐ Information Disclosure Statement(s) (PTO-1449), Paper No(s). _____ | 6 ☐ Examiner's Amendment/Comment |
| 7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8 ☒ Examiner's Statement of Reasons for Allowance |
| 9 ☐ Other | |

U. S. Patent and Trademark Office
PTO-37 (Rev. 04-01)

Application/Control Number: 09/280,270                                      Page 2

Art Unit: 1655

## REASONS FOR ALLOWANCE

1.    The following is an examiner's statement of reasons for allowance

Claims 1, 21-25, 27, and 28 are allowable in light of the applicant's amendment and a
terminal disclaimer of US Patent No. 5,750,34 filed on April 5, 2001 therein. The closest prior art
in the record are Pease *et al.*, ( Proc. Natl. Acad. Sci. USA, 91, 5022-5026, 1994), Stratagene
Catalog (1994, page 109), and Macevicz (US Patent No. 5,750,341, filed on April 17, 1995)
These prior art do not teach a kit for DNA sequence analysis comprising one or more sets of
oligonucleotide wherein each probe set contains at least 50 different-sequence, single-stranded
oligonucleotide probes and for at least one said probe set, the different-sequence, single stranded
oligonucleotide probes in that set have annealing temperatures whose maximum and minimum
values differ from each other by no more than 1 $^{\circ}$C. These prior art either alone or in combination
with the other art in the record does not teach or reasonably suggest a kit for DNA sequence
analysis which comprises all of the limitations recited in claims 22.    The rejection of obviousness-
type double patenting on claim 1 has been overcome since applicant has filed a terminal disclaimer
of US Patent No. 5,750,34.

Any comments considered necessary by applicant must be submitted no later than the
payment of the issue fee and, to avoid processing delays, should preferably accompany the issue
fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for
Allowance."

ILL000752

Application/Control Number: 09/280,270                                          Page 3

Art Unit: 1655

2.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Frank Lu whose telephone number is (703) -305-1270.

Frank Lu
May 3, 2001

Ethan Whisenant, Ph.D.
Primary Examiner (FSA)



**UNITED STA... .S DEPARTMENT OF COMMERCE**
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

022918                    HM32/0507
IOTA PI LAW GROUP
350 CAMBRIDGE AVENUE SUITE 250
P O BOX 60850
PALO ALTO CA 94306-0850

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/280,270 | 03/29/99 | 008 | L.U. F | 1655 | 05/07/01 |

| First Named Applicant | NACEVICZ, | | '35 USC 154(b) term ext. n | 0 Days. | |

TITLE OF INVENTION  DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | 5525-0015.31 | 435-006.000 | P95 | UTILITY | NO | $1240.00 | 08/07/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**
I. Review the SMALL ENTITY status shown above.
  If the SMALL ENTITY is shown as YES, verify your        If the SMALL ENTITY is shown as NO:
  current SMALL ENTITY status:

  A. If the status is changed, pay twice the amount of the    A. Pay FEE DUE shown above, or
     FEE DUE shown above and notify the Patent and
     Trademark Office of the change in status, or
  B. If the status is the same, pay the FEE DUE shown       B. File verified statement of Small Entity Status before, or with,
     above.                                                    payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
    ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
    should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
    B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
    Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.**
**PATENT AND TRADEMARK OFFICE COPY**
PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

ILL000754

bc

PART I   ISSUE FEE TRANSMITTAL

...plete and mail ... with ap... able fees, to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

...ING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 ...gh 4 should be completed ... All further correspondence including the Issue Fee ...ipt, the Patent, advance ... of maintenance fees will be mailed to the current ...spondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) ...lying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for ...tenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

ENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

```
022918                              HM32/0507
IOTA PI LAW GROUP
350 CAMBRIDGE AVENUE SUITE 250
P O BOX 60850
PALO ALTO CA 94306-0850
```

Certificate of Mailing

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee Address above on the date indicated below.

Lynnea B. Anderson                    (Depositor's name)

_Lynnea B. Anderson_                  (Signature)

August 1, 2001                        (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|---|
| 09/280,270 | 03/29/99 | 008 | LU, F | 1655 | 05/07/01 |

...st Named ...licant    MACEVICZ    35 USC 154(b) term ext. =    0 Days.

...le of ...ntion    DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 5525-0015.21 | 435-006.000 | F95 | UTILITY | NO | $1240.00 | 08/07/01 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Stephen C. Macevicz

2  Vincent M. Powers

3  LeeAnn Gorthey

ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY & STATE OR COUNTRY)    Lynx Therapeutics, Inc.
Hayward, California, U.S.A.

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual    ☒ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☐ Issue Fee
☐ Advanced Order - # of Copies

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER _____
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advanced Order - # of Copies    13

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)  _LeeAnn Gorthey_          (Date)  7-31-01

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231.

