1  KEVIN M. FLOWERS (admitted *pro hac vice*)
   THOMAS I. ROSS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   GREGORY E. STANTON (CA Bar No. 203495)
3  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
4  MARSHALL, GERSTEIN & BORUN LLP
   6300 Sears Tower
5  233 South Wacker Drive
   Chicago, Illinois 60606-6357
6  (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
7  E-Mail: kflowers@marshallip.com
   E-Mail: tross@marshallip.com
8  E-Mail: jdean@marshallip.com
   E-Mail: gstanton@marshallip.com
9  E-Mail: jlabbe@marshallip.com
   E-Mail: cpendleton@marshallip.com
10

11 Counsel for Defendant/Counterclaim Plaintiff
   SOLEXA, INC.
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>       Plaintiff,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>       Defendants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br>Courtroom 9, 19th Floor<br><br>**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF REPLY CLAIM CONSTRUCTION BRIEF OF COUNTERCLAIM PLAINTIFF SOLEXA, INC.**<br><br>Tutorial:   January 30, 2008<br>Time:       1:30 P.M.<br><br>Hearing:   February 13, 2008<br>Time:       1:30 P.M. |

I, John R. Labbé, declare:

1. I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted *pro hac vice* to practice before this Court in this case.

2. The statements in this Declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

3. Exhibit 1 hereto is a true and correct copy of an article authored by Celeste Yanisch-Perron *et al.*, entitled "Improved M13 Phage Cloning Vectors and Host Strains: Nucleotide Sequences of the M13mp18 and pUC19 Vectors," published in 1985 in Volume 33 of the journal *Gene*, at pages 103 through 119.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 25, 2008        /s/ John R. Labbé
                               John R. Labbé

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF REPLY CLAIM CONSTRUCTION BRIEF OF COUNTERCLAIM PLAINTIFF SOLEXA, INC.; CASE NO: 07-CV-02845 WHA**

-1-