IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION – APPLIED
BIOSYSTEMS GROUP, a Delaware
corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation,
SOLEA, INC., a Delaware corporation, and
STEPHEN C. MACEVICZ, an individual,

    Defendants.
                                   /

No. C 07-02845 WHA

**REQUEST FOR INPUT
RE ORAL ARGUMENT**

Now that the claim construction motion has been fully briefed, one question is whether to rule on the papers or to hold oral argument. In making this call, the Court invites input from counsel on whether oral argument would be beneficial, most particularly on whether a lawyer with less than five years of experience (including any clerkship) will argue the motion. The Court is concerned that junior attorneys are being denied the argument opportunities that they deserve and are ready to perform. In the Court's experience, such lawyers have performed exceedingly well and assigning them the chief role on a motion they have briefed, even in "high stakes" litigation, is to be encouraged, even if it cannot be required. Please respond by **NOON ON FEBRUARY 6, 2008,** in two pages or less. Please do not use this as an opportunity to add additional points on the merits.

Dated: January 28, 2008.

                                                           /s/
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE