BRYAN WILSON (CA BAR NO. 138842)
DARA TABESH (CA BAR 230434)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: DTabesh@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF REGARDING PATENT FILE HISTORIES<br><br>Judge:   William H. Alsup |

1   IT IS HEREBY ORDERED that the file histories for United States Patent Nos. 5,750,941
2   and 6,306,597 be accepted into the record in the above-captioned matter.
3   Dated: __January 28, 2008.__                    _____
4                                                   WILLIAM H. ALSUP
                                                    United States District Judge

*[IT IS SO ORDERED — Judge William Alsup — United States District Court, Northern District of California]*

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF REGARDING PATENT FILE HISTORIES      1
Case No.  C07 02845 WHA
pa-1222526