1  BRYAN WILSON (CA BAR NO. 138842)
   DARA TABESH (CA BAR 230434)
2  ERIC C. PAI (CA BAR NO. 247604)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: 650.813.5600
   Facsimile: 650.494.0792
5
   Counsel for Plaintiff and Counterclaim Defendant
6  APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

7  KEVIN M. FLOWERS (admitted *pro hac vice*)
   THOMAS I. ROSS (admitted *pro hac vice*)
8  JEFFREY H. DEAN (admitted *pro hac vice*)
   GREGORY E. STANTON (CA Bar No. 203495)
9  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
10 MARSHALL, GERSTEIN & BORUN LLP
   6300 Sears Tower
11 233 South Wacker Drive
   Chicago, Illinois 60606-6357
12 (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
13
   Counsel for Defendant and Counterclaim Plaintiff
14 SOLEXA, INC.

15

16                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
17                        SAN FRANCISCO DIVISION

18  _____
                                          )   Case No. 07-CV-02845 WHA
19  APPLERA CORPORATION—APPLIED           )
    BIOSYSTEMS GROUP, a Delaware          )   **JOINT REQUEST AND [PROPOSED]**
20  corporation,                          )   **ORDER REGARDING**
                                          )   **COURTROOM EQUIPMENT FOR**
21               Plaintiff,               )   **CLAIM-CONSTRUCTION**
                                          )   **TUTORIAL ON JANUARY 30, 2008**
22       - vs. -                          )
                                          )   Tutorial:    January 30, 2008
23                                        )   Time:        1:30 P.M.
    ILLUMINA, INC., a Delaware corporation,)  Courtroom:   9, 19th Floor
24  SOLEXA, INC., a Delaware corporation, )   Judge:       William H. Alsup
    and STEPHEN C. MACEVICZ, an           )
25  individual,                           )
                                          )
26               Defendants.              )
    _____)

27

28

---

Plaintiff and Counterclaim Defendant Applera Corporation – Applied Biosystems Group ("AB") and Defendant and Counterclaim Plaintiff Solexa, Inc. ("Solexa") hereby jointly request permission to bring into Courtroom 9 on January 30, 2008, the following equipment necessary for the Claim-Construction Tutorial before Judge William H. Alsup scheduled for 1:30 P.M. on that day:

1. By AB's counsel:
    a) Up to four laptop computers with optional computer mice and portable hard drive(s);
    b) One tech table setup;
    c) One projection screen with stand;
    d) One backup projection screen of smaller size;
    e) One digital projector;
    f) One switch box; and
    g) Various extension cords, audio and/or video cables, and power strips.
2. By Solexa's counsel:
    a) Up to four laptop computers with optional computer mice and portable hard drive(s);
    b) Two audio speakers with stands for amplifying the sound from a laptop computer; and
    c) Various extension cords, audio and/or video cables, and power strips.

Counsel for AB will make the projector screen, digital projector, and switch box available for shared use by counsel for Solexa. The parties request that if counsel for AB becomes unable to bring any of these items, then counsel for Solexa be authorized to bring such item instead.

DATED: January 28, 2008     MORRISON & FOERSTER LLP

By:   /s/ Eric Pai
     Eric Pai
     Counsel for Plaintiff and Counterclaim Defendant
     APPLERA CORPORATION – APPLIED
     BIOSYSTEMS GROUP

MARSHALL, GERSTEIN & BORUN LLP

By:   /s/ John R. Labbé
     John R. Labbé
     Counsel for Defendant and Counterclaim Plaintiff
     SOLEXA, INC.

I, John R. Labbé, am the ECF User whose ID and password are being used to file this JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR CLAIM-CONSTRUCTION TUTORIAL ON JANUARY 30, 2008. In compliance with General Order 45, X.B, I hereby attest that Eric Pai has concurred in this filing.

Date: January 28, 2008          /s/ John R. Labbé

### ORDER

The parties' request for permission to bring the equipment described above into Courtroom 9 on January 30, 2008, is hereby GRANTED.

**IT IS SO ORDERED.**

**Dated:** January 28, 2008

**HONORABLE WILLIAM H. ALSUP**
**UNITED STATES DISTRICT JUDGE**