BRYAN WILSON (CA BAR NO. 138842)
DARA TABESH (CA BAR NO. 230434)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:  650.813.5600
Facsimile:  650.494.0792
E-Mail:  BWilson@mofo.com
E-Mail:  DTabesh@mofo.com
E-Mail:  EPai@mofo.com

DAVID C. DOYLE (CA BAR NO. 70690)
STEVEN E. COMER (CA BAR NO. 154384)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone:  858.720.5100
Facsimile:  858.720.5125
E-Mail:  DDoyle@mofo.com
E-Mail:  SComer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF REQUESTING CASE MANAGEMENT CONFERENCE REGARDING OWNERSHIP CLAIMS FOLLOWING JANUARY 30, 2008 TUTORIAL**<br><br>Date: January 30, 2008<br>Time:  1:30 p.m.<br>Place: Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

1  IT IS HEREBY ORDERED that Plaintiff's Motion for Administrative Relief Requesting a Case Management Conference is GRANTED. A case management conference shall be held on January 30, 2008, at 1:30 p.m. following the tutorial in the same case.

Dated: _____

_____
WILLIAM H. ALSUP
United States District Judge