BRYAN WILSON (CA BAR NO. 138842)
DARA TABESH (CA BAR NO. 230434)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: DTabesh@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA BAR NO. 70690)
STEVEN E. COMER (CA BAR NO. 154384)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**DECLARATION OF DAVID C. DOYLE IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF REQUESTING CASE MANAGEMENT CONFERENCE FOLLOWING JANUARY 30, 2008 TUTORIAL**<br><br>Date: January 30, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

I, David C. Doyle, declare as follows:

1. I am a member of the bar of the State of California and am a partner with the law firm of Morrison & Foerster LLP, which represents Plaintiff Applera Corporation – Applied Biosystems Group ("AB") in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them.

2. Attached hereto as Exhibits A-D are true and correct copies of correspondence between counsel for AB and counsel for Defendants regarding the scheduling of depositions.

3. On Thursday, January 24, 2008, AB received Defendants' motion for summary judgment seeking to bar AB's ownership claims based on the statute of limitations.

4. On Friday, January 25, 2008, I called Defendants' counsel, John R. Labbé. I informed Mr. Labbé that AB would file a motion seeking a case management conference following the January 30, 2008 technology tutorial to discuss AB's proposed expedited discovery plan and cross motion for summary judgment on the ownership issue.

5. Mr. Labbé said that Defendants did not object to a case management conference following the tutorial, but Defendants would not agree to a revised schedule that changed the currently scheduled February 28, 2008 hearing date for Defendants' summary judgment motion. Accordingly, a stipulation for an expedited discovery plan could not be reached.

Dated: January 28, 2008                     MORRISON & FOERSTER LLP


                                            By:   /s/ David C. Doyle
                                                  David C. Doyle
                                                  Email: DDoyle@mofo.com
                                                  Attorneys for Plaintiff
                                                  APPLERA CORPORATION—
                                                  APPLIED BIOSYSTEMS GROUP