# Exhibit A

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

January 16, 2008

Writer's Direct Contact
650.813.5603
Telefacsimile: 650.251.3907
BWilson@mofo.com

By E-Mail and U.S. Mail

John Labbe
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL  60606-6357

Re:   *Applera Corporation - Applied Biosystems Group v. Illumina, Inc., et al.*

Dear John:

Please let us know which AB witnesses you would like to depose, along with an idea of your preferred dates, so we can reserve dates as appropriate and be sure to keep the case moving forward.

Sincerely,

Bryan Wilson