# Exhibit B

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

January 18, 2008

Writer's Direct Contact
650.813.5603
Telefacsimile: 650.251.3907
BWilson@mofo.com

By Email and Telefacsimile

John Labbe
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357

Re:   *Applera Corporation - Applied Biosystems Group v. Illumina, Inc., et al.*

Dear John:

We have spoken with Vince Powers. He is willing to be deposed, but would like representation and does not want to incur attorneys' fees. Since Mr. Powers has worked for both AB and Dr. Macevicz, we propose that AB and Illumina agree to reimburse him for reasonable attorneys' fees and costs in connection with this deposition, on a 50/50 basis. Of course, Mr. Powers would select his own counsel and neither AB nor Illumina would have any control over the representation. Please let us know whether Illumina agrees to make this offer to Mr. Powers.

Sincerely,

Bryan Wilson

pa-1221437