# Exhibit D

**MORRISON | FOERSTER**

12531 HIGH BLUFF DRIVE
SUITE 100
SAN DIEGO, CALIFORNIA
92130-2040

TELEPHONE: 858.720.5100
FACSIMILE: 858.720.5125

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

January 25, 2008

Writer's Direct Contact
858.720.5139
DDoyle@mofo.com

**VIA FACSIMILE & U.S. MAIL** – 312 474-0448

John R. Labbe, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357

Re:   *Applera Corp. v. Illumina, Inc.*

Dear John:

Per our telephone conversation this afternoon, I write to confirm that Morrison & Foerster LLP will accept deposition subpoenas for both Mike Hunkapiller and Paul Grossman. I also confirm that Mr. Hunkapiller is available for deposition on February 21, 2008, at the Morrison & Foerster office in Palo Alto. And, Paul Grossman is available for deposition on February 22, 2008 also at the Morrison & Foerster Palo Alto office.

In addition, I write to confirm that we will be filing an ex parte request next Monday, January 28, 2008, asking that Judge Alsup conduct a status conference regarding Illumina's statute of limitations summary judgment motion filed yesterday. In the ex parte request Applera will ask that Illumina's motion be rescheduled to allow time for completing discovery on the patent ownership issues and filing a cross-motion for summary judgment by Applera. Applera will also request that resolution of the patent ownership issues be expedited.

Sincerely,

*David C. Doyle*

David C. Doyle

sd-409550