AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP,

Vs.

ILLUMINA, INC., et al.

**APPEARANCE**

Case Number: 07-CV-02845 WHA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP.

I certify that I am admitted to practice in this court.

January 29, 2008
Date

Brian M Kramer
Signature

Brian M. Kramer — 212107
Print Name — Bar Number

Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
Address

San Diego — CA — 92130
City — State — Zip Code

(858) 720-5100 — (858) 720-5125
Phone Number — Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com