IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation, SOLEA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,

    Defendants.

No. C 07-02845 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    An abbreviated case management conference will be held following the tutorial scheduled for **JANUARY 30, 2008, AT 1:30PM**, to discuss plaintiff's motion for administrative relief regarding ownership of the patent in dispute.

Dated: January 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE