IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED
BIOSYSTEMS GROUP, a Delaware
corporation,

Plaintiff,

v.

ILLUMINA, INC., a Delaware corporation,
SOLEA INC., a Delaware corporation, and
STEPHEN C. MACEVICZ, an individual

Defendants.
_____/

No. C 07-02845 WHA

**ORDER RE SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT**

The briefing schedule for the pending motion for summary judgment by defendants based on the statute of limitations, is modified as follows. On **FEBRUARY 7, 2008**, plaintiff shall file its opposition to defendants' motion as well as any "cross-motion" for summary judgment on the statute of limitations issue. The opposition shall include any and all declarations from the various witnesses described at the case management conference by Attorney Doyle. Defense counsel shall have until **FEBRUARY 11, 2008, AT NOON**, to advise whether it wishes to depose any or all of the declarants. If defense counsel decides not to depose any declarants then the reply brief to the original motion for summary judgment as well as the opposition to plaintiff's cross-motion will be due on **FEBRUARY 21, 2008**, with the reply on the cross-motion due on **FEBRUARY 28, 2008**, and a hearing on both motions on **MARCH 13, 2008, AT 8AM**. If, however, defense counsel chooses to depose any or all of said declarants then all such depositions shall begin the week of **FEBRUARY 11, 2008**, and end no

1  later then **FEBRUARY 22, 2008**.  Counsel should cooperate to work out the logistics of such
2  depositions.  The opposition to the cross-motion and reply to the original motion will then be
3  due on **FEBRUARY 28, 2008**, with the reply to the cross-motion due on **MARCH 6, 2008**, and
4  the hearing on both motions on **MARCH 20, 2008, AT 8AM**.  Reply declarations will be
5  disfavored and allowed only for good cause.  This schedule is without prejudice to any other
6  discovery that may be under way in parallel.  Please do not ask for extensions.
7  **IT IS SO ORDERED.**

9  Dated: January 31, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE