**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 30, 2008

Case No.  C 07-02845 WHA

Title: APPLERA CORP v. ILLUMINA, INC

Plaintiff Attorneys: David Doyle; Steven Comer

Defense Attorneys: Kevin Flores; Cullen Pendleton

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   Tutorial - HELD

2)   CMC - HELD


Continued to  **2/13/08 at 1:30 pm**  for Claim Construction Hearing

**ORDERED AFTER HEARING:**