KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendant/Counterclaim Plaintiff
SOLEXA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff/Counterdefendant,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants/Counterclaimants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br>Courtroom 9, 19th Floor<br><br>**SOLEXA'S RESPONSE TO COURT'S REQUEST FOR INPUT RE ORAL ARGUMENT**<br><br>Hearing:   February 13, 2008<br>Time:        1:30 P.M. |

**SOLEXA'S RESPONSE TO COURT'S REQUEST FOR INPUT RE ORAL ARGUMENT; CASE NO: 07-CV-02845 WHA**

Solexa, Inc. hereby responds to the Court's "Request for Input re Oral Argument" of January 28, 2008 (Docket No. 104).

Solexa believes that oral argument might be helpful to the Court regarding the construction of the "identifying" term in the asserted claims of the patents-at-issue. However, based on our experience in other cases, counsel for Solexa believes that the most efficient way to proceed is for the Court to review the parties' claim construction briefs, and then, if the Court has any questions regarding specific issue(s) raised in the briefs, to issue an order notifying the parties of the issue(s) for which oral argument might be helpful at the *Markman* hearing currently scheduled for February 13, 2008, at 1:30 p.m., or setting a different date and time for the hearing on such issue(s).

In this manner, the Court need only devote the in-court time necessary to hear arguments focusing on the issue(s) about which it has questions. Moreover, the parties can avoid unnecessary expense in preparing arguments regarding issues about which the Court may not require further argument, and the parties can focus their argument preparation on only the issues requiring further argument.

If the Court hears oral argument on any claim construction issue(s), Dr. Pendleton (a 2004 law-school graduate, who presented Solexa's claim construction tutorial to the Court on January 30, 2008) will likely argue for Solexa.

**SOLEXA'S RESPONSE TO COURT'S REQUEST FOR INPUT RE ORAL ARGUMENT; CASE NO: 07-CV-02845 WHA**

| | | |
|---|---|---|
| 1 | Dated: February 6, 2008 | Respectfully submitted, |

/s/     Cullen N. Pendleton
KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendant/Counterclaim Plaintiff
     SOLEXA, INC.

**SOLEXA'S RESPONSE TO COURT'S REQUEST FOR INPUT RE ORAL ARGUMENT; CASE NO: 07-CV-02845 WHA**

- 2 -