BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:  650.813.5600
Facsimile: 650.494.0792
E-Mail:  BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone:  858.720.5100
Facsimile:  858.720.5125
E-Mail:  DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**PLAINTIFF'S RESPONSE TO COURT'S REQUEST FOR INPUT RE ORAL ARGUMENT**<br>**[DCKT. NO. 104]** |

In response to the Court's January 28, 2008 Request for Input Regarding Oral Argument, Applera Corporation—Applied Biosystems Group ("AB") respectfully suggests that oral argument regarding claim construction would be beneficial to the Court.  Defendants raise a number of criticisms of AB's proposed claim constructions in their reply brief to which AB has

AB'S RESPONSE RE INPUT RE ORAL ARGUMENT
Case No. C07 02845 WHA
sd-410926

1

not had an opportunity to respond. Many of these criticisms reflect a misunderstanding of AB's positions which could be addressed at a claim construction hearing.

The Court inquired as to whether a claim construction hearing would provide an opportunity for an attorney with less than five years of experience to argue before the Court. Eric Pai, a Class of 2006 law graduate, has played a key role in the claim construction briefing for AB. If the Court decides to conduct a claim construction hearing, Eric will argue those issues on which he worked in preparing the AB claim construction brief.

Dated: February 6, 2008            MORRISON & FOERSTER LLP

By:   /s/ David C. Doyle
      David C. Doyle
      Attorneys for Plaintiff
      APPLERA CORPORATION –
      APPLIED BIOSYSTEMS GROUP
      Email: DDoyle@mofo.com

AB'S RESPONSE RE INPUT RE ORAL ARGUMENT
Case No. C07 02845 WHA
sd-410926

2