UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS AND GRANTING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS**<br><br>Date:    March 13, 2008<br>Time:    8:00 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:   William H. Alsup |

Having carefully considered the pleadings on file, the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby DENIES Defendants' Motion for Summary Judgment on Plaintiff's State-Law Causes of Action for Failure to Comply with the Statutes of Limitations, and GRANTS Plaintiff's Cross-Motion for Summary Judgment on Statute of Limitations.

[PROPOSED] ORDER DENYING DEFS' MSJ AND GRANTING PLTF'S CROSS MSJ- ON STATUTE OF LIMITATIONS   Case No. C07 02845 WHA
pa-1227304

1

1  IT IS SO ORDERED.

2  Dated: _____

3  William H. Alsup
United States District Court Judge

28

[PROPOSED] ORDER DENYING DEFS' MSJ AND GRANTING PLTF'S CROSS MSJ- ON STATUTE OF LIMITATIONS   Case No. C07 02845 WHA
pa-1227304

2