BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

Plaintiff,

v.

ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,

Defendants.

Case No. C07 02845 WHA

**DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS AND CROSS-MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS**

Date: March 13, 2008
Time: 8:00 a.m.
Place: Courtroom 9, 19th Floor
Judge: William H. Alsup

I, Eric C. Pai, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of AB's Opposition to Defendants' Motion for Summary Judgment on Plaintiff's State-Law Causes of Action for Failure to Comply with the Statute of Limitations and AB's Cross-Motion for Summary Judgment on Statute of Limitations. I make this declaration based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Stephen C. Macevicz taken on November 28, 2007 in this action.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the deposition of Stephen C. Macevicz taken on August 22, 2007 in the action entitled *Enzo Biochem, Inc. v. Applera Corp., et al.*, Case No. 3-04-CV-929 (D. Conn.).

4. Attached hereto as Exhibit C is a true and correct copy of a document entitled "Applied Biosystems, Inc. Employee Invention Agreement," dated May 4, 1992, and produced by Dr. Macevicz in this action with bates numbers MAC 001903-05.

5. Attached hereto as Exhibit D is a true and correct copy of pages from Stephen C. Macevicz's laboratory notebook, produced by Dr. Macevicz in this action with bates numbers MAC 00031-35.

6. Attached hereto as Exhibit E is a true and correct copy of pages from Stephen C. Macevicz's laboratory notebook, produced by Dr. Macevicz in this action with bates numbers MAC 00078-83.

7. Attached hereto as Exhibit F is a true and correct copy of U.S. Patent No. 4,855,225, which issued on August 8, 1989. Dr. Macevicz is listed as the prosecuting patent attorney on that patent, and AB is listed as the assignee.

8. Attached hereto as Exhibit G is a true and correct copy of a document entitled "Applied Biosystems Performance Review Form" which was attached as Exhibit 22 to the

Declaration of Bryan Wilson in Support of Motion to Dismiss for Lack of Standing, and Motion for Partial Summary Adjudication (Docket No. 63) and authenticated by the Declaration of Adam M. Tschop in Support of Motion to Dismiss for Lack of Standing, and Motion for Partial Summary Adjudication (Docket No. 62, ¶ 7).

9. Using the U.S. Patent and Trademark Office website located at http://www.uspto.gov/patft/index.html, I conducted the searches described in paragraphs 10 through 12.

10. I ran a search for all U.S. patents issued between May 31, 1981 and the present day. Attached hereto as Exhibit H is a true and correct copy of the search results which found 3,368,042 patents.

11. I ran a search for all U.S. patent applications published between May 31, 1981 and the present day. Attached hereto as Exhibit I is a true and correct copy of the search results which found 1,679,694 applications.

12. I ran a search for all U.S. patents issued between May 12, 1998 and October 23, 2001. Attached hereto as Exhibit J is a true and correct copy of the search results which found 613,660 patents.

13. I asked a colleague at Morrison & Foerster to produce a summary chart of searches for all U.S. patents issued between May 12, 1998 and October 23, 2001 according to classification numbers corresponding to various areas of technology and subject matter that were related to AB’s business during that time. Attached hereto as Exhibit K is a true and correct copy of the summary chart of search results which found a total of 83,745 patents.

///

///

///

///

///

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on February 7, 2008 in Palo Alto, California.

/s/ Eric C. Pai
Eric C. Pai

I, David C. Doyle, am the ECF User whose ID and password are being used to file this DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS AND CROSS-MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS. In compliance with General Order 45, X.B., I hereby attest that Eric C. Pai has concurred in this filing.

Dated: February 7, 2008

/s/ David C. Doyle
David C. Doyle