54

19 July 1992  Further ideas on hybridization sequencing

① Immobilize a single stranded target on a solid phase support; preferably, immobilize the target DNA on a paramagnetic bead following the protocol of Gal et al, NAR 18: 1076; Mitchell et al, Anal. Biochem. 178: 239-242; or Syvänen et al FEBS Lett. 258 71-74. Thus, one starts with the following:



② In separate Rx carry out polymerization with <u>polymerase that lacks 5'→3' exonuclease activity</u>. For example, for a six-mer primer, $P_1$:

Because of the shortness of the primer, multiple primer sites are likely and will result in the generation of 3 fragments;

Because the polymerase has no 5'→3' exonucl. activity polymerization will halt at the next-downstream primer or at the end of the target DNA.

Similar Rx can be carried out for all possible 6-mer primers: $4^6 = 4096$. The number of fragments generated is equal to the number of sites at which the primer binds. Thus, one can determine how many sites complementary to the primer exist

Stev Fung
July 28/92

CONFIDENTIAL
EXHIBIT D
MAC00031

on the target DNA. The fragments can be detected by CE, or like procedure.

(3) The target sequence can contain known-seq. regions to aid in sequence reconstruction.

(4) Multiple 6-mers, eg. 2-4, can be extended in the same Rx mixture. For example, one Rx mix might contain primers $P_1, P_2, P_3,$ and $P_4$:

[diagram showing a linear target with primers labeled $P_1, P_4, P_1, P_3, P_2, P_2$ along it]

This would result in 6 fragments. Thus, the information obtained would be less — one would know that:

$$n_{P_1} + n_{P_2} + n_{P_3} + n_{P_4} = 6$$

where $n_{P_i}$ is the number of primer $P_i$ forming a perfect match with the target. Fragments can be labeled with different labels to aid in primer identification. Mixing primers would reduce the number of total Rx's needed. For example, for 6-mers 4-primer Rx's would reduce the total polymerization Rx's from 4096 to 1024.

The loss of information that occurs from using multiple primers is similar to the loss of information that accrues from the use of mixed oligos as described by Macevicz U.S. patent 5,002,867.

(5) A major advantage of carrying out hybrid/sequencing as described above is that repeated sequences can be handled. Multiple bands would appear if fragments were separated by, e.g. gel electrophoresis:

[two gel lane diagrams]
ex. no repeats
repeats present in target

← Extension products from repeat region.

[signature] Stephen Bond
July 25/92

20 July 92

⑥ Feasibility problem: to what extent will polymerase ~~read~~ copy "Through" successive primers?



If "copy Through" is high each primer could give rise to several bands on gel depending on position and how many other primer binding sites there are:

⑦ Sequence reconstruction might be carried out on TRW-based system.
6-color fluorescence + 4 probe types for ea color = 24× reduction in Rx's
(8-mers (65K → 2731 Rx's)) (6mers: 4096 → 171) or 4/8-fold mix
~85 separations

CONFIDENTIAL
EXHIBIT D

MAC00033

Case 3:07-cv-02845-WHA   Document 120-5   Filed 02/07/2008   Page 4 of 5

20 July 92

⑧ Follow-up computations:

  a) distribution of expected fragment sizes, e.g.  [sketch: curve from 0 to 1000 bp, labeled 6-mer]

  b) Number of fragments expected per 1 kb?

⑨ Computing estimated fragment sizes. Assume Poisson distribution of particular r-mer with density of $\lambda$. Probability that segment of length $\ell$ will have at least one primer site ($F(\ell)$):

$$F(\ell) = 1 - e^{-2\lambda \ell}$$

prob. density function $f(\ell) = F'(\ell) = 2\lambda e^{-2\lambda \ell}$

$$E(\ell) = \int_0^\infty 2\lambda \ell\, e^{-2\lambda \ell}\, d\ell = \frac{1}{2\lambda}$$

For 6-mer  $\lambda = \frac{1}{4096}$  $\Rightarrow$  $E(\ell) \approx 2048$ bases

for a mix of 8 6-mers  $\lambda = \frac{8}{4096}$  $\Rightarrow$  $E(\ell) = 256$ bases

For 8-mer  $\lambda = \frac{1}{65,536}$  =  $E(\ell) \approx 32,768$ bases

for a mix of 8 8-mers  $\lambda = \frac{8}{65k}$  $\rightarrow$  $E(\ell) \approx 4096$

with 4 groups of 8 different 8-mers each with different fluorescent tags

$\lambda = \frac{32}{65k}$ $\rightarrow$ $E(\ell) \sim 1024$

[signature] Steven Fung
July 28/92

CONFIDENTIAL
EXHIBIT D

MAC00034

7/25/92

(10) The method ~~can~~ can be implemented on several target sequences at the same time:

```
       K₁    P₁              P₂              K₂
S₁  ├──┤ ├────┤ ~~~~~~~→ ├────┤ ─────────── ├──┤

       K₃    P₂              P₁                              K₄
S₂  ├──┤ ├────┤ ~~~~~~~→ ├────┤ ──────────────────────── ├──┤
```

$K_1, K_2, K_3,$ and $K_4$ are known sequence regions to aid in the reconstruction
$P_1$ and $P_2$ are two different probes used as primers in the ext. Rx

Data will consist of four bands on, e.g. a gel  |‖ ‖ |

Steve Fung
July 28/92  Thus, for the reconstr. algorithm we know that $S_1$ or $S_2$ has 4 occurrences of $P_1$ or $P_2$.

**CONFIDENTIAL**
EXHIBIT D

MAC00035