4/13/93 Ref: pg. 54-60 Sequencing by hybridization

Walker et al PNAS 89: 392-396 (1992) indicates that DNA polymerase lacking 5'→3' exonuclease activity will displace strand(s) encountered on template, leading to fragment generation as follows:



Thus, for single target DNA, ~~relative not even~~ absolute positions of primers can be determined by electrophoresis.

Reconstruction can proceed (ideally) by searching only that stringency group having the correct fragment length for a correctly overlapping primer.

Let $S_1 ... S_K$ be stringency groups $1 \to K$ containing primers $P_{11}, P_{ij} ... P_{KK}$:

$$S_1 = \{P_{11}, P_{12} ... P_{1r}\}$$

$$S_i = \{P_{i1}, P_{i2} ... P_{ir}\}$$

$$S_K = \{P_{K1}, P_{K2} ... P_{Kr}\}$$

← Each $S_i$ will have associated fragment lengths corresp. to the number of primers forming perfect matches, e.g. if 3 primers from $S_j$ form perfect matches on target DNA and are extended, then there will be 3 fragments each having a length (e.g. in $b_2$)

target DNA

known sequence — fragment length
→ 4  } 4-mer
→ 5  } reconstruct
→ 6
→ 7
→ 8 ← Find $S_j$ which has fragment length 8, find primer that overlaps.

etc

CONFIDENTIAL
EXHIBIT E

MAC00078



7/9/94  Sequency by extension with oligonucleotide probes

Consider probes of forms:

A  ← dideoxy prevents >1 ligation

B

GC or PNA so initiating oligo stay put during wash

μparticle — template — unknown

E.G. for 8-mers; prepare 8 reaction vessels & 8 different initiating oligo so that each offset by one nucleotide; in other words, each of or register by one nucleotide so that ligation of probes "out of" phase by 1

Random-mer identified except label identifies 1-nucleotide; can use degeneracy-red analogs and stringency classes.

$3' \to 5'$ extension

ligate, identify

acid

cap w/ polymerase + 4 ddNTPs

$5' \to 3'$ extension

CAP w/ phosphatase

ligate/identify

acid

Read and understood by:
Paul Grossman
21-JULY-1994



CONFIDENTIAL
EXHIBIT E

MAC00080



7/6/94

target

↓ randomly cut to short mers <50 mers
attach to supports w/ oligo hooks

target
primer or initializing oligo
for ligation

For 3' extension
3'—NH₂—O–P–O—5'   5'—dNH₂

↓ oligo set (only single ligate possible)
Multiple OK

supports → wash
↓ amplify ligated probes

Read and understood
by: Paul Grossman
21 JULY-1994

CONFIDENTIAL
EXHIBIT E
MAC00081



Read and understood
by: Paul Grossman
21-JULY-1994

CONFIDENTIAL
EXHIBIT E

MAC00082



**CONFIDENTIAL**
EXHIBIT E

MAC00083