

*PERFORMANCE REVIEW FORM*

**EXEMPT**

Employee's Name: Stephen C. Macevicz            Date of Hire: _____

Job Title: Senior Patent Attorney               Date Started Current job: _____

Employee\Department #: _____              Period Covered: June 1992-present

### A.  GOALS, RESULTS, ACHIEVEMENTS

Performance at ABI is evaluated on the basis of results achieved, skills demonstrated and overall contribution.

A-1.  MAJOR GOALS    (See attached)              A-2.  RESULTS ACHIEVED

1. _____
2. _____
3. _____
4. _____
5. _____

*This review was totally prepared by Steve Macevicz*

*Martha.*

A-3.  OTHER ACHIEVEMENTS

_____

1.

**B. SKILL PROFILE** (See attached)

Employee's self-assessment and supervisor's feedback about employee's strengths and needs for improvement.

FACTOR | EMPLOYEE'S COMMENTS
--- | ---
 | 
 | 
 | 

FACTOR | SUPERVISOR'S COMMENTS
--- | ---
 | 
 | 
 | 

Use additional paper if necessary.

2.

**EXHIBIT G**

| **MAJOR GOALS** | **RESULTS ACHIEVED** |
|---|---|
| 1. Oversee preparation and prosecution of ABD patent applications and of licensed patent applications; analysis of invention disclosures. | o Oversight responsibility for 43 of the 70+ patent families owned by ABD; direct responsibility for 15 families.<br>o Presently monitoring 9 invention disclosures.<br>o Wrote and filed 10 patent applications (5 for ABD and 5 for Lynx).<br>o Provided Lynx with patent services until December 1993; found outside law firm to take over Lynx patent work. |
| 2. Conduct and/or oversee patentability, validity, and infringement analyses as required. | o Analyzed Shimadzu synthesis patent to determine if ABD infringed.<br>o Analyzed patent positions relating to ANTS carbohydrate analysis technique.<br>o Prepared opposition arguments to Molecular Biosystems' Tullis European patent.<br>o Analyzed patent positions relating to sequencing by hybridization (SBH).<br>o Reviewed law regarding preamble limitations in claims and its impact on Caltech DNA sequencing patent.<br>o Analyzed patent position relating to HLA analysis. |

| | |
|---|---|
| 3. Advise technical groups in licensing matters. | o Review confidentiality agreements at an average rate of about one per week. |
| | o Assisted ABI Therapeutics (and later Lynx) in NIH licensing issues; drafted response for key NIH application that resulted in allowance of broad claims for antisense phosphorothioates. |
| | o Negotiated and drafted license for conductivity monitor for peptide synthesizers with Queen's University of Belfast. |
| | o Negotiated attempt to license carbohydrate sequencing technology from Biomembrane Inst. |
| | o Negotiated attempt to license plasmid preparation technology from Edward Hyman. |
| | o Negotiated attempt for contract production of specialty amidites for Affymax. |
| | o Negotiated Micro-channel CRADA with LLNL. |
| | o Drafted renewal and software license with Univ. Utrecht (HLA sequencing) |
| | o Negotiating license to GBF's oligonucleotide purification technology. |
| | o Negotiating and drafting Option/Research agreement with 3C for Micro-PCR. |
| | o Negotiated option license for UC Berkeley's micro-PCR patent application. |
| | o Negotiating Micro-PCR CRADA with Roche and LLNL. |
| 4. Advise and instruct technical groups in intellectual property topics, e.g. record keeping, copyright matters, confidentiality agreements, etc. | o Talks given, as requested by technical groups, on intellectual property; invention records; confidentiality agreements. |
| 5. Establish institutional mechanism for periodically reviewing ABD patent portfolio; analysing invention disclosures. | o No institutional mechanism established, although several ad hoc reviews have been conducted. |

## SKILLS ASSESSMENT

o   Patent Law. My patent preparation, prosecution, and analysis skills are at the top of the profession, particularly for U.S. patents. I estimate that my writing, analysis, and technical skills place me in the top 10% of attorneys worldwide in the biotechnolgy-bioinstrumentation field.

o   Licensing Law. My skills in this area have improved tremendously since coming to ABI/ABD. Helping to establish productive business relationships between ABD and outside parties is one of the job's high points.

**EXHIBIT G**

## C-1. PERFORMANCE SUMMARY

The evaluation of the employee's performance is based on the analysis of goals, results and achievements.

___ (1) Results achieved far exceeded the requirements of the job in all areas. Sets the standard for this position.

✓ (2) Results achieved consistently exceeded the requirements and goals of the job in all key areas.

___ (3) Results achieved not only consistently met the requirements of the job but exceeded the requirements in many areas.

___ (4) Results achieved consistently met the requirements of the job.

___ (5) Results achieved did not meet the requirements of the job in specific areas.

___ (6) Results achieved did not meet the requirements of the job in several areas. Improvement required for continued employment.

## C-2. SUPERVISOR'S COMMENTS

Steve and I have discussed the materials prepared by him for this performance review. I confirm that the completed and on-going projects listed in the materials are accurately described and assessed.

Steve's assumption of the patent docket and licensing duties have been very helpful in freeing me to concentrate on strategic issues crucial to ABD, e.g. helping to define our relationship with Roche, developing and organizing a PCR licensing policy, and the like. Steve assumes responsibility without problems; he learns fast; and he exercises good judgment in the execution of his duties. These qualities have made it easier for me to relegate a wide variety of important projects to his care.

I agree that Steve's goals for the coming year are appropriate and I support his efforts.

3

**EXHIBIT G**

## DEVELOPMENT PLAN/GOAL SETTING

o  Hire patent administrator to assume over patent docketing responsibilities.

o  Continue to supervise and help train Paul Grossman in patent law.

o  Conduct ad hoc comprehensive review of ABD patent docket this summer. Review is necessary because of changed circumstances as a result of PE/ABI merger.

o  Find ways to facilitate coordination and communication between Norwalk and Foster City legal groups. Patent administrator would provide significant help in this regard.

o  Continue to learn and improve licensing skills.

o  Continue to learn and improve knowledge of patent laws of foreign jurisdictions, particularly Japan and Europe.

## EMPLOYEE'S COMMENTS

We are signing this Performance Review form to indicate that we have discussed the subjects covered.

_[signature]_  19 May 1994
Employee's Signature                            Date

_[signature]_  5/18/94
Supervisor's Signature                          Date

_[signature]_  6/27/94
Reviewed by                                     Date

ver: 4/29/92

**EXHIBIT G**
4