# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ISD/19810531->20080207**: 3368042 patents.
*Hits 1 through 50 out of 3368042*

[Next 50 Hits]

[Jump To]

[Refine Search]  isd/5/31/1981->2/7/2008

| PAT. NO. | Title |
|---|---|
| 1 RE40,045 | Medicaments |
| 2 RE40,044 | Data recording apparatus and method, data reproducing apparatus and method, data recording/reproducing apparatus and method, and transmission medium |
| 3 RE40,043 | Positioning device having two object holders |
| 4 RE40,042 | Dual-functional medium shredding machine structure |
| 5 RE40,041 | Window frame for manufactured housing |
| 6 PP18,476 | Hydrangea plant named `RIE13` |
| 7 PP18,475 | Coreopsis plant named `RP #5` |
| 8 PP18,474 | Dahlia plant named `Baldelmarm` |
| 9 PP18,473 | Floribunda rose plant named `WEKvossutono` |
| 10 PP18,472 | Hybrid tea rose plant named `Meigoudea` |
| 11 PP18,471 | Petunia plant named `Balsunwhite` |
| 12 PP18,470 | Coleus plant named `MD CURCOR06` |
| 13 PP18,469 | Argyranthemum frutescens plant named `Argyrayesi` |
| 14 H2,210 | Blending of economic reduced oxygen, summer gasoline |
| 15 H2,209 | Large area metallization pretreatment and surface activation system |
| 16 D561,425 | Coin sorter and/or money box |
| 17 D561,424 | Powered drive for jack |
| 18 D561,423 | Tubular frame jack |
| 19 D561,422 | Low profile tubular frame jack |
| 20 D561,421 | Linear motor |

**EXHIBIT H**

21 D561,420 T Garbage can
22 D561,419 T Stand for a steam brush
23 D561,418 T Motor vehicle operator's glove with lens cleaning attachment
24 D561,417 T Hand grip with ring
25 D561,416 T Portion of a panel for a storage container such as a hamper or basket, or the like
26 D561,415 T Wand assembly for a vacuum cleaner
27 D561,414 T Laundry appliance console
28 D561,413 T Dishwasher detergent container
29 D561,412 T Tube cleaning machine
30 D561,411 T Silicon style pet tag
31 D561,410 T H style harness doggie vest
32 D561,409 T H style harness doggie dress
33 D561,408 T Anchored pet dish
34 D561,407 T Modular pet feeding and watering bowl
35 D561,406 T Aquarium feeder
36 D561,405 T Pet bed
37 D561,404 T Pet bed
38 D561,403 T Pet bed
39 D561,402 T Pet bed
40 D561,401 T Pet bed
41 D561,400 T Interior rear wall panel for use in an aquarium
42 D561,399 T Dental floss dispenser
43 D561,398 T Nail buffer
44 D561,397 T Hard skin remover
45 D561,396 T Nail buffer
46 D561,395 T Hard skin remover
47 D561,394 T Hair clip
48 D561,393 T Comb
49 D561,392 T Hair dryer
50 D561,391 T Hair treatment accelerating device



EXHIBIT H