# US PATENT & TRADEMARK OFFICE
## PATENT APPLICATION FULL TEXT AND IMAGE DATABASE

[Help] [Home] [Boolean] [Manual] [Number] [PTDLs]
[Next List] [Bottom] [View Shopping Cart]

*Searching PGPUB Production Database...*

**Results of Search in PGPUB Production Database for:**
**pd/5/31/1981->2/7/2008**: 1679694 applications.
*Hits 1 through 50 out of 1679694*

[Next 50 Hits]

[Jump To]

[Refine Search] pd/5/31/1981->2/7/2008

| | PUB. APP. NO. | Title |
|---|---|---|
| 1 | 20080034457 | CANOLA VARIETY IMC 02 WITH REDUCED LINOLENIC ACID |
| 2 | 20080034456 | Method for secretory production of glycoprotein having human-type sugar chain using plant cell |
| 3 | 20080034455 | Production Of A Protein Localized To The Endoplasmic Reticulum Protein Bodies In A Transgenic Plant And Seed |
| 4 | 20080034454 | Artificial seed |
| 5 | 20080034453 | Annotated Plant Genes |
| 6 | 20080034452 | METHOD FOR INCREASING RESISTANCE OF MONOCOT PLANTS AGAINST ABIOTIC STRESSES, TPS PLANT GENE CONSTRUCTS, AND TRANSFORMANTS |
| 7 | 20080034451 | Rice Pollen-Preferential Promoters And Uses Thereof |
| 8 | 20080034450 | Integration of commercial plant breeding and genomic technologies |
| 9 | 20080034449 | DNA encoding ring zinc-finger protein and the use of the DNA in vectors and bacteria and in plants |
| 10 | 20080034448 | INBRED CORN LINE PHAR1 |
| 11 | 20080034447 | INBRED CORN LINE PHEHG |
| 12 | 20080034446 | METHOD AND SYSTEM FOR PRODUCING BEEF CONSISTENTLY HAVING AN ELEVATED INTRAMUSCULAR FAT CONTENT |
| 13 | 20080034445 | Ligand-regulable transactivation systems, methods of use thereof, methods of detecting estrogen receptor ligands, and methods of differentiating estrogen receptor ligand agonists and antagonists |
| 14 | 20080034444 | SYSTEM, NETWORK ENTITY, TERMINAL AND METHOD FOR PROVIDING DIGITAL RIGHTS MANAGEMENT OF CLIENT APPLICATIONS |

**EXHIBIT I**

| | | |
|---|---|---|
| 15 | 20080034443 | Unauthorized contents detection system |
| 16 | 20080034442 | Unauthorized contents detection system |
| 17 | 20080034441 | Updating content within a container document for user groups |
| 18 | 20080034440 | Content Control System Using Versatile Control Structure |
| 19 | 20080034439 | Access control method and a system for privacy protection |
| 20 | 20080034438 | MULTIPLE HIERARCHY ACCESS CONTROL METHOD |
| 21 | 20080034437 | Controlling access to electronic content |
| 22 | 20080034436 | Distribution of Content |
| 23 | 20080034435 | Methods and arrangements for detecting and managing viewability of screens, windows and like media |
| 24 | 20080034434 | OBTAINING NETWORK ORIGINS OF POTENTIAL SOFTWARE THREATS |
| 25 | 20080034433 | INTRUSION DETECTION APPARATUS AND METHOD USING PATTERNS |
| 26 | 20080034432 | SYSTEM AND METHOD OF SPAM PROOF E-MAIL BOUNCE TRACKING |
| 27 | 20080034431 | Color based network security |
| 28 | 20080034430 | SYSTEM AND METHOD FOR DEFINING AND DETECTING PESTWARE WITH FUNCTION PARAMETERS |
| 29 | 20080034429 | MALWARE MANAGEMENT THROUGH KERNEL DETECTION |
| 30 | 20080034428 | ANTI-PHISHING FOR CLIENT DEVICES |
| 31 | 20080034427 | FAST AND SCALABLE PROCESS FOR REGULAR EXPRESSION SEARCH |
| 32 | 20080034426 | THREE-DIMENSIONAL AUTHENTICATION OF MICROPARTICLE MARK |
| 33 | 20080034425 | SYSTEM AND METHOD OF SECURING WEB APPLICATIONS ACROSS AN ENTERPRISE |
| 34 | 20080034424 | SYSTEM AND METHOD OF PREVENTING WEB APPLICATIONS THREATS |
| 35 | 20080034423 | Method Of Managing A Multi-Application Smart Card |
| 36 | 20080034422 | Lock with new feature |
| 37 | 20080034421 | Method For Providing Data To A Personal Portable Device Via Network And A System Thereof |
| 38 | 20080034420 | System and method of portal customization for a virtual private network device |
| 39 | 20080034419 | Systems and Methods for Application Based Interception of SSL/VPN Traffic |
| 40 | 20080034418 | Systems and Methods for Application Based Interception SSI/VPN Traffic |
| 41 | 20080034417 | SYSTEMS AND METHODS FOR USING AN HTTP-AWARE CLIENT AGENT |
| 42 | 20080034416 | METHODS AND SYSTEMS FOR ROUTING PACKETS IN A VPN-CLIENT-TO-VPN-CLIENT CONNECTION VIA AN SSL/VPN NETWORK APPLIANCE |
| 43 | 20080034415 | SYSTEMS AND METHODS FOR ENABLING ASSURED RECORDS USING FINE GRAINED AUDITING OF VIRTUAL PRIVATE NETWORK TRAFFIC |
| 44 | 20080034414 | METHOD AND APPARATUS FOR IMPLEMENTING A LAYER 3/LAYER 7 FIREWALL IN AN L2 DEVICE |
| 45 | 20080034413 | SYSTEMS AND METHODS FOR USING A CLIENT AGENT TO MANAGE HTTP AUTHENTICATION COOKIES |
| 46 | 20080034412 | System to prevent misuse of access rights in a single sign on environment |
| 47 | 20080034411 | Login administration method and server |
| 48 | 20080034410 | Systems and Methods for Policy Based Triggering of Client-Authentication at Directory Level Granularity |

**EXHIBIT I**

49 20080034409  System and Method for Distributing Information in a Network Environment
50 20080034408  Network-Based Computing Service On A Streamed Virtual Computer

Next List | Top | View Shopping Cart
Help | Home | Boolean | Manual | Number | PTDLs

EXHIBIT I