# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ISD/19980512->20011023**: 613660 patents.
*Hits 1 through 50 out of 613660*

[Next 50 Hits]

[Jump To]

[Refine Search] isd/5/12/1998->10/23/2001

| | PAT. NO. | Title |
|---|---|---|
| 1 | RE37,421 | Rapamycin derivatives |
| 2 | RE37,420 | Automobile on-board and/or portable telephone system |
| 3 | RE37,419 | Flash memory array and decoding architecture |
| 4 | RE37,418 | Method and apparatus for synchronizing graphical presentations |
| 5 | RE37,417 | Vortex inhibitor for molten metal discharge |
| 6 | RE37,416 | Method for manufacturing a modular semiconductor power device |
| 7 | RE37,415 | Cam actuated roller mop with scrubber attachment |
| 8 | PP12,167 | Scabosia plant named `Giant Blue` |
| 9 | PP12,166 | Heuchera plant named `Veil of Passion` |
| 10 | PP12,165 | Blueberry plant called `Emerald` |
| 11 | PP12,164 | x Heucherella plant named `Dayglow Pink` |
| 12 | PP12,163 | Carnation plant named `Yoder Dream` |
| 13 | PP12,162 | Senecio genus plant named `Sunsenere` |
| 14 | PP12,161 | Chrysanthemum plant named `Empire Silhouette` |
| 15 | PP12,160 | Huechera plant named `Autumn Haze` |
| 16 | PP12,159 | x Heucherella plant named `Burnished Bronze` |
| 17 | PP12,158 | Chrysanthemum plant named `Empire Pizzazz` |
| 18 | PP12,157 | Peach tree named `Burpeachtwo` |
| 19 | PP12,156 | Peach tree named `Burpeachone` |
| 20 | PP12,155 | Kalanchoe plant named `Petero` |
| 21 | PP12,154 | x Heucherella plant named `Kimono` |

EXHIBIT J

Case 3:07-cv-02845-WHA   Document 120-11   Filed 02/07/2008   Page 2 of 2

22 D449,727    Roadside mailbox protective shield
23 D449,726  T Kiosk
24 D449,725  T Dusting mitt
25 D449,724  T Accessory for vacuum cleaner
26 D449,723  T Containment member for floor care apparatus
27 D449,722  T Containment member for floor care apparatus
28 D449,721  T Containment member for floor care apparatus
29 D449,720  T Control panel
30 D449,719  T Squirrel baffle
31 D449,718  T Dog basket
32 D449,717  T Aquarium
33 D449,716  T Aquarium
34 D449,715  T Knee and shin pad
35 D449,714  T Glove
36 D449,713  T Riding helmet
37 D449,712  T Hair salon cart
38 D449,711  T Dental floss container
39 D449,710  T Safety razor
40 D449,709  T Curved corner razor blade
41 D449,708  T Cleaning device for a shaver
42 D449,707  T Palm held liquid and lotion applicator
43 D449,706  T Combined article holder and cigarette snuffer
44 D449,705  T Cigarette butt disposal container
45 D449,704  T Torch
46 D449,703  T Flashlight
47 D449,702  T Auto map lamp
48 D449,701  T Headlight for a carpet extractor
49 D449,700  T Decorative night light with child resistant shade
50 D449,699  T Adjustable window frame extrusion

[ Next List ]   [ Top ]   [ View Cart ]
[ Home ]   [ Quick ]   [ Advanced ]   [ Pat Num ]   [ Help ]

**EXHIBIT J**