| SUBJECT MATTER | CLASSIFICATION NO. | CLASSIFICATION NAME | US GRANTED PATENTS FROM 5.12.98 TO 10.23.01 |
|---|---|---|---|
| Atomic absorption spectrophotometer | 977 | NANOTECHNOLOGY | 1,163 |
| Mass Spectrometry | 324 | ELECTRICITY: MEASURING AND TESTING | 6,515 |
|  | 250 | RADIANT ENERGY | 7,063 |
| Spectrophotometer | 250 | RADIANT ENERGY | 7,388 |
|  | 356 | OPTICS: MEASURING AND TESTING | 5,378 |
| Chromatography | 210 | LIQUID PURIFICATION OR SEPARATION | 0 |
|  | 73 | MEASURING AND TESTING | 8,759 |
|  | 436 | CHEMISTRY: ANALYTICAL AND IMMUNOLOGICAL TESTING | 4,797 |
| Thermal analyzer | 324 | ELECTRICITY: MEASURING AND TESTING | 6,209 |
|  | 422 | CHEMICAL APPARATUS AND PROCESS DISINFECTING, DEODORIZING, PRESERVING, OR STERILIZING | 5,646 |
| Thermocycler | 506 | COMBINATORIAL CHEMISTRY TECHNOLOGY: METHOD, LIBRARY, APPARATUS | 5 |
| Data handling devices | 700 | DATA PROCESSING: GENERIC CONTROL SYSTEMS OR SPECIFIC APPLICATIONS | 3,786 |
| DNA | 435 | CHEMISTRY: MOLECULAR BIOLOGY AND MICROBIOLOGY | 22,618 |
|  | 977 | NANOTECHNOLOGY | 1,164 |
|  | 702 | DATA PROCESSING: MEASURING, CALIBRATING, OR TESTING | 3,254 |
| Total: |  |  | 83,745 |

sd-410953

**EXHIBIT K**