1  BRYAN WILSON (CA BAR NO. 138842)
   ERIC C. PAI (CA BAR NO. 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California 92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17 | APPLERA CORPORATION – APPLIED                | Case No.   C07 02845 WHA
   | BIOSYSTEMS GROUP, a Delaware corporation,    |
18 |                                              | DECLARATION OF ADAM M. TSCHOP
   |                Plaintiff,                    |
19 |                                              | Date:    March 13, 2008
   |      v.                                      | Time:    8:00 a.m.
20 |                                              | Place:   Courtroom 9, 19th Floor
   | ILLUMINA, INC., a Delaware corporation,      | Honorable William H. Alsup
21 | SOLEXA, INC., a Delaware corporation, and    |
   | STEPHEN C. MACEVICZ, an individual,          |
22 |                                              |
   |                Defendants.                   |
23

DECLARATION OF ADAM M. TSCHOP
Case No. C07 02845 WHA
pa-1227127

1

I, Adam M. Tschop, declare as follows:

1. I am an employee of Applera Corporation – Applied Biosystems Group ("AB"), where I have worked since June 2005. I make this declaration based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently hereto.

2. As shown by Exhibit 1, attached hereto, Applied Biosystems, Inc. was founded in May 1981.

3. Applera Corporation ("Applera") does not possess, and I am not aware of one existing, a database containing employee information for the period of May 1981 though February 1993 and I am unable to readily determine the number or names of employees who were employed by the corporation during that time period.

4. As shown by Exhibit 1, attached hereto, in February 1993, Applied Biosystems, Inc. was acquired by the Perkin-Elmer Corporation, which was founded in 1937, and became the Applied Biosystems Division of Perkin-Elmer.

5. Applera does not possess, and I am not aware of one existing, a database containing employee information for the period of 1937 though February 1993 and I am unable to readily determine the number or names of employees who were employed by the Perkin-Elmer Corporation during that time period.

6. Applera does maintain a database containing employee information for the period of February 1993 through December 11, 1998. At my request, a search was run on that database and it was determined that 7,989 people were employed by Perkin-Elmer Corporation during that period.

7. To my knowledge and belief, on December 12, 1998, the Perkin-Elmer Corporation implemented SAP databases throughout the corporation, including for the storage of employee information, and by November 2000, as the result of various corporate reorganizations and name changes, the Applied Biosystems Division of Perkin-Elmer had become a part of Applera.

DECLARATION OF ADAM M. TSCHOP
Case No. C07 02845 WHA
pa-1227127

2

8. At my request, a search was run on the SAP employee database and it was determined that 13,498 people were employed by Applera from December 12, 1998 through February 1, 2007, including contractors and temporary employees hired by the company.

9. The 13,498 employees identified by that search does not include temporary employees employed through an employment agency and not entered into the SAP database as an Applera employee.

10. The employee information containing in the database that covers the February 1993 through December 11, 1998 time period overlaps with the employee information maintained in the SAP database that covers December 12, 1998 through February 1, 2007. The total number of employees from February 1993 through February 1, 2007 is therefore less than 21,487, the sum of 7,989 and 13,498, but is more than 13,498.

11. At my request, searches were conducted on Applera's contracts database, and it was determined that Applera has entered into 3,101 agreements where third parties may have received or had access to Applera confidential information. These agreements include Confidential Disclosure Agreements, Material Transfer Agreements, Personal Service Agreements, Consulting Agreements. Joint Development Agreements, Research Agreement and Sponsored Research/Collaboration Agreements.

12. Applera is divided into various departments, which are assigned numeric codes representing cost centers for the tracking of expenditures by each department. At my request a report was ran listing all vendors who have invoiced the cost centers for the Legal Department of the AB. I reviewed that report and have determined that AB has used the services of at least 153 different law firms worldwide since 1998. This number does not represent law firms retained by other business units, such as Human Resources or Information Technology.

13. I am familiar with the U.S. Patents in this litigation, including U.S. Patent Nos. 5,750,341, U.S. Patent No. 5,969,119, and U.S. Patent No. 6,306,597, all entitled "DNA Sequencing By Parallel Oligonucleotide Extensions," and all issued to Stephen Macevicz ("the Macevicz Patents").

14.  I have performed a search of the database that AB maintains for its invention disclosures and did not locate any invention disclosure from Dr. Macevicz relating to the inventions in the Macevicz Patents.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2008 in Foster City, California.

_____
Adam M. Tschop

DECLARATION OF ADAM M. TSCHOP
Case No. C07 02845 WHA
pa-1227127

4