

# Advancing Science for Twenty-Five Years

## Applied Biosystems Timeline

**2006**
- Applied Biosystems acquires the Research Products Division of Ambion, which supplies RNA-based reagents and products for the life sciences. RNA fragments have been linked to a "hidden genome" within the cell.

- Applied Biosystems launches a global initiative to identify and track infectious diseases, starting with the "avian flu" strain of Influenza A Subtype H5N1.

**2005**
- Applied Biosystems begins commercial sales of several different mass spec instruments including the API 5000™ LC/MS/MS System for small molecule quantitation in pharmaceutical drug development, the 4800 MALDI TOF/TOF™ Analyzer, the 3200 Q TRAP®, and the API 3200™ LC/MS/MS System. Applied Biosystems' mass specs find increasing use in the food and beverage, environmental, forensic, clinical research, and pharmaceutical analysis markets.

- Applied Biosystems and the National Institute of Genomic Medicine of Mexico (Instituto Nacional de Medicina Genomica or INMEGEN) announce a collaboration to establish an Applied Biosystems Sequencing and Genotyping Unit at INMEGEN and conduct collaborative research studies focused on health issues important to the Mexican population.

**2004**
- Mike Hunkapiller retires and Cathy Burzik becomes President of Applied Biosystems.

- The Applera businesses enter into collaborative agreements with General Electric, Abbott Laboratories, Seattle Genetics, and Merck for the development of disease diagnostics and treatment.

- Applied Biosystems joins a development team led by Northrop Grumman and including Cepheid of Sunnyvale, California, to use TaqMan® chemistry to detect *Bacillus anthracis* (the agent causing anthrax) contamination of materials handled by the U.S. Postal Service.

- New products include the SNPlex™ Genotyping System for the multiplex analysis of single nucleotide polymorphisms, the 7900HT Fast Real-Time PCR System, the 9800 Fast PCR System, the 3130 Genetic Analyzer, and 4000 QTRAP® LC/MS/MS System.

**2003**
- Applied Biosystems launches the iScience initiative to provide customers with products and services that integrate technology, informatics, and traditional laboratory research. Catherine Burzik (from Ortho-Clinical Diagnostics) joins the Applied Biosystems management team.

- The company introduces the Applied Biosystems 1700 Chemiluminescent Microarray Analyzer and the Expression Array System for measuring gene expression. The instrument detects light emitted by a chemical reaction occurring on a microarray plate containing oligo gene

probes to which labeled mRNA has annealed. It can measure different levels of gene expression from different cell types for whole genome analysis.

- The 8500 Affinity Chip Analyzer measures the affinity of antibodies for various antigens. The instrument can perform real-time kinetic analysis of antibody/antigen binding. Up to 400 binding interactions can be analyzed simultaneously.

**2002**
- Applied Biosystems' revenues are $1.6 billion for the year.

- The Applied Biosystems 3730 DNA Analyzer and 3730xl DNA Analyzer set new standards in high-performance genetic analysis for medium- and production-level users. These 48- and 96-capillary platforms, developed with Hitachi Corporation, can reliably determine sequences at nearly twice the effective read length possible with previous systems.

- As Celera Genomics is transitioned from a gene discovery to a therapeutic development company, responsibility for maintaining and administering the Celera Discovery System™ (CDS) is assumed by Applied Biosystems. This new Knowledge Business provides the customer with the ability to conduct specific queries of definitive genomic and proteomic information using Celera Genomics' informatics tools and then to order the off-the-shelf Assays-on-Demand™ or customized Assays-by-Design to run their experiments.

- Assays-on-Demand™ and Assays-by-Design allow scientists to detect any of tens of thousands of SNPs within the human genome.

- Applied Biosystems launches the Q TRAP™ LC/MS/MS System, a first ever union of triple quadrupole and ion trap technologies, which researchers are using to identify proteins and peptides in proteomics research and small molecule drug metabolites important in therapeutic development.

**2001**
- Market capitalization increases at a 33% compound annual rate since 1995 to $8.1 billion at fiscal 2001 year-end. Celera Diagnostics, a new joint venture, is initiated with a mission to improve human health through discovery, development, and commercialization of novel molecular diagnostic products. Celera's revenues increase 109% to $89.4 million.

- Applied Biosystems earns revenues of $1.6 billion, an increase of 17% over the previous year.

- The Voyager™ TOF/TOF™ Workstation is developed specifically for the new field of proteomics. The instrument can analyze 1,000 protein samples per hour.

