BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEPHEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF STEVEN FUNG, PH.D.**<br><br>Date:    March 13, 2008<br>Time:    8:00 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

I, Steven Fung, declare as follows:

1. I was employed by Applied Biosystems ("AB") for 24 years, from 1983 to 2007. I make these statements based on personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently hereto.

2. I have a doctorate in organic chemistry. I joined AB as a senior scientist, and worked for AB in research and development for 24 years.

3. In 1992, I was working as a scientist. I was not an officer or director of AB. Stephen Macevicz did not work in my department and he was neither my supervisor nor subordinate. I interacted with Dr. Macevicz when I would get guidance from the legal department regarding my inventions at AB. As far as I can recall, all of my interactions with Dr. Macevicz were related to AB and were in the course of my work for AB. I did not work with Dr. Macevicz outside of AB, and I did not socialize with Dr. Macevicz outside of AB. I did not consult or work with Dr. Macevicz on non-AB projects.

4. I have reviewed several pages from Dr. Macevicz's lab notebook from July 1992. My signature appears on those pages, dated July 28, 1992, as a witness to the dates and descriptions of the work. I have no independent recollection of signing the notebook. The only work I recall doing with Dr. Macevicz was in the course of AB's business. I do not recall Dr. Macevicz ever asking me to do any work for him outside of our work for AB, or asking me to witness work that he was doing outside of AB. Dr. Macevicz's request that I sign his lab notebook, and my signing the book, would have been in the course of my work at AB.

5. Before AB's due diligence efforts in the Spring of 2006 in connection with its acquisition of Agencourt Personal Genomics, I was not aware of Dr. Macevicz's U.S. Patent No. 5,750,341 ("'341 patent") and its related patents ("the 341 patent family"), or the corresponding patent applications, or that Dr. Macevicz had applied for a patent on DNA sequencing without assigning it to AB.

1  I declare under the penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3  Executed on _Feb 5_, 2008 in _Palo Alto_, California

_____
Steven Fung, Ph.D.

DECLARATION OF STEVEN FUNG
Case No. C07 02845 WHA
sd-410502

3