1   BRYAN WILSON (CA SBN 138842)
    ERIC C. PAI (CA SBN 247604)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    E-Mail: BWilson@mofo.com
5   E-Mail: EPai@mofo.com

6   DAVID C. DOYLE (CA SBN 70690)
    STEVEN E. COMER (CA SBN 154384)
7   BRIAN M. KRAMER (CA SBN 212107)
    MORRISON & FOERSTER LLP
8   12531 High Bluff Drive, Suite 100
    San Diego, California 92130-2040
9   Telephone: 858.720.5100
    Facsimile: 858.720.5125
10  E-Mail: DDoyle@mofo.com
    E-Mail: SComer@mofo.com
11  E-Mail: BMKramer@mofo.com

12
    Attorneys for Plaintiff
13  APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                    SAN FRANCISCO DIVISION
17

18
    APPLERA CORPORATION – APPLIED            Case No.   C07 02845 WHA
19  BIOSYSTEMS GROUP, a Delaware corporation,
                                             **DECLARATION OF VINCENT**
20              Plaintiff,                    **M. POWERS, PH.D.**

21      v.                                   Date:    March 13, 2008
                                             Time:    8:00 a.m.
22  ILLUMINA, INC., a Delaware corporation,  Place:   Courtroom 9, 19th Floor
    SOLEXA, INC., a Delaware corporation, and Honorable William H. Alsup
23  STEPHEN C. MACEVICZ, an individual,

24              Defendants.

25

26

27

28

I, Vincent M. Powers, declare as follows:

1.      I am currently the Vice President, Intellectual Property for Cepheid, a Sunnyvale, California-based molecular diagnostics company.  I make these statements based on personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently hereto.

2.      I joined Cepheid on March 31, 2007.  Before that I was a Director of Chemical Patent Practice with the Applied Biosystems Group of Applera Corporation ("AB"), where I worked as a patent attorney from September 1999 until March 2007.   Prior to working at AB, I worked at Dehlinger & Associates in Palo Alto as a patent agent from June 1992 to December 1997 and as a patent attorney from December 1997 to September 1999.  I received a B.S. in Chemistry from Caltech, a Ph.D. in Pharmaceutical Chemistry from UCSF, and a J.D. from Santa Clara University School of Law.  I was admitted to the California State Bar in December 1997 and have remained an active member in good standing since that time.

3.      While at Dehlinger & Associates, I assisted in the prosecution of U.S. Patent Application No. 08/424,663 ("the '663 Application"), which led to U.S. Patent Nos. 5,750,341 (issued May 12, 1998), U.S. Patent No. 5,969,119 (issued October 19, 1999), and U.S. Patent No. 6,306,597 (issued October 23, 2001), all entitled "DNA Sequencing By Parallel Oligonucleotide Extensions," and all issued to Dr. Stephen Macevicz (collectively, "the Macevitz Patents").

4.      The '663 application was filed on April 17, 1995.  I was given Power of Attorney for the '663 application, along with others at Dehlinger & Associates, on October 15, 1996.

5.      I did not discuss the Macevicz Patents with anyone at AB before or during my employment by AB.  I had discussions with Macevicz about prosecution of the Macevicz Patents while I was employed by Dehlinger & Associates, but I understood that Macevicz was employed by Lynx throughout that time.

6.      In the Fall of 2006 I was advised by AB that AB might become involved in litigation with Lynx regarding patent applications I had handled while at Dehlinger & Associates. We agreed that we would not discuss the potential litigation.  At some later point in 2006, AB asked whether I was willing to discuss with them any non-privileged information regarding the

1    Lynx patents that I had handled.  I declined and indicated that I did not wish to be involved.  At

2    that time I did not know that the litigation between AB and Lynx would involve the Macevicz

3    Patents.  I did not know that the Macevicz Patents were at issue in the litigation until after I left

4    AB.

5

6    Executed on ___February 7___, 2008 in ___Sunnyvale___, California

7

8                              ___Vincent M Powers___

9                                   Vincent M. Powers, Ph.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28