KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No. 07-CV-02845 WHA |
| | District Judge William H. Alsup |
| Plaintiff/Counterdefendant, | **DEFENDANTS' RESPONSE TO THE "ORDER RE SCHEDULE FOR CROSS MOTION FOR SUMMARY JUDGMENT"** |
| - vs. - | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | Date: March 20, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor |
| Defendants/Counterclaimants. | |

**DEFENDANTS' RESPONSE TO THE COURT'S "ORDER RE SCHEDULE FOR CROSS MOTION FOR SUMMARY JUDGMENT"; CASE NO: 07-CV-02845 WHA**

Defendants hereby respond to the Court's "Order re Schedule for Cross Motions for Summary Judgment" of January 31, 2008 (Docket No. 112).

Defendants intend to depose some of the individuals (Drs. Grossman, Hunkapiller, and Powers, and Mr. Bortner) that submitted declarations in support of Plaintiff's Opposition and Cross-Motion for Summary Judgment on Statute of Limitations (Docket No. 119).

Dated: February 11, 2008    Respectfully submitted,

/s/     John R. Labbé
KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

**DEFENDANTS' RESPONSE TO THE COURT'S "ORDER RE SCHEDULE FOR CROSS MOTION FOR SUMMARY JUDGMENT"; CASE NO: 07-CV-02845 WHA**