BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Counsel for Plaintiff and Counterclaim Defendant
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
GREGORY E. STANTON (CA Bar No. 203495)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)

Counsel for Defendant and Counterclaim Plaintiff
SOLEXA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No. 07-CV-02845 WHA<br><br>**JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR CLAIM-CONSTRUCTION HEARING ON FEBRUARY 13, 2008**<br><br>Date:       February 13, 2008<br>Time:       1:30 P.M.<br>Courtroom: 9, 19th Floor<br>Judge:      William H. Alsup |

JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR CLAIM-CONSTRUCTION HEARING ON FEBRUARY 13, 2008; CASE NO: 07-CV-02845 WHA

PA-1228383

1   Plaintiff and Counterclaim Defendant Applera Corporation – Applied Biosystems Group ("AB") and Defendant and Counterclaim Plaintiff Solexa, Inc. ("Solexa") hereby jointly request permission to bring into Courtroom 9 on February 13, 2008, the following equipment necessary for the Claim-Construction Hearing before Judge William H. Alsup scheduled for 1:30 P.M. on that day:

1.  By AB's counsel:
    a) Up to four laptop computers with optional computer mice and portable hard drive(s);
    b) One tech table setup;
    c) One projection screen with stand;
    d) One backup projection screen of smaller size;
    e) One digital projector;
    f) One switch box; and
    g) Various extension cords, audio and/or video cables, and power strips.

2.  By Solexa's counsel:
    a) Up to four laptop computers with optional computer mice and portable hard drive(s); and
    b) Various extension cords, audio and/or video cables, and power strips.

Counsel for AB will make the projector screen, digital projector, and switch box available for shared use by counsel for Solexa. The parties request that if counsel for AB becomes unable to bring any of these items, then counsel for Solexa be authorized to bring such item instead.

DATED: February 11, 2008    MORRISON & FOERSTER LLP

By:  /s/ Eric C. Pai
     Eric C. Pai
     Counsel for Plaintiff and Counterclaim Defendant
     APPLERA CORPORATION – APPLIED
     BIOSYSTEMS GROUP


MARSHALL, GERSTEIN & BORUN LLP

By:  /s/ John R. Labbé
     John R. Labbé
     Counsel for Defendant and Counterclaim Plaintiff
     SOLEXA, INC.

I, Eric C. Pai, am the ECF User whose ID and password are being used to file this JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR CLAIM-CONSTRUCTION HEARING ON FEBRUARY 13, 2008. In compliance with General Order 45, X.B, I hereby attest that John R. Labbe has concurred in this filing.

Date: February 11, 2008                    /s/ Eric C. Pai

## ORDER

The parties' request for permission to bring the equipment described above into Courtroom 9 on February 13, 2008, is hereby GRANTED.

**IT IS SO ORDERED.**


Dated: _____          _____
                                **HONORABLE WILLIAM H. ALSUP**
                                **UNITED STATES DISTRICT JUDGE**