1    BRYAN WILSON (CA BAR NO. 138842)
     ERIC C. PAI (CA BAR NO. 247604)
2    MORRISON & FOERSTER LLP
     755 Page Mill Road
3    Palo Alto, California 94304-1018
     Telephone: 650.813.5600
4    Facsimile: 650.494.0792

5    Counsel for Plaintiff and Counterclaim Defendant
     APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
6

7    KEVIN M. FLOWERS (admitted *pro hac vice*)
     THOMAS I. ROSS (admitted *pro hac vice*)
8    JEFFREY H. DEAN (admitted *pro hac vice*)
     GREGORY E. STANTON (CA Bar No. 203495)
9    JOHN R. LABBE (admitted *pro hac vice*)
     CULLEN N. PENDLETON (admitted *pro hac vice*)
10   MARSHALL, GERSTEIN & BORUN LLP
     6300 Sears Tower
11   233 South Wacker Drive
     Chicago, Illinois 60606-6357
12   (312) 474-6300 (telephone)
     (312) 474-0448 (facsimile)

13   Counsel for Defendant and Counterclaim Plaintiff
     SOLEXA, INC.
14

15                  UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18   APPLERA CORPORATION – APPLIED          )    Case No. 07-CV-02845 WHA
     BIOSYSTEMS GROUP, a Delaware           )
19   corporation,                           )    **JOINT REQUEST AND [PROPOSED]**
                                            )    **ORDER REGARDING**
20                    Plaintiff,            )    **COURTROOM EQUIPMENT FOR**
                                            )    **CLAIM-CONSTRUCTION HEARING**
21               - vs. -                    )    **ON FEBRUARY 13, 2008**
                                            )
22                                          )    Date:      February 13, 2008
     ILLUMINA, INC., a Delaware corporation, )   Time:      1:30 P.M.
23   SOLEXA, INC., a Delaware corporation,  )    Courtroom: 9, 19th Floor
     and STEPHEN C. MACEVICZ, an            )    Judge:     William H. Alsup
24   individual,                            )
                                            )
25                    Defendants.           )

26

27

28

1    Plaintiff and Counterclaim Defendant Applera Corporation – Applied Biosystems

2  Group ("AB") and Defendant and Counterclaim Plaintiff Solexa, Inc. ("Solexa") hereby

3  jointly request permission to bring into Courtroom 9 on February 13, 2008, the following

4  equipment necessary for the Claim-Construction Hearing before Judge William H. Alsup

5  scheduled for 1:30 P.M. on that day:

6        1.    By AB's counsel:

7              a) Up to four laptop computers with optional computer mice and portable

8                 hard drive(s);

9              b) One tech table setup;

10             c) One projection screen with stand;

11             d) One backup projection screen of smaller size;

12             e) One digital projector;

13             f) One switch box; and

14             g) Various extension cords, audio and/or video cables, and power strips.

15       2.    By Solexa's counsel:

16             a) Up to four laptop computers with optional computer mice and portable

17                hard drive(s); and

18             b) Various extension cords, audio and/or video cables, and power strips.

19       Counsel for AB will make the projector screen, digital projector, and switch box

20  available for shared use by counsel for Solexa.  The parties request that if counsel for AB

21  becomes unable to bring any of these items, then counsel for Solexa be authorized to bring

22  such item instead.

23

24

25

26

27

28

DATED:  February 11, 2008          MORRISON & FOERSTER LLP

By:    /s/ Eric C. Pai
Eric C. Pai
Counsel for Plaintiff and Counterclaim Defendant
APPLERA CORPORATION – APPLIED
BIOSYSTEMS GROUP


MARSHALL, GERSTEIN & BORUN LLP

By:    /s/ John R. Labbé
John R. Labbé
Counsel for Defendant and Counterclaim Plaintiff
SOLEXA, INC.

I, Eric C. Pai, am the ECF User whose ID and password are being used to file this JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR CLAIM-CONSTRUCTION HEARING ON FEBRUARY 13, 2008. In compliance with General Order 45, X.B, I hereby attest that John R. Labbe has concurred in this filing.


Date: February 11, 2008              /s/ Eric C. Pai


**ORDER**

The parties' request for permission to bring the equipment described above into

Courtroom 9 on February 13, 2008, is hereby GRANTED.

**IT IS SO ORDERED.**


**Dated:**    February 11, 2008          _____
**HONORABLE WILLIAM H. ALSUP**
**UNITED STATES DISTRICT JUDGE**