IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual

    Defendants.

No. C 07-02845 WHA

**ORDER RE ISSUE OF OWNERSHIP OF PATENT**

At the last case management conference, plaintiff raised the questions of whether the issue of ownership of the patents should be severed and whether the issue of ownership is for the judge or for the jury. The Court has studied the material submitted by the parties. If bifurcation is to occur, it should only occur after a proper motion has been made and fully briefed. If such a motion is made, it should be made before **MARCH 13, 2008**.

**IT IS SO ORDERED.**

Dated: February 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE