UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 13, 2008

Case No.  C 07-02845 WHA

Title: APPLERA CORP v. ILLUMINA, INC

Plaintiff Attorneys: Steve Comer; Kurtis MacFerrin; Eric Pai

Defense Attorneys: Kevin Flowers; Cullen Pendleton

Deputy Clerk:  Dawn Toland             Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)    Claims Construction Hearing - HELD

2)

Continued to     for Further Case Management Conference

Continued to     for Pretrial Conference

Continued to     for Trial

**ORDERED AFTER HEARING:**

Chris Cabou, General Counsel for Illumina is present.

Court advised parties that any request to bifurcate must be made in a formal motion noticed on a 35-day track.