1  KEVIN M. FLOWERS (admitted *pro hac vice*)
   THOMAS I. ROSS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   JOHN R. LABBE (admitted *pro hac vice*)
3  CULLEN N. PENDLETON (admitted *pro hac vice*)
   MARSHALL, GERSTEIN & BORUN LLP
4  6300 Sears Tower
   233 South Wacker Drive
5  Chicago, IL 60606-6357
   (312) 474-6300 (telephone)
6  (312) 474-0448 (facsimile)
   E-Mail: kflowers@marshallip.com
7  E-Mail: tross@marshallip.com
   E-Mail: jdean@marshallip.com
8  E-Mail: jlabbe@marshallip.com
   E-Mail: cpendleton@marshallip.com

9  KIMBERLY K. DODD (CA Bar No. 235109)
   FOLEY & LARDNER LLP
10 975 Page Mill Road
   Palo Alto, CA 94304-1125
11 (650) 856-3700 (telephone)
   (650) 856-3710 (facsimile)
12 E-Mail: kdodd@foley.com

Attorneys for Defendants and Counterclaim Plaintiff SOLEXA, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-02845 WHA<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING**<br><br>Honorable William H. Alsup |

1  **PLEASE TAKE NOTICE** that the following documents have been filed in physical form and are maintained in the case file in the Clerk's Office:

the Declaration of John R. Labbe in Support of Defendants': (1) Reply in Support of Motion for Summary Judgment on Plaintiff's State-Law Causes of Action for Failure to Comply with the Statutes of Limitations; and (2) Opposition to Plaintiff's Cross-Motion for Summary Judgment.

Hard copies of these documents are being served on all parties and/or counsel of record in the action.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

A complete copy of this document was not e-filed because it contains confidential information. A public version omitting Exhibits 1-4, 21 and 22 has been e-filed.

Respectfully submitted,

FOLEY & LARDNER LLP

DATED: February 28, 2008        /S/
                                Kimberly K. Dodd
                                Attorneys for Defendants