KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

KIMBERLY K. DODD (CA Bar No. 235109)
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304-1125
(650) 856-3700 (telephone)
(650) 856-3710 (facsimile)
E-Mail: kdodd@foley.com

Attorneys for Defendants and Counterclaim Plaintiff SOLEXA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-02845 WHA<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Honorable William H. Alsup |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants move the Court to issue an
2  Administrative Order that authorizes the sealing of Exhibits 1, 2, 3, 4, 21 & 22 to the Declaration
3  of John R. Labbe in Support of Defendants': (1) Reply in Support of Motion for Summary
4  Judgment on Plaintiff's State-Law Causes of Action for Failure to Comply with the Statutes of
5  Limitations; and (2) Opposition to Plaintiff's Cross-Motion for Summary Judgment, these
6  exhibits contain information that Plaintiff Applera has designated as confidential under the
7  Protective Order in this case.

Respectfully submitted,

FOLEY & LARDNER LLP

DATED: February 28, 2008

/S/
Kimberly K. Dodd
Attorneys for Defendants