| | |
|---|---|
| 1 | KEVIN M. FLOWERS (admitted *pro hac vice*) |
| | THOMAS I. ROSS (admitted *pro hac vice*) |
| 2 | JEFFREY H. DEAN (admitted *pro hac vice*) |
| | JOHN R. LABBE (admitted *pro hac vice*) |
| 3 | CULLEN N. PENDLETON (admitted *pro hac vice*) |
| | MARSHALL, GERSTEIN & BORUN LLP |
| 4 | 6300 Sears Tower |
| | 233 South Wacker Drive |
| 5 | Chicago, IL 60606-6357 |
| | (312) 474-6300 (telephone) |
| 6 | (312) 474-0448 (facsimile) |
| | E-Mail: kflowers@marshallip.com |
| 7 | E-Mail: tross@marshallip.com |
| | E-Mail: jdean@marshallip.com |
| | E-Mail: jlabbe@marshallip.com |
| | E-Mail: cpendleton@marshallip.com |

KIMBERLY K. DODD (CA Bar No. 235109)
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304-1125
(650) 856-3700 (telephone)
(650) 856-3710 (facsimile)
E-Mail: kdodd@foley.com

Attorneys for Defendants and Counterclaim Plaintiff SOLEXA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-02845 WHA<br><br>**CERTIFICATE OF SERVICE** |

## PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my current business address is **975 Page Mill Road, Palo Alto, CA 94304.**

On February 28, 2008, I served the foregoing document(s) described as:

**DECLARATION OF JOHN R. LABBE IN SUPPORT OF DEFENDANTS': (1) REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS; AND (2) OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

X   by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

BY MAIL
   I placed such envelope with postage thereon fully prepaid to be placed in the United States mail, at Palo Alto, California.

   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto, California.

___   BY HAND DELIVERY. I caused said document(s) to be delivered **by hand** personally to addressee(s).

X   BY FEDERAL EXPRESS. I sent via Federal Express. I am "readily familiar" with the firm's practice of collection and processing packages for Federal Express delivery. Under that practice, the packages are picked up by a Federal Express representative on the same day with the Airbill listing the account number for billing to sender at Palo Alto, California, in the ordinary course of business. The packages were picked up on that date following ordinary business practices.

   Bryan Wilson
   Dara Tabesh
   Eric C. Pai
   Morrison & Foerster LLP
   755 Page Mill Rd
   Palo Alto, CA 94304-1018

___   BY ELECTRONIC MAIL. I sent such document(s) by Electronic Mail.

___   BY FAX. I served such document by facsimile transmission on. I had printed a facsimile transmission report and no errors in transmission were reported.

X   Executed on February 28, 2008, at Palo Alto, California.

   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___

1 | __X__ | (Federal) | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*[signature]*
Jeffrey Pung