KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff/Counterdefendant,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants/Counterclaimants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br><br>**DECLARATION OF JOHN R. LABBE IN SUPPORT OF DEFENDANTS':**<br><br>**(1) REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS; AND**<br><br>**(2) OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    March 20, 2008<br>Time:    8:00 a.m.<br>Place:   Courtroom 9, 19th Floor |

I, John R. Labbé, declare:

1.     I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted *pro hac vice* to practice before this Court in this case.

2.     I make this declaration in support of Defendants' Reply in Support of Motion for Summary Judgment on Plaintiff's State-Law Causes of Action for Failure to Comply with the Statutes of Limitations, and Defendants' Opposition to Plaintiff's Cross-Motion for Summary Judgment.

3.     The statements in this declaration are true and correct.  If called as a witness, I could and would testify thereto under oath.

4.     Exhibit 1 hereto is a true and correct copy of a page excerpted from Paul D. Grossman's personnel file, produced by Plaintiff bearing the production number AB 00001471.

5.     Exhibit 2 hereto is a true and correct copy of two pages page excerpted from Paul D. Grossman's personnel file, produced by Plaintiff bearing the production numbers AB 00001478 and AB 00001480.

6.     Exhibit 3 hereto is a true and correct copy of select pages from the transcript of the deposition of Paul Grossman, dated February 14, 2008.

7.     Exhibit 4 hereto is a true and correct copy of select pages from the transcript of the deposition of Vincent M. Powers, dated February 22, 2008.

8.     Exhibit 5 hereto is a true and correct copy of an assignment recorded at the U.S. Patent & Trademark Office at Reel 8605, Frame 0332, dated June 10, 1997.

9.     Exhibit 6 hereto is a true and correct copy of United States Patent Number 5,750,341.

10.     Exhibit 7 hereto is a true and correct copy of the "Associate Power of Attorney," dated October 15, 1996, and filed with the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial Number 08/424,663.

11.    Exhibit 8 hereto is a true and correct copy of the "Amendment," dated October 16, 1996, and filed with the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial Number 08/424,663.

12.    Exhibit 9 hereto is a true and correct copy of the "Interview Summary," dated February 14, 1997, signed Paul B. Tran, an examiner at the U.S. Patent & Trademark Office, in connection with U.S. Patent Application Serial Number 08/424,663.

13.    Exhibit 10 hereto is a true and correct copy of the "Transmittal of Issue Fee and Advance Order," dated May 27, 1997, and filed with the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial Number 08/424,663.

14.    Exhibit 11 hereto is a true and correct copy of the "Communication," dated February 18, 1998, and filed with the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial Number 08/424,663.

15.    Exhibit 12 hereto is a true and correct copy of the "Filing Under 37 CFR §1.60 Without Abandonment of Pending Parent Application," dated June 10, 1997, and filed with the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial Number 08/872,446.

16.    Exhibit 13 hereto is a true and correct copy of the "Transmittal of Issue Fee and Advance Order," dated February 19, 1999, and filed with the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial Number 08/872,446.

17.    Exhibit 14 hereto is a true and correct copy of the "Issue Fee Transmittal," dated February 19, 1999, and filed with the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial Number 08/872,446.

18.    Exhibit 15 hereto is a true and correct copy of United States Patent Number 5,969,119.

19.    Exhibit 16 hereto is a true and correct copy of the "Transmittal of Continuation Patent Application for Filing Under 37 CFR §1:53(b)", dated March 29, 1999, and filed with the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial Number 09/280,270.

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS': (1) REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS; AND (2) OPPOSITION TO PLAINTIFF'S CROSS-MOTION; CASE NO: 07-CV-02845 WHA**

-2-

1    20.    Exhibit 17 hereto is a true and correct copy of the "Response to Notice to

2  File Missing Parts of Application," dated June 21, 1999, and filed with the U.S. Patent &

3  Trademark Office in connection with U.S. Patent Application Serial Number 09/280,270.

4    21.    Exhibit 18 hereto is a true and correct copy of the "Preliminary Amend-

5  ment," dated June 21, 1999, and filed with the U.S. Patent & Trademark Office in connec-

6  tion with U.S. Patent Application Serial Number 09/280,270.

7    22.    Exhibit 19 hereto is a true and correct copy of United States Patent Number

8  6,306,597.

9    23.    Exhibit 20 hereto is a true and correct copy of the "Issue Fee Transmittal,"

10  dated August 1, 2001, and filed with the U.S. Patent & Trademark Office in connection

11  with U.S. Patent Application Serial Number 09/280,270.

12    24.    Exhibit 21 hereto is a true and correct copy of select pages from the tran-

13  script of the deposition of Michael Hunkapiller, dated February 21, 2008.

14    25.    Exhibit 22 hereto is a true and correct copy of select pages from the tran-

15  script of the deposition of Scott Bortner, dated February 22, 2008.

16    26.    Using the U.S. Patent and Trademark Office website located at

17  http://www.uspto.gov/patft/index.html, I conducted the searches described in paragraphs

18  27 and 29.

19    27.    I ran a search for U.S. Patents issued between January 1, 1970 and October

20  31, 1999 that contain the term "DNA sequencing" in the title of the patent. Exhibit 23 at-

21  tached hereto is a true and correct copy of the search results which found 80 patents.

22    28.    Exhibit 24 hereto is a true and correct copy of a timeline available at

23  http://www-03.ibm.com/ibm/history/history/year_1993.html, which shows that IBM Cor-

24  poration represented that it had 256,207 employees in 1993.

25    29.    I ran a search for U.S. Patents issued between January 1, 1993 and Decem-

26  ber 31, 1999 and list "Applied Biosystems" as the assignee of the patent. Exhibit 25 at-

27  tached hereto is a true and correct copy of the search results which found 17 patents.

28

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS': (1) REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS; AND (2) OPPOSITION TO PLAINTIFF'S CROSS-MOTION; CASE NO: 07-CV-02845 WHA**

-3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

30.    Exhibit 26 hereto is a true and correct copy of an article that originally appeared in the New York Times Newspaper on March 10, 1997, entitled "For the patent-curious, a variety of research sites make it easier to study the archives."

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  February 28, 2008            s/ John R. Labbé
                                      John R. Labbé

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS': (1) REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S STATE-LAW CAUSES OF ACTION FOR FAILURE TO COMPLY WITH THE STATUTES OF LIMITATIONS; AND (2) OPPOSITION TO PLAINTIFF'S CROSS-MOTION; CASE NO: 07-CV-02845 WHA**

-4-