# Exhibit 2

1  KEVIN M. FLOWERS (admitted *pro hac vice*)
2  THOMAS I. ROSS (admitted *pro hac vice*)
   JEFFREY H. DEAN (admitted *pro hac vice*)
3  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
4  MARSHALL, GERSTEIN & BORUN LLP
5  6300 Sears Tower
   233 South Wacker Drive
6  Chicago, Illinois 60606-6357
7  (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
8  E-Mail: kflowers@marshallip.com
   E-Mail: tross@marshallip.com
9  E-Mail: jdean@marshallip.com
10 E-Mail: jlabbe@marshallip.com
   E-Mail: cpendleton@marshallip.com
11
12 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,
13 and STEPHEN C. MACEVICZ

14                          **UNITED STATES DISTRICT COURT**
15                          **NORTHERN DISTRICT OF CALIFORNIA**
16                             **SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, ) ) ) | Case No. 07-CV-02845 WHA |
| ) | **EXHIBIT 2 TO THE DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF (1) DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; AND (2) DEFENDANTS' OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff/Counterdefendant, ) ) | |
| - vs. - ) ) ) | |
| ILLUMINA, INC., a Delaware corporation, ) SOLEXA, INC., a Delaware corporation, ) and STEPHEN C. MACEVICZ, an ) individual, ) ) | |
| ) | Date:  March 20, 2008 |
| Defendants/Counterclaimants. ) | Time:  8:00 a.m.<br>Place: Courtroom 9, 19th Floor |

27                     **CONDITIONALLY FILED UNDER SEAL**
28                **SUBJECT TO MOTION TO FILE UNDER SEAL**