# Exhibit 5

FORM PTO-1  
1 31-92

07-29-1997  SHEET

U.S. DEPARTMENT OF COMMERCE  
PATENT AND TRADEMARK OFFICE

To the Honorable Assistant Commissioner for Patents. Please record the attached original documents or copy thereof.

1. Name of conveying party(ies):

   Spectragen, Inc.  
   3832 Bay Center Place  
   Hayward, CA 94545

   Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

2. Name/address of receiving party(ies):

   Lynx Therapeutics, Inc.  
   3832 Bay Center Place  
   Hayward, CA 94545

3. Nature of conveyance:

   ☒ Recordation of Merger of Conveying Party with and into Receiving Party.

4. Application number(s) or patent number(s):

   If this document is being filed together with new application, the execution date of application is June 10, 1997.

   A. Patent Application No.(s)

      08/424,663

   B. Patent No.(s)

   Additional numbers attached? ☐ Yes ☒ No

5. Name and address of party to whom correspondence concerning document should be mailed:

   Dehlinger & Associates  
   P.O. Box 60850  
   Palo Alto, CA 94306  
   (415) 324-0880

6. Total No. of applications and patents involved: 2

7. Total fee (37 CFR §3.41): $40.00

   ☒ Enclosed (included in check for filing fee)

   ☐ Charge to deposit account

8. Deposit account number: 04-0531

DO NOT USE THIS SPACE

9. Statement and signature.

   To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

   Vincent M. Powers  
   Name of Person Signing

   Signature

   June 10, 1997  
   Date

PATENT  
REEL: 8605 FRAME: 0332