# Exhibit 7

[Mail Room stamp: OCT 21 1996]

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: Oct 16, 1996   By: [signature]

No.: 5525-0015

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF: | |
| Stephen C. Macevicz | EXAMINER: P.B. Tran |
| SERIAL NO.: 08/424,663 | ART UNIT: 1807 |
| FILED: April 17, 1995 | |
| FOR: **DNA Sequencing by Parallel Oligonucleotide Extensions** | |

### Associate Power of Attorney

Assistant Commissioner for Patents
Washington, D.C.   20231

Sir:

The undersigned, Peter J. Dehlinger, holding an original Power of Attorney in the above-identified application, hereby grants an Associate Power of Attorney to Carol A. Stratford, Registration No. 34,444; Vincent M. Powers, Registration No. 36,246; Charles K. Sholtz, Registration No. 38,615; Judy M. Mohr, Registration No. 38,563; Susan T. Evans, Registration No. 38,443; and LeeAnn Gorthey, Registration No. 37,337.

Please address all future correspondence to the following address:

Dehlinger & Associates
P.O. Box 60850
Palo Alto, California 94306

Respectfully submitted,

Date: 10-15-96

[signature]
Peter J. Dehlinger
Registration No. 28,006

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA 94306
Phone: (415) 324-0880