# Exhibit 8

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: Oct 16, 1996    By: [signature]

DOCKET NO.: 5525-0015

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:
    Stephen C. Macevicz
SERIAL NO.: 08/424,663
FILED: April 17, 1995
FOR: **DNA Sequencing by Parallel Oligonucleotide Extensions**

EXAMINER: P.B. Tran
ART UNIT: 1807

### AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Office action mailed April 16, 1996, please amend the application as indicated below. A Petition for 3-Month Extension of Time with fee is enclosed herewith.

### In the Specification:

On page 3, line 32, change "required" to --require--.

On page 4, line 21, after "that" insert --of--; on line 27, change "initializiang" to --initializing--; and on line 30, change "identifed" to --identified--.

On page 5, line 24, change "the the" to --the--.

On page 6, line 28, after "start" insert --of--; and on line 35, change "i$_a$ in" to "in".

On page 7, line 25, change "be be" to --be--.

On page 12, line "4.816,571" to --4,816,571--.

On page 13, line 7, change "application," to --application number--; and on line 26, insert --step-- after "ligation", and change "steps" to --step--.

On page 14, line 22, change "Internation" to --International--.

to the just-ligated extension probe or (2) a nucleotide residue in the target polynucleotide which is immediately adjacent to, and downstream of, the extended oligonucleotide probe;

(d) generating an extendable probe terminus on the extended probe, if an extendable probe terminus is not already present, such that the terminus generated is different from the terminus to which the last extension probe was ligated; and

(e) repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined.

The applicant appreciates the Examiner's suggestion that the claims would be allowable over the cited art if limited to the subject matter of claims 3-6, 8-12 and 14-17 [now canceled]. However, such claim scope would not fairly define the applicant's invention.

In the absence of any objective teaching in the cited art that the claimed invention should be carried out, the invention embodied in claim 1 and its dependent claims cannot be considered obvious. Withdrawal of the rejection is therefore respectfully requested.

VI. Conclusion

In view of the foregoing, the applicant submits that the claims pending in the application are in condition for allowance. A Notice of Allowance is therefore respectfully requested.

Respectfully submitted,

Date: Oct. 16, 1996

Vincent M. Powers
Registration No. 36,246

Correspondence Address:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA 94306
Phone: (415) 324-0880

12