# Exhibit 10

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

May 27, 1997

Docket No.: 5525-0015/PE01US

NOTICE OF ALLOWANCE MAILED
FEBRUARY 28, 1997

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:
    Stephen C. Macevicz
SERIAL No.: 08/424,663
FILED: April 17, 1995
FOR: DNA Sequencing by Parallel Oligonucleotide Extensions

EXAMINER: P.B. Tran
ART UNIT: 1807
BATCH No.: K07

### Transmittal of Issue Fee and Advance Order

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Notice of Allowance mailed February 28, 1997, applicant herewith submits Form PTOL-85B in triplicate, and counsel's check in the amount of $684.00 covering a payment of $645.00 as Issue Fee plus $39.00 in payment of the advance order for copies of the printed patent.

The Commissioner is hereby authorized to charge any underpayment (or credit any overpayment) associated with this communication to Deposit Account No. 04-0531. This communication is submitted in duplicate.

Respectfully submitted,

Date: May 27, 1997

Vincent M. Powers
Registration No. 36,246

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA 94306
Phone: (415) 324-0880