# Exhibit 16

Attorn  ocket No. 5525-0015.21

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
Certification under 37 CFR §1.10 *(if applicable)*

| | |
|---|---|
| **EM 416 978 767 US** | **March 29, 1999** |
| Express Mail Label Number | Date of Deposit |

I hereby certify that this Transmittal Letter, enclosed application and any other documents referred to as enclosed herein, are being deposited in an envelope with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date above and addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

Matthew D. Radlon
(Print Name of Person Mailing Application)           (Signature of Person Mailing Application)

### Transmittal of Continuation Patent Application for Filing Under 37 CFR §1.53(b)

Box Patent Application
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:  Transmitted herewith for filing is a patent application by inventor Stephen C. Macevicz and entitled:

### DNA Sequencing by Parallel Oligonucleotide Extensions

1. Enclosed are:
   - ☒ One stamped, self-addressed postcard for PTO datestamp.
   - ☒ Certificate of Express Mail.
   - ☒ One utility patent application containing text pages 1-<u>31</u> and
     - ☒  <u>5</u> Sheets of drawings.
   - ☒ Copy of executed Declaration of Inventorship from parent application Serial No. <u>08/424,663</u>.
   - ☒ A Request to Use the Computer-Readable Form of the Sequence Listing from Parent Application; Matching Declaration; hard copy of sequence listing of record in parent application No. <u>08/424,663</u>.
   - ☐ __ Sheets of formal drawings.
   - ☐ A Preliminary Amendment.
   - ☐ A new Power of Attorney.

2. Amendment
   - ☐ Please enter the enclosed Preliminary Amendment before calculating the filing fee. It is understood that only amendments reducing the number of claims will be entered for this purpose.
   - ☐ Please cancel original claims ___, inclusive, before calculating the filing fee. (At least one original independent claim should be retained for filing purposes.)

3. Extension of Time
   - ☐ A petition for extension of time has been filed in the parent to extend the pendency of the parent to __ (copy enclosed).
   - ☒ <u>Conditional Petition for Extension of Time</u>: An Extension of Time is requested to provide for timely filing *if* required to establish copendency with the parent after all papers filed herewith have been considered.

4. U.S. Priority
   - ☒ This application is a continuation of Ser. No. 08/872,446, filed June 10, 1997, which is a divisional of Ser. No. 08/424,663, filed April 17, 1995.

1

Attorn  ocket No. 5525-0015.21

5. **Foreign Priority**
   - ☐ Priority of Application No. __ filed in __ on __ is claimed under 35 USC §119.
   - ☐ A certified copy of this priority document is enclosed.

6. **Prior Documents Still In Effect**
   - ☒ This application and parent application Serial No. 08/872,446 filed June 10, 1997 are assigned of record to <u>Lynx Therapeutics, Inc.</u>, as recorded in the U.S. Patent and Trademark Office at Reel 8605 and Frame 0332.
   - ☒ Power of Attorney in the above-identified prior application is to <u>Vincent M. Powers</u>, Reg. No. <u>36,246</u>, and the other attorneys or agents identified therein.

7. **Entity Status**
   - ☒ Large entity status applies to this application.
   - ☐ Small entity status is proper under 37 CFR 1.28(a) in light of the Small Entity Statement(s) submitted in parent App. No. _____ on __.

8. **Fees**
   The filing fee has been calculated taking into account any amendments in section 2 above:

   | | | | | | | | |
   |---|---|---|---|---|---|---|---|
   | Basic Fee | | | | $380.00 | or | | $760.00 |
   | Total Claims | 19 - 20 | 0 | x $ 9 = | $ | or | x $ 18 = | $ |
   | Independent Claims | 4 - 3 | 1 | x $39 = | $ | or | x $ 78 = | $ 72 00 |
   | ☐ Multiple Dependent Claim Presented | | | + $130 = | $ | or | + $260 = | $ |
   | * If the difference in Col. 1 is less than zero, enter "0" in Col. 2. | | | TOTAL | $ | or | TOTAL | $832.00 |

   - ☐ Please charge the Filing Fee and any other fees necessary for timely filing of this application to Deposit Account 04-0531
   - ☒ **Filing fee to be submitted in response to anticipated receipt of Notice to File Missing Parts.** <u>DO NOT CHARGE DEPOSIT ACCOUNT</u>.

   Respectfully submitted,

   Date: March 29 1999

   /Vincent M. Powers/
   Vincent M. Powers
   Registration No. 36,246

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA 94306
(650) 324-0880

2