# Exhibit 18

Docket No 5525-0015.21

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: 6/21/99   By: _____

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

Stephen C. Macevicz, et al.

SERIAL NO.: 09/280,270

FILED: March 29, 1999

FOR: DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

EXAMINER: unknown

ART UNIT: 1634

### Preliminary Amendment

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Prior to examination, and prior to calculation of the filing fee, please amend the application as follows:

In the Specification

On page 3, line 32, change "required" to --require--.

On page 4, line 21, after "that" insert --of--; on line 27, change "initializiang" to --initializing--; and on line 30, change "identifed" to --identified--.

On page 5, line 24, change "the the" to --the--.

On page 6, line 28, after "start" insert --of--; and on line 35, change "i$_n$ in" to "in".

On page 7, line 25, change "be be" to --be--.

On page 12, line 20, change "4.816,571" to --4,816,571--.

On page 13, line 7, change "application," to --application number--; and on line 26, insert --step-- after "ligation", and change "steps" to --step--.

1

Docket No 5525-0015.21

On page 14, line 22, change "Internation application" to --International application number--.

On page 17, line 1, after "by" delete "several"; on line 16, change "hybrized" to --hybridized--; on line 19, change "hybrization" to --hybridization--; and on line 24, change "simutaneously" to --simultaneously--.

On page 18, line 35, change "stingency" to --stringency--.

On page 20, line 3, after "on" insert --the--; on line 7, change "corresponence" to --correspondence--; and change line 32 to read as follows: --region is ligated into a Sac I/Sma I-digested pUC19 (upper strand: SEQ ID NO:1; lower strand: SEQ ID NO:9):--.

On page 21, line 6, after "3'" insert --(SEQ ID NO:10)--; on line 7, after "GGT-3'", insert --(SEQ ID NO:11)--; on line 33, before "5'-", insert --(SEQ ID NO:2)--; and on line 35, before "5'-", insert --(SEQ ID NO:3)--.

Also on page 21, line 25, change "sequence:" to --sequence, where the defined sequences separated by the ellipses (...) are listed in the attached sequence listing as two separate sequences, SEQ ID NO:12 and SEQ ID NO:13:--.

On page 22, line 1, before "5'-", insert --(SEQ ID NO:4)--; on line 3, before "5'-", insert --(SEQ ID NO:5)--; and on line 29, change "))" to --)--.

On page 23 line 13, before "and", insert --(SEQ ID NO:6)--; on line 14, change "3'" to --3' (SEQ ID NO:7)--; and on line 22, before "5'-", insert --(SEQ ID NO:8)--.

In the Claims

Please cancel claims 2-19 without prejudice.

Please add claims 20-31 as follows:

2

Docket No 5525-0015.21

--20. A kit for DNA sequence analysis, the kit comprising one or more sets of oligonucleotide probes wherein (i) each probe set contains at least 50 different-sequence, single-stranded oligonucleotides, (ii) the oligonucleotides have lengths up to 12 nucleotides, and (iii) in each set, the different-sequence, single-stranded oligonucleotides within that set have substantially the same free energy of duplex formation.

21. The kit of claim 20 wherein each set contains from 50 to 10,000 different different-sequence, single-stranded oligonucleotides.

22. The kit of claim 20 wherein, for at least one said set, the different-sequence, single-stranded oligonucleotides in that set have annealing temperatures whose maximum and minimum values differ from each other by no more than 1°C.

23. The kit of claim 22 wherein said annealing temperatures have a value from 22°C to 70°C.

24. The kit of claim 23 wherein said different-sequence, single-stranded oligonucleotides have lengths of 8, 9, or 12 nucleotides.

25. The kit of claim 22 which further includes an initializing oligonucleotide having a length of from 20 to 30 nucleotides, for binding to a target nucleic acid.

26. A kit for DNA sequence analysis, the kit comprising one or more sets of oligonucleotide probes wherein (i) each probe set contains 50 to 10,000 different-sequence, single-stranded oligonucleotides, (ii) the oligonucleotides are 8 to 12

3

Docket No 5525-0015.21

nucleotides in length, and (iii) in each set, the different-sequence, single-stranded oligonucleotides within that set are from the same stringency class.

27. The kit of claim 26, further including one or more initializing oligonucleotides and one or more solid phase supports having templates attached thereto, the templates each comprising a target polynucleotide having a binding region capable of forming a perfectly matched duplex with one or more of the initializing oligonucleotides.

28. The kit of claim 26, wherein each probe set contains 50 to 500 different-sequence, single-stranded oligonucleotides.

29. The kit of claim 28, wherein each stringency class is defined by a selected range of annealing temperatures.

30. The kit of claim 29, wherein at least one selected range of annealing temperatures spans defines a 1°C interval.

31. The kit of claim 30, wherein each of said probes has a length of 8, 9, or 12 nucleotides.--

Abstract

Attached is a separate page (page 32) containing an Abstract for the subject matter of claims 20-31.

4

Docket No 5525-0015.21

## REMARKS

Entry of the present amendments prior to examination is respectfully requested. By this Amendment, claims 2-19 have been canceled, and claims 20-31 have been added. Claims 1 and 20-31 are pending.

The specification has been amended to correct various typographical errors, and to include SEQ identifiers consistent with the Sequence Listing data in the parent application. New claims 20-31 are supported by the original application disclosure in at least the following locations:

| Feature | Claims | Basis in Specification |
| --- | --- | --- |
| Kit | 20-31 | Page 19, line 29 to page 20, line 11 |
| Probes with similar free energies of duplex formation or of same stringency class | 20, 26 | Page 16, line 11 to page 19, line 8; page 17, line 32 to page 18, line 5 |
| Number of probes per stringency class | 20, 21, 26, 28 | Page 17, lines 17-22 |
| Probe lengths | 20, 24, 26, 31 | Page 8, line 9<br>Page 17, line 17<br>Example 1<br>Page 4, line 28<br>Page 8, line 9<br>Claims 18 & 19 |
| Annealing temperatures | 22, 23, 29, 30 | Page 17, line 3; page 22, lines 17-23 (Example 1) |
| Templates | 27 | Page 11, lines 11-18. |
| Initializing oligonucleotides | 25, 27 | Page 6, line 17 to page 8, line 3; Figure 1. |
| Initializing oligo 20-30nt in length | 25 | Page 7, lines 31-32 |

5

Docket No 5525-0015.21

In addition, enclosed is an abstract which better reflects the subject matter of claims 20-31. No new matter is added by any of the amendments.

Respectfully submitted,

*[signature]*

Date: *June 21, 1997*

Vincent M. Powers
Registration No. 36,246

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

6