# Exhibit 21

| | |
|---|---|
| 1 | KEVIN M. FLOWERS (admitted *pro hac vice*) |
| 2 | THOMAS I. ROSS (admitted *pro hac vice*) |
| | JEFFREY H. DEAN (admitted *pro hac vice*) |
| 3 | JOHN R. LABBE (admitted *pro hac vice*) |
| 4 | CULLEN N. PENDLETON (admitted *pro hac vice*) |
| | MARSHALL, GERSTEIN & BORUN LLP |
| 5 | 6300 Sears Tower |
| 6 | 233 South Wacker Drive |
| | Chicago, Illinois 60606-6357 |
| 7 | (312) 474-6300 (telephone) |
| | (312) 474-0448 (facsimile) |
| 8 | E-Mail: kflowers@marshallip.com |
| 9 | E-Mail: tross@marshallip.com |
| | E-Mail: jdean@marshallip.com |
| 10 | E-Mail: jlabbe@marshallip.com |
| | E-Mail: cpendleton@marshallip.com |
| 11 | |
| 12 | Counsel for Defendants |
| | ILLUMINA, INC., SOLEXA, INC., |
| 13 | and STEPHEN C. MACEVICZ |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff/Counterdefendant,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants/Counterclaimants. | Case No. 07-CV-02845 WHA<br><br>**EXHIBIT 21 TO THE DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF (1) DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; AND (2) DEFENDANTS' OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   March 20, 2008<br>Time:   8:00 a.m.<br>Place:  Courtroom 9, 19th Floor |

**CONDITIONALLY FILED UNDER SEAL
SUBJECT TO MOTION TO FILE UNDER SEAL**