# Exhibit 23

**USPTO Patent Full-Text and Image Database**

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(TTL/"DNA sequencing" AND ISD/19700101->19991031)**: 80 patents.
*Hits 1 through 50 out of 80*

[Next 50 Hits]

[Jump To] [____]

[Refine Search] [TTL/"DNA sequencing" AND ISD/1/1/1970->10/31/19]

| PAT. NO. | Title |
|---|---|
| 1 | 5,969,119  T  DNA sequencing by parallel olgonucleotide extensions |
| 2 | 5,968,743  T  DNA sequencing method and reagents kit |
| 3 | 5,955,030  T  Apparatus for automated DNA sequencing |
| 4 | 5,905,024  T  Method for performing site-specific affinity fractionation for use in DNA sequencing |
| 5 | 5,882,595  T  Automatic processing system for use in solid phase biospecific binding and DNA sequencing techniques |
| 6 | 5,876,934  T  DNA sequencing method |
| 7 | 5,872,003  T  DNA sequencing by mass spectrometry via exonuclease degradation |
| 8 | 5,871,929  T  Suppression of pyrophosphorolysis in DNA sequencing and in other applications involving DNA replication |
| 9 | 5,861,287  T  Alternative dye-labeled primers for automated DNA sequencing |
| 10 | 5,858,671  T  Iterative and regenerative DNA sequencing method |
| 11 | 5,856,100  T  Method for purification and transfer to separation/detection systems of DNA sequencing samples and plates used therefor |
| 12 | 5,851,765  T  DNA sequencing by mass spectrometry via exonuclease degradation |
| 13 | 5,846,727  T  Microsystem for rapid DNA sequencing |
| 14 | 5,831,065  T  Kits for DNA sequencing by stepwise ligation and cleavage |
| 15 | 5,821,060  T  DNA sequencing, mapping, and diagnostic processes using hybridization chips and unlabeled DNA |
| 16 | 5,821,058  T  Automated DNA sequencing technique |
| 17 | 5,800,993  T  DNA sequencing apparatus and method for a small format gel with a magnified readout |
| 18 | 5,780,232  T  DNA sequencing, mapping, and diagnostic processes using hybridization and stable isotope labels of DNA |

19 5,755,943  **T** DNA sequencing
20 5,750,341  **T** DNA sequencing by parallel oligonucleotide extensions
21 5,741,644  **T** DNA sequencing by extension of probe chip immobilized oligonucleotides
22 5,728,551  **T** In vitro transposition of artificial transposons for DNA sequencing
23 5,714,330  **T** DNA sequencing by stepwise ligation and cleavage
24 5,707,804  **T** Primers labeled with energy transfer coupled dyes for DNA sequencing
25 5,707,506  **T** Channel plate for DNA sequencing
26 5,691,141  **T** DNA sequencing by mass spectrometry
27 5,674,743  **T** Methods and apparatus for DNA sequencing
28 5,674,716  **T** DNA sequencing
29 5,654,149  **T** Non-radioactive DNA sequencing
30 5,624,800  **T** Method of DNA sequencing employing a mixed DNA-polymer chain probe
31 5,622,824  **T** DNA sequencing by mass spectrometry via exonuclease degradation
32 5,614,386  **T** Alternative dye-labeled primers for automated DNA sequencing
33 5,614,365  **T** DNA polymerase having modified nucleotide binding site for DNA sequencing
34 5,608,063  **T** Method, system and reagents for DNA sequencing
35 5,599,675  **T** DNA sequencing by stepwise ligation and cleavage
36 5,580,732  **T** Method of DNA sequencing employing a mixed DNA-polymer chain probe
37 5,571,676  **T** Method for mismatch-directed in vitro DNA sequencing
38 5,558,991  **T** DNA sequencing method using acyclonucleoside triphosphates
39 5,556,790  **T** Method for Automated DNA sequencing
40 5,552,278  **T** DNA sequencing by stepwise ligation and cleavage
41 5,552,270  **T** Methods of DNA sequencing by hybridization based on optimizing concentration of matrix-bound oligonucleotide and device for carrying out same
42 5,547,859  **T** Chain-terminating nucleotides for DNA sequencing methods
43 5,547,835  **T** DNA sequencing by mass spectrometry
44 5,534,125  **T** DNA sequencing
45 5,523,206  **T** Non-radioactive DNA sequencing
46 5,516,633  **T** DNA sequencing with a T7-type gene 6 exonuclease
47 5,514,256  **T** Apparatus for improved DNA sequencing
48 5,512,458  **T** Method of using mobile priming sites for DNA sequencing
49 D368,143  **T** DNA sequencing cabinet
50 5,498,523  **T** DNA sequencing with pyrophosphatase

