# Exhibit 25

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"applied biosystems" AND ISD/19930101->19931231): 17 patents.**
*Hits 1 through 17 out of 17*

[Jump To] [    ]

[Refine Search] AN/"applied biosystems" AND ISD/1/1/1993->12/31/1

| PAT. NO. | Title |
|---|---|
| 1 | 5,274,227 T Capillary detector cell having imaging elements positioned to optimize sensitivity |
| 2 | 5,273,715 T Automated system for providing a sequence of chemicals to a reaction process |
| 3 | 5,264,101 T Capillary electrophoresis molecular weight separation of biomolecules using a polymer-containing solution |
| 4 | 5,262,530 T Automated system for polynucleotide synthesis and purification |
| 5 | 5,258,538 T 2,3-disubstituted-1,3,2-oxazaphosphacycloalkanes as nucleic acid linking agents |
| 6 | 5,242,794 T Detection of specific sequences in nucleic acids |
| 7 | 5,240,576 T Capillary electrophoresis |
| 8 | 5,239,360 T Lens for capillary electrophoresis and chromatography |
| 9 | 5,231,191 T Rhodamine phosphoramidite compounds |
| 10 | 5,212,304 T Amino-derivatized phosphoramidite linking agents |
| 11 | 5,207,886 T Capillary electrophoresis |
| 12 | 5,188,934 T 4,7-dichlorofluorescein dyes as molecular probes |
| 13 | 5,187,085 T Nucleic acid sequence analysis with nucleoside-5'-O-(1-thiotriphosphates) |
| 14 | 5,186,898 T Automated polypeptide synthesis apparatus |
| 15 | 5,185,266 T Cleavage method for acyl thiohydantoins and use of the method in C-terminal peptide sequencing |
| 16 | 5,183,885 T Method for chromatographic separation of synthetic phosphorothioate oligonucleotides |
| 17 | 5,181,999 T Capillary electrophoresis method with polymer tube coating |

[Top] [View Cart]
[Home] [Quick] [Advanced] [Pat Num] [Help]