# Exhibit 26

**The New York Times**
nytimes.com

---

March 10, 1997

# For the patent-curious, a variety of research sites make it easier to study the archives.

**By SABRA CHARTRAND**

It has become increasingly easy for inventors, researchers, scholars, intellectual property lawyers and others curious about patents to peruse an archive of those awarded since 1971. (Those handed out before that have yet to be computerized for public use.)

The Patent and Trademark Office has for several years maintained a dial-up bulletin board that enables registered members with computers to call up text-only patent abstracts. The call, to (703) 305-8950, is free except for long-distance charges for those who do not live in the Washington area.

The Patent Office has also added the same information on patents since 1971 to its Web site (www.uspto.gov). This includes the AIDS Patent Database, with the full text and drawings of AIDS-related patents issued by the American, European and Japanese patent offices.

Several other private Web sites put similar information on line, like the Shadow Patent Office run by Greg Aharonian, an intellectual property aficionado. Mr. Aharonian posts patents issued over the last year, as well as the Government's Manual of Classification, which describes all the categories and subcategories a patent may fall into, and lets users search through patents issued since Jan. 1, 1995, for inventions that may be similar to theirs.

But the best site may be the Patent Server, which was started by the International Business Machines Corporation in January (http://patent.womplex.ibm.com/). It offers the full text of more than two million patents issued since 1971, and drawings of patents issued since 1980. The I.B.M. service is free, unlike such other large, commercial services as Lexis-Nexis, Micro Patent and Smart Patent. Since the same information is free to the public at the Patent Office library, supporters of Web publication have argued that it should be provided as an on-line public service as well.

The I.B.M. site grew out of an electronic patent library that the company created so its employees could conduct worldwide patent research. Web site browsers can start similar inquiries with key-word, phrase or boolean searches. Anyone looking for a specific patent can also type in the patent number, its title or the name of the assignee (the person or company the patent is granted to), as well as the inventor or the lawyer who prepared the application.

Patent drawings can be called up on screen. Virtually all patents cite "prior art," or previous patents that are relevant to the new invention. At the I.B.M. site, that history of patents is hyperlinked, so browsers can jump to all the patents mentioned. Patents can be printed with a "print screen" function available to most Web browsers, or copies of entire patents can be ordered (for a fee) by mail or fax.

But even I.B.M. warns users that its site is not confidential. Inventors looking for specific patents to determine if anyone else has ever had the same idea might inadvertently reveal design or content information. "Any communications that you wish to remain confidential, whether they are search queries, guestbook entries, E-mail, or any other communications, should not be relayed to the Patent Server," it warns.

The system is not without glitches, however. I tried to find a patent using the inventor's name, but no matter how I input the information into the simple, boolean or advanced text search engines, the answer kept coming back "no matches." Yet I had the number, so I was able to call up the patent that way and verify that I had spelled the inventor's name

correctly, used the right first name and middle initial, and even remembered to include the "Jr." that appears on the patent.

That did not seem to matter -- the system still told me no inventor by that name was in the data base.

It was only after I tried the Simple Search engine once again using only the last name that I got a hit -- a list of dozens of patents issued to inventors with the same last name. I had to click on each to find the right one. In the end, I spent 15 minutes of on-line time trying to pinpoint a patent with the inventor's name when, theoretically at least, I should have been able to get the information in less than a minute.

Another patent searching site new this year is the Internet Patent Search System, hosted by the University of North Carolina (http:// sunsite.unc.edu/patents/intropat.html) and a patent search firm in Boston called Source Translation and Optimization. This site lets researchers sift through the patent agency's Manual of Classification and Index to Classification, and pull up patent abstracts using class and subclass codes and patent numbers. Oddly enough, so far the data base includes only those patents issued between 1981 and 1989. The site also posts patent laws, and plugs the prior art searches that the Boston company can do for fees of $200 to $400.

Another free search service, Chemical Patents Plus (http://casweb.cas.org/chempatplus/), is part of the American Chemical Society. It offers browsing of patent titles and abstracts issued since 1971, with drawings available for patents issued after Jan. 1, 1994. The data base is updated every Thursday. The site has some of the clearest instructions on how to set up a search request.

Beyond research, the Web offers access to intellectual property news groups, and sites that focus on news, policy and other related topical issues. Mr. Aharonian runs one of those, the Internet Patent News Service (to subscribe, send the message NEWS to patents@world.std.com). Debate there spotlights continuing controversy over software-related patents, a pet peeve of Mr. Aharonian. His news service, E-mailed to patent attorneys and scholars, often exposes obscure historical material that casts doubt on software patents. An archive of Mr. Aharonian's articles can be found at (http://sunsite.unc.edu/patents/document.html).

Another group with a Web site, Intellectual Property Creators (http://www2.best.com/ipc/), voices many of the arguments over patent legislation popular among small, individual inventors (and thus, in the pattern of the last few years, in opposition to the Patent and Trademark Office and Commissioner Bruce Lehman).

There are also news groups -- discussions between people who have a professional, hobbyist or business interest in patents, trademarks, copyright and other intellectual property subjects. One of the most active, hosted by Washburn University in Topeka, Kan., is the Patent List (http://ftplaw.wuacc.edu/listproc/patent-l/maillist.html#00040). Recently people have posted comments about plans to privatize the patent agency, international copyright treaties and patent litigation.

There are some funky patent sites -- like the Fullerene Patent DataBase (http://mgm.mit.edu:8080/pevzner/Bucky/Patents.html) for those looking for patents issued on buckyballs, nanotubes and other fullerenes (or molecules, near as I can make out). An M.I.T. professor maintains this site.

And of course, patent archives on the Web would not be complete without a nod toward the bizarre. At the I.B.M. site there is the Gallery of Obscure Patents (this month's notables: the human slingshot and the dual-purpose bird trap and cat feeder). Wacky Patents of the Month (http://colitz.com/site/wacky.htm) asks its audience to vote for the wackiest (recent winners: nylon hose treated with a hair-dissolving solution and an "annunciator for the supposed dead").

Patents are available by number for $3 from the Patent and Trademark Office, Washington, D.C. 20231.

Copyright 2008 The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Work fo