IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>Defendants. / | No. C 07-02845 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE** |

The Court hereby **SETS** a hearing on plaintiff's discovery dispute as outlined in its letter of February 29, 2008, for **MARCH 6, 2008, AT 2:00 P.M.** Defendants' response is due by **NOON ON MARCH 5, 2008.**

**IT IS SO ORDERED.**

Dated: March 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE