IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual

    Defendants.

No. C 07-02845 WHA

**ORDER REQUESTING RESPONSE FROM COUNSEL RE MOTION TO SEAL**

    Applera must file any response to defendants' administrative motion to file under seal by **MARCH 7, 2008, AT NOON**. The response must show good cause exists for sealing each document submitted under seal.

    **IT IS SO ORDERED.**

Dated: March 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE