# EXHIBIT A

## Defendants' Proposed Insert to Paragraph 7.3 of
## AB's Proposed Protective Order

      (b)     specifically designated House Counsel including [AB's designated House Counsel], House Counsel for Applied Biosystems, and Christian G. Cabou, House Counsel for Illumina, Inc. and Solexa, Inc., provided that these specifically designated House Counsel (1) will not rely upon or refer to any Protected Material to provide advice or opinions to in any way facilitate preparation or prosecution of any patent applications or to otherwise attempt to secure valid patent claims, and (2) will sign the "Agreement to Be Bound by Protective Order" (Exhibit A) before reviewing any Protected Material;