# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) Civil Action No.: 04-901 JJF |
| ILLUMINA, INC., a Delaware corporation, | ) ) ) |
| Defendant/Counter-Plaintiff. | ) ) |

## GENERAL COUNSEL CONFIDENTIALITY UNDERTAKING

I have read the Protective Order concerning the confidentiality of information in the above-captioned litigation. I understand that the Protective Order is a Court Order designed to preserve the confidentiality of certain confidential information. I also understand that the Protective Order restricts the use, disclosure, and retention of such confidential information and also requires the safeguarding and return of documents and other materials containing confidential information.

It is understood, and I hereby agree, that only the following information designated Confidential or Attorneys' Eyes Only will be reviewable by me pursuant to this undertaking: (1) expert reports, except those expert reports of Messrs. Sims, Lynde and Weinstein; (2) deposition transcripts and exhibits (but not the exhibits to the deposition of Robert Lipshutz), except those deposition transcripts and exhibits of the depositions of Messrs. Sims, Lynde, Sherr, Dance, Yap, Raimond, Lane, Flatley, Dickinson, Kish, Orpin, Velarde, Henry, and Ragusa and Ms. Brick, Ms. Tom, Ms. Kole, and Ms. Siegel; and (3) other documents approved in advance by the party who designated the information under the Protective Order. It has been agreed between the parties that approval of General Counsel review of other Confidential or Attorneys' Eyes Only

information shall not be unreasonably withheld, with the expectation that primarily financial and new product information will be restricted from access.

I further agree that review and maintenance of any information designated Confidential or Attorneys' Eyes Only will be conducted at locations that are off-site from any Illumina or Affymetrix facility, except that review at the offices of any Authorized Counsel under the Protective Order is acceptable.

I agree to comply with the provisions of the Protective Order described above with respect to any information designated Confidential or Attorneys' Eyes Only that is furnished to me, <u>except</u> that it is understood by the parties that I may continue to have involvement in patent prosecution activities in my role as General Counsel. I further understand that, as set forth in the Protective Order, I may not use any information designated Confidential or Attorneys' Eyes Only for any purpose other than in connection with the prosecution or defense of the above-captioned litigation.

I understand that this undertaking is not final until it has been signed by both Ms. Caulfield and Mr. Cabou and has been exchanged between the parties' respective counsel.

Signed by:

_____
Barbara A. Caulfield
Affymetrix, Inc.
Executive Vice President & General Counsel

*/s/ Christian G. Cabou*
Christian G. Cabou
Illumina, Inc.
Senior Vice President and General Counsel