IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>    Defendants. | No. C 07-02845 WHA<br><br>**ORDER REQUESTING DOCUMENTS FOR DISCOVERY HEARING** |

    For today's hearing, please bring examples of documents marked "Highly Confidential" that should not have been so marked.

    **IT IS SO ORDERED.**

Dated: March 6, 2008.

                                                       WILLIAM ALSUP<br>
                                                       UNITED STATES DISTRICT JUDGE