UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: WILLIAM ALSUP**

**Date**: March 6, 2008

**Case No:** C 07-02845 WHA

**Case Title**: APPLERA CORP.  v.  ILLUMINA, INC., et al.

**Appearances:**

    For Plaintiff(s): Bryan Wilson, Kurtis MacFerrin

    For Defendant(s): John Labbe

**Deputy Clerk**:  Rowena B. Espinosa          **Court Reporter**: Lydia Zinn

## PROCEEDINGS

1.  Hearing on Plaintiff's Discovery Dispute - held

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:    ( ) Plaintiff    ( ) Defendant    ( ) Court

## SUMMARY

- Christian Cabou appeared with defense counsel.