BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

Plaintiff,

v.

ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,

Defendants.

Case No. C07 02845 WHA

**DECLARATION OF BRIAN M. KRAMER IN SUPPORT OF APPLERA CORPORATION - APPLIED BIOSYSTEMS GROUP'S REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT ON STATUE OF LIMITATIONS**

Date: March 20, 2008
Time: 8:00 a.m.
Place: Courtroom 9, 19th Floor
Judge: William H. Alsup

I, Brian M. Kramer, declare as follows:

1. I am admitted to practice before this Court and the Courts of the state of California and am with Morrison & Foerster LLP, which represents Applera Corporation – Applied Biosystems Group ("AB") in this action. I submit this affidavit in support of AB's Reply In Support of Cross-Motion for Summary Judgment. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently as to them.

2. Attached as Exhibit 1 is a true and correct copy of excerpted pages from the deposition transcript of Vincent M. Powers, Ph.D., taken on February 22, 2008.

3. Attached as Exhibit 2 is a true and correct copy of excerpted pages from the deposition transcript of Scott Bortner, Ph.D., taken on February 22, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this affidavit was executed on March 6, 2008, at San Diego, California.

/s/ Brian M. Kramer
Brian M. Kramer