# EXHIBIT 1

Case 3:07-cv-02845-WHA   Document 148-2   Filed 03/06/2008   Page 2 of 11

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

APPLERA CORPORATION--APPLIED
BIOSYSTEMS GROUP, A DELAWARE
CORPORATION,

    PLAINTIFF,

   vs.                 No. 07-CV-02845

ILLUMINA, INC., A DELAWARE
CORPORATION; SOLEXA INC., A
DELAWARE CORPORATION; AND
STEPHEN C. MACEVICZ, AN
INDIVIDUAL,

    DEFENDANTS.
_____

VIDEOTAPED DEPOSITION OF

VINCENT M. POWERS, Ph.D.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, February 22, 2008

Reported By:
KATHLEEN WILKINS, CSR #10068, RPR, CRR

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 30

| | | |
|---|---|---|
| 1 | Dr. Macevicz on legal matters while you were | 01:39:51 |
| 2 | employed at Dehlinger & Associates? | 01:39:58 |
| 3 | A. To the best of my recollection, I did not | 01:40:02 |
| 4 | work with him at all during my employ at Dehlinger | 01:40:04 |
| 5 | and while he was employed by AB. | 01:40:14 |
| 6 | Q. Okay. When you say you didn't work with | 01:40:18 |
| 7 | him at all, did you receive work from him to perform | 01:40:20 |
| 8 | on behalf of AB? | 01:40:34 |
| 9 | A. I don't recall receiving any work from him | 01:40:37 |
| 10 | on behalf of AB during my employment at Dehlinger, | 01:40:40 |
| 11 | or I should say, at any other time. | 01:40:45 |
| 12 | Q. So you indicated, though, that you first | 01:40:48 |
| 13 | met Dr. Macevicz in 1993; is that right? | 01:40:50 |
| 14 | A. Yes. | 01:40:53 |
| 15 | Q. And how did you meet Dr. Macevicz at that | 01:40:53 |
| 16 | time? | 01:40:57 |
| 17 | A. I basically met him twice while he was | 01:41:01 |
| 18 | employed with AB, that I can recall. Once was | 01:41:04 |
| 19 | sometime in 1993, and I can't tell you when and I | 01:41:10 |
| 20 | don't recall. And a second time was in the summer | 01:41:14 |
| 21 | or fall of 1993. So those are two specific times | 01:41:17 |
| 22 | and the only times that I recall meeting him. | 01:41:20 |
| 23 | Q. And when you say it was the only times you | 01:41:24 |
| 24 | recall meeting him, you mean those are the only | 01:41:30 |
| 25 | times you recall meeting him in 1993 or those are | 01:41:32 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080
**EXHIBIT 1**

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 31

1   the only times you recall meeting him ever?                01:41:34
2       A.   Neither.  What I mean is the only times I        01:41:38
3   met him face-to-face while he was an employee of          01:41:41
4   ABI.                                                       01:41:45
5       Q.   While -- well, first of all, what was the        01:41:51
6   circumstances of the first meeting you had with           01:41:54
7   Dr. Macevicz in 1993?                                      01:41:56
8       A.   He was visiting Dehlinger & Associates.          01:41:59
9   He was visiting the actual office in Palo Alto, and       01:42:03
10  I was I think introduced to him.  And that was the        01:42:06
11  extent of that meeting.                                    01:42:12
12      Q.   What was the -- what were the                    01:42:14
13  circumstances of your meeting with Dr. Macevicz           01:42:16
14  later in 1993?                                             01:42:18
15      A.   He and Joe Smith -- the location was at          01:42:23
16  AB, and the purpose, unbeknownst to me, was to offer      01:42:26
17  me a job at AB by the two of them.                         01:42:35
18      Q.   So in 1993, did you consider joining the         01:42:42
19  legal group at Applied Biosystems?                         01:42:46
20      A.   Yes.                                              01:42:48
21      Q.   What was your -- let me ask a different          01:42:50
22  question.                                                  01:42:54
23           Did -- did Dr. Macevicz and Joe Smith             01:42:55
24  offer you a job at AB at that time?                        01:42:58
25      A.   Yes.                                              01:43:00

