# EXHIBIT 2

Case 3:07-cv-02845-WHA    Document 148-3    Filed 03/06/2008    Page 1 of 7

Case 3:07-cv-02845-WHA   Document 148-3   Filed 03/06/2008   Page 2 of 7

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

APPLERA CORPORATION--APPLIED
BIOSYSTEMS GROUP, A DELAWARE
CORPORATION,

    PLAINTIFF,

  vs.                No. 07-CV-02845

ILLUMINA, INC., A DELAWARE
CORPORATION; SOLEXA INC., A
DELAWARE CORPORATION; AND
STEPHEN C. MACEVICZ, AN
INDIVIDUAL,

    DEFENDANTS.
_____

VIDEOTAPED DEPOSITION OF

SCOTT BORTNER, Ph.D.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, February 22, 2008

Reported By:
KATHLEEN WILKINS, CSR #10068, RPR, CRR

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 18

| | | |
|---|---|---|
| 1 | technology. There are instruments; there are | 09:25:51 |
| 2 | chemicals; there are enzymes. And different people | 09:25:52 |
| 3 | have different responsibilities for different | 09:25:56 |
| 4 | portions of the portfolio. | 09:25:58 |
| 5 | Q. Okay. So would it be fair to say when I | 09:26:00 |
| 6 | use the term "DNA sequencing," to you it means that | 09:26:02 |
| 7 | that would encompass a number of different areas of | 09:26:07 |
| 8 | technology -- | 09:26:09 |
| 9 | A. Yes. | 09:26:10 |
| 10 | Q. -- that multiple people in the legal | 09:26:10 |
| 11 | department would have been in charge of managing? | 09:26:12 |
| 12 | A. Yes. My work was molecular biology. | 09:26:18 |
| 13 | Q. Let's take a look at the second page of | 09:26:32 |
| 14 | your declaration. | 09:26:34 |
| 15 | A. Mh-hmm. Mh-hmm. | 09:26:35 |
| 16 | Q. And the second paragraph at the top there. | 09:26:37 |
| 17 | A. Mh-hmm. | 09:26:41 |
| 18 | Q. It indicates -- you say here, "I am | 09:26:44 |
| 19 | familiar with US patents in this litigation, | 09:26:46 |
| 20 | including US patent Nos. 5,750,341, US patent | 09:26:49 |
| 21 | No. 5,969,119, and US patent No. 6,306,597 all | 09:26:56 |
| 22 | entitled, 'DNA Sequencing By Parallel | 09:27:05 |
| 23 | Oligonucleotide Extensions' and all issued to | 09:27:07 |
| 24 | Stephen Macevicz, the Macevicz patents." | 09:27:11 |
| 25 | How was it that you became familiar with | 09:27:13 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080         WWW.KRAMM.COM         (619) 239-0080

**EXHIBIT 2**

5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 19

| | | |
|---|---|---|
| 1 | the Macevicz patents that are at issue in this case? | 09:27:15 |
| 2 | A.   I became familiar in the process of doing | 09:27:19 |
| 3 | due diligence on the acquisition of Agencourt. | 09:27:21 |
| 4 | Q.   And when was it that you became familiar | 09:27:24 |
| 5 | with the Macevicz patents? | 09:27:28 |
| 6 | A.   It would have been late January 2006. | 09:27:29 |
| 7 | Q.   How was it that you became familiar with | 09:27:39 |
| 8 | those patents? | 09:27:41 |
| 9 | A.   I headquartered a search from the company | 09:27:42 |
| 10 | Global Prior Art, and those patents, or at least one | 09:27:47 |
| 11 | of those patents, was in the initial set of search | 09:27:50 |
| 12 | results I got from them. | 09:27:53 |
| 13 | Q.   What were the -- was the nature of the | 09:27:55 |
| 14 | search that you performed to locate the Macevicz | 09:27:57 |
| 15 | patents? | 09:28:04 |
| 16 | A.   I did not perform the search. | 09:28:05 |
| 17 | Q.   Who performed that search? | 09:28:06 |
| 18 | A.   Global Prior Art. | 09:28:07 |
| 19 | Q.   And what was it that you asked them to | 09:28:08 |
| 20 | search for? | 09:28:11 |
| 21 | A.   Many different -- | 09:28:11 |
| 22 | MR. WILSON:  I'm just going to caution you | 09:28:13 |
| 23 | at this point that we're getting into an area with | 09:28:14 |
| 24 | potentially privileged issues.  So we're willing to | 09:28:17 |
| 25 | allow him to talk at a general level about the | 09:28:20 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080           WWW.KRAMM.COM           (619) 239-0080

