1  BRYAN WILSON (CA SBN 138842)
   ERIC C. PAI (CA SBN 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**RESPONSE RE DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Honorable William H. Alsup |

1   Pursuant to the Court's order (Docket No. 142) and in response to Defendants'
2   Administrative Motion to File Under Seal (Docket No. 136), Plaintiff Applera Corporation –
3   Applied Biosystems Group ("AB") has reviewed the specific pages of documents and excerpts of
4   deposition transcripts lodged as Exhibits 1, 2, 3, 4, 21, and 22 to the Declaration of John R. Labbe
5   (Docket No. 139). AB has no objection to these exhibits being filed without sealing and hereby
6   withdraws its designation of confidentiality as to these exhibits pursuant to Civil Local Rule 79-
7   5(d).

Dated: March 7, 2008   MORRISON & FOERSTER LLP

By:   /s/ Eric C. Pai
Eric C. Pai

Attorneys for Plaintiff
APPLERA CORPORATION –
APPLIED BIOSYSTEMS GROUP

RESPONSE RE DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. C07 02845 WHA
pa-1239609

1