IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>    Defendants.<br>_____ / | No. C 07-02845 WHA<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL** |

In light of Applera's withdrawal of its designation of the documents as confidential, defendants' administrative motion to file under seal is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE