# Exhibit 1

# *Applera*                    TERMINATION

## Actual information

| Employee number | Employee Name | | SSN | EE status |
|---|---|---|---|---|
| 00041016 | Paul D Grossman | | *REDACTED* | 3        Active |
| **Personnel Area** | **Personnel Area Text** | | **Personnel Subarea** | **Personnel Subarea Text** |
| AB10 | Applied Biosystems | | FOSC | Foster City |
| **Org.Unit** | **Org.Unit  short/long text** | | **Workshift** | **Work %** |
| 50053155 | SBD-ORG        Strategy and Business | | 1-SHIFT | 100.00 |
| **Cost Center** | **Cost Center text** | | | |
| 4US209028 | Strat Plan- Bus Dev | | | |
| **EE group/subgr.** | **EE group/ EE Subgroup text** | | **Annual Salary** | **Orig. hire date** |
| 1   10 | Regular        Salary | | USD  354,149.00 | 01/30/1988 |
| **SAP/Job Title No.** | **SAP/Job Title Code/Job Title** | | **Grade** | **Most rec. hire date** |
| 50050255 | EX101525        VP, Strategic Planning & | | 20 | 05/20/1991 |
| **Position** | **Position short/long text** | | | **Serv.Brd.Date** |
| 00010506 | EX101525        VP,Strategic Planning & | | | |
| **Supervisor** | **Supervisor name** | | **Superv. position** | **Dotted Line Supervisor** |
| 00000100 | Tony L White | | 00016230 | |

## Proposed Changes

| Effective Date: | Action | Reason | Reason Text |
|---|---|---|---|
| 02/05/2007 | Termination | 98 | Voluntary |

| Effective Date: | Termination data | Reason | Reason Text |
|---|---|---|---|
| 02/05/2007 | Primary reason | 20 | Personal Reasons |
| | Secondary reason | | Not assigned |

| Does the employee  41016 | YES | | New Supervisor |
|---|---|---|---|
| have direct reports? | 50030405 LG233942   00103191 Jeffery D Frazie | | Employee #: 00000000 |
| | 50031443 MK227103   00103191 Jeffery D Frazie | | Name: |
| | 50038711 MK227103   00104492 Linda M Greub | | Superv.Position: 00000000 |
| | 50045805 05-2440   00106504 Peter B Christey | | |
| | 50017516 MK227103   00040022 Timothy G Geiser | | |
| | 50053014 06-4205   00107426 Judi M Baskin | | |
| | ... and other direct reports:0003 | | |

| Exit interview date: | Exit interview time | HR person responsible for exit interview: | |
|---|---|---|---|
| Mo 02/05/2007 | | Linda Thompson | |

| In Lieu of Notice Hours: | Severance hours: | Severance weeks: | |
|---|---|---|---|

**Other information**

*Exit mgr email sent to L-Thompson*
*Packet Sent*

ENTERED
FEB  6 2007
02/07/07

| Date: | 02/05/2007 | | | |
|---|---|---|---|---|
| From: | Mafel Galsim | Approval 1: | | Date: |
| To: | Leann Connell | Approval 2: | | Date: |

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY