# Exhibit 2



# PROMOTION/DEMOTION/PAYCHANGE
Reason: 01   Promotion

## Actual information

| Employee number | Employee Name | SSN | EE status |
|---|---|---|---|
| 00041016 | Paul D Grossman | REDACTED | 3   Active |
| Personnel Area | Personnel Area Text | Personnel Subarea | Personnel Subarea Text |
| AB10 | Applied Biosystems | FOSC | Foster City |
| Org.Unit | Org.Unit short/long text | Workshift | Work % |
| 50046577 | ABIONA-IPLEG   AB Legal | 1-SHIFT | 100.00 |
| Cost Center | Cost Center text | | |
| 4US209001 | Division Legal | | |
| EE group/subgr. | EE group/ EE Subgroup text | Annual Salary | Orig. hire date |
| 1  10 | Regular   Salary | USD 330,000.00 | 01/30/1988 |
| SAP/Job Title No. | SAP / Job Title Code / Job Title | Grade | Most rec. hire date |
| 50023117 | EX101304   Div VP, Intellectual Properties | 19 | 05/20/1991 |
| Position | Position short/long text | | Serv.Brd.Date |
| 00010506 | EX101304   Div VP Intellectual Properties | | |
| Supervisor | Supervisor name | Superv. position | Dotted Line Supervisor |
| 00105780 | Catherine M Burzik | 50043836 | |

## Proposed Changes

| Effective Date: | Position Title | Position Title | Requisition number |
|---|---|---|---|
| 04/05/2005 | | VP, Strategic Planning & Business Development | |
| Effective Date: 04/05/2005 | SAP/Job No/Code 50050255 EX101525 | SAP/Job Title VP, Strategic Planning & Bus Development | Grade 20 Exempt |
| Effective Date: 04/05/2005 | Cost Center 4US209028 | Cost Center Text Strat Plan- | |
| Effective Date: 04/05/2005 | Org.unit 50046579 | Org.unit short text ABIONA-STPLN | Org.unit long text AB Strategic Planning |
| Effective Date: 04/05/2005 | Supervisor #: | Supervisor name | Supervisor position # |
| Effective Date: 04/05/2005 | Employee Group | Employee Subgroup | |
| Effective Date: 04/05/2005 | Weekly workinghours | Work % | Workshift |
| Effective Date: 04/05/2005 | Annual salary | Hourly rate (if appl.) | FTE |
| Effective Date: 04/05/2005 | Compensation Region | Employment Source | |
| Effective Date: | End Date | Guaranteed comission | |
| Effective Date: | End Date 12/31/9999 | Estimated commission | |

## Dotted Line Supervisor Change

| Effective Date: 04/05/2005 | Supervisor # | Supervisor name | Supervisor position # |
|---|---|---|---|

**Other information**

**ENTERED**
APR 1 1 2005
BY: _ny_

| Date: | 04/11/2005 | | | |
|---|---|---|---|---|
| From: | Molly Nonnenberg | Approval 1: | | Date: |
| To: | Nancy M. Yee | Approval 2: | | Date: |

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

AB 00001478

Case 3:07-cv-02845-WHA    Document 152-3    Filed 03/11/2008    Page 3 of 3

# APPLERA CORPORATION — Employee STAT v7.1

| Employee Number | Employee Full Name | Social Security Number | Most Recent Hire Date | Service Bridging Date | Effective Date (Month/Day/Year) |
|---|---|---|---|---|---|
| 41016 | Paul D Grossman | REDACTED | 05/20/1991 | | 3 / 15 / 02 |

## HIRE / REHIRE    REASON: ____

| Employment Status | Personnel Area | Personnel SubArea | Employee Group | Employee Subgroup | Org Unit # | Cost Center | Shift | Position # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Position Title | Job Code | Job Title | Supv Emp. # | Supv. Pos. # | Supervisor Name | Source |
|---|---|---|---|---|---|---|
| | | | | | | |

## STOCK

| ABI Stock QTY | Effective Date (Month/Day/Year) | CRA Stock QTY | Effective Date (Month/Day/Year) |
|---|---|---|---|
| | | | |

## CHANGE OF ORG ASSIGNMENT    REASON: 1

| Org Unit | Cost Center | Position # | Position Title | Job Code | Job Title | Supervisor |
|---|---|---|---|---|---|---|
| 00000357 LEG Legal - NA | US20900 | 00010506 | Sr Staff Attorney Patent | EX101133 | Sr Staff Attorney Patent | 40956 Smith Joseph H |
| | | | EX101304 DIV VP, INTELLECTUAL PROPERTIES | | | 40073 MIKE HUNGAPILLER |

(data below is required only for transfers)

| Maintain Vacancy | Supervisory Responsibility | Move Direct Reports? | Personnel Area | Personnel Sub Area | Employee Group | Employee SubGroup |
|---|---|---|---|---|---|---|
| Y/N | N | no, input new Supv's Position | AB10 Applied Biosystems | FOSC Foster City | 1 Regular | 10 Salary |
| Y/N | Y/N | Y/N | | | | |

## PROMOTION    REASON: ____

| Position # | Position Title | Job Code | Job Title | New Supervisor | Maintain Vacancy | Supervisory Resp | Move Direct Reports? |
|---|---|---|---|---|---|---|---|
| 00010506 Sr Staff Attorney Patent | | EX101133 Sr Staff Attorney Pat | 40956 Smith Joseph H | | Y/N | N | If N, new Supv's Posit |
| | | | | | Y/N | Y/N | Y/N |

## PAY / CHANGE    REASON: 1

| Currency | Pay Grade | Salary Amount | % Increase |
|---|---|---|---|
| USD | 18 | $300,000.00 | |
| | 19 | | |

*ENTERED MAY 13 2002 HUMAN RESOURCES*

## LEAVE OF ABSENCE    REASON: ____

| Employment Status | Expected Return Date | Sal. Cont. Weeks |
|---|---|---|
| 3 Active | 18-Sep-1992 | |

**RETURN FROM LEAVE OF ABSENCE**
Employment Status: ____

## TERMINATION    REASON: ____

| Employee Status | Voluntary | Maintain Vacancy | Supervisory Responsibility | New Supervisor # | Severance Hours | Pay In Lieu Hours | Exit Interview Time/Date |
|---|---|---|---|---|---|---|---|
| 1 Regular | Y/N | Y/N | N | (If Supv. Res. = Y) | | | |
| | Y/N | Y/N | Y/N | | | | |

**COMMENTS:** ____

## APPROVALS

| | Approved | Date | Approved | Date | Approved | Date |
|---|---|---|---|---|---|---|
| Present Dept | | | | | VP: | |
| New Dept | | | | | HR: [signature] 5/9/02 | |

**HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY**

AB 00001480