# Exhibit 4

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--


APPLERA CORPORATION--APPLIED
BIOSYSTEMS GROUP, A DELAWARE
CORPORATION,

       PLAINTIFF,

   vs.                          No.  07-CV-02845

ILLUMINA, INC., A DELAWARE
CORPORATION; SOLEXA INC., A
DELAWARE CORPORATION; AND
STEPHEN C. MACEVICZ, AN
INDIVIDUAL,

       DEFENDANTS.
_____


VIDEOTAPED DEPOSITION OF

VINCENT M. POWERS, Ph.D.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, February 22, 2008




Reported By:
KATHLEEN WILKINS, CSR #10068, RPR, CRR

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 2

```
 1                       INDEX

 2              INDEX OF EXAMINATIONS

 3                                          PAGE

 4   EXAMINATION BY MR. LABBE ...................   7

 5   EXAMINATION BY MR. DOYLE ...................  68

 6              INDEX OF EXHIBITS

 7   Powers              Description           Page

 8   Exhibit 49    Document entitled, "Declaration .  10
                   of Vincent M. Powers, Ph.D." -
 9                 3 pages

10   Exhibit 50    United States Patent No. ........  34
                   5,366,860 - 8 pages
11
     Exhibit 51    United States Patent No. ........  48
12                 5,750,341 - 19 pages

13   Exhibit 52    Photocopied check, Bates ........  51
                   stamped ILL003083 through
14                 ILL003084 - 2 pages

15   Exhibit 53    Document entitled, "Part B ......  53
                   Issue Fee Transmit," Bates
16                 stamped ILL003085 - 1 page

17   Exhibit 54    United States Patent No. ........  54
                   5,969,119 - 17 pages
18
     Exhibit 55    Document entitled, "Transmittal .  56
19                 of Issue Fee and Advance
                   Order," Bates stamped ILL002635
20                 through ILL002637 - 3 pages

21   Exhibit 56    United States Patent No. ........  58
                   6,306,597 - 18 pages
22
     Exhibit 57    Document entitled, "Associate ...  75
23                 Power of Attorney," Bates
                   stamped ILL00278 - 1 page

24

25
```

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 3

1                EXHIBITS PREVIOUSLY MARKED

2            AND REFERRED TO IN THIS DEPOSITION

3    EXHIBIT                                    PAGE

4    Exhibit 35                                  43

5                    ---o0o---

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

|  |  | Page 13 |
|---|---|---|
| 1 | A.   Yes. | 01:14:20 |
| 2 | Q.   And before it was the applied Biosystems | 01:14:20 |
| 3 | Group, was it also known as the PE Biosystems Group? | 01:14:23 |
| 4 | A.   I believe so. | 01:14:27 |
| 5 | Q.   Okay.  After you joined in 1999 and you | 01:14:28 |
| 6 | were a patent attorney at AB, what other positions | 01:14:32 |
| 7 | did you hold after being a patent attorney at AB? | 01:14:36 |
| 8 | A.   I believe the next title was senior patent | 01:14:40 |
| 9 | attorney, and after that, director of the chemical | 01:14:45 |
| 10 | practice group, or something like this, chemical | 01:14:54 |
| 11 | patent practice. | 01:14:59 |
| 12 | Q.   Well, just referring then, again, to your | 01:15:03 |
| 13 | declaration in paragraph 2, it indicates that before | 01:15:07 |
| 14 | you joined Cepheid, you were director of the | 01:15:15 |
| 15 | chemical patent practice with the Applied Biosystems | 01:15:18 |
| 16 | Group of Applera Corporation; is that the position | 01:15:21 |
| 17 | you're referring to? | 01:15:23 |
| 18 | A.   Yes. | 01:15:24 |
| 19 | Q.   When you first joined the company as a | 01:15:29 |
| 20 | patent attorney, what were your job responsibilities | 01:15:32 |
| 21 | in that position? | 01:15:34 |
| 22 | A.   It was whatever came along.  So very | 01:15:38 |
| 23 | generally, it was to prosecute patent applications, | 01:15:42 |
| 24 | to draft new ones, to handle any agreements that | 01:15:49 |
| 25 | might come into my desk of the variety of | 01:15:56 |

