# Exhibit 5

| | | |
|---|---|---|
| FORM PTO-1 1 31-92 | 07-29-1997 | SHEET U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE |

08872446  $40.00

To the Honorable Assistant Commissioner for Patents. Please record the attached original documents or copy thereof.

**1. Name of conveying party(ies):**

Spectragen, Inc.
3832 Bay Center Place
Hayward, CA 94545

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name/address of receiving party(ies):**

Lynx Therapeutics, Inc.
3832 Bay Center Place
Hayward, CA 94545

**3. Nature of conveyance:**

☒ Recordation of Merger of Conveying Party with and into Receiving Party.

**4. Application number(s) or patent number(s):**

If this document is being filed together with new application, the execution date of application is June 10, 1997.

A. Patent Application No.(s)

08/424,663

B. Patent No.(s)

Additional numbers attached? ☐ Yes ☒ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**

Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA 94306
(415) 324-0880

**6. Total No. of applications and patents involved:** 2

**7. Total fee (37 CFR §3.41):** $40.00

☒ Enclosed (included in check for filing fee)

☐ Charge to deposit account

**8. Deposit account number:** 04-0531

DO NOT USE THIS SPACE

**9. Statement and signature.**

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Vincent M. Powers
Name of Person Signing

Signature

June 10, 1997
Date

PATENT
REEL: 8605 FRAME: 0332