# Exhibit 8

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class
Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: Oct 16, 1996          By: Vincent M Powers

DOCKET NO.: 5525-0015

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

      Stephen C. Macevicz          EXAMINER:  P.B. Tran

SERIAL NO.: 08/424,663          ART UNIT:  1807

FILED:  April 17, 1995

FOR: **DNA Sequencing by Parallel Oligonucleotide Extensions**

#### AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

    In response to the Office action mailed April 16, 1996, please amend the application as indicated below.  A Petition for 3-Month Extension of Time with fee is enclosed herewith.

**In the Specification:**

    On page 3, line 32, change "required" to --require--.

    On page 4, line 21, after "that" insert --of--; on line 27, change "initializiang" to --initializing--; and on line 30, change "identifed" to --identified--.

    On page 5, line 24, change "the the" to --the--.

    On page 6, line 28, after "start" insert --of--; and on line 35, change "i, in" to "in".

    On page 7, line 25, change "be be" to --be--.

    On page 12, line "4.816,571" to --4,816,571--.

    On page 13, line 7, change "application," to --application number--; and on line 26, insert --step-- after "ligation", and change "steps" to --step--.

    On page 14, line 22, change "Internation" to --International--.

to the just-ligated extension probe or (2) a nucleotide residue in
the target polynucleotide which is immediately adjacent to, and
downstream of, the extended oligonucleotide probe;

(d) generating an extendable probe terminus on the extended
probe, if an extendable probe terminus is not already present,
such that the terminus generated is different from the terminus to
which the last extension probe was ligated; and

(e) repeating steps (b), (c) and (d) until a sequence of
nucleotides in the target polynucleotide is determined.

The applicant appreciates the Examiner's suggestion that the
claims would be allowable over the cited art if limited to the
subject matter of claims 3-6, 8-12 and 14-17 [now canceled].
However, such claim scope would not fairly define the applicant's
invention.

In the absence of any objective teaching in the cited art
that the claimed invention should be carried out, the invention
embodied in claim 1 and its dependent claims cannot be considered
obvious. Withdrawal of the rejection is therefore respectfully
requested.

VI. Conclusion

In view of the foregoing, the applicant submits that the
claims pending in the application are in condition for allowance.
A Notice of Allowance is therefore respectfully requested.

Respectfully submitted,

Date: _Oct. 16, 1996_

Vincent M. Powers
Registration No. 36,246

Correspondence Address:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA 94306
Phone: (415) 324-0880

12