# Exhibit 9

Case 3:07-cv-02845-WHA    Document 152-10    Filed 03/11/2008    Page 1 of 2

| **Interview Summary** | Application No. 08/424,663 | Applicant(s) MACEVICZ |
|---|---|---|
| | Examiner PAUL B. TRAN | Group Art Unit 1807 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *PAUL B. TRAN* _____ (3) _____

(2) *VINCENT M. POWERS* _____ (4) _____

Date of Interview: *Feb 14, 1997*

Type:  ☒ Telephonic   ☐ Personal (copy is given to  ☐ applicant  ☐ applicant's representative).

Exhibit shown or demonstration conducted:  ☐ Yes  ☒ No. If yes, brief description: _____

Agreement  ☒ was reached.  ☐ was not reached.

Claim(s) discussed: *1*

Identification of prior art discussed: _____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*Applicant was notified that the submission of a new Sequence Listing and CRF was entered and that the pending claims are allowed. The attached Examiner's Amendment was also authorized by Applicant.*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1. ☒ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☒ Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

*Paul B. Tran* (signature)

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

U S Patent and Trademark Office
PTO-413 (Rev. 10-95)            Interview Summary            Paper No. 11