# Exhibit 11

For Fed-Ex delivery to Brenda Moore, Drawing Processing Branch of the
USPTO, on February 19, 1998

DOCKET NO.: 5525-0015

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF: | |
| Stephen C. Macevicz | EXAMINER:  E. Whisenant |
| SERIAL NO.: 08/424,663 | ART UNIT:  1807 |
| FILED: April 17, 1995 | |
| FOR: **DNA Sequencing by Parallel Oligonucleotide Extensions** | |

#### COMMUNICATION

Attn: **Brenda Moore**
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

In response to a phone call today from Brenda Moore, enclosed is a set of formal drawings.

The undersigned notes that this is the third time that formal drawings have been submitted to the Patent Office for this case. The first time was on May 23, 1997, when formal drawings were hand-delivered to Examiner Paul Tran at the Matrix Customer Service Center. The second time was December 18, 1997, to Examiner Ethan Whisenant at the Matrix Customer Service Center.

Copies of the date-stamped receipt pages are attached (date-stamped May 23, 1997 and December 18, 1997).

Please confirm receipt of these formal drawings by calling the undersigned at the phone number below. Many thanks.

Respectfully submitted,

Date: Feb. 18, 1998

Vincent M. Powers
Registration No. 36,246

**Correspondence Address**:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

For hand-delivery to Examiner Tran, Group 1807, on or after May 23, 1997.

RECEIVED
MAY 27 1997
DEHLINGER & ASSOCIATES, LLP

DOCKET No.: 5525-0015

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF: Stephen C. Macevicz | EXAMINER: P.B. Tran |
| SERIAL No.: 08/424,663 | ART UNIT: 1807 |
| FILED: April 17, 1995 | |
| FOR: DNA Sequencing by Parallel Oligonucleotide Extensions | |

RECEIVED
MAY 23 1997
MATRIX CUSTOMER SERVICE CENTER

COPY

### Corrected Sequence Listing, Diskette, and Hard Copy of Sequence Listing

### Matching Declaration Under 37 CFR §1.821

### Formal Drawings

### Transmittal

*Horwich*

1807

PAGE: 1         RAW SEQUENCE LISTING                    DATE: 03/31/98
                PATENT APPLICATION  US/08/424,663B      TIME: 11:33:08

*INPUT SET: S24541.raw*

This Raw Listing contains the General Information Section and up to the first 5 pages.

**ENTERED**

```
 1                          SEQUENCE LISTING
 2
 3   (1)     General Information:
 4
 5         (i) APPLICANT: Macevicz, Stephen C.
 6
 7        (ii) TITLE OF INVENTION: DNA Sequencing by Parallel
 8              Oligonucleotide Extensions
 9
10       (iii) NUMBER OF SEQUENCES: 13
11
12        (iv) CORRESPONDENCE ADDRESS:
13              (A) ADDRESSEE: Dehlinger & Associates
14              (B) STREET: 350 Cambridge Avenue, Suite 250
15              (C) CITY: Palo Alto
16              (D) STATE: CA
17              (E) COUNTRY: USA
18              (F) ZIP: 94306
19
20         (v) COMPUTER READABLE FORM:
21              (A) MEDIUM TYPE: Floppy disk
22              (B) COMPUTER: IBM PC compatible
23              (C) OPERATING SYSTEM: PC-DOS/MS-DOS
24              (D) SOFTWARE: PatentIn Release #1.0, Version #1.25
25
26        (vi) CURRENT APPLICATION DATA:
27              (A) APPLICATION NUMBER: US 08/424,663
28              (B) FILING DATE: 17-APR-1995
29              (C) CLASSIFICATION:
30
31      (viii) ATTORNEY/AGENT INFORMATION:
32              (A) NAME: Powers, Vincent M.
33              (B) REGISTRATION NUMBER: 36,246
34              (C) REFERENCE/DOCKET NUMBER: 5525-0015/peolus
35
36        (ix) TELECOMMUNICATION INFORMATION:
37              (A) TELEPHONE: (650) 324-0880
38              (B) TELEFAX:   (650) 324-0960
39
40
41
42   (2) INFORMATION FOR SEQ ID NO:1:
43
44         (i) SEQUENCE CHARACTERISTICS:
45              (A) LENGTH: 37 base pairs
46              (B) TYPE: nucleic acid
```