# Exhibit 12

Attorney Docket No. 5525-0015.20

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
*Certification under 37 CFR §1.10 (if applicable)*

| EM 448 468 076 US | June 10, 1997 |
|---|---|
| "Express Mail" Label Number | Date of Deposit |

I hereby certify that this Transmittal letter, enclosed application, and any other documents referred to as enclosed herein are being deposited in an envelope with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date indicated above and addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231

Rachel Hernandez
(Print Name of Person Mailing Application)          (Signature of Person Mailing Application)

Prior Application:    Examiner P.B. Tran    Art Unit 1807

Assistant Commissioner for Patents
Washington, D.C. 20231

## Filing Under 37 CFR §1.60 Without Abandonment of Pending Parent Application

Sir:    This is a request for filing a ☐ continuation ☒ divisional patent application under 37 CFR §1.60 of pending prior **non-provisional** application Serial No. 08/424,663 filed on April 17, 1995 by inventor Stephen C. Macevicz for **DNA Sequencing by Parallel Oligonucleotide Extensions** and which is *not* being abandoned at this time.

1. ☒    Enclosed is a copy of the above-identified prior application, including the specification (including the claim or claims), the drawings (if the prior application included drawings), the signed oath or declaration, and any amendments referred to in the oath or declaration filed to complete the prior application. The enclosed papers are a true copy of what is shown in my records to be the above-identified prior application. No amendments referred to in any oath or declaration that may have been filed to complete the prior application introduced new matter therein.

2. ☒    The Filing Fee is calculated below on the basis of the claims existing in the prior application and, if applicable, as amended at Item 5 below to the extent that the amendments reduce the number of claims.

| (1) for Calculations | (2) No. Filed | (3) No. Extra | | (4) Rate | (5) |
|---|---|---|---|---|---|
| Total Claims | 2 - 20 = | 0 | x $ 22.00 = | $ | 0 |
| Independent Claims | 2 - 3 = | 0 | x $ 80.00 = | $ | 0 |
| | | | BASIC FEE = | | + 770.00 |
| | | | Total of Above Calculations = | $ | 770.00 |
| Reduction by ½ for filing by Small Entity (Note 37 CFR §1.9, 1.27, 1.28). If applicable, Verified Statement must be attached. | | | | $ | 385.00 |
| | | | TOTAL = | $ | 385.00 |

3.    Method Of Payment of Fees

☒    Enclosed is a check including the amount $**385.00**.
☐    Charge Deposit Account No. 04-0531 in the amount of $_____.

Attorney Docket: <u>5525-0015.20</u>                                              page 2 of 3

4.  <u>Authorization to Charge Additional Fees</u>

    ☒   The Commissioner is hereby authorized to charge fees under 37 CFR §1.16 and §1.17 which may be required for grant of a filing date, or credit any overpayment, to Deposit Account No. 04-0531.

5.  <u>Amendment</u>

    It is understood that only amendments reducing the number of claims or adding a reference to the prior application under 37 CFR §1.78(a) will be entered before calculating the filing fee and granting the filing date.

    ☒   Please amend the specification by inserting before the first line the sentence:

        --This is a ☐ continuation ☒ division of application Serial No. <u>08/424,663</u>, filed <u>04/17/95</u>.--

    ☒   Please cancel in this application original claims <u>1-17</u>, inclusive, of the prior application before calculating the filing fee. (At least one original independent claim should be retained for filing purposes.)

    ☐   A Preliminary Amendment is enclosed. Claims added by this amendment have been properly numbered consecutively beginning with the next number following the highest numbered original claim in the prior application.

6.  ☒   Formal drawings are also enclosed.

7.  ☒   The above-identified prior application is owned by Lynx Therapeutics, Inc. by virtue of (1) assignment by the inventor to Lynx recorded in the USPTO at Reel/Frame 7635/0916 on 9/15/95, (2) assignment by Lynx to Spectragen, Inc. recorded at Reel/Frame 7777/0020 on 1/18/96, and (3) by merger of Spectragen, Inc. into Lynx Therapeutics, Inc. on or about 11/04/96 (copy submitted herewith for recordation -- see enclosed Form PTO-1595 Recordation Cover Sheet for parent and current applications). A check including the recordation fees of $<u>40.00</u> is enclosed.

8.  <u>Power of Attorney</u>

    ☒   The Power of Attorney in the above-identified prior application is to <u>Stephen C. Macevicz</u>, Reg. No. <u>30,285</u>, and the other attorneys or agents identified in the Power in the prior application (see copy enclosed).

    ☒   An Associate Power of Attorney was filed October 19, 1996 (see copy enclosed).

    ☐   A new Power of Attorney is attached.

9.  ☐   Priority of application Serial No. _____ filed on ___ in _____ is claimed under 35 USC §119.

10. ☐   A certified copy of the priority application identified in Item 9 above has been filed in the above-identified prior application Serial No. _____ filed on _____.

11. ☒   Small entity status is claimed under 37 CFR §1.9 and 37 CFR §1.27, as was proper in the parent application.

Attorney Docket: <u>5525-0015.20</u>                                                                                        page 3 of 3

12. ☐ An original executed Verified Statement(s) supporting a claim for, and/or claiming, Small Entity status under 37 CFR §1.9 and 37 CFR §1.27 is enclosed.

13. ☒ A Request to Use the Computer-Readable Form of the Sequence Listing from the Parent Application (in duplicate); Matching Declaration Under 37 CFR §1.821; hard copy of sequence listing of record in parent.

14. ☐ A petition, fee, and response has been filed to extend the term in the pending prior application until _____.

15. ☒ <u>Other</u>: Address all future communications to:

**Dehlinger & Associates**
P.O. Box 60850
Palo Alto, California 94306
415 324-0880

Respectfully submitted,

Date: Jun 10, 1997

Vincent M. Powers
Registration No. 36,246

<u>**Correspondence Address**</u>:
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
(415) 324-0880