# Exhibit 13



I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: February 19, 1999   By: Jenni M Mahoney

DOCKET No.: 5525-0015.20          NOTICE OF ALLOWANCE MAILED: 01/22/99

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

IN RE APPLICATION OF:
    Stephen C. Macevicz
SERIAL No.: 08/872,446
FILED: June 10, 1997
FOR: **DNA Sequencing by Parallel Oligonucleotide Extensions**

EXAMINER: Whisenant
ART UNIT: 1634
BATCH No.: 020

**Transmittal of Issue Fee and Advance Order**

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    In response to the Notice of Allowance mailed January 22, 1999, applicant herewith submits Form PTOL-85B, and counsel's check in the amount of **$1,249.00**, covering a payment of $1,210.00 as Issue Fee plus $39.00 in payment of the advance order for copies of the printed patent.

    The Commissioner is hereby authorized to charge any underpayment (or credit any overpayment) associated with this communication to Deposit Account No. 04-0531.

Date: Feb. 19 1999

Respectfully submitted,

Vincent M. Powers
Registration No. 36,246

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA 94306
Phone: (650) 324-0880

RECEIVED
MAR 05 1999