# Exhibit 17

*Section* 3

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with
sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for
Patents, Washington, D.C., 20231, on:

6/21/99                                    By: _____

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz

SERIAL No.: 09/280,270

FILED:  March 29, 1999

FOR:  **DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS**

EXAMINER:  Unknown

ART UNIT:  1634

## Response to Notice to File Missing Parts of Application

Box Missing Parts
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

1.  In response to the Notice to File Missing Parts mailed April 19, 1999 (copy enclosed), applicant submits the following:

    ☒    An Associate Power of Attorney/Change of Address.

    ☒    A copy of the executed Declaration of Inventorship from parent application No. 08/424,663 was filed concurrently with the application.

    ☒    A Preliminary Amendment.

2.  <u>Conditional Petition for Extension of Time</u>

    The due-date for response is June 19, 1999, which, falling on a Saturday, extends the period of response to and through Monday, June 21, 1999. However, applicant petitions for an Extension of Time if necessary for timely filing of this Response.

Attorney Docket No. 5525-0015.21

3.  **Fee Payment**

&#x2612;  Enclosed is a check for $<u>890.00</u> in payment of the
basic filing fee ($760.00) and the surcharge for
late filing of declaration or oath ($130.00).
**The additional claim fee of $78.00 is inapplica-
ble due to the cancellation of claims 2-19.**

&#x2610;  Please charge the above fee(s) to Deposit Account
No. 04-0531; this paper is provided in tripli-
cate.

&#x2612;  Please charge any underpayment for timely filing
of this Response to Deposit Account No. 04-0531.

Respectfully submitted,

Date: June 21, 1999

Vincent M. Powers
Registration No. 36,246

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

2