# Exhibit 21

Michael Hunkapiller, Ph.D., February 21, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

APPLERA CORPORATION--APPLIED
BIOSYSTEMS GROUP, A DELAWARE
CORPORATION,

    PLAINTIFF,

vs.                              No.  07-CV-02845

ILLUMINA, INC., A DELAWARE
CORPORATION; SOLEXA INC., A
DELAWARE CORPORATION; AND
STEPHEN C. MACEVICZ, AN
INDIVIDUAL,

    DEFENDANTS.

_____

VIDEOTAPED DEPOSITION OF

MICHAEL HUNKAPILLER, PH.D.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Thursday, February 21, 2008

Reported By:
KATHLEEN WILKINS, CSR #10068, RPR, CRR

Case 3:07-cv-02845-WHA   Document 152-22   Filed 03/11/2008   Page 3 of 8

Michael Hunkapiller, Ph.D., February 21, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 2

```
 1                          INDEX
 2                   INDEX OF EXAMINATIONS
 3                                                   PAGE
 4   EXAMINATION BY MR. LABBE ......................   6
 5                     INDEX OF EXHIBITS
 6   Hunkapiller          Description              Page
 7   Exhibit 42    Document entitled, "Subpoena In .   8
                   A Civil Case" - 3 pages
 8
     Exhibit 43    United States Patent No. ........  93
 9                 5,552,278 - 24 pages
10   Exhibit 44    Document entitled, "Agreement," .  106
                   Bates stamped MHUNK024558
11                 through MHUNK024561 - 4 pages
12   Exhibit 45    Document entitled, "United ......  110
                   States Patent No. 5,750,341" -
13                 19 pages
14   Exhibit 46    Document entitled, .............  116
                   "Declaration of Michael
15                 Hunkapiller, Ph.D." - 4 pages
16                        ---o0o---
17
18
19
20
21
22
23
24
25
```

Michael Hunkapiller, Ph.D., February 21, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 3

```
 1              EXHIBITS PREVIOUSLY MARKED
 2           AND REFERRED TO IN THIS DEPOSITION
 3    EXHIBIT                                        PAGE
 4    Exhibit 4                                       78
 5    Exhibit 2                                       80
 6    Exhibit 10                                      94
 7                       ---o0o---
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Michael Hunkapiller, Ph.D., February 21, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 4

```
 1            DEPOSITION OF MICHAEL HUNKAPILLER, PH.D.
 2               BE IT REMEMBERED that on Thursday,
 3    February 21, 2008, commencing at the hour of 9:07
 4    a.m. thereof, at MORRISON & FOERSTER, before me,
 5    Kathleen A. Wilkins, RPR, CRR, a Certified Shorthand
 6    Reporter, in and for the State of California,
 7    personally appeared MICHAEL HUNKAPILLER, PH.D., a
 8    witness in the above-entitled court and cause, who,
 9    being by me first duly sworn, was thereupon examined
10    as a witness in said action.
11                   APPEARANCES OF COUNSEL
12    For the Plaintiffs:
13            MORRISON & FOERSTER LLP
              By:  BRYAN J. WILSON, Attorney at Law
14            755 Page Mill Road
              Palo Alto, California  94304-1018
15            Telephone:  (650) 813-5603
              E-mail:  Bwilson@mofo.com
16
      For the Defendants:
17
              MARSHALL, GERSTEIN & BORUN LLP
18            By:  JOHN R. LABBE, Attorney at Law
                   KEVIN M. FLOWERS, Ph.D., Attorney at
19                 Law
              233 South Wacker Drive
20            6300 Sears Tower
              Chicago, Illinois  60606-6357
21            Telephone:  (312) 474-6300
              E-mail:  Jlabbe@marshallip.com
22
      ALSO PRESENT:  David Hallyburton, Videographer
23
                          --oOo--
24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080                    WWW.KRAMM.COM                    (619) 239-0080

Case 3:07-cv-02845-WHA   Document 152-22   Filed 03/11/2008   Page 6 of 8

Michael Hunkapiller, Ph.D., February 21, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 112

