# Exhibit 22

Case 3:07-cv-02845-WHA   Document 152-23   Filed 03/11/2008   Page 1 of 5

Case 3:07-cv-02845-WHA   Document 152-23   Filed 03/11/2008   Page 2 of 5

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

APPLERA CORPORATION--APPLIED
BIOSYSTEMS GROUP, A DELAWARE
CORPORATION,

    PLAINTIFF,

  vs.                            No.  07-CV-02845

ILLUMINA, INC., A DELAWARE
CORPORATION; SOLEXA INC., A
DELAWARE CORPORATION; AND
STEPHEN C. MACEVICZ, AN
INDIVIDUAL,

    DEFENDANTS.
_____

VIDEOTAPED DEPOSITION OF

SCOTT BORTNER, Ph.D.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, February 22, 2008

Reported By:
KATHLEEN WILKINS, CSR #10068, RPR, CRR

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 2

```
 1                        INDEX
 2                 INDEX OF EXAMINATIONS
 3                                                    PAGE
 4   EXAMINATION BY MR. LABBE ......................    5
 5                  INDEX OF EXHIBITS
 6   Bortner              Description              Page
 7   Exhibit 47   Document entitled, "Declaration .  10
                  of Scott Bortner" - 4 pages
 8
     Exhibit 48   Document entitled, "Results .....  21
 9                2-1-2006.xls," Bates stamped
                  AB00002863 through AB00002870 -
10                8 pages
11       QUESTION WITNESS INSTRUCTED NOT TO ANSWER
12                   PAGE    LINE
13                    65     14
14                    68      8
15                    69     16
16                    71     11
17                    72     18
18                   ---o0o---
19
20
21
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080               WWW.KRAMM.COM               (619) 239-0080

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 3

```
 1              DEPOSITION OF SCOTT BORTNER, Ph.D.
 2               BE IT REMEMBERED that on Friday, February
 3    22, 2008, commencing at the hour of 9:11 a.m.
 4    thereof, at MORRISON & FOERSTER, before me, Kathleen
 5    A. Wilkins, RPR, CRR, a Certified Shorthand
 6    Reporter, in and for the State of California,
 7    personally appeared SCOTT BORTNER, Ph.D., a witness
 8    in the above-entitled court and cause, who, being by
 9    me first duly sworn, was thereupon examined as a
10    witness in said action.
11                    APPEARANCES OF COUNSEL
12    For the Plaintiffs:
13            MORRISON & FOERSTER LLP
              By:  BRYAN J. WILSON, Attorney at Law
14            755 Page Mill Road
              Palo Alto, California  94304-1018
15            Telephone:  (650) 813-5603
              E-mail:  Bwilson@mofo.com
16
      For the Defendants:
17
              MARSHALL, GERSTEIN & BORUN LLP
18            By:  JOHN R. LABBE, Attorney at Law
                   KEVIN M. FLOWERS, Ph.D., Attorney at
19                 Law
              233 South Wacker Drive
20            6300 Sears Tower
              Chicago, Illinois  60606-6357
21            Telephone:  (312) 474-6300
              E-mail:  Jlabbe@marshallip.com
22
      ALSO PRESENT:  David Hallyburton, Videographer
23
                           --oOo--
24

25
```

Case 3:07-cv-02845-WHA    Document 152-23    Filed 03/11/2008    Page 5 of 5

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 32

```
 1       A.   Yes.                                              09:46:27
 2       Q.   And would some of those non-routine patent        09:46:28
 3  searches reveal patents belonging to other                  09:46:31
 4  companies?                                                  09:46:37
 5       A.   Yes.                                              09:46:38
 6       Q.   And you were talking about circumstances          09:46:38
 7  in which you would review patents that belong to            09:46:40
 8  other companies.                                            09:46:43
 9            What were some of those circumstances?            09:46:45
10       A.   When I knew the company was a specific            09:46:48
11  threat to us.                                               09:46:51
12       Q.   Okay.  Are there other circumstances when         09:46:52
13  you would review patents from other companies?              09:46:54
14       A.   When we were interested in licensing              09:46:57
15  patents, I would review those patents and related           09:47:01
16  patents.                                                    09:47:05
17       Q.   Are there other circumstances that you            09:47:07
18  would review other company's patents?                       09:47:09
19       A.   Freedom to operate for new product, we            09:47:15
20  would conduct -- you know, we would see what the new        09:47:17
21  product was and what patents were in that space.            09:47:19
22       Q.   And when you said that you would look at          09:47:22
23  patents other companies owned that were a threat to         09:47:27
24  you, what do you mean by a threat to you?                   09:47:30
25       A.   If we wanted to move into a new area of           09:47:34
```