# Exhibit 23

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(TTL/"DNA sequencing" AND ISD/19700101->19991031):** 80 patents.
*Hits 1 through 50 out of 80*

[Next 50 Hits]

[Jump To] [____]

[Refine Search] [TTL/"DNA sequencing" AND ISD/1/1/1970->10/31/19]

| PAT. NO. | Title |
|---|---|
| 1  5,969,119 | T DNA sequencing by parallel olgonucleotide extensions |
| 2  5,968,743 | T DNA sequencing method and reagents kit |
| 3  5,955,030 | T Apparatus for automated DNA sequencing |
| 4  5,905,024 | T Method for performing site-specific affinity fractionation for use in DNA sequencing |
| 5  5,882,595 | T Automatic processing system for use in solid phase biospecific binding and DNA sequencing techniques |
| 6  5,876,934 | T DNA sequencing method |
| 7  5,872,003 | T DNA sequencing by mass spectrometry via exonuclease degradation |
| 8  5,871,929 | T Suppression of pyrophosphorolysis in DNA sequencing and in other applications involving DNA replication |
| 9  5,861,287 | T Alternative dye-labeled primers for automated DNA sequencing |
| 10  5,858,671 | T Iterative and regenerative DNA sequencing method |
| 11  5,856,100 | T Method for purification and transfer to separation/detection systems of DNA sequencing samples and plates used therefor |
| 12  5,851,765 | T DNA sequencing by mass spectrometry via exonuclease degradation |
| 13  5,846,727 | T Microsystem for rapid DNA sequencing |
| 14  5,831,065 | T Kits for DNA sequencing by stepwise ligation and cleavage |
| 15  5,821,060 | T DNA sequencing, mapping, and diagnostic processes using hybridization chips and unlabeled DNA |
| 16  5,821,058 | T Automated DNA sequencing technique |
| 17  5,800,993 | T DNA sequencing apparatus and method for a small format gel with a magnified readout |
| 18  5,780,232 | T DNA sequencing, mapping, and diagnostic processes using hybridization and stable isotope labels of DNA |

19 5,755,943 T DNA sequencing
20 5,750,341 T DNA sequencing by parallel oligonucleotide extensions
21 5,741,644 T DNA sequencing by extension of probe chip immobilized oligonucleotides
22 5,728,551 T In vitro transposition of artificial transposons for DNA sequencing
23 5,714,330 T DNA sequencing by stepwise ligation and cleavage
24 5,707,804 T Primers labeled with energy transfer coupled dyes for DNA sequencing
25 5,707,506 T Channel plate for DNA sequencing
26 5,691,141 T DNA sequencing by mass spectrometry
27 5,674,743 T Methods and apparatus for DNA sequencing
28 5,674,716 T DNA sequencing
29 5,654,149 T Non-radioactive DNA sequencing
30 5,624,800 T Method of DNA sequencing employing a mixed DNA-polymer chain probe
31 5,622,824 T DNA sequencing by mass spectrometry via exonuclease degradation
32 5,614,386 T Alternative dye-labeled primers for automated DNA sequencing
33 5,614,365 T DNA polymerase having modified nucleotide binding site for DNA sequencing
34 5,608,063 T Method, system and reagents for DNA sequencing
35 5,599,675 T DNA sequencing by stepwise ligation and cleavage
36 5,580,732 T Method of DNA sequencing employing a mixed DNA-polymer chain probe
37 5,571,676 T Method for mismatch-directed in vitro DNA sequencing
38 5,558,991 T DNA sequencing method using acyclonucleoside triphosphates
39 5,556,790 T Method for Automated DNA sequencing
40 5,552,278 T DNA sequencing by stepwise ligation and cleavage
41 5,552,270 T Methods of DNA sequencing by hybridization based on optimizing concentration of matrix-bound oligonucleotide and device for carrying out same
42 5,547,859 T Chain-terminating nucleotides for DNA sequencing methods
43 5,547,835 T DNA sequencing by mass spectrometry
44 5,534,125 T DNA sequencing
45 5,523,206 T Non-radioactive DNA sequencing
46 5,516,633 T DNA sequencing with a T7-type gene 6 exonuclease
47 5,514,256 T Apparatus for improved DNA sequencing
48 5,512,458 T Method of using mobile priming sites for DNA sequencing
49 D368,143 T DNA sequencing cabinet
50 5,498,523 T DNA sequencing with pyrophosphatase

