# Exhibit 24

**IBM**

# 1993

Introduction    **Timeline**

| | | People | |
|---|---|---|---|
| | IBM introduces the **Scalable POWERparallel System**, the first in a family of microprocessor-based supercomputers using RISC System/6000 technology. IBM pioneers the breakthrough scalable parallel system technology of joining smaller, mass-produced computer processors rather than relying on one larger, custom-designed processor. Complex queries could then be broken down into a series of smaller jobs than are run concurrently ("in parallel") to speed their completion. | Employees | 256,207 |
| | | Stockholders | 741,047 |
| | | **Finance** | |
| | | Revenue | $62.71 B  - 2.8 % |
| | The company announces in November that the IBM ThinkPad 750 will fly aboard the Space Shuttle Endeavor during the mission to refurbish the Hubble Space Telescope. The ThinkPad 750C's main task during the mission - the **first space flight of a modern notebook computer** - will be to run a NASA test program which will determine if radiation inherent in the space environment causes memory anomalies in the 750C or generates other unexpected problems. | Net earnings | $ - 8.10 B  - 63 % |

John F. Akers retires and **Louis V. Gerstner, Jr**., becomes IBM's chairman and chief executive officer on April 1.

IBM and **Catapult, Inc**. announce that IBM has acquired sole ownership of Catapult, a provider of training in personal computer end-user software.

IBM also makes the most significant RS/6000 announcement since the original launch of the **RISC System/6000** product line, introducing major enhancements to that family of workstations and processors, including models based on the PowerPC 601 microprocessor and IBM's multi-chip microprocessor, the POWER2, the highest performance microprocessor in the industry.

Personal systems product announcements are: the two newest members of the **IBM speech recognition family**, VoiceType Control for Windows and VoiceType 2; and demonstration of an energy-efficient and **recyclable personal computer** - the Personal System/2 E - developed under the Energy Star Computer Program of the U.S. Environmental Protection Agency.

IBM announces and begins delivering a host of new storage products, including the industry's first high-capacity drives for the portable computing market using new **magneto-resistive head technology**.

The **IBM 3890 Document Processor**, a workhorse of bank and other payment processing systems, celebrates its 20th birthday. More than 1,900 of the devices have been purchased by banks in 22 countries. IBM

technology - incorporating an AS/400, PS/2s, PS/1s and Ultimedia technology - is playing an integral role in the new **Hockey Hall of Fame** in Toronto.

Under a $650 million contract, IBM will provide **Equifax Inc**. with data center management and other services for 10 years. **Southern Pacific Lines** signs a 10-year, $415 million technology agreement with IBM to provide the railroad with a new program for handling its information technology function and a new organization to manage the process.

IBM ranks first in the number of patents awarded in 1993 by the U.S Government, marking the first time since 1985 that a U.S. company has headed the list. IBM's 1,087 **U.S. patents** are more than any other company in the world.

An IBM scientist demonstrates that a laboratory **blue-laser optical recording system** can read and write data at a world-record density of 2.5 billion bits (gigabits) per square inch on a removable magneto-optic disk - a density five times higher than that in 1993's most sophisticated rewritable optical disk drives, which use infrared lasers.

IBM and Eastman Kodak Company announce that subsidiaries of the two companies have formed **Technology Service Solutions** as a jointly-owned dedicated service business to provide maintenance service for IBM workstation, personal computer and point-of-sale products.

IBM announces its intention to transfer ownership of its Brooklyn, New York, facility to a new owner.

IBM says that it has completely eliminated the use of **chlorofluorocarbons** from its manufacturing processes worldwide.