# Exhibit 25

**USPTO Patent Full-Text and Image Database**

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"applied biosystems" AND ISD/19930101->19931231):** 17 patents.
*Hits 1 through 17 out of 17*

[Jump To] [    ]

[Refine Search] [AN/"applied biosystems" AND ISD/1/1/1993->12/31/1]

| PAT. NO. | Title |
|---|---|
| 1 5,274,227 | Capillary detector cell having imaging elements positioned to optimize sensitivity |
| 2 5,273,715 | Automated system for providing a sequence of chemicals to a reaction process |
| 3 5,264,101 | Capillary electrophoresis molecular weight separation of biomolecules using a polymer-containing solution |
| 4 5,262,530 | Automated system for polynucleotide synthesis and purification |
| 5 5,258,538 | 2,3-disubstituted-1,3,2-oxazaphosphacycloalkanes as nucleic acid linking agents |
| 6 5,242,794 | Detection of specific sequences in nucleic acids |
| 7 5,240,576 | Capillary electrophoresis |
| 8 5,239,360 | Lens for capillary electrophoresis and chromatography |
| 9 5,231,191 | Rhodamine phosphoramidite compounds |
| 10 5,212,304 | Amino-derivatized phosphoramidite linking agents |
| 11 5,207,886 | Capillary electrophoresis |
| 12 5,188,934 | 4,7-dichlorofluorescein dyes as molecular probes |
| 13 5,187,085 | Nucleic acid sequence analysis with nucleoside-5'-O-(1-thiotriphosphates) |
| 14 5,186,898 | Automated polypeptide synthesis apparatus |
| 15 5,185,266 | Cleavage method for acyl thiohydantoins and use of the method in C-terminal peptide sequencing |
| 16 5,183,885 | Method for chromatographic separation of synthetic phosphorothioate oligonucleotides |
| 17 5,181,999 | Capillary electrophoresis method with polymer tube coating |

[Top] [View Cart]
[Home] [Quick] [Advanced] [Pat Num] [Help]