| | |
|---|---|
| 1 | KEVIN M. FLOWERS (admitted *pro hac vice*) |
|   | THOMAS I. ROSS (admitted *pro hac vice*) |
| 2 | JEFFREY H. DEAN (admitted *pro hac vice*) |
|   | GREGORY E. STANTON (CA Bar No. 203495) |
| 3 | JOHN R. LABBE (admitted *pro hac vice*) |
|   | MARSHALL, GERSTEIN & BORUN LLP |
|   | 6300 Sears Tower |
| 4 | 233 South Wacker Drive |
|   | Chicago, IL 60606-6357 |
| 5 | (312) 474-6300 |
|   | (312) 474-0448 (facsimile) |
| 6 | E-Mail: kflowers@marshallip.com |
|   | E-Mail: tross@marshallip.com |
| 7 | E-Mail: jdean@marshallip.com |
|   | E-Mail: gstanton@marshallip.com |
|   | E-Mail: jlabbe@marshallip.com |
| 8 | KIMBERLY K. DODD (CA Bar No. 235109) |
|   | FOLEY & LARDNER LLP |
| 9 | 975 Page Mill Road |
|   | Palo Alto, CA 94304-1125 |
| 10 | (650) 856-3700 |
|    | (650) 856-3710 (facsimile) |
|    | E-Mail: dmoyer@foley.com |
| 11 | E-Mail: kdodd@foley.com |

Attorneys for Defendants ILLUMINA, INC. and SOLEXA, INC., and Counterclaim Plaintiff, SOLEXA, INC.

FILED
08 MAR 11 PM 3:49

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | ) ) ) | Case No. 07-CV-02845 WHA |
| Plaintiff, | ) ) ) | **APPLICATION FOR ADMISSION OF GEORGE C. BEST *PRO HAC VICE*** |
| v. | ) ) ) | Honorable William H. Alsup |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED COUNTERCLAIMS | ) ) ) | |

1.     I am an active member in good standing of the highest court of the State of Illinois, the highest court of the District of Columbia and the United States Courts of Appeals for the Federal Circuit;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order 45, *Electronic Case Filings*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the Bar of this Court in good standing and who maintains and office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Kimberly K. Dodd (Bar No. 245109)
> Foley & Lardner LLP
> 975 Page Mill Road
> Palo Alto, CA 94304-1125
> Telephone: (650) 856-3700

I declare under penalty of perjury that the forgoing is true and correct.

Executed this __10__ day of March 2008, in Palo Alto, California.

_____
George C. Best

---

2
APPLICATION FOR ADMISSION OF GEORGE C. BEST *PRO HAC VICE*
CASE NO. 07-CV-02845 WHA

SVCA_146243.1