| | |
|---|---|
| 1 | KEVIN M. FLOWERS (admitted *pro hac vice*) |
|   | THOMAS I. ROSS (admitted *pro hac vice*) |
| 2 | JEFFREY H. DEAN (admitted *pro hac vice*) |
|   | GREGORY E. STANTON (CA Bar No. 203495) |
| 3 | JOHN R. LABBE (admitted *pro hac vice*) |
|   | MARSHALL, GERSTEIN & BORUN LLP |
| 4 | 6300 Sears Tower |
|   | 233 South Wacker Drive |
| 5 | Chicago, IL 60606-6357 |
|   | (312) 474-6300 |
| 6 | (312) 474-0448 (facsimile) |
|   | E-Mail: kflowers@marshallip.com |
| 7 | E-Mail: tross@marshallip.com |
|   | E-Mail: jdean@marshallip.com |
|   | E-Mail: gstanton@marshallip.com |
|   | E-Mail: jlabbe@marshallip.com |

KIMBERLY K. DODD (CA Bar No. 235109)
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304-1125
(650) 856-3700
(650) 856-3710 (facsimile)
E-Mail: dmoyer@foley.com
E-Mail: kdodd@foley.com

Attorneys for Defendants ILLUMINA, INC. and SOLEXA, INC.,
and Counterclaim Plaintiff, SOLEXA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-02845 WHA<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF GEORGE C. BEST** ***PRO HAC VICE***<br><br>Honorable William H. Alsup |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF GEORGE C. BEST *PRO HAC VICE*
CASE NO. 07-CV-02845 WHA

SVCA_146263.1

1  George C. Best, an active member in good standing of the bar of the State of Illinois and
2  the District of Columbia, whose business address is Foley & Lardner LLP, 975 Page Mill Road,
3  Palo Alto, California 94304-1125 telephone number is (650) 856-3700, applied in the above-
4  captioned action for admission to practice in the Northern District of California on a *pro hac vice*
5  basis representing Illumina, Inc. and Solexa, Inc. in the above-entitled action.

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon any communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 DATED: _____, 2007             _____
                                            Honorable William H. Alsup
13                                          United States District Judge

---

2

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF GEORGE C. BEST *PRO HAC VICE*
CASE NO. 07-CV-02845 WHA

SVCA_146263.1