BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.    C07 02845 WHA<br><br>**[PROPOSED] ORDER GRANTING APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION TO BIFURCATE**<br><br>Date:  April 17, 2008<br>Time:  8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

1    This matter comes before the Court on Plaintiff Applera Corporation – Applied

2    Biosystems Group's ("AB") Motion to Bifurcate.  Having considered the arguments and evidence

3    submitted and for good cause appearing:

4    IT IS HEREBY ORDERED THAT AB's Motion to Bifurcate is GRANTED.

5    Specifically, a separate bench trial on Defendants' standing to assert United States Patent

6    Nos. 5,750,341, 5,969,119, and 6,306,597 shall be set to begin on May 8, 2008, or as soon

7    thereafter as possible.  The trial on all other issues, if any remain, shall begin on September 29,

8    2008 as originally set by the Court.

9    IT IS SO ORDERED.

10

11    Dated: _____, 2008

12

13    _____

14    WILLIAM H. ALSUP
      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28