1  BRYAN WILSON (CA SBN 138842)
   ERIC C. PAI (CA SBN 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

| 17 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.   C07 02845 WHA |
|---|---|---|
| 18 |  | **DECLARATION OF BRYAN WILSON IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION TO BIFURCATE** |
| 19 | Plaintiff, |  |
| 20 | v. |  |
| 21 | ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | Date: April 17, 2008 Time: 8:00 a.m. Place: Courtroom 9, 19th Floor Honorable William H. Alsup |
| 22 |  |  |
| 23 | Defendants. |  |

24
25
26
27
28

DECLARATION OF BRYAN WILSON ISO AB'S MOTION TO BIFURCATE
Case No. C07 02845 WHA
pa-1240750

I, Bryan Wilson, declare:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of AB's Motion to Bifurcate. I make this declaration based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document entitled "Applied Biosystems, Inc. Employee Invention Agreement" dated May 4, 1992 and produced by Defendant Stephen C. Macevicz ("Macevicz") in this action with bates numbers MAC001903-MAC001905.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Stephen C. Macevicz, taken in this action on November 28, 2007. Defendants have confirmed that they have no objection to this document being filed in the public record.

4. Attached hereto as Exhibit 3 is a true and correct copy of pages from Macevicz's laboratory notebook produced by Macevicz in this action with bates numbers MAC00078-MAC00083. Defendants had previously designated and marked this document "Confidential" but have since confirmed that they have no objection to this document being filed in the public record.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from U.S. Patent Application No. 08/424,663 dated April 17, 1995 and produced by Defendants Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") in this action with bates numbers ILL000205-ILL000207.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Kathy San Roman, taken in this action on November 8, 2007. Defendants have confirmed that they have no objection to this document being filed in the public record.

DECLARATION OF BRYAN WILSON ISO AB'S MOTION TO BIFURCATE
Case No. C07 02845 WHA
pa-1240750

1

7. Attached hereto as Exhibit 6 is a true and correct copy of a document entitled "Indemnity Agreement" dated May 1, 1995 and produced by Macevicz in this action with bates numbers MAC001324-MAC001330. Defendants had previously designated and marked this document "Confidential" but have since confirmed that they have no objection to this document being filed in the public record.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of Vincent Powers, taken in this action on February 22, 2008.

9. Attached hereto as Exhibit 8 is a true and correct copy of a document entitled "Assignment" dated August 31, 1995 and produced by third party Cooley Godward Kronish LLP ("Cooley") in this action with bates numbers COOLEY000009-COOLEY000010. Cooley had previously designated and marked this document "Highly Confidential – Attorneys' Eyes Only" on behalf of Defendants, but Defendants have since confirmed that they have no objection to this document being filed in the public record.

10. Michael Hunkapiller retired from AB in 2004.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 12, 2008 in Palo Alto, California.

/s/ Bryan Wilson
Bryan Wilson