77

4/13/93  Re: pg. 54-60 Sequencing by hybridization

Walker et al PNAS 89: 392-396 (1992) indicate that DNA polymerase lacking 5'→3' exonuclease activity will displace strand(s) encountered on template, leading to fragment generation as follows:



Thus for single target DNA, ~~relative~~ absolute positions of primers can be determined by electrophoresis. Reconstruction can proceed (ideally) by searching only that stringency group having the correct fragment length for a correctly overlapping primer.

Let $S_1 ... S_K$ be stringency groups 1-K containing primers $P_{i1}, P_{ij} ... P_{iK}$

$S_1 = \{P_{i1}, P_{i2} ... P_{ir}\}$

$S_2 = \{P_{k1}, P_{i2} ... P_{ir}\}$

⋮

$S_K = \{P_{K1}, P_{K2} ... P_{KT}\}$

← Each $S_j$ will have associated fragment lengths corresp. to the number of primers forming perfect matches, e.g. if 3 primers from $S_j$ form perfect matches on target DNA and are extended, then there will be 3 fragments, each having a length (1, 2, or 3).

target DNA → known sequence → etc.

4, 5, 6, 7, 8 ← find $S_j$ which has fragment length 8, find primer that overlaps.

9-mer reconstruct

CONFIDENTIAL    MAC00078

EXHIBIT 3

79

7/16/94  DNA Sequencing by Evolutionary Selection of Oligonucleotide probes



Set of oligo w/ 3'-NH₂ — random mixture 6- 12 mers
— all same length eg. 6-mers

↓

template

↓ o low stringency wash
  o re-apply sub set of binding oligos to template
  o moderate stringency + ligate

↓

o wash 1 to remove non-binders / unligated probes
o wash 2 to remove ligated probes
o un-ligate probes, eg. w/acid
o amplify @ ligation amplification scheme p 74-75

Re-apply amplified
sub-set to template;
ligate, etc.

Continue until composition of amplified subset stabilizes.

5'     3'-NH₂ — O-P-O — 5'     3'-NH₂

Read and understood
by:  21-JULY-1994
     Paul Grossman

CONFIDENTIAL                              MAC00080

EXHIBIT 3



**CONFIDENTIAL**     MAC00081

**EXHIBIT 3**



**CONFIDENTIAL**   MAC00082

**EXHIBIT 3**



7/19/94 DNA Seq by single base-extension plus ligation
[Provided one can ligate a labeled oligo]

template

extend w/ polymerase and 4 dNTPs [labeled 3'-amino-3'-deoxy NTPs]

ligate

Use 7/24/94 sim
But multiple ligations
possible because of free
3' hydroxyl on probe.
(Use 3' monophosphate, then
remove w/phosphatase)

Read and understood by:
Paul Grossman
21-July-1994

**CONFIDENTIAL**  MAC00083

**EXHIBIT 3**