| BAR CODE LABEL | U.S. PATENT APPLICATION |
|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/424,663 | 04/17/95 | 435 | 1804 |

APPLICANT

STEPHEN C. MACEVICZ, CUPERTINO, CA.

**CONTINUING DATA*********************
VERIFIED

**FOREIGN/PCT APPLICATIONS*************
VERIFIED

FOREIGN FILING LICENSE GRANTED 06/02/95      ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CA | 5 | 19 | 4 | $403.00 | PE01 |

ADDRESS

STEPHEN C MACEVICZ
21890 RUCKER DRIVE
CUPERTINO CA  95014

TITLE

DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                                   Certifying Officer

ILL000205

EXHIBIT 4



08/429,663

Case No. pe01

### DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

10

#### Abstract of the Invention

15    Method and compositions are provided for analyzing nucleic acid sequences based on repeated cycles of duplex extension along a single stranded template. Preferably, such extension starts from a duplex formed between an initializing oligonucleotide and the template. The initializing oligonucleotide is extended in an initial extension cycle by ligating an oligonucleotide probe to its end to form an extended duplex. The extended duplex is then repeatedly extended by
20    subsequent cycles of ligation. During each cycle, the identity of one or more nucleotides in the template is determined by a label on, or associated with, a successfully ligated oligonucleotide probe. Preferably, the oligonucleotide probe has a blocking moiety, e.g. a chain-terminating nucleotide, in a terminal position so that only a single extension of the extended duplex takes place in a single cycle.
25    The duplex is further extended in subsequent cycles by removing the blocking moiety and regenerating an extendable terminus. The invention provides a method of sequencing nucleic acids which obviates electrophoretic separation of similarly sized DNA fragments, and which eliminates the difficulties associated with the detection and analysis of spacially overlapping bands of DNA fragments in a gel or
30    like medium. The invention also obviates the need to generate DNA fragments from long single stranded templates with a DNA polymerase.

35

-32-

ILL000206

EXHIBIT 4



403- 201

08/424663

CERTIFICATION OF MAILING BY "EXPRESS MAIL"

Express Mail Label No. EF 942057535US
Date of Deposit: 17 April 1995

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Stephen C. Macevicz

Case No. peo1

### DNA SEQUENCING BY PARALLEL OLIGONUCLEOTIDE EXTENSIONS

#### Field of the Invention

The invention relates generally to methods for determining the nucleotide sequence of a polynucleotide, and more particularly, to a method of identifying nucleotides in a template by stepwise extension of one or more primers by successive ligations of oligonucleotide blocks.

#### BACKGROUND

Analysis of polynucleotides with currently available techniques provides a spectrum of information ranging from the confirmation that a test polynucleotide is the same or different than a standard or an isolated fragment to the express identification and ordering of each nucleoside of the test polynucleotide. Not only are such techniques crucial for understanding the function and control of genes and for applying many of the basic techniques of molecular biology, but they have also become increasingly important as tools in genomic analysis and a great many non-research applications, such as genetic identification, forensic analysis, genetic counselling, medical diagnostics, and the like. In these latter applications both techniques providing partial sequence information, such as fingerprinting and sequence comparisons, and techniques providing full sequence determination have been employed, e.g. Gibbs et al, Proc. Natl. Acad. Sci., 86: 1919-1923 (1989); Gyllensten et al, Proc. Natl. Acad. Sci, 85: 7652-7656 (1988); Carrano et al, Genomics, 4:129-136 (1989); Caetano-Anolles et al, Mol. Gen. Genet., 235: 157-165 (1992); Brenner and Livak, Proc. Natl. Acad. Sci., 86: 8902-8906 (1989);

-1-

ILL000207

EXHIBIT 4