Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

APPLERA CORPORATION--APPLIED
BIOSYSTEMS GROUP, A DELAWARE
CORPORATION,

    PLAINTIFF,

vs.                                No. 07-CV-02845

ILLUMINA, INC., A DELAWARE
CORPORATION; SOLEXA INC., A
DELAWARE CORPORATION; AND
STEPHEN C. MACEVICZ, AN
INDIVIDUAL,

    DEFENDANTS.
_____

VIDEOTAPED DEPOSITION OF

VINCENT M. POWERS, Ph.D.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, February 22, 2008

Reported By:
KATHLEEN WILKINS, CSR #10068, RPR, CRR

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 2

1                          INDEX
2                    INDEX OF EXAMINATIONS
3                                                         PAGE
4     EXAMINATION BY MR. LABBE ......................   7
5     EXAMINATION BY MR. DOYLE ......................  68
6                       INDEX OF EXHIBITS
7     Powers              Description               Page
8     Exhibit 49    Document entitled, "Declaration .  10
                    of Vincent M. Powers, Ph.D." -
9                   3 pages
10    Exhibit 50    United States Patent No. ........  34
                    5,366,860 - 8 pages
11
      Exhibit 51    United States Patent No. ........  48
12                  5,750,341 - 19 pages
13    Exhibit 52    Photocopied check, Bates ........  51
                    stamped ILL003083 through
14                  ILL003084 - 2 pages
15    Exhibit 53    Document entitled, "Part B ......  53
                    Issue Fee Transmit," Bates
16                  stamped ILL003085 - 1 page
17    Exhibit 54    United States Patent No. ........  54
                    5,969,119 - 17 pages
18
      Exhibit 55    Document entitled, "Transmittal .  56
19                  of Issue Fee and Advance
                    Order," Bates stamped ILL002635
20                  through ILL002637 - 3 pages
21    Exhibit 56    United States Patent No. ........  58
                    6,306,597 - 18 pages
22
      Exhibit 57    Document entitled, "Associate ...  75
23                  Power of Attorney," Bates
                    stamped ILL00278 - 1 page
24
25

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080           WWW.KRAMM.COM           (619) 239-0080

**EXHIBIT 7**

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

```
                                                         Page 3
1              EXHIBITS PREVIOUSLY MARKED
2           AND REFERRED TO IN THIS DEPOSITION
3    EXHIBIT                                              PAGE
4    Exhibit 35                                            43
5                       ---oOo---
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080

**EXHIBIT 7**                                    faf89e1a-6088-470e-82d0-c7c42291508f

Page 4

1        DEPOSITION OF VINCENT POWERS, Ph.D.
2            BE IT REMEMBERED that on Friday, February
3    22, 2008, commencing at the hour of 1:06 p.m.
4    thereof, at GCA Law Partners, before me, Kathleen A.
5    Wilkins, RPR, CRR, a Certified Shorthand Reporter,
6    in and for the State of California, personally
7    appeared VINCENT POWERS, Ph.D., a witness in the
8    above-entitled court and cause, who, being by me
9    first duly sworn, was thereupon examined as a
10   witness in said action.
11             APPEARANCES OF COUNSEL
12   For the Plaintiffs:
13        MORRISON & FOERSTER LLP
          By:  DAVID C. DOYLE, Attorney at Law
14        12531 High Bluff Drive, Suite 100
          San Diego, California  92130-2040
15        Telephone:  (858) 720-5139
          E mail:  Ddoyle@mofo.com
16
     For the Defendants:
17
          MARSHALL, GERSTEIN & BORUN LLP
18        By:  JOHN R. LABBE, Attorney at Law
               KEVIN M. FLOWERS, Ph.D., Attorney at
19             Law
          233 South Wacker Drive
20        6300 Sears Tower
          Chicago, Illinois  60606-6357
21        Telephone:  (312) 474-6300
          E-mail:  Jlabbe@marshallip.com
22
23
24
25

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

```
                                                          Page 5
 1          APPEARANCES OF COUNSEL (Continued)
 2   For the Witness:
 3         GCA LAW PARTNERS, LLP
           By:  KIMBERLY A. DONOVAN, Attorney at Law
 4         1891 Landings Drive
           Mountain View, California  94043
 5         Telephone:  (650) 428-3900
           E-mail:  Kdonovan@gcalaw.com
 6
     ALSO PRESENT:  David Hallyburton, Videographer
 7
                         --oOo--
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080

