# ASSIGNMENT

For good and valuable consideration paid to me (for single inventor) us (for joint inventors), receipt of which is hereby acknowledged, I (we each):

### Stephen C. Macevicz

do hereby sell, assign, and set over unto

## Lynx Therapeutics, Inc.

a Delaware corporation having its principal place of business at Hayward, California (hereinafter "Assignee"), its successors, legal representatives and assigns, my (each of our) entire right, title, and interest (1) in and to any and all of my (our) inventions and discoveries described and/or claimed in my (our) United States patent applications:

| Title | Serial Number | Filing Date |
|---|---|---|
| DNA Sequencing by Random Primer Extension | 08/091,603 | 13 July 1993 |
| DNA Sequencing by Random Primer Extension | 08/436,084 | 8 May 1995 |
| DNA Sequence Analysis by Stringency Class Primers | 08/436,528 | 8 May 1995 |
| DNA Sequencing by Parallel Oligonucleotide Extensions | 08/424,663 | 17 April 1995 |

(2) in and to the right to file patent applications in the name of Assignee, its designee, in my name (any or all of our names), or in any other name or names, on the aforesaid inventions and discoveries in any or all countries of the world, together with all rights of priority in the aforesaid countries deriving from the above-identified United States patent application under the International Convention for the Protection of Industrial Property, under the Inter-American Convention relating to Inventions, Patents, Designs and Industrial Models, and under any other international arrangement to which the United States now is or hereafter becomes a signatory; (3) in and to any and all applications for Letters Patent, and any and all Letters Patent that issue on any of the aforesaid applications, and (4) in and to any and all divisions, continuations, and continuations-in-part of any and all of said applications, and any and all reissues, renewals and extensions of any of said Letters Patent, such that the same right, title and interest to be held and enjoyed by Assignee, its successors, assigns or other legal representatives, to the full ends of the terms for which all Letters Patent therefor may be granted, shall be as full and complete as that that would have been held and enjoyed by me (us) if this assignment and sale had not been made.

I (we) further hereby convenant and agree, for the same consideration, whenever counsel of Assignee, or the counsel of its successors, legal representatives and assigns, shall advise that any proceeding in connection with said inventions, or said application for Letters Patent, or any proceeding in connection with said invention, or said application for Letters Patent, including interference proceedings, is lawful and desirable, or that any division, continuation, or continuation-in-part of any application for Letters Patent, or any reissue or extension of any Letters Patent, to be obtained thereon, is lawful and desirable, to sign all papers

Page 1

COOLEY 000009

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT 8

and documents, take all lawful oaths, and do all acts necessary or required to be done for the procurement, maintenance, enforcement and defense of Letters Patent for said invention, without charge to said Assignee, its successors, legal representatives and assigns, but at the cost and expense of said Assignee, its successors, legal representatives and assigns.

**Understood and Agreed:**

_____   31 August 1995
Stephen C. Macevicz           Date

## ACKNOWLEDGEMENTS

State of California )
                    ) ss.
County of Alameda  )

[Notary Seal: PAMELA J. BOLLINGER, COMM. #1038835, Notary Public — California, ALAMEDA COUNTY, My Comm. Expires SEP 16, 1998]

On _August 31, 1995_ before me, _Stephen C. A Pamela J. Bollinger_
personally appeared _Stephen C. Macevicz_

☒ personally known to me, ☐ proved to me on the basis of satisfactory evidence, to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_Pamela J. Bollinger_
Notary Public

Page 2

COOLEY 000010

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

**EXHIBIT 8**