IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>    Defendants. | No. C 07-02845 WHA<br><br>**REQUEST FOR INPUT RE ORAL ARGUMENT** |

    Both sides are requested to be prepared at oral argument to answer without equivocation whether the cross motions may be decided on summary judgment, specifically whether there are any genuine issues of material fact concerning the *other* sides summary judgment motion.

    **IT IS SO ORDERED.**

Dated: March 13, 2008.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE