1   BRYAN WILSON (CA SBN 138842)
    ERIC C. PAI (CA SBN 247604)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    E-Mail: BWilson@mofo.com; EPai@mofo.com
5
    DAVID C. DOYLE (CA SBN 70690)
6   STEVEN E. COMER (CA SBN 154384)
    BRIAN M. KRAMER (CA SBN 212107)
7   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
8   San Diego, California  92130-2040
    Telephone: 858.720.5100
9   Facsimile: 858.720.5125
    E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10  BMKramer@mofo.com

11  Attorneys for Plaintiff
    APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16

17  APPLERA CORPORATION – APPLIED            Case No.    C07 02845 WHA
    BIOSYSTEMS GROUP, a Delaware corporation,
18                                           **NOTICE OF CONTINUED
                 Plaintiff,                  HEARING DATE ON APPLERA
19                                           CORPORATION – APPLIED
          v.                                 BIOSYSTEMS GROUP'S
20                                           MOTION TO BIFURCATE**
    ILLUMINA, INC., a Delaware corporation,
21  SOLEXA, INC., a Delaware corporation, and   Date:  April 24, 2008
    STEPHEN C. MACEVICZ, an individual,         Time:  8:00 a.m.
22                                               Place: Courtroom 9, 19th Floor
                 Defendants.                     Honorable William H. Alsup
23

24

25

26

27

28

    NOTICE OF CONTINUED HEARING DATE ON AB'S MOTION TO BIFURCATE
    Case No. C07 02845 WHA
    pa-1241658

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE THAT the hearing on Applera Corporation – Applied

3    Biosystems Group's Motion to Bifurcate, previously noticed for April 17, 2008, has been

4    continued by the Court's own motion to April 24, 2008, in the Courtroom of the Honorable

5    William H. Alsup, located at 450 Golden Gate Avenue, San Francisco, California, in the hour of

6    8:00 a.m.

7

8        Dated: March 14, 2008            MORRISON & FOERSTER LLP

9

10                                    By:    /s/ Eric C. Pai
                                            Eric C. Pai
11
                                        Attorneys for Plaintiff
12                                      APPLERA CORPORATION –
                                        APPLIED BIOSYSTEMS GROUP
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONTINUED HEARING DATE ON AB'S MOTION TO BIFURCATE
Case No. C07 02845 WHA                                                                          1
pa-1241658