IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-02845 WHA<br><br>**REQUEST FOR INPUT RE PRO HAC VICE APPLICATION** |

With respect to attorney George Best's application for pro hac vice admission, the rule used to be that anyone with a business address in California had to be an admitted member of the bar for the state of California. Perhaps the rule has changed. Please advise why attorney Best is not a member of the bar for the state of California.

**IT IS SO ORDERED.**

Dated: March 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE