**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 20, 2008

Case No.  C07-2845 WHA

Title: APPLERA  v. ILLUMINA

Plaintiff Attorneys:    David Doyle, Bryan Wilson

Defense Attorneys: Kevin Flowers

Deputy Clerk: Frank Justiliano

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)    Dfts Macevicz, Illumina and Solexa's Motion for Summary Judgment

2)    Plt's Cross Motion for Summary Judgment

**ORDERED AFTER HEARING:**   Matter under submission.  Defendant's three page response due by 9:00 a.m. Friday, March 21, 2008.