**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: March 19, 2008          Time: 9:00 a.m. -  2:00 p.m.

Case No:  **C-** 07-02845 **WHA (EDL)**

Case Name:  APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP **v.** ILLUMINA, INC., ET AL

    Deputy Clerk: Frank Justiliano    Court Reporter: None

    Attorneys:  Pltf:  Kurtis MacFerrin    Deft: Christian Cabou
                    Shahed Yousaf           Christian Henry
                    Jeffery Frazier           Kevin Flowers
                    Bryan Wilson

**PROCEEDINGS**

[X]  SETTLEMENT CONFERENCE

    []  Case settled

    [X]  Did not settle

    []  Partial settlement

[]  DISCOVERY CONFERENCE

[]  STATUS CONFERENCE RE:

[]  TELEPHONIC CONFERENCE RE:

[X]  OTHER:  Plaintiff plans to file a motion for summary judgment on infringement; and is to notify this Court of the expected hearing date as soon as possible so this Court can schedule.  A further settlement conference to take place prior to the hearing, and after the motion for summary judgment is briefed.