BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>District Judge William H. Alsup<br><br>**APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE OF COURT TO FILE THREE-PAGE MEMORANDUM OF LAW REGARDING DEFENDANTS' NEWLY-CITED CASES** |

AB'S MAR SEEKING LEAVE TO FILE MEMORANDUM RE DEFS' NEWLY-CITED CASES
Case No. C07 02845 WHA
sd-417176

Pursuant to Civil Local Rule 7-11, Plaintiff Applera Corporation – Applied Biosystems Group ("AB") respectfully seeks leave of court to file the attached three-page memorandum regarding two cases cited by Defendants for the first time at yesterday's summary judgment hearing: *People v. Forest E. Olson, Inc*, 186 Cal. Rptr. 804 (Ct. App. 1982) and *Sanders v. Magill*, 9 Cal. 2d 145 (1937). Neither case was cited in Defendants' two summary judgment briefs.

Defendants contend that these cases support their new theory that the independent and innocuous knowledge of separate employees should be combined and imputed to their employer to trigger the statute of limitations. While even a cursory review of both cases would reveal their inapplicability to the facts of the present case, AB respectfully requests that the Court accept the attached memorandum so that AB has a chance to fully explain why the cases are inapposite.

Dated: March 21, 2008          MORRISON & FOERSTER LLP


By:  /s/ David C. Doyle
     David C. Doyle

     Attorneys for Plaintiff
     APPLERA CORPORATION -
     APPLIED BIOSYSTEMS GROUP

AB'S MAR SEEKING LEAVE TO FILE MEMORANDUM RE DEFS' NEWLY-CITED CASES
Case No. C07 02845 WHA
sd-417176

1