1 BRYAN WILSON (CA SBN 138842)
  ERIC C. PAI (CA SBN 247604)
2 MORRISON & FOERSTER LLP
  755 Page Mill Road
3 Palo Alto, California 94304-1018
  Telephone: 650.813.5600
4 Facsimile: 650.494.0792
  E-Mail: BWilson@mofo.com; EPai@mofo.com
5
  DAVID C. DOYLE (CA SBN 70690)
6 STEVEN E. COMER (CA SBN 154384)
  BRIAN M. KRAMER (CA SBN 212107)
7 MORRISON & FOERSTER LLP
  12531 High Bluff Drive, Suite 100
8 San Diego, California  92130-2040
  Telephone: 858.720.5100
9 Facsimile: 858.720.5125
  E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
  APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

12

13     UNITED STATES DISTRICT COURT

14     NORTHERN DISTRICT OF CALIFORNIA

15      SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17 APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No. C07 02845 WHA |
| 18 | District Judge William H. Alsup |
| 19     Plaintiff, | **[PROPOSED] ORDER GRANTING APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE OF COURT TO FILE THREE-PAGE MEMORANDUM OF LAW REGARDING DEFENDANTS' NEWLY-CITED CASES** |
| 20   v. | |
| 21 ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| 22 | |
| 23    Defendants. | |

24

25

26

27

28

1        This matter comes before the Court on Plaintiff Applera Corporation – Applied

2    Biosystems Group's ("AB") motion for administrative relief seeking leave of court to file its

3    memorandum regarding Defendants' newly-cited cases.  Having considered the arguments and

4    evidence submitted and for good cause appearing:

5        IT IS HEREBY ORDERED THAT AB's administrative motion is GRANTED, and AB's

6    memorandum of law shall be accepted into the record in the above-captioned action.

7        IT IS SO ORDERED.

8

9

10       Dated: _____        _____

11                      WILLIAM H. ALSUP
                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28