BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.    C07 02845 WHA<br><br>District Judge William H. Alsup<br><br>**DECLARATION OF DAVID C. DOYLE IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE OF COURT TO FILE THREE-PAGE MEMORANDUM OF LAW REGARDING DEFENDANTS' NEWLY-CITED CASES** |

1    I, David C. Doyle, declare as follows:

2        1.    I am a member of the bar of the State of California and am a partner with the law

3    firm of Morrison & Foerster LLP, which represents Plaintiff Applera Corporation – Applied

4    Biosystems Group ("AB") in this matter.  I am an attorney duly licensed to practice law in the

5    courts of the State of California and am a member of the Bar of this Court.  I have personal

6    knowledge of the facts stated herein and, if called as a witness, I could and would testify

7    competently as to them.

8        2.    My colleague, Brian Kramer, e-mailed Defendants' counsel, Kevin Flowers and

9    John R. Labbé.  We informed Mr. Labbé and Mr. Flowers that AB would file a motion seeking

10   leave of court to file a memorandum regarding the two cases cited by Defendants for the first time

11   at yesterday's summary judgment hearing.

12       3.    AB requested that Defendants stipulate to this motion, but Defendants refused.

13   Accordingly, a stipulation could not be reached.

14

15       I declare under penalty of perjury under the laws of the United States that the foregoing is

16   true and correct, and that this declaration was executed on March 21, 2008 in San Diego,

17   California.

18

19                            /s/ David C. Doyle
                             _____
20                              David C. Doyle

21

22

23

24

25

26

27

28

DOYLE DECL. ISO AB'S MAR SEEKING LEAVE OF COURT TO FILE MEMO OF LAW
CASE NO. 07-CV-02845 WHA
sd-417177