UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-02845 WHA<br><br>**DECLARATION REGARDING APPLICATION FOR ADMISSION OF GEORGE C. BEST *PRO HAC VICE***<br><br>Honorable William H. Alsup |

In response to the Court's March 17, 2008 order, George C. Best states as follows:

1. My name is George C. Best. If called as a witness I could and would testify as follows.

2. I am a partner at Foley & Lardner LLP.

3. I am an active member in good standing of the bar of the Supreme Court of Illinois, the District of Columbia Court of Appeals, and the U.S. Court of Appeals for the Federal Circuit.

4. My application for admission *pro hac vice* was imprecise in that it stated that my business address was Palo Alto, CA. I listed my business address as being in Palo Alto for the reasons set forth in paragraph 6 below.

5. I am considering making a permanent move from Washington, D.C. to California. I maintain an office at 3000 K St., N.W., Suite 500, Washington, DC 20007, which is my current business address. My telephone number in Washington is (202) 945-6078. My current legal address and residence is 301 N. Alfred St., Alexandria, VA 22314.

6. I am currently in California on a temporary basis, but return to Washington, D.C. regularly. When I am in California, I conduct business at 975 Page Mill Road, Palo Alto, California 94304-1013, and the telephone number is (650) 856-3700. I listed this address as my business address on my application for admission *pro hac vice* because it is the address where I can be reached when I am in California.

7. I have applied for admission to the California Bar. In particular, I passed the July 2007 administration of the California Bar Exam. I have transferred my existing MPRE score to California. I have applied for a determination of moral fitness and have been informed that my application is complete. I am waiting for the California State Bar to finish processing the application. I am not aware of any reason why my application would be rejected.

8. If my application is approved, I anticipate becoming a member of the California Bar at the earliest opportunity.

9. I applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants and Counterclaim Plaintiff Solexa, Inc.

I declare under penalty of perjury that the forgoing is true and correct.

DATED: March 24, 2008

George C. Best