IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>    Defendants.<br>_____ / | No. C 07-02845 WHA<br><br>**ORDER RE PENDING MOTION TO BIFURCATE** |

    With respect to plaintiff's pending motion to bifurcate, the defendants shall please file their opposition by **MARCH 28, 2008, AT NOON**. Any reply should be filed by **APRIL 1, 2008, AT NOON**. In the opposition and reply please address the feasibility of a trial starting May 12 on all plaintiff's ownership claims and defendants' affirmative defenses, including the statute of limitations defense. There would be no further summary judgment practice on these issues. The final pretrial conference would be one week before. This is not an indication on how the Court is going to rule on the pending motions for summary judgment.

Dated: March 25, 2008.

                                                                   WILLIAM ALSUP<br>                                                                    UNITED STATES DISTRICT JUDGE