E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-02845 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF GEORGE C. BEST *PRO HAC VICE*<br><br>Honorable William H. Alsup |

George C. Best, an active member in good standing of the bar of the Supreme Court of Illinois, the District of Columbia Court of Appeals, and the U.S. Court of Appeals for the Federal Circuit, whose business address is Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, California 94304-1013 telephone number is 650-856-3700, applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants and Counterclaim Plaintiff Solexa, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon any communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 3/17, 2008

_____
Honorable William H. Alsup
United States District Judge