1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   APPLERA CORPORATION-APPLIED
     BIOSYSTEMS GROUP, a Delaware
11   corporation,                                    No. C 07-02845 WHA

12              Plaintiff,

13       v.                                          **ORDER RE PENDING MOTION TO
                                                     BIFURCATE**
14   ILLUMINA, INC., a Delaware corporation,
     SOLEXA INC., a Delaware corporation,
15   and STEPHEN C. MACEVICZ, an
     individual
16
                Defendants.
17   _____/

18
            With respect to plaintiff's pending motion to bifurcate, the defendants shall please file
19
     their opposition by **MARCH 28, 2008, AT NOON**.  Any reply should be filed by **APRIL 1, 2008,**
20
     **AT NOON**.  In the opposition and reply please address the feasibility of a trial starting May 12
21
     on all plaintiff's ownership claims and defendants' affirmative defenses, including the statute
22
     of limitations defense.  There would be no further summary judgment practice on these issues.
23
     The final pretrial conference would be one week before.  This is not an indication on how the
24
     Court is going to rule on the pending motions for summary judgment.
25

26
     Dated:  March 25, 2008.
27                                                   _____
                                                     WILLIAM ALSUP
28                                                   UNITED STATES DISTRICT JUDGE

