1   KEVIN M. FLOWERS (admitted *pro hac vice*)
    THOMAS I. ROSS (admitted *pro hac vice*)
2   JEFFREY H. DEAN (admitted *pro hac vice*)
    JOHN R. LABBE (admitted *pro hac vice*)
3   CULLEN N. PENDLETON (admitted *pro hac vice*)
    MARSHALL, GERSTEIN & BORUN LLP
4   6300 Sears Tower
    233 South Wacker Drive
5   Chicago, Illinois 60606-6357
    (312) 474-6300 (telephone)
6   (312) 474-0448 (facsimile)
    E-Mail: kflowers@marshallip.com
7   E-Mail: tross@marshallip.com
    E-Mail: jdean@marshallip.com
8   E-Mail: jlabbe@marshallip.com
    E-Mail: cpendleton@marshallip.com
9
    Counsel for Defendants
10  ILLUMINA, INC., SOLEXA, INC.,
    and STEPHEN C. MACEVICZ
11

12

13                  **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

16

17  APPLERA CORPORATION—APPLIED          )   Case No. 07-CV-02845 WHA
    BIOSYSTEMS GROUP, a Delaware         )
18  corporation,                         )   District Judge William H. Alsup
                                         )
19          Plaintiff/counterdefendant,  )   **DECLARATION OF JOHN R. LABBE**
                                         )   **IN SUPPORT OF DEFENDANTS'**
20      - vs. -                          )   **OPPOSITION TO PLAINTIFF'S**
                                         )   **MOTION TO BIFURCATE**
21  ILLUMINA, INC., a Delaware corporation, )
    SOLEXA, INC., a Delaware corporation,  )
22  and STEPHEN C. MACEVICZ, an          )   Date: April 24, 2008
    individual,                          )   Time: 8:00 a.m.
23                                       )   Place: Courtroom 9, 19th Floor
            Defendants/counterclaimants. )
24  _____  )

25

26

27

28

    **DECLARATION OF JOHN R. LABBE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO**
    **BIFURCATE; CASE NO: 07-CV-02845 WHA**

1    I, John R. Labbé, declare:

2    1.    I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record

3    for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted *pro*

4    *hac vice* to practice before this Court in this case.

5    2.    I make this declaration in support of Defendants' opposition to Plaintiff's

6    motion to bifurcate.

7    3.    The statements in this declaration are true and correct.  If called as a wit-

8    ness, I could and would testify thereto under oath.

9    4.    Exhibit A hereto is a true and correct copy of an "Assignment," dated Au-

10    gust 31, 1995, signed by Stephen C. Macevicz, and later recorded with the U.S. Patent and

11    Trademark Office, and bearing the production numbers ILL002290-91.

12    5.    Exhibit B hereto is a true and correct copy of Applera Corporation - Applied

13    Biosystems Group's Responses to Solexa, Inc.'s First Set of Interrogatories dated Febru-

14    ary 28, 2008.

15    6.    Exhibit C hereto is a true and correct copy of Illumina, Inc. and Solexa,

16    Inc.'s First Set of Requests for the Production of Documents to Applera Corporation –

17    Applied Biosystems Group [Nos. 1-41], dated November 9, 2007.

18    7.    Exhibit D hereto is a true and correct copy of a letter dated January 31, 2008

19    from Mark Izraelewicz to Messrs. Wilson, Tabesh, Pai, Doyle, and Comer.

20    8.    Exhibit E hereto is a true and correct copy of an electronic mail message

21    that was sent by Mr. Cullen N. Pendleton (cpendleton@marshallip.com) to Mr. Eric C.

22    Pai (epai@mofo.com), sent on March 5, 2008 at 8:42 pm (CST).

23    9.    Exhibit F hereto is a true and correct copy of a letter dated March 5, 2008

24    from Mr. Cullen Pendleton to Mr. Eric C. Pai.

25    10.    Exhibit G hereto is a true and correct copy of select pages from the tran-

26    script of the deposition of Scott Bortner, dated February 22, 2008.

27    11.    Exhibit H hereto is a true and correct copy of Applera Corporation - Applied

28    Biosystems Group's Preliminary Invalidity Contentions, dated November 19, 2007.

**DECLARATION OF JOHN R. LABBE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO BIFURCATE; CASE NO: 07-CV-02845 WHA**

-1-

1          I declare under penalty of perjury that the foregoing is true and correct.

2    DATED:  March 28, 2008                    s/ John R. Labbé
                                               John R. Labbé
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JOHN R. LABBE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO BIFURCATE; CASE NO: 07-CV-02845 WHA**

-2-