# Exhibit G

Case 3:07-cv-02845-WHA    Document 172-23    Filed 03/28/2008    Page 2 of 5

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

APPLERA CORPORATION--APPLIED
BIOSYSTEMS GROUP, A DELAWARE
CORPORATION,

    PLAINTIFF,

  vs.                        No.  07-CV-02845

ILLUMINA, INC., A DELAWARE
CORPORATION; SOLEXA INC., A
DELAWARE CORPORATION; AND
STEPHEN C. MACEVICZ, AN
INDIVIDUAL,

    DEFENDANTS.
_____

VIDEOTAPED DEPOSITION OF

SCOTT BORTNER, Ph.D.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, February 22, 2008

Reported By:
KATHLEEN WILKINS, CSR #10068, RPR, CRR

Case 3:07-cv-02845-WHA    Document 152-3    Filed 03/28/2008    Page 3 of 5

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 2

```
 1                          INDEX
 2                   INDEX OF EXAMINATIONS
 3                                                    PAGE
 4   EXAMINATION BY MR. LABBE .....................    5
 5                   INDEX OF EXHIBITS
 6   Bortner              Description                  Page
 7   Exhibit 47   Document entitled, "Declaration .    10
                 of Scott Bortner" - 4 pages
 8
     Exhibit 48   Document entitled, "Results .....    21
 9               2-1-2006.xls," Bates stamped
                 AB00002863 through AB00002870 -
10               8 pages
11       QUESTION WITNESS INSTRUCTED NOT TO ANSWER
12                   PAGE    LINE
13                    65     14
14                    68      8
15                    69     16
16                    71     11
17                    72     18
18                   ---o0o---
19
20
21
22
23
24
25
```

Case 3:07-cv-02845-WHA   Document 172-3   Filed 03/28/2008   Page 4 of 5

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 3

```
 1              DEPOSITION OF SCOTT BORTNER, Ph.D.
 2              BE IT REMEMBERED that on Friday, February
 3   22, 2008, commencing at the hour of 9:11 a.m.
 4   thereof, at MORRISON & FOERSTER, before me, Kathleen
 5   A. Wilkins, RPR, CRR, a Certified Shorthand
 6   Reporter, in and for the State of California,
 7   personally appeared SCOTT BORTNER, Ph.D., a witness
 8   in the above-entitled court and cause, who, being by
 9   me first duly sworn, was thereupon examined as a
10   witness in said action.
11                   APPEARANCES OF COUNSEL
12   For the Plaintiffs:
13           MORRISON & FOERSTER LLP
             By:  BRYAN J. WILSON, Attorney at Law
14           755 Page Mill Road
             Palo Alto, California  94304-1018
15           Telephone:  (650) 813-5603
             E-mail:  Bwilson@mofo.com
16
     For the Defendants:
17
             MARSHALL, GERSTEIN & BORUN LLP
18           By:  JOHN R. LABBE, Attorney at Law
                  KEVIN M. FLOWERS, Ph.D., Attorney at
19                Law
             233 South Wacker Drive
20           6300 Sears Tower
             Chicago, Illinois  60606-6357
21           Telephone:  (312) 474-6300
             E-mail:  Jlabbe@marshallip.com
22
     ALSO PRESENT:  David Hallyburton, Videographer
23
                          --oOo--
24
25
```

Case 3:07-cv-02845-WHA    Document 157-23    Filed 03/28/2008    Page 5 of 5

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 32

|  |  |  |
|---|---|---|
| 1 | A. Yes. | 09:46:27 |
| 2 | Q. And would some of those non-routine patent | 09:46:28 |
| 3 | searches reveal patents belonging to other | 09:46:31 |
| 4 | companies? | 09:46:37 |
| 5 | A. Yes. | 09:46:38 |
| 6 | Q. And you were talking about circumstances | 09:46:38 |
| 7 | in which you would review patents that belong to | 09:46:40 |
| 8 | other companies. | 09:46:43 |
| 9 | What were some of those circumstances? | 09:46:45 |
| 10 | A. When I knew the company was a specific | 09:46:48 |
| 11 | threat to us. | 09:46:51 |
| 12 | Q. Okay. Are there other circumstances when | 09:46:52 |
| 13 | you would review patents from other companies? | 09:46:54 |
| 14 | A. When we were interested in licensing | 09:46:57 |
| 15 | patents, I would review those patents and related | 09:47:01 |
| 16 | patents. | 09:47:05 |
| 17 | Q. Are there other circumstances that you | 09:47:07 |
| 18 | would review other company's patents? | 09:47:09 |
| 19 | A. Freedom to operate for new product, we | 09:47:15 |
| 20 | would conduct -- you know, we would see what the new | 09:47:17 |
| 21 | product was and what patents were in that space. | 09:47:19 |
| 22 | Q. And when you said that you would look at | 09:47:22 |
| 23 | patents other companies owned that were a threat to | 09:47:27 |
| 24 | you, what do you mean by a threat to you? | 09:47:30 |
| 25 | A. If we wanted to move into a new area of | 09:47:34 |