IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>        Defendants.<br>_____/ | No. C 07-02845 WHA<br><br>**ORDER RE DISCOVERY DISPUTES** |

      The hearing on the pending motion to bifurcate will be held on **APRIL 3, 2008, AT 8AM**. The Court is weary of learning of the alleged discovery stonewalling. It is also disappointed that counsel would let four months of stonewalling go by without making a motion to compel, a fact which undercuts the allegation of stonewalling. To put an end to all discovery issues once and for all, on the day of the bifurcation hearing, both lead counsel and someone with decisional authority for each client shall meet and confer in person in the jury room to discuss every outstanding discovery dispute. This will last all day except for the time needed for the hearing on the motion for bifurcation and a 45 minute lunch break. It will end at 5 PM. The end product shall be a handwritten and signed resolution and timetable on agreed-on points and a list of all unresolved but discussed items. As to the latter, a letter motion to compel must then be made within seven calendar days or else it will be deemed waived. All agreed-on documents must be produced within fourteen calendar days of said

1  meeting. The list of agreed-on items and unresolved items must be given to the judge at the
2  end of the day. Each lead counsel may be assisted by another lawyer or paralegal, for a total of
3  three per side counting the client representative. Bring all materials needed to carry out this
4  order.

**IT IS SO ORDERED**.

Dated: March 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE