Case 3:07-cv-02845-WHA   Document 175-2   Filed 04/01/2008   Page 1 of 16

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

APPLERA CORPORATION--APPLIED
BIOSYSTEMS GROUP, A DELAWARE
CORPORATION,

    PLAINTIFF,

  vs.                  No.  07-CV-02845

ILLUMINA, INC., A DELAWARE
CORPORATION; SOLEXA INC., A
DELAWARE CORPORATION; AND
STEPHEN C. MACEVICZ, AN
INDIVIDUAL,

    DEFENDANTS.
_____

VIDEOTAPED DEPOSITION OF

SCOTT BORTNER, Ph.D.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, February 22, 2008

Reported By:
KATHLEEN WILKINS, CSR #10068, RPR, CRR

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 28

| | | |
|---|---|---|
| 1 | Q. Okay. Moving off of that, in your | 09:39:47 |
| 2 | position since you've been at AB managing the | 09:39:49 |
| 3 | molecular biology portion of AB's patent portfolio, | 09:39:52 |
| 4 | what portions of the DNA sequencing technology have | 09:39:56 |
| 5 | you managed? | 09:40:00 |
| 6 | A. Almost anything dealing with enzymes, | 09:40:05 |
| 7 | enzyme development, processes using enzymes. I have | 09:40:06 |
| 8 | done work on the Caltech sequencer patents that | 09:40:15 |
| 9 | we've in licensed; I've dealt with the prosecution | 09:40:20 |
| 10 | of those patents, which are a cross between | 09:40:24 |
| 11 | instrumentation and molecular biology. But I've | 09:40:26 |
| 12 | focused more on the molecular biology aspects of | 09:40:31 |
| 13 | them. | 09:40:36 |
| 14 | Other people had worked a bit more on the | 09:40:36 |
| 15 | instrumentation. I've been involved in -- let's | 09:40:38 |
| 16 | see. Just our portfolio is what you're asking | 09:40:43 |
| 17 | about; is that correct? | 09:40:48 |
| 18 | Q. What do you -- what do you mean, just your | 09:40:49 |
| 19 | portfolio? | 09:40:51 |
| 20 | A. When you say "our prosecution," I've | 09:40:52 |
| 21 | looked at, you know, patents from other companies | 09:40:55 |
| 22 | too, that ... | 09:40:58 |
| 23 | Q. As part of managing the molecular biology | 09:41:03 |
| 24 | portfolio, you've looked at patents from other | 09:41:05 |
| 25 | companies as well? | 09:41:08 |

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 29

| | | |
|---|---|---|
| 1 | A. Well, they always come up, of course. But | 09:41:09 |
| 2 | that's not really managing our portfolio. So you're | 09:41:11 |
| 3 | correct, so I just look at our portfolio when I | 09:41:15 |
| 4 | manage our portfolio. | 09:41:18 |
| 5 | Q. Okay. And under what circumstances do you | 09:41:20 |
| 6 | look at patents from other companies? | 09:41:23 |
| 7 | A. For example, if we were sent a threat | 09:41:26 |
| 8 | letter saying that we might infringe someone's | 09:41:29 |
| 9 | patents, I might look at it and those might be a bit | 09:41:31 |
| 10 | further afield from our core business. | 09:41:35 |
| 11 | Q. Let's take a look then -- | 09:41:43 |
| 12 | Actually, before we move on, I just -- I'd | 09:41:46 |
| 13 | like to ask Mr. Wilson that -- be sure to search and | 09:41:51 |
| 14 | produce any of the search terms that were used to | 09:41:58 |
| 15 | turn up the information that resulted in this list | 09:42:01 |
| 16 | of patents or that resulted in Mr. Bortner | 09:42:05 |
| 17 | discovering the Macevicz patent. Because we've | 09:42:09 |
| 18 | requested any documents concerning the circumstances | 09:42:12 |
| 19 | of AB learning of the Macevicz patent. | 09:42:14 |
| 20 | MR. WILSON: Okay. We've looked for | 09:42:19 |
| 21 | those. We have not found any. So I don't -- as far | 09:42:20 |
| 22 | as I know, they -- they don't exist. But, | 09:42:24 |
| 23 | obviously, that is something that, if it exists, | 09:42:26 |
| 24 | will be produced. But so far we haven't seen it. I | 09:42:29 |
| 25 | can tell you it's not on the CD from which | 09:42:32 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080         WWW.KRAMM.COM         (619) 239-0080

