Case 3:07-cv-02845-WHA    Document 175-3    Filed 04/01/2008    Page 1 of 4

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

APPLERA CORPORATION--APPLIED
BIOSYSTEMS GROUP, A DELAWARE
CORPORATION,

    PLAINTIFF,

  vs.                   No.  07-CV-02845

ILLUMINA, INC., A DELAWARE
CORPORATION; SOLEXA INC., A
DELAWARE CORPORATION; AND
STEPHEN C. MACEVICZ, AN
INDIVIDUAL,

    DEFENDANTS.
_____

VIDEOTAPED DEPOSITION OF

VINCENT M. POWERS, Ph.D.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Friday, February 22, 2008

Reported By:
KATHLEEN WILKINS, CSR #10068, RPR, CRR

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 81

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: Going off the record. | 03:27:49 |
| 2 | The time is 3:27 p.m. | 03:27:50 |
| 3 | (Whereupon, a recess was taken.) | 03:27:50 |
| 4 | THE VIDEOGRAPHER: We are back on the | 03:48:03 |
| 5 | record. The time is 3:48 p.m. | 03:48:04 |
| 6 | (Record read by the reporter as follows: | 03:48:05 |
| 7 | QUESTION: Would those rules of | 03:48:13 |
| 8 | disclosure include the duty of candor that | 03:48:13 |
| 9 | a patent application has with the Patent | 03:48:13 |
| 10 | and Trademark Office?) | 03:48:13 |
| 11 | MR. LABBE: I'd like to reiterate the | 03:48:17 |
| 12 | objection of the defendants to this question. The | 03:48:18 |
| 13 | question falls beyond the scope of the questions | 03:48:20 |
| 14 | that the defendants asked of the witness today. | 03:48:24 |
| 15 | Applied Biosystems, the plaintiff, has not | 03:48:27 |
| 16 | served the defendants with a deposition notice of | 03:48:29 |
| 17 | Dr. Powers. Therefore, we were unaware that they | 03:48:33 |
| 18 | intended to ask questions of Dr. Powers beyond the | 03:48:36 |
| 19 | questions -- beyond the scope of the questions that | 03:48:39 |
| 20 | we asked Dr. Powers of today. | 03:48:41 |
| 21 | Moreover, it's our understanding that the | 03:48:44 |
| 22 | deposition of Dr. Powers is being taken today | 03:48:46 |
| 23 | pursuant to an expedited discovery period that's | 03:48:52 |
| 24 | intended to address issues pending on cross motions | 03:48:55 |
| 25 | for summary judgment before the court at this time, | 03:49:02 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

(800) 939-0080        WWW.KRAMM.COM        (619) 239-0080

**EXHIBIT 2**

faf89e1a-6088-470e-82d0-c7c42291508f

Vincent M. Powers, Ph.D., February 22, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 82

| | | |
|---|---|---|
| 1 | and that therefore the depositions are for the | 03:49:05 |
| 2 | purpose of probing the ownership issues in this | 03:49:07 |
| 3 | litigation. | 03:49:11 |
| 4 | And therefore, in light of having not | 03:49:12 |
| 5 | received a deposition notice from AB, and, moreover, | 03:49:14 |
| 6 | in light of the current purpose for these | 03:49:18 |
| 7 | depositions, we believe it's improper for AB to | 03:49:21 |
| 8 | probe topics beyond those about which we asked | 03:49:24 |
| 9 | Dr. Powers today. | 03:49:28 |
| 10 | MR. DOYLE: That's not Applied Biosystems' | 03:49:32 |
| 11 | understanding. I don't think there's any need to | 03:49:33 |
| 12 | clutter the record with statements by counsel. | 03:49:36 |
| 13 | MS. DONOVAN: I would actually like to put | 03:49:39 |
| 14 | one statement on, however. | 03:49:41 |
| 15 | MR. DOYLE: Okay. | 03:49:43 |
| 16 | MS. DONOVAN: That is on behalf of Vincent | 03:49:44 |
| 17 | Powers, our point of view is that Mr. Powers is | 03:49:45 |
| 18 | entitled to be deposed one time in this case, and if | 03:49:50 |
| 19 | either party wishes to ask questions in this matter | 03:49:52 |
| 20 | in a deposition, today is the opportunity to do so. | 03:49:55 |
| 21 | And so we would -- I am not aware of the | 03:49:58 |
| 22 | orders in this case, and I apologize to counsel for | 03:50:02 |
| 23 | that. But based on my present understanding, I | 03:50:04 |
| 24 | would ask that any questions either counsel have, | 03:50:09 |
| 25 | for the witness to take care of that today so that | 03:50:11 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080         WWW.KRAMM.COM         (619) 239-0080

EXHIBIT 2                                faf89e1a-6088-470e-82d0-c7c42291508f

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

CERTIFICATE OF REPORTER

I, KATHLEEN A. WILKINS, RPR, CRR, Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: February 25, 2008

_Kathleen Wilkins_
KATHLEEN WILKINS, CRR, RPR, CSR 10068