Volume 1

Pages 1 - 86

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

Applera Corporation - Applied      )
Biosystems Group,                  )
                                   )
            Plaintiffs,            )
  vs.                              )  NO. C 07-2845-WHA
Illumina, Inc., a Delaware         )
corporation, Solexa, Inc. a        )
Delaware corporation, and          )
Stephen C. Macevicz, an            )
individual,                        )
                                   )  San Francisco, California
            Defendants.            )  Wednesday
                                   )  January 30, 2008
_____)  1:58 p.m.


### TRANSCRIPT OF PROCEEDINGS

Certified Copy

**APPEARANCES:**

**For Plaintiff:**          Morrison & Foerster
                            755 Page Mill Road
                            Palo Alto, California   94304
                            (650) 813-5603
                            (650) 494-0792 (fax)
                    BY:  **STEPHEN E. COMER**
                         **DAVID C. DOYLE**

**For Defendant:**          Marshall, Gerstein & Borun, LLP
                            233 South Wacker Drive
                            6300 Sears Tower
                            Chicago, IL   60606-6357
                            (312) 474-6300
                    BY:  **KEVIN M. FLOWERS**
                         **CULLEN PENDLETON**
                         **KURTIS MAC FERRIN**

**Reported By:**     **Lydia Zinn, CSR #9223, RPR**
                     **Official Reporter - U.S. District Court**

**EXHIBIT 3**

1          **MR. PENDLETON:**  I anticipate taking about 45 minutes.

2          **THE COURT:**  You've got 30 minutes.  I don't want 45

3   minutes.  No way.

4          **MR. PENDLETON:**  Let me speak quickly.

5          **THE COURT:**  By the time the other side gets done, I

6   will have glazed over.  You've got 30 minutes; and then you get

7   30 minutes.  All right.  Thank you.  Go right ahead.

8          **MR. PENDLETON:**  Good afternoon, your Honor.  May it

9   please the Court.  My name is Cullen Pendleton.  This is our

10  tutorial regarding the aspects of the technology at issue to

11  assist your Honor in reading and understanding the parties'

12  claim construction briefs in advance of the Markman hearing.

13  I'll also attempt to answer any questions you have about the

14  background of the technology.

15          Our presentation will address three topics.  First,

16  I'd like to describe the structure of nucleic acid;

17  specifically, DNA.  I understand your Honor has had at least

18  one case related to DNA technology.  Hopefully, this will be a

19  refresher, and will allow me to get in under the 30-minute time

20  limit.

21          My second topic will be the so-called "Sanger method"

22  of sequencing DNA.

23          **THE COURT:**  The what?

24          **MR. PENDLETON:**  The Sanger method is prior art to the

25  patents in suit, and is discussed in the background section of

1   the patent.

2          As Dr. Macevicz stated in the patent, the Sanger

3   method was used in all automated DNA sequencers available at

4   the time, including those sold by AB.  Now, there are other

5   methods for sequencing DNA that are disclosed in the prior art,

6   some of which AB has cited as relevant prior art.  These

7   methods include sequencing by hybridization -- a technique

8   invented by Dr. Macevicz -- and the Maxam-Gilbert method.

9          **THE COURT:**  Is he here today?

10         **MR. PENDLETON:**  No, sir.

11         I'm going to focus on the Sanger method.

12         **THE COURT:**  All right.

13         **MR. PENDLETON:**  For my third and final topic, I'll

14  explain the technology called "sequencing by ligation."  The

15  methods claimed in the patents in suit are an example of

16  sequencing by ligation.  I'll try and address, in general

17  terms, how that method works, while trying to steer clear of

18  topics covered in the Markman hearing.

19         The patents in suit, generally speaking, relate to

20  methods of analyzing nucleic acid sequences, such as DNA.  An

21  obvious first question might be:  what is DNA?  That's where

22  I'd like to begin.  There are a couple of ways to answer that

23  question.

24         First of all, nucleic acids such as DNA carry the

25  genetic information, and mediate its expression in our bodies.

## CERTIFICATE OF REPORTER

I, LYDIA ZINN, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in C 07-2845-WHA, Applera Corporation v. Illumina, Inc., were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.

The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

_____

Lydia Zinn, CSR 9223, RPR

Friday, February 1, 2008