BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**REPLY DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION TO BIFURCATE**<br><br>Date: April 3, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

1  I, Eric C. Pai, declare:

2  1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this reply declaration in support of AB's Motion to Bifurcate, and specifically in response to various statements that counsel for Illumina and Dr. Macevicz have made about the status of discovery. This declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2. Over the course of this litigation, I have participated in numerous meet and confers regarding discovery with counsel for Illumina and Dr. Macevicz, including John Labbe, Mark Izraelewicz, and Cullen Pendleton of Marshall, Gerstein & Borun LLP, and Basil Fthenakis of the Technology and Intellectual Property Strategies Group PC, and I am familiar with what was discussed during discovery meet and confers in which I did not personally participate. At no point during any of the parties' meet and confers on discovery disputes did Defendants' counsel suggest that it needed more documents on AB's "business" or "actual or demonstrably anticipated research or development."

3. On August 30, 2007, I participated on a telephone conference with counsel for Illumina and Dr. Macevicz pursuant to Federal Rule of Civil Procedure 26(f). During this conference, we discussed issues regarding electronic discovery. Illumina's counsel specifically made the point that searching through backup tapes for e-mails and electronic documents related to the ownership issue would be overly burdensome, costly, and unlikely to turn up responsive or relevant documents. The parties therefore agreed that they would not search for or produce e-mails or other documents that could only be located on backup tapes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 1, 2008 in Palo Alto, California.

/s/ Eric C. Pai
Eric C. Pai

REPLY DECLARATION OF ERIC C. PAI ISO AB'S MOTION TO BIFURCATE
Case No. C07 02845 WHA
pa-1245133

1