CASE NO. C07-02845 WHA

Agreed to Issues regarding        April 3, 2008
Defendant's Discovery to Plaintiffs

FILED
APR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A. Confidentiality of Cooley Documents
  1) Documents Cooley 155-273 will be redesignated as "Confidential."
  2) Documents Cooley 684-733 ~~and 736-797~~ redesignated as "Confidential"
  3) Document Cooley 736 is redesignated as confidential.
  4) All other Cooley documents are redesignated as non-confidential except for Cooley 798-799 which is discussed in the open issue section.

B. Defendants have ~~not yet~~ substantially completed their document production regarding ownership ~~Infringement~~ related issues and will produce by April 17, 2008 any remaining documents.

C. Defendants will submit verifications to their interrogatory ~~respso~~ responses by April 17, 2008.

D. Defendants redesignate document ILL000950-52 as not confidential.

(1)

CASE NO. C07-02845 WHA

~~Agreements Reached in Meet & Confer~~   April 3, 2008

Agreed to Issues Regarding Plaintiffs' Discovery to Defendants

A. Plaintiffs hereby agree to produce documents in the following categories, to the extent such documents have not already been produced by April 17, 2008:

① patent search results ~~related~~ directed at DNA Seq.

② Business and Research and Development Plans
  - Based on the parties discussion, and Plaintiff's new understanding of requests 9, 11, 12, Plaintiffs will conduct a new search to locate, and to the extent they ~~exist~~ produce, detailed documents characterizing Plaintiff's business in the 1992-1995 time frame

③ Financial Documents (can be in summary form) that show at least the following pieces of information:
  a) date of sale, installation, use, or lease of SOLiD
  b) name & address of customer/user ~~Inst.~~ Systems
  c) financial terms regarding price, including any customer acceptance criteria

④ - Financial Documents (can be in summary form) per the above criteria (a, b, c) related to one base encoding and any instrument by AB or Agencourt that used that technology ②

CASE NO C07-02845 WHA

(5) Financial Documents sufficient to show the internal development costs related to the SOLiD™ System, and ~~including~~ costs identified ~~such~~ as fixed or variable at either a machine or division level, however it is kept in the normal course of Plaintiff's business. This can be in summary form.

(6) All licenses agreements from 1992 to the present (both in and out) of DNA sequencing technology. This includes written offers to license.

(7) ~~[crossed out]~~

(7) Documents covering the purchase of Agencourt Personal Genomics ("APG") by Plaintiff, including documents that show the valuation and price paid by Plaintiff for APG's SOLiD-type technology.

(8) Market studies related to next-generation now-generation sequencing.

(9) Patents and patent applications that expressly refer to Plaintiff's SOLiD system.

(10) To the extent not already produced, all training materials used to train customers on the SOLiD system.

(3)

C07-02845 WHA

April 3, 2008

⑪ Marketing materials, including animations and flash files, and trade show materials that describe the operation of the SOLiD system.

⑫ Final versions, for all revisions, of manuals, user guides, protocols for the SOLiD System.

⑬ For the purposes of this document and discovery discussion only, the term "SOLiD system" ~~refers~~ means one base and two base systems.

⑭ Plaintiff has represented to Defendants that it is currently producing documents, including source code, directed to operation to the SOLiD system.

④

CASE N° C 07-02845 WHA

Open Issues                                    April 3, 2008

I. Issues Related to Defendants' Discovery

A. Privilege Logs
  ① The parties disagree regarding the scope & application of the joint defense privilege. In an effort to resolve this disagreement:
    a) by 5:00 pm CDT 4/4/08 Defendants will inform Plaintiff of
      1) the existence of a Joint Defense Agreement, if one exists
      2) if such agreement is written or oral
      3) the date such agreement was entered into
      4) if Defendants will produce such agreement
    b) Plaintiff reserves the right to file a motion to compel the agreement, and documents numbered 41-94 on the Cooley privilege log and documents identified as MAC 1453, MAC 1456-59 & MAC 1473-74 on the Macevicz privilege log, on April 10, 2008.

⑥

Open Issues                                   April 3, 2008

B. Documents Responsive to Plantiff's Request Nos. 20, 22, 23 & 24
  ① Plantiff agrees to provide Defendants with specific subcategories to narrow these requests by 5:00 pm CDT, April 4, 2008.
  ② Defendants will provide Plaintiff with any objections to the list by April 8, 2008 by 5:00 pm CDT.
  ③ Any motion to compel by Plaintiff will be filed by April 10, 2008.
  ④ If Defendants do not object to Plantiff's terms, all responsive documents will be produced by April 17, 2008.

C. John West
  ① Defendants will notify Plaintiff no later than April 10, 2008 if they are representing John West and will accept service of a subpoena directed to him.

⑦

~~Open~~ Open Issues                                    April 3, 2008

II. Issues Related to Plaintiff's Discovery

A. Inspection of Plaintiff's SOLiD System
   1. Plaintiff agrees to make available for inspection by Defendants' expert and outside counsel a SOLiD system.
   2. Defendants will provide Plaintiff with the scope and needs of such inspection, including any Plaintiff resources needed, by Thursday, April 10, 2008. The parties will meet and confer on that date if needed.
   3. Such inspection will occur by May 16, 2008.

B. Documents to Be Produced by Plaintiff
   1. Defendants have requested documents concerning the operation of the SOLiD system.
   2. Plaintiff will provide the categories and types of documents to be produced on April 10, 2008. If needed, the parties will further meet and confer on that date.

⑧