IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED
BIOSYSTEMS GROUP, a Delaware
corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation,
SOLEXA INC., a Delaware corporation,
and STEPHEN C. MACEVICZ, an
individual

    Defendants.
                                                  /

No. C 07-02845 WHA

**ORDER RE LEAD COUNSEL**

An order dated March 29, 2008, stated, "[t]o put an end to all discovery issues once and for all, on the day of the bifurcation hearing, both *lead counsel* and someone with decisional authority for each client shall meet and confer in person in the jury room to discuss every outstanding discovery dispute" (Dkt. 173). The Court has been under the impression that Attorney Kevin Flowers was defendants' lead counsel. However, Attorney Flowers did not even appear at the bifurcation hearing held on April 3, 2008. Nor did he in anyway seek relief from the March 29 order. Accordingly, at trial Attorney Thomas Ross, who appeared at the hearing on behalf of defendants, will serve as lead trial counsel.

**IT IS SO ORDERED**.

Dated: April 4, 2008.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE