1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  APPLERA CORPORATION-APPLIED
    BIOSYSTEMS GROUP, a Delaware
11  corporation,                                    No. C 07-02845 WHA

12              Plaintiff,

13      v.                                          **ORDER RE PRODUCTION OF
                                                    DOCUMENTS AND FURTHER
14  ILLUMINA, INC., a Delaware corporation,         MEET AND CONFER**
    SOLEXA INC., a Delaware corporation,
15  and STEPHEN C. MACEVICZ, an
    individual
16
                Defendants.
17  _____/

18

19         The parties have fourteen calender days (from yesterday) to designate documents as

20  confidential under the protective order and to produce all documents that will be produced

21  under yesterday's agreement.  Lead counsel and a client with decision authority (as well as any

22  assistants needed) are to meet in the jury room on **APRIL 10, 2008, AT 8AM** to continue

23  attempts to resolve the open issues.

          **IT IS SO ORDERED**.
24

25
    Dated:  April 4, 2008.
26                                              _____
                                                WILLIAM ALSUP
27                                              UNITED STATES DISTRICT JUDGE

28