| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
| | ERIC C. PAI (CA SBN 247604) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792 |
| | E-Mail: BWilson@mofo.com; EPai@mofo.com |

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**[PROPOSED] ORDER GRANTING APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION SEEKING LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO MODIFY SCHEDULING ORDER**<br><br>Date:  May 15, 2008<br>Time:  8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

1   This matter comes before the Court on Plaintiff Applera Corporation – Applied Biosystems Group's ("AB") motion seeking leave to file its Second Amended Complaint and to modify the scheduling order accordingly. Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED THAT AB's motion is GRANTED. AB is hereby granted leave to file its Second Amended Complaint and the scheduling order shall be modified accordingly to permit such filing.

IT IS SO ORDERED.


Dated: _____        _____
                                    WILLIAM H. ALSUP
                                    United States District Judge