## Larson, Kimiko E.

**From:** John Labbe [jlabbe@marshallip.com]
**Sent:** Tuesday, March 25, 2008 3:41 PM
**To:** Pai, Eric C.
**Cc:** Wilson, Bryan; Comer, Steven E.; Doyle, David C.; Kramer, Brian M.; Kevin Flowers
**Subject:** RE: proposed Second Amended Complaint

Eric,

The deadline for AB to seek leave to amend the Complaint passed months ago. See Docket No. 32 (Case Management Order) at 1, para. 2 ("Leave to add any new parties or pleading amendments must be sought by October 25, 2007."). Consequently, Defendants cannot stipulate to the filing of AB's proposed Second Amended Complaint.

Regards,

John

John R. Labbe
Marshall, Gerstein & Borun LLP
233 S. Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
Main: (312) 474-6300
Direct: (312) 423-3453
Fax: (312) 474-0448
http://www.marshallip.com


-----Original Message-----
**From:** Pai, Eric C. [mailto:EPai@mofo.com]
**Sent:** Tuesday, March 25, 2008 5:02 PM
**To:** John Labbe
**Cc:** Wilson, Bryan; Comer, Steven E.; Doyle, David C.; Kramer, Brian M.; Kevin Flowers
**Subject:** FW: proposed Second Amended Complaint

> John,
>
> Following up on Bryan's email from last week, can you please let us know if Defendants will stipulate to the filing of AB's Second Amended Complaint?
>
> Thanks,
> Eric
>
> _____
> **From:** Wilson, Bryan
> **Sent:** Tuesday, March 18, 2008 1:37 PM
> **To:** John Labbe; Kevin M. Flowers PhD. (kflowers@marshallip.com)
> **Cc:** Doyle, David C.; Pai, Eric C.; Comer, Steven E.; Kurtis D MacFerrin

**Subject:**     proposed Second Amended Complaint

Attached is a draft Second Amended Complaint, and a blackline against the First Amended Complaint. The only substantive amendments are the addition of damages allegations against Dr. Macevicz per our previous correspondence, and the addition of the inequitable conduct allegations that were in AB's initial contentions. Please let us know if Illumina and Dr. Macevicz will stipulate to its filing.

<<Second Amended Complaint - 2.DOC>> <<WSComparison_PALO ALTO-#1202429-v3-1st_Amended_Complaint-PALO ALTO-#1241932-v2-Second_Amended_Complaint - 1.DOC>>

Bryan J. Wilson
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
Phone:  (650) 813-5603
Direct Fax:  (650) 251-3907
Office Fax:  (650) 494-0792

============================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
============================================================================

The material in this transmission contains confidential information intended only for the addressee. If you are not the addressee, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun by telephone (312) 474-6300. Thank you.

**************************************************************************