**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 3, 2008

Case No.  C 07-02845 WHA

Title: APPLERA CORP v. ILLUMINA, INC

Plaintiff's Attorneys: David Doyle; Bryan Wilson

Defense Attorneys: Thomas Ross; John Labbe

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Motion to Bifurcate - Submitted

2)

**ORDERED AFTER HEARING:**

Plaintiff and defendant's client representatives Adam Tschop and Chris Cabou were present.

Court directed the parties and their clients to meet and confer in the jury room the rest of today regarding the discovery dispute.  Parties shall provide the Court with a list of the agreed upon and disputed issues before leaving today.  Parties shall return at 8am on 4/10/08 to resolve the disputed issues.  Any unresolved issues will be waived.

Defense attorney Kevin Flowers will not be allowed to be lead counsel due to his failure to appear.