**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 10, 2008

Case No.  C 07-02845 WHA

Title: APPLERA CORP v. ILLUMINA, INC

Plaintiff's Attorneys: David Doyle; Bryan Wilson

Defense Attorneys: Thomas Ross; John Labbe

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini (appearances only)

**PROCEEDINGS**

1)   Discovery Dispute - Held

2)

**ORDERED AFTER HEARING:**

Plaintiff and defendant's client representatives Adam Tschop and Chris Cabou were present.

Parties and their clients continued their meet and confer in the jury room. Parties were able to provide the Court with a list of the resolved discovery issues.