APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Case No. C07-02845 WHA

April 10, 2008

I. Global Agreements re Discovery
   A. Licenses
      – The parties agree to only produce final, written agreements.
   B. Requests that use the phrase "Relate or refer to"
      – the parties agree to only produce documents that "refer to"

II. Other Agreements Between the Parties
   A. Damages
      ① Defendants hereby agree not to pursue damages under a Lost Profits theory.

   B. Schedule
      ① To resolve a conflict regarding the date to file dispositive motions the parties hereby agree
         a) there will be no reply expert reports
         b) Expert Discovery closes June 27, 2008
         c) Dispositive Motions must be filed by July 17, 2008
      ② This proposal is subject to Court approval.

①

CASE NO. C07-02845 WHA

April 10, 2008

I. Resolution of Outstanding Issues Related to Plaintiff Discovery from April 3, 2008 meeting

A. Inspection of Plaintiff's SOLiD System
   (1) Plaintiff agrees to provide, ~~instead~~ to the extent feasible, for inspection per the request below:

Defendants request an inspection of representative SOLiD systems that perform the "one-base" and "two base" encoding methods. Defendants request that AB provide a competent operator of each system to operate and perform sequencing cycles using the systems. Defendants wish observe the operation of multiple cycles, view the data collected at the end of each cycle, and review the systems' analysis of that data. Defendants further request that AB provide Defendants at the inspection with a set of all of the materials that AB sells (or provides free of charge) along with the actual sequencing machine, including but not limited to the probes used in the SOLiD system, all other reagents used, and a complete set of documentation provided to AB's customers of the SOLiD system (e.g., User Manual, Training Manual, any other documents included in the shipment to a customer.)

be produced

B. Documents regarding operation of the SOLiD System
   (1) ~~Refer~~ This issue is resolved based on Plaintiff's current and pending production. In particular, AB intends to produce operating software for the "one-base" system, if it exists. Plaintiff agrees to produce documents sufficient to show operation of the SOLiD systems (see Defendants' RFP #9).

(2)

CASE NO. C07-02845 WHA

<u>April 10, 2008</u>

I. Resolution of Outstanding Issues Related to Defendants' Discovery from April 3, 2008 Meeting

A. <u>Privilege Logs</u>
- Defendants' will produce by April 17, 2008 documents identified as Cooley 11-94
- Defendants' will produce MAC 1453, MAC 1456-59 and MAC 1473-74 on April 10, 2008 by 3:00 pm Pacific in a redacted form, redacting only communications between Macevicz and Basil F. that were not shared with a third party

B. <u>Plaintiffs' Requests 20, 22, 23 and 24</u>
- Defendants' will produce Documents that contain at least one of the following terms:
  1. Sam Eletr
  2. Spectragen
  3. Sydney Brenner
  4. Stock Options
  5. DNA Sequencing
  6. Applied Biosystems
- In regard to Request #22, Defendants' do not need to use Term 6 Applied Biosystems.
- In regard to the term "DNA sequencing," that search will limited to documents between 1992 and March 2005.

③

CASE No. C07-02845 WHA
April 10, 2008

G. John West
- Defendants' will accept service of a subpoena directed to John West.
- ~~The deposition of Mr. West is to occur before May 15, 2008.~~

(4)

CASE NO. C07-02845 WHA

April 10, 2008

I. Agreed to Issues Regarding Defendants' Production to Plaintiff

A. ~~Macevicz~~ Requests to Macevicz

① Request No. 42
   - Defendants' will produce ~~all~~ non-privileged, responsive documents. ~~that are directed to the patent and patent applications and assignment~~

② Request No. 74
   - Defendants' will produce ~~all~~ non-privileged, responsive documents per the global agreement to only produce documents that "refer to" and to strike "relate to" from requests.

③ Requests Nos. 66-68
   - Per the reciprocal agreement between the parties, only responsive, non-privileged final written agreements need to be produced. This also applies to Page 3 #6 of the April 3, 2008 Agreement.

⑤

CASE NO. C07-02845 WHA

April 10, 2008

B. Requests to Illumina & Solexa

① Request Nos. 46 & 102
   - Defendants' agree to produce non-privileged, responsive technical documents ("Documents") that refer to the SOLiD system.

② Request No. 52
   - Defendants' agree to produce Documents prior to March 2005.

③ Requests Nos. 59 & 62
   - Defendants' will produce Documents that refer to the applications listed in the request.

④ Request No. 63
   - Defendants' will produce Documents ~~with the limitation that refer to~~ where Macevicz ~~is the inven~~ is listed as an inventor.

⑤ Request No. 92
   - Defendants' will produce final versions, for all revisions, of manuals, user guides, protocols, etc. that are provided to customers.

⑥

CASE No. C07-02845 WHA

April 10, 2008

⑥ Request No 93-98 & 100
- Defendants' agree to produce Documents in accordance with the requirements set forth in the April 3, 2008 Agreement Page 2 Nos. 3, 4 and 5 with the exception that customer name and address maybe redacted out.
- In regard to Nos. 3, 4 and 5 from the ~~April 3,~~ April 3, 2008, Defendants' may produce this information in summary form.

⑦ Production of ~~Materi~~ Documents from ~~with~~ the requests responded to on Monday April 7, 2008 will be completed by April 28, 2008, but the production will be on a rolling basis.

II. Agreed to Issues Regarding Plaintiffs' Production to Defendants
- Plaintiffs' will produce Email on a rolling basis, with such production ~~ending~~ completed by April 28, 2008.

David C. Doyle for Plaintiff

_____ for Defendants

⑦