BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF REGARDING SCHEDULE FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS** |

Plaintiff Applera Corporation – Applied Biosystems Group ("AB") and Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz (collectively, "Defendants") respectfully request that the Court modify the case schedule to resolve a conflict regarding the date to file dispositive motions.

The Court's April 4, 2008 order denying the parties' cross-motions for summary judgment stated that each side may file only one more summary judgment motion after all fact discovery and expert discovery is closed. (Docket No. 180, at 3.) Under the Court's scheduling order, expert discovery will close on July 4, 2008.[1] (Docket No. 32, ¶ 7.) However, the scheduling order also states that the last date to file dispositive motions shall be June 26, 2008, a date which will pass before the expert discovery cutoff. (Docket No. 32, ¶ 11.)

To resolve this conflict, the parties respectfully request that the Court modify the case schedule as follows:[2]

1. The parties shall not serve reply expert reports.
2. Expert discovery will close on June 27, 2008, which is fourteen calendar days after the deadline for filing opposition expert reports.
3. The last date to file dispositive motions shall be July 17, 2008.

---

[1] Under the scheduling order, opening expert reports are due on May 30, 2008. (Docket No. 32, ¶ 7.) Opposition expert reports are due fourteen calendar days later on June 13. (*Id.*) Reply expert reports are due seven calendar days later on June 20. (*Id.*) Expert discovery closes fourteen calendar days later on July 4. (*Id.*)

[2] The proposed schedule tracks the one that the parties agreed to present to the Court in their handwritten stipulation from the April 10 discovery conference. (Docket No. 188, at 1.)

JOINT MAR REGARDING SCHEDULE FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS       1
Case No. 07-CV-02845 WHA
pa-1248609

1  Dated: April 18, 2008                          MORRISON & FOERSTER LLP

2

3                                                 By:   /s/ Eric C. Pai
                                                        Eric C. Pai
4
                                                  Attorneys for Plaintiff
5                                                 APPLERA CORPORATION –
                                                  APPLIED BIOSYSTEMS GROUP
6

7

8
   Dated: April 18, 2008                          MARSHALL, GERSTEIN & BORUN LLP
9

10

11                                                By:   /s/ John R. Labbé
                                                        John R. Labbé
12
                                                  Attorneys for Defendants
13                                                ILLUMINA, INC., SOLEXA, INC.,
                                                  and STEPHEN C. MACEVICZ
14

15       I, ERIC C. PAI, am the ECF User whose ID and password are being used to file this

16  JOINT MOTION FOR ADMINISTRATIVE RELIEF REGARDING SCHEDULE FOR

17  EXPERT DISCOVERY AND DISPOSITIVE MOTIONS.  In compliance with General Order 45,

18  X.B., I hereby attest that John R. Labbé has concurred in this filing.

19  Dated: April 18, 2008                          MORRISON & FOERSTER LLP

20

21                                                By:   /s/ Eric C. Pai
                                                        Eric C. Pai
22
                                                  Attorneys for Plaintiff
23                                                APPLERA CORPORATION –
                                                  APPLIED BIOSYSTEMS GROUP
24

25

26

27

28

JOINT MAR REGARDING SCHEDULE FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS                    2
Case No.  07-CV-02845 WHA
pa-1248609