BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.     07-CV-02845 WHA<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF REGARDING SCHEDULE FOR EXPERT DISCOVERY AND DISPOSITIVE MOTIONS** |

1      This matter comes before the Court on the parties' joint motion for administrative relief

2  regarding the schedule for expert discovery and dispositive motions.  Having considered the

3  arguments and evidence submitted and for good cause appearing:

4      IT IS HEREBY ORDERED THAT the parties' administrative motion is GRANTED.

5  Specifically, the case scheduling order (Docket No. 32) shall be modified as follows:

6      1.  The parties shall not serve reply expert reports.

7      2.  Expert discovery will close on June 27, 2008, which is fourteen calendar days after

8          the deadline for filing opposition expert reports.

9      3.  The last date to file dispositive motions shall be July 17, 2008.

10     IT IS SO ORDERED.

11

12

13     Dated: _____        _____
                                              WILLIAM H. ALSUP
14                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28