1  BRYAN WILSON (CA SBN 138842)
   ERIC C. PAI (CA SBN 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17 APPLERA CORPORATION – APPLIED            Case No.    07-CV-02845 WHA
   BIOSYSTEMS GROUP, a Delaware corporation,
18                                          [PROPOSED] ORDER GRANTING
       Plaintiff,                           JOINT MOTION FOR
19                                          ADMINISTRATIVE RELIEF
       v.                                   REGARDING SCHEDULE FOR
20                                          EXPERT DISCOVERY AND
   ILLUMINA, INC., a Delaware corporation,  DISPOSITIVE MOTIONS
21 SOLEXA, INC., a Delaware corporation, and
   STEPHEN C. MACEVICZ, an individual,
22
       Defendants.
23

24

25

26

27

28

1    This matter comes before the Court on the parties' joint motion for administrative relief

2    regarding the schedule for expert discovery and dispositive motions.  Having considered the

3    arguments and evidence submitted and for good cause appearing:

4    IT IS HEREBY ORDERED THAT the parties' administrative motion is GRANTED.

5    Specifically, the case scheduling order (Docket No. 32) shall be modified as follows:

6        1. The parties shall not serve reply expert reports.

7        2. Expert discovery will close on June 27, 2008, which is fourteen calendar days after

8           the deadline for filing opposition expert reports.

9        3. The last date to file dispositive motions shall be July 17, 2008.

10   IT IS SO ORDERED.

11

12
     Dated: ___April 21, 2008.___

13                                                    _____
                                                     WILLIAM H. ALSUP
14                                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT MAR RE SCHED FOR EXPERT DISCOVERY AND DISPOSITIVE MTNS     1
Case No.  07-CV-02845 WHA
pa-1248919