1   THOMAS I. ROSS (admitted *pro hac vice*)
    KEVIN M. FLOWERS (admitted *pro hac vice*)
2   JEFFREY H. DEAN (admitted *pro hac vice*)
    JOHN R. LABBE (admitted *pro hac vice*)
3   CULLEN N. PENDLETON (admitted *pro hac vice*)
    MARSHALL, GERSTEIN & BORUN LLP
4   6300 Sears Tower
    233 South Wacker Drive
5   Chicago, Illinois 60606-6357
    (312) 474-6300 (telephone)
6   (312) 474-0448 (facsimile)
    E-Mail: tross@marshallip.com
7   E-Mail: kflowers@marshallip.com
    E-Mail: jdean@marshallip.com
8   E-Mail: jlabbe@marshallip.com
    E-Mail: cpendleton@marshallip.com
9
    Counsel for Defendants
10  ILLUMINA, INC., SOLEXA, INC.,
    and STEPHEN C. MACEVICZ
11

12

13                  **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15                  **SAN FRANCISCO DIVISION**

16

17  APPLERA CORPORATION—APPLIED          )   Case No. 07-CV-02845 WHA
    BIOSYSTEMS GROUP, a Delaware          )
18  corporation,                          )   District Judge William H. Alsup
                                          )
19          Plaintiff/counterdefendant,   )   **DECLARATION OF JOHN R. LABBE**
                                          )   **IN SUPPORT OF DEFENDANTS'**
20      - vs. -                           )   **OPPOSITION TO PLAINTIFF'S**
                                          )   **MOTION SEEKING LEAVE TO**
21  ILLUMINA, INC., a Delaware corporation, )  **FILE SECOND AMENDED**
    SOLEXA, INC., a Delaware corporation,  )  **COMPLAINT AND TO MODIFY**
22  and STEPHEN C. MACEVICZ, an           )   **SCHEDULING ORDER**
    individual,                           )
23                                        )
            Defendants/counterclaimants.  )   Date: May 15, 2008
24                                        )   Time: 8:00 a.m.
                                              Place: Courtroom 9, 19th Floor
25

26

27

28

1    I, John R. Labbé, declare:

2    1.    I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record

3    for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted *pro*

4    *hac vice* to practice before this Court in this case.

5    2.    I make this declaration in support of Defendants' Opposition to Plaintiff's

6    Motion Seeking Leave to File Second Amended Complaint and to Modify Scheduling Or-

7    der.

8    3.    The statements in this declaration are true and correct.  If called as a wit-

9    ness, I could and would testify thereto under oath.

10    4.    Exhibit A hereto is a true and correct copy of a Release agreement by and

11    between Dr. Stephen C. Macevicz, Applera Corporation – Applied Biosystems Division,

12    and Solexa, Inc., which has been previously filed in this case at Docket No. 72-2.

13    5.    Exhibit B hereto is a true and correct copy of a letter dated December 17,

14    2007 from Bryan Wilson to Kevin Flowers and Basil Fthenakis, which has been previ-

15    ously filed in this case at Docket No. 72-7.

16    6.    Exhibit C hereto is a true and correct copy of facsimile and draft agreement

17    that Plaintiff used as Exhibit 11 during the deposition of Kathy San Roman on November

18    8, 2007, as indicated on the bottom of the first page.

19    7.    Exhibit D hereto is a true and correct copy of an Indemnity Agreement that

20    Plaintiff used as Exhibit 16 during the deposition of Kathy San Roman on November 8,

21    2007, as indicated on the top of the first page.

22    I declare under penalty of perjury that the foregoing is true and correct.

23    DATED:  April 24, 2008            /s/ John R. Labbé
                                        John R. Labbé
24

25

26

27

28

DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION SEEKING
LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO MODIFY SCHEDULING ORDER; CASE NO: 07-CV-02845 WHA

-1-