Clerk's Use Only

Initial for fee pd.:
_____

Type name, address, phone number of applicant here
Mark H. Izraelewicz
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Dr., Chicago, IL 60606
312-474-6300; 312-474-0448 (fax)

**FILED**

08 APR 28 PM 1: 21

UNITED STATES DISTRICT COURT
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION - APPLIED
BIOSYSTEMS GROUP,

                    Plaintiff(s),

            v.

ILLUMINA, INC., SOLEXA, INC., AND
STEPHEN C. MACEVICZ

_____ Defendant(s). _____/

CASE NO. 07-CV-02845 WHA

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

FAXED

Pursuant to Civil L.R. 11-3, Mark H. Izraelewicz , an active member in

good standing of the bar of the Supreme Court of Illinois , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing the Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest

   court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local

   Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

   become familiar with the Local Rules and the Alternative Dispute Resolution

   programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who

   maintains an office within the State of California has been designated as co-

   counsel in the above-entitled action. The name, address and telephone number of

   that attorney is:

   Kimberly K. Dodd, Foley & Lardner LLP, One Maritime Plaza, Suite 600, San
   Francisco, CA 94111; 415-434-4484; 415-434-4507 (fax).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2008

Mark H. Izraelewicz