BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**REPLY DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION SEEKING LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO MODIFY SCHEDULING ORDER**<br><br>Date: May 15, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

I, Eric C. Pai, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this reply declaration in support of AB's Motion Seeking Leave to File Second Amended Complaint and to Modify Scheduling Order. I make this declaration based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of a revised version of AB's proposed Second Amended Complaint.

3. Attached hereto as Exhibit 2 is a true and correct copy of a redline comparison between the revised version of AB's proposed Second Amended Complaint and AB's First Amended Complaint.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email from Jay Flatley to Stefanie Valentini, John Murphy, and John Stuelpnagel, dated March 30, 2006, and produced by Defendants Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") with bates numbers ILL024524-ILL024530. Illumina marked this document "Confidential" but has since advised AB that this document need not be filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 1, 2008 in Palo Alto, California.

                                                /s/ Eric C. Pai
                                                Eric C. Pai