```
From: Flatley, Jay
Sent: 3/30/2006 4:57:20 PM (GMT -06:00)
To: Valentini, Stefanie; Murphy, John; Stuelpnagel, John
Subject: FW: Inequitable conduct and or validity concerns?
```

-----

```
From: Kevin McKernan [mailto:Kevin.McKernan@agencourt.com]
Sent: Thursday, March 30, 2006 2:54 PM
To: Flatley, Jay
Cc: Brian McKernan
Subject: Inequitable conduct and or validity concerns?
```

Jay- of particular interest in the case of the Macevicz patents- He is the attorney of the below series of patents from Spectragen.

These patents predate the filing date of his patents yet he fails to reference them. It is hard to argue he didn t know about them when he wrote them. The title of the patent alone suggests these should be considered relevant art. This makes us question the validity of the estate. We believe gives us a  donut  patent around the concept as we have carpet bombed the concept of doing this with 2bp encoded probes and are optimistic of its issuance.

Let me see if I can get our patent filing on the subject matter in your hands. We have not shown this to anyone outside of APG but I think it will help you understand how we have mitigated this risk.

Kevin

-----

United States Patent

5,599,675

Brenner

February 4, 1997

-----

DNA sequencing by stepwise ligation and cleavage

Exhibit 3

CONFIDENTIAL
ILL024524

Abstract

The invention provides a method of nucleic acid sequence analysis based on repeated cycles of ligation to and cleavage of probes at the terminus of a target polynucleotide. At each such cycle one or more terminal nucleotides are identified and one or more nucleotides are removed from the end of the target polynucleotide, such that further cycles of ligation and cleavage can take place. At each cycle the target sequence is shortened by one or more nucleotides until the nucleotide sequence of the target polynucleotide is determined. The method obviates electrophoretic separation of similarly sized DNA fragments and eliminates the difficulties associated with the detection and analysis of spatially overlapping bands of DNA fragments in a gel, or like medium. The invention further obviates the need to generate DNA fragments from long single stranded templates with a DNA polymerase.

-----

Inventors:

Brenner; Sydney (Cambridge, GB2)

Assignee:

Spectragen, Inc. (Hayward, CA)

Appl. No.:

410116

Filed:

March 24, 1995


Current U.S. Class:

435/6; 435/91.1; 435/91.2; 435/91.52; 435/91.53; 536/24.3

Intern'l Class:

C07H 021/04; C12P 019/34; C12Q 001/68

Field of Search:

435/6,91.1,91.2,91.52,91.53 536/24.3 935/77,78

-----

References Cited [Referenced By]

-----

U.S. Patent Documents

Exhibit 3
CONFIDENTIAL                                                                                   ILL024525

4237224

Dec., 1980

Cohen et al.

435/68.

4293652

Oct., 1981

Cohen

435/172.

4321365

Mar., 1982

Wu et al.

536/27.

4683202

Jul., 1987

Mullis

435/91.

4775619

Oct., 1988

Urdea

435/6.

5002867

Mar., 1991

Macevicz

435/6.

5093245

Mar., 1992

Urdea

435/91.

Exhibit 3

CONFIDENTIAL                                                                ILL024526

5102785

Apr., 1992

Livak et al.

435/6.

5114839

May., 1992

Bloker

435/6.

5118605

Jun., 1992

Urdea

435/6.

5126239

Jun., 1992

Livak et al.

435/6.

5202231

Apr., 1993

Drmanac et al.

435/6.

5242794

Sep., 1993

Whiteley et al.

435/6.

5403708

Apr., 1995

Brennan et al.

Exhibit 3

CONFIDENTIAL                                                                                                                         ILL024527

435/6.

5427911

Jun., 1995

Ruano

435/6.

Foreign Patent Documents

0246864B1

Nov., 1987

EP.

0392546A2

Oct., 1990

EP.

0520039B1

Dec., 1992

EP.

2687851

May., 1994

FR.

WO92/15712

Sep., 1992

WO.

WO95/00109

Jul., 1995

Exhibit 3

CONFIDENTIAL                                                                                                    ILL024528

WO.

