E-Filing

RECEIVED
08 APR 28 PM 1:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

APPLERA CORPORATION - APPLIED BIOSYSTEMS GROUP,

Plaintiff(s),

v.

ILLUMINA, INC., SOLEXA, INC., AND STEPHEN C. MACEVICZ

Defendant(s).

CASE NO. 07-CV-02845 WHA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

FAXED

Mark H. Izraelewicz , an active member in good standing of the bar of the Supreme Court of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Dr., Chicago, IL 60606
312-474-6300; 312-474-0448 (fax)

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District   Judge Alsup

5-5-08