**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

May 19, 2008

Writer's Direct Contact
650.813.5603
Telefacsimile: 650.251.3907
BWilson@mofo.com

Honorable William H. Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Applera Corporation - Applied Biosystems Group v. Illumina, Inc., et al.*
      Case No. C07 02845 WHA

Dear Judge Alsup:

Shortly after 3:00 p.m. last Friday, May 16, defendant Solexa, Inc. served a deposition notice demanding that a witness be produced for deposition tomorrow in Boston, Massachusetts. I write on behalf of plaintiff Applera Corporation – Applied Biosystems Group ("AB") to request that the Court enter a protective order precluding Solexa from taking the deposition on the grounds Solexa did not provide adequate notice, and there is not enough time before the discovery cutoff (May 30) to allow adequate notice.

The witness Solexa seeks to depose is Kevin McKernan, PhD. Dr. McKernan was listed on AB's Amended Initial Disclosure Statement, pursuant to FRCP 26, on September 28, 2007. Dr. McKernan is one of the founders of Agencourt Personal Genomics, which was purchased by AB last year. Dr. McKernan and his colleagues at Agencourt were the original inventors of the technology that Solexa accuses of infringing the Macevicz patents. Dr. McKernan is well known to Solexa. At the end of 2005 and beginning of 2006, defendant Illumina, Inc. (which now owns Solexa) negotiated with Dr. McKernan about the potential acquisition of his company. Solexa later directed its demand letter regarding the Macevicz patents to Dr. McKernan.

Solexa did not express interest in taking Dr. McKernan's deposition until last Thursday, May 15, after AB informed Solexa that Dr. Gina Costa would be AB's corporate designee at tomorrow's Rule 30(B)(6) deposition. This deposition will cover technical aspects of the accused process. AB designated Dr. Costa in part because Dr. McKernan's wife is due to deliver a baby at any moment. Dr. Costa is an appropriate designee because she is a co-developer of the accused process, and was listed along with Dr. McKernan on AB's initial disclosures. After learning that Dr. Costa would be the 30(b)(6) designee, Solexa asked to take Dr. McKernan's deposition on the same day as the 30(b)(6) deposition. In an apparent

pa-1256346

MORRISON | FOERSTER

Honorable William H. Alsup
May 19, 2008
Page Two


concession to Dr. McKernan's situation and the obvious lack of sufficient notice, Solexa offered to limit the deposition to 90 minutes. AB responded that Dr. McKernan would not be available due to the arrival of his baby at any moment, and the inadequate notice. Solexa then served a deposition notice just after 3:00 p.m. PST on Friday, calling for Dr. McKernan's attendance at a deposition tomorrow.[1] The correspondence on this issue is included in a single email trail, a copy of which accompanies this letter.

Solexa's request is improper because one business day's notice is insufficient for any witness, much less a witness who resides on the other side of the country from where the action is pending, and who has been listed on AB's disclosures since last September. Such short notice is particularly improper in Dr. McKernan's case because his wife is pregnant, and the due date is today.

A further reason that the notice is too short is that the discovery cutoff is May 30, leaving only nine remaining business days in the fact discovery period. At least four other depositions are already scheduled to take place in that nine day period. It is unreasonable for Solexa to demand another deposition in that short period of time, with essentially no notice.

Solexa simply waited too long to notice Dr. McKernan's deposition. Despite the fact that Dr. McKernan is well known to Solexa and was listed on AB's disclosures last September, and despite this Court's repeated exhortations that depositions should be taken sooner rather than later, Solexa waited until the very end of discovery to try to take Dr. McKernan's deposition. AB requests that Solexa not be allowed to take Dr. McKernan's deposition.

Sincerely,


/s/ Bryan Wilson


Bryan Wilson
Counsel for Applera Corporation – Applied Biosystems Group

Attachment

cc:  John Labbé, Marshall Gerstein & Borun

---

[1] Dr. McKernan is not an officer or director of AB, but Illumina has not served a deposition subpoena. Thus a second basis for entry of a protective order is that a deposition notice is not sufficient to compel his attendance at a deposition.

pa-1256346