## Wilson, Bryan

| | |
|---|---|
| **From:** | Comer, Steven E. |
| **Sent:** | Friday, May 16, 2008 3:56 PM |
| **To:** | Wilson, Bryan |
| **Subject:** | FW: Applera Corporation - Applied Biosystems v. Illumina, Inc. - correspondence |
| **Attachments:** | McKernan_Depo_Notice.pdf |

**From:** John Labbe [mailto:jlabbe@marshallip.com]
**Sent:** Friday, May 16, 2008 3:13 PM
**To:** Pai, Eric C.
**Cc:** Doyle, David C.; Comer, Steven E.; Kramer, Brian M.; Tabesh, Dara; Pai, Eric C.; Kurtis D MacFerrin; Kevin Flowers; Thomas Ross; Mark Izraelewicz; Cullen Pendleton
**Subject:** RE: Applera Corporation - Applied Biosystems v. Illumina, Inc. - correspondence

Eric,

I attach the Notice of Deposition of Kevin McKernan. Because we have not been able to reach agreement on a time and place for the deposition, we have noticed the deposition for next Tuesday in Boston, the same day and place we are taking a Rule 30(b)(6) deposition.

Although we will be taking the Rule 30(b)(6) deposition that day, we will need to make additional arrangements to take Dr. McKernan's deposition. Accordingly, please let us know right away if Dr. McKernan will not appear for the deposition, and please file AB's motion for a protective order as soon as possible so we can reach a resolution of this issue.

Regards,

John

The material in this transmission may contain confidential information. If you are not the intended recipient any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun, LLP by Telephone (312) 474-6300. Thank you.

-----Original Message-----
**From:** Pai, Eric C. [mailto:EPai@mofo.com]
**Sent:** Friday, May 16, 2008 2:41 PM
**To:** John Labbe
**Cc:** Thomas Ross; Kevin Flowers; Cullen Pendleton; Wilson, Bryan; Comer, Steven E.; Kramer, Brian M.; Fix, Cynthia D.
**Subject:** RE: Applera Corporation - Applied Biosystems v. Illumina, Inc. - correspondence

John,

AB disclosed Dr. McKernan in its Amended Initial Disclosures over 7 months ago in September 2007. Moreover, as shown by Illumina's own document production, Illumina has known about Dr. McKernan's

exact role for over 2 years due to Illumina's discussions with him in connection with the potential acquisition of Agencourt.  In short, Defendants could have requested and taken his deposition several months ago.

Instead, with only days left in fact discovery and at a time when Dr. McKernan and his wife are expecting a baby at any moment, Defendants have demanded his deposition for the first time yesterday.  Defendants have not even served a draft deposition notice or subpoena.  Under these circumstances, Defendants' demand is simply unreasonable.

Finally, as I advised Defendants in my email yesterday, AB does not yet know which witnesses it will rely upon at trial.  The deadline for pretrial disclosures under Federal Rule of Civil Procedure 26(a)(3) is still months away.  AB will disclose at that time the witnesses it expects to present at trial.

Best regards,
Eric

**From:** John Labbe [mailto:jlabbe@marshallip.com]
**Sent:** Thursday, May 15, 2008 8:16 PM
**To:** Pai, Eric C.
**Cc:** Thomas Ross; Kevin Flowers; Cullen Pendleton; Wilson, Bryan; Comer, Steven E.; Fix, Cynthia D.
**Subject:** RE: Applera Corporation - Applied Biosystems v. Illumina, Inc. - correspondence

Eric,

If AB intends to rely on Dr. McKernan's testimony at trial, then, at the Defendants' request, AB ought to make him available for up to a seven hour deposition in the San Francisco area, where AB is headquartered and chose to file this lawsuit.  In light of the circumstances, the Defendants are willing to limit Dr. McKernan's deposition to just 90 minutes and take it in his hometown.  If AB and Dr. McKernan (an employee of AB, not a third party) are unable to accommodate this request, please confirm that AB will not call Dr. McKernan to testify at trial.

