# ATTACHMENT A

**MARSHALL, GERSTEIN & BORUN LLP**

— ATTORNEYS AT LAW —

John R. Labbé
(312) 423-3453
jlabbe@marshallip.com

January 22, 2008

<u>Via Electronic Mail and U.S. Mail</u>

Bryan Wilson
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
BWilson@mofo.com

    Re:    *Applera Corporation – Applied Biosystems Group v. Illumina, Inc., et al.,*
            Case No. 07-CV-02845 WHA

Bryan:

    This is in response to your letters of January 16 and January 18. Illumina intends to take the depositions of Mike Hunkapillar and Paul Grossman. AB's Amended Initial Disclosure Statement indicates that Morrison & Foerster is representing these two former AB employees. Please confirm that you will accept service of deposition subpoenas and/or subpoenas *duces tecum* on behalf of these two witnesses as well as any other witnesses identified as "c/o Morrison & Foerster" in AB's Amended Initial Disclosure Statement. We are generally available to take these two depositions on any two consecutive days in February. Please provide available dates for these two witnesses.

    Illumina intends to take the deposition of Vincent Powers. We are considering your proposal that AB and Illumina split the fees for an attorney to represent Mr. Powers in connection with his deposition. We will follow-up with you about this matter shortly.

    Illumina also intends to take at least one Fed. R. Civ. P. 30(b)(6) deposition of AB. We will provide you with a draft 30(b)(6) deposition notice so that you can identify the appropriate witness or witnesses and schedule a date for that deposition.

MARSHALL, GERSTEIN & BORUN LLP

Bryan Wilson
January 22, 2008
Page 2

    Finally, as you know, AB disclosed a lengthy list of witnesses in its Amended Initial Disclosure Statement. Please identify which of these witnesses AB reasonably expects to call to testify at trial, and we can then work to schedule the depositions of those witnesses.

                                            Sincerely,

                                            John R. Labbé

cc: Kevin Flowers

# ATTACHMENT B

## John Labbe

**From:** Pai, Eric C. [EPai@mofo.com]
**Sent:** Thursday, May 15, 2008 9:44 PM
**To:** John Labbe
**Cc:** Wilson, Bryan; Doyle, David C.; Thomas Ross; Kevin Flowers; Mark Izraelewicz; Cullen Pendleton
**Subject:** RE: AB v. Illumina

John,

AB does not yet know which witnesses it expects to present at trial. AB will disclose this information at the time required by Federal Rule of Civil Procedure 26(a)(3).

Best regards,
Eric

---

**From:** John Labbe [mailto:jlabbe@marshallip.com]
**Sent:** Wednesday, May 14, 2008 5:18 PM
**To:** Pai, Eric C.
**Cc:** Wilson, Bryan; Doyle, David C.; Thomas Ross; Kevin Flowers; Mark Izraelewicz; Cullen Pendleton
**Subject:** AB v. Illumina

Eric,

Does AB reasonably expect to call any witnesses to testify at trial whom the Defendants have not yet deposed and whom AB is not designating to testify in response to Solexa's outstanding Rule 30(b)(6) notice? As you know, AB disclosed a lengthy list of witnesses in its Amended Initial Disclosure Statement. In my letter to Bryan Wilson on January 22, I requested that AB identify which of these witnesses AB reasonably expects to call to testify at trial so that we could schedule depositions of those witnesses. We have not received a response to this request.

Because the Defendants cannot reasonably depose everyone listed in AB's Amended Initial Disclosure Statement (and to do so would exceed the deposition limit), please provide this information so that we can determine whether the Defendants need to pursue any additional depositions before the close of the discovery period.

Please let me know if you have any questions.

Regards,

John


John R. Labbe
Marshall, Gerstein & Borun LLP
233 S. Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
Main: (312) 474-6300
Direct: (312) 474-9575
Fax: (312) 474-0448


5/19/2008

http://www.marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun, LLP by Telephone (312) 474-6300. Thank you.

The material in this transmission contains confidential information intended only for the addressee. If you are not the addressee, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun by telephone (312) 474-6300. Thank you .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

============================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
============================================================================