1  BRYAN WILSON (CA SBN 138842)
   ERIC C. PAI (CA SBN 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.   C07 02845 WHA |
   |---|---|
18 | | **APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENT UNDER SEAL** |
   | Plaintiff, | |
19 | v. | |
20 | | |
   | ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | Date:   August 21, 2008 |
21 | | Time:   8:00 a.m. |
   | | Place:  Courtroom 9, 19th Floor |
22 | | Judge:  William H. Alsup |
   | Defendants. | |
23

24

25

26

27

28

AB'S MAR TO FILE DOCUMENT UNDER SEAL
CASE NO. 07-CV-02845 WHA
pa-1269591

1   Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 7-11 and 79-5,
2  Plaintiff Applera Corporation – Applied Biosystems Group ("AB") hereby requests permission to
3  file under seal the source code for AB's SOLiD$^{TM}$ System.  AB's request is based upon this
4  motion, the Declaration of Steven E. Comer in Support of AB's Motion for Summary Judgment
5  of Noninfringement ("Comer Declaration"), the Declaration of Eric C. Pai in Support of AB's
6  Motion for Administrative Relief to File Document Under Seal ("Pai Decl."), and the [Proposed]
7  Order Granting AB's Motion for Administrative Relief to File Document Under Seal filed
8  herewith.
9   Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document
10  may be obtained when it is established that the document in question contains information that is
11  privileged, protectable as a trade secret, or otherwise entitled to protection under the law.  AB
12  further recognizes that the Ninth Circuit has held that a "compelling reason," a higher standard
13  than good cause, is required to seal documents used in dispositive motions.  *Kamakana v.*
14  *Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  In light of this standard, AB has limited this
15  motion to a single document that it seeks to file under seal – the source code for the accused
16  product, which is a highly confidential and sensitive trade secret.
17   Exhibit P to the Comer Declaration is a CD containing native files of the source code for
18  the SOLiD System.  (Pai Decl. ¶ 2.)  These files are the raw lines of code that, when compiled
19  and converted into executable format, become the software that controls and determines the
20  operation of the SOLiD System.  AB has included this source code as an exhibit with its motion
21  for summary judgment because an analysis of the source code is necessary to determine correctly
22  whether the SOLiD system infringes the patents-in-suit.  The source code and the specific
23  implementations and algorithms therein are highly confidential and sensitive trade secrets of AB.
24  (*Id.* ¶ 3.)  AB treats the source code accordingly and takes careful measures to ensure that it is not
25  disclosed to the public.  (*Id.*)  AB would suffer substantial harm if the source code were disclosed
26  to the public or AB's competitors.  (*Id.*)  Accordingly, AB believes this to be a compelling reason
27  for filing the source code under seal, but if the Court should deny AB's request, AB would
28

AB'S MAR TO FILE DOCUMENT UNDER SEAL
CASE NO. 07-CV-02845 WHA
pa-1269591

1

1  respectfully request that the Court allow AB to retrieve it pursuant to Civil Local Rule 79-5(e) so
2  that it does not become part of the public record.
3     AB has discussed this motion with counsel for Illumina.  Illumina does not object to AB
4  filing its confidential source code under seal and will not file an opposition to this motion.
5     For the reasons stated above, AB respectfully requests that the Court grant its Motion for
6  Administrative Relief to File Document Under Seal.

Dated: July 17, 2008                    MORRISON & FOERSTER LLP


                                        By:   /s/ Steven E. Comer
                                              Steven E. Comer

                                        Attorneys for Plaintiff
                                        APPLERA CORPORATION -
                                        APPLIED BIOSYSTEMS GROUP