1   BRYAN WILSON (CA SBN 138842)
    ERIC C. PAI (CA SBN 247604)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    E-Mail: BWilson@mofo.com; EPai@mofo.com
5

6   DAVID C. DOYLE (CA SBN 70690)
    STEVEN E. COMER (CA SBN 154384)
    BRIAN M. KRAMER (CA SBN 212107)
7   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
8   San Diego, California  92130-2040
    Telephone: 858.720.5100
9   Facsimile: 858.720.5125
    E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10   BMKramer@mofo.com

11   Attorneys for Plaintiff
    APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17   APPLERA CORPORATION – APPLIED      Case No.    C07 02845 WHA
    BIOSYSTEMS GROUP, a Delaware corporation,
18                                **[PROPOSED] ORDER**
                                  **GRANTING APPLERA**
19           Plaintiff,                **CORPORATION – APPLIED**
                                **BIOSYSTEMS GROUP'S**
20       v.                     **MOTION FOR**
                                **ADMINISTRATIVE RELIEF TO**
21   ILLUMINA, INC., a Delaware corporation,    **FILE DOCUMENT UNDER SEAL**
    SOLEXA, INC., a Delaware corporation, and
    STEPHEN C. MACEVICZ, an individual,
22                                Date:    August 21, 2008
             Defendants.           Time:    8:00 a.m.
23                                  Place:   Courtroom 9, 19th Floor
                                  Judge:   William H. Alsup
24

25

26

27

28

1    This matter comes before the Court on Plaintiff Applera Corporation – Applied

2    Biosystems Group's ("AB") Motion for Administrative Relief to File Document Under Seal.

3    Having considered the arguments and evidence submitted and for good cause appearing:

4        IT IS HEREBY ORDERED THAT AB's administrative request is GRANTED.

5    Specifically, Exhibit P to the Declaration of Steven E. Comer in Support of AB's Motion for

6    Summary Judgment of Noninfringement, consisting of the source code for the SOLiD$^{TM}$ System,

7    shall be filed under seal.

8        IT IS SO ORDERED.

9

10   Dated: _____          _____

11                                                    WILLIAM H. ALSUP
                                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING AB'S MAR TO FILE DOCUMENT UNDER SEAL
CASE NO. 07-CV-02845 WHA
sd-433638

1