1  BRYAN WILSON (CA SBN 138842)
   ERIC C. PAI (CA SBN 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.   C07 02845 WHA |
|---|---|
| Plaintiff, | **DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| Defendants. | Date:   August 21, 2008<br>Time:   8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Judge:  William H. Alsup |

DECL OF ERIC C. PAI ISO AB'S MAR TO FILE DOCUMENT UNDER SEAL
CASE NO. 07-CV-02845 WHA
pa-1270129

I, Eric C. Pai, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of AB's Motion for Administrative Relief to File Document Under Seal.

2. Exhibit P to the Comer Declaration is a true and correct copy of a CD containing native files of the source code for the SOLiD™ System, produced by AB with Bates number AB00006439.

3. The source code for the SOLiD System and the specific implementations and algorithms therein are highly confidential and sensitive trade secrets of AB's. AB treats the source code accordingly and takes careful measures to ensure that it is not disclosed to the public. AB would suffer substantial harm if the source code were disclosed to the public or AB's competitors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 17, 2008, in Palo Alto, California.

/s/ Eric C. Pai
Eric C. Pai

I, Steven E. Comer, am the ECF User whose ID and password are being used to file this DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENT UNDER SEAL. In compliance with General Order 45, X.B., I hereby attest that Eric C. Pai has concurred in this filing.

Dated: July 17, 2008                /s/ Steven E. Comer
Steven E. Comer

DECL OF ERIC C. PAI ISO AB'S MAR TO FILE DOCUMENT UNDER SEAL
CASE NO. 07-CV-02845 WHA
pa-1270129

1