1   BRYAN WILSON (CA BAR NO. 138842)
    ERIC C. PAI (CA BAR NO. 247604)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    E-Mail: BWilson@mofo.com; EPai@mofo.com
5
    DAVID C. DOYLE (CA SBN 70690)
6   STEVEN E. COMER (CA SBN 154384)
    BRIAN M. KRAMER (CA SBN 212107)
7   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
8   San Diego, California  92130-2040
    Telephone: 858.720.5100
9   Facsimile: 858.720.5125
    E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10  BMKramer@mofo.com

11  Attorneys for Plaintiff
    APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.    C07 02845 WHA |
| 18  Plaintiff, | **CERTIFICATE OF SERVICE** |
| 19  v. | Date:   August 21, 2008 Time:   8:00 a.m. |
| 20  ILLUMINA, INC., a Delaware corporation, | Place:  Courtroom 9, 19th Floor Judge: William H. Alsup |
| 21  SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| 22  Defendants. | |

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. C07 02845-WHA
pa-1270313

1

1        I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304.  I am not a party to the within cause, and I

2    am over the age of eighteen years.

3        I further declare that on the date hereof, I served a copy of:

4                **SEALED EXHIBIT P TO THE DECLARATION OF STEVEN E. COMER IN SUPPORT OF APPLERA CORPORATION-**

5                **APPLIED BIOSYSTEMS GROUP'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

6

7    ☐    **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from

8    Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list.  The

9    transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine.

10

11    I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's

12    business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for

13    transmission.

14    ☐    **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as

15    follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California  94304-1018 in accordance with Morrison & Foerster LLP's

16    ordinary business practices.

17    I am readily familiar with Morrison & Foerster LLP's practice for collection and

18    processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the

19    document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP

20    with postage thereon fully prepaid for collection and mailing.

21    X    **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true

22    copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto,

23    California  94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

24

25    I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary

26    course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or

27    delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

28

CERTIFICATE OF SERVICE

pa-1270313

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule  5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

☐ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy  through Morrison & Foerster LLP's electronic mail system to the e-mail address(s) set  forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).


**COUNSEL FOR ILLUMINA INC., SOLEXA INC. and STEVEN C. MACEVICZ:**
GREGORY E. STANTON
KEVIN M. FLOWERS
THOMAS I. ROSS
JEFFREY H. DEAN
JOHN R. LABBE
CULLEN N. PENDELTON
MARK IZRAELEWICZ
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL  60606-6357
Fax: (312) 474-0448
Email: gstanton@marshallip.com
        kflowers@marshallip.com
        tross@marshallip.com
        jdean@marshallip.com
        jlabbe@marshallip.com
        cpendleton@marshallip.com
        mizraelewicz@marshallip.com

|  | |
|---|---|
| _____ | Fax |
| _____ | U.S. Mail |
| X _____ | Overnight |
| _____ | Personal |
| _____ | Electronic |

CERTIFICATE OF SERVICE

pa-1270313

1

**COUNSEL FOR ILLUMINA INC. AND**

_____ Fax

**SOLEXA INC.:**

_____ U.S. Mail

2

GEORGE BEST

X_____ Overnight

KIMBERLY K. DODD

_____ Personal

3

FOLEY & LARDNER LLP

_____ Electronic

4

975 Page Mill Road

Palo Alto, CA 94304-1125

5

Fax: (650) 856-3700

Email: gbest@foley.com

6

kdodd@foley.com

7

8

I declare under penalty of perjury that the foregoing is true and correct.

9

Executed at Palo Alto, California, this 17th day of July, 2008.

10

11

12

13

Cynthia D. Fix                          _____

(typed)                                          (signature)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

3

pa-1270313