KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARK H. IZRAELEWICZ (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com
E-Mail: mizraelewicz@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants/Counterclaimants. | Case No. 07-CV-02845 WHA<br><br>Honorable William H. Alsup<br><br>[PROPOSED] ORDER GRANTING SOLEXA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT<br><br>Date:  August 21, 2008<br>Time:  8:00 a.m.<br>Place:  Courtroom 9, 19th Floor |

In this patent-infringement action, Defendant Solexa, Inc. moves for partial summary judgment of infringement as to claim 1 of U.S. Pat. No. 5,969,119, claim 1 of U.S. Pat. No. 5,750,341, and claim 1 of U.S. Pat. No. 5,306,597. This Court has considered and analyzed the evidence and analysis provided in Solexa's motion for partial summary judgment and AB's opposition, as well as the arguments of counsel for both parties at the hearing on this motion. Summary judgment of infringement of claim 1 of the '119 patent as to the one-base encoding and two-base encoding probes variously made, used, sold, and/or offered for sale by AB and its predecessor, Agencourt Personal Genomics, as listed and described in Solexa's motion, is **GRANTED**. Summary judgment of infringement of claims 1 of the '341 and '597 patents as to the one-base encoding configuration of the SOLiD System is **GRANTED.**

**IT IS SO ORDERED**

Dated: August 21, 2008                          _____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE