| | |
|---|---|
| 1 | KEVIN M. FLOWERS (admitted *pro hac vice*) |
| | THOMAS I. ROSS (admitted *pro hac vice*) |
| 2 | JEFFREY H. DEAN (admitted *pro hac vice*) |
| | JOHN R. LABBE (admitted *pro hac vice)* |
| 3 | CULLEN N. PENDLETON(admitted *pro hac vice*) |
| 4 | MARK H. IZRAELEWICZ (admitted *pro hac vice*) |
| | MARSHALL, GERSTEIN & BORUN LLP |
| 5 | 6300 Sears Tower |
| | 233 South Wacker Drive |
| 6 | Chicago, IL 60606-6357 |
| | (312) 474-6300 |
| 7 | (312) 474-0448 (facsimile) |
| | E-Mail: kflowers@marshallip.com |
| 8 | E-Mail: tross@marshallip.com |
| | E-Mail: jdean@marshallip.com |
| 9 | E-Mail: jlabbe@marshallip.com |
| | E-Mail: cpendleton@marshallip.com |
| 10 | E-Mail: mizraelewicz@marshallip.com |

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No. 07-CV-02845 WHA |
| Plaintiff/Counterdefendant, | |
| v. | Honorable William H. Alsup |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| Defendants/Counterclaimants. | |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit 13 to the Declaration of Cullen N. Pendleton in Support of Solexa's Motion

for Partial Summary Judgment of Infringement

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
2  office. If you are a participant in this case, this filing will be served in hard-copy shortly.
3  For information on retrieving this filing directly from the court, please see the court's main web
4  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
5  This filing was not efiled for the following reason(s):
6  [_] Voluminous Document (PDF file size larger than the efiling system allows)
7  [_] Unable to Scan Documents
8  [_] Physical Object (description): _____
9  _____
10 [X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
11 [_] Item Under Seal
12 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
13 [_] Other (description): _____
14 _____

16  DATED:   JULY 17, 2008                    FOLEY & LARDNER LLP

17                                            BY:  _____/s/_____
                                                   KIMBERLY K. DODD
18                                            Attorneys for Defendants ILLU-
                                              MINA, INC., SOLEXA, INC.,
19                                            and STEPHEN C. MACEVICZ.