1  KEVIN M. FLOWERS (admitted *pro hac vice*)
   THOMAS I. ROSS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   JOHN R. LABBE (admitted *pro hac vice)*
3  CULLEN N. PENDLETON(admitted *pro hac vice*)
   MARK H. IZRAELEWICZ (admitted *pro hac vice*)
4  MARSHALL, GERSTEIN & BORUN LLP
5  6300 Sears Tower
   233 South Wacker Drive
6  Chicago, IL 60606-6357
   (312) 474-6300
7  (312) 474-0448 (facsimile)
   E-Mail: kflowers@marshallip.com
8  E-Mail: tross@marshallip.com
   E-Mail: jdean@marshallip.com
9  E-Mail: jlabbe@marshallip.com
   E-Mail: cpendleton@marshallip.com
10 E-Mail: mizraelewicz@marshallip.com

11

12 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,
13 and STEPHEN C. MACEVICZ.

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17 APPLERA CORPORATION --APPLIED          ) Case No. 07-CV-02845 WHA
   BIOSYSTEMS GROUP, a Delaware corpora-  )
18 tion,                                  ) Proof of Service
                Plaintiff/Counterdefendant, )
19                                         ) Honorable William H. Alsup
           v.                              )
20                                         )
                                           )
21 ILLUMINA, INC., a Delaware corporation, )
   SOLEXA, INC., a Delaware corporation, and )
22 STEPHEN C. MACEVICZ, an individual,    )
                                           )
23          Defendants/Counterclaimants.   )
                                           )
24 _____ )

25

26

27

28

1

**PROOF OF SERVICE**

2

I am employed in the County of San Francisco, State of California. I am over the age of 18 and
not a party to the within action; my current business address is **One Maritime Plaza, 6th Floor,
San Francisco, CA 94111.**

3

4

On July 17, 2008, I served the following document(s) described as:

5

**EXHIBIT 13 TO THE DECLARATION OF CULLEN N. PENDLETON IN
SUPPORT OF SOLEXA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
OF INFRINGEMENT (Manually Filed)**

6

7

<u>X</u>    by placing a true copy thereof enclosed in a sealed envelope addressed as
follows:

8

9

X    BY MAIL
    X    I placed such envelope with postage thereon fully prepaid to be placed in
         the United States mail, at San Francisco, California.

10

11

    X    I am "readily familiar" with the firm's practice of collection and
         processing correspondence for mailing. Under that practice, it would be
         deposited with U.S. postal service on that same day with postage thereon
         fully prepaid at San Francisco, California.

12

13

Bryan Wilson            bwilson@mofo.com
Dara Tabesh             dtabesh@mofo.com
Eric C. Pai             epai@mofo.com
Morrison & Foerster LLP
755 Page Mill Rd
Palo Alto, CA  94304-1018

14

15

16

<u>X</u>    BY ELECTRONIC MAIL. I sent such document(s) by Electronic Mail.

17

<u>X</u>    Executed on July 17, 2008, at San Francisco, California.

18

<u>X</u>    (State)    I declare under penalty of perjury under the laws of the State of
                     California that the above is true and correct.

19

20

<u>X</u>    (Federal)    I declare that I am employed in the office of a member of the bar of
                       this court at whose direction the service was made.

21

22

23

Rocio Barcena

24

25

26

27

28