1  THOMAS I. ROSS (admitted pro hac vice)
2  KEVIN M. FLOWERS (admitted pro hac vice)
   JEFFREY H. DEAN (admitted pro hac vice)
3  JOHN R. LABBE (admitted pro hac vice)
   CULLEN N. PENDLETON (admitted pro hac vice)
4  MARK H. IZRAELEWICZ (admitted *pro hac vice*)
   MARSHALL, GERSTEIN & BORUN LLP
5  6300 Sears Tower
   233 South Wacker Drive
6  Chicago, Illinois 60606-6357
7  (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
8  E-Mail: tross@marshallip.com
   E-Mail: kflowers@marshallip.com
9  E-Mail: jdean@marshallip.com
   E-Mail: jlabbe@marshallip.com
10 E-Mail: cpendleton@marshallip.com
11 E-Mail: mizraelewicz@marshallip.com

12 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,
13 and STEPHEN C. MACEVICZ

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16
                         **SAN FRANCISCO DIVISION**
17

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No. 07-CV-02845 WHA |
| | District Judge William H. Alsup |
| Plaintiff/Counterdefendant, | **DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT** |
| - vs. - | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| | Date: August 21, 2008 |
| Defendants/Counterclaimants. | Time: 8:00 a.m. |
| | Place: Courtroom 9, 19th Floor |

**DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT; CASE NO: 07-CV-02845 WHA**

I, Cullen N. Pendleton, declare:

1. I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted pro hac vice to practice before this Court in this case.

2. I make this declaration in support of Solexa's Motion for Partial Summary Judgment of Infringement.

3. The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

4. Exhibit 1 hereto is a true and correct copy of U.S. Pat. No. 5,750,341, which has been previously filed in this case at Docket No. 13-1.

5. Exhibit 2 hereto is a true and correct copy of an Amendment to Application Serial No. 08/872,446 (which issued as U.S. Pat. No. 5,969,119), dated May 12, 1998.

6. Exhibit 3 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates Nos. AB00137634-48.

7. Exhibit 4 hereto is a true and correct copy of selected pages, with indicated redactions, from the transcript of the deposition of Gina Costa, 30(b)(6) designee for Applera Corporation – Applied Biosystems Group, taken on May 20, 2008.

8. Exhibit 5 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates Nos. AB00121668 & AB00121773-74.

9. Exhibit 6 hereto is a true and correct copy of pages, with indicated redactions, produced by AB during discovery in this case bearing Bates Nos. AB00134506 & AB00134513-14.

10. Exhibit 7 hereto is a true and correct copy of pages, with indicated redactions, produced by AB during discovery in this case bearing Bates No. AB00136589.

11. Exhibit 8 hereto is a true and correct copy of pages from the SOLiD System User Guide produced by AB during discovery in this case bearing Bates Nos. AB00000683, -701, -727, -803, -875 & -905.

**DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT; CASE NO: 07-CV-02845 WHA**

-1-

1    12.  Exhibit 9 hereto is a true and correct copy of pages from the SOLiD System 2.0 Site Preparation Guide produced by AB during discovery in this case bearing Bates Nos. AB00007839 & -77.

13.  Exhibit 10 hereto is a true and correct copy of pages from the SOLiD System 2.0 User Guide produced by AB during discovery in this case bearing Bates Nos. AB00008191 & AB00008317-18.

14.  Exhibit 11 hereto is a true and correct copy of selected pages from the Rebuttal Expert Report of Michael L. Metzker, Ph.D.

15.  Exhibit 12 hereto is a true and correct copy of selected pages from the transcript of the deposition of Michael Metzker taken on June 27, 2008.

16.  Exhibit 13 hereto is a true and correct copy of a Shockwave animation file, entitled "aga.swf," depicting the operation of the one-base encoding SOLiD System. This file was obtained by Solexa and was produced with Bates No. ILL050324.

17.  Exhibit 14 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates Nos. AB00296964 & -78.

18.  Exhibit 15 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates Nos. AB00245396-403.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 17, 2008

_Cullen Pendleton_
Cullen N. Pendleton

**DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT; CASE NO: 07-CV-02845 WHA**

-2-