# Exhibit 3

# SOLiD: Labeled Ligation Probes



- Probes are octamers
- **N** represents a degenerate site
- **Y** denotes 5th position interrogation (A, C, G or T)
- **Z** is a universal base
- **s** indicates a phosphorothiolate linkage
- ↓ represents the cleavage site
- Cleavage site is spatially separated from the active site and the dye
- Probe Sets:  1-base, 4-color; 2-base, 4-color

14 | CGET | October 2006



AB00137634

# SOLiD Probe Properties



- **5th/6th base contains phosphorothiolate linker**

- **Linkage cleaves with neutral pH**

- **Removes dye, cleaves low fidelity oligo tail and regenerates a phosphate in a single step**

- **Thiolate is the leaving group, produces a native DNA end**

15 | CGET | October 2006

AB00137635



# SOLiD 4-color ligation
# Ligation reaction









AB00137636



# SOLiD 4-color ligation
# Ligation reaction







AB00137637



# SOLiD 4-color ligation Visualization

universal seq primer

1μm bead

5'  Adapter Oligo Sequence      Template Sequence  3'

A
5

18 | CGET | October 2006



AB00137638



# SOLiD 4-color ligation Cleavage





universal seq primer

Adapter Oligo Sequence     Template Sequence

A
5



AB00137639






# SOLiD 4-color ligation Visualization (2nd cycle)





universal seq primer

1μm bead

5'   Adapter Oligo Sequence         Template Sequence   3'

A    T
5    10

21 | CGET | October 2006

AB00137641



# SOLiD 4-color ligation Cleavage (2nd cycle)







AB00137642



# SOLiD 4-color ligation interrogates every 5th base





|   | A | T | T | C | G |
|---|---|---|---|---|---|
|   | 5 | 10 | 15 | 20 | 25 |

23 | CGET | October 2006



AB00137643



# SOLiD 4-color ligation Reset





| | A | T | T | C | G |
| --- | --- | --- | --- | --- | --- |
| | 5 | 10 | 15 | 20 | 25 |

Adapter Oligo Sequence      Template Sequence

24 | CGET | October 2006


AB00137644



# SOLiD 4-color ligation
# (1st cycle after reset)







AB00137645



# SOLiD 4-color ligation
# (1st cycle after reset)







AB00137646



# SOLiD 4-color ligation (2nd Round)







AB00137647



# Sequential rounds of sequencing
# Multiple cycles per round







AB00137648