# Exhibit 4

# APPLERA CORPORATION

## - vs. -

# ILLUMINA, INC., et al

## *CONFIDENTIAL - ATTORNEYS EYES ONLY*

*Deposition of Gina Costa*
*May 20, 2008*

**Copley Court Reporting, Inc.**
58 Battermarch Street, Suite 317
Boston, Massachusetts 02067
Tel: (617) 423-5841

APPLERA vs. ILLUMINA, et al                        Gina Costa
                         May 20, 2008                           .

Page 1

Volume 1
Pages 1 - 176

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Case No. 07-CV-02845 WHA

APPLERA CORPORATION- APPLIED            )
BIOSYSTEMS GROUP, a Delaware            )
Corporation,                            )
        Plaintiff/Counterdefendant,   )
                                        )
  -vs.-                                 )
                                        )
ILLUMINA, INC. A Delaware corporation,)
SOLEXA, INC., a Delaware corporation, )
and STEPHEN C. MACEVICZ, an             )
individual.                             )
        Defendant/Counterclaimants   )

C O N F I D E N T I A L
ATTORNEYS' EYES ONLY

    RULE 30(b)(6) DEPOSITION OF APPLERA

CORPORATION-APPLIED BIOSYSTEMS GROUP, taken

pursuant to the provisions of the Federal Rules

of Civil Procedure, before Lisa W. Starr, a

Registered Professional Reporter/Certified

Realtime Reporter and Notary Public in and for

the Commonwealth of Massachusetts, at Foley &

Lardner, 111 Huntington Avenue, Boston,

Massachusetts on May 20, 2008, commencing at 9:12

a.m.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                            May 20, 2008                              .

                                                              Page 2

 1    APPEARANCES:

 2    FOR THE PLAINTIFFS:
         MORRISON & FOERSTER, LLP
 3       BY: Steven E. Comer, Esq.
         12531 High Bluff Drive, Suite 100
 4       San Diego, California 92130-2040
         e-mail: Scomer@mofo.com
 5
      FOR THE DEFENDANT:
 6       MARSHALL, GERSTEIN & BORUN, LLP
         BY: Cullen Pendleton, Ph.D., Esq.
 7       233 South Wacker Drive
         6300 Sears Tower
 8       Chicago, Illinois 60606-6357
         e-mail: Cpendleton@marshallip.com
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

APPLERA vs. ILLUMINA, et al                              Gina Costa
                          May 20, 2008                         .

Page 3

```
 1                  I N D E X

 2   Witness          Direct   Cross   Redirect   Recross
     GINA COSTA
 3   (By Mr. Pendleton)   5
     (By Mr. Comer)                172
 4

 5

                   E X H I B I T S
 6
     No.  Page         Description
 7   87   4            Bates Nos. AB 00131100-131136
     88   4            Bates Nos. AB 00045214-45231
 8   89   4            Bates Nos. AB 00067012-67019
     90   4            Bates Nos. AB 00138981-137680
 9   91   38           Bates Nos. AB 00137621-137680
     92   46           Bates Nos. ILL 051205-051241
10   93   73           Bates Nos. AB 00121757-121795
     94   110          Bates Nos. AB 00000683-979
11   94-A  110         Bates Nos. AB 00000803-804
     95   110          Bates Nos. AB 00029686-29706
12   96   110          Bates Nos. AB 00000980-1082
     97   110          Bates Nos. 00134505-134517
13   98   110          Bates Nos. AB 00245396-245403
     99   132          Bates Nos. AB 00137524-137544
14   100  139          Bates Nos. AB 00122112-122125
     101  140          Bates Nos. AB 00136587-136591
15   102  140          Bates Nos. AB 00136632-136715
     103  140          Bates Nos. AB 00144354-144433
16   104  140          Bates Nos. AB 00144581-144582
     105  140          Bates Nos. AB 00145079-145082
17   106  140          Bates Nos. AB 00147319-147328
     107  140          Bates Nos. AB 00160770-160775
18   108  141          Bates Nos. AB 00221652-221667
     109  141          Bates Nos. AB 00245106-245125
19   110  141          Bates Nos. AB 00276276-276279
     111  141          Bates Nos. AB 00276286-276291
20   112  141          Bates Nos. AB 00276605-276684
     113  141          Bates Nos. AB 00287982-288005
21   114  141          Bates Nos. ILL 050362-050385
     115  141          Bates Nos. ILL 051151-051183
22

23

24
```

APPLERA vs. ILLUMINA, et al                                      Gina Costa
                              May 20, 2008                              .

Page 4

1              P R O C E E D I N G S

2                       (Discovery R1B Product

3    Requirements Document, Bates Nos. AB 00131100

4    through 00131136, was marked as Exhibit No. 87

5    for identification).

6                       (Bates Nos. AB 00045214

7    through 45231, Purchase Agreement, was marked as

8    Exhibit No. 88 for identification).

9                       (Bates Nos. AB 00067012

10   through 67019, Center for Terabase Applications

11   in Genomics Strategy, were marked as Exhibit No.

12   89 for identification)

13                      (Bates Nos. AB 00138981

14   through 137680 were marked as Exhibit No. 90 for

15   identification)

16              THE VIDEOGRAPHER:   We are now

17   recording and on the record.  My name is Jared

18   Drewniak.  I am a legal video specialist on

19   behalf of Hub Productions, Inc.  Today is May 20,

20   2008, and the time is 9:13 a.m.

21      This is the 30(b)(6) deposition of

22   Applera Corporation-Applied Biosystems Group

23   versus Illumina, Incorporated, et al, in United

24   States District Court, Northern District of

APPLERA vs. ILLUMINA, et al                          Gina Costa
                        May 20, 2008                              .

                                                          Page 5

1    California, San Francisco Division, Case No.

2    07-CV-02845 WHA.  This deposition is being taken

3    at 111 Huntington Avenue, Boston, Massachusetts.

4    The court reporter is Lisa Starr of Copley Court

5    Reporting.

6            Will counsel state their appearances, and

7    the court reporter will administer the oath.

8            MR. PENDLETON:  My name is Cullen

9    Pendleton.  I'm with the law firm of Marshall,

10   Gerstein & Borun, representing Defendants,

11   Illumina, Incorporated, Solexa, Incorporated, and

12   Steven Macevicz.

13            MR. COMER:  Steve Comer from Morrison

14   & Foerster for Applied Biosystems.

15                 GINA COSTA

16   of lawful age, being first properly identified

17   and duly sworn to tell the truth, the whole

18   truth, and nothing but the truth, deposes and

19   says as follows in answer to direct

20   interrogatories by Attorney Pendleton:

21   Q.   Could you please state your name for the

22   record?

