# Exhibit 5

# SOLiD:
# 2-base encoding: 4,5 encoded



Still 1024 different molecules, just labeled differently.

AB00121768

# SOLiD:
# 2-base encoding: 1,2 encoded



## Still 1024 different molecules, just labeled differently.

AB00121773

# Two-base probes without N-3 or N-4 primers

4,5    NNNXYsIII—Dye

1,2    XYNNNsIII---Dye

| Primer / Probe Set | Base position | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 1 0 | 1 1 | 1 2 | 1 3 | 1 4 | 1 5 | 1 6 | 1 7 | 1 8 | 1 9 | 2 0 | 2 1 | 2 2 | 2 3 | 2 4 | 2 5 |
| N / 4,5   |   |   |   |   | X | Y |   |   | X | Y |   |   |   | X | Y |   |   | X | Y |   |   |   | X | Y |   |   |
| N-1 / 4,5 |   |   |   | X | Y |   |   | X | Y |   |   |   | X | Y |   |   | X | Y |   |   |   | X | Y |   |   |   |
| N-2 / 4,5 |   |   | X | Y |   |   | X | Y |   |   |   | X | Y |   |   | X | Y |   |   |   | X | Y |   |   |   |   |
| N / 1,2   |   | X | Y |   |   | X | Y |   |   | X | Y |   |   | X | Y |   |   | X | Y |   |   |   |   |   |   |   |
| N-1 / 1,2 | X | Y |   |   | X | Y |   |   | X | Y |   |   | X | Y |   |   | X | Y |   |   |   |   |   |   |   |   |

AB00121774