# Exhibit 6

| Item | Qty | Qty2 | Unit | Value1 | Value2 | Note1 | Note2 |
|---|---|---|---|---|---|---|---|
| RM,P2 block | 6 umoles | 6 | umole | 1310 | 218.333 | 6 umole = | Q4244 |
| RM,P2 solnPCR | 10 umoles | 10 | umole | 3350 | 335.000 | 4 umole = | Q4244 |
| RM,Probes,(1,2),16 Families | | 1 | umole | 230 | 230.000 | | |
| RM,Probes,(4,5),16 Families | | 1 | umole | 230 | 230.000 | | |
| RM,AntiP1-Cy5 | 1 umoles | 2 | umole | 2443 | 1221.500 | 2 umole = | Q4349 |
| RM, internal AB Block | 1 umoles | 3 | umole | 1430 | 476.667 | 3 umole = | Q4244 |
| RM,3IASP(n) | 4 umoles | 4 | umole | 1450 | 362.500 | 2 umole = | Q4244 |
| RM,3IASP(n-1) | 4 umoles | 4 | umole | 1450 | 362.500 | 2 umole = | Q4244 |
| RM,3IASP(n-2) | 2 umoles | 2 | umole | 985 | 492.500 | 1 umole = | Q4244 |
| RM,Internal BA block | 6 umoles | 3 | umole | 1430 | 476.667 | 3 umole = | Q4244 |
| RM,3IBSP(n) | 4 umoles | 4 | umole | 1450 | 362.500 | 2 umole = | Q4244 |
| RM,3IBSP(n-1) | 4 umoles | 4 | umole | 1450 | 362.500 | 2 umole = | Q4244 |
| RM,3IBSP(n-2) | 2 umoles | 2 | umole | 985 | 492.500 | 1 umole = | Q4244 |
| NH2-P1 Oligo | 1 | 1 | umole | 125 | 125.000 | | |
| RM, P2 screen | 1 umoles | 1 | umole | 1458 | 1458.000 | 2 umole = | Q4244 |
| Labels | 1ea | 1 | ea | 0.17 | 0.170 | | |
| Ethylenediaminetetraacetic acid disodium salt solution | 100mL | 100 | mL | 12.63 | 0.126 | | |
| Trizma Pre-set crystals, pH 8.0, average Mw 141.8 | 10 pk | 10 | pk | 30.8 | 3.080 | | |
| Trizma Pre-set crystals, pH 7.7, average Mw 147.6 | 10 pk | 10 | pk | 30.8 | 3.080 | | |
| Labels | 1ea | 1 | ea | 0.03 | 0.030 | | |
| 15mL bottle | 1ea | 1 | ea | 0.2 | 0.200 | | |
| 500mL bottle | 1ea | 1 | ea | 1.95 | 1.950 | | |
| 30mL bottle | 1ea | 1 | ea | 0.58 | 0.580 | | |
| 30mL clear square bottle | 1 cs | 96 | ea | 132.89 | 1.384 | | |
| BTL,1 LITER AMBER (OTS) | 1ea | 1 | ea | 1.74 | 1.740 | | |
| CAP,33-430 POLYPRO TFE | 1ea | 1 | ea | 0.41 | 0.410 | | |
| 8mL Bottle | 1 cs | 2000 | ea | 611.94 | 0.306 | | |
| FAM-AAn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| FAM-CCn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| FAM-GGn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| FAM-TTn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| Cy3-CAn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| Cy3-ACn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| Cy3-TGn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| Cy3-GTn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| TXR-GAn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| TXR-TCn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| TXR-AGn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| TXR-CTn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| Cy5-TAn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| Cy5-GCn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| Cy5-CGn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| Cy5-ATn3IsII | 3 umoles | 3 | umole | 690 | 230.000 | | |
| FAM-n3AAIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| FAM-n3CCIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| FAM-n3CGIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| FAM-n3TTIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| Cy3-n3CAIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| Cy3-n3ACIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| Cy3-n3TGIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| Cy3-n3GTIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| TXR-n3GAIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| TXR-n3TCIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| TXR-n3AGIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| TXR-n3CTIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| Cy5-n3TAIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| Cy5-n3GCIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| Cy5-n3CGIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| Cy5-n3ATIsII | 5 umoles | 5 | umole | 1150 | 230.000 | | |
| FAM-N3AAISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| FAM-N3CCISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| FAM-N3GGISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| FAM-N3TTISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY3-N3CAISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY3-N3ACISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY3-N3TGISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY3-N3GTISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| TXR-N3GAISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| TXR-N3TCISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| TXR-N3AGISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| TXR-N3CTISