# Exhibit 7

| APG Core Biologicals | | | | |
|---|---|---|---|---|
| Item | Vendor | Stock | Price | Estimated cost |
| **Enzymes & cofactors** | | | | |
| Platinum PCR Supermix | | 50 vials | | |
| Platinum Taq DNA Polymerase | | 100 vials | | |
| Taq DNA Polymerase | REDACTED | 20 vials | REDACTED | REDACTED |
| T4 DNA Ligase | | 100 vials | | |
| dNTPs | | 100 vials | | |
| rATP | | 40 vials | | |
| Ampligase | | 1 vial | | |
| Stoffel Fragment DNA | | 5 vials | | |
| RepliPhi 29 | | 10 vials | | |
| **Oligos and Probes** | | | | |
| amplification oligos | | | | |
| P1 DNA bead | | 6 | | |
| P1-soln | | 6 | | |
| P2-soln | | 6 | | |
| P2-screen | | 3 | | |
| UIA-screen | | 8 | | |
| anti-P1 screen | | 4 | | |
| enrichment oligos | | | | |
| anti-P2 enrich | | 6 | | |
| anti-UIA enrich | | 6 | | |
| sequencing oligos | | | | |
| P1-block | | 6 | | |
| UIA-block | | 12 | | |
| P2-block | | 6 | | |
| Padlock-blocks | | 4 | | |
| FLSP(n) | | 4 | | |
| FLSP(n-1) | | 4 | | |
| FLSP(n-2) | | 4 | | |
| FLSP(n-3) | | 4 | | |
| FLSP(n-4) | | 4 | | |
| RLSP(n) | | 4 | | |
| RLSP(n-1) | | 4 | | |
| RLSP(n-2) | | 4 | | |
| RLSP(n-3) | | 4 | | |
| RLSP(n-4) | | 4 | | |
| 1-base first position (set of 4) | | 3x | | |
| 1-base fifth position (set of 4) | | 5x | | |
| 2-base first, second position (set of 4) | | 1x(*4) | | |
| 2-base fourth, fifth position (set of 4) | | 2x(*4) | | |
| Misc probe inventory | | | | |
| **Beads** | | | | |
| MyOne streptavidin | | 6 | | |
| MyOne Carboxylate | | 4 | | |
| Polystyrene 3.5um streptavidin | | 2 | | |
| **Slides** | | | | |
| Glass microscope slides | | 30 | | |
| Polylysine slides | | 10 | | |
| Streptavidin-coated slides | | 100 | | |
| Quartz slides | | 100 | | |
| **General Chemicals** | | | | |
| Misc dry reagents | | | | |
| **Misc Biologicals (Buffers, etc)** | | | | |
| Misc dry reagents | | | | |
| **Total Core Reagents** | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         AB00136589