# Exhibit 8

# Applied Biosystems SOLiD™ System
## User Guide





Applied Biosystems  AB CONFIDENTIAL

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY      AB 00000683

# Required Applied Biosystems Reagent Kits[3]

| Product Name | Vendor | Catalog Number |
|---|---|---|
| SOLiD™ Library Oligos | Applied Biosystems | 4392456 |

# Required Consumables[3] for Preparing Libraries

| Product Name | Vendor | Catalog Number |
|---|---|---|
| GeneAmp® dNTP Blend (100mM) | Applied Biosystems | N8080261 |
| 10X NEBuffer2 | New England BioLabs® Inc. | B7002S |
| 3 M sodium acetate (pH 5.5) | Applied Biosystems/ Ambion | AM9740 |
| 10 x TAE | Applied Biosystems/ Ambion | AM9869 |
| Gel Loading Solution (All purpose) | Applied Biosystems/ Ambion | AM8556 |
| Agarose-LE[4] | Applied Biosystems/ Ambion | AM9040 |
| Ethidium Bromide | American Bioanalytical | AB00512-00010 |
| borosilicate round bottom tubes (13 mm x 65 mm) | Covaris™ Inc. | TC-13tubes |
| caps for glass tubes | Covaris™ Inc. | TC-13caps |
| End-It™ DNA End-Repair Kit | Epicentre® | ER0720 |
| Invitrogen Platinum® PCR SuperMix | Invitrogen Corporation | 11306-016 |
| 4.0% E-Gel | Invitrogen Corporation | 5018-04 |
| Track-It™ 25 bp ladder | Invitrogen Corporation | 10488-022 |
| 5 x DNA Ligase Buffer | Invitrogen Corporation | 46300-018 |
| T4 DNA Ligase (5U/ul) | Invitrogen Corporation | 15224-103 |
| DNA Polymerase I (E. coli), (10U/µl) | New England BioLabs® Inc. | M0209L |
| Cloned Pfu polymerase (2.5U/µL) | Stratagene | 600153-81 |

---

[3] Applied Biosystems has validated this protocol using this specific material. Substitution may adversely affect system performance.
[4] For size-selection protocols, pre-cast gels may be used. For 4% gels, Lonza-Reliant Gel System (4% NuSieve 3:1 Plus Agarose), catalog number 161-3016, is recommended.

# Required Equipment[1] for Preparing Libraries

| Product Name | Vendor | Catalog Number |
|---|---|---|
| HydroShear® from Genomic Solutions®[2] | Applied Biosystems | 4392889 (115 V) 4392890 (230 V) |
| | or | or |
| | Genomic Solutions Inc | HJHSH000000-1-(-2) |
| 96-Well GeneAmp® PCR System 9700 (thermal cycler) | Applied Biosystems | Base, N8050200Block, 4314443[2] |
| Benchtop microfuge | Eppendorf | 5417R[3] |
| Benchtop microfuge rotor for 21,000 x g | Eppendorf | FA-45-24-11 |
| NanoDrop ND1000 Spectrophotometer (computer required) | NanoDrop® Technologies | ND-1000 |
| Gel imaging system | Any Supplier | Varies |
| Gel boxes and power supplies for Agarose gels | Any Supplier | Varies |
| Picofuge | Any Supplier | Varies |

# Required Applied Biosystems Reagent Kits[1]

| Product Name | Vendor | Catalog Number |
|---|---|---|
| SOLiD™ Library Oligos | Applied Biosystems | 4392456 |

---

[1] Applied Biosystems has validated this protocol using this specific material. Substitution may adversely affect system performance.
[2] For more information on HydroShear materials, refer to the manufacturer's documentation.
[3] Or equivalent but validation of the equipment for library preparation is required.

# Required Applied Biosystems Reagent Kits[5]

| Product Name (Catalog Number) | Components (Catalog Number) |
|---|---|
| SOLiD™ Fragment Library Sequencing Kit (4387896) | SOLiD™ Fragment Sequencing Enzyme Kit<br>    10X Phosphatase Buffer<br>    Antarctic Phosphatase<br>    T4 DNA Ligase<br>    5X T4 DNA Ligase Buffer<br>SOLiD™ Fragment Sequencing Oligo Kit<br>    Tag 1 Seq Primer A<br>    Tag 1 Seq Primer B<br>    Tag 1 Seq Primer C<br>    P2 Block<br>    Focal Map P2 Label<br>SOLiD™ Fragment Sequencing Probe Mix 3 Kit<br>    Probe Mix 3<br>SOLiD™ Fragment Sequencing Buffer Kit<br>    20X SSPE Buffer<br>    Sodium Acetate Solution |
| SOLiD™ Mate-Paired Library Sequencing Kit (4387897) | SOLiD™ Mate-Paired Sequencing Enzyme Kit<br>    10X Phosphatase Buffer<br>    Antarctic Phosphatase<br>    T4 DNA Ligase<br>    5X T4 DNA Ligase Buffer<br>SOLiD™ Mate-Paired Sequencing Oligo Kit<br>    P1 Block<br>    P2 Block<br>    Tag 1 Seq Primer A<br>    Tag 1 Seq Primer B<br>    Tag 1 Seq Primer C<br>    IA Block 1<br>    IA Block 2<br>    Tag 2 Seq Primer A1<br>    Tag 2 Seq Primer A2<br>    Tag 2 Seq Primer B1<br>    Tag 2 Seq Primer B2<br>    Tag 2 Seq Primer C1<br>    Tag 2 Seq Primer C2<br>    Focal Map P2 Label<br>SOLiD™ Mate-Paired Sequencing Probe Mix 3 Kit<br>    Probe Mix 3<br>SOLiD™ Mate-Paired Sequencing Buffer Kit<br>    20X SSPE Buffer<br>    Sodium Acetate Solution |
| SOLiD™ Sequencing Probes Kit (4392147) | Probe Mix 1<br>Probe Mix 2 |
| SOLiD DH10B Fragment Library Controls (4391889) (Optional) | SOLiD™ DH10B Control Fragment Library<br>SOLiD™ DH10B Fragment Library Control Deposition Beads |

