# Exhibit 9



# SOLiD™ System

## Site Preparation Guide

CONFIDENTIAL - FOR APPLIED BIOSYSTEMS SOLiD™ SYSTEM CUSTOMERS ONLY. NOT FOR GENERAL DISTRIBUTION

*SOLiD™ System Site Preparation Guide*

*SOLiD™ SYSTEM 2.0*
*April 24, 2008 11:53 am, 4386998_Title-Copyright.fm*

**CONFIDENTIAL** — *For AB Approved Use Only. Do Not Distribute.*

**AB** Applied Biosystems



AB00007839

# List of Consumables (SOLiD™ Analyzer)

The following is a list of consumables provided by Applied Biosystems with purchase of the SOLiD™ Analyzer.

The following table shows the list of consumables.

Table 2-3  List of consumables provided by Applied Biosystems with purchase of the SOLiD™ System

| Product Name | Units | Vendor | Catalog Number | Fragment[‡] | Mate-Paired[§] |
|---|---|---|---|---|---|
| SOLiD™ Fragment Library Oligos Kit | 10 Fragment Libraries | Applied Biosystems | 4401151 | Yes | No |
| SOLiD™ ePCR Kit V2 | 10 Full scale reactions | Applied Biosystems | 4400834 | Yes | Yes |
| SOLiD™ ePCR Tubes and Caps | 10 tubes and caps | Applied Biosystems | 4400401 | Yes | Yes |
| SOLiD™ Bead Enrichment Kit | 10 Samples | Applied Biosystems | 4387894 | Yes | Yes |
| SOLiD™ Bead Deposition Kit | 10 Samples | Applied Biosystems | 4387895 | Yes | Yes |
| SOLiD™ Slide Kit | 24 Slides | Applied Biosystems | 4391888 | Yes | Yes |
| SOLiD™ Buffer Kit | 10 Samples | Applied Biosystems | 4387918 | Yes | Yes |
| SOLiD™ Sequencing Probes Kit V2 | 300 cycles | Applied Biosystems | 4400412 | Yes | Yes |
| SOLiD™ Fragment Library Sequencing Kit V2 | 300 cycles | Applied Biosystems | 4400467 | Yes | No |
| SOLiD™ Instrument Buffer Kit | 3 Mate-paired, or 4 Fragment slides | Applied Biosystems | 4387919 | Yes | Yes |
| SOLiD™ Library Titration Reagent | 10 Samples | Applied Biosystems | 4392220 | Yes | Yes |
| SOLiD™ DH10B Fragment Library Controls | Control Library DNA and Beads for 1 slide | Applied Biosystems | 4391889 | Yes | No |
| Covaris™ Tubes and Caps | 125 tubes and 125 caps | Applied Biosystems | 4399054 | Yes | Yes |

‡ Fragment Library Preparation
§ Mate-Paired Library Preparation

SOLiD™ SYSTEM 2.0
April 24, 2008 11:53 am, 4386998_Materials.fm

SOLiD™ System Site Preparation Guide   2-5
CONFIDENTIAL — For AB Approved Use Only. Do Not Distribute.

AB00007877