# Exhibit 10

# Applied Biosystems SOLiD™ System 2.0
## User Guide



Applied Biosystems

# Required Applied Biosystems Reagent Kits[6]

| Product Name (Catalog Number) | Components (Catalog Number) |
|---|---|
| **SOLiD™ Fragment Library Sequencing Kit V2** (4400467) | SOLiD™ Fragment Sequencing Enzyme Kit<br>• 10X Phosphatase Buffer<br>• SOLiD™ Sequencing Kit–Antarctic Phosphatase<br>• T4 DNA Ligase<br>• 5X T4 DNA Ligase Buffer<br>SOLiD™ Fragment Sequencing Oligo Kit<br>• Tag 1 Seq Primer A<br>• Tag 1 Seq Primer B<br>• Tag 1 Seq Primer C<br>• Tag 1 Seq Primer D<br>• Tag 1 Seq Primer E<br>• P2 Block<br>• Focal Map P2 Label<br>• Probe Mix B<br>• Bridge Probe Tag 1 C<br>• Bridge Probe Tag 1 D<br>• Bridge Probe Tag 1 E<br>SOLiD™ Fragment Sequencing Buffer Kit<br>• 20X SSPE Buffer<br>• Sodium Acetate Solution |

---

[6] Applied Biosystems has validated this protocol using this specific material. Substitution may adversely affect system performance.



AB00008317

# Required Applied Biosystems Reagent Kits[7]—Continued

| Product Name (Catalog Number) | Components (Catalog Number) |
|---|---|
| SOLiD™ Mate-Paired Library Sequencing Kit V2 (4400466) | SOLiD™ Mate-Paired Sequencing Enzyme Kit<br>• 10X Phosphatase Buffer<br>• SOLiD™ Sequencing Kit–Antarctic Phosphatase<br>• T4 DNA Ligase<br>• 5X T4 DNA Ligase Buffer<br>SOLiD™ Mate-Paired Sequencing Oligo Kit<br>• P1 Block<br>• P2 Block<br>• Tag 1 Seq Primer A<br>• Tag 1 Seq Primer B<br>• Tag 1 Seq Primer C<br>• Tag 1 Seq Primer D<br>• Tag 1 Seq Primer E<br>• IA Block 1<br>• IA Block 2<br>• Tag 2 Seq Primer A1<br>• Tag 2 Seq Primer A2<br>• Tag 2 Seq Primer B1<br>• Tag 2 Seq Primer B2<br>• Tag 2 Seq Primer C1<br>• Tag 2 Seq Primer C2<br>• Tag 2 Seq Primer D1<br>• Tag 2 Seq Primer D2<br>• Tag 2 Seq Primer E1<br>• Tag 2 Seq Primer E2<br>• Bridge Probe Tag 1 C<br>• Bridge Probe Tag 1 D<br>• Bridge Probe Tag 1 E<br>• Bridge Probe Tag 2 C<br>• Bridge Probe Tag 2 D<br>• Bridge Probe Tag 2 E<br>• Focal Map P2 Label<br>• Probe Mix B<br>SOLiD™ Mate-Paired Sequencing Buffer Kit<br>• 20X SSPE Buffer<br>• Sodium Acetate Solution |
| SOLiD™ Sequencing Probes Kit V2 (4400412) | • Probe Mix A |
| SOLiD DH10B Fragment Library Controls (4391889) (Optional) | • SOLiD™ DH10B Control Fragment Library DNA<br>• SOLiD™ DH10B Fragment Library Control Deposition Beads for 1 slide |

---

[7] Applied Biosystems has validated this protocol using this specific material. Substitution may adversely affect system performance.



AB00008318