# Exhibit 11

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

# REBUTTAL EXPERT REPORT

# OF MICHAEL L. METZKER, PH.D.

Applera Corporation – Applied Biosystems Group,

v.

Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz,

Case No. C07 02845 WHA

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

I also note that the Backman report characterizes claim 1 of the '597 patent. Dr. Backman states:

> "[C]laim 1 in the '597 Patent only requires that steps a and b therein (encompassing ligation and identification) be repeated in each cycle. As a consequence, claim 1 in the '597 Patent does not require, for example, that an extendable terminus be "regenerated" on the extended duplex during each cycle. In other words, claim 1 in the '597 Patent does not require that more than one "extension oligonucleotide probe" be incorporated into a given "extended duplex" through multiple cycles." Backman report, ¶238.

This statement supports the positions I took in my report regarding the references I cited against claim 1 of the '597 patent.

## C.     The SOLiD System does not infringe claim 1 of the '119 patent.

Claim 1 of the '119 patent is not infringed by AB. The SOLiD system does not literally meet the limitations of the claim because it does not use probes containing a phosphoramidate bond. Instead, the SOLiD system uses a phosphorothiolate bond in the backbone of the extension probes. Phosphoramidate and phosphorothiolate bonds are illustrated above. As depicted, a phosphoramidate bond contains an amine group (comprising a nitrogen atom (N) attached to a hydrogen (H) atom) while a phosphorothiolate bond contains a sulfur atom (S). The amine group and the sulfur atom both substitute for the oxygen atom (O) that is found in a standard phosphodiester backbone. Because the chemical formula of the probes used in the SOLiD system differs from that recited in claim 1 of the '119 patent, this claim is not literally infringed. Dr. Backman agrees that the SOLiD system does not literally infringe claim 1. Backman at ¶112.

The probes used in the SOLiD system similarly do not infringe claim 1 of the '119 Patent under the doctrine of equivalents. Phosphoramidate and phosphorothiolate bonds can both be used as chemically scissile linkages, but the similarities end there. In one, the bridging group is an amine comprising nitrogen and hydrogen atoms, in the other, it is a sulfur atom. These

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

different bridging groups cause the linkages to have substantially different chemical reactivities and, therefore, they are not equivalent.

Nitrogen and sulfur have different chemical and physical properties. For example, at standard state conditions, nitrogen exists as a gas with a molecular form of $N_2$, while elemental sulfur exists as a solid. The differences in chemical reactivity between nitrogen and sulfur are substantial and are reflected by their unique positions in the periodic table. Nitrogen is a Group 15 element (Group Va, chemical term: Pnictogens) and belongs to period 2 of the table. Sulfur is a Group 16 element (Group VIa, chemical term: Chalcogen) and belongs to period 3 of the table. One example that highlights these differences is how these elements bond with hydrogen. Nitrogen forms three bonds with hydrogen, which produces ammonia ($NH_3$; the ingredient found in most household cleaners), while sulfur can only form two bonds with hydrogen producing hydrogen sulfide ($H_2S$; used as the pungent odor in natural gas). Hence, the bridging groups also differ in how many hydrogen atoms they contain. The claimed bridging group contains one hydrogen atom, while the SOLiD system bridging group contains none.

Just how different these two types of linkages are is illustrated by the methods used to cleave them. Acidic conditions are used to cleave phosphoramidate bonds. The Macevicz patents teach the use of a 0.8% trifluoroacid acid (TFA) in the organic solvent dichloromethane for 40 minutes at room temperature. (See '341, Col. 18, lines 14 – 15). A 0.8% TFA solution has a pH = 1, approximately that of gastric fluids.

Those of ordinary skill in the art were aware at the relevant time that subjecting DNA to low pH conditions can have dire consequences. Low pH or acidic conditions were known to cause depurination of nucleic acid templates and subsequent strand breaks. One of ordinary skill in the art would anticipate that repeated exposures of the same target polynucleotide to these acidic conditions would lead to substantially DNA damage. Acidic conditions that damage DNA are not favored by skilled artisans looking to obtain the best sequence data containing the fewest errors.

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

Contrast the acidic conditions used for cleaving phosphoramidate linkages with the conditions used to cleave the chemically scissile linkages found in the SOLiD system.  Cleavage of phosphorothiolates, containing a bridging sulfur atom, occurs under neutral conditions (pH = 7) with an aqueous solution of 20 mM silver nitrate for one hour at room temperature.  (See Vyle and Cosstick, 1992, Biochemistry, vol. 31, page 3014, lines 14 – 17.)  These neutral conditions are preferable over low pH conditions, because they do not induce damage to the DNA template. These differences in chemical reactivities of the phosphoramidate and phosphorothiolate linkage are substantial.

Furthermore, Macevicz was aware of additional chemically scissile bonds at the time he drafted the '119 patent.  Phosphorothiolate bonds were commonly known in the art.  Macevicz certainly could have claimed probes with this chemistry, if he had wished, but apparently he decided against it.

## V.     COMPENSATION

I am being compensated at $600 per hour for my time spent on this case.  My compensation is not based upon the outcome of this litigation.