# Exhibit 12

MICHAEL  METZKER, Ph.D. - June 24, 2008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION - APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | ) CASE NO.<br>) 07-CV-02845 WHA<br>) |
| ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORAL VIDEOTAPED DEPOSITION

MICHAEL METZKER, PH.D.

June 24, 2008

ORAL VIDEOTAPED DEPOSITION OF MICHAEL METZKER, PH.D., produced as a witness at the instance of the Defendants and duly sworn, was taken in the above-styled and numbered cause on the 24th day of June, 2008, from 9:07 a.m. to 2:56 p.m., before Kelly Hanna, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Hobby Airport Hilton, 8181 Airport Boulevard, Salon 4, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

COURT  REPORTERS  CLEARINGHOUSE,  INC.
(713)  626-2629

Electronically signed by Kelly Hanna (001-375-404-8780)                                                      ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL METZKER, Ph.D. - June 24, 2008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

1                    APPEARANCES

3    FOR PLAINTIFF:

4        Mr. Steven E. Comer
         Morrison & Foerster LLP
5        12531 High Bluff Drive
         Suite 100
6        San Diego, California 92130-2040
         Telephone: 858.314.7654
7        Fax:  858.720.5125
         E-mail: scomer@mofo.com

     FOR DEFENDANTS:

         Mr. Cullen Pendleton, Ph.D.
10       Marshall, Gerstein & Borun, LLP
         233 South Wacker Drive
11       6300 Sears Tower
         Chicago, Illinois 60606-6357
12       Telephone: 312.474.6300
         Fax:  312.474.0448
13       E-mail: cpendleton@marshallip.com

14   ALSO PRESENT:

15       Kelly Hanna, CSR, RPR, CRR, CMRS, CLR
         Dustin Hanna, Videographer

COURT REPORTERS CLEARINGHOUSE, INC.
(713) 626-2629

MICHAEL METZKER, Ph.D. - June 24, 2008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

1                           INDEX

2                                                              PAGE

3    MICHAEL METZKER, PH.D.

4      Examination by Mr. Pendleton ..................   6
       Examination by Mr. Comer ......................  173
5      Further Examination by Mr. Pendleton ..........  179
       Signature Page ................................  187
6      Court Reporter's Certificate ..................  189

7

8                          EXHIBITS

9

10   EXHIBIT           DESCRIPTION                      PAGE

11   No. 251     Rebuttal Expert Report of              10
                 Michael L. Metzker, Ph.D.
12
     No. 252     SOLiD Analysis Tools (SAT) User        19
13               Guide (AB00008081-8169)

14   No. 252A    Chapter 1 Data Files and               19
                 Processing
15
     No. 253     Claim Construction Order               40
16
     No. 254     SOLiD Chemistry Sequencing by          62
17               Oligonucleotide Ligation and
                 Detection (AB00133103-3156)
18
     No. 255     SOLiD Chemistry Supported              83
19               Oligonucleotide Ligation
                 Detection (AB00121847-1894)
20
     No. 256     Expert Report of Michael L.            100
21               Metzker, Ph.D.

22   No. 257     Genome Technology article              100

23   No. 258     Editorial: Tenure process              106
                 lacks transparency
24

25

COURT REPORTERS CLEARINGHOUSE, INC.
(713) 626-2629

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL METZKER, Ph.D. - June 24, 2008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 4

```
 1                       EXHIBITS (cont.)
 2      EXHIBIT              DESCRIPTION                   PAGE
 3      No. 259      Request for grant of a Patent         107
                    Form 1/77 (AB00006951-7034)
 4
        No. 260      International Patent                  108
 5                  Application (AB00007065-7143)
 6      No. 261      U.S. Patent No. 6,348,313 dated       110
                    2/19/02 (AB00007035-7064)
 7
        No. 262      Synthesis and Selective               115
 8                  Cleavage of an
                    Oligodeoxynucleotide Containing
 9                  a Bridged Non-Chiral
                    Internucleotide
10                  3'-Phosphoramidate Linkage
                    (AB00000013-16)
11
        No. 263      U.S. Patent No. 4,883,750 dated       119
12                  11/28/89 (AB00000083-97)
13      No. 264      U.S. Patent No. 4,988,617 dated       127
                    1/29/91 (AB00000098-117)
14
        No. 265      U.S. Patent No. 5,403,708 dated       136
15                  4/4/95 (AB00000118-131)
16      No. 266      International Application             140
                    Published Under the Patent
17                  Cooperation Treaty
18      No. 267      French Patent                         140
19      No. 268      U.S. Department of Commerce           144
                    Patent and Trademark Office
20                  (ILL000263-270)
21      No. 269      International Application             146
                    Published Under the Patent
22                  Cooperation Treaty
                    (AB00006882-6950)
23
        No. 270      U.S. Patent No. 4,863,849 dated       155
24                  9/5/89)
25
```

