# Exhibit 14

THIS PAGE IS INTENTIONALLY LEFT BLANK

EXHIBIT 14 WILL BE THE SUBJECT OF A MOTION TO COMPEL.