# Exhibit 15

APG PROCESS TECHNICAL BRIEF

The *S*upported *O*ligo *Li*gation *D*etection (SOLiD) Process
for Massively Parallel Sequencing by Stepwise Ligation[1]

The sequencing process developed by Agencourt Personal Genomics (APG) starts with a sample of genomic DNA, such as from a human cheek cell. It's a "massively parallel" process because all of the DNA is sequenced at the same time. It is "stepwise ligation" because the steps of attaching or ligating labeled probes complementary to the template DNA, and then detecting them, moves base by base[2] through the DNA sample in a series of iterative cycles. The first part of the process is to prepare the DNA sample as hundreds of millions of fragments, each attached to its own micron-sized magnetic bead.

**1. Make a Library of DNA Fragments**

The first step is to chop the individual DNA genome—about a million bases for microbial genomes, three billion bases for the human genome—into random fragments that are between several hundred and several thousand bases long. It doesn't matter where you chop, and you do not need to keep track of the pieces. Because you are isolating DNA from a group of cells, you will probably have more than one copy of the complete genome in your sample. That doesn't matter; the number of DNA copies does not matter in this process. You just want to mechanically shear the DNA into fragments. This is easily done by physical means, such as mechanical shearing (using a hydroshear, nebulizer, or homogenizer) or by sonication.

Now you want to create a "library" of those DNA fragments. So that you can easily manipulate them, you attach a short known sequence of artificial DNA called an "adapter" at either end of each fragment. The adapters serve as landmarks that can be used as reference sequences to manipulate fragments in the later process. This attachment is performed by an enzyme called a ligase because it ligates, or joins, the 5' end of one strand to the 3' end of the other. As with the chopping, you do this all at once to all the fragments without trying to separate or keep track of the pieces. The rearranged DNA fragments, which are about 150 bases long, contain a double-strand unknown sequence with known adapter sequences at either end.

---

[1] The following is derived in part from a presentation by Agencourt Personal Genomics executives at the Advances in Genome Biology & Technology Conference, Marco Island, Florida, February 8-11, 2006.

[2] "Base" is used here as synonymous with "nucleotide": one component of the DNA sequence, which comprises a single ribose sugar ring with a phosphate bond joining the hydroxyl group at the third carbon atom in the ring (the 3', or "three-prime," end of the chain) to the phosphate group attached to the fifth carbon atom in the next base (5' end). Bases are distinguished by the chemical groups attached to the first carbon atom—Adenine, Cytosine, Guanine, and Thymine, or A, C, G, T—that link the bases of one strand of DNA to those of another strand in a complementary matching of A to T and C to G.

APG Technical Description                                            Page 1 of 8
©2006 Applied Biosystems. This document may not be reproduced or copied without prior written permission from Applied Biosystems.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            AB00245396

The reactions and other process steps that create the fragment library take a day. Other processes to create a paired-end library take a few days for each DNA sample, however, many DNA samples can be prepared at the same time. Generation of libraries like these is not unique to the APG process.

## 2. Perform PCR in an Emulsion

The second step is to perform the familiar polymerase chain reaction (PCR) to amplify millions of copies of each library fragment. A pair of primers, one for each DNA strand, is used in PCR. To begin the reaction you heat the double strands until they come apart into single strands (called "melting" the DNA). Then a fragment of artificial DNA called a primer hybridizes or binds to a known sequence—in this case on the adapter, so that the primer is "universal" and can be used for all the fragments—as a starting point for the copying process. An enzyme called a polymerase finds the primer and starts to copy the single strand, creating its complement from individual nucleotides that are free floating in the reaction buffer. The reaction is thermally cycled to control melting of the double strands, hybridizing of the primer, and polymerizing of the complementary strand. By repeating these cycles over and over, you produce millions of copies of the DNA sequence.



Microscopic Droplets with DNA Fragments Adhering to Beads

Emulsion

In the APG system, hundreds of millions of genomic DNA library fragments need to be copied and amplified, however, each unique fragment must be kept separate from other fragments. To accomplish this, an amplification technique that relies on a massively parallel amplification scheme is necessary. By using oil-in-water emulsions, billions of microscopic reactors can be generated per small unit volume. In this method, the PCR reaction mix containing the library fragments and small magnetic beads (i.e., the water) is mixed with oil and agitated. This creates an emulsion, which is comprised of tiny droplets of reaction buffer isolated in a mass of oil. When the PCR aqueous phase and oil are agitated at a defined rate, billions of drops, or 'microreactors', are formed. Many of the drops are empty, but a fraction of the drops will contain both a bead and a single, unique library DNA fragment. Each drop, therefore, acts as reaction tube whereby the single piece of DNA can be amplified many times and captured by the bead.



