




APPENDIX A
FIGURE 1