



APPENDIX A
FIGURE 2