

APPENDIX A
FIGURE 3