BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

Plaintiff,

v.

ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,

Defendants.

Case No. C07 02845 WHA

**[PROPOSED] ORDER GRANTING APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

Date: August 21, 2008
Time: 8:00 a.m.
Place: Courtroom 9, 19th Floor
Judge: William H. Alsup

This matter comes before the Court on Plaintiff Applera Corporation – Applied Biosystems Group's ("AB") Motion for Summary Judgment of Noninfringement. Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED THAT AB's motion for summary judgment of noninfringement is GRANTED. Specifically, the Court holds as a matter of law that:

1. All versions of the SOLiD™ System (including any one-base encoding prototypes) do not infringe any asserted claims of the '341 and '119 patents; and
2. All two-base encoding versions of the SOLiD System do not infringe the sole asserted claim of the '597 patent.

IT IS SO ORDERED.

Dated: ___________________________

___________________________
WILLIAM H. ALSUP
United States District Judge