BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF GINA COSTA, PH.D. IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date:    August 21, 2008<br>Time:   8:00 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:   William H. Alsup |

DECL OF GINA COSTA ISO MOTION FOR SUMMARY JUDGMENT FOR NONINFRINGEMENT
Case No. C07 02845 WHA
sd-432317

I, Gina Costa, declare as follows:

## I. BACKGROUND

1. I am the Director of Research and Development Projects for the SOLiD™ System.

2. I have a Ph.D. in Immunology from Stanford University.

3. I was employed by Agencourt Personal Genomics ("APG") from December 2003 until it was acquired by Applied Biosystems ("AB") in 2006. Since the acquisition, I have been employed by Applied Biosystems. I have worked on the SOLiD System throughout my employment at APG and AB. I am one of the principal developers of the SOLiD System and I make this declaration based on my personal knowledge of the SOLiD System. If called as a witness, I could and would testify competently thereto.

## II. THE SOLID SYSTEM

4. The SOLiD System works as follows. The DNA sample to be analyzed is cut into target fragments. Each target fragment is ligated to a known sequence of nucleotides, called the P1 adapter. The combined P1 adapter and target fragment is attached to a bead, which is deposited onto a slide that is inserted into the SOLiD instrument. Each bead contains tens of thousands of copies of a given target, and each slide contains hundreds of millions of beads. A SOLiD instrument holds two slides.

5. The instrument adds a solution containing a primer, which is an oligonucleotide that hybridizes to a predetermined position at the end of the adapter, next to the first base in the target fragment.

6. The instrument then adds a mixture of fluorescently labeled probes. Each probe is eight nucleotides long and is designed so that only the nucleotides at two positions interrogate the target polynucleotide. The other six bases are either randomly-generated bases or universal bases (inosines) that bind nonspecifically to any nucleotide in the target sequence.

7. If a probe hybridizes to the target fragment immediately adjacent to the primer, a ligase enzyme will ligate the probe to the primer. The unligated probes are washed away and a camera records a digital image of each slide, which is analyzed by the SOLiD computer to assign a color related to the target nucleotides at the two positions being interrogated.

8. The color does not identify the target nucleotides. Because the SOLiD System uses only four different labels, and because there are sixteen possible combinations of bases (four for each position) each color corresponds to four possible combinations. A green label, for example, corresponds with the combinations AC, CA, GT, or TG. Thus, when the computer assigns a green label, it does not reveal which of those four combinations is correct, which means that the target nucleotide at either position can be an A, C, T, or G.

9. After recording the digital image of the slide, the SOLiD System removes the label and the universal bases. The cycles of ligation are repeated four to six more times (depending on the version of the system), except that the probes are ligated to the end of the previously-ligated and shortened probe, rather than to the primer. Attached Figure 1 is a simplified representation of ligation cycles. The primer and probes are then removed and a new round is begun with a new primer that hybridizes one position back from where the previous primer was hybridized – this is called a primer reset. This allows the probes to interrogate one position back from the previous round of cycles. This process is repeated for a total of five primer rounds. The attached Figure 2 is a summary of the rounds of ligation cycles and primer resets.

10. The two-base encoding system used in the SOLiD System offers advantages. Each base in the target fragment is interrogated twice (except for the last base), giving greater confidence in the readings. It also provides only certain allowed color transitions and combinations, which helps distinguish accurate reads from invalid reads.

11. Additionally, with two-base encoding, true single nucleotide polymorphisms (SNPs) are typically indicated by two adjacent color changes. Thus, a single-color change can normally be discarded as an invalid read, rather than being incorrectly called as a SNP. Additionally, decoding the color reads by aligning to a reference sequence in color space results in significantly greater accuracy than is generated by the raw color reads. The combination of these benefits results in accuracy of greater than 99%.

DECL OF G. COSTA ISO MOTION FOR SUMMARY JUDGMENT
Case No. C07 02845 WHA
sd-432317

2

**III.   DECODING**

12. How the SOLiD System identifies a base is determined by the system software.

13. The SOLiD System interrogates the 0, 1 position (referring to the last base of the P1 adapter and the first base of the target fragment) not to decode that particular position at that time, but to interrogate position 1 twice.

14. I understand that Illumina's expert has hypothesized that in SOLiD System Version 2.0, for example, in the fifth round of ligation when the 2, 3 position is interrogated, the SOLiD System could "trace back" the reading for the 2, 3 position by looking at the earlier reads all the way to the zero position, then "serially decode" the sequence. AB has recognized this hypothetical way of decoding in presentations about the theory behind its SOLiD System, but the SOLiD System does not actually work this way. The way the SOLiD System actually operates is to use two-base encoding and alignment to a reference sequence.

**IV.   BRIDGE PROBES**

15. In SOLiD System Version 2.0, a bridge probe is ligated to the primer, after the primer has been hybridized to the P1 adapter, in the third, fourth, and fifth rounds of ligation. Bridge probes were not used in the earlier versions of the SOLiD System.

16. The bridge probe is eight nucleotides long. The bases that are designed to be hybridized to the P1 adapter are the complements of the corresponding positions in the P1 adapter. The next bases (reading left to right, or 3' to 5') are randomly-generated bases. The last randomly-generated base is attached via a phosphorothiolate linkage to three universal bases. The bridge probes are unlabeled. The SOLiD System also uses "dark probes," which, like the bridge probes, are chemically the same as the interrogating probes, except that they are unlabeled.

**V.   PHOSPHOROTHIOLATE LINKAGE**

17. The SOLiD System utilizes a phosphorothiolate linkage that is cleaved with silver nitrate under neutral conditions where $pH = 7$.

///

DECL OF G. COSTA ISO MOTION FOR SUMMARY JUDGMENT
Case No. C07 02845 WHA
sd-432317

3

## VI. ONE-BASE PROTOTYPE

18. AB's predecessor, Agencourt Personal Genomics, also made a prototype system that used one-base encoding, but that system was never sold.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 16, 2008 at London, England.

By: _____
Gina Costa, Ph.D

DECL OF G. COSTA ISO MOTION FOR SUMMARY JUDGMENT
Case No. C07 02845 WHA
sd-432317

4