







FIGURE 1