



SOLiD™ System Version 2
Read Position
0 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35
Primer Round
1 Universal seq primer (n) 3′
2 Universal seq primer (n - 1) 3′
3 Universal seq primer (n - 2) 3′ Bridge Probe
4 Universal seq primer (n - 3) 3′ Bridge Probe
5 Universal seq primer (n - 4) 3′ Bridge Probe
● Indicates position of interrogation
Ligation Cycle 1 2 3 4 5 6 7
SOLiD™ System Version 1
Read Position
-1 0 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35
Primer Round
1 Universal seq primer (n) 3′
2 Universal seq primer (n - 1) 3′
3 Universal seq primer (n - 2) 3′
4 Universal seq primer (n) 3′
5 Universal seq primer (n - 1) 3′
(4,5 Probes)
(1,2 Probes)
● Indicates position of interrogation
Ligation Cycle 1 2 3 4 5 6 7

FIGURE 2