BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF LEE JONES IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date:   August 21, 2008<br>Time:   8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Judge:  William H. Alsup |

DECL. OF L. JONES ISO MSJ
Case No. C07 02845 WHA

I, Lee Jones, declare as follows:

**I.    BACKGROUND**

1.    I am a Senior Staff Engineer in the Research and Development Department of Applera Corporation – Applied Biosystems Group ("AB"). I make these statements based on my own personal knowledge, except as otherwise stated, and if called as a witness I could and would testify competently thereto.

2.    Since June 2007, I have been the software systems architecture lead for the SOLiD™ System. I also head the Research and Development Analysis team focused on systems understanding and optimization for the SOLiD System.

3.    For four years prior to joining AB, I worked as a researcher for Genetic Programming, Inc., which does research in applying genetic programming. Before that, I was a consultant for Clarke Consulting, an information technology services provider for the life sciences industry. I held the position of Director of Bioinformatics at two companies: Genospectra from 2001-2003 and Protogene Laboratories, Inc. from 1999-2001. Genospectra was involved in developing technologies and products for parallel quantitative biology. Protogene Laboratories was a developer of DNA gene chip technology. From 1997-1999, I served as the Director of Scientific Software Development for Hyseq, which was involved in developing a DNA sequencing chip in collaboration with AB.

4.    I received a B.S. in computer science and biology with an emphasis in computational biology from Carnegie Mellon University in 1997.

5.    I served as an Officer in the United States Army and United States Army Reserve from 1997-2007.

**II.    HOW THE SOLID SYSTEM WORKS**

6.    I understand that the product at issue in this case is AB's SOLiD System, which can generally be described as a genetic analysis platform that enables parallel sequencing of clonally-amplified DNA fragments linked to beads. The methodology is based on sequential ligation of dye-labeled oligonucleotide probes. The below picture is taken from an AB specification sheet entitled "Applied Biosystems SOLiD System 2.0" (attached hereto as Exhibit

1  A) (AB00008524-8527) and depicts the major components of the SOLiD System's main
2  instrument:



15  (AB00008525.)

16    7.    In general, the SOLiD System performs a series of chemistry steps in the upper
17  half of the instrument, followed by intensive computing steps performed by computers housed in
18  the lower half of the instrument.  The chemistry steps are carried out in the flow cells, where
19  reagents are contacted with the target fragments attached to beads.  The chemistry steps involve a
20  series of cycles of probe ligations, cleaving and primer resetting.  The electronic / computer
21  software steps involve imaging the fluorescent labels, analyzing the color reads, and later
22  organizing the reads and analyzing them in order to reach conclusions regarding the sequence of
23  the target polynucleotide.  How and when the SOLiD System determines the sequence of the
24  bases is governed by the software that processes the information gathered in each cycle.

25    8.    The SOLiD System uses "two-base" encoding, in which a dye color indicates that
26  one of four possible two-nucleotide combinations have been detected (for example, GA, AG, TC,

or CT). The signal from a label cannot, in the absence of additional information, identify which of the four possible combinations is correct.

9. This "two-base" encoding is done in "color space." The "two-base" part means that the dye-labeled oligonucleotide probes query two base positions of the DNA fragment at a time, but with only a single dye label on each probe. "Color space" refers to the use of the fluorescent dyes. In the SOLiD System, four fluorescent dyes are used to encode for the sixteen possible two-base combinations. Each color represents four potential two-base combinations. The conversion of these colors into nucleotide "base space" is done after the color space sequence is aligned to a reference genome transcribed in color space. The principles of two-base sequencing are described in more detail in an AB document entitled "Principles of Di-Base Sequencing and the Advantages of Color Space Analysis in the SOLiD System" (attached hereto as Exhibit B) (AB0008516-19).

10. To know what is happening within the SOLiD System, one must consider both the chemistry steps and the electronic / computer software steps. My understanding is that the chemistry steps will be described in more detail by others. I will focus here on the computer software.

