**Applied Biosystems**

SPECIFICATION SHEET SOLiD™ System 2.0



# Applied Biosystems SOLiD™ System 2.0

### Key Features
- Throughput up to 6GB/run
- Robust ligation-based sequencing chemistry with novel 2 base encoding system and ability to repeat selected ligation steps
- Independently controlled dual flow cells for one or two slide operation
- Sample preparation support for fragment and mate-paired libraries with insert sizes up to 10KB
- High-density bead deposition on flexible glass slide format - one, four or eight segments per slide
- Integrated system computers with real-time data analysis and web-based instrument run monitoring
- Unique software provides alignment, variant identification, and quality scores; data output based on public standard formats

### Overview
The Applied Biosystems SOLiD™ System is a revolutionary genetic analysis platform that enables massively parallel sequencing of clonally amplified DNA fragments linked to beads. The sequencing methodology is based on sequential ligation with dye-labeled oligonucleotides. The ultra high throughput capability and unmatched accuracy inherent in the SOLiD System, coupled with broad application flexibility, provide a unique system for advancing research like never before.

### Key Benefits

#### Ultra High Throughput
The SOLiD™ System generates up to six gigabases and 240M tags per run, which is more usable data than any other next-generation system available today. This level of throughput enables large scale resequencing and tag based experiments to be completed more cost effectively than ever before.

#### Instrument Scalability
The SOLiD System's open slide format and flexible bead densities enable increases in throughput on the current instrument with modest protocol and chemistry optimizations. While competitive technologies are already near, or have achieved maximum throughput, the SOLiD System has ample room for throughput advancements utilizing the same platform.

#### Unmatched Accuracy
With system accuracy greater than 99.94%, due to 2 base encoding, the SOLiD™ System distinguishes itself by providing data that is significantly more accurate than alternative next-generation platforms for variation detection. This unrivaled accuracy is inherent in the system and results from properties that are unique to the chemistry and analysis of SOLiD System data: high fidelity ligation chemistry, 2 base encoding technology, primer resets and mate-paired libraries. With the SOLiD System, scientists can focus on the biological significance of their results rather than sifting through poor quality data.

#### System Flexibility
The independent flow cell configuration of the system enables users to run 2 completely independent experiments on a single SOLiD Analyzer - providing 2 instruments in 1. Scientists can analyze both sequencing and expression experiments, or sequence multiple mate-paired libraries with different insert sizes in a single run. Implementation of barcoding protocols will allow sample multiplexing, further increasing experimental flexibility while decreasing the cost and time requirements for the upstream sample preparation.

#### System Robustness
The SOLiD System maintains Applied Biosystems long history of delivering high quality, robust instrumentation. The SOLiD System allows users to track run status in real time to ensure that runs are completed successfully. Unlike competing "black box" systems, the SOLiD System offers users the ability to re-enter the workflow at multiple steps without the need to regenerate the sample or slide.

#### Broad Application Flexibility
The SOLiD™ System supports a wide range of sequence and tag based applications. The ability to construct mate-paired libraries with large insert sizes enables large scale resequencing and structural variation analyses. The unique properties of 2 base encoding provide inherent error checking capabilities that deliver the highest accuracy rate for SNP detection. With the highest throughput for tag based applications, the SOLiD System provides a highly sensitive method for whole genome transcriptome, ChIP and small RNA discovery.

# The SOLID Solution

## SOLiD™ System 2.0

The SOLiD System includes the SOLiD™ Analyzer and three pieces of sample preparation instruments.

The Analyzer is comprised of:
- Instrument components
- Computer system
- SOLiD™ Software Suite

The pieces of sample preparation instruments are:
- ULTRA-TURRAX® Tube Drive from IKA®
- Hydroshear® from Genomic Solutions®
- Covaris™ S2 System

### SOLiD™ Consumables
- SOLiD™ Fragment Library Oligos Kit
- SOLiD™ Mate-Paired Library Oligos Kit
- SOLiD™ ePCR Kit V2
- SOLiD™ Buffer Kit
- SOLiD™ Bead Enrichment Kit
- SOLiD™ Bead Deposition Kit
- SOLiD™ Slide Kit
- SOLiD™ Fragment Library Sequencing Kit V2
- SOLiD™ Mate-Paired Library Sequencing Kit V2
- SOLiD™ Sequencing Probes Kit V2
- SOLiD™ Instrument Buffer Kit
- SOLiD™ DH10B Fragment Library Control Kit
- SOLiD™ DH10B Mate-Paired Library Control Kit
- SOLiD™ Library Titration Reagent

## SOLiD™ Analyzer

### SOLiD™ Instrument Components
The SOLiD™ Instrument consists of the following components:
- Reagent delivery system
- Electronics
- Camera (4 megapixel)
- Monitor stand
- Independently controlled dual flow cells
- Liquid waste container

