![Applied Biosystems]

# Data flow in the DISCO analysis system

## 1  Revision History

| 1.0 | Jon Sorenson | 11.16.07 | Short design document capturing the flow and generation of data through the SOLiD analysis system |
|---|---|---|---|

## 2  Introduction

This manuscript is a design document intended to clarify the role of various algorithms in our system, and the nature of the data which algorithm produces. Data formats and code fragments have been included where possible to support this purpose.

## 3  Primary analysis

The role of the primary analysis suite of algorithms is to analyze the images produced by the SOLiD sequencing system and produce a sequence of color-calls for each bead on the slide.



**Figure 3.1.** Algorithmic steps involved in processing images from the SOLiD instrument and producing files of color-called sequences.

The flow of the algorithms processing for primary analysis is shown in Fig 3.1.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
EXHIBIT C
AB 00000546

### 3.1 Focal map analysis

The goal of focal map analysis is to analyze a reference image for each panel and identify the location of all of the DNA-containing beads. The main output of focal-map analysis is the x, y coordinates for all of the beads.

The code which performs this analysis is called "sunspot". Sunspot is a compiled MATLAB application located at /share/apps/corona/bin in the DISCO software system.



Figure 3.2. Primary output of focal-map analysis. The data is stored in an HDF5 file (http://hdf.ncsa.uiuc.edu/HDF5). This picture is a screenshot from the freely available viewer for HDF5, HDFView (http://hdf.ncsa.uiuc.edu/hdf-java-html/hdfview/).

### 3.2 Per-scan analysis

Each cycle of chemistry on the instrument is followed by an imaging scan which produces 4 images for each panel, one image for each dye channel. These four images are analyzed for each scan in the following way:

- The images are aligned to the reference image.

- The signal intensity for each bead in each channel is calculated.

- All of the signal intensities are normalized and clustered.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY          AB 00000547
EXHIBIT C



- A color assignment is made for each bead. This assignment is a dye channel (numbered from 0 to 3). See Fig 3.3 for the code fragment which does this from the r9.3 release.

```
function vcx = doBeadCalling_a1r5(obj,param) %#ok<INUSD>
% vc = doBeadCalling_a1r5(obj,param)
% Final "bead calling" analysis, including vector_cluster and quality value
% estimation.

VALU_TYPE = @single;
CALL_TYPE = @int8;
QUAL_TYPE = @int8;

% Select beads kept in all 4 images
nBeads = size(obj.rawValues,1);
keep = all(~isnan(obj.rawValues),2);

% Compute the vector cluster
vc = vector_cluster(obj.rawValues(keep,:));
if ~isequal(vc.status,0)
    warn(Exception('vectorCluster',mfilename('fullpath'),...
        'Bad status returned from vector_cluster: status=%d',vc.status));
end

% Estimate quality
vc.mN2S = compute_n2s(vc.mData);
qvData.intensity = vc.mScaledMagnitudes;
qvData.angle = vc.mConeDistances;
qvData.n2s = vc.mN2S;

% QVCaller must be set through constructor
if isempty(obj.qvCaller)
    throw(Exception('noQVCaller',mfilename('fullpath'),...
        'QVCaller not initialized'));
end
vc.mQV = predictQuality(obj.qvCaller,qvData);

% Modify indexing and data types for output
nocall = -1*ones(nBeads,1);
nan1   = VALU_TYPE(NaN(nBeads,1));
nan4   = VALU_TYPE(NaN(nBeads,4));

% Bead Results
% NB: Change call convention here from 1-4 to 0-3
vcx.colorCall               = CALL_TYPE(nocall);
vcx.colorCall(keep)         = CALL_TYPE(vc.mClusterAssignment-1);

vcx.qualityValue            = QUAL_TYPE(nocall);
vcx.qualityValue(keep)      = QUAL_TYPE(vc.mQV);

vcx.scaledBeads             = nan4;
```

**Figure 3.3.** MATLAB code responsible for assigning color calls to each bead for a single cycle of ligation. This excerpt is from file
`primary_analysis/sunspot/matlab/@LigationCycle/private/doBeadCalling_a1r5.m`

- Quality values are assigned using a classification algorithm trained on intensity and noise characteristics in the data.

