BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF EUGENE MYERS, PH.D. IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date:    August 21, 2008<br>Time:    8:00 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:   William H. Alsup |

DECL. OF E. MYERS, PH.D. ISO MOTION FOR SUMMARY JUDGMENT FOR NONINFRINGEMENT
Case No. C07 02845 WHA

1

I, Eugene Myers, declare as follows:

1. I have been retained to testify as an expert on behalf of Applera Corporation – Applied Biosystems Group in the case entitled Applera Corporation – Applied Biosystems Group v. Illumina.

2. I submitted an expert report in this case on June 13, 2008. A true and correct copy of that expert report is attached hereto as Attachment 1.

3. Counsel for Illumina took my deposition on June 27, 2008.

4. With the exception of some statements that I clarified during my deposition, and with the exception of one minor inaccuracy in paragraph 45 of my report, the statements in my report are true and accurate. The eighth line of paragraph 45 describing Dr. Backman's infringement theory should read "third and fourth" instead of "third, fourth, and fifth."

5. I hereby incorporate by reference my expert report into this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 13 2008 at Sacramento, California.

By: _____
Eugene Myers, Ph.D.