**EXPERT REPORT OF EUGENE MYERS, PH.D.**

*Applera Corporation – Applied Biosystems Group v. Illumina,*
**Case No. 07-cv-2845-WHA (N.D. Cal.)**

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1

I have been retained to testify as an expert on behalf of Applera Corporation –

Applied Biosystems Group in the case entitled *Applera Corporation – Applied*

*Biosystems Group v. Illumina*.  I expect to offer my testimony at trial.

## I.     BACKGROUND AND QUALIFICATIONS

1.     I am a former Professor of Computer Science & Molecular Biology at the

University of California at Berkeley.  Currently, I am a Group Leader at the Janelia Farm

Research Campus ("JFRC") of the Howard Hughes Medical Institute ("HHMI"), located

in Ashburn, Virginia.  The Howard Hughes Medical Institute is a non-profit medical

research organization that seeks to advance biomedical research and science education in

the United States.  JFRC is a research campus of HHMI where scientists pursue

fundamental problems in basic biomedical research that are difficult to approach in

academia or industry.  HHMI is allowing me to provide consulting services for this case,

but it does not endorse or support either side of the legal disputes in this case.

2.     My research includes the design and analysis of algorithms for solving

problems in computational molecular biology, discrete pattern matching, and computer

graphics.  My current focus is developing algorithms and software for the automatic

interpretation of images produced by light and electron microscopy of stained samples

with a particular emphasis on building 3D and 4D "atlases" of brains, developing

organisms, and cellular processes.

3.     I received a Ph.D. in Computer Science from the University of Colorado

in 1981.

4.     I served on the faculty of the University of Arizona for 18 years where I

authored papers with Jim Weber proposing a new method of sequencing the human

genome called "paired-end whole genome shotgun sequencing."  E. Myers and J. Weber,

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1

"Is Whole Genome Shotgun Sequencing Feasible?," in *Computational Methods in Genome Research* (S. Suhai, ed.), Plenum Press (New York, 1996), 73-89; J. Weber and E. Myers, "Human Whole Genome Shotgun Sequencing," *Genome Research* 7 (1997), 401-409. At the time of the article, the U.S. government-sponsored Human Genome Project had been under way since 1990 using slower methods of DNA sequencing.

5.    I later became the Vice President of Informatics Research at Celera Genomics, which is a group of Applera Corporation. In 1998, Celera Genomics announced that it would compete with the Human Genome Project to be the first to decode the human genome. Celera's announced goal was to sequence the human genome in less than three years at a cost of $300 million, which was considerably less than the publicly funded government version, estimated to take 15 years at a cost of $3 billion. Celera used the genome shotgun technique advocated in my papers and determined the sequences of the drosophila, human, and mouse in a three-year period. On June 26, 2000, at a White House event with British Prime Minister Tony Blair, President Clinton announced that Celera Genomics and the Human Genome Project had both completed an initial draft of the human genome sequence.

6.    While my formal training is in computer science and mathematics, much of my work has been applied to molecular biology applications, such as DNA sequencing. I was the first academic computer scientist that I know of to enter the field of computational biology in 1984. Before developing the shotgun genome sequencing protocol, I was a prime developer of "BLAST," which stands for Basic Local Alignment Search Tool, a computer program that rapidly compares any DNA sequence with every other sequence in the public DNA and protein sequence databases. The BLAST program

3                    HIGHLY CONFIDENTIAL-
                     ATTORNEYS' EYES ONLY

ATTACHMENT 1

allows researchers to infer the role of an uncharacterized DNA or protein sequence based on its similarity to known sequences. I designed the BLAST program along with Stephen Altschul, Warren Gish, David J. Lipman and Webb Miller at the NIH. *See* Altschul SF, Gish W, Miller W, Myers EW, Lipman DJ, *J. Mol. Biol.* 215, 403-410 (1990). My specific contributions included the core algorithmic ideas and prototype implementations.

7.      I have written many other papers on the theory of sequence comparison. A full list of my publications is included in my CV, which is attached as Exhibit A.

8.      I am a named inventor of U.S. Patent No. 6,714,874 B1, entitled "Method and System for the Assembly of a Whole Genome Using a Shot-Gun Data Set." The patent issued on March 30, 2004. I am also the named inventor on several foreign patents.

9.      I have received numerous awards, including the IEEE 3rd Millennium Achievement Award in 2000, the Newcomb Cleveland Best Paper in Science award in 2001, and computer science's second highest award, the Paris Kanellakis Theory and Practice Prize presented by the Association for Computing Machinery in 2002.

10.      In 2001, I was voted the "Most Influential in Bioinformatics" by Genome Technology Magazine. In 2003, I was elected to the National Academy of Engineering at age 49. In 2004, I won the International Max Planck Research Prize. In 2005, I was selected as a distinguished alumnus of the University of Colorado. In 2006, I was inducted into Leopoldina, the German National Academy of Sciences.

## II.      PRIOR TESTIMONY

11.      I have not previously testified as an expert at trial or by deposition.

4                       HIGHLY CONFIDENTIAL-
                        ATTORNEYS' EYES ONLY

## III.    COMPENSATION

12.    For the time I have spent on my investigation and preparation of this report, and for the time I anticipate spending testifying in this case, I am being paid at my normal consulting rate of $500 per hour, up to $2,500 per day.  My compensation is not affected by the content of my testimony or the outcome in this case.

## IV.    INFORMATION CONSIDERED

13.    This report is submitted with respect to the infringement issues in this case and in response to the Expert Statement of Keith C. Backman, Ph.D. Regarding Infringement, dated May 30, 2008, which I have read.  I have also interviewed Applied Biosystems's ("ABI's") technical staff and reviewed several documents provided by them.  ABI gave me access to several of the versions of the source code used to operate its SOLiD™ System genetic analysis platform.  I examined critical sections of the source code for the most recent release of the system, called version "1.0ac2."

14.    Counsel for ABI sent me legal documents, including:

a.  First Amended Complaint against Stephen C. Macevicz, Illumina, Inc., Solexa Inc., filed by Applera Corporation - Applied Biosystems Group on 11/8/2007.

b.  Applied Biosystems's Response to Solexa's First Set of Interrogatories, dated February 28, 2008

c.  ABI's Responsive Claim Construction Brief filed on 01/18/2008.

d.  The Court's Claim Construction Order dated 02/21/2008.

e.  Solexa's Final Infringement Contentions dated 03/24/2008.

15.    Counsel for ABI also sent me a number of software user manuals and other guides, including:

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1

a. SOLiD™ Experiment Tracking System (SETS) Software, Modular Analysis Pipeline (MOAP) and File Format Guide (Part Number 4392959 Rev. A, October 2007) (AB00000980-1083)

b. "Data Flow in the DISCO Analysis System," Rev. 1.0 (Nov. 16, 2007) (AB00000546-556)

c. SOLiD™ System User Guide rev. A1 10/2007 (AB00000683-979)

d. SOLiD™ Analysis Tools (SAT) User Guide rev. B (April 2008) (AB00008081-8170)

16.    ABI's technical staff sent me the following documents, some of which I considered when forming my opinion in this case:

e. [Breu] "Methods for Annotating Two-Base Color Encoded Reads" by Heinz Breu, internal technical document dated 5/28/2008. (AB00008763-8787)

f. [Beaudoin] "Notes on the SOLiD Basecaller" by Robert Beaudoin, internal technical document dated 1/16/2007. (AB00069577-69594)

g. [Zhang] "Fast flexible mapping of AB SOLiD short sequence reads" by Zheng Zhang et al., draft of paper planned for submission, undated. (AB00008788-8795)

h. [Sorenson] "Data flow in the DISCO analysis system" by Jon Sorenson, internal technical document dated 11/16/2007. (AB00000546-556)

i. [Sorenson.ppt] "The SOLiD Software System" by Jon Sorenson, internal powerpoint presentation dated 7/18/2007 (AB00385415-440)

j. [SOLiD.ppt] "Sequencing by Oligonucleotide and Ligation Detection" author unknown, internal powerpoint presentation dated 7/18/2007 (AB00066366-83)

a. [Beaudoin.ppt] "SOLiD System Primary Analysis: How images become reads" by Robert Beaudoin, internal powerpoint presentation dated 7/18/2007 (AB00250813-840)

## V.    THE MACEVICZ PATENTS

17.    I have reviewed the patents asserted in this case: U.S. Pat. Nos. 5,750,341 ("the '341 patent"), 5,969,119 ("the '119 patent") and 6,306,597 ("the '597 patent") (collectively, "the Macevicz patents").

6                HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

18.    I have been asked to consider whether users of ABI's SOLiD™ System genetic analysis platform infringe claim 1 of the '341 patent or claim 1 of the '597 patent. I have specifically been asked to consider whether the use of the SOLiD™ System meets the "identifying" claim limitation, as the term has been construed by the Court in its February 21, 2008 claim construction order.

19.    Claim 1 of the '341 patent provides:

> 1. A method for determining a sequence of nucleotides in a target polynucleotide, the method comprising the steps of:
>
> (a) **providing** a probe-target duplex comprising an initializing oligonucleotide probe hybridized to a target polynucleotide, said probe having an extendable probe terminus;
>
> (b) **ligating** an extension oligonucleotide probe to said extendable probe terminus, to form an extended duplex containing an extended oligonucleotide probe;
>
> (c) **identifying**, in the extended duplex, at least one nucleotide in the target polynucleotide that is either (1) complementary to the just-ligated extension probe or (2) a nucleotide residue in the target polynucleotide which is immediately downstream of the extended oligonucleotide probe;
>
> (d) **generating** an extendable probe terminus on the extended probe, if an extendable probe terminus is not already present, such that the terminus generated is different from the terminus to which the last extension probe was ligated; and
>
> (e) **repeating** steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined.

(emphasis added).

20.    Claim 1 of the '597 patent provides:

> 1. A method for identifying a sequence of nucleotides in a polynucleotide, the method comprising the steps of:

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1

(a) **extending** an initializing oligonucleotide along the polynucleotide by ligating an oligonucleotide probe thereto to form an extended duplex;

(b) **identifying** one or more nucleotides of the polynucleotide; and

(c) **repeating** steps (a) and (b) until the sequence of nucleotides is determined.

(emphasis added).

## VI.    ASSUMPTIONS AND SCOPE OF OPINION

21.    My opinion focuses on the computer software components of the SOLiD™ System.  While Dr. Backman does not address the computer software components of the SOLiD™ System, this report rebuts his ultimate conclusion that use of the system infringes the Macevicz patents because a review of the computer code shows that the system does not meet the "identifying" claim limitation.

22.    Dr. Backman offers opinions throughout his report that differentiate between a "one-base-encoding SOLiD™ System method" and a "two-base-encoding SOLiD™ System method."  It is my understanding that a one-base-encoding scheme maps one dye color to one type of nucleotide.  It is also my understanding that in a two-base-encoding scheme a dye color indicates that one of four possible two-nucleotide combinations have been detected; but the dye can not, in the absence of additional information, identify which combination is present.

23.    It is my understanding that ABI has commercialized only a "two-base encoding method."  My review of ABI's technical literature and specific review of the source code confirmed that ABI's SOLiD™ System product does not practice a "one-base encoding method."  Instead, it uses a "two-base encoding method" exclusively.

