BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF MICHAEL L. METZKER, PH.D. IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date: August 21, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: William H. Alsup |

I, Michael L. Metzker, declare as follows:

1. I have been retained to testify as an expert on behalf of Applera Corporation – Applied Biosystems Group in the case entitled Applera Corporation – Applied Biosystems Group v. Illumina.

2. I submitted an expert rebuttal report in this case on June 13, 2008. A true and correct copy of this expert report is attached hereto as Exhibit 1.

3. Counsel for Illumina took my deposition on June 24, 2008.

4. With the exception of some statements that I clarified during my deposition, the statements in my report are true and accurate.

5. I hereby incorporate by reference my expert report into this declaration.

6. Since my June 13 expert report referred to an earlier expert report for my background and experience, I have restated the summary of my qualifications from the earlier report below. A true and correct copy of my curriculum vitae is also attached hereto as Exhibit 2.

7. I have been an Assistant Professor in the Department of Molecular & Human Genetics and Human Genome Sequencing Center at the Baylor College of Medicine since 1999. I have also been an Adjunct Assistant Professor in the Cell & Molecular Biology Program at the Baylor College of Medicine since 2000, and an Adjunct Assistant Professor in the Department of Chemistry at Rice University since 2001.

8. My laboratory is involved in the development of novel technology platforms that address the need for high-throughput DNA sequencing devices capable of directly detecting fluorescently labeled DNA molecules without using cloning or PCR methodologies. One main application for the technology is resequencing to obtain SNP profiles for a given complex disease with a potential of sequencing millions of individuals. With ongoing research activities with Rice University colleagues, we are focused on the development of an innovative fluorescence detector and development of a suitcase DNA sequencer. In addition to the hardware development, the laboratory is engaged in research activities focused on the organic synthesis of novel BODIPY dyes and potentially new classes of fluorescent dyes for the development of 8-color conventional Sanger sequencing and the flexibility to expand the number of independent fluorescent SNP

1  assays. My laboratory is also focused on the synthesis of novel base-modified nucleosides and
2  nucleotides for both conventional sequencing and stepwise DNA sequencing applications.
3       9.    From 2000 to the present, I have given lectures in the Molecular Methods course at
4  the Baylor College of Medicine. The lectures are Libraries and Screening, Genomics I, and
5  Genomics II. From 2001 to 2003 I also gave a lecture entitled Mammalian Genome Analysis in
6  the Mammalian Genetics course.
7       10.   My laboratory is currently funded by the NIH. The NIH awarded $122,020,472
8  over a 4 year period to Richard Gibbs (PI), and me (Senior Investigator) as a genomics grant to
9  provide "personal genome sequences." I was also awarded a $2,933,762 grant over a 4 year
10 period to develop ultrafast sequencing-by-synthesis (SBS) technology that is practical on a
11 genomic scale.
12      11.   I have authored 33 peer-reviewed papers, 5 book chapters, and am an inventor of
13 15 patents and/or patent applications. My most recent book chapters discuss the emerging
14 technologies and advances in DNA sequencing. The patents relate to various aspects of
15 molecular biology and DNA sequencing. For example, I am an inventor on issued U.S. patents
16 relating to dye-labeled primers for automated DNA sequencing, and pending patent applications
17 relating to photocleavable labeled nucleotides and nucleosides. I have served on review panels for
18 Genome Canada, the NIH Instrumentation and Systems Development study section, NCI, NIBIB,
19 NHGRI, and NIAID.
20      12.   I am or have been on the editorial/advisory boards for Genome Research,
21 Advances in Genome Biology & Technology Meeting, and Milestones in DNA Technologies.
22      13.   I belong to the American Association for the Advancement of Science, the
23 American Chemical Society and the American Diabetes Association.
24      I declare under penalty of perjury under the laws of the United States that the foregoing is
25 true and correct, and that this declaration was executed on July 17, 2008 in Houston, Texas.
26                              By: _____
                                     Michael L. Metzker, Ph.D.