# Michael L. Metzker

*Personal:*
*Home address:* 1511 McDuffie Street, Houston, TX 77019
*Date of birth:* September 20, 1962
*Citizenship:* United States

*Education:*
| | | | |
|---|---|---|---|
| 1984 | University of California, Davis | B.S. | Biochemistry |
| 1996 | Baylor College of Medicine, Houston, TX | Ph.D. | Molecular Genetics |

*Academic appointments:*
| | |
|---|---|
| 1999-to-Present | Assistant Professor, Department of Molecular & Human Genetics, Baylor College of Medicine, Houston, TX |
| 2000-to-Present | Adjunct Assistant Professor, Cell & Molecular Biology, Baylor College of Medicine, Houston, TX |
| 2001-to-Present | Adjunct Assistant Professor, Department of Chemistry, Rice University, Houston, TX. |

*Other advanced training/experience:*
| | |
|---|---|
| 1983-1984 | Laboratory Technician, Aerojet-General Corporation; Sacramento, CA |
| 1984-1987 | Research Chemist, Bio-Rad Laboratories; Richmond, CA |
| 1987-1991 | Associate Scientist, Applied Biosystems, Inc. (ABI), Foster City, CA |
| 1996-1999 | Senior Research Biologist, Merck Research Laboratories, West Point, PA |
| 1997-1999 | Expert witness for HIV criminal case, Lafayette, LA |
| 2001 | Expert witness for Fluorescent Dye Infringement case for ABI |
| 2004 | Expert witness for HIV criminal case, Thurston Co., WA |
| 2007 | Expert witness for HIV criminal case, Collins Co., TX |

*Other Information:*
| | |
|---|---|
| 2002-to-Present | Founder, President & CEO, LaserGen, Inc. |
| 2003 | Appeared on *CourtTV*'s series *Forensics Files* in episode #152, "Shot of Vengeance" |

*Editorial/Advisory Boards:*
| | |
|---|---|
| 2003-2006 | *Genome Research*, Cold Spring Harbor Laboratory Press |
| 2006-to-present | *Advances in Genome Biology & Technology Meeting*, Scientific advisor |
| 2007-to-present | *Milestones in DNA Technologies*, Nature, Scientific advisor |

*Review panels:*
| | |
|---|---|
| Nov 2007 | Technology Development Competition, Genome Canada, |
| 2005-2007 | Permanent member of NIH Instrumentation and Systems Development (ISD) study section |
| Apr 2007 | Applied Emerging Technologies for Cancer Research, ZCA1 SRRB-4 (M1), NCI |
| Oct 2006 | Applied Emerging Technologies for Cancer Research, ZCA1 SRRB-K (J1), NCI |
| Jun 2006 | Innovative Technologies for the Molecular Analysis of Cancer, ZCA1 SRRB-K (O1), NCI |
| Mar 2006 | Applied Emerging Technologies for Cancer Research, ZCA1 SRRB-9 (M1), NCI |

