BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF STEVEN E. COMER IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date:   August 21, 2008<br>Time:   8:00 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:   William H. Alsup |

I, Steven E. Comer, declare:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of AB's Motion for Summary Judgment of Noninfringement.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,750,341, issued on May 12, 1998.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 5,969,119, issued on October 19, 1999.

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 6,306,597, issued on October 23, 2001.

5. Attached hereto as Exhibit D is a true and correct copy of an Office Action from the Patent Examiner mailed April 16, 1996 from the file history of U.S. Patent Application No. 08/424,663, produced by Solexa with Bates numbers ILL000263-270.

6. Attached hereto as Exhibit E is a true and correct copy of an Amendment dated October 16, 1996 from the file history of U.S. Patent Application No. 08/424,663, produced by Solexa with Bates numbers ILL000280-291.

7. Attached hereto as Exhibit F is a true and correct copy of an Office Action from the Patent Examiner mailed December 12, 1997 from the file history of U.S. Patent Application No. 08/872,446, produced by Solexa with Bates numbers ILL000092-97.

8. Attached hereto as Exhibit G is a true and correct copy of an Amendment dated May 12, 1998 from the file history of U.S. Patent Application No. 08/872,446, produced by Solexa with Bates numbers ILL000103-107.

9. Attached hereto as Exhibit H is a true and correct copy of Solexa's Patent Local Rule 4-2(a) Disclosures, dated December 7, 2007.

10. Attached hereto as Exhibit I is a true and correct copy of the Expert Statement of Keith C. Backman, Ph.D. Regarding Infringement, dated May 30, 2008.

1       11.     Attached hereto as Exhibit J is a true and correct copy of the Expert Rebuttal
2   Statement of John E. Quackenbush, Ph.D., dated June 13, 2008.
3       12.     Attached hereto as Exhibit K is a true and correct copy of excerpts from the
4   transcript of the deposition of Keith C. Backman, Ph.D., taken on June 27, 2008.
5       13.     Attached hereto as Exhibit L is a true and correct copy of excerpts from the
6   transcript of the deposition of John Quackenbush, Ph.D., taken on July 1, 2008.
7       14.     Attached hereto as Exhibit M is a true and correct copy of excerpts from the
8   transcript of the Rule 30(b)(6) deposition of Gina Costa, taken on May 20, 2008.
9       15.     Attached hereto as Exhibit N is a true and correct copy of U.S. Patent Application
10  No. 08/424,663, dated April 17, 1995, from the file history for that patent application, produced
11  by Solexa with Bates numbers ILL000205-240.
12      16.     Attached hereto as Exhibit O is a true and correct copy of Solexa's Final
13  Infringement Contentions, dated March 24, 2008.
14      17.     Attached hereto as Exhibit P is a true and correct copy, contained on a CD in
15  native file format, of the source code for the SOLiD™ System, produced by AB with Bates
16  number AB00006439.
17          I declare under penalty of perjury under the laws of the United States that the foregoing is
18  true and correct and that this declaration was executed on July 17, 2008, in San Diego, California.

            ___/s/ Steven E. Comer_____
            Steven E. Comer

DECL OF STEVEN E. COMER ISO AB'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT
Case No. C07 02845 WHA
sd-432288

2