KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
GREGORY E. STANTON (CA Bar No. 203495)
JOHN R. LABBE (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: gstanton@marshallip.com
E-Mail: jlabbe@marshallip.com

*Attorneys for Counterclaim Plaintiff Solexa, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION --APPLIED BIOSYSTEMS GROUP, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, <br><br> Defendants. | Case No. 07-CV-02845 WHA <br><br> Judge William H. Alsup <br><br> **PATENT LOCAL RULE 4-2 CLAIM CONSTRUCTION DISCLOSURES OF COUNTERCLAIM PLAINTIFF SOLEXA, INC.** |

Pursuant to Patent Local Rule 4-2(a), Counterclaim Plaintiff Solexa, Inc. proposes the following constructions for the claim terms, phrases, and clauses from U.S. Patent Numbers 5,750,341, 5,969,119, and 6,306,597 that were proposed by the parties pursuant to Patent Local Rule 4-1(a):

| Term | Proposed Claim Construction |
|---|---|
| determining a sequence of nucleotides | obtaining partial or complete sequence information of a polynucleotide including, for example, sequence comparisons, fingerprinting, and like levels of information, as well as the express identification and ordering of nucleotides |
| target polynucleotide | a polynucleotide that contains the nucleotide sequence information to be obtained |
| initializing oligonucleotide probe | the oligonucleotide probe that hybridizes to a known sequence in a polynucleotide and establishes registration for extension |
| said probe having an extendable probe terminus | the probe having a chemical group, such as a terminal 5' phosphate and/or terminal 3' hydroxyl group, capable of forming a covalent bond with another nucleotide |
| an extension oligonucleotide probe | an oligonucleotide probe that can be ligated to an initializing oligonucleotide probe or an extended oligonucleotide probe |
| said extendable probe terminus | a chemical group, such as a terminal 5' phosphate and/or terminal 3' hydroxyl group, on a probe |
| an extended duplex | the double-stranded region formed by hybridization of a target polynucleotide to an extended oligonucleotide probe (i.e., an initializing oligonucleotide probe effectively extended by one or more nucleotides) |
| extended oligonucleotide probe | an initializing oligonucleotide probe effectively extended by one or more nucleotides |
| ligating an extension oligonucleotide probe to said extendable probe terminus, to form an extended duplex | forming a covalent bond between an extension oligonucleotide probe and the extendable probe terminus of either an initializing oligonucleotide or an extended oligonucleotide probe while hybridized to a target polynucleotide, thereby forming an extended duplex |
| identifying | obtaining information sufficient to distinguish |

-2-

EXHIBIT H

| Term | Proposed Claim Construction |
|---|---|
| just-ligated extension probe | the extension oligonucleotide probe ligated to either the initializing oligonucleotide probe or an extended oligonucleotide probe in the present cycle of the method |
| extended probe | the initializing oligonucleotide probe covalently bound to one or more nucleotides |
| the terminus generated is different from the terminus to which the last extension probe was ligated | the extendable probe terminus generated does not occur at the same nucleotide position as the extendable probe terminus in step b, thereby effectively regenerating an extendable probe terminus |
| repeating steps (b), (c) and (d) until a sequence of nucleotides in the target polynucleotide is determined | repeating steps (b), (c), and (d) until partial or complete sequence information of the target polynucleotide is obtained, including, for example, sequence comparisons, fingerprinting, and like levels of information, as well as the express identification and ordering of nucleotides |
| regenerating | Generating |
| phosphoramidate | a phosphoramidate chemical moiety |
| providing, in separate aliquots | providing, in different samples or fractions |
| distinct target-primer duplexes | chemically different target polynucleotide/initializing oligonucleotide primer duplexes |
| an initializing oligonucleotide primer | the oligonucleotide probe which hybridizes to a known sequence in the polynucleotide and establishes registration for extension |
| wherein the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different sequence of the target polynucleotide | wherein the target polynucleotide in each distinct duplex has the same sequence, and the initializing oligonucleotide of each distinct duplex is bound to a different sequence of the target polynucleotide |
| carried out independently on each aliquot | physically carried out on each aliquot independent of the performance of steps (b) to (e) on any other aliquot |
| oligonucleotide probe of the formula: | oligonucleotide probe having the following chemical formula |
| —OP(==O)((O—)NH | the chemical structure represented by —OP(==O)((O—)NH |

