1                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2                  SAN FRANCISCO DIVISION

3

4    -------------------------- x
     APPLERA CORPORATION -
5    APPLIED BIOSYSTEMS GROUP,
     a Delaware corporation,
6                   Plaintiff,
7    v.                                    Case Number
                                           C07 02845 WHA
8    ILLUMINA, INC, a Delaware
      corporation, SOLEXA, INC.,
9     a Delaware corporation,
     and STEPHEN C. MACEVICZ,
10   an individual,
11                  Defendants.
     -------------------------- x
12
13          DEPOSITION OF KEITH C. BACKMAN, Ph.D., a
14       witness called by and on behalf of the
15       Plaintiff, taken pursuant to the applicable
16       provisions of the Federal Rules of Civil
17       Procedure, before Dana Welch, CSR, Registered
18       Professional Reporter, Certified Realtime
19       Reporter, and Notary Public, in and for the
20       Commonwealth of Massachusetts, at Regus
21       Center, 60 State Street, Suite 700, Boston,
22       Massachusetts, on June 27, 2008, commencing at
23       8:51 a.m.
24
25

Page 20

1      A.  No.

2      Q.  Do you consider yourself to be an expert

3   on software?

4      A.  No.

5      Q.  Do you intend give any opinions in this

6   case related to the software used in SOLiD?

7           MR. IZRAELEWICZ:  Objection as to form.

8           THE WITNESS:  I honestly can't say.  Large

9        part depends on what you ask me.

10  BY MR. COMER:

11     Q.  Have you looked at the software that is

12  used in the SOLiD system?

13     A.  Well, I'm not quite sure what you mean by

14  "looked at" and "software."

15     Q.  Okay.  Have you read any of the code?

16     A.  No.  I've not read any of the code.

17     Q.  Do you know how the software in SOLiD

18  functions?

19     A.  Well, I -- first of all, acquainted myself

20  with the descriptive material that ABI has put out

21  describing how the machine operates, and including

22  internal memos from one person to another within

23  the corporation, and then material put out for

24  public consumption by way of marketing.

25           And I also attended an actual sequencing

EXHIBIT K

1    run in Foster City.  And so I'm aware of, let's

2    say, the consequences of what happens when the

3    software operates.

4        Q.  But you don't know how the software

5    actually operates.

6            MR. IZRAELEWICZ:  Objection.

7            THE WITNESS:  Well, I know what results it

8        produced.  I am not a software engineer.  But

9        I am aware that when you have a complicated

10       task to perform, there are oftentimes many

11       ways to write software to perform it.

12           And I don't know what specific way ABI has

13       written software to perform the specific

14       tasks, but the important question is -- and in

15       this case, since the patents-in-suit relate to

16       largely biochemical steps, the question is, do

17       those biochemical steps -- are they -- are

18       they used by the SOLiD system.  And that's

19       what I've been asked to opine about.

20   BY MR. COMER:

21       Q.  All right.  How -- how were your expert

22   reports prepared?

23           MR. IZRAELEWICZ:  Objection.

24   BY MR. COMER:

25       Q.  Did you draft them yourself?

1        A.   The expert reports were prepared in a

2   process that involved, first, my reading large

3   quantities of documentation of one or another kind,

4   oftentimes material produced by ABI, sometimes

5   materials produced by Illumina, the patents and

6   various other documents or articles or whatnot, and

7   then beginning by having discussions with the

8   Marshall Gerstein & Borun attorneys and -- so that

9   we had a sense of what it was that I believed and

10  what it was that was important.

11        And as to when you say drafting, there

12  were -- some of the time I sat at the keyboard;

13  other time, probably the majority of the time,

14  somebody from Marshall Gerstein sat at the

15  keyboard.  Almost always I was in the room -- I

16  can't say almost always -- a great fraction of the

17  time, I was in the room while it was being drafted.

18  So I would say this is my work product.

19        Q.   You say you were in the room.  Where was

20  that room?

21        A.   Chicago.

22        Q.   How much time did you spend in Chicago to

23  work on this report?

24        A.   This --

25        Q.   Oh, there are two reports.  How much time

1    did you spend in Chicago to work on these two

2    reports?

