Page 1

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4    --------------------------- x
      APPLERA CORPORATION -
 5    APPLIED BIOSYSTEMS GROUP,
      a Delaware corporation,
 6
                 Plaintiff,
 7
      v.                                          Case Number
 8                                                C07 02845 WHA
      ILLUMINA, INC, a Delaware
 9    corporation, SOLEXA, INC.,
      a Delaware corporation,
10    and STEPHEN C. MACEVICZ,
      an individual,
11
                 Defendants.
12    --------------------------- x
13
14         DEPOSITION OF JOHN QUACKENBUSH, Ph.D., a
15      witness called by and on behalf of the
16      Plaintiff, taken pursuant to the applicable
17      provisions of the Federal Rules of Civil
18      Procedure, before Dana Welch, CSR, Registered
19      Professional Reporter, Certified Realtime
20      Reporter, and Notary Public, in and for the
21      Commonwealth of Massachusetts, at Regus
22      Center, 60 State Street, Suite 700, Boston,
23      Massachusetts, on July 1, 2008, commencing at
24      8:59 a.m.
25
```

Page 36

```
 1        Q.  Do you have any grants to develop new
 2   sequencing methods?
 3        A.  To develop new sequencing methods
 4   explicitly?  This grant from the Aid for Cancer
 5   Research Foundation was really focused on a
 6   proposal I wrote to try to develop approaches that
 7   would allow us to take advantage of these ovarian
 8   cancer samples.
 9            So the funding we have -- we just got
10   notification yesterday in fact the money will be
11   arriving soon.  The funding we have is really
12   focused on developing and applying those
13   technologies to ovarian cancer.
14            That's probably at -- well, let me think.
15   We probably -- we have some other small internal
16   funding from competitions in SPORE projects, so
17   SPOREs are large program projects awarded to cancer
18   centers for exploratory funding to develop
19   approaches to analyzing ovarian and breast cancer
20   samples.  And some of that involves sequencing and
21   sequencing methodologies and analysis of sequence
22   data.
23        Q.  Did you play any role in the Human Genome
24   Project?
25        A.  As I mentioned earlier, I was at Stanford
```

```
 1    and I played roles in a number of other
 2    organizations in the Human Genome Project.
 3        Q.  Was the Stanford project part of the Human
 4    Genome Project?
 5        A.  So I began my career at the Salk
 6    Institute, my career in the biological sciences at
 7    the Salk Institute.  My initial grant that launched
 8    my career in the biological sciences was from the
 9    National Center for Human Genome Research, what is
10    now the National Human Genome Research Institute.
11            I received a five-year fellowship to work
12    on the genome project.  So this was a fellowship
13    called SERCA, Special Emphasis Research Career
14    Award.
15            I began that award at the Salk Institute.
16    And at the Salk, I was involved in a number of
17    aspects associated with the Human Genome Project.
18    Part of that was leading, eventually, after --
19    actually, after about three months at the Salk,
20    leading the effort to produce a physical map of
21    human chromosome 11.
22            I was involved there in developing DNA
23    sequencing approaches and DNA sequencing
24    methodologies, in part because we needed to
25    generate markers on human chromosome 11; in part
```

1   because we were working on trying to develop new
2   approaches to sequencing the genome.  And so that
3   involved a combination of laboratory work as well
4   as computational work to try to devise appropriate
5   strategies to sequence large stretches.
6           And this was at a time when the final
7   strategy for sequencing the human genome had not
8   yet really been fully developed and fleshed out.
9   That was something that didn't happen for at least
10  another eight or nine years.  So I worked with the
11  group at the Salk Institute on mapping and
12  sequencing the human genome.
13          I also at that time worked with a number
14  of programs at the Department of Energy.  As you
15  may or may not know, the Human Genome Project
16  really began at the Department of Energy, not at
17  the National Institutes of Health, in large part
18  because the Department of Energy had a mandate to
19  study the effects of ionizing radiation, which led
20  them to develop a strong program in human genetics.
21          And so the genome project got its start at
22  the Department of Energy.  And some of the early
23  centers that did a lot of work were at Department
24  of Energy laboratories, Los Alamos, Lawrence
25  Livermore, Lawrence Berkeley labs.

```
 1              And I was invited while I was at the Salk
 2     to evaluate projects associated with the Human
 3     Genome Project at the Department of Energy, at Los
 4     Alamos and at Lawrence Livermore.
 5              I then went to Stanford after working at
 6     the Salk and worked with the Stanford Human Genome
 7     Center where I had responsibility for establishing
 8     this large-scale sequencing laboratory, largely
 9     based on the expertise I had demonstrated in
10     sequencing and sequencing technologies while at the
11     Salk.
12              I -- in 1997, I moved to the Institute for
13     Genome Research in Rockville, Maryland, an
14     organization which was founded by Craig Venter, who
15     you may know was involved with Solera Genomics and
16     sequencing the Human Genome Project there.
17              When I arrived at TIGR, TIGR had a project
18     to sequence a portion of the human genome.  I
19     believe it was a part of human chromosome 17,
20     although I may be mistaken about that.  I worked
21     peripherally with that group, helping develop
22     sequencing technologies.
23              I had a summer student who developed a new
24     sequencing vector, a bacterial plasmid based on a
25     vector that we had developed at Stanford.  Her name
```

Page 40

1   was Janice Kim.  She was a high school student.  I
2   was very proud of the fact that she developed the
3   sequencing vector that was used at TIGR for a
4   number of years.  And it's in GenBank as pUC-jk, so
5   you can find the record if you're interested.  So I
6   worked on developing that DNA sequencing vector at
7   the Institute for Genomic Research.
8           My initial project and focus with internal
9   funding from TIGR was to sequence full-length human
10  genes using cDNA libraries that were developed at
11  TIGR and computational approaches, and we did some
12  of that work.
13          We also generated a -- clone collections
14  for making DNA arrays and looking at gene
15  expression patterns; that project involved a
16  significant amount of sequencing work.
17          I was involved in a number of bacterial
18  sequencing projects while at TIGR; that's probably
19  what TIGR is best known for is sequencing bacteria,
20  including some orchil species and Borrelia
21  burgdorferi, which is the organism which causes
22  Lyme Disease; Treponema pallidum, which is the
23  organism which is responsible for syphilis, and
24  probably a number of others.
25          And then in January -- or sorry -- March

Page 41

