Page 1

```
 1                              Volume 1
                          Pages 1 - 176
 2

 3            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
 4              SAN FRANCISCO DIVISION
             Case No. 07-CV-02845 WHA
 5

    APPLERA CORPORATION- APPLIED            )
 6  BIOSYSTEMS GROUP, a Delaware            )
    Corporation,                           )
 7          Plaintiff/Counterdefendant,    )
                                           )
 8     -vs.-                               )
                                           )
 9  ILLUMINA, INC. A Delaware corporation,)
    SOLEXA, INC., a Delaware corporation, )
10  and STEPHEN C. MACEVICZ, an            )
    individual.                            )
11          Defendant/Counterclaimants    )
12          C O N F I D E N T I A L
                ATTORNEYS' EYES ONLY
13

14    RULE 30(b)(6) DEPOSITION OF APPLERA
15  CORPORATION-APPLIED BIOSYSTEMS GROUP, taken
16  pursuant to the provisions of the Federal Rules
17  of Civil Procedure, before Lisa W. Starr, a
18  Registered Professional Reporter/Certified
19  Realtime Reporter and Notary Public in and for
20  the Commonwealth of Massachusetts, at Foley &
21  Lardner, 111 Huntington Avenue, Boston,
22  Massachusetts on May 20, 2008, commencing at 9:12
23  a.m.
24
```

APPLERA vs. ILLUMINA, et al                                                    Gina Costa

```
 1      Q.    What are they being used for now?

 2      A.    To run SOLiD sequencing.

 3      Q.    So they're being used to do sequencing

 4   now, okay.  Are all of these instruments doing

 5   2-base encoding sequencing at this time?

 6      A.    Every one of them.

 7      Q.    Were any of these instruments ever used

 8   to do 1-base encoding sequencing?

 9      A.    There were some of our earlier

10   instruments in the early part of the R and D

11   production with Agencourt that did single-based

12   encoding.

13      Q.    Any of those early instruments still in

14   use?  Is there a name, for example, Grace or Flo

15   or Rose?

16      A.    Amy and Flo.

17      Q.    Those are the only two?

18      A.    Those are the early instruments.

19      Q.    Are these the only ones that were ever

20   used to do 1-base encoding sequencing?

21      A.    Yes.  And there is no difference between

22   those and the others.

23      Q.    They're the same instrument?

24      A.    Yes.
```

EXHIBIT M

APPLERA vs. ILLUMINA, et al                                    Gina Costa

May 20, 2008                                                          .

Page 37

1      Q.    So the difference between doing the

2    1-base encoding and 2-base, the machine itself

3    doesn't care what you're putting into it.   It's

4    just images and ligation chemistry; as far as the

5    machine is concerned, it's on the pipeline and

6    looking at the data that you have to take into

7    account the differences between the chemistries;

8    is that right?

9      A.    That is true.   It is a combination of

10   software and reagents used.

11     Q.    So, with different probes, different

12   ligation probes that are used?

13     A.    Um-hmm.

14     Q.    They're divided into different sets.   And

15   you have to have different analysis software to

16   take into account the differences in the reagents

17   that you're putting in?

18     A.    And different fluidics, incubations as

19   well.

20     Q.    So, length of time?

21     A.    Incubation times, temperatures.   Things

22   are very different.

23     Q.    So we'll leave Exhibit 89, I think, for

24   the last time.

APPLERA vs. ILLUMINA, et al                                        Gina Costa

May 20, 2008
.

```
 1              MR. PENDLETON: I'd like to ask the

 2    court reporter to mark the next exhibit.

 3                        (Bates numbers AB

 4    00137621 through 137680 was marked as Exhibit No.

 5    91 for identification)

 6              THE VIDEOGRAPHER:    The time is 9:53.

 7    We're off the record.

 8                        (A recess was taken).

 9              THE VIDEOGRAPHER:    The time is

10    10:00.  We are back on the record.

11    Q.    So, Dr. Costa, I've offered you an

12    exhibit that's marked Exhibit 91.  The exhibit

13    bears Bates numbers AB 00137621 through AB

14    00137680.

15        Do you recognize this document?

16    A.    I do.

17    Q.    Can you identify this exhibit for the

18    record?

19    A.    A presentation I gave at a conference

20    called CGET, which is Cancer Genomics and

21    Emerging Technologies.

22    Q.    Why was this document created?

23    A.    It's a presentation I gave.

24    Q.    So you created it?
```

EXHIBIT M

APPLERA vs. ILLUMINA, et al                                          Gina Costa
                              May 20, 2008                                .

1     A.    I did.

2     Q.    Okay.  Was this document created in the

3  ordinary course of business at Agencourt?

4     A.    It was.

5     Q.    Flip to the third page entitled

6  "Workflow" and bearing Bates No. 137623.  Is this

7  the general outline of the workflow in the SOLiD

8  System?

9              MR. COMER:  Objection:  Vague.

10     Q.    What is described on this page?

11     A.    It's a scheme of workflow that can be

12  done.

13     Q.    Workflow for what system?

14     A.    The SOLiD System.

15     Q.    So workflow in the SOLiD System begins

16  with application-specific sample preparation?

17     A.    Correct.

18     Q.    And this is what you were describing

19  earlier as being fragment library preparation or

20  mate-paired library preparation?

21     A.    Um-hmm.

22     Q.    The next step is emulsion PCR and

23  substrate preparation?

24     A.    Um-hmm.

APPLERA vs. ILLUMINA, et al                                                          Gina Costa

May 20, 2008

.

Page 40

1      Q.     And that step refers to, again what you

2   described earlier, getting the DNA onto the

3   beads, for lack of a better word?

