1  KEVIN M. FLOWERS (admitted *pro hac vice*)
   THOMAS I. ROSS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
3  JOHN R. LABBE (admitted *pro hac vice*)
   MARSHALL, GERSTEIN & BORUN LLP
4  6300 Sears Tower
   233 South Wacker Drive
5  Chicago, IL 60606-6357
   (312) 474-6300
6  (312) 474-0448 (facsimile)
   E-Mail: kflowers@marshallip.com
7  E-Mail: tross@marshallip.com
   E-Mail: jdean@marshallip.com
8  E-Mail: cpendleton@marshallip.com
   E-Mail: jlabbe@marshallip.com
9

10 Attorneys for Counterclaim Plaintiff SOLEXA, INC.

11

12        **UNITED STATES DISTRICT COURT**

13        **NORTHERN DISTRICT OF CALIFORNIA**

           **SAN FRANCISCO DIVISION**
14

15 APPLERA CORPORATION --APPLIED      )
   BIOSYSTEMS GROUP, a Delaware corpora-  )  Case No. 07-CV-02845 WHA
16 tion,                              )
              Plaintiff/counterdefendant,  )  Judge William H. Alsup
17                                     )
           v.                          )
18                                     )  **FINAL INFRINGEMENT CONTEN-**
                                       )  **TIONS OF COUNTERCLAIM PLAIN-**
19 ILLUMINA, INC., a Delaware corporation,  )  **TIFF SOLEXA, INC.**
   SOLEXA INC., a Delaware corporation, and  )
20 STEPHEN C. MACEVICZ, an individual,  )
                                       )
21          Defendants/counterclaimants.  )
   _____  )
22

23        Counterclaim Plaintiff Solexa, Inc. ("Solexa") hereby serves its "Final Infringement Con-

24 tentions" pursuant to Patent Local Rule 3-6(a). By providing the following contentions, Solexa

25 does not waive any claim, contention, or argument regarding the factual and legal details of the

26 following infringement contentions. With regard to claim terms not already construed by the

27 Court, Solexa reserves the right to modify, amend, supplement, or otherwise alter its proposed

28 construction of any claim term, as well as the right to contend that the claims do not require con-

---

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**

1    struction, clarification, or interpretation. Solexa reserves the right to amend or supplement these

2    contentions based on receipt of further information received from Applera Corporation – Applied

3    Biosystems Group ("AB") under the Patent Local Rules and otherwise during the course of dis-

4    covery. Solexa may further amend these contentions, as necessary, within the time allowed and

5    according to the procedures provided by the Patent Local Rules. For convenience only, Solexa

6    groups its contentions by elements of each patent claim, but no inference should be drawn from

7    the use of these groupings regarding Solexa's contentions regarding the construction of the

8    claims.

9    **I.    DISCLOSURE OF FINAL INFRINGEMENT CONTENTIONS AGAINST AB**

10         Solexa provides the following disclosures regarding its claims of infringement of U.S.

11    Patent No. 5,750,341 (the "'341 Patent"), U.S. Patent No. 5,969,119 (the "'119 Patent"), and U.S.

12    Patent No. 6,306,597 (the "'597 Patent") against AB in compliance with Patent Local Rule 3-

13    6(a):

14         a) Solexa currently asserts claims 1, 2, 6, 7, 8, 11, 12, 16, 17, and 18 of the '341 Patent

15    against AB. Solexa currently asserts claim 1 of the '119 Patent against AB. Solexa currently as-

16    serts claim 1 of the '597 Patent against AB.

17         b) As used herein, the term "Accused Instrumentality" includes Agencourt Personal Ge-

18    nomics's and AB's DNA sequencing-by-ligation technologies, which, on information and belief,

19    AB currently refers to as "Supported Oligonucleotide Ligation and Detection" and commonly ab-

20    breviates as "SOLiD."  The Accused Instrumentality includes all versions and prototypes of

21    Agencourt Personal Genomics's and AB's DNA sequencing-by-ligation technology ever made,

22    used, offered for sale, sold, or imported, regardless of whether the version or prototype was ex-

23    plicitly referred to as the SOLiD™ System or by some other name. The Accused Instrumentality

24    includes all of AB's SOLiD technology, including, but not limited to, both "one-base encoding"

25    and "two-base encoding" methods of employing the SOLiD technology, as well as the use of ap-

26    paratus and devices (including the SOLiD™ Analyzer or SOLiD™ System, SOLiD arrays, the

27    Dual Slide Flowcell, Optics subsystem, Dual 4Mpx Cameras, Fluid Delivery System, and Linux

28    Cluster, including data collection, primary analysis, and secondary analysis software) and kits and

-2-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**

1   reagents used for practicing the SOLiD System sequencing method (including the SOLID Frag-

2   ment Library Sequencing Kit, Mate-Paired Library Sequencing Kit, Sequencing Probe Kit, Slide

3   Kit, DH10B Fragment Library Control Kit, DH10B Mate-Paired Library Control Kit, Fragment

4   Library Control Slide). The Accused Instrumentality includes, but is not limited to, the systems,

5   sub-systems, software, components, probes, and reagents comprising or adapted for use in the

6   SOLiD™ System or Analyzer listed and/or described in AB's production accompanying its dis-

7   closures under L.R. 3-4(a), including the following documents: AB00000476-1289. The Accused

8   Instrumentality includes, but is not limited to, the products identified or described by the follow-

9   ing AB parts numbers: 4392456, 4387893, 4387918, 4387894, 4387895, 4391888, 4392147,

10   4389302, 4387897, 4387919, 4392220, 4391890, 4387830, 4392719, 4387896, 4392231,

11   4392959, 4391578, and 4381967. The foregoing list is not intended to be exhaustive of all com-

12   ponents, products, prototypes, apparatuses, devices, systems, kits, probes, and reagents encom-

13   passing the Accused Instrumentality. Solexa contends that the Accused Instrumentality infringes

14   each of the patent claims identified in subparagraph (a) above.

15         c) Solexa attaches three charts identifying specifically where each element of each as-

16   serted patent claim is found within the Accused Instrumentality as follows: Exhibit A is a chart

17   for the asserted claims of the '341 Patent, Exhibit B is a chart for the asserted claim of the '119

18   Patent, and Exhibit C is a chart for the asserted claim of the '597 Patent.

19         d) As reflected in the attached claim infringement charts, Solexa contends that AB's Ac-

20   cused Instrumentality infringes claims 1, 2, 6, 7, 11, 12, 16, and 17 of the '341 Patent and claim 1

21   of the '597 both literally and under the doctrine of equivalents. Solexa contends that AB's Ac-

22   cused Instrumentality infringes claims 8 and 18 of the '341 Patent and claim 1 of the '119 Patent

23   under the doctrine of equivalents.

24         e) Each patent claim that Solexa asserts as being infringed is entitled to the priority date of

25   April 17, 1995, the date the application that issued as the '341 Patent was filed. The '119 Patent

26   issued from a division of the application that issued as the '341 Patent, and the '597 Patent issued

27   from a continuation of the application that issued as the '119 Patent. Accordingly, the '341 Pat-

28   ent, the '119 Patent, and the '597 Patent issued from applications having the same disclosures and

-3-

SOLEXA'S FINAL INFRINGEMENT CONTENTIONS

1   are entitled to the same priority date.

2          f) Solexa does not intend to rely on the assertion that its own instrumentality practices the

3   claimed inventions.

