| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
| | ERIC C. PAI (CA SBN 247604) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792 |
| | E-Mail: BWilson@mofo.com |
| 5 | E-Mail: EPai@mofo.com |
| 6 | DAVID C. DOYLE (CA SBN 70690) |
| | STEVEN E. COMER (CA SBN 154384) |
| 7 | BRIAN M. KRAMER (CA SBN 212107) |
| | MORRISON & FOERSTER LLP |
| 8 | 12531 High Bluff Drive, Suite 100 |
| | San Diego, California 92130-2040 |
| 9 | Telephone: 858.720.5100 |
| | Facsimile: 858.720.5125 |
| 10 | E-Mail: DDoyle@mofo.com; SComer@mofo.com; |
| | BMKramer@mofo.com |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | APPLERA CORPORATION – APPLIED BIOSYSTEMS |
| | GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   07-CV-02845 WHA<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT P TO DECLARATION OF STEVEN E. COMER IN SUPPORT OF APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Date:   August 21, 2008<br>Time    8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Judge:  William H. Alsup |

MANUAL FILING NOTIFICATION: EX. P – COMER DECL ISO MTN FOR SUMMARY JUDGMENT OF NONINFRINGEMENT
Case No. 07-CV-02845 WHA

1   Regarding: Exhibit P to the Declaration of Steven E. Comer In Support Of Applera
2   Corporation-Applied Biosystems Group's Motion For Summary Judgment of Noninfringment.
3   This filing is in paper or physical form only, and is being maintained in the case file in the
4   Clerk's office.

5   If you are a participant on this case, this filing will be served in hard-copy shortly.

6   For information on retrieving this filing directly from the court, please see the court's
7   main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8   This filing was not efiled for the following reason(s):

9   ___ Voluminous Document (PDF file size larger than the efiling system allows)

10  ___ Unable to Scan Documents

11  ___ Physical Object (description): _____

13  _____

14  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

15  X   Item Under Seal

16  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

17  ___ Other (description): _____

19  _____

21  Dated: July 17, 2008           BRYAN WILSON
                                   DAVID C. DOYLE
22                                 STEVEN E. COMER
                                   MORRISON & FOERSTER LLP

24                                 By:  /s/Steven E. Comer
25                                       Steven E. Comer

26                                 Attorneys for Plaintiff
                                   APPLERA CORPORATION –
27                                 APPLIED BIOSYSTEMS GROUP

28

MANUAL FILING NOTIFICATION: EX. P – COMER DECL ISO MTN FOR SUMMARY JUDGMENT OF NONINFRINGEMENT
Case No. 07-CV-02845 WHA