1  KEVIN M. FLOWERS (admitted *pro hac vice*)
2  THOMAS I. ROSS (admitted *pro hac vice*)
   JEFFREY H. DEAN (admitted *pro hac vice*)
3  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
4  MARK H. IZRAELEWICZ (admitted *pro hac vice*)
   MARSHALL, GERSTEIN & BORUN LLP
5  6300 Sears Tower
   233 South Wacker Drive
6  Chicago, Illinois 60606-6357
7  (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
8  E-Mail: tross@marshallip.com
   E-Mail: kflowers@marshallip.com
9  E-Mail: jdean@marshallip.com
   E-Mail: jlabbe@marshallip.com
10 E-Mail: cpendleton@marshallip.com
11 E-Mail: mizraelewicz@marshallip.com

12 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,
13 and STEPHEN C. MACEVICZ

14

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17               **SAN FRANCISCO DIVISION**

18 _____
                                        )
19 APPLERA CORPORATION—APPLIED          )  Case No. 07-CV-02845 WHA
   BIOSYSTEMS GROUP, a Delaware corpora-)
20 tion,                                )  District Judge William H. Alsup
                                        )
21 Plaintiff/Counterdefendant,          )  **DECLARATION OF KEITH C.**
                                        )  **BACKMAN IN SUPPORT OF SOLEXA'S**
22 - vs. -                              )  **OPPOSITION TO AB'S MOTION FOR**
                                        )  **SUMMARY JUDGMENT OF NON-**
23 ILLUMINA, INC., a Delaware corporation,)  **INFRINGEMENT**
   SOLEXA, INC., a Delaware corporation, and)
24 STEPHEN C. MACEVICZ, an individual,  )
                                        )
25 Defendants/Counterclaimants.         )  Date:   August 21, 2008
                                        )  Time:   8:00 a.m.
26                                      )  Place:  Courtroom 9, 19th Floor
                                        )
27 _____ )

28

---

1    I, Keith C. Backman, declare:

2        1.      I have been retained by the law firm of Marshall, Gerstein & Borun LLP to testify

3    as an expert on behalf of Illumina, Inc. and Solexa, Inc. in the case of Applera Corporation - Ap-

4    plied Biosystems Group v. Illumina, Inc., 07-CV-02845.

5        2.      I make this declaration in support of Solexa's Opposition to AB's Motion for

6    Summary Judgment of Non-Infringement.

7        3.      The statements in this declaration are true and correct.  If called as a witness, I

8    could and would testify thereto under oath.

9        4.      Exhibit 1 hereto is a true and correct copy of the expert report concerning in-

10   fringement that I submitted in this case on May 30, 2008.

11       5.      To the best of my knowledge and belief, the statements in my expert report are

12   true and accurate.

13       6.      I hereby incorporate by reference my expert report into this declaration.

14

15   I declare under penalty of perjury that the foregoing is true and correct.

16   DATED:  July 31, 2008

17                                           Keith C. Backman

18

19

20

21

22

23

24

25

26

27

28