KEVIN M. FLOWERS (admitted *pro hac vice*)
THOMAS I. ROSS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARK H. IZRAELEWICZ (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: kflowers@marshallip.com
E-Mail: tross@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com
E-Mail: mizraelewicz@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, <br><br> Plaintiff/Counterdefendant, <br><br> - vs. - <br><br> ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, <br><br> Defendants/Counterclaimants. | Case No. 07-CV-02845 WHA <br><br> District Judge William H. Alsup <br><br> **DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S OPPOSITION TO AB'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** <br><br> Date: August 21, 2008 <br> Time: 8:00 a.m. <br> Place: Courtroom 9, 19th Floor |

**DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S OPPOSITION TO AB'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT; CASE NO: 07-CV-02845 WHA**

1 | I, Cullen N. Pendleton, declare:

2     1.     I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted pro hac vice to practice before this Court in this case.

    2.     I make this declaration in support of Solexa's Opposition to AB's Motion for Summary Judgment of Non-Infringement.

    3.     The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

    4.     Exhibit 1 hereto is a true and correct copy of selected pages of the transcript of the 30(b)(6) Deposition of Applera Corporation-Applied Biosystems Group (designee Gina Costa), taken on May 20, 2008.

    5.     Exhibit 2 hereto is a true and correct copy of documents, within indicated redactions, produced by AB during discovery in this case bearing Bates Nos. AB00296964 and AB00296978.

    6.     Exhibit 3 hereto is a true and correct copy of selected pages from the transcript of the deposition of Keith C. Backman, Ph.D., taken on June 27, 2008.

    7.     Exhibit 4 hereto is a true and correct copy of pages from the SOLiD Experiment Tracking System (SETS) Software Modular Analysis Pipeline (MOAP) and File Format Guide produced by AB during discovery in this case bearing Bates Nos. AB00000980-81, AB00001004-5, -1007-8, -1010, and -1026.

    8.     Exhibit 5 hereto is a true and correct copy of a document produced by AB during discovery in this case bearing Bates No. AB00132635.

    9.     Exhibit 6 hereto is a true and correct copy of selected pages from a presentation entitled "SOLiD Data – 2 base encoding Sequencing by Oligonucleotide Ligation and Detection" that was obtained by Defendants and produced during discovery, bearing Bates Nos. ILL050362 and ILL05369-72.

    10.     Exhibit 7 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates No. AB00140260.

DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S OPPOSITION TO AB'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT; CASE NO: 07-CV-02845 WHA

-1-

1        11.     Exhibit 8 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates Nos. AB00133131 and -3136-37.

         12.     Exhibit 9 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates No. AB00121770.

         13.     Exhibit 10 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates No. AB00121858.

         14.     Exhibit 11 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates No. AB00131911.

         15.     Exhibit 12 hereto is a true and correct copy of selected pages from the transcript of the deposition of Michael Metzker taken on June 27, 2008.

         16.     Exhibit 13 hereto is a true and correct copy of selected pages from an Office Action in Appl'n Ser. No. 08/472,446, dated August 3, 1998.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 31, 2008

*Cullen Pendleton*
Cullen N. Pendleton

---

**DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S OPPOSITION TO AB'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT; CASE NO: 07-CV-02845 WHA**