# Exhibit 1

# APPLERA CORPORATION

## - vs. -

## ILLUMINA, INC., et al

### *CONFIDENTIAL - ATTORNEYS EYES ONLY*

*Deposition of Gina Costa*
*May 20, 2008*

**Copley Court Reporting, Inc.**
58 Battermarch Street, Suite 317
Boston, Massachusetts  02067
Tel:  (617) 423-5841

APPLERA vs. ILLUMINA, et al                          Gina Costa
                        May 20, 2008                          .

Page 1

                        Volume 1
                      Pages 1 - 176

              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION
                Case No. 07-CV-02845 WHA

APPLERA CORPORATION- APPLIED            )
BIOSYSTEMS GROUP, a Delaware            )
Corporation,                           )
        Plaintiff/Counterdefendant,    )
                                       )
   -vs.-                               )
                                       )
ILLUMINA, INC. A Delaware corporation,)
SOLEXA, INC., a Delaware corporation, )
and STEPHEN C. MACEVICZ, an            )
individual.                            )
        Defendant/Counterclaimants     )

              C O N F I D E N T I A L
                ATTORNEYS' EYES ONLY


   RULE 30(b)(6) DEPOSITION OF APPLERA

CORPORATION-APPLIED BIOSYSTEMS GROUP, taken

pursuant to the provisions of the Federal Rules

of Civil Procedure, before Lisa W. Starr, a

Registered Professional Reporter/Certified

Realtime Reporter and Notary Public in and for

the Commonwealth of Massachusetts, at Foley &

Lardner, 111 Huntington Avenue, Boston,

Massachusetts on May 20, 2008, commencing at 9:12

a.m.

APPLERA vs. ILLUMINA, et al                                Gina Costa
                          May 20, 2008                            .

1    APPEARANCES:

2    FOR THE PLAINTIFFS:
       MORRISON & FOERSTER, LLP
3      BY: Steven E. Comer, Esq.
       12531 High Bluff Drive, Suite 100
4      San Diego, California 92130-2040
       e-mail: Scomer@mofo.com
5
     FOR THE DEFENDANT:
6      MARSHALL, GERSTEIN & BORUN, LLP
       BY: Cullen Pendleton, Ph.D., Esq.
7      233 South Wacker Drive
       6300 Sears Tower
8      Chicago, Illinois 60606-6357
       e-mail: Cpendleton@marshallip.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

Page 3

1                    I N D E X

2   Witness            Direct   Cross   Redirect   Recross
    GINA COSTA
3   (By Mr. Pendleton)   5
    (By Mr. Comer)              172

4

5

                    E X H I B I T S
6
    No.  Page         Description
7   87   4            Bates Nos. AB 00131100-131136
    88   4            Bates Nos. AB 00045214-45231
8   89   4            Bates Nos. AB 00067012-67019
    90   4            Bates Nos. AB 00138981-137680
9   91   38           Bates Nos. AB 00137621-137680
    92   46           Bates Nos. ILL 051205-051241
10  93   73           Bates Nos. AB 00121757-121795
    94   110          Bates Nos. AB 00000683-979
11  94-A 110          Bates Nos. AB 00000803-804
    95   110          Bates Nos. AB 00029686-29706
12  96   110          Bates Nos. AB 00000980-1082
    97   110          Bates Nos. 00134505-134517
13  98   110          Bates Nos. AB 00245396-245403
    99   132          Bates Nos. AB 00137524-137544
14  100  139          Bates Nos. AB 00122112-122125
    101  140          Bates Nos. AB 00136587-136591
15  102  140          Bates Nos. AB 00136632-136715
    103  140          Bates Nos. AB 00144354-144433
16  104  140          Bates Nos. AB 00144581-144582
    105  140          Bates Nos. AB 00145079-145082
17  106  140          Bates Nos. AB 00147319-147328
    107  140          Bates Nos. AB 00160770-160775
18  108  141          Bates Nos. AB 00221652-221667
    109  141          Bates Nos. AB 00245106-245125
19  110  141          Bates Nos. AB 00276276-276279
    111  141          Bates Nos. AB 00276286-276291
20  112  141          Bates Nos. AB 00276605-276684
    113  141          Bates Nos. AB 00287982-288005
21  114  141          Bates Nos. ILL 050362-050385
    115  141          Bates Nos. ILL 051151-051183
22

23

24

APPLERA vs. ILLUMINA, et al                           Gina Costa
                        May 20, 2008                              .

