# Exhibit 2

Y

# Exhibit 2

**INVENTION DISCLOSURE**

1. Title or Subject of the Discovery or Invention

Sequencing by Ligation and Cleavage

2. Contributors (Full Names, including full middle name, address, and citizenship)

    a. those who contributed to the initial concept:

        Alan P. Blanchard, Kevin McKernan

    b. those who contributed to subsequent development, and testing: (concept only)

3. Conception of Discovery or Invention (problem(s) solved, approach, etc.)

Method describes a single-base-at-a-time sequencing approach consisting of:

- Sample DNA molecules consisting of a template, of unknown sequence at the 3' end and a known primer complementary to the known 5' end of the template, the two being hybridised together to form a 3' overhang of unknown sequence.
- A collection of all 4096 DNA hexamers, each labeled at or near the 5' end with one of four fluorescent dyes, the choice of dye corresponding to the identity of the 3' most base of the hexamer. Each hexamer is made with a 3'-S-P-O-5' bond between the 5th and 6th bases of the hexamer (counting from the 5' end of the hexamer) and a 3' OH group on the 6th base of the hexamer. The 5' end of each hexamer is modified so as not to be able to ligate with another DNA molecule, e.g., by removing any 5' phosphate group.
- Contacting the sample DNA with the collection of hexamers in the presence of DNA ligase under conditions designed to promote the selective ligation of hexamers whose 3' base is complementary to the first base of the overhang of the sample molecule.
- Determining the identity of the first base of the overhang of the sample molecule by measuring the spectrum of the fluorescence emitted by the label on the ligated hexamer.
- Removing the first 5 bases of the hexamer by cleaving the 3'-S-P-O-5' bond between the S and P atoms by treatment with e.g., Silver Nitrate. This leaves the sample molecule unchanged except for the addition of one base to the primer strand.
- Repeating the previous steps to determine the sequence of the remaining overhang of the sample molecule



REDACTED

Page 1 of 11

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    AB00296964

After the extension probes are ligated on, the identity of the 3' base of the extension probe is determined by merely identifying the color of the fluorescence. This clearly falls within the meaning of para. c) of claim 1 of the '341 patent. I propose a more subtle association of colors with probes.

| Color | 5' | | | | | 3' |
|---|---|---|---|---|---|---|
| Red | N | N | N | N | T | C |
| Red | N | N | N | N | G | A |
| Red | N | N | N | N | A | G |
| Red | N | N | N | N | C | T |
| Yellow | N | N | N | N | C | C |
| Yellow | N | N | N | N | T | A |
| Yellow | N | N | N | N | G | G |
| Yellow | N | N | N | N | A | T |
| Green | N | N | N | N | A | C |
| Green | N | N | N | N | C | A |
| Green | N | N | N | N | T | G |
| Green | N | N | N | N | G | T |
| Blue | N | N | N | N | G | C |
| Blue | N | N | N | N | A | A |
| Blue | N | N | N | N | C | G |
| Blue | N | N | N | N | T | T |

With this association of colors and sequences, it is not possible to identify any particular base. No matter what color shows up, any base is equally likely to be A,C,G or T.
But how is this useful? Let's look at an example where we extend by 1 base every cycle, i.e., we cleave the hexamer probe between bases 5 and 6 (counting from the 5' end). Assume that after 4 cycles, we have recorded the sequence of colors as Yellow, Green, Red, Blue. What do we know?

The following table sets out the possibilities. The first color recorded is Yellow, which means bases 1 and 2 are either CC, TA, GG or AT. So we write those possibilities in columns 1 and 2. Similarly for the other recorded colors. If we now assume base 1 is really C, we can deduce that base 2 is also C. Similarly, if base 2 is C, then we deduce base 3 is A. If base 3 is A, then base 4 is G and base 5 is C. So we can write out one possible sequence as 5' CGACC 3'. Similar deductions, starting from assuming base one is one of the other three possibilities, yield the other 3 possible 5-base sequences.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              AB00296978