# Exhibit 3

# Deposition of
# **KEITH BACKMAN, PhD**

**Date:** June 27, 2008
**Volume:** 1

**Case:** APPLERA v. ILLUMINA

SHARI MOSS & ASSOCIATES
Phone: (650) 692-8900  (415) 402-0004
Fax: (650) 692-8909
Email: sharimoss@sharimoss.com
Internet: www.iptranscripts.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


--------------------------- x
APPLERA CORPORATION –
APPLIED BIOSYSTEMS GROUP,
a Delaware corporation,
           Plaintiff,

v.                                    Case Number
                                      C07 02845 WHA

ILLUMINA, INC, a Delaware
 corporation, SOLEXA, INC.,
 a Delaware corporation,
and STEPHEN C. MACEVICZ,
an individual,

           Defendants.
--------------------------- x


        DEPOSITION OF KEITH C. BACKMAN, Ph.D., a

    witness called by and on behalf of the

    Plaintiff, taken pursuant to the applicable

    provisions of the Federal Rules of Civil

    Procedure, before Dana Welch, CSR, Registered

    Professional Reporter, Certified Realtime

    Reporter, and Notary Public, in and for the

    Commonwealth of Massachusetts, at Regus

    Center, 60 State Street, Suite 700, Boston,

    Massachusetts, on June 27, 2008, commencing at

    8:51 a.m.

1   APPEARANCES:

2   For the Plaintiff:

3          MORRISON & FOERSTER LLP

4          12531 High Bluff Drive, Suite 100

5          San Diego, California  92130-2040

6          858.720.5100  Fax:  858.720.5125

7          scomer@mofo.com

8          By:  Steven E. Comer, Esq.

9

10  For the Defendants:

11         MARSHALL, GERSTEIN & BORUN LLP

12          233 South Wacker Drive

13          6300 Sears Tower

14          Chicago, IL 60606-6357

15          312.474.6300 Fax: 312.474.0448

16          mizraelewicz@marshallip.com

17          kflowers@marshallip.com

18         By:  Mark Izraelewicz, Esq.

19          and Kevin M. Flowers, Ph.D, Esq.

20

21

22  Also Present:  Shawn Budd, Videographer

23

24

25

Page 3

```
 1                    I N D E X

 2   WITNESS:

 3     KEITH C. BACKMAN, Ph.D.

 4

 5   EXAMINATION:                            PAGE:

 6     BY MR. COMER                           5

 7   EXHIBITS MARKED:

 8    NO.   DESCRIPTION                      PAGE:

 9     Exhibit No. 262, Synthesis and Selective   174
       Cleavage of an Oligodeoxynucleotide...
10     article by Mag (remarked from previous
       deposition.)
11

12     Exhibit No. 501, Expert Statement of Keith  13
       C. Backman, Ph.D. Regarding Infringement
13

14     Exhibit No. 502, Expert Rebuttal Statement  13
       of Keith C. Backman, Ph.D.
15

16     Exhibit No. 503, Patent Local Rule 4-2,     49
       Claim Construction Disclosures of
17     Counterclaim Plaintiff Solexa, Inc.

18     Exhibit No. 504, Claim Construction Order   135

19     Exhibit No. 505, U.S. Patent Number        142
       5,770,367
20

21
     Exhibits appended to transcript.
22

23

24

25
```

```
 1                P R O C E E D I N G S
 2         THE VIDEOGRAPHER:  Okay.  We are on the
 3     record.  This is the video operator speaking,
 4     Shawn Budd.  Today's date is June 27th, 2008,
 5     and the time is 8:51.
 6         We are here at the offices of HQ Global,
 7     located at 60 State Street, Boston,
 8     Massachusetts to take the videotaped
 9     deposition Dr. Keith Backman, in the matter of
10     Applera Corporation, et al., versus Illumina
11     Inc., et al.
12         Would counsel please introduce themselves.
13         MR. COMER:  Steve Comer of Morrison &
14     Foerster for Applied Biosystems.
15         MR IZRAELEWICZ:  Mark Izraelewicz and
16     Kevin Flowers of Marshall Gerstein & Borun for
17     defendants.
18         THE VIDEOGRAPHER:  And would the court
19     reporter please swear in the witness.
20             KEITH C. BACKMAN, Ph.D.,
21 having been satisfactorily identified by the
22 production of his driver's license, and duly sworn
23 by the Notary Public, was examined and testified as
24 follows:
25
```

1    did you spend in Chicago to work on these two

2    reports?

3        A.  I think five days altogether.  And then of

4    course there were many telephone conversations,

5    times when I wasn't actually in Chicago.

6        Q.  Okay.  I want to ask you some questions

7    about the '119 patent.

8        A.  Okay.

9        Q.  And you agree that the probes used in the

10   SOLiD system do not literally infringe claim 1 of

11   the '119 patent, correct?

12       A.  Well, as I explained in my report, the

13   probes used in the SOLiD system meet every little

14   requirement of claim 1 with one exception, which it

15   meets by equivalence.  So then it meets the claim

16   by equivalence, not literally.

17       Q.  So you agree that the claim language

18   requires a phosphoramidate linker, correct?

19       A.  The claim language requires the formula

20   presented.  I don't see the word phosphoramidate in

21   that claim.  And as I understand it, equivalents

22   are covered by the claim.

