# Exhibit 4

# SOLiD™ Experiment Tracking System (SETS) Software

Modular Analysis Pipeline (MOAP) and File Format Guide



HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

AB 00000980

© Copyright 2007, Applied Biosystems. All rights reserved.

**For Research Use Only. Not for use in diagnostic procedures.**

Information in this document is subject to change without notice. Applied Biosystems assumes no responsibility for any errors that may appear in this document.

APPLIED BIOSYSTEMS DISCLAIMS ALL WARRANTIES WITH RESPECT TO THIS DOCUMENT, EXPRESSED OR IMPLIED, INCLUDING BUT NOT LIMITED TO THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL APPLIED BIOSYSTEMS BE LIABLE, WHETHER IN CONTRACT, TORT, WARRANTY, OR UNDER ANY STATUTE OR ON ANY OTHER BASIS FOR SPECIAL, INCIDENTAL, INDIRECT, PUNITIVE, MULTIPLE OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH OR ARISING FROM THIS DOCUMENT, INCLUDING, BUT NOT LIMITED TO, THE USE THEREOF.

**Notice to Purchaser: License Disclaimer**

Purchase of this software product alone does not imply any license under any process, instrument or other apparatus, system, composition, reagent or kit rights under patent claims owned or otherwise controlled by Applera Corporation, either expressly or by estoppel.

THIS IS A PRELIMINARY USER'S DOCUMENT OR PROTOCOL. THE COMPLETE LIMITED LICENSE STATEMENTS SPECIFYING THE PATENT RIGHTS CONVEYED WITH THIS SOLID™ SYSTEM (or SOFTWARE) WILL BE PROVIDED WITH YOUR FINAL USER'S DOCUMENTATION OR PROTOCOL, WHICH WILL BE SENT TO YOU UNDER SEPARATE COVER.

**TRADEMARKS:**

Applera, Applied Biosystems, AB (Design), and TxR are registered trademarks, and Cy3, Cy5, SOLiD, and FAM are trademarks of Applera Corporation or its subsidiaries in the U.S. and/or certain other countries.

Microsoft and Windows are trademarks of Microsoft Corporation.

All other trademarks are the sole property of their respective owners.

Part Number 4392959 Rev. A
October 2007

*Applied Biosystems Confidential information*

**HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY**

AB 00000981

*SOLiD™ Analyzer Software—Secondary Analysis*

# SOLiD™ Analyzer Software—Secondary Analysis

The results of secondary analysis are color space calls that have been matched to the reference sequence. These data are ready for use in an analytical context.

**Note:** Users do not need to use the colorspace data unless they want to realign the data in their own alignment tools, because the .gff file contains the results in base space.

Key files include:

```
xxxx.sequence.csfasta—input to analysis
xxxx.sequence.csfasta.ma.xx.xx—initial output
from alignment tool
F3toR3 file
xxxx.gff
consensus file
SNP file
```

In all files below, xxxx is the file name consisting of a run name along with extra information (for example, spot number, or number of cycles).

## xxxx.sequence.csfasta

This is a color space fasta file that contains the color calls generated for each tag, with the last base of the primer prepended.

Its format is:

```
>TAG_ID Color_space
```

For example:

```
>1_88_1830_R3
G32113123201300232320
>1_89_1562_R3
G23133131233333101320
```

This file contains all the data that passed filtering, for complete reads (for example, 35 base read has 35 bases). This file is the input to the alignment tool.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY    AB 00001004

## xxxx.ma.tag_length.number_of_errors

File *xxxx.ma.25.3*

This file is the output from the alignment tool containing matching data, with tags the length of 25 bases and with up to 3 mismatches allowed.

Color space fasta file containing matches to the reference sequence:

```
>TAG_ID,LOCATION.ERRORS SOLiD
>1_90_1917_R3
G31131230201013032203
>1_91_1943_R3,48653.1
G13113031322133310310
```

The term LOCATION.ERRORS describes the location of the read on the base space reference sequence (0-based) and the number of errors (mismatches) between the read and the reference sequence, considering the first position in base space and the remaining positions in color space. This is preprocessed data in which the last base of the primer is prepended to the color space sequence.

## xxx.gff File Format

GFF (General Feature Format) is a record-based file format, where each line describes a single *feature* (in this case, a *read*) with a list of tab-delimited *fields* in a fixed order specified by the GFF specification.

**Specification**   If a '#' character appears anywhere on a line, then the rest of that line is a *comment*. Ordinarily, an application reading the file ignores comments and *comment lines* (lines starting with '#' after white space). Comment lines that begin with '##' are called *metadata*, which are data that apply to all of the features in the file. These metadata, defined in Section 3.1, need not be ignored by all applications.

