# Exhibit 5



## Example 2: What is the sequence of these color signals?

- Color encodes 4 potential sequences
- Fix one base, determines all other bases
- Reference sequence or primer can determine sequence

| AA | AA | AA | AA | AA | TA |
| CC | CC | CC | CC | CC | GC |
| GG | GG | GG | GG | GG | CG |
| TT | TT | TT | TT | TT | AT |
| A  | A  | A  | A  | A  | T  |
| C  | C  | C  | C  | C  | G  |
| G  | G  | G  | G  | G  | C  |
| T  | T  | T  | T  | T  | A  |

© 2006 Applied Biosystems

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    AB00132635