# Exhibit 6






SOLiD Data - 2 base encoding
**S**equencing by **O**ligonucleotide **Li**gation and **D**etection

Michael Rhodes

Genetic Analysis

Molecular and Cell Biology Division

ILL050362



# Consequences of 2 Base Pair Encoding

- Detecting a single color does **not** indicate a **base**

- Each reading contains information from two bases

- To decode the bases you **must** know **one** of the bases in the sequence



© 2006 Applied Biosystems

ILL050369

**Applied Biosystems**

# Example of decoding (i)



**Cannot determine any of the bases**

© 2006 Applied Biosystems

ILL050370



# Example of decoding (ii)



**If know first base is an A then immediately it decodes 2nd base. This must be an A as Blue translates 2nd base A if first base A**

© 2006 Applied Biosystems

ILL050371



# Summary of decoding



© 2006 Applied Biosystems

ILL050372