# Exhibit 7

The following table sets out the possibilities. The first color recorded is Yellow, which means bases 1 and 2 are either CC, TA, GG or AT. So we write those possibilities in columns 1 and 2. Similarly for the other recorded colors. If we now assume base 1 is really C, we can deduce that base 2 is also C. Similarly, if base 2 is C, then we deduce base 3 is A. If base 3 is A, then base 4 is G and base 5 is C. So we can write out one possible sequence as 5' CGACC 3'. Similar deductions, starting from assuming base one is one of the other three possibilities, yield the other 3 possible 5-base sequences. In practice, one or more bases will be in know primer sequence, which is enough information to resolve the 4-fold ambiguity.

| Observed color | Sequence possibilities | | | | |
|---|---|---|---|---|---|
| | 5 | 4 | 3 | 2 | 1 |
| Yellow | | | | C | C |
| | | | | T | A |
| | | | | G | G |
| | | | | A | T |
| Green | | | A | C | |
| | | | C | A | |
| | | | T | G | |
| | | | G | T | |
| Red | | T | C | | |
| | | G | A | | |
| | | A | G | | |
| | | C | T | | |
| Blue | G | C | | | |
| | A | A | | | |
| | C | G | | | |
| | T | T | | | |
| | | | | | |
| Four possible sequences | C | G | A | C | C |
| | A | A | G | T | A |
| | G | C | T | G | G |
| | T | T | C | A | T |

CONFIDENTIAL
AB00140260