# Exhibit 8

# 2 Base Pair Encoding Using 4 Dyes



- 4 dyes to encode 16 two bp combinations
- Detect a single color indicates 4 combinations & eliminates 12
- Detect a single color does NOT indicate a BASE
- To assign a base for any position, you must read color signal for that position *and* know another base in the sequence

S. Menchen  8/8/06

Applied Biosystems CONFIDENTIAL
for internal use only

CONFIDENTIAL

AB00133131

# Decoding the Color Scheme: Generation  of DNA Sequence



- Color signals translates to 4 possible answers
- Across the 4 possible answers, the each position has a unique base
- If you know ONE base in the sequence, you can determine the sequence.

Applied Biosystems CONFIDENTIAL
for internal use only

# Decoding the Color Scheme: Generation of DNA Sequence (7 contiguous bases)



1st base known

- Color signals translates to 4 possible answers
- Across the 4 possible answers, the each position has a unique base
- If you know ONE base in the sequence, you can determine the sequence.

S. Menchen  8/8/06

Applied Biosystems CONFIDENTIAL
for internal use only

CONFIDENTIAL

AB00133137