# Exhibit 9

# SOLiD: 2-base encoding

| Observed Label | Sequence Possibilities | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Blue 0 | A<br>C<br>G<br>T | A<br>C<br>G<br>T | | | |
| Green 1 | | A<br>C<br>G<br>T | C<br>A<br>T<br>G | | |
| Yellow 2 | | | A<br>C<br>G<br>T | G<br>T<br>A<br>C | |
| Red 3 | | | | A<br>C<br>G<br>T | T<br>G<br>C<br>A |
| Four Possible Sequences | A<br>C<br>G<br>T | A<br>C<br>G<br>T | C<br>A<br>T<br>G | T<br>G<br>C<br>A | A<br>C<br>G<br>T |

At each base position, all 4 bases are represented in the list of possible decodings. Not a single base has been identified. But as soon as one base is identified, the entire sequence becomes known.

If a reference sequence is available, one doesn't even need to convert to bases. The alignment can be carried out by transforming the reference to "color-space" (which is unambiguous) and matching that directly to the color reads.



AB00121770