# Exhibit 10

# 2 Base Encoding

**Applied Biosystems**

Alan Blanchard

| Observed Label | Sequence possibilities | | | | |
|---|---|---|---|---|---|
| | 5 | 4 | 3 | 2 | 1 |
| YELLOW | | | | C | C |
| | | | | T | A |
| | | | | G | G |
| | | | | A | T |
| BLUE | | | | A | C |
| | | | | C | A |
| | | | | T | G |
| | | | | G | T |
| GREEN | | | T | C | |
| | | | G | A | |
| | | | A | G | |
| | | | C | T | |
| RED | | | G | C | |
| | | | A | A | |
| | | | C | G | |
| | | | T | T | |
| Four possible sequences | A | C | G | A | C | C |
| | | A | A | G | T | A |
| | | G | C | T | G | G |
| | | T | T | C | A | T |

- **Di-Nucleotide, 4-color probe design**
- **Each cycle eliminates 12/16 possible dinucleotide sequences.**
- **Every base is sampled twice, each time with a different probe and a different fluor**

1. **Random noise is easily discerned from SNPs which will have _two_ back-to-back probe families confirm the SNP from noise**

2. **Sequence remains unknown unless you know the vector base or perform alignment in color space**

