# Exhibit 11

# Sequencing *E. coli*: Finding SNPs

Alan Blanchard

| Observed Label | Sequence possibilities | | | | |
|---|---|---|---|---|---|
| | 5 | 4 | 3 | 2 | 1 |
| YELLOW | | | | C | C |
| | | | | T | A |
| | | | | G | G |
| | | | | A | T |
| BLUE | | | A | C | |
| | | | C | A | |
| | | | T | G | |
| | | | G | T | |
| GREEN | | T | C | | |
| | | G | A | | |
| | | A | G | | |
| | | C | T | | |
| RED | G | C | | | |
| | A | A | | | |
| | C | G | | | |
| | T | T | | | |
| Four possible sequences | A | C | G | A | C | C |
| | A | A | G | T | A |
| | G | C | T | G | G |
| | T | T | C | A | T |

- **2-base, 4-color probe design**

- **Each cycle eliminates 12/16 possible dinucleotide sequences.**

- **Every base is sampled twice, each time with a different probe and a different fluor**

- **Random noise is easily discerned from SNPs which will have *two* back-to-back probe families confirm the SNP from noise**

- **Sequence remains unknown unless you know the vector base**

CONFIDENTIAL

AB00131911