# Exhibit 12

MICHAEL METZKER, Ph.D. - June 24, 2008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION - )
APPLIED BIOSYSTEMS GROUP, a )
Delaware corporation, )
     Plaintiff )
     ) CASE NO.
vs. ) 07-CV-02845 WHA
     )
ILLUMINA, INC., a Delaware )
corporation, SOLEXA INC., a )
Delaware corporation, and )
STEPHEN C. MACEVICZ, an )
individual, )
     Defendants )

CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORAL VIDEOTAPED DEPOSITION

MICHAEL METZKER, PH.D.

June 24, 2008

ORAL VIDEOTAPED DEPOSITION OF MICHAEL METZKER,
PH.D., produced as a witness at the instance of the
Defendants and duly sworn, was taken in the above-styled
and numbered cause on the 24th day of June, 2008, from
9:07 a.m. to 2:56 p.m., before Kelly Hanna, Certified
Shorthand Reporter in and for the State of Texas,
reported by computerized stenotype machine at the
offices of Hobby Airport Hilton, 8181 Airport Boulevard,
Salon 4, Houston, Texas, pursuant to the Federal Rules
of Civil Procedure and the provisions stated on the
record or attached hereto.

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  —  June 24, 2008
CONFIDENTIAL  —  ATTORNEYS'  EYES  ONLY

Page 2

1                              APPEARANCES

2

3     FOR PLAINTIFF:

4          Mr. Steven E. Comer
           Morrison & Foerster LLP
5          12531 High Bluff Drive
           Suite 100
6          San Diego, California 92130-2040
           Telephone: 858.314.7654
7          Fax:  858.720.5125
           E-mail: scomer@mofo.com
8
      FOR DEFENDANTS:
9
           Mr. Cullen Pendleton, Ph.D.
10         Marshall, Gerstein & Borun, LLP
           233 South Wacker Drive
11         6300 Sears Tower
           Chicago, Illinois 60606-6357
12         Telephone: 312.474.6300
           Fax:  312.474.0448
13         E-mail: cpendleton@marshallip.com

14    ALSO PRESENT:

15         Kelly Hanna, CSR, RPR, CRR, CMRS, CLR
           Dustin Hanna, Videographer
16

17

18

19

20

21

22

23

24

25

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 3

1                         INDEX

2                                           PAGE

3      MICHAEL METZKER, PH.D.

4      Examination by Mr. Pendleton ..................   6
       Examination by Mr. Comer .....................  173
5      Further Examination by Mr. Pendleton ..........  179
       Signature Page  ..............................  187
6      Court Reporter's Certificate .................  189

7

8                        EXHIBITS

9

10     EXHIBIT            DESCRIPTION             PAGE

11     No. 251       Rebuttal Expert Report of      10
                     Michael L. Metzker, Ph.D.
12
       No. 252       SOLiD Analysis Tools (SAT) User  19
13                   Guide (AB00008081-8169)

14     No. 252A      Chapter 1 Data Files and       19
                     Processing
15
       No. 253       Claim Construction Order       40
16
       No. 254       SOLiD Chemistry Sequencing by   62
17                   Oligonucleotide Ligation and
                     Detection (AB00133103-3156)
18
       No. 255       SOLiD Chemistry Supported      83
19                   Oligonucleotide Ligation
                     Detection (AB00121847-1894)
20
       No. 256       Expert Report of Michael L.   100
21                   Metzker, Ph.D.

