# Exhibit 13



**UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office**

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, DC 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/872,446 | 06/10/97 | MACEVICZ | S | 5525-0015.20 |

```
                              HM31/0803
DEHLINGER & ASSOCIATES
P O BOX 60850
PALO ATLO CA 94306
```

| EXAMINER |
|---|
| WHISENANT, E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1634 | 7 |

DATE MAILED:  08/03/98

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (REV. 2/95)    ☆U.S.GOVERNMENT PRINTING OFFICE 1995-319-826    1-File Copy

| *Office Action Summary* | Application No. 08/872,446 | Applicant(s) Macevicz, S. |
|---|---|---|
| | Examiner Ethan Whisenant | Group Art Unit 1634 |

☒ Responsive to communication(s) filed on *12 May 1998*                                                                                   .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ____3____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *18 and 19* _____ is/are pending in the application.

   Of the above, claim(s) _____ is/are withdrawn from consideration.

☒ Claim(s) *19* _____ is/are allowed.

☒ Claim(s) *18* _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All  ☐ Some*  ☐ None  of the CERTIFIED copies of the priority documents have been
   ☐ received.
   ☐ received in Application No. (Series Code/Serial Number) _____ .
   ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892
☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____
☐ Interview Summary, PTO-413
☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)                          Office Action Summary                          Part of Paper No. __7__

Serial Number: 08/872,446     2
Art Unit: 1807

**Part III  DETAILED ACTION**

**1.** The applicant's Response to the Office Action has been entered. The applicant's response was received on 15 MAY 98 and has been entered as paper no. 4. The claims pending in this application are Claims 18 and 19. Rejections and/or objections not reiterated from the previous office action are hereby withdrawn. The following rejections and/or objections are either newly applied or reiterated. They constitute the complete set presently being applied to the instant application.

**35 USC § 102**

**2.** The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that may form the basis for rejections in this Office action:

> A person shall be entitled to a patent unless --
>
> (a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for a patent.
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

**CLAIM REJECTIONS - 35 USC § 102**

**3.** Claim 18 is rejected under 35 U.S.C. 102(b) as being anticipated by Levina et al. (1993).

Claim 18 is drawn to an oligonucleotide probe of the formula:

$$HO\text{-}(3')(B)_j(5')\text{-}OP(=O)(O^-)NH\text{-}(B)_k\text{-}B_t^*$$

wherein B is a nucleotide or an analog thereof; j is in the range of from 1 to 12; k is in the range of from 0 to 8, such that the sum of j and k is less than or equal to 12; and $B_t^*$ is a labeled nonextendable chain terminating moiety. Levina et al. teach such an oligonucleotide, see p.26, bottom of the first column. Note

Serial Number: 08/872,446     3
Art Unit: 1807

that in Lavina et al. the labeled nonextendable chain terminating moiety is the *p*-azidotetraflurobenzamido group.

### RESPONSE TO APPLICANT'S AMENDMENT AND/OR ARGUMENTS

**4.** Applicant's arguments with respect to the claimed invention have been considered but are moot in view of the new ground(s) of rejection.

### CONCLUSION

**5.** Claim 19 is allowable.

**6.** Any inquiry concerning this communication or earlier communications from the examiner should be directed to Ethan Whisenant, Ph.D whose telephone number is (703) 308-6567. The examiner can normally be reached Monday-Friday from 8:00AM -4:30PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, W. Gary Jones, can be reached at (703) 308-1152.

The fax number for this Group is (703) 305-7401. Please note that the faxing of papers must conform with the Notice to Comply published in the Official Gazette, 1096 OG 30 (November 15, 1989).

Any inquiry of a general nature or relating to the status of this application should be directed to the group receptionist whose telephone number is (703) 308-0196.

*ECW*

Ethan Whisenant, Ph.D.
Patent Examiner

STEPHANIE W. ZITOMER
PRIMARY EXAMINER