1  BRYAN WILSON (CA SBN 138842)
   ERIC C. PAI (CA SBN 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16

17 APPLERA CORPORATION – APPLIED              Case No.    C07 02845 WHA
   BIOSYSTEMS GROUP, a Delaware corporation,
18                                            **[PROPOSED] ORDER DENYING
                                              SOLEXA'S MOTION FOR
19            Plaintiff,                       PARTIAL SUMMARY
                                              JUDGMENT OF
20      v.                                    INFRINGEMENT**

21 ILLUMINA, INC., a Delaware corporation,    Date:     August 21, 2008
   SOLEXA, INC., a Delaware corporation, and  Time:     8:00 a.m.
22 STEPHEN C. MACEVICZ, an individual,        Place:    Courtroom 9, 19th Floor
                                              Judge:    William H. Alsup
23            Defendants.

24

25

26

27

28

1    This matter comes before the Court on Defendant Solexa, Inc.'s Motion for Partial

2    Summary Judgment of Infringement.  Having considered the arguments and evidence submitted

3    and for good cause appearing:

4    IT IS HEREBY ORDERED THAT Solexa's motion for partial summary judgment of

5    infringement is DENIED.

6    IT IS SO ORDERED.

7

8    Dated: _____    _____

9                                                                  WILLIAM H. ALSUP
                                                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28