BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF GINA COSTA, PH.D. IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OPPOSITION TO SOLEXA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**<br><br>Date:    August 21, 2008<br>Time:   8:00 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:   William H. Alsup |

I, Gina Costa, declare as follows:

1. I am the Director of Research and Development Projects for the SOLiD™ System.

2. I have a Ph.D. in Immunology from Stanford University.

3. I was employed by Agencourt Personal Genomics ("APG") from December 2003 until it was acquired by Applied Biosystems ("AB") in 2006. Since the acquisition, I have been employed by Applied Biosystems. I have worked on the SOLiD System throughout my employment at APG and AB. I am one of the principal developers of the SOLiD System and I make this declaration based on my personal knowledge of the SOLiD System. If called as a witness, I could and would testify competently thereto.

4. At APG, I was closely involved in designing and evaluating the one-base encoding prototype system. The prototype system using one-base encoded probes was developed for the purpose of evaluating the chemistry and imaging involved in cyclic hybridization and ligation of fluorescently-labeled probes. The one-base encoded prototype system was run on two instruments, both of which were (and still are) located at APG.

5. In late 2005, we performed a complete run of the one-base prototype system to resequence the known genome for the K12 strain of E. coli. That run worked in general as follows (the steps are depicted in Exhibit A.). The DNA from E. coli bacteria was mechanically sheared into fragments. Each fragment was attached to a set of adapters made of known sequences of nucleotides. The adapted target fragments were attached to a bead, which was deposited onto a slide. A primer of a known sequence designed to hybridize to a predetermined position on the upstream adapter was added. Fluorescently-labeled probes were then added, each of which was eight nucleotides long and designed so that only one nucleotide interrogated the target fragment. The other seven bases were randomly-generated bases or inosines designed to hybridize to any nucleotide in the target fragment.

6. A probe that hybridized to the target fragment immediately adjacent to the primer could be ligated the primer. The unligated probes were washed away. Light was used to illuminate the fluorescently-labeled probes on the beads attached to the slide. The four different types of labels emitted the light in different wavelengths. A digital camera, with four bandpass

filters, recorded images in the four wavelength ranges expected. Computers then analyzed the images in each wavelength and performed an algorithm to assess which color to assign to each label. The process of ligations was repeated three times. After the cycles were completed, the hybridized primers and probes were stripped off and new primer was added that hybridized to a different position on the adapter and additional cycles of ligation were run. The process was repeated until fifteen positions in the target fragment were interrogated. Because the prototype probes interrogated only one base at a time, each of the four colors corresponded one-to-one with the four possible nucleotides at the position being interrogated.

7. The computers compared the sequences for target fragments to the publicly-available sequence of bases for the K12 E. coli genome not to determine the identity of the bases, but to determine where the fragment sequences fit into the larger genome.

8. The one-base prototype system was never offered for sale or sold. At various times, the prototype system was used to interrogate test fragments of sample DNA. Although the same instruments that were used to run the one-base prototype system are still at APG, they use two-base encoded probes and software appropriate for the two-base encoding. The operation of the two-base encoding is further described in my declaration in support of AB's motion for summary judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 30, 2008 in Beverly, Massachusetts.

By: _____
Gina Costa, Ph.D.