BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF MICHAEL L. METZKER, PH.D. IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OPPOSITION TO SOLEXA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**<br><br>Date:    August 21, 2008<br>Time:   8:00 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:  William H. Alsup |

DECL OF M. METZKER ISO AB'S OPP TO SOLEXA'S MPSJ OF INFRINGEMENT
Case No. C07 02845 WHA
pa-1273113

I, Michael L. Metzker, declare as follows:

**I.    BACKGROUND**

1.    I have been retained to testify as an expert on behalf of Applera Corporation – Applied Biosystems Group in the case entitled *Applera Corporation – Applied Biosystems Group v. Illumina, Inc., et al.*

2.    I have been an Assistant Professor in the Department of Molecular & Human Genetics and Human Genome Sequencing Center at the Baylor College of Medicine since 1999. I have also been an Adjunct Assistant Professor in the Cell & Molecular Biology Program at the Baylor College of Medicine since 2000, and an Adjunct Assistant Professor in the Department of Chemistry at Rice University since 2001.

3.    My laboratory is involved in the development of novel technology platforms that address the need for high-throughput DNA sequencing devices capable of directly detecting fluorescently labeled DNA molecules without using cloning or PCR methodologies. One main application for the technology is resequencing to obtain SNP profiles for a given complex disease with a potential of sequencing millions of individuals. With ongoing research activities with Rice University colleagues, we are focused on the development of an innovative fluorescence detector and development of a suitcase DNA sequencer. In addition to the hardware development, the laboratory is engaged in research activities focused on the organic synthesis of novel BODIPY dyes and potentially new classes of fluorescent dyes for the development of 8-color conventional Sanger sequencing and the flexibility to expand the number of independent fluorescent SNP assays. My laboratory is also focused on the synthesis of novel base-modified nucleosides and nucleotides for both conventional sequencing and stepwise DNA sequencing applications.

4.    From 2000 to the present, I have given lectures in the Molecular Methods course at the Baylor College of Medicine. The lectures are Libraries and Screening, Genomics I, and Genomics II. From 2001 to 2003 I also gave a lecture entitled Mammalian Genome Analysis in the Mammalian Genetics course.

5.    My laboratory is currently funded by the NIH. The NIH awarded $122,020,472 over a 4 year period to Richard Gibbs (PI), and me (Senior Investigator) as a genomics grant to

1  provide "personal genome sequences." I was also awarded a $2,933,762 grant over a 4 year

2  period to develop ultrafast sequencing-by-synthesis (SBS) technology that is practical on a

3  genomic scale.

4      6.    I have authored 33 peer-reviewed papers, 5 book chapters, and am an inventor of

5  15 patents and/or patent applications. My most recent book chapters discuss the emerging

6  technologies and advances in DNA sequencing. The patents relate to various aspects of

7  molecular biology and DNA sequencing. For example, I am an inventor on issued U.S. patents

8  relating to dye-labeled primers for automated DNA sequencing, and pending patent applications

9  relating to photocleavable labeled nucleotides and nucleosides. I have served on review panels

10  for Genome Canada, the NIH Instrumentation and Systems Development study section, NCI,

11  NIBIB, NHGRI, and NIAID.

12      7.    I am or have been on the editorial/advisory boards for Genome Research,

13  Advances in Genome Biology & Technology Meeting, and Milestones in DNA Technologies.

14      8.    I belong to the American Association for the Advancement of Science, the

15  American Chemical Society and the American Diabetes Association.

16  **II.    BEATON PATENT**

17      9.    The United States Patent and Trademark Office cited U.S. Patent No. 5,625,050

18  (the "Beaton patent") during the examination of claim 1 of the '119 patent. (December 12, 1997

19  Office Action, page 4, paragraph 6, and the initialed PTO-892 form.) A true and correct copy of

20  U.S. Patent No. 5,625,050 is attached hereto as Exhibit A.

21      10.    U.S. Patent No. 5,625,050 describes an oligonucleotide containing a methylene

22  phosphonate internucleosidic linkage, where the 3' oxygen atom in the linkage is replaced by a

23  carbon. (U.S. Patent No. 5,625,050 at Col. 3:20-24; Col. 4:7-16, 22-26, 32-36, 48-60; Col. 5: 22-

24  24, 29-33, 48-49, 65-67; Col. 6:1-7:33; and Col. 15:25-30.) A methylene phosphonate

25  internucleosidic linkage differs from the linkage claimed in the '119 patent by substituting a

26  carbon-hydrogen group ($CH_2$) for the claimed nitrogen-hydrogen (NH) group.

27      11.    Carbon and nitrogen are different elements, have different positions in the periodic

28  table, and thus have different properties. *See* the Periodic Table, National Institute of Standards

and Technology, available at http://physics.nist.gov/PhysRefData/PerTable/periodic-table.pdf. A true and correct copy of the periodic table is attached hereto as Exhibit B.

12.     Methylene phosphonate internucleosidic linkages are chemically scissile linkages. Hutter demonstrates that sodium hydroxide (NaOH) treatment cleaves methylene phosphonate internucleosidic linkages. Daniel Hutter *et al.*, *From Phosphate to Bis(methylene) Sulfone: Non-Ionic Backbone Linkers in DNA*, 85 Helvetica Chimica Acta 2777, 2785 (2002). A true and correct copy of Hutter is attached hereto as Exhibit C.

13.     Attached as Exhibit D is a figure accurately showing in simplified form linkages for natural DNA (phosphodiester), the Beaton patent (methylene phosphonate), claim 1 of the Macevicz '119 patent (phosphoramidate), and the SOLiD System probes (phosphorothiolate).

## III.     CARR PATENT

14.     Oligonucleotides having all the limitations of claim 1 of the '119 patent but containing a phosphorothiolate linkage rather than a phosphoramidate linkage were known before the priority date of the '119 patent. GB Patent No. 2,236,852 discloses an oligonucleotide probe with the same sulfur atom substitution as in the probes used in the SOLiD System. (GB 2,236,852 ("the Carr patent") at 18:2-10, 19:16-21, 20:11-15, 22:11-26.) The oligonucleotide probes have 5 or 12 nucleotides, an internal phosphorothiolate linkage, and a labeled chain-terminating moiety at the 5' end after synthesis. (*Id.*) The probes can be cleaved using silver nitrate. (*Id.*, at 14:13-14, 20:6-10 and 20:23-27.)

15.     A true and correct copy of the Carr patent is attached hereto as Exhibit E. The Carr patent published April 17, 1991, more than a year before the priority date for the '119 patent. I understand that it is thus available as prior art against the '119 patent.

///

///

///

///

///

### III. MANGANESE AND ALKALINE EARTH METALS

16. Alkaline earth metals are a family or group of elements that have similar chemical properties, and all belong to the Group 2 class of the periodic table. The alkaline earth metals are shown in the second column from the left of the periodic table, Exhibit B.

17. Manganese is an element; it has the atomic number 25 in the periodic table. *See* Exhibit B.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 31, 2008 in Houston, Texas.

By: _____
Michael L. Metzker, Ph.D.