

PERIODIC TABLE

# Atomic Properties of the Elements

NIST
National Institute of Standards and Technology
Technology Administration, U.S. Department of Commerce

Physics Laboratory
physics.nist.gov

Standard Reference Data Group
www.nist.gov/srd

**Frequently used fundamental physical constants**

For the most accurate values of these and other constants, visit physics.nist.gov/constants

1 second = 9 192 631 770 periods of radiation corresponding to the transition between the two hyperfine levels of the ground state of $^{133}$Cs

| | | | |
|---|---|---|---|
| speed of light in vacuum | $c$ | 299 792 458 m s$^{-1}$ | (exact) |
| Planck constant | $h$ | $6.6261 \times 10^{-34}$ J s | ($\hbar = h/2\pi$) |
| elementary charge | $e$ | $1.6022 \times 10^{-19}$ C | |
| electron mass | $m_e$ | $9.1094 \times 10^{-31}$ kg | |
| | $m_e c^2$ | 0.5110 MeV | |
| proton mass | $m_p$ | $1.6726 \times 10^{-27}$ kg | |
| fine-structure constant | $\alpha$ | 1/137.036 | |
| Rydberg constant | $R_\infty$ | 10 973 732 m$^{-1}$ | |
| | $R_\infty c$ | $3.289\,842 \times 10^{15}$ Hz | |
| | $R_\infty hc$ | 13.6057 eV | |
| Boltzmann constant | $k$ | $1.3807 \times 10^{-23}$ J K$^{-1}$ | |

Solids
Liquids
Gases
Artificially Prepared

Key (example): Atomic Number 58; Ground-state Level $^1G^\circ_4$; Symbol Ce; Name Cerium; Atomic Weight† 140.116; Ground-state Configuration [Xe]$4f5d6s^2$; Ionization Energy (eV) 5.5387

Group: 1 IA, 2 IIA, 3 IIIB, 4 IVB, 5 VB, 6 VIB, 7 VIIB, 8–10 VIII, 11 IB, 12 IIB, 13 IIIA, 14 IVA, 15 VA, 16 VIA, 17 VIIA, 18 VIIIA

