




**EXHIBIT D**