

THE BRITISH LIBRARY
SCIENCE REFERENCE AND INFORMATION SERVICE



(12) UK Patent (19) GB (11) 2 236 852 (13) B

(54) Title of Invention

## DNA probe based assays and intermediates useful in the synthesis of cleavable nucleic acids for use in such assays

(51) INT CL⁵; G01N 33/53, C07H 19/10 21/00, C12Q 1/68 // G01N 33/58

(21) Application No
**8921605.5**

(22) Date of filing
**25.09.1989**

(43) Application published
**17.04.1991**

(45) Patent published
**06.04.1994**

(52) Domestic classification
(Edition M)
**G1B** BAC B103 B201 B203
**C2P** PA P13 P15 P15C P19B
P19C P19D P19E P19G P2E
PL P2N P24 P25A P26C P28
P29A P3C P7
**C3H** HB4A

(56) Documents cited
**GB2019562 A**
**EP0362042 A**
**WO86/06493 A**
**WO86/04684 A**

(58) Field of search

As for published application
2236852 A *viz:*
UK CL(Edition K ) **G1B BAC
BAE**
INT CL⁵ **C12Q, G01N**
updated as appropriate

(72) Inventor(s)
**Frank Carr
R Cosstick**

(73) Proprietor(s)
**Scotgen Limited**

**(Incorporated in the United Kingdom)**

**University of Aberdeen
2 Tillydrone Avenue
Aberdeen
AB9 2TN
United Kingdom**

(74) Agent and/or
Address for Service
**Mewburn Ellis
2 Cursitor Street
London
EC4A 1BQ
United Kingdom**

**EXHIBIT E**

Fig. 1



Fig. 1 cont.



Fig. 2

4/7

2236852



Fig. 2 contd.



Fig. 3



Fig. 3 cont.

2236852

7/7



Fig. 4



Fig. 5

2236852

1

DNA PROBE _____ BASED ASSAYS AND INTERMEDIATES

USEFUL IN THE SYNTHESIS OF CLEAVABLE

NUCLEIC ACIDS FOR USE IN SUCH ASSAYS

5      This invention relates to DNA probe
based assays.   More particularly it relates to assays
incorporating two separate (or two sets of) DNA probes
which bind simultaneously to a single target
nucleic acid          molecule in a "sandwich assay"
10     format.

With existing sandwich assay technology, typically
one probe/antibody is bound or captured on a solid phase
("capture probe/antibody") while the other probe/antibody
is complexed with a detectable moiety such as an enzyme
15     label or fluorescent label (labelled probe/antibody).
This is illustrated in Figure 1, which shows a
conventional DNA probe based sandwich assay (a) or
antibody based assay (b) using a latex bead (L).  In step
1, the probes/antibodies contact and bind the target
20     nucleic acid (N)/antigen (A).  In step 2, latex beads are
deposited on to a membrane filter (M) which allows
unbound labelled probe/antibody to pass through.  In step
3, a substrate (S) is added which is converted by the
detectable enzyme moiety (E) into a detectable product
25     (P).   Thus, the solid phase associated probe/antibody
contacts one portion of the target nucleic acid/antigen
while the other contacts a separate portion.  The solid

2

phase is subsequently separated from the solution phase. Where target nucleic acid/antigen molecules are contacted by both capture probe/antibody and labelled probe/antibody, the labelled probe/antibody becomes

5 indirectly attached to the solid phase. Thus, the detectable label associates with the solid phase in proportion to the amount of target nucleic acid/antigen.

The present invention provides improvements in DNA probe based assays. More particularly, the

10 invention provides concepts and methodology incorporating the combined use of two independent solid phases for effecting DNA probe based assays which are capable of improved sensitivity and/or reduced non-specific assay signal. In addition, the invention

15 provides novel chemical intermediates useful in the synthesis of cleavable nucleic acids to effect transfer of hybridised nucleic acids from one solid phase to another.

One limitation of the current technology is that few

20 detectable moieties can be attached to the labelled probe. This is particularly acute with short oligonucleotide probes which present very few attachment points for detectable moieties.

One aspect of the current invention is to introduce

25 a second solid phase to which detectable moieties and probes are coattached such that labelled probes are associated with multiple detectable

3

moieties via the second solid phase.

Assays according to this first aspect of the invention
are thus capable of providing improved sensitivity.

