BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.    C07 02845 WHA<br><br>**DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OPPOSITION TO SOLEXA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**<br><br>Date:    August 21, 2008<br>Time:    8:00 a.m.<br>Place:    Courtroom 9, 19th Floor<br>Judge:    William H. Alsup |

1    I, Eric C. Pai, declare:

2        1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record

3    for Plaintiff Applera Corporation – Applied Biosystems Group ("AB").  I am an attorney duly

4    licensed to practice law in the courts of the State of California and am a member of the Bar of this

5    Court.  I make this declaration in support of AB's Opposition to Solexa's Motion for Partial

6    Summary Judgment of Infringement.

7        2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the

8    transcript of the deposition of Stephen C. Macevicz, taken on May 8, 2008.

9        3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the

10   transcript of the deposition of Keith C. Backman, Ph.D., taken on June 27, 2008.

11       4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the

12   transcript of the deposition of Gerald J. Siuta, Ph.D., taken on June 10, 2008.

13       5.      Attached hereto as Exhibit 4 is a true and correct copy of a letter of employment to

14   Stephen C. Macevicz from AB, dated March 17, 1992, and marked as Plaintiff Deposition

15   Exhibit 22.

16       6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the

17   transcript of Stephen C. Macevicz, taken on November 28, 2007.

18       7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the

19   transcript of Michael Hunkapiller, Ph.D., taken on February 21, 2008.

20       8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the

21   transcript of Frank L. Oaks, Ph.D., taken on July 22, 2008.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1        9.     Attached hereto as Exhibit 8 is a true and correct copy of a document entitled

2   "Stephen C. Macevicz Release" dated December 17, 2007, produced by Illumina with Bates

3   numbers ILL044592-95, and marked as Plaintiff Deposition Exhibit 126.

4        I declare under penalty of perjury under the laws of the United States that the foregoing is

5   true and correct and that this declaration was executed on July 31, 2008, in Palo Alto, California.

6

7                                                   /s/ Eric C. Pai
                                                Eric C. Pai

8

9   I, Steven E. Comer, am the ECF User whose ID and password are being used to file this
DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED

10  BIOSYSTEMS GROUP'S OPPOSITION TO SOLEXA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT OF INFRINGEMENT.  In compliance with General Order 45, X.B., I

11  hereby attest that Eric C. Pai has concurred in this filing.

12

13  Dated:     July 31, 2008                       /s/ Steven E. Comer

14                                                 Steven E. Comer

15

16

17

18

19

20

21

22

23

24

25

26

27

28