Page 185

```
 1                UNITED STATES DISTRICT COURT
 2                   SAN FRANCISCO DIVISION
 3
 4   APPLERA CORPORATION-APPLIED
     BIOSYSTEMS GROUP, a Delaware
 5   corporation,
 6              Plaintiffs,
 7        vs.                              No. C07 02845 WHA
 8   ILLUMINA, INC., a Delaware
     corporation; SOLEXA, INC.,
 9   a Delaware corporation;
     STEPHEN C. MACEVICZ,
10
                Defendants,
11   _____/
12
13
14              Videotaped Deposition of
15               STEPHEN MACEVICZ, Ph.D.
16                    May 8, 2008
17
18   Volume II
     Pages 185-301
19   Reported by:
     SHARON LANCASTER
20   CSR No. 5468
21
22              SHARI MOSS & ASSOCIATES
               Certified Shorthand Reporters
23               877 Cowan Road, Suite A
             Burlingame, California 94010-1204
24                    (415) 402-0004
                      (650) 692-8900
25               FAX: (650) 692-8909
```

1   right now.  If you draw a formula or show me a
2   formula, I could probably tell you whether I
3   recognize it or not.
4        Q.  Take a look at your '341 patent --
5        A.  Okay.
6        Q.  -- at the bottom of column 9.
7        A.  Okay, I see.
8        Q.  Do you see where it refers to a
9   "phosphorothioate" --
10       A.  Yes.
11       Q.  -- without the "L"?
12       A.  Yeah.
13       Q.  Is there a difference between a
14  phosphorothioate and a phosphorthiolate?
15       A.  I don't know.  But I can recognize
16  "phosphorothioate."
17       Q.  Did you know about using phosphorothioates
18  for a cleavable bond?
19       A.  No.  I believe it says in that sentence, if
20  you look at -- it's referring to "exonuclease
21  resistant linkages," and it gives that one as an
22  example.  So that would be the opposite of a
23  cleavable bond.
24       Q.  So as far as you know, this does not
25  describe using phosphorothioate cleavable bond;

```
 1   right?
 2        A.   I would say so, yes.
 3        Q.   Is that a yes, it does describe it or yes,
 4   it doesn't?
 5        A.   No.  I think the reference to
 6   phosphorothioate is an example of a exonuclease
 7   resistant linkage.
 8        Q.   That is not cleavable; right?
 9        A.   Right.  So an exonuclease is a compound that
10   cleaves a bond.  And so a phosphorothioate prevents
11   the exonuclease from doing its job.
12        Q.   Your invention requires regenerating the
13   three-primed end of the probe to make it available
14   for subsequent ligations; right?
15        A.   Well, those are the embodiments that I
16   disclose, yes.
17        Q.   Is that something that you knew from
18   somebody else's work, or did you come up with a way
19   of regenerating the three-prime end of the probe?
20             MR. LABBE:  Objection.  Form.
21             THE WITNESS:  As far as I know, I'm the one
22   that thought of doing it that particular way.
23   BY MR. COMER:
24        Q.   What is your "particular way"?
25        A.   Well, there are many listed in the patent
```

```
 1                CERTIFICATE OF REPORTER
 2
 3
 4         I, SHARON LANCASTER, do hereby certify that
 5  the witness in the foregoing deposition was present
 6  and by me sworn as a witness in the above-entitled
 7  action at the time and place therein specified;
 8         That said deposition was taken before me, a
 9  Certified Shorthand Reporter of the State of
10  California, and was thereafter transcribed into
11  typewriting, and that the foregoing transcript
12  constitutes a full, true and correct record of said
13  deposition and of the proceedings which took place;
14         That I am a disinterested person in the said
15  action.
16         IN WITNESS WHEREOF, I have hereunto set my
17  hand this_____May 17_____, 2008.
18
19
20
21         _____[signature]_____
22         SHARON LANCASTER, CSR No. 5468
23
24
25
```