```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION
 3
 4    --------------------------- x
      APPLERA CORPORATION -
 5    APPLIED BIOSYSTEMS GROUP,
      a Delaware corporation,
 6              Plaintiff,
 7    v.                                    Case Number
                                             C07 02845 WHA
 8    ILLUMINA, INC, a Delaware
       corporation, SOLEXA, INC.,
 9     a Delaware corporation,
      and STEPHEN C. MACEVICZ,
10    an individual,
11              Defendants.
      --------------------------- x
12
13        DEPOSITION OF KEITH C. BACKMAN, Ph.D., a
14      witness called by and on behalf of the
15      Plaintiff, taken pursuant to the applicable
16      provisions of the Federal Rules of Civil
17      Procedure, before Dana Welch, CSR, Registered
18      Professional Reporter, Certified Realtime
19      Reporter, and Notary Public, in and for the
20      Commonwealth of Massachusetts, at Regus
21      Center, 60 State Street, Suite 700, Boston,
22      Massachusetts, on June 27, 2008, commencing at
23      8:51 a.m.
24
25
```

1   BY MR. COMER:
2       Q.   That's what's taught in the Macevicz
3   patent, isn't it?
4            MR. IZRAELEWICZ:  Objection.
5            THE WITNESS:  The way -- the way that the
6       chemically scissile internucleosidic linkage
7       is cleaved in its use in a particular process
8       is not -- is not relevant to the claim, as it
9       is a structure of matter.
10           Now, yes, in a process over here, you have
11      this -- you have this claimed composition of
12      matter, and in this process, it's cleaved by a
13      particular method, say for example, acidic
14      conditions.  But all's that's required by the
15      composition of matter claim is that there be a
16      chemically scissile internucleosidic linkage.
17           And if you use it in any other process, it
18      doesn't matter if you cleave the
19      internucleosidic linkage chemically in that
20      process, or it inherently can be, then I
21      believe that the requirements of the claim
22      have been met.
23  BY MR. COMER:
24      Q.   The claim language doesn't say chemically
25  scissile internucleosidic linkage, does it?

1    A.   No.  But the claim has to be read in light
2    of the specification where the function of the
3    phosphoramidate linkage is to be a chemically
4    scissile internucleosidic linkage.
5    Q.   And I'm just asking, have you compared the
6    one that is -- that is literally claimed, the N-H
7    bond is taught by Macevicz to be cleaved with TFA,
8    right?
9         MR. IZRAELEWICZ:  Objection.  Asked and
10        answered.
11        THE WITNESS:  In using that composition of
12        matter in a process, he uses, as I said before
13        already, acidic conditions, .8 percent TFA, to
14        effect cleavage.  But that's not relevant to
15        what's being claimed in '119.  And we got a
16        fruit cart here and you keep showing me the
17        apple and asking me about the orange.
18   BY MR. COMER:
19   Q.   The phosphorothiolate bond in SOLiD is
20   cleaved with silver nitrate, right?
21   A.   In the -- in the operation of the SOLiD
22   system, when cleavage occurs, it is my
23   understanding from observation of the run and the
24   materials produced by ABI, that silver nitrate is
25   the cleavage reagent effecting cleavage of the

1   described?

2   　　A.   Well, it's a logical -- I mean, nobody

3   writing a scientific paper puts something out there

4   and says preferably you do it this way.  I just

5   said this is what we did.

6   　　Q.   The function of the binding region is to

7   provide a known -- is to provide a starting point

8   for extension of the initializing oligonucleotide

9   along the target polynucleotide, correct?

10  　　A.   Is there someplace you'd like to draw my

11  attention to?

12  　　Q.   Sure.  142.

13  　　A.   Okay.  And can I have the question back

14  again?  I'm sorry.

15  　　Q.   Yeah.  The function of the binding region

16  is to provide a starting point for extension of the

17  initializing oligonucleotide along the target

18  polynucleotide, correct?

19  　　A.   Yes.  That's my opinion in my report.

20  　　Q.   So when sequencing an unknown target, does

21  the -- does having a binding region of known

22  sequence provide any advantages?

23  　　　　　MR. IZRAELEWICZ:  Objection.  Vague and

24  　　ambiguous.

25  　　　　　THE WITNESS:  I'm not sure what you're

180

```
 1                    CERTIFICATE
 2   Commonwealth of Massachusetts
 3   Suffolk, ss.
 4
 5        I, Dana Welch, Registered Professional
 6   Reporter, Certified Realtime Reporter and Notary
 7   Public in and for the Commonwealth of
 8   Massachusetts, do hereby certify that KEITH C.
 9   BACKMAN, Ph.D., the witness whose deposition is
10   hereinbefore set forth, was duly sworn by me and
11   that such deposition is a true record of the
12   testimony given by the witness.
13        I further certify that I am neither related
14   to nor employed by any of the parties in or counsel
15   to this action, nor am I financially interested in
16   the outcome of this action.
17        In witness whereof, I have hereunto set my
18   hand and seal this 30th day of June, 2007.
19
20                           _____
21                           Dana Welch
                             Notary Public
22                           My commission expires:
                             October 22, 2010
23
24
25
```

**EXHIBIT 2**