Case 3:07-cv-02845-WHA   Document 219-7   Filed 07/31/2008   Page 1 of 4

Michael Hunkapiller, Ph.D., February 21, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

APPLERA CORPORATION--APPLIED
BIOSYSTEMS GROUP, A DELAWARE
CORPORATION,

    PLAINTIFF,

  vs.                                No. 07-CV-02845

ILLUMINA, INC., A DELAWARE
CORPORATION; SOLEXA INC., A
DELAWARE CORPORATION; AND
STEPHEN C. MACEVICZ, AN
INDIVIDUAL,

    DEFENDANTS.
_____

VIDEOTAPED DEPOSITION OF

MICHAEL HUNKAPILLER, PH.D.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Thursday, February 21, 2008

Reported By:
KATHLEEN WILKINS, CSR #10068, RPR, CRR

Michael Hunkapiller, Ph.D., February 21, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 100

| | | |
|---|---|---|
| 1 | while, so he was gone.  And during that period of a | 12:14:30 |
| 2 | year or so, he worked for us only part time as an | 12:14:33 |
| 3 | outside consultant.  And -- but he didn't have any | 12:14:37 |
| 4 | management responsibilities.  And Steve worked then | 12:14:42 |
| 5 | more closely with me during that time. | 12:14:47 |
| 6 |     Q.   While Steve -- go ahead. | 12:14:50 |
| 7 |     A.   At that point, he was the senior patent | 12:14:53 |
| 8 | attorney for the company -- well, he worked for AB, | 12:14:55 |
| 9 | maybe not the company. | 12:14:57 |
| 10 |     Q.   So after Joe Smith, Stephen Macevicz was | 12:14:59 |
| 11 | the senior patent attorney for AB? | 12:15:01 |
| 12 |     A.   Yes. | 12:15:06 |
| 13 |     Q.   And while he was working at AB, did you | 12:15:06 |
| 14 | ever talk about science with Stephen Macevicz? | 12:15:08 |
| 15 |     A.   Talk about science?  Well, in the context | 12:15:15 |
| 16 | of IP issues that we would have been working on | 12:15:18 |
| 17 | together?  I don't know that I had any deep | 12:15:25 |
| 18 | philosophical discussions with him about science. | 12:15:32 |
| 19 |     Q.   Well, did Stephen Macevicz ever tell you | 12:15:35 |
| 20 | that he had any of his own ideas regarding DNA | 12:15:37 |
| 21 | sequencing while he was at AB? | 12:15:41 |
| 22 |     A.   No, not that I can recall, anyway. | 12:15:45 |
| 23 |     Q.   Did you know that -- | 12:15:55 |
| 24 |     A.   He had his own ideas related to specific | 12:15:56 |
| 25 | patents that we worked on, but only in the context | 12:15:59 |

Michael Hunkapiller, Ph.D., February 21, 2008
APPLERA CORPORATION-- v. ILLUMINA, INC., et al.

Page 101

1  of that within AB's work.  I don't recall him saying          12:16:02
2  I've got this proposal for DNA sequencing that I'm            12:16:09
3  working on.                                                   12:16:12
4      Q.  So you didn't know whether he was                     12:16:14
5  developing any of his own inventions while he was at          12:16:16
6  AB?                                                           12:16:20
7      A.  Well, any of his own inventions within                12:16:25
8  AB's broad business wouldn't have been his; they              12:16:28
9  would have been -- he may have been the inventor,             12:16:34
10 but they would have been owned by AB.  I don't                12:16:37
11 recall him ever saying he wanted to file patents on           12:16:39
12 something.                                                    12:16:42
13     Q.  When you refer to, you know, inventions               12:17:30
14 that would have fallen within AB's broad business,            12:17:36
15 what business are you referring to?                           12:17:41
16     A.  Well, it was -- it was -- A, it was                   12:17:42
17 covered by a -- an invention agreement with                   12:17:45
18 employees between, first, AB and then Perkin Elmer            12:17:49
19 at that time.                                                 12:17:54
20         But, again, our business was providing                12:17:56
21 tools for life science research and related                   12:17:59
22 applications.  And that encompassed a very broad set          12:18:02
23 of tools.  It was to be the world's leading supplier          12:18:07
24 of those.  So it was anything that would fall under           12:18:11
25 that scope.                                                   12:18:17

CONFIDENTIAL - ATTORNEYS' EYES ONLY
(800) 939-0080           WWW.KRAMM.COM           (619) 239-0080

**EXHIBIT 6**

d1395eb7-7861-45c0-bcbd-d1df3bad19ae

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

1           CERTIFICATE OF REPORTER

2

3           I, KATHLEEN A. WILKINS, RPR, CRR,

4    Certified Shorthand Reporter, hereby certify that

5    the witness in the foregoing deposition was by me

6    duly sworn to tell the truth, the whole truth and

7    nothing but the truth in the within-entitled cause;

8    that said deposition was taken down in shorthand by

9    me, a disinterested person, at the time and place

10   therein stated, and that the testimony of the said

11   witness was thereafter reduced to typewriting, by

12   computer, under my direction and supervision.

13           I further certify that I am not of counsel

14   or attorney for either or any of the parties to the

15   said deposition, nor in any way interested in the

16   event of this cause, and that I am not related to

17   any of the parties thereto.

18

19           DATED: _____February 25,_____, 2008

20

21           _____

22           KATHLEEN WILKINS, CRR, RPR, CSR 10068

23

24

25

128

(800) 939-0080          WWW.KRAMM.COM          (619) 239-0080
**EXHIBIT 6**