1  Nancy J. Geenen, Bar No. 135968
   Kimberly K. Dodd, Bar No. 235109
2  Foley & Lardner LLP
   One Maritime Plaza, 6th Floor
3  San Francisco, CA 94111
   Telephone: 415-434-4484
4  Facsimile: 415-434-4507

5
   E-Mail: ngeenen@foley.com
6  E-Mail: kdodd@foley.com

7  Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,
8  and STEPHEN C. MACEVICZ.

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION

12
   APPLERA CORPORATION --APPLIED         )  Case No. 07-CV-02845 WHA
13 BIOSYSTEMS GROUP, a Delaware corpora- )
   tion,                                 )  Proof of Service
14                                       )
              Plaintiff/Counterdefendant,)
15                                       )  Honorable William H. Alsup
         v.                              )
                                         )
16                                       )
   ILLUMINA, INC., a Delaware corporation,)
17 SOLEXA, INC., a Delaware corporation, and)
   STEPHEN C. MACEVICZ, an individual,   )
18                                       )
              Defendants/Counterclaimants.)
19 _____)

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE
CASE NO. 07-CV-02845 WHA

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my current business address is **One Maritime Plaza, 6th Floor, San Francisco, CA 94111.**

On August 7, 2008, I served the following document(s) described as:

**EXHIBITS 2, 5, 6, 7, 8, 9 and 10 TO SOLEXA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT (Manually Filed)**

__X__   by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

__X__   BY MAIL
  __X__   I placed such envelope with postage thereon fully prepaid to be placed in the United States mail, at San Francisco, California.

  __X__   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California.

Bryan Wilson             bwilson@mofo.com
Dara Tabesh              dtabesh@mofo.com
Eric C. Pai              epai@mofo.com
Morrison & Foerster LLP
755 Page Mill Rd
Palo Alto, CA 94304-1018

__X__   BY ELECTRONIC MAIL. I sent such document(s) by Electronic Mail.

__X__   Executed on August 7, 2008, at San Francisco, California.

__X__   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Rocio Barcena