1  KEVIN M. FLOWERS (admitted *pro hac vice*)
   THOMAS I. ROSS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   JOHN R. LABBE (admitted *pro hac vice*)
3  CULLEN N. PENDLETON (admitted *pro hac vice*)
4  MARK H. IZRAELEWICZ (admitted *pro hac vice*)
   MARSHALL, GERSTEIN & BORUN LLP
5  6300 Sears Tower
   233 South Wacker Drive
6  Chicago, Illinois 60606-6357
7  (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
8  E-Mail: kflowers@marshallip.com
   E-Mail: tross@marshallip.com
9  E-Mail: jdean@marshallip.com
   E-Mail: jlabbe@marshallip.com
10
   E-Mail: cpendleton@marshallip.com
11 E-Mail: mizraelewicz@marshallip.com

12 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,
13 and STEPHEN C. MACEVICZ

14
15                    **UNITED STATES DISTRICT COURT**
16                    **NORTHERN DISTRICT OF CALIFORNIA**
17                          **SAN FRANCISCO DIVISION**

18
19 APPLERA CORPORATION—APPLIED            ) Case No. 07-CV-02845 WHA
   BIOSYSTEMS GROUP, a Delaware corpora-  )
20 tion,                                  ) District Judge William H. Alsup
                                          )
21 Plaintiff/Counterdefendant,            ) **DECLARATION OF CULLEN N.**
                                          ) **PENDLETON IN SUPPORT OF**
22 - vs. -                                ) **SOLEXA'S REPLY IN SUPPORT OF ITS**
                                          ) **MOTION FOR PARTIAL SUMMARY**
23 ILLUMINA, INC., a Delaware corporation,) **JUDGMENT OF INFRINGEMENT**
   SOLEXA, INC., a Delaware corporation, and)
24 STEPHEN C. MACEVICZ, an individual,    )
                                          )
25 Defendants/Counterclaimants.           ) Date:  August 21, 2008
                                          ) Time:  8:00 a.m.
26                                        ) Place: Courtroom 9, 19th Floor
                                          )
27                                        )
28

**DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S REPLY IN SUPPORT OF
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT; CASE NO: 07-CV-02845 WHA**

1. I, Cullen N. Pendleton, declare:

2. 1. I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted pro hac vice to practice before this Court in this case.

3. 2. I make this declaration in support of Solexa's Reply in Support of its Motion for Partial Summary Judgment of Infringement.

4. 3. The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

5. 4. Exhibit 1 hereto is a true and correct copy of U.S. Pat. No. 2,043,960.

6. 5. Exhibit 2 hereto is a true and correct copy of selected pages from the transcript of the deposition of Gina Costa, 30(b)(6) designee for Applera Corporation – Applied Biosystems Group, taken on May 20, 2008

7. 6. Exhibit 3 hereto is a true and correct copy of selected pages from the transcript of the deposition of Keith C. Backman, Ph.D., taken on June 27, 2008.

8. 7. Exhibit 4 hereto is a true and correct copy of selected pages from the transcript of the deposition of John Quackenbush, Ph.D., taken on July 1, 2008.

9. 8. Exhibit 5 hereto is a true and correct copy of a document produced by AB during discovery in this case bearing Bates Nos. AB00144354-433.

10. 9. Exhibit 6 hereto is a true and correct copy of a document produced by AB during discovery in this case bearing Bates Nos. AB00147319-20.

11. 10. Exhibit 7 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates Nos. AB00136587 and AB00136589.

12. 11. Exhibit 8 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates Nos. AB00276286-91.

13. 12. Exhibit 9 hereto is a true and correct copy of pages produced by AB during discovery in this case bearing Bates No. AB00276276-79.

14. 13. Exhibit 10 hereto is a true and correct copy of selected pages from the transcript of the deposition of Alan J. Cox, Ph.D., taken on June 24, 2008.

**DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT; CASE NO: 07-CV-02845 WHA**

-1-

14. Exhibit 11 hereto is a true and correct copy of selected pages from the transcript of the deposition of Gerald Siuta, Ph.D., taken on June 10, 2008.

15. Exhibit 12 hereto is a true and correct copy of an Amendment in Appl'n Ser. No. 08/872,446, dated November 3, 1998.

16. Exhibit 13 hereto is a true and correct copy of the Notice of Allowability in Appl'n Ser. No. 08/872,446, dated January 22, 1999.

17. Exhibit 14 hereto is a true and correct copy of selected pages from Applera Corporation – Applied Biosystems Group's Final Invalidity Contentions.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 7, 2008

*/s/ Cullen Pendleton*
Cullen N. Pendleton

**DECLARATION OF CULLEN N. PENDLETON IN SUPPORT OF SOLEXA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT; CASE NO: 07-CV-02845 WHA**

-2-