# Exhibit 5

| | |
|---|---|
| 1 | KEVIN M. FLOWERS (admitted *pro hac vice*) |
| 2 | THOMAS I. ROSS (admitted *pro hac vice*) |
|   | JEFFREY H. DEAN (admitted *pro hac vice*) |
| 3 | JOHN R. LABBE (admitted *pro hac vice*) |
|   | CULLEN N. PENDLETON (admitted *pro hac vice*) |
| 4 | MARK H. IZRAELEWICZ (admitted *pro hac vice*) |
| 5 | MARSHALL, GERSTEIN & BORUN LLP |
|   | 6300 Sears Tower |
| 6 | 233 South Wacker Drive |
|   | Chicago, Illinois 60606-6357 |
| 7 | (312) 474-6300 (telephone) |
| 8 | (312) 474-0448 (facsimile) |
|   | E-Mail: kflowers@marshallip.com |
| 9 | E-Mail: tross@marshallip.com |
| 10 | E-Mail: jdean@marshallip.com |
|   | E-Mail: jlabbe@marshallip.com |
| 11 | E-Mail: cpendleton@marshallip.com |
| 12 | E-Mail: mizraelewicz@marshallip.com |
| 13 | Counsel for Defendants |
|   | ILLUMINA, INC., SOLEXA, INC., |
| 14 | and STEPHEN C. MACEVICZ |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | ) ) ) ) | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup |
| Plaintiff/Counterdefendant, | ) ) | **EXHIBIT 5 TO SOLEXA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT** |
| - vs. - | ) ) ) | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | ) ) ) ) ) | Date: August 21, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor |
| Defendants/Counterclaimants. | ) | |

**CONDITIONALLY FILED UNDER SEAL
SUBJECT TO MOTION TO FILE UNDER SEAL**

EXHIBIT 5 TO SOLEXA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT; **Case No: 07-cv-02845 WHA**