# Exhibit 6

Case 3:07-cv-02845-WHA    Document 222-7    Filed 08/07/2008    Page 1 of 2

1  KEVIN M. FLOWERS (admitted *pro hac vice*)
2  THOMAS I. ROSS (admitted *pro hac vice*)
   JEFFREY H. DEAN (admitted *pro hac vice*)
3  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
4  MARK H. IZRAELEWICZ (admitted *pro hac vice*)
5  MARSHALL, GERSTEIN & BORUN LLP
   6300 Sears Tower
6  233 South Wacker Drive
   Chicago, Illinois 60606-6357
7  (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
8  E-Mail: kflowers@marshallip.com
9  E-Mail: tross@marshallip.com
   E-Mail: jdean@marshallip.com
10 E-Mail: jlabbe@marshallip.com
   E-Mail: cpendleton@marshallip.com
11 E-Mail: mizraelewicz@marshallip.com
12
13 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,
14 and STEPHEN C. MACEVICZ

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

                **SAN FRANCISCO DIVISION**
17
   APPLERA CORPORATION—APPLIED      )  Case No. 07-CV-02845 WHA
18 BIOSYSTEMS GROUP, a Delaware      )
   corporation,                     )  District Judge William H. Alsup
19                                   )
20         Plaintiff/Counterdefendant, )  **EXHIBIT 6 TO SOLEXA'S REPLY IN**
                                      )  **SUPPORT OF ITS MOTION FOR**
21      - vs. -                       )  **PARTIAL SUMMARY JUDGMENT**
                                      )  **OF INFRINGEMENT**
22                                   )
23 ILLUMINA, INC., a Delaware corporation, )
   SOLEXA, INC., a Delaware corporation,   )  Date:   August 21, 2008
24 and STEPHEN C. MACEVICZ, an             )  Time:   8:00 a.m.
   individual,                            )  Place:  Courtroom 9, 19th Floor
25                                   )
26         Defendants/Counterclaimants. )

27
                **CONDITIONALLY FILED UNDER SEAL**
28              **SUBJECT TO MOTION TO FILE UNDER SEAL**

   EXHIBIT 6 TO SOLEXA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUM-
   MARY JUDGMENT OF INFRINGEMENT; **Case No: 07-cv-02845 WHA**