# Exhibit 7

1  KEVIN M. FLOWERS (admitted *pro hac vice*)

2  THOMAS I. ROSS (admitted *pro hac vice*)
   JEFFREY H. DEAN (admitted *pro hac vice*)

3  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)

4  MARK H. IZRAELEWICZ (admitted *pro hac vice*)

5  MARSHALL, GERSTEIN & BORUN LLP
   6300 Sears Tower

6  233 South Wacker Drive
   Chicago, Illinois 60606-6357

7  (312) 474-6300 (telephone)

8  (312) 474-0448 (facsimile)
   E-Mail: kflowers@marshallip.com

9  E-Mail: tross@marshallip.com
   E-Mail: jdean@marshallip.com

10 E-Mail: jlabbe@marshallip.com

11 E-Mail: cpendleton@marshallip.com
   E-Mail: mizraelewicz@marshallip.com

12

13 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,

14 and STEPHEN C. MACEVICZ

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

                          **SAN FRANCISCO DIVISION**
17
   APPLERA CORPORATION—APPLIED      )   Case No. 07-CV-02845 WHA
18 BIOSYSTEMS GROUP, a Delaware     )
   corporation,                     )   District Judge William H. Alsup
19                                  )
20              Plaintiff/Counterdefendant,  )   **EXHIBIT 7 TO SOLEXA'S REPLY IN**
                                    )   **SUPPORT OF ITS MOTION FOR**
21     - vs. -                      )   **PARTIAL SUMMARY JUDGMENT**
                                    )   **OF INFRINGEMENT**
22                                  )
23 ILLUMINA, INC., a Delaware corporation, )
   SOLEXA, INC., a Delaware corporation, )   Date:   August 21, 2008
24 and STEPHEN C. MACEVICZ, an      )   Time:   8:00 a.m.
   individual,                      )   Place:  Courtroom 9, 19th Floor
25                                  )
26              Defendants/Counterclaimants. )

27  ─────────────────────────────────

                    **CONDITIONALLY FILED UNDER SEAL**
28                  **SUBJECT TO MOTION TO FILE UNDER SEAL**

   EXHIBIT 7 TO SOLEXA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUM-
   MARY JUDGMENT OF INFRINGEMENT; **Case No: 07-cv-02845 WHA**