# Exhibit 8

1  KEVIN M. FLOWERS (admitted *pro hac vice*)
   THOMAS I. ROSS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
3  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
4  MARK H. IZRAELEWICZ (admitted *pro hac vice*)
5  MARSHALL, GERSTEIN & BORUN LLP
   6300 Sears Tower
6  233 South Wacker Drive
   Chicago, Illinois 60606-6357
7  (312) 474-6300 (telephone)
8  (312) 474-0448 (facsimile)
   E-Mail: kflowers@marshallip.com
9  E-Mail: tross@marshallip.com
   E-Mail: jdean@marshallip.com
10 E-Mail: jlabbe@marshallip.com
11 E-Mail: cpendleton@marshallip.com
   E-Mail: mizraelewicz@marshallip.com
12

13 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,
14 and STEPHEN C. MACEVICZ

15                    **UNITED STATES DISTRICT COURT**
16                    **NORTHERN DISTRICT OF CALIFORNIA**
17                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No. 07-CV-02845 WHA |
| | District Judge William H. Alsup |
| Plaintiff/Counterdefendant, | **EXHIBIT 8 TO SOLEXA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT** |
| - vs. - | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | Date: August 21, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor |
| Defendants/Counterclaimants. | |

**CONDITIONALLY FILED UNDER SEAL
SUBJECT TO MOTION TO FILE UNDER SEAL**

EXHIBIT 8 TO SOLEXA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT; **Case No: 07-cv-02845 WHA**