# Exhibit 12

#8/c
C98/c
11/04/98

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C., 20231, on:

Date: _Nov. 3, 1998_    By: _____

DOCKET NO.: 5525-0015.20

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:

    Stephen C. Macevicz

SERIAL NO.: 08/872,446

FILED:   June 10, 1997

FOR: **DNA Sequencing by Parallel Oligonucleotide Extensions**

EXAMINER:   E. Whisenant

ART UNIT:   1634

## AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.   20231

Sir:

    In response to the Office action mailed August 3, 1998, please amend the application as follows.

In the Specification

    On page 4, line 32, insert the following text:

    --The invention also includes an oligonucleotide probe of the formula:   HO-(3')(B)j(5')-OP(=O)(O-)NH-(B)k-Bt*
wherein B is a nucleotide or an analog thereof; j is in the range of from 1 to 12; k is in the range of from 0 to 12, such that the sum of j and k is less than or equal to 12; and Bt* is a labeled, non-extendable chain-terminating moiety.

    In another aspect, the invention includes an oligonucleotide selected from OP(=O)(O-)O-(5')(B)sRRRR(B)wBt* and
OP(=O)(O-)O-(5')(B)sRRRR(B)w(3')OP(=O)(O-)O, wherein B is a deoxyribonucleotide or an analog thereof; R is a ribonucleotide; s is in the range of from 1 to 8; w is in the range of from 0 to 8, such that the sum of s and w is less than or equal to 8; and Bt* is a labeled, non-extendable chain-terminating moiety.--

## In the Claims

Please amend claim 18 as follows:

18. (Twice amended) An oligonucleotide probe of the formula:

$$HO-(3')(B)j(5')-OP(=O)(O-)NH-(B)k-Bt*$$

wherein:

C 2

B is a nucleotide or an analog thereof;

j is in the range of from 1 to 12;

k is in the range of from [0] 1 to 12, such that the sum of j and k is less than or equal to 12;

Bt* is a labeled, non-extendable chain-terminating moiety.

## REMARKS

Reconsideration of the application is respectfully requested in light of the following remarks. Claim 18 has been amended. Claims 18 and 19 are pending. Claim 19 stands allowed.

## I.  Amendments

The specification has been amended to add the subject matter of claims 18 and 19 to the summary of the invention. Support for the amendment can be found in claims 18 and 19 as originally filed. Pending claim 18 has been amended to recite that the variable "k" has a value of from 1 to 12. Support for this amendment can be found in the specification on pages 12-14, and Example 2 at pages 23-24, for example, from which it is clear that the applicant contemplated, and was "in possession of," probes wherein the variable "k" has a non-zero value from 1 to 12. No new matter is added by any of the amendments.

## II.  Rejection Under 35 U.S.C. §102(b)

Claim 18 was rejected as lacking novelty in view of Lavina et al., which was cited as teaching oligos having N-linked azido-benzamido groups. It is respectfully submitted that the rejection is moot in light of the present amendment to claim 18, wherein k is 1 to 12. Nowhere does Lavina et al. teach an oligonucleotide probe of the formula:

$$HO-(3')(B)j(5')-OP(=O)(O-)NH-(B)k-Bt*$$

2

wherein k is 1 to 12, nor is there any motivation in this or any
other reference to modify the oligonucleotides shown in Levina et
al. to arrive at the probe of claim 18.  Accordingly, the inven-
tion of claim 18 is patentable.

III. Conclusion

    In view of the foregoing, the applicant submits that the
claims pending in the application are in condition for allowance.
A Notice of Allowance is therefore respectfully requested.

Date: _Nov. 3 1998_

Respectfully submitted,

**Correspondence Address:**
Dehlinger & Associates
P.O. Box 60850
Palo Alto, CA  94306
Phone: (650) 324-0880

Vincent M. Powers
Registration No. 36,246

3