# Exhibit 13

Case 3:07-cv-02845-WHA     Document 222-14     Filed 08/07/2008     Page 1 of 4



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/872,446 | 06/10/97 | MACEVICZ | S | 5525-0015.20 |

DEHLINGER & ASSOCIATES
P O BOX 60850
PALO ATLO CA 94306

HM22/0122

| EXAMINER |
|---|
| WHISENANT, E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1634 | |

DATE MAILED: 01/22/99    9

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 1996-404-496/40510

1- File Copy

| Notice of Allowability | Application No. 08/872,446 | Applicant(s) Macevicz, S. |
|---|---|---|
| | Examiner Ethan Whisenant | Group Art Unit 1634 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _9 NOV 98_.

☒ The allowed claim(s) is/are _18-19. These claims have been renumbered as Claims 1-2_.

☒ The drawings filed on _10 Jun 1997_ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been
      ☐ received.
      ☐ received in Application No. (Series Code/Serial Number) _____.
      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   *Certified copies not received: _____.

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS
   ☐ because the originally filed drawings were declared by applicant to be informal.
   ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____.
   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.
   ☐ including changes required by the attached Examiner's Amendment/Comment.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**
   ☐ Notice of References Cited, PTO-892
   ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____
   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948
   ☐ Notice of Informal Patent Application, PTO-152
   ☐ Interview Summary, PTO-413
   ☒ Examiner's Amendment/Comment
   ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
   ☐ Examiner's Statement of Reasons for Allowance

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)                        Notice of Allowability                     Part of Paper No. 9

Serial Number: 08/872,446                                                                                              2
Art Unit: 1807

**Notice of Allowability**

### Examiner's Comment

**1.**     The applicant's Response to the Office Action has been entered. The applicant's response was received on 9 NOV 98 and has been entered as paper no. 4. As a result of the applicant's amendment, all claims (i.e. Claims 18-19) are now allowable. These Claims have now been renumbered as Claims 1-2.

### Conclusion

**2.**     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Ethan Whisenant, Ph.D whose telephone number is (703) 308-6567. The examiner can normally be reached Monday-Friday from 8:00AM -4:30PM.
   If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, W. Gary Jones, can be reached at (703) 308-1152.
   The fax number for this Group is (703) 305-7401. Please note that the faxing of papers must conform with the Notice to Comply published in the Official Gazette, 1096 OG 30 (November 15, 1989).
   Any inquiry of a general nature or relating to the status of this application should be directed to the group receptionist whose telephone number is (703) 308-0196.

*ECW*
Ethan Whisenant, Ph.D.
Patent Examiner

W. Gary Jones
Supervisory Patent Examiner
Technology Center 1600
1/19/99