# Exhibit 14

BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:  650.813.5600
Facsimile: 650.494.0792
E-Mail:  BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone:  858.720.5100
Facsimile:  858.720.5125
E-Mail:  DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.    C07 02845 WHA<br><br>**APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S FINAL INVALIDITY CONTENTIONS** |

- It would have been obvious to repeatedly extend an initializing primer along a polynucleotide by ligation to an oligonucleotide probe, and identify a nucleotide after each round of ligation in the DNA sequencing methods of Whiteley, Landegren, Martinelli, Drmanac I, Drmanac II, Sibson I, Sibson II, Mundy, and/or Southern. Motivation to combine the references may be found in the common knowledge of those skilled in the art, the prior art as a whole, and/or the nature of the problem itself.

**C.    The '119 Patent**

**1.    Anticipation**

Claim 1 of the '119 Patent is anticipated by:

- Mag

Claim 1 of the '119 Patent is obvious based upon:

- Mag

**D.    Additional Prior Art**

Additional art invalidating claims 1, 2, 6, 7, 8, 11, 12, 16, 17 and 18 of the '341 Patent, claim 1 of the '119 Patent, and claim 1 of the '597 Patent under 35 U.S.C. §§ 102 and/or 103 and providing information regarding the state of the art include:

- References cited in the '341 Patent, the '119 Patent, and the '597 Patent (*see* Ex. D); and

- References cited in the PCT search report of WO 96/33205, cited by the EPO in examining EP 0871646, and cited by the JPO in examining Japanese Patent Publication No. JP H11-503908 (*see* Ex. E).