1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:   415.434.4484
   FACSIMILE:    415.434.4507

3  KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM

4  ATTORNEYS FOR DEFENDANTS
   ILLUMINA, INC., SOLEXA, INC., AND
5  STEPHEN C. MACEVICZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>              Defendants. | Case No: 3:07-cv-02845-WHA<br><br>**SOLEXA'S MOTION TO SEAL EXHIBITS 2 AND 5-10 TO THE DECLARATION OF CULLEN N. PENDLETON** |

Case 3:07-cv-02845-WHA    Document 223    Filed 08/07/2008    Page 2 of 2
1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Solexa, Inc. hereby moves the
2  Court to issue an administrative order that authorizes the sealing of Exhibits 2 and 5-10 to the
3  Declaration of Cullen N. Pendleton in Support of Solexa's Reply in Support of its Motion for
4  Partial Summary Judgment of Infringement.
5      The basis for Solexa's administrative motion is set forth in the Declaration of Kimberly
6  K. Dodd, submitted herewith. A proposed administrative order granting Solexa's motion and
7  authorizing the sealing of the documents also is submitted herewith.
8
9  Dated: August 7, 2008                    FOLEY & LARDNER LLP
10
11
12                                          By:      /s/
                                                Kimberly K. Dodd
                                                Attorneys for Defendants ILLUMINA, INC.,
13                                              SOLEXA, INC., and STEPHEN C. MACEVICZ