| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP** |
| | ONE MARITIME PLAZA, SIXTH FLOOR |
| | SAN FRANCISCO, CA 94111-3409 |
| 2 | TELEPHONE:    415.434.4484 |
| | FACSIMILE:    415.434.4507 |
| 3 | |
| | KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM |
| 4 | |
| | ATTORNEYS FOR DEFENDANTS |
| | ILLUMINA, INC., SOLEXA, INC., AND |
| 5 | STEPHEN C. MACEVICZ |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No:  3:07-cv-02845-WHA |
| Plaintiff, | **DECLARATION OF KIMBERLY K. DODD IN SUPPORT OF SOLEXA'S MOTION TO SEAL EXHIBITS 2 AND 5-10 TO THE DECLARATION OF CULLEN N. PENDLETON** |
| vs. | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual | |
| Defendants. | |

1  I, Kimberly K. Dodd, declare:

2  1.  The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

3  2.  I am an attorney at Foley & Lardner LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted to practice before this Court. I make this declaration in support of Solexa's administrative motion to seal Exhibits 2 and 5-10 to the Declaration of Cullen N. Pendleton in Support of Solexa's Reply in Support of its Motion for Partial Summary Judgment of Infringement.

4  3.  Exhibits 2 and 5-10 are sealable because they were designated as confidential by Plaintiff Applera Corporation – Applied Biosystems Group pursuant to the Protective Order governing this action.

5  4.  I declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Executed on August 7, 2008                    /s/
                                       Kimberly K. Dodd

1
DECLARATION OF KIMBERLY K. DODD IN SUPPORT OF MOTION TO SEAL
CASE NO:  3:07-CV-02845-WHA

SFCA_1444579.1