1

**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409

2

TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507

3

KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM

4

ATTORNEYS FOR DEFENDANTS
ILLUMINA, INC., SOLEXA, INC., AND
STEPHEN C. MACEVICZ

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No:  3:07-cv-02845-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SOLEXA'S MOTION TO SEAL EXHIBITS 2 AND 5-10 TO THE DECLARATION OF CULLEN N. PENDLETON** |
| vs. | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual | |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFCA_1444655.1

1    Pursuant to Civil Local Rule 7-11 and 79-5, Solexa, Inc. has moved the Court to issue an

2   administrative Order that authorizes the sealing of Exhibits 2 and 5-10 to the Declaration of

3   Cullen N. Pendleton in Support of Solexa's Reply in Support of its Motion for Partial Summary

4   Judgment of Infringement.

5    After considering the papers relating to Solexa's motion, and finding good cause

6   therefore,

7    IT IS HEREBY ORDERED that Solexa's administrative motion is GRANTED.

8   Exhibits 2 and 5-10 to the Declaration of Cullen N. Pendleton in Support of Solexa's Reply in

9   Support of its Motion for Partial Summary Judgment of Infringement shall be filed under seal.

10

11   Dated: _____          _____

12                                              The Honorable William Alsup
                                                United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFCA_1444655.1