**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507

KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM

ATTORNEYS FOR DEFENDANTS
ILLUMINA, INC., SOLEXA, INC., AND
STEPHEN C. MACEVICZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>       Defendants. | Case No:  3:07-cv-02845-WHA<br><br>**MANUAL FILING NOTIFICATION REGARDING EXHIBITS 2 AND 5-10 TO THE DECLARATION OF CULLEN N. PENDLETON** |

SFCA_1444603.1

**MANUAL FILING NOTIFICATION**

Regarding: Exhibits 2 and 5-10 to the Declaration of Cullen N. Pendleton in Support of Solexa's

Reply in Support of its Motion for Partial Summary Judgment of Infringement:

This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web

site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[x] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated:  August 7, 2008                    FOLEY & LARDNER LLP


By:_____/s/_____
        Kimberly K. Dodd
        Attorneys for Defendants ILLUMINA, INC.,
        SOLEXA, INC., and STEPHEN C. MACEVICZ

1
MANUAL FILING NOTIFICATION
CASE NO:  3:07-CV-02845-WHA