1   BRYAN WILSON (CA SBN 138842)
    ERIC C. PAI (CA SBN 247604)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    E-Mail: BWilson@mofo.com; EPai@mofo.com
5
    DAVID C. DOYLE (CA SBN 70690)
6   STEVEN E. COMER (CA SBN 154384)
    BRIAN M. KRAMER (CA SBN 212107)
7   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
8   San Diego, California  92130-2040
    Telephone: 858.720.5100
9   Facsimile: 858.720.5125
    E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10  BMKramer@mofo.com

11  Attorneys for Plaintiff
    APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16

17  APPLERA CORPORATION – APPLIED            Case No.    C07 02845 WHA
    BIOSYSTEMS GROUP, a Delaware corporation,
18                                           **DECLARATION OF STEVEN E.**
                      Plaintiff,             **COMER IN SUPPORT OF**
19                                           **APPLERA CORPORATION –**
           v.                                **APPLIED BIOSYSTEMS**
20                                           **GROUP'S REPLY MOTION FOR**
    ILLUMINA, INC., a Delaware corporation,  **SUMMARY JUDGMENT OF**
21  SOLEXA, INC., a Delaware corporation, and **NONINFRINGEMENT**
    STEPHEN C. MACEVICZ, an individual,
22                                           Date:    August 21, 2008
                      Defendants.            Time:    8:00 a.m.
23                                           Place:   Courtroom 9, 19th Floor
                                             Judge:   William H. Alsup
24

25

26

27

28

I, Steven E. Comer, declare:

1.    I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB").  I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court.  I make this declaration in support of AB's Reply Motion for Summary Judgment of Noninfringement.

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Keith C. Backman, Ph.D., taken on June 27, 2008.

3.    Attached hereto as Exhibit 2 is a true and correct copy of an Office Action dated August 3, 1998 from the file history of U.S. Patent Application No. 08/872,446, produced by Illumina with Bates numbers ILL000114-117.

4.    Attached hereto as Exhibit 3 is a true and correct copy of a Response to an Office Action dated November 3, 1998 from the file history of U.S. Patent Application No. 08/872,446, produced by Illumina with Bates numbers ILL000170-172.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 7, 2008, in San Diego, California.

                                                        ___/s/ Steven E. Comer_____
                                                        Steven E. Comer