BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF GINA COSTA, PH.D. IN SUPPORT OF SOLEXA'S MOTION TO SEAL EXHIBITS 2 AND 5-10 TO THE DECLARATION OF CULLEN N. PENDLETON** |

DECL OF GINA COSTA, PH.D. ISO SOLEXA'S MOTION TO SEAL EXHIBITS TO PENDLETON DECL
CASE NO. 07-CV-02845 WHA
pa-1276169

I, Gina Costa, declare:

1. I am the Director of Research and Development Projects for the SOLiD™ System. I was employed by Agencourt Personal Genomics ("APG") from December 2003 until it was acquired by Applied Biosystems ("AB") in 2006. Since the acquisition, I have been employed by AB. I am one of the principal developers of the SOLiD System. I make this declaration to establish the confidential and sealable nature of portions of certain exhibits to the Declaration of Cullen N. Pendleton ("Pendleton Declaration") which are the subject of Solexa's motion to seal (Docket No. 223). I have personal knowledge of the matters set forth herein, except where stated otherwise, and if called as a witness, I could and would testify competently thereto.

2. Exhibit 6 to the Pendleton Declaration contains, on each page, information showing different probe chemistries with which APG has experimented. APG put significant effort into experimenting with these different probe chemistries and selecting those that worked the best. Disclosing these chemistries would allow AB's competitors to determine which of the chemistries work and which do not. AB treats this information accordingly and takes careful measures to ensure that it is not disclosed to the public. AB would suffer substantial harm if this information were disclosed to the public or AB's competitors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 14, 2008, in Beverly, Massachusetts.

_____
Gina Costa, Ph.D.