BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART SOLEXA'S MOTION TO SEAL EXHIBITS 2 AND 5-10 TO THE DECLARATION OF CULLEN N. PENDLETON** |

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART SOLEXA'S MOTION TO SEAL
CASE NO. 07-CV-02845 WHA
pa-1276251

1  This matter comes before the Court on Defendant Solexa's Motion to Seal Exhibits 2 and 5-10 to the Declaration of Cullen N. Pendleton. Having considered the arguments and evidence submitted and for good cause appearing:

IT IS HEREBY ORDERED THAT Solexa's administrative motion is GRANTED IN PART and DENIED IN PART as follows:

(1)  Solexa's motion is GRANTED as to the portions of Exhibit 6 that contains information about Applied Biosystems's research. Solexa shall resubmit Exhibit 6 with appropriate redactions of this information, per the Declaration of Gina Costa, Ph.D., such that the redacted copies may be filed in the public record without disclosing sealed information.

(2)  Solexa's motion is DENIED as to Exhibits 2, 5, 7, 8, 9, and 10.

Pursuant to Civil Local Rule 79-5(e), if Solexa does not resubmit Exhibits 2, 5, 7, 8, 9, and 10 and appropriately redacted copies of Exhibit 6 for filing in the public record within three days of this order, the Court will dispose of the exhibits and they will not become part of the record in this case.

IT IS SO ORDERED.

Dated: _____

WILLIAM H. ALSUP
United States District Judge