1  BRYAN WILSON (CA BAR NO. 138842)
   ERIC C. PAI (CA BAR NO. 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  Counsel for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
6
   KEVIN M. FLOWERS (admitted *pro hac vice*)
7  THOMAS I. ROSS (admitted *pro hac vice*)
   JEFFREY H. DEAN (admitted *pro hac vice*)
8  GREGORY E. STANTON (CA Bar No. 203495)
   JOHN R. LABBE (admitted *pro hac vice*)
9  CULLEN N. PENDLETON (admitted *pro hac vice*)
   MARSHALL, GERSTEIN & BORUN LLP
10 6300 Sears Tower
   233 South Wacker Drive
11 Chicago, Illinois 60606-6357
   (312) 474-6300 (telephone)
12 (312) 474-0448 (facsimile)

13 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC., and STEPHEN C. MACEVICZ
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, <br><br> Plaintiff, <br><br> - vs. - <br><br> ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, <br><br> Defendants. | Case No. 07-CV-02845 WHA <br><br> **JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR SUMMARY JUDGMENT HEARING ON AUGUST 21, 2008** <br><br> Date:     August 21, 2008 <br> Time:     8:00 a.m. <br> Courtroom: 9, 19th Floor <br> Judge:    William H. Alsup |

**JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR SUMMARY JUDGMENT HEARING ON AUGUST 21, 2008; CASE NO: 07-CV-02845 WHA**

PA-1275911

1  Plaintiff Applera Corporation – Applied Biosystems Group ("AB") and Defendants
2  Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz (collectively, "Illumina") hereby
3  jointly request permission to bring into Courtroom 9 the following equipment necessary
4  for the Summary Judgment Hearing before Judge William H. Alsup scheduled for 8:00
5  a.m. on August 21, 2008:

    1. By Illumina's counsel:
        a) Up to four laptop computers with optional computer mice and portable hard drive(s);
        b) One tech table setup;
        c) One projection screen with stand;
        d) One backup projection screen of smaller size;
        e) One digital projector;
        f) Speakers with speaker stands;
        g) One switch box; and
        h) Various extension cords, audio and/or video cables, and power strips.

    2. By AB's counsel:
        a) Up to four laptop computers with optional computer mice and portable hard drive(s); and
        b) Various extension cords, audio and/or video cables, and power strips.

Counsel for Illumina will make the projector screen, digital projector, and switch box available for shared use by counsel for AB.  The parties request that if counsel for Illumina becomes unable to bring any of these items, then counsel for AB be authorized to bring such item instead.

AB and Illumina request that the parties be permitted to bring these items into the courtroom on the evening of August 20, 2008, after all of the Court's proceedings for that day have concluded, so that the parties may set up and test the equipment in advance of the hearing and without disrupting the Court's other proceedings.

DATED: August 18, 2008        MORRISON & FOERSTER LLP

                              By:   /s/ Eric C. Pai
                                    Eric C. Pai
                                    Counsel for Plaintiff
                                    APPLERA CORPORATION – APPLIED
                                    BIOSYSTEMS GROUP


                              MARSHALL, GERSTEIN & BORUN LLP

                              By:   /s/ Cullen N. Pendleton
                                    Cullen N. Pendleton
                                    Counsel for Defendants
                                    ILLUMINA, INC., SOLEXA, INC., and
                                    STEPHEN C. MACEVICZ

I, Eric C. Pai, am the ECF User whose ID and password are being used to file this JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR SUMMARY JUDGMENT HEARING ON AUGUST 21, 2008. In compliance with General Order 45, X.B, I hereby attest that Cullen N. Pendleton has concurred in this filing.

Date: August 18, 2008                        /s/ Eric C. Pai


## ORDER

The parties' request for permission to bring the equipment described above into Courtroom 9 is hereby GRANTED.

**IT IS SO ORDERED.**

**Dated:** August 19, 2008.

                                              _____
                                              **HONORABLE WILLIAM H. ALSUP**
                                              **UNITED STATES DISTRICT JUDGE**

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]