IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED
BIOSYSTEMS GROUP, a Delaware
corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation,
SOLEXA INC., a Delaware corporation,
and STEPHEN C. MACEVICZ, an
individual

    Defendants.
_____/

No. C 07-02845 WHA

**ORDER RE SUMMARY JUDGMENT HEARING**

    The parties are advised that time will be limited on the hearing for the pending summary judgment motions due to the Court's packed schedule tomorrow.

Dated: August 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE