IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED
BIOSYSTEMS GROUP, a Delaware
corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation,
SOLEXA INC., a Delaware corporation,
and STEPHEN C. MACEVICZ, an
individual

    Defendants.
                                    /

No. C 07-02845 WHA

**ORDER RE PENDING
MOTIONS TO SEAL**

In *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), the Ninth Circuit held that *more* than good cause, indeed, "compelling reasons" are required to seal documents used in dispositive motions, just as compelling reasons would be needed to justify a closure of a courtroom during trial. Otherwise, the Ninth Circuit held, public access to the work of the courts will be unduly compromised. Therefore, no request for a sealing order will be allowed on summary judgment motions (or other dispositive motions) unless the movant first shows a "compelling reason," a substantially higher standard than "good cause." Only social security numbers, names of juveniles, home addresses and phone numbers, and trade secrets of a compelling nature (like the recipe for Coca Cola, for example) will qualify. *If the courtroom would not be closed for the information, nor should any dispositive motion proceedings, which are, in effect, a substitute for trial.*

1  The only document for which a "compelling reason" has been given is exhibit P to the
2  declaration of Steven Comer in support of AB's motion for summary judgment.  Accordingly,
3  AB's motion to seal exhibit P to the declaration of Steven Comer in support of AB's motion
4  for summary judgment is **GRANTED**.  All other pending motions to seal are **DENIED**.

6  **IT IS SO ORDERED**.

8  Dated:  August 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE