UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 21, 20008

Case No.  C 07-02845 WHA

Title: APPLERA CORP v. ILLUMINA, INC

Plaintiff Attorneys: Steve Comer; Eric Pai

Defense Attorneys: Cullen Pendleton; Kevin Flowers

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Motions for Summary Judgment - Taken Under Submission

2)  

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**