1  THOMAS I. ROSS (admitted *pro hac vice*)
2  KEVIN M. FLOWERS (admitted *pro hac vice*)
   JEFFREY H. DEAN (admitted *pro hac vice*)
3  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
4  MARK H. IZRAELEWICZ (admitted *pro hac vice*)
   MARSHALL, GERSTEIN & BORUN LLP
5  6300 Sears Tower
   233 South Wacker Drive
6  Chicago, Illinois 60606-6357
7  (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
8  E-Mail: kflowers@marshallip.com
   E-Mail: tross@marshallip.com
9  E-Mail: jdean@marshallip.com
   E-Mail: jlabbe@marshallip.com
10 E-Mail: cpendleton@marshallip.com
11 E-Mail: mizraelewicz@marshallip.com

12 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,
13 and STEPHEN C. MACEVICZ

14
15                    **UNITED STATES DISTRICT COURT**
16                    **NORTHERN DISTRICT OF CALIFORNIA**
17                    **SAN FRANCISCO DIVISION**

18 
   APPLERA CORPORATION—APPLIED )   Case No. 07-CV-02845 WHA
19 BIOSYSTEMS GROUP, a Delaware corpora- )
   tion, )                             Honorable William H. Alsup
20                                      )
   Plaintiff/Counterdefendant, )        **[PROPOSED] ORDER GRANTING**
21                                      )  **SOLEXA'S MOTION FOR**
   v. )                                 **CLARIFICATION AND FOR LEAVE TO**
22                                      )  **FILE MOTION SEEKING**
   ILLUMINA, INC., a Delaware corporation, )  **RECONSIDERATION OF THE**
23 SOLEXA, INC., a Delaware corporation, and )  **COURT'S AUGUST 22, 2008 ORDER**
24 STEPHEN C. MACEVICZ, an individual, )
                                        )
25 Defendants/Counterclaimants. )
26                                      )
                                        )
27
28
   **[PROPOSED] ORDER GRANTING SOLEXA'S MOTION FOR CLARIFICATION AND FOR LEAVE TO
   FILE MOTION SEEKING RECONSIDERATION OF THE COURT'S AUGUST 22, 2008 ORDER; CASE NO.
   07-CV-02845 WHA**

In this patent-infringement action, Defendant Solexa, Inc. moves under Civil Local Rule 7-9 for clarification and for leave to file a motion seeking reconsideration of the Court's August 22, 2008, Order granting-in-part and denying-in-part plaintiff's motion for summary judgment of non-infringement and denying defendants' motion for partial summary judgment of infringement. Having considered Defendant's submission, the Court clarifies that its grant of summary judgment of non-infringement in the above-referenced Order applies only to the two-base-encoding version of the SOLiD System. Solexa's motion for leave to file a motion seeking reconsideration of the denial of Solexa's motion for summary judgment of infringement of the '341 and '597 patents by the one-base-encoding version of the SOLiD System is **GRANTED**. Solexa's motion for leave to file a motion seeking reconsideration of the Court's decision that Solexa waived reliance on the Doctrine of Equivalents with regard to infringement by the two-base-encoding version of the SOLiD System is also **GRANTED.**

**IT IS SO ORDERED**

Dated: August 26, 2008

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE