IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>    Defendants. | No. C 07-02845 WHA<br><br>**ORDER REQUESTING RESPONSE** |

Plaintiff is requested to respond to defendants' motion for clarification and for leave to file a motion for reconsideration by **AUGUST 29, 2008, AT NOON**.

**IT IS SO ORDERED**.

Dated: August 27, 2008.

                                            WILLIAM ALSUP<br>
                                            UNITED STATES DISTRICT JUDGE