Exhibit 2 to Pendleton Decl.
(Docket No. 222)


Re-submitted pursuant to
Civil Local Rule 79-5(e)

# APPLERA CORPORATION

## - vs. -

# ILLUMINA, INC., et al

## *CONFIDENTIAL - ATTORNEYS EYES ONLY*

*Deposition of Gina Costa*
*May 20, 2008*

**Copley Court Reporting, Inc.**
58 Battermarch Street, Suite 317
Boston, Massachusetts  02067
Tel:  (617) 423-5841

APPLERA vs. ILLUMINA, et al                                    Gina Costa
May 20, 2008                                              .

Page 1

Volume 1
Pages 1 - 176

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Case No. 07-CV-02845 WHA

APPLERA CORPORATION- APPLIED          )
BIOSYSTEMS GROUP, a Delaware          )
Corporation,                          )
        Plaintiff/Counterdefendant,   )
                                      )
  -vs.-                               )
                                      )
ILLUMINA, INC. A Delaware corporation,)
SOLEXA, INC., a Delaware corporation, )
and STEPHEN C. MACEVICZ, an           )
individual.                           )
        Defendant/Counterclaimants    )

C O N F I D E N T I A L
ATTORNEYS' EYES ONLY


RULE 30(b)(6) DEPOSITION OF APPLERA

CORPORATION-APPLIED BIOSYSTEMS GROUP, taken

pursuant to the provisions of the Federal Rules

of Civil Procedure, before Lisa W. Starr, a

Registered Professional Reporter/Certified

Realtime Reporter and Notary Public in and for

the Commonwealth of Massachusetts, at Foley &

Lardner, 111 Huntington Avenue, Boston,

Massachusetts on May 20, 2008, commencing at 9:12

a.m.

APPLERA vs. ILLUMINA, et al                                Gina Costa
                         May 20, 2008                            .

 1   APPEARANCES:

 2   FOR THE PLAINTIFFS:
        MORRISON & FOERSTER, LLP
 3      BY: Steven E. Comer, Esq.
        12531 High Bluff Drive, Suite 100
 4      San Diego, California 92130-2040
        e-mail: Scomer@mofo.com
 5
     FOR THE DEFENDANT:
 6      MARSHALL, GERSTEIN & BORUN, LLP
        BY: Cullen Pendleton, Ph.D., Esq.
 7      233 South Wacker Drive
        6300 Sears Tower
 8      Chicago, Illinois 60606-6357
        e-mail: Cpendleton@marshallip.com
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                        May 20, 2008                                      .

1                    I N D E X

2    Witness           Direct   Cross   Redirect   Recross
     GINA COSTA
3    (By Mr. Pendleton)  5
     (By Mr. Comer)                172
4

5

                    E X H I B I T S
6
     No.  Page        Description
7    87   4           Bates Nos. AB 00131100-131136
     88   4           Bates Nos. AB 00045214-45231
8    89   4           Bates Nos. AB 00067012-67019
     90   4           Bates Nos. AB 00138981-137680
9    91   38          Bates Nos. AB 00137621-137680
     92   46          Bates Nos. ILL 051205-051241
10   93   73          Bates Nos. AB 00121757-121795
     94   110         Bates Nos. AB 00000683-979
11   94-A 110         Bates Nos. AB 00000803-804
     95   110         Bates Nos. AB 00029686-29706
12   96   110         Bates Nos. AB 00000980-1082
     97   110         Bates Nos. 00134505-134517
13   98   110         Bates Nos. AB 00245396-245403
     99   132         Bates Nos. AB 00137524-137544
14   100  139         Bates Nos. AB 00122112-122125
     101  140         Bates Nos. AB 00136587-136591
15   102  140         Bates Nos. AB 00136632-136715
     103  140         Bates Nos. AB 00144354-144433
16   104  140         Bates Nos. AB 00144581-144582
     105  140         Bates Nos. AB 00145079-145082
17   106  140         Bates Nos. AB 00147319-147328
     107  140         Bates Nos. AB 00160770-160775
18   108  141         Bates Nos. AB 00221652-221667
     109  141         Bates Nos. AB 00245106-245125
19   110  141         Bates Nos. AB 00276276-276279
     111  141         Bates Nos. AB 00276286-276291
20   112  141         Bates Nos. AB 00276605-276684
     113  141         Bates Nos. AB 00287982-288005
21   114  141         Bates Nos. ILL 050362-050385
     115  141         Bates Nos. ILL 051151-051183
22

23

24

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

Page 4

1              P R O C E E D I N G S

2                        (Discovery R1B Product

3    Requirements Document, Bates Nos. AB 00131100

4    through 00131136, was marked as Exhibit No. 87

5    for identification).