08/07/2001 MHERENE 00000107 500665    09280270
01 FC:142    1240.00 CH
02 FC:581    39.00 CH

**TRANSMIT THIS FORM WITH FEE**

XL-858 (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

SUBJECT: DECISION ON TERMINAL DISCLAIMERS IN FORMAL FORM

DATE: _5-1-01_                    APPL. S.N.: _09/280,270_

TO EXAMINER: _F. Lu_              ART UNIT: _1655_

**ROSE MONTGOMERY   ROOM 11E18**   MAILROOM DATE _4-9-01_

AFTER FINAL YES _✓_ NO _____ NUMBER OF T.D(S). FILED _1_

**INSTRUCTIONS:** I have reviewed the submitted T.D. with the results as set forth below. If you agree, please use the appropriate form paragraphs identified by this informal memo in your next office action to notify applicant about the T.D. If you disagree with my analysis or have questions at all about the acceptability of the T.D., please see me or our Special Program Examiner. THIS MEMO IS AN INFORMAL, INTERNAL MEMO ONLY. IT MUST NOT BE MAILED TO APPLICANT, NOR SHOULD A COPY BE IN LEFT IN FILE.

[✓] The T.D. is PROPER and has been recorded. (See 14.23).

[ ] The T.D. is NOT PROPER and has not been accepted for the reason(s) checked below. (See 14.24).

[ ] The recording fee of $_____ has not been submitted nor is there any pre authorization in the application file to charge to a deposit account. (See 14.25.07)

[ ] Application Examiner has not processed T.D. fee. (See fee authorization).

[ ] The T.D. does not satisfy Rule 321(b)(3) in that the person who has signed the T.D. has not stated his/her interest (and/or the extent of the interest of the business entity represented by the signature) in the application/patent. (See 14.26 and 14.26.01).

[ ] The T.D. lacks the enforceable only during the common ownership clause needed to overcome a double patenting rejection, Rule 321(c). (See 14.27, 14.27.01).

[ ] It is directed to a particular claim(s), which is not acceptable since "the disclaimer must be of a terminal portion of the term of the entire patent to be granted". MPEP 1490. (See 14.26, 14.26.02).

[ ] The person who signed the terminal disclaimer:
   [ ] has failed to state his/her capacity to sign for the business entity. (See 14.28).
   [ ] is not recognized as an officer of the assignee. (See 14.29 and possibly 14.29.01).

[ ] No documentary evidence of a chain of title from the original inventor(s) to assignee has been submitted, nor is the real and frame specified as to where such evidence is recorded in the office. 37 CFR 3.73(b). (See 1140 O.G. 72). NOTE: This documentary evidence or the specifying of the real and frame may be found in the T.D. or in a separate paper submitted by assignee. (See 14.30).

[ ] No "statement" specifying that the evidentiary documents have been reviewed and that, to the best of the assignee's knowledge and belief title is in the assignee seeking to take action. 37 CFR 3.73(b). (See 1140 O.G. 72) (See 14.31).

[ ] The T.D. is not signed. (See 14.26, 14.26.3), or 14.26.03 if TD is not signed by all the owners.

[ ] Attorney not of record in estb/dock, or a separate paper filed appointing a new or associate attorney. (See 14.29.01).

[ ] The serial number of the application (or the number of the patent) which forms the basis for the double patenting is missing or incorrect. (See 14.22).

[ ] The serial number of this application (or the number of the patent in reexam or reissue case(s) being disclaimed is missing or incorrect. (See 14.55, 14.26.04 or 14.26.66).

[ ] The period disclaimed is incorrect or not specified. (See 14.27, 14.27.2 or 14.27.3) (For Samples 14.27.04 and 14.27.05)

[ ] Other: _____
_____
_____

[ ] Suggestion to request refund of $ _____ . (See 14.25, 14.26).

[ ] **EXAMINER NOTE: IF APPLICATION IS IN CONDITION FOR ALLOWANCE ANY OF THE ABOVE INFORMALITIES MAY BE FAXED IN TO THIS GROUP**

**FOR SAMPLE TERMINAL DISCLAIMERS AND CERTIFICATES:**

[ ] Sample of a TD over a pending application and assignee Certificate (See 14.37).
[ ] Sample of a TD over a prior patent and assignee Certificate (See 14.36).
[ ] Sample Assignee Certificate under 37 CFR 3.73 (b) (See 14.39)

ILL000756

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective November 10, 1998

Application or Docket Number

### CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE ☐ RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 380.00 | OR | | 760.00 |
| TOTAL CLAIMS | 19 minus 20= | * | X$ 9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | 4 minus 3 = | * 1 | X39= | | OR | X78= | 78 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +130= | | OR | +260= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | | | TOTAL | 838 |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 11/98)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
☆ U.S. GPO:1998-454-472/90201

ILL000757