- Celera has identified more than three million unique single nucleotide polymorphisms (SNPs). Differences in DNA affect how people will respond to various drug therapies. By knowing what SNPs are important in drug interactions and side-effects, doctors can personalize prescribed medicines.

- Celera Genomics Group acquires Axys Pharmaceuticals of South San Francisco to gain the expertise necessary for turning data from the human genome into the discovery and development of new therapeutic drugs.

**2000**
- PE Corporation changes name to Applera. The company employs nearly 5,000 people. PE Biosystems becomes Applied Biosystems again.

- Applied Biosystems' net revenues rise 24% to almost $1.4 billion. New instruments released include the ABI PRISM® 6700 Automated Nucleic Acid Workstation and the FMAT™ 8100 HTS System.

- Celera announces the sequencing and first assembly of the two largest genomes in history-human and fruit fly. The company shifts its focus to proteomics, single nucleotide polymorphisms (SNPs), and the discovery of new drugs.

- Applied Biosystems introduces the ABI PRISM® 3100 Genetic Analyzer. The instrument is built in cooperation with Hitachi Corporation.

- The FMAT™ 8100 HTS System allows researchers automation of high-throughput screening for a variety of assays including interactions

occurring on the surface of single cells.

**1999**
- The Perkin-Elmer Corporation is transformed into PE Corporation. The company completes the sale of its Analytical Instruments business to EG&G, Inc. along with the Perkin-Elmer name

- PE Biosystems Group employs 3,500 people and records net revenues of over $1.2 billion. The ABI PRISM® 3700 DNA Analyzer is officially released. The AmpFlSTR® COfiler™ PCR Amplification Kit sets a new standard for forensic human identification. The QSTAR® Hybrid LC/MS/MS System simplifies protein identification and characterization, metabolite pathway identification, and lead compound identification from combinatorial libraries. BioLIMST 2.0 Software System simplifies data retrieval, analysis, and reporting.

- Celera employs nearly 400 people. Amgen, Novartis, and Pharmacia & Upjohn subscribe to Celera's genomic information services to help them locate new drug targets. Compaq agrees to provide Celera with hardware, software, networking, and services, including 1,200 linked Compaq AlphaServers®, to create one of the world's largest computers for genome assembly. Celera partners with the University of California, Berkeley, Drosophila Genome Project, marking the first major collaboration between privately and publicly funded groups to expedite the sequencing and assembly of the largest genome completed to date.

**1998**
- Perkin-Elmer posts net revenues of over $1.5 billion. PE Applied Biosystems becomes PE Biosystems. PE Biosystems revenues increase by 16% to $871 million.

- Perkin-Elmer acquires PerSeptive Biosystems of Framingham, Massachusetts, in January 1998. The acquisition brings with it instruments for mass spectrometry, peptide synthesis, and oligonucleotide synthesis.

- In May 1998, Celera Genomics is formed, a new venture aiming to become the definitive source of genomic and related medical information. Celera combines advanced genetic analysis technology with unique sequencing strategies and state-of-the-art information technologies.

- A strategic partnership is formed with Hitachi Corporation to develop and manufacture electrophoresis-based genetic analysis systems for research applications and regulated markets. The ABI PRISM® 3700 DNA Analyzer is developed through this partnership. The 3700 analyzer puts sequencing of the human genome ahead of schedule by almost five years. Three hundred 3700 analyzers are placed at Celera and almost an equal number at various facilities across the globe participating in the publicly funded human genome project.

**1997**
- Revenues rise nearly 10% to almost $1.3 billion.

- PE Applied Biosystems' revenues increase a record 23% to $653 million. More than 6,000 automated sequencers have been sold since the first one rolled out the door in 1987. GenScope, Inc., the developer of a unique gene expression technology (AFLP), and Linkage Genetics, Inc., are purchased. The Linkage Genetics unit is combined with Zoogen to form PE AgGen, aimed at being a leading provider of genetic analysis services for plant and animal breeding. The division enters a strategic partnership with Hyseq, Inc., to accelerate the development of DNA chip technology; signed an agreement with Tecan US., Inc., to develop and market systems to automate combinatorial chemistry; and formed a partnership with Molecular Informatics, Inc., to develop automated systems for genetic data management and analysis.

- PE Applied Biosystems releases the GeneAmp® PCR System 9700 thermal cycler. The instrument is easy to use and can hold up to 96 samples.

**1996**
- Revenues increase by more than 9% to $1.16 billion. Perkin-Elmer is reorganized into two separate operating divisions, Analytical Instruments and PE Applied Biosystems. Tony White from Baxter International Inc. takes over as President and Chief Executive Officer. Perkin-Elmer acquires Tropix, Inc., a world leader in chemiluminescence detection technology, and Zoogen, Inc., an animal genetic analysis company.