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 65

| | | |
|---|---|---|
| 1 | In paragraph 5 of your declaration, you | 02:50:35 |
| 2 | say that you did not discuss the Macevicz patents | 02:50:37 |
| 3 | with anyone at AB, before or during your employment | 02:50:39 |
| 4 | by AB. | 02:50:45 |
| 5 | Is that -- is that accurate? | 02:50:47 |
| 6 | A.   Absolutely. | 02:50:49 |
| 7 | Q.   And while you were a patent attorney at | 02:50:49 |
| 8 | AB, you knew about the Macevicz patents; is that | 02:50:53 |
| 9 | correct? | 02:50:56 |
| 10 | A.   It depends on what you mean by "knew | 02:50:57 |
| 11 | about." | 02:51:00 |
| 12 | Q.   Well, you knew that at least the first two | 02:51:01 |
| 13 | of the Macevicz patents had issued; is that correct? | 02:51:04 |
| 14 | A.   Let me answer it this way:  To know | 02:51:07 |
| 15 | something, you have to have it in your mind. | 02:51:09 |
| 16 | The Macevicz patents, the two -- the first | 02:51:13 |
| 17 | two of which issued during my employment at | 02:51:16 |
| 18 | Dehlinger, I certainly knew about at the time of the | 02:51:20 |
| 19 | grant, but they were just two of many, many matters | 02:51:24 |
| 20 | that I handled during that time, not all of which | 02:51:27 |
| 21 | resulted even in granted patents and not all of | 02:51:32 |
| 22 | which were US. | 02:51:35 |
| 23 | And so they were hardly at the forefront | 02:51:38 |
| 24 | of my mind at any particular time and were less so | 02:51:41 |
| 25 | after I left Dehlinger. | 02:51:46 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080            WWW.KRAMM.COM            (619) 239-0080

**EXHIBIT 1**

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 66

| | | |
|---|---|---|
| 1 | And so I cannot say that I knew of them | 02:51:49 |
| 2 | during my time at Applied Biosystems because, in | 02:51:52 |
| 3 | fact, I had forgotten about them.  And if they came | 02:51:54 |
| 4 | to mind, I don't recall that in the least, nor was | 02:51:57 |
| 5 | there any -- well, I'm going further than I think I | 02:52:01 |
| 6 | need to based on what I've said. | 02:52:04 |
| 7 | Q.  So when you say you had forgotten about | 02:52:07 |
| 8 | them, you hadn't completely forgotten about those | 02:52:09 |
| 9 | patents, had you? | 02:52:12 |
| 10 | A.  I don't know what you mean by | 02:52:13 |
| 11 | "completely."  They were not in my mind.  I had | 02:52:14 |
| 12 | plenty of other things to think about, including the | 02:52:16 |
| 13 | ongoing docket of work I had at Applied Biosystems | 02:52:19 |
| 14 | during my employment there, which was quite | 02:52:22 |
| 15 | extensive. | 02:52:25 |
| 16 | Q.  So thinking about it now, you remember | 02:52:46 |
| 17 | that you forgot about the patents when you went to | 02:52:48 |
| 18 | AB? | 02:52:49 |
| 19 | A.  I -- that is a fair statement.  Let me | 02:52:51 |
| 20 | just clarify why it's a fair statement.  I -- | 02:52:53 |
| 21 | because I have no recollection of ever even thinking | 02:52:56 |
| 22 | about them past my employment at Dehlinger, nor | 02:53:01 |
| 23 | having even a reason to think back to them.  There | 02:53:05 |
| 24 | is nothing that I can -- that I can recall right now | 02:53:10 |
| 25 | to refresh my memory of this particular work, of the | 02:53:13 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080
**EXHIBIT 1**