**EXHIBIT 2**

5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 47

| | | |
|---|---|---|
| 1 | Q. We were talking about the different Patent | 10:12:09 |
| 2 | and Trademark Office unit numbers. | 10:12:12 |
| 3 | How many different unit numbers, if they | 10:12:19 |
| 4 | were searched, would turn up the Macevicz patents? | 10:12:24 |
| 5 | MR. WILSON: Objection to form. | 10:12:28 |
| 6 | THE WITNESS: I -- I don't know. | 10:12:31 |
| 7 | MR. LABBE: Q. But you didn't investigate | 10:12:56 |
| 8 | how many different unit numbers would turn up the | 10:12:59 |
| 9 | Macevicz patents? | 10:13:01 |
| 10 | A. No. I didn't do that investigation. | 10:13:02 |
| 11 | Q. Let's -- in paragraph 4 of your | 10:13:41 |
| 12 | declaration, the very end of that paragraph starting | 10:13:44 |
| 13 | on line 28 of page 2, you say, "The prior art of | 10:13:48 |
| 14 | February 2006, other than that particular search for | 10:13:52 |
| 15 | Lynx patents, I did not conduct searches for all | 10:13:56 |
| 16 | patents issued to Lynx or Solexa, nor, to my | 10:13:58 |
| 17 | knowledge, did anyone else at AB." | 10:14:03 |
| 18 | And that's referring to a search for Lynx | 10:14:05 |
| 19 | patents that you performed in 1996 -- | 10:14:07 |
| 20 | A. Yes. | 10:14:10 |
| 21 | Q. -- is that correct? | 10:14:10 |
| 22 | A. Correct. | 10:14:11 |
| 23 | Q. And other than that, you didn't perform | 10:14:12 |
| 24 | any searches targeted to Lynx technologies -- to | 10:14:14 |
| 25 | Lynx patents; is that right? | 10:14:23 |

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 48

| | | |
|---|---|---|
| 1 | A.    I can't think of any. | 10:14:25 |
| 2 | Q.    But you didn't investigate whether anyone | 10:14:26 |
| 3 | else at AB had searched for Lynx patents prior to | 10:14:28 |
| 4 | February 2006; is that right? | 10:14:32 |
| 5 | A.    Correct. | 10:14:34 |
| 6 | Q.    And you didn't interview former members of | 10:14:34 |
| 7 | the AB legal department, whether they had ever | 10:14:37 |
| 8 | performed any such searches; is that also right? | 10:14:40 |
| 9 | A.    That's also correct. | 10:14:43 |
| 10 | Q.    You didn't -- | 10:14:45 |
| 11 | Do you want to take a break right now? | 10:14:52 |
| 12 | THE WITNESS:  Please, if you don't mind. | 10:14:54 |
| 13 | MR. LABBE:  Why don't we do that.  We've | 10:14:56 |
| 14 | been going about an hour.  Let's take a break. | 10:14:58 |
| 15 | THE VIDEOGRAPHER:  Okay.  We're off the | 10:15:00 |
| 16 | record.  The time is 10:14 a.m. | 10:15:01 |
| 17 | (Whereupon, a recess was taken.) | 10:15:04 |
| 18 | THE VIDEOGRAPHER:  Okay.  We're back on | 10:26:17 |
| 19 | the record.  The time is 10:26 a.m. | 10:26:19 |
| 20 | MR. LABBE:  Q.  Earlier I was asking a | 10:26:26 |
| 21 | little bit about patent searches that outside search | 10:26:27 |
| 22 | agents had performed. | 10:26:33 |
| 23 | Have any of those search agents been asked | 10:26:35 |
| 24 | to search for any records of searches they performed | 10:26:38 |
| 25 | for AB that would have -- that would have revealed | 10:26:40 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080        WWW.KRAMM.COM        (619) 239-0080

**EXHIBIT 2**

5ce57e48-fab1-4494-b4ee-6ce05a198a2f

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CERTIFICATE OF REPORTER

I, KATHLEEN A. WILKINS, RPR, CRR, Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: _February 25_, 2008

_Kathleen Wilkins_
KATHLEEN WILKINS, CRR, RPR, CSR 10068