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 16

| | | |
|---|---|---|
| 1 | area, but, in fact, the work that I was doing was -- | 01:19:08 |
| 2 | was outside of that extensively as well. | 01:19:15 |
| 3 | Q.    Did you have managerial duties as the | 01:19:26 |
| 4 | director of the chemical patent practice at AB? | 01:19:29 |
| 5 | A.    Yes.  After a certain time, I did have one | 01:19:33 |
| 6 | or two reports. | 01:19:36 |
| 7 | Q.    Who were your reports at that time? | 01:19:38 |
| 8 | A.    During my tenure, my entire tenure at ABI | 01:19:41 |
| 9 | or AB? | 01:19:45 |
| 10 | Q.    Well, is it the case that you only had | 01:19:47 |
| 11 | reports once you took the position as director of | 01:19:49 |
| 12 | chemical patent practice at AB? | 01:19:52 |
| 13 | A.    Correct. | 01:19:55 |
| 14 | Q.    And did you have -- how many different | 01:19:56 |
| 15 | reports did you have during your tenure in that | 01:19:58 |
| 16 | position? | 01:20:01 |
| 17 | A.    I believe three. | 01:20:01 |
| 18 | Q.    And who were those people? | 01:20:02 |
| 19 | A.    Vincent Liptak -- and Liptak is spelled | 01:20:08 |
| 20 | L-I-P-T-A-K -- Brian Galdea, that's G-A-L-D-E-A; and | 01:20:12 |
| 21 | Shirley Recipon, which is R-E-C-I-P-O-N. | 01:20:22 |
| 22 | Q.    When you held the position as director of | 01:20:31 |
| 23 | chemical patent practice, to whom did you report? | 01:20:33 |
| 24 | A.    At a particular time or -- or spanning my | 01:20:37 |
| 25 | employ there? | 01:20:41 |

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

|   |   |   | Page 24 |
|---|---|---|---|
| 1 | A. | No. | 01:31:01 |
| 2 | Q. | Is there anyone else you can think of in | 01:31:05 |
| 3 | the first half of this decade who was a patent | | 01:31:07 |
| 4 | attorney at AB in the Foster City legal department? | | 01:31:09 |
| 5 | A. | None comes to mind. | 01:31:18 |
| 6 | Q. | Just referring to your declaration again | 01:31:26 |
| 7 | in paragraph 3 -- and actually, this is mentioned at | | 01:31:28 |
| 8 | both paragraphs 2 and 3, but it indicates that | | 01:31:33 |
| 9 | before you were working at AB, you were working at a | | 01:31:36 |
| 10 | law firm called Dehlinger & Associates; is that | | 01:31:38 |
| 11 | correct? | | 01:31:42 |
| 12 | A. | Yes, it does state that. | 01:31:44 |
| 13 | Q. | And is that accurate? | 01:31:45 |
| 14 | A. | Yes. | 01:31:46 |
| 15 | Q. | And, let's see. | 01:31:54 |
| 16 | | Is it accurate that you were working at | 01:31:55 |
| 17 | Dehlinger & Associates as a patent agent from June | | 01:31:58 |
| 18 | of 1992 to December of 1997? And I'm reading that | | 01:32:01 |
| 19 | from lines nine and ten of the second page of the | | 01:32:09 |
| 20 | declaration. | | 01:32:13 |
| 21 | A. | Yes. I believe that's correct. | 01:32:15 |
| 22 | Q. | And then were you a patent attorney at | 01:32:16 |
| 23 | Dehlinger & Associates from December 1997 to | | 01:32:17 |
| 24 | September 1999; is that correct? | | 01:32:19 |
| 25 | A. | Yes. | 01:32:27 |