| | | |
|---|---|---|
| 1 | in the first place. | 12:36:14 |
| 2 | Q. When you looked at the patent, what was | 12:36:17 |
| 3 | your thought about whether it should have been | 12:36:22 |
| 4 | assigned to AB or not? | 12:36:26 |
| 5 | A. Well, when I -- when I saw the date and | 12:36:30 |
| 6 | had my memory refreshed as to when Mr. Macevicz had | 12:36:36 |
| 7 | left AB, yeah, I had a pretty definite opinion. | 12:36:40 |
| 8 | Q. And so that was based on your review of | 12:36:44 |
| 9 | the first page of the patent? | 12:36:46 |
| 10 | A. Yes. | 12:36:51 |
| 11 | Q. And was that based in part on the fact | 12:36:51 |
| 12 | that the patent was filed on April 7th, 1995? | 12:36:54 |
| 13 | A. Yes. | 12:36:59 |
| 14 | Q. This was in 2006 when you were reviewing | 12:37:01 |
| 15 | the patent; is that right? | 12:37:02 |
| 16 | A. That's correct. | 12:37:05 |
| 17 | Q. Did you know before 2006 that Dr. Macevicz | 12:37:14 |
| 18 | had filed any patent applications while he was | 12:37:16 |
| 19 | working at AB that he had not assigned to AB? | 12:37:18 |
| 20 | A. No. | 12:37:26 |
| 21 | Q. Did you know that while Dr. Macevicz was | 12:37:27 |
| 22 | working at AB, that he kept a lab notebook in which | 12:37:30 |
| 23 | he wrote down his own ideas? | 12:37:34 |
| 24 | A. No. | 12:37:37 |
| 25 | Q. You've never reviewed such a lab notebook; | 12:37:40 |

Michael Hunkapiller, Ph.D., February 21, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 115

| | | |
|---|---|---|
| 1 | left, you have to ask him. | 12:40:39 |
| 2 | Q.   Okay.  In the mid to late 1990s, did | 12:40:41 |
| 3 | Applied Biosystems Group or PE Biosystems Group have | 12:41:20 |
| 4 | a practice of searching patent applications or | 12:41:30 |
| 5 | issued patents at the Patent and Trademark Office? | 12:41:34 |
| 6 | A.   Well, in selected instances, yes. | 12:41:39 |
| 7 | Q.   Under what circumstances would AB conduct | 12:41:45 |
| 8 | such a patent search? | 12:41:47 |
| 9 | A.   Well, if we were involved in litigation | 12:41:52 |
| 10 | around a patent, we almost surely would have done | 12:41:54 |
| 11 | fairly thorough patent searches, particularly if it | 12:42:02 |
| 12 | were a patent being applied against us or | 12:42:06 |
| 13 | infringement alleged against us. | 12:42:08 |
| 14 | Q.   Would AB conduct freedom to operate | 12:42:10 |
| 15 | searches regarding its own products? | 12:42:13 |
| 16 | A.   In some instances, yes.  In some, no.  If | 12:42:18 |
| 17 | we were at -- at sort of the end stage of developing | 12:42:22 |
| 18 | a particular product, we would sometimes do a patent | 12:42:32 |
| 19 | search around that particular product | 12:42:39 |
| 20 | implementation.  We didn't do it in a broad sense | 12:42:41 |
| 21 | before we got to sort of a full commercialization | 12:42:47 |
| 22 | step. | 12:42:52 |
| 23 |           MR. LABBE:  I'll ask the court reporter to | 12:43:29 |
| 24 | mark this as an exhibit, a document that's titled, | 12:43:30 |
| 25 | "Declaration of Michael Hunkapiller, Ph.D." | 12:43:37 |

Case 3:07-cv-02845-WHA   Document 152-22   Filed 03/11/2008   Page 8 of 8

Michael Hunkapiller, Ph.D., February 21, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 116

| | | |
|---|---|---|
| 1 | (Whereupon, Deposition Exhibit 46 | 12:43:40 |
| 2 | was marked for identification.) | 12:43:41 |
| 3 | MR. LABBE:   Q.   Okay.  Do you recognize | 12:43:58 |
| 4 | this document? | 12:43:59 |
| 5 | A.   Yes. | 12:44:00 |
| 6 | Q.   And -- | 12:44:04 |
| 7 | A.   Yes. | 12:44:07 |
| 8 | Q.   And is this a declaration that you've | 12:44:07 |
| 9 | recently provided in this litigation? | 12:44:09 |
| 10 | A.   Yes. | 12:44:11 |
| 11 | Q.   Ask you about some of the information on | 12:44:19 |
| 12 | page 3.  It's paragraph 5 of the document.  And just | 12:44:20 |
| 13 | the first sentence of paragraph 5 reads, "During the | 12:44:28 |
| 14 | time I worked at AB, the company did not conduct | 12:44:31 |
| 15 | routine comprehensive patent searches for all | 12:44:34 |
| 16 | patents related to all aspects of AB's business." | 12:44:38 |
| 17 | Do you see that? | 12:44:43 |
| 18 | A.   Yes. | 12:44:44 |
| 19 | Q.   Now, is it true that AB did conduct some | 12:44:50 |
| 20 | patent searches, for instance, to determine -- for | 12:44:53 |
| 21 | instance, for freedom-to-operate purposes for | 12:45:00 |
| 22 | certain products? | 12:45:02 |
| 23 | A.   Yes. | 12:45:06 |
| 24 | Q.   Would AB have conducted patent searches | 12:45:08 |
| 25 | when it filed for its own patent -- excuse me.  Let | 12:45:13 |