EXHIBIT 7

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 6

| | | |
|---|---|---|
| 1 | FEBRUARY 22, 2008                              1:06 P.M. | |
| 2 |        P R O C E E D I N G S | |
| 3 |          ---o0o--- | 08:39:03 |
| 4 |     THE VIDEOGRAPHER:  We are on the video | 12:31:44 |
| 5 | record at 1:06 p.m.  My name is Joseph Mourgos with | 01:06:14 |
| 6 | Kramm & Associates, 2224 Third Avenue, San Diego, | 01:06:18 |
| 7 | California.  This is a matter pending before the | 01:06:23 |
| 8 | United States District Court, Northern District of | 01:06:25 |
| 9 | California, San Francisco Division, in the case | 01:06:28 |
| 10 | captioned, "Applera Corporation, Applied Biosystems | 01:06:33 |
| 11 | Group versus Illumina Incorporated, et al., Case | 01:06:37 |
| 12 | Number 07-CV-02845 (WHA)." | 01:06:44 |
| 13 |     This is the beginning of Videotape No. 1 | 01:06:51 |
| 14 | of Volume 1 in the deposition of Vincent M. Powers | 01:06:52 |
| 15 | on February 22nd, 2008.  We are located at 1891 | 01:06:58 |
| 16 | Landings Drive, Mountain View, California, and this | 01:07:06 |
| 17 | deposition is being taken on behalf of the | 01:07:12 |
| 18 | defendants. | 01:07:14 |
| 19 |     Would counsel please identify themselves | 01:07:14 |
| 20 | for the record. | 01:07:16 |
| 21 |     MR. LABBE:  John Labbe from Marshall, | 01:07:18 |
| 22 | Gerstein & Brown on behalf of the defendants. | 01:07:20 |
| 23 |     MR. FLOWERS:  Kevin Flowers, also from | 01:07:25 |
| 24 | Marshall, Gerstein & Borun, also on behalf of the | 01:07:27 |
| 25 | defendants. | 01:07:29 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080              WWW.KRAMM.COM              (619) 239-0080

EXHIBIT 7

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 7

| | | |
|---|---|---|
| 1 | MR. DOYLE:  David Doyle of | 01:07:30 |
| 2 | Morrison & Foerster on behalf of Applied Biosystems. | 01:07:33 |
| 3 | MS. DONOVAN:  Kimberly Donovan of GCA Law | 01:07:38 |
| 4 | Partners on behalf of the witness, Mr. Powers. | 01:07:39 |
| 5 | THE VIDEOGRAPHER:  The court reporter | 01:07:43 |
| 6 | today is Kathleen Wilkins of Kramm & Associates. | 01:07:43 |
| 7 | Would the reporter please administer the | 01:07:46 |
| 8 | oath. | 01:07:48 |
| 9 | VINCENT M. POWERS, | 01:07:48 |
| 10 | having been duly sworn, | 01:07:48 |
| 11 | was examined and testified as follows: | 01:07:48 |
| 12 | --oOo-- | 01:07:48 |
| 13 | EXAMINATION BY MR. LABBE | 01:07:57 |
| 14 | THE VIDEOGRAPHER:  Please begin. | 01:07:58 |
| 15 | MR. LABBE:  Q.  We've just introduced | 01:08:03 |
| 16 | ourselves, Dr. Powers.  I'm John Labbe.  I'm going | 01:08:05 |
| 17 | to be taking your deposition today. | 01:08:08 |
| 18 | Have you ever been deposed before? | 01:08:10 |
| 19 | A.  Yes. | 01:08:12 |
| 20 | Q.  So you generally understand the process. | 01:08:13 |
| 21 | I'm just going to explain how the process will work | 01:08:15 |
| 22 | and let you know about a couple of things. | 01:08:17 |
| 23 | Obviously, I'm going to ask you a series of | 01:08:21 |
| 24 | questions today.  I'm going to ask you to answer | 01:08:22 |
| 25 | those questions.  If you don't hear one of my | 01:08:24 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080

EXHIBIT 7

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

|  |  | Page 80 |
|---|---|---|
| 1 | A. That I believed or if I knew ... | 03:26:46 |
| 2 | Q. Mh-hmm. | 03:26:51 |
| 3 | A. I had a general belief that he understood | 03:26:52 |
| 4 | the rules of disclosure. Yeah, that was my belief | 03:26:57 |
| 5 | at the time, that he understood that. | 03:27:04 |
| 6 | Q. Would those rules of disclosure include | 03:27:06 |
| 7 | the duty of candor that a patent application has | 03:27:08 |
| 8 | with the Patent and Trademark Office? | 03:27:11 |
| 9 | MR. LABBE: Mr. Doyle, we object to this | 03:27:13 |
| 10 | line of question because it goes beyond the scope of | 03:27:15 |
| 11 | the questions we asked Dr. Powers today, and we did | 03:27:17 |
| 12 | not receive a notice of Dr. Powers' deposition from | 03:27:20 |
| 13 | Applied Biosystems. I'm not sure exactly where this | 03:27:23 |
| 14 | line of questioning is headed, but it doesn't occur | 03:27:25 |
| 15 | to me that it relates to anything that I asked | 03:27:29 |
| 16 | Dr. Powers about. | 03:27:31 |
| 17 | THE WITNESS: And I'd like to comment on | 03:27:32 |
| 18 | that. | 03:27:34 |
| 19 | MS. DONOVAN: Why don't we -- this is | 03:27:34 |
| 20 | actually -- | 03:27:36 |
| 21 | MR. DOYLE: Q. He can answer the question | 03:27:39 |
| 22 | to the extent you have a -- | 03:27:39 |
| 23 | A. Or if -- perhaps we could go off line for | 03:27:41 |
| 24 | a second and I could just ask my attorney if ... | 03:27:44 |
| 25 | MR. DOYLE: Sure. | 03:27:48 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080        WWW.KRAMM.COM        (619) 239-0080