EXHIBIT 1                                5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Case 3:07-cv-02845-WHA    Document 175-2    Filed 04/01/2008    Page 4 of 16

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 30

| | | |
|---|---|---|
| 1 | Exhibit 48 was produced. | 09:42:35 |
| 2 | MR. LABBE: Yeah. And just to clarify, | 09:43:22 |
| 3 | what we're looking for are any documents that | 09:43:23 |
| 4 | reflect the search terms that were used for this | 09:43:26 |
| 5 | search that are in this document we just talked to | 09:43:29 |
| 6 | Dr. Bortner about. Any correspondence with the | 09:43:32 |
| 7 | search company or any document that would reflect | 09:43:33 |
| 8 | the search terms that were used for this particular | 09:43:35 |
| 9 | search. | 09:43:38 |
| 10 | MR. WILSON: I understand. And I agree, | 09:43:38 |
| 11 | those documents would be responsive, and as I said, | 09:43:40 |
| 12 | I'm not aware of any. | 09:43:43 |
| 13 | MR. LABBE: Q. Let's -- we can take a | 09:43:48 |
| 14 | look at your declaration again. | 09:43:50 |
| 15 | A. Okay. | 09:43:52 |
| 16 | Q. Just draw your attention on the second | 09:44:28 |
| 17 | page to paragraph 3 of your -- of your declaration. | 09:44:30 |
| 18 | A. Mh-hmm. | 09:44:37 |
| 19 | Q. It says here that during your employment | 09:44:40 |
| 20 | at AB, the company has not conducted routine | 09:44:45 |
| 21 | comprehensive patent searches for all patents | 09:44:50 |
| 22 | related to all aspects of AB's business; is that | 09:44:54 |
| 23 | correct? | 09:44:56 |
| 24 | A. That's correct. | 09:44:56 |
| 25 | Q. Why did you qualify your statement by | 09:44:57 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080

EXHIBIT 1          5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 31

| | | |
|---|---|---|
| 1 | saying "routine comprehensive searches for all | 09:45:01 |
| 2 | patents related to all aspects of AB's business"? | 09:45:04 |
| 3 | A.   I believe when I first started at AB, I | 09:45:08 |
| 4 | just wanted to get an understanding of the patent | 09:45:11 |
| 5 | landscape and tried doing broader searches than what | 09:45:14 |
| 6 | turned out to be necessary. | 09:45:17 |
| 7 | Q.   You mentioned a minute ago that there | 09:45:20 |
| 8 | were -- okay.  So does that mean that you have | 09:45:22 |
| 9 | conducted some patent searches while you've been in | 09:45:49 |
| 10 | the AB legal department? | 09:45:52 |
| 11 | A.   I've definitely conducted patent searches | 09:45:54 |
| 12 | while I've been at AB's legal department. | 09:45:56 |
| 13 | Q.   Other lawyers in the group have also | 09:46:00 |
| 14 | conducted patent searches? | 09:46:02 |
| 15 | A.   I can't say who did what, but I'm -- | 09:46:04 |
| 16 | believe other lawyers have conducted patent | 09:46:08 |
| 17 | searches. | 09:46:10 |
| 18 | Q.   And -- | 09:46:11 |
| 19 | A.   I've never supervised a search of another | 09:46:12 |
| 20 | person. | 09:46:15 |
| 21 | Q.   So just focusing on the -- on the | 09:46:16 |
| 22 | statement here, you say that you haven't conducted | 09:46:18 |
| 23 | routine patent searches. | 09:46:21 |
| 24 | Have some of the -- have you conducted | 09:46:23 |
| 25 | some nonroutine patent searches? | 09:46:26 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080