Other References

Cantor et al., Genomics 13:1378-1383, 1992.
Drmanac et al., J. Biomolecular & Struct. & Dyn. 8(5):1085-1102, 1991.
Khrapko et al., J. DNA Sequencing and Mapping 1:375-388, 1991.
Khrapko et al., Feb. 256, (1,2) 118-122, 1989.
Lysov et al., Doklady Akademii Nauk 555R 303 (6) 1508-1511, 1988 (Translated Version, pp. 436-438).
Southern et al., Genomics 13: 1008-1017, 1992.
Strezoska et al., P.N.A.S. 88:10089-10093, 1991.
Brenner and Livak, "DNA fingerprinting by sampled sequencing," Proc. Natl. Acad. Sci. 86:8902-8906 (1989).
Carrano et al, "A high-resolution, fluorescience-based, semiautomated method for DNA fingerprinting," Genomics, 4:129-136 (1989).
Szybalski et al, "Class-IIS restriction enzymes--a review," Gene, 100:13-26 (1991).
Kim et al, "Cleaving DNA at any predetermined site with adapter-primers and Class-IIS restriction enzymes," Science, 240:504-506 (1988).
Szybalski, "Universal restriction endonucleases: designing novel cleavage specificities by combining adapter oligonucleotide and enzyme moieties," Gene, 40:169-173 (1985).
Barany, "The ligase chain reaction in a PCR world," PCR methods and Applications, 1:5-16 (1991).
Wu and Wallace, "The ligase amplification reaction (LAR)--amplification of specific DNA sequences using sequential rounds of template-dependant ligation," Genomics, 4:560-569 (1989).
McGuigan et al, "DNA fingerprinting by sampled sequencing," Methods in Enzymology, 218:241-258 (1993).
Nelson et al, "Effect of site-specific methylation on restriction endonucleases and DNA modification methyltransferases," Nucleic Acids research, 21:3139-3154 (1993).
Roberts and Macelis, "REBASE--restriction enzymes and methylases," Nucleic Acids Research, 21:3125-3137 (1993).
Syvanen et al, "A primer-guided nucleotide incorporation assay in the genotyping of apolipoprotein E," Genomics 8:684-692 (1990).
Broude et al, "Enhanced DNA sequencing by hybridization," Proc. Natl. Acad. Sci., 91:3072-3076 (1994).
Hultman et al, "Direct solid phase sequencing of genomic and plasmid DNA using magnetic beads as solid support," Nucleic Acids Research, 17:4937-4946 (1989).
Loakes et al, "5-Niroindole as an universal base analogue," Nucleic Acids Research, 22:4039-4043 (1994).
Nichols et al, "A universal nucleoside for use at ambiguous sites in DNA primers," Nature, 369:492-493 (1994).
Nikiforov et al, "Genetic bit analysis: a solid phase method for typing single nucleotide polymorphisms," Nucleic Acids Research, 22: 4167-4175 (1994).

Exhibit 3

CONFIDENTIAL                                                              ILL024529

Berger, "Expanding the potential of restriction endonucleases: use of hapaxoterminstic enzymes," Anal. Biochem., 222:1-8 (1994).
Unrau et al, "Non-coding amplification of specific DNA fragments from whole genomic DNA digests using DNA `indexers,`" Gene, 145:163-169 (1994).
Syvanen et al, "Convenient and quantitative determination of the frequency of a mutant allele using solid-phase minisequencing application to aspartylglucosaminuria in Finland," Genomics, 12:590-595 (1992).
Wiaderkiewicz et al, "Mismatch and blunt to protruding end joining by DNA ligases," Nucleic Acids Research, 15:7831-7848 (1987).
Tsiapalis et al, "On the fidelity of phage T4-induced polynucleotide ligase in the joining of chemically synthesized deoxyriboligonucleotides," Biochem. Biophys. Res. Comm., 39:631-636 (1970).
Goffin et al, "Nicks 3' or 5' to AP sites or to mispaired bases, and one-nucleotide gaps can be sealed by T4 DNA ligase," Nucleic Acids Research, 15:8755-8771 (1987).


Primary Examiner: Jones; W. Gary
Assistant Examiner: Tran; Paul B.
Attorney, Agent or Firm: Macevicz; Stephen C.

-----

Parent Case Text

-----



This is a continuation-in-part of U.S. patent application Ser. No. 08/222,300 filed 4 Apr. 1994, now abandoned, which is a continuation-in-part of U.S. application Ser. No. 08/280,441 filed 25 Jul. 1994, now U.S. Pat. No. 5,552,278, which applications are incorporated by reference.

Exhibit 3
CONFIDENTIAL                                                                 ILL024530