Regards,

John

The material in this transmission may contain confidential information.  If you are not the intended recipient any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun, LLP by Telephone (312) 474-6300.  Thank you.

-----Original Message-----
**From:** Pai, Eric C. [mailto:EPai@mofo.com]
**Sent:** Thursday, May 15, 2008 4:43 PM
**To:** John Labbe
**Cc:** Thomas Ross; Kevin Flowers; Cullen Pendleton; Wilson, Bryan; Comer, Steven E.; Fix, Cynthia D.
**Subject:** RE: Applera Corporation - Applied Biosystems v. Illumina, Inc. - correspondence

John,

I offer my congratulations and best wishes - I didn't know that you'd recently had a baby.

Unfortunately, we expect Dr. McKernan to be unavailable for the remainder of the discovery period. With only 7 business days left after next Tuesday, right as he and his wife are expecting to have a baby, it's simply not feasible for him to do a deposition.

Best regards,
Eric

---

**From:** John Labbe [mailto:jlabbe@marshallip.com]
**Sent:** Thursday, May 15, 2008 12:29 PM
**To:** Pai, Eric C.
**Cc:** Thomas Ross; Kevin Flowers; Cullen Pendleton; Wilson, Bryan; Comer, Steven E.; Fix, Cynthia D.
**Subject:** RE: Applera Corporation - Applied Biosystems v. Illumina, Inc. - correspondence

Eric,

I am sympathetic to the fact that Kevin McKernan's wife is about to have a baby, as my wife and I recently had a baby, as well.

However, we can't tell from your message whether Dr. McKernan is only expected to be unavailable next Tuesday or if you expect him to be unavailable for the remainder of the discovery period.

We are willing to limit Dr. McKernan's deposition to 90 minutes, and would take it, within reason, at a time and place of his choosing. Is he available anytime next week for a short deposition?

Regards,

John

The material in this transmission may contain confidential information. If you are not the intended recipient any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun, LLP by Telephone (312) 474-6300. Thank you.

-----Original Message-----
**From:** Pai, Eric C. [mailto:EPai@mofo.com]
**Sent:** Thursday, May 15, 2008 1:14 PM
**To:** John Labbe
**Cc:** Thomas Ross; Kevin Flowers; Cullen Pendleton; Wilson, Bryan; Comer, Steven E.; Fix, Cynthia D.
**Subject:** RE: Applera Corporation - Applied Biosystems v. Illumina, Inc. - correspondence

John,

Gina Costa will be the designee on topics 5-7 and 10 of Defendants' 30(b)(6) notice.

Kevin McKernan is unavailable because his wife is expected to have a baby at any moment.

Best regards,
Eric

---

**From:** John Labbe [mailto:jlabbe@marshallip.com]
**Sent:** Thursday, May 15, 2008 9:24 AM
**To:** Pai, Eric C.
**Cc:** Thomas Ross; Kevin Flowers; Cullen Pendleton; Wilson, Bryan; Comer, Steven E.; Fix, Cynthia D.
**Subject:** RE: Applera Corporation - Applied Biosystems v. Illumina, Inc. - correspondence

Eric,

Regarding Solexa's 30(b)(6) deposition of AB, when we spoke yesterday, you did not know for certain whom AB intended to designate for deposition next Tuesday on topics 5-7 and 10.

If AB is not designating Kevin McKernan for the 30(b)(6) deposition, then we would like to depose him under Rule 30(b)(1). Is Dr. McKernan available for deposition at 1:00 pm next Tuesday or immediately following the 30(b)(6) deposition?

Regards,

John


John R. Labbe
Marshall, Gerstein & Borun LLP
233 S. Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
Main: (312) 474-6300
Direct: (312) 474-9575
Fax:  (312) 474-0448
http://www.marshallip.com

The material in this transmission may contain confidential information.  If you are not the intended recipient any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun, LLP by Telephone (312) 474-6300. Thank you.