23   A.   Gina Costa.

24   Q.   Dr. Costa, I am Cullen Pendleton, and I

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

                                                              Page 42

1    AB 00137628, my question is, this outlines the

2    basic steps for creating both of the types of

3    libraries we've just discussed.  If you'll look

4    through the documents, let me know if you agree

5    with me or not.

6        A.   Correct.

7        Q.   And so, flipping onto beginning with

8    Bates number AB 00137629, slide 9, this begins

9    the description of the emulsion PCR steps.  And

10   that continues for the next four pages to slide

11   12; is that correct?

12       A.   Correct.

13       Q.   So, looking at slide 12 bearing Bates

14   number AB 00137632, after you've done your

15   emulsion PCR steps, diagrammed on slides 9, 10,

16   and 11, you end up with tiny beads with DNA

17   attached that you then collect, correct?

18       A.   Correct.

19       Q.   And the substrate DNA is attached at its

20   5' end to the beads?

21       A.   5' end.

22       Q.   Is it always so attached?

23       A.   Always attached.

24       Q.   And the substrate DNA is single stranded

APPLERA vs. ILLUMINA, et al                                Gina Costa
                            May 20, 2008                         .

Page 43

1   or double stranded?

2       A.   At what part of the process?

3       Q.   At this point in the process when you've

4   just made the templates, just attached the

5   templates to the beads?

6       A.   It is single stranded.

7       Q.   Looking at slide 13 bearing Bates number

8   AB 00137633, the beads with the attached template

9   strands are then attached to a glass slide?

10      A.   They are.

11      Q.   And the commercial SOLiD System practices

12  this step, attaching the beads to a slide?

13      A.   Yes.

14      Q.   Now, these beads are all separate

15  substrate attached beads for the sequencing run?

16      A.   Um-hmm.

17      Q.   Now, at the level of abstraction that I

18  see on this slide, all of these beads look

19  identical.  But that doesn't mean, does it, that

20  all of these beads have the exact same pieces of

21  DNA attached to them, does it?

22      A.   Correct.

23      Q.   You actually have, even though these

24  beads look identical, you actually have a very

APPLERA vs. ILLUMINA, et al                              Gina Costa
                            May 20, 2008                            .

                                                        Page 56

1    I want to ask a more specific question.

2            Does that mean after the ligation step it

3    takes a picture?  There's also a cleavage step,

4    right?

5    A.   So what happens is you first have to

6    interrogate your slide for where the XY

7    coordinates for each bead are.  That is done

8    first.

9    Q.   And that's using the method that you've

10   been describing where you put in a label primer

11   complimentary to P2, it lights up all of the

12   beads on the slide because all of the productive

13   beads have a P2 at their 3' end, and they glow.

14   And then the computer can look and see where the

15   ligation of the beads are, map the location of

16   the beads, correct?

17   A.   Correct.  It gives them an XY coordinate.

18   Q.   That's before you've done any rounds of

19   ligation chemistry.  So you do your first round

20   of ligation chemistry.  You've ligated on a

21   ligation probe.  Is that when the image is taken,

22   after that ligation step is complete?

23   A.   You first ligate down a primer sequence,

24   which ligates only to the known adapter sequence.

APPLERA vs. ILLUMINA, et al                              Gina Costa
                          May 20, 2008                              .

```
                                                          Page 57

 1    Then you add your probe mixtures with ligase is.

 2    And those probes allow identification of color in

 3    four channels.  And the images from those four

 4    channels are collected.

 5        Q.   After the ligation step in the cycle that

 6    you've just described?

 7        A.   Yes.

 8        Q.   Does the SOLiD System store the images

 9    after it obtains them?

10        A.   It does.

11        Q.   Does it store the images prior to the

12    cleavage step?

13        A.   The image directories are saved all the

14    way until the end of the run.

15        Q.   So, is the storage -- so after it takes

16    an image, is the storage of that image completed

17    prior to the cleavage step occurring?

18        A.   Yes.

19        Q.   So, the four panels on this document,

20    page 33, ILL 051357 to orient us in the record,

21    there are four small panels on the right side of

22    this document.  It has colored dots on it:  Blue

23    at the top, green, orange, and red.  Correct?

24        A.   Um-hmm.  And those --
```

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                          .

                                                              Page 61

1       A.    Um-hmm.

2       Q.    So what is red?  Texas yellow?

3       A.    Cy5.  These are pseudo colored, remember.

4       Q.    They can be any color you want them to be

5  as long as they're different?

6       A.    Exactly.

7       Q.    I think that I'm ready to go back to

8  Exhibit 91.  Turn to slide 14 bearing Bates

9  number AB 00137634.  This slide describes the

10  chemical structure of a type of 1-base encoding

11  labeled ligation probe, correct?

12      A.    Correct.

13      Q.    Now AB has either made or had made on its

14  behalf labeled ligation probes having these

15  structures, correct?

16            MR. COMER:  Objection:  Vague.

17      A.    Not correct.

18      Q.    Okay.  Let's go through what's actually

19  described here.  Do these -- what's actually

20  drawn here doesn't represent an actual single

21  probe, does it?

22            MR. COMER:  Objection:  Vague.

23      A.    Vague.

24      Q.    Is there a nucleotide position N?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                               .

                                                              Page 62

1       A.    There is.

2       Q.    And what does that stand for?

3       A.    N is all four bases.  That stands for

4   degenerate at that position that all four bases

5   are represented.

6       Q.    That doesn't mean that there's one probe

7   with all four bases at that position; it means

8   there's four probes, one that has an A at the

9   position, one that has a T, one that has a G and

10  one a C; is that correct?

11      A.    Correct.

12      Q.    And similarly for our N positions?

13      A.    Correct.

14      Q.    What these drawings actually represent

15  are a pool of probes?

16      A.    Correct.

17      Q.    So I will repeat my question with that

18  understanding.  AB has made or had made on its

19  behalf pools of labeled ligation probes sharing

20  the structures described on this slide, correct?

21      A.    No.  Those were designs used by

22  Agencourt.

23      Q.    Okay.  For clarity, when I ask about AB,

24  I mean the definition of AB provided in the

APPLERA vs. ILLUMINA, et al                              Gina Costa
                          May 20, 2008                             .

Page 63

1    Notice of Deposition, which would be successor

2    companies and predecessors, including Agencourt.

3    If I'm asking about Agencourt, I'll ask

4    specifically about those.  But in general, AB

5    means AB's predecessors as well.  So I'm sorry

6    for the confusion.