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY5-N3TAISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY5-N3GCISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY5-N3CGISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY5-N3ATISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| FAM-AAN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| FAM-CCN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| FAM-GGN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| FAM-TTN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY3-CAN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY3-ACN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY3-TGN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY3-GTN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| TXR-GAN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| TXR-TCN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| TXR-AGN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| TXR-CTN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY5-TAN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY5-GCN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY5-CGN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| CY5-ATN3ISII | 1 umole | 1 | umole | 230 | 230.000 | | |
| Thioamidite | 1 g | 1000 | mg | 1350 | 1.350 | | |
| CY3 NHS Ester | 1 mg | 1000 | ug | 34.5 | 0.035 | | |
| CY5 NHS Ester | 1 mg | 1000 | ug | 34.5 | 0.035 | | |
| Dark Probes - any | 1 umole | | umole | 11.75 | | | |
| 125ml bottles | 1 case | 500 | case | 206.23 | 0.412 | | |
| Chemicals for testing or general lab us | | | | | | | |
| Extran 300 Soap | 1000mL | 1000 | mL | 22 | 0.022 | | |
| RM,5(6) FAM | 100 mg | 100 | mg | 98 | 0.980 | | |
| RM,5(6) FAM SE | 100 mg | 100 | mg | 124 | 1.240 | | |
| Trizma Pre-set crystals, pH 8.5, average Mw 131.4 | 10 pk | 10 | pk | 37.45 | 3.745 | | |

(Column to the right marked: REDACTED)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                         AB00134506

| Item | Qty | Unit | Container | Count | Unit Cost | Ext Cost | Total |
|---|---|---|---|---|---|---|---|
| BULK,ST-30-UI ASP(n),200 UM | 0.038 | umole | | | 362.500 | 13.775 | |
| RM,LOW TE,1X | 0.19 | mL | | | 0.145 | 0.028 | |
| 0.5mL Tube | 1 | ea | | | 0.600 | 0.600 | |
| 0.5mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | | 0.000 | |
| Labor | 0.022535211 | hours | | | 148.800 | 3.353 | |
| Total | | | | | | 17.856 | 17.856 |
| SOLiD™ Sequencing Kit - Tag 2 Seq Primer A2 | 190 | ul | 0.5mL tube | 1 | | | |
| BULK,ST-30-UI BSP(n),200 UM | 0.038 | umole | | | 362.500 | 13.775 | |
| RM,LOW TE,1X | 0.19 | mL | | | 0.145 | 0.028 | |
| 0.5mL Tube | 1 | ea | | | 0.600 | 0.600 | |
| 0.5mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | | 0.000 | |
| Labor | 0.022535211 | hours | | | 148.800 | 3.353 | |
| Total | | | | | | 17.856 | 17.856 |
| SOLiD™ Sequencing Kit - Tag 2 Seq Primer B1 | 190 | ul | 0.5mL tube | 1 | | | |
| BULK,ST-30-UI BSP(r-1),200 UM | 0.038 | umole | | | 362.500 | 13.775 | |
| RM,LOW TE,1X | 0.19 | mL | | | 0.145 | 0.028 | |
| 0.5mL Tube | 1 | ea | | | 0.600 | 0.600 | |
| 0.5mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | | 0.000 | |
| Labor | 0.022535211 | hours | | | 148.800 | 3.353 | |
| Total | | | | | | 17.856 | 17.856 |
| SOLiD™ Sequencing Kit - Tag 2 Seq Primer B2 | 190 | ul | 0.5mL tube | 1 | | | |
| BULK,ST-30-UI BSP(r-1),200 UM | 0.038 | umole | | | 362.500 | 13.775 | |
| RM,LOW TE,1X | 0.19 | mL | | | 0.145 | 0.028 | |
| 0.5mL Tube | 1 | ea | | | 0.600 | 0.600 | |
| 0.5mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | | 0.000 | |
| Labor | 0.022535211 | hours | | | 148.800 | 3.353 | |
| Total | | | | | | 17.856 | 17.856 |
| SOLiD™ Sequencing Kit - Tag 2 Seq Primer C1 | 95 | ul | 0.5mL tube | 1 | | | |
| BULK,ST-30-UI ASP(r-2),200 UM | 0.019 | umole | | | 492.500 | 9.358 | |
| RM,LOW TE,1X | 0.095 | mL | | | 0.145 | 0.014 | |
| 0.5mL Tube | 1 | ea | | | 0.600 | 0.600 | |
| 0.5mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | | 0.000 | |
| Labor | 0.014084507 | hours | | | 148.800 | 2.096 | |
| Total | | | | | | 12.167 | 12.167 |
| SOLiD™ Sequencing Kit - Tag 2 Seq Primer C2 | 95 | ul | 0.5mL tube | 1 | | | |
| BULK,ST-30-UI BSP(r-2),200 UM | 0.019 | umole | | | 492.500 | 9.358 | |
| RM,LOW TE,1X | 0.095 | mL | | | 0.145 | 0.014 | |
| 0.5mL Tube | 1 | ea | | | 0.600 | 0.600 | |
| 0.5mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | | 0.000 | |
| Labor | 0.014084507 | hours | | | 148.800 | 2.096 | |
| Total | | | | | | 12.167 | 12.167 |
| Probe Preparation Solution | 1000 | mL | | | | | |
| TRIZMA Pack | 1.00 | Pk | | | 3.080 | 3.080 | |
| EDTA | 20 | mL | | | 0.126 | 2.526 | |
| Nuclease-free distilled, deionized H2O | 980 | mL | | | 0.000 | 0.000 | |