---

[5] Applied Biosystems has validated this protocol using this specific material. Substitution may adversely affect system performance.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY                AB 00000803

# Appendix A: General Procedures and Reagents

## Required Equipment[1] for General Procedures and Reagents

| Product Name | Vendor | Catalog Number |
|---|---|---|
| Benchtop microfuge | Eppendorf | 5417R[2] |
| Benchtop microfuge rotor for 21,000 x g | Eppendorf | FA-45-24-11 |
| 96-Well GeneAmp® PCR System 9700 (thermal cycler) | Applied Biosystems | Base, N8050200Block, 4314443 [2] |
| Gel imaging system | Any Supplier | Varies |
| Gel boxes and power supplies for Agarose gels | Any Supplier | Varies |
| Picofuge | Any Supplier | Varies |
| SOLiD™ Light Source | Applied Biosystems | 4388441 |

## Required Consumables[1] for General Procedures and Reagents

| Product Name | Vendor | Catalog Number |
|---|---|---|
| Phenol-Chloroform-Isoamyl alcohol (with pH7.9 buffer) | Applied Biosystems/ Ambion | AM9730 |
| GlycoBlue™ | Applied Biosystems/ Ambion | AM9516 |
| 3 M sodium acetate (pH 5.5) | Applied Biosystems/ Ambion | AM9740 |
| MaXtract High Density (1.5 mL) (phase lock gels) | Qiagen | AM9869 |
| Isopropyl alcohol | Sigma | I9516 |
| 7.5 M Ammonium Acetate | Sigma-Aldrich® | A-2706 |
| 0.5 and 1.5 mL microfuge tubes | Any Supplier | Varies |
| Nuclease-free Water (1 L) | Ambion | AM9932 |
| Pipettors and filtered tips (200 µl) | Any Supplier | Varies |
| Pipettors and filtered tips (1000 µl) | Any Supplier | Varies |
| Ethanol | Sigma-Aldrich® | E7023 |
| 5 x DNA Ligase Buffer | Invitrogen Corporation | 46300-018 |
| SOLiD™ Library Oligos | Applied Biosystems | 4392456 |

---

[1] Applied Biosystems has validated this protocol using this specific material. Substitution may adversely affect system performance.
[2] Or equivalent but validation of the equipment for library preparation is required.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY            AB 00000875

# Required Applied Biosystems Reagent Kits[5]

| Product Name (Catalog Number) | Components (Catalog Number) |
|---|---|
| SOLiD™ Fragment Library Sequencing Kit (4387896) | SOLiD™ Fragment Sequencing Enzyme Kit<br>    10X Phosphatase Buffer<br>    Antarctic Phosphatase<br>    T4 DNA Ligase<br>    5X T4 DNA Ligase Buffer<br>SOLiD™ Fragment Sequencing Oligo Kit<br>    Tag 1 Seq Primer A<br>    Tag 1 Seq Primer B<br>    Tag 1 Seq Primer C<br>    P2 Block<br>    Focal Map P2 Label<br>SOLiD™ Fragment Sequencing Probe Mix 3 Kit<br>    Probe Mix 3<br>SOLiD™ Fragment Sequencing Buffer Kit<br>    20X SSPE Buffer<br>    Sodium Acetate Solution |
| SOLiD™ Mate-Paired Library Sequencing Kit (4387897) | SOLiD™ Mate-Paired Sequencing Enzyme Kit<br>    10X Phosphatase Buffer<br>    Antarctic Phosphatase<br>    T4 DNA Ligase<br>    5X T4 DNA Ligase Buffer<br>SOLiD™ Mate-Paired Sequencing Oligo Kit<br>    P1 Block<br>    P2 Block<br>    Tag 1 Seq Primer A<br>    Tag 1 Seq Primer B<br>    Tag 1 Seq Primer C<br>    IA Block 1<br>    IA Block 2<br>    Tag 2 Seq Primer A1<br>    Tag 2 Seq Primer A2<br>    Tag 2 Seq Primer B1<br>    Tag 2 Seq Primer B2<br>    Tag 2 Seq Primer C1<br>    Tag 2 Seq Primer C2<br>    Focal Map P2 Label<br>SOLiD™ Mate-Paired Sequencing Probe Mix 3 Kit<br>    Probe Mix 3<br>SOLiD™ Mate-Paired Sequencing Buffer Kit<br>    20X SSPE Buffer<br>    Sodium Acetate Solution |
| SOLiD™ Sequencing Probes Kit (4392147) | Probe Mix 1<br>Probe Mix 2 |
| SOLiD DH10B Fragment Library Controls (4391889) (Optional) | SOLiD™ DH10B Control Fragment Library<br>SOLiD™ DH10B Fragment Library Control Deposition Beads |

---

[5] Applied Biosystems has validated this protocol using this specific material. Substitution may adversely affect system performance.

 AB CONFIDENTIAL

6

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

AB 00000905