COURT REPORTERS CLEARINGHOUSE, INC.
(713) 626-2629

MICHAEL METZKER, Ph.D. - June 24, 2008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 5

1                    EXHIBITS (cont.)

2   EXHIBIT              DESCRIPTION                    PAGE

3   No. 271    Patent No. 5,302,509 dated              155
               4/12/94
4
    No. 272    International Application               155
5              Published Under the Patent
               Cooperation Treaty
6
    No. 273    Genome Research Emerging                165
7              Technologies in DNA Sequencing

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COURT REPORTERS CLEARINGHOUSE, INC.
(713) 626-2629

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL METZKER, Ph.D. - June 24, 2008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 6

```
 1                    THE VIDEOGRAPHER:  Today is June 24, 2008.
 2      We are on the record at 9:07.  This is the deposition of
 3      Dr. Michael Metzker in the matter of Applera
 4      Corporation-Applied Biosystems Group, versus Illumina,
 5      et al.  This deposition is being held at Hobby Airport
 6      Hilton in Houston, Texas.
 7                    Will counsel please state their
 8      appearances for the record.
 9                    MR. PENDLETON:  Cullen Pendleton,
10      representing Illumina, Solexa and Stephen Macevicz.
11                    MR. COMER:  Steve Comer representing
12      Applied Biosystems.
13                    MICHAEL METZKER, PH.D.,
14      having been first duly sworn, testified as follows:
15                              EXAMINATION
16         Q.   (BY MR. PENDLETON) Good morning, Dr. Metzker.
17         A.   Good morning.
18         Q.   This is not your first deposition, correct?
19         A.   That is correct.
20         Q.   Okay.  So, just as a refresher, I'm going to be
21      asking you a series of questions.  Occasionally your
22      attorney may make an objection or two on the record; but
23      unless he instructs you not to answer, if you understand
24      my question, you should answer it.
25                    The record can get very garbled if we try
```

COURT REPORTERS CLEARINGHOUSE, INC.
(713) 626-2629

Page 91

1    here on Page 21 and continuing to Page 23, correct?
2        A.   That is correct.
3        Q.   And other than citations to Dr. Backman's
4    report, the '341 patent specification and Vyle and
5    Cosstick, 1992, Biochemistry, your opinions here don't
6    cite any additional documents or testimony, correct?
7        A.   Well, I cite the periodic table.
8        Q.   Okay.
9        A.   I would -- I would assume that that would be
10   considered a citation.  But other than that, you are
11   correct.
12       Q.   Okay.  If you'll turn to Page 22, first full
13   paragraph, you state that, in the first sentence,
14   "Nitrogen and sulfur have different chemical and
15   physical properties," correct?
16       A.   That's correct.
17       Q.   And then following that you describe there how
18   they exist under standard state conditions, correct?
19       A.   That's correct.
20       Q.   Nitrogen and sulfur do not exist in elemental
21   form under standard state conditions in the inventions
22   claimed in the '119 patent, correct?
23       A.   That's correct.  This was used just for
24   illustration purposes.
25       Q.   Okay.  So, when nitrogen and sulfur are

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

1    incorporated into a polynucleotide, they both exist in
2    solid form, correct?
3        A.   I -- I would not make that statement.
4        Q.   Are they -- they're not gases, correct?
5        A.   They're not gases.
6        Q.   Okay.
7        A.   My understanding, that both modified
8    nucleotides actually would exist in some kind of
9    solution.  They would not be in a solid form.
10       Q.   Okay.  But they would both be in solution?
11       A.   That's correct.  That's the way -- that's the
12   typical way that they would be, yes.
13       Q.   And if they were dried out in a pellet, then
14   they'd be solid?
15       A.   That's correct, but -- that's correct.
16       Q.   So -- withdraw the question.
17                You also state that nitrogen and sulfur
18   have unique positions on the periodic table, correct?
19       A.   That is correct.
20       Q.   And that's true simply because nitrogen is a
21   different element than sulfur?
22       A.   That -- that's -- that was the point.
23       Q.   And you don't provide any evidence for your
24   opinion in this paragraph, other than your citation to
25   the periodic table, correct?