After thermal cycling, approximately a third of the beads will have captured thousands of copies of a

©2006 Applied Biosystems. This document may not be reproduced or copied without prior written permission from Applied Biosystems.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                  AB00245397

single DNA fragment onto each bead. This comes about because each bead is coated with oligonucleotide primers that serve to hybridize to and allow extension of captured DNA templates during the amplification process. The end result is a population of beads, each having a unique DNA library template attached.

### 3. Enrich the Bead Population

The third step in sample preparation is to enrich and isolate the productive beads. In this case, "productive" means beads having captured DNA library fragments; beads with no amplified DNA will be left behind. First, however, you need to add reagents to melt off the second complementary strand of the DNA, as only one strand of the double-stranded template is attached to the bead surface. Each of the tiny beads has a magnetic core and can be manipulated with a magnetic field to facilitate the washing process. The actual enrichment process is proprietary and cannot be described here in detail. These methods result in a selective enrich for beads containing extended DNA strands. At this point, the sample is ready for DNA sequencing that serves to identify the pattern of As, Cs, Gs, and Ts in the DNA strands attached to each bead.

### 4. Deposit the Beads on a Glass Slide

Once you have collected the enriched beads—each bead bearing multiple copies of a single fragment of DNA, and all of them collectively representing the entire genomic DNA of the sample—you randomly deposit them across glass slides. Current methods allow deposition of beads onto a glass surface in the absence of a gel matrix. You don't know where each bead is, but you do know it won't move around, which is important for the following steps. Because the beads are so tiny (1-micron), you can array hundreds of millions of beads per slide, ensuring that every fragment of DNA is represented somewhere on the slide.

Now you begin to apply a series of repeated steps that will identify the DNA bases of the strands attached to each bead.

### 5. Begin Performing Stepwise Ligation

**A. Add a sequencing primer.** Like the amplification primer, this is a universal starting point that binds to the known sequence of the adapter that you ligated to the fragment during creation of the DNA library. For the first cycle, using this particular primer, we will call the primer "N" because it has a *nominal* length.

**B. Add a pool of fluorescently labeled probes**. The probes are 8 bases long, with the 4th and 5th bases as the interrogating bases, which is termed two-base encoding. However, for purposes of clarity, we will discuss the APG method using single-base encoding which can be easily described here. Using a single-base encoding scheme, the 8-base probes are made in sets of four, one for each of the possible nucleotides (A, C, G, or T) at the 5th base position from the 3' end

of the primer. The probes are labeled with a unique fluorescent dye (for example, yellow for A, blue for C, green for G, and red for T).

**C. Add the ligase.** Like the enzyme that attached the adapters to the original DNA fragments, this is an enzyme that will attach the probes to the 5' end of the primer. This sequencing process uses a ligase rather than a polymerase (as in the familiar Sanger sequencing), because you are adding an oligo probe to the primer that is attached to the template strand—rather than adding a nucleotide. (Tom this figure has the incorrect probe design- you need to have the first 4, 3' bases degenerate, the 5th base fixed, and the remaining 3 bases as 'universal bases' that have the ability to hybridize with any base. We do not want to disclose the universal base we use, so in the past we have termed this "z").



To reduce the complexity of 8-base oligos, probe pools are designed with four degenerate bases (**N**), a fixed 5th position (A, C, G or T), and a tail of three universal bases (denoted Z). Unlike the standard pairing of G with C and A with T, universal bases have the ability to pair with each of the 4 bases. There are a number of known universal bases, however, the specific universal base used in the APG method is proprietary and will not be disclosed in this document. Using this design, each probe pool is comprised of 256 oligos. For example, the "A" probe pool is designed with four degenerate bases, where **N** represents one of four possible bases ($4^4 = 256$), a fixed 5th position (in this case an A) and three universal bases. If the probe pool was degenerate in seven positions, the complexity would be much higher ($4^7=16,384$). Thus, oligos made with this design will have the correct oligo sequence 1 in 256 oligos, making the hybridization and ligation reaction much more robust.

Therefore, upon the first round of sequencing, the fifth position of each bead population will be called by a particular probe that is represented by a single color, such as a yellow signal (A), or blue (C), or green (G), or red (T).