11. As the architecture lead for AB's SOLiD System, I know how the software used within the SOLiD System operates. AB's software team includes a number of programmers and analysts who work on continually refining and improving the SOLiD System software. New versions and patches are regularly provided to customers. As changes are made to the code, old lines of code are not necessarily removed. Instead, the old code is often disabled. The old code is sometimes referred to as "legacy code." My team of programmers has provided copies of several versions of the source code, which I understand has been shared with the lawyers and experts on both sides of this case. It is my understanding that the most recent version of the source code, Version 1.0ac2, is being provided to the Court under seal.

12. The software in the SOLiD System is broken into two principal sets of analysis: (1) primary analysis and (2) secondary analysis.

### III.   PRIMARY ANALYSIS

13.   The role of primary analysis is to analyze a reference image produced by a digital camera to produce a "focal map" showing the location of each bead, then to collect the color reads produced during the ligation cycles and determine which bead each color read is associated with, and to determine the quality of the color read and the bead assignment. The major steps involved in primary analysis are described in an AB document entitled "Data Flow in the DISCO Analysis System" (attached hereto as Exhibit C) (AB00000546-56) and depicted below:



(AB00000546.)

14.   The primary analysis software consists of an application called "Sunspot." Sunspot is a "MATLAB" application that calls C++ routines through a "Mex" interface of the MATLAB application. MATLAB and C++ are programming languages. The term "Mex" refers to a MATLAB executable application. The Sunspot code is organized into five modules, called BeadFinder, CycleCaller, QVCaller, SolidCaller, and ReadBuilder.

15.   BeadFinder is run first. It analyzes a preliminary image in which an attempt is made to illuminate every bead with a labeled probe that attaches to an adapter (called the "P2

adapter") in order to identify the location of as many beads as possible. The BeadFinder module reviews an image taken of the beads and determines the x, y coordinates of as many well-defined and separated beads as possible and records these in a file as a focal map. The purpose of the focal map is to give a location for each usable bead, so that the colors read during the cycles of ligation can be associated with specific beads.

16.   After each ligation cycle, the camera records four images for each panel, one image for each dye channel. Generally, the four images are analyzed in five steps: (1) the images are aligned to the focal map to determine which bead the color reading is associated with; (2) the signal intensity for each bead in each dye channel is calculated; (3) the signal intensities are normalized and clustered; (4) quality values are assigned; and (5) a color assignment is made for each bead that was read with sufficient quality. Specifically, the module SolidCaller invokes CycleCaller on the four images after each ligation cycle to produce a color reading and bead assignment for each sufficiently high-quality color read. Given the four color intensities determined for each bead spot, CycleCaller then assesses which color is most likely associated with the probe ligated in that location (in the event that more than one was detected) and assigns a quality score for its decision with QVCaller. The color determination and quality value is placed in a file with the suffix ".spch."

17.   Once all of the cycles of ligations and primer resets have been completed, primary analysis enters its final stage, which includes taking the color reads, which had been collected in cycle order, and assembling them into sequence order and combining the reads for each bead into a single file that contains all of the color reads for that bead. This is accomplished with a sub-module called "ReadBuilder," which assembles the color calls into a file with the suffix ".csfasta." This is a text file containing the bead identifiers ("panel_x_y") and the color space sequence. The last base of the P1 adapter is also prepended to each read (for the purpose of downstream analysis). In the example below (which I understand was also referred to in the Expert Report of Dr. Eugene Myers), the first line is the bead identifier, which shows that this bead is in panel 1 at coordinates 88, 1830. The F3 indicates that this is a forward tag; the alternative is R3 in the event that the read is a reverse tag from a mate pair library. The second

1  line has the prepended letter representing the last base of the P1 adapter, followed by the numbers
2  indicating the color reads after being put into sequence order, rather than cycle order.

>1_88_1830_F3

T32113123201300232320

18. The quality values are assembled into a single file with the suffix .QV.qual in a manner similar to that of the .csfasta file, but lacking any P1 primer sequence information. This is the conclusion of primary analysis. The output from primary analysis can then be used in secondary analysis.

## IV.    SECONDARY ANALYSIS

19. Secondary analysis can begin only after primary analysis is complete, although it need not immediately follow and can be performed at any time after primary analysis. Secondary analysis consists of a collection of algorithms that analyze the color readings output from primary analysis. Secondary analysis includes (1) taking the color space reads output from primary analysis, (2) matching them to a reference sequence to determine their location in relation to the known reference, and (3) determining any variations from the reference and identifying the base sequence of those variations.