### Operating Environment
- Temperature: 15°C–20°C
- Room temperature should not fluctuate more than 2°C over a two hour period
- Humidity: 20%–80% (noncondensing)

### Power Requirements
- 200–240 V (+/- 10%)
- Maximum current: 25 amps
- 50–60 Hz (+/- 10%)
- Power dissipation: ~5000 W

### Dimensions
- Width: 163 cm to 176 cm
- Depth: 60 cm
- Height: 178 cm
- Weight: ~363 kg to 373 kg

### SOLiD™ Computer System
The SOLiD™ Computer system consists of the following components:
- 19-inch flat screen monitor, mouse and keyboard
- Instrument controller computer



Reagent delivery system
Camera
Independently controlled dual flow cells
Monitor stand
Electronics
Computer system
Liquid waste container

- Head node
- Compute nodes (3)
- Shared storage
- Smart Switch
- Power distribution units (2)
- Power cords (2), attached

### SOLiD™ Software Suite
The SOLiD™ Software Suite consists of the following components:
- Instrument Control Software
- SOLiD™ Analysis Tools (SAT)
- SOLiD™ Experiment Tracking System (SETS)
- SOLiD™ Alignment Browser (SAB)

### Instrument Controller
- Hardware: Intel® Xeon® processors
- Operating system: Microsoft® Windows® XP Professional, Service Pack 2
- Installed RAM: 4 GB
- Hard disk storage: dual 80 GB SATA hard drives (RAID-1)
  Peripheral: CD-RW/DVD ROM, 19-inch flat screen monitor, keyboard, mouse

### Head Node
- Hardware: Intel® Xeon® Dual Core processors (2)
- Operating system: 64-bit LINUX
- Installed RAM: 8 GB
- Hard disk storage: dual 750 GB SATA hard drives (RAID-1)

### Compute Nodes (each)
- Hardware: Intel® Xeon® Dual Core processors (2)
- Operating System: 64-bit LINUX
- Installed RAM: 8 GB
- Hard disk storage: 80 GB SATA hard drives

### Storage
- Hard disk storage: fifteen 750 GB SATA hard drives
- Operating system: 64-bit LINUX
- RAID-5 w/ hot spare

### Smart Switch
- 16 port gigabit Smart Switch (NetGear ProSafe GS716T)

### Power Distribution Units
- APC switch rack PDU (2) with 16 output connector

AB00008525

EXHIBIT A



- Smart Switch
- Instrument controller PC
- Head node
- Compute-0-0
- Compute-0-1
- Compute-0-2
- Shared storage

**Recommended: SOLiD™ UPS**

INSTRUMENT COMPONENTS
The SOLiD™ UPS is a recommended ancillary equipment for use with the SOLiD™ Analyzer. The UPS System consists of the following components:
- Two UPS units with output power capacity of 2100 Watts/ 3000VA

OPERATING ENVIRONMENT
- Temperature: 0°C–40°C
- Humidity: up to 95%

OUTPUT
- Output Power Capacity: 2100 Watts / 3000 VA
- Nominal Output Voltage:
  US: 208V
  International: 230V
- Output Frequency: 50–60 Hz
- Output Connections:
  US: (2) NEMA L6-20R and (2) NEMA L6-30R
  International: (8) IEC 320 C13, (2) IEC 320 C19, (3) IEC jumpers

INPUT
- Nominal Input Voltage:
  US: 208V
  International: 230V
- Input voltage adjustable range for mains operation: 100-208V
- Input Frequency: 50–60 Hz
- Input Connections:
  US: NEMA L6-30P
  International: British BS1363A, IEC-320 C20, Schuko CEE 7/EU1-16P

DIMENSIONS (EACH UNIT)
- Width: 13 cm
- Height: 43.2 cm
- Depth: 66 cm
- Weight: 55 kg

## ULTRA-TURRAX® Tube Drive from IKA®

### Instrument Components
The ULTRA-TURRAX® Tube Drive from IKA® consists of a customized version of the ULTRA-TURRAX® Tube Drive for use for SOLiD™ emulsion creations.

### Operating Environment
- Temperature: 5°C–40°C
- Humidity: up to 80%

### Power Requirements
- Voltage: 100-240V
- Frequency: 50–60 Hz
- Power input: 800mA
- Power Input: 20 W

### Dimensions
- Width: 10 cm
- Height: 4 cm
- Depth: 16 cm
- Weight: 0.75 kg

## Hydroshear® from Genomic Solutions®

### Instrument Components
When purchased through Applied Biosystems, the Hydroshear from Genomic Solutions consists of the following components:
- Base unit equipped with a 500 µL syringe
- Shearing control software compatible with Microsoft® Windows® 95 and NT® operating systems
- Standard shearing assemblies (4)
- Power cord
- RS-232 cord and connectors
- Tool kit assembly