This analysis is also performed by the sunspot executable.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY        AB 00000548
EXHIBIT C





**Figure 3.4.** List of color calls for each bead generated by analyzing images from a P1_01_V2 sequencing cycle (first sequencing primer, first cycle of ligation, second version of slide scan).

## 3.3  Assemble color calls and produce FASTA file

The last stage of primary analysis is to assemble all of the color calls for each ligation cycle into a single file which represents the color-space sequences for each sequenced bead.

The code which does this for each imaged panel is called through the sunspot executable, but it is a sub-module, referred to as ReadBuilder. The ReadBuilder algorithm is implemented in C++.

Figure 3.5 shows a fragment of code which produces the actual assembled list of color-calls for each bead.

**HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY**

**AB 00000549**

EXHIBIT C

**Applied Biosystems**

```cpp
void ReadWriter::writeFasta(const string& path, const BeadSet& beads)
{
        ofstream file(path.c_str(), ios::binary);
        if (!file)
        {
                throw ReadBuilderException(ReadBuilderException::CANT_WRITE_FILE, "Ca
nnot open file to write for .qual file", path);
        }

        for (BeadSet::const_iterator beadIter = beads.begin(); beadIter != beads.end(
); beadIter++)
        {
                int numBases = (*beadIter).getNumBases();
                int numNoCalls = (*beadIter).getNumNoCalls();
                if ( numBases == numNoCalls ) {
                        continue;
                }

                string beadID = (*beadIter).getBeadID();
                file << ">"<< beadID << endl;

                vector<char> seq = (*beadIter).getColorCall();
                vector<char>::iterator seqIter;
                seqIter = seq.begin();
                for (; seqIter != seq.end(); seqIter++)
                {
                        if ( (short)(*seqIter)==-1 )
                        {
                                file << '.';
                        }
                        else
                        {
                                file << (short)(*seqIter);
                        }
                }
                file << endl;
        }

        if (file.fail())
        {
                file.close();
                throw ReadBuilderException(ReadBuilderException::IO_ERROR, "Failed to
 write .fasta file", path);
        }

        file.close();
}
```

**Figure 3.5**. C++ code responsible for outputting a sequence of color calls for each bead in FASTA format (http://en.wikipedia.org/wiki/Fasta_format). This excerpt is from file `primary_analysis/ReadBuilder/src/ReadWriter.cpp`.

The reads for each panel are further assembled into a single file containing all of the panels of analysis. The code which performs this final concatenation is called filter_fasta.pl. It can be found deployed at /share/apps/corona/bin/filter_fasta.pl. Filtering to remove duplicate beads (adjacent "beads" that are really the same bead) and beads containing too much missing sequence is applied at this stage.

An excerpt of the code which performs this final assembly is shown in figure 3.6.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

AB 00000550

EXHIBIT C



```
                if ($ret) {
                    # Good sequence - save to file
                    $vsequence = $opt->{'prefix'} . $vsequence if(defined $opt->{'prefix'
});
                    print $outfh $vname . "\n" . $vsequence . "\n";
                    foreach my $tail (@tails) {
                        print { $hfh{$tail} } $vname . "\n" . $fv{$tail}; # No newline -
seq has one already
                    }
                } else {
                    # Write rejects
                    $sequence = $opt->{'prefix'} . $sequence if(defined $opt->{'prefix'})
;
                    print $rejectfh $hname . "\n" . $sequence . "\n";
                    foreach my $tail (@tails) {
                        print { $rhfh{$tail} } $hname . "\n" . $fv{$tail}; # No newline -
seq has one already
                    }
                }
```

**Figure 3.6**.  Code fragment which shows the final output of sequence to a single file representing the output of primary analysis.  This excerpt is from pipeline/bin/filter_fasta.pl.