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1

24.    Dr. Backman's assumption that ABI incorporates a one-base encoding system is seemingly based on his review of "a Flash animation that AB had available on its web site as of late 2006" entitled "aga.swf." (Backman ¶ 144.) Dr. Backman describes the file as "an animation of the one-base-encoding format of the SOLiD System." (*Id.*) In my opinion, viewing an animation of a complicated computer process is not the best way to verify that a computer program operates in a specific way. I have been informed, and I have independently confirmed by reviewing ABI's software code, that the animation described by Dr. Backman is not an accurate portrayal of the current version of the SOLiD™ System. Accordingly, I do not offer an opinion regarding any one-base encoding formats of the SOLiD™ System.

## VII.    OPINION

25.    Counsel for ABI has explained to me that determining infringement of a patent claim is a two-step process. First, to the extent that there is a dispute about the meaning of the patent claim language, the Court must construe the claims. Second, the accused device or method is compared to the claim as construed by the Court. Counsel has also explained that method claims are infringed when the claimed process is actually performed.

26.    I understand from reading the February 21, 2008 claim construction order that the Court has completed the first step of the infringement analysis -- the claim construction step -- regarding the "identifying" claim limitation. Specifically, the Court ruled that the term "identifying" means "within each cycle determining the identity of a base in the target polynucleotide." *See* Claim Construction Order at 16: 3-4.

                    HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1

27.    My opinion focuses on the second step of the infringement analysis: whether users of ABI's SOLiD™ System genetic analysis platform determine within each cycle the identity of a base in the target polynucleotide.  It is my opinion that use of the system does not meet this claim limitation.

28.    To determine what is actually happening within the accused devices, one must look at the computer code that is directing the collection of data and using the collected information to generate a report for the user.  Dr. Backman never does that in his analysis.  Instead, he relies primarily on simplified summaries from presentations made in 2006.  (Backman ¶¶ 144, 152, 174, 179-180.)  While reviewing summaries and marketing materials describing computer code may sometimes be a fair starting point for a high-level understanding of the way a software program gathers information and executes commands, such analysis is inadequate to determine how the computer code actually works, particularly in this case.

## VIII.   OVERVIEW OF SOFTWARE IN THE SOLID™ SYSTEM

29.    The SOLiD™ System is primarily used for "re-sequencing."  That is, the genome of the same or similar species being sequenced will have been sequenced before. For example, the sequence of the human genome has been determined and is now available in public databases, and investigators are interested in how an individual's DNA differs from the sequence in the databases.  The information obtained using the SOLiD™ System is compared to a "reference" sample to detect differences called "single nucleotide polymorphisms" ("SNP" (pronounced "snip")).  A common use of the SOLiD system is to study the differences between the sample DNA which is a variant of a reference sequence and the *a priori* known sequence of the reference.

10                    HIGHLY CONFIDENTIAL-
                      ATTORNEYS' EYES ONLY

ATTACHMENT 1

30.     It is my understanding that there is little dispute as to how the chemistry in ABI's SOLiD™ two-base encoding system works.  At a very general level, the process starts by taking genomic DNA and fragmenting it into workable sizes.  Next, DNA fragments, adapters of known sequences, and beads are combined together.  The fragment on each bead is amplified, and then many beads are placed on a slide.  A complementary primer is hybridized to the "P1 adapter."  A labeled probe hybridizes to the target and is then ligated to the primer.  Pictures of the slide are then taken through a microscope.  This process generates color reads from the labeled probes.  Only once the entire run finishes are those reads then analyzed by the SOLiD™ System software to ultimately determine the sequence of bases in the variant of the reference sequence.

31.     The software functions are broken into two principal phases:  (1) primary analysis and (2) secondary analysis.  Although there are many components of the software, and many subroutines within each component, I will focus here on the aspects of the software that are pertinent to the infringement allegations relating to the "identifying" and "repeating" steps.  The code is sufficiently large (in excess of 100,000 lines of code) that I have not examined every line.  I have, however, analyzed the aspects of the code that in my opinion are necessary to understanding the issues discussed in this report.  My review included the process flow, which included a close review of any portion where one could in principle make use of a base call.  For example, I paid particular attention to the module ReadBuilder, where the color codes are output.  I also paid particular attention to the mapping application, since it is the most likely point at which one might make use of identified bases.  The conclusion of my code review is that I could not find any code in the primary analysis where a base is inferred.  In the

11                    HIGHLY CONFIDENTIAL-
                                              ATTORNEYS' EYES ONLY

ATTACHMENT 1

secondary analysis (occurring after the instrument has completed its execution), I found only code that inferred a single base in order to identify a SNP in the consensus caller and code that inferred the first base of a read in order to confirm its mapping to a reference in the mapper.

32.    The primary analysis software consists of an application called "Sunspot," which consists of MATLAB codes that indirectly call C++ routines through the "Mex" interface mechanism of the MATLAB application.  The code is organized into 5 modules – BeadFinder, CycleCaller, QVCaller, SolidCaller, and ReadBuilder – that are invoked by a main code sunspot.m in sequence as follows.

33.    BeadFinder is called first on a preliminary image in which every bead is illuminated.  It finds the (x, y) location of as many well-defined and separated beads on the substrate surface as possible and records these in a file as a "focal scan."  It is then expected that every ligation will yield a signal in the near vicinity of an (x, y) location listed in the focal scan.

34.    Each cycle of ligation is followed by four imaging scans.  The module SolidCaller invokes CycleCaller on these four images after each ligation cycle to produce a color for each bead in the focal map.  CycleCaller first registers each image to the focal map and then identifies every spot and its normalized intensity.  It then associates these spots to a bead in the focal scan by finding the nearest (x, y) location to the spot using a data structure called a k-d tree.  Given the four color intensities determined for each bead spot, CycleCaller then assesses which color most likely colored the probe ligated to the bead (in the event that more than one was detected) and assigns a quality score for its

HIGHLY CONFIDENTIAL-
                                     ATTORNEYS' EYES ONLY

ATTACHMENT 1

decision with QVCaller.  The colors called as well as the quality values are placed in a file with the extension ".spch."

35.    Once all of the cycles of ligations and primer resets have been completed, a sub-module called "ReadBuilder" assembles the color calls into a single file with the suffix ".csfasta" that records the color space sequence for each bead.  The result is written to a text file containing the bead identifiers ("panel_x_y") and the color space sequence. The last base of the P1 adapter is also prepended to each read (for the purpose of downstream analysis as discussed below).  An example of a .csfasta file entry for a given target is shown below:

>1_88_1830_F3

T32113123201300232320

The per-color space call quality values are assembled into a single file with the suffix .QV.qual in a manner similar to that of the .csfasta file, but lacking any P1 primer sequence information.

36.    In the example above, the first line is the bead identifier, which shows that this bead is in panel 1 at coordinates 88, 1830.  The F3 indicates that this is a forward tag; the alternative is R3 in the event that the read is a reverse tag from a mate pair library. The second line has the prepended letter representing the last base of the P1 adapter, followed by the numbers indicating the color reads after being put into sequence order, rather than cycle order.  This is the conclusion of primary analysis.  Based on my review of the codes, at no point during primary analysis is a base in the target polynucleotide identified.

13                    HIGHLY CONFIDENTIAL-
                      ATTORNEYS' EYES ONLY

ATTACHMENT 1

37.    The .csfasta file is conceptually the output of the instrument.  Secondary analysis can be performed at any subsequent time and need not be concurrent with the execution of the machine and may be utilized in a number of ways.  There is currently one secondary analysis application, which is designed for re-sequencing experiments in which the color reads are for DNA that is related to a given reference sequence but from a different individual or species and hence is expected to have some number of sequence differences (SNPs) with respect to the known reference.  The application is to determine these SNPs or equivalently the sequence of the variant to the known reference analyzed by the instrument.

38.    The .csfasta file is input to a mapping and alignment tool, called "map," where matches are found between the color space reads and a reference that has been converted to color space.  In the output is a list of potential reference matches for each fragment read.  This information is then appended to the bead identifiers from the original .csfasta file, resulting in a new file with the extension ".csfasta.ma".  For example, in the snippet of output below, the second entry indicates that the sequence from bead 2_6_223 matches the reference at position 2,835,309 with 0 mismatches and also matches at position 426,529 with 3 mismatches:

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1

```
#/share/apps/corona-1.0ac2/bin/map /data/results/DAEMON/AC2_0925_ST/Sample1/resu
lts.02/primary.20070925144548923/reads/AC2_0925_ST_Sample1_F3.csfasta /share/ref
erence/genomes/ecoli_k12_MG1655.fasta T=30 L=19 C=1 E=.tmpfile1190756777UYsDPR F
=0 B=1 D=1 r=0 n=0 Z=1000 P="1011110010110101010" M=0  > .tmpfile1190756777UYsDP
R.out.28
>2_6_37_F3
T23220221332111020310
>2_6_223_F3,2835309.0,426529.3
T03133013233031213031
>2_6_298_F3
T00013130232212113021
>2_6_309_F3
T30001332211123110331
>2_6_611_F3
T21133231110013131101
>2_6_737_F3,-180631.1,-4535540.3
T30322121301303103121
>2_6_771_F3
T10320203320333101131
>2_6_881_F3,-1727888.1,-4478820.3
T12012221132132013330
>2_6_931_F3,-1873777.1,700656.3
T23331303110101031032
```

39.     I reviewed the code for this mapper in detail.  It is a C++ code.  I can confirm that the matching is performed in color space and at no point is a sequence of bases produced.  It is the case that after a tentative match is found, the assessment of whether the match should be reported involves inferring the first base of the target (and only the first base), and seeing if that matches the corresponding base of the reference.  This is the only use of base-pair information.

40.     The final step is consensus calling, which determines the SNPs and converts the colors to bases by comparing the color reads to a known reference.  The consensus caller operates by considering the color-space alignment of all the reads to the color-space encoded reference sequence provided by the mapper.  Typically enough reads are produced that any given color of the reference is covered by many mapped reads, for example 10 or more, so that one can examine whether the reads in consensus confirm or contradict the corresponding color of the reference.  If there are a sufficient number of

HIGHLY CONFIDENTIAL-
                                    ATTORNEYS' EYES ONLY

ATTACHMENT 1

reads that contradict an adjacent pair of colors in the reference, and if the contradicting pair feasibly encodes for a base change, then the consensus caller reports the detection of a SNP. The allowable transitions are detailed in the Breu Paper. Similarly, single base-pair insertions and deletions leave a characteristic pattern of conflicts that are described therein. The consensus call reports the consensus of the sequence that was analyzed by the instrument and its differences from the reference. This final output is written to a file with the extension ".gff".

41.     I am informed by ABI's technical personnel that the consensus calling step is optional and not always applied. In the sense of equivalence it is the only point in time at which the sequence of a read is known, and it is known by virtue of its mapping to the reference and the knowledge of the SNPs of the variant that was sequenced. I am informed that if a customer wants a sequence at the earliest possible moment, they can manually run a variant of the consensus caller, that estimates the sequence of a read by comparing it to the reference sequence at the position it is mapped, but without examining its consensus to all the other mapped reads in the vicinity. SNP variations are called but with lesser accuracy than in the process of paragraph 40 above. This process has the advantage of being more efficient in time and can be delivered to the user as soon as the colors of are assembled by ReadBuilder for a given panel. I can confirm that the consensus caller only produces a sequence by virtue of knowing the reference and using paired color-contradictions to infer SNPs.

## IX.     ANALYSIS OF DR. BACKMAN'S OPINION

42.     Relying on something other than the actual computer code, Dr. Backman's analysis at ¶¶ 159-193 ignores how the SOLiD™ System platform actually works.