EXHIBIT 2

| | |
|---|---|
| Mar, Jul, Oct 2005 | ISD study section [ZRG1 ISD (01)], NIBIB |
| Oct 2005 | Emerging Technologies for Cancer Research, ZCA1 SRRB-4 (J1), NCI |
| Jun 2005 | Innovative Technologies for Cancer Research, ZCA1 SRRB-3 (O1), NCI |
| Mar 2005 | Innovative Molecular Analysis Technology, ZCA1 SRRB-C (M2), NCI |
| Nov 2004 | ISD study section, ZRG1 ISD (01), NIBIB |
| Jul 2004 | Innovative Molecular Analysis Technology, ZCA1 SRRB-C (01), NCI |
| Jul 2004 | ISD study section, ZRG1 ISD (01), NIBIB |
| Jun 2004 | Subcommittee E – Cancer Epidemiology, Prevention & Control study section, NCI-E RPRB (X1), NCI |
| Mar 2004 | ISD study section, ZRG1 ISD (01), NIBIB |
| Dec 2003 | Genome Technology & Cytogenetics (GT&C) study section, ZRG1 GNM (90), NHGRI |
| Oct 2003 | Atopic Dermatitis & Vaccinia Network; Clinical Studies Consortium study section [ZAI1 CL-1 (C1), NIAID |
| Jul 2003 | GT&C study section, ZRG1 GNM (90), NHGRI |
| Nov 2001 | Genome study section, CSR-GNM, NHGRI |
| Jul 2001 | Center for Scientific Review – Special Emphasis Panel (CSR-SEP) study section [ZRG1 SSS-Y], NHGRI |
| Jul 2001 | Bioengineering Research Partnership study section [ZRG1 SSS-Y (02)], NHGRI |
| Apr 2001 | CSR-SEP study section [ZRG1 SSS-Y (11) B], NHGRI |
| Mar 2001 | Microbial Genome Project – study section, DOE |
| Nov 2000 | CSR-SEP SBIR/STTR study section [ZRG1 SSS-Y (10)], NHGRI |
| Mar 2000 | CSR-SEP SBIR/STTR study section [ZRG1 SSS-Y (01)], NHGRI |
| Nov 1999 | CSR-SEP SBIR/STTR study section [ZRG1 SSS-Y (01)], NHGRI |
| Jul 1999 | Technologies for Generation of Full-Length Mammalian cDNA study section [CA99-005], NCI |
| Jul 1999 | CSR-SEP SBIR/STTR study section [ZRG1 SSS-Y (01)], NHGRI |
| Mar 1999 | CSR-SEP SBIR/STTR study section [ZRG1 SSS-Y (01)], NHGRI |
| Mar 1998 | SBIR/STTR Molecular Genetics study section [ZRG2 GNM O2B], NHGRI |
| Mar 1997 | Biological & Physiological SEP study section [ZRG2 SSS-Y (15)], NHGRI |

*Professional societies:*

| | |
|---|---|
| 1996-to-present | American Association for the Advancement of Science |
| 2000-to-present | American Chemical Society |
| 2001-to-present | American Diabetes Association |

*Invited lectures, presentations, research seminars:*

| | |
|---|---|
| Oct 2007 | International Conference on Genomics, Shenzhen, China; Invited Speaker |
| Sep 2007 | IBC's Discovery-2-Diagnostics Conference, Shenzhen, Philadelphia, PA; Invited Chair & Speaker |
| Feb 2007 | Advances in Genome Biology & Technology, Marco Island, FL; Invited Speaker |
| Oct 2006 | International Conference on Genomics, Hangzhou, China; Invited Speaker |
| Sep 2006 | Genomics of Hyperglycaemia, Elsinore, Denmark; Invited Speaker |
| Feb 2006 | Advances in Genome Biology & Technology, Marco Island, FL; Invited Speaker |
| May 2005 | 5th Annual RECOMB Satellite meeting on DNA Sequencing Technologies and Computation, Stanford University; Invited Speaker |
| Feb 2005 | Advances in Genome Biology & Technology, Marco Island, FL; Invited Speaker |
| Feb 2004 | Advances in Genome Biology & Technology, Marco Island, FL; Invited Speaker |
| Jun 2003 | BECON 2003 Symposium on Catalyzing Team Science, NIH; Invited Speaker |
| Jan 2002 | Agriculture Program Research General Session, Texas A&M University; Invited Speaker |

| | |
|---|---|
| Oct 2001 | Genome sequencing and Analysis Conference XIII, San Diego, CA; Invited Speaker |
| Feb 2001 | Advances in Genome Biology & Technology, Marco Island, FL; Invited Speaker |
| May 2000 | Second Follow-Up Workshop on Priority Setting for Mouse Genomics and Genetics Resources, NIH; Invited Participant |
| Mar 1998 | Full-Length cDNA Cloning: A Workshop on Problems and Solutions, The Banbury Center, Cold Spring Harbor; Invited Participant |
| May 1997 | Workshop on Complete cDNA Sequencing, NIH; Invited Participant |