-3-

| Term | Proposed Claim Construction |
|---|---|
| labeled | associated with a moiety capable of generating a detectable signal |
| identifying a sequence of nucleotides | obtaining information sufficient to distinguish the nucleotide types and relative locations of at least two nucleotides |
| extending | increasing the length of |
| initializing oligonucleotide | oligonucleotide probe that hybridizes to a known sequence in the polynucleotide and establishes registration for extension |
| along the polynucleotide | toward one end of the polynucleotide |
| an oligonucleotide probe | an oligonucleotide probe that can be ligated to an initializing oligonucleotide probe or an extended oligonucleotide probe |
| thereto | thereto [no construction is needed] |
| identifying | obtaining information sufficient to distinguish |
| repeating steps (a) and (b) until the sequence of nucleotides is determined | repeating steps (a) and (b) until partial or complete sequence information of a polynucleotide is obtained, including, for example, sequence comparisons, fingerprinting, and like levels of information, as well as the express identification and ordering of nucleotides |

-4-

1

# IDENTIFICATION OF EXTRINSIC EVIDENCE

2

      Pursuant to Patent Local Rule 4-2(b), Counterclaim Plaintiff Solexa, Inc. identifies Dr.

3

John Quackenbush, Professor at the Dana-Farber Cancer Institute and the Department of

4

Biostatistics at the Harvard School of Public Health, as an expert witness that may offer

5

testimony in support of Solexa's proposed claim construction(s). Solexa does not currently intend

6

to offer testimony by Dr. Quackenbush unless AB offers expert testimony in support of its

7

proposed claim construction(s).

8

9

10

11

12  DATED:  December 7, 2007            Respectfully submitted,

13

14

15                                      _____
                                        KEVIN M. FLOWERS (admitted *pro hac vice*)
16                                      THOMAS I. ROSS (admitted *pro hac vice*)
                                        JEFFREY H. DEAN (admitted *pro hac vice*)
                                        GREGORY E. STANTON (CA Bar No. 203495)
17                                      JOHN R. LABBE (admitted *pro hac vice*)
                                        MARSHALL, GERSTEIN & BORUN LLP
18                                      6300 Sears Tower
                                        233 South Wacker Drive
19                                      Chicago, IL 60606-6357
                                        (312) 474-6300
20                                      (312) 474-0448 (facsimile)
                                        E-Mail: kflowers@marshallip.com
21                                      E-Mail: tross@marshallip.com
                                        E-Mail: jdean@marshallip.com
22                                      E-Mail: gstanton@marshallip.com
                                        E-Mail: jlabbe@marshallip.com
23
                                        *Attorneys for Counterclaim Plaintiff Solexa, Inc.*
24

25

26

27

28

-5-

**SOLEXA'S PATENT LOCAL RULE 4-2 DISCLOSURES**

EXHIBIT H

1

**PROOF OF SERVICE**

2

I am an attorney, and on December 7, 2007, I caused the

3

**PATENT LOCAL RULE 4-2 CLAIM CONSTRUCTION DISCLOSURES OF COUNTERCLAIM PLAINTIFF SOLEXA, INC.**

4

5
to be served via electronic mail by electronically mailing a true and correct copy through Marshall, Gerstein & Borun LLP's electronic mail system to the e-mail addresses set forth below, and via First Class U.S. Mail, postage prepaid, deposited at 233 South Wacker Drive, Chicago, Illinois upon:

6

7
**COUNSEL FOR PLAINTIFF:**

8
BRYAN WILSON                          DAVID C. DOYLE
DARA TABESH                           STEVEN E. COMER
ERIC C. PAI                           ANDERS T. AANNESTAD

9
MORRISON & FOERSTER LLP               MORRISON & FOERSTER LLP
755 Page Mill Road                    12531 High Bluff Drive, Suite 100

10
Palo Alto, CA 94304-1018              San Diego, CA 92130-2040
E-Mail: BWilson@mofo.com              E-Mail: DDoyle@mofo.com

11
E-Mail: DTabesh@mofo.com              E-Mail: SComer@mofo.com
E-Mail: EPai@mofo.com                 E-Mail: AAannestad@mofo.com

12

13
KURTIS MacFERRIN
APPLERA CORPORATION –
    APPLIED BIOSYSTEMS GROUP

14
850 Lincoln Centre Drive
Foster City, CA 94404

15
E-Mail: Kurtis.MacFerrin@appliedbiosystems.com

16
**COUNSEL FOR DEFENDANT STEPHEN MACEVICZ:**
BASIL FTHENAKIS

17
TECHNOLOGY & INTELLECTUAL PROPERTY
    STRATEGIES GROUP PC

18
1000 Elwell Court, Suite 150
Palo Alto, CA 94303

19
E-Mail: bfthenakis@tipsgroup.org

20

I declare under penalty of perjury that the foregoing is true and correct.

21

Executed at Chicago, Illinois, this 7th day of December, 2007.

22

23
_____
John R. Labbé

24

25

26

27

28

**PROOF OF SERVICE**

EXHIBIT H