3         A.   I think five days altogether.  And then of

4    course there were many telephone conversations,

5    times when I wasn't actually in Chicago.

6         Q.   Okay.  I want to ask you some questions

7    about the '119 patent.

8         A.   Okay.

9         Q.   And you agree that the probes used in the

10   SOLiD system do not literally infringe claim 1 of

11   the '119 patent, correct?

12        A.   Well, as I explained in my report, the

13   probes used in the SOLiD system meet every little

14   requirement of claim 1 with one exception, which it

15   meets by equivalence.  So then it meets the claim

16   by equivalence, not literally.

17        Q.   So you agree that the claim language

18   requires a phosphoramidate linker, correct?

19        A.   The claim language requires the formula

20   presented.  I don't see the word phosphoramidate in

21   that claim.  And as I understand it, equivalents

22   are covered by the claim.

23        Q.   Well, looking at the chemical formula

24   that's written in the claim, does that include a

25   phosphoramidate linker?

1      A.   The formula specifically written here
2    includes a linkage which is commonly called
3    phosphoramidate.
4      Q.   Does it include a phosphorothiolate
5    linkage?
6      A.   It includes it by equivalence.
7      Q.   But not literally, right?
8      A.   But not literally.
9      Q.   And you agree that the probes used in
10   SOLiD contain a phosphorothiolate linker, not a
11   phosphoramidate linker, correct?
12     A.   May reading of all the materials made
13   available to me from ABI and -- and documentation,
14   reading deposition transcripts of your 30(b)(6)
15   witness, lead me to believe, and if I take them at
16   their word, that they use a phosphorothiolate
17   linkage.
18     Q.   Were phosphoramidates commonly known to
19   those of skill in the art in 1995 as cleavable
20   linkers?
21     A.   As cleavable linkers?  Well, the answer to
22   that question -- one has to -- one has to make --
23   make some distinction.  Phosphoramidates were known
24   at or about that time.  There is an article which
25   describes them as cleavable by chemical means,

1   which I am aware of specifically.

2        So given that the article was published in

3   that time frame, I would say yes, it should have

4   been known to a person of ordinary skill in the

5   art.

6        Q.   Were phosphorothiolate linkers commonly

7   known to those of ordinary skill in the art in 1995

8   as cleavable linkers?

9        A.   My understanding is yes, that

10  phosphorothiolate linkages were known.

11  Specifically, the article which makes reference to

12  cleavable phosphoramidate bonds, analogizes them to

13  the already known phosphorothiolate.

14       Q.   Which article is that?

15       A.   It's by -- the first author is a fellow

16  named Mag, M-A-G.

17       Q.   I just want to make sure we're using the

18  same terms.  You're saying phosphorothiolate with

19  an "L" in it, right?

20       A.   You know, there's a lot of back and forth

21  about whether or not the "L" should or should not

22  be there.  And I'm not on the IUPAC board that

23  determines these things.  But whether or not the

24  "L" is in there, phosphorothioate or

25  phosphorothiolate, I think that those two things

1    mean the same thing to the auditor, the person who

2    hears it.

3        Q.  Is there any difference in the chemical

4    structure between a phosphorothiolate and a

5    phosphorothioate or are they the same thing?

6        A.  In the articles I've seen, I've seen the

7    terms used essentially interchangeably, so I have

8    to conclude that there is no real difference.

9        Q.  Were there other cleavable linkages that

10   were commonly known to those of ordinary skill in

11   the art in 1995?

12       MR. IZRAELEWICZ:  Objection.  Vague and

13       ambiguous.

14       THE WITNESS:  Well, all kinds of linkages

15       are cleavable.

16   BY MR. COMER:

17       Q.  Mark's objection was good, but I -- ones

18   that would be suitable for cleavable linkages in a

19   DNA probe.

20       A.  Well, again, there are all kinds of

21   cleavable linkages.  And with regard -- when you

22   say in a DNA probe, well, I'm not quite sure

23   exactly what you mean because --

24       Q.  Let me narrow it down even more.  I'm

25   looking for whether people of skill in the art

1    factors are equal, the time, the cost and so on,

2    which is preferable?

3        A.  If all other factors are equal, then

4    there's no advantage to one over the other.