```
 1    of 2005, I came to Dana-Farber.  And my work has
 2    largely focused there, as I mentioned, on what I
 3    would call applications of the Human Genome
 4    Project, you know, really looking at how we use the
 5    data and interpret the data to better understand
 6    human disease.
 7            In -- over the years I've had close
 8    associations with many people at various institutes
 9    at the NIH associated with the genome project.  For
10    example, I know Frances Collins quite well and
11    exchanged a number of e-mails with him after he
12    decided to step down as director of NHGRI.
13       Q.  Are you an expert on the software used in
14    DNA sequencing methods?
15       A.  I am very familiar with the software
16    that's used in DNA sequencing.  I'm -- I would
17    consider myself expert in some aspects, probably
18    not all aspects.  You know, there's really a great
19    amount -- a wide variety of software tools that are
20    used in DNA sequence and DNA sequence analysis.
21            And if you had specific examples, I could
22    tell you, you know, my relative level of expertise.
23    You know, I think in general my level of expertise
24    is probably higher than that of the average
25    biologist because of my background and training.
```

1   But I wouldn't consider myself the expert in all
2   aspects.
3       Q.  Do you consider your level of expertise to
4   be higher than Gene Meyers?
5       A.  In what specific applications?
6       Q.  Well, have you looked at the software used
7   in SOLiD?
8       A.  No, I haven't.
9       Q.  You were working at Stanford in 1995,
10  right?
11      A.  I started at Stanford in, I believe
12  September 1st, 1994, so I was at Stanford in 1995.
13      Q.  At that time, were you aware of the
14  Whiteley patent?
15      A.  No.  I was not.
16      Q.  Did you know about Norm Whiteley at all?
17      A.  No.  I don't know Norm at all.
18      Q.  Okay.  Did you know about the Landegren
19  patent?
20      A.  I don't -- I didn't know about the patents
21  themselves.  I was familiar with the technology in
22  both of these patents, the oligo ligation assay.
23      Q.  How were you familiar with that?
24      A.  I couldn't point you to the exact
25  publications, but there were a number of

Page 57

1  polynucleotide of unknown sequence and a binding
2  region.  So that would suggest to me that in fact
3  that template is comprised of both those elements.
4      Q.  So the way Macevicz uses the term "target
5  polynucleotide," in your view, does it include the
6  binding region?
7          MR. IZRAELEWICZ:  Objection.  Vague and
8      ambiguous.
9          THE WITNESS:  So if we refer back to
10     claim 1, claim 1 describes a method for
11     determining a sequence of nucleotides in a
12     target polynucleotide, a method comprising the
13     following steps.  And if we refer back to
14     figure 1, what we're told is the template
15     which is used for DNA sequence comprises the
16     polynucleotide and this binding region.
17 BY MR. COMER:
18     Q.  Okay.  So that the template is made up of
19  the binding region and the target polynucleotide;
20  is that correct?
21     A.  Well, according to what's in column 4, the
22  template comprises a polynucleotide of unknown
23  sequence and a binding region.  And that's what's
24  shown in figure 1.
25     Q.  So the -- the target sequence is what's

Page 58

1    shown by 50 in figure 1; is that right?
2           MR. IZRAELEWICZ:  Objection.
3           THE WITNESS:  Well, according to the
4       figure legend, which is in column 4, the
5       template 20, which is that entire stretch of
6       DNA, all right, which starts from that ball
7       which represents what's described here in
8       column 4 as a solid support, 20 is the
9       template and it's comprised of the
10      polynucleotide 50, which is this portion on
11      the right-hand side of the figure to the right
12      of the dotted line, and the binding region,
13      which is to the left of that dotted line.
14   BY MR. COMER:
15      Q.  Okay.  Now, on figure 1, so it has -- 10,
16   item 10, that's the bead, right?
17      A.  Well, according to the legend here, it's
18   attached to a solid phase support.  So it doesn't
19   specify exactly what that support is here.  I
20   believe there are other places in this patent which
21   describe a number of different supports that can be
22   used.  But in the figure here, there's no
23   specification as to what precisely that solid
24   support is.
25      Q.  Okay.  10 is a solid support then?

268

1                            CERTIFICATE

2 Commonwealth of Massachusetts

3 Suffolk, ss.

4

5        I, Dana Welch, Registered Professional

6 Reporter, Certified Realtime Reporter and Notary

7 Public in and for the Commonwealth of

8 Massachusetts, do hereby certify that JOHN

9 QUACKENBUSH, Ph.D., the witness whose deposition is

10 hereinbefore set forth, was duly sworn by me and

11 that such deposition is a true record of the

12 testimony given by the witness.

13        I further certify that I am neither related

14 to nor employed by any of the parties in or counsel

15 to this action, nor am I financially interested in

16 the outcome of this action.

17        In witness whereof, I have hereunto set my

18 hand and seal this 7th day of July, 2008.

19

20                        _____

21                        Dana Welch
                         Notary Public

22                        My commission expires:
                       October 22, 2010

23

24

25

EXHIBIT L