4      A.     Correct.   Producing their template beads,

5   yes.

6      Q.     Following those two steps in this diagram

7   shows that there are then alternating cycles of

8   sequencing chemistry and imaging and basecalling.

9   Is that correct?

10     A.     No.   In the case of where you have a

11  fragment library, you have what we term a tag of

12  unique sequence that is processed.   In that case,

13  that fragment library, you take your beads,

14  deposit them onto a slide, you run the SOLiD

15  chemistry, and then you do your imaging, and your

16  secondary analysis can be initiated.

17          But now if you're running a mate-paired

18  library, you can go back and initiate, while

19  primary analysis is happening for that first tag,

20  you can go back and initiate the chemistry for

21  the second tag.

22     Q.     So, alternating cycles of sequencing

23  chemistry and imaging and basecalling is only

24  true if you're doing a fragment library?

EXHIBIT M

APPLERA vs. ILLUMINA, et al                                            Gina Costa
                              May 20, 2008
                                                                            .

1     A.    No.   What you do is you set up your

2     sequencing run, and you're doing your imaging and

3     your chemistry, and you complete a tag.   When

4     that is done, then you go onto data analysis.

5     Q.    Okay.  Which is the last --

6     A.    Right.

7     Q.    Sorry if I cut you off.

8     A.    What happens in the course of when you

9     have a mate-paired library, there are two tags.

10    So what you can do is generate the sequencing

11    chemistry off the first 25 bases of information,

12    and then initiate, then go ahead and that gets

13    processed in primary and secondary analysis.  But

14    during that time, those files can be processed,

15    you can initiate in a mate-paired run the second

16    tag.

17    Q.    Okay.  Fine.  If you'll turn to slide 4,

18    this shows diagrammatically what a fragment

19    library and a mate-paired library look like,

20    correct?

21    A.    Um-hmm.  Again, it highlights the two

22    options the user has.

23    Q.    Looking ahead at the next three or four

24    slides beginning with AB 00137625 and ending with

APPLERA vs. ILLUMINA, et al                                      Gina Costa

1    AB 00137628, my question is, this outlines the

2    basic steps for creating both of the types of

3    libraries we've just discussed.  If you'll look

4    through the documents, let me know if you agree

5    with me or not.

6        A.    Correct.

7        Q.    And so, flipping onto beginning with

8    Bates number AB 00137629, slide 9, this begins

9    the description of the emulsion PCR steps.  And

10   that continues for the next four pages to slide

11   12; is that correct?

12       A.    Correct.

13       Q.    So, looking at slide 12 bearing Bates

14   number AB 00137632, after you've done your

15   emulsion PCR steps, diagrammed on slides 9, 10,

16   and 11, you end up with tiny beads with DNA

17   attached that you then collect, correct?

18       A.    Correct.

19       Q.    And the substrate DNA is attached at its

20   5' end to the beads?

21       A.    5' end.

22       Q.    Is it always so attached?

23       A.    Always attached.

24       Q.    And the substrate DNA is single stranded

APPLERA vs. ILLUMINA, et al                                                    Gina Costa
May 20, 2008
.

Page 43

1    or double stranded?

2        A.    At what part of the process?

3        Q.    At this point in the process when you've

4    just made the templates, just attached the

5    templates to the beads?

6        A.    It is single stranded.

7        Q.    Looking at slide 13 bearing Bates number

8    AB 00137633, the beads with the attached template

9    strands are then attached to a glass slide?

10       A.    They are.

11       Q.    And the commercial SOLiD System practices

12   this step, attaching the beads to a slide?

13       A.    Yes.

14       Q.    Now, these beads are all separate

15   substrate attached beads for the sequencing run?

16       A.    Um-hmm.

17       Q.    Now, at the level of abstraction that I

18   see on this slide, all of these beads look

19   identical.  But that doesn't mean, does it, that

20   all of these beads have the exact same pieces of

21   DNA attached to them, does it?

22       A.    Correct.

23       Q.    You actually have, even though these

24   beads look identical, you actually have a very

APPLERA vs. ILLUMINA, et al                                    Gina Costa

.

1    large number of different sequences represented

2    on those beads?

3        A.    Correct.

4        Q.    Will there be many beads that actually

5    have the same sequence within the population of

6    all the beads that are on the slide?

7        A.    No, it's not likely.

8        Q.    So, almost every bead will have a

9    completely different sequence, or at least a

10   completely, different by one or more nucleotide

11   positions?

12       A.    It's a unique cassette across the genome

13   that has been sampled, yes.

14       Q.    Has AB done any studies to see that there

15   are not multiple beads with the same DNA sequence

16   attached to them?  Has AB done any studies to

17   show that?

18       A.    You can have molecules represented more

19   than once.

20       Q.    Okay.  So you might have a few beads with

21   we'll call it sequence 1, and five or ten beads

22   with sequence 2, but overall you have a very

23   large number of sequences across all the beads?

24       A.    Correct.

APPLERA vs. ILLUMINA, et al                                    Gina Costa

May 20, 2008
.

Page 45

```
 1      Q.    How many beads are on a slide?

 2      A.    You can deposit on the order of 200

 3   million per slide.

 4      Q.    Who gets the job of counting all those?

 5   Whoever is out of favor at the lab?

 6      A.    Computationally derived.

 7      Q.    Sure.  I jest.

 8            So looking at the entire population then

 9   of 200 million beads, is it fair to say that

10   having chopped up our DNA into pieces, most of

11   those pieces will be represented on multiple

12   beads on the slide several times?

13            MR. COMER:  Objection:  Vague.

14      A.    It's vague.  You'll have to be more

15   clear.

16      Q.    Okay.  Are most sequences from the

17   fragment library, for example, that you create

18   expected to be present on more than one bead in

19   the bead population that's deposited on the

20   slides?

21      A.    That's dependent on, for instance, if you

22   know that you have 200 million beads.  And let's

23   say you have a very small genome, let's say it's

24   DH10b, which is only 4 meg, which is 4 million,
```

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008
                                                                        .