    DATED:  March 24, 2008                Respectfully submitted,

4

5

                                          _____

6                                         KEVIN M. FLOWERS (admitted *pro hac vice*)
                                          THOMAS I. ROSS (admitted *pro hac vice*)
7                                         JEFFREY H. DEAN (admitted *pro hac vice*)
                                          CULLEN N. PENDLETON (admitted *pro hac vice*)
8                                         JOHN R. LABBE (admitted *pro hac vice*)
                                          MARSHALL, GERSTEIN & BORUN LLP
9                                         6300 Sears Tower
                                          233 South Wacker Drive
10                                        Chicago, IL 60606-6357
                                          (312) 474-6300
11                                        (312) 474-0448 (facsimile)
                                          E-Mail: kflowers@marshallip.com
12                                        E-Mail: tross@marshallip.com
                                          E-Mail: jdean@marshallip.com
13                                        E-Mail: cpendleton@marshallip.com
                                          E-Mail: jlabbe@marshallip.com
14

15                                        Attorneys for Counterclaim Plaintiff SOLEXA, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          -4-
                        **SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**

**EXHIBIT A**

U.S. Patent No. 5,750,341 Infringement Claim Chart

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
|---|---|---|---|
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| **Claim 1.** A method for determining a sequence of nucleotides in a target polynucleotide, the method comprising the steps of: | Slide 5 (see also slides 14 and 21) – SOLiD workflow involves "Sequencing Chemistry & Imaging" followed by "Basecalling with Quality Values"<br><br>Slide 13 – the random DNA array is referred to as a "Sequencing Array"<br><br>Slide 16 - is titled "SOLiD: cycled ligation sequencing"<br><br>Slide 18 - is titled "Sequential rounds of sequencing Multiple cycles per round"<br><br>Slide 25 - is titled "Sequencing libraries"<br><br>Slide 28 - is titled "Re-sequencing BAC1065" (see also slide 32) and states: "Sequenced using 15bp reads (gel-less arrays)"<br><br>Slide 31 - compares results of method to results with Sanger sequencing method<br><br>Slide 34 - is titled "Resequencing *E. coli* K12"<br><br>Slide 44 - is titled "SOLiD: Sequencing | Slide 3 – "Convert to Base calls"; also shows schematic of ordered identifications of nucleotides<br><br>Slide 4 - "Convert to Base calls"; also states "(One Base Encoding)<br><br>Slide 12 – "Double base interrogation eases the discrimination between system errors and true polymorphism; shows ordered identifications of nucleotides<br><br>Slide 13 – "Advantages of 2 base pair encoding Real SNP"; shows that a series of ordered nucleotide identifications is necessary to uncover a real/true SNP because a single color doesn't identify a base (see slide 8)<br><br>Slide 14 – "Advantages of 2 base pair encoding Miscall" (see comments re slide 13 immediately above) | Slide 14 – "AGA Sequencing Biochemistry: SOLiD Supported Oligonucleotide Ligation and DNA sequencing"<br><br>Slide 10 – AGA workflow discloses that once bead-immobilized targets have been ePCR-amplified and placed on slides, the material moves to a step termed "Sequencing Chemistry & Imaging" |

---

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT A**

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
| --- | --- | --- | --- |
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| | Throughput"<br><br>Slide 45 - is titled "SOLiD Sequencing Throughput α Bead Density" | | |
| (a) providing a probe-target duplex comprising | Slide 16 – depicts a probe-target duplex | Slide 2 – schematically depicts a labeled probe having two encoded bases and refers to resolving a "base call"; reasonable inference that probes are hybridized to a target polynucleotide under conditions permitting inferences regarding target sequence based on probe hybridizations | Slides 17 and 19 – each graphically depicts an "Adapter Oligo Sequence" linked to a "Template Sequence" and forming a single strand.  To that strand is hybridized a "universal seq primer" linked to an "A-probe" with an terminal label in the form of a fluorescent dye (see slide 16).<br><br>Slides 18 and 20  – each schematically shows a "universal seq primer" hybridized to an "Adapter Oligo Sequence" |
| an initializing oligonucleotide probe | Slide 16 - wherein the "seq primer" is an initializing oligonucleotide probe (a 14-mer is illustrated).<br><br>Slide 18 - wherein the "universal seq primer" is an initializing oligonucleotide probe. | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slides 16-21 – each shows initial hybridization of an initializing oligonucleotide in the form of a "universal seq primer" |
| hybridized to | Slides 16 and 17 - illustrate seq primer base-paired (i.e., annealed or hybridized) to template. | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slides 16-21 – each shows hybridization of a "universal seq primer" to an "Adapter Oligo Sequence" |

-2-

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
|---|---|---|---|
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| a target polynucleotide, | Slide 9 - Mate-pair templates are used with bead-bound P1 primers to PCR amplify templates<br><br>Slide 11 – "Capture beads with templates in supernatant after enrichment by centrifugation to remove empty beads<br><br>Slide 13 – template bead deposition to form random sequencing array | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slides 16-21 – each shows the "universal seq primer" hybridized to a polynucleotide strand comprising an "Adaptor Oligo Sequence" and a "Template Sequence" |
| said probe having an extendable probe terminus; | Slide 16 - reveals method steps: 1-ss DNA bead; 2-bind seq primer; 3-add probe pools; 4-add ligase; 5-probe extension; 6-image slide; 7-probe cleavage; 8- repeat cycle<br><br>Slide 18 – extension probes identified by cycle number (i.e., cycle 1, cycle 2, etc.)<br><br>Slide 15 – labeled ligation probes illustrated as having the schematic structure NNNNYsZZZ, where s is a cleavable linkage; "Phosphorothiolate linker between 5th and 6th base . . . Regenerates a phosphate . . . Thiolate is the leaving group, produces a native DNA end" | Slide 5 – "record colors for each bead over consecutive cycles" | Slide 18 – shows the second round of SOLiD 4-color ligation, in which a second probe is hybridized to the Template Sequence and ligated to the "universal seq primer" extended by the first probe.<br><br>Slide 21 – shows further rounds of ligation of probes hybridized to the "Template Sequence"<br><br>Slide 24 – shows 5 cycles of hybridization-ligation for each of 5 universal seq primers. |

-3-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT A**

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
|---|---|---|---|
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| (b) ligating | Slide 16 – step 4 is "add ligase" and step 5 is "probe extension"; accompanying illustration shows a schematic enzyme bridging the "seq primer" and an "A-probe" (wherein Y=A)<br><br>Slide 20 – "Ligation . . . - high fidelity . . . - high read quality" | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slide 14 – SOLiD means supported oligonucleotide ligation and DNA sequencing<br><br>Slide 15 – discloses a "ligase active site" in the "reversible (cleavable) ligation probes"<br><br>Slides 16, 17, 19, and 22 each schematically show a ligase enzyme ligating a universal seq primer and a probe, or ligating two probes |
| an extension oligonucleotide probe | Slide 16 – step 3 is "add probe pools" and illustration shows "A-probe" (nnnnannn), "C-probe" (nnnncnnn), "G-probe" (nnnngnnn), and "T-probe" (nnnnTnnn).<br><br>Slide 15 – "Labeled ligation probes" have the schematic structure of "NNNNYsZZZ," wherein N=degenerate site (i.e., any base), Y=5th interrogation position and is A, C, G or T, Z=universal base, s=cleavable linkage, downward arrow=cleavage site. Slide further states that "[p]robes are octamers." | Slide 2 – illustrates a labeled octameric oligonucleotide<br><br>Slides 4 and 5 – Flowcharts show a repetition of method steps (slide 4 – one base; slide 5 – dual base) and slide 5 recites "record colors for each bead over consecutive cycles"<br><br>Slide 9 – illustrates decoding involving multiple cycles of nucleotide identification, which would require an extension probe | Slide 15 – discloses a "ligase active site" in the "reversible (cleavable) ligation probes"<br><br>Slides 16, 17, 19, and 22 each schematically show a ligase enzyme ligating a universal seq primer and a probe, or ligating two probes |