Page 4

```
 1              P R O C E E D I N G S
 2                      (Discovery R1B Product
 3   Requirements Document, Bates Nos. AB 00131100
 4   through 00131136, was marked as Exhibit No. 87
 5   for identification).
 6                      (Bates Nos. AB 00045214
 7   through 45231, Purchase Agreement, was marked as
 8   Exhibit No. 88 for identification).
 9                      (Bates Nos. AB 00067012
10   through 67019, Center for Terabase Applications
11   in Genomics Strategy, were marked as Exhibit No.
12   89 for identification)
13                      (Bates Nos. AB 00138981
14   through 137680 were marked as Exhibit No. 90 for
15   identification)
16              THE VIDEOGRAPHER:   We are now
17   recording and on the record.  My name is Jared
18   Drewniak.  I am a legal video specialist on
19   behalf of Hub Productions, Inc.  Today is May 20,
20   2008, and the time is 9:13 a.m.
21       This is the 30(b)(6) deposition of
22   Applera Corporation-Applied Biosystems Group
23   versus Illumina, Incorporated, et al, in United
24   States District Court, Northern District of
```

APPLERA vs. ILLUMINA, et al                          Gina Costa
                          May 20, 2008                          .

                                                          Page 5

1    California, San Francisco Division, Case No.

2    07-CV-02845 WHA.  This deposition is being taken

3    at 111 Huntington Avenue, Boston, Massachusetts.

4    The court reporter is Lisa Starr of Copley Court

5    Reporting.

6            Will counsel state their appearances, and

7    the court reporter will administer the oath.

8            MR. PENDLETON:  My name is Cullen

9    Pendleton.  I'm with the law firm of Marshall,

10   Gerstein & Borun, representing Defendants,

11   Illumina, Incorporated, Solexa, Incorporated, and

12   Steven Macevicz.

13           MR. COMER:  Steve Comer from Morrison

14   & Foerster for Applied Biosystems.

15                   GINA COSTA

16   of lawful age, being first properly identified

17   and duly sworn to tell the truth, the whole

18   truth, and nothing but the truth, deposes and

19   says as follows in answer to direct

20   interrogatories by Attorney Pendleton:

21     Q.   Could you please state your name for the

22   record?

23     A.   Gina Costa.

24     Q.   Dr. Costa, I am Cullen Pendleton, and I

APPLERA vs. ILLUMINA, et al                          Gina Costa
                        May 20, 2008                        .

Page 56

1    I want to ask a more specific question.

2         Does that mean after the ligation step it

3    takes a picture?  There's also a cleavage step,

4    right?

5    A.   So what happens is you first have to

6    interrogate your slide for where the XY

7    coordinates for each bead are.  That is done

8    first.

9    Q.   And that's using the method that you've

10   been describing where you put in a label primer

11   complimentary to P2, it lights up all of the

12   beads on the slide because all of the productive

13   beads have a P2 at their 3' end, and they glow.

14   And then the computer can look and see where the

15   ligation of the beads are, map the location of

16   the beads, correct?

17   A.   Correct.  It gives them an XY coordinate.

18   Q.   That's before you've done any rounds of

19   ligation chemistry.  So you do your first round

20   of ligation chemistry.  You've ligated on a

21   ligation probe.  Is that when the image is taken,

22   after that ligation step is complete?