23       Q.  Well, looking at the chemical formula

24   that's written in the claim, does that include a

25   phosphoramidate linker?

1      A.   The formula specifically written here

2    includes a linkage which is commonly called

3    phosphoramidate.

4      Q.   Does it include a phosphorothiolate

5    linkage?

6      A.   It includes it by equivalence.

7      Q.   But not literally, right?

8      A.   But not literally.

9      Q.   And you agree that the probes used in

10   SOLiD contain a phosphorothiolate linker, not a

11   phosphoramidate linker, correct?

12     A.   May reading of all the materials made

13   available to me from ABI and -- and documentation,

14   reading deposition transcripts of your 30(b)(6)

15   witness, lead me to believe, and if I take them at

16   their word, that they use a phosphorothiolate

17   linkage.

18     Q.   Were phosphoramidates commonly known to

19   those of skill in the art in 1995 as cleavable

20   linkers?

21     A.   As cleavable linkers?  Well, the answer to

22   that question -- one has to -- one has to make --

23   make some distinction.  Phosphoramidates were known

24   at or about that time.  There is an article which

25   describes them as cleavable by chemical means,

1    which I am aware of specifically.

2           So given that the article was published in

3    that time frame, I would say yes, it should have

4    been known to a person of ordinary skill in the

5    art.

6    Q.  Were phosphorothiolate linkers commonly

7    known to those of ordinary skill in the art in 1995

8    as cleavable linkers?

9    A.  My understanding is yes, that

10   phosphorothiolate linkages were known.

11   Specifically, the article which makes reference to

12   cleavable phosphoramidate bonds, analogizes them to

13   the already known phosphorothiolate.

14   Q.  Which article is that?

15   A.  It's by -- the first author is a fellow

16   named Mag, M-A-G.

17   Q.  I just want to make sure we're using the

18   same terms.  You're saying phosphorothiolate with

19   an "L" in it, right?

20   A.  You know, there's a lot of back and forth

21   about whether or not the "L" should or should not

22   be there.  And I'm not on the IUPAC board that

23   determines these things.  But whether or not the

24   "L" is in there, phosphorothioate or

25   phosphorothiolate, I think that those two things

1    in 1995 commonly knew about cleavable linkages that

2    could be used in a DNA probe and that when cleaved

3    would leave a 5-prime-phosphate.

4        A.   Yes.   Certainly those kinds of cleavages

5    were known; the bulk of them were enzymatic.

6        Q.   Were there chemically cleavable bonds that

7    could do the same thing that were commonly known

8    in 1995?

9        A.   I haven't made a search of the literature,

10   so I can't really comment on that.

11       Q.   Can you think of any right now?

12       A.   I can't --

13           MR. IZRAELEWICZ:  Objection.

14           THE WITNESS:  -- think of any that I could

15       state with confidence were or were not known

16       in 1995.

17   BY MR. COMER:

18       Q.   The '119 patent discusses the use of a

19   phosphorothioate linkage, right?

20       A.   Would you help me by directing me to ...

21       Q.   Yes.   Yeah.   If you take a look in

22   column 9, starting -- it's down toward the bottom,

23   down toward line 60, in that bottom paragraph.

24       A.   Okay.

25           MR. IZRAELEWICZ:  Steve, you said column 9

 1      beginning at line 60?

 2          MR. COMER:  Oh, you know, I'm sorry.  I'm

 3      looking at the '341 patent.

 4          Yeah.  So it would start at the very --

 5      the very bottom formula in column 9 and going

 6      on to the top of column 10.

 7          MR. IZRAELEWICZ:  Just so I'm clear, your

 8      question is that that shows the

 9      phosphorothiolate?

10          MR. COMER:  No.

11  BY MR. COMER:

12      Q.  This is -- this refers to a

13   phosphorothioate without the "L," right?

14      A.  So I see the area you're talking.

15          THE WITNESS:  And I'm going to ask to take

16      a 30-second break.

17          THE VIDEOGRAPHER:  The time is 9:28.  We

18      are off the record.

19          (Proceedings interrupted at 9:28 a.m.

20      and reconvened at 9:35 a.m.)

21          THE VIDEOGRAPHER:  Okay.  We are back on

22      the record.  The time is 9:35.

23   BY MR. COMER:

24      Q.  Okay.  We were looking at this

25   phosphorothioate that's discussed in columns 9 and

1    10 of the '119 patent.  Have you taken a look at

2    that?

3        A.  Yes, I have.

4        Q.  What's the phosphorothioate being used for

5    in that section?

6        A.  It's described as a kind of modified

7    linkage, a "P" with carat sign on it, that is

8    exonuclease resistant and is an example, along with

9    methylphosphonate and others, of such an

10   exonuclease resistant linkage.

11       Q.  What's the purpose of having the

12   phosphorothioate in this -- in this -- is this a

13   probe?

14           MR. IZRAELEWICZ:  Objection.  Compound.

15   BY MR. COMER:

16       Q.  Is this formula describing a probe?

17       A.  In the -- it's a -- the formula describes

18   an oligonucleotide which is described at line 65 in

19   column 9 as a probe.

20       Q.  What is the function of the

21   phosphorothioate in that probe?