**Metadata**   The GFF format allows for the use of metadata in the form of '##' comment lines, including the following standard GFF metadata tags:

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

AB 00001005

```
##history map
Sample1_F3.csfastamyReference.fasta
##history Ma_to_gff.java --convert=unique -sort
Sample1.ma
##history AnnotateChanges.java Sample1.gff
myReference.fasta
##history filter_fasta.pl --noduplicates
--output=qvs.qual
##history AddQvs.java Sample1.gff qvs.qual
```

`##color-code <code string>`

This line specifies the color code used to generate *all* color reads in this file. The code-string is a comma-separated string of <motif>=<code> pairs. For example, the following entry specifies our current two-base encoding:

```
##color-code
AA=0,AC=1,AG=2,AT=3,CA=1,CC=0,CG=3,CT=2,GA=2,GC=3,GG=0,GT=1,TA=3,TC=2,TG=1,TT=0
```

`##primer base <code string>`

A comma separated string of <primer set>=<base> pairs, each of which specifies the last base for each primer set in this file. For example,

```
##primer_base F3=T,R3=G
```

**Fields**  The feature lines specify one read each, with the following fields, as specified in the GFF standard.

**seqname** Field

The name is the bead identifier (panel_x_y) plus a suffix indicating the primer set id (either "_F3" or "_R3" currently). For example:

```
8_1727_1389_F3
```

**source** Field

This name is always `solid`.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY    AB 00001007

*SOLiD™ Analyzer Software—Secondary Analysis*

### `feature` Field

This name is always `read`.

### `start` Field

The inclusive start point of the aligned read on the 1-based base-space reference sequence, indexed from 5′ to 3′. See 'end' for details.

### `end` Field

The inclusive end point of the aligned read on the 1-based base-space reference sequence, indexed from 5′ to 3′.

By the GFF specification, start must be less than or equal to end. For example, if the read aligns to the forward strand of the reference (see strand field below), as in:

```
start    end      strand    [attributes]
30658    30682    +         g=C010311200313021323311032
```

Then the initial 'C' aligns with position 30658 of the reference strand, which should be a matching 'C'; the following '0', which corresponds to another 'C' (by the color code in §3.1.7), aligns with position 30659; and (the base corresponding to) the last '2' aligns with position 30682. See the diagram below.

If, on the other hand, the read aligns to the reverse strand of the reference, as in:

```
start    end      strand    [attributes]
36123    36147    -         g=A322121003310310232103022
```

Then the A aligns with position 36147 of the reference strand, which should be a complementing T; the first '3' after the initial 'A', which corresponds to a 'T' by the color code, aligns with position 36146 of the (forward) reference strand, and the last '2' aligns with position 36123.



*Applied Biosystems—SOLiD™ Experiment Tracking System (SETS) Software Modular Analysis Pipeline (MOAP) and File Format Guide*    1-15
**Applied Biosystems Confidential information**

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY    AB 00001008

3. Replace mismatched nucleotides with the appropriate IUB code.

- **g** Field Attribute

  Required. The color-space sequence for this read, written from 5′ (the bead end) to 3′. In addition, prepended to the sequence is the first (5′ most) nucleotide of the DNA target corresponding to the read. This, together with the coding algorithm specified by the color-code metadata tag, allows any application to reconstruct the DNA sequence for the read.

  In addition, by referring to the 'strand' metadata tag, the application can reconstruct the color-call subsequence and the DNA subsequence for either strand of the reference.

  Note: It is important to note that FASTA files generated by the instrument store their data in a different format. There, the sequence stores the last base of the primer, presumably the phase 5 primer, as its first base.

  Fortunately, given the color-code tag, it is easy for any application to convert FASTA notation to GFF notation, simply by reconstructing the first base of the read.

  For example, it would convert the FASTA sequence T210033221 to the GFF sequence C10033221 by converting T2 to TC and dropping the primer base T.

  This means that the first color reported by 'g' is really the second color in the read from the instrument.

- **i** Field Attribute

  Optional. The 1-based index of the reference sequence. For example, i=3 says that this read is aligned to the third reference sequence in the reference name (see the ##type metadata tag). If this value is not specified it defaults to 1.

- **p** Field Attribute

  Optional. This mappability measure is intended to give a count of the "effective number of hits" for this read onto the reference. A small value close to 1 indicates that the read is effectively unique in the reference. A higher value indicates that the read effectively matches at multiple locations. More formally, you need these definitions:

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY    AB 00001010

*Pipelines*

**Table 2-2  Global Parameters** *(continued)*

| Parameter | Optional (yes or no) | Default Value | Description |
|---|---|---|---|
| mismatch.level | yes | 1 | The maximum number of single-color mismatches to the reference when aligning to the reference sequence. |
| insert.start | yes | 2700 | The minimum insert size (in bp) to use when defining a "good" mate pair. |
| insert.end | yes | 4300 | The maximum insert size (in bp) to use when defining a "good" mate pair. |
| reference | no* | N/A | The full location of the FASTA-formatted reference sequence. |
| reference.de | yes | ${reference.de.dir}/de${reference.name} | The full location of a double-encoded translation of the reference sequence. |
| reference.analysis.dir | yes | ./${reference.genomes.dir}/analysis | Location of a directory for keeping static one-time-only analyses related to a particular reference sequence |
| f3.primer.base | yes | T | For the F3 tag, a sequencing run, this is the base underneath the F3 primer |
| r3.primer.base | yes | G | For the R3 tag of a mate-pair run, this is the base underneath the R3 primer |
| reports.deploy | yes | 0 | Whether or not to deploy (copy) HTML reports to a single locally accessible directory |
| reports.deploy.dir | yes | N/A | Location of a directory to deploy all HTML reports |

**HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY**    AB 00001026