22     No. 257       Genome Technology article     100

23     No. 258       Editorial:  Tenure process    106
                     lacks transparency
24

25

Electronically signed by Kelly Hanna (001-375-404-8780)                                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL METZKER, Ph.D. – June 24, 2008
CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 4

1                     EXHIBITS (cont.)

2    EXHIBIT              DESCRIPTION                     PAGE

3    No. 259    Request for grant of a Patent        107
              Form 1/77 (AB00006951-7034)
4
     No. 260    International Patent                  108
5             Application (AB00007065-7143)

6    No. 261    U.S. Patent No. 6,348,313 dated      110
              2/19/02 (AB00007035-7064)
7
     No. 262    Synthesis and Selective              115
8             Cleavage of an
              Oligodeoxynucleotide Containing
9             a Bridged Non-Chiral
              Internucleotide
10            3'-Phosphoramidate Linkage
              (AB00000013-16)
11
     No. 263    U.S. Patent No. 4,883,750 dated      119
12            11/28/89 (AB00000083-97)

13   No. 264    U.S. Patent No. 4,988,617 dated      127
              1/29/91 (AB00000098-117)
14
     No. 265    U.S. Patent No. 5,403,708 dated      136
15            4/4/95 (AB00000118-131)

16   No. 266    International Application             140
              Published Under the Patent
17            Cooperation Treaty

18   No. 267    French Patent                        140

19   No. 268    U.S. Department of Commerce          144
              Patent and Trademark Office
20            (ILL000263-270)

21   No. 269    International Application             146
              Published Under the Patent
22            Cooperation Treaty
              (AB00006882-6950)
23
     No. 270    U.S. Patent No. 4,863,849 dated      155
24            9/5/89)

25

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 5

1                    EXHIBITS (cont.)

2      EXHIBIT              DESCRIPTION              PAGE

3      No. 271         Patent No. 5,302,509 dated      155
                       4/12/94
4
       No. 272         International Application       155
5                      Published Under the Patent
                       Cooperation Treaty
6
       No. 273         Genome Research Emerging        165
7                      Technologies in DNA Sequencing

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 6

1            THE VIDEOGRAPHER:  Today is June 24, 2008.

2     We are on the record at 9:07.  This is the deposition of

3     Dr. Michael Metzker in the matter of Applera

4     Corporation-Applied Biosystems Group, versus Illumina,

5     et al.  This deposition is being held at Hobby Airport

6     Hilton in Houston, Texas.

7            Will counsel please state their

8     appearances for the record.

9            MR. PENDLETON:  Cullen Pendleton,

10    representing Illumina, Solexa and Stephen Macevicz.

11           MR. COMER:  Steve Comer representing

12    Applied Biosystems.

13           MICHAEL METZKER, PH.D.,

14    having been first duly sworn, testified as follows:

15                    EXAMINATION

16    Q.   (BY MR. PENDLETON) Good morning, Dr. Metzker.

17    A.   Good morning.

18    Q.   This is not your first deposition, correct?

19    A.   That is correct.

20    Q.   Okay.  So, just as a refresher, I'm going to be

21    asking you a series of questions.  Occasionally your

22    attorney may make an objection or two on the record; but

23    unless he instructs you not to answer, if you understand

24    my question, you should answer it.

25           The record can get very garbled if we try

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 30

1        A.    That's my understanding, yes.

2        Q.    Okay.  Please turn to Exhibit 96, Page -- I'll

3   just say 997 for ease, but I mean AB00000 --

4        A.    I understand.

5        Q.    -- 997.  Okay.  Now, if you'll direct your

6   attention to the heading at the top of the page

7   "Unprocessed Color Space Data."

8        A.    Yes.

9        Q.    And just read that section and let me know when

10  you're done, please.

11       A.    You want me to read it out loud or just to

12  myself?

13       Q.    No.  Just read it to yourself.

14       A.    I see.  Okay.  Just that paragraph --

15       Q.    Uh-huh.

16       A.    Not -- you don't want me to go into the --

17       Q.    No, just the -- no, sir.

18       A.    Okay.  Then, I finished.

19       Q.    Okay.  So, this section states that unprocessed

20  color space data, quote, "Consists of a numeric string

21  prefixed by a single base.  This base is in the -- is

22  the final base of the sequencing adapter and is not part

23  of the target sequence.  It is included so that the

24  color space sequence can be decoded without alignment to

25  a reference," correct?