| Period | Group | Atomic Number | Symbol | Ground-state Level | Name | Atomic Weight | Ground-state Configuration | Ionization Energy (eV) |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | H | $^2S_{1/2}$ | Hydrogen | 1.00794 | $1s$ | 13.5984 |
| 1 | 18 | 2 | He | $^1S_0$ | Helium | 4.002602 | $1s^2$ | 24.5874 |
| 2 | 1 | 3 | Li | $^2S_{1/2}$ | Lithium | 6.941 | $1s^2 2s$ | 5.3917 |
| 2 | 2 | 4 | Be | $^1S_0$ | Beryllium | 9.012182 | $1s^2 2s^2$ | 9.3227 |
| 2 | 13 | 5 | B | $^2P^\circ_{1/2}$ | Boron | 10.811 | $1s^2 2s^2 2p$ | 8.2980 |
| 2 | 14 | 6 | C | $^3P_0$ | Carbon | 12.0107 | $1s^2 2s^2 2p^2$ | 11.2603 |
| 2 | 15 | 7 | N | $^4S^\circ_{3/2}$ | Nitrogen | 14.0067 | $1s^2 2s^2 2p^3$ | 14.5341 |
| 2 | 16 | 8 | O | $^3P_2$ | Oxygen | 15.9994 | $1s^2 2s^2 2p^4$ | 13.6181 |
| 2 | 17 | 9 | F | $^2P^\circ_{3/2}$ | Fluorine | 18.9984032 | $1s^2 2s^2 2p^5$ | 17.4228 |
| 2 | 18 | 10 | Ne | $^1S_0$ | Neon | 20.1797 | $1s^2 2s^2 2p^6$ | 21.5645 |
| 3 | 1 | 11 | Na | $^2S_{1/2}$ | Sodium | 22.989770 | [Ne]$3s$ | 5.1391 |
| 3 | 2 | 12 | Mg | $^1S_0$ | Magnesium | 24.3050 | [Ne]$3s^2$ | 7.6462 |
| 3 | 13 | 13 | Al | $^2P^\circ_{1/2}$ | Aluminum | 26.981538 | [Ne]$3s^2 3p$ | 5.9858 |
| 3 | 14 | 14 | Si | $^3P_0$ | Silicon | 28.0855 | [Ne]$3s^2 3p^2$ | 8.1517 |
| 3 | 15 | 15 | P | $^4S^\circ_{3/2}$ | Phosphorus | 30.973761 | [Ne]$3s^2 3p^3$ | 10.4867 |
| 3 | 16 | 16 | S | $^3P_2$ | Sulfur | 32.065 | [Ne]$3s^2 3p^4$ | 10.3600 |
| 3 | 17 | 17 | Cl | $^2P^\circ_{3/2}$ | Chlorine | 35.453 | [Ne]$3s^2 3p^5$ | 12.9676 |
| 3 | 18 | 18 | Ar | $^1S_0$ | Argon | 39.948 | [Ne]$3s^2 3p^6$ | 15.7596 |
| 4 | 1 | 19 | K | $^2S_{1/2}$ | Potassium | 39.0983 | [Ar]$4s$ | 4.3407 |
| 4 | 2 | 20 | Ca | $^1S_0$ | Calcium | 40.078 | [Ar]$4s^2$ | 6.1132 |
| 4 | 3 | 21 | Sc | $^2D_{3/2}$ | Scandium | 44.955910 | [Ar]$3d4s^2$ | 6.5615 |
| 4 | 4 | 22 | Ti | $^3F_2$ | Titanium | 47.867 | [Ar]$3d^2 4s^2$ | 6.8281 |
| 4 | 5 | 23 | V | $^4F_{3/2}$ | Vanadium | 50.9415 | [Ar]$3d^3 4s^2$ | 6.7462 |
| 4 | 6 | 24 | Cr | $^7S_3$ | Chromium | 51.9961 | [Ar]$3d^5 4s$ | 6.7665 |
| 4 | 7 | 25 | Mn | $^6S_{5/2}$ | Manganese | 54.938049 | [Ar]$3d^5 4s^2$ | 7.4340 |
| 4 | 8 | 26 | Fe | $^5D_4$ | Iron | 55.845 | [Ar]$3d^6 4s^2$ | 7.9024 |