According to the invention, there is provided an assay
procedure for the detection of nucleic acid sequences in
which a labelled solid phase component (spc) carries a
member of a specific binding pair (sbp) capable of binding
a nucleic acid sequence of interest and a member of a
signal producing system (sps), and wherein a second spc
carries a sbp member capable of binding, simultaneously
with the sbp member carried by the labelled spc, to the
same nucleic acid sequence of interest whereby the
associated second spc facilitates separating the bound
labelled spc from unbound labelled spc and wherein at least
one of the sbp members is a nucleic acid probe cleavable
from its spc.

Another limitation of current technology is that the
usual solid phases employed are sources of non-specific
assay signal through attachment of labelled probes-
antibodies either directly or through binding to components
of the sample which attach to the solid phase.

In a preferred embodiment, the member of the spb
capable of binding the nucleic acid of interest carried by
either of the spc's is a nucleic acid probe. The nucleic
acid probe may incorporate novel chemical intermediates so
that the nucleic acids include cleavable phosphorus-sulphur

4

bonds.  The sbp may then be cleavable from the spc to which it is attached.  Chemical cleavage, as distinct for example from heat-cleavage, is particularly preferred.

The invention will be more particularly described all illustrated, with reference to the remaining figures of the accompanying drawings, wherein:

Fig. 2 shows examples of DNA probe-based assays according to the invention.

(a)  DNA probe based assay for sample nucleic acid (N) using two sizes of latex bead (L), for example a 1μm latex bead (1L) which can be retained by, for example, a 0.8μm membrane filter (M), and a 0.3μm latex bead (0.3L) to which DNA probes and enzymes (E) are coattached and which is not retained by a 0.8μm membrane filter.  The enzyme label generates a signal-producing product (P) from substrate (S).

(b)  DNA probe based assay using a membrane filter (M), for immobilisation of sample nucleic acid (N), and a 0.3μm latex bead (0.3L) for specific hybridisation and introduction of enzyme (E).

(c)  DNA probe based assay as in (a) using a magnetic (MB) bead, a 0.3μm latex bead (0.3L) labelled with enzyme (E) and a magnet (Mag) for attracting the magnetic beads.

Fig. 3 shows examples of DNA probe-based assays according to a preferred embodiment of the invention.

(a)  Pretreatment of sample with 0.3μm latex bead (0.3L[1]) to attract non-specifically binding components,

$\subset$.

followed by sandwich hybridisation of sample nucleic acids
(N) with 1µm latex capture bead (1L) and 0.3µm latex bead
5    (0.3L$^2$) with coattached DNA probe and enzyme (E).    The
pretreated 0.3µm beads (0.3L$^1$) and unhybridised labelled
beads   are   subsequently   removed   by   filtration   through
membrane (M).

(b)   Pretreatment of sample with 1µm latex bead (1L)
10    following by filtration of the sample through a 0.45µm

6.

filter membrane ($M^1$) and immobilisation of sample nucleic acids (N) onto a capture membrane ($M^2$). A 0.3μm bead (0.3L) with coattached DNA probe and enzyme is subsequently introduced for hybridisation to target

5      nucleic acids.

(c) Hybridisation of target nucleic acids to a first 1μm latex bead ($1L^1$) with a cleavable DNA probe. Subsequent cleavage (X) allows release of the hybrid for capture by a second 1μm capture bead ($1L^2$) and

10    hybridisation with a 0.3μm latex bead (0.3L) with coattached DNA probe and enzyme.

Fig. 4 shows HPLC analysis of crude DMT-d(TpTpTspTpT) (elution using a gradient (30 min) of 12 to 65% MeCN in 100 mM triethylammonium acetate pH 6.5).

15    Fig. 5 shows $^{31}P$ nmr spectrum of d(TpTpTspTpT) (5 mM oligodeoxynucleotide in $D_2O$).

Referring firstly to Fig. 2, in one embodiment (Figure 2a), two sizes of latex beads are employed, for example a 1.0μm capture bead and a 0.3μm labelled bead,

20    the latter comprising coattached probe and detectable enzyme moiety. Following contact of capture and labelled probes with the target nucleic acid, the mixture is passed through a 0.8μm filter on which the 1μm latex beads are trapped while the 0.3μm beads pass through.