6                        (Bates Nos. AB 00045214

7    through 45231, Purchase Agreement, was marked as

8    Exhibit No. 88 for identification).

9                        (Bates Nos. AB 00067012

10   through 67019, Center for Terabase Applications

11   in Genomics Strategy, were marked as Exhibit No.

12   89 for identification)

13                       (Bates Nos. AB 00138981

14   through 137680 were marked as Exhibit No. 90 for

15   identification)

16              THE VIDEOGRAPHER:   We are now

17   recording and on the record.  My name is Jared

18   Drewniak.  I am a legal video specialist on

19   behalf of Hub Productions, Inc.  Today is May 20,

20   2008, and the time is 9:13 a.m.

21       This is the 30(b)(6) deposition of

22   Applera Corporation-Applied Biosystems Group

23   versus Illumina, Incorporated, et al, in United

24   States District Court, Northern District of

APPLERA vs. ILLUMINA, et al                              Gina Costa
                           May 20, 2008                              .

Page 5

1    California, San Francisco Division, Case No.

2    07-CV-02845 WHA.  This deposition is being taken

3    at 111 Huntington Avenue, Boston, Massachusetts.

4    The court reporter is Lisa Starr of Copley Court

5    Reporting.

6          Will counsel state their appearances, and

7    the court reporter will administer the oath.

8          MR. PENDLETON:  My name is Cullen

9    Pendleton.  I'm with the law firm of Marshall,

10   Gerstein & Borun, representing Defendants,

11   Illumina, Incorporated, Solexa, Incorporated, and

12   Steven Macevicz.

13         MR. COMER:  Steve Comer from Morrison

14   & Foerster for Applied Biosystems.

15                GINA COSTA

16   of lawful age, being first properly identified

17   and duly sworn to tell the truth, the whole

18   truth, and nothing but the truth, deposes and

19   says as follows in answer to direct

20   interrogatories by Attorney Pendleton:

21   Q.   Could you please state your name for the

22   record?

23   A.   Gina Costa.

24   Q.   Dr. Costa, I am Cullen Pendleton, and I

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

Page 34

1    operation of SOLiD System to personnel at the

2    Broad Institute based on this document?

3        A.    Yes.

4        Q.    And they trained Broad Institute

5    personnel to use the SOLiD System in accordance

6    with the instruction provided in the User Guide

7    and other manuals?

8        A.    Yes.

9        Q.    During the training period described in

10   this document, did the personnel at the Broad

11   Institute use the SOLiD System as they had been

12   instructed?

13       A.    Yes.

14       Q.    And they were able to sequence DNA using

15   the SOLiD System?

16       A.    Yes.

17       Q.    One thing.  If you would flip back to the

18   previous exhibit, 89, I just want to ask a

19   question, if you'll flip to pages bearing Bates

20   numbers AB 00067015 and going onto the next page.

21   I want to ask you about how to decipher these run

22   titles on the left-hand column.

23       A.    Sure.

24       Q.    Reading down I see Clara, Grace, Barb,

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                          .

                                                              Page 35

 1    Amy, Flo, Grace, Liz, Rose.  What are those

 2    names?  Are these technicians?  What does the

 3    name stand for?

 4        A.    They are different instruments at the

 5    Beverly facility that are named after great

 6    female scientists.

 7        Q.    So are all of the instruments at the

 8    Beverly facility named after great female

 9    scientists?

10        A.    Um-hmm.  Great female pioneers on some

11    levels.

12        Q.    So the next page has Pinot and Shiraz.

13    I'm going to go out on a limb and say these are

14    instruments that are in Foster City?

15        A.    That is correct.

16        Q.    So I've already mangled a few names.

17    Could you tell me about halfway down the page

18    there is a name that starts with V-i?