- The PE Applied Biosystems Division accounts for approximately half of Perkin-Elmer's total revenue and posts 22% growth over the previous

**EXHIBIT 1**

year with net revenues up by 26%. Several key new products are introduced including the ABI PRISM® 7700 Sequence Detection System, the ABI PRISM® 310 Genetic Analyzer, the ABI 3948 high-throughput DNA Synthesizer, three new liquid chromatography/mass spectrometry (LC/MS) systems, AmpliTaq® Gold™ DNA Polymerase, AmpliTaq® FS DNA sequencing kits, and TaqMan® chemistry.

- TaqMan® chemistry, a PCR analysis technique for measuring gene expression, is developed by strategic partner Roche Molecular Systems. When used with the ABI PRISM® 7700 Sequence Detection System, TaqMan® chemistry can detect the presence of genes or the amount of mRNA made from an active gene. Scientists use this new technology to evaluate the amount of HIV virus in an infected patient and to detect levels of expression of various oncogenes.

**1995**
- Perkin-Elmer net revenues increase by 7.9% to $1.063 billion. The company employs 5,890 people. More than 80 new products for life science are developed including those that can look for bacterial contamination in food, aid in the determination of animal paternity, and can amplify DNA while it is still inside the cell. The 30,000th thermal cycler is sold.

- The Applied Biosystems Division of Perkin-Elmer releases the ABI PRISM® 377 Automated DNA Sequencer, having a throughput over four times that of the previous model.

- The publicly funded human genome project has declared that the first step to determining the sequence of bases of the human genome should be to map the location of most genes to their sites on the different chromosomes. To assist in this effort, Perkin-Elmer develops mapping kits that contain markers every 10 million bases along each chromosome.

- DNA fingerprinting using PCR is accepted in court as reliable forensic evidence. Perkin-Elmer is the market leader in supplying reagent kits for human identification.

**1994**
- Perkin-Elmer posts net revenues of $1.024 billion. Life Sciences accounts for 42% of business. The company has 5,954 employees.

- Thermal cyclers and automated sequencers manufactured by Perkin-Elmer's Applied Biosystems Division are populating the new genomics companies such as Human Genome Sciences in Maryland, Myriad Genetics in Utah, Incyte Genomics in California, and Millennium Pharmaceuticals in Massachusetts as they look for human genes that have potential therapeutic value in the fight against disease.

**1993**
- Applied Biosystems merges with Perkin-Elmer in February 1993 and becomes a division of the company.

- Life science markets represent the largest and fastest growing part of Perkin-Elmer's business. The company reports revenues of over $1 billion.

- Perkin-Elmer is the world's leading manufacturer of instruments and reagents for PCR. The company, in a strategic alliance with Hoffman-La Roche Inc., markets several kits with all the reagents needed for a number of different PCR applications.

- Automated DNA sequencers are a major part of the Perkin-Elmer product line.

**1992**
- Sales grow by more than 11% and ABI posts revenue of over $182 million. Sales in Europe represent 25% of revenue. Sales in Asia and the Pacific Rim account for 26% of revenue. Over 8500 instrument systems are installed worldwide. Three new instruments are introduced, the Model 390Z Large Scale DNA Synthesizer, the Model 172 Biopolymer Micropurification and Analysis System, and the Model 476 Microsequence Analysis System. A new subsidiary, Lynx Therapeutics, Inc., is formed to focus on antisense DNA research in the area of therapeutics for chronic myelogenous leukemia, melanoma, colorectal cancer, and AIDS.

- Two years earlier, the U.S. government approved financing to support the human genome project. The Model 373 Automated DNA Sequencer and ABI DNA sequencing kits are being used by an increasing number of

labs involved in the program. A project to sequence the rice genome is under way in Japan. Programs to sequence the mouse, fruit fly, and yeast genomes are being undertaken in a number of laboratories.

**1991**
- ABI posts net sales of almost $164 million. Sales of consumables and service contracts grow by 24% to account for 47% of total sales. DNA sequencer and DNA synthesis instruments experience record sales. Forty-five new consumable products and six new instruments are introduced.

- Applied Biosystems introduces two new DNA synthesizers, the Model 392 and Model 394. The instruments have an easy-to-use interface and, with the use of new chemistries, provide higher throughput than previous models.

- As ABI instruments become less expensive and more obtainable, reagent sales form an increasingly important part of business. Patented and proprietary chemicals represent approximately 50% of consumable sales.