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 67

| | | |
|---|---|---|
| 1 | myriad of work I had performed at Dehlinger. | 02:53:18 |
| 2 | Q.   Do you currently own any stock in Applied | 02:53:29 |
| 3 | Biosystems? | 02:53:31 |
| 4 | A.   No. | 02:53:31 |
| 5 | Q.   Do you have any stock options on Applied | 02:53:33 |
| 6 | Biosystems stock? | 02:53:35 |
| 7 | A.   No. | 02:53:36 |
| 8 | Q.   Do you own any stock in Solera? | 02:53:36 |
| 9 | A.   No. | 02:53:39 |
| 10 | Q.   Do you have any options on Solera stock? | 02:53:39 |
| 11 | A.   No. | 02:53:42 |
| 12 | Q.   If Illumina or Solexa were to prevail in | 02:53:47 |
| 13 | this litigation, would that affect you in any way? | 02:53:52 |
| 14 | A.   I -- let me think about that. | 02:53:54 |
| 15 | I don't know if it would.  I don't know if | 02:53:55 |
| 16 | it would impact me one way or the other. | 02:54:01 |
| 17 | Q.   Are you aware of a reason why it might | 02:54:07 |
| 18 | impact you? | 02:54:09 |
| 19 | A.   No. | 02:54:12 |
| 20 | MR. LABBE:  Take a break right now and I | 02:54:17 |
| 21 | think we can wrap up our questioning shortly. | 02:54:18 |
| 22 | THE VIDEOGRAPHER:  This marks the end of | 02:54:23 |
| 23 | Media No. 1 in the deposition of Vincent M. Powers. | 02:54:24 |
| 24 | We are off the record at 2:54 p.m. | 02:54:30 |
| 25 | (Whereupon, a recess was taken.) | 02:54:33 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080            WWW.KRAMM.COM            (619) 239-0080

**EXHIBIT 1**

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 83

| | | |
|---|---|---|
| 1 | Mr. Powers isn't inconvenienced at some further | 03:50:14 |
| 2 | date. | 03:50:18 |
| 3 |      MR. DOYLE: That is also Applied | 03:50:18 |
| 4 | Biosystems's further understanding. So anyway, the | 03:50:19 |
| 5 | question that was pending, unless you have it in | 03:50:22 |
| 6 | mind. | 03:50:27 |
| 7 |      THE WITNESS: The question was whether the | 03:50:27 |
| 8 | duty would include the duty of candor. | 03:50:28 |
| 9 |      MR. DOYLE: Q. Yes. | 03:50:31 |
| 10 | A. Yes. | 03:50:31 |
| 11 | Q. Okay. Now, did Steve Macevicz tell you | 03:50:32 |
| 12 | that at the time he applied for the '633, at the | 03:50:42 |
| 13 | time he filed the '633 patent application, that he | 03:50:46 |
| 14 | was an employee of Applied Biosystems? | 03:50:49 |
| 15 |      MR. LABBE: Objection on the basis of the | 03:50:53 |
| 16 | attorney-client privilege. I'm going to instruct | 03:51:01 |
| 17 | the witness not to answer that question. | 03:51:03 |
| 18 |      THE WITNESS: Boy -- let me just state my | 03:51:09 |
| 19 | concern before I answer the question, which is -- | 03:51:11 |
| 20 |      MS. DONOVAN: Well -- well, I think we | 03:51:13 |
| 21 | need to be careful, because they do hold a privilege | 03:51:15 |
| 22 | in this case. And I don't want to play judge here | 03:51:19 |
| 23 | at all, and I don't want you to play judge either. | 03:51:23 |
| 24 |      MR. DOYLE: Well, would you like to | 03:51:28 |
| 25 | consult with your counsel, perhaps? If you wish, | 03:51:29 |