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 25

| | | |
|---|---|---|
| 1 | Q.   While you were working at | 01:32:29 |
| 2 | Dehlinger & Associates, did you perform any legal | 01:32:30 |
| 3 | work for AB? | 01:32:33 |
| 4 | A.   Yes. | 01:32:34 |
| 5 | Q.   When did you first do work for AB while | 01:32:35 |
| 6 | you were at Dehlinger & Associates? | 01:32:38 |
| 7 | A.   That's difficult to remember.  So it was | 01:32:40 |
| 8 | either in 1992 or 1993. | 01:32:43 |
| 9 | Q.   When you started working on AB matters at | 01:32:48 |
| 10 | Dehlinger & Associates, did you continue working on | 01:32:50 |
| 11 | AB matters until you left Dehlinger & Associates? | 01:32:53 |
| 12 | A.   Yes. | 01:32:56 |
| 13 | Q.   What was the nature of the work that you | 01:32:59 |
| 14 | performed for AB while you were at | 01:33:01 |
| 15 | Dehlinger & Associates? | 01:33:03 |
| 16 | MR. DOYLE:  No objection in general, but | 01:33:06 |
| 17 | if it becomes more specific, I may have to object. | 01:33:08 |
| 18 | No objection to this general inquiry. | 01:33:12 |
| 19 | THE WITNESS:  You've asked about the | 01:33:16 |
| 20 | nature of the work that I performed.  That's what | 01:33:18 |
| 21 | I've heard you ask me. | 01:33:21 |
| 22 | And, I'm sorry, for what time period? | 01:33:23 |
| 23 | MR. LABBE:  Q.  The work you performed for | 01:33:27 |
| 24 | AB while you were at Dehlinger & Associates. | 01:33:28 |
| 25 | A.   Okay.  So for the entirety of my | 01:33:32 |

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 65

```
 1          In paragraph 5 of your declaration, you        02:50:35
 2   say that you did not discuss the Macevicz patents      02:50:37
 3   with anyone at AB, before or during your employment    02:50:39
 4   by AB.                                                 02:50:45
 5          Is that -- is that accurate?                    02:50:47
 6      A.   Absolutely.                                    02:50:49
 7      Q.   And while you were a patent attorney at        02:50:49
 8   AB, you knew about the Macevicz patents; is that       02:50:53
 9   correct?                                               02:50:56
10      A.   It depends on what you mean by "knew           02:50:57
11   about."                                                02:51:00
12      Q.   Well, you knew that at least the first two     02:51:01
13   of the Macevicz patents had issued; is that correct?   02:51:04
14      A.   Let me answer it this way:  To know            02:51:07
15   something, you have to have it in your mind.           02:51:09
16          The Macevicz patents, the two -- the first      02:51:13
17   two of which issued during my employment at            02:51:16
18   Dehlinger, I certainly knew about at the time of the   02:51:20
19   grant, but they were just two of many, many matters    02:51:24
20   that I handled during that time, not all of which      02:51:27
21   resulted even in granted patents and not all of        02:51:32
22   which were US.                                         02:51:35
23          And so they were hardly at the forefront        02:51:38
24   of my mind at any particular time and were less so     02:51:41
25   after I left Dehlinger.                                02:51:46
```

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 66

1          And so I cannot say that I knew of them          02:51:49

2     during my time at Applied Biosystems because, in     02:51:52

3     fact, I had forgotten about them.  And if they came  02:51:54

4     to mind, I don't recall that in the least, nor was   02:51:57

5     there any -- well, I'm going further than I think I   02:52:01

6     need to based on what I've said.                      02:52:04

7          Q.   So when you say you had forgotten about     02:52:07

8     them, you hadn't completely forgotten about those    02:52:09

9     patents, had you?                                     02:52:12

10         A.   I don't know what you mean by               02:52:13

11    "completely."  They were not in my mind.  I had      02:52:14

12    plenty of other things to think about, including the 02:52:16

13    ongoing docket of work I had at Applied Biosystems   02:52:19

14    during my employment there, which was quite          02:52:22

15    extensive.                                            02:52:25

16         Q.   So thinking about it now, you remember      02:52:46

17    that you forgot about the patents when you went to   02:52:48

18    AB?                                                   02:52:49

19         A.   I -- that is a fair statement.  Let me      02:52:51

20    just clarify why it's a fair statement.  I --        02:52:53

21    because I have no recollection of ever even thinking 02:52:56

22    about them past my employment at Dehlinger, nor      02:53:01

23    having even a reason to think back to them.  There   02:53:05

24    is nothing that I can -- that I can recall right now 02:53:10

25    to refresh my memory of this particular work, of the 02:53:13