EXHIBIT 7

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

|  |  | Page 81 |
|---|---|---|
| 1 | THE VIDEOGRAPHER: Going off the record. | 03:27:49 |
| 2 | The time is 3:27 p.m. | 03:27:50 |
| 3 | (Whereupon, a recess was taken.) | 03:27:50 |
| 4 | THE VIDEOGRAPHER: We are back on the | 03:48:03 |
| 5 | record. The time is 3:48 p.m. | 03:48:04 |
| 6 | (Record read by the reporter as follows: | 03:48:05 |
| 7 | QUESTION: Would those rules of | 03:48:13 |
| 8 | disclosure include the duty of candor that | 03:48:13 |
| 9 | a patent application has with the Patent | 03:48:13 |
| 10 | and Trademark Office?) | 03:48:13 |
| 11 | MR. LABBE: I'd like to reiterate the | 03:48:17 |
| 12 | objection of the defendants to this question. The | 03:48:18 |
| 13 | question falls beyond the scope of the questions | 03:48:20 |
| 14 | that the defendants asked of the witness today. | 03:48:24 |
| 15 | Applied Biosystems, the plaintiff, has not | 03:48:27 |
| 16 | served the defendants with a deposition notice of | 03:48:29 |
| 17 | Dr. Powers. Therefore, we were unaware that they | 03:48:33 |
| 18 | intended to ask questions of Dr. Powers beyond the | 03:48:36 |
| 19 | questions -- beyond the scope of the questions that | 03:48:39 |
| 20 | we asked Dr. Powers of today. | 03:48:41 |
| 21 | Moreover, it's our understanding that the | 03:48:44 |
| 22 | deposition of Dr. Powers is being taken today | 03:48:46 |
| 23 | pursuant to an expedited discovery period that's | 03:48:52 |
| 24 | intended to address issues pending on cross motions | 03:48:55 |
| 25 | for summary judgment before the court at this time, | 03:49:02 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080           WWW.KRAMM.COM           (619) 239-0080

EXHIBIT 7

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 82

| | | |
|---|---|---|
| 1 | and that therefore the depositions are for the | 03:49:05 |
| 2 | purpose of probing the ownership issues in this | 03:49:07 |
| 3 | litigation. | 03:49:11 |
| 4 | And therefore, in light of having not | 03:49:12 |
| 5 | received a deposition notice from AB, and, moreover, | 03:49:14 |
| 6 | in light of the current purpose for these | 03:49:18 |
| 7 | depositions, we believe it's improper for AB to | 03:49:21 |
| 8 | probe topics beyond those about which we asked | 03:49:24 |
| 9 | Dr. Powers today. | 03:49:28 |
| 10 | MR. DOYLE: That's not Applied Biosystems' | 03:49:32 |
| 11 | understanding. I don't think there's any need to | 03:49:33 |
| 12 | clutter the record with statements by counsel. | 03:49:36 |
| 13 | MS. DONOVAN: I would actually like to put | 03:49:39 |
| 14 | one statement on, however. | 03:49:41 |
| 15 | MR. DOYLE: Okay. | 03:49:43 |
| 16 | MS. DONOVAN: That is on behalf of Vincent | 03:49:44 |
| 17 | Powers, our point of view is that Mr. Powers is | 03:49:45 |
| 18 | entitled to be deposed one time in this case, and if | 03:49:50 |
| 19 | either party wishes to ask questions in this matter | 03:49:52 |
| 20 | in a deposition, today is the opportunity to do so. | 03:49:55 |
| 21 | And so we would -- I am not aware of the | 03:49:58 |
| 22 | orders in this case, and I apologize to counsel for | 03:50:02 |
| 23 | that. But based on my present understanding, I | 03:50:04 |
| 24 | would ask that any questions either counsel have, | 03:50:09 |
| 25 | for the witness to take care of that today so that | 03:50:11 |