**EXHIBIT 1**                                          5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 32

| | | |
|---|---|---|
| 1 | A. Yes. | 09:46:27 |
| 2 | Q. And would some of those non-routine patent | 09:46:28 |
| 3 | searches reveal patents belonging to other | 09:46:31 |
| 4 | companies? | 09:46:37 |
| 5 | A. Yes. | 09:46:38 |
| 6 | Q. And you were talking about circumstances | 09:46:38 |
| 7 | in which you would review patents that belong to | 09:46:40 |
| 8 | other companies. | 09:46:43 |
| 9 | What were some of those circumstances? | 09:46:45 |
| 10 | A. When I knew the company was a specific | 09:46:48 |
| 11 | threat to us. | 09:46:51 |
| 12 | Q. Okay. Are there other circumstances when | 09:46:52 |
| 13 | you would review patents from other companies? | 09:46:54 |
| 14 | A. When we were interested in licensing | 09:46:57 |
| 15 | patents, I would review those patents and related | 09:47:01 |
| 16 | patents. | 09:47:05 |
| 17 | Q. Are there other circumstances that you | 09:47:07 |
| 18 | would review other company's patents? | 09:47:09 |
| 19 | A. Freedom to operate for new product, we | 09:47:15 |
| 20 | would conduct -- you know, we would see what the new | 09:47:17 |
| 21 | product was and what patents were in that space. | 09:47:19 |
| 22 | Q. And when you said that you would look at | 09:47:22 |
| 23 | patents other companies owned that were a threat to | 09:47:27 |
| 24 | you, what do you mean by a threat to you? | 09:47:30 |
| 25 | A. If we wanted to move into a new area of | 09:47:34 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080

EXHIBIT 1

5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 33

| | | |
|---|---|---|
| 1 | technology, we would look at patents there.  So we | 09:47:37 |
| 2 | didn't waste our effort going in there if the space | 09:47:39 |
| 3 | was already staked out. | 09:47:44 |
| 4 | Q.   And did you say that you would look at | 09:47:47 |
| 5 | patents belonging to companies that were a threat to | 09:47:50 |
| 6 | AB? | 09:47:53 |
| 7 | A.   Yes.  If there were known competitors. | 09:47:55 |
| 8 | Q.   How would you know if a company was a | 09:48:01 |
| 9 | competitor to AB? | 09:48:03 |
| 10 | A.   I think they were producing a similar | 09:48:05 |
| 11 | product in our space, or there was past litigation | 09:48:07 |
| 12 | with them, or threatened litigation. | 09:48:10 |
| 13 | Q.   So in circumstances like that, would it be | 09:48:14 |
| 14 | routine to conduct patent searches regarding patents | 09:48:16 |
| 15 | that your competitors might have? | 09:48:19 |
| 16 | MR. WILSON:  Objection to the form of the | 09:48:22 |
| 17 | question. | 09:48:24 |
| 18 | THE WITNESS:  Routine -- it would be | 09:48:30 |
| 19 | prudent if -- to, for example, if there were another | 09:48:34 |
| 20 | DNA sequencer company out there making DNA | 09:48:41 |
| 21 | sequencers similar to ours, you know, I would want | 09:48:44 |
| 22 | to know what patents they have. | 09:48:48 |
| 23 | MR. LABBE:  Q.  What I'm trying to find | 09:48:49 |
| 24 | out, from your declaration it says that AB has not | 09:48:50 |
| 25 | conducted routine comprehensive searches for all | 09:48:53 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(800) 939-0080            WWW.KRAMM.COM            (619) 239-0080