-----Original Message-----
**From:** Fix, Cynthia D. [mailto:CFix@mofo.com]
**Sent:** Wednesday, May 14, 2008 3:36 PM
**To:** John Labbe
**Cc:** Thomas Ross; Kevin Flowers; Wilson, Bryan; Comer, Steven E.; Pai, Eric C.
**Subject:** Applera Corporation - Applied Biosystems v. Illumina, Inc. - correspondence

Please see the attached correspondence from Eric Pai regarding 30(b)(6) deposition scheduling.  Hard copy is following by U.S. Mail.

<<20080514 MoFo to MGB re 30b6 dep sched.pdf>>

Cynthia D. Fix
Legal Secretary
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
ph: (650) 813-5843
fax: (650) 494-0792  desktop fax: (650) 251-3762
email: cfix@mofo.com

============================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

============================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
============================================================

KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No. 07-CV-02845 WHA |
| | District Judge William H. Alsup |
| Plaintiff, | **NOTICE OF DEPOSITION OF KEVIN MCKERNAN** |
| - vs. - | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| Defendants. | |

NOTICE OF DEPOSITION OF KEVIN MCKERNAN; CASE NO: 07-CV-02845 WHA

1 | **To:   Plaintiff Applera Corporation – Applied Biosystems Group and its counsel of record**

PLEASE TAKE NOTICE that on May 20, 2008, commencing at 1:00 P.M., at the offices of Foley & Lardner LLP, 111 Huntington Avenue, Boston, Massachusetts,[1] Defendant Solexa, Inc. will take the deposition by oral examination of Kevin McKernan. The deposition will be taken before a person authorized to administer oaths and will continue from day to day until completed. The deposition will be video and audio taped and recorded stenographically. You are invited to attend and participate as permitted under the Federal Rules of Civil Procedure.

Dated: May 16, 2008

Respectfully submitted,

*/s/ John Labbe/*

KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

*Attorneys for Defendants*

---

[1] On May 15, 2008, Counsel for Solexa requested that Counsel for Plaintiff provide available times and locations for a 90-minute deposition of Dr. McKernan. Counsel have not yet been able to agree on a time and place when Dr. McKernan would be available for deposition. Accordingly, Solexa is noticing this deposition on the same day and at the same location as an already-scheduled Rule 30(b)(6) deposition of Plaintiff.

**NOTICE OF DEPOSITION OF KEVIN MCKERNAN; CASE NO: 07-CV-02845 WHA**

# PROOF OF SERVICE

I am an attorney, and on May 16, 2008, I caused the

## NOTICE OF DEPOSITION OF KEVIN MCKERNAN

to be served via electronic mail by electronically mailing a true and correct copy through Marshall, Gerstein & Borun LLP's electronic mail system to the e-mail addresses set forth below, and via First Class U.S. Mail, postage prepaid, deposited at 233 South Wacker Drive, Chicago, Illinois upon:

| | |
|---|---|
| BRYAN WILSON<br>DARA TABESH<br>ERIC C. PAI<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>E-Mail: BWilson@mofo.com<br>E-Mail: DTabesh@mofo.com<br>E-Mail: EPai@mofo.com | DAVID C. DOYLE<br>STEVEN E. COMER<br>BRIAN M. KRAMER<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130-2040<br>E-Mail: DDoyle@mofo.com<br>E-Mail: SComer@mofo.com<br>E-Mail: BMKramer@mofo.com |

KURTIS MacFERRIN
APPLERA CORPORATION –
  APPLIED BIOSYSTEMS GROUP
850 Lincoln Centre Drive
Foster City, CA 94404
E-Mail: Kurtis.MacFerrin@appliedbiosystems.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Chicago, Illinois, this 16th day of May, 2008.

_John R. Labbé_ (signature)

John R. Labbé