7          So Agencourt had these kinds of probes

8    made?

9      A.   We did.

10     Q.   Now, they don't represent single probes;

11   they represent a set of pool of probes sharing

12   certain characteristics?

13     A.   Correct.

14     Q.   So let's go through the characteristics.

15   And so, the probe pools are diagrammed in this

16   way for the sake of simplicity.  So you don't

17   have to write out every possible probe of the

18   structure; it's easier to write a simple

19   structure that a person of skill in the art would

20   understand.  They look at it and understand

21   what's listed there?

22     A.   Correct.

23     Q.   These are octamers, and that means they

24   are 8 nucleotides in length?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                                  .

                                                              Page 64

 1      A.   Correct.

 2      Q.   Starting from the 3' end, the first four

 3  positions for each probe pool are labeled with

 4  the letter N, meaning that they are degenerate.

 5  And we've already discussed what that means,

 6  correct?

 7      A.   Correct.

 8      Q.   The nucleotide at the 3' end of the probe

 9  has a hydroxyl?

10      A.   Correct.

11      Q.   So does the Z residue at the 5' end?

12      A.   Hydroxyl?

13      Q.   Yes.  It doesn't --

14      A.   Yes.

15      Q.   So the Z at the 5' end stands for

16  universal base?

17      A.   It does.

18      Q.   What is the universal base that Agencourt

19  used?

20      A.   Inosine.

21      Q.   And what does universal base mean?

22      A.   Normally in DNA, G pairs with C; A pairs

23  with T.  Universal bases don't have a context of

24  pairing.  They pair with all bases at mostly the

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                            .

Page 66

1   bases.

2      Q.   So that would be the four degenerate

3   positions and a position labeled Y?

4      A.   Um-hmm.

5      Q.   That's what the T4 ligase cares about.

6   It's not so concerned about the identity of bases

7   at 6, 7, and 8?

8      A.   Correct.  And for that reason, if you're

9   not interested in fidelity of those bases, why

10  increase the complexity of your probe pool

11  anymore because now you're at a complexity on the

12  order of 1024 or 256 for this.  It's a way of

13  just reducing the complexity of the probe pools

14  but still allowing the ligase to function.

15     Q.   Y -- I'd like to ask you about the

16  position Y.  The slide says "Y denotes fifth

17  position interrogation (A, C, G or T)."  What

18  does that mean?

19     A.   That means that you can use ligases, and

20  this is very much a tutorial slide because you're

21  now trying to explain how ligation sequencing

22  works.  And what we do is we know if you have

23  fidelity out that that fifth position, if you

24  were to set up an R and D experiment where you're

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

                                                            Page 67

 1    trying to interrogate the fidelity out to that

 2    fifth position, you can actually set that fifth

 3    position to have a color.

 4          So in this case, as proof of concept for

 5    the use of ligation chemistry to be used for

 6    sequencing, we're able to show that you have

 7    fidelity across that fifth position with four

 8    color calls.

 9    Q.   So if you have a sequence, a target that

10    you're sequencing, and you know it should come up

11    as A, all the beads better come up with whatever

12    color A has been encoded.  Otherwise, you would

13    know that the fidelity would not be correct?

14    A.   Correct.

15    Q.   That means the ligase can grab and stick

16    on whatever ligation probe happens to be?

17    A.   Correct.

18    Q.   So in terms of the pool of probes that we

19    say are defined here, what you have are, say,

20    let's just look at the top left.  You would have

21    NNNN.  That means it's degenerate at all four

22    positions.  Then the fifth position we can fix

23    and say that's A?

24    A.   Correct.

APPLERA vs. ILLUMINA, et al                          Gina Costa
                        May 20, 2008                              .

                                                          Page 68

1       Q.   And all of the probes in that pool would

2   be A.  And we could call those A probes, for

3   simplicity's sake?

4       A.   Correct.

5       Q.   Or A pool?

6       A.   Correct.

7       Q.   And then for the other three, we would

8   fix the position however we chose.  So, for

9   example, we could have one that has the fifth

10  position stuck as G?

11      A.   Um-hmm.

12      Q.   But, otherwise, it has the same

13  characteristics as the probes in the A pool,

14  correct?

15      A.   Um-hmm.

16      Q.   And then we have one set up for T, and a

17  similar set of probes set up with the fifth

18  position as the C nucleotide?

19      A.   Correct.

20      Q.   And that means that no matter what the

21  sequence is at the four positions 3' to the

22  interrogation position, there's at least one

23  probe that will perfectly match if there's an A

24  at the interrogation position?

APPLERA vs. ILLUMINA, et al                          Gina Costa
                          May 20, 2008                           .

                                                        Page 69

 1      A.   The others have to match, but you only

 2   are calling only that position.  The fifth

 3   position in this case, is identified by a color.

 4   The others have to match or it won't ligate down

 5   at all.

 6      Q.   Right.  But there's going to be a perfect

 7   match somewhere in that pool if you're degenerate

 8   at all positions?

 9      A.   Correct.

10      Q.   That means there will be a perfect match

11   for any 4-base sequence?

12      A.   And you're looking for robustness of

13   signal, yes.

14      Q.   So, to sum up what we've been discussing,

15   the letter Y at the fifth position from the 3'

16   end in each pool, which is the interrogation

17   position, indicates that the nucleotide for that

18   position is fixed and known to be either A, G, T,

19   or C?

20      A.   In this model, yes.

21      Q.   In this model.  The star shape in the

22   diagram at the top of AB 00137634, that

23   represents a fluorescent dye?

24      A.   Yes.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

                                                              Page 70

1      Q.   One of the fluorescent dyes that we've

2  been discussing?

3      A.   Yes.

4      Q.   And that is attached to the universal

5  base at the 5' terminal of the probe, correct?

6      A.   Correct.

7      Q.   Now, in between the nucleotides Y and Z,

8  there's the letter S.

9      A.   Um-hmm.

10     Q.   What does the letter S stand for?

11     A.   A thiol group.  Normally, in DNA, there

12  is a phosphate backbone.  And that phosphate

13  backbone is comprised of a phosphodiester bond.

14  And those have what is termed 2-bridging oxygens

15  across the 5' carbon atom and the 3' carbon atom

16  of the next sugar molecule.  That's bridging by

17  oxygen.

18          In a phosphorothiolate bond, that 3'

19  bridging oxygen is now a sulfur group.

20     Q.   For the sake of the clarity of the

21  record, this document states "phosphothiolate",

22  and you just said "phosphorothiolate".  Those are

23  one and the same?