| Labor | 0.5 | hours | | | 148.800 | 74.400 | |
| Total | | | | | | 80.006 | |
| SOLiD™ Sequencing Kit - 1,2 Probe Mix | 1 | mL | 2ml tube | 3 | | | |
| FAM-AAn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| FAM-CCn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| FAM-GGn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| FAM-TTn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| Cy3-CAn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| Cy3-ACn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| Cy3-TGn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| Cy3-GTn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| TXR-GAn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| TXR-TCn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| TXR-AGn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| TXR-CTn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| Cy5-TAn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| Cy5-GCn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| Cy5-CGn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| Cy5-ATn3IsII | 0.063 | umole | | | 230.000 | 14.375 | |
| Thioamidite | 2.563 | mg | | | 1.350 | 55.361 | |
| CY3 NHS Ester | 150.015 | ug | | | 0.035 | 20.702 | |
| CY5 NHS Ester | 150.015 | ug | | | 0.035 | 20.702 | |
| Probe Preparation Solution | 1.0 | mL | | | 0.080 | 0.080 | |
| 2mL Tube | 1 | ea | | | 0.080 | 0.080 | |
| 2mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | 0.030 | 0 | |
| Labor | 0.067647059 | hours | | | 148.800 | 10.066 | |
| Total | | | | | | 337.091 | 1011.272 |
| SOLiD™ Sequencing Kit - 4,5 Probe Mix | 1.5 | mL | 2mL tube | 3 | | | |
| FAM-n3AAIsII | 0.094 | umole | | | 230.000 | 21.563 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB00134513

| Item | Qty | Unit | Container | Count | Unit Cost | Ext Cost | Total |
|---|---|---|---|---|---|---|---|
| FAM-n3CCIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| FAM-n3GGIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| FAM-n3TTIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| Cy3-n3CAIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| Cy3-n3ACIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| Cy3-n3TGIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| Cy3-n3GTIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| TXR-n3GAIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| TXR-n3TCIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| TXR-n3AGIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| TXR-n3CTIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| Cy5-n3TAIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| Cy5-n3GCIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| Cy5-n3CGIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| Cy5-n3ATIsII | 0.094 | umole | | | 230.000 | 21.563 | |
| Thioamidite | 3.845 | mg | | | 1.350 | 83.041 | |
| CY3 NHS Ester | 225.023 | ug | | | 0.035 | 31.053 | |
| CY5 NHS Ester | 225.024 | ug | | | 0.035 | 31.053 | |
| Probe Preparation Solution | 1.0 | mL | | | 0.080 | 0.120 | |
| 2mL Tube | 1 | ea | | | 0.080 | 0.080 | |
| 2mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | | 0.000 | |
| Labor | 0.067647059 | hours | | | 148.800 | 10.066 | |
| Total | | | | | 500.513 | 1501.540 | |
| SOLiD™ Sequencing Kit - Chase Probe Mix | 1600 | ul | 2ml tube | 4 | | | |
| ANNNNIsII | 0.400 | umole | | | 11.750 | 4.700 | |
| CNNNNIsII | 0.400 | umole | | | 11.750 | 4.700 | |
| GNNNNIsII | 0.400 | umole | | | 11.750 | 4.700 | |
| TNNNNIsII | 0.400 | umole | | | 11.750 | 4.700 | |
| Thioamidite | 76.000 | mg | | | 1.350 | 102.600 | |
| Probe Preparation Solution | 1.0 | mL | | | 0.014 | 0.014 | |
| 2mL Tube | 1 | ea | | | 0.080 | 0.080 | |
| 2mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | | 0.000 | |
| Labor | 0.0156 | hours | | | 148.800 | 2.321 | |
| Total | | | | | 123.916 | 495.663 | |
| SOLiD™ Sequencing Kit - IA Block 1 | 320 | ul | 0.5mL tube | 1 | | | |
| RM,Internal BA block | 0.064 | umole | | | 476.667 | 30.507 | |
| RM,LOW TE,1X | 0.32 | mL | | | 0.145 | 0.047 | |
| 0.5mL Tube | 1 | ea | | | 0.600 | 0.600 | |
| 0.5mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | | 0.000 | |
| Labor | 0.035714286 | hours | | | 148.800 | 5.314 | |
| Total | | | | | 36.567 | 36.567 | |
| SOLiD™ Sequencing Kit - IA Block 2 | 320 | ul | 0.5mL tube | 1 | | | |
| RM,Internal AB block | 0.064 | umole | | | 476.667 | 30.507 | |
| RM,LOW TE,1X | 0.32 | mL | | | 0.145 | 0.047 | |
| 0.5mL Tube | 1 | ea | | | 0.600 | 0.600 | |
| 0.5mL Cap | 1 | ea | | | 0.100 | 0.100 | |
| Label | 1 | ea | | | | 0.000 | |
| Labor | 0.035714286 | hours | | | 148.800 | 5.314 | |
| Total | | | | | 36.567 | 36.567 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB00134514