1      A.   That -- that's correct.  And -- and just making
2  reference to fairly common reagents that I think most --
3  everybody would be familiar with.
4      Q.   You also state that nitrogen and sulfur differ
5  in the number of hydrogen atoms they can -- they can
6  form bonds with, correct?
7      A.   That's correct.
8      Q.   Okay.  Could you turn back to Page 17 of your
9  report?
10     A.   (Witness complies.)
11     Q.   What are the chemical structures drawn here?
12     A.   They're -- they're illustrating two different
13 linkages, one being a Phosphoramidate, the other one
14 being a Phosphorothiolate.
15     Q.   Okay.  So, in the Phosphoramidate bond, the
16 nitrogen holds the two parts of the probe together
17 because it forms a covalent bond with the 3' carbon on
18 the sugar and a bond with the phosphorous atom attached
19 to an adjacent sugar, correct?
20     A.   That's correct.
21     Q.   And in the Phosphorothiolate bond, the sulfur
22 holds the two parts of the probe together because it
23 forms a bond with the 3' carbon on one sugar and the
24 phosphate on an adjacent sugar, correct?
25     A.   That's correct.

Electronically signed by Kelly Hanna (001-375-404-8780)                           ad40294e-1880-45f0-a912-69beb7a712b2

Page 95

1	Q.	Uh-huh.
2	A.	That's right.
3	Q.	I hand you a document that's been previously
4	marked as Exhibit 54. Could you identify this document
5	for the record, sir?
6	A.	It's United States Patent No. 5,969,119 by
7	Stephen C. Macevicz.
8	Q.	Okay. And you've reviewed this document?
9	A.	I have.
10	Q.	Coming to the opinions expressed in your
11	rebuttal report, correct?
12	A.	I have. I have.
13	Q.	Okay. And in your other report, I presume?
14	A.	In my other report, too.
15	Q.	Okay. Please turn to the last page of this
16	document, look at Claim 1 of the '119 patent.
17	A.	Okay.
18	Q.	Have you had a chance to review it? Okay.
19	This claim doesn't recite any requirement that the
20	claimed oligonucleotide probe be able to be cleaved,
21	correct?
22	A.	That is correct. There's no -- there's no
23	cleavage requirement.
24	Q.	Okay. And Claim 1 of the '119 does not recite
25	any requirement that the claimed oligonucleotide probe

1   be cleaved in a particular way, correct?
2       A.   That's correct.
3       Q.   The Claim 1 of the '119 does not recite any
4   requirement that the claimed probe be incorporated into
5   DNA, correct?
6       A.   I'm sorry.  Say that -- could you repeat that
7   question again, please?
8       Q.   Sure.  There's no requirement recited in Claim
9   1 of the '119 that the claimed probe be incorporated
10  into DNA, correct?
11      A.   That is correct.  That is correct.
12      Q.   And there's no requirement that the claimed
13  oligonucleotide probe be used in an automated DNA
14  sequencing machine, such as the SOLiD system, correct?
15      A.   That is correct.
16      Q.   Okay.
17              MR. PENDLETON:  I would like to go off the
18  record for a little bit --
19              THE VIDEOGRAPHER:  All right.
20              MR. PENDLETON:  -- and get some exhibits
21  marked.
22              THE VIDEOGRAPHER:  This is the end of Tape
23  2.  We're off the record at 11:24.
24              (Recess taken from 11:24 to 12:42.)
25              THE VIDEOGRAPHER:  This is the beginning

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

Page 178

1   A.   No.  It's my understanding its purpose is a
2   cleavable linker for this -- the sequencing by ligation
3   method.
4   Q.   You also talked about a case where you
5   testified before, the Amersham case?
6   A.   Yes.
7   Q.   And I just want to clear this up.  I think the
8   question was were you paid to testify that AB did not
9   infringe in the Amersham case.  Were you paid to be an
10  expert or paid to say that they did not infringe?
11  A.   Well, I was paid as an expert witness to do
12  claims construction for Applied Biosystems.
13  Q.   And then my last question is on the Whiteley
14  reference.  In your opinion, does Whiteley disclose step
15  (e) of the '341 patent?
16  A.   Where -- I'm sure it's right in front of me.
17  Can you ask your question again?
18  Q.   Yeah.  Does Whiteley teach step (e) of the '341
19  patent?
20  A.   Step (e) is the repeating step.  Whiteley does
21  not explicitly teach a repeating step; but it's my
22  opinion, based on the reading of Whiteley, that it is
23  within the realm of possibilities that a repeating step
24  could be performed with the Whiteley methodology.
25  Q.   What do you mean it's within the realm of