©2006 Applied Biosystems. This document may not be copied or reproduced without prior written permission from Applied Biosystems.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           AB00245399

**D. Wash the slide.** After the ligase has added the probe to each strand, you must remove the excess probes and the ligase itself by washing the glass slide.



**E. Image the slide.** With the background clutter removed and the fluorescent probes firmly attached on each strand—clustered around each bead which bears a unique set of clones from an original DNA fragment—you excite the fluorescent dyes and image the slide. In the resulting picture, you see each productive bead as a spot of particular color: one bead over here says, "I'm an A!"; one nearby says, "I've got a C"; and so on. Any unproductive beads that happened to survive the enrichment process either stay dark or show an indeterminate signal that can be discounted.

That first image, like the colored stars in an astronomical photograph, or like the members of the card section in a football stadium, gives you a starting point. Given the probe design, you know the fifth position of each sequence on each bead population. Hurray!

The next cycle will give you another image, in which each of those same points will report another base—and more about that in a moment. Because you have a very precise imaging system and the beads don't move around, you can match up those millions of points from cycle to cycle (well, you're eye can't match and track them, but a computer program can) to build out the sequence.

**F. Cleave off the probe's dye and religate another probe.** After you image the slide, you want to cleave the probe to get rid of the fluorescent dyes that were used in that cycle, so they won't be reimaged in the following cycles. This also prepares the DNA strand for the next ligation cycle. Very cleverly, the probes are designed with a cleavable bond between the 5th and 6th base of the 8-base probe. This cleavage is done chemically using a specific wash buffer following the imaging step. This cleavage both removes the fluorescent tag and exposes a fresh, unmodified DNA end for the next round of probe ligation.

**G. Repeat the cycle steps from B to F.** Now repeat the whole process: add the probe pools and the ligase to extend the strand, wash off the excess, image the slide, and cleave. Each time you get more information about the sequence of the DNA attached to each bead. Using this probe design, each cycle will record the 5th position. So, for primer 1 and 5 cycles, positions 5, 10, 15, 20 and 25 will be recorded.

This gets confusing for a human, but the computer that collects and keeps track of the slide images knows exactly the order in which they were taken. It doesn't mind skipping and jumping through the pattern and not following an expected 1-2-3 sequence.

©2006 Applied Biosystems. This document may not be reproduced or copied without prior written permission from Applied Biosystems.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    AB00245400

**H. Melt off the complementary strand.** After a number of cycles, you will have recorded sequences at the 5th, 10th, 15th, 20th... $x^{th}$ nucleotide positions. Due to some residual inefficieny at each probe ligation, some strands never reach their full length. But statistically, you eventually cover a comparable length on most of the cloned fragments.

Now you must remove that complementary strand so that you can start over. You do this by melting off and washing away the 'extended' DNA. This process also removes the original sequencing primer, in this case, termed N.

**I. Add a new sequencing primer.** With the template laid bare again, add a new primer that is shifted back one base position (N-1), so that it uncovers the last base position of the known adapter sequence. This moves the entire sequencing process one base "upstream" (that is, toward the 5' end of the template strand). (Tom, this graphic is unclear. I think it would make more sense if you were to use lines to represent the sequencing primers rather then truncated words to get the point across. Also know that the primer sequence does not go to the end of the bead. We have designed the forward (bead) adapter region with 43 bases. The primer is 19 bases and nests back to retain the 19-base design and will have equivalent Tm from seq primer to seq primer. If this is unclear, please call me).

```
      N-4
    P R I M E R  S E Q U
      N-3
    P R I M E R  S E Q U E
      N-2
    P R I M E R  S E Q U E N
      N-1
    P R I M E R  S E Q U E N C
 3'   N                          5'
    P R I M E R  S E Q U E N C E
BEAD|||||||||||||||||||||||||||||||||||||||||||||
    K N O W N  S E Q U E N C E  A C G T A C G T A C G T A C G T A C G T A C G T A C G T
 5'                          3'
```

**J. Repeat the cycle steps from B to G.** Now you repeat the cycling process adding probes and ligase to extend the strand, washing off the excess, imaging the slide, and cleaving the probes. With this set of cycles, however, you are now getting information on every 5th position using the N-1 sequencing primer to record the positions as follows: 4th, 9th, 14th, 19th ... $(x-1)^{th}$.

**K. Repeat steps H and I.** After you complete sequencing the strand from the second position, melt off the built-up complementary strand and add another sequencing primer, this time N-2, so that the next round of cycles will give you information on every 5th position using the N-2 sequencing primer to record positions: 3rd, 8th, 13th, 18th ... $(x-2)^{th}$.