20. The secondary analysis steps are described in Exhibit C and depicted below:



(AB00000553.)

DECL. OF L. JONES ISO MSJ            6
Case No. C07 02845 WHA

21. A key part of secondary analysis is to try to match the fragments against a known reference. The original sample genome being targeted for analysis was broken into many small fragments that were then attached to beads. Secondary analysis must try to "reassemble" the fragments by determining where they most likely match with a known reference genome.

22. The matching of reads against the reference is done while the reads and the reference are in color space. The matching is done using a standard algorithmic approach known as "seed-and-extend" with an index-based lookup. To do this, the SOLiD System converts a reference sequence (a known sequence that has already been determined for the same or similar organism) to color space. From this reference sequence, the system builds an index to speed up the process of finding which parts of that reference the target fragments most likely match. The system allows for a certain number of mismatches per fragment (typically three), and if the number of mismatches exceeds that amount, the reads for that fragment are discarded.

23. The .csfasta file from primary analysis is input to a mapping and alignment tool, called "MapReads," which uses the index to determine where the color reads for a given fragment most likely match the color space reference. Some call MapReads "the mapper." MapReads takes a known reference sequence of nucleotides (a sequence that has already been determined for that organism) and converts it into a color sequence by applying the color coding to the reference that corresponds to the labelled probes depicted to the right. The output is a list of potential matches for each fragment read. This information is then added to the original .csfasta file, resulting in a new file with the suffix ".csfasta.ma".

24. If a fragment has multiple potential matches to the reference, the software can take the reading from the probe that interrogated the last position of the known adapter (the "0 position") and the first base of the target (the "1 position"), assume that reading is correct, and convert the reading to a base call for position 1 to see if it matches the corresponding base of the reference. This is the only use the SOLiD System makes of the 0, 1 position.

25. The final step is consensus calling. The consensus caller evaluates the output of the mapper for all of the beads read. When a color sequence of a bead is matched to the color sequence of the reference, the consensus caller performs algorithms that determine whether differences between this matching are measurement errors, or true single nucleotide polymorphisms ("SNPs"). One of the advantages of the two-base encoding system is that a true SNP will normally result in two adjacent colors in the target sequence being different from the colors in the reference sequence. This is because each base in the target is read twice. Thus, if the target shows only a single color change from the reference, the difference is usually ignored or "corrected." The consensus caller reports the target sequence and its differences from the reference sequence. Since the colors for the reference are associated with a known base sequence, the computer decodes the bases corresponding to the color reads. This final output is written to a file with the extension ".gff."

26. Typically, enough reads are produced that any given color-space position for the reference is matched by many mapped reads (often ten or more). If there are a sufficient number of reads, after correcting the measurement errors, and decoding the base sequence of each bead, the consensus caller will use the result to determine SNPs with more confidence.

**IV. WHEN THE SOLID SYSTEM IDENTIFIES THE BASES IN THE TARGET POLYNUCLEOTIDE**

27. I understand that Illumina contends that users of the SOLiD System determine the identity of a base in the target polynucleotide within each ligation cycle. That is incorrect. For those bases in the target polynucleotide that are eventually identified by the SOLiD System, their

1 identity is determined only after all of the cycles of ligation and primer resets have been
2 completed and the color reads have been matched against a reference sequence.

3    28.    As discussed above, primary analysis collects the color reads in the order in which
4 they were read in each cycle. The color obtained during each cycle represents only one of four
5 possible combinations of bases for the two bases being interrogated. Without more information,
6 the SOLiD System cannot determine which of those four possible combinations is correct.

7    29.    After all of the cycles of ligation and primer resets have been completed, the
8 software rearranges the color reads from the order in which they were read to the order of the
9 bases interrogated in the target fragment. The resulting color reads are then matched against the
10 reference sequence and the additional algorithms discussed above are carried out. It is only after
11 matching the color reads to a reference, and not before, that the SOLiD System determines the
12 identity of a base in the target polynucleotide.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 16, 2008, at Foster City, California.

By: _____
Lee Jones

DECL. OF L. JONES ISO MSJ                9
Case No. C07 02845 WHA