### Operating Environment
- Temperature: 15°C–25°C
- Humidity: 20%–80% at 40°C

### Power Requirements
- US: 110 V (+/- 10%), 50-60 Hz, 15 A
- International: 220 V (+/- 10%), 50-60 Hz, 10 A
- Power: ~300 W

### Dimensions
- Width: 30 cm
- Height: 24 cm
- Depth: 30 cm
- Weight: ~5.4 kg

## Covaris™ S2 System

### System Components
When purchased through Applied Biosystems, the Covaris S2 System consists of the following components:
- Covaris S2 Machine
- Covaris 2-series machine holder for (one) 1.5 mL microfuge tube
- Covaris 2-series machine holder for (one) .65 mL microfuge tube
- Covaris 2-series machine holder for (one) tube (13 x 65 mm)
- Dell™ Latitude laptop computer
- VWR® Compact Chiller, Model 117-612

### Operating Environment
- Temperature: 15°C–32°C
- Maximum humidity: 80% at 31°C; 50% at 40°C

### Power Requirements for Covaris S2 Machine
- US: 120 V (+/- 10%), 60 Hz (+/- 10%), 2 A
- Japan: 100 V, 50–60 Hz, 2 A
- International: 220–240 V, 50–60 Hz, 1 A
- Power: ~300 W

### Dimensions for Covaris S2 Machine
- Width: 84 cm
- Height: 46 cm
- Depth: 33.5 cm
- Weight: ~15 kg

### Power Requirements for VWR® Compact Chiller
- 120 V, 60 Hz, 7 A
- 240 V, 50 Hz, 3.5 A

### Dimensions for VWR® Compact Chiller
- Width: 61 cm
- Height: 43.5 cm
- Depth: 48.5 cm
- Weight: ~26 kg

### Minimum Computer Requirements for SOLiD™ Covaris S2 System
- Hardware: Celeron 430, 1.73 GHz
- Operating system: Microsoft® Windows® XP Professional, Service Pack 2
- Installed RAM: 512 MB
- Hard disk storage: 80 GB hard drive

AB00008526

## SOLiD™ System 2.0 Specifications

### Library Type
- Mate-paired libraries (insert sizes between 600 bp to 10 kb)
- Fragment libraries

### Starting Material Type
DNA or cDNA isolated from blood, BAC, plasmids, fosmids, tissue (high tumor load), PCR products

### Amount of Starting Material
Required input of starting material varies by application

- 20ng to 5 µg- for fragment library
- 5µg to 20µg- for mate-paired library

### Slide Configuration
1 or 2 slides per run

### Number of Samples
- 1 to 8 samples/slide
- 1 to 16 samples/run

### System Accuracy
Greater than 99.94% accuracy due to 2 base encoding

### Consensus Base Accuracy
Greater than 99.999% accuracy at 15X coverage

**TABLE 1.** Data Output per Slide

| Library Type | Read Length | Number of Slides/Run | Typical Mappable* Output/Slide | Typical Mappable* Output/Run (2 slides) | Total Tags/Run | Number of Days/Run |
|---|---|---|---|---|---|---|
| Fragment Library | 35 bases | 1–2 | 1.5-2 GB | 3-4 GB | 86M - 114M | 6 days/run |
| Mate-Paired Library | 2 x 25 bases | 1–2 | 2.5-3 GB | 5-6 GB | 200M - 240M | 10 days/run |

* "Mappable data" refers to reads for a defined readlength (35) that will align to the reference in color space with no more than 3 mismatches.
Contact your Applied Biosystems sales representative for latest throughput specifications.

**ORDERING INFORMATION**

| Description | Part Number |
|---|---|
| SOLiD™ System (110 V) | 4381967 |
| SOLiD™ System (220 V) | 4392719 |
| SOLiD™ Analyzer | 4387830 |
| ULTRA-TURRAX® Tube Drive from IKA® | 4400335 |
| Hydroshear® from Genomic Solutions® (110 V) | 4392889 |
| Hydroshear® from Genomic Solutions® (230 V) | 4392890 |
| Covaris™ S2 System (110 V) | 4387833 |
| Covaris™ S2 System (220 V) | 4392718 |
| SOLiD™ UPS (North America) | 4397781 |
| SOLiD™ UPS (International) | 4393695 |

For Research Use Only. Not for use in diagnostic procedures.

© 2008 Applied Biosystems. Applera, Applied Biosystems, and AB (Design) are registered trademarks and SOLiD is a trademark of Applera Corporation or its subsidiaries in the US and/or certain other countries.

All other trademarks are the sole property of their respective owners.

Printed in the USA, 04/2008 Publication 139SP01-02



**Headquarters**
850 Lincoln Centre Drive | Foster City, CA 94404 USA
Phone 650.638.5800 | Toll Free 800.345.5224
www.appliedbiosystems.com

**International Sales**
For our office locations please call the division headquarters or refer to our Web site at
www.appliedbiosystems.com/about/offices.cfm

AB00008527

EXHIBIT A