The primary output of this stage is a text file containing bead identifiers (represented as "panel_x_y") and color-space sequence (see Figure 3.7).  The first base of the sequence primer is also prepended to each read to make the file more self-contained since this information is useful in various downstream analyses.

```
# Tue Sep 25 14:46:10 2007 /share/apps/corona/bin/filter_fasta.pl --noduplicates
 --output=/data/results/DAEMON/AC2_0925_ST/Sample1/results.02/primary.2007092514
4548923 --name=AC2_0925_ST_Sample1_ --tag=F3 --minlength=20 --mask=1111111111111
1111111 --prefix=T /data/results/DAEMON/AC2_0925_ST/Sample1/jobs/postPrimerSetPr
imary.9651/rawseq
# Cwd: /home/pipeline
# Title: AC2_0925_ST_Sample1_
>2_6_37_F3
T23220221332111020310
>2_6_223_F3
T03133013233031213031
>2_6_298_F3
T00013130232212113021
>2_6_309_F3
T30001332211123110331
>2_6_611_F3
T21133231110013131101
>2_6_737_F3
T30322121301303103121
>2_6_771_F3
T10320203320333101131
>2_6_881_F3
T12012221132132013330
```

**Figure 3.7**.  Sample excerpt from a *.csfasta file.  This is the primary output of primary analysis.  After the header section, the lines of the file alternate between bead identifiers and color-space sequence.  The color-space sequence is represented as a string of 0-3, representing the four different dyes attached to the sequencing probes.

The other main output of primary analysis is a similar file containing the predicted quality values for each color call.  The quality value is reported on a scale such that $10^{-q/10}$ should be equal to the probability that this color call is actually a sequencing error.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY                    AB 00000551
EXHIBIT C



```
# Tue Sep 25 14:46:10 2007 /share/apps/corona/bin/filter_fasta.pl --noduplicates
 --output=/data/results/DAEMON/AC2_0925_ST/Sample1/results.02/primary.2007092514
4548923 --name=AC2_0925_ST_Sample1_ --tag=F3 --minlength=20 --mask=1111111111111
1111111 --prefix=T /data/results/DAEMON/AC2_0925_ST/Sample1/jobs/postPrimerSetPr
imary.9651/rawseq
# Cwd: /home/pipeline
# Title: AC2_0925_ST_Sample1_
>2_6_37_F3
9 5 12 9 11 18 7 11 18 9 13 5 18 15 20 6 17 17 11 8
>2_6_223_F3
20 24 10 22 24 18 18 21 19 22 14 23 23 25 22 6 16 14 11 9
>2_6_298_F3
12 23 9 20 23 18 7 8 22 8 15 5 8 11 8 7 8 8 14 9
>2_6_309_F3
15 11 18 12 5 14 8 12 17 8 15 10 12 13 18 21 7 14 6 17
>2_6_611_F3
12 15 5 8 9 12 15 10 11 0 15 11 8 6 0 17 13 0 0 8
>2_6_737_F3
26 20 23 28 18 22 9 20 25 17 17 18 23 19 14 20 17 14 17 11
>2_6_771_F3
12 24 19 10 25 16 7 32 22 15 18 11 28 17 5 19 8 15 7 12
>2_6_881_F3
11 26 11 14 20 21 25 12 23 11 18 31 6 19 13 20 25 12 28 9
```

**Figure 3.8**.  Sample excerpt from a *_QV.qual file.  This is the main secondary output of primary analysis.  After the header section, the lines of the file alternate between bead identifiers and a space-separated list of quality values for each color call.

With the conclusion of this phase of analysis, the sequencing run is complete and the data is ready to be either taken off the instrument for downstream analysis or analyzed as part of the auto-analysis pipeline which we include with the instrument.