16                    HIGHLY CONFIDENTIAL-
                      ATTORNEYS' EYES ONLY

Specifically, Dr. Backman asserts that "because both the encoding scheme and the identity of one nucleotide in each of the dinucleotide interrogation positions have already been determined, the identity of at least one nucleotide in the target polynucleotide that is complementary to the just-ligated extension probe is determined within each cycle of the method." (Backman ¶ 170.) In other words, Dr. Backman asserts that because the last base of the adapter (the 0 position) is known, and that this base plus the color codes for every pair of bases from 0 on of the sequence is known, then, in essence, a base is effectively identified in every cycle.

43.     The SOLiD™ System does not operate the way Dr. Backman says, and a review of the source code discussed above proves that. There are compelling technical reasons for why the SOLiD™ System does not operate in the way Dr. Backman suggests. Dr. Backman relies on "high level" descriptions of the SOLiD™ System that are useful for a general understanding. The actual product, however, is much more sophisticated, and in some aspects operates differently from what is described in the descriptions on which Dr. Backman relies. If the SOLiD™ System operated as Dr. Backman suggests, the likely error rate would be so high that the system would be useless. A primary advantage of two-base encoding is its property of built-in verification and error correction. As explained in more detail below, if the system operated as Dr. Backman suggests, an error in a single color call would mean that every subsequent inferred base would be wrong, thus eliminating much of the benefit provided by two-base encoding.

44.     Use of the SOLiD™ System does not meet the "identifying" claim limitation for at least two reasons. The first reason focuses solely on the phrase "within

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1

each cycle" in the Court's claim construction.  The second reason additionally considers the phrase "determining the identity of a base."

45.    First, the Court held that "identifying" means "*within each cycle determining the identity of a base in the target polynucleotide.*"  Claim Construction Order at 16: 3-4.  As I understand the phrase "within each cycle," it includes all of the cycles, including the first ligation cycle.  Even under Dr. Backman's description of the accused system, the last base of the primer is not interrogated until the second round of ligations.  So during the first round of ligations a base is not and cannot be determined.  The same is true, even according to Dr. Backman, for the rest of the second round (other than the first cycle) and all of the third, fourth, and fifth rounds.  Thus, use of the SOLiD™ System platform does not infringe.

46.    Second, the "identity" of a base is not determined in each cycle.  Unlike the situation in a one-base encoding scheme, the two-base encoding scheme used by the SOLiD™ System records a color representing one of four possible base pair combinations.

47.    I will start with the current version of the SOLiD™ System, known as SOLiD™ Version 2.0, which uses only 1, 2 probes.  Specifically, the instrument produces data in 5 rounds of 7 ligation cycles each.  In round 1, the universal sequencing primer (n) is hybridized to the P1 adapter to a point abutting the 5' end of the target.  Seven cycles of probe ligations then follow.  In the first cycle, a labeled probe may hybridize to the target polynucleotide at a point abutting the P1 adapter.  The probe is then ligated to the primer, and the label "color" recorded.  The color corresponds to the two interrogating positions on the probe.  Thus, for example, if the color recorded is

18                    HIGHLY CONFIDENTIAL-
                      ATTORNEYS' EYES ONLY

ATTACHMENT 1

green, the two nucleotides being interrogated are most likely AC, CA, GT, or TG. The label is then removed along with the last 3 bases of the probe leaving 5 bases bound to the target, and the process is repeated for another 6 cycles, with each probe offset 5 more bases into the target than the last. After the last cycle, the primer and probes are removed, and a new primer (the n-1 primer) hybridizes to the P1 adapter one base upstream from where the n primer had hybridized. This is referred to as the second round. The cycles of ligations are repeated. This process repeats 3 more times, through the fifth round, using the n-4 primer. In this version of the system, which uses 1, 2 probes (meaning that the first and second positions in the probe do the interrogating) the process also adds bridge probes in the third through fifth rounds. The five rounds of seven cycles using the 1, 2 probes are depicted in the SOLiD Analysis Tools (SAT) User Guide at chapter 1, page 2. (AB00008096) During these rounds and cycles, the software collects the color reads in a file. After all of the rounds and cycles are complete, the color reads are assembled into the correct order. The software then takes the string of color reads for a fragment and works to align it to a reference sequence that has been converted to color space. Any mismatches between the color reads and the color-encoded reference are then analyzed to determine whether the discrepancy is due to an error in the color sequence of the read, or to a SNP difference between the target that was analyzed on the instrument and the reference. If the difference corresponds to a SNP, then at that point, the base difference in question is inferred by knowing the bases of the reference sequence. Because the identity of a base in a read is not determined until after all cycles are complete, and only by use of a reference sequence, it cannot be said that the identity was determined "within each cycle."

HIGHLY CONFIDENTIAL-
                                                ATTORNEYS' EYES ONLY

ATTACHMENT 1

48.    I understand that a previous version of the SOLiD™ System used a combination of 1, 2 and 4, 5 probes.  In that version, the instrument produces data in 5 rounds of 7 ligation cycles each.  (*See* Chemistry Flow Diagram, Rev. 3, July 18, 2007 (AB00001084); SOLiD™ System User Guide rev. A1 10/2007. Chapter 4 at 8 (AB00301932).)  In round 1, the universal sequencing primer (n) is hybridized to the P1 adapter to a point abutting the 5' end of the target polynucleotide.  Seven cycles of probe ligations then follow.  In the first cycle, a labeled 4, 5 probe may hybridize to the target polynucleotide up to the 5' end abutting the P1 adapter.  The probe is then ligated to the primer, and the label "color" recorded.  The color corresponds to the two interrogating positions on the probe.  Thus, for example, if the color recorded is green, the two nucleotides being interrogated are most likely AC, CA, GT, or TG.  The label is then removed along with the last 3 bases of the probe leaving 5 bases bound to the target, and the process is repeated for another 6 cycles, with each probe offset 5 more bases into the target than the last.  After the last cycle, the primer and probes are removed, and a new primer (the n-1 primer), hybridizes to the adapter one base inset from where the n primer had hybridized.  The cycles of ligations of 4, 5 probes are repeated.  In the third round, the n-2 primer is used, again with the 4, 5 probes.  In the fourth round, the n primer is used again, but with 1, 2 probes.  In the fifth round, the n-1 primer is used again, but with the 1, 2 probes.  In this version of the system, the 0 and 1 position that Dr. Backman refers to is interrogated in the first cycle of the fifth round.  As with the version referred to in the preceding paragraph, during these rounds and cycles, the software collects the color reads in a file.  After all of the rounds and cycles are complete, the color reads are assembled into the correct order.  The software then takes the string of color reads for a

HIGHLY CONFIDENTIAL-
                    ATTORNEYS' EYES ONLY


ATTACHMENT 1

fragment and aligns it to a reference sequence that has been converted to color space.

Any mismatches between the color reads and the color-encoded reference are then

analyzed to determine whether the discrepancy is due to an error in the color sequence of

the read, or to a SNP difference between the target that was analyzed on the instrument

and the reference. If the difference corresponds to a SNP, then at that point, the base

difference in question is inferred by knowing the bases of the reference sequence.

Because the identity of a base in a read is not determined until after all cycles are

complete and only through the use of a reference sequence, it cannot be said that the

identity was determined "within each cycle."

49.    Dr. Backman's report discusses a version of the SOLiD System that used

4, 5 probes. I have been told that such a version was never sold by ABI. In such a

version, the instrument produces data in 5 rounds of 5 ligation cycles each. In round 1,

the universal sequencing primer (n) is hybridized to the P1 adapter to a point abutting the

5' end of the target polynucleotide. Five cycles of probe ligations then follow. In the

first cycle, a labeled 4, 5 probe may hybridize to the target polynucleotide up to the 5'

end abutting the P1 adapter. The probe may then be ligated to the primer, and the label

"color" recorded. The color corresponds to the two interrogating positions on the probe.

Thus, for example, if the color recorded is green, the two nucleotides being interrogated

are most likely AC, CA, GT, or TG. The label is then removed along with the last 3

bases of the probe leaving 5 bases bound to the target, and the process is repeated for

another four cycles, depending on the version, with each probe offset 5 more bases into

the target than the last. After the last cycle, the primer and probes are removed, and a

new primer (the n-1 primer), hybridizes to the adapter one base inset from where the n

HIGHLY CONFIDENTIAL-
                                          ATTORNEYS' EYES ONLY

ATTACHMENT 1

primer had been hybridized.  The cycles of ligations of 4, 5 probes are repeated.  This process is repeated with the n-2, n-3, and n-4 primers.  In this version of the system, the 0 and 1 position that Dr. Backman refers to is interrogated in the first cycle of the fifth round.  As with the version referred to in the preceding paragraph, during these rounds and cycles, the software collects the color reads in a file.  After all of the rounds and cycles are complete, the color reads are assembled into the correct order.  The software then takes the string of color reads for a fragment and runs a series of steps to align it to a reference sequence that has also been converted to color space.  Any mismatches between the color reads and the color-encoded reference are then analyzed to determine whether the discrepancy is due to an error in the color sequence of the read, or to a SNP difference between what was sequenced in the instrument and the reference.  If the difference corresponds to a SNP, then at that point, the base difference in question is inferred by knowing the bases of the reference sequence.  Because the identity of a base in a read is not determined until after all cycles are complete, and only with the use of a reference sequence, it cannot be said that the identity was determined "within each cycle."

50.    Dr. Backman says that no bases are identified in the first round.  That is correct.  Dr. Backman's "identifying" theory requires that the user know and use the identity of the base at the 0 position to determine the identity of the unknown bases.  Considering, for example, the current version of the SOLiD™ System using 1, 2 probes, the 0 position plays no part in the first round.  A color is recorded, but the color cannot be translated to a base call during the first round.  Even under Dr. Backman's theory, there is insufficient information "available" after the first round to satisfy the "identifying" step.  When using the 1, 2 probes, the 0 position is not interrogated until the second round.

22                    HIGHLY CONFIDENTIAL-
                      ATTORNEYS' EYES ONLY

When using the 1, 2 and 4, 5 combination probe set, the 0 position is not interrogated until the fifth round.

51.     To be able to produce a base in every step with two color codes would require interrogating the (0, 1) pair, the (1, 2) pair, and so on in sequence.  In order to do so one would need to remove the primer and all-ligated probes after each interrogation which is not a scheme of steps covered by the patent as I understand the repetition proscribed in claim limitation 1(e).  That is, it is impossible to literally identify a base step in each ligation step with an infringing protocol using two-base encoding.

52.     Dr. Backman acknowledges that the claim language requires that the cycle of identifications repeat itself (as discussed above, my understanding of the Court's construction is that the identifications occur in each cycle).  Dr. Backman says that the SOLiD™ System identifies one base in the first cycle of the second round and further identifies bases in each cycle in the fifth round.  I disagree.  The SOLiD™ computer code proves that the "identifying" does not take place until color reads are (1) gathered in cycle order, (2) reassembled in sequence order, and (3) aligned to a reference genome. The "identifying" does not happen on a per cycle basis.

53.     There are very good reasons not to operate the SOLiD™ System instrument to identify bases by use of the 0 position.  Dr. Backman points to the interrogation of the 0, 1 position as "identifying" the base in the 1 position within that cycle.  While the information could theoretically be "available" if there were no error in the color read  (after *all* cycles are complete), it is not relied upon or considered by the software to identify the base of the 1 position at that point, in part due to the fact that errors in color reads do occur.  The 0 and 1 positions are interrogated so that the 1

HIGHLY CONFIDENTIAL-
                    ATTORNEYS' EYES ONLY

ATTACHMENT 1

position will be interrogated twice. There is no reason to otherwise interrogate the 0 position, since that base is already known. This double interrogation of the 1 position, as well as all other positions except the final position, improves the accuracy of the system. ([Zhang] pg. 1, [SOliD.ppt] pgs 18-23, [Breu] Section 8). The 0 position is not interrogated in order to "decode" position 1.