*Full papers:*
1. Burgess, K, Gibbs, RA, **Metzker, ML**, and Raghavachari, R (1994) Synthesis of an Oxyamide Linked Nucleotide Dimer and Incorporation into Antisense Oligonucleotide Sequences, *J. Chem. Soc., Chem Commun.*, 915-916.
2. **Metzker, ML**, Raghavachari, R, Richards, S, Civitello, A, Burgess, K, and Gibbs, RA (1994) Termination of DNA synthesis by novel 3'-modified-deoxyribonucleoside 5'-triphosphates, *Nucleic Acids Res.* 22, 4259-4267.
3. **Metzker, ML**, Allain, KM, and Gibbs, RA (1995) Accurate determination of DNA in agarose gels using the novel algorithm *GelScann(1.0)*, *Comput. Applic. Biosci.* 11, 187-194.
4. **Metzker, ML**, Lu, J and Gibbs, RA (1996) Electrophoretically Uniform Fluorescent Dyes for Automated DNA Sequencing, *Science* 271: 1420-1422.
5. Ansari-Lari, MA, Liu, XM, **Metzker, ML**, Rut, AR and Gibbs, RA (1997) The extent of genetic variation in the CCR5 gene. *Nature Genetics* 16: 221-222.
6. Petrukhin, K, Koisti, MJ, Bakall, B, Li, W, Xie, G, Marknell, T, Sandgren, O, Forsman, K, Holmgren, G, Andreasson, S, Vujic, M, Bergen, AAB, McGarty-Dugan, V, Figueroa, D, Austin, CP, **Metzker, ML,** Caskey, CT, and Wadelius, C (1998) Identification of the gene responsible for Best macular dystrophy. *Nature Genetics* 19:241-247.
7. **Metzker, ML**, Ansari-Lari, MA, Liu, XL, Holder, DJ, and Gibbs, RA (1998) Quantitation of Mixed-Base Populations of HIV-1 Variants by Automated DNA Sequencing with BODIPY Dye-Labeled Primers. *BioTechniques* 25:446-462.
8. Hey, PJ, Twells, RCJ, Phillips, MS, Nakagawa, Y, Brown, SD, Kawaguchi, Y, Cox, R, Xie, G, Dugan, V, Hammond, H, **Metzker, ML**, Todd, JA, and Hess, JF (1998) Cloning of a novel member of the low-density lipoprotein receptor family. *Gene* 216:103-111.
9. Brown, SD, Twells, RCJ, Hey, PJ, Cox, RD, Levy, ER, Soderman, AR, **Metzker, ML**, Caskey, CT, Todd, JA, and Hess, JF (1998) Isolation and characterization of *LRP6*, a novel member of the low density lipoprotein receptor gene family. *Biochem. Biophys. Res. Commun.* 248:879-888.
10. **Metzker, ML**, Raghavachari, R, Burgess, K, and Gibbs, RA (1998) Elimination of residual natural nucleotides from 3'-*O*-modified-dNTP syntheses by enzymatic Mop-Up. *BioTechniques* 25:814-817.
11. Muzny, DM, **Metzker, ML**, Bouck, J, Gorrell, JH, Ding, Y, Maxim, E, and Gibbs, RA (1998) Using BODIPY Dye-Primer Chemistry in Large-Scale Sequencing. *IEEE Engineering in Medicine and Biology* 88-93.
12. Allikmets, R, Seddon, JM, Bernstein, PS, Hutchinson, A, Sharma, S, Gerrard, B, Li, W, **Metzker, ML**, Wadelius, C, Caskey, CT, Dean M, and Petrukhin K (1999) Rare variants of the best disease gene in patients with age-related macular degeneration and other maculopathies. *Hum. Genet.* 104: 449-453.
13. Bai, C, Connolly, B, Liu, X, Hilliard, CA, Galloway, SM, Sandig, V, Liu, Q, **Metzker, ML**, Austin, CP, and Caskey, CT (2000). Overexpression of a new secreted member of tumor necrosis factor receptor family in gastrointestinal tract tumors. *Proc. Natl. Acad. Sci. USA* 97:1230-1235.