5        Q.  Sure.  There is a difference.  One is

6    acidic and one is neutral.

7        A.  But if all other factors are equal, that

8    means the acidity or neutrality is irrelevant.  You

9    get the same -- you say all other factors being

10   equal, that means you have the same efficiency and

11   the same time and you get the same output and the

12   same quality of product coming out and all those

13   things is largely a matter of style.

14       Q.  Okay.  Then all factors being equal except

15   for what happens to the DNA strand being hit by the

16   repeated cycles of acidic conditions versus

17   repeated cycles of neutral pH conditions.

18           MR. IZRAELEWICZ:  Objection.  Vague and

19       ambiguous.

20           THE WITNESS:  Well, you asked me earlier a

21       question that had to do with depurination

22       under acidic conditions.  And I sense that you

23       may be trying to steer my attention toward

24       that.  And I have to answer similar to how I

25       answered back then, and that is, I don't know

1          to what extent depuration with this reagent

2          occurs.

3              I know that it's not -- I know that to get

4          depuration to occur, you have to use

5          relatively strong conditions -- to get it to

6          occur reliably.  So I'm going to say I don't

7          know whether there's an advantage.  But if it

8          were the case, if it were the demonstrated

9          case, which I don't know it to be, that --

10         that depuration were occurring, then you

11         probably would want to minimize that.

12   BY MR. COMER:

13       Q.  I want to talk about the term "target

14   polynucleotide."  In your opinion, One of ordinary

15   skill in the art would construe the term "target

16   polynucleotide" as used in claim 1 of the '341

17   patent as meaning the polynucleotide that contains

18   the information to be obtained; is that right?

19       A.  Okay.  Let me refer to my report.  Are you

20   -- can you tell me where you're quoting from and

21   I'll get there faster.

22       Q.  Yeah.  Page 41, up at the top,

23   paragraph 128.

24       A.  Wrong report.

25              Yes.  I see that.  And you have read it

1   -- your construction of target polynucleotide?

2        A.  As I said, we had discussions and -- about

3   the issues in the case and the science and so forth

4   and the fact that "target polynucleotide" was not

5   construed by Judge Alsup and something had to be

6   said about it, what did it mean, so forth and so

7   on.  And it appears that we found language that we

8   put in quotation marks and condensed that to the --

9   to the form that's in paragraph 128.

10       Q.  But did they tell you that they had

11  already come up with the exact same construction

12  you did?

13       A.  No.  I don't think that was ever

14  mentioned.

15       Q.  Did you know that they did?

16            MR. IZRAELEWICZ:  Objection.

17            THE WITNESS:  I'm not aware.

18            MR. COMER:  I'll mark this as the next

19       exhibit.

20            (Exhibit No. 503, Patent Local Rule 4-2,

21       Claim Construction Disclosures of Counterclaim

22       Plaintiff Solexa, Inc., marked for

23       identification.)

24  BY MR. COMER:

25       Q.  Exhibit 503 is the Patent Local Rule 4-2,

Page 50

1    Claim Construction Disclosures of Counterclaim

2    Plaintiff Celexa, Inc.  And I'd like you to turn to

3    the second page.  Do you see the term "target

4    polynucleotide" listed there?

5        A.  Yes.

6        Q.  Is that the exact same definition of

7    target polynucleotide that you gave?

8        A.  It appears to be, yes.

9        Q.  And do you see on page 5, this was

10   submitted on December 7th, 2007?

11       A.  That's when it is dated.

12       Q.  Did you participate at all in providing

13   this definition of "target polynucleotide" as part

14   of this rule 4-2 submission?

15       A.  No.  I did not.

16       Q.  So do you have any explanation for why the

17   construction you came up with for "target

18   polynucleotide" is exactly the same as the one

19   Illumina had submitted in December?

20       A.  Well, whatever these quoted sources are

21   from that were shown to me guided me in that

22   direction, I'm sure.  And I guess they were aware

23   of it.  But in the discussions, I don't know who

24   would have suggested it first, but it came to be,

25   you know, what we settled upon as -- as the best --

1    it's the best description.