                                                              Page 46

1    you would expect that that genome would be

2    covered at a higher level than if you were to

3    take a more complex genome, like human, that has

4    three billion bases.  So now that string of DNA

5    is much longer.  It is more likely that in a very

6    small genome, molecules can be represented more

7    than once due to coverage.

8        Q.    So, it's dependent on the size and

9    complexity of the genome, but, in any case, it

10   would have to be empirically determined what the

11   level of coverage would be in a particular

12   library?

13       A.    Yes, because the prep of the library can

14   vary as well.

15             MR. PENDLETON: I'd like the court

16   reporter to mark what will be Exhibit 92.

17       Q.    Keep 91 with you.  Actually, I'll wait.

18                        (ILL 051205 through 1241,

19   Sequencing By Oligonucleotide Ligation and

20   Detection, was marked as Exhibit No. 92 for

21   identification).

22       Q.    I've presented you with a document,

23   Exhibit 92, which on the first page is entitled

24   SOLiD Systems Oligonucleotide Ligation and

EXHIBIT M

APPLERA vs. ILLUMINA, et al                                          Gina Costa
                              May 20, 2008                               .

Page 56

1    I want to ask a more specific question.

2              Does that mean after the ligation step it

3    takes a picture?  There's also a cleavage step,

4    right?

5        A.    So what happens is you first have to

6    interrogate your slide for where the XY

7    coordinates for each bead are.  That is done

8    first.

9        Q.    And that's using the method that you've

10   been describing where you put in a label primer

11   complimentary to P2, it lights up all of the

12   beads on the slide because all of the productive

13   beads have a P2 at their 3' end, and they glow.

14   And then the computer can look and see where the

15   ligation of the beads are, map the location of

16   the beads, correct?

17       A.    Correct.  It gives them an XY coordinate.

18       Q.    That's before you've done any rounds of

19   ligation chemistry.  So you do your first round

20   of ligation chemistry.  You've ligated on a

21   ligation probe.  Is that when the image is taken,

22   after that ligation step is complete?

23       A.    You first ligate down a primer sequence,

24   which ligates only to the known adapter sequence.

APPLERA vs. ILLUMINA, et al                                        Gina Costa
May 20, 2008                                          .

Page 57

1    Then you add your probe mixtures with ligase is.

2    And those probes allow identification of color in

3    four channels.  And the images from those four

4    channels are collected.

5       Q.    After the ligation step in the cycle that

6    you've just described?

7       A.    Yes.

8       Q.    Does the SOLiD System store the images

9    after it obtains them?

10      A.    It does.

11      Q.    Does it store the images prior to the

12   cleavage step?

13      A.    The image directories are saved all the

14   way until the end of the run.

15      Q.    So, is the storage -- so after it takes

16   an image, is the storage of that image completed

17   prior to the cleavage step occurring?

18      A.    Yes.

19      Q.    So, the four panels on this document,

20   page 33, ILL 051357 to orient us in the record,

21   there are four small panels on the right side of

22   this document.  It has colored dots on it:  Blue

23   at the top, green, orange, and red.  Correct?

24      A.    Um-hmm.  And those --

APPLERA vs. ILLUMINA, et al                                      Gina Costa
May 20, 2008
.

Page 61

```
 1      A.    Um-hmm.

 2      Q.    So what is red?  Texas yellow?

 3      A.    Cy5.  These are pseudo colored, remember.

 4      Q.    They can be any color you want them to be

 5 as long as they're different?

 6      A.    Exactly.

 7      Q.    I think that I'm ready to go back to

 8 Exhibit 91.  Turn to slide 14 bearing Bates

 9 number AB 00137634.  This slide describes the

10 chemical structure of a type of 1-base encoding

11 labeled ligation probe, correct?

12      A.    Correct.

13      Q.    Now AB has either made or had made on its

14 behalf labeled ligation probes having these

15 structures, correct?

16            MR. COMER:  Objection:  Vague.

17      A.    Not correct.

18      Q.    Okay.  Let's go through what's actually

19 described here.  Do these -- what's actually

20 drawn here doesn't represent an actual single

21 probe, does it?

22            MR. COMER:  Objection:  Vague.

23      A.    Vague.

24      Q.    Is there a nucleotide position N?
```

APPLERA vs. ILLUMINA, et al                                                          Gina Costa
.

1     A.     There is.

2     Q.     And what does that stand for?

3     A.     N is all four bases.  That stands for

4  degenerate at that position that all four bases

5  are represented.

6     Q.     That doesn't mean that there's one probe

7  with all four bases at that position; it means

8  there's four probes, one that has an A at the

9  position, one that has a T, one that has a G and

10  one a C; is that correct?

11     A.     Correct.

12     Q.     And similarly for our N positions?

13     A.     Correct.

14     Q.     What these drawings actually represent

15  are a pool of probes?

16     A.     Correct.

17     Q.     So I will repeat my question with that

18  understanding.  AB has made or had made on its

19  behalf pools of labeled ligation probes sharing

20  the structures described on this slide, correct?

21     A.     No.  Those were designs used by

22  Agencourt.

23     Q.     Okay.  For clarity, when I ask about AB,

24  I mean the definition of AB provided in the

APPLERA vs. ILLUMINA, et al                                              Gina Costa
                                    May 20, 2008
                                                                              .