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT A**

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
| --- | --- | --- | --- |
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| to said extendable probe terminus, | Slide 16 – steps 2-5 involve binding seq primer, adding probe pools, adding ligase and extending probes. | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slide 17 – shows ligation of an A-probe to a universal seq primer, i.e., ligation of an A-probe to an extendable probe terminus

Slide 19 – shows ligation of a T-probe to a single polynucleotide strand comprising a universal seq primer covalently bound to an A-probe, i.e., ligation of a T probe to an extendable probe terminus |
| to form an extended duplex | Slide 16 – Step 5 "probe extension"

Slide 17 - shows the seq primer bound to the template, with the duplex region extended on successive cycles of the method, each cycle involving the ligation of an additional probe (or labeled ligation probe). | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slides 17 and 19 – graphically depict an extended region of hybridization between the universal seq primer-probe strand and the target strand (Adaptor Oligo Sequence and Template Sequence), i.e., a region of extended duplex |
| containing an extended oligonucleotide probe; | Slide 16 – Step 5 "probe extension"

Slide 17 - shows probes being added to the seq primer (i.e., initializing oligonucleotide probe) in successive cycles of the method, thereby extending the seq primer. | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slide 19 – shows the extended duplex containing an A-probe linked to a T-probe, i.e., an extended oligonucleotide probe

Slide 17 – shows the extended duplex containing a universal seq primer linked to an A-probe, i.e., an extended oligonucleotide probe |

-5-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT A**

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
|---|---|---|---|
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| (c) identifying, in the extended duplex, at least one nucleotide in the target polynucleotide | Slide 5 (see also slides 14 and 21) – SOLiD workflow involves "Sequencing Chemistry & Imaging" followed by "Basecalling with Quality Values" | Slides 4 and 5 – Flowcharts each recite "Identify base color" | Slides 18, 20, and 21 show identifying at least one nucleotide in the target polynucleotide, in the extended duplex. |
| | Slide 13 – The random DNA array is referred to as a "Sequencing Array" | Slide 7 – Ball-and-stick model reveals use of color space and dual base encoding to determine a sequence of nucleotide identifications | |
| | Slide 16 - illustrates that the base-specific probe position allowing a template nucleotide to be identified by inference from hybridization according to Watson-Crick rules is position 5 of the probe (extension probe or labeled ligation probe). The base-specific pairing is illustrated as occurring within the extended duplex or seq primer ligated to probe, with that ligated molecule hybridized to the template. | Slide 8 "To decode the bases you **must** know **one** of the bases in the sequence" | |
| | | Slide 10 – "If know first base is an A then immediately decodes 2nd base." | |
| | | Slide 11 – Summary of decoding shows process leading to ordered identification of a series of nucleotides | |
| | Slide 18 - is titled "Sequential rounds of sequencing Multiple cycles per round" | Slide 12 - Refers to "Double base interrogation" | |
| | Slide 25 - is titled "Sequencing libraries" | | |
| | Slide 28 - is titled "Re-sequencing BAC1065" (see also slide 32) and states: "Sequenced using 15bp reads (gel-less arrays)" | | |
| | Slide 31 - Compares results of method to results with Sanger sequencing method | | |

-6-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT A**

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
|---|---|---|---|
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| | Slide 34 - is titled "Resequencing *E. coli* K12"  Slide 44 - is titled "SOLiD: Sequencing Throughput"  Slide 45 - is titled "SOLiD Sequencing Throughput α Bead Density" | | |
| that is either (1) complementary to the just-ligated extension probe or (2) a nucleotide residue in the target polynucleotide which is immediately downstream of the extended oligonucleotide probe; | Slides 16 and 17 – identified nucleotide is complementary to the just-ligated extension probe. | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slides 18 and 19 – identified nucleotide is complementary to the just-ligated extension probe.. |
| (d) generating an extendable probe terminus on the extended probe, if an extendable probe terminus is not | Slide 15 - refers to phosphorothiolate linker and states that "[t]hiolate is the leaving group, produces a native DNA end" and regenerates a phosphate. | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slides 18 and 19 show extension following cleavage. |

-7-

SOLEXA'S FINAL INFRINGEMENT CONTENTIONS
EXHIBIT A

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
| --- | --- | --- | --- |
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| already present, | | | |
| such that the terminus generated is different from the terminus to which the last extension probe was ligated; and | Slide 15 - when considered in view of slides 16 and 17.  The cleavage and production of a native DNA end (see slide 15) is followed by ligation of another probe (see slide 16) and this process is repeated for multiple cycles (see slide 17). | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slides 17 through 20 – terminus generated is different from the terminus to which last extension probes was ligated. |
| (e) repeating steps (b), (c) and (d) | Slide 16 discloses step 8 – "repeat cycle"; slide 17 illustrates a series of steps titled "repeat cycles" and shows one probe added to the extending duplex for each of cycles 1-6; slide 18 shows 5 repeat cycles for each of 5 universal seq primers, with each universal seq primer annealing to the template with a single-base offset relative to its nearest neighbors (stepping down the template); slide 19 shows the increasing background obtained with each cycle moving from cycle 1 to cycle 5.<br><br>Slide 20 - states that "[c]apping step eliminates dephasing – control increase in noise with subsequent cycles" | Slides 3-5 – each shows a flowchart indicating that the cycle is repeated for one-base or dual-base encoding methods | Slides 17 through 20 – show repeated cycles of ligating an extension probe to an extendable terminus, identifying a nucleotide, and regenerating an extendable probe terminus different from the terminus to which the last extension probe was ligated. |
| until a sequence of nucleotides in the target polynucleotide is | Slide 18 - is titled "Sequential rounds of sequencing Multiple cycles per round" | Slides 10-14 – each slide reveals the determination of a sequence of target nucleotides | Slide 24 – shows cycles repeated until a sequence of nucleotides is determined. |

-8-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT A**

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
| --- | --- | --- | --- |
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| determined. | | | |
| **Claim 2.** The method of claim 1 wherein each extension probe has a chain-terminating moiety at a terminus distal to said initializing oligonucleotide probe. | Slide 20 - states that "[c]apping step eliminates dephasing – control increase in noise with subsequent cycles" | This element is present in the Accused Instrumentality as indicated in Exhibit D. | This element is present in the Accused Instrumentality as indicated in Exhibit D. |
| | | | |
| **Claim 6.** The method of claim 2 further including a step of capping an extended oligonucleotide probe whenever no extension probe has ligated to the extendable terminus in the ligation step. | Slide 20 - states that "[c]apping step eliminates dephasing – control increase in noise with subsequent cycles" | This element is present in the Accused Instrumentality as indicated in Exhibit D. | This element is present in the Accused Instrumentality as indicated in Exhibit D. |

-9-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT A**

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
| --- | --- | --- | --- |
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| **Claim 7.** The method of claim 2 wherein said step of regenerating includes cleaving a chemically scissile internucleosidic linkage in said extended oligonucleotide probe. | Slide 15 - wherein "s" is defined as a cleavable linkage and the cleavage is performed at neutral pH in an aqueous solution. | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slide 16 – "cleavage site between fifth and sixth base." |
| **Claim 8.** The method of claim 7 wherein said chemically scissile internucleosidic linkage is a phosphoramidate. | Slide 15 - Linkage is a phosphorothiolate, not a phosphoramidate. Phosphorothiolate is an equivalent of a phosphoramidate bond. | This element is present in the Accused Instrumentality as indicated in Exhibit D. | This element is present in the Accused Instrumentality as indicated in Exhibit D. |