23   A.   You first ligate down a primer sequence,

24   which ligates only to the known adapter sequence.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                            May 20, 2008                              .

Page 57

1    Then you add your probe mixtures with ligase is.

2    And those probes allow identification of color in

3    four channels.  And the images from those four

4    channels are collected.

5        Q.    After the ligation step in the cycle that

6    you've just described?

7        A.    Yes.

8        Q.    Does the SOLiD System store the images

9    after it obtains them?

10       A.    It does.

11       Q.    Does it store the images prior to the

12   cleavage step?

13       A.    The image directories are saved all the

14   way until the end of the run.

15       Q.    So, is the storage -- so after it takes

16   an image, is the storage of that image completed

17   prior to the cleavage step occurring?

18       A.    Yes.

19       Q.    So, the four panels on this document,

20   page 33, ILL 051357 to orient us in the record,

21   there are four small panels on the right side of

22   this document.  It has colored dots on it:  Blue

23   at the top, green, orange, and red.  Correct?

24       A.    Um-hmm.  And those --

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

Page 70

1      Q.   One of the fluorescent dyes that we've

2   been discussing?

3      A.   Yes.

4      Q.   And that is attached to the universal

5   base at the 5' terminal of the probe, correct?

6      A.   Correct.

7      Q.   Now, in between the nucleotides Y and Z,

8   there's the letter S.

9      A.   Um-hmm.

10      Q.   What does the letter S stand for?

11      A.   A thiol group.  Normally, in DNA, there

12   is a phosphate backbone.  And that phosphate

13   backbone is comprised of a phosphodiester bond.

14   And those have what is termed 2-bridging oxygens

15   across the 5' carbon atom and the 3' carbon atom

16   of the next sugar molecule.  That's bridging by

17   oxygen.

18           In a phosphorothiolate bond, that 3'

19   bridging oxygen is now a sulfur group.

20      Q.   For the sake of the clarity of the

21   record, this document states "phosphothiolate",

22   and you just said "phosphorothiolate".  Those are

23   one and the same?

24      A.   Phosphorothiolate.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                            May 20, 2008                              .

Page 71

1      Q.    So you can use either term; it's just

2   nomenclature?

3      A.    Phosphorothiolate is proper.

4      Q.    That phosphorothiolate linkage links the

5   five bases at the 3' end of the probes to the

6   three universal bases with the label at the 5'

7   end of the probes?

8      A.    Correct.

9      Q.    This is just one example of a 1-basing

10  encoding pool of probes.  You can move, for

11  example, the interrogation position to another

12  position if you wanted to, right?

13     A.    You could.

14     Q.    Now, AB, by which I mean Agencourt, in

15  fact did that.  They had probes where the Y

16  position was at the 3' terminal, correct?

17     A.    Um-hmm.

18     Q.    And in other respects, all the other

19  structures we've discussed would be the same,

20  right?

21     A.    Yes.

22     Q.    At the bottom of this page, it states

23  "Probe sets:  1-base, 4-color; 2-base, 4-color."

24  I apologize, it's clunky reading it out, but we

APPLERA vs. ILLUMINA, et al                           Gina Costa
                          May 20, 2008                        .

                                                        Page 84

1    SOLiD System, correct?

2        A.   Correct.

3        Q.   If you'll turn back to AB 12 -- I'm

4    sorry, AB 00121762 entitled "SOLiD: Labeled

5    Ligation Probes."

6        A.   Yes.

7        Q.   This page has four drawings of 1-base

8    encoding probes where the interrogation position

9    is at position 5 from the 3' end, correct?

10       A.   Correct.

11       Q.   And this slide also says S indicates a

12   phosphorothiolate linkage, correct?

13       A.   Correct.

14       Q.   And on the right side of the page,

15   there's also a drawing labeled "Phosphorothiolate

16   Linkage," correct?

17       A.   Correct.

18       Q.   Does this drawing accurately represent

19   the structure of the phosphorothiolate linkage

20   that's found in the labeled ligation probes sold

21   with and for use in the SOLiD System?