22       A.  Well, this probe is intended to be used

23   within the Macevicz invention.  And one aspect of

24   the invention in one of the dependent claims is a

25   so-called capping step, and this is intended to be

1    used in conjunction with that capping step.

2        Q.  How is it used in conjunction with the

3    capping step?

4        A.  Because it's exonuclease resistant, one

5    can use an exonuclease to chew back on the DNA

6    strand until it comes to that specific bond which

7    is not subject to cleavage by the exonuclease.  So

8    you can remove the part of the probe that would be

9    able to participate in further reactions and leave

10   an end which is unable to participate further in

11   reactions.

12       Q.  Would this phosphorothioate linkage be

13   cleavable by silver nitrate?

14       A.  The patent is silent on that.  From my

15   knowledge of the chemistry that goes on in the

16   SOLiD system, it would be my opinion that yes, it

17   would probably be cleavable by silver nitrate.

18       Q.  Now, going back to the phosphoramidate

19   linkage discussed in Macevicz, Macevicz discusses

20   using .8 percent trifluoroacetic acid to cleave the

21   phosphoramidate bond, correct?

22       A.  Yes.

23       Q.  How acidic is TFA?

24       A.  It's pretty acidic.

25       Q.  Is it a pH of 1?

1    A.  I don't know if that's specifically

2    written down anywhere in the patent, but I would

3    imagine from general chemical considerations, that

4    would be close to correct.

5    Q.  Does that damage the DNA at all?

6    A.  It's possible that it can in some

7    circumstances.

8    Q.  Can it cause depurination of the DNA

9    sample?

10   A.  Well, as to whether or not depurination

11   would occur would depend on a totality of

12   circumstances, including the pH.  And I don't have

13   any independent evidence which tells me whether or

14   not depurination occurs in this particular

15   treatment step.  I do know that this treatment step

16   is considered by others in the art to be mild.

17   Q.  How do you know that?

18   A.  Because it's written down in an article by

19   Mag.

20   Q.  And do you agree with that, that this is a

21   mild -- do they say it's mildly acidic?

22   A.  No.  They say it's a mild treatment.

23   Q.  Do you agree with that?

24   A.  Yes.

25   Q.  Why is that?

1          A.   General experience.  Again, in large part

2     watching the conditions and development of the

3     Maxam-Gilbert technology, where depurination by

4     acid is one of the techniques or so forth that is

5     used in part.  And observing -- having observed as

6     it was developed, the kinds of treatments they

7     subjected it to.

8               Now, they would react DNA with a specific

9     reagent that would modify some of the purines and

10    make them more labile to acid release, but

11    nonetheless, they could treat that DNA under fairly

12    harsh conditions to assure that they got release of

13    these modified purines without unduly destroying

14    the rest of the DNA by depurination.

15         Q.   Which is preferable in a system like

16    SOLiD, acidic conditions or neutral pH conditions

17    for cleavage?

18               MR. IZRAELEWICZ:  Objection.  Vague and

19          ambiguous.

20               THE WITNESS:  Well, that's really a

21          question of -- of, I mean, preferable by what

22          standard?  If -- if it were the case that, for

23          example, that silver nitrate cost a million

24          dollars an ounce, it might be preferable to

25          use the acidic conditions.

1          THE WITNESS:  You're pulling on the same

2      thread.  And the answer is preferable

3      according to what standard of judgment?  I

4      don't have a standard of judgment that you're

5      asking me to make that decision based upon.

6  BY MR. COMER:

7      Q.  Well, you give an opinion in this case on

8  the doctrine of equivalents, right?

9      A.  Yes.

10      Q.  And your opinion is that using a

11  phosphorothiolate bond is the equivalent of using a

12  phosphoramidate bond, correct?

13          MR. IZRAELEWICZ:  Objection.

14      Mischaracterizing his opinion.

15          THE WITNESS:  Yeah, let me carefully stick

16      to what it is I said.  But this of course is a

17      composition of matter claim, not a method

18      claim.  And so equivalence within a

19      composition of matter is a different can of

20      worms.

21          The question is, what function is being

22      served by the specific moiety or element under

23      discussion in the claimed invention and does

24      the substituted moiety in an equivalent

25      perform the same function by -- in the same

1          fashion and yield the same result?  And

2          according to those standards, it was my

3          conclusion that -- that yes, that the

4          phosphorothioate linkage did that.

5   BY MR. COMER:

6          Q.  Would you consider it to be any advantage

7   at all to use a silver nitrate cleaving solution as

8   opposed to a more acidic solution used with

9   phosphoramidate?

10         A.  I'll be as generous as I can here and say

11  that by some standards of judgment, it -- it may

12  be, but you're not asking me what standard of

13  judgment -- you're not providing me what standard

14  of judgment you want me to apply, so I can't -- I

15  can't say yes or no.

16         Q.  Okay.  Well, I want to focus on what

17  advantages you think there are, if any, to using

18  the silver nitrate cleavage step as opposed to the

19  TFA cleavage step.

20         A.  Oh, well, again, the advantages -- you're

21  pointing to advantages and you're pointing toward

22  the method used by SOLiD, but you're asking me to

23  read the '119 patent, which is a composition of

24  matter claim.