COURT  REPORTERS  CLEARINGHOUSE,  INC.
(713)  626-2629

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL METZKER, Ph.D. - June 24, 2008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 31

1        A.   It does say that.

2        Q.   Also, on Page 997 is a matrix showing the

3    2-base encoding scheme used in all the commercial

4    versions of the SOLiD system, correct, on Page 997?

5        A.   Oh, I'm sorry.  I thought you said 996.

6        Q.   No, sir.  The same page that we were on.

7        A.   I'm sorry.  I'm sorry.

8        Q.   So, that matrix --

9        A.   So, this matrix?

10       Q.   Yes.

11       A.   Yes.  Right.  So, this is the 2-base encoding

12   code for four reporters.

13       Q.   Okay.  So, again, we'll describe what we're

14   seeing for the benefit of the people who will be reading

15   this later.

16            On the left side of the matrix, the rows

17   are labeled "first nucleotide"?

18       A.   That's correct.

19       Q.   And A, C, G, T.  And the top of the matrix is

20   labeled "second nucleotide" A, C, G, T in the columns,

21   correct?

22       A.   That is correct.

23       Q.   Okay.  So, you read the matrix by starting with

24   the first nucleotide; and then reading over to the

25   second nucleotide in a pair and finding the color?

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 32

1        A.    That's right.  It's like reading the genetic

2    code for a code on, but in a two-base format.

3        Q.    Okay.  So, for example, to find the color that

4    encodes A, T, you would start with first nucleotide A

5    and then read over to T and see that it's assigned color

6    3, correct?

7        A.    Yes, that's -- that is correct.

8        Q.    Okay.  So, now, please, turn to Page 1007.

9        A.    Okay.

10        Q.    And look at the heading entitled "Color Code,"

11    about a third of the way down the page.

12        A.    With brackets that say "Code String"?

13        Q.    That's right.

14        A.    Okay.  I found that.

15        Q.    Now, this part of the document lists the 16

16    possible dinucleotide pairs and the colors used to

17    encode them in the SOLiD system, correct?

18        A.    Can I just read --

19        Q.    Sure.

20        A.    -- this --

21        Q.    Oh, of course.

22        A.    -- beginning statement?  That's the way I

23    understand it.

24        Q.    Okay.  And each of the numbers here represents

25    a single color, correct?

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 33

1      A.   That's correct.

2      Q.   All right.  And this matrix describes how the

3    labeled ligation probes used in the SOLiD system are

4    encoded, the 1, 2 encoded probes, correct?

5      A.   Yes, that's what I understand.

6      Q.   Okay.  So, let's assume that -- that 0

7    represents the color blue.

8      A.   Yep, okay.

9      Q.   And 1 is green, 2 is yellow and 3 is red.

10     A.   Okay.

11     Q.   Okay.  So, if you saw a blue signal coming from

12   a bead on a slide, based on this color code, you would

13   know that the sequence of nucleotides at that

14   interrogation position is either AA, CC, GG or TT,

15   correct?

16     A.   According -- according to this code, that's

17   correct.

18     Q.   Okay.  And if you saw a blue image coming from

19   the bead on the slide, that would eliminate 12 of the 16

20   possibilities listed here for the two nucleotides at the

21   interrogation position in the target, correct?

22     A.   That is correct.

23     Q.   Okay.  Now, the SOLiD system uses the last base

24   of the adapter sequence to decode the color signal from

25   the 0, 1 position, correct?

Electronically signed by Kelly Hanna (001-375-404-8780)                                          ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL METZKER, Ph.D. - June 24, 2008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 34

1        A.    That I -- that is not my understanding of the 0

2    position.

3        Q.    Okay.  Could you turn to Page 1010 of this

4    document and look at the first full paragraph entitled

5    "g Field Attribute"?