| 4 | 9 | 27 | Co | $^4F_{9/2}$ | Cobalt | 58.933200 | [Ar]$3d^7 4s^2$ | 7.8810 |
| 4 | 10 | 28 | Ni | $^3F_4$ | Nickel | 58.6934 | [Ar]$3d^8 4s^2$ | 7.6398 |
| 4 | 11 | 29 | Cu | $^2S_{1/2}$ | Copper | 63.546 | [Ar]$3d^{10} 4s$ | 7.7264 |
| 4 | 12 | 30 | Zn | $^1S_0$ | Zinc | 65.409 | [Ar]$3d^{10} 4s^2$ | 9.3942 |
| 4 | 13 | 31 | Ga | $^2P^\circ_{1/2}$ | Gallium | 69.723 | [Ar]$3d^{10} 4s^2 4p$ | 5.9993 |
| 4 | 14 | 32 | Ge | $^3P_0$ | Germanium | 72.64 | [Ar]$3d^{10} 4s^2 4p^2$ | 7.8994 |
| 4 | 15 | 33 | As | $^4S^\circ_{3/2}$ | Arsenic | 74.92160 | [Ar]$3d^{10} 4s^2 4p^3$ | 9.7886 |
| 4 | 16 | 34 | Se | $^3P_2$ | Selenium | 78.96 | [Ar]$3d^{10} 4s^2 4p^4$ | 9.7524 |
| 4 | 17 | 35 | Br | $^2P^\circ_{3/2}$ | Bromine | 79.904 | [Ar]$3d^{10} 4s^2 4p^5$ | 11.8138 |
| 4 | 18 | 36 | Kr | $^1S_0$ | Krypton | 83.798 | [Ar]$3d^{10} 4s^2 4p^6$ | 13.9996 |
| 5 | 1 | 37 | Rb | $^2S_{1/2}$ | Rubidium | 85.4678 | [Kr]$5s$ | 4.1771 |
| 5 | 2 | 38 | Sr | $^1S_0$ | Strontium | 87.62 | [Kr]$5s^2$ | 5.6949 |
| 5 | 3 | 39 | Y | $^2D_{3/2}$ | Yttrium | 88.90585 | [Kr]$4d5s^2$ | 6.2173 |
| 5 | 4 | 40 | Zr | $^3F_2$ | Zirconium | 91.224 | [Kr]$4d^2 5s^2$ | 6.6339 |
| 5 | 5 | 41 | Nb | $^6D_{1/2}$ | Niobium | 92.90638 | [Kr]$4d^4 5s$ | 6.7589 |
| 5 | 6 | 42 | Mo | $^7S_3$ | Molybdenum | 95.94 | [Kr]$4d^5 5s$ | 7.0924 |
| 5 | 7 | 43 | Tc | $^6S_{5/2}$ | Technetium | (98) | [Kr]$4d^5 5s^2$ | 7.28 |
| 5 | 8 | 44 | Ru | $^5F_5$ | Ruthenium | 101.07 | [Kr]$4d^7 5s$ | 7.3605 |
| 5 | 9 | 45 | Rh | $^4F_{9/2}$ | Rhodium | 102.90550 | [Kr]$4d^8 5s$ | 7.4589 |
| 5 | 10 | 46 | Pd | $^1S_0$ | Palladium | 106.42 | [Kr]$4d^{10}$ | 8.3369 |
| 5 | 11 | 47 | Ag | $^2S_{1/2}$ | Silver | 107.8682 | [Kr]$4d^{10} 5s$ | 7.5762 |
| 5 | 12 | 48 | Cd | $^1S_0$ | Cadmium | 112.411 | [Kr]$4d^{10} 5s^2$ | 8.9938 |
| 5 | 13 | 49 | In | $^2P^\circ_{1/2}$ | Indium | 114.818 | [Kr]$4d^{10} 5s^2 5p$ | 5.7864 |
| 5 | 14 | 50 | Sn | $^3P_0$ | Tin | 118.710 | [Kr]$4d^{10} 5s^2 5p^2$ | 7.3439 |
| 5 | 15 | 51 | Sb | $^4S^\circ_{3/2}$ | Antimony | 121.760 | [Kr]$4d^{10} 5s^2 5p^3$ | 8.6084 |
| 5 | 16 | 52 | Te | $^3P_2$ | Tellurium | 127.60 | [Kr]$4d^{10} 5s^2 5p^4$ | 9.0096 |
| 5 | 17 | 53 | I | $^2P^\circ_{3/2}$ | Iodine | 126.90447 | [Kr]$4d^{10} 5s^2 5p^5$ | 10.4513 |