25    0.3μm beads associated indirectly with the 1μm capture beads through cohybridisation to the target nucleic acid are thus trapped on the filter membrane and, through the

7.

detectable enzyme, give rise to a signal in proportion to the target nucleic acid.  Through the contribution of many enzyme molecules per bead (optimally over 1000), target nucleic acid is detected with a greater

5    sensitivity than previously available with enzyme attached directly to the probe.

In another embodiment of the invention (Figure 2b), target nucleic acid is immobilised onto the first (capture) solid phase and subsequently contacted with a

10   latex bead comprising coattached probe and detectable enzyme moiety.  Following a period of contact, excess beads are washed from the filter and the remaining beads detected through the detectable enzyme moiety giving rise to a signal in proportion to immobilised target nucleic

15   acid.

In a third embodiment of the invention (Figure 2c), a magnetic capture bead is employed together with a latex bead comprising coattached probe and detectable enzyme moiety.  Following contact of capture and labelled probes

20   with the target nucleic acid, the mixture is subjected to a strong magnetic field which allows retention of the magnetic beads and any latex beads associated through cohybridisation of sample nucleic acids to magnetic and latex beads.  Excess unassociated latex beads are

25   decanted/washed away from the magnetically bound beads which subsequently give rise to a signal in proportion to the target nucleic acids.

EXHIBIT E

8.

Referring next to Figure 3, in one embodiment (Figure 3a), two sizes of latex bead are used, and the sample is first contacted with, for example, 0.3μm beads which adsorb non-specifically binding components of the

5    sample.    In a subsequent step, 1μm capture beads are introduced to which sample nucleic acids bind specifically in conjunction with labelled probe. Finally, the mixture is passed through a 0.8μm filter on which 1μm capture beads are retained while 0.3μm beads

10    pass through, thus precluding non-specific assay signal from the membrane filter.

In a second embodiment (Figure 3b), a membrane is used as the capture solid phase (cf Figure 2b), the sample is first mixed with 1μm latex beads and then

15    passed through a 0.8μm filter thus eliminating non-specifically binding components from subsequent contact with the capture membrane and latex beads comprising coattached probe and enzyme.

In a third embodiment (Figure 3c), the sample is

20    first contacted with a capture latex bead to which target nucleic acids hybridise in association with nucleic acid probes.    Unbound sample components and probes are then washed from the solid phase by filtration or centrifugation.    In a subsequent step, the hybrid is

25    released from the capture bead by specific cleavage of the DNA probe associated with the capture bead.    This can be effected by synthesis of nucleic acid probes including

9.

phosphorus-sulphur bonds which can be cleaved by mild oxidative hydrolysis.

The following formulae show novel nucleotide intermediates useful for the synthesis of

5   oligonucleotides containing cleavable phosphorus-sulphur bonds.

10



(a)                    (b)                    (c)

15



(d)                         (e)

20

wherein:

B is one of the common heterocyclic bases of DNA or RNA or an analogue thereof.

X is a 5'-OH protecting group, preferably

25   dimethoxytrityl

A is an aryl protecting group

$R^1$ is an aliphatic protecting group, preferably

EXHIBIT E

*10*

cyanoethyl or methyl

R$^2$ is an alkyl group, preferably methyl, ethyl or propyl.

Structures (a) to (c) are particularly useful in the automated solid phase synthesis of oligodeoxynucleotides containing phosphorus-sulphur bonds, whilst (d) represents a corresponding ribonucleotide intermediate which is useful for incorporation into oligoribonucleotides. (e) represents an intermediate which is useful for enzymatic incorporation into oligodeoxyribonucleotides, particularly through reactions mediated by DNA polymerases at high temperatures (e.g. 60°C).

It will be apparent to those skilled in the art that combinations of solid phases other than those particularly described herein can be used to achieve either enhanced signal or reduced non-specific assay signal with either DNA probe based or antibody based assays.

The invention is more particularly illustrated by the following examples.