19        A.    Viognier.

20        Q.    Okay.  Now, are these systems that are

21    currently being used between the Beverly facility

22    and the Foster City facilities?  These are

23    instruments that are online now?

24        A.    Yes.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

Page 36

1    Q.   What are they being used for now?

2    A.   To run SOLiD sequencing.

3    Q.   So they're being used to do sequencing

4    now, okay.  Are all of these instruments doing

5    2-base encoding sequencing at this time?

6    A.   Every one of them.

7    Q.   Were any of these instruments ever used

8    to do 1-base encoding sequencing?

9    A.   There were some of our earlier

10   instruments in the early part of the R and D

11   production with Agencourt that did single-based

12   encoding.

13   Q.   Any of those early instruments still in

14   use?  Is there a name, for example, Grace or Flo

15   or Rose?

16   A.   Amy and Flo.

17   Q.   Those are the only two?

18   A.   Those are the early instruments.

19   Q.   Are these the only ones that were ever

20   used to do 1-base encoding sequencing?

21   A.   Yes.  And there is no difference between

22   those and the others.

23   Q.   They're the same instrument?

24   A.   Yes.

APPLERA vs. ILLUMINA, et al                          Gina Costa
                        May 20, 2008                          .

Page 37

1    Q.   So the difference between doing the

2    1-base encoding and 2-base, the machine itself

3    doesn't care what you're putting into it.  It's

4    just images and ligation chemistry; as far as the

5    machine is concerned, it's on the pipeline and

6    looking at the data that you have to take into

7    account the differences between the chemistries;

8    is that right?

9    A.   That is true.  It is a combination of

10   software and reagents used.

11   Q.   So, with different probes, different

12   ligation probes that are used?

13   A.   Um-hmm.

14   Q.   They're divided into different sets.  And

15   you have to have different analysis software to

16   take into account the differences in the reagents

17   that you're putting in?

18   A.   And different fluidics, incubations as

19   well.

20   Q.   So, length of time?

21   A.   Incubation times, temperatures.  Things

22   are very different.

23   Q.   So we'll leave Exhibit 89, I think, for

24   the last time.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

                                                              Page 143

1    Is that correct?

2        A.    Correct.

3        Q.    What does that refer to?

4        A.    The 2-base probe pools would be made

5    in-house by a production facility, part of AB.

6        Q.    Does AB now manufacture the 1, 2 and 4, 5

7    encoded probes that it sells with SOLiD System?

8        A.    No.

9        Q.    When do you anticipate that AB will start

10   manufacturing its own probes?

11       A.    There's no clear answer to that question.

12       Q.    For now, where is AB obtaining the

13   probes, the 1, 2 and 4, 5-encoded probes that it

14   sells from now?

15       A.    They are made at a company called

16   TriLink, based out of San Diego.

17       Q.    You can set that aside.  I present you

18   with a document that was previously marked

19   Exhibit 101.  I'll give you a chance to look at

20   it.

21       A.    Okay.

22       Q.    Could you identify this document for the

23   record?

24       A.    This document is part of a document put

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                            May 20, 2008                              .

                                                            Page 144

1    together from APG, which is Agencourt Personal

2    Genomics, and it lists the equipment we had used

3    in our lab.  It outlines the general lab supplies

4    and equipment used in the labs.  It also outlines

5    our core biologicals, which means the reagents in

6    our refrigerators and freezers.

7        Q.    So does this in toto represent like an

8    inventory of the equipment and chemicals and

9    reagents that were on site at ABG?

10       A.    Yes.

11       Q.    Was this document produced in the

12   ordinary course of Agencourt's business?

13       A.    Yes.

14       Q.    On the third page of the document, what

15   does the entry 1-base first position (set of

16   four) mean?

17       A.    That would be a set of octameric probes

18   with the first position defined with a dye.

19       Q.    So this would be like the same structure

20   as the 1-base encoding probes that we've

21   discussed, except instead of encoding at the

22   fifth position from the 3' end, it's just the 3'

23   position that would be the Y position?

24       A.    Correct.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

                                                              Page 145

1      Q.   And what is the -- sorry.  Withdraw the

2   previous question.

3           Does "set of four" refer to the fact that

4   these probes are divided into four groups based

5   on the dye attached?

6      A.   Correct.

7      Q.   And the figure in the far right, $24,000,

8   does that indicate that AB, I'm sorry, strike

9   that, Agencourt paid TriLink $24,000 for that set

10  of probes?