- More and more laboratories discontinue the use of hazardous radioactive labels for the detection of nucleic acids in favor of fluorescent dyes manufactured by Applied Biosystems.

- The Model 362 GENE SCANNER is introduced for the analysis of fluorescently labeled PCR fragments as generated to diagnose the presence of genetic diseases, assist in the identification of forensic biological evidence, and for use in paternity testing.

**1990**
- Despite a cyclical slowdown in instrument sales, ABI posts revenues of almost $159 million. The company employs 1,334 people.

- The company is developing new instrumentation for robotics and for the detection of fluorescently labeled DNA fragments.

**1989**
- Net sales rise to $158.1 million. Applied Biosystems maintains 15 offices in 9 different countries. Four new products are introduced, the Model 230A HPEC Preparative Electrophoresis System, the Model 270A Analytical Capillary Electrophoresis Systems, the Model 420 Amino Acid Analyzer, and the Model 391 PCR-MATE™ DNA Synthesizer.

- ABI develops enzyme-based reagent kits with Promega Corporation. The kits are manufactured and distributed by Promega. In the burgeoning field of bioinformatics, ABI obtains an exclusive license to the fastest available text scanning technology from TRW Inc. Workstations incorporating TRW's Fast Data Finder will enable researchers to perform DNA and protein sequence comparisons and data searches faster, more accurately, and less expensively than other methods available. Advances in this area will later prove crucial to sequencing the entire human genome.

- An agreement is forged between ABI and a joint venture of The Perkin-Elmer Corporation and Cetus Corporation for joint marketing of complementary instruments and reagents dedicated to DNA replication. ABI quickly moves to introduce the Model 391 PCR-MATE™, a DNA synthesizer optimized to address this market, which is the fastest growing segment in biotechnology. Almost any lab can afford the equipment and reagents required to make primers for PCR and DNA sequencing.

**1988**
- The company manufactures and markets more than 25 different automated instruments, over 400 liquid chromatography columns and components, and approximately 320 chemicals, biochemicals, and consumables for the synthesis, purification, and analysis of DNA, proteins, and other biological molecules. The company posts sales of over $132 million. The company has almost 1000 employees in eight countries.

- Applied Biosystems introduces:

    The Model 431A Peptide Synthesizer, offering simplified operation and chemistry methods to enable scientists with little experience to make high-quality peptides for research.
    The Model 1000S Diode Array Detector, using a photodiode array absorbance detector with LC for the analysis of minute laboratory

  samples at multiple wavelengths.
  The Model 471A Protein Sequencer, a streamlined, single-module version of the Model 477A Protein Sequencer/120A PTH Amino Acid Analyzer.

- Technology from Applied Biosystems is allowing scientists to identify the mutations responsible for the over 4,000 human genetic diseases as well as those that may arise giving way to cancer. Diagnostic tests are now available for cystic fibrosis, sickle cell anemia, Duchenne muscular dystrophy, and hemophilia. Oligonucleotides made on the Model 380B are being tested as "antisense" therapy for controlling the AIDS virus.

- Scientists now have the ability to identify individuals by their DNA. Like a fingerprint, each person's DNA is unique. But unlike a fingerprint, DNA can be obtained from anything that was part of the body-a fleck of skin, a speck of blood, or a spot of semen. Both state and federal governments are considering setting up computer banks of DNA "fingerprints" for various individuals that could be used in criminal investigations, as well as in the identification of victims of plane crashes and other disasters. To address the needs of law enforcement agencies, Applied Biosystems is exploring the potential for developing cost-effective, rapid DNA identification procedures.

**1987**
- Revenues increase by 63% to $84.4 million. The company employs 788 scientists, sales, marketing, technicians, and support staff. Six new instruments are added to the product line. The company increases foreign distribution capabilities.

- Applied Biosystems purchases the Kratos Division of Spectros International PLC, a manufacturer of liquid chromatography instrumentation. As genetically engineered proteins become commercially available in health care, advanced techniques for quality control grow in importance. Batch-to-batch product consistency and purity are essential. A single chemical change in a protein can alter its biological activity. In addition, contaminants can cause toxic reactions or allergic responses. Chromatography systems manufactured by Applied Biosystems help pharmaceutical and biotechnology companies ensure the purity of their therapeutic peptides, proteins, and chemical compounds.

**1986**
- Sales increase by 45% over the previous year to nearly $52 million. The company introduces six additional products, expanding its product line to eleven automated instruments and over 300 consumable products.

- Applied Biosystems' investment in the use of fluorescent tags to automate DNA sequencing pays off with the release of the Model 370A DNA Sequencing System. The instrument revolutionizes gene discovery.