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 85

| | | |
|---|---|---|
| 1 | moment. | 04:02:12 |
| 2 | THE WITNESS:  No. | 04:02:12 |
| 3 | MR. DOYLE:  Q.  You can answer. | 04:02:13 |
| 4 | A.  No. | 04:02:14 |
| 5 | Q.  Okay.  And when you were working on the | 04:02:15 |
| 6 | Macevicz patent applications, who did you think was | 04:02:16 |
| 7 | Macevicz' employer at the time the '633 patent | 04:02:21 |
| 8 | application was filed? | 04:02:25 |
| 9 | A.  Lynx. | 04:02:27 |
| 10 | Q.  Why did you think that? | 04:02:30 |
| 11 | A.  For a couple of reasons.  Because at some | 04:02:38 |
| 12 | point -- well, because of other work that was sent | 04:02:46 |
| 13 | to me by Steve with -- when he was at Lynx and under | 04:02:49 |
| 14 | Lynx' letterhead and so on, I understood that any of | 04:02:55 |
| 15 | the cases that I was handling -- you could say I | 04:02:59 |
| 16 | inferred this -- were owned by Lynx. | 04:03:03 |
| 17 | And further, when the first of the | 04:03:07 |
| 18 | Macevicz patents -- or I should say "patent | 04:03:12 |
| 19 | application" was sent to me, it had already been | 04:03:15 |
| 20 | filed by Steve and, to the best of my recollection, | 04:03:19 |
| 21 | was associated with an assignment document assigning | 04:03:29 |
| 22 | the ownership from Steve, who was the only named | 04:03:32 |
| 23 | inventor, to Lynx. | 04:03:35 |
| 24 | And I was aware of the existence of that | 04:03:37 |
| 25 | document at some time after I undertook | 04:03:42 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(800) 939-0080            WWW.KRAMM.COM            (619) 239-0080

**EXHIBIT 1**

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 86

| # | | |
|---|---|---|
| 1 | responsibility for the first application in this set | 04:03:47 |
| 2 | of Macevicz patents. | 04:03:50 |
| 3 | MR. DOYLE: No further questions. | 04:03:54 |
| 4 | MR. LABBE: We withdraw our prior | 04:04:04 |
| 5 | objections regarding the scope of the -- of the | 04:04:06 |
| 6 | deposition, and we have no further questions either. | 04:04:09 |
| 7 | THE VIDEOGRAPHER: This concludes today's | 04:04:19 |
| 8 | testimony in the deposition of Vincent M. Powers on | 04:04:22 |
| 9 | February 22nd, 2008. The master videotapes of | 04:04:25 |
| 10 | today's testimony will be held in the custody of | 04:04:28 |
| 11 | Kramm & Associates, 2224 Third Avenue, San Diego, | 04:04:32 |
| 12 | California. This is the end of Videotape No. 2. We | 04:04:35 |
| 13 | are off the record at 4:04 p.m. | 04:04:38 |
| 14 | (Whereupon, the deposition concluded at | 04:04:40 |
| 15 | 4:04 p.m.) | 04:04:40 |
| 16 | --oOo-- | 04:04:40 |
| 17 | I declare under penalty of perjury the | 04:04:40 |
| 18 | foregoing is true and correct. Subscribed at | 04:04:40 |
| 19 | _____, California, this ____day | 04:04:40 |
| 20 | of _____ 2008. | 04:04:40 |
| 21 | | 04:04:40 |
| 22 | | 04:04:40 |
| 23 | | 04:04:40 |
| 24 | _____ | 04:04:40 |
| 25 | VINCENT M. POWERS, PH.D. | 04:04:40 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080         WWW.KRAMM.COM         (619) 239-0080
**EXHIBIT 1**

faf89e1a-6088-470e-82d0-c7c42291508f

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      CERTIFICATE OF REPORTER

2

3      I, KATHLEEN A. WILKINS, RPR, CRR,

4  Certified Shorthand Reporter, hereby certify that

5  the witness in the foregoing deposition was by me

6  duly sworn to tell the truth, the whole truth and

7  nothing but the truth in the within-entitled cause;

8  that said deposition was taken down in shorthand by

9  me, a disinterested person, at the time and place

10 therein stated, and that the testimony of the said

11 witness was thereafter reduced to typewriting, by

12 computer, under my direction and supervision.

13      I further certify that I am not of counsel

14 or attorney for either or any of the parties to the

15 said deposition, nor in any way interested in the

16 event of this cause, and that I am not related to

17 any of the parties thereto.

18

19      DATED: _February 25_____, 2008

20

21

22      _____

23      KATHLEEN WILKINS, CRR, RPR, CSR 10068

24

25

**EXHIBIT 1**
(800) 939-0080    WWW.KRAMM.COM    (619) 239-0080