**EXHIBIT 1**            5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Case 3:07-cv-02845-WHA    Document 175-2    Filed 04/01/2008    Page 8 of 16

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 34

| | | |
|---|---|---|
| 1 | aspects of AB's business.  But were there certain | 09:48:56 |
| 2 | kinds of searches under certain circumstances that | 09:48:59 |
| 3 | would have been routine? | 09:49:01 |
| 4 | A.  I -- I guess I'm just trying to figure out | 09:49:05 |
| 5 | what you mean by "routine." | 09:49:07 |
| 6 | Q.  Well, you were talking about the | 09:49:10 |
| 7 | circumstance where AB was considering I suppose | 09:49:12 |
| 8 | either launching a new product or going into a new | 09:49:16 |
| 9 | area of business.  And it sounded like you were | 09:49:19 |
| 10 | saying that it would be fairly routine in those | 09:49:24 |
| 11 | circumstances -- | 09:49:26 |
| 12 | A.  Yes. | 09:49:27 |
| 13 | Q.  -- to do patent searches. | 09:49:27 |
| 14 | A.  Yes.  It would be routine to do a freedom | 09:49:29 |
| 15 | to operate for a new product. | 09:49:32 |
| 16 | Q.  Okay.  So if AB was thinking about | 09:49:35 |
| 17 | launching a new product or thinking about research | 09:49:36 |
| 18 | and development for a new product, it would be | 09:49:39 |
| 19 | routine in those circumstances at some point early | 09:49:41 |
| 20 | in the development to perform patent searches to see | 09:49:43 |
| 21 | what patents might be out there for that technology? | 09:49:46 |
| 22 | A.  The question of how early in development, | 09:49:51 |
| 23 | but definitely when there was an idea for a specific | 09:49:54 |
| 24 | product. | 09:49:58 |
| 25 | Q.  So at some point in the development of a | 09:49:59 |

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 35

| | | |
|---|---|---|
| 1 | new product -- | 09:50:01 |
| 2 | A.   Yeah, we do product clearance before | 09:50:01 |
| 3 | significant money is poured in. | 09:50:03 |
| 4 | Q.   Just -- I think it's a little difficult | 09:50:06 |
| 5 | for the court reporter, we just need to try to not | 09:50:07 |
| 6 | talk over each other. | 09:50:10 |
| 7 | A.   I'm sorry.  Can I get a Kleenex? | 09:50:11 |
| 8 | Q.   Yeah. | 09:50:14 |
| 9 | A.   Would you mind? | 09:50:14 |
| 10 | (Pause in proceedings.) | 09:50:21 |
| 11 | MR. LABBE:  Q.  So you would characterize | 09:50:58 |
| 12 | this kind of patent search as a freedom-to-operate | 09:51:01 |
| 13 | patent search? | 09:51:04 |
| 14 | A.   Yes. | 09:51:05 |
| 15 | Q.   And between 1996 and 2005, did AB consider | 09:51:05 |
| 16 | moving into the ligation-based sequencing technology | 09:51:12 |
| 17 | space? | 09:51:17 |
| 18 | MR. WILSON:  Objection to form. | 09:51:19 |
| 19 | THE WITNESS:  Between -- I'm sorry, what | 09:51:23 |
| 20 | year? | 09:51:25 |
| 21 | MR. LABBE:  Q.  Between 1996 and 2005, did | 09:51:26 |
| 22 | AB consider moving into the DNA sequencing by | 09:51:29 |
| 23 | ligation space? | 09:51:34 |
| 24 | MR. WILSON:  Objection to form. | 09:51:35 |
| 25 | THE WITNESS:  Okay.  Should I answer? | 09:51:39 |