24     A.   Phosphorothiolate.

APPLERA vs. ILLUMINA, et al                              Gina Costa
                         May 20, 2008                              .

Page 71

1      Q.    So you can use either term; it's just

2   nomenclature?

3      A.    Phosphorothiolate is proper.

4      Q.    That phosphorothiolate linkage links the

5   five bases at the 3' end of the probes to the

6   three universal bases with the label at the 5'

7   end of the probes?

8      A.    Correct.

9      Q.    This is just one example of a 1-basing

10  encoding pool of probes.  You can move, for

11  example, the interrogation position to another

12  position if you wanted to, right?

13     A.    You could.

14     Q.    Now, AB, by which I mean Agencourt, in

15  fact did that.  They had probes where the Y

16  position was at the 3' terminal, correct?

17     A.    Um-hmm.

18     Q.    And in other respects, all the other

19  structures we've discussed would be the same,

20  right?

21     A.    Yes.

22     Q.    At the bottom of this page, it states

23  "Probe sets:  1-base, 4-color; 2-base, 4-color."

24  I apologize, it's clunky reading it out, but we

APPLERA vs. ILLUMINA, et al                    Gina Costa
                         May 20, 2008                        .

                                                    Page 74

 1   3-encoded probe, etcetera.

 2          Can you have a 1, 5-encoded probe in the

 3   2-base encoded system --

 4             MR. COMER:  Objection:  Vague.

 5      Q.   Do you understand my question, if I say a

 6   1, 5-encoded probe, do you understand what I

 7   mean?

 8      A.   Our color scheme doesn't support 1, 5.

 9      Q.   So that type of scheme is not practiced

10   by AB SOLiD System where you have non-adjacent

11   interrogation positions?

12      A.   Correct.

13      Q.   Has AB used 4, 5-encoded probes?

14      A.   Yes.

15      Q.   And 1, 2-encoded probes?

16      A.   Yes.

17      Q.   Has it used any other, for example, 2, 3

18   or 3, 4?

19      A.   No.

20      Q.   It hasn't.  They were never even

21   experimented with?

22      A.   Not to my knowledge, no.  We tried a

23   number of different probe designs, but really we

24   were looking at 4, 5, because it was the furthest

APPLERA vs. ILLUMINA, et al                              Gina Costa
                          May 20, 2008                          .

                                                        Page 77

1    encoding positions X and Y, at positions 4 and 5

2    at the 3' end; is that correct?

3        A.   Yes.

4        Q.   So the interrogation positions are

5    labeled X and Y; is that correct?

6        A.   Um-hmm.

7        Q.   Is the structure shown here

8    representative of the 4, 5-encoded probe used in

9    the SOLiD System?

10       A.   Yes.

11       Q.   Turn back one page to AB 00121768

12   entitled "SOLiD:  2-base encoding:  4,

13   5-encoded."  There are sixteen structures based

14   on the four groups in the diagram here, correct?

15       A.   Yes.

16       Q.   And underneath the drawings it says:

17   "Still 1024 different molecules, just labeled

18   differently", correct?

19       A.   Correct.

20       Q.   So does that mean that setting aside the

21   fact that it has two interrogation positions and

22   the probes are sorted into different groups,

23   these probes otherwise have the same structure as

24   a 1-base encoding probe?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

                                                           Page 78

 1              MR. COMER:   Objection:  Vague.

 2       A.    Define structure.

 3       Q.    They have the same number of nucleotides?

 4       A.    Correct.

 5       Q.    They have hydroxyls at the 3' and 5'

 6   ends?

 7       A.    Correct.

 8       Q.    They have a phosphorothiolate bond

 9   between the fifth and sixth positions?

10       A.    Correct.

11       Q.    And they have a fluorescent dye attached

12   to the 5' universal base in the probe?

13       A.    Yes.

14       Q.    So, that, for future reference because

15   I'm going to ask you the same questions about 1,

16   2-encoding probes, is what I mean by other than

17   the positions of the interrogation positions,

18   they otherwise have the same structure, same

19   number of nucleotides, linkages between the

20   nucleotides, end groups, dyes, and that sort of

21   thing.  And if you're aware of any other

22   structural difference, please let me know.

23              So the phosphorothiolate bond, again,

24   here links the five bases at the 3' end with the

APPLERA vs. ILLUMINA, et al                          Gina Costa
                        May 20, 2008                          .

                                                        Page 79

1    three bases at the 5' end, correct?

2        A.   Correct.

3        Q.   And AB has either made or had made on its

4    behalf 4, 5-encoded nucleotide probes having the

5    general structure shown here?

6        A.   Yes.

7        Q.   Again, that doesn't mean they have

8    synthesized a probe with the nucleotide ATGC at

9    the one position; this is representative of a

10   pool of nucleotides that would have been

11   synthesized, correct?

12       A.   Correct.

13       Q.   Now AB sells 4, 5-encoded labeled

14   oligonucleotide probes having these structures in

15   its Probe Mix 1?

16       A.   Correct.

17       Q.   And do you know what -- I'll ask you

18   later.  Withdraw the question.

19            Going back to the previous slide, forward

20   to the next slide that you looked at first, I

21   would like to ask you some questions about the

22   actual encoding system that's used here.  I see

23   the dyes in the table underneath the structure

24   that's drawn going left to right, FAM, Cy3, TXR,

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                           May 20, 2008                              .

                                                               Page 82

1    instance, a homopolymer transition is represented

2    with a zero.  So in a 2-base encoding scheme,

3    when the FAM blue color is seen, there is a

4    transition from these sets of bases.  You don't

5    know which one, but it can either be an A to an

6    A, G to a G, C to a C, T to a T.

7        Q.   So, the 0, 1, 2, 3, is what the computer

8    assigns to that color?

9        A.   The color space, yes.

10       Q.   Please flip ahead to AB 00121774 entitled

11   "Two-Base probes without N-3 or N-4 primers."  Is

12   that N minus 3 or N minus 4?

13       A.   Yes.

14       Q.   So, 2-base probes without N minus 3 or N

15   minus 4 primers.  There is a structure labeled 1,

16   2, and it's XYNNNsIII---Dye, correct?

17       A.   Correct.

18       Q.   Now, this structure is representative of

19   probes where the XY pair is at positions 1 and 2,

20   correct?

21       A.   Correct.

22       Q.   And if we slip back to 121773, this probe

23   shows representative probes where the

24   interrogation positions are at the 1 and 2

APPLERA vs. ILLUMINA, et al                              Gina Costa
                        May 20, 2008                              .

                                                        Page 83

 1    positions, correct?