APG Technical Description                                Page 6 of 8
©2006 Applied Biosystems. This document may not be reproduced or copied without prior written permission from Applied Biosystems.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                        AB00245401

**L. Repeat steps B to K again** using the N-3 and N-4 sequencing primers so that all the intervening positions in the sequence have been imaged. When you complete the last step of the last cycle, you will have thousands of images (there are 2000 total images, or 'tiles' per slide) each showing millions of individual bases—literally every base in the genome.

It's taken you many cycles of reagent additions, ligation reactions, washes, imaging, probe cleavages to get here. But unlike traditional or Sanger sequencing, you are not putting this time and effort into reading just one fragment of DNA. Each cycle advances your knowledge for millions of fragments. That's the 'massively parallel' part.

Because you are using probe pools that include dyes for all four bases, each cycle yields data on each bead. And by using the oligonucleotide probes instead of trying to attach a single nucleotide at every cycle, the results of each cycle are more robust, with less likelihood of misreads, failed incorporations, and other errors. Moreover, because each bead has thousands of strands of identical DNA attached to it, the failures that do occur are reflected only as a low-level of noise in the system. Further, because you are melting off the complementary strand, and wiping the slate clean at the beginning of each cycle with each sequencing process, you have the chance to bring those failed strands back to provide useful data at the 4th, 3rd, 2nd, and 1st positions. That's the stepwise part: you are stepping through the DNA sequence, one base at a time, with chances to recover and get useful data in every cycle.

Supported Oligonucleotide Ligation and Detection (**SOLiD**)



**Step 1: Ligate**
Hybridize primer. Add DNA ligase with four 5'-end labeled octamers having different 3' bases and fluorescent labels. Use of universal bases (Z) decreases complexity of octamer library.



**Step 2: Image**
Image beads and record first base downstream of the primer after ligation of the correct octamer.



**Step 3: Cleave**
Cleave bridging phosphorothiolate bond (s) with silver nitrate to release fluorophore and expose a 5' phosphate.



**Step 4: Repeat Ligation/cleavage**
Extend strand by performing additional cycles of ligation and cleavage using the same set of labeled octamers. Determine the sequence of every 5th base (e.g., bases 5, 10, 15, 20 and 25 after 5 cycles).



**Step 5: Reset Primer; Repeat Cycles**
Melt off extended strands. Hybridize a new primer terminating at the n-1 position and repeat ligation/cleavage cycles to sequence the next set of bases (e.g., bases 4, 9, 14, 19 and 24, after 5 cycles).



**Steps 6-9: Repeat Resets / Cycles**
Repeat step 5 using primers terminating at the n-2, n-3 and n-4 (shown) positions to read the intervening bases.

Read Length = 25 bases
(2 End Reads = 50 bases)

©2006 Applied Biosystems. This document may not be reproduced or copied without prior written permission from Applied Biosystems.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        AB00245402

**6. Put It All Together**

At this point, every piece of that original, chopped-up DNA is represented by a bead somewhere on the glass slide. And you now have hundreds of precisely coordinated two-dimensional images showing those beads flashing their four colors in sequence—well, in a widely-spaced and periodically interrupted sequence—like the members of a stadium section showing their color cards. Your computer now crunches all those images and spits out an exact sequence in 1-2-3 order for each DNA fragment on each bead.

You still don't know what part of the genome that the fragment represents, but, you have a reliable read on fragments that extend 25 or more bases. Some of the fragments are duplicated, of course, but your computer can easily identify and eliminate redundancies.

Finally, you submit the sequences of all those fragments to a bioinformatics program running on a supercomputer. By analyzing and comparing any overlaps—and by reference to a known, previously sequenced genome, if such exists—the computer can assemble the fragments in order. The program doesn't care how the DNA was chopped, or which bead the amplified fragments were attached to, or where that bead was positioned on the slide. It's just matching and arranging sequences.

The result is a whole genome, obtained through a series of individually simple, mostly iterative, and easily automated steps.

Contributors to this brief are Quynh Doan, Steve Fung, Tom Thomas, Andy Watson, and Mike Zaro, of Applied Biosystems, Foster City, CA.

For Research Use Only. Not for use in diagnostic procedures. Applied Biosystems and AB (Design) are registered trademarks and Applera is a trademark of the Applera Corporation or its subsidiaries in the US and/or certain other countries.

©2006 Applied Biosystems. All rights reserved.