## 4    Secondary analysis

The secondary analysis layer of code is the collection of algorithms which take color-space sequences and analyze them in the context of a biological application.  The only secondary analysis provided by us in our current system is resequencing analysis:  taking the color-space reads, aligning them to a reference sequence, and identifying genetic variation versus this reference.

Figure 4.1 shows the flow of algorithmic steps in the secondary analysis.  Secondary analysis begins with the sequence and quality-value files generated by the last stage of primary analysis.  The final output of the secondary analysis is a collection of analysis results in the form of tab-delimited text files and a large file summarizing the results of matching the reads against the genome (the "GFF" file).

**HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY**

EXHIBIT C

**AB 00000552**





**Figure 4.1.** Algorithmic steps involved in processing color-space sequences in genome resequencing analysis.

## 4.1 Align to reference

The alignment of reads against the reference uses a standard algorithmic approach known as "seed-and-extend." The core searching of the reads against the reference is done with an index-based lookup. The alignment is done while the reads are still in color-space. To do this, the reference sequence is converted to color-space as part of the formation of the original index.

Figures 4.2 and 4.3 show excerpts of the C++ algorithm which is responsible for these steps. This algorithm can be found at /share/apps/corona/bin/map on in the deployed SOLiD software.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

AB 00000553

EXHIBIT C



```
void mapping_machine_color::probe(char *p)
{
    int i;
    char a;
    if (p[1] == 'X') goto rlabel;
    first_nuc = color2seq[p[0]][p[1]];
    //fprintf(stderr, "%c\n", a);
    probe_first = mat->ma(0, first_nuc, length);
    for (i = 0; i < length; i++) {
        if (p[i+2] == 'X') goto rlabel;
        if (p[i+2]== '.' || p[i+2] == 'N') {
            p[i] = 'N';
        } else {
            p[i] = code[p[i+2]-'0'];
        }
    }
    p[i] = 0;
    //fprintf(stderr, "%s\n", p);
    probe_main(p, mat);

    if (both) {
        int j;
        for (i = 0, j = length-1; i < j; i++, j--) {
            char t = p[j];
            p[j] = p[i];
            p[i] = t;
        }
        first_nuc = _compl[first_nuc];
        probe_first = mat->ma(0,first_nuc, length);
        dir = -1;
        probe_main(p, mat);
        dir = 1;
    }
rlabel:
    printn();
}
```

**Figure 4.2.** C++ code excerpt for genome mapping code which aligns color-space reads to a color-space reference sequence. This excerpt and the next come from the file `readsmap/src/map.cxx`.

```
void mapping_machine::probe_main(char *seq, matrix *pm)
{
    int i;
    strcpy(probe_seq, seq);
    int last_map=-1;
    if (dir == 1)
        for (i = 0; i < length; i++) {
            psi[i] = pm->ma(colorspace+i, probe_seq[i], length);
        }
    else
        for (i = 0; i < length; i++) {
            psi[i] = pm->ma(length-i-(1-colorspace), probe_seq[i], length);
        }
    if (qfile) {
        selfscore = 0;
        if (!both || dir == 1) {
            line_map[0] = 0;
            while (fgets(line_map, sizeof line_map, qfile)) {
                if (line_map[0] != '>' && line_map[0] != '#') break;
            }
        }
        if (line_map[0] != 0) {
            int x, index_tempmem = 0;
            char *q = line_map-1;
            for (i = 0; i <= length; i++) {
                if (q == NULL) break;
                q++;
                x = atoi(q);
                q = strchr(q, ' ');
                if (x > 20) {x=20;}
                modify(x, i, index_tempmem);
                index_tempmem++;
            }
        }
    }
    if (length >= m_wsize) {
        char *p = probe_seq;
        //hashitem->renew();
        for (i=0; i<m_wsize-1; i++)
        {
            unsigned int j=_scode[*p++];
            hash->addone(j);
        }
        int pos1 = 0;
        int nh = 0;
        if (tailingzero) {
            int N = 0;
            for (; *p; ++pos1)
            {
                hash->addone(_scode[*p++]);
                //int h = hashitem->hash();
                if (N > 0) {
                    N--;
                    continue;
                } else N=tailingzero;
                {
                    int sum, sum1;
                    int hn;
                    //printf("%d\n", h);
```