54.    Instead, the SOLiD™ System decodes the color reads by aligning them to a color space reference after all of the cycles have been completed.

55.    Decoding the color readings by aligning them to a reference provides a high accuracy rate. The standard in the industry is 95% or better in order to be useful, and most first generation instruments operate in the range of 95-98%. A direct sequencing method using single base encoding would deliver a sequence that is 95-98% correct.

56.    Decoding the color reads merely by using the 0 position would result in an unacceptable serial error rate. The base called for each color would be entirely dependent on the accuracy of each preceding color. Thus, if any one color is wrong, the rest will be wrong as well. My understanding from conversations with ABI technical personnel is that the color reads are estimated to be 95-98% correct. Assuming 95%, this would imply that a sequence decoded from knowing the 0 position would be roughly 40% correct for a 25 base sequence, roughly 20% correct for a 50 base sequence, and roughly 10% correct for a 100 base sequence. Even for a 25 base sequence, a sequence in which 60% of the bases are wrong is useless. Therefore, the sequence that Dr. Backman claims is known does not even vaguely resemble the sequence of the target as it makes impossible assumptions (*e.g.*, perfect chemistry) about such an instrument.

24              HIGHLY CONFIDENTIAL-
                ATTORNEYS' EYES ONLY

ATTACHMENT 1

57.    To confirm my estimates of the likely error rates, ABI personnel took the data retrieved by Dr. Backman during the two runs he observed of the SOLiD™ System on May 22 and 23 and determined certain error rates.  Two different error rates were calculated: (1) the error rate in "color space" using the SOLiD™ System's two-base encoding method (the way that ABI's SOLiD™ System actually works); and (2) the error rate in decoding using the known "0" position under Dr. Backman's incorrect theory of the SOLiD™ System's operation.  ABI provided me those results in the form of a spreadsheet, which is attached as Exhibit B.

58.    An ABI programmer, Jason Chin, collected the data files from the two sequencing runs observed by Dr. Backman.  He determined the error rate for the run as actually performed by the SOLiD™ System using two-base encoding and aligning to a reference.   The error rate is effectively the number of colors which the consensus caller deemed to be incorrect because other reads and the reference did not corroborate it and it was not balanced by a SNP-offsetting difference in the adjacent color on either side of it.  It is imperative to understand that this is only with respect to the reads whose color-sequence accuracy was sufficient to allow them to be mapped by the mapper.  It is thus the case that the subset of reads being measured from the instrument are ones that have an error rate less than the true raw error rate.  However, it is fair to compare the accuracy of these reads with the accuracy of their base-pair counterparts decoded using the last base of the adapter.  He also wrote a computer program to decode the same data files as follows.  The program retrieved the associated "0" position (the last position in the P1 adapter) and used the SOLiD™ System's two-base encoding matrix to sequentially decode the raw reads.  By comparing the results of the base-pair read so obtained to the

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY


ATTACHMENT 1

known reference sub-sequence, using the mapping previously determined in color space, the error rate was determined.  He recorded the data in a spreadsheet, which can be used to compare the error rates of the two methods.

59.     In the first sequencing run observed by Dr. Backman, the actual errors confirm my estimate of the errors that would result if one were to decode the color reads the way Dr. Backman suggests using the base of the 0 position.  Dr. Backman observed a sequencing run for a 25-base DNA fragment in the two-base encoding format.  In the first run, there were 13,070,000 fragments examined, meaning that there are 326,750,000 (13,070,000 x 25) positions being analyzed.  The X axis of the below chart represents each position along the 25 nucleotide fragments, starting with the "1" position, which is the first position of the target.  The Y axis represents the errors at a given base position as a percentage of the total reads.  Considering first the Color Space Error Rate generated using the SOLiD™ System method, it can be seen that the error rate for any given position is not cumulative of errors from a prior position along the fragment.  For example, the error in the "1" position is 5.4%, the error in the "2" position is 2.3%, and the error in the "3" position is 1.4%.  Toward the end of the fragment, the error rates increase slightly (*e.g.*, 3.7% error at the "20" position), which I believe is due to chemistry issues.

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1



60.    As discussed above, the serial decoding method still does not meet the "identifying" limitation, as it can only be done once all colors are read and assembled in a color sequence.  In addition, as seen in the data observed by Dr. Backman, by serially decoding the first run using the color reading from the 0 base of the adapter, the errors accumulate.  In the first run, the error rate at the "1" position was 5.4%.  The error rate increased for each subsequent position, with a 38.4% error rate by position 25.  The increasing error was expected because any error along the fragment will cause all subsequent positions to be wrong as well.  Although a subsequent error could cause the sequence to "go back on track" until the next error, such "accidental correction" does little to diminish the problem created by serial decoding.

61.    The error rates for the second sequencing run observed by Dr. Backman likewise confirm my estimate of expected errors that would result if one were to decode the color reads the way Dr. Backman suggests using the known base at the 0 position.  Like the first run, the second run analyzed a 25-base DNA fragment.  In the second run,

27                    HIGHLY CONFIDENTIAL-
                                    ATTORNEYS' EYES ONLY

there were 10,559,000 fragments examined, meaning that there are 263,975,000

(10,559,000 x 25) positions being analyzed.  The error in the "1" position is 4.2%, the

error in the "2" position is 2.2%, and the error in the "3" position is 1.4%.  Toward the

end of the fragment, the error rates increase slightly (*e.g.*, 3.8% error at the "20"

position), which, again, I believe is due to chemistry issues as opposed to computational

errors.



62.    As expected, by serially decoding the second run using the color reading

from the 0 position, the errors accumulate.  In the second run, the error rate at the "1"

position was 4.1%.  The error rate increased for each subsequent position, with a 38.3%

error rate by position 25.  The increasing error was expected because any error along the

fragment will cause all subsequent positions to be wrong as well.

63.    In the two runs observed by Dr. Backman, the average error rate per base

in the 25-base fragment was 3.2% and 3.3% using the SOLiD™ System's two-base

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1

encoding method for the first and second runs, respectively.  When using Dr. Backman's method with the serial error problem, the average error rate per base was 20.0% and 19.1%, respectively.  The theoretical calculation that provided the estimates in Paragraph 56 gave mean accuracies of 25.5% and 24.6% using the per color accuracies of the spreadsheet, indicating that, to the first order, the estimates in Paragraph 56 are good theoretical estimates.  Given that the actual error rate in color space is probably closer to the 5% used in Paragraph 56, when one considers all the reads produced by the instrument, this implies that the actual error rate of converted reads is indeed likely on the order of 50%.  Moreover, the methodology above is particularly favorable to the converted base-pair reads as they were mapped in color-space which has only a 3.3% error rate.  At 20% error, most of the reads assessed above would not even be mappable to the reference and hence useless for the purposes of re-sequencing.  Although a review of the code alone shows that the SOLiD™ System does not operate in the way suggested by Dr. Backman, the big difference in the error rate helps explain why the ABI's SOLiD™ System is not configured to operate as Dr. Backman suggests.

64.     By using the SOLiD™ System and decoding the color reads by aligning them to a reference sequence that has been translated into color space, the accuracy is significantly improved.  Because every underlying base is interrogated twice, a unique advantage of the two-base encoding is that SNPs are determined with an error equal to the square of the error of the codes (e.g. 99.25-99.96% accuracy) with just a single read ([Zhang] Section 2, [Breu] Sections 8-11).  With multiple reads cooperatively confirming a SNP in the full consensus mode of the consensus caller the accuracy is even greater.

HIGHLY CONFIDENTIAL-
                                              ATTORNEYS' EYES ONLY

ATTACHMENT 1

65.    I have read Dr. Backman's alternative theory that the "identifying" step is met by the doctrine of equivalents. Dr. Backman says that the function of the "identifying" step is to "determine the identity of one or more bases in the target polynucleotide within each cycle." Backman Report ¶¶ 169, 193. I agree with the "function," part of his analysis, but not the "way" and "result." The way the SOLiD™ System determines the identity is substantially different from the claimed way, and the result is different, too. Dr. Backman says that the "way" the SOLiD™ System determines the identity of one or more bases is by "analyzing data obtained within a cycle in light of previously gathered data and other known parameters, such as the color encoding scheme used." *Id.* The SOLiD™ System does not "analyze" the data in each cycle. It records the data and "ignores" it until other information is gathered because the software is set up to put together a sequence only after errors are detected and corrected. The result achieved by the SOLiD™ System is different, too. Dr. Backman calls the result "the determination of the identity of a base without requiring access to data generated subsequent to the cycle." In the SOLiD™ System, access to data generated subsequent to the cycle is needed to determine the identity of the bases. The sequence is not determined until color reads are (1) gathered in cycle order, (2) reassembled in sequence order, and (3) aligned to a reference genome. This "result" is substantially different because a color read within a single cycle does not correspond to an identified base without subsequent information. Even if one ignored the requirement in the SOLiD™ System for additional information, the "result" is different because the base identification in the SOLiD™ System achieves a higher level of reliability, making the "result" substantially different than the "result" achieved in the Backman method. *Id.*

HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY

ATTACHMENT 1

Getting a determination with a significantly greater level of confidence is a different result. The difference between a 3% error rate and a 20% error rate is substantial and cannot be said to be "equivalent" in this field. Because the "way" and "result" of identifying are substantially different when comparing the Macevicz patents to the SOLiD™ System, there is no infringement under the doctrine of equivalents.

June 13, 2008

_____
Eugene W. Myers, Ph.D.

31          HIGHLY CONFIDENTIAL-
            ATTORNEYS' EYES ONLY

ATTACHMENT 1

# Exhibit A

# CURRICULUM VITAE

## Eugene W. Myers

### Research Interests

Developing algorithms and software for the automatic interpretation of images produced by light and electron microscopy of stained samples with a particular emphasis on building 3D and 4D ``atlases'' of brains, developing organisms, and cellular processes. We also continue our long-standing work on selected computational problems in genome sequencing and analysis.

### Education

1971-1975
> California Institute of Technology
> B.S. with Honors in Mathematics, June 1975.

1975-1981
> University of Colorado
> Ph.D. in Computer Science, May 1981.
> *A Depth-First Search Characterization of k-Connectivity and Its Application to Connectivity Testing*
> Advisor: Andrzej Ehrenfeucht

### Experience

2005-
> Group Leader, HHMI Janelia Farm Research Campus, Ashburn, VA.

2003-2006
> Professor of Computer Science & Molecular Biology, University of California, Berkeley, CA.

2003-2005
> Staff Scientist, Lawrence Berkeley Labs & Joint Genome Institute, Berkeley, CA.

2000-2002
> Vice President of Informatics Research, Celera Genomics, Rockville, MD.

1998-1999
> Director of Informatics Research, Celera Genomics, Rockville, MD.

1991-1998
> Professor of Computer Science, University of Arizona, Tucson, AZ.

1991-1998
> Professor of Molecular & Cellular Biology, University of Arizona, Tucson, AZ.

1990
> Acting Department Head, University of Arizona, Tucson, AZ.

1987-1991
> Associate Professor, University of Arizona, Tucson, AZ.

1987-1988
> Visiting Associate Professor, The Pennsylvannia State University, State College, PA.

1981-1987
> Assistant Professor, University of Arizona, Tucson, AZ.