14. Sandig V, Youil R, Bett AJ, Franlin LL, Oshima M, Maione D, Wang F, **Metzker ML**, Savino R, Caskey CT (2000) Optimization of the helper-dependent adenovirus system for production and potency *in vivo*. ***Proc. Natl. Acad. Sci. USA.*** 97:1002-1007.
15. Bouck JB, **Metzker ML**, and Gibbs RA (2000) Shotgun sample sequence comparisons between mouse and human genomes. ***Nat Genet.*** 25:31-3.
16. Zhang K, Kniazeva M, Han M, Li W, Yu Z, Yang Z, Li Y, **Metzker ML**, Allikmets R, Zack DJ, Kakuk LE, Lagali PS, Wong PW, MacDonald IM, Sieving PA, Figueroa DJ, Austin CP, Gould RJ, Ayyagari R, and Petrukhin K (2001) A 5-bp deletion in ELOVL4 is associated with two related forms of autosomal dominant macular dystrophy. ***Nat Genet.*** 27:89-93.
17. International Human Genome Sequencing Consortium: Baylor College of Medicine Human Genome Sequencing Center: Gibbs, RA, Muzny, DM Scherer, SE, Bouck, JB, Sodergren, EJ, Worley, KC, Rives, CM, Gorrell, JH, **Metzker, ML**, Naylor, SL, Kucherlapati, RS, Nelson, DL, and Weinstock, GM (2001) Initial sequencing and analysis of the human genome. ***Nature*** 409:860-921.
18. Twells RC, **Metzker ML**, Brown SD, Cox R, Garey C, Hammond H, Hey PJ, Levy E, Nakagawa Y, Philips MS, Todd JA, and Hess JF. (2001) The sequence and gene characterization of a 400-kb candidate region for *IDDM4* on chromosome 11q13. ***Genomics*** **72:**231-242.
19. Dederich DA, Okwuonu G, Garner T, Denn A, Sutton A, Escotto M, Martindale A, Delgado O, Muzny DM, Gibbs RA and **Metzker ML** (2002) Glass Bead Purification of Plasmid Template DNA for High-Throughput Sequencing of Mammalian Genomes. ***Nucleic Acids Res.*** 30:e32
20. **Metzker ML**, Mindell DP, Ptak RG, Gibbs RA, and Hillis DM (2002) Molecular Evidence of HIV-1 Transmission in a Louisiana Criminal Case. ***Proc. Natl. Acad. Sci. USA*** 99:14292-14297.
21. Ueda H *et al.* (2003) Association of the T-cell regulatory gene CTLA4 with susceptibility to autoimmune disease. ***Nature*** 423:506-511.
22. Thoresen LH, Jiao GS, Haaland WC, **Metzker ML**, and Burgess K (2003) Rigid, Conjugated, Fluoresceinated Thymidine Triphosphates: Syntheses and Polymerase Mediated Incorporation Into DNA. ***Chem. Eur. J.*** 9:4603-4610.
23. Twells RCJ, Mein CA, Phillips MS, Hess JF, Veijola R, Gilbey M, Bright M, **Metzker ML**, Lie BA, Kingsnorth A, Gregory E, Nakagawa Y, Snook H, Wang WYS, Masters J, Johnson G, Eaves I, Howson JMM, Clayton D, Cordell HJ, Nutland S, Rance H, Carr P and Todd JA (2003) Haplotype Structure, LD Blocks, and Uneven Recombination Within the *LRP5* Gene. ***Genome Research*** 13:845-855
24. Gibbs RA, Weinstock GM, **Metzker ML** *et al.* (2004) Genome sequence of the Brown Norway rat yields insights into mammalian evolution. ***Nature*** **428:**493-521.
25. Richards S *et al.* (2005) Comparative genome sequencing of Drosophila pseudoobscura: chromosomal, gene, and cis-element evolution. ***Genome Research*** 15:1-18.
26. Ross MT *et al.* (2005) The DNA sequence of the human X chromosome. ***Nature*** 434:325-337.
27. Lewis EK, Haaland WC, Nguyen F, Heller DA, Allen MJ, Macgregor RR, Berger CS, Willingham B, Burns LA, Scott GB, Kittrell C, Johnson BR, Curl RF, **Metzker ML** (2005) Color-blind fluorescence detection for four-color DNA sequencing ***Proc. Natl. Acad. Sci. USA*** 102:5346-5351.
28. Fernandez R, Zhang Y, Pai S, **Metzker ML**, Schumacher A (2005) *l7Rn6* encodes a novel protein required for Clara cell function in mouse lung development. ***Genetics*** **172:**389-399.
29. **Metzker ML** (2005) Emerging Technologies in DNA Sequencing. ***Genome Res.*** **15:**1767-1776.
30. Scherer S *et al.* (2006) The Finished DNA Sequence of Human Chromosome 12. ***Nature*** **440** 346-351.
31. Muzny D *et al.* (2006) The DNA sequence, annotation and analysis of human chromosome 3. ***Nature*** **440** 1194-1198
32. Jiao G-S, Thoresen LH, Kim TG, Haaland WC, Topp MR,[†] Hochstrasser RM, **Metzker ML**, Burgess K (2005) Syntheses, photophysical properties, and applications of through-bond energy transfer cassettes for multiplexing in biotechnology. ***Eur. J. Chem.*** **12:**7816-7826.