2            Again, I say that it's a -- it's a

3    construction which I find entirely consistent with

4    the understanding of one of ordinary skill in the

5    art in 1995.

6        Q.  Which part -- so you said that one of the

7    quotes in paragraph 129 you think might come from

8    the patent; is that right?

9        A.  Well, I was looking for it in the patent.

10   I couldn't find exactly where.  In paragraph 130,

11   it talks further and points to a specific location

12   in the patent, and it's not in that general region

13   that I can find.  I haven't gone through the entire

14   patent.

15       Q.  Okay.  So right now you're not aware of

16   any other part of the patent that defines the

17   "target polynucleotide" as containing the sequence

18   information to be obtained?

19       A.  As I sit here, I'm not aware.  I'm certain

20   that if I went through from beginning to end and it

21   were in there that I would be able to find it.

22       Q.  Would it also be fair to define the target

23   polynucleotide as the sample polynucleotide that is

24   targeted for analysis?

25           MR. IZRAELEWICZ:  Objection.

EXHIBIT K

1        Q.   Now I want to talk about the

2    2-base-encoding system used in the SOLiD system for

3    a minute.   In the 2-base-encoding system -- and

4    let's talk about -- to keep it consistent here,

5    we'll talk about the latest version of SOLiD,

6    version 2.0.

7        A.   Okay.

8        Q.   Which uses the 1, 2 probes, correct?

9        A.   Correct.

10        Q.   And so let's talk about just the first

11    round.   We should get our terminology right.   By

12    "round," I'm referring to a primer round before the

13    primer is stripped off and another round begins.

14    Is that fair?

15        A.   That's fair.   And I think -- I think we've

16    used that.   And when we refer to each extension, we

17    call that a cycle.   Is that --

18        Q.   Exactly.

19        A.   So we're on the same page with language.

20        Q.   Right.   Okay.   Let's talk about just the

21    first round.   In the first round in SOLiD, there

22    are a series of ligations that occur, and the

23    labels on the probes are read in each cycle,

24    correct?

25        A.   Yes.

EXHIBIT K

Page 80

1      Q.  Within each of those cycles, though, in
2    that first round, reading the label does not
3    identify a poly -- does not identify a base in the
4    target polynucleotide, does it?
5            MR. IZRAELEWICZ:  Objection.  Vague and
6        ambiguous.
7            THE WITNESS:  Well, you used the word
8        "identify," and so I'm going to go back to the
9        judge's definition and say that means
10        determine the identity of a base, and say that
11        in those cycles, to the best of my
12        understanding, a -- the identity of a base is
13        not determined.
14    BY MR. COMER:
15      Q.  Why do you say that?
16      A.  Because the information which is gathered
17    is insufficient to determine the identity of a
18    base.
19      Q.  What more is needed?
20      A.  What more is needed?
21      Q.  What more information -- what additional
22    information is needed to identify a base?
23      A.  Well, for any particular signal that's
24    read, it would be necessary to know the identity of
25    one or the other members of the dinucleotide in

1    order to establish the identity of its -- its mate.

2        Q.   And so then in the second round in the

3    first ligation cycle, that is when the probe

4    interrogates the 0 and 1 position, correct?

5        A.   Correct.

6        Q.   As you've used in your report, the 0

7    position is the last base of the P1 adapter,

8    correct?

9        A.   Correct.

10       Q.   And in your opinion, when the probe

11   interrogates the 0 and 1 position, it identifies

12   the 1 position, correct?

13       A.   Again, you've used the word "identify."  I

14   want to refer to the specific language of the claim

15   construction order and say it "determines" the

16   identity of.

17       Q.   Okay.  And then in the next cycle of that

18   same round and for the rest of the cycles in that

19   round, the -- reading the label does not determine

20   the identity of a base in the target

21   polynucleotide, right?

22       A.   As I understand it, your statement is

23   correct:  Those subsequent cycles do not determine

24   identities.

25       Q.   And the same is true in the third and

1    fourth rounds, that during those cycles, SOLiD does

2    not determine the identity of a base in the target

3    polynucleotide?

4        A.   As I observed the machine running and by

5    my understanding of the information derived by ABI,

6    that's a correct statement, that adequate or

7    necessary -- sufficient information is not

8    generated in those rounds, or cycles in those

9    rounds, that would determine the identity of a

10   base.