                                                                      Page 63

1    Notice of Deposition, which would be successor

2    companies and predecessors, including Agencourt.

3    If I'm asking about Agencourt, I'll ask

4    specifically about those.  But in general, AB

5    means AB's predecessors as well.  So I'm sorry

6    for the confusion.

7            So Agencourt had these kinds of probes

8    made?

9        A.    We did.

10       Q.    Now, they don't represent single probes;

11   they represent a set of pool of probes sharing

12   certain characteristics?

13       A.    Correct.

14       Q.    So let's go through the characteristics.

15   And so, the probe pools are diagrammed in this

16   way for the sake of simplicity.  So you don't

17   have to write out every possible probe of the

18   structure; it's easier to write a simple

19   structure that a person of skill in the art would

20   understand.  They look at it and understand

21   what's listed there?

22       A.    Correct.

23       Q.    These are octamers, and that means they

24   are 8 nucleotides in length?

APPLERA vs. ILLUMINA, et al                                              Gina Costa
                                  May 20, 2008
                                                                                .

                                                                        Page 64

1      A.    Correct.

2      Q.    Starting from the 3' end, the first four

3    positions for each probe pool are labeled with

4    the letter N, meaning that they are degenerate.

5    And we've already discussed what that means,

6    correct?

7      A.    Correct.

8      Q.    The nucleotide at the 3' end of the probe

9    has a hydroxyl?

10     A.    Correct.

11     Q.    So does the Z residue at the 5' end?

12     A.    Hydroxyl?

13     Q.    Yes.  It doesn't --

14     A.    Yes.

15     Q.    So the Z at the 5' end stands for

16   universal base?

17     A.    It does.

18     Q.    What is the universal base that Agencourt

19   used?

20     A.    Inosine.

21     Q.    And what does universal base mean?

22     A.    Normally in DNA, G pairs with C; A pairs

23   with T.  Universal bases don't have a context of

24   pairing.  They pair with all bases at mostly the

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

Page 65

1    same efficiency.

2        Q.    So they're promiscuous.   They can form a

3    bond with whatever base happens to be across from

4    them?

5        A.    They can universally hydrogen bond or

6    pair with the other bases.

7        Q.    Why not use universal bases at all

8    positions?   In other words, why make a big pool

9    of probes with degenerate positions at positions

10   1 through 4 going from the 3' end.  Why not make

11   them all?

12       A.    Very early on, we used an enzyme called

13   T4 DNA ligase.   That ligase takes an octameric

14   probe, and we know based on early studies it has

15   to be an 8-mer.

16       Q.    To clarify, do you mean if it's not at

17   least an 8-mer, it can be longer?

18       A.    In our system, to be longer, yes.   The

19   fidelity of which it forms the junction that gets

20   ligated at the 5' phosphate and the 3' hydroxyl.

21   That junction is sometimes termed by an enzyme of

22   footprint.   It only has fidelity by our empirical

23   studies in the SOLiD System across the 5 bases,

24   the first five.   In this case, 3', first five

EXHIBIT M

APPLERA vs. ILLUMINA, et al                                        Gina Costa

May 20, 2008
.

Page 66

1  bases.

2      Q.    So that would be the four degenerate

3  positions and a position labeled Y?

4      A.    Um-hmm.

5      Q.    That's what the T4 ligase cares about.

6  It's not so concerned about the identity of bases

7  at 6, 7, and 8?

8      A.    Correct.  And for that reason, if you're

9  not interested in fidelity of those bases, why

10  increase the complexity of your probe pool

11  anymore because now you're at a complexity on the

12  order of 1024 or 256 for this.  It's a way of

13  just reducing the complexity of the probe pools

14  but still allowing the ligase to function.

15      Q.    Y -- I'd like to ask you about the

16  position Y.  The slide says "Y denotes fifth

17  position interrogation (A, C, G or T)."  What

18  does that mean?

19      A.    That means that you can use ligases, and

20  this is very much a tutorial slide because you're

21  now trying to explain how ligation sequencing

22  works.  And what we do is we know if you have

23  fidelity out that that fifth position, if you

24  were to set up an R and D experiment where you're

APPLERA vs. ILLUMINA, et al                                        Gina Costa
                              May 20, 2008
.

                                                              Page 76

1            Do you recognize this document?

2       A.   Yes.

3       Q.   Can you identify this exhibit for the

4   record, please?

5       A.   It's a presentation investigating

6   attrition in cycle ligation.

7       Q.   And why was this document created?

8       A.   To highlight the performance of 2-base

9   encoding.

10      Q.   So was this document created in the

11  ordinary course of business?

12      A.   Yes.

13      Q.   It was created at Agencourt?

14      A.   Yes.

15      Q.   If you'll turn to -- unfortunately, these

16  slides aren't numbered -- if you'll turn to the

17  page numbered Bates number AB 00121769 entitled

18  "SOLiD:  2-base encoding"?

19      A.   Correct.

20      Q.   The chemical structure drawn out is 3'

21  NNNXYSZZZ-Dye 5', correct?

22      A.   Correct.

23      Q.   This is an example, this structure, of a

24  4, 5-encoded 2-base encoding probe because it has

EXHIBIT M

APPLERA vs. ILLUMINA, et al                                                                Gina Costa

.

1    encoding positions X and Y, at positions 4 and 5

2    at the 3' end; is that correct?

3        A.    Yes.

4        Q.    So the interrogation positions are

5    labeled X and Y; is that correct?

6        A.    Um-hmm.

7        Q.    Is the structure shown here

8    representative of the 4, 5-encoded probe used in

9    the SOLiD System?

10       A.    Yes.

11       Q.    Turn back one page to AB 00121768

12   entitled "SOLiD:  2-base encoding:  4,

13   5-encoded."  There are sixteen structures based

14   on the four groups in the diagram here, correct?