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT A**

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
|---|---|---|---|
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| **Claim 11.** The method of claim 1, wherein step (a) includes providing, in separate aliquots, a plurality of distinct target-primer duplexes, each distinct duplex comprising an initializing oligonucleotide primer hybridized to a target polynucleotide, | Slide 18 - shows a single template being used with 5 different offset universal seq primers.<br><br>Slide 17 - shows cyclic extension of duplex using universal seq primer; the slide then states "strip extended strand," and "reset primer (n-1)" illustrating a second universal seq primer offset by one nucleotide from the position of the first universal seq primer.<br><br>Slide 20 - recites "primer reset" | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slide 24 – shows plurality of distinct target primer duplexes, together with resetting of primers and repeat of cycles. |
| wherein the target polynucleotide in each duplex is the same, but the initializing oligonucleotide in each duplex is bound to a different sequence of the target polynucleotide; and | Slides 17 and 18 - show different initializing oligonucleotides bound to a different sequence on the same target polynucleotide. | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slide 24 – shows different initializing oligonucleotides bound to a different sequence on the same target polynucleotide. |

-11-

SOLEXA'S FINAL INFRINGEMENT CONTENTIONS
EXHIBIT A

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
|---|---|---|---|
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| steps (b) to (e) are carried out independently on each aliquot. | Slides 16 through 18 and 20 that cycles are independently repeated for each aliquot following resetting. | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slide 24 – shows resetting of primers and repeat of cycles. |
| | | | |
| **Claim 12.** The method of claim 11 wherein for each aliquot, said extension oligonucleotide probe has a chain-terminating moiety at a terminus distal to said primer. | Slide 20 - states that "[c]apping step eliminates dephasing – control increase in noise with subsequent cycles" | This element is present in the Accused Instrumentality as indicated in Exhibit D. | This element is present in the Accused Instrumentality as indicated in Exhibit D. |
| | | | |
| **Claim 16.** The method of claim 11 further including a step of capping an extended oligonucleotide probe whenever no extension probe has ligated to the extendable terminus in the ligation step. | Slide 20 - states that "[c]apping step eliminates dephasing – control increase in noise with subsequent cycles" | This element is present in the Accused Instrumentality as indicated in Exhibit D. | This element is present in the Accused Instrumentality as indicated in Exhibit D. |

-12-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT A**

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
|---|---|---|---|
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| **Claim 17.** The method of claim 11 wherein for each aliquot, said step of regenerating includes cleaving a chemically scissile internucleosidic linkage in said extended oligonucleotide probe. | Slide 15 - wherein "s" is defined as a cleavable linkage and the cleavage is performed at neutral pH in an aqueous solution. | This element is present in the Accused Instrumentality as indicated in Exhibits D & F. | Slide 16 – "cleavage site between fifth and sixth base." |
| | | | |
| **Claim 18.** The method of claim 17 wherein said chemically scissile internucleosidic linkage is a phosphoramidate. | Slide 15 - Linkage is a phosphorothiolate, not a phosphoramidate. A phosphorothiolate bond is an equivalent of a phosphoramidate bond. | This element is present in the Accused Instrumentality as indicated in Exhibit D. | This element is present in the Accused Instrumentality as indicated in Exhibit D. |

-13-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT A**

EXHIBIT O

**EXHIBIT B**

U.S. Patent No. 5,969,119 Infringement Claim Chart

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
|---|---|---|---|
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| **Claim 1.** An oligonucleotide probe of the formula: HO–(3')(B)j(5')–OP (=O)(O–)NH–(B)k-Bt* | Slide 15 – labeled ligation probes having the formula 3'-NNNNNYsZZZ, which contains 5 "N" residues 3' or downstream of "s," the cleavable linkage and places 3 "Z" residues 5' or upstream of that cleavable linkage. | Slide 2 – illustrates a probe (i.e., a C-probe) having the following structure: 3'-nnnGC…zzz*-5'; based on other AB materials (see, e.g., slide 15 of "The Future is SOLiD" dated 12/05/06), n= a degenerate site that could be occupied by any of the four conventional nucleotides, z=a universal base, the "…" indicates a cleavable linkage, and "*" is a label. AB does not define the nature of the cleavable linkage or the nucleotide analog giving rise to it in this presentation, although elsewhere the cleavable linkage is associated with a phosphorothiolate linkage (see slide 15 of "The Future is SOLiD" dated 12/05/06) | Slide 16 – titled "Reversible (Cleavable) Ligation Probes" and illustrates four single-base specific probes, i.e., 3'-nnnnCnnn*-5', 3'-nnnnAnnn*-5', 3'-nnnnGnnn*-5', and 3'-nnnnTnnn*-5', wherein "*" is a fluorescent dye indicative of the fifth base (one of four base-specific dyes). Although indicative of base 5, the illustration shows that the dye is placed at the 5' end of the probe. Cleavage occurs between the 5th and 6th bases. |
| wherein: B is a nucleotide or an analog thereof; | Slide 15 – labeled ligation probes having the formula 3'-NNNNNYsZZZ, where "N represents a degenerate site" means that N is any of the four conventional nucleotides and is thus always a nucleotide or analog thereof such as "B" | Slide 2 – "n" is any of the four conventional nucleotides and is, thus, a nucleotide or analog "B" | Slide 15 – "n" is any of the four conventional nucleotides and is, thus, a nucleotide or analog "B" |

**SOLEXA'S FINAL  INFRINGEMENT CONTENTIONS**
**EXHIBIT B**

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
| --- | --- | --- | --- |
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| j is in the range of from 1 to 12; | Slide 15 – The illustrated labeled ligation probes, having the formula 3'-NNNNNYsZZZ, have 5 "N," or "B," residues; thus, SOLiD uses $B_5$, 3' to a cleavable bond, which is within the range of $B_1$ to $B_{12}$ as required by the permitted values of claim-recited variable "j." | Slide 2 – the structure shows 3 "n" residues, or 3 "B" residues, downstream or 3' to the cleavable linkage; thus, j = 3 | Slide 15 – the structure shows 4 "n" residues, or 5 "B" residues, downstream or 3' to the cleavable linkage and, thus, j = 3 |
| k is in the range of from 1 to 12, | Slide 15 – The illustrated labeled ligation probes, having the formula 3'-NNNNNYsZZZ, have 3 "Z" residues 5' or upstream of the cleavable linkage "s"; The "Z" residue is a universal base, which is a nucleotide or analog thereof and, thus, "Z" residues are "B" residues according to the claim. Moreover, this slide shows 3 "Z" residues, i.e., $B_3$, within the range of B1 to $B_{12}$. | Slide 2 – the structure shows 3 "z" residues, or 3 universal bases, which are nucleotides or analogs thereof. Thus, the slide shows 3 "B" residues upstream or 5' to the cleavable linkage and k=3. | Slide 15 – shows 3 "n" residues, or 3 universal bases, which are nucleotides or analogs thereof. Thus, the slide shows 3 "B" residues upstream or 5' to the cleavable linkage and k = 3. |
| such that the sum of j and k is less than or equal to 12; | Slide 15 – The illustrated labeled ligation probes, having the formula 3'-NNNNNYsZZZ, have 3 "Z" residues and 5 N residues, which means that the "j" value is 5 and the "k" value is 3. The sum of "j" and "k" is 5 + 3 = 8, within the range of less than or equal to 12. | Slide 2 – the sum of "j" and "k" is 3 + 3 = 6, which is less than or equal to 12. | Slide 15 – the sum of "j" and "k" is 4 + 3 = 7, which is less than or equal to 12. |