22       A.   Correct.

23       Q.   Now, underneath here there's some text

24   explaining it.  Will you tell me what is meant by

APPLERA vs. ILLUMINA, et al                                Gina Costa
                              May 20, 2008                        .

                                                          Page 85

 1    the first passage "S-P bond quantitatively

 2    hydrolysed with AgNO3 at neutral pH"?  What does

 3    that statement mean?

 4        A.    It's a scissile bond between the

 5    phosphate group and the sulfur that can be

 6    cleaved in the presence of the silver ions at

 7    neutral pH.  It's important that it's neutral pH

 8    because that retains the structure of DNA.

 9        Q.    And by scissile, S-C-I-S-S-I-L-E, you

10    mean cleavable?

11        A.    Cleavable.

12        Q.    Cuttable.  The second bit of the text

13    underneath there says:  "Removes dye, cleaves

14    oligo tail, and regenerates 5' phosphate in a

15    single step"?

16        A.    Correct.

17        Q.    What does that mean?

18        A.    What it states, you're able to remove the

19    three universal bases and the dye and leave

20    behind a 5' phosphate following the bases that's

21    a native DNA end.

22        Q.    That means looking at the structure on

23    this page, that means you get rid of the Z's, 6,

24    7, and 8, and the dye -- those are not even

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                           .

                                                              Page 86

 1    attached?

 2        A.    And the thiolate.

 3        Q.    Looking at the structure here, what

 4    happens with the silver nitrate is this sulfur

 5    stays with this 3' base and can be washed away,

 6    leaving behind the phosphate group shown in the

 7    drawing?

 8        A.    The 5' phosphate.

 9        Q.    And that phosphate position based here,

10    for example, if we looked at the probe, what we

11    would call the A probe or the A pool, that

12    phosphate would be on the A position in that

13    pool?

14        A.    5' phosphate, correct.

15        Q.    We've been going for quite awhile.

16              THE VIDEOGRAPHER:    The time is

17    11:07.  This is the end of cassette No. 1.  We're

18    off the record.

19                        (A recess was taken).

20              THE VIDEOGRAPHER:    This is the

21    beginning of cassette No. 2 in the 30(b)(6)

22    deposition of Applied Biosystems.  The time is

23    11:18.  We are back on the record.

24    BY MR. PENDLETON:

APPLERA vs. ILLUMINA, et al                              Gina Costa
                              May 20, 2008                          .

Page 107

1    encoding bead?

2       A.    Correct.

3       Q.    Slide 19 shows the cleavage step

4    following visualization, again produces a

5    phosphate on the end of the extended universal

6    sequencing primer; is that correct?

7       A.    Correct.

8       Q.    And slide 20, ILL 051224, this shows that

9    a ligation is occurring between that new

10   extendable end on the extended universal sequence

11   primer and a 4, 5-encoded probe that has GG at

12   the fourth and fifth positions that's labeled

13   with a blue dye?

14      A.    Correct.

15      Q.    Next step, visualization.  You shine

16   white light on it.  You get a blue signal,

17   correct?

18      A.    Correct.

19      Q.    And on the next slide, slide 22, again,

20   you cleave and generate a 5' phosphate again on

21   that twice extended universal sequencing primer?

22      A.    Correct.

23      Q.    So now we've obtained a color signal for

24   the 4, 5 position and the 9, 10 position.  We

APPLERA vs. ILLUMINA, et al                           Gina Costa
                      May 20, 2008                          .

 1     Q.   And those would just be in order.

 2     A.   Um-hmm.

 3     Q.   So N is A and N-1 is B and N-2 is C.  We

 4    can set that exhibit aside.

 5          I'm going to present you with a document

 6    that's been marked as Exhibit 96.  It bears Bates

 7    numbers AB 00000980 through AB 000001082.  This

 8    document was also marked "Highly Confidential -

 9    Attorneys' Eyes Only" and was produced by AB

10    during this litigation.