25              So when you have a composition of matter,

1    if the two things do the same thing in the same way

2    with the same result, whether or not one of them is

3    more advantageous in a process isn't -- isn't a way

4    to distinguish between them with respect to it

5    being a composition of matter claim.

6        Q.  Well, they don't do the cleavage in the

7    same way, do they?

8        MR. IZRAELEWICZ:  Objection.  Vague and

9        ambiguous.

10        THE WITNESS:  They -- yeah.  According to

11        the author of the patent, the inventor, he is

12        looking for -- and I'm looking at column 10,

13        line approximately 18, "chemically scissile

14        internucleosidic linkages"; that's what the

15        phosphoramidate is supposed to represent.  And

16        the phosphorothioate is a chemically scissile

17        internucleosidic linkage.

18    BY MR. COMER:

19        Q.  Okay.  But I'm talking about -- the claim

20    language requires a phosphoramidate, right?

21        A.  Literally --

22        Q.  Right.

23        A.  -- it requires a phosphoramidate, but it

24    covers equivalence, and equivalence is -- is

25    discussed that the phosphoramidate is a chemically

1  scissile internucleosidic linkage, so other

2  chemically scissile internucleosidic linkages would

3  be covered by equivalents.

4      Q.  Do you think that the claim covers any

5  chemically scissile internucleosidic linkage?

6      A.  That's a question of law.  But in my

7  technical opinion, it would look to me that it

8  would.

9      Q.  So in your opinion, the phosphoramidate --

10 sorry, let me start over.

11         In your opinion, the phosphorothiolate

12 linker used in the SOLiD probes is the equivalent

13 of the probe claimed in claim 1 of the '119, right?

14     A.  Please repeat that.

15     Q.  Yeah.  In your opinion, the probe that is

16 used in the SOLiD system, which uses a

17 phosphorothiolate linker, meets all the terms of

18 claim '119 literally, except for the NH portion,

19 which you say it meets by equivalence, correct?

20     A.  Yes.  That is the opinion I put in my

21 report.

22     Q.  Okay.  And the way the NH bond is cleaved

23 is with TFA, right?

24         MR. IZRAELEWICZ:  Objection.

25

1    BY MR. COMER:

2        Q.  That's what's taught in the Macevicz

3    patent, isn't it?

4            MR. IZRAELEWICZ:  Objection.

5            THE WITNESS:  The way -- the way that the

6        chemically scissile internucleosidic linkage

7        is cleaved in its use in a particular process

8        is not -- is not relevant to the claim, as it

9        is a structure of matter.

10           Now, yes, in a process over here, you have

11       this -- you have this claimed composition of

12       matter, and in this process, it's cleaved by a

13       particular method, say for example, acidic

14       conditions.  But all's that's required by the

15       composition of matter claim is that there be a

16       chemically scissile internucleosidic linkage.

17           And if you use it in any other process, it

18       doesn't matter if you cleave the

19       internucleosidic linkage chemically in that

20       process, or it inherently can be, then I

21       believe that the requirements of the claim

22       have been met.

23   BY MR. COMER:

24       Q.  The claim language doesn't say chemically

25   scissile internucleosidic linkage, does it?

1      A.   No.   But the claim has to be read in light

2    of the specification where the function of the

3    phosphoramidate linkage is to be a chemically

4    scissile internucleosidic linkage.

5      Q.   And I'm just asking, have you compared the

6    one that is -- that is literally claimed, the N-H

7    bond is taught by Macevicz to be cleaved with TFA,

8    right?

9           MR. IZRAELEWICZ:   Objection.   Asked and

10          answered.

11          THE WITNESS:   In using that composition of

12          matter in a process, he uses, as I said before

13          already, acidic conditions, .8 percent TFA, to

14          effect cleavage.   But that's not relevant to

15          what's being claimed in '119.   And we got a

16          fruit cart here and you keep showing me the

17          apple and asking me about the orange.

18    BY MR. COMER:

19      Q.   The phosphorothiolate bond in SOLiD is

20    cleaved with silver nitrate, right?

21      A.   In the -- in the operation of the SOLiD

22    system, when cleavage occurs, it is my

23    understanding from observation of the run and the

24    materials produced by ABI, that silver nitrate is

25    the cleavage reagent effecting cleavage of the

1    phosphorothiolate bond.

2        Q.  Are there any advantages to cleaving with

3    silver nitrate as opposed to TFA?

4            MR. IZRAELEWICZ:  Objection.  Asked and

5            answered a couple of times.

6            THE WITNESS:  Yeah, I go back and say, one

7            -- an advantage or a preferability is always

8            in light of some standard, and you haven't

9            given me a standard to compare these by.  So

10           under some sets of conditions or

11           circumstances, one or another of the two

12           cleavages may be preferable.

13   BY MR. COMER:

14       Q.  Sure.  Let's try just substituting the

15   phosphorothiolate linker in SOLiD with a

16   phosphoramidate linker.  Okay?  Do you have that in

17   mind now?

18       A.  Yes.

19       Q.  So if you were using a phosphoramidate

20   linker in SOLiD, you would have to use an acidic

21   condition to cleave, correct?

22       A.  In order to perform the process, yes.

23   When you got to the point in the -- in the steps

24   where cleavage of the oligonucleotide was the next

25   incumbent step before going further, the cleavage

1    would be effected under acidic conditions.