6        A.    (Witness complies.)

7        Q.    Now, this attribute is described as, quote,

8    "The color-space sequence for this read, written from 5'

9    (the bead end) to 3'.  In addition, prepended to the

10    sequence is the first (5' most) nucleotide of the DNA

11    target corresponding to the read.  This, together with

12    the coding algorithm specified by the color-code

13    metadata tag, allows any application to reconstruct the

14    DNA sequence for the read."

15            Did I read that correctly?

16        A.    You did read that correctly.  And I just

17    understand this that that prepended base is used when

18    the color sequence has been generated.

19        Q.    Okay.  So, my question originally was that it

20    uses the identity of the last base of the adapter to

21    decode that 0, 1 position, without regard to when that

22    occurs.

23        A.    Okay.

24        Q.    So, with that caveat --

25        A.    Yeah.

Electronically signed by Kelly Hanna (001-375-404-8780)                                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 35

1       Q.    -- it does use the last base of the adapter to

2       decode that 0, 1 position, correct?

3       A.    It -- it can be used to do that, and in the

4       process it decodes the entire sequence at the same time;

5       and that's the way I understand it.  It's not just

6       necessarily just the one -- 0, 1 position, but however

7       many cycles that have generated a particular read.  It

8       could be used at that point to decode the entire color

9       read.

10      Q.    Okay.  Now, further down the page, the document

11      starting with the section marked "Note"?

12      A.    Yes.

13      Q.    The document states "Note:  It is important to

14      note that FASTA -- F-A-S-T-A -- files generated by the

15      instrument store their data in a different format.

16      There, the sequence stores the last base of the primer,

17      presumably the phase 5 primer as it -- I'm sorry --

18      phase 5 primer, as its first base.

19                Fortunately, given the color-code tag, it

20      is easy for any application to convert FASTA notation to

21      GFF notation, simply by reconstructing the first base of

22      the read."

23                Did I read that correctly?

24      A.    You did.

25      Q.    Okay.  And it goes on to say "For example, it

Electronically signed by Kelly Hanna (001-375-404-8780)                                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 36

1        would convert the FASTA sequence T210033221 to the GFF

2        sequence C10033221 by converting T2 to TC and dropping

3        the primer base T"; is that correct?

4            A.    That's what it says.

5            Q.    Okay.  So, where this paragraph -- oh, I'm

6        sorry.  In -- withdraw the previous question.

7                    In this section the last base of the

8        primer is T, which is prepended to that sequence of

9        numbers beginning with 2100, correct?

10           A.    Yeah, that's what -- that's what it says.

11           Q.    Okay.  And where this paragraph says "T2," "by

12       converting T2," that means that the first base of the 0,

13       1 position is a T; and the color image obtained when

14       that position is interrogated is yellow based on --

15           A.    TC equals --

16           Q.    -- T2 is a dinucleotide pair --

17           A.    Right.

18           Q.    -- beginning with T --

19           A.    Right.

20           Q.    -- for which a yellow signal is obtained?

21           A.    I just can't remember the code for -- to

22       generate a yellow signal when T is the first base.  I

23       don't know what the -- but -- but, yeah, I think I

24       understand the point that you're making.

25           Q.    Okay.  So, if we flip back to 1007 and look at

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 37

1       the color code, we see TC equals 2?

2           A.    That's right.  That's my point.  If -- I didn't

3       remember that yellow was the TC equals 2 combination.

4           Q.    Okay.

5           A.    But, yes, that is correct.

6           Q.    Now, we also see in color code AG equals 2.

7       So, it's not just TC that equals 2, AG also equals 2?

8           A.    That's right.  The -- the yellow signal

9       represents four different dinucleotide sequences.

10          Q.    Okay.  And, so, CT also equals 2, correct?

11          A.    That's correct.

12          Q.    And GA equals 2, correct?

13          A.    Yes.

14          Q.    But TC, AG, CT and GA are the only four

15      possibilities if you've got color 2, correct?

16          A.    That -- according to this particular code,

17      that's correct.