| 5 | 18 | 54 | Xe | $^1S_0$ | Xenon | 131.293 | [Kr]$4d^{10} 5s^2 5p^6$ | 12.1298 |
| 6 | 1 | 55 | Cs | $^2S_{1/2}$ | Cesium | 132.90545 | [Xe]$6s$ | 3.8939 |
| 6 | 2 | 56 | Ba | $^1S_0$ | Barium | 137.327 | [Xe]$6s^2$ | 5.2117 |
| 6 | 4 | 72 | Hf | $^3F_2$ | Hafnium | 178.49 | [Xe]$4f^{14} 5d^2 6s^2$ | 6.8251 |
| 6 | 5 | 73 | Ta | $^4F_{3/2}$ | Tantalum | 180.9479 | [Xe]$4f^{14} 5d^3 6s^2$ | 7.5496 |
| 6 | 6 | 74 | W | $^5D_0$ | Tungsten | 183.84 | [Xe]$4f^{14} 5d^4 6s^2$ | 7.8640 |
| 6 | 7 | 75 | Re | $^6S_{5/2}$ | Rhenium | 186.207 | [Xe]$4f^{14} 5d^5 6s^2$ | 7.8335 |
| 6 | 8 | 76 | Os | $^5D_4$ | Osmium | 190.23 | [Xe]$4f^{14} 5d^6 6s^2$ | 8.4382 |
| 6 | 9 | 77 | Ir | $^4F_{9/2}$ | Iridium | 192.217 | [Xe]$4f^{14} 5d^7 6s^2$ | 8.9670 |
| 6 | 10 | 78 | Pt | $^3D_3$ | Platinum | 195.078 | [Xe]$4f^{14} 5d^9 6s$ | 8.9588 |
| 6 | 11 | 79 | Au | $^2S_{1/2}$ | Gold | 196.96655 | [Xe]$4f^{14} 5d^{10} 6s$ | 9.2255 |
| 6 | 12 | 80 | Hg | $^1S_0$ | Mercury | 200.59 | [Xe]$4f^{14} 5d^{10} 6s^2$ | 10.4375 |
| 6 | 13 | 81 | Tl | $^2P^\circ_{1/2}$ | Thallium | 204.3833 | [Hg]$6p$ | 6.1082 |
| 6 | 14 | 82 | Pb | $^3P_0$ | Lead | 207.2 | [Hg]$6p^2$ | 7.4167 |
| 6 | 15 | 83 | Bi | $^4S^\circ_{3/2}$ | Bismuth | 208.98038 | [Hg]$6p^3$ | 7.2855 |
| 6 | 16 | 84 | Po | $^3P_2$ | Polonium | (209) | [Hg]$6p^4$ | 8.414 |
| 6 | 17 | 85 | At | $^2P^\circ_{3/2}$ | Astatine | (210) | [Hg]$6p^5$ | |
| 6 | 18 | 86 | Rn | $^1S_0$ | Radon | (222) | [Hg]$6p^6$ | 10.7485 |
| 7 | 1 | 87 | Fr | $^2S_{1/2}$ | Francium | (223) | [Rn]$7s$ | 4.0727 |
| 7 | 2 | 88 | Ra | $^1S_0$ | Radium | (226) | [Rn]$7s^2$ | 5.2784 |
| 7 | 4 | 104 | Rf | $^3F_2$? | Rutherfordium | (261) | [Rn]$5f^{14} 6d^2 7s^2$? | 6.0 ? |
| 7 | 5 | 105 | Db | | Dubnium | (262) | | |
| 7 | 6 | 106 | Sg | | Seaborgium | (266) | | |
| 7 | 7 | 107 | Bh | | Bohrium | (264) | | |
| 7 | 8 | 108 | Hs | | Hassium | (277) | | |
| 7 | 9 | 109 | Mt | | Meitnerium | (268) | | |
| 7 | 10 | 110 | Uun | | Ununnilium | (281) | | |
| 7 | 11 | 111 | Uuu | | Unununium | (272) | | |
| 7 | 12 | 112 | Uub | | Ununbium | (285) | | |
| 7 | 14 | 114 | Uuq | | Ununquadium | (289) | | |
| 7 | 16 | 116 | Uuh | | Ununhexium | (292) | | |