*11.*

## EXAMPLE 1

### (a)    Coattachment of Probe and Enzyme (Alkaline Phosphatase) to Beads

5          The 10mg of carboxylated 0.3 µm latex beads (Estapor, supplied by Rhone-Poulenc, UK) were added 1.5nmoles of 5' phosphorylated oligonucleotide of sequence 5' CCG TTC CTA CTA GAT CAG ACG ACT CCT AGT GCC GTC AGC AAA GGC TTC TA 3', 200µg of alkaline phosphatase

10        (calf intestinal, molecular biology grade, Boehringer Mannheim) and 5mg of EDC (ethyl-dimethylaminopropyl carbodiimide) in 200µl of 40mM MOPS (morpholine propan sulphonic acid) buffer at pH6.  The mixture was incubated overnight at 37°C.  The latex beads were then washed

15        through a series of centrifugations and resuspensions three times in 30% DMSO (dimethylsulphoxide) and three times in 4x SSC (four times concentrated SSC where SSC is 0.15M NaCl/0.015M sodium citrate).  Washed particles were finally resuspended in 60µl $H_2O$ and stored at 40°C.

20

### (b)  Hybridisation Detection of E. coli Ribosomal RNA

          To 10mg of carboxylated 0.8µm latex beads (Estapor) were added 1.5nmoles of 5' phosphorylated oligonucleotides of sequence 5' ATT CTC ATC TCT GAA AAC

25        TTC CGTG 3' and 5mg of EDC in 100µl 40mM MOPS, pH6.  The mixture was incubated overnight at 37°C and the particles washed as in (a) above.

EXHIBIT E

12.

For hybridisation experiments, RNA was extracted from the E. coli strain DH1 (ATCC 33849) as follows. A fresh overnight suspension was inoculated into 50ml L-Broth until exponential growth to $OD_{550}$ = 0.5 was achieved.    Cells were pelleted at 10000g/4°C for 5 minutes and resuspended in 3ml of 0.2M Tris pH9, 50mM NaCl 10mM EDTA and 0.5% SDS. The solution was immediately extracted twice with 3ml of phenol (pH7 in 10mM Tris, 1mM EDTA) and once with 2ml chloroform/isoamyl-alcohol 1:1. Finally, RNA was precipitated by addition of 0.3ml 2M sodium acetate pH5.2 and 2 volumes of ethanol (held at-70°C for 30 minutes prior to centrifugation).    Pellets were washed once in ice cold 70% ethanol, recentrifuged and resuspended in 3ml 50mM Tris, pH7.2, 6mM $MgSO_4$ and 0.1mM dithiothreitol, pH7.2.    50 units of DNase I (Worthington) was added and the solution was incubated at 37°C for 30 minutes.    Solutions were then phenol and chloroform extracted as above and RNA ethanol precipitated.    The final pellet was resuspended in 200µl water.

40µg of RNA (principally ribosomal RNA) was denatured in 50µl of water heated to 70°C for 10 minutes and placed on ice.  2.5mg of oligonucleotide conjugated 0.8µm particles and 2.5mg of oligonucleotide/alkaline phosphatase conjugated 0.3µm particles were mixed with the denatured RNA in 100µl of 4 x SSC/10% formamide and the mixture was incubated at 37°C for 2 hours.    Beads

*13.*

were washed 3 times in 4 x SSC and once in 1 x SSC. 2.5ml of a buffer comprising 0.5 mg bromo-chloro indoyl phosphate and 0.75mg nitro-blue tetrazolium in 0.1M Tris, pH9.5, 0.1M NaCl and 5mM $MgCl_2$ and colour allowed to
5   develop at room temperature.

The result was the development of a strong blue colour in tubes containing RNA but not with RNA omitted.


## EXAMPLE 2

10   Solid phase synthesis of oligonucleotides containing 3'-thiothymidine

This example details methodology for the solid phase synthesis of oligonucleotides including phosphorus-sulphur bonds through incorporation of a novel
15   thiophosphoramidite intermediate.

Polynucleotide analogues containing modified internucleotide linkages are receiving considerable attention as potential therapeutic agents (G.Zon, Pharmaceutical Res. 5, 539 (1988)) and tools for the
20   manipulation of DNA (F.Eckstein and G.Gish, TIBS (Trends in Biochemical Science), 14, 97 (1989)). The phosphorothioate (F.Eckstein et al supra, and F.Eckstein, Ann. Rev. Biochem. 54, 367, (1985)) and phosphorodithioate (W.K.-D.Brill et al, J. Am. Chem.
25   Soc., 111, 2321 (1989)) modifications are particularly attractive since they are isopolar and isosteric with the natural congener. Recently we reported the synthesis and