11     A.   Correct.

12     Q.   The entry under it, "1-base fifth

13  position (set of four)" signifies a set of 1-base

14  encoding probes with the interrogation position

15  at position 5 from the 3' end with the structures

16  that we've discussed, correct?

17     A.   Correct.

18     Q.   And that set of probes, $40,000 was paid

19  for that, correct?

20     A.   Correct.

21     Q.   And what's -- is there an explanation for

22  the discrepancy in price?

23     A.   If you look at the stock, it will say 3X

24  or 5X, and it's the amount at which the scale was

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

                                                                Page 146

1    ordered.  So we ordered more of the fifth

2    position versus the first position.

3        Q.   Okay.

4        A.   In this.

5        Q.   So you paid more?

6        A.   Because you got more.

7        Q.   Right.  The entry under it, "2-base

8    first, second position (set of four)" means a 1,

9    2-encoded, 2-base encoding set of probes, and the

10   entry for $32,000 means you paid $32,000 for that

11   set of probes, correct?

12       A.   Yes.

13       Q.   And underneath that, "2-base fourth,

14   fifth position (set of four)" that entry

15   signifies a 4, 5-encoded set of probes for which

16   $64,000 was paid?

17       A.   Correct.

18       Q.   And, again, now that you've alerted me to

19   it, the 2X explains the difference in price.  You

20   ordered twice as much; you paid twice as much.

21   Correct?

22       A.   Um-hmm.

23       Q.   You can set that aside.  I'm handing you

24   a document that's been previously marked as

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                         May 20, 2008                                .

Page 147

1    Exhibit 102.  Strike that.

2              MR. PENDLETON:  I want to make a

3    notation to clear up the record.  Exhibit 101

4    bears Bates numbers AB 00136587 to 00136591.

5        Q.   Excuse the delay.  I've placed in front

6    of you a document that's previously been marked

7    as Exhibit 102 bearing Bates numbers AB 00136662

8    through AB 00136715.  Could you identify this

9    document for the record, please?

10       A.   This document is Agencourt Personal

11   Genomics.  Project Garnet was the name of our, of

12   the due diligence effort that AB put forward for

13   the acquisition of APG.

14       Q.   Okay.

15       A.   And this outlines the APG system as it

16   was used.

17       Q.   When was this document written?

18       A.   April 2006.

19       Q.   And was this document produced in the

20   ordinary course of Agencourt's business?

21       A.   Yes.

22       Q.   And when did Project Garnet occur?  When

23   did it start and when did it end?

24       A.   So your question is what is the period of

APPLERA vs. ILLUMINA, et al                              Gina Costa
                          May 20, 2008                          .

Page 148

1    due diligence for Project Garnet?

2        Q.    Well, I think what I'm asking is to the

3    extent that Project Garnet was the period of due

4    diligence, when did the Project Garnet begin and

5    when did Project Garnet terminate?

6        A.    The acquisition happened in July, July

7    11, 2006.  The beginning I'm a bit fuzzy, but it

8    was the first of the year.  I think it was

9    probably March is what I remember correctly.

10       Q.    March of 2006?

11       A.    Yeah.

12       Q.    And then, that would have proceeded

13   through the closing in July of 2006?

14       A.    Um-hmm.

15       Q.    So what was involved with Project Garnet?

16   What happened?

17       A.    We had a group of technical expertise

18   that represented AB ComTar facility in Beverly,

19   and evaluate our technology and workflow.

20       Q.    So Project Garnet involved AB coming to

21   Agencourt to work out the kinks and validate

22   technology that had previously been developed by

23   Agencourt personnel?

24       A.    I don't know if "work out the kinks" is

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                            May 20, 2008                              .

Page 149

1    the right term.  I think it would probably be to

2    understand exactly what we were doing based on

3    what we had presented at conferences to sort of

4    validate the technology and the workflow that was

5    done.

6        Q.   So they were, the team, the AB people

7    that were coming, were helping to validate

8    Agencourt's technology, but also learning about

9    the technology?

10       A.   They were understanding the technology.

11       Q.   You can set that aside.  I place before

12   you a document that's been previously marked with

13   Exhibit 103 bearing Bates numbers AB 00144354

14   through AB 00144433.  Feel free to take a look

15   through the document.