- Among the new instruments released are the Model 340A Nucleic Acid Extractor (used by research and hospital laboratories for isolating DNA from bacteria, blood, and tissue) and an improved protein sequencer, the Model 477A

**1985**
- Applied Biosystems grows sales over the previous year by nearly 70% to over $35 million and posts its third yearly profit. The company introduces three new products, the Model 380B DNA Synthesizer, the 381A DNA Synthesizer, and the 120A PTH Amino Acid Analyzer. Over 400 Model 470A Protein Sequencers are in use worldwide.

- Applied Biosystems acquires Brownlee Labs, a manufacturer of columns and pumps for high performance liquid chromatography (HPLC) systems. The Model 120A PTH Amino Acid Analyzer, developed as a result of the Brownlee Labs acquisition, can be attached to the Model 470A for the on-line analysis of each amino acid as it is removed in turn from the sequencer

- The Model 380B DNA Synthesizer can make 3 different oligonucleotides simultaneously. Over 300 Model 380A DNA Synthesizers are in use worldwide.

- The Model 381A DNA Synthesizer, with a single column, is designed to serve the needs of the smaller laboratory. The instrument, having a lower price than the Model 380B, accelerates the pace of basic biotechnology and biomedical research as the ability to synthesize oligonucleotides is brought within financial reach of a vast number of laboratories across the globe.

- The company establishes a wholly owned subsidiary in Great Britain for the specific purpose of manufacturing chemicals used by its European customers in order to save them the cost of import duties and intercontinental shipping. Chemical sales account for 17% of business.

**1984**
- Applied Biosystems triples its sales from the previous year to over $18 million and posts its second yearly profit. The company introduces a third major product, the Model 430A Peptide Synthesizer.

- Nearly 400 Applied Biosystems automated instruments are in use in laboratories worldwide. With over 200 employees, the company manufactures and distributes the chemicals needed for their operation. Applied Biosystems offers a number of services including the synthesis of custom DNA and protein fragments, and the sequencing of customer protein samples.

- Using a Model 470A Protein Sequencer, researchers can determine the sequence of one of the coat proteins of a disease-causing virus. Using a Model 430A Peptide Synthesizer, they can then make a large quantity of a section of that protein that can be tested for use as a potential vaccine.

**1983**
- Mike Hunkapiller joins Applied Biosystems. The company employs almost 80 scientists, marketing, and support staff. The company's shares are traded on the NASDAQ exchange under the symbol ABIO. The company declares revenues of $5.9 million. The company begins to sell small quantities of a new fluorescent molecular tag having potential importance in immunodiagnostic assays and to license others to sell this material for use in research or in diagnostic applications.

- The company ships its second commercial product, the Model 380A DNA Synthesizer. The instrument makes short pieces of DNA called oligonucleotides. The ability to make a DNA strand having a sequence of bases desired by the scientist made several new and extremely important innovations in biotechnology possible. These include polymerase chain reaction (PCR), DNA sequencing, and gene identification. With the two Applied Biosystems' instruments, the Model 470A Protein Sequencer and the Model 380A DNA Synthesizer, molecular biologists can now perform "reverse genetics" to locate and clone genes from any organism. If a protein sequence is known, the scientist can now build an oligonucleotide having the DNA sequence that would encode that protein. That oligonucleotide can then be used to target in on the specific recombinant DNA clone that carries the desired gene.

- The company begins funding research in automated DNA sequencing being undertaken at the California Institute of Technology. Manual sequencing protocols to this point use radioactivity and X-ray film for determining the order of bases on a DNA strand. The technique is slow and offers only very low throughput. The new technique under development at Cal Tech uses fluorescent dyes to detect fragments of DNA made during a sequencing reaction. Rights to the technology are granted to Applied Biosystems.

**1982**
- Applied Biosystems releases its first commercial product, the Model 470A Protein Sequencer, shipped in August 1982. Scientists can now determine the order of amino acids within a purified protein. A protein's sequence can be correlated with its activity and function. Biotechnology companies use the 470A to confirm that the therapeutic protein they are manufacturing is, in fact, what they are telling the FDA it is. Applied Biosystems has 40 employees and reports revenues of $402,000.

**1981**
- Two engineers from Hewlett Packard, Andre Marion and Sam Eletr, commence operations of Applied Biosystems in May 1981. The company's mission is to develop, manufacture, and market biochemicals and automated instruments for biotechnology research and diagnostic applications. During the first fiscal year, the company earns $0.00 in revenue.