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 36

| | | |
|---|---|---|
| 1 | MR. WILSON: You can answer. | 09:51:41 |
| 2 | THE WITNESS: I can answer that. | 09:51:42 |
| 3 | MR. WILSON: You can answer the question, | 09:51:43 |
| 4 | sure. | 09:51:44 |
| 5 | THE WITNESS: Well, it's a little | 09:51:45 |
| 6 | confusing. For example, we were doing OLA, which is | 09:51:47 |
| 7 | a ligation method for detecting individual bases. | 09:51:51 |
| 8 | So is that sequencing for your definition? I don't | 09:52:03 |
| 9 | know. But ... | 09:52:07 |
| 10 | MR. LABBE: Q. Well, did AB have products | 09:52:09 |
| 11 | that incorporated the OLA method? | 09:52:11 |
| 12 | A. ABI had products that incorporated the OLA | 09:52:15 |
| 13 | method. | 09:52:18 |
| 14 | Q. And would people in the patent department | 09:52:18 |
| 15 | have performed -- let me ask you a different | 09:52:20 |
| 16 | question. | 09:52:22 |
| 17 | Did people in the patent department | 09:52:23 |
| 18 | perform patent searches regarding the OLA method? | 09:52:25 |
| 19 | A. I don't believe so. | 09:52:29 |
| 20 | Q. Were there competitors in the market for | 09:52:35 |
| 21 | products for OLA products? | 09:52:38 |
| 22 | A. Not that I was aware of. | 09:52:40 |
| 23 | Q. But you don't know of any competitor -- | 09:52:57 |
| 24 | you don't know whether there were any competitors in | 09:52:59 |
| 25 | the OLA market? | 09:53:01 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080

**EXHIBIT 1**

5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 37

| | | |
|---|---|---|
| 1 | A.  I cannot think of a competitor in the OLA | 09:53:02 |
| 2 | market during -- no.  I just -- I'm sorry, scratch | 09:53:05 |
| 3 | that.  I can't think of a competitor in the OLA | 09:53:10 |
| 4 | market. | 09:53:13 |
| 5 | Q.  And you don't know whether anyone else in | 09:53:14 |
| 6 | the legal department may have performed patent | 09:53:15 |
| 7 | searches regarding the OLA method? | 09:53:18 |
| 8 | MR. WILSON:  Objection to form. | 09:53:25 |
| 9 | THE WITNESS:  Yeah.  I don't know who | 09:53:26 |
| 10 | would have performed the searches.  I mean, it's -- | 09:53:28 |
| 11 | I simply just don't know. | 09:53:32 |
| 12 | MR. LABBE:  Q.  Looking at that sentence | 09:53:41 |
| 13 | again from your declaration, it says that AB as a | 09:53:42 |
| 14 | company has not conducted routine comprehensive | 09:53:46 |
| 15 | patent searches. | 09:53:48 |
| 16 | But, again, it would have been typical to | 09:53:50 |
| 17 | perform targeted patent searches when AB was | 09:53:53 |
| 18 | launching a new product; is that correct? | 09:53:58 |
| 19 | A.  Yes. | 09:54:00 |
| 20 | Q.  Now, you mentioned that AB would perform | 09:54:27 |
| 21 | freedom-to-operate patent searches; that's correct? | 09:54:30 |
| 22 | A.  Correct. | 09:54:35 |
| 23 | Q.  And what -- has AB conducted | 09:54:36 |
| 24 | freedom-to-operate patent searches relating to DNA | 09:54:41 |
| 25 | sequencing products? | 09:54:44 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(800) 939-0080         WWW.KRAMM.COM         (619) 239-0080