 2        A.    Correct.

 3        Q.    So I'm going to ask the question again

 4    here, just remembering the caveat that I offered

 5    before, other than the fact that it has two

 6    interrogation positions and they're at the 1, 2

 7    position, in all other respects the structure of

 8    these pools of probes are the same as the 4,

 9    5-encoded probes and the 1-base encoded probe

10    with regards to number of nucleotides, linkages,

11    end groups, dyes, etcetera, correct?

12        A.    Correct.

13        Q.    In fact, at the bottom here it says

14    "Still 1024 different molecules, just labeled

15    differently"?

16        A.    Correct.

17        Q.    And that's why it says that, just

18    basically shuffling around the labels.

19            AB has either made or had made on its

20    behalf 1, 2-encoded probes having the general

21    structure shown on AB 773, correct?

22        A.    Correct.

23        Q.    And these probes are in Probe Mix 2 that

24    is sold with the SOLiD System and used with the

APPLERA vs. ILLUMINA, et al                                      Gina Costa
                              May 20, 2008                              .

Page 84

1    SOLiD System, correct?

2        A.   Correct.

3        Q.   If you'll turn back to AB 12 -- I'm

4    sorry, AB 00121762 entitled "SOLiD: Labeled

5    Ligation Probes."

6        A.   Yes.

7        Q.   This page has four drawings of 1-base

8    encoding probes where the interrogation position

9    is at position 5 from the 3' end, correct?

10       A.   Correct.

11       Q.   And this slide also says S indicates a

12   phosphorothiolate linkage, correct?

13       A.   Correct.

14       Q.   And on the right side of the page,

15   there's also a drawing labeled "Phosphorothiolate

16   Linkage," correct?

17       A.   Correct.

18       Q.   Does this drawing accurately represent

19   the structure of the phosphorothiolate linkage

20   that's found in the labeled ligation probes sold

21   with and for use in the SOLiD System?

22       A.   Correct.

23       Q.   Now, underneath here there's some text

24   explaining it.  Will you tell me what is meant by

APPLERA vs. ILLUMINA, et al                        Gina Costa
                        May 20, 2008                        .

Page 85

1    the first passage "S-P bond quantitatively

2    hydrolysed with AgNO3 at neutral pH"?  What does

3    that statement mean?

4        A.    It's a scissile bond between the

5    phosphate group and the sulfur that can be

6    cleaved in the presence of the silver ions at

7    neutral pH.  It's important that it's neutral pH

8    because that retains the structure of DNA.

9        Q.    And by scissile, S-C-I-S-S-I-L-E, you

10   mean cleavable?

11       A.    Cleavable.

12       Q.    Cuttable.  The second bit of the text

13   underneath there says:  "Removes dye, cleaves

14   oligo tail, and regenerates 5' phosphate in a

15   single step"?

16       A.    Correct.

17       Q.    What does that mean?

18       A.    What it states, you're able to remove the

19   three universal bases and the dye and leave

20   behind a 5' phosphate following the bases that's

21   a native DNA end.

22       Q.    That means looking at the structure on

23   this page, that means you get rid of the Z's, 6,

24   7, and 8, and the dye -- those are not even

APPLERA vs. ILLUMINA, et al                    Gina Costa
                        May 20, 2008                      .

                                                   Page 86

 1   attached?

 2       A.    And the thiolate.

 3       Q.    Looking at the structure here, what

 4   happens with the silver nitrate is this sulfur

 5   stays with this 3' base and can be washed away,

 6   leaving behind the phosphate group shown in the

 7   drawing?

 8       A.    The 5' phosphate.

 9       Q.    And that phosphate position based here,

10   for example, if we looked at the probe, what we

11   would call the A probe or the A pool, that

12   phosphate would be on the A position in that

13   pool?

14       A.    5' phosphate, correct.

15       Q.    We've been going for quite awhile.

16            THE VIDEOGRAPHER:    The time is

17   11:07.  This is the end of cassette No. 1.  We're

18   off the record.

19                   (A recess was taken).

20            THE VIDEOGRAPHER:    This is the

21   beginning of cassette No. 2 in the 30(b)(6)

22   deposition of Applied Biosystems.  The time is

23   11:18.  We are back on the record.

24   BY MR. PENDLETON:

APPLERA vs. ILLUMINA, et al                          Gina Costa
                        May 20, 2008                        .

                                                      Page 88

 1      A.    Correct, because there were a number of

 2   discussions that happened.

 3      Q.    I appreciate your clarification.

 4            If we could return to Exhibit 91, and

 5   page 16 bearing Bates number AB 00137636, there's

 6   a diagram that represents the beginning of a

 7   round of ligation chemistry using the 1-base

 8   encoding method of a SOLiD System; is that

 9   correct?

10      A.    Correct.

11      Q.    The top of this diagram, I'm sorry if

12   this is tedious, but because this is a written

13   record and the people reading the transcript

14   can't see, I've got to represent in words all

15   that is shown here.  At the top is a diagram of

16   what is labeled "Universal seq primer, P5'".

17      A.    Universal sequencing primer, yes.

18      Q.    I'll refer to it by that name from now

19   on.  The notation P5' means that this universal

20   seq primer, means that it has a 5' phosphate?

21      A.    Correct.

22      Q.    The bottom of the diagram has a drawing

23   that represents single-strand DNA attached at its

24   5' end to a 1 micrometer bead?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                          .

                                                              Page 89

 1      A.   Micron.

 2      Q.   Micron bead.  So we're at the ten to the

 3   negative sixth meters.   That's small.

 4         The same drawing also shows that the

 5   universal sequencing primer where the 5'

 6   phosphate is hybridized to the DNA attached to

 7   the bead; is that correct?

 8      A.   Correct.

 9      Q.   The top part of the diagram also shows a

10   structure called ligase.   Now, that stands for

11   the enzyme DNA ligase?

12      A.   T4 DNA ligase.

13      Q.   There's also drawings of representative

14   1-base encoding probes such as we have been

15   discussing prior to the break labeled A-probe,

16   G-probe, C-probe, and T-probe, correct?

17      A.   Correct.

18      Q.   And again, just so the record is clear,

19   we've drawn four probes in a representative

20   fashion so that we don't have to draw 1024 probes

21   with all of the exact details?

22      A.   Correct.

23      Q.   Now, if we were drawing the corresponding

24   step for the beginning of 2-base encoding,

APPLERA vs. ILLUMINA, et al                              Gina Costa
                            May 20, 2008                        .

                                                        Page 90

1    everything would be the same except the probes

2    would be different.  You'd have, instead of

3    1-base encoding probes, you've have 2-base

4    encoding probes, correct?