**Figure 4.3.** Additional C++ code which maps a read to a reference sequence in color-space.

APPLIED BIOSYSTEMS INTERNAL DISTRIBUTION ONLY                               PAGE 9

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

AB 00000554

EXHIBIT C



The result of matching the reads against the reference sequence is a list of potential reference matches for each read. This information is represented by adding annotations to original input FASTA file; this results in a new file which is still in FASTA format. Figure 4.4 shows an example from such a file.

```
#/share/apps/corona-1.0ac2/bin/map /data/results/DAEMON/AC2_0925_ST/Sample1/resu
lts.02/primary.20070925144548923/reads/AC2_0925_ST_Sample1_F3.csfasta /share/ref
erence/genomes/ecoli_k12_MG1655.fasta T=30 L=19 C=1 E=.tmpfile1190756777UYsDPR F
=0 B=1 D=1 r=0 n=0 Z=1000 P="1011110010110101010" M=0   > .tmpfile1190756777UYsDP
R.out.28
>2_6_37_F3
T23220221332111020310
>2_6_223_F3,2835309.0,426529.3
T03133013233031213031
>2_6_298_F3
T000131302322121113021
>2_6_309_F3
T30001332211123110331
>2_6_611_F3
T21133231110013131101
>2_6_737_F3,-180631.1,-4535540.3
T30322121301303103121
>2_6_771_F3
T103202033320333101131
>2_6_881_F3,-1727888.1,-4478820.3
T12012221132132013330
>2_6_931_F3,-1873777.1,700656.3
T23331303110101031032
```

**Figure 4.4**. Sample excerpt from a *.csfasta.ma.* file. The results of matching the genome have been appended as annotations to the bead identifiers. For example, the sequence from bead 2_6_223 matches the genome at position 2,835,309 with 0 mismatches and position 426,529 with 3 mismatches.

### 4.2   Consensus calling

The first stage of secondary analysis which produces accurate data in base space is the consensus-calling stage. The consensus-calling algorithm is responsible for summarizing the information across all of the sequenced reads for each position in the reference sequence and reporting differences from the reference sequence.

There are a set of perl scripts responsible for this algorithm, all of which reside in /share/apps/corona/bin in the deployed software. Figure 4.5 shows a relevant excerpt from snp_probs.pl.

```perl
for($i = 0; $i < $number_of_snp_types; $i++){
    for($j = 0; $j < 3; $j++){
        if($snp_changes{$transitions}[$j] eq $snp_types[$i]){
            $prob->{valid}->[$count] = $prob->{$snp_types[$i]};
            $base->{valid}->[$count] = &base_changes($reference_base, $transitions, $snp_types[$i]);
            $hits->{valid}->[$count]->{1} = $parameters->{'hits_total'}->[$i]->{1};
            $hits->{valid}->[$count]->{2} = $parameters->{'hits_total'}->[$i]->{2};
            $starts->{valid}->[$count]->{1} = $parameters->{'starting_points'}->{'total'}->[$i]->{1}

            $starts->{valid}->[$count]->{2} = $parameters->{'starting_points'}->{'total'}->[$i]->{2}

            $confidence->{valid}->[$count] = $confidence->{$snp_types[$i]};
            $count++;
        }
    }
}
```

**Figure 4.5**. Excerpt from tag_analysis/snp_finding/snp_probs.pl which shows the assignment of base calls to valid color-space changes. A "valid" change is the occurrence of two color-space calls which differ from the reference in such a way that they specify a single-base change in base space.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