1981
    Assistant Professor Adjunct, University of Colorado, Boulder, CO.

1978
    Programmer/Analyst, National Center for Atmospheric Research, Boulder, CO.

1977
    Student research fellow, Bell Laboratories, Murray Hill, NJ.

1975-1980
    Research Assistant, University of Colorado, Boulder, CO.

## Publications

**Refereed Journals:**

1. H. Gabow and E. Myers, ``Finding All Spanning Trees of Directed and Undirected Graphs,'' *SIAM Journal on Computing* 7, 3 (1978), 280-287.
2. E. Myers, ``An Applicative Random-Access Stack,'' *Information Processing Letters* 17, 5 (1983), 241-248.
3. E. Myers, ``An O(ElogE+I) Expected-Time Algorithm for the Planar Segment Intersection Problem,'' *SIAM Journal on Computing* 14, 3 (1985), 625-637.
4. W. Miller and E. Myers, ``A File Comparison Program,'' *Software — Practice & Experience* 15, 11 (1985), 1025-1041.
5. E. Myers and D. Mount, ``Computer Program for the IBM Personal Computer that Searches for Approximate Matches to Short Oligonucleotide Sequences in Long Target DNA Sequences,'' *Nucleic Acids Research* 14, 1 (1986), 501-508.
6. E. Myers, ``An O(ND) Difference Algorithm and Its Variations,'' *Algorithmica 1*, 2 (1986), 251-266.
7. W. Miller and E. Myers, ``Side-effects in Automatic File Updating,'' *Software — Practice & Experience* 16, 9 (1986), 809-820.
8. C. Fraser and E. Myers, ``An Editor for Revision Control,'' *ACM Trans. Prog. Lang. and Systems* 9, 4 (1987), 277-295.
9. E. Myers and W. Miller, ``Optimal Alignments in Linear Space,'' *CABIOS* 4, 1 (1988), 11-17.
10. J. Hall and E. Myers, ``A Software Tool for Finding Locally Optimal Alignments in Protein and Nucleic Acid Sequences,'' *CABIOS* 4, 1 (1988), 35-40.
11. W. Miller and E. Myers, ``Sequence Comparison with Concave Weighting Functions,'' *Bull. of Mathematical Biology* 50, 2 (1988), 97-120.
12. W. Miller and E. Myers, ``A Simple Row Replacement Algorithm,'' *Software — Practice & Experience* 18, 7 (1988), 597-612.
13. E. Myers and W. Miller, ``Row Replacement Algorithms for Screen Editors,'' *ACM Trans. Prog. Lang. and Systems*, 11, 1 (1989), 33-56.
14. E. Myers and W. Miller, ``Approximate Matching of Regular Expressions,'' *Bull. of Mathematical Biology* 51, 1 (1989), 5-37.
15. S. Wu, E. Myers, U. Manber, and W. Miller, ``An *O(NP)* Sequence Comparison Algorithm,'' *Information Processing Letters* 35, 6 (1990), 317-323.

2

ATTACHMENT 1

16. D. Lipman, E. Myers, W. Miller, S. Altschul, and W. Gish, ``A Basic Local Alignment Search Tool,'' *Journal of Molecular Biology* 215 (1990), 403-410.

17. E. Myers and X. Huang, ``An $O(N^2 log N)$ Restriction Map Comparison and Search Algorithm,'' *Bulletin of Mathematical Biology* 54, 4 (1992), 599-618.

18. E. Myers, ``A Four Russians Algorithm for Regular Expression Pattern Matching,'' *J. of ACM* 39, 2 (1992), 430-448.

19. G. Mehldau and E. Myers, ``A System for Pattern Matching Applications on Biosequences,'' *CABIOS* 9, 3 (1993), 299-314.

20. U. Manber and E. Myers, ``Suffix Arrays: A New Method for On-Line String Searches,'' *SIAM Journal on Computing* 22, 5 (1993), 935-948. (Also appeared in: *Proceedings of the First ACM-SIAM Symposium on Discrete Algorithms* (1990), 319-327.)

21. E. Myers, ``A Sublinear Algorithm for Approximate Keyword Matching,'' *Algorithmica* 12, 4-5 (1994), 345-374.

22. C.B. Lawrence, S. Honda, N.W. Parrott, T.C. Flood, L. Gu, S. Larson, M. Jain, and E.W. Myers, ``The Genome Reconstruction Manager: A Software Environment for Supporting High-Throughput DNA Sequencing'' *Genomics* 23 (1994), 192-201.

23. J. Knight and E. Myers, ``Super Pattern Matching,'' *Algorithmica* 13, 1-2 (1995), 211-243.

24. J. Kececioglu and E. Myers, ``Combinatorial Algorithms for DNA Sequence Assembly,'' *Algorithmica* 13, 1-2 (1995), 7-51.

25. E. Myers, ``Approximately Matching Context-Free Languages,'' *Information Processing Letters* 54, 2 (1995), 85-92. (Also appeared in: *Proceedings of the 2nd South American Workshop on String Processing* (Valparaiso, Chile 1995), 38-52.)

26. M. Jain and E.W. Myers, ``A Note on Scoring Clones Given a Probe Ordering,'' *J. of Computational Biology* 2, 1 (1995), 33-38.

27. S. Wu, U. Manber, and E. Myers, ``A Subquadratic Algorithm for Approximate Regular Expression Matching,'' *J. of Algorithms* 19 (1995), 346-360.

28. J. Knight and E. Myers, ``Approximate Regular Expression Pattern Matching with Concave Gap Costs,'' *Algorithmica* 14, 1 (1995), 85-121. (Also appeared in: *Proceedings of the Third Symposium on Combinatorial Pattern Matching* (1992), 67-76.)

29. E. Myers, ``Toward Simplifying and Accurately Formulating Fragment Assembly,'' *J. of Computational Biology* 2, 2 (1995), 275-290.

30. S. Wu, U. Manber, and E. Myers, ``A Sub-Quadratic Algorithm for Approximate Limited Expression Matching,'' *Algorithmica* 15, 1 (1996), 50-67.

31. E. Myers, ``Approximate Matching of Network Expressions with Spacers,'' *J. of Computational Biology* 3, 1 (1996), 33-51. (Also appeared in: *Proceedings of the First Latin American Symposium on Theoretical Computer Science* (1992), 372-386.)

32. E. Myers and S. Kannan, ``An Algorithm for Locating Non-Overlapping Regions of Maximum Alignment Score,'' *SIAM Journal on Computing* 25, 3 (1996), 648-662. (Also appeared in: *Proceedings of the Fourth Symposium on Combinatorial Pattern Matching* (Padova, Italy 1993), 74-86.)

33. E. Myers, S. Selznick, Z. Zhang, and W. Miller, ``Progressive Multiple Alignment with Constraints,'' *J. of Computational Biology* 3, 4 (1996), 563-572 (Also appeared in: *Proceedings of the 1st Conference on Computational Molecular Biology* (Santa Fe, 1997), 220-225.)

3

ATTACHMENT 1

34. J. Weber and E. Myers, ``Human Whole Genome Shotgun Sequencing,'' *Genome Research* 7 (1997), 401-409.

35. E. Anson and E. Myers, ``ReAligner: A Program for Refining DNA Sequence Multi-Alignments,'' *J. of Computational Biology* 4, 3 (1997), 369-383. (Also appeared in: *Proceedings of the 1st Conference on Computational Molecular Biology* (Santa Fe, 1997), 9-16.)

36. M. Jain and E. Myers, ``Algorithms for Computing and Integrating Physical Maps Using Unique Probes,'' *J. of Computational Biology* 4, 4 (1997), 449-466. (Also appeared in: *Proceedings of the 1st Conference on Computational Molecular Biology* (Santa Fe, 1997), 151-161.)

37. G.M. Landau, E.W. Myers, and J.P. Schmidt, ``Incremental String Comparison,'' *SIAM Journal on Computing* 27, 3 (1998), 557-582.

38. S. Levy, L. Compagnoni, E.W. Myers, and G.D. Stormo, ``Xlandscape: A tool for the graphical display of word frequencies in sequences,'' *BioInformatics* 14, 1 (1998), 74-80.

39. M.F. Sagot and E. Myers, ``Identifying Satellites and Periodic Reptitions in Biological Sequences'', *J. of Computational Biology* 5, 3 (1998), 539-553. (Also appeared in: *2nd Conference on Computational Molecular Biology*, (New York, 1998), 234-242.)

40. E. Myers, ``Whole-Genome DNA Sequencing,'' *IEEE Computational Engineering and Science* 3, 1 (1999), 33-43.

41. E. Myers, ``A Fast Bit-Vector Algorithm for Approximate String Matching Based on Dynamic Progamming,'' *J. of ACM* 46, 3 (1999), 539-553. (Also appeared in: *Ninth Combinatorial Pattern Matching Conference* (Piscataway, NJ, 1998), 1-13.)

42. E.W. Myers, G.G. Sutton, A.L. Delcher, I.M Dew, D.P. Fasulo, M.J. Flannigan, S.A. Kravitz, C.M Mobarry, K.H. Reinert, K.A. Remington, E.L. Anson, R.A> Bolanos, H.H. Chou, C.M. Jordan, A.L. Halpern, S. Lonardi, E.M. Beasley, R.C. Brandon, L. Chen, P.J. Dunn, Z. Lai, Y. Lian, D.R. Nusskern, M. Zhan, Q. Zhang, X. Zheng, G.M. Rubin, M.D. Adams, and J.C. Venter ``A Whole-Genome Assembly of Drosophila,'' *Science* 287 (2000), 2196-2204.

43. M.D. Adams, ... (194 co-authors) ... E.W Myers, G.M. Rubin, and J.C. Venter ``The Genome Sequence of Drosophila Melanogastor,'' *Science* 287 (2000), 2185-2195.

44. J.C. Venter, M.D. Adams, E.W. Myers, ... (273 co-authors) ... X. Zhu, ``The Sequence of the Humane Genome,'' *Science* 291 (2002), 1304-1351.

45. E.W Myers, G.G. Sutton, H.O. Smith, M.D. Adams, and J.C. Venter ``On the Sequencing and Assembly of the Human Genome,'' *Proc. Natl. Acad. Sciences* 99, 7 (2002), 1661-1671.

46. R.J. Mural, M.D. Adams, E. Myers, ... (179 coauthors)..., and L.D. Stephenson, ``A Comparison of Whole-Genome Shotgun-Derived Mouse Chromosome 16 and the Human Genome,'' *Science* 296 (2002), 1661-1671.

47. J.A. Bailey, ..., E.W. Myers, P.W. Li, and E.E. Eichler, ``Recent Segmental Duplications in the Human Genome,'' *Science* 297 (2002), 1003-1007.

48. R.A. Holt, G.M. Subramanian, A. Halpern, ... (121 co-authors) ..., E.W. Myers, M.D. Adams, H.O. Smith, S. Broder, M.J. Gardner, C.M Fraser, E. Birney, P. Bork, P.T. Brey, J.C. Venter, J. Weissenbach, K.C. Kafatos, F.H. Collins, S.L. Hoffman, ``The genome sequence of the malaria mosquito *Anopheles gambiae*,'' *Science* 298 (2002), 129-149.

4

49. D.H. Huson, K. Reinert, and E. Myers, ``The Greedy Path-Merging Algorithm for Contig Scaffolding,'' *J. of ACM* 49, 5 (2002), 603-615. (Also appeared in: *5th Conf. on Computational Molecular Biology* (Montreal, CA, 2001), 157-163.)