33. Wu W, Stupi BP, Litosh VA, Mansouri D, Farley D, Morris S, Metzker S, **Metzker ML** (2007) Termination of DNA synthesis by $N^6$-alkylated, not 3'-$O$-alkylated, photocleavable 2'-deoxyadenosine triphosphates. *Nucleic Acids Research*, *in press*.

*Book Chapters:*
1. Caskey CT, Liu O, **Metzker ML**, Gerhold D, and Austin CP (1998) Functional Analysis of Human Genes. GENOMICS, Commercial Opportunities from a Scientific Revolution, p. 55-68. *In* GK Dixon, LG Copping, and D Livingstone (Eds.). Bios Scientific Publishers Ltd., Oxford.
2. **Metzker ML** and Caskey CT (2001) Polymerase chain reaction. In *Encyclopedia of Life Sciences*. Macmillan References Ltd., London.
3. **Metzker ML** and Caskey CT (2005) Polymerase chain reaction. In *Medical Devices and Instrumentation* by JG Webster (Ed.), John Wiley & Sons, Inc., Hoboken, New Jersey.
4. **Metzker ML** (2006) Emerging Technologies in DNA Sequencing. In *Genomes, Cold Spring Harbor Monograph Series* by HE Sussman and MA Smit (Eds.), Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY.
5. **Metzker ML** (2007) Advances in next-generation DNA sequencing technologies. In *Comparative Genomics: Basic and Applied Research* by JR Brown (Ed.), Taylor & Francis, Boca Raton, FL.