11       Q.   Then in the fifth and final round, in your

12   opinion, SOLiD does identify -- does determine the

13   identity of bases in the target polynucleotide

14   within each cycle, correct?

15       A.   Correct.

16       Q.   How does it do that?

17       A.   How does it do that?  It -- it -- it does

18   it by virtue of obtaining that information which is

19   sufficient to determine the identity.  In other

20   words, as -- as we talked about, when the 0, 1

21   position was queried, because the 0 position was

22   known, the 1 position was determined.

23            Now, having the 1 position determined,

24   when you go to the final round and you query 1, 2,

25   when you get the result of the query of 1, 2, the 1

1   position having already been determined, determines

2   the identity of 2.  And you've already queried 2,

3   3, so the 2 position being determined, determines

4   the identity of 3.  And you've already queried 3,

5   4, so the 3 position being determined, determines

6   the identity of 4.  And then you go into the next

7   cycle of ligation where you query 4, 5, and so on.

8   It's like a string of dominos falling.

9        Q.   I want to focus for a minute on how SOLiD

10  actually functions.  Okay?  When -- you're saying

11  that it can decode the readings in the fifth round

12  by tracing back to the reading at the 0, 1

13  position, correct?

14       MR. IZRAELEWICZ:  Objection.  Vague and

15       ambiguous.

16       THE WITNESS:  Decoding -- it's interesting

17       that you use the word "decode."  It's -- it's

18       simply not -- it's simply not the appropriate

19       lens to look at the issue through, in my

20       opinion.

21       Decode suggests, for example, that -- that

22       -- a code is different than a cipher.  A code

23       is a cipher -- a cipher is -- a cipher is a

24       string of information in one form that has a

25       corresponding string of information in another

1    form.  And if you know the rule which converts

2    them, they go back and forth.  So, you know,

3    your cryptogram in the Sunday newspaper is a

4    cipher: once you discover what letter

5    represents what, you get the cute little

6    message out.

7        A code is a cipher for which the key is

8    unknown.  You don't have a code; you have a

9    cipher in the machine.  You have information

10    in a form that can be converted to another

11    form by known rules.

12  BY MR. COMER:

13    Q.  So you say it can be converted into

14  another form.  I want to find out, is it actually

15  converted from one form to another in the machine?

16    A.  Well, yes, it is.

17    Q.  How does it do that?

18    A.  Well, by applying all that software that I

19  didn't -- I didn't feel qualified to look at.

20  There are just a set of rules.

21        But what I do know is that if you start

22  with a given set of information at the beginning,

23  you get the same output at the end.  If you take

24  that same set of starting information and you push

25  it through the software 50 times, a hundred times,

Page 85

1    a thousand times, it comes out with the same answer

2    at the end every time.

3         Q.  I want to focus on that part in the

4    middle, how it actually produces that result.  Do

5    you know how SOLiD produces the final result?

6         A.  Well, at what level of detail?

7         Q.  Well, specifically with making the base

8    calls.

9         A.  Well, what is a base call?

10        Q.  So determining the identity of a base in

11   the target polynucleotide.

12        A.  Well, it determines --

13            MR. IZRAELEWICZ:  Objection.

14            THE WITNESS:  -- it determines the

15       identity of the base, as I pointed out, when

16       it gathers the information that necessarily

17       results in this output.  Then it's determined.

18           Now, whether it is known to any particular

19       person is a different question entirely.  And

20       it's not one that I think is relevant to the

21       operation.

22           I mean, if known to a person is the

23       standard, then somebody could go stand in the

24       corner for three weeks and say it's not known

25       yet, it's not known yet, it's not known yet;

1    come back three weeks later and say I didn't

2    know it until three weeks later.

3  BY MR. COMER:

4    Q.  Well, you're talking about one way of

5  knowing what the identity of the nucleotides in the

6  target is, and that's by using the 0 and 1

7  position, right?