15       A.    Yes.

16       Q.    And underneath the drawings it says:

17   "Still 1024 different molecules, just labeled

18   differently", correct?

19       A.    Correct.

20       Q.    So does that mean that setting aside the

21   fact that it has two interrogation positions and

22   the probes are sorted into different groups,

23   these probes otherwise have the same structure as

24   a 1-base encoding probe?

EXHIBIT M

APPLERA vs. ILLUMINA, et al                                          Gina Costa

May 20, 2008
.

Page 78

1                    MR. COMER:   Objection:   Vague.

2        A.    Define structure.

3        Q.    They have the same number of nucleotides?

4        A.    Correct.

5        Q.    They have hydroxyls at the 3' and 5'

6    ends?

7        A.    Correct.

8        Q.    They have a phosphorothiolate bond

9    between the fifth and sixth positions?

10       A.    Correct.

11       Q.    And they have a fluorescent dye attached

12   to the 5' universal base in the probe?

13       A.    Yes.

14       Q.    So, that, for future reference because

15   I'm going to ask you the same questions about 1,

16   2-encoding probes, is what I mean by other than

17   the positions of the interrogation positions,

18   they otherwise have the same structure, same

19   number of nucleotides, linkages between the

20   nucleotides, end groups, dyes, and that sort of

21   thing.  And if you're aware of any other

22   structural difference, please let me know.

23            So the phosphorothiolate bond, again,

24   here links the five bases at the 3' end with the

APPLERA vs. ILLUMINA, et al                                              Gina Costa
.

1    three bases at the 5' end, correct?

2         A.    Correct.

3         Q.    And AB has either made or had made on its

4    behalf 4, 5-encoded nucleotide probes having the

5    general structure shown here?

6         A.    Yes.

7         Q.    Again, that doesn't mean they have

8    synthesized a probe with the nucleotide ATGC at

9    the one position; this is representative of a

10   pool of nucleotides that would have been

11   synthesized, correct?

12        A.    Correct.

13        Q.    Now AB sells 4, 5-encoded labeled

14   oligonucleotide probes having these structures in

15   its Probe Mix 1?

16        A.    Correct.

17        Q.    And do you know what -- I'll ask you

18   later.    Withdraw the question.

19             Going back to the previous slide, forward

20   to the next slide that you looked at first, I

21   would like to ask you some questions about the

22   actual encoding system that's used here.    I see

23   the dyes in the table underneath the structure

24   that's drawn going left to right, FAM, Cy3, TXR,

APPLERA vs. ILLUMINA, et al                                      Gina Costa

May 20, 2008

Page 80

```
 1   which is Texas red.  It's a little bit different

 2   from what you spelled earlier, but it's the same

 3   thing?

 4       A.    It is.

 5       Q.    And Cy5?

 6       A.    Correct.

 7       Q.    So for convenience, I want to ask about

 8   this encoding system.  I'm going to refer to the

 9   XY interrogation positions as the XY pair for the

10   purposes of these questions.

11       A.    Okay.

12       Q.    Okay.  The table on this page shows the

13   dye that's assigned to each possible XY pair; is

14   that correct?

15       A.    Correct.

16       Q.    Okay.  So for the probes with XY pairs

17   AA, CC, GG, TT, the dye is FAM, correct?

18       A.    Correct.

19       Q.    And so, that dye would be pseudo-colored

20   blue, correct?

21       A.    Correct.

22       Q.    It has a distinct emissions spectra of

23   its own, which allows the pseudo color to take

24   place?
```

APPLERA vs. ILLUMINA, et al                                          Gina Costa
May 20, 2008                                                                .

Page 81

1      A.    Correct.

2      Q.    For the probes with XY pairs AA, CA, GT,

3   and GT, they've got the dye Cy3, and that's the

4   green dye?

5      A.    Correct.

6      Q.    For the XY pairs AG, GA, CT, and TC, all

7   of those pairs are associated with Texas red,

8   correct?

9      A.    Correct.

10     Q.    And that produces an orange color?  You

11  can pseudo color it anything you want to, I

12  suppose?

13     A.    Orange.

14     Q.    And finally XY pairs CG and GC, TT, and

15  TG.  That produces a pseudo color red, typically?

16     A.    Correct.

17     Q.    What's the significance of the numbers

18  above the names of the dyes in each of the

19  second, third, fourth, and fifth columns, 0, 1,

20  2, 3?  What does that mean?

21     A.    It's color space.

22     Q.    And so, what is color space?

23     A.    Color space is sequences that have a

24  certain color.  It's their transition.  So, for

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                            .

                                                        Page 82

1   instance, a homopolymer transition is represented

2   with a zero.  So in a 2-base encoding scheme,

3   when the FAM blue color is seen, there is a

4   transition from these sets of bases.  You don't

5   know which one, but it can either be an A to an

6   A, G to a G, C to a C, T to a T.

7       Q.   So, the 0, 1, 2, 3, is what the computer

8   assigns to that color?

9       A.   The color space, yes.

10      Q.   Please flip ahead to AB 00121774 entitled

11  "Two-Base probes without N-3 or N-4 primers."  Is

12  that N minus 3 or N minus 4?

13      A.   Yes.

14      Q.   So, 2-base probes without N minus 3 or N

15  minus 4 primers.  There is a structure labeled 1,

16  2, and it's XYNNNsIII---Dye, correct?

17      A.   Correct.

18      Q.   Now, this structure is representative of

19  probes where the XY pair is at positions 1 and 2,

20  correct?