SOLEXA'S FINAL INFRINGEMENT CONTENTIONS
EXHIBIT B

EXHIBIT O

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
|---|---|---|---|
| | **The Future Is SOLiD (12/05/2006) (Attached as Exhibit D)** | **SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E)** | **2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F)** |
| Bt* is a labeled, non-extendable chain-terminating moiety. | Slide 15 - is titled "SOLiD: Labeled Ligation Probes"; Slide 20 – states that "Capping step eliminates dephasing . . . Control increase in noise with subsequent cycles"; the capped probes are not extendable | Slide 2 – the "*" is a label at the 5' end of the probe. Slide 5 – records color for each bead over consecutive cycles. The colors would provide no meaningful information if dephasing were allowed to occur and this problem is addressed by capping, as noted in at least one other AB presentation (see, e.g., slide 15 of The Future is SOLiD, dated 12/05/06). | Slide 15 – the "*" is a label at the 5' end of the probe. Slide 24 – titled "Reset Primers & Repeat cycles" shows five positions being determined before resetting the universal seq primer hybridization position. Thus, "cycles" must refer to the five determinations, with each cycle resulting in a single nucleotide determination or base call. The results of each cycle would provide no meaningful information if dephasing were allowed to occur and this problem is addressed by capping, as noted in at least one other AB presentation (see, e.g., slide 15 of The Future is SOLiD, dated 12/05/06). |

-3-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT B**

EXHIBIT O

**EXHIBIT C**

U.S. Patent No. 6,306,597 Infringement Claim Chart

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
| --- | --- | --- | --- |
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| **Claim 1.** A method for identifying a sequence of nucleotides in a polynucleotide, the method comprising the steps of: | Slide 3 – Supported Oligonucleotide Ligation and Detection<br><br>Slide 5 – step in SOLiD workflow: "Sequencing Chemistry & Imaging" (see also slides 14 and 21)<br><br>Slide 13 – "Sequencing Array"<br><br>Slide 14 – "SOLiD Workflow: Sequencing Chemistry"; "Sequencing Chemistry & Imaging"; "Basecalling with Quality Values"<br><br>Slide 16 – "SOLiD: cycled ligation sequencing"<br><br>Slide 18 – "Sequential round of sequencing Multiple cycles per round"<br><br>Slide 20 – "Benefits of SOLiD Chemistry . . . Double interrogation of each base . . . increases base calling accuracy"<br><br>Slide 24 – "Sequencing Results"<br><br>Slide 25 – "Sequencing Libraries" | Slide 4 – a schematic of the single base encoding SOLiD System involving repeated base calls<br><br>Slide 5 – a schematic of the dual base encoding SOLiD System involving repeated identification of bead color<br><br>Slide 8 – for 2 base encoding SOLiD, a single color does not indicate a base; "[t]o decode the bases you must know one of the bases in the sequence"<br><br>Slide 10 – example of decoding which shows that the dual base encoding SOLiD will identify the sequence of a polynucleotide if one nucleotide identity is known | Slide 10 – Workflow includes a step titled "Sequencing Chemistry & Imaging"<br><br>Slide 14 – SOLiD means "Supported Oligonucleotide Ligation and DNA sequencing"<br><br>Slide 21 – "SOLiD 4-color ligation probes interrogates every 5th base"<br><br>Slides 22 and 23 – "SOLiD 4-color ligation probes interrogates 5th base"<br><br>Slide 26 – "Highest read quality – read length, error rate/profile"<br><br>Slide 27 – System enables new application in Re-sequencing/GT, and de novo sequencing, each of which require sequence information |

**SOLEXA'S FINAL  INFRINGEMENT CONTENTIONS**
**EXHIBIT C**

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
| --- | --- | --- | --- |
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| | Slide 28 – "Re-sequencing: BAC1065" . . . "sequenced using 15bp reads (gel-less arrays)" Slide 32 – "Resequencing BAC1065" Slide 34 – "Resequencing E coli K12" Slide 44 – "SOLiD: Sequencing Throughput" Slide 45 – "SOLiD Sequencing Throughput α Bead Density" Slide 49 – SOLiD applications include "Re-Sequencing/GT" and "De novo Sequencing" | | |
| (a) extending an initializing oligonucleotide along the polynucleotide by ligating an oligonucleotide probe thereto | Slide 16 – schematically illustrates a ligase enzyme mediating covalent bond formation between seq primer and a probe (ligation probe), the definition of "ligating"; the probe after cleavage is illustrated as a 5-mer, but slide 15 shows the 5-mer is an 8-mer prior to cleavage- both are oligonucleotides; ligation extends the seq primer (see also Slides 17 and 18); step 5: "probe extension"; the "seq primer is illustrated as a 14-nucleotide molecule, i.e., an oligonucleotide that initializes extension or an initializing oligonucleotide. | SOLiD System, whether dual base or single base, involves a series of steps including the ligation of a probe (i.e., an oligonucleotide probe) to a seq primer (i.e., an initializing oligonucleotide), thereby extending the seq primer or initializing oligonucleotide (see Slide 16, The Future is SOLiD (12/05/06)) | Slide 17 – 4-color ligation reaction shows a ligase enzyme ligating an "A-probe" to a "universal seq primer," thereby extending the universal seq primer, or initializing oligonucleotide; the universal seq primer hybridized to the Adapter Oligo Sequence of a single-strand target, the probe hybridized to the Template Sequence of that target Slide 19 – shows a second round of ligation between hybridized universal seq primer and hybridized probe, thereby extending the universal seq primer or initializing oligonucleotide |

-2-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT C**

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
| --- | --- | --- | --- |
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| to form an extended duplex; | Slide 16 – shows a duplex between the Adaptor Oligo Sequence-Template Sequence and the seq primer-probe<br><br>Slide 17 shows a seq primer and several probes hybridized to the Adaptor Oligo Sequence-Template Sequence after up to 6 cycles and states that the "extended strand" can be stripped | SOLiD System, whether dual base or single base, involves a series of steps including the ligation of a probe (i.e., an oligonucleotide probe) to a seq primer (i.e., an initializing oligonucleotide), thereby extending the seq primer or initializing oligonucleotide (see Slide 16, The Future is SOLiD (12/05/06)) | Slides 17, 19, 20, 21, and 23 - each show a hybridized universal seq primer being ligated to a hybridizing probe, thereby extending the region of duplex nucleic acid |
| (b) identifying one or more nucleotides of the polynucleotide; and | Slides 5, 14, 21 – provide SOLiD workflow diagrams that include a "basecalling" step<br><br>Slide 15 - refers to probe position "Y" as the "5th position interrogation"<br><br>Slide 20 – double interrogation of each base increases base calling accuracy | Slide 4 – a schematic of the single base encoding SOLiD System involving repeated base calls<br><br>Slide 5 – a schematic of the dual base encoding SOLiD System involving repeated identification of bead color<br><br>Slide 8 – for 2 base encoding SOLiD, a single color does not indicate a base; "[t]o decode the bases you must know one of the bases in the sequence," which is commonly available for polymorphism (e.g., SNP) detection, for which dual base SOLiD is used (see Slides 13 and 15-19)<br><br>Slide 10 – example of decoding which shows that the dual base encoding SOLiD will identify the sequence of a polynucleotide if one nucleotide identity is known | Slides 17-21 show identifying one or more nucleotides of the polynucleotide. |