11          Do you recognize this document?

12     A.   Yes.

13     Q.   Can you identify this exhibit for the

14    record?

15     A.   It's the SETS Software Manual which is

16    the SOLiD Experiment Tracking System Software.

17     Q.   And underneath is a subtitle, "Modular

18    Analysis Pipeline (MOAP) and File Format Guide".

19          What does that signify?

20     A.   It's the software and the metrics

21    associated with the user interfaces on the

22    instrument.

23     Q.   Does it describe all the files, the

24    computer files that are generated by the system

APPLERA vs. ILLUMINA, et al                                Gina Costa
                              May 20, 2008                        .

                                                           Page 119

 1   during a SOLiD sequencing run?

 2      A.   It does, yes.

 3      Q.   And also, the files that are generated by

 4   the system and analyzed by the system during

 5   primary and secondary analysis, correct?

 6      A.   Correct.

 7      Q.   So why was this document created?

 8      A.   It affords the user the ability to

 9   proficiently use the SOLiD instrumentation and

10   understands the files generated.

11      Q.   So they can read this and understand what

12   files are created, why they're created, what

13   their purpose is?

14      A.   And how to interpret the data, yes.

15      Q.   And was this document created in the

16   ordinary course of business at AB?

17      A.   Yes.

18      Q.   About a quarter of the way through this

19   document at the page bearing Bates number AB

20   00001004, I'll let you find that, the entry

21   describing the file xxxx.sequence.csfasta states

22   that it "contains the color calls generated for

23   each tag, with the last base of the primer

24   prepended."  Correct?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

Page 120

 1      A.    Correct.

 2      Q.    Is that represented anywhere on the other

 3   text for the entry, an example of that?

 4      A.    Can you clarify that statement?

 5      Q.    Okay.  A color space fasta file contains

 6   color call with the last base of the primer

 7   prepending.  Where is an example of a file like

 8   that, if any, in this text?

 9      A.    The bottom, starts with a G, and followed

10   with the color codes, 321131, so that would be a

11   csfasta file prepended with a primer sequence.

12      Q.    And the notation above that,

13   1_89_1562_R3, what does that signify?

14      A.    It signifies about the R3 tag, which is

15   the second tag, and probably the bead

16   coordinates.  I mean, it is the bead coordinate

17   of that run.

18            So, for instance, you see here, that

19   would be the XY coordinate of the R3 tag for that

20   color call.

21      Q.    Would the XY coordinate be the 89 and the

22   1562?

23      A.    I believe so, yes.

24      Q.    And the first would be the panel, panel

APPLERA vs. ILLUMINA, et al                                        Gina Costa
                              May 20, 2008                               .

                                                                  Page 121

1   and then XY coordinate?

2       A.   No.  I'm less clear on this detail from

3   this.  It's probably -- I'm assuming, and it's an

4   assumption, it's the color call, but I'm not

5   quite sure about this.

6       Q.   Now, you said that R3 was the second tag.

7   What's the first tag?

8       A.   F3.

9       Q.   So from this you would understand that

10  the last base of the R3' is G, and that's always

11  the case?

12      A.   Yes, because it's the adapter sequence.

13      Q.   What's the last base for the F3?

14      A.   T.

15      Q.   On the next page, AB 00001005, there's an

16  entry, if you'll look at the entry for

17  "xxxx.ma.tag_length.number_of_errors".

18      A.   Correct.

19      Q.   The last sentence in the description for

20  this file about halfway down the page says:

21  "This is preprocessed data in which the last base

22  of the primer is prepended to the color space

23  sequence."  Correct?

24      A.   Correct.

APPLERA vs. ILLUMINA, et al                              Gina Costa
                           May 20, 2008                              .

Page 122

1      Q.   Does that mean the same as it did in the

2    discussion of the sequence csfasta file?