2        Q.  So comparing those two circumstances,

3    would there be any advantages to using the silver

4    nitrate cleavage as opposed to the acidic cleavage?

5        A.  Again, advantages are in light of some

6    standard.  What standard do you want me to apply?

7        Q.  The standard of a person of ordinary skill

8    in the art looking at these two different systems,

9    would a person see that there's any advantage to

10   avoiding the use of the acidic -- acidic

11   conditions?

12       MR. IZRAELEWICZ:  Objection.  Incomplete

13       hypothetical and asked and answered more than

14       two times at this point.

15       THE WITNESS:  Well, again, the standard of

16       a person of ordinary skill in the art isn't

17       really a standard.  A standard is a

18       performance standard.

19       It might be the case that somebody could

20       show -- I don't know whether this is true or

21       not -- that one cleavage method produced

22       85 percent cleavage and another produced

23       99 percent cleavage.  And if you wanted

24       maximum cleavage, if that was particularly

25       important in these things, you would want the

1          one that gave the superior cleavage.

2              I don't know off the top of my head which

3          of these two cleavage methods gives more

4          complete cleavage or how long an incubation

5          would be required.  For example, if you could

6          get a time advantage by using one method or

7          the other, in terms of throughput, one took

8          place in 10 minutes and another took place

9          in 2 hours, time might be the standard by

10         which you judge advantage.  So as I sit here,

11         without having a standard to say this is more

12         advantageous than that, I can't.

13    BY MR. COMER:

14         Q.  For a DNA sequencing method using repeated

15    cycles of ligation and cleavage, would neutral pH

16    conditions be preferable to low pH conditions?

17             MR. IZRAELEWICZ:  Objection.  Vague and

18         ambiguous.

19             THE WITNESS:  Yeah, I -- that could --

20         that question could be interpreted so many

21         ways, I -- I hesitate to speculate what it

22         means.  I mean, neutral or low pH at every

23         step in the cycle, at one particular step in

24         the cycle?

25

1      Q.  Because binding region refers to a binding

2    region of known sequence, right?

3      A.  I believe that's how it's defined in the

4    patent.

5          I can go back to the description of item

6    40, binding region 40.  We went through that.  Oh,

7    dear.  So I'm not quickly finding where it

8    describes item 40, figure 1 as a binding sequence

9    -- a binding region of known sequence.

10          Oh, yes.  Yes.  We went through this.

11    It's at column 5, line 14, "binding region 40 has a

12    known sequence."  So what you're using as a binding

13    region has a known sequence as you use it.  But

14    whether it's added externally or it's inherent to

15    the molecule as it originally existed is a matter

16    of preference; preferably it's one you added.

17      Q.  Okay.  Take a look at page 56 of your

18    infringement report.

19      A.  I'm on that page.

20      Q.  Okay.  And paragraph 159 says that Judge

21    -- "I understand Judge Alsup has construed the term

22    'identifying' in claim 1 of the '341 patent to mean

23    within each cycle, determining the identity of a

24    base in the target polynucleotide."

25      A.  I see that.

1        Q.  Do you agree with that construction?

2        A.  Well, my understanding is that it doesn't

3   matter what I agree with.  That's the construction

4   that applies and I have to operate within it.

5        Q.  I know, but I'm asking if you agree with

6   it?

7        A.  If I had written it, would I have written

8   it in exactly the same words?  I can't say.

9   Probably would have come close.  It's not far out

10  to sea.  I think it's a -- you know, a construction

11  that addresses the substance being addressed.

12       Q.  Do you see anything wrong with it?

13       A.  Well, not to criticize the judge, but to

14  construe "identifying" as determining the identity

15  is, you know, begins to be a little bit circular,

16  but -- might have chosen different words.  I don't

17  know.  Anything can be improved upon.  I'm not

18  going to -- I haven't considered what I would do to

19  improve it or change it.

20       Q.  Right now, do you have any other

21  suggestions for improving this construction?

22       A.  I haven't considered that.  And in fact, I

23  wasn't asked to give an opinion on that.  I was

24  told I had to put on -- put on these constraints as

25  I -- as I thought about everything else.

1   fourth rounds, that during those cycles, SOLiD does

2   not determine the identity of a base in the target

3   polynucleotide?

4       A.  As I observed the machine running and by

5   my understanding of the information derived by ABI,

6   that's a correct statement, that adequate or

7   necessary -- sufficient information is not

8   generated in those rounds, or cycles in those

9   rounds, that would determine the identity of a

10  base.

11      Q.  Then in the fifth and final round, in your

12  opinion, SOLiD does identify -- does determine the

13  identity of bases in the target polynucleotide

14  within each cycle, correct?

15      A.  Correct.

16      Q.  How does it do that?

17      A.  How does it do that?  It -- it -- it does

18  it by virtue of obtaining that information which is

19  sufficient to determine the identity.  In other

20  words, as -- as we talked about, when the 0, 1

21  position was queried, because the 0 position was

22  known, the 1 position was determined.