18          Q.    But if the first base is T, there's only one

19      possibility, and that's TC, according to the code?

20          A.    That's correct.

21          Q.    Okay.  Likewise, if we recorded color 3,

22      assuming that that's red.

23          A.    Okay.

24          Q.    There's only four possibilities in this table,

25      AT, CG, GC and TA, correct?

Electronically signed by Kelly Hanna (001-375-404-8780)                              ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL METZKER, Ph.D. - June 24, 2008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 38

1      A.    That -- that is correct.

2      Q.    But if we know that the first base of the pair

3    is T; and we've got a red signal, we would know that it

4    was TA?

5      A.    That is correct.

6      Q.    Okay.  So, you can set that aside for right

7    now.

8      A.    Okay.

9      Q.    I'm going to hand you another document.

10     A.    Also 252, or do you want to keep this out?

11     Q.    You can set it aside for now.  If we -- if we

12   need to come back to it, we will.

13            I'm handing you a document that's been

14   previously marked as Exhibit 93, and it bears

15   Bates Nos. AB00121757 through AB00121795.  Please turn

16   to the page bearing Bates No. 121770.

17     A.    (Witness complies.)

18     Q.    Now, the table on the left side of this page

19   shows a blue label is represented by the number 0, green

20   is represented by 1, yellow by 2 and red by 3, correct?

21     A.    That is correct.

22     Q.    Now, the text on the right side of the page

23   states that "At each base position, all 4 bases are

24   represented in the list of possible decodings.  Not a

25   single base has been identified.  But as soon as one

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 54

1      document bearing Bates No. ILL050369.  This document

2      states in the text on the left side "Detecting a single

3      color does not indicate a base.  Each reading contains

4      information from two bases.  To decode the bases you

5      must know one of the bases in the sequence," correct?

6          A.    That's what it says.

7          Q.    Okay.  Turn to Page 9 of this document bearing

8      Bates No. ILL050370.  This document is entitled "Example

9      of decoding (i)" and it shows a series of colored

10     circles, blue, green green, blue and so on, correct?

11         A.    Yes, I see that.

12         Q.    Okay.  The page also shows the color encoding

13     matrix except with colors this time, but it's like what

14     we looked at before?

15         A.    Right.  I see that as well.

16         Q.    Okay.  Under the first circle, the diagram

17     lists the four possible dinucleotide pairs for a blue

18     signal, specifically AA, CC, GG and TT, correct?

19         A.    That is correct.

20         Q.    And we could verify those by looking over at

21     the matrix?

22         A.    Sure.

23         Q.    Okay.  And, likewise, under each of the other

24     colored circles, the diagram lists the four

25     possibilities for each given color, correct?

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  –  June 24, 2008
CONFIDENTIAL  –  ATTORNEYS'  EYES  ONLY

Page 55

1        A.    That is correct.

2        Q.    And each color has four unique possibilities

3    for dinucleotide pair that it represents, okay?

4        A.    That's correct.

5        Q.    Below the diagram on this page, there is text

6    that states "Cannot determine any of the bases."

7        A.    That's what it states.

8        Q.    Okay.  And that's because the blue could

9    represent any of those four possibilities, which, in

10   turn, could represent any of the four possibilities at

11   the next dinucleotide pair shown here as the sequence of

12   color calls, correct?

13       A.    That's right, because the bases are

14   interrogated twice; and they overlap between the colors.

15       Q.    Please turn to Page 10 of this document bearing

16   Bates No. ILL050371.  This document is entitled "Example

17   of decoding (ii)," correct?

18       A.    That's what it says, yes.

19       Q.    And it shows the same series of colored circles

20   that we saw in the previous page?  Just verify.

21       A.    I think that's right, yeah.

22       Q.    Okay.  And the matrix as well, just in a

23   slightly different position?