**Lanthanides**

| Atomic Number | Symbol | Ground-state Level | Name | Atomic Weight | Ground-state Configuration | Ionization Energy (eV) |
|---|---|---|---|---|---|---|
| 57 | La | $^2D_{3/2}$ | Lanthanum | 138.9055 | [Xe]$5d6s^2$ | 5.5769 |
| 58 | Ce | $^1G^\circ_4$ | Cerium | 140.116 | [Xe]$4f5d6s^2$ | 5.5387 |
| 59 | Pr | $^4I^\circ_{9/2}$ | Praseodymium | 140.90765 | [Xe]$4f^3 6s^2$ | 5.473 |
| 60 | Nd | $^5I_4$ | Neodymium | 144.24 | [Xe]$4f^4 6s^2$ | 5.5250 |
| 61 | Pm | $^6H^\circ_{5/2}$ | Promethium | (145) | [Xe]$4f^5 6s^2$ | 5.582 |
| 62 | Sm | $^7F_0$ | Samarium | 150.36 | [Xe]$4f^6 6s^2$ | 5.6437 |
| 63 | Eu | $^8S^\circ_{7/2}$ | Europium | 151.964 | [Xe]$4f^7 6s^2$ | 5.6704 |
| 64 | Gd | $^9D^\circ_2$ | Gadolinium | 157.25 | [Xe]$4f^7 5d6s^2$ | 6.1498 |
| 65 | Tb | $^6H^\circ_{15/2}$ | Terbium | 158.92534 | [Xe]$4f^9 6s^2$ | 5.8638 |
| 66 | Dy | $^5I_8$ | Dysprosium | 162.500 | [Xe]$4f^{10} 6s^2$ | 5.9389 |
| 67 | Ho | $^4I^\circ_{15/2}$ | Holmium | 164.93032 | [Xe]$4f^{11} 6s^2$ | 6.0215 |
| 68 | Er | $^3H_6$ | Erbium | 167.259 | [Xe]$4f^{12} 6s^2$ | 6.1077 |
| 69 | Tm | $^2F^\circ_{7/2}$ | Thulium | 168.93421 | [Xe]$4f^{13} 6s^2$ | 6.1843 |
| 70 | Yb | $^1S_0$ | Ytterbium | 173.04 | [Xe]$4f^{14} 6s^2$ | 6.2542 |
| 71 | Lu | $^2D_{3/2}$ | Lutetium | 174.967 | [Xe]$4f^{14} 5d6s^2$ | 5.4259 |

**Actinides**

| Atomic Number | Symbol | Ground-state Level | Name | Atomic Weight | Ground-state Configuration | Ionization Energy (eV) |
|---|---|---|---|---|---|---|
| 89 | Ac | $^2D_{3/2}$ | Actinium | (227) | [Rn]$6d7s^2$ | 5.17 |
| 90 | Th | $^3F_2$ | Thorium | 232.0381 | [Rn]$6d^2 7s^2$ | 6.3067 |
| 91 | Pa | $^4K_{11/2}$ | Protactinium | 231.03588 | [Rn]$5f^2 6d7s^2$ | 5.89 |
| 92 | U | $^5L^\circ_6$ | Uranium | 238.02891 | [Rn]$5f^3 6d7s^2$ | 6.1941 |
| 93 | Np | $^6L_{11/2}$ | Neptunium | (237) | [Rn]$5f^4 6d7s^2$ | 6.2657 |
| 94 | Pu | $^7F_0$ | Plutonium | (244) | [Rn]$5f^6 7s^2$ | 6.0260 |
| 95 | Am | $^8S^\circ_{7/2}$ | Americium | (243) | [Rn]$5f^7 7s^2$ | 5.9738 |
| 96 | Cm | $^9D^\circ_2$ | Curium | (247) | [Rn]$5f^7 6d7s^2$ | 5.9914 |
| 97 | Bk | $^6H^\circ_{15/2}$ | Berkelium | (247) | [Rn]$5f^9 7s^2$ | 6.1979 |
| 98 | Cf | $^5I_8$ | Californium | (251) | [Rn]$5f^{10} 7s^2$ | 6.2817 |
| 99 | Es | $^4I^\circ_{15/2}$ | Einsteinium | (252) | [Rn]$5f^{11} 7s^2$ | 6.42 |
| 100 | Fm | $^3H_6$ | Fermium | (257) | [Rn]$5f^{12} 7s^2$ | 6.50 |
| 101 | Md | $^2F^\circ_{7/2}$ | Mendelevium | (258) | [Rn]$5f^{13} 7s^2$ | 6.58 |
| 102 | No | $^1S_0$ | Nobelium | (259) | [Rn]$5f^{14} 7s^2$ | 6.65 |
| 103 | Lr | $^2P^\circ_{1/2}$? | Lawrencium | (262) | [Rn]$5f^{14} 7s^2 7p$? | 4.9 ? |

†Based upon $^{12}$C. () indicates the mass number of the most stable isotope.

For a description of the data, visit physics.nist.gov/data

NIST SP 966 (September 2003)