14

characterisation of 3'-thiothymidylyl(3'-5')thymidine
(R.Cosstick et al, J. Chem. Soc., Chem. Comm., 992
(1988); a dithymidine phosphate analogue in which a
sulphur atom replaces the 3'-oxygen atom in the
5    phosphodiester linkage.  It was noted that this compound
was resistant to hydrolysis by nuclease P1, but the
phosphorus-sulphur bond could be cleaved under mild
oxidative conditions.  This present Example describes the
preparation of a 5'-O-monomethoxytritylthymidine-3'-S-
10   thiophosphoramidite (an embodiment of compound (c)
above), and its application to the solid phase synthesis
of oligodeoxynucleotides containing 3'-thiothymidine.

The cleavage methodology may for example employ
silver nitrate, or alternatively oxidation with iodine
15   (R.Cosstick and J.S.Vyle, J. Chem. Soc., Chemical
Communications (1988) p992-3).   The intermediate
thiophosphites are most efficiently oxidised using
tetrabutylammonium periodate.

5'-O-monomethoxytrityl-3'-S-benzoyl-3'-thiothymidine
20   (1) was prepared (Cosstick et al, supra).  Treatment of
(1) (2.4mmol) in argon saturated ethanol (240 ml) at 5°C
with 10N sodium hydroxide (7 ml) gave complete
debenzoylation after 50 min (see the scheme below).
Silica gel column chromatography afforded 5'-O-
25   monomethoxytrityl-3'-thiothymidine (2) in excellent yield
(95%) and only minor quantities (3%) of the corresponding
disulphide.   Reaction of (2) with 2-cyanoethyl-N,N-

15.

diisopropylaminophosphomonochloridite (N.D.Sinha et al, Nucleic Acids Res., 12, 4539 (1984), or preferably J.Nielson et al, Ibid., 15, 3626 (1987)) was performed under standard conditions (L.J.McBride et al, Tetrahedron Lett., 24, 245 (1983)) to give the thiophosphoramidite (3) (FAB$^+$ mass spectrum 731 (M+H); $^{31}$P nmr (CDCl$_3$) δ 164.4 and 159.9) in a yield of 87%.



Scheme; (i) sodium hydroxide; (ii) 2-cyanoethyl-N,N-diisopropylaminophosphomonochloridite; (iii) 3'-O-acetylthymidine, 5-(p-nitrophenyl)tetrazole; (iv) oxidant; (v) t-butylamine, 80% aqueous acetic acid, conc. aqueous ammonia.

16.

It became apparent from initial experiments that the thiophosphoramidite was less reactive under standard coupling conditions than the corresponding 3'-O-phosphoramidite. For example, under conditions

5    previously established as giving quantitative conversion of the 3'-O-phosphoramidite to the 3',5'-dinucleoside phosphite (tetrazole, 4 equivalents; N,N-dimethylaminopyridine (DMAP) (R.T.Pon, Tetrahedron Lett., 28, 3643 (1987)), 0.8 equivalent; and 3'-O-

10    acetylthymidine, 1.1 equivalents, in acetonitrile at room temperature for 8 min) greater than 95% (estimated by $^{31}$P nmr) of (3) remained. Variations on this procedure gave different yields of the two symmetrical phosphites (7) and (8), but no resonances attributable to the two

15    diastereomers of the desired thiophosphite (4) were observed.

The use of a more acidic activating agent such as 5-(p-nitrophenyl)tetrazole (B.C.Froehler et al, Ibid., 24, 3171 (1983)) gave, in addition to the symmetrical

20    phosphites, $^{31}$P signals corresponding to the thiophosphite (4) and conditions were developed to maximise this product. Thus, a solution of 3'-O-acetylthymidine (0.12 mmol) in acetonitrile (1.6 ml) was added dropwise over 20 min to a stirred solution of (3)

25    (0.34 mmol) in the same solvent (0.9 ml) saturated with 5-(p-nitrophenyl)tetrazole. The symmetrical phosphites appear to result from side reactions that occur on

EXHIBIT E

17.

activation of the thiophosphoramidite. For example, treatment of (3) with 5-(p-nitrophenyl)tetrazole in the absence of 3'-O-acetylthymidine gave a significant yield of (2). This result is consistent with displacement of

5    the 3'-thionucleoside from the phosphorus centre by the activating agent and would account for formation of both (7) and (8). Formation of (8) would also result from the analogous reaction of the thiophosphite (4).