16           My question to you is could you identify

17   this document for the record?

18       A.   Yes.  This is a supplemental funding

19   application for an NHGRI technology grant.

20       Q.   So this document was written in order to

21   secure supplemental funding under the grant

22   HG003570?

23       A.   Correct.  I was co-PI with Doug Smith on

24   using polymerase-based methodologies --

APPLERA vs. ILLUMINA, et al                              Gina Costa
                          May 20, 2008                              .

                                                        Page 150

1      Q.   How did that work -- when did you start

2   work on the polymerase-based sequence?

3      A.   So that was December of 2003 I began at

4   Agencourt, and we submitted the proposal March of

5   2004.  Funding was given for our efforts and

6   polymerase-based work.

7      Q.   So March of 2004, you start on the

8   polymerase-based work?

9      A.   We started in December but funding began

10  soon after that based on our accepted NHGRI

11  program work.

12     Q.   So you were putting everything on the

13  credit cards until the funding started coming in?

14     A.   We had very limited budget.

15     Q.   So you work on the polymerase -- when did

16  you transition over from the polymerase-based

17  method to a ligase-based method?

18     A.   That happened in September of 2004.

19     Q.   So when was this document written?

20     A.   So this was submitted, there's a date

21  here --

22     Q.   There's also a date down at the bottom

23  near where the PI would sign.

24     A.   Right.  Okay.  So this was -- we had

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                               .

                                                            Page 151

1    begun work on the ligation-based approach in

2    September of 2004.  So this was after we had

3    compiled a relatively small number of months

4    worth of experiments that we felt it was robust

5    that we compiled this in February.

6        Q.    So between September and February, this

7    would have been put together?

8        A.    Yes, this is when I would have sent it

9    out.

10       Q.    Now, this one, this page, and when I say

11   this page I mean AB 00144355, does not bear your

12   signature?

13       A.    It does not.

14       Q.    But you did sign a copy of this grant and

15   send it in requesting funding?

16       A.    I did.

17       Q.    And does this appear to be a complete

18   version that you would have sent in?

19       A.    Of the supplemental funding request, yes,

20   to the best of my knowledge looking through this.

21   Looking through this doesn't appear to be the

22   final format because you can see here it looks to

23   be a draft that's not in final form but just

24   tracking edits.

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                          May 20, 2008                              .

                                                          Page 152

 1     Q.   And the changes are -- what changes do

 2   you see?

 3     A.   I don't see any changes.  It probably was

 4   a version.

 5     Q.   Do you see that any of these tracking

 6   changes are producing substantive changes --

 7     A.   I'm looking through it now.  I mean, it

 8   could have very well been the final version.  It

 9   just didn't say final and printed.  It appears to

10   be the appropriate document.

11     Q.   And this document was produced in the

12   ordinary course of Agencourt's business?

13     A.   Yes.

14     Q.   So if you look at the third page, AB

15   00144356, at the top under "Detailed Budget For

16   Initial Budget Period, Direct Costs Only",

17   there's a list of personnel.

18     A.   Um-hmm.

19     Q.   And is this the list of the individuals

20   at Agencourt who are working on the development

21   of the SOLiD System?

22     A.   It was a list of the core scientists

23   involved at APG that were both the

24   polymerase-based system and the ligase-based R

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                              .

                                                              Page 162

1    for the SOLiD Systems.

2         Q.    And was this document produced in the

3    ordinary course of AB's business?

4         A.    Yes.

5         Q.    You can set that document aside.  I place

6    before you an exhibit that's been marked as 110

7    bearing Bates numbers AB 00276276 through AB

8    00276279.  Could you identify this document for

9    the record, please?

10        A.    Yes.  This is from another one of my lab

11   meetings.  It outlines our task list for February

12   24, 2006.

13        Q.    And you wrote this document?

14        A.    I did.

15        Q.    And this document was produced in the

16   ordinary course of Agencourt's business?

17        A.    It was, yes.

18        Q.    Please turn to the second page, Bates

19   number AB 00276277.  About two-thirds of the way

20   down the page there's an entry "ROSE" and "pUC".

21        A.    Um-hmm.

22        Q.    The document states:  "Produce images for

23   2-base encoding base caller (8-10 cycles)-DONE".