**EXHIBIT 1**

5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 38

| | | |
|---|---|---|
| 1 | A. Yes. | 09:54:47 |
| 2 | Q. And what searches like that do you know | 09:54:47 |
| 3 | of? | 09:54:50 |
| 4 | A. It was very hard to do specific searches, | 09:54:52 |
| 5 | but, for example, if we were to -- when we | 09:54:58 |
| 6 | introduced new enzymes for DNA sequencing, we would | 09:55:01 |
| 7 | search for patents out there on enzymes that might | 09:55:03 |
| 8 | be covered by, you know -- by patents that might | 09:55:07 |
| 9 | cover the new enzymes. | 09:55:11 |
| 10 | Q. Did AB keep records of these patent | 09:55:12 |
| 11 | searches? | 09:55:15 |
| 12 | A. No. | 09:55:15 |
| 13 | Q. So after performing a patent search, there | 09:55:19 |
| 14 | were no records kept of the search at all? | 09:55:21 |
| 15 | A. Some people keep records. I -- in some | 09:55:27 |
| 16 | cases I kept records; in other cases I did not. I | 09:55:31 |
| 17 | don't know about anyone else at the company. | 09:55:36 |
| 18 | Q. Have you searched those records when you | 09:55:40 |
| 19 | were preparing your declaration? | 09:55:41 |
| 20 | MR. WILSON: Objection to form. | 09:55:44 |
| 21 | THE WITNESS: Have I searched all my | 09:55:49 |
| 22 | patent searching records? | 09:55:51 |
| 23 | MR. LABBE: Q. Yes. Have you searched | 09:55:52 |
| 24 | all those records when you were preparing your | 09:55:53 |
| 25 | declaration? | 09:55:56 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080

EXHIBIT 1

5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 39

| | | |
|---|---|---|
| 1 | A. I don't think I've searched all of them. | 09:55:57 |
| 2 | Q. Do you know whether the other members of | 09:56:04 |
| 3 | the legal department have searched their records in | 09:56:05 |
| 4 | this litigation? | 09:56:07 |
| 5 | A. I don't know. | 09:56:09 |
| 6 | Q. Do the outside search firms that AB relies | 09:56:15 |
| 7 | upon to conduct patent searches, do they keep | 09:56:19 |
| 8 | records of the searches they perform? | 09:56:22 |
| 9 | A. I don't know. I would be guessing as to | 09:56:28 |
| 10 | an answer. | 09:56:30 |
| 11 | Q. Would it have been routine for AB to | 09:56:43 |
| 12 | conduct patent searches before filing patent | 09:56:45 |
| 13 | applications relating to the DNA sequencing aspects | 09:56:49 |
| 14 | of its business? | 09:56:53 |
| 15 | A. Did you say "patent searches"? | 09:56:54 |
| 16 | Q. Yeah. Patent -- would -- yes. | 09:56:56 |
| 17 | A. They would do patent searches, but I | 09:57:00 |
| 18 | believe literature searches are probably more | 09:57:08 |
| 19 | common. | 09:57:11 |
| 20 | Q. When evaluating an invention disclosure | 09:57:13 |
| 21 | that was submitted to the AB legal department, would | 09:57:17 |
| 22 | it be routine for someone in the legal department to | 09:57:19 |
| 23 | perform a patent search regarding any potential | 09:57:22 |
| 24 | prior art for that invention? | 09:57:25 |
| 25 | MR. WILSON: Objection to form. | 09:57:27 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080        WWW.KRAMM.COM        (619) 239-0080

EXHIBIT 1

5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 40

| | | |
|---|---|---|
| 1 | THE WITNESS: The searches are | 09:57:30 |
| 2 | significantly broader than the patent search and | 09:57:36 |
| 3 | probably less focused on patent material than on | 09:57:38 |
| 4 | publication, you know, scientific publications. | 09:57:42 |
| 5 | MR. LABBE: Q. But as part of that | 09:58:16 |
| 6 | process, in addition to searching prior | 09:58:17 |
| 7 | publications, people at AB would have searched | 09:58:23 |
| 8 | patent records as well, right? | 09:58:25 |
| 9 | A. Depends what database they use. Some | 09:58:27 |
| 10 | databases patents will pop up. Others, they won't. | 09:58:29 |
| 11 | Q. Would you have also searched databases of | 09:58:38 |
| 12 | patents when considering whether to file a patent | 09:58:41 |
| 13 | application? | 09:58:44 |
| 14 | A. How I would do it? I -- I tend to use | 09:58:50 |
| 15 | broader databases that would include some -- some of | 09:58:58 |
| 16 | the patent databases. But like I said, the terms | 09:59:03 |
| 17 | are more focused on -- they're broader terms that | 09:59:05 |
| 18 | tend to pull up much more literature. It's just not | 09:59:11 |
| 19 | the area where we usually find products not within | 09:59:17 |
| 20 | patents; it's usually within the literature for | 09:59:20 |
| 21 | patentability problems. | 09:59:24 |
| 22 | Q. We were talking about the records that | 09:59:32 |
| 23 | might exist of -- of patents searches. | 09:59:34 |
| 24 | A. Mh-hmm. | 09:59:36 |
| 25 | Q. Have the agents and attorneys, the other | 09:59:37 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080