5         A.   Correct.

6         Q.   Either 4, 5-encoded or 1, 2-encoded?

7         A.   Correct.

8         Q.   Turning to page 17 labeled AB 00137637,

9    the drawing at the bottom of the page shows that

10   an A-probe is in the process of being ligated to

11   the end of the universal sequencing primer by T4

12   DNA ligase; is that correct?

13        A.   Correct.

14        Q.   Turning to page 18 bearing Bates number

15   AB 00137638 entitled "SOLiD: 4-color ligation

16   visualization", it shows that the universal

17   sequencing primer has been extended by the

18   ligation of the A-probe from the previous slide,

19   correct?

20        A.   Correct.

21        Q.   And the 5' end of this ligated probe does

22   not have a ligated phosphate, correct?

23        A.   Correct.

24        Q.   In this diagram, the A nucleotide in the

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                            .

                                                             Page 91

1    drawing -- withdraw that.

2          In this diagram the A nucleotide in the

3    interrogation position of the A-probe that was

4    ligated is complementary to the template

5    sequence, correct?

6        A.    Correct.

7        Q.    And there would be no difference between

8    the ligation step between a 1 and a 2-base

9    encoding method, apart from the characteristics

10   of the probes that are being ligated; is that

11   correct?

12       A.    Correct.

13       Q.    During the visualization step -- that's

14   what's being represented here, correct?

15       A.    Correct.

16       Q.    The fluorescent dye attached to the 5'

17   end of the ligated probe is being excited by a

18   light shining on it?

19       A.    Yes.

20       Q.    What kind of light?

21       A.    White light.

22       Q.    And is the arrow going up and to the left

23   indicative that the fluorescent dye is

24   fluorescent giving off its characteristic

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

                                                        Page 92

1    wavelength of light?

2        A.    Yes.

3        Q.    Underneath the diagram of this DNA

4    duplex, there's the letter A and the number 5

5    underneath it?

6        A.    Yes.

7        Q.    Now, the letter A indicates that the

8    nucleotide at position 5 of this template

9    sequence is T, which is complementary to A,

10   correct?

11       A.    Correct.

12       Q.    So in the 1-base encoding system, the

13   color that's given off identifies a base in the

14   template because there's a one-to-one

15   correspondence between the nucleotide at the

16   interrogation position and the label on the 5'

17   end, right?

18       A.    Yes.

19       Q.    For example, if you're using a 1-base

20   encoding system where A-probes are labeled blue

21   and you get blue light, you know you've got an A

22   to that position, right?

23            MR. COMER:  Objection.

24       Q.    Do you understand my question?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                           .

                                                            Page 95

    1        A.    That's what you strive to, yes.

    2        Q.    Is there any way to tell a difference

    3    between an image taken in a 1-base and 2-base

    4    sequencing round, if you're just looking at

    5    pseudo-colored beads?  Can you tell the

    6    difference?

    7        A.    No.

    8        Q.    And so, to round out what we were just

    9    talking about, if you're using a 1-base encoding

   10    system where the A-probes are labeled "blue", it

   11    is most likely, if you see a blue, that there is

   12    an A at that position, correct?

   13        A.    That's the objective, yes.

   14        Q.    And that's what you would conclude, if

   15    you saw a blue, you would conclude that there's

   16    an A at that position, barring any other

   17    information that would lead you to believe that

   18    there's not?

   19        A.    Correct.

   20        Q.    Turning to page 19, this shows a cleavage

   21    step, which produces a 5' phosphate on the end of

   22    the extended universal sequence primer, correct?

   23        A.    Yes.

   24        Q.    And this is by way of that cleavages of

APPLERA vs. ILLUMINA, et al                          Gina Costa
                        May 20, 2008                        .

                                                    Page 96

1    that phosphorothiolate bond through the reaction

2    that we were discussing earlier, with the silver

3    nitrate, neutral pH, producing a 5' phosphate on

4    the end here, correct?

5        A.   Correct.

6        Q.   And there's no difference between the

7    cleavage step between a 1-base encoding and a

8    2-base encoding method, is there?

9        A.   No.

10       Q.   Now, flipping to the next page, slide 20

11   labeled AB 00137640, entitled "SOLiD: 4-color

12   ligation, ligation (second cycle)."  Is what's

13   being represented here the second ligase cycle

14   following regeneration of the phosphate on the 5'

15   end?

16       A.   Yes.

17       Q.   So you add back in ligase?

18       A.   Yes.

19       Q.   T4 DNA ligation?

20       A.   Yes.

21       Q.   And you add back in the probe pools?

22       A.   Correct.

23       Q.   And let me ask you another question.  Do

24   you ever use in the same ligation step 1-base

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                          .

                                                          Page 97

1    encoded probes that have different bases encoded?

2    For example, this is a 5-encoding 1-base probe.

3    You can also have a 1 position encoding.  Do you

4    ever use those two things together?

5         A.   No.

6         Q.   Would you ever use 2-base encoding and

7    2-base encoding probes at the same time in the

8    same ligation step?

9         A.   Can you repeat that?

10        Q.   In the first round, if you start off with

11   1-base encoding probes, would you ever come back

12   in the second round of ligation and use 1-base

13   encoding probes?

14        A.   You could if you drafted your software,

15   but we don't do that.

16        Q.   And that's never been practiced?

17        A.   No.

18        Q.   To clarify, that's never been practiced

19   by AB, meaning AB, Agencourt?

20        A.   No.

21        Q.   Flip to 21.  So, after adding in the

22   ligase and the probes, you get ligation of a

23   T-probe in this case, it looks like.

24        A.   Um-hmm.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                            May 20, 2008                             .

                                                           Page 98

1       Q.    And you see a signal from the fluorescent

2   dye on this probe that's just been ligated, which

3   identifies the nucleotide at position 10 as a T;

4   is that correct?

5       A.    Correct.

6       Q.    And at slide 22, Bates number AB

7   00137642, after that visualization step, you do

8   another cleavage step, again creating a 5'

9   phosphate at the end of the universal sequence

10  primer, correct?

11      A.    Correct.

12      Q.    Flipping to slide 23 entitled "SOLiD:

13  4-color ligation interrogates every fifth base",

14  this shows how the universal sequence primer is

15  extended by three further cycles of ligation, of

16  probe ligation, visualization, and cleavage; is

17  that correct?

18      A.    Correct.

19      Q.    So underneath the diagram here, the

20  letters and numbers indicate the nucleotides that

21  are identified at each position, correct?  So

22  we've already looked at the first A and T at

23  positions 5 and 10.  So in the third round, a T

24  would have been identified at position 15; is

APPLERA vs. ILLUMINA, et al                          Gina Costa
                          May 20, 2008                        .