AB 00000555

EXHIBIT C

**Applied Biosystems**

```perl
sub base_changes {

    my($reference_base, $transitions, $dibase_change) = @_;

    my $i;
    my $index;
    my $base_change;

    # snp_code
    my %snp_code = ();
    $snp_code{A} = ['00', '11', '22', '33', '01', '10', '23', '32', '02', '13', '20', '31', '03', '12', '21', '30'];
    $snp_code{C} = ['11', '00', '33', '22', '10', '01', '32', '23', '13', '02', '31', '20', '12', '03', '30', '21'];
    $snp_code{G} = ['22', '33', '00', '11', '23', '32', '01', '10', '20', '31', '02', '13', '21', '30', '03', '12'];
    $snp_code{T} = ['33', '22', '11', '00', '32', '23', '10', '01', '31', '20', '13', '02', '30', '21', '12', '03'];
    my $number_of_snp_types = 16;

    for($i = 0; $i < $number_of_snp_types; $i++){
        if($snp_code{$reference_base}[$i] eq $transitions){
            $index = $i;
        }
    }
    if($dibase_change eq $snp_code{A}[$index]){
        $base_change = 'A';
    }
    elsif($dibase_change eq $snp_code{C}[$index]){
        $base_change = 'C';
    }
    elsif($dibase_change eq $snp_code{G}[$index]){
        $base_change = 'G';
    }
    elsif($dibase_change eq $snp_code{T}[$index]){
        $base_change = 'T';
    }
    else{
        $base_change = '-';
    }

    return $base_change;
}
```

**Figure 4.6**.  Another excerpt from snp_probs.pl showing the assignment of a basecall.

Example output from these steps is shown in Figure 4.7.

```
3162    1       12      C       G       A       T       0.0000  1.0000  0.0000  0
.0000                   0.0000  0.0000  0.0000  0.0000  0.0000  0.0000                  0.0000  0
.0000   0.0000  0.0000  0.0000  0.0000  0.807879
                                                                0.0000  0.8079  0.0000  0
.0000                   0.0000  0.0000  0.0000  0.0000  0.0000  0.0000                  0.0000  0
.0000   0.0000  0.0000  0.0000  0.0000
                                                                0       1       0       0
                                                                0       1       0       0
14601   1       21      A       T       G       C       0.0000  0.0000  1.0000  0
.0000                   0.0000  0.0000  0.0000  0.0000  0.0000  0.0000                  0.0000  0
.0000   0.0000  0.0000  0.0000  0.0000  0.838897
                                                                0.0000  0.0000  0.8389  0
.0000                   0.0000  0.0000  0.0000  0.0000  0.0000  0.0000                  0.0000  0
.0000   0.0000  0.0000  0.0000  0.0000
                                                                0       0       1       0
                                                                0       0       1       0
30613   1       31      A       G       T       C       0.0000  0.0000  1.0000  0
.0000                   0.0000  0.0000  0.0000  0.0000  0.0000  0.0000                  0.0000  0
.0000   0.0000  0.0000  0.0000  0.0000  0.689468
                                                                0.0000  0.0000  0.6895  0
.0000                   0.0000  0.0000  0.0000  0.0000  0.0000  0.0000                  0.0000  0
.0000   0.0000  0.0000  0.0000  0.0000
                                                                0       0       1       0
                                                                0       0       1       0
40040   2       10      C       A       G       T       0.0000  0.5000  0.0000  0
.0000                   0.0000  0.5000  0.0000  0.0000  0.0000  0.0000                  0.0000  0
.0000   0.0000  0.0000  0.0000  0.0000  0.774888
                                                                0.0000  0.7749  0.0000  0
.0000                   0.0000  0.7749  0.0000  0.0000  0.0000  0.0000                  0.0000  0
.0000   0.0000  0.0000  0.0000  0.0000
                                                                0       1       0       0
```

**Figure 4.7**.  Example output from snp_probs.pl.  The number in the first column is a genomic position where a base-space change has been found.  The preferred order of alleles implicated in this change is shown in columns 4-7.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

AB 00000556

EXHIBIT C