50. S.E. Celnicker, ... (30-coauthors) ..., E.W. Myers, R.A. Gibbs, and G.M. Rubin ``Finishing a Whole-Genome Shotgun: Release 3 of the *Drosophila melanogaster* Euchromatic Genome Sequence,'' *Genome Biology* 3, 12 (2002), research0079.1 - 0079.14

51. R.A. Hoskins, C.D. Smith, J.W. Carlson, A.B> Carvalho, A. Halpern, J.S. Kaminker, C. Kennedy, C.F. Mungall, B.A. Sullivan, G.G Sutton, J.C. Yasuhara, B.T. Wakimoto, E.W. Myers, S.E. Celniker, G.M. Rubin, and G.H. Karpen ``Heterochromatic Sequences in a *Drosophila* Whole-Genome Shotgun Assembly,'' *Genome Biology* 3, 12 (2002), research0085.1 - 0085.16

52. M.D. Adams, G.G. Sutton, H.O. Smith, E.W Myers, and J.C. Venter ``The Independence of Our Genome Assemblies,'' *Proc. Natl. Acad. Sciences* 100, 6 (2003), 3025-3026.

53. A.B. Carvalho, ... , M.D. Adams, E.W Myers & A.G. Clark ``Y Chromosome and Other Heterochromatic Sequences of the *Drosophila melanogaster* Genome: How Far Can We Go?,'' *Genetica* 117 (2003), 227-237

54. E. Myers and R. Durbin, ``A Table-Driven, Full-Sensitivity Similarity Search Algorithm,'' *J. of Computational Biology* 10, 2 (2003), 103-118. (Also appeared in: *Proc. Workshop on Algorithms for BioInformatics* (Rome, Italy 2002), 331-342.

55. S. Istrail, G.G. Sutton, ... (33 co-authors) ..., E.W Myers, and J.C. Venter ``Whole Genome Shotgun Assembly and Comparison of Human Genome Asssemblies'',*Proc. Natl. Acad. Sciences* 101 (2004), 1916-1921.

56. M. Margulies, M. Egholm, W.E. Altman, ... (57 co-authors) E.W. Myers ..., R.F. Begley, J.M. Rothberg, ``Genome Sequencing in Microfabricated Reactors,'' *Nature* 437 (2005), 376-380.

57. K. Rasmussen, J. Stoye, and E.W. Myers, ``Efficient *q*-Gram Filters for Finding All e-matches Over a Given Length,'' *J. of Computational Biology* 13 (2006), 296-308. (Also appeared *Conf. on Computational Molecular Biology* (Boston, MA, 2005), 615-629.)

58. C.D. Smith, R.C. Edgar, M.D. Yandell, D.R. Smith, S.E. Celniker, E.W. Myers, G.H. Karpen, ``Improved Repeat Identification and Masking in Dipterans,'' *Gene* Oct. 12 (2006), online, in press.

59. M.M. Mwangi, S.W. Wu, Z. Yanjiao, K. Sieradzki, H. de Lencastre, P. Richardson, D. Bruce, E. Rubin, E. Myers, E.D. Siggia, A. Tomasz, ``Tracking *in vivo* Evolution of Multidrug Resistance in *S. aureus* by Whole Genome Sequencing,'' *Science*, submitted.

**Volumes and Proceedings:**

1. E. Myers (ed.) *Algorithmica: Special Issue on Computational Biology* 13, 1-2 (1995).
2. E. Myers and D. Hirschberg (eds.), *Proceedings of the 7th Annual Symposium on Combinatorial Pattern Matching*, Springer-Verlag Lecture Notes in Computer Science #1075 (Heidelberg, 1996).
3. E. Myers (ed.), *Journal of Computational Biology: Special RECOMB 2002 Issue* Volume 10, 3-4 (2003), 237-667.

ATTACHMENT 1

4.  E. Myers (ed.), *Proceeding of the 11th International Conference on Intelligent Systems for Molecular Biology*, Oxford University Press, Volume 19 (supplement) (Brisbane 2003).

5.  R. Cassadio and E. Myers (eds.), *Proceedings of the 5th Workshop on Algorithms in Bioinformatics*, Springer-Verlag Lecture Notes in Bioinformatics #3692 (Mallorca, 2005).

**Book Chapters:**

1.  E. Myers, ``Advances in Sequence Assembly,'' in *Automated DNA Sequencing and Analysis Techniques* (C. Ventner, ed.), Academic Press Limited (London, England 1994), 231-238.

2.  E. Myers, ``Algorithmic Advances for Searching Biosequence Databases,'' in *Computational Methods in Genome Research* (S. Suhai, ed.), Plenum Press (New York, 1994), 121-135.

3.  E. Myers, ``Seeing Conserved Signals: Using algorithms to detect similarities between biosequences,'' in *Calculating the Secrets of life: Applications of the Mathematical Sciences in Molecular Biology* (E. Lander and M. Waterman, eds.), National Academy Press (Washington, D.C. 1995), 56-89.

4.  E. Myers and J. Weber, ``Is Whole Genome Shotgun Sequencing Feasible?,'' in *Computational Methods in Genome Research* (S. Suhai, ed.), Plenum Press (New York, 1996), 73-89.

**Refereed Conference Proceedings (Not appearing elsewhere):**

1.  L. Osterweil and E. Myers, ``BIGMAC II: A FORTRAN Language Augmentation Tool,'' *Proceedings of the Fifth International Conference on Software Engineering* (1981), 410-421.

2.  E. Myers, ``A Precise Interprocedural Data Flow Algorithm,'' *Proceedings of the Eighth ACM Symposium on the Principles of Programming Languages* (1981), 219-230.

3.  E. Myers, ``Efficient Applicative Data Types,'' *Proceedings of the Eleventh ACM Symposium on the Principles of Programming Languages* (1984), 66-75.

4.  C. Fraser, E. Myers, and A. Wendt, ``Analyzing and Compressing Assembly Code,'' *Proceedings of the SIGPLAN Symposium on Compiler Construction* (1984), 117-121.

5.  E. Myers and W. Miller, ``Chaining Multiple-Alignment Fragments in Sub-Quadratic Time,'' *Proceedings of the Sixth ACM-SIAM Symposium on Discrete Algorithms* (San Francisco, 1995), 38-47.

6.  E. Myers and M. Jain, ``Going Against the Grain,'' *Proceedings of the 3rd South American Workshop on String Processing* (Recife, Brazil 1996), 203-213. Published as International Inforatics Series #4 (Carleton University Press).

7.  S. Kurtz and E. Myers, ``Estimating the Probability of Approximate Matches,'' *Proceedings of the Eighth Symposium on Combinatorial Pattern Matching* (Aarhus, Denmark 1997), 52-64. Published as Springer-Verlag Lecture Notes in Computer Science, #1264.

8.  K. Guimaraes, P. Oliva, and E. Myers, ``Reporting Exact and Approximate Regular Expression Matches,'' *Ninth Combinatorial Pattern Matching Conference* (Piscataway,

6

NJ 1998), 91-103. Published as Springer-Verlag Lecture Notes in Computer Science, #1448.

9. E. Anson and E. Myers, ``Algorithms for Whole Genome Shotgun Sequencing,'' *3rd Conference on Computational Molecular Biology*, (Lyon, France, 1999), 1-9.

10. E. Myers, ``A Dataset Generator for Whole Genome Shotgun Sequencing,'' *Conf. on Intelligent Systems for Molecular Biology* (Heidelberg, Germany, 1999), 202-210.

11. E. Myers, ``Comparing Sequence Scaffolds,'' *5th Conf. on Computational Molecular Biology* (Montreal, CA, 2001), 224-230.

12. D.H. Huson, K. Reinert, S.A. Kravitz, K.A. Remington, A.L. Delcher, I.M. Dew, M. Flanigan, A.L. Halpern, Z. Lai, C.M. Mobarry, G.G. Sutton, and E.W. Myers, ``Design of a Compartmentalized Shotgun Assembler for the Human Genome,'' *Conf. on Intelligent Systems for Molecular Biology* (Copenhagen, Denmark 2001), 132-139. Also published as Bioinformatics 17, Supplement 1.

13. D.H. Huson, A.L. Halpern, Z. Lai, E.W. Myers, K. Reinert, and G.G. Sutton, ``Comparing Assemblies Using Fragments and Mate Pairs,'' *Proc. Workshop on Algorithms in BioInformatics* (Aarhus, Denmark 2001), 294-306. Also published as Springer-Verlag LNCS #2149.

14. E. Myers, ``Optimally Separating Sequences,'' *Proc. Genome Informatics Workshop 2001* (Tokyo, Japan 2001), 165-174.

15. H. Peng and E.W. Myers, ``Hybrid-GMM-Matching: Toward Comparing Embryogenesis Staining Pattern Images of *D. melanogaster* and Finding Co-Regulated Genes,'' *8th Conf. on Computational Molecular Biology* (San Diego, CA, 2004), 157-166.

16. G.M Landau, E.W. Myers, and M. Ziv-Ukelson, ``Two Algorithms for LCS Consecutive Suffix Alignment,'' *15th Combinatorial Pattern Matching Conference* (Istanbul, Turkey 2004), 173-193. Published as Springer-Verlag Lecture Notes in Computer Science, #3109.

17. R. Edgar and E. Myers, ``PILER: identification and classification of genomic repeats,'' *Conf. on Intelligent Systems for Molecular Biology* (Detroit, Michigan, 2005), 52-58.

18. R. Sharan and E. Myers, ``A Motif-based Framework for Recognizing Sequence Families,'' *Conf. on Intelligent Systems for Molecular Biology* (Detroit, Michigan, 2005), 387-393.

19. E. Myers, ``The Fragment Assembly String Graph,'' *European Conf. on Computational Biology* (Madrid, Spain, 2005), 79-85. Also published as Bioinformatics 21, Supplement 2.

20. H. Peng, F. Long, M. Eisien, and E. Myers, ``Clustering Gene Expression Patterns of Fly Embryos,'' *Proc. IEEE Symp. on Biomedical Imaging* (Washington, DC, 2006), 1144-1147.

21. T. Lin, E.W. Myers, and E.P. Xing, ``Interpreting Anonymous DNA Samples From Mass Disasters -- Probabilistic Forensic Inference Using Genetic Markers,'' *Conf. on Intelligent Systems for Molecular Biology* (Forta Leza, Brazil, 2006), 298-306. Also published as Bioinformatics 22(14).

22. F. Long, H. Peng, and E. Myers, ``Automatic Segmentation of Nuclei in 3D Microscopy Images of *C. Elegans*,'' *Proc. IEEE Symp. on Biomedical Imaging* (Washington, DC, 2007), accepted.

23. H. Peng, F. Long, X. Liu, S. Kim, and E. Myers, ``Staightening Worm Images,'' *Proc. IEEE Symp. on Biomedical Imaging* (Washington, DC, 2007), accepted.