*Patents:*
1. Cathcart GR, Breena-Marquez T, Bridgham JA, Golda G, Guiremand HA, Hane M, Hoff LB, Lachenmeier E, Kronick MN, Keith DH, Mayrand PE, **Metzker ML**, Mordan WJ, McBride LJ, Shigeura J, Ting CH, and Whiteley NM (1995) US patent 5,443,791. Automated molecular biology laboratory.
2. **Metzker ML** and Gibbs RA (1997) US patent 5,614,386. Alternative dye-labeled primers for automated DNA sequencing.
3. **Metzker ML** and Gibbs RA (1998) US patent 5,728,529. Alternative dye-labeled ribonucleotides, deoxyribonucleotides and dideoxyribonucleotides for automated DNA analysis.
4. **Metzker ML** and Gibbs RA (1999) US patent 5,861,287. Alternative dye-labeled primers for automated DNA sequencing.
5. **Metzker ML** and Gibbs RA (1999) US patent 5,994,063. Substituted 4,4 difluoro-4-bora-3A,4A-diaza-s-indacene compounds for homogeneous amplification/ detection assays.
6. Liu XL, Bai C and **Metzker ML** (2004) US patent 6,762,042. DNA molecules encoding human NHL a DNA helicase.
7. **Metzker ML** and Gibbs RA Docket No. WO 97/00967 Alternative dye-labeled primers, ribonucleotides, deoxyribonucleotides and dideoxyribonucleotides dideoxyribonucleotides for automated DNA analysis and homogeneous amplification/ detection assays. Filed June 21, 1996.
8. Scott GBI, Kittrell C, Curl RF, and **Metzker ML** (2006) US patent 6,995,841 B2. Pulsed-Multiline Excitation for Color-Blind Fluorescence Detection.
9. Petrukhin, K, caskey, CT, **Metzker, ML**, Wadelius, C (2006) US patent 7,005,290 B1. Best's Macular Dystrophy gene.
10. Todd, JA, Hess, JW, Caskey, CT, Cox, RD, Gerhold, D, Hammond, H, Hey, P, Kawaguchi, Y, Merriman, TR, **Metzker, ML**, Nakagawa, Y, Phillips, MS, Twells, RCJ (2007) US patent 7,244,577 B2. Method of screening for modulator of LRP5 activity.
11. Liu XL, Bai C and **Metzker ML** (2008) US patent 7,361,491 B2. DNA molecules encoding human NHL a DNA helicase.
12. **Metzker ML** Substituted 4,4-difluoro-4-bora-3A,4A-diaza-s-indacene compounds for 8-Color DNA Sequencing. *Filed:* February 5, 2002.
13. Scott GBI, Kittrell C, Curl RF, and **Metzker ML**. Application No. 11/248,910. Pulsed-Multiline Excitation for Color-Blind Fluorescence Detection. *Filed*: Oct 12, 2005
14. Wu W, Litosh V, Stupi B, **Metzker ML**. Application No. 11/567,189. Photocleavable labeled nucleotides and nucleosides and methods for their use in DNA sequencing. *Filed*: Dec 5, 2006

15. Wu W, Litosh V, Stupi B, **Metzker ML**. Appication No. 11/567,193. Labeled nucleotides and nucleosides and methods for their use in DNA sequencing. *Filed*: Dec 5, 2006

*Courses taught at BCM:*

| | |
|---|---|
| 2000-to-present | *Molecular Methods*: All first-year graduate students are required to take this course. Three lectures taught: *Libraries and screening*, *Genomics I* and *Genomics II.* |
| 2001-2003 | *Mammalian Genetics:* All first-year genetics student are required to take this class. One lecture taught: *Mammalian Genome Analysis*. |

*Graduate student training:*

| | |
|---|---|
| 2001-2007 | Major advisor for Wade C. Haaland, graduated with PhD from CMB program |
| 2004-2006 | Major advisor for Michele Sexton, graduated with MS degree from CMB program |
| 2001-2005 | Thesis committee member for Teresa Venezia, graduated with PhD from CMB program |
| 2007-to-present | Thesis committee member for Rocio Benabentos, CMB program |
| 2000-to-present | First year student rotations (1-2 per year) |
| 2001-to-present | Qualifying examination reviewer for 1-2 Genetics & CMB students |

*Administrative assignment:*

| | |
|---|---|
| 2002-to-present | Member: BCM Patent and Copyright Committee |
| 2007-to-present | Member: HGSC New Faculty Search Committee |

*Ongoing research support:*
*Technical description*: The goal is to develop ultrafast sequencing-by-synthesis (SBS) technology that is practical on a genomic scale.
*Funding agency:* NIH: NHGRI
*Investigator relationship:* Michael L. Metzker, PI
*Date of funding:*  10/01/04 to 02/29/08
*Annual costs:*  $468,575                           *Total costs:* $2,933,762
*Grant:* 1 R01 HG003573-01 entitled, "Ultrafast SBS Method for large-Scale Human Resequencing"