8    A.  One way of determining, yes.

9    Q.  Okay.

10    A.  People know things --

11    Q.  Okay.

12    A.  -- machines don't know things.

13    Q.  So the machine determines.

14    A.  Well, information determines.  The machine

15  generates information, and the information, if it's

16  sufficient, determines.  And by determine, I mean

17  that the information cannot possibly -- will result

18  in one output and cannot possibly result in any

19  other output, outside of machine error or something

20  like that.

21    Q.  So tell me again now, what determine

22  means.

23    A.  Determine means when something is fixed.

24    Q.  So what I want to get your understanding

25  on or your opinion on is how SOLiD actually

1    produces the result from the end of the chemistry

2    step until the production of the final output.  Do

3    you know how it works?

4           MR. IZRAELEWICZ:  Objection.

5           THE WITNESS:  At what level of detail?

6    BY MR. COMER:

7    Q.  Any level of detail you know.

8    A.  Well, yes, I know at some level of detail.

9    Q.  Tell me what you know.

10   A.  It processes it.

11   Q.  What does it do?

12   A.  What does it do?  It takes the information

13   that's in the images, which for point of fact, is

14   stored as massive files.  Files actually consist of

15   long strings of 1's and 0's.  And it looks at those

16   strings of 1's and 0's.  It has routines and

17   converts them into other strings of 1's and 0's,

18   and eventually converts them into other strings of

19   1's and 0's.

20          And in fact up until, you know, the tenth

21   of a nanosecond before the sequence flashes up on

22   the screen or is printed out on a piece of paper,

23   the machines only has 1's and 0's.  The machine

24   never contains A's, T's, G's and C's.

25          So at what point -- you're asking me to

1    say at what point do the 1's and 0's become

2    equivalent to A's, T's, G's and C's.  And my answer

3    is they become equivalent to A's, T's, G's and C's

4    when the 1's and 0's that are there, in the context

5    of what kind of software is going to process them,

6    cannot give -- will give a unique result and cannot

7    give anything but a unique result.

8         Then it's determined, it's fixed.  This

9    information here, whatever format it's in, is going

10   to give this flash on the screen which then the

11   operator will say, ah, A, T, G, whatever.

12       Q.  Do you know anything about how the

13   software works other than what you just said?

14       A.  I'm not a software engineer, so I know

15   quite -- quite, you know, a small, very small

16   amount about software engineering.  I don't pretend

17   to be an expert.

18       Q.  Did you read Gene Mayer's expert report?

19       A.  No.

20       Q.  Does the '341 patent teach

21   2-base-encoding?

22       A.  No.  It teaches, you know -- it teaches

23   using -- let's see if I can find it here.  It would

24   be clear on what it does teach.

25            Okay.  For example, in column 7, beginning

Page 92

1    ultimately will lead to sequence output at the end.

2         Q.   In the run you observed, did the SOLiD

3    system actually identify bases in the target

4    polynucleotide within each cycle?

5              MR. IZRAELEWICZ:  Objection.  Vague and

6         ambiguous.

7              THE WITNESS:  In my opinion, yes, it did.

8    BY MR. COMER:

9         Q.   How did it do that?

10        A.   In at least some of the cycles, it

11   obtained information necessary and sufficient to

12   determine -- and by which I mean -- by determine, I

13   mean fix the identity of particular bases.  And by

14   fix, I mean that the data was there which would

15   result in a unique output and could only result in

16   a unique output.

17        Q.   And is that the output that was output by

18   the machine?

19        A.   Yes.  In -- in the finality.

20        Q.   So you would get a certain result if you

21   were to determine the sequence based on the 0

22   position, correct?

23        A.   You'd get a certain result if you -- yeah,

24   I think I understand what you're saying.  If you

25   know what the 0 position is and you query 0, 1,

1    right word for that?  They change from being not

2    fully determined to fully determined; that's the

3    best I can do off the top of my head.

4         Q.  Okay.  So the way that the readings in the

5    last round go from being not fully determined to

6    being fully determined is by tracing back to the

7    readings in a previous round; is that correct?

8              MR. IZRAELEWICZ:  Objection.

9              THE WITNESS:  Tracing back isn't -- isn't

10             really what's important -- or I don't even

11             quite understand what tracing back means.