21      A.   Correct.

22      Q.   And if we slip back to 121773, this probe

23  shows representative probes where the

24  interrogation positions are at the 1 and 2

APPLERA vs. ILLUMINA, et al                                    Gina Costa

May 20, 2008                                                           .

Page 83

1    positions, correct?

2        A.    Correct.

3        Q.    So I'm going to ask the question again

4    here, just remembering the caveat that I offered

5    before, other than the fact that it has two

6    interrogation positions and they're at the 1, 2

7    position, in all other respects the structure of

8    these pools of probes are the same as the 4,

9    5-encoded probes and the 1-base encoded probe

10   with regards to number of nucleotides, linkages,

11   end groups, dyes, etcetera, correct?

12       A.    Correct.

13       Q.    In fact, at the bottom here it says

14   "Still 1024 different molecules, just labeled

15   differently"?

16       A.    Correct.

17       Q.    And that's why it says that, just

18   basically shuffling around the labels.

19             AB has either made or had made on its

20   behalf 1, 2-encoded probes having the general

21   structure shown on AB 773, correct?

22       A.    Correct.

23       Q.    And these probes are in Probe Mix 2 that

24   is sold with the SOLiD System and used with the

Page 84

1    SOLiD System, correct?

2        A.   Correct.

3        Q.   If you'll turn back to AB 12 -- I'm

4    sorry, AB 00121762 entitled "SOLiD: Labeled

5    Ligation Probes."

6        A.   Yes.

7        Q.   This page has four drawings of 1-base

8    encoding probes where the interrogation position

9    is at position 5 from the 3' end, correct?

10       A.   Correct.

11       Q.   And this slide also says S indicates a

12   phosphorothiolate linkage, correct?

13       A.   Correct.

14       Q.   And on the right side of the page,

15   there's also a drawing labeled "Phosphorothiolate

16   Linkage," correct?

17       A.   Correct.

18       Q.   Does this drawing accurately represent

19   the structure of the phosphorothiolate linkage

20   that's found in the labeled ligation probes sold

21   with and for use in the SOLiD System?

22       A.   Correct.

23       Q.   Now, underneath here there's some text

24   explaining it.  Will you tell me what is meant by

APPLERA vs. ILLUMINA, et al                                          Gina Costa
                              May 20, 2008
                                                                            .

                                                                    Page 85

1    the first passage "S-P bond quantitatively

2    hydrolysed with AgNO3 at neutral pH"?  What does

3    that statement mean?

4        A.   It's a scissile bond between the

5    phosphate group and the sulfur that can be

6    cleaved in the presence of the silver ions at

7    neutral pH.  It's important that it's neutral pH

8    because that retains the structure of DNA.

9        Q.   And by scissile, S-C-I-S-S-I-L-E, you

10   mean cleavable?

11       A.   Cleavable.

12       Q.   Cuttable.  The second bit of the text

13   underneath there says:  "Removes dye, cleaves

14   oligo tail, and regenerates 5' phosphate in a

15   single step"?

16       A.   Correct.

17       Q.   What does that mean?

18       A.   What it states, you're able to remove the

19   three universal bases and the dye and leave

20   behind a 5' phosphate following the bases that's

21   a native DNA end.

22       Q.   That means looking at the structure on

23   this page, that means you get rid of the Z's, 6,

24   7, and 8, and the dye -- those are not even

APPLERA vs. ILLUMINA, et al                                    Gina Costa

1    that correct?

2        A.    Yes.

3        Q.    And then a C at position 20 in the fourth

4    round, correct?

5        A.    Correct.

6        Q.    And then a G at position 25 in the fifth

7    round would have been identified, correct?

8        A.    Correct.

9        Q.    All in the same manner through the

10   visualization step that we discussed before,

11   correct?

12       A.    Correct.

13       Q.    Now there's a slide 24 entitled "SOLiD:

14   4-color ligation reset."  What is happening at

15   the reset?  What happened to everything?  Where

16   is everything that was on there before?  What

17   happened to it?

18       A.    Reset means you melt off the synthesized

19   strand.

20       Q.    How do you melt it off?

21       A.    Using a buffer that is able to denature

22   the duplex that is formed on the DNA.

23       Q.    Do you have to heat it up, cook it off?

24       A.    There's a reset formulation combined with

EXHIBIT M

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

Page 100

1    heat, yes.

2       Q.    So all of the extension products that

3    were previously made on here go away?

4       A.    Yes.

5       Q.    And they're just washed away and gone;

6    they're no longer in the, no longer on the slide

7    near the beads?  They're just washed away?

8       A.    They're washed away.

9       Q.    Please turn to slide 25.  This is just

10   like slide 17, except that instead of universal

11   sequencing primer N, there's universal sequencing

12   primer N-1?

13      A.    Correct.

14      Q.    And it has a 5' phosphate?

15      A.    Correct.

16      Q.    And we have a ligase?

17      A.    Correct.

18      Q.    And 1-base encoded probe pools.  And we

19   have universal primer N-1 that has hybridized

20   onto the DNA that's attached to the bead?

21      A.    Correct.

22      Q.    And it shows here a T-probe in the

23   process of being ligated to its 5' end of the

24   universal primer N-1, correct?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008
.                                                                    .

                                                          Page 101

1       A.    Correct.

2       Q.    Next slide 26, again, there's a

3   visualization step where white light is shown on

4   the fluorescent dye, it gives off a

5   characteristic wavelength, identifying a base at

6   the fourth position T?

7       A.    Correct.

8       Q.    And slide 27 shows without going into all

9   of the by now repetitive detail what happens in

10  the next four rounds following this same pattern:

11  Ligate, visualize, cleave; is that correct?

12      A.    Correct.

13      Q.    So now we're at the ligation step for the

14  fifth cycle, and we could, if we wanted,

15  apparently already the G at the position 24 as

16  shown on this slide has been identified?