-3-

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT C**

| Claim Element | References to AB Marketing Materials That Show Where the Claim Element Is Found in the Accused Instrumentality | | |
| --- | --- | --- | --- |
| | The Future Is SOLiD (12/05/2006) (Attached as Exhibit D) | SOLiD System Data – 2 Base Encoding (10/16/2006) (Attached as Exhibit E) | 2006 UBS East Coast Life Sciences Bus Tour (08/15/2006) (Attached as Exhibit F) |
| (c) repeating steps (a) and (b) until the sequence of nucleotides is determined. | Slide 18 – "Sequential rounds of sequencing Multiple cycles per round"<br><br>Slide 17 – shows hybridization of a seq primer (n-1) to an Adaptor Oligo Sequence-Template Sequence.  Following a process of "Repeat cycles," the seq primer (n-1) is shown extended by six probes while remaining hybridized to the Adaptor Oligo Sequence-Template Sequence<br><br>Slide 20 – a benefit of SOLiD chemistry double interrogation of each base is increased base calling accuracy<br><br>Slides 5, 14, and 21 include a step of Basecalling with Quality Values as part of the SOLiD workflow<br><br>Slide 24 – "Sequencing Results"; slide refers to *E. coli* (DH10b), BAC1065, *E. coli* (K12), CAN resequencing and *S. suis*<br><br>Slide 31 – covered 99.998% of a reference sequence with 99.999% accuracy<br><br>Slides 28, 32 and 34- refer to resequencing of various template sequences | SOLiD System, whether dual base or single base, involves an iterative approach to base calling or nucleotide identification (see Slides 5, 14, 17, 18, 20, 21, 24, 28, 31, 32 and 34 of "The Future is SOLiD," 12/05/06)<br><br>Slide 3 – capillary electrophoresis shows resolved color peaks from the fluorescent labels, demonstrating that the extended seq primer now labeled by ligation to a fluorescently labeled probe, is migrating through the gel at different rates as a function of mass.  Thus, there must be progressive addition of probes to the seq primer, i.e., repeated cycles of hybridization, ligation, cleavage, and label detection<br><br>Slide 5 – a schematic showing repeated identification of bead color, i.e., repeated cycles of dual base encoding SOLiD; "record colors for each bead over consecutive cycles" | Slides 19 and 20 – each slide refers to a "2nd round," which arises by repeat of the method steps<br><br>Slide 24 – "Reset Primers & Repeat cycles" |

**SOLEXA'S FINAL INFRINGEMENT CONTENTIONS**
**EXHIBIT C**

EXHIBIT O

## EXHIBIT D

**"The Future Is SOLiD"**
**December 5, 2006**









# The Future is SOLiD
**Genomes, Medicine, and the Environment Conference**

Kevin P. Corcoran
VP & General Manager
High Throughput Discovery
Applied Biosystems
December 5, 2006

EXHIBIT O



# Agenda & Intro

➤ Technology Overview

➤ Instrument

➤ Data

➤ Rollout & Development Status



© 2006 Applied Biosystems



EXHIBIT O



# AB Next Gen Sequencing: **SOLiD™**

**S**upported

**O**ligonucleotide

**Li**gation and

**D**etection

© 2006 Applied Biosystems



EXHIBIT O



# What does Next Generation need to be successful?

- Must have 0.5 to 1 billion features per experiment to sequence human genomes with short reads

- Eliminate real-time detection
  - Don't wait for multigigapixel CCDs to mature

- A sequencing chemistry that does not require molecular evolution

- Use native DNA whenever possible
  - More accurate

- Avoid serial synthesis to reduce compound error

- Mate pair libraries



EXHIBIT O



# SOLiD Workflow



© 2006 Applied Biosystems



EXHIBIT O



# Read length required for non-paired sequence alignment



**Figure 1.** Percentage of unique reads as a function of read length for (a) λ-phage and (b) *E.coli* K12. The dashed curves show results for randomly generated sequences of the same size, which are content-biased to yield the same relative proportion of nucleotides given in ref. (27).

**Whiteford, et al (2005) NAR 33, e171**

Church et al. (Science Express 2006)

*17 bp mate pairs: Over 90% could be mapped to unique position in Human*

EXHIBIT O


## Library Prep: Mate-pair libraries



**gDNA**     *shear*     **1-50 kb frags**     *Ligate Adaptor*     **Frags with Adaptor**

© 2006 Applied Biosystems



EXHIBIT O



## Library Prep: Mate-pair libraries



*Ligate*
*Circularize*
*Size Select*

*Cut with*
*EcoP15I*



*Ligate*
*P1 & P2*
*Adaptors*

**8**   20061201

© 2006 Applied Biosystems

EXHIBIT O



# Emulsion PCR (ePCR)



1 μm streptavidin beads

\+

Biotin-linked P1' primers

P1'-coupled beads

Mate pair templates

P1 & P2 Primers  [P2 >> P1]

Oil

PCR

Oil

© 2006 Applied Biosystems



EXHIBIT O



## SOLiD: Clonal Amplification



Dressman, PNAS 2003
Embleton, 1994

### Emulsion Metrics

| | |
|---|---|
| **Bead size:** | **1 $\mu$m** |
| **Reactor size:** | **4 $\mu$m** |
| **Reactor volume:** | **34 fL** |
| **Beads / emulsion plate (96-well):** | **2-4 x $10^9$** |
| **Post Enrichment:** | **~500M / plate** |

© 2006 Applied Biosystems



EXHIBIT O



# Enrichment



© 2006 Applied Biosystems

EXHIBIT O



# Pre- and post-enrichment P2-hybridization

Pre-enrichment
(**30%**)



Post-enrichment
(**80%**)



em6395

© 2006 Applied Biosystems



EXHIBIT O



# Sequencing Array

Post-enrichment, template strands are modified with a 3' attachment substrate

Beads are then deposited and attached via 3'ends to the glass slide surface

Streptavidin-coated glass slides (25 x 76-mm)

3' template strand attachment to array surface (i.e., absence of gel matrix)

Reduced reagent accumulation and background

Enhanced signal over successive rounds of sequencing



Template bead deposition

3'-end modification

Beads attached to glass surface in a random array

**13**  20061201

© 2006 Applied Biosystems



# SOLiD Workflow: Sequencing Chemistry





EXHIBIT O



# SOLiD: Labeled Ligation Probes



- Probes are octamers
  - **N** represents a degenerate site
  - **Y** denotes 5th position interrogation {A, C, G or T}
  - **Z** is a universal base
  - **s** indicates a cleavable linkage
  - ↓ represents the cleavage site
- Probe Sets: 1-base, 4-color; 2-base, 4-color
- Cleavage site is spatially separated from the active site and the dye
  - Phosphorothiolate linker between 5th and 6th base
  - Linkage cleaves with neutral pH, aqueous solution
    - Removes dye, cleaves universal 3-base tail
    - Regenerates a phosphate
  - Thiolate is the leaving group, produces a native DNA end

© 2006 Applied Biosystems



EXHIBIT O



# SOLiD: cycled ligation sequencing



| step 1 | step 2 | step 3 | step 4 | step 5 | step 6 Image slide | step 7 | step 8 |
|---|---|---|---|---|---|---|---|
| ssDNA bead | bind seq primer | add probe pools | add ligase | probe extension | | probe cleavage | repeat cycle |

© 2006 Applied Biosystems



EXHIBIT O


# SOLiD: Probe Reset



Strand removal resets dephasing and other serial error back to zero

© 2006 Applied Biosystems

EXHIBIT O



# Sequential rounds of sequencing
# Multiple cycles per round



© 2006 Applied Biosystems



EXHIBIT O



# Paired 25mers on Human

## Human-Eco Library

**Tag #1**



| Cycle 1 (base 5) | Cycle 2 (base 10) | Cycle 3 (base 15) | Cycle 4 (base 20) | Cycle 5 (base 25) |

**Tag #2**



| Cycle 1 (base 5) | Cycle 2 (base 10) | Cycle 3 (base 15) | Cycle 4 (base 20) | Cycle 5 (base 25) |

© 2006 Applied Biosystems



EXHIBIT O



# Benefits of SOLiD Chemistry

- **No issues with homopolymers**
- **Primer reset**
  - **removes accumulated out-of-phase ligations**
  - **Capping step eliminates dephasing**
    - **Control increase in noise with subsequent cycles**
  - **longer reads (Signal recovers)**
- **Ligation**
  - **high fidelity**
  - **high read quality**
- **Double interrogation of each base**
  - **unique to ligation method**
  - **increases base calling accuracy**
  - **SNP results in a two-color change**