3      A.   Correct.

4      Q.   Turning to page AB 0001007, this includes

5    the entry ##primer_base.  That includes that

6    notation.

7      A.   Um-hmm.

8      Q.   And underneath it says:  "Primer base," I

9    take this to be an example, "F3=T, R3=G."

10   Correct?

11     A.   Um-hmm.

12     Q.   And this is --

13     A.   Exactly.

14     Q.   This is what you just said.  And this is

15   included in every file?

16     A.   On every csfasta file, it's prepended

17   with the adapter base defining F3 or R3.

18     Q.    If you'll turn to page AB 00001026, in

19   Table 2-2 entitled "Global Parameters" there's

20   another parameter here, f3.primer.base and

21   r3.primer.base, that provides the same

22   information about the last base of the F3 and R3

23   tags, correct?

24     A.   The F3 and the R3 adapters.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                            May 20, 2008                              .

                                                              Page 123

 1      Q.   Okay.

 2      A.   That's fair.  It's prepended with the

 3  last base of the adapter.  So, yes on the tags.

 4      Q.   In fact, the sentence describing it uses

 5  primer for both the F3 and the R3.

 6      A.   Okay.

 7      Q.   So that's what you meant?

 8      A.   Yes.

 9      Q.   You can set that aside.  I'm presenting

10  you with a document that's been marked as Exhibit

11  97 bearing Bates numbers AB 00134505 to 00134517.

12  After you've had a chance to flip through it and

13  see what its contents are, let me know.

14      A.   Okay.

15      Q.   Do you recognize this document?

16      A.   Yes.

17      Q.   Can you identify this exhibit for the

18  record?

19      A.   It's the materials, the raw materials

20  used with the SOLiD sequencing workflow.

21      Q.   Why was this document created?

22      A.   These are the reagents that are

23  configured into kits.

24      Q.   So this list lets AB keep track of how

APPLERA vs. ILLUMINA, et al                          Gina Costa
                        May 20, 2008                        .

Page 160

1    artificial chromosome number 1065.  It's the

2    details of that sequencing.

3        Q.   Okay.  So AB as part of its test for due

4    diligence said, you think you know how to

5    sequence, here, sequence this.  You got the

6    samples, you sequenced it, and used that data to

7    figure out that the SOLiD System was validated?

8        A.   It was across a very difficult template,

9    mind you.

10        Q.   And what makes the BAC 1065 template

11    different, difficult?

12        A.   It was just very "complex".

13        Q.   Complex meaning?

14        A.   The sequence content.

15        Q.   On the first page under 3.1, the last two

16    sentences state:  "The sequencing was performed

17    using a '2-bp encoding' scheme which labels the

18    ligation oligos in such a way to probe the

19    identity of two adjacent bases in each cycle.

20    This scheme has been developed to reduce the

21    number of false positives in polymorphism

22    detection and to possibly avoid blocking IP in

23    the detection of single bases by ligation."

24    Correct?

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

                                                            Page 161

 1     A.   Correct.

 2     Q.   Is that a true statement?

 3     A.   It's a true statement, yes.

 4     Q.   What IP -- what does IP mean?

 5     A.   Intellectual property.

 6     Q.   And what IP was sought to be avoided by

 7   development of the dual-based method?

 8     A.   The ligation chemistry defined by

 9   Macevicz.

10     Q.   And that would be the patents-in-suit?

11     A.   Um-hmm.

12     Q.   You can set that aside.  I place before

13   you a document marked as Exhibit 109.  Could you

14   identify this document for the record?

15          I'm not sure I asked the previous

16   question.  With regards to the previous exhibit,

17   was this document produced in the ordinary course

18   of AB's business?

19     A.   Right.

20     Q.   Back to this document, 109, could you

21   identify this document for the record?

22     A.   This document was generated by Mark Ewan

23   in collaboration with John Sorenson for the

24   development of the instrument control software