23          Now, having the 1 position determined,

24  when you go to the final round and you query 1, 2,

25  when you get the result of the query of 1, 2, the 1

1    position having already been determined, determines

2    the identity of 2.  And you've already queried 2,

3    3, so the 2 position being determined, determines

4    the identity of 3.  And you've already queried 3,

5    4, so the 3 position being determined, determines

6    the identity of 4.  And then you go into the next

7    cycle of ligation where you query 4, 5, and so on.

8    It's like a string of dominos falling.

9        Q.  I want to focus for a minute on how SOLiD

10   actually functions.  Okay?  When -- you're saying

11   that it can decode the readings in the fifth round

12   by tracing back to the reading at the 0, 1

13   position, correct?

14           MR. IZRAELEWICZ:  Objection.  Vague and

15       ambiguous.

16           THE WITNESS:  Decoding -- it's interesting

17       that you use the word "decode."  It's -- it's

18       simply not -- it's simply not the appropriate

19       lens to look at the issue through, in my

20       opinion.

21           Decode suggests, for example, that -- that

22       -- a code is different than a cipher.  A code

23       is a cipher -- a cipher is -- a cipher is a

24       string of information in one form that has a

25       corresponding string of information in another

1    form.  And if you know the rule which converts

2    them, they go back and forth.  So, you know,

3    your cryptogram in the Sunday newspaper is a

4    cipher: once you discover what letter

5    represents what, you get the cute little

6    message out.

7         A code is a cipher for which the key is

8    unknown.  You don't have a code; you have a

9    cipher in the machine.  You have information

10   in a form that can be converted to another

11   form by known rules.

12   BY MR. COMER:

13   Q.  So you say it can be converted into

14   another form.  I want to find out, is it actually

15   converted from one form to another in the machine?

16   A.  Well, yes, it is.

17   Q.  How does it do that?

18   A.  Well, by applying all that software that I

19   didn't -- I didn't feel qualified to look at.

20   There are just a set of rules.

21        But what I do know is that if you start

22   with a given set of information at the beginning,

23   you get the same output at the end.  If you take

24   that same set of starting information and you push

25   it through the software 50 times, a hundred times,

1    a thousand times, it comes out with the same answer

2    at the end every time.

3        Q.  I want to focus on that part in the

4    middle, how it actually produces that result.  Do

5    you know how SOLiD produces the final result?

6        A.  Well, at what level of detail?

7        Q.  Well, specifically with making the base

8    calls.

9        A.  Well, what is a base call?

10       Q.  So determining the identity of a base in

11   the target polynucleotide.

12       A.  Well, it determines --

13           MR. IZRAELEWICZ:  Objection.

14           THE WITNESS:  -- it determines the

15       identity of the base, as I pointed out, when

16       it gathers the information that necessarily

17       results in this output.  Then it's determined.

18           Now, whether it is known to any particular

19       person is a different question entirely.  And

20       it's not one that I think is relevant to the

21       operation.

22           I mean, if known to a person is the

23       standard, then somebody could go stand in the

24       corner for three weeks and say it's not known

25       yet, it's not known yet, it's not known yet;

1    come back three weeks later and say I didn't

2    know it until three weeks later.

3  BY MR. COMER:

4    Q.  Well, you're talking about one way of

5  knowing what the identity of the nucleotides in the

6  target is, and that's by using the 0 and 1

7  position, right?

8    A.  One way of determining, yes.

9    Q.  Okay.

10    A.  People know things --

11    Q.  Okay.

12    A.  -- machines don't know things.

13    Q.  So the machine determines.

14    A.  Well, information determines.  The machine

15  generates information, and the information, if it's

16  sufficient, determines.  And by determine, I mean

17  that the information cannot possibly -- will result

18  in one output and cannot possibly result in any

19  other output, outside of machine error or something

20  like that.

21    Q.  So tell me again now, what determine

22  means.

23    A.  Determine means when something is fixed.

24    Q.  So what I want to get your understanding

25  on or your opinion on is how SOLiD actually

1    ultimately will lead to sequence output at the end.

2        Q.  In the run you observed, did the SOLiD

3    system actually identify bases in the target

4    polynucleotide within each cycle?

5            MR. IZRAELEWICZ:  Objection.  Vague and

6        ambiguous.

7            THE WITNESS:  In my opinion, yes, it did.

8    BY MR. COMER:

9        Q.  How did it do that?

10       A.  In at least some of the cycles, it

11   obtained information necessary and sufficient to

12   determine -- and by which I mean -- by determine, I

13   mean fix the identity of particular bases.  And by

14   fix, I mean that the data was there which would

15   result in a unique output and could only result in

16   a unique output.

17       Q.  And is that the output that was output by

18   the machine?

19       A.  Yes.  In -- in the finality.

20       Q.  So you would get a certain result if you

21   were to determine the sequence based on the 0

22   position, correct?

23       A.  You'd get a certain result if you -- yeah,

24   I think I understand what you're saying.  If you

25   know what the 0 position is and you query 0, 1,

1    then the 1 position is determined, hence

2    identified.

3        Q.  And in your opinion then, that result

4    would be used to also identify all of the remaining

5    bases in that fragment, correct?

6        A.  That result would be part of the necessary

7    information to identify all of the remaining bases.

8        Q.  What other information would be necessary?

9        A.  All the other -- all the other information

10   that gives a linear string.

11       Q.  So in your view, when SOLiD generates all

12   of the color reads, it can determine all of the

13   bases in the target by reference to the 0 position,

14   correct?