24       A.    Yeah.

25       Q.    Now, under the first blue circle, the diagram

Electronically signed by Kelly Hanna (001-375-404-8780)                                           ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 56

1      lists the four possible dinucleotide pairs for a blue

2      signal, just as on the previous page, correct?

3          A.   Uh-huh.

4          Q.   But in this case it has the first A, of the AA

5      dinucleotide, is highlighted in yellow, correct?

6          A.   That's correct.  That's what the diagram shows.

7          Q.   Okay.  And in addition, the diagram has black

8      lines connecting up one of the four possible

9      dinucleotides under each colored circle throughout the

10     sequence, correct?

11         A.   Right.  I think you could actually draw those

12     diagrams for the remaining three bases as well.  You

13     could -- you could find the sequence from -- starting

14     from one nucleotide.

15         Q.   And, so, the way that works is you --

16     because -- if you knew that this was an A, then you

17     would know the second one was an A; but the second base

18     becomes the first base of the next dinucleotide.

19         A.   That's correct.

20         Q.   And there's only one, that being AC, that's

21     connected by a line between the -- underneath the blue

22     and green circles at the beginning of the diagram,

23     correct?

24         A.   Yes.

25         Q.   Okay.

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 57

1      A.   Yes.

2      Q.   At the bottom of this diagram, there's text

3   that states "If know first base is an A then immediately

4   it decodes second base.  This must be an A as Blue

5   translates second base A if first base A."

6      A.   That's what it states.

7      Q.   Please turn to Page 11 of the document bearing

8   Bates No. ILL050372.  This is entitled "Summary of

9   decoding."

10            Now, based on the preceding pages that

11   we've just been discussing, this document shows a

12   summary of how the identity of one base can be used to

13   decode a series of color calls, correct?

14      A.   Yeah.  It shows that when you have a color --

15   sequence of colors, that you can decode, not only just

16   the first base, but all -- all bases subsequent to the

17   first base.

18      Q.   Okay.  And this document does not show that

19   color space calls have to be aligned to a reference in

20   order to be decoded, correct?

21      A.   No.  It looks like this is just an example of

22   how the color scheme translates into a base; but, no, it

23   does not show a reference.

24      Q.   And, in fact, if you only had a sequence of

25   color space calls, you wouldn't be able to decode that

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 58

1    sequence, correct, even if you aligned it to a

2    reference?

3        A.   I'm sorry.  Repeat that sentence.

4        Q.   If all you had were color space calls and a

5    reference, you would not be able to decode that sequence

6    of color space calls, correct?

7        A.   That, I don't agree with.  I think you --

8    because you're aligning the color space of your reads

9    with the color space of your reference, if you get a

10   unique match, you can decode it that way.

11       Q.   Okay.  So, let's take an example.  What if the

12   reference sequence was GGGG?  Now, that would be encoded

13   blue blue blue.

14       A.   Right.

15       Q.   Okay.  I have a test sequence, and I also get

16   blue blue blue.  Do I know that that test sequence is

17   GGG?

18            MR. COMER:  Objection, vague.

19       A.   Well, you already know the test sequence.  I

20   mean, you know the reference sequence.

21       Q.   (BY MR. PENDLETON) I know the reference

22   sequence.  I'm talking about decoding a test sequence --

23       A.   Right.

24       Q.   -- by comparing it to a reference.

25       A.   Right.  It would be difficult to -- to decode

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 59

1      the way you're describing it.  Typically, you need a

2      much longer read to get enough uniqueness that you can

3      find -- you can map these color reads onto a reference

4      and get only one answer.

5           Q.   Okay.

6           A.   If it's short enough and you're in a repetitive

7      region, you could map it to several regions and you

8      would -- you could not decode the sequence.

9           Q.   So, the answer to my question is -- is that you

10     would not be able to know that the test sequence had the

11     sequence in the reference just based on the color space

12     reads?

13          A.   Based on your example of just a 4 nucleotide

14     GGGG sequence.

15          Q.   Okay.  Let's take the example that's given on

16     this page.  This sequence of color calls represents four

17     possible sequences, correct?