10



7                                                    8

15

In situ oxidation of (4) was performed by initially quenching the reaction with 2,6-lutidine (0.1 ml) followed by the addition of the oxidant either tetrabutylammonium (TBA) oxone (B.M.Tros et al, J. Org.

20    Chem., 53, 532 (1988)), 2 equivalents, or TBA periodate (J.-L.Fourrey et al, Tetrahedron Lett., 26, 1217 (1985)), 2 equivalents, in dichloromethane. The fully protected dimer (5) ((FAB[1]+ mass spectrum 930 (M+H) 952 (M+Na); $3^{1}$P nmr (CDCl$_3$) δ 26.0 and 26.4)) was isolated in yields of

25    56% (under less than optimum conditions) and 75% respectively based on 3'-O-acetylthymidine. Deprotection of (5) was performed under standard conditions (see the

18

legend to the Scheme above).

Solid phase synthesis of d(TpTpTspTpT) (the central thymidine residue is replaced by 3'-thiothymidine) was performed on controlled pore glass (T.Atkinson and

5    M.Smith in "Oligonucleotide Synthesis: a Practical Approach", M.J. Gait Ed., pp.35-81, IRL Press, Oxford (1984)) using a continual flow bench synthesizer (Omnifit manual bench synthesizer see B.S. Sproat and M.J. Gait, Ibid., pp. 83-115) according to the protocol outlined in

10   the Table.

Table.  Reaction cycle

| Reaction | Reagents | Time (min) |
|----------|----------|------------|
| Capping | 6.5% DMAP in THF/acetic anhydride/2,6-lutidine (75:15:10) | 3 |
| Wash | Acetonitrile (MeCN) | 2 |
| Wash | 1,2-Dichloroethane (DCE) | 1 |
| Deprotection | 5% Trichloracetic acid/DCE | 3 |
| Wash | DCE | 1 |
| Wash | MeCN | 4 |
| Couple | Stop flow | |
| Wash | MeCN | 1 |
| Oxidation | 1.0 mM TBA periodate in DCM/ MeCN/2,6-lutidine (5:5:2) | 3 |
| Wash | MeCN | 4 |

15

20

25

**EXHIBIT E**

19.

In a typical procedure for the introduction of the 3'-thiothymidine residue, (3) (70 µmol) was dissolved in acetonitrile (0.5 ml) saturated with 5-(p-nitrophenyl)tetrazole, and injected over a period of 8

5      minutes into the column containing the solid support (82 mg, capacity: 36 µmol/g). The coupling was then repeated on half this scale over a period of 4 min. The coupling efficiency was approximately 80%, as determined by monitoring the release of the trityl cations. Thymidine

10     residues were introduced as the 5'-DMT protected 3'-O-(2-cyanoethyl)-N,N-diisopropylaminophosphites using a standard activation procedure (Atkinson et al, supra): coupling solutions containing nucleoside phosphoramidite (40 µmol) and tetrazole (125 µmol) in acetonitrile (0.45

15     ml) were injected into the column over a period of 6 min. Phosphate deprotection and cleavage from the support was effected by treatment with concentrated ammonia solution overnight at 47°C. The crude DMT-protected pentamer was purified by reverse phase HPLC (Figure 4) and finally,

20     the dimethoxytrityl group was removed by a treatment with 80% aqueous acetic acid for 1 hour at room temperature. The $^{31}$P nmr spectrum of pure d(TpTpTspTpT) showed resonances at 16.84 and -1.25 ppm attributable to the 3'-S-phosphorothioate and phosphate groups respectively

25     (Figure 5). Digestion with nuclease P1 in the presence of alkaline phosphatase gave thymidine and 3'-thiothymidine in the expected ratio of 4:1, (during the

EXHIBIT E

20.

long incubation that is necessary to effect complete hydrolysis to the constituent nucleosides the 3'-thiothymidine is partially oxidised to the corresponding disulphide). It is interesting to note that under the

5    same digestion conditions (6) is almost completely resistant to hydrolysis. Treatment of d(TpTpTspTpT) with aqueous silver nitrate (30mM) at room temperature for 1 hour, gave clean and quantitative cleavage of the phosphorus-sulphur bond to yield d(pTpT) and the silver

10   salt of the corresponding thiol.