24        A.    Um-hmm.

APPLERA vs. ILLUMINA, et al                          Gina Costa
                            May 20, 2008                        .

                                                    Page 163

 1      Q.    Underneath it says:  "Produce images for

 2   1-base encoding base caller (8-10 cycles)",

 3   correct?

 4      A.    Um-hmm.

 5      Q.    What does the first statement mean about

 6   producing images for 2-base encoding base caller?

 7      A.    Rose is the instrument; pUC is the

 8   organism that we were sequencing which is a

 9   plasmid.  And it was using those libraries for

10   that plasmid in generating pixelated images using

11   the di-base encoded probes.

12      Q.    And what is the import of this statement

13   to produce images for 1-base --

14      A.    Use another set of probes, gather the

15   same pixelating image data for a different type

16   of probes.

17      Q.    So does this mean that the Rose machine

18   was capable -- well, withdraw that.

19           Does this mean the Rose machine makes

20   images that can be read by either a 1-base or a

21   2-base encoding base caller?

22      A.    It means that Rose was asked to do that.

23      Q.    So the images that were produced by Rose,

24   was the 2-base encoding base caller able to use

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                           .

                                                          Page 164

1    those images?

2        A.    Yes.

3        Q.    And how about the 1-base encoding images

4    that Rose produced, were they also able to be

5    used?

6        A.    Yes.

7        Q.    And what is meant by base caller?  What

8    is the base caller?

9        A.    It's a base reminiscent of the software

10   we used for polymerase-based sequencing, but it's

11   after each round of chemistry, sort of

12   historical.

13       Q.    You can set that aside, please.  This

14   document has been placed before you marked with

15   Exhibit 111.  Could you identify this document

16   for the record?

17       A.    It's a lab meeting, a set of tasks that

18   were drafted in April of 2006.

19       Q.    And you wrote this document?

20       A.    I did, yes.

21       Q.    Was this document produced in the

22   ordinary course of Agencourt's business?

23       A.    It was, yes.

24       Q.    On the first page under the heading

APPLERA vs. ILLUMINA, et al                          Gina Costa
                          May 20, 2008                          .

                                                      Page 165

1     "April Priorities", "Mol Bio", which I assume is

2     molecular biology.  It says:  "1- and 2-base

3     encoding validation-DONE".

4          A.   Correct.

5          Q.   What does that statement mean?

6          A.   That statement means we were able to do

7     2-base encoding with the same level efficiency as

8     single-base encoding.

9          Q.   So that means this task as you've just

10    described it was accomplished by the week of

11    April 3, 2006, because it's marked as "Done" on

12    this list.

13         A.   This task was completed, correct.

14         Q.   Halfway down the page there's the heading

15    "BiFx".  What does that mean?

16         A.   Bioinformatics.

17         Q.   Under the heading "Sequence ECO-ECO" does

18    the entry "1-base, Target: Single 17 bases-DONE"

19    mean that a 1-based encoding system was used to

20    sequence 17 bases of a target?

21         A.   Eco-Eco stands for mate-paired library

22    from the E.coli genome, so it has two tags.  And

23    sequencing a single tag, 17 bases of which were

24    done, with single-base encoded probes.  We also

APPLERA vs. ILLUMINA, et al                                    Gina Costa
                              May 20, 2008                          .

                                                            Page 166

 1    completed it, same 17 bases, with di-based

 2    encoded probes.

 3        Q.   And that's indicated in the entry

 4    immediately below that, the one that I just read

 5    into the record, right?

 6        A.   Yes.

 7        Q.   The "2-base, Target: Single 17 bases",

 8    correct?

 9        A.   Yes.

10        Q.   I place before you a document that's been

11    marked with Exhibit 112.  Could you identify this

12    document for the record?

13        A.   This is our R and D plan for an NHGRI

14    grant that was submitted in April 2006.

15        Q.   Who wrote this document?

16        A.   Myself and Doug Smith.

17        Q.   And who is Doug Smith?

18        A.   He was a co-PI on the R and D grants that

19    I wrote with Agencourt.

20        Q.   Was this document produced in the

21    ordinary course of Agencourt's business?

22        A.   It was.

23        Q.   You may set it aside, if you please.

24    I've placed in front of you document 113, a