EXHIBIT 1                                       5ce57e48-fab1-4494-b4ee-6ce05a198a2f

Scott Bortner, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 41

| | | |
|---|---|---|
| 1 | agents and attorneys at AB, been asked to search all | 09:59:39 |
| 2 | of their records for any patent searches that might | 09:59:42 |
| 3 | have turned up the Macevicz patents? | 09:59:47 |
| 4 |     A.   I believe there is a request for that | 09:59:54 |
| 5 | awhile ago. I really -- I did not send it out. I | 09:59:56 |
| 6 | don't remember -- I vaguely remember it going out, | 10:00:01 |
| 7 | but I am not responsible for it, so ... | 10:00:04 |
| 8 |     Q.   But you said you had not searched all of | 10:00:06 |
| 9 | your -- | 10:00:09 |
| 10 |     A.   I haven't gone through. | 10:00:10 |
| 11 |     Q.   -- previous searches? | 10:00:11 |
| 12 |     A.   I -- to have not searched all my previous | 10:00:14 |
| 13 | searches of every type of patent search I've ever | 10:00:17 |
| 14 | done at ABI. | 10:00:20 |
| 15 |     Q.   In the 1996 to 2001 timeframe, did AB have | 10:00:24 |
| 16 | any competitors in the DNA sequencing field? | 10:00:30 |
| 17 |     A.   In -- you said '96 to? | 10:00:32 |
| 18 |     Q.   In the 1996 to 2001 timeframe, did AB have | 10:00:45 |
| 19 | any competitors in the DNA sequencing field? | 10:00:49 |
| 20 |     A.   Yes. | 10:00:52 |
| 21 |     Q.   And who were AB's competitors in the DNA | 10:00:54 |
| 22 | sequencing field at that time? | 10:00:57 |
| 23 |     A.   '96 to 2001, I believe, Amersham, Li-Cor, | 10:00:59 |
| 24 | I think. I guess Amersham was previously -- | 10:01:09 |
| 25 | Molecular Dynamics was the company. There was one | 10:01:16 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080

**EXHIBIT 1**                                    5ce57e48-fab1-4494-b4ee-6ce05a198a2f

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

```
 1                  CERTIFICATE OF REPORTER
 2
 3          I, KATHLEEN A. WILKINS, RPR, CRR,
 4   Certified Shorthand Reporter, hereby certify that
 5   the witness in the foregoing deposition was by me
 6   duly sworn to tell the truth, the whole truth and
 7   nothing but the truth in the within-entitled cause;
 8   that said deposition was taken down in shorthand by
 9   me, a disinterested person, at the time and place
10   therein stated, and that the testimony of the said
11   witness was thereafter reduced to typewriting, by
12   computer, under my direction and supervision.
13          I further certify that I am not of counsel
14   or attorney for either or any of the parties to the
15   said deposition, nor in any way interested in the
16   event of this cause, and that I am not related to
17   any of the parties thereto.
18
19          DATED: _February 25_____, 2008
20
21
22          _____Kathleen W_____
23          KATHLEEN WILKINS, CRR, RPR, CSR 10068
24
25
```

**EXHIBIT 1**