Page 99

1    that correct?

2        A.    Yes.

3        Q.    And then a C at position 20 in the fourth

4    round, correct?

5        A.    Correct.

6        Q.    And then a G at position 25 in the fifth

7    round would have been identified, correct?

8        A.    Correct.

9        Q.    All in the same manner through the

10   visualization step that we discussed before,

11   correct?

12       A.    Correct.

13       Q.    Now there's a slide 24 entitled "SOLiD:

14   4-color ligation reset."  What is happening at

15   the reset?  What happened to everything?  Where

16   is everything that was on there before?  What

17   happened to it?

18       A.    Reset means you melt off the synthesized

19   strand.

20       Q.    How do you melt it off?

21       A.    Using a buffer that is able to denature

22   the duplex that is formed on the DNA.

23       Q.    Do you have to heat it up, cook it off?

24       A.    There's a reset formulation combined with

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                           May 20, 2008                              .

                                                            Page 100

 1   heat, yes.

 2        Q.   So all of the extension products that

 3   were previously made on here go away?

 4        A.   Yes.

 5        Q.   And they're just washed away and gone;

 6   they're no longer in the, no longer on the slide

 7   near the beads?  They're just washed away?

 8        A.   They're washed away.

 9        Q.   Please turn to slide 25.  This is just

10   like slide 17, except that instead of universal

11   sequencing primer N, there's universal sequencing

12   primer N-1?

13        A.   Correct.

14        Q.   And it has a 5' phosphate?

15        A.   Correct.

16        Q.   And we have a ligase?

17        A.   Correct.

18        Q.   And 1-base encoded probe pools.  And we

19   have universal primer N-1 that has hybridized

20   onto the DNA that's attached to the bead?

21        A.   Correct.

22        Q.   And it shows here a T-probe in the

23   process of being ligated to its 5' end of the

24   universal primer N-1, correct?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

```
                                                        Page 101

 1      A.    Correct.

 2      Q.    Next slide 26, again, there's a

 3  visualization step where white light is shown on

 4  the fluorescent dye, it gives off a

 5  characteristic wavelength, identifying a base at

 6  the fourth position T?

 7      A.    Correct.

 8      Q.    And slide 27 shows without going into all

 9  of the by now repetitive detail what happens in

10  the next four rounds following this same pattern:

11  Ligate, visualize, cleave; is that correct?

12      A.    Correct.

13      Q.    So now we're at the ligation step for the

14  fifth cycle, and we could, if we wanted,

15  apparently already the G at the position 24 as

16  shown on this slide has been identified?

17      A.    Correct.

18      Q.    Now, putting all of these together, if

19  you reset again with an N-2, N-3, N-4 primer as

20  shown on slide 28, you can fill in the sequence

21  information for all of the other positions,

22  correct?

23      A.    Correct.

24      Q.    So you get sequence information, you
```

APPLERA vs. ILLUMINA, et al                    Gina Costa
                    May 20, 2008                        .

Page 102

1    identify the bases, the positions 1 to 25 using

2    five sequencing primers, N-1, N-2, N-3, N-4, and

3    five cycles each on those primers with the exact

4    same pool of oligonucleotide probes?

5        A.   Correct.

6        Q.   Please go back to Exhibit 92.  That was

7    beginning with ILL 051205.  Flip to slide 15, ILL

8    051219.

9             Now, we've already said, or you've

10   already testified that the hybridization step,

11   the ligation step, the visualization step, the

12   cleavage step are the same, other than the

13   differences of the probes.  So I just want to go

14   through, just run through the 2-base system to

15   firm anything up.  Let's see if there's anything

16   else to be said here.

17             Slide 15 shows the ligation of the

18   first cycle with 2-base encoded probes, correct.

19       A.   Correct.

20       Q.   Now, the probe pools that are shown on

21   here say, well, they have interrogation

22   positions, they have TA on the green probe, GG on

23   the blue probe, TC on the orange probe, and AT on

24   the red probe, correct?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

Page 107

1    encoding bead?

2        A.    Correct.

3        Q.    Slide 19 shows the cleavage step

4    following visualization, again produces a

5    phosphate on the end of the extended universal

6    sequencing primer; is that correct?

7        A.    Correct.

8        Q.    And slide 20, ILL 051224, this shows that

9    a ligation is occurring between that new

10   extendable end on the extended universal sequence

11   primer and a 4, 5-encoded probe that has GG at

12   the fourth and fifth positions that's labeled

13   with a blue dye?

14       A.    Correct.

15       Q.    Next step, visualization.  You shine

16   white light on it.  You get a blue signal,

17   correct?

18       A.    Correct.

19       Q.    And on the next slide, slide 22, again,

20   you cleave and generate a 5' phosphate again on

21   that twice extended universal sequencing primer?

22       A.    Correct.

23       Q.    So now we've obtained a color signal for

24   the 4, 5 position and the 9, 10 position.  We

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                                    .

                                                              Page 130

 1    SOLiD System that we discussed earlier?

 2              MR. COMER:  Objection:  Vague.

 3       Q.    I'll withdraw the question.  Does this

 4    document accurately describe the steps of the

 5    1-base encoding method of the SOLiD System at the

 6    time it was written?

 7       A.    Correct.

 8       Q.    On page 245400, under the heading "E,

 9    Image the Slide", there is a picture of beads,

10    fluorescent beads, correct?

11       A.    Correct.

12       Q.    And although it's not in color, in the

13    original it was with all four of the pseudo

14    colors, correct?

15       A.    Um-hmm.

16       Q.    The text accompanying the picture states

17    beginning about five lines down:  "You excite the

18    fluorescent dyes and image the slide.  In the

19    resulting picture, you see each productive bead

20    as a spot of particular color.  One bead over

21    here says, 'I'm an A!'  One nearby says, 'I've

22    got a C,' and so on."

23              Did I read that correctly?

24       A.    Yes, you did.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

                                                              Page 131

    1      Q.   This means that in a 1-base encoding

    2    system, the color on a bead in the image

    3    immediately identifies a base, as long as you

    4    know the color encoding scheme, correct?

    5      A.   It can, yes.

    6      Q.   And it can in instances where there's

    7    been proper hybridization, which occurs most of

    8    the time but not all of the time?

    9      A.   Correct.

   10      Q.   The next paragraph down says that "That

   11    first image, like the colored stars in an

   12    astronomical photograph, or like the members of

   13    the card section in a football stadium, gives you

   14    a starting point.  Given the probe design, you

   15    know the fifth position of each sequence on each

   16    bead population.  Hurray!"  Correct?