7

ATTACHMENT 1

**Other Reports and Thesis (Not appearing elsewhere):**

1. E. Myers, ``The BIGMAC Users Manual,'' Tech. Rep. CU-CS-145-78, Dept. of Computer Science, U. of Colorado, Boulder, CO (1978).
2. E. Myers, ``A Precise and Efficient Algorithm for Determining Existential Summary Data Flow Information,'' Tech. Rep. CU-CS-175-80, Dept. of Computer Science, U. of Colorado, Boulder, CO (1980).
3. E. Myers, ``A Depth-First Search Characterization of k-Connectivity and Its Application to Connectivity Testing,'' Ph.D. Thesis, University of Colorado (1981).
4. E. Myers, ``AVL Dags,'' Tech. Rep. TR82-9, Dept. of Computer Science, U. of Arizona, Tucson, AZ (1982).
5. E. Myers, ``Incremental Alignment Algorithms and Their Applications,'' Tech. Rep. TR86-22, Dept. of Computer Science, U. of Arizona, Tucson, AZ (1986).
6. J. Kececioglu and E. Myers, ``A Procedural Interface for a Fragment Assembly Tool,'' Tech. Rep. TR89-5, Dept. of Computer Science, U. of Arizona, Tucson, AZ (1989).
7. S. Miller and E. Myers, ``A Fragment Assembly Project Environment,'' Tech. Rep. TR91-17, Dept. of Computer Science, U. of Arizona, Tucson, AZ (1991).
8. E. Myers, ``Sequence Comparison Algorithms in Molecular Biology,'' Tech. Rep. TR91-29, Dept. of Computer Science, U. of Arizona, Tucson, AZ (1991).
9. S. Larson, M. Jain and E. Myers, ``An Interface for a Fragment Assembly Kernel,'' Tech. Rep. TR93-20, Dept. of Computer Science, U. of Arizona, Tucson, AZ (1993).
10. S. Larson, M. Jain, E. Anson, and E. Myers, ``An Interface for a Fragment Assembly Kernel (updated),'' Tech. Rep. TR96-04, Dept. of Computer Science, U. of Arizona, Tucson, AZ (1996).
11. E. Myers, ``A Suite of UNIX Filters for Fragment Assembly,'' Tech. Rep. TR96-07, Dept. of Computer Science, U. of Arziona, Tucson, AZ (1996).

**Grants**

1. *The Design and Analysis of a Practical and Precise Interprocedural Data Flow Analysis System*, Principal Investigator, 1982-1985 ($50,000), NSF grant.
2. *A Programming Systems Laboratory*, Co-Principal Investigator with G. Andrews, T. Budd, P. Downey, C. Fraser, R. Griswold, D. Hanson, G. Levin, W. Miller, and R. Schlichting, 1984-1989 ($3,634,000), NSF Coordinated Experimental Research Program.
3. *The Design and Analysis of Efficient Applicative Data Types and Their Applications*, Principal Investigator, 1985-1987 ($100,000), NSF grant.
4. *A Workshop on Algorithms for Molecular Genetics*, Co-Principal Investigator with W. Miller, March 26-28, 1988 ($30,000), NLM grant.
5. *Efficient Software for the Analysis of Biosequences*, Principal Investigator, 1988-1991 ($423,000), NLM grant.
6. *A Laboratory for Programming Languages and Software Systems*, Co-Principal Investigator with G. Andrews, R. Griswold, and U. Manber, 1989-1994 ($1,976,000), NSF Institutional Infrastructure Program.
7. *A Workshop on Recognizing Genes and Other Genomic Structure Components*, Co-Principal Investigator with M. Turner, C. Burks, and G. Stormo, May 28-June 18, 1990 ($47,000), NSF grant.

ATTACHMENT 1

8. *Problems in Discrete Pattern Matching*, Co-Principal Investigator with U. Manber, 1991-1993 ($134,000), NSF grant.
9. *A Software Environment to Support Large-Scale Sequencing*, Subcontract to C. Lawrence at Baylor Medical College, 1991-1994 ($291,000, subcontract only), DOE grant.
10. *Efficient Software for the Analysis of Biosequences*, Principal Investigator, 1992-1995 ($554,000), NLM grant.
11. *Computer Upgrade for Sequence Analysis*, Co-Principal Investigator with A. Adams, G. Burd, J. Law, M. Wells, and S. Ward, 1994 ($33,000), NSF grant.
12. *A Workshop on Identifying Features in Biological Sequences*, Co-Principal Investigator with T. Applequist, C. Burks, and G. Stormo, May 30-June 19, 1994 ($8,000), NSF grant.
13. *A Flexible Sequence Reconstructor for Large Scale DNA Sequencing Projects*, Principal Investigator, 1994-1997 ($403,000), DOE grant.
14. *A Laboratory for Scalable Systems*, Co-Principal Investigator with L. Peterson, 1995-2000 ($1,000,000), NSF grant.
15. *Efficient Software for the Analysis of Biosequences*, Principal Investigator, 1996-1999 ($639,000), NLM grant.
16. *A Flexible Sequence Reconstructor for Large Scale DNA Sequencing Projects*, Principal Investigator, 1997-1998 ($192,000), DOE grant.
17. *Making the Most of Sequencing: Improved Assembly, Improved Protocols, and True Comparative Annotation Tools*, Principal Investigator, 2003-2005 ($330,000), LRDR program grant, LBNL.
18. *A Computational Systems Biology Program for Drosophila*, Principal Investigator, 2004-2009 (EU 750,000), Max Planck and Alexander von Humboldt Socieities.


**Professional Activities**

**Awards:**

- Honorary Doctorate (ETH, Zurich, 2006)
- Leopoldina (German National Academy, 2006)
- University of Colorado Distinguished Engineering Alumni Award (2005)
- International Max Plank Research Prize (2004)
- National Academy of Engineering (2003)
- ACM Paris Kanellakis Theory and Practice Award (2002)
- Genome Technology Magazine most influtential in BioInformatics (2001)
- Newcomb Cleveland Best Paper of the Year Award, Science (2000)
- IEEE 3rd Millenium Achievement Award (2000)
- Faculty of Science Distinguished Teaching Award (U. of Arizona, 1989)
- University of Colorado Fellowship (U. of Colorado, 1976-1979)
- Honeywell Outstanding Junior Engineer (Caltech, 1974)
- Tau Beta Pi (Caltech, 1974)

ATTACHMENT 1

**Boards & Panels:**

- Helicos, Science Advisory Board, 2006-present.
- Membership Peer Committee (Section 5: Computer Science), NAE, 2006-present.
- Hawaii IDeA Network for Biomedical Research Excelence, External Advisory Committee, 2004-present.
- Genome Canada, Review Panel (2004).
- 454 Corporation, Science Advisory Board, 2003-present.
- Genomatica, Science Advisory Board, 2003-present.
- ARC Centre in Bioinformatics, U. of Queensland, Advisory Board and Honorary Professor, 2003-present.
- Alan Wilson Centre for Molecular Ecology and Evolution, New Zealand, External Advisory Panel, 2003-present.
- International Socitey for Computational Biology, Board Member, 1998-2001.
- Paracel, Science Advisory Board, 2000-2002.
- Adhoc Review Committee for the National Center for Human Genome Research, Aug. & Dec., 1995.
- Biomedical Library Review Committee, NLM, 1989-1993.
- Working group on training, Office for Human Genome Research, NIH (1989).
- DOE Human Genome Computational Task Force (1989).
- Los Alamos National Laboratory, Affiliate (1989-1993).

**Editor:**

- Lecture Notes in BioInformatics, Editorial Board, 2003-present.
- Bioinformatics, ISMB 2003 Supplement, 2003.
- Journal of Computatioan Biology, RECOMB '02 Special Issue.
- Kluwer ``Computational Biology'' book series, 1999-present.
- Journal of Computational Biology, Associate Editor, 1997-present.
- BioInformatics, Editorial Board, 1994-2005.
- Journal of Computational Biology, Editorial Board, 1993-present.
- Algorithmica, Special Issue on Computational Biology, Vol. 13, Nos. 1-2.
- RAIRO Informatique Theorique et Applications, Editorial Board, 1998-present.
- GENECombis, Editorial Board, 1995-1998.

**Meeting Organizer:**

- Program Co-Chair, 5th Workshop on Algorithms in Bioinformatics, WABI 2005 (Mallorca, Spain 2005).
- Program Chair, 1th Conference on Intelligent Systems in Molecular Biology, ISMB 2003 (Brisbane, Austrailia 2003).
- Co-chair, RECOMB satellite meeting on Assembly Algorithms (Stanford, CA, 2002).
- Program Chair, 6th Conference on Computational Molecular Biology, RECOMB 2002 (Washington, D.C. 2002).
- Organizer, RECOMB satellite meeting on Assembly Algorithms (Los Angeles, CA, 2001).

ATTACHMENT 1

- Co-chair, 7th Combinatorial Pattern Matching Conference (Laguna Beach, CA, 1996).
- ``A Workshop on Identifying Signals in Biological Sequences,'' with C. Burks and G. Stormo (Aspen, Colorado, 1994), with C. Burks and W. Pearson (Aspen, Colorado, 1995).
- ``IMA Summer Program: Molecular Biology,'' with M. Waterman, T.P. Speed, J.P. Mesirov, K. Schulten, D.W. Sumners (Minneapolis, Minnesota, 1994).
- ``A Workshop on Recognizing Genes and Other Genomic Structure Components,'' with C. Burks and G. Stormo (Aspen, Colorado, 1990), with C. Burks and C. Fields (Aspen, Colorado, 1991).
- ``A Workshop on Algorithms for Molecular Genetics,'' with W. Miller (Washington, D.C., 1988).

**Program Committees:**

- 7th Workshop on Algorithms in Bioinformatics, WABI 2007 (Philadelphia, PA).
- 6th Workshop on Algorithms in Bioinformatics, WABI 2006 (Zurich, Switzerland).
- Conference on Computational Molecular Biology, RECOMB 2006 (Venice, Italy).
- Conference on Computational Molecular Biology, RECOMB 2005 (Boston, MA).
- Intelligent Systems for Molecular Biology, ISMB 2004 (Glasgow, Scotland).
- Genome Informatics Workshop 2001, 2002, 2003, 2004 & 2005 (Tokyo, Japa).
- 9th Computing and Combinatorics Conference, COCOON 2003 (Big Sky, MT).
- European Conference on Computational Biology, ECCB 2003 (Paris, France).
- Workshop on Algorithms in Bioinformatics, WABI 2002 (Rome, Italy).
- Computational Genomics V (Reston, VA 2001).
- Intelligent Systems for Molecular Biology, ISMB 1999 (Heidelberg, Germany).
- Computational Genomics III (Baltimore, MD, 1999).
- 10th Combinatorial Pattern Matching Conference, CPM 1999 (Warwick, England).
- 1998 Workshop on Implementing Automata (Rouen, France, 1998).
- Latin American Conference on Theoretical Informatics (Campinas, Brazil, 1998).
- 2nd Conference on Computational Molecular Biology, RECOMB 1998 (New York, NY).
- 1st Conference on Computational Molecular Biology, RECOMB 1997 (Sante Fe, NM).
- 1997 Workshop on Implementing Automata (London, Ontario, 1997).
- Latin American Conference on Theoretical Informatics 1995 (Vina del Mar, Chile, 1995).
- Intelligent Systems for Molecular Biology, ISMB 1994 (Stanford, CA).
- 5th Combinatorial Pattern Matching Conference (Asilomar, CA, 1994).
- 4th Combinatorial Pattern Matching Conference (Padova, Italy, 1993).
- 3rd Combinatorial Pattern Matching Conference (Tucson, AZ, 1992).

ATTACHMENT 1

**Educational Activities**

**Students:**

- Gerhard Mehldau, ``A Rule-Based P.L. Applied to Image Recognition,'' M.S. 1986.
- Gerhard Mehldau, ``A Pattern Matching System for Biosequences,'' Ph.D. 1991.
- John Kececioglu, ``Exact and Approximate Algorithms for DNA Sequence Reconstruction,'' Ph.D. 1991.
- Jim Knight, ``Discrete Pattern Matching Over Sequences and Interval Sets,'' Ph.D. 1993.
- Mudita Jain, ``Algorithms for Physical Mapping Using Unique Probes,'' Ph.D. 1996.
- Eric Anson, ``Algorithms for Whole Genome Shotgun Sequencing,'' Ph.D. 1999.