*Technical description*: The aim of the genomics program is to provide 'personal genome sequences'– or at least complete exon sequencing for individuals.
*Funding agency:* NIH: NHGRI
*Investigator relationship:* Richard Gibbs; PI, Michael L. Metzker, Senior Investigator
*Date of funding:*  12/01/06 to 10/31/10
*Annual costs:*  $30,556,935                        *Total costs:* $122,020,472
*Grant* 2 U54 HG003273-04 entitled, "Genomes and Genetics at the BCM-HGSC"

*Pending research support:*
*Technical description*: Development of an automated system for development of the CRT sequencing platform
*Funding agency:* NIH: NHGRI
*Investigator relationship:* Michael L. Metzker, PI
*Date of funding:*  03/01/08 to 02/28/11
*Annual costs:*  $1,375,207                         *Total costs:* $4,364,790
*Grant:* 1R01HG004136 entitled, "Development of a Four-Color CRT System for Genome Sequencing"

*Technical description*: The goal is to evaluate the feasibility of our next-generation, cyclic reversible termination (CRT) sequencing approach by targeting 1,000 candidate genes on high-density oligonucleotide chips.
*Funding agency:* NIH: NHGRI
*Investigator relationship:* Michael L. Metzker, PI
*Date of funding:* 07/01/08 to 06/30/10
*Annual costs:* $230,250                    *Total costs:* $422,125
*Grant*: 1R21HG004757, entitled "Targeted CRT Seq. of 1000 Genes in KPD Patients"

*Completed research support:*

*Technical description:* Development of a novel portable DNA sequencer for rapid identification of single nucleotide polymorphisms (SNPs) in common disease.
*Funding agency:* NIH: NHGRI
*Investigator relationship:* Michael L. Metzker, PI
*Date of funding:* 06/07/04 to 02/28/06
*Annual costs:* $421,914                    *Total costs:* $532,761
*Grant*: 1 R41 HG003265-01 entitled, "Development of a Portable PME DNA Sequencer"

*Technical description*: Development of novel FluoroBase dyes and associated nucleotide triphosphates, which have the potential to create sets of spectrally resolvable dye-terminators.
*Special note:* Originally awarded to Michael L. Metzker as STTR application: Grant converted in SBIR
*Funding agency:* NIH:NHGRI
*Investigator relationship:* Vladislav A. Litosh, PI; Michael L. Metzker, co-PI
*Date of funding:* 07/11/03 to 12/31/05
*Annual costs:* $213,064                    *Total direct costs:* $289,689
*Grant:* 1 R43 HG002632-01A1 entitled, "Synthesis of FluoroBase Nucleotides for DNA Sequencing"

*Technical description*: The major goal of this project is to produce a draft sequence of the rhesus macaque and bovine genomes and extract maximal biological information from these data.
*Funding agency:* NIH: NHGRI
*Investigator relationship:* Richard A. Gibbs; PI, Michael L. Metzker, co-PI
*Date of funding:* 11/10/03 to 10/31/06
*Annual direct costs:* $21,028,110              *Total direct costs:* $89,072,698
*Grant:* 1 U01 HG02051 entitled, "Large Scale Sequencing at BCM-HGSC"

*Technical description*: The goal of this project is to generate a draft sequence of the genome of *Bos Taurus*.
*Funding agency:* USDA
*Investigator relationship:* Richard A. Gibbs, PI; Michael L. Metzker, co-PI
*Date of funding:* 12/01/03 to 11/31/05
*Annual direct costs:* $3,879,953               *Total direct costs:* $7,853,612
*Grant:* TEXR-2003-05478 entitled, "Bovine Genome Sequencing Project (BGSP)"

*Technical description:* Development of a novel multi-color fluorescent detection apparatus with potential application for direct detection of targeted regions from genomic DNA materials.
*Funding agency:* NIH: NHGRI
*Investigator relationship:* Michael L. Metzker, PI
*Date of funding:* 04/01/03 to 03/31/05

*Annual costs:* $150,000     *Total costs:* $250,000
*Grant:* 1 R21 HG002443-01A2, entitled "Development of Fluorescent Detector for DNA Sequencing"