12             The fact of the matter is you accumulate

13             more and more information every time you take

14             a series of pictures.  At some point, all of

15             the information you've gathered becomes

16             sufficient to identify at least one nucleotide

17             -- to determine the identity of at least one

18             base in the target polynucleotide, and at that

19             time maybe more than one.  And then at other

20             cycles or other rounds, information becomes

21             available that now allows the determination of

22             more of the identities of the bases.

23   BY MR. COMER:

24        Q.  Are you familiar with the function in

25   SOLiD that aligns the color readings to a

Page 100

1    reference?

2        A.   I'm aware there is such a function.

3        Q.   How are you aware of?

4        A.   By reading the ABI materials.

5        Q.   And is the function of that to try to find

6    where that color space sequence aligns against a

7    color space reference?

8        A.   My understanding of the materials is that

9    that's the -- that's how the alignment is

10   conducted, yes.

11       Q.   Does that give any additional information

12   about the target when that alignment process is

13   carried out?

14       A.   About the target?  Well, it might; doesn't

15   have to.

16       Q.   How might it?

17       A.   If the target sequence and the information

18   being gathered about it as it is aligned with a

19   reference sequence contains a difference from the

20   reference sequence, that would be additional

21   information.

22            Furthermore, the reliability of -- of the

23   distinction as to whether or not the difference

24   observed is a real difference or a sequencing error

25   kind of difference, is -- is -- is rendered

Page 101

1    believable, or you can rely upon it based on the

2    nature of the changes you see in the colors.

3        Q.  So aside from finding a difference, what

4    about the part where the color sequence from the

5    fragment is aligned against the reference and it's

6    found where that fragment most likely lines up with

7    the reference sequence, does that give you any

8    information about the target sequence?

9        MR. IZRAELEWICZ:  Objection.  Vague and

10       ambiguous.

11       THE WITNESS:  Well, that's a sort of

12       circular kind of circumstance.  If it aligns

13       with the region, then the information you get

14       is that it aligns with the region.  If you

15       know something about the region, then by

16       inference, you know something about the

17       target.

18   BY MR. COMER:

19       Q.  So if you know the reference, then it

20   tells you the sequence of the fragment, right?

21       A.  Oh, I see what you're saying.  Yeah.  What

22   you know about the target -- excuse me -- what you

23   know about the reference is its sequence and that

24   tells you something about -- yes.

25           Let me amplify on that.  It actually

Page 102

1    affords an independent way of -- of processing the

2    information to convert it from images to the kind

3    of sequence you get out of a printer that people

4    read.  But it's no less determinative than the way

5    that you use by looking at the 0,1 query or other

6    overlapping queries.

7        Q.  What do you mean it's an independent way;

8    independent of what?

9        A.  Well, you had asked me earlier what if we

10   never queried the 0,1 position?  And I had said

11   that -- in response to that, that if you knew some

12   other base within, okay, that would give you the

13   sequence.

14        Well, one way of knowing some other base

15   within is by comparison to a reference.  So by that

16   -- that -- I'm in essence repeating my earlier

17   answer in different words.

18        Q.  So in your opinion, is SOLiD capable of

19   determining the sequence of the target just by

20   aligning to a reference without using the 0,1

21   position reading?

22        A.  In some instances that might be true.  But

23   I wouldn't -- I wouldn't imagine it to be a -- a

24   foolproof method.  If the target being sequenced

25   were such that it was unexpectedly different from

1    the reference sequence -- I mean, you expected it

2    to reflect what the reference sequence had.  But if

3    it somehow had numerous differences, then the

4    comparison might be an inadequate way of obtaining

5    sequencing information, in which case one would be

6    forced back upon the 0,1 query.

7            And my understanding is even when -- even

8    when the sequences are aligned, and inferentially,

9    the sequence data is inferred, that the reliability

10   of this is checked by going back and looking at the

11   0,1 query.

12       Q.  Do you know how the 0,1 query is used in

13   that alignment process?

14       A.  Do I know how it's used in the alignment

15   process?  Well, since the 0 position isn't in the

16   reference sequence, I'm not quite sure how the 0,1

17   query would be used in the alignment process.  With

18   the reference, I assume you mean.

19       Q.  Right.  So when is it used in the process

20   of determining the final sequence?