17      A.    Correct.

18      Q.    Now, putting all of these together, if

19  you reset again with an N-2, N-3, N-4 primer as

20  shown on slide 28, you can fill in the sequence

21  information for all of the other positions,

22  correct?

23      A.    Correct.

24      Q.    So you get sequence information, you

EXHIBIT M

APPLERA vs. ILLUMINA, et al                                          Gina Costa
                              May 20, 2008                                    .

1    identify the bases, the positions 1 to 25 using

2    five sequencing primers, N-1, N-2, N-3, N-4, and

3    five cycles each on those primers with the exact

4    same pool of oligonucleotide probes?

5        A.    Correct.

6        Q.    Please go back to Exhibit 92.  That was

7    beginning with ILL 051205.  Flip to slide 15, ILL

8    051219.

9            Now, we've already said, or you've

10   already testified that the hybridization step,

11   the ligation step, the visualization step, the

12   cleavage step are the same, other than the

13   differences of the probes.  So I just want to go

14   through, just run through the 2-base system to

15   firm anything up.  Let's see if there's anything

16   else to be said here.

17           Slide 15 shows the ligation of the

18   first cycle with 2-base encoded probes, correct.

19       A.    Correct.

20       Q.    Now, the probe pools that are shown on

21   here say, well, they have interrogation

22   positions, they have TA on the green probe, GG on

23   the blue probe, TC on the orange probe, and AT on

24   the red probe, correct?

APPLERA vs. ILLUMINA, et al                                    Gina Costa

 1      A.    Correct.

 2      Q.    But again, this doesn't mean that only

 3   these four probes were added in.  What you really

 4   have is all of the possible, all sixteen of the

 5   probe pools that we looked at earlier would be

 6   looked at here?

 7      A.    Exactly.

 8      Q.    You just don't want to draw even sixteen

 9   showing, for example, for the blue probe you

10   don't want to have to show one where the

11   interrogation position is AA, one where it's CC,

12   one where it's TT.  You just show what's

13   represented in the drawing here?

14      A.    Correct.

15      Q.    The same T4 DNA ligase?

16      A.    Correct.

17      Q.    That universal sequence primer has a

18   phosphate at its 5' end?

19      A.    Yes.

20      Q.    Slide 16 shows that the universal

21   sequencing primer is being ligated to a ligation

22   probe encoding T and A at the fourth and fifth

23   positions, which is labeled with a green dye,

24   correct?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                        May 20, 2008                              .

                                                            Page 104

1       A.    Correct.

2       Q.    Skipping ahead to slide -- oh, slide 17,

3   what is slide 17?  What does this step represent?

4       A.    As the slide says on top, it says

5   "De-Phosphorylation".  So in the event when a

6   probe is ligated to the universal adapter

7   sequence does not biologically go to completion,

8   it will leave strands on other beads or strands

9   on the same bead that will have a 5' phosphate.

10           It is important to remove the 5'

11  phosphate before you set up your next round.

12  Otherwise, a probe will go in and de-phase your

13  sequencing contest.

14      Q.    And that's true not only in the first

15  round, if you end up with a 5' phosphate on the

16  end, but on any successive rounds if you don't

17  get ligation to the 5' terminal that's present in

18  that round, correct?

19      A.    Correct.

20      Q.    So, for example, here you're reading the

21  fourth and fifth positions in the first cycle,

22  correct?

23      A.    Correct.

24      Q.    You go to the second cycle, you're

May 20, 2008

Page 105

1    reading 9 and 10, you don't want to be getting

2    sequence from any orphaned universal sequence

3    primer from the first step where you're getting a

4    sequence from 9 and 10 and 4 and 5?

5         A.    Correct.

6         Q.    Similarly, once we've done the 9 and 10,

7    we don't want any orphaned extended universal

8    sequencing primers participating in the third

9    round of ligation?

10        A.    Correct.

11        Q.    And so, how do you get rid of the

12   phosphate and make it unable to participate in

13   the succeeding rounds?

14        A.    There's a phosphitase enzyme that you buy

15   that you add, commercially available.  You add it

16   to the system.  It will remove the 5' phosphate.

17        Q.    So what does that mean for the fate of

18   bead where this happened?  Do you stop getting

19   sequence off that bead from then on?

20        A.    No.  Remember, there's not just one

21   template strand per bead.  There are tens of

22   thousands of copies of strands.  So what it does

23   is it will remove unfinished or incompleted

24   ligation products that are present either on a

APPLERA vs. ILLUMINA, et al                                          Gina Costa
                              May 20, 2008
                                                                         .

                                                           Page 106

1   given bead or on different beads.

2       Q.   So beads that have the same sequence?

3       A.   It gets removed.  There could be several

4   strands on a bead, but the bead itself is being

5   interrogated by some of the other strands that

6   are present.

7       Q.   So this bead, as we saw earlier, doesn't

8   just have one strand of DNA attached to it; it's

9   got lots of different strands of DNA attached to

10  it?

11      A.   Correct.

12      Q.   So this is actually being multiplied by,

13  how many copies would be on there?

14      A.   Well, it's on the order of tense of

15  thousands.  That's defined upstream by your

16  protocol's inefficiencies.

17      Q.   So let's go to slide 18.  This shows the

18  visualization step after the first ligation is

19  producing a green signal for the 4, 5

20  dinucleotide, correct?

21      A.   Correct.

22      Q.   Slide 19 -- just for clarification, that

23  signal would show up, it would look like a green

24  pseudo-colored bead just as if it was a 1-base

APPLERA vs. ILLUMINA, et al                                      Gina Costa
                              May 20, 2008
                                                                      .