   © 2006 Applied Biosystems



EXHIBIT O



# SOLiD Workflow: Imaging Instrumentation





EXHIBIT O



# SOLiD Arrays & Imaging



**Full Array**  **Small Array**

1/6th

**2000 panels**

**300 panels**
**~20,000 beads/panel**

**4-Color Overlay**

Configurable
Deposition

© 2006 Applied Biosystems



EXHIBIT O



# SOLiD Prototype Instrument and Imaging

Dual 4Mpx Cameras    Fluid Delivery System





1800 panels per array

Dual Slide Flowcell          Optics subsystem

Linux Cluster



© 2006 Applied Biosystems

EXHIBIT O



# Sequencing Results

- *E coli* (DH10b)
- BAC1065
- *E coli* (K12)
- CAN Resequencing
- *S suis*

© 2006 Applied Biosystems



EXHIBIT O

Slide



# Sequencing Libraries



*Note: E coli was done using MmeI (17 bp tags)*

© 2006 Applied Biosystems



EXHIBIT O



# *E. coli* Coverage (Fragment Library)



© 2006 Applied Biosystems



EXHIBIT O



# *E coli* DH10B Mate Pair Genome Coverage
## (15x2, mapped relative to K12)



    © 2006 Applied Biosystems



EXHIBIT O



# Re-sequencing: BAC1065

- BAC1065
  - 152 kb from Chromosome Xq11 chromosome (Human)
  - 3 putative genes and a single confirmed gene in this region (all four = 1.3% of sequence)
- Sequenced using 15bp reads (gel-less arrays)
- Sanger data available
- Homopolymers
- Repeats
  - Retrotransposon repeats 55% (84047bp)
  - Microsatellite 0.9% of sequence

© 2006 Applied Biosystems



EXHIBIT O



# Very difficult BAC to Sequence!

- 153 kb from X
  - 3 putative genes
  - 1 confirmed gene
  - = 1.3% of sequence
- Repeats
  - Retrotransposon = 55%
  - Microsatellite = 0.9%

— L1 content
— Gene content



© 2006 Applied Biosystems



EXHIBIT O



# BAC1065 Coverage



- Uniform coverage
- Spikes correlate with repeat regions

    © 2006 Applied Biosystems



EXHIBIT O



# Consensus Accuracy ≥99.999% (Phred 50)

- We corrected 1 Sanger error in the reference. No substitution errors

- **99.998%** of reference was covered
    - Some regions of reference are not uniquely mapped with 15bp reads

- **99.98%** consensus accuracy excluding indels

- **99.99934%** consensus accuracy (Phred 50) once true polymorphisms are accounted for (<1 error in 153kb)

- High accuracy is consistent with expectation for such high depth of coverage

© 2006 Applied Biosystems



EXHIBIT O



# Resequencing BAC1065
**Consensus Error vs Average Depth of Coverage (BAC1065)**



50x coverage = 99.999% or phred 50 consensus

© 2006 Applied Biosystems

EXHIBIT O



# Distribution of mate pair insert sizes



Gel cut at 2.6 kb

                    © 2006 Applied Biosystems



EXHIBIT O



# Resequencing *E coli* K12

Single tag coverage, 20x2 bp tags mapped to K12



© 2006 Applied Biosystems

EXHIBIT O



# Mate-pair visualization of E Coli K12



© 2006 Applied Biosystems

EXHIBIT O





*E coli* K12

No coverage by unique single reads



Mapped with mate-paired reads

© 2006 Applied Biosystems



EXHIBIT O



# SOLiD™ Results
# JHU Rare Variant Detection Data

**CANCER**

## First Pass at Cancer Genome Reveals Complex Landscape

Scientists have long known that the sparks that kindle cancer are mutations in a cell's genes. But most cancer-causing mutations have been discovered by looking in obvious places, such as in the genes that control cell division. Now it seems these efforts have barely glimpsed the big picture.

As reported online this week in *Science* (www.sciencemag.org/cgi/content/abstract/1133427), researchers have shined a searchlight across the genomes of breast and colorectal cancer cells, looking for mutations in more than half of all known human genes. And what they've uncovered is a much larger and richer set of cancer genes than expected.

sic paper," says that a costly sequencing project will give short shrift to functional genomics studies and take money away from investigators working on equally important cancer efforts. "I still believe we need a more balanced approach," says Elledge, who first expressed those concerns last year (*Science*, 21 October 2005, p. 439).

To conduct this mini-cancer-genome project, a 29-person team, headed by Vogelstein and Hopkins colleagues Kenneth Kinzler and Victor Velculescu, began with a database of 13,023 genes that are considered the best-studied and annotated of the 21,000 known genes in the human genome. Led by postdoc

11 Breast Cancer & 11 Colon cancer samples

13,023 best studied genes

↓

189 "candidate" cancer genes



© 2006 Applied Biosystems



EXHIBIT O




Gene 1 Exon 1    G1_Ex2    G1_Ex3    Gene 2 Exon 1    G2_Ex2    G2_Ex3

**PCR amplify regions of interest and pool**

**Concatenate PCR products using ligation**

**Shear concatenated product to 50bp**
**Adapter ligate – ready for emulsion**

P1    P2

P1    P2

© 2006 Applied Biosystems

EXHIBIT O



# SOLiD™ Results
# JHU Rare Variant Detection Data

CANCER

## First Pass at Cancer Genome Reveals Complex Landscape

Scientists have long known that the sparks that kindle cancer are mutations in a cell's genes. But most cancer-causing mutations have been discovered by looking in obvious places, such as in the genes that control cell division. Now it seems these efforts have barely glimpsed the big picture.

As reported online this week in *Science* (www.sciencemag.org/cgi/content/abstract/1133427), researchers have shined a searchlight across the genomes of breast and colorectal cancer cells, looking for mutations in more than half of all known human genes. And what they've uncovered is a much larger and richer set of cancer genes than expected.

sic paper," says that a costly sequencing project will give short shrift to functional genomics studies and take money away from investigators working on equally important cancer efforts. "I still believe we need a more balanced approach," says Elledge, who first expressed those concerns last year (*Science*, 21 October 2005, p. 439).

To conduct this mini-cancer-genome project, a 29-person team, headed by Vogelstein and Hopkins colleagues Kenneth Kinzler and Victor Velculescu, began with a database of 13,023 genes that are considered the best-studied and annotated of the 21,000 known genes in the human genome. Led by postdoc

11 Breast Cancer & 11 Colon cancer samples

13,023 best studied genes

189 "candidate" cancer genes



© 2006 Applied Biosystems



EXHIBIT O



# G→A Homozygous SNP Undetected by Sanger



Sanger read background

- 2 similar sequences primed
- remedied by emulsion



Coverage
1 error in 20: 23

## Unique Molecules

|  | SNP | Reference | Invalid Dibase |
|---|---|---|---|
| **1 error in 20** | 11 | 0 | 0 |

**40**   20061201                              © 2006 Applied Biosystems





## *Streptococcus suis*



- Gram positive bacteria
- Important pathogen of pigs
  - Capable of transmission to humans
  - Meningitis, septicaemia, endocarditis, deafness
- Endemic in all countries with extensive pig industry
- *Runs completed with both existing SA slides and new covalent slides*
  - Covalent slides show much greater signal and stability
  - 25 base pair tags!