15       A.  Yes.

16       Q.  And that would result in a particular

17   string of letters representing the nucleotides in

18   the target, right?

19       A.  For example, yes.

20       Q.  And is that the result that was output by

21   the SOLiD machine?

22       A.  Oh, the strings and letters?  I saw files

23   that had strings of letters in them, yes.

24       Q.  That's not my question.

25       A.  Well, I don't know what you mean by

1    "output" then.

2        Q.  My question is, did it put out the string

3    that would result from using the 0 position to --

4    to determine all of the rest of the bases?

5        A.  I don't know whether -- so you're asking

6    me if -- if the software relied upon the 0 position

7    to make its output or whether -- my understanding

8    is that the -- the system, because it was doing a

9    resequencing of a known sequence, compared strings

10   that it got to strings of the known sequence.  And

11   when it -- when it found a high degree of match, it

12   tentatively concluded.  Then it checked the -- the

13   0, 1 query to make sure it had done so correctly.

14       Q.  Okay.  Those two processes of the

15   alignment and the checking using the 0 and 1

16   position, those happened after the cycles were

17   complete, right?

18       A.  Those actually -- yeah, those actual

19   software steps occurred later.  But the information

20   that determined what the output was going to be was

21   available exactly upon taking the -- the images of

22   the slide.

23       Q.  At that point of taking the images of the

24   slide, you didn't know where the fragment would

25   align to a reference, did you?

1       A.  Well, once again, it's a question of

2   what's determined or not.  You asked, did I know?

3   What I know has nothing to do with anything.  The

4   question in identifying is when it's determined.

5           And so just as with the query about

6   determining 0, 1 and then determining 1, 2 and then

7   determining 2, 3 and so forth, when enough -- when

8   enough calls get generated of color, when enough

9   data is -- it's determined.  If you're going to

10  compare it to a reference sequence, it's going to

11  align where it aligns.

12          MR. COMER:  We should take a break.  He's

13      got to change the tape.

14          MR. IZRAELEWICZ:  Okay.

15          THE VIDEOGRAPHER:  This is the end of tape

16      number two.  The time is 11:33.  We're off the

17      record.

18          (Proceedings interrupted at 11:33 a.m.

19      and reconvened at 12:46 p.m.)

20          THE VIDEOGRAPHER:  Okay.  We are back on

21      the record.  This is tape number three.  The

22      time is 12:46.

23          MR. COMER:  How are you feeling now?

24          THE WITNESS:  About the same.  Good to

25      have lunch.

1    BY MR. COMER:

2        Q.   Okay.  And so, in your opinion, they are

3    fully determined after the 0,1 position is read; is

4    that right?

5        A.   Well, the determination of the 0,1

6    position fully determines at least one base and

7    maybe more, depending on whether -- depending on

8    what protocol is being run.  Obviously, one could

9    -- could have queried the 1, 2  position before

10   querying the 0,1 position or it could query the

11   1, 2  position later.

12            If it queried it before, then not only

13   would the 1 position become determined, but the 2

14   position, and analogously with other query.  If you

15   have the query information stored before, the

16   determination is made for each overlapping

17   dinucleotide.

18       Q.  So in your opinion, the color readings are

19   -- I need help from you what the right word is.

20   You would agree with -- I was going to say

21   disambiguated, but somehow you're determining which

22   one -- what the right sequence is from the color.

23   What do you call that?

24       A.   That's a -- that's an interesting

25   question.  I never thought about that.  What's the

1    right word for that?  They change from being not

2    fully determined to fully determined; that's the

3    best I can do off the top of my head.

4         Q.  Okay.  So the way that the readings in the

5    last round go from being not fully determined to

6    being fully determined is by tracing back to the

7    readings in a previous round; is that correct?

8              MR. IZRAELEWICZ:  Objection.

9              THE WITNESS:  Tracing back isn't -- isn't

10             really what's important -- or I don't even

11             quite understand what tracing back means.

12             The fact of the matter is you accumulate

13             more and more information every time you take

14             a series of pictures.  At some point, all of

15             the information you've gathered becomes

16             sufficient to identify at least one nucleotide

17             -- to determine the identity of at least one

18             base in the target polynucleotide, and at that

19             time maybe more than one.  And then at other

20             cycles or other rounds, information becomes

21             available that now allows the determination of

22             more of the identities of the bases.

23   BY MR. COMER:

24        Q.  Are you familiar with the function in

25   SOLiD that aligns the color readings to a

1  gets used.  I'm just wondering what's your

2  understanding of when in the process it is used?

3          MR. IZRAELEWICZ:  Objection.

4      Mischaracterizes.

5          THE WITNESS:  Well, the question of when

6      it is used, that is, to confirm the

7      reliability of lining up with a reference, is

8      sort of a red herring, because the question

9      within the scope of the patent is when is the

10     identity of the base determined.

11         You know, the identity of certain bases is

12     determined when the 0,1 query is made.  Now,

13     if you or the machine or ABI chooses not to

14     look at that until some later date, I can't

15     stop them from doing that, but it doesn't

16     change the fact that the identity base has

17     been determined.

18  BY MR. COMER:

19     Q.  Is that what SOLiD does?  Does it look at

20  the 0,1 data after all the cycles are complete?