18          A.   Yes, that's correct.

19          Q.   And, so, you could go through and trace them

20     all through -- and these -- these four -- these color

21     calls represent four unique sequences, correct?

22          A.   That's -- that's correct.

23          Q.   And what if all of these sequences were present

24     in a reference?

25          A.   Yeah.  The way I understand the SOLiD working,

COURT  REPORTERS  CLEARINGHOUSE,  INC.
(713)  626-2629

Electronically signed by Kelly Hanna (001-375-404-8780)                                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 60

1      it could then rely on the adapter 0, 1 -- 0 position to

2      then further assist in -- in the correct identification

3      of the sequence.

4          Q.   Okay.  But if you couldn't do that, if you only

5      had the color space calls, and you didn't know one of

6      the bases of the sequence, would you be able to take a

7      sequence of color calls, blue green green, blue yellow

8      red, blue yellow yellow, and align that to a reference

9      if all four of these sequences were present in the

10     reference?

11               MR. COMER:  Objection, vague.

12         A.   Well, you -- what -- the way you align color --

13     reads to the color reference is looking for color

14     matches.  I mean, that -- that -- it's a fairly

15     straightforward process.

16         Q.   (BY MR. PENDLETON) Okay.  So --

17         A.   You know the reference sequence, and so you

18     can -- you've translated that into color space.

19               I think you run into problems when you

20     can't uniquely map that color read to the color

21     reference.  And -- and in those cases where you get

22     multiple hits, then it becomes difficult to actually

23     call the -- the correct base.

24         Q.   It would be impossible?

25         A.   Well, you would have -- you would still have

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 61

1        several solutions that you can't solve yet.

2            Q.   Right.  So, you wouldn't be able to make a --

3        you wouldn't be able to decode your test sequence just

4        based on a color space alignment without more

5        information?

6            A.   If it doesn't map uniquely.

7            Q.   Right.  But if you could, if you knew one of

8        those bases, then you could say ah-ha, it's got the

9        first base A and so does the reference sequence at that

10       place, that resolves which of these four possibilities

11       it is, correct?

12           A.   I -- I would argue that.  If you can map it

13       uniquely, such that that color read only appears once in

14       the reference, and you know the reference sequence, you

15       can -- you can decode the base sequence from -- into --

16       from that color read.

17           Q.   Under that limitation, that if it was a unique

18       sequence, then you could decode it?

19           A.   That's -- that's exactly right.  And that's why

20       a four-base nucleotide sequence would not be sufficient.

21       You actually need something much longer so that you have

22       enough unique sequence information to translate the

23       reference color into the target sequence.

24           Q.   Okay.

25               MR. PENDLETON:  We're about to run out of

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page  93

1       A.    That -- that's correct.  And -- and just making

2    reference to fairly common reagents that I think most --

3    everybody would be familiar with.

4       Q.    You also state that nitrogen and sulfur differ

5    in the number of hydrogen atoms they can -- they can

6    form bonds with, correct?

7       A.    That's correct.

8       Q.    Okay.  Could you turn back to Page 17 of your

9    report?

10      A.    (Witness complies.)

11      Q.    What are the chemical structures drawn here?

12      A.    They're -- they're illustrating two different

13   linkages, one being a Phosphoramidate, the other one

14   being a Phosphorothiolate.

15      Q.    Okay.  So, in the Phosphoramidate bond, the

16   nitrogen holds the two parts of the probe together

17   because it forms a covalent bond with the 3' carbon on

18   the sugar and a bond with the phosphorous atom attached

19   to an adjacent sugar, correct?

20      A.    That's correct.

21      Q.    And in the Phosphorothiolate bond, the sulfur

22   holds the two parts of the probe together because it

23   forms a bond with the 3' carbon on one sugar and the

24   phosphate on an adjacent sugar, correct?