There was also prepared a self-complementary dodecamer d(GACGATsATCGTC) containing the recognition sequence (underlined) for the restriction endonuclease EcoRV, in which a 3'-thiothymidine residue is placed at

15   the cleavage site. Using the restriction enzyme under conditions which gave complete hydrolysis of the natural dodecamer within 5 minutes, there was no observable cleavage of the modified dodecamer in 24 hours.

These results demonstrate that oligodeoxynucleotides

20   containing a 3'-thiothymidine residue can be prepared from 5'-O-monomethoxytritylthymidine-3'-S-thiophosphoramidites using chemistry that is compatible with automated solid phase synthesis. The ease with which the modified linkage is cleaved in the presence of

25   silver ions suggests that these analogues may be of considerable interest in the nicking and manipulation of DNA.

21.

**CLAIMS:**

1.    An assay procedure for the detection of nucleic acid
sequences in which a labelled solid phase component (spc)
carries a member of a specific binding pair (sbp) capable
of binding a nucleic acid sequence of interest and a member
of a signal producing system (sps), and wherein a second
spc carries a sbp member capable of binding, simultaneously
with the sbp member carried by the labelled spc, to the
same  nucleic  acid  sequence  of  interest  whereby  the
associated  second  spc  facilitates  separating  the  bound
labelled spc from unbound labelled spc and wherein at least
one of the sbp members is a nucleic acid probe cleavable
from its spc.

2.    An assay procedure according to claim 1 wherein the
second spc is larger than the labelled spc.

3.    An assay procedure according to claim 1 or 2 wherein
the second spc is magnetic.

4.    An  assay  procedure  according  to  any  one  of  the
preceding claims wherein said second spc is cleavable from
its sbp member.

5.    An assay procedure according to claim 4 wherein after
removal of unbound labelled spc, the second spc is cleaved
from the nucleic acid of interest, which is then captured
by a further spc prior to detection by the sps.

6.    An  assay  procedure  according  to  anyone  of  the
preceding claims wherein the sample containing the nucleic
acid of interest is pre-treated with a spc to remove non-

**EXHIBIT E**

22.

specific binding elements associated with the nucleic acid.

7.   An assay procedure according to claim 6 wherein the pre-treatment spc is subsequently removed along with unbound labelled spc.

5   8.   An assay according to any one of the preceding claims wherein the nucleic acid probe is an RNA or DNA analogue having a phosphodiester bridge including a cleavable phosphorus-sulphur band.

9.   An assay according to claim 8 wherein the phosphorus-
10   sulphur bond is chemically cleavable.

10.   An assay according to claim 8 or 9 wherein the nucleic acid probe includes a unit of the formula



15

wherein: B is one of the common heterocyclic bases of DNA or RNA, or an analogue thereof;

X   is   a   5'-OH   protecting   group,   preferably
20   dimethoxytrityl;

Y is one or more atoms linked to the phosphorus atom, preferably including oxygen, hydrogen and nitrogen, and capable of forming an ester linkage with a nucleotide 5'-hydroxy group;

25   Z is hydrogen or OR, where R is hydrogen or a 2'-OH protecting group.

11.   An assay according to claim 10 wherein -P-Y is selected from:

$$AO-\overset{|}{\underset{\overset{||}{O}}{P}}-O-\quad \text{and}\quad R_2^2N-\overset{|}{P}-OR^{I}$$

**EXHIBIT E**

23.

wherein:

A is a protecting group, preferably an aryl protecting group;

$R^1$ is an aliphatic protecting group, preferably cyanoethyl or methyl; and

$R^2$ is an alkyl group, preferably methyl, ethyl or propyl.

12. An assay according to any of claims 8 to 11 wherein the nucleic acid probe is subsequently released from the spc by cleavage of said phosphorus-sulphur bond.

13. An assay according to any one of the preceding claims wherein a preliminary step is included in which an sbp carrying a spb containing said cleavable nucleic acid probe is added to a sample containing said nucleic acid of interest, and after binding said nucleic acid of interest, and removal of other components in the sample, the probe is cleaved to release the nucleic acid for detection by the first and second spc's.

—————————————

**EXHIBIT E**