   17      A.   Not my verbiage, but, yes, correct.

   18      Q.   The next paragraph begins with somewhat

   19    more subdued verbiage:  "The next cycle will give

   20    you another image, in which each of those same

   21    points will report another base - and more about

   22    that in a moment."  Correct?

   23      A.   Correct.

   24      Q.   Moving back, if you'll flip back to page

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

                                                              Page 132

1    7, AB 00245402, the second sentence at the top of

2    the page reads:  "When you complete the last step

3    of the last cycle, you will have thousands of

4    images (there are 2000 total images or "tiles"

5    per slide) each showing millions of individual

6    bases – literally every base in the genome."

7    Correct?

8        A.   Correct.

9        Q.   That's an accurate description of what

10   happens with the 1-base encoding method after

11   you've completed the last step of ligation, the

12   last step of the cycle?

13       A.   Yes.

14            MR. PENDLETON: I'd like to get the

15   court reporter to mark this next exhibit.

16                         (Bates numbers AB

17   00137524 through 137544 was marked as Exhibit No.

18   99 for identification)

19       Q.   So you've been presented with an exhibit

20   that's previously been marked as Exhibit 99

21   bearing Bates numbers AB 00137524 through AB

22   00137544.

23       A.   Correct.

24       Q.   Do you recognize this document?

APPLERA vs. ILLUMINA, et al                          Gina Costa
                          May 20, 2008                          .

                                                         Page 144

 1    together from APG, which is Agencourt Personal

 2    Genomics, and it lists the equipment we had used

 3    in our lab.  It outlines the general lab supplies

 4    and equipment used in the labs.  It also outlines

 5    our core biologicals, which means the reagents in

 6    our refrigerators and freezers.

 7        Q.   So does this in toto represent like an

 8    inventory of the equipment and chemicals and

 9    reagents that were on site at ABG?

10        A.   Yes.

11        Q.   Was this document produced in the

12    ordinary course of Agencourt's business?

13        A.   Yes.

14        Q.   On the third page of the document, what

15    does the entry 1-base first position (set of

16    four) mean?

17        A.   That would be a set of octameric probes

18    with the first position defined with a dye.

19        Q.   So this would be like the same structure

20    as the 1-base encoding probes that we've

21    discussed, except instead of encoding at the

22    fifth position from the 3' end, it's just the 3'

23    position that would be the Y position?

24        A.   Correct.

APPLERA vs. ILLUMINA, et al                          Gina Costa
                        May 20, 2008                          .

Page 145

1      Q.    And what is the -- sorry.  Withdraw the

2    previous question.

3            Does "set of four" refer to the fact that

4    these probes are divided into four groups based

5    on the dye attached?

6      A.    Correct.

7      Q.    And the figure in the far right, *Redacted*

8    does that indicate that AB, I'm sorry, strike

9    that, Agencourt paid      *Redacted*       for that set

10   of probes?

11     A.    Correct.

12     Q.    The entry under it, "1-base fifth

13   position (set of four)" signifies a set of 1-base

14   encoding probes with the interrogation position

15   at position 5 from the 3' end with the structures

16   that we've discussed, correct?

17     A.    Correct.

18     Q.    And that set of probes,   *Redacted*  was paid

19   for that, correct?

20     A.    Correct.

21     Q.    And what's -- is there an explanation for

22   the discrepancy in price?

23     A.    If you look at the stock, it will say 3X

24   or 5X, and it's the amount at which the scale was

APPLERA vs. ILLUMINA, et al                              Gina Costa
                       May 20, 2008                             .

Page 146

1    ordered.  So we ordered more of the fifth

2    position versus the first position.

3        Q.   Okay.

4        A.   In this.

5        Q.   So you paid more?

6        A.   Because you got more.

7        Q.   Right.  The entry under it, "2-base

8    first, second position (set of four)" means a 1,

9    2-encoded, 2-base encoding set of probes, and the

10   entry for *redacted* means you paid *redacted* for that

11   set of probes, correct?

12       A.   Yes.

13       Q.   And underneath that, "2-base fourth,

14   fifth position (set of four)" that entry

15   signifies a 4, 5-encoded set of probes for which

16   *Redacted* was paid?

17       A.   Correct.

18       Q.   And, again, now that you've alerted me to

19   it, the 2X explains the difference in price.  You

20   ordered twice as much; you paid twice as much.

21   Correct?

22       A.   Um-hmm.

23       Q.   You can set that aside.  I'm handing you

24   a document that's been previously marked as

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

Page 156

1      A.   I did.

2      Q.   You can set that aside.  I'm placing

3   before you a document that's been previously

4   marked as Exhibit 106.  Could you identify this

5   document for the record, please, after you've had

6   a chance to review it.

7      A.   These are an Excel sheet outlining the

8   oligonucleotide orders from *Redacted*.  It outlines

9   the date they were ordered, the sequence that

10  defines the oligo nucleotide ordered, as well as

11  the scale which is the amount in NMOLS that were

12  ordered.  It's a unit of volume.  And the amount

13  received.

14     Q.   Any differences if you go back to 13724,

15  the table appears to be in a different format.

16  Is there any additional comment you would want to

17  make about this page?  Withdraw the previous

18  question.

19          With regard to this, it looks like a

20  description of the sequence and structure of the

21  oligos but doesn't have any price information or

22  when it was ordered, correct?

23     A.   Correct.

24     Q.   But these would be oligos that were

APPLERA vs. ILLUMINA, et al                              Gina Costa
                          May 20, 2008

                                                      Page 157

1    ordered by Agencourt?

2        A.    Yes.

3        Q.    Now, all of the oligos on here represent

4    orders that Agencourt would have made to  *Redacted*.

5    And so, these oligos would have been made

6    according to Agencourt's directions, "give us

7    oligos with this sequence and these

8    characteristics", correct?

9        A.    Correct.

10       Q.    Now, the dates on this document go back

11   to early 2005, correct?

12       A.    Um-hmm.

13       Q.    And Agencourt was acquiring its probes

14   from  *Redacted*  at that time?

15       A.    We would get the probes from  *Redacted*,

16   yes.

17       Q.    Was  *Redacted*   your exclusive supplier for

18   these probes at that time?

19       A.    No.   There's also an additional supplier

20   that helped us make the phosphoramidite that's

21   used.   *Redacted* is able to make oligos, but they

22   cannot make these oligos in the context of how we

23   make it unless they have the phosphorothiolate,

24   and we would have that made by another vendor.