**Courses taught:**

- Data structures, Algorithms, Theory of computation, Computer graphics, First and second semester introductions to programming (PASCAL, C, etc.), Computer architecture, Software tools, Theory seminar, Advanced courses on special topics in algorithm analysis (probabilistic algorithms and algorithms for molecular biology).
- Member of the Applied Mathematics Program, 1982-92.
- Instructor for ``Essential Computational Genomics,'' at Cold Spring Harbor Laboratories, October '91, '92, & '94.
- Instructor for ``Mathematics in Molecular Biology,'' a SIMMS tutorial workshop, Stanford '91 & Reutgers '92.

12

ATTACHMENT 1

# Exhibit B

| Base Number | Color Space Error Count | Serial Decoding Error Count | Total Bases | Color Space Error Rate | Serial Decoding Error Rate |
|---|---|---|---|---|---|
| 1 | 702,820 | 702,820 | 13,070,000 | 5.3774% | 5.3774% |
| 2 | 306,880 | 907,570 | 13,070,000 | 2.3480% | 6.9439% |
| 3 | 188,070 | 1,016,200 | 13,070,000 | 1.4389% | 7.7751% |
| 4 | 176,570 | 1,118,900 | 13,070,000 | 1.3510% | 8.5608% |
| 5 | 186,130 | 1,227,400 | 13,070,000 | 1.4241% | 9.3910% |
| 6 | 255,240 | 1,380,800 | 13,070,000 | 1.9529% | 10.5647% |
| 7 | 286,690 | 1,557,500 | 13,070,000 | 2.1935% | 11.9166% |
| 8 | 206,550 | 1,676,500 | 13,070,000 | 1.5803% | 12.8271% |
| 9 | 216,810 | 1,802,700 | 13,070,000 | 1.6588% | 13.7927% |
| 10 | 215,990 | 1,927,800 | 13,070,000 | 1.6526% | 14.7498% |
| 11 | 335,470 | 2,117,700 | 13,070,000 | 2.5667% | 16.2028% |
| 12 | 382,520 | 2,327,200 | 13,070,000 | 2.9267% | 17.8057% |
| 13 | 272,950 | 2,474,000 | 13,070,000 | 2.0884% | 18.9288% |
| 14 | 296,540 | 2,633,100 | 13,070,000 | 2.2689% | 20.1461% |
| 15 | 300,500 | 2,790,200 | 13,070,000 | 2.2992% | 21.3481% |
| 16 | 454,910 | 3,000,000 | 13,070,000 | 3.4806% | 22.9533% |
| 17 | 513,940 | 3,225,300 | 13,070,000 | 3.9322% | 24.6771% |
| 18 | 443,320 | 3,424,800 | 13,070,000 | 3.3919% | 26.2035% |
| 19 | 444,700 | 3,619,200 | 13,070,000 | 3.4024% | 27.6909% |
| 20 | 481,170 | 3,819,500 | 13,070,000 | 3.6815% | 29.2234% |
| 21 | 702,700 | 4,059,100 | 13,070,000 | 5.3764% | 31.0566% |
| 22 | 847,620 | 4,327,800 | 13,070,000 | 6.4852% | 33.1125% |
| 23 | 724,630 | 4,557,900 | 13,070,000 | 5.5442% | 34.8730% |
| 24 | 807,050 | 4,792,000 | 13,070,000 | 6.1748% | 36.6641% |
| 25 | 840,920 | 5,012,500 | 13,070,000 | 6.4340% | 38.3512% |
| | | | | | |
| Totals | 10,590,690 | 65,498,490 | 326,750,000 | | |
| | | | | | |
| Error % | 3.241% | 20.045% | | | |

Highly Confidential - Attorney's Eyes Only

ATTACHMENT 1

| Base Number | Color Space Error Count | Serial Decoding Error Count | Total Bases | Color Space Error Rate | Serial Decoding Error Rate |
|---|---|---|---|---|---|
| 1 | 439,890 | 439,890 | 10,559,000 | 4.1660% | 4.1660% |
| 2 | 232,990 | 595,760 | 10,559,000 | 2.2066% | 5.6422% |
| 3 | 151,810 | 686,470 | 10,559,000 | 1.4377% | 6.5013% |
| 4 | 140,140 | 768,500 | 10,559,000 | 1.3272% | 7.2782% |
| 5 | 150,850 | 859,120 | 10,559,000 | 1.4286% | 8.1364% |
| 6 | 198,320 | 981,330 | 10,559,000 | 1.8782% | 9.2938% |
| 7 | 229,050 | 1,126,200 | 10,559,000 | 2.1692% | 10.6658% |
| 8 | 173,450 | 1,229,700 | 10,559,000 | 1.6427% | 11.6460% |
| 9 | 164,480 | 1,324,900 | 10,559,000 | 1.5577% | 12.5476% |
| 10 | 169,430 | 1,424,300 | 10,559,000 | 1.6046% | 13.4890% |
| 11 | 248,110 | 1,565,800 | 10,559,000 | 2.3497% | 14.8291% |
| 12 | 292,690 | 1,732,300 | 10,559,000 | 2.7719% | 16.4059% |
| 13 | 249,770 | 1,872,600 | 10,559,000 | 2.3655% | 17.7346% |
| 14 | 228,630 | 1,998,500 | 10,559,000 | 2.1653% | 18.9270% |
| 15 | 253,810 | 2,135,500 | 10,559,000 | 2.4037% | 20.2245% |
| 16 | 368,130 | 2,312,200 | 10,559,000 | 3.4864% | 21.8979% |
| 17 | 436,540 | 2,512,600 | 10,559,000 | 4.1343% | 23.7958% |
| 18 | 398,100 | 2,691,700 | 10,559,000 | 3.7702% | 25.4920% |
| 19 | 355,090 | 2,849,700 | 10,559,000 | 3.3629% | 26.9984% |
| 20 | 397,280 | 3,018,800 | 10,559,000 | 3.7625% | 28.5898% |
| 21 | 574,680 | 3,220,500 | 10,559,000 | 5.4426% | 30.5000% |
| 22 | 755,850 | 3,467,100 | 10,559,000 | 7.1583% | 32.8355% |
| 23 | 632,930 | 3,662,800 | 10,559,000 | 5.9942% | 34.6889% |
| 24 | 661,730 | 3,852,800 | 10,559,000 | 6.2670% | 36.4883% |
| 25 | 712,740 | 4,040,800 | 10,559,000 | 6.7501% | 38.2688% |
| | | | | | |
| Totals | 8,616,490 | 50,369,870 | 263,975,000 | | |
| | | | | | |
| Error % | 3.264% | 19.081% | | | |

Highly Confidential - Attorney's Eyes Only

ATTACHMENT 1

1  BRYAN WILSON (CA BAR NO. 138842)
   ERIC C. PAI (CA BAR NO. 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17 APPLERA CORPORATION – APPLIED        Case No.    C07 02845 WHA
   BIOSYSTEMS GROUP, a Delaware corporation,
18                                       **CERTIFICATE OF SERVICE**
                   Plaintiff,
19
           v.
20
   ILLUMINA, INC., a Delaware corporation,
21 SOLEXA, INC., a Delaware corporation, and
   STEPHEN C. MACEVICZ, an individual,
22
                   Defendants.
23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. C07 02845-WHA                                              1
sd-429627

ATTACHMENT 1

1    I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
2    is 12531 High Bluff Drive, Suite 100, San Diego, California  92130.  I am not a party to the
     within cause, and I am over the age of eighteen years.

3    I further declare that on the date hereof, I served a copy of:

4    **EXPERT REPORT OF EUGENE MYERS, PH.D.**

5

6    ☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from
        Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to
7        the fax number(s) set forth below, or as stated on the attached service list.  The
        transmission was reported as complete and without error.  The transmission report
8        was properly issued by the transmitting facsimile machine.

9        I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile
        transmissions, and know that in the ordinary course of Morrison & Foerster LLP's
10       business practice the document(s) described above will be transmitted by facsimile
        on the same date that it (they) is (are) placed at Morrison & Foerster LLP for
11       transmission.

12   ☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof
        enclosed in a sealed envelope with postage thereon fully prepaid, addressed as
13       follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road,
        Palo Alto, California  94304-1018 in accordance with Morrison & Foerster LLP's
14       ordinary business practices.

15

16       I am readily familiar with Morrison & Foerster LLP's practice for collection and
        processing of correspondence for mailing with the United States Postal Service, and
17       know that in the ordinary course of Morrison & Foerster LLP's business practice the
        document(s) described above will be deposited with the United States Postal
18       Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP
        with postage thereon fully prepaid for collection and mailing.

19

20   X  **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** By agreement of
        the parties, Overnight Delivery service will be accomplished by Monday, June 16,
21       2008, for delivery on Tuesday, June 17, 2008, by placing a true copy thereof
        enclosed in a sealed envelope with delivery fees provided for, addressed as follows,
22       for collection by UPS, at 12531 High Bluff Drive, Suite 100, San Diego, California
        92130 in accordance with Morrison & Foerster LLP's ordinary business practices.

23

24       I am readily familiar with Morrison & Foerster LLP's practice for collection and
        processing of correspondence for overnight delivery and know that in the ordinary
25       course of Morrison & Foerster LLP's business practice the document(s) described
        above will be deposited in a box or other facility regularly maintained by UPS or
26       delivered to an authorized courier or driver authorized by UPS to receive documents
        on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

27

28

CERTIFICATE OF SERVICE

sd-429627

ATTACHMENT 1

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

X   **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy  through Morrison & Foerster LLP's electronic mail system to the e-mail address(s) set  forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| **COUNSEL FOR ILLUMINA INC., SOLEXA INC. and STEVEN C. MACEVICZ:** | _____ Fax<br>_____ U.S. Mail |
| GREGORY E. STANTON | X\_\_\_\_\_ Overnight |
| KEVIN M. FLOWERS | _____ Personal |
| THOMAS I. ROSS | X\_\_\_\_\_ Electronic |

GREGORY E. STANTON
KEVIN M. FLOWERS
THOMAS I. ROSS
JEFFREY H. DEAN
JOHN R. LABBE
CULLEN N. PENDELTON
MARK IZRAELEWICZ
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL  60606-6357
Fax: (312) 474-0448
Email: gstanton@marshallip.com
kflowers@marshallip.com
tross@marshallip.com
jdean@marshallip.com
jlabbe@marshallip.com
cpendleton@marshallip.com
mizraelewicz@marshallip.com

CERTIFICATE OF SERVICE

sd-429627

2

1  **COUNSEL FOR ILLUMINA INC. AND**     _____ Fax
    **SOLEXA INC.:**     _____ U.S. Mail
2  GEORGE BEST     X\_\_\_\_\_ Overnight
    KIMBERLY K. DODD     _____ Personal
3  FOLEY & LARDNER LLP     X\_\_\_\_\_ Electronic
    975 Page Mill Road
4  Palo Alto, CA 94304-1125
    Fax: (650) 856-3700
5  Email: gbest@foley.com
            kdodd@foley.com
6

7

8  I declare under penalty of perjury that the foregoing is true and correct.

9  Executed at San Diego, California, this 13th day of June, 2008.

10

11

12

13  _____     _____
             Brian M. Kramer                (signature)
14                 (typed)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                        3
sd-429627

ATTACHMENT 1