*Technical description:* Development of a novel DNA sequencing strategy by synthesis for application in high-throughput single nucleotide polymorphism (SNP) analysis.
*Funding agency:* NIH: NHGRI
*Investigator relationship:* Michael L. Metzker, PI
*Date of funding:* 09/30/03 to 03/31/05
*Annual costs:* $310,504     *Total costs:* $436,400
*Grant:* 1 R41 HG003072-01 entitled, "Screening *Taq* Pol I Variants using 3'-*O*-Modified-dNTPs"

*Technical description:* Pilot project to synthesize and characterize modified nucleoside for potential activity against HIV-1.
*Funding agency:* Robert A. Welch Foundation
*Investigator relationship:* Michael L. Metzker, PI
*Date of funding:* 06/01/01 to 07/31/04
*Annual costs:* $50,000     *Total costs:* $158,000
*Grant*: Q-1518 entitled, "Characterization of HIV-1 drug resistance using 3'-saturated nucleotides"

*Technical description*: Development of sixteen spectrally-resolved dyes for high-throughput nucleic acid detection such as DNA sequencing.
*Special note:* Originally awarded to Michael L. Metzker as STTR application: Grant converted in SBIR
*Funding agency:* NIH:NHGRI
*Investigator relationship:* Mathew Mahindaratne; PI; Michael L. Metzker, co-PI
*Date of funding:* 07/21/03 to 06/30/05
*Annual direct costs:* $214,000     *Total direct costs:* $214,000
*Grant:* 1 R43 HG002567-01A2 entitled, "Development of Novel Fluorescent Dyes for DNA Sequencing"

*Technical description*: The major goal of this project is to determine the genome sequence of the rat.
*Funding agency:* NIH: NHGRI/NHLBI
*Investigator relationship:* Richard A. Gibbs, PI; Michael L. Metzker, co-PI
*Date of funding:* 02/27/01 to 02/26/04
*Annual direct costs:* $10,976,914     *Total direct costs:* $25,950,547
*Grant:* 1 U54 HG02345-02 entitled, "Draft sequence of the rat genome"

*Technical description*: The major goal of this project is to prepare two types of extremely sensitive fluorescent label "cassettes" for DNA sequencing that may be used with both dye primer and dye terminator strategies.
*Funding agency:* NIH: NHGRI
*Investigator relationship:* Kevin Burgess, PI; Michael L. Metzker, co-PI
*Date of funding:* 09/06/01 to 07/31/05
*Annual direct costs:* $38,296     *Total direct costs:* $114,923
*Grant:* Competing Renewal FDN-S80093 entitled, "Unnatural nucleotides for DNA sequencing"

*Technical description*: To develop and validate novel pooling-based methods for the rapid physical mapping of BAC libraries.
*Funding agency:* NIH: NCRR
*Investigator relationship:* Aleksandar Milosavljevic, PI; Michael L. Metzker, co-PI
*Date of funding:* 09/30/02 to 08/31/05
*Annual direct costs:* $206,693     *Total direct costs:* $612,721
*Grant:* 1 U01 RR18464-01 entitled, "Clone pooling methods for physical mapping"

*Technical description*: The major goals of this project are extensive mapping and sequencing of the mouse genome.

*Funding agency:* NIH: NHGRI
*Investigator relationship:* Richard A. Gibbs, PI; Michael L. Metzker, co-PI
*Date of funding:*  09/30/99 to 09/30/03
*Annual direct costs:*  $5,316,551            *Total direct costs:* $20,851,198
*Grant:* 1 U54 HG02139 entitled, "Network for large-scale sequencing of the mouse genome"

*Technical description*: To produce a draft sequence of *D. pseudoobscura* with annotation and finishing of selected full-length cDNA and gene-rich regions.
*Funding agency:* NIH: NHGRI
*Investigator relationship:* Richard A. Gibbs, PI; Michael L. Metzker, co-PI
*Date of funding:*  05/10/02 to 04/30/03
*Annual direct costs:*  $3,336,210            *Total direct costs:* $3,336,210
*Grant:* 1 U01HG02570 entitled, "Sequencing, annotation and assembly of a second Drosophila"