21       A.  When is it used?

22           MR. IZRAELEWICZ:  Objection.  Vague and

23           ambiguous.

24   BY MR. COMER:

25       Q.  Yeah.  You were just talking about how it

Page 104

1    gets used.  I'm just wondering what's your

2    understanding of when in the process it is used?

3            MR. IZRAELEWICZ:  Objection.

4        Mischaracterizes.

5            THE WITNESS:  Well, the question of when

6        it is used, that is, to confirm the

7        reliability of lining up with a reference, is

8        sort of a red herring, because the question

9        within the scope of the patent is when is the

10       identity of the base determined.

11           You know, the identity of certain bases is

12       determined when the 0,1 query is made.  Now,

13       if you or the machine or ABI chooses not to

14       look at that until some later date, I can't

15       stop them from doing that, but it doesn't

16       change the fact that the identity base has

17       been determined.

18   BY MR. COMER:

19       Q.  Is that what SOLiD does?  Does it look at

20   the 0,1 data after all the cycles are complete?

21       A.  I understand that it looks at the 0,1

22   query to ensure that the sequence that is inferred

23   by matching is in fact a good -- a good, true

24   sequence.

25           Let me -- let me say, just so we're not

1    contain nucleotide sequence information to be

2    obtained, which nucleotide sequence information to

3    be obtained is the same.

4            In other words, when one does the series

5    of reactions, one gets from this aliquot

6    information which is -- boy -- just to say, that if

7    one did complete sequencing by the Macevicz method

8    in this aliquot and complete sequencing by the

9    Macevicz method in this other aliquot, the complete

10   sequences would be the same.  Understand that each

11   aliquot -- not complete, less than complete

12   sequence information is being determined or may be

13   being determined.

14       Q.   Okay.  The claim continues on to say, "But

15   the initializing oligonucleotide in each duplex is

16   bound to a different sequence of the target

17   polynucleotide."

18            Now, the initializing oligonucleotide is

19   what we've been referring to as the primer, right?

20       A.   Yes.  That's the -- the SOLiD system name

21   is the primer, and the initializing oligonucleotide

22   is the patent term, but those two terms, I think

23   everybody agrees refer to the same functional

24   molecule.

25       Q.   Okay.  So what does it mean that the

Page 128

1    oligonucleotide probe, can it be hybridized to the

2    initializing oligonucleotide probe or attached to,

3    linked to?  I don't think that I understand the

4    sense and the premise of the question.

5        Q.  Well, the bridge probe -- so first -- your

6    understanding is that first the primer is

7    hybridized to the P1 adapter, correct?

8        A.  Primer, yes.

9        Q.  And then after that, a bridge probe is

10   added and the bridge probe will hopefully hybridize

11   next to the primer, correct?

12       A.  Correct.

13       Q.  And then it will be ligated to -- the

14   primer and the bridge probe will become ligated,

15   right?

16       A.  That's true.

17       Q.  So the bridge probe is something that can

18   be ligated to an initializing oligonucleotide

19   probe, right?

20       A.  No.  No.  No.

21       Q.  Why not?

22       A.  Because in those rounds where a bridge

23   probe is used, the primer is not being used as an

24   initializing oligonucleotide probe.  The

25   initializing oligonucleotide probe isn't complete

180

1                        CERTIFICATE
2    Commonwealth of Massachusetts
3    Suffolk, ss.

4

5         I, Dana Welch, Registered Professional
6    Reporter, Certified Realtime Reporter and Notary
7    Public in and for the Commonwealth of
8    Massachusetts, do hereby certify that KEITH C.
9    BACKMAN, Ph.D., the witness whose deposition is
10   hereinbefore set forth, was duly sworn by me and
11   that such deposition is a true record of the
12   testimony given by the witness.
13        I further certify that I am neither related
14   to nor employed by any of the parties in or counsel
15   to this action, nor am I financially interested in
16   the outcome of this action.
17        In witness whereof, I have hereunto set my
18   hand and seal this 30th day of June, 2007.
19
20                         _Dana Welch_____
21                         Dana Welch
22                         Notary Public
                           My commission expires:
                           October 22, 2010
23
24
25

EXHIBIT K