                                                           Page 107

1    encoding bead?

2        A.    Correct.

3        Q.    Slide 19 shows the cleavage step

4    following visualization, again produces a

5    phosphate on the end of the extended universal

6    sequencing primer; is that correct?

7        A.    Correct.

8        Q.    And slide 20, ILL 051224, this shows that

9    a ligation is occurring between that new

10   extendable end on the extended universal sequence

11   primer and a 4, 5-encoded probe that has GG at

12   the fourth and fifth positions that's labeled

13   with a blue dye?

14       A.    Correct.

15       Q.    Next step, visualization.  You shine

16   white light on it.  You get a blue signal,

17   correct?

18       A.    Correct.

19       Q.    And on the next slide, slide 22, again,

20   you cleave and generate a 5' phosphate again on

21   that twice extended universal sequencing primer?

22       A.    Correct.

23       Q.    So now we've obtained a color signal for

24   the 4, 5 position and the 9, 10 position.  We

Page 108

1     just obtained a color signal at this point?

2         A.    Correct.

3         Q.    Slide 24 shows the reset.  And this is

4     the same for this 2-base encoding system as you

5     described earlier.  You melt it off using a

6     special buffer and a little bit of heat, correct?

7         A.    Correct.

8         Q.    Again, slide 25 is a reset.  It's exactly

9     like for the 1-base system.  You have a universal

10    sequencing primer N-1.  Everything is the same as

11    far as the ligation reactions.  What's different

12    is the probe pools.  You've got 2-base encoding

13    probe pools in the reset?

14        A.    Right.

15        Q.    And similarly, on slide 26, when you

16    visualize, you shine white light, you get a red

17    signal that it gives you information about the 3

18    and 4 position, correct?

19        A.    Correct.

20        Q.    Skip ahead.  I think we get it.  Go ahead

21    to slide 28.  This puts it all together for a

22    2-base encoding system.  And it shows that if you

23    perform five cycles of extension on each of five

24    primers, N-1, N-2, N-3, N-4, that each bind to a

APPLERA vs. ILLUMINA, et al                                    Gina Costa

May 20, 2008

Page 109

1    different region of the DNA that's bound to the

2    bead, you get color signals for all of the

3    dinucleotide pairs in the template sequence out

4    to 24, 25.

5        A.    Okay.

6        Q.    For the universal sequencing primer N-2,

7    that reads the 2, 3 position, the 7, 8

8    dinucleotide position, 12, 13, 17, 18, and 22,

9    23, correct?

10       A.    Correct.

11       Q.    And for the N-4, the first visualization

12   signal is a color signal for the 0, 1 nucleotide?

13       A.    Correct.

14       Q.    And the 0 position in the first ligation

15   cycle for universal sequence primer N-4 is the

16   last base of the primer coming off the adapter

17   sequence?

18       A.    Um-hmm.

19       Q.    Then it reads in the second round, 5, 6;

20   in the third round, 11, 12; fourth round, 15, 16;

21   and then 20, 21, correct?

22       A.    Right.

23             MR. PENDLETON: Can we go off the

24   record for a second?

EXHIBIT M

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    174

1    COMMONWEALTH OF MASSACHUSETTS.    )

2    SUFFOLK COUNTY, ss.                )

3

4         I, GINA COST, the witness herein, having

5    read the foregoing testimony of the pages of this

6    deposition, do hereby certify it to be a true and

7    correct transcript, subject to the corrections,

8    if any, shown on the attached page.

9                        oOo

10

11

12    _____

13         GINA COSTA

14

15

16

17    Subscribed and sworn to before me

18    this 10th day of July, 2008.

19    _____.

20

21

22

23

24

EXHIBIT M

Corrections to Rule 30()b)(6) Deposition of Applera Corporation – Applied Biosystems Group
taken on May 20, 2008 (By Gina Costa, Ph.D.)

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 13 | 21 | Vender to Venter | Typo |
| 54 | 4 | Template to nontemplate | Typo |
| 57 | 1 | Ligase is to ligase | Typo |
| 58 | 24 | 48 to 488 | Typo |
| 65 | 21-22 | Enzyme of to enzyme's | Typo |
| 119 | 10 | Understands to understand | Typo |
| 129 | 18 | line should read traditional Sanger-based sequencing | Typo (to clarify) |
| 134 | 6 | Add:  , as to the 1-base version | To clarify which version is being discussed (see ex. 99). |
| 136 | 1 | Produce active to productive | Typo |
| 148 | 18 | ComTar to come to our | Typo |
| 148 | 17 | Expertise to experts | Typo |
| 151 | 4 | Remove it | Typo |
| 151 | 5 | That to and | Typo |
| 174 | 4 | Cost to Costa | Typo |
| 174 | 18 | 2007 to 2008 | Typo |
|  |  |  |  |

EXHIBIT M

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CERTIFICATE

COMMONWEALTH OF MASSACHUSETTS    )
SUFFOLK COUNTY, ss.               )

  I, LISA W. STARR, a Registered Professional Reporter and Notary Public within the Commonwealth of Massachusetts, do hereby certify:

  That GINA COSTA, the witness whose testimony is hereinbefore set forth, was properly identified and duly sworn by me.

  That the foregoing proceedings were taken down by me stenographically and thereafter transcribed under my direction and supervision, and that the within transcript is a true record of such proceedings.

  I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the cause or outcome of this action.

  IN WITNESS WHEREOF, I have hereunto set my hand this 22nd day of May, 2008.

LISA W. STARR
Registered Professional Reporter
Certified Realtime Reporter

THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING REPORTER.

EXHIBIT M