© 2006 Applied Biosystems



EXHIBIT O



## *S suis* coverage (single tag)



© 2006 Applied Biosystems



EXHIBIT O



## *S suis* coverage (mate pair tags)



    © 2006 Applied Biosystems



EXHIBIT O



# SOLiD: Sequencing Throughput



© 2006 Applied Biosystems



EXHIBIT O



# SOLiD Sequencing Throughput α Bead Density

- **Current Conditions**
  - 300 → 1000 panels
  - 10-25,000 beads/panel
- **Early Access "Discovery"**
  - 300 → 2000 panels per slide
  - 2 slides run simultaneously
  - Multiple samples per slide

- **Production**
  - Move from random to hex packing of beads
  - Increase in density 2-7x
- *Tune density depending on application*
  - Not limited by real-time imaging
  - No clonality issues at higher densities



beads/panel:     37,000        88,000        118,000





# Signs of Life at base 40

© 2006 Applied Biosystems



EXHIBIT O



# Software / Visualization Plans

- Utilize open source

- Engage third parties/academics

- Jamboree in Spring 2007

  – Review system design

  – Allow integration into existing data analysis pipelines and systems

© 2006 Applied Biosystems



EXHIBIT O



# SOLiD System: Development Status

- Early access and production instruments parallel track
- Early access units available mid-2007
- Dedicated teams at Beverly and Foster City
- Instruments up and running at Beverly, Mass. & Foster City, CA
- Anticipated Performance
  - Read length: 25x2 mate pair or 30-50 bp
  - Raw data output rate: anticipate 100-500 Mb per day
  - Raw accuracy: ≥98%
  - Consensus accuracy: >99.99% (@ 50x coverage)
  - Quality metrics: Compatible with *kb* basecaller
  - Cost per run: *Competitive*
  - Libraries: Mate pair or Frag
    - as required by application
  - Application Support
    - Whole genome resequencing
    - Directed (Medical) resequencing
    - Gene expression
    - Metagenomics
    - Microbial *de novo* sequencing

   © 2006 Applied Biosystems



EXHIBIT O



# SOLiD™ System Enables New Applications

| Application Category | Application Approach |
|---|---|
| **Re-Sequencing / GT** | Whole Human Genome Re-Sequencing |
| | "Deep resequencing (aka rare variant detection)" |
| **De novo Sequencing** | Metagenomics |
| | Environmental / biowarfare / microbiology |
| | CHiP+sequencing |
| | Global Methylation analysis |
| **Gene Expression** | microRNA discovery |
| | SAGE |
| | Human / Mouse / Rat Gene Expression |
| | Uncommon Organism Gene Expression |
| **Karyotyping** | Copy number |
| | Rearrangements |
| | Chromosomal rearrangements |

© 2006 Applied Biosystems



EXHIBIT O

## EXHIBIT E

**"SOLiD System Data – 2 Base Encoding"**
**October 16, 2006**






SOLiD™ System Data - 2 base encoding

Michael Rhodes
Genetic Analysis
Molecular and Cell Biology Division

EXHIBIT O



# What is two base encoding?

- Rather than a probe , reading out the single base present at the 5th position, a two base encoded probe tells us information about the 4th and 5th bases which needs further information to resolve the base call



- In order to do this we use the concept of color space

   © 2006 Applied Biosystems

EXHIBIT O



# Color Space - Capillary electrophoresis





© 2006 Applied Biosystems

EXHIBIT O



# Color Space – SOLiD™ System
## (single Base encoding)



   

**(One Base encoding)**

© 2006 Applied Biosystems

EXHIBIT O



# Color Space – SOLiD™ System
## (Dual Base encoding)



**Collect color image** → **Identify Beads** → **Identify Bead color** →







**record colors for each bead over consecutive cycles**

© 2006 Applied Biosystems

EXHIBIT O



# 2 Base Pair Encoding Using 4 Dyes



On our probes the 1st base encoded is position 4
the 2nd base encoded is position 5

© 2006 Applied Biosystems

EXHIBIT O



# Ball and Stick Model



© 2006 Applied Biosystems

EXHIBIT O



# Consequences of 2 Base Pair Encoding

- Detecting a single color does **not** indicate a **base**

- Each reading contains information from two bases

- To decode the bases you **must** know **one** of the bases in the sequence



© 2006 Applied Biosystems

EXHIBIT O



# Example of decoding (i)



**Cannot determine any of the bases**

EXHIBIT O



# Example of decoding (ii)



**If know first base is an A then immediately it decodes 2nd base. This must be an A as Blue translates 2nd base A if first base A**

© 2006 Applied Biosystems

EXHIBIT O



# Summary of decoding



EXHIBIT O



# Advantages of 2 base pair encoding

- Double base interrogation eases the discrimination between system **errors** and **true** polymorphism





© 2006 Applied Biosystems

EXHIBIT O



# Advantages of 2 base pair encoding
# Real SNP



**Two color changes represent only a single mismatch to reference sequence (SNP)**

© 2006 Applied Biosystems

EXHIBIT O



# Advantages of 2 base pair encoding Miscall



**Single color change, represents sequencing error.**



EXHIBIT O


But there's more…
          only certain transitions are allowed for a real SNP



Consider a triplet of bases, they define 2 colors.
There are only 3 possibilities for a change in the middle base, hence only 3 possibilities for the 2 colors to change to.
Any of the other 6 possibilities for a 2-color change are not allowed and most probably represent measurement errors.

© 2006 Applied Biosystems

EXHIBIT O



# The <u>only</u> allowed color changes

**If two colors present (eg B,R)**
- **Reverse the colors (eg R, B)**
- **Use the other two colors , both combinations eg O,G and G,O**

**If only one color is present (eg B,B)**
- **The three other color pairs (eg G,G or R,R, or O,O)**

© 2006 Applied Biosystems

EXHIBIT O



**The <u>only</u> allowed transitions**



**Reverse Colors**    **Other two colors (both orientations)**

**Any other transitions would require the outer two bases to change**

© 2006 Applied Biosystems

EXHIBIT O



These two color changes are not allowed, as 2 bases change



© 2006 Applied Biosystems

EXHIBIT O





**Allowed 3 colors changed**

**Allowed 2 colors changed acceptable "transition"**

**Not allowed 2 colors changed but a forbiden "transition"**

© 2006 Applied Biosystems

EXHIBIT O



# Why leave color space?



**color space**

© 2006 Applied Biosystems

EXHIBIT O



# Why leave color space?
## Align color space reads against color space reference



**Reference**

© 2006 Applied Biosystems

EXHIBIT O



Why leave color space?
Align color space reads against color space reference



**SNP 2 colors change**

**Reference**

                                                              © 2006 Applied Biosystems

EXHIBIT O



# Why leave color space?
# Align color space reads against color space reference



**Reference**

**Incorrect call , single change in color space**

© 2006 Applied Biosystems

EXHIBIT O



**For Research Use Only. Not for use in diagnostic procedures.**

**Applera, Applied Biosystems and AB (Design) are registered trademarks and SOLiD is a trademark of of Applera Corporation or its subsidiaries in the U.S. and/or certain other countries.**

© 2006 Applied Biosystems

**EXHIBIT F**

**2006 UBS East Coast Life Sciences Bus Tour**
**August 15, 2006**















EXHIBIT O





































**PROOF OF SERVICE**

I am an attorney, and on March 24, 2008, I caused the

**FINAL INFRINGEMENT CONTENTIONS OF COUNTERCLAIM
PLAINTIFF SOLEXA, INC.**

to be served via electronic mail by electronically mailing a true and correct copy through Marshall, Gerstein & Borun LLP's electronic mail system to the e-mail addresses set forth below, and via First Class U.S. Mail, postage prepaid, deposited at 233 South Wacker Drive, Chicago, Illinois upon:

**COUNSEL FOR PLAINTIFF:**

BRYAN WILSON
DARA TABESH
ERIC C. PAI
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
E-Mail: BWilson@mofo.com
E-Mail: DTabesh@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE
STEVEN E. COMER
ANDERS T. AANNESTAD
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: AAannestad@mofo.com

KURTIS MacFERRIN
APPLERA CORPORATION –
  APPLIED BIOSYSTEMS GROUP
850 Lincoln Centre Drive
Foster City, CA 94404
E-Mail: Kurtis.MacFerrin@appliedbiosystems.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Chicago, Illinois, this 24th day of March, 2008.

_____
Cullen Pendleton

EXHIBIT O