21     A.  I understand that it looks at the 0,1

22  query to ensure that the sequence that is inferred

23  by matching is in fact a good -- a good, true

24  sequence.

25          Let me -- let me say, just so we're not

Page 121

1    and full description of the nature of the dark

2    probes, I can't say definitively; but relying on my

3    understanding of dark probes in general, yeah, I

4    think they might.

5        Q.  But assume that they have the same

6    chemistry as the 1, 2  probes except they are

7    lacking a label.

8            MR. IZRAELEWICZ:  Is there a question?

9    BY MR. COMER:

10       Q.  Yeah.  Do they meet this definition of

11   extension oligonucleotide probe?

12       A.  Literally they do, under that assumption.

13       Q.  Are you familiar with the bridge probes

14   that are used in the SOLiD system?

15       A.  Generally speaking, yes.

16       Q.  Do the bridge probes meet this definition

17   of extension oligonucleotide probe?

18       A.  No, I don't believe so.

19       Q.  Why not?

20       A.  Because the bridge probes are used as a

21   final in situ synthesis step to generate what is

22   more properly the initializing oligonucleotide

23   probe in the context of the discussion in Macevicz.

24       Q.  So in your opinion, the bridge probe is

25   part of the initializing oligonucleotide probe,

Page 122

1    correct?

2        A.   There is an N minus 1 or N minus 3, 4, 5

3    to which bridge probes are added.  But the purpose

4    of adding those bridge probes has nothing to do

5    with obtaining sequence information.  It has to do

6    with providing a place from which the cycles of the

7    Macevicz patent can begin.

8            So in that context, it's a convenient

9    way -- I understand the convenience of it in the

10   context of the -- of the SOLiD system, but it

11   simply is a convenient way to finish the

12   manufacture of the initializing oligonucleotide

13   probe.

14       Q.   Well, what about the bridge probe does not

15   meet this definition you've given of extension

16   oligonucleotide probe?

17       A.   It serves a different function.

18       Q.   So you think that there's a function

19   required in this extension oligonucleotide probe?

20       A.   Within the context of the patent, yes.

21       Q.   What is -- what is that function?

22       A.   In the Macevicz patents, the function of

23   the extension oligonucleotide probes directly

24   relates to obtaining information that -- that is

25   used to determine sequence.  The bridge probes are

1    specifically not intended to have any direct

2    relationship.  They're -- they're like raising the

3    launching pad six feet higher so the rocket has six

4    foot less to go to get into space.

5        Q.  Well, what -- so you believe that the

6    claim term "extension oligonucleotide probe" also

7    requires the function of obtaining information

8    about the target sequence; is that right?

9        A.  As it is used in Macevicz, a person of

10   ordinary skill in the art in 1995 would understand

11   he was referring to a probe that had that function,

12   if you want to use that term.

13       Q.  So would you change your proposed

14   construction of extension oligonucleotide probe?

15       A.  No.

16       Q.  So you don't believe that the claim

17   language requires the function of obtaining

18   sequence information?

19       A.  Which claim?

20       Q.  Claim 1 of the '341 patent.

21       A.  Well, it's implicit.  The extension

22   oligonucleotide probe is ligated to the extendable

23   probe terminus in step (b); and then in step (c),

24   the very first thing is identifying.

25       Q.  So there can be no intervening steps?

1      A.  Well, certainly there can be intervening

2    steps because we have a comprising claim, not a

3    consisting-of claim.  But as in the context of what

4    Macevicz teaches, the extension probe as it's

5    described is related to the identifying.

6      Q.  So in your view, the extension

7    oligonucleotide probe must also perform the

8    function of obtaining sequence information?

9         MR. IZRAELEWICZ:  Objection.  Asked and

10        answered.

11        THE WITNESS:  Must also perform the

12        function?  I would -- I wouldn't state it that

13        way, no.  I'd state it more in terms of it

14        must not be the overwhelming function of the

15        molecule -- the probe -- that particular

16        probe.  It can be something completely

17        different.

18        (Clarification by the reporter.)

19        THE WITNESS:  It must not be the function

20        of that entity, probe, to do something

21        completely different, which in my opinion

22        bridge probes do something completely

23        different, unrelated.

24    BY MR. COMER:

25      Q.  Are the bridge probes oligonucleotide

1    probes?

2        A.   They're oligonucleotides.

3        Q.   Are they probes?

4        A.   Define probe.

5        Q.   Just however it's used in the patent.

6    It's up to you to tell me.  I'm asking for your

7    opinion.  Is the bridge probe an oligonucleotide

8    probe?

9        A.   It's an oligonucleotide.  Probe is a word

10   which suggests function, and I don't see the

11   functionality of being a probe in the bridge

12   oligonucleotides.

13       Q.   What is the probe functionality?

14       A.   When you probe something -- the derivation

15   of the word probe is from a word "prove," which

16   originally meant test.  So there's some -- a probe

17   has some kind of testing function in it, that is,

18   querying function in it.  There's no such function

19   in the bridge.

20       Q.   Claim 1 also requires an initializing

21   oligonucleotide probe, correct?

22       A.   Yes.

23       Q.   That has the word "probe" in it.

24       A.   Yes.

25       Q.   Does that perform a test function?