25      A.    That's correct.

COURT  REPORTERS  CLEARINGHOUSE,  INC.
(713)  626-2629

Electronically signed by Kelly Hanna (001-375-404-8780)                                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  –  June 24, 2008
CONFIDENTIAL  –  ATTORNEYS'  EYES  ONLY

Page 95

1      Q.    Uh-huh.

2      A.    That's right.

3      Q.    I hand you a document that's been previously

4    marked as Exhibit 54.  Could you identify this document

5    for the record, sir?

6      A.    It's United States Patent No. 5,969,119 by

7    Stephen C. Macevicz.

8      Q.    Okay.  And you've reviewed this document?

9      A.    I have.

10      Q.    Coming to the opinions expressed in your

11    rebuttal report, correct?

12      A.    I have.  I have.

13      Q.    Okay.  And in your other report, I presume?

14      A.    In my other report, too.

15      Q.    Okay.  Please turn to the last page of this

16    document, look at Claim 1 of the '119 patent.

17      A.    Okay.

18      Q.    Have you had a chance to review it?  Okay.

19    This claim doesn't recite any requirement that the

20    claimed oligonucleotide probe be able to be cleaved,

21    correct?

22      A.    That is correct.  There's no -- there's no

23    cleavage requirement.

24      Q.    Okay.  And Claim 1 of the '119 does not recite

25    any requirement that the claimed oligonucleotide probe

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 96

1      be cleaved in a particular way, correct?

2           A.    That's correct.

3           Q.    The Claim 1 of the '119 does not recite any

4      requirement that the claimed probe be incorporated into

5      DNA, correct?

6           A.    I'm sorry.  Say that -- could you repeat that

7      question again, please?

8           Q.    Sure.  There's no requirement recited in Claim

9      1 of the '119 that the claimed probe be incorporated

10     into DNA, correct?

11          A.    That is correct.  That is correct.

12          Q.    And there's no requirement that the claimed

13     oligonucleotide probe be used in an automated DNA

14     sequencing machine, such as the SOLiD system, correct?

15          A.    That is correct.

16          Q.    Okay.

17               MR. PENDLETON:  I would like to go off the

18     record for a little bit --

19               THE VIDEOGRAPHER:  All right.

20               MR. PENDLETON:  -- and get some exhibits

21     marked.

22               THE VIDEOGRAPHER:  This is the end of Tape

23     2.  We're off the record at 11:24.

24               (Recess taken from 11:24 to 12:42.)

25               THE VIDEOGRAPHER:  This is the beginning

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2

MICHAEL  METZKER,  Ph.D.  -  June 24, 2008
CONFIDENTIAL  -  ATTORNEYS'  EYES  ONLY

Page 184

1     please?

2          Q.   (BY MR. PENDLETON) Is there any requirement in

3     Claim 1 of the '119 that the Phosphoramidate linkage be

4     cleaved?

5                    MR. COMER:  Same objection.

6          A.   In the -- in the claim language?  Is this what

7     you're saying, in the claim?

8          Q.   (BY MR. PENDLETON) Uh-huh.

9          A.   There's no -- there's no information provided

10    in the claim language.

11         Q.   Okay.

12         A.   But in the context of the specification, I

13    think you -- I mean, one who looked at this would know

14    that this is a cleavable linker.

15         Q.   So, is it your opinion that a probe satisfying

16    all the limitations actually listed in Claim 1 but that

17    had not been cleaved would not infringe?

18                    MR. COMER:  Objection, vague.

19         A.   Well, my understanding of this claim is that it

20    has to contain the Phosphoramidate -- amidate linkage,

21    which is a cleavable linkage.

22         Q.   (BY MR. PENDLETON) Uh-huh.

23         A.   So, whether you -- in the method you actually

24    cleave it or not, I think, is not really at issue.  It

25    just contains a cleavable linker.

Electronically signed by Kelly Hanna (001-375-404-8780)                    ad40294e-1880-45f0-a912-69beb7a712b2