Exhibit 5 to Pendleton Decl.
(Docket No. 222)


Re-submitted pursuant to
Civil Local Rule 79-5(e)

**Agencourt**
Bioscience Corporation

Ken Nakamura, Ph.D.
Scientific Review Branch
National Human Genome Research Institute
Building 31, Room B2B37
31 Center Drive, MSC 2032
Bethesda, MD  20892-2032

*Supplemental funding request for grant R01 HG003570*

Dear Ken (and Special Emphasis Review Panel),

During the past few months, we have made significant progress in the testing and evaluation of a new sequencing chemistry that is applicable to the above-referenced NHGRI funded project entitled "Bead Based Polony Sequencing". Specifically, we have performed a series of experiments which, taken together, demonstrate that it is feasible to perform sequencing by synthesis using a pre-defined set of novel, labeled oligonucleotides in conjunction with a DNA ligase, instead of by the more traditional approach using labeled nucleotides with a DNA polymerase. The ligase-based method promises several significant advantages over the polymerase based one, the most important advantages being an ability to achieve longer read lengths, higher data quality and a simpler path to four color multiplexing.

To a limited extent, it will be possible to accommodate a change in scope to develop the ligase-based approach using the previously awarded funds. For example, there are similar requirements for paired-end library preparation, amplification of single DNA molecules on individual beads, polony slide preparation, enzymology and protein engineering, image analysis and automated data acquisition. However, there are several aspects of the ligase-based approach that require additional funding. Specifically, additional funds are needed for chemical synthesis and purification of novel phosphoramidites, for labeled oligonucleotide synthesis, for development of a four color sequencing instrument, and for software development (none of which were funded in the awarded grant).

Based on recent discussions with our Program Director, Dr. Jeffrey Schloss, we understand that the RFAs for development of new sequencing technologies will be closed after competitive review of the current round of proposals. Therefore, any request for supplemental funding must be considered by the Special Emphasis Panel that is convening to review the current round of proposals (hence, this application). To aid the Panel in making a decision on this request, we have prepared a progress report for the current research, a summary of the experiments we have performed to validate the ligase-based approach and a proposal describing the experimental design, methods and budget for the proposed change in scope. In addition, since some members of the review panel may not be familiar with Agencourt Bioscience Corporation, we have included Bio-sketches for members of the current polony team and a description of the resources and capabilities of Agencourt.

The additional funds we are requesting will enable the rapid development of a robust ligase-based sequencing technology that is capable of providing high quality, paired reads of 50-100 bases each with high fidelity across homopolymeric sequences and throughputs up to 100,000 bases per second, or ~8.6 Gb per instrument per day, roughly equivalent to 5,000 ABI3730xl instruments. We hope that the Special Emphasis Panel will consider this supplemental funding request carefully in light of the near term potential for success of the technology relative to that of the approaches proposed by others.

Sincerely,


Gina L. Costa                                    Douglas R. Smith
Director, New Technology Development             Director, Agencourt Sequencing Center

Agencourt Bioscience Corporation: 500 Cummings Center, Suite 2450, Beverly, MA 01915
Phone: (978) 867-2600     Fax: (978) 867 -2602     Website: http://www.agencourt.com

CONFIDENTIAL

Form Approved Through 09/30/2007 | OMB No. 0925-0001

| Department of Health and Human Services<br>Public Health Services | LEAVE BLANK—FOR PHS USE ONLY | | |
|---|---|---|---|
| | Type | Activity | Number |
| **Grant Application** | Review Group | | Formerly |
| | Council/Board (Month, Year) | | Date Received |

**1.** TITLE OF PROJECT (*Do not exceed 81 characters, including spaces and punctuation.*)

Bead based polony sequencing (supplemental funding request)

**2.** RESPONSE TO SPECIFIC REQUEST FOR APPLICATIONS OR PROGRAM ANNOUNCEMENT OR SOLICITATION ☐ NO ☒ YES
(*If "Yes," state number and title*)
Number:      Title:

| **3. PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR** | New Investigator ☒ No   ☐ Yes |
|---|---|

**3a.** NAME (Last, first, middle)
Gina L. Costa

**3b.** DEGREE(S)
B.Sc.    Ph.D.

**3h.** eRA Commons User Name

**3c.** POSITION TITLE
Director, New Technology Development

**3d.** MAILING ADDRESS (*Street, city, state, zip code*)
Agencourt Bioscience Corp.
500 Cummings Center
Suite 2450
Beverly, MA 01915

**3e.** DEPARTMENT, SERVICE, LABORATORY, OR EQUIVALENT

**3f.** MAJOR SUBDIVISION

**3g.** TELEPHONE AND FAX (*Area code, number and extension*)
TEL: 978-867-2628    FAX: 978-867-2602

E-MAIL ADDRESS:
gcosta@agencourt.com

**4.** HUMAN SUBJECTS RESEARCH
☐ No ☒ Yes

**4a.** Research Exempt ☐ No ☒ Yes

**4b.** Human Subjects Assurance No.

**4c.** Clinical Trial ☒ No ☐ Yes

**4d.** NIH-defined Phase III Clinical Trial ☐ No ☐ Yes

If "Yes," Exemption No. 4

**5.** VERTEBRATE ANIMALS ☒ No ☐ Yes

**5a.** If "Yes," IACUC approval Date

**5b.** Animal welfare assurance no.

| **6.** DATES OF PROPOSED PERIOD OF SUPPORT (*month, day, year—MM/DD/YY*) | | **7.** COSTS REQUESTED FOR INITIAL BUDGET PERIOD | | **8.** COSTS REQUESTED FOR PROPOSED PERIOD OF SUPPORT | |
|---|---|---|---|---|---|
| From | Through | **7a.** Direct Costs ($) | **7b.** Total Costs ($) | **8a.** Direct Costs ($) | **8b.** Total Costs ($) |
| 07/01/2005 | 09/30/2007 | $1,097,941 | $1,578,896 | $2,655,343 | $3,887,475 |

**9.** APPLICANT ORGANIZATION
Name   Agencourt Bioscience Corp.
Address   500 Cummings Center
Suite 2450
Beverly, MA 01915

**10.** TYPE OF ORGANIZATION
Public: → ☐ Federal ☐ State ☐ Local
Private: → ☐ Private Nonprofit
For-profit: → ☐ General ☒ Small Business
☐ Woman-owned ☐ Socially and Economically Disadvantaged

**11.** ENTITY IDENTIFICATION NUMBER
04-3523189
DUNS NO. 84-351-2471 | Cong. District 6th, MA

**12.** ADMINISTRATIVE OFFICIAL TO BE NOTIFIED IF AWARD IS MADE
Name   Jeff Patulak
Title   Director, Finance
Address   500 Cummings Center
Suite 2450
Beverly, MA 01915

Tel: 978-867-2640    FAX: 978-867-2601
E-Mail: jeff.patulak@agencourt.com

**13.** OFFICIAL SIGNING FOR APPLICANT ORGANIZATION
Name   Brian McKernan
Title   Chief Executive Officer
Address   500 Cummings Center
Suite 2450
Beverly, MA 01915

Tel: 978-867-2610    FAX: 978-867-2920
E-Mail: brian.mckernan@agencourt.com

**14.** PRINCIPAL INVESTIGATOR/PROGRAM DIRECTOR ASSURANCE: I certify that the statements herein are true, complete and accurate to the best of my knowledge. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. I agree to accept responsibility for the scientific conduct of the project and to provide the required progress reports if a grant is awarded as a result of this application.

SIGNATURE OF PI/PD NAMED IN 3a.
(*In ink. "Per" signature not acceptable.*)

DATE
02/03/2005

**15.** APPLICANT ORGANIZATION CERTIFICATION AND ACCEPTANCE: I certify that the statements herein are true, complete and accurate to the best of my knowledge, and accept the obligation to comply with Public Health Services terms and conditions if a grant is awarded as a result of this application. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties.

SIGNATURE OF OFFICIAL NAMED IN 13.
(*In ink. "Per" signature not acceptable.*)

DATE
02/03/2005

PHS 398 (Rev. 05/01)     Page 2     **Form Page 4**

CONFIDENTIAL     AB00144355

## DETAILED BUDGET FOR INITIAL BUDGET PERIOD
### DIRECT COSTS ONLY

| FROM | THROUGH |
|---|---|
| 06/01/2005 | 04/30/2005 |

| NAME | ROLE ON PROJECT | TYPE APPT. (mo) | % INCR. EFFORT ON PROJ | INST. BASE SALARY | SALARY REQUESTED | FRINGE BENEFITS | TOTAL |
|---|---|---|---|---|---|---|---|
| Costa, Gina, L. | PI | 12 | 10% | $115,000 | $8,740 | $2,185 | $10,925 |
| Smith, Douglas | Co-PI | 12 | 10% | $135,000 | $10,260 | $2,565 | $12,825 |
| Blanchard, Alan | Bioinformatics | 12 | 40% | $115,000 | $34,960 | $8,740 | $43,700 |
| Donahue, William | Co-Investigator | 12 | | $75,000 | $0 | $0 | $0 |
| Ichikawa, Jeffrey | Co-Investigator | 12 | 50% | $70,000 | $26,600 | $6,650 | $33,250 |
| Kotler. Lev | Co-Investigator | 12 | 20% | $72,096 | $10,959 | $2,740 | $13,698 |
| Malek, Joel | Co-Investigator | 12 | 50% | $115,000 | $43,700 | $10,925 | $54,625 |
| Manning, Jon | Co-Investigator | 12 | 100% | $55,000 | $41,800 | $10,450 | $52,250 |
| McEwan, Paul | Co-Investigator | 12 | | $170,000 | $0 | $0 | $0 |
| McKernan, Kevin | Co-Investigator | 12 | | $200,000 | $0 | $0 | $0 |
| Mol. biologist | Co-Investigator | 12 | 100% | $70,000 | $53,200 | $13,300 | $66,500 |
| Mol. biologist | Co-Investigator | 12 | 100% | $70,000 | $53,200 | $13,300 | $66,500 |
| Programmer | Programmer | 12 | 100% | $70,000 | $53,200 | $13,300 | $66,500 |
| Sheridan, Andrew | Automation Eng. | 12 | 20% | $95,000 | $14,440 | $3,610 | $18,050 |
| | | | | **SUBTOTALS** | $351,059 | $87,765 | $438,823 |

| CONSULTANT COSTS | |
|---|---|
| Engineering consultant | $20,833 |

| EQUIPMENT  (Itemize) | |
|---|---|
| Computers for sequencing instruments, image analysis computers, cameras, 10 Gb network cards, Disk storage, 10 Gb network switch | $331,667 |

| SUPPLIES  (Itemize by category) | |
|---|---|
| Enzymes (PCR), Enzymes (Seq), Beads, Standard nucleotides (PCR), Probe oligos (Seq), Seq primer probe (Seq), Oligonucleotides (PCR), Slides, Other miscellaneous reagents,  flow cell stage, Objective, Optical Filters, Optical table and enclosure, Autofocus system, Fluid pumps & valves, Custom optical mounts, Temperature control, Optical Fluid monitor, Illumination system, flow cell | $181,617 |

| TRAVEL | |
|---|---|
| | |

| PATIENT CARE COSTS | INPATIENT | - |
|---|---|---|
| | OUTPATIENT | - |

| ALTERATIONS AND RENOVATIONS  (Itemize by category) | |
|---|---|
| | - |

| OTHER EXPENSES  (Itemize by category) | |
|---|---|
| | - |

| **SUBTOTAL DIRECT COSTS FOR INITIAL BUDGET PERIOD** | $972,941 |
|---|---|

| CONSORTIUM/CONTRACTUAL | DIRECT COSTS  Prime Organics, $150,000 | $125,000 |
|---|---|---|
| COSTS | FACILITIES AND ADMINISTRATIVE COSTS | |

| **TOTAL DIRECT COSTS FOR INITIAL BUDGET PERIOD**  (Item 7a, Face Page) | $1,097,941 |
|---|---|

PHS 398 (Rev. 05/01)                    Page 3                    **Form Page 4**

CONFIDENTIAL

AB00144356

## BUDGET FOR ENTIRE PROPOSED PROJECT PERIOD
### DIRECT COSTS ONLY

| BUDGET CATEGORY TOTALS | | INITIAL BUDGET PERIOD (from Form Page 4) | ADDITIONAL YEARS OF SUPPORT REQUESTED | | | |
|---|---|---|---|---|---|---|
| | | | 2nd | 3rd | 4th | 5th |
| PERSONNEL: Salary and fringe benefits. Applicant organization only. | | $438,823 | $526,588 | $164,559 | | |
| CONSULTANT COSTS | | $20,833 | $25,000 | $7,813 | | |
| EQUIPMENT | | $331,667 | $343,333 | | | |
| SUPPLIES | | $181,617 | $277,610 | | | |
| TRAVEL | | | | | | |
| PATIENT CARE COSTS | INPATIENT | - | - | - | | |
| | OUTPATIENT | - | - | - | | |
| ALTERATIONS AND RENOVATIONS | | | | | | |
| OTHER EXPENSES | | | | | | |
| SUBTOTAL DIRECT COSTS | | $972,941 | $1,172,531 | $172,371 | | |
| CONSORTIUM/ CONTRACTUAL COSTS | DIRECT | $125,000 | $150,000 | $62,500 | | |
| | F&A | | | | | |
| TOTAL DIRECT COSTS | | $1,097,941 | $1,322,531 | $234,871 | | |

| | |
|---|---|
| TOTAL DIRECT COSTS FOR ENTIRE PROPOSED PROJECT PERIOD (Item 8a, Face Page) ———— | $2,655,343 |

| Fee Requested | | | | |
|---|---|---|---|---|
| | | | | |

**Total Fee Requested for Entire Proposed Project Period**
(Add Total Fee amount to "Total direct costs for entire proposed project period" above and Total F&A/indirect costs from Checklist Form Page, and enter these as "Costs Requested for Proposed Period of Support on Face Page, Item 8b.)

**BUDGET JUSTIFICATION.** Follow the budget justification instructions exactly. Use continuation pages as needed.

**Personnel**

A projected salary increase of 0% is included for each year from the current base salaries (this will necessitate a slight reduction of effort by some personnel in future years). The fringe rate is 25%. Salaries are adjusted by a ratio of 1824/2080 (work hours per year) prior to application of the fringe rate to compensate for vacation and sick time. The following key personnel were included on the funded project. Only the incremental effort to bring their total % effort up the amounts indicated in the following paragraphs are included in this budget request. Two additional software engineers and two molecular biologists have been added to accommodate the expanded scope of the project.

Gina L. Costa, Ph.D. will serve as the Principle Investigator and will devote 90% of her time to this project. Dr. Costa will work with NHGRI staff to establish final low-cost genomic DNA sequencing technology goals, milestones and implementation efforts. Dr. Costa will provide overall scientific leadership and will coordinate efforts across different departments at Agencourt. She will work closely with Managers and Staff Scientists within Agencourt to ensure that milestones regarding development of technologies progress within the expected timelines. Dr. Costa will submit data for quality assessment, submit periodic

CONFIDENTIAL                        AB00144357

progress reports as requested, and will ensure that all other deliverables are delivered according to accepted rules and procedures. She will coordinate research collaborations, and ensure that the research results are published in a timely manner. She will also make sure that the project adheres to the NIH and NHGRI policies regarding intellectual property, data release, recombinant DNA guidelines and regulations pertaining to the handling of biological materials. Dr. Costa has over 10 years experience in molecular biology, genetics, genome sequencing, and technology development.

Douglas R. Smith, Ph.D. will serve as Co-Principle Investigator, and will devote 20% of his time to this project. This is judged to be an appropriate level of effort for this project from Dr. Smith, since Gina will handle most of the day-to-day project management tasks. Dr Smith will contribute scientific leadership and help to coordinate the large number of research collaborations. Dr. Smith has over 15 years of experience in developing and applying DNA sequencing technologies, including a working relationship with Dr. George Church since 1989. Dr. Smith remains active in providing scientific leadership, pushing for innovation. He is highly experienced in leading NHGRI-funded large-scale sequencing and technology development projects, and will assist Dr. Costa in dealing with administrative issues, budgeting and reporting tasks associated with the project.

Kevin McKernan, will serve as Co-Investigator to coordinate the development of novel instrumentation and technology platforms to support low-cost genomic DNA sequencing activities. Kevin served as Head of the Automation and Development Team of the Whitehead/MIT Genome Project where he invented novel biochemical procedures for DNA purification and automation. Over 1 billion consensus base pairs of the human genome were purified and sequenced using the methods developed by Kevin. In the summer of 2000 Kevin founded Agencourt Bioscience Corporation to address the growing industrial genomic markets. He remains active in all aspects of technology advancement and R&D leadership at the company. He will devote 20% of his time to this project.

Paul McEwan, will serve as Co-Investigator and will assist in the design and development of novel low-cost genomic DNA sequencing technologies. Paul served as Process Development Coordinator of the Automation and Development at the Whitehead Institute Center for Genome Research. At Whitehead, he played a key role in the development and implementation of industrial-scale automation of biochemical procedures for the Human Genome Project including development of new applications for the SPRI chemistry for which he holds one issued patent. Paul's other development efforts at Whitehead included work on a novel photolithographed microchannel DNA sequencer. Paul is also co-founder of Agencourt Bioscience. He was instrumental in establishing and organizing the large-scale sequencing operation at Agencourt and has been working on the polony project since its inception. Paul will devote 10% of his time to this project.

Joel Malek, M.S., will serve as Co-Investigator for the development of massively parallel sequencing procedures for genomic DNA resequencing. Joel will also contribute to genome assembly. Prior to joining Agencourt, Joel worked at The Institute for Genomic Research (TIGR), where he developed methods to accelerate the finishing of microbial genomes and led the BAC End Sequencing Team, during its rapid scale-up for the Human Genome Project. Upon completion of the Human BAC Ends project in 1999, Joel directed the development of protocols for BAC End sequencing using Capillary Electrophoresis Sequencers, in preparation for the Mouse Genome Project. Joel developed the paired GST methodology and is actively engaged in the polony project. Joel will devote 100% of his time to this project.

Bill Donahue, Ph.D., will serve as Co-Investigator focused on the development of novel methodologies for sample preparation and library construction for use in low-cost genomic DNA sequencing technologies. Dr. Donahue has a background in molecular biology, genetics and biomolecular pharmacology and will apply his expertise to engineering and implementing new protocols for novel template sequencing protocols. Bill's past efforts have included defining and optimizing cDNA library construction procedures, developing novel gene construction and in vitro mutagenesis methods, and construction of genomic libraries for Agencourt's large scale sequencing activities. Bill will devote 100% of his time to this project.

Lev Kotler, Ph.D. will serve as Senior Scientist in the development of DNA amplification methodologies for low-cost genomic DNA sequencing technologies. Dr. Kotler has a background in molecular biology and polymer chemistry with experience in the development of efficient systems for capillary gel electrophoresis

Page 5

CONFIDENTIAL                                                                                          AB00144358

using polyacrylamide solutions for DNA sequencing. While at Agencourt, Lev has aided in the design and manufacture of purification devices for plasmid preparation and sequencing and has been pivotal to the development of new technologies for high-throughput genomic sequencing.  Lev will devote 100% of his time to this project.

Alan Blanchard, Ph.D. will serve as Lead Scientist, Informatics and Instrument Development.  Dr. Blanchard is highly experienced in both instrument design and data analysis with a background in both engineering and mathematics.  Prior to joining Agencourt, Dr. Blanchard lead a group working on a technology very similar to FISSEQ at Manteia Predictive Medicine, SA..  Dr. Blanchard was a founding member of Rosetta Inpharmatics, which commercialized an DNA arrayer, based on ink-jet technology, developed by Dr. Blanchard at the University of Washington in the Laboratory of Dr. Leroy Hood.  Dr. Blanchard's previous experience includes software development for basecalling algorithms, studies in information and complexity theory, analog and digital VLSI design, compiler design, and several other software development and engineering projects.  Alan will devote 90% of his time to this project.

Jeffrey K. Ichikawa, Ph.D., will serve as Co-Investigator for the development of novel sequencing chemistries to support sequencing by synthesis. Dr. Ichikawa has an extensive background in biochemistry with expertise in protein purification and enzyme evaluation. Additionally, Dr. Ichikawa has previous experience in the development of protocols for microbe- and human-based spotted microarrays using numerous prototype robotics and scanners.  Together Dr. Ichikawa's background will serve to enhance our group effort by coupling knowledge of biological systems with automation. Jeffrey will devote 100% of his time to this project.

**Consultant costs.**  $25,000 per calendar year is required for engineering consulting to assist with optics and flow cell design, and with instrumentation control software.

**Equipment.**  Required equipment for the three sequencing instruments includes: controller and image compression computers, 2 per instrument, 6 total at $5,000 each; image analysis computers, 3 at $25,000 each; CCD cameras, 4 per instrument, 12 total at $25,000 each; 10 Gb network cards, 3 at $3,000; 4 terabytes of disk storage,  $50,000; one 10 Gb network switch, $7,000.

**Supplies.**  A significant quantity of supplies are required for research and development work on the project (the following amounts refer to usage per calendar year; the amounts were adjusted to correspond with the funded fiscal years of the grant). These include Taq and Pfu polymerases for solid phase PCR, and DNA polymerases for polony sequencing experiments ($50,000 / year) and other enzymes for library construction ($5,000 / year).  Several types of chemically derivatized beads must be tested, and a large number of beads are required for emulsion PCR experiments and thermoreversible polymer amplification experiments ($50,000 / year).   High purity native nucleotides are required for PCR and polony sequencing experiments ($10,000 / year).  Numerous oligonucleotides are required in significant quantities, and containing different chemical modifications for linking onto beads or for serving as capture probes ($50,000 / year).  We expect to consume a large quantity cleavable, labeled probe oligonucleotides ($100,000 / year).  Slides for polony experiments with a custom mask will cost $10,000 / year.  A variety of additional chemicals, reagents, plasticware, and low-cost equipment are required for the project.  The total cost of such supplies will be $44,000 / year.  The rate of consumption of supplies will be similar in each of the three fiscal years.

Automation supplies sufficient to produce three instruments (one in Fy2 of parent grant and 2 in Fy3) include: movable flow cell stages, 3 at $25,000 = $75,000; microscope objectives, 6 at $2,000= $12,000; Optical Filters, 3 at $4,000=$12,000; Optical table and enclosures, 3 at $3,000 = $9,000; Autofocus systems, 3 at  $8,000 = $24,000; Fluid pumps & valves, 3 at $5,000 = $15,000;  Custom optical mounts, 3 at $3,500 = $10,500; Temperature control, 3 at $5,000 = $15,000;  Optical Fluid monitor, 3 at $3,000 = $9,000; Illumination system, $9,000 =$27,000; flow cells, 3 at $5,000 = $15,000.

**Travel.** No incremental travel funds are requested.

**Subcontracts.**  The subcontract to Prime Organics will be expanded to support synthesis of an expanded number of phosphoramidites, nucleotide analogs and universal bases at an incremental cost $150,000 per calendar year.

CONFIDENTIAL

AB00144359

## BIOGRAPHICAL SKETCH

| NAME<br>Gina L. Costa | POSITION<br>Director, New Technology Development | | |
| --- | --- | --- | --- |
| EDUCATION/TRAINING | | | |
| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
| University of California, Davis | B.Sc | 1990 | Molecular Genetics |
| Stanford University, Palo Alto, CA | Ph.D | 2000 | Immunology |
| Stanford University School of Medicine, CA | Post-Doc | 2001 | Gene Therapy |

### Honors, Positions and Employment

1985-1990    Research Assistant, Organic Chemistry
Department of Chemistry, University of California, Davis

1990-1992    Biologist, Cellular Immunology
NIDR, National Institutes of Health (NIH), Bethesda, MD

1992-1995    Senior Research Associate, Vectors/Hosts Research & Development
Stratagene Cloning Systems, Inc., La Jolla, CA

1995-2000    Ph.D. Student, Immunology Program
*Advisor*: C. Garrison Fathman, MD
Stanford University, Palo Alto, CA

2000-2001    Post Doctoral Fellowship
*Research Focus*: Retroviral-mediated gene therapy in autoimmune disease.
Stanford University School of Medicine, Palo Alto, CA

2001-2002    Senior Scientist, Cellular Assay Development
Cell and Molecular Biology
SurroMed, Inc., Mountain View, CA

2002-2003    Section Leader, Molecular Applications Development
Molecular Sciences
454 Life Sciences, Branford, CT

2003-    Director, New Technology Development
Agencourt Bioscience Corporation, Beverly, MA

### Other Experience and Professional Memberships
Member of AAAS and AAI

### Selected Publications

### Journal Publications

1. Wahl, S.M., **G.L. Costa**, D. E. Mizel, J. B. Allen, U. Skaleric, and D. F. Mangan (1993) Role of TGF-beta in the pathophysiology of chronic inflammation. *J. Periodontal Disease 64(5 Suppl):450*.

2. Wong, H. L., **G. L. Costa**, M. T. Lotze, and S. M. Wahl. 1993. Interleukin (IL) 4 differentially regulates monocyte IL-1 family gene expression and synthesis in vitro and in vivo. *J Exp Med 177:775*.

Page 7

CONFIDENTIAL                                                      AB00144360

3. Wahl, S. M., **G. L. Costa**, M. Corcoran, L. M. Wahl, and A. E. Berger. 1993. Transforming growth factor-beta mediates IL-1-dependent induction of IL-1 receptor antagonist. *J Immunol 150:3553.*

4. Wahl, S. M., J. B. Allen, **G. L. Costa**, H. L. Wong, and J. R. Dasch. 1993. Reversal of acute and chronic synovial inflammation by anti-transforming growth factor beta. *J Exp Med 177:225.*

5. Allen, J. B., H. L. Wong, **G. L. Costa**, M. J. Bienkowski, and S. M. Wahl. 1993. Suppression of monocyte function and differential regulation of IL-1 and IL-1ra by IL-4 contribute to resolution of experimental arthritis. *J Immunol 151:4344.*

6. **Costa, G. L.**, and M. P. Weiner. 1994. Protocols for cloning and analysis of blunt-ended PCR-generated DNA fragments. *PCR Methods Appl 3:S95.*

7. **Costa, G. L.**, A. Grafsky, and M. P. Weiner. 1994. Cloning and analysis of PCR-generated DNA fragments. *PCR Methods Appl 3:338.*

8. **Costa, G. L.**, and M. P. Weiner. 1994. Polishing with T4 or Pfu polymerase increases the efficiency of cloning of PCR fragments. *Nucleic Acids Res 22:2423.*

9. Weiner, M. P., **G. L. Costa**, W. Schoettlin, J. Cline, E. Mathur, and J. C. Bauer. 1994. Site-directed mutagenesis of double-stranded DNA by the polymerase chain reaction. *Gene 151:119.*

10. Dal Canto, R. A., **G. Costa**, M. D. Shaw, C. Seroogy, G. P. Nolan, and C. G. Fathman. 1998. Local delivery of cytokines by retrovirally transduced antigen-specific TCR+ hybridoma cells in experimental autoimmune encephalomyelitis. *Eur Cytokine Netw 9:83.*

11. Fathman,C. G., **G. L. Costa** and C. M. Seroogy (2000) The Application of Gene Therapy in Autoimmune Disease. *Clin Immunol 95:S39.*

12. Szabo, S. J., S.T. Kim, **G. L. Costa**, X. Zhang, C. G. Fathman, and L. H. Glimcher (2000) A novel transcription factor, T-bet, directs Th1 lineage commitment. *Cell 100:655.*

13. **Costa, G.L.**, J. M. Benson, C. M. Seroogy, P. Achacoso, C. G. Fathman, and G. P. Nolan (2000) Targeting rare populations of murine antigen-specific T lymphocytes by retroviral transduction for potential application in gene therapy for autoimmune disease. *J. Immunol 164:3581.*

14. Nakajima, A., Seroogy, C.M., Sandora, M.R., Tarner, I.H., **Costa, G.L.**, Taylor-Edwards, C., Contag, C.H., and Fathman, C.G. (2001) Antigen-specific T cell-mediated gene therapy in collagen-induced arthritis *J. Clin. Invest. 107:1293-1301.*

15. **Costa, G.L.**, Sandora M.R., Nakajima, A., Nguyen, E.V., Taylor-Edwards, C., Slavin, A.J., Contag, C.H., Fathman, C.G., and Benson, J.M (2001) Adoptive immunotherapy of experimental autoimmune encephalomyelitis via T cell delivery of the IL-12 p40 subunit *J. Immunol. 167:2379-2387.Cover Illustration January 2002 through March 2002.*

**Book Chapters**

1. **Costa, G. L.** and M. P. Weiner (1995) Cloning and analysis of blunt-ended PCR-generated DNA fragments. In *PCR Primer: A Laboratory Manual.* Cold Spring Harbor Laboratory Press. Cold Spring Harbor, NY.

2. Weiner, M. P. and **G. L. Costa** (1995) Rapid PCR site-directed mutagenesis. In *PCR Primer: A Laboratory Manual.* Cold Spring Harbor Laboratory Press. Cold Spring Harbor, NY.

CONFIDENTIAL

AB00144361

3.  Weiner, M. P., T. Gackstetter, **G. L. Costa**, J. C. Bauer, and K. Kretz (1995) Recent advances in PCR methodology. In *Molecular Biology: Current Innovations and Future Trends*.  Horizon Scientific Press, Inc. Totowa, NJ.

4.  **Costa, G. L.**, B. McGowen, M. Angert, and M. P. Weiner (1995) *In vitro* mutagenesis. In *Methods in Molecular Biology: In Vitro Mutagenesis*. Humana Press, Inc. Totowa, NJ.

5.  **Costa, G. L.**, A. K. Bernardino, and M. P. Weiner (1995) Directional cloning of blunt-ended PCR products. In *PCR Essentials*. Bios Scientific Publishing, LTD. Oxford.

6.  **Costa, G.L.** and M.P. Weiner (2001). Update to PCR Cloning: alternatives to single-stranded restriction enzymes and the development of retroviral vectors for the cloning of blunt-ended PCR products. In *Cloning and expression vectors for gene function analysis*. BioTechniques Press, Eaton Publishing. Westborough, MA.

7.  **Costa, G. L.** and C. G. Fathman (2001) Transduction of antigen-specific CD4+ T cells for local delivery of regulatory molecules. In *Modern Therapeutics in Rheumatoid Diseases*. Humana Press, Inc. Totowa, NJ.

8.  **Costa, G.L.**, J.M. Benson, and C.G. Fathman (2002) Autoimmune Diseases:  Gene Therapy in Model Systems. In *Encyclopedia of the Human Genome*. Macmillan Reference, Ltd. Nature Publishing Group, London UK.

9.  Weiner, M.P. and **G.L. Costa** (2003) Rapid PCR site-directed mutagenesis. In *PCR Primer: A laboratory Manual*, 2nd edition. Cold Spring Harbor Laboratory Press. Cold Spring Harbor, NY.

10. **Costa, G.L.** and M.P. Weiner (2003) Bidirectional and directional cloning of PCR products. In *PCR Primer: A laboratory Manual*, 2nd edition. Cold Spring Harbor Laboratory Press. Cold Spring Harbor, NY.

**Ongoing Research Support**
R24 HG03570        G.L. Costa                        10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role:

**Completed Research Support**
R43 HG002971        D.R. Smith                        9/03-3/04
NIH/NHGRI
Multiplex Polony Genotyping
The goal of this project is to develop a low cost polony based genotyping method.
Role: Director

CONFIDENTIAL

AB00144362

**BIOGRAPHICAL SKETCH**

| NAME | POSITION |
|------|----------|
| Douglas R. Smith | Director, Grant Development |

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
|--------------------------|--------|------|----------------|
| McGill University, Montreal | B.Sc | 1977 | Biochemistry |
| Cornell University, Ithaca, NY | Ph.D | 1981 | Molecular Genetics |
| Carnegie Institution, Baltimore, MD | Post-Doc | 1981-83 | Transcription Factors |
| Imperial Cancer Research Fund, London | Post-Doc | 1983-86 | Oncogenes |

**Honors, Positions and Employment**

| | |
|---|---|
| 1977 | Graduation with First Class Honors, McGill University |
| 1979-1981 | Graduate Research Assistantship, Thesis Work, Cornell University, NY. |
| 1981-1983 | Fellow of the Damon Runyon-Walter Winchell Cancer Fund in the laboratory of Dr. Donald D. Brown at the Carnegie Institution of Washington, Department of Embryology |
| 1983-1986 | Fellow of the Imperial Cancer Research Fund in the laboratories of Dr. Michael J. Hayman and Dr. John Wyke at the ICRF laboratories, St. Bartholomew's Hosptial, London |
| 1986-1990 | Senior Research Scientist, Department of Human Genetics, Collaborative Research, Inc. |
| 1990-1995 | Research Manager, CRI (renamed Genome Therapeutics Corp.) Waltham, MA |
| 1995-1998 | Senior Research Fellow, Genomics & Technology, Genome Therapeutics, Waltham, MA |
| 1998-2000 | Director, Technology, Genome Therapeutics Corp. Waltham, MA |
| 2000-2001 | Sr. Director, Genomic Grants & Contracts, Genome Therapeutics Corp. Waltham, MA |
| 2001-2003 | Sr Scientific Advisor, Genomics & Technology, Genome Therapeutics Corp. Waltham, MA |
| 2003- | Director, Grant Development and PI of Agencourt Sequencing Center, Agencourt Bioscience Corporation, Beverly, MA |

**Other Experience and Professional Memberships**

Served on numerous ad hoc review panels for genome center and technology grants
Chapter Editor for Current Protocols in Human Genetics
Member of HUGO, ASHG and AAAS

**Selected Publications** (24 out of 44)

1. Smith, D.R., Jackson, I.J. and Brown, D.D. 1984. Domains of the Positive Transcription Factor Specific for the Xenopus 5S RNA Gene. *Cell* 37:645-652.

2. Donis-Keller, H., Green P., Helms, (29 additional authors) 1987. A Genetic Linkage Map of the Human Genome. *Cell*, 51:319-337.

3. Fulton, T.R., Bowcock, A.M., Smith, D.R., Daneshvar, L., Green, P., Cavalli-Sforza, L.L., and Donis-Keller, H.A. 1988. A 12 Megabase Restriction Map at the Cystic Fibrosis Locus. *Nucleic Acids Research*, vol.17:271-284.

4. Smith, D.R., Vogt, P.K., Hayman, M.J. 1989. v-Sea Oncogene of Avian Erythroblastosis Retrovirus S13: Another Member of the Protein Tyrosine Kinase Family. *Proc. Natl. Acad. Sci. USA* 86, 5291-95.

5. Smith, D.R., Smyth, A.P., and Moir, D.M. 1990. Amplification of Large Artificial Chromosomes. *Proc. Natl. Acad. Sci. USA*, 87: 8242-8246.

6. Smith, D.R., Smyth, A.P., Strauss, W.M., Moir D.T. (1993) Incorporation of copy number control elements into yeast artificial chromosomes by targeted homologous recombination. *Mammalian Genome* 4: 141-147.

7. Moir, D.T., Dorman, T.E., Smyth, A.P., Smith, D.R., (1993) A human genome YAC library in a selectable high-copy number vector. *Gene* 125: 229-232.

CONFIDENTIAL

AB00144363

8. Cole, S. and Smith D. (1994) Mapping and Sequencing of the Mycobacterium tuberculosis genome. In: Experimental Tuberculosis. B. Bloom, ed. ASM Press.

9. Smith, D. R. 1996. Microbial pathogen genomes - new strategies for identifying therapeutics and vaccine targets. *Trends in Biotechnology*, 14: 290-293.

10. Smith, D. R., Richterich, P., Rice, P.W., (36 additional authors) (1997) Multiplex sequencing of 1.5 Mb of the *Mycobacterium leprae* genome. *Genome Research* 7, 802-819.

11. Smith, D. R., Doucette-Stamm, L. A., Deloughery, C., (32 additional authors) (1997) The complete genome sequence of *Methanobacterium thermoautotrophicum* Strain _H: functional analysis and comparative genomics. *Journal of Bacteriology,* Volume 179, 7135-7155.

12. Xu, L., Bian N., Wang, Z., Abdel-Baky, S., Pillai, S., Magiera, D., Murugaiah, V., Giese, R.W., Wang, P., O'Keefe, T., Abushamaa, H., Kutney, L., Church, G., Carson, S., Smith, D., Park, M., Wronka, J., Laukein, F. (1997) Electrophore Mass Tag Dideoxy DNA Sequencing. *Analytical Chemistry* 69, 3595-3602.

13. Engelstein, M., Aldredge, T.J., Madan, D., Smith, J.H., Mao, J.I., Smith, D.R., Rice, P.W., 1998. An efficient, automatable template preparation for high throughput sequencing. *Microb Comp Genomic,*. 3: 237-241.

14. Alm, R.A., Ling, L.L., Moir, D.T., King, B.L., Brown, E.D., Jiang, Q., Doig, P.C., Smith, D.R., Noonan, B., Guild, B.C., deJonge, B.L., Carmel, G., Tummino, P.J., Caruso, A. Uria-Nickelson, M., Mills, D., Ives, C., Merberg, D., Mills, S.D., Taylor, D.E., Vovis, G.F., Trust, T.J. (1998) Defining the minimal gene complement required for pathogenicity of *Helicobacter Pylori. Nature* 397, 176-180.

15. International Human Genome Sequencing Consortium (2001) Initial Sequencing and Analysis of the Human Genome. *Nature* 409, 860-921.

16. Nölling, J., Breton, G., Omelchenko, M.V., Makarova, K.S., Zeng, Q, Gibson, R., Lee, H.M., Dubois, J., GTC Sequencing Center production, finishing, and bioinformatics teams, Wolf, Y.I., Tatusov, R.L., Sabathe, F., Doucette-Stamm, L., Soucaille, P., Daly, M.J., Bennett, G.N., Koonin, E.V., Smith, D.R. (2001) Sequence and comparative analysis of the *Clostridium acetobutylicum* genome. *J. Bacteriol,* 183: 4823-38

17. International Mouse Genome Sequencing Consortium (2001) Initial Sequencing and Comparative Analysis of the Mouse Genome. Nature 409, 860-921.

18. Cahill, P., Bakis, M., Hurley, J., Kamath, V., Nielsen, W., Weymouth, D., Dupuis, J., Doucette-Stamm, L., and Smith, D.R. (2003) Exo-Proofreading, a Versatile SNP Scoring Technology. *Genome Research,* 13: 925-31.

19. Gibson, R. and Smith, D.R. (2003) Genome Visualization Made Fast and Simple. *Bioinformatics,* 19, 1449-50.

20. Malek, J.A., Wierzbowski, J.M., Tao, W., Bosak, S.A., Saranga, D.J., Doucette-Stamm, L., Smith, D.R., McEwan, P.J., and McKernan, K.J. (2004) Protein interaction mapping on a functional shotgun sequence of Rickettsia sibirica. *Nucleic Acids Res.* 32, 1059-64.

21. Rat Genome Sequencing Project Consortium (2004) Genome Sequence of the Brown Norway Rat Yields Insights into Mammalian Evolution. *Nature,* 428, 493-521.

22. Huang, H. Winter, E.E., Wang, H., Weinstock, K.G., Xing, H., Goodstadt, L., Stenson, P.D., Cooper, D.N., Smith,D.R., Albà, M.M., Ponting, C.P. and Fechtel K. (2004) Conservation and selection among rat and mouse orthologues of Human Disease Genes. *Genome Biology,* 5: R47.

23. Deloukas, P., Earthrowl, M. E., Grafham, D.V., (131 additional authors) , Smith, D.R., Rogers, J. (2004) The DNA sequence and comparative analysis of human chromosome 10. *Nature,* 429: 375-81.

24. International Human Genome Sequencing Consortium (2004) Finishing the euchromatic sequence of the human genome. *Nature,* 431: 931-45.

**Ongoing Research Support**

U54 HG03069          D.R. Smith                              11/03-10/06
NIH/NHGRI
Agencourt Sequencing Center

CONFIDENTIAL                                                                                       AB00144364

Program Director/Principal Investigator: Smith

The goals of this project are to produce and disseminate genome sequences for high priority organisms.
Role: PI

R24 HG02210        D.R. Smith                        6/00-8/04
NIH/NHGRI
Flat Plates for Small Volume Thermocycling and Clean-up
The goal of this project is to develop new techniques for high throughput genomic sequencing, including manufacture of purification devices for plasmid preparation and sequencing.
Role: PI

R24 HG03570        G.L. Costa                        10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Co-PI

<u>Completed Research Support</u>
R43 HG002971       D.R. Smith                        9/03-3/04
NIH/NHGRI
Multiplex Polony Genotyping
The goal of this project is to develop a low cost polony based genotyping method.
Role: PI

U54 HG02046  D.R. Smith                             7/99-6/03
NIH/NHGRI
GTC Sequencing Center
The goals of this project are to produce and disseminate high quality draft and finished sequences of the human genome, and to generate WGS shotgun sequencing reads for the rat genome.
Role: PI

U54 HG02145        D.R. Smith                        10/99-2/03
NIH/NHGRI
Large-scale Sequencing of the Rat Genome
This project supports whole genome shotgun sequencing of the rat genome and the development of tools and technologies to improve sequencing efficiency
Role: PI

R44 CA80566        D.R. Smith                        6/00-5/02
NIH/NCI
Low Cost, Sequence Based Cancer Pharmacogenetics (PI)
The goal of this project is to develop functional systems for capillary-based sample handling and thermocycling, and to apply them to SNP discovery in several genes of interest.
Role: PI

CONFIDENTIAL                                                                      AB00144365

**BIOGRAPHICAL SKETCH**

| NAME | POSITION |
|------|----------|
| Alan-Philippe Blanchard | Lead, Bioinformatics and Algorithm Development |

| EDUCATION/TRAINING | | | |
|---|---|---|---|
| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
| California Institute of Technology | B.Sc | 1980 | Mathmatics |
| California Institute of Technology | Ph.D | 1993 | Computation and Neural Systems |

### Honors, Positions and Employment

Vice-President, Research and Development, Manteia Predictive Medicine, S.A., Geneva, Switzerland.
March 2003 – November 2003
Manteia, S.A. was a spin-off of Serono, S.A. (a large Swiss pharmaceutical firm) focused on developing a very high throughput genotyping technology in order to do large genetic association studies. The technology was based on a planar solid-phase DNA amplification step followed by a base-by-base sequencing process done on millions of samples in parallel.

Rosetta Inpharmatics, Kirkland, WA.
June 1999 - June 2001 Senior Director of Technology Development
June 1997 – June 1999 Director of Technology Development, reported to the CEO
A founding member of Rosetta. Rosetta's core enabling technology was the ink-jet arrayer developed at the University of Washington.

Senior Fellow, Leroy Hood Laboratory, Department of Molecular Biotechnology, University of Washington.
February 1993 - June 1997
Designed and constructed a machine to make DNA microarrays. Machine synthesized thousands of different DNA molecules by using ink-jet technology to deliver DNA synthesis reagents to microscopic spots on the surface of a glass slide.

Graduate student, California Institute of Technology, Pasadena, CA
September 1984 – February 1993
Ph.D. Student in Computation and Neural Systems, Caltech; Advisor: Lee Hood.
Thesis Title: "Sequence-specific effects on the incorporation of dideoxynucleotides by a modified T7 polymerase"
Project characterized the uneven peak heights seen in sequencing gels based on local sequence context. Work involved writing software to accurately quantitate the total signal in each band of a fluorescent sequencing gel.
Graduate work in the Department of Computer Science, Caltech: Studied information and complexity theory, analog and digital VLSI design, compiler design, and gravitation. Worked on Turing machines with a finite number of marks.

IBM Corporation, Pasadena, CA
December 1989 - March 1991
Consultant on the design of a high-redundancy, high reliability multiple disk storage system.

Rand Corporation, Santa Monica, CA
June 1989 - September 1989
Consultant on analysis of neural recordings from avian auditory nucleus.

AMETEK Computer Research Division, Pasadena, CA

CONFIDENTIAL

AB00144366

October 1983 - December 1983
Electrical engineer. Part of a group designing hardware for a commercial parallel processor.

APh Technological Consulting, Pasadena, CA
July 1980 - September 1983
Electrical engineer and programmer. Worked on designing video game hardware, automated audio tape editing, ethernet interface hardware, movie colorizing hardware, etc.

## Publications

Hughes TR, Mao M, Jones AR, Burchard J, Marton MJ, Shannon KW, Lefkowitz SM, Ziman M, Schelter JM, Meyer MR, Kobayashi S, Davis C, Dai H, He YD, Stephaniants SB, Cavet G, Walker WL, West A, Coffey E, Shoemaker DD, Stoughton R, Blanchard AP, Friend SH, Linsley PS.
*Expression profiling using microarrays fabricated by an ink-jet oligonucleotide synthesizer.*
Nature Biotechnology 2001 Apr;19(4):342-7.

Blanchard AP, Friend SH.
*Cheap DNA arrays-it's not all smoke and mirrors.*
Nature Biotechnology 1999 Oct;17(10):953.

Ducret A, Bartone N, Haynes PA, Blanchard A, Aebersold R.
*A simplified gradient solvent delivery system for capillary liquid chromatography-electrospray ionization mass spectrometry.*
Analytical Biochemistry 1998 Dec 1;265(1):129-38.

Blanchard AP
*Synthetic DNA Arrays.*
Genetic Engineering (N Y) 20:111-123 (1998).

Blanchard AP, Hood L.
*Sequence to array: probing the genome's secrets.*
Nature Biotechnology 1996 Dec;14(13):1649.

Blanchard, A.P., R.J.Kaiser, L.E.Hood.
*High-Density Oligonucleotide Arrays.*
Biosensors & Bioelectronics 11:687-690, 1996

F. Forster, R. Bardell, M. Afromowitz, N. Sharma, A. Blanchard.
*Design, fabrication and testing of fixed-valve micro-pumps.*
Proceedings of the American Society of Mechanical Engineers FED-Vol.234, IMECE, pp. 39-44,1995.

## Patents

U.S. Patent No. 6,419,883
"Chemical Synthesis Using Solvent Microdroplets"
Alan P. Blanchard
Issued: July 16, 2002.

U.S. Patent No. 6,384,210
"Solvent for Biopolymer Synthesis, Solvent Microdroplets and Methods of Use"
Alan P. Blanchard
Issued: May 7, 2002.

U.S. patent No. 6,028,189
"Solvent for oligonucleotide synthesis and methods of use"
Alan P. Blanchard

CONFIDENTIAL

AB00144367

Issued: February 22, 2000.

U.S. Patent No. 5,876,187
"Micropumps with Fixed Valves"
Fred K. Forster, Ron L. Bardell, Alan P. Blanchard, Martin A. Afromowitz and Nigel R. Sharma
Issued: March 2, 1999.

**<u>Ongoing Research Support</u>**

R24 HG03570        G.L. Costa                      10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Co-investigator

CONFIDENTIAL                                             AB00144368

**BIOGRAPHICAL SKETCH**

| NAME<br>Bill Donahue | POSITION<br>Senior Scientist | | |
|---|---|---|---|
| EDUCATION/TRAINING | | | |
| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
| University of Southern Maine | B.A. | 1997 | Biology/Biochemistry |
| Boston University School of Medicine | Ph.D | 2003 | Pharmacology |

### Honors, Positions and Employment

| | |
|---|---|
| 1988-1992 | U.S. Navy, Data Systems Technician Second Class (E-5)<br>U.S.S. Hayler DD-997 |
| 1993-1995 | Research Assistant, Drosophila Genetics<br>Department of Biology, University of Southern Maine, Portland, Maine |
| 1995-1997 | Research Assistant, Plant Biochemistry<br>Department of Biology, University of Southern Maine, Portland, Maine |
| 1997-2003 | Ph.D. Student, Graduate Research Associate<br>Advisor: Kevin A. Jarrell Ph.D.<br>Department of Pharmacology and Experimental Therapeutics<br>Boston University School of Medicine, Boston, Massachusetts |

### Other Experience and Professional Memberships

United States Navy Data Systems Technician Class "A" School

United States Navy Class "C" school A/N UYK-7 Computer / Peripheral Maintenance / Repair

United States Navy Assembly Language Programming J-532-0063

### Selected Publications

**Donahue,W.F.**, Turczyk, B.M., and Jarrell, K.A. Rapid Gene Cloning using Terminator Primers and Modular Vectors. *Nucleic Acids Research.* (2002) **30**, e95.

**Donahue,W.F.**, and Jarrell, K.A.  A BLAST from the Past: Ancient Origin of Human Sm Proteins. *Molecular Cell.* (2002) **9**, 7-8.

Murray, H.L., Mikheeva, S., Coljee, V.W., Turczyk, B.M., **Donahue, W.F.**, Bar-Shalom, A., and Jarrell, K.A. Excision of Group II Introns as Circles. *Molecular Cell.* (2001) **8**, 201-211.

Coljee, V.W., Murray, H.L., **Donahue, W.F.**, and Jarrell, K.A. Seamless Gene Engineering using RNA-Overhang Cloning and DNA-Overhang Cloning. *Nature Biotechnology*, (2000) **18**, 789-791.

### Patents

CONFIDENTIAL

AB00144369

United States Patent Number 6358712.  K.A. Jarrell, V.W. Coljee, W.F. Donahue, S. Mikheeva.  Trustees of Boston University, Boston, Mass., Published 7/13/00.

International Publication Number: WO0022836.  K.A. Jarrell and W.F. Donahue, Trustees of Boston University, Boston, Mass., Published 7/20/01

International Publication Number:  WO0017342.  K.A. Jarrell, S. Mikheeva, W.F. Donahue. Trustees of Boston University, Boston, Mass., Published 03/30/00.

**Ongoing Research Support**
R24 HG03570          G.L. Costa                                    10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Co-investigator

**Completed Research Support**
2001-2002     Training Grant in the Genomic Sciences, NHGRI

CONFIDENTIAL                                                                    AB00144370

## BIOGRAPHICAL SKETCH

| NAME<br>Jeffrey K. Ichikawa | POSITION<br>Senior Scientist | | |
|---|---|---|---|
| EDUCATION/TRAINING | | | |
| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
| California State University, Long Beach | B.Sc | 1991 | Chemistry and Biochemistry |
| University of California, Los Angeles | Ph.D | 1998 | Chemistry and Biochemistry |
| University of Washington | Post-Doc | 1998-2000 | Microbiology |
| Harvard University | Post-Doc | 2000-2004 | Microbiology and Molecular Genetics |

### Honors, Positions and Employment

| | |
|---|---|
| 2003 | Chairman's Fund Fellowship Award<br>John W. Littlechild, benefactor<br>Department of Microbiology and Molecular Genetics<br>Harvard Medical School |
| 2002 | Instructor, National Academies sponsored course; Genome-Wide Approaches to Understanding Bacterial Pathogenesis. Prague, Czech Republic. |
| 2000-2004 | Senior Fellow, Department of Microbiology and Molecular Genetics, Harvard Medical School<br>Fellowship Advisor: Stephen Lory Ph.D. |
| 1998-2000 | Senior Fellow, Department of Microbiology, University of Washington<br>Fellowship Advisor: Stephen Lory Ph.D. |
| 1999-2002 | Cystic Fibrosis Foundation Post-doctoral Fellowship |
| 1994-1997 | Cellular and Molecular Biology Training Grant USPHS GM07185 |
| 1994 | Gregory Award for Outstanding Research<br>Department of Chemistry and Biochemistry, UCLA |
| 1991-1998 | Pre-doctoral trainee UCLA Dept of Chemistry and Biochemistry<br>Thesis Advisor: Steven Clarke Ph.D. |

### Publications

1. Ichikawa, J. K., C. Li, J. Fu, and S. Clarke. 1994. A gene at 59 minutes on the *Escherichia coli* chromosome encodes a lipoprotein with unusual amino acid repeat sequences. *J Bacteriol.* 176(6):1630-8.

2. Li, C., J. K. Ichikawa, J. J. Ravetto, H. C. Kuo, J. C. Fu, and S. Clarke. 1994. A new gene involved in stationary-phase survival located at 59 minutes on the *Escherichia coli* chromosome. *J Bacteriol.* 176(19):6015-22.

CONFIDENTIAL

AB00144371

3.  Ichikawa, J. K. and S. Clarke. 1998. A highly active protein repair enzyme from an extreme thermophile: the L-isoaspartyl methyltransferase from *Thermotoga maritima*. *Arch. Biochem. Biophys.* 358(2):222-231.

4.  Visick, J. E., J. K. Ichikawa and S. Clarke. 1998. Mutations in the *Escherichia coli surE* gene increases isoaspartyl accumulation in a strain lacking the pcm repair methyltransferase but supress stress-survival phenotypes. *FEMS Microbiol. Lett.* 167:19-25.

5.  Ichikawa, J. K., A. Norris, M. G. Bangera, G. K. Geiss, A. B. van 't Wout, R. E. Bumgarner, and S. Lory. 2000. Interaction of *Pseudomonas aeruginosa* with epithelial cells: Identification of differentially regulated genes by expression microarray analysis of human cDNAs. *Proc. Natl. Acad. Sci USA* 97(17):9659-9664

6.  Lory, S. and J. K. Ichikawa. 2002 *Pseudomonas*-Epithelial Cell Interactions Dissected with DNA Microarrays. *Chest* 121(3):36S-39S

7.  Ernst R. K., D. A. D'Argenio, J. K. Ichikawa, M. G. Bangera, S. Selgrade, J. L. Burns, P. Hiatt, K. McCoy, M. Brittnacher, A. Kas, D. H. Spencer, M. V. Olson, B. W. Ramsey, S. Lory, S. I. Miller. 2003. Genome mosaicism is conserved but not unique in *Pseudomonas aeruginosa* isolates from the airways of young children with cystic fibrosis. *Environ Microbiol.* 5(12):1341-9

8.  Hybiske, K., J. K. Ichikawa, V. Huang, S. Lory and T. E. Machen. 2004. Cystic Fibrosis Airway Epithelial Cell Polarity and Bacterial Flagellin Determine Host Response to P. aeruginosa. Cell. Microbiol. 6(1):49-63.

9.  Ichikawa, J. K., S. Barnabas-English, M. C. Wolfgang, A. Butte, S. Lory. 2004. Synergistic and Antagonistic Effects of *P. aeruginosa* Type III Secretion on Airway Epithelial Cells Responses.
10. *(Manuscript in preparation)*

11. Ichikawa, J. K., C. Sundin, S. Barnabas-English, A. Butte, A. Forsberg, S. Lory. 2004. Heterologous Adhesin and Pili Mediated Host Responses in *P. aeruginosa*.
12. *(Manuscript in preparation)*

**Ongoing Research Support**
R24 HG03570        G.L. Costa                    10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Co-investigator

CONFIDENTIAL                                                                    AB00144372

**BIOGRAPHICAL SKETCH**

| NAME | POSITION |
|---|---|
| Lev Kotler | Senior Scientist, R&D |

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
|---|---|---|---|
| Saratov State University, Saratov, USSR | M.S. | 1976 | Chemistry |
| Kazan Institute of Biology, Kazan, USSR | Ph.D. | 1984 | Plant Physiology |

## Honors, Positions and Employment

| | |
|---|---|
| 1976 | Graduation with Honors, Saratov State University |
| 1976-1988 | Ph.D. Researcher, Scientist, Research Institute of Agriculture, Saratov, USSR |
| 1988-1990 | Senior Scientist, Acting Lab Manager, Timiryazev Academy, Moscow, USSR |
| 1991-1996 | Scientist, Department of Polymers, Department of Structural Biology, Weizmann Institute of Science, Rehovot, Israel |
| 1996-2001 | Staff Scientist, Barnett Institute, Northeastern University, Boston, MA |
| 2001-2003 | Scientist, Lead Discovery, Millennium Pharmaceuticals, Inc., Cambridge, MA |
| 2003- | Senior Scientist, R&D, Agencourt Bioscience Corp., Beverly, MA |

## Selected Publications (24 in total)

25. Kotler L., Zevin-Sonkin D., Sobolev I.A., Beskin A.D., and Ulanovsky L.E. "DNA sequencing: Modular primers assembled from a library of hexamers or pentamers.", Proc. Natl. Acad. Sci. USA, 90, 4241-4245 (1993).

26. Kotler L., Sobolev I. and Ulanovsky L., "DNA sequencing: modular primers for automated walking." BioTechniques 17, #3, 554-558 (1994).

27. Carrilho E., Miller A. W., Ruiz-Martinez M.C., Kotler L., Kesilman J., and Karger B.L., "Factors to be considered for robust high-throughput automated DNA sequencing using a multiple-capillary array instrument", SPIE Proceedings, vol. 2985, 4-18 (1997).

28. Raja M.C., Zevin-Sonkin D., Kotler L., Shwartzburd J., and Ulanovsky L., "DNA Sequencing with modular primers using a two-step protocol with thermostable polymerase at the second step". BioTechniques, 23, #3, 362-368 (1997).

29. Goetzinger W., Kotler L., Carrilho E., Ruiz-Martinez M. C., Salas-Solano O., Karger B.L., "Characterization of high molecular weight linear polyacrylamide powder prepared by emulsion polymerization as a replaceable polymer matrix for DNA sequencing by capillary electrophoresis". Electrophoresis, 19, 242-248 (1998).

30. Salas-Solano O., Ruiz-Martinez M. C., Carrilho E., Kotler L., Karger B.L., "A sample purification method for rugged and high performance DNA sequencing by capillary electrophoresis using replaceable polymer solutions. B. Quantitative determination of the role of sample matrix components on sequencing analysis". Anal. Chem., 70, 1528-1535 (1998).

31. Ruiz-Martinez M. C., Salas-Solano O., Carrilho E., Kotler L., Karger B.L., "A sample purification method for rugged and high performance DNA sequencing by capillary electrophoresis using replaceable polymer solutions. A. Development of the clean-up protocol". Anal. Chem., 70, 1516-1527 (1998).

CONFIDENTIAL

AB00144373

32. Salas-Solano O., Carrilho E., Kotler L., Miller A.W., Goetzinger W., Sosic Z., Karger B.L., "Routine DNA sequencing of 1000 bases in less than one hour by capillary electrophoresis with replaceable linear polyacrylamide solutions". Anal.Chem., 70, 3996-4003 (1998).

33. Zhou, H.; Miller, A. W.; Sosic, Z.; Buchholz, B.; Barron, A. E.; Kotler, L.; Karger, B. L. "DNA sequencing up to 1300 bases in two hours by capillary electrophoresis with mixed replaceable linear polyacrylamide solutions". Anal. Chem., 72, 1045-52 (2000).

34. He H.; Buchholz B.;Kotler L.; Miller A.W.; Barron A.E; Karger B.L. "DNA sequencing with hydrophilic and hydrophobic polymers at elevated column temperatures", Electrophoresis, 23, 1421-1428 (2002).

35. Kotler L.; He H.; Miller A.W.; Karger B.L. "DNA sequencing of close to 1000 bases in 40 minutes by capillary electrophoresis using dimethyl sulfoxide and urea as denaturants in replaceable linear polyacrylamide solutions", Electrophoresis, 23, 3062-3070 (2002).

**Ongoing Research Support**
R24 HG03570          G.L. Costa                    10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Co-investigator

**Completed Research Support**
R43 HG002971         D.R. Smith                    9/03-3/04
NIH/NHGRI
Multiplex Polony Genotyping
The goal of this project is to develop a low cost polony based genotyping method.
Role: Co-investigator

CONFIDENTIAL

AB00144374

**BIOGRAPHICAL SKETCH**

| NAME | POSITION TITLE |
|---|---|
| Joel A. Malek | Senior Manager, Genomics and Proteomics |

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE (if applicable) | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| University of California, Los Angeles, CA | B.S. | 1996 | Microbiology and Molecular Genetics |
| Johns Hopkins University, Baltimore, MD | M.S. | May 2003 | Biotechnology |

**Positions and Employment**

| 1997-1998 | Microbial Sequencing and Finishing Team, Institute for Genomic Research, Rockville, MD |
| 1998-2001 | Team Leader, BAC End Sequencing Team, Institute for Genomic Research, Rockville, MD |
| 2001- | Senior Manager, Genomics and Proteomics, Agencourt Bioscience Corporation, Beverly, MA |

**Selected Publications**

1. Kasimoglu, E., Park, S.-J., Malek, J., Tseng, C.P., Gunsalus, R.P. 1996. Transcriptional Regulation of the Proton - Translocating ATPase (atpIBEFHAGDC) Operon of *Escherichia coli*: Control by Cell Growth Rate. J. Bacteriol. 178:5563 – 5567.
2. Utterback, T., Bass, S.R., Carpenter, L.M., Garrett, M.M., Lam, P.M., Lewis, M.R, Linher, K.D., Malek, J.A., Radune, D., Stewart, A.R., Nelson, K.E., Adams, M.D. 1998. Strategies for Closing Genomes. In: Proceedings of the 10th Genome Sequencing and Analysis Conference. Miami, FL.
3. Nelson, K.E., Malek, J.A., Linher, K.D., Garrett, M.M., Stewart, A.R., McDonald, L., Utterback, T., Sutton, G., Fraser, C.M., Smith, H.O., Venter, J.C. 1998. The Complete Genome Sequence of *Thermotoga maritima*. In: Proceedings of the 10th Genome Sequencing and Analysis Conference. Miami, FL.
4. Szhao, S., Adams, M., Nierma, W., Malek, J. 1999. Human BAC Ends Sequencing. At meeting: Human Genome Program Contractor-Grantee Workshop VII (Department of Energy). Oakland, CA.
5. Nelson, K.E., Clayton, R.A., Gill, S.R., Gwinn, M.L., Dodson, R.J., Haft, D.H., Hickey, E.K., Peterson, J.D., Nelson, W.C., Ketchum, K.A., McDonald, L., Utterback, T.R., Malek, J.A., Linher, K.D., Garrett, M.M., Stewart, A.M., Cotton, M.D., Pratt, M.S., Phillips, C.A., Richardson, D., Heidelberg, J, Sutton, G.G., Fleischmann, R.D., Eisen, J.A., Fraser, C.M., et al. 1999. Evidence for lateral gene transfer between Archaea and Bacteria from genome sequence of *Thermotoga maritima*. Nature 399:323 – 329.
6. Malek, J.A. Akinretoye, B.A., Shatsman, S.Y., Militscher, J.E., Goonasekeram, S.J., Levins, M.T., McGann, S.A., Geer, K.D., Hance, M.E., Tsegaye, G.K., Zhao, S., Feldblyum, T.V., Nierman, W.C. 1999. Developments in High Throughput BAC Ends Sequencing. In: Proceedings of the 11th Genome Sequencing and Analysis Conference. Miami, FL.
7. Nunez, E.H., Malek, J.A., Nelson, K.E., Hicks, A.E. 2000. An Initial Genome Comparison of *Pseudomonas putida* Strains via PCR Based Subtractive Hybridization. In: Proceedings of the 4th Microbial Genomes Conference. Chantilly, VA.
8. Malek, J.A. 2000. High-Throughput BAC Ends Sequencing on the AB 3700: towards pUC style sequencing. Invited Talk: AB CE User Meeting for the 12th Genome Sequencing and Analysis Conference. Miami, FL.
9. Zhao, S., Malek, J., Mahairas, G., Fu, L., Nierman, W., Venter, J.C., Adams, M.D. 2000. Human BAC Ends Quality Assessment and Sequence Analysis. Genomics 63:321-332.
10. Malek, J.A., Shatsman, S.Y., Akinretoye, B.A., Gill, J.E. 2000. Degradation of persistent RNA in RNase-containing high throughput alkaline lysis DNA preparations. BioTechniques 29:250-252.
11. Gaspard, R., Dharap, S., Malek, J., Qi, R., Quackenbush, J. 2001. Optimized Growth Conditions for Direct Amplification of cDNA Clone Inserts from Culture. BioTechniques 31:35-36.
12. Zhao, S., Shatsman, S., Ayodeji, B., Geer, K., Tsegaye, G., Krol, M., Gebregeorgis, E., Shvartsbeyn, A., Russell, D., Overton, L., Jiang, L., Dimitrov, G., Tran, K., Shetty, J., Malek, J.A., Feldblyum, T.,

CONFIDENTIAL

AB00144375

Nierman, W.C., Fraser, C.M. 2001. Mouse BAC Ends Quality Assessment and Sequence Analyses. Genome Res. 11:1736-1745.

13. Paulsen, I.T., Seshadri, R., Eisen, J.A., Heidelberg, J.F., Nelson, K.E., Ayodeji, B., Kraul, M, Shetty,J., Malek, J., Dodson, R.J., Lindler, L., Halling, S.M., Hoover, D.L., Boyle, S.M,. Fraser, C.M. 2001. Sequencing the Genome of *Brucella Suis*, the Accidental Pathogen. In: Proceedings of the 10th Genome Sequencing and Analysis Conference. Miami, FL.

14. Malek, J.A. 2001. High-throughput Sequencing Advances at Agencourt Biosciences. Invited Talk: AB CE User Meeting for the 13th Genome Sequencing and Analysis Conference. Miami, FL.

15. Malek, J.A, McKernan, K.J., McEwan, P.J. 2001. Automating BAC ends sequencing for large-scale genome projects. Invited Talk: Proceedings of the 13th Genome Sequencing and Analysis Conference. Miami, FL.

16. Malek, J.A. 2001. Conserved protein domains are maintained in an average ratio to proteome size. Genome Biology 2: Research 0039.1-0039.5.

17. Paulsen, I.T., Seshadri, R., Nelson, K.E., Eisen, J.A., Heidelberg, J.F., Read, T.D., Dodson, R.J., Umayam, L., Brinkac, L.M., Beanan, M.J., Daugherty, S.C., Deboy, R.T., Durkin, A.S., Kolonay, J.F., Madupu, R., Nelson, W.C., Ayodeji, B., Kraul, M., Shetty, J., Malek, J., Van Aken, S.E., Riedmuller, S., Tettelin,H., Gill, S.R., White,O., Salzberg, S.L., Hoover, D.L., Lindler, L.E., Halling, S.M., Boyle, S.M., Fraser, C.M. 2002. The *Brucella suis* genome reveals fundamental similarities between animal and plant pathogens and symbionts. Proc. Natl. Acad. Sci. 99:13148-53.

18. Gregory, S.G., Sekhon, M., Schein, et al, 2002. A physical map of the mouse genome. Nature 418, 743 – 750.

19. Holt, R.A. Subramanian, G.M., Halpern, et al, 2002. The genome sequence of the malaria mosquito *Anopheles gambiae*. Science 298:129-49.

20. Strausberg, R.L., Feingold, E.A., Grouse, L.H., Derge, J.G., Klausner, R.D., Collins, F.S., Wagner, L., Shenmen, C.M., Schuler, G.D., Altschul, S.F., Zeeberg, B., Buetow, K.H., Schaefer, C.F., Bhat, N.K., Hopkins, R.F., Jordan, H., Moore, T., Max, S.I., Wang, J., Hsieh, F., Diatchenko, L., Marusina, K., Farmer, A.A., Rubin, G.M., Hong, L., Stapleton, M., Soares, M.B., Bonaldo, M.F., Casavant, T.L., Scheetz, T.E., Brownstein, M.J., Usdin, T.B., Toshiyuki, S., Carninci, P., Prange, C., Raha, S.S., Loquellano, N.A., Peters, G.J., Abramson, R.D., Mullahy, S.J., Bosak, S.A., McEwan, P.J., McKernan, K.J., Malek, J.A., Gunaratne, P.H., Richards, S., Worley, K.C., Hale, S., Garcia, A.M., Gay, L.J., Hulyk, S.W., Villalon, D.K., Muzny, D.M., Sodergren, E.J., Lu, X., Gibbs, R.A., Fahey, J., Helton, E., Ketteman, M., Madan, A., Rodrigues, S., Sanchez, A., Whiting, M., Madan, A., Young, A.C., Shevchenko, Y., Bouffard, G.G., Blakesley, R.W., Touchman, J.W., Green, E.D., Dickson, M.C., Rodriguez, A.C., Grimwood, J., Schmutz, J., Myers, R.M., Butterfield, Y.S., Krzywinski, M.I., Skalska, U., Smailus, D.E., Schnerch, A., Schein, J.E., Jones, S.J,. Marra, M.A. 2002. Generation and initial analysis of more than 15,000 full-length human and mouse cDNA sequences. Proc. Natl. Acad. Sci. 99:16899-903.

21. Malek, J.A, Wierzbowski, J.M, Tao, W., Bosak, S.A., Saranga, D.J., Doucette-Stamm, L., Smith, D.R., McEwan, P.J., and McKernan, K.J. (2004) Protein interaction mapping on a functional shotgun sequence of Rickettsia sibirica. Nucleic Acids Res. 32, 1059-64.

**Patents**

US Patent Application No. 20020094519
Detection of protein interactions.
Inventors:  McKernan, K.J., Malek, J.A., McEwan, P.J.

**Ongoing Research Support**

R24 HG03570        G.L. Costa                        10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Co-investigator

CONFIDENTIAL                                                                    AB00144376

# BIOGRAPHICAL SKETCH

Provide the following information for the key personnel and other significant contributors in the order listed on Form Page 2.
Follow this format for each person. **DO NOT EXCEED FOUR PAGES.**

| NAME | POSITION TITLE |
|---|---|
| Jonathan M. Manning | Programmer |
| eRA COMMONS USER NAME | |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, and include postdoctoral training.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| Worcester Polytechnic Institute | B.S. | 2000 | Biotechnology (minor Computer |
| Harvard Extension School | | 2001- | Biostatistics, Computational |

## Positions and Experience

November 2004 - Present        Agencourt Bioscience                        Beverly, MA
Agencourt Bioscience          Beverly, MA
Programmer – Design, develop, and build software to support alternative sequencing projects within the
Agencourt Personal Genomics division.

August – November 2004        Broad Institute                              Cambridge, MA
Software Engineer / Consultant – Updated and enhanced lab work process management software tool.
Created prototypes for a user interface redesign for their internal web-based LIMS software.

April – July 2004              Legal Support Systems                       Cambridge, MA
Independent Consultant / Programmer – Maintained and enhanced a browser-based customer management
system for a Midwest phone book company. Added several major features including user authentication,
automatic generation of phone book listings from external sources and internal customer database, and
generation of proof pages for ads designed by the company. Streamlined software's object oriented approach
to handling data.

April 2002 – April 2004        Broad Institute                            Cambridge, MA
(Originally the Genome Center at the Whitehead Institute for Biomedical Research/MIT)
Data Analyst  (Apr. 2002 – Feb. 2003) Analyzed genomic sequencing data as part of the finishing group.
Responsible for ordering additional labwork and hand editing after automated assembly. Created software
tools to streamline the process.
Finishing Process Analyst (Feb. 2003 – Apr. 2004) Created software tools to assist the finishing group.
Created and managed reports on the status of lab work and DNA finishing projects, both for management and
for the members of the finishing group.

May 2000 – May 2002            BD Biosciences – Discovery Labware          Billerica, MA
(A division of Becton Dickinson and Company, Franklin Lakes, NJ)
Web / Product Information Coordinator – Managed division website, including major changes during corporate
restructuring and corporate web redesign. Changed web site from simply highlighting new products to a
complete representation of their products. Developed database for product catalog and online catalog; which
allowed Discovery Labware to add their products to the BD Biosciences online catalog.  Worked with
distributors to maintain and update product information.

May 1998 – May 2000            Cancer Detection and Prevention             Worcester, MA
Assistant to the Editor – Processed scientific manuscripts submitted to cancer journal and sent out for peer
review. Assisted with planning and hosting of International Symposium in Nice, France (October 1998).

CONFIDENTIAL                                                                    AB00144377

Continuation Format Page    Program Director/Principal Investigator (Last, First, Middle): Smith

## Ongoing Research Support

R24 HG03570        G.L. Costa                          10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Co-investigator

CONFIDENTIAL                                                          AB00144378

**BIOGRAPHICAL SKETCH**

| NAME | POSITION TITLE |
|---|---|
| Paul J. McEwan | Vice President and Co-Chief Scientific Officer |

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE (if applicable) | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| Emory University, Atlanta, GA | B.S. | 1996 | Molecular Biology |

### Positions and Employment

1996-1997  Process Development Technician, Novo Nordisk A/S, Glucagon Pilot Plant, Bagsvaerd, Denmark

1997-2001  Process Development Coordinator, Process Development Team, Whitehead Institute/MIT Center for Genome Research, Cambridge, MA

2001-  Co-Chief Scientific Officer and Founder, Agencourt Bioscience Corporation, Beverly, MA

### Publications

1. Schmalzing, D., Tsao, N., Koutny, L., Chisholm, D., Srivastava, A., Adourian, A., Linton, L., McEwan, P., Matsudaira, P.T., and Ehrlich, D. 1999. Toward Real-World Sequencing using Microdevices. Genome Research 9:853-858.

2. Koutny, L., Schmalzing, D., Salas-Solano, O., El-Difrawy, A., Adourian, A., Buonocore, S., Abbey, K., McEwan, P., Matsudaira, P., Ehrlich, D. 2000. Eight hundred-base sequencing in a microfabricated electrophoretic device. Anal Chem 72:3388-91.

3. Galagan, J.E., Nusbaum, C., Roy, A., Endrizzi, M.G., Macdonald, P., FitzHugh, W., Calvo, S., Engels, R., Smirnov, S., Atnoor, D., Brown, A., Allen, N., Naylor, J., Stange-Thomann, N., DeArellano, K., Johnson, R., Linton, L., McEwan, P., McKernan, K., Talamas, J., Tirrell, A. Ye, W., Zimmer, A., Barber, R.D., Cann, I., Graham, D.E., Grahame, D.A., Guss, A.M., Hedderich, R., Ingram-Smith, C., Kuettner, H.C. Krzycki, J.A., Leigh, J.A., Li, W., Liu, J., Mukhopadhyay, B., Reeve, J.N., Smith, K., Springer, T.A., Umayam, L.A. White, O., White, R.H., Conway de Macario, E., Ferry, J.G., Jarrell, K.F., Jing, H., Macario, A.J., Paulsen, I., Pritchett, M., Sower,s K.R., Swanson, R.V., Zinder, S.H., Lander, E., Metcalf, W.W., Birren, B. 2000. The genome of M. acetivorans reveals extensive metabolic and physiological diversity. Genome Res 12(4):532-42.

4. International Human Genome Sequencing Consortium. 2001. Initial Sequencing and Analysis of the Human Genome. Nature 409, 860-921.

5. Strausberg, R.L., Feingold, E.A., Grouse, L.H., Derge, J.G., Klausner, R.D., Collins, F.S., Wagner, L., Shenmen, C.M., Schuler, G.D., Altschul, S.F., Zeeberg, B., Buetow, K.H., Schaefer, C.F., Bhat, N.K., Hopkins, R.F., Jordan, H., Moore, T., Max, S.I., Wang, J., Hsieh, F., Diatchenko, L., Marusina, K., Farmer, A.A., Rubin, G.M., Hong, L., Stapleton, M., Soares, M.B., Bonaldo, M.F., Casavant, T.L., Scheetz, T.E., Brownstein, M.J., Usdin, T.B., Toshiyuki, S., Carninci, P., Prange, C., Raha, S.S., Loquellano, N.A., Peters, G.J., Abramson, R.D., Mullahy, S.J., Bosak, S.A., McEwan, P.J., McKernan, K.J., Malek, J.A., Gunaratne, P.H., Richards, S., Worley, K.C., Hale, S., Garcia, A.M., Gay, L.J., Hulyk, S.W., Villalon, D.K., Muzny, D.M., Sodergren, E.J., Lu, X., Gibbs, R.A., Fahey, J., Helton, E., Ketteman, M., Madan, A., Rodrigues, S., Sanchez, A., Whiting, M., Madan, A., Young, A.C., Shevchenko, Y., Bouffard, G.G., Blakesley, R.W., Touchman, J.W., Green, E.D., Dickson, M.C., Rodriguez, A.C., Grimwood, J., Schmutz, J., Myers, R.M., Butterfield, Y.S., Krzywinski, M.I., Skalska, U., Smailus, D.E., Schnerch, A., Schein, J.E., Jones, S.J., Marra, M.A. 2002. Generation and initial analysis of more than 15,000 full-length human and mouse cDNA sequences. Proc. Natl. Acad. Sci. 99:16899-903.

### Patents

US Patent Application No. 20020094519

CONFIDENTIAL

Detection of protein interactions.
Inventors: McKernan, K.J., Malek, J.A., McEwan, P.J.

US Patent Application No. 09/311317
Solid phase technique for selectively isolating nucleic acids.
Investors: McEwan, P. J., Morris, W., Krieger, M., McKernan, K.J.

**Ongoing Research Support**
R24 HG03570        G.L. Costa                    10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Co-investigator

CONFIDENTIAL                    AB00144380

**BIOGRAPHICAL SKETCH**

| NAME | POSITION TITLE |
|---|---|
| Kevin J. McKernan | Vice President  and Co-Chief Scientific Officer |

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE (if applicable) | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| Emory University, Atlanta, Georgia | B.S. | 1995 | Biology |

## Positions and Employment

1996-2001    Automation and Development Team Leader, Whitehead Institute/M.I.T. Center for Genome Research, Cambridge MA

2001-Present  Co-Chief Scientific Officer and Founder, Agencourt Bioscience Corporation, Beverly, MA

## Other Experience and Professional Activities

Nominee: Aventis Innovative Investigator Award: 2000
Nominee: TR-100 Innovator of the year award. MIT Tech Review 2001
Award: Genome Technology, Generation G: 16 rising stars in Genomics under Age 30.
Nominee: Genome Technology 2002, GT AllStars: Most influential in sequencing technology

## Publications

1. Hawkins, T.L., McKernan, K.J., Jacotot L.B., MacKenzie, J.B., Richardson, P.M., Lander, E.S.  1997. A magnetic attraction to high-throughput genomics. **Science 276:1887-9.**

2. Galagan, J.E., Nusbaum, C., Roy, A., Endrizzi, M.G., Macdonald, P., FitzHugh, W., Calvo, S., Engels, R., Smirnov, S., Atnoor, D., Brown, A., Allen, N., Naylor, J., Stange-Thomann, N., DeArellano, K., Johnson, R., Linton, L., McEwan, P., McKernan, K., Talamas, J., Tirrell, A. Ye, W., Zimmer, A., Barber, R.D., Cann, I., Graham, D.E., Grahame, D.A, Guss, A.M., Hedderich, R., Ingram-Smith, C., Kuettner, H.C. Krzycki, J.A., Leigh, J.A., Li, W., Liu, J., Mukhopadhyay, B., Reeve, J.N., Smith, K., Springer, T.A., Umayam, L.A. White, O., White, R.H., Conway de Macario, E., Ferry, J.G., Jarrell, K.F., Jing, H., Macario, A.J., Paulsen, I., Pritchett, M., Sower,s K.R., Swanson, R.V., Zinder, S.H., Lander, E., Metcalf, W.W., Birren, B. 2000. The genome of *M. acetivorans* reveals extensive metabolic and physiological diversity. Genome Res 12(4):532-42.

3. International Human Genome Sequencing Consortium. 2001. Initial Sequencing and Analysis of the Human Genome.  **Nature 409, 860-921.**

4. Strausberg, R.L., Feingold, E.A., Grouse, L.H., Derge, J.G., Klausner, R.D., Collins, F.S., Wagner, L., Shenmen, C.M., Schuler, G.D., Altschul, S.F., Zeeberg, B., Buetow, K.H., Schaefer, C.F., Bhat, N.K., Hopkins, R.F., Jordan, H., Moore, T., Max, S.I., Wang, J., Hsieh, F., Diatchenko, L., Marusina, K., Farmer, A.A., Rubin, G.M., Hong, L., Stapleton, M., Soares, M.B., Bonaldo, M.F., Casavant, T.L., Scheetz, T.E., Brownstein, M.J., Usdin, T.B., Toshiyuki, S., Carninci, P., Prange, C., Raha, S.S., Loquellano, N.A., Peters, G.J., Abramson, R.D., Mullahy, S.J., Bosak, S.A., McEwan, P.J., McKernan, K.J., Malek, J.A., Gunaratne, P.H., Richards, S., Worley, K.C., Hale, S., Garcia, A.M., Gay, L.J., Hulyk, S.W., Villalon, D.K., Muzny, D.M., Sodergren, E.J., Lu, X., Gibbs, R.A., Fahey, J., Helton, E., Ketteman, M., Madan, A., Rodrigues, S., Sanchez, A., Whiting, M., Madan, A., Young, A.C., Shevchenko, Y., Bouffard, G.G., Blakesley, R.W., Touchman, J.W., Green, E.D., Dickson, M.C., Rodriguez, A.C., Grimwood, J., Schmutz, J., Myers, R.M., Butterfield, Y.S., Krzywinski, M.I., Skalska, U., Smailus, D.E., Schnerch, A., Schein, J.E., Jones, S.J., Marra, M.A. 2002. Generation and initial analysis of more than 15,000 full-length human and mouse cDNA sequences. **Proc. Natl. Acad. Sci. 99:16899-903.**

5. Joel A. Malek, Jamey M. Wierzbowski, Wei Tao, Stephanie A. Bosak, David J. Saranga, Lynn Doucette-Stamm, Douglas R. Smith, Paul J. McEwan, and Kevin J. McKernan

CONFIDENTIAL                                                                 AB00144381

Protein interaction mapping on a functional shotgun sequence of *Rickettsia sibirica*
**Nucleic Acids Res.**, Feb 2004; 32: 1059 - 1064.

6.   Olivier Jaillon, Jean-Marc Aury, Frédéric Brunet, Jean-Louis Petit, Nicole Stange-Thomann, Evan
     Mauceli, Laurence Bouneau, Cécile Fischer, Catherine Ozouf-Costaz, Alain Bernot, Sophie Nicaud,
     David Jaffe, Sheila Fisher, Georges Lutfalla, Carole Dossat, Béatrice Segurens, Corinne Dasilva,
     Marcel Salanoubat, Michael Levy, Nathalie Boudet, Sergi Castellano, Véronique Anthouard, Claire
     Jubin, Vanina Castelli, Michael Katinka, Benoît Vacherie, Christian Biémont, Zineb Skalli, Laurence
     Cattolico, Julie Poulain, Véronique de Berardinis, Corinne Cruaud, Simone Duprat, Philippe Brottier,
     Jean-Pierre Coutanceau, Jérôme Gouzy, Genis Parra, Guillaume Lardier, Charles Chapple, Kevin J.
     McKernan, Paul McEwan, Stephanie Bosak, Manolis Kellis, Jean-Nicolas Volff, Roderic Guigó, Michael
     C. Zody, Jill Mesirov, Kerstin Lindblad-Toh, Bruce Birren, Chad Nusbaum, Daniel Kahn, Marc
     Robinson-Rechavi, Vincent Laudet, Vincent Schachter, Francis Quétier, William Saurin, Claude
     Scarpelli, Patrick Wincker, Eric S. Lander, Jean Weissenbach, Hugues Roest Crollius: *Nature* **431**,
     **946 - 957 (21 Oct 2004)**

## Issued Patents
US Patent 6,534,262
Solid phase technique for selectively isolating nucleic acids.
Inventors: McEwan, P. J., Morris, W., Krieger, M., McKernan, K.J.

## Pending Patents
US Patent Application No. 20020094519
Detection of protein interactions.
Inventors:  McKernan, K.J., Malek, J.A., McEwan, P.J.

US Patent Application No. 20020177217
Method for study protein-protein interactions
Inventors: Krieger, M., McKernan, K.J.

US Patent Application No 20020106686
Methods and reagents for the isolation of nucleic acids.
Inventor: McKernan, K.J.

## Ongoing Research Support
R24 HG03570        G.L. Costa                    10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-
sequencing applications using bead-based polony technology.
Role: Co-investigator

CONFIDENTIAL                                                                                    AB00144382

Program Director/Principal Investigator (Last, First, Middle): Smith

## BIOGRAPHICAL SKETCH

| NAME | POSITION |
|------|----------|
| J. Andrew Sheridan | Automation Engineer |

| EDUCATION/TRAINING | | | |
|---|---|---|---|
| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
| Vanderbilt University, Nashville, TN | B.Eng | 1995 | Mechanical Engineering |
| Vanderbilt University, Nashville, TN | B.Sc | 1995 | Mathematics |

**Positions and Employment**

1998-2000    Bio-Automation Engineer, Whitehead Institute/MIT – Center for Genome Research, Cambridge, MA
- Designed crucial hardware and software that increased throughput, reliability, and ease of use for one of the largest and most automated DNA sequencing facility in the world.
- Worked intimately and efficiently in a multi-disciplinary group that merged science, process development, and engineering with results that secured funding to make our Center the largest contributor to the Human Genome Project

2000-2004    Bio-Automation Manager, Whitehead Institute/MIT – Center for Genome Research (now the Broad Institute), Cambridge, MA
- Assumed leadership of the automation group and continued to develop hardware and software for the sequencing center and many collaborators
- Led the design of the automation for a multimillion dollar sample storage, retrieval and automated cherry-picking project
- Was the primary coordinator for major process changes that influenced multiple departments due to in-depth knowledge of many different aspects of the center (automation, informatics, science, operations, facilities)

2004-        Automation Engineer, Agencourt Bioscience Corporation, Beverly, MA

**Publications**

1.  International Human Genome Sequencing Consortium (2001) Initial Sequencing and Analysis of the Human Genome.  Nature 409, 860-921.

2.  International Mouse Genome Sequencing Consortium (2001) Initial Sequencing and Comparative Analysis of the Mouse Genome.  Nature 409, 860-921.

**Ongoing Research Support**

R24 HG03570         G.L. Costa                          10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Co-investigator

Page 30

CONFIDENTIAL

AB00144383

## BIOGRAPHICAL SKETCH

| NAME | POSITION TITLE |
|---|---|
| George M. Church | Professor |

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, and include postdoctoral training.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| Duke University, Durham, NC | B.A. | 1974 | Zoology & Chem. |
| Harvard University, Cambridge, MA | Ph.D. | 1984 | Biochem. & Mol. Biol. |

Professional Experience:

| | |
|---|---|
| 1984 | Scientist, Biogen Research Corporation, Cambridge, MA |
| 1985-1986 | Research Fellow, Anatomy, Univ. Calif., San Francisco |
| 1986-1998 | Assistant/Associate Professor of Genetics, Harvard Medical School |
| 1997-present | Director of the Lipper Center for Computational Genetics |
| 1998-present | Professor of Genetics, Harvard Medical School |
| 2002-present | Director of the Harvard/MIT DOE Genomes-to-Life Center |

Honors, Awards, & Scientific Memberships:

| | |
|---|---|
| 1974-1975 | National Science Foundation Predoctoral Fellow |
| 1985-1986 | Life Sciences Research Foundation Fellow |
| 1976 | National Science Foundation Program Project Grant Review Committee |
| 1986-1997 | Howard Hughes Medical Institute |
| 1988,1992,1994 | Department of Energy Genome Project Grant Review Committee |
| 1990 | NIH Genome Study Section Grant Review |
| 1990 | Co-founder of MIT, Stanford, & GTC Genome Sequencing Centers |
| 1994-1997 | National Center for Human Genome Research  Review Committee |
| 2001-present | NIH BISTI, Pioneer, DOE Sloan Fellow grant review committees |
| Editorial Boards | Functional & Integrative Genomics, Genome Biology, Omics, BioMedNet |
| Editorial Reviewer | Nature (&NG, NB), Science, PNAS, Genome Research, NAR |
| Scientific Boards | GTC, GPC, Caliper, BeyondGenomics, Xeotron, Helicos, Genomatica |

Selected Publications:  (see also http://arep.med.harvard.edu)

99. Bulyk,ML, McGuire, AM, Masuda,N, and Church, GM (2004) A Motif Co-Occurrence Approach for Genome-Wide Prediction of Transcription-Factor-Binding Sites in *Escherichia coli* Genome Research 14(2):201-8.

96. Janse, DM, Crosas,B Finley,D, & Church, GM (2004) Localization to the Proteasome is Sufficient for Degradation. J. Biol Chem Mar 23.

95. Grad, Y, Roth, FP, Halfon, MS, and Church, GM (2004) Prediction of similarly-acting cis-regulatory modules by subsequence profiling and comparative genomics in D. melanogaster. In revision at Bioinformatics.

94. Kim, J, Kirchevsky, A, Grad, Y, Hayes, GD, Kosik, KS, Church, GM & Ruvkun, G. (2004) Identification of many microRNAs that copurify with polyribosomes in mammalian neurons. PNAS 101(1):360-5.

92. Lelandais, G, Le Crom,S, Devaux, F, Vialette, S, Church, GM, Jacq, C and Marc,P (2003) yMGV : a cross-species expression data mining tool. Nucleic Acids Res. 90001 D323-D325.

91. Aach JA, Church GM. (2003) Mathematical models of diffusion-constrained polymerase chain reactions: basis of high-throughput nucleic acid assays and simple self-organizing systems. J Theor. Biol. May 7;228(1):31-46.

90. Segre, D, Zucker, J, Katz, J, Lin, X, D'haeseleer, P, Rindone, W, Karchenko, P, Nguyen, D, Wright, M, and Church, GM (2003) From annotated genomes to metabolic flux models and kinetic parameter fitting. Omics 7:301-16. (Biospice special issue)

89. Zhu,J, Shendure,J, Mitra, RD, Church, GM (2003) Single Molecule Profiling of Alternative Pre-mRNA Splicing. Science. 301(5634):836-8.

CONFIDENTIAL

AB00144384

88. Vitkup,D, Sander,C, Church,GM (2003) The Amino-acid Mutational Spectrum of Human Genetic Disease. Genome Biol. 4: R72.

86. King, OD, Lee, JC, Dudley, AM, Janse, DM, Church, GM, Roth, FP (2003) Predicting Phenotype from Patterns of Annotation. ISMB 2003; Bioinformatics. 2003 Jul;19 Suppl 1:I183-I189.

85. Grad Y, Kim J, Aach J, Hayes G, Reinhart B, Church GM, Ruvkun G. (2003) Computational and Experimental Identification of C. elegans microRNAs Molecular Cell May;11(5):1253-63.

84. Merritt, J, DiTonno, JR, Mitra, RD, Church, GM, Edwards, JS (2003) Functional characterization of mutant yeast PGK1 within the context of the whole cell. Nucleic Acids Research 2003 Aug 1;31(15):e84. .

83. Anderson, LM, Choe,SE, Yukhananov, RY, Hopfner, RL, Church, GM, Pratt, RE, and Dzau, VJ (2003) Identification of a novel set of genes regulated by a unique LXRalpha-mediated Transcription Mechanism. J. biol. Chem. Apr 25;278(17):15252-60.

82. Mitra,RD, Shendure,J, Olejnik,J, Olejnik,EK, and Church,GM (2003) Fluorescent in situ Sequencing on Polymerase Colonies. Analyt. Biochem. 320:55-65 Protocol & software supplements.

81. Mitra, RD, Butty, V, Shendure, J, Williams, BR, Housman, DE, and Church, GM (2003) Digital Genotyping and Haplotyping with Polymerase Colonies. Proc Natl Acad Sci USA. May 13;100(10):5926-31.

80. Jaffe JD, Berg, HC, Church GM (2003) Proteogenomic mapping reveals genomic structure and novel proteins undetected by computational algorithms. Proteomics in press

79. Yao, MWM, Lim, H, Schust, DJ, Choe, SE, Farago, A, Ding, Y, Michaud, S, Church, GM, Maas, RL (2003) Gene expression profiling reveals progesterone-mediated cell cycle and immunoregulatory roles of Hoxa-10 in the pre-implantation uterus . Molecular Endocrinology 17(4):610-27.

78. Masuda N. and Church GM (2003) Regulatory Network of acid resistances genes in Escherichia coli. Molecular Microbiology 48 (3), 699-712.

77. Selinger, DW, Saxena, RM, Cheung, KJ, Church, GM, and Rosenow, C (2003) Global RNA half-life analysis in Escherichia coli reveals positional patterns of transcript degradation . Genome Research 13(2):216-23.

76. Cheung, KJ, Badarinarayana,V, Selinger, D, Janse, D, and Church, GM (2002) A microarray-based antibiotic screen identifies a regulatory role for supercoiling in the osmotic stress response of Escherichia coli . Genome Research Feb;13(2):206-15.

75. Segre, D, Vitkup, D, and Church, GM (2002) Analysis of optimality in natural and perturbed metabolic networks . Proc. Nat. Acad. Sci USA 99: 15112-7.

74. Sudarsanam,P., Pilpel,Y, and Church, G.M. (2002) Genome-wide co-occurrence of promoter elements reveals a cis-regulatory cassette of rRNA transcription motifs in S. cerevisiae . Genome Research 12: 1723-1731

73. Steffen, M, Petti, A, D'haeseleer, P, Aach,J, and Church, GM (2002) Automated Modelling of Signal Transduction Networks. BMC Bioinformatics 3:23.

72. Masuda, N. and Church, GM. (2002) Global Analysis of Escherichia coli Gene Expression during the Overexpression of the Response Regulator EvgA . J Bacteriol. 2002 Nov;184(22):6225-34.

71. Wright, M and Church,GM (2002) An Open-source Oligonucleotide Microarray Probe Standard for Human and Mouse . Nat Biotechnol. 2002 Nov;20(11):1082-3.

70. Shendure, J & Church, GM (2002) Computational discovery of sense-antisense transcription in the mouse and human genomes . Genome Biology 3:1-14 . Supplements: antisense &HumMus.

69. Halfon, MS, Grad, Y, Church, GM, and Michelson, AM (2002) Computation-based discovery of related transcriptional regulatory modules and motifs from a combinatorial model. Genome Research 12: 1019-1028.

68. Schilling, CH, Covert, MW, Famili, I, Church, GM, Edwards, JS, Palsson, BO (2002) Genome-scale metabolic model of Helicobacter pylori 26695. J Bacteriol. 2002 Aug;184(16):4582-93.

67. Dudley, AM, Aach, J, Steffen, MA, and Church, GM (2002) Measuring absolute expression with microarrays using a calibrated reference sample and an extended signal intensity range. Proc. Nat. Acad. Sci. USA 99:7554-7559. Supplement.

CONFIDENTIAL

AB00144385

66. Cohen, B, Pilpel, Y, Mitra, R, Church, GM (2002) Discrimination between Paralogs using Microarray Analysis: Application to the Yap1p and Yap2p Transcriptional Networks. Mol Biol Cell. 2002 May;13(5):1608-14.

65. Lee M-LT, Bulyk ML, Whitmore GA, Church GM. A statistical model for investigating binding probabilities of DNA nucleotide sequences using microarrays . Biometrics 58(4):981-8.

64. Zhu, Z, Pilpel, Y, and Church, GM (2002) Computational Identification of Transcription Factor Binding Sites via a Transcription-factor-centric Clustering (TFCC) Algorithm. J. Molec. Biol. 318: 71-81

63. Bulyk ML, Johnson PLF, Church GM. (2002) Nucleotides of transcription factor binding sites exert interdependent effects on the binding affinities of transcription factors. Nucleic Acids Research 30:1255-1261.

62. Weber, G, Jay Shendure, J, Tanenbaum, DM, Church GM, and Meyerson M (2002) Microbial sequence identification by computational subtraction of the human transcriptome. Nature Genetics 30(2):141-2.

61. Badarinarayana, V, Estep, PW, Shendure, J, Edwards, J, Tavazoie, S, Lam, F and Church, GM (2001) Selection analyses of insertional mutants using subgenic-resolution arrays; Nature Biotechnology 19: 1060-5.(web supplement)

60. Ge, H, Church, GM, Vidal, M (2001) Correlation between transcriptome and interactome data obtained from S. cerevisiae. Nature Genetics, Dec;29(4):482-6.

59. Pilpel, Y, Sudarsanam, P and Church, GM (2001) Identifying regulatory networks by combinatorial analysis of promoter elements . Nature Genetics 29(2):153-9. (Supplementary info).

58. Chen, T, Jaffe, JD. and Church, GM (2001) Algorithms for Identifying Protein Cross-links via Tandem Mass Spectrometry . Recomb 2001. J Comput Biol. 8(6):571-583.

57. Aach, J and Church, GM (2001) Aligning gene expression time series with time warping algorithms. Bioinformatics 17:495-508. (web supplement) 1-8.

56. Bulyk, ML, Choo, Y., Huang, X, and Church, G.M. (2001) Exploring DNA binding specificities of zinc fingers with DNA microarrays . Proc. Nat. Acad. Sci USA 98: 7158-7163. Supplement.

55. Aach, J., Bulyk, ML., Church, GM, Comander, J, Derti, A. Shendure, J (2001) Computational comparison of two draft sequences of the human genome. Nature 409, 856-859. (web supplements -software- & -doc-)

54. Selinger, D., Cheung, K., Mei, R., Johanson, E.M., Richmond, C., Blattner, F.R., Lockhart, D.J., and Church, G.M. (2000) RNA expression analysis using a 30 base pair resolution Escherichia coli genome array. Nature Biotechnology 18, 1262-7. (Suppl. data and software)

53. Jamshidi, N., Edwards, J.S., Fahland, T, Church, G.M., Palsson, B.O. (2001) Dynamic simulation of the human red blood cell metabolic network. Bioinformatics 17: 286-287. (Supplementary software)

52. Hoehe, M.R. Kopke, K, Wendel, B, Rohde, K, Flachmeier, C, Kidd, KK, Berrettini, WH and Church, GM (2000) Sequence Variability and Candidate Gene Analysis in Complex Disease: Association of mu Opioid Receptor Gene Variation with Substance Dependence. Human Molec. Genetics 9: 2895-2908. (Software)

51. Cohen, B.A., Mitra, R.D., Hughes, J.D., and Church, G.M. (2000) A computational analysis of whole genome expression data reveals chromosomal domains of gene expression. Nature Genetics Oct;26(2):183-186.

50. Livesey, F.J., Furukawa, T., Steffen, M.A., Church, G.M., and Cepko, C.L., (2000) Microarray analysis of the transcriptional network controlled by the photoreceptor homeobox gene Crx . Current Biology 10: 301-310.

49. Mcguire, A.M. and Church, G.M., (2000) Predicting regulons and their cis-regulatory motifs by comparative genomics. Nucleic Acids Research 28:4523-30.

48. Goldmark, J.P., Fazzio, T.G., Estep, P.W., Church, G.M., and Tsukiyama, T. (2000) The Isw2 chromatin remodeling complex represses early meiotic genes upon recruitment by Ume6p, Cell 103: 423.

47. Jelinsky, S.A., Estep, P., Church, G.M., Samson, L.D. (2000) Regulatory networks revealed by transcriptional profiling of damaged Saccharomyces cerevisiae cells: Rpn4 links base excision repair with proteasomes. Molecular and Cellular Biol. 20:8157-8167.

46. McGuire, A.M., Hughes, J.D., and Church, G.M. (2000) Conservation of DNA regulatory motifs and discovery of new motifs in microbial genomes. Genome Res. 2000;10 744-757 supplementary info

CONFIDENTIAL

AB00144386

45. Chen, T., Kao, M., Tepel, M., Rush, J., Church, G.M. (2000) A dynamic programming approach to de novo peptide sequencing via tandem mass spectrometry . 11th Annual ACM-SIAM Symp. of Discrete Algorithms pp. 389-398.

44. Johnson, J.M. and Church, G.M. (2000) Predicting ligand-binding function in families of bacterial receptors. . Proc. Nat. Acad. Sci USA 97(8):3965-70. (Supplement).

43. Teichmann, S.A., Chothia, C., Church, G.M., Park, J. (2000) Fast assignment of protein structures to sequences using the intermediate sequence library PDB-ISL. Bioinformatics 16: 117-124.

42. Cheng, Y. and Church, G.M. (2000) Biclustering of expresssion data. ISMB 2000. (Supplement. & Java version).

41. Hughes, J.D., Estep, P.W., Tavazoie, S. and Church, G.M. (2000) Computational identification of cis-regulatory elements associated with functionally coherent groups of genes in Saccharomyces cerevisiae. J. Molec. Biol. **296**: 1205-1214.

40. Aach, J., Rindone, W., Church, G.M. (2000) Systematic management and analysis of yeast gene expression data . Genome Research 10: 431-445.ExpressDB

39. Mitra, R. and Church, G.M. (1999) In situ localized amplification and contact replication of many individual DNA molecules. Nucleic Acids Res. 27(24):e34; pp.1-6.

38. Tavazoie, S., Hughes, J.D., Campbell, M.J., Cho, R.J., and Church, G.M. (1999) Systematic determination of genetic network architecture. Nature Genetics 22:281-5.

37. Bulyk, M.L., Gentalen, E. Lockhart, D.J., Church, G.M. (1999) Quantifying DNA-protein interactions by double-stranded DNA arrays. Nature Biotechnology **17:** 573-7.

5. Sussman, J.L., Holbrook, S.R., Warrant, R.W., Church, G.M., and Kim, S.-H. (1978) Crystal structure of yeast phenylalanine transfer RNA I. Crystallographic refinement. J. Mol. Biol. **123**: 607-630. PDB ID: 6TNA

**Selected patents:**

Church, G.M., Bulyk, M.L., & Choo, Y (2002) WO 02/18648 Analysis of binding interactions
Church, G.M. & Bulyk, M.L. (2001) US # 6,326,489 Surface-bound, bimolecular, double-stranded DNA arrays
Church, G.M. (2001) WO 01/68671 Method of making protein arrays
Church, G.M. & Mitra (2000) WO 00/53812 Replica amplification of nucleic acid arrays. (also US # 6,432,360)
Church, G.M., Deamer, D.W., Branton, D., Baldarelli, R., Kasianowicz, J. (1998) US # 5,795,782 Characterization of individual polymer molecules based on monomer-interface interactions.
Church, G.M. and Kieffer-Higgins, S. (1992) WO 92/21079A1 Parallel Sequential Reactor.
Church, G.M. and Kieffer-Higgins, S. (1992) US # 5,149,625 Multiplex analysis of DNA.
Church, G.M., and Kieffer-Higgins, S. (1989) US # 4,924,124 Multiplex sequencing.

**Recent reviews & book contributions:**

Shendure, J, Mitra, R, Varma, C, Church, GM (2004) Advanced Sequencing Technologies: methods and goals. Nature Reviews of Genetics in press.
Selinger, D., Wright, M, Church, G.M. (2003) On the complete determination of biological systems . Trends in Biotechnology (in press)
Church, G.M. (2002) in Scientific American's "Understanding the Genome".

CONFIDENTIAL

AB00144387

## Other Support

| | |
|---|---|
| Name of Individual: | Church, George M. |
| Active/Pending: | Phasing out |
| Project # (Principal Investigator): | DE-FG02-87ER60565  (P.I. George Church, HMS) |
| Source: | DOE- Department of Energy HGP |
| Title of Project (and/or Subproject): | **Genomic Sequence Comparisons** |
| Dates of Approved/Proposed Project: | 7/1/87 – 11/14/02  (DOE HGP phasing out) |

This project was to develop new DNA sequencing and RNA quantitation methods.

| | |
|---|---|
| Overlap ( for each individual): | There was no overlap with other grants. |
| Active/Pending: | Active |
| Project # (Principal Investigator): | RFA HL-99-024  (P.I., Brian Seed, MGH) |
| Source: | NIH   NHLBI |
| Title of Project (and/or Subproject): | **Genomic Analysis of Stress Inflammation** |
| Dates of Approved/Proposed Project: | 9/30/01 –9/29/05 |

Our role in this large collaboration is providing experience in microarray synthesis and bioinformatics analysis specifically for mammalian stress response.

| | |
|---|---|
| Overlap (for each individual): | There is no overlap with other grants. |
| Active/Pending | Active |
| Project # (Principal Investigator): | RFA HL-99-024 (P.I. Seigo Izumo, BIDMC) |
| Source: | NIH  NHLBI |
| Title of Project (and/or Subproject): | **Functional genomics of the heart in normal & disease states.** |
| Dates of Approved/Proposed Project: | 9/30/00-8/31/04  (will not renew) |

Our role in this large collaboration is providing experience in microarray synthesis & informatic analysis specifically for mammalian cardiovascular human studies and model systems.

| | |
|---|---|
| Overlap (for each individual): | There is no overlap with other grants. |
| Active/Pending | Active |
| Project # (Principal Investigator): | F30602-01-2-0586 (P.I. George Church, HMS) |
| Source: | DARPA |
| Title of Project (and/or Subproject): | **DNA Memory I/O** |
| Dates of Approved/Proposed Project: | 08/01/01-7/31/04 |

 We will develop new method to read and write with DNA and polymerases as well as model polymer synthesis and metabolic optima.

| | |
|---|---|
| Overlap (for each individual): | There is no overlap with other grants |
| Active/Pending | Active |
| Project # (Principal Investigator): |  (P.I. George Church, HMS) |
| Source: | PhRMA (Pharmaceuticals Research and Manufacturers of America Foundation) |
| Title of Project (and/or Subproject): | **Center of Excellence Integrating Genomics & Informatics -- CEIGI** |
| Dates of Approved/Proposed Project: | 07/01/02-06/30/05 |

Our role in this project is providing training for postdoctoral fellows at the interface of functional genomics experiments and computational systems biology.

| | |
|---|---|
| Overlap ( for each individual): | There is no overlap with other grants. |
| Active/Pending | Active |

Page 35

CONFIDENTIAL

AB00144388

| | |
|---|---|
| Project # (Principal Investigator): | (P.I. George Church, Harvard/MIT) |
| Source: | DOE-GTL |
| Title of Project (and/or Subproject): | **Microbial Ecology, Proteogenomics & Computational Optima** |
| Dates of Approved/Proposed Project: | 2/01/03-1/31/08 |

Our role in this project is to study proteomics and cell models for *Prochlorococcus* and *Pseudomonas.*

| | |
|---|---|
| Overlap (*for each individual*): | There is no overlap with other grants. |
| Active/Pending | Active |
| Project # (Principal Investigator): | (P.I. Wing Wong, HSPH) |
| Source: | NIH   (pre-NPEBC) |
| Title of Project (and/or Subproject): | **Center for Computational Study of Biological Systems** |
| Dates of Approved/Proposed Project: | 12/01/02 – 11/30/05 |

Our role in this planning grant is graduate and postdoctoral training and research on models for proliferation and related expression motifs in mammals and yeast.

| | |
|---|---|
| Overlap (*for each individual*): | There is no overlap with other grants. |
| Active/Pending | Active |
| Project # (Principal Investigator): | (P.I. Dale Larson., HMS) |
| Source: | NIH |
| Title of Project (and/or Subproject): | **Development of an unlabeled macromolecule detector** |
| Dates of Approved/Proposed Project: | 07/01/02-06/30/07 |

Our role is providing macromolecules for testing nm-resolution optics

| | |
|---|---|
| Overlap (*for each individual*): | There is no overlap with other grants. |
| Active/Pending | Active |
| Project # (Principal Investigator): | (P.I Leonard Zon, The Children's Hospital) |
| Source: | NIH |
| Title of Project (and/or Subproject): | **Comparative Approach to the Hematopoietic Stem Cell** |
| Dates of Approved/Proposed Project: | 9/30/02-8/31/05 |
| Overlap (for each individual): | There is no overlap with other grants. |
| Active/Pending | Active |
| Project #(Principal Investigator): | (P.I. Ron Tompkins) |
| Source: | NIH |
| Title of Project (and/or Subproject): | **Inflammation and the Host Response to Injury** |
| Dates of Approved/Proposed Project: | 4/01/03-3/31/08 |

Our role in this project is to develop and provide novel methods for microarray experiments and computational interpretation especially in the context of mammalian inflammation and trauma.

| | |
|---|---|
| Overlap (*for each individual*): | There is no overlap with other grants. |
| Active/Pending | Approved |
| Project #(Principal Investigator): | P50 GM068763-01 (P.I. Andrew Murray) |
| Source: | NIH NIGMS |
| Title of Project (and/or Subproject): | **Modular Systems biology** |
| Dates of Approved/Proposed Project: | 4/01/03-3/31/08 |

Our role  is to develop novel modeling methods for yeast gene expression networks.

| | |
|---|---|
| Overlap (*for each individual*): | There is no overlap with other grants. |

| | |
|---|---|
| Active/Pending | Approved |

CONFIDENTIAL                                                                                  AB00144389

Project #(Principal Investigator):      (P.I. George Church)
Source:                                  NIH NHGRI
Title of Project (*and/or Subproject*):  **Molecular and Genomic Imaging Center**
Dates of Approved/Proposed Project:      4/01/04-3/31/09

Our role  is to develop polony technology for resequencing of DNA and RNA in stem cells

Overlap (*for each individual*):         There is no overlap with other grants.

| Active/Pending | Pending |
|---|---|

Project #(Principal Investigator):      (P.I. George Church)
Source:                                  NIH NHGRI
Title of Project (*and/or Subproject*):  **NCBC Center for Correlations, Causes, & Cures**
Dates of Approved/Proposed Project:      4/01/04-3/31/09

Our role  is to develop software for proteomics & coordinate technology with the DBP cores.

Overlap (*for each individual*):         There is no overlap with other grants.


R24 HG03570        G.L. Costa                      10/04-9/07
NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Collaborator (no overlap

CONFIDENTIAL                                      AB00144390

Confidential — Subject to Protective Order Declaration of Ronald Smith

**Jonathan N. Kremsky, Ph.D.**

Prime Organics, Inc.                          61 Piedmont Street
450 Chelmsford St.                            Arlington, MA 02476
Lowell, MA 01851                              (781) 646-9185
(978) 970-1074    FAX (978) 934-0731          e-mail: jkremsky@primeorg.com

## PROFESSIONAL EXPERIENCE
**Prime Organics, Inc.**, Arlington, MA 1995-present

*President and Founder*. Began operations for a kilolab contract synthesis company in April, 1995. Responsible for all aspects of the business, which carries out both organic synthesis and outside consulting for local biotechnology companies.
**PerSeptive Biosystems**, Bedford, MA   1994-1995

*Biosearch Division, Director of Process R&D*. Management of an integrated group of scientists responsible for the process development and pilot scale manufacture, large scale purification and QA/QC of chemical intermediates for the synthesis of DNA, RNA peptides and peptide nucleic acids.
**Millipore Corporation**, Bedford, MA 1987-1994
    *Biosearch Division, Senior Scientist*: Responsible for the development of multi-step organic syntheses of natural and unnatural nucleosides for oligonucleotide synthesis via the phosphoramidite method. Invention of new protecting group chemistry, modifications of heterocyclic bases and furanose rings, chemicals for therapeutic antisense compounds (phosphorothioates, 2'-fluoro-, 2'-amino-, 2'-O-methylribonucleotides, H-phosphonates). Scale-up of multi-step synthetic protocols for pilot-plant and manufacturing.
    *Specialty Chemistries Group, Consulting Scientist II*: Principal scientist for a group of Ph.D. and Masters chemists in the development of proprietary surface chemistry for HPLC and membrane separations technologies. Responsible for setting up a full analytical chemistry laboratory. Responsible for organic synthesis and characterization of monomers and polymers for new reverse-phase, ion exchange and affinity bonded phases for the purification of biological molecules.
**Genetics Institute**, Cambridge, MA          1984-1987
    Responsible for the synthesis and characterization of modified oligonucleotides, enzymes and non-radioactive signaling systems as part of a program in DNA-based human diagnostics. Design and synthesis of modulators of protein kinase C. Research into the preparation and characterization of chemically modified human rTPA.
**Columbia University**, New York, N.Y., Post-doctoral Research Associate, Prof. Ronald
    Breslow, advisor.                        1982-1984
    Research in the development of artificial enzymes, particularly in the preparation of synthetic versions of P450 monooxygenase mimics. Synthesis of synthetic porphyrins as enzyme mimics.


## EDUCATION
The University of Chicago, Chicago, Il.                          1982
    **Ph.D. in Natural Products Synthetic Organic Chemistry**, Prof. Josef Fried, advisor.
Dissertation: "**The Stereospecific Synthesis of Maytansinoid Intermediates**"   The work was concerned with the isolation of the natural product maytansine, and the synthesis of bioactive analogues of this potent anti-tumor *ansa*-macrolide.
Michigan State University, East Lansing, MI, B.S., Chemistry, *summa cum*          1978
*laude*.

CONFIDENTIAL                                    AB00144391

**HONORS**

| | |
|---|---|
| NIH Post-doctoral Fellow, Columbia University | 1982-1984 |
| Pre-doctoral Fellow, Squibb Institute for Biochemical Research | 1981-1982 |
| NIH Pre-doctoral Fellowship, The University of Chicago | 1978-1981 |

**PUBLICATIONS**

1. N. D. Sinha, M. Pluskal, S.A. Kates and J.N. Kremsky, "Active Esters of Phenylpyrazolin-5-ones for the Labeling of Biomolecules", *Tetrahedron Lett.*, submitted for publication.

2. J.N. Kremsky, R.P. Hodge, R. Casale and N.D. Sinha, "Facile Deprotection of Silated Nucleosides with Potassium Fluoride/ 18-Crown-6", *Bioorganic & Medicinal Chemistry Letters*, **4**, 2171-2174  (1994).

3. N.D. Sinha, P. Davis, N. Usman, J. Perez, R.P. Hodge, J.N. Kremsky, and R. Casale," A Labile Exocyclic Amine Protection of Nucleosides in DNA, RNA and Oligonucleotide Analogue Syntheses Featuring N-Deacylation and Minimizing Depurination and Chain-degradation", *Biochimie*, **75**, 13 (1993).

4. J.N. Kremsky, J.L. Wooters, J.P. Dougherty, R.E. Meyers, M. Collins and E.L. Brown, "Immobilization of DNA via Oligonucleotides Containing an Aldehyde or Carboxylic Acid Group at the 5' Terminus", *Nucleic Acids Research*, 15, 2891 (1987).

5. S.F. Wolf, L. Haines, J. Fisch, J.N. Kremsky, J.P. Dougherty and K. Jacobs, "Rapid Hybridization Kinetics of DNA Attached to Submicron Latex Particles", *Nucleic Acids Research*, 15, 2911 (1987).

6. N.D. Sinha and J. N. Kremsky, "Activated Esters of 1-Phenylpyrazolin-5-one for Labeling Amine-Functionalized Molecules", U.S. Patent 5,859,259 (1999).

**Ongoing Research Support**

| | | |
|---|---|---|
| R24 HG03570 | G.L. Costa | 10/04-9/07 |

NIH/NHGRI
Bead-based Polony Sequencing
The goals of this project are to develop a robust sequencing by synthesis technology for *de novo* and re-sequencing applications using bead-based polony technology.
Role: Chemical synthesis contractor

CONFIDENTIAL                                                                        AB00144392

# RESOURCES

FACILITIES: Specify the facilities to be used for the conduct of the proposed research. Indicate the performance sites and describe capacities, pertinent capabilities, relative proximity, and extent of availability to the project. Under "Other," identify support services such as machine shop, electronics shop, and specify the extent to which they will be available to the project. Use continuation pages if necessary.

Laboratory: Agencourt Bioscience occupies approximately 30,000 sq. ft. of laboratory and office space in Beverly, MA. The lab incorporates optimally organized work areas for library, sample and reagent preparation, and an adjacent open space for automated instrumentation with redundant electrical, mechanical and data systems. The electrical power system is designed to remain operable in the event of a power outage to support continuous operations at a minimum of ½ capacity. Systems include parallel redundant multi node uninterruptible power supplies and 150 KW emergency electrical power generator. Battery backup is provided by 70 KVA UPS module located in the mechanical room to provide consistently reliable power protection during utility brownouts, blackouts, over voltage, under voltage, and out of tolerance frequency condition. Redundant RO/DI water (7 GPM with 18 mega Ohm quality ) and HVAC air systems are in use and SCADA (Supervisory Control and Data Acquisition) monitoring systems notify facilities managers of equipment problems (freezers, watersystems, air systems, sequencers, etc.). A Class 100,000 clean room is also available. The facilities, operating and waste disposal procedures are maintained in compliance with all OSHA, EPA, and other Federal, State and Local regulations relevant to biomedical research laboratories. Agencourt has 15 dedicated HVAC systems controlling laboratory conditions, and the high end RO/DI water purification system is designed by Fluid Solutions.

Clinical: N/A                        Animal: N/A

Computer: The IT infrastructure currently includes approximately 45 servers (ranging in capacity up to an ES45 with 12 Gb of RAM) running UNIX, LINUX and WindowsXP operating systems connected via high speed gigabit Ethernet NICs. Data storage capacity exceeds 10 terabytes including servers and network attached storage (NAS) devices. All data is backed up to robotic tape libraries nightly with tape sets rotated to secure offsite storage. Hardware is housed in a secure, restricted access, environmentally controlled data center where servers and other critical network components are monitored 24/7 and key personnel are automatically notified in case of equipment problems. The internal, private, network is connected to the internet via high speed data communications lines and is protected by CheckPoint firewalls and an intermediate DMZ area where intrusion detection (IDS) and virus detection systems are located. This provides secure access to the internet with no direct, unmonitored paths available into internal networks. Remote access to the network is provided via SSL to the DMZ area and virtual private network (VPN) connections incorporating two factor, encrypted key authentication for security. Two T1 load balancing lines are used for data trafficking. The Oracle Enterprise Resource Planning (ERP) and Customer Relationship Management (CRM) applications, version 11i, provide our administrative, financial, manufacturing and customer service systems, and are hosted by Oracle.com Inc. for cost savings and administrative efficiencies. These systems are integrated into our network via dedicated, high speed, VPN appliances.

Office: All scientists at Agencourt have access to office space with desktop computers connected to corporate network via high-speed 100Mb Ethernet, telephones, numerous printers, scanners, CD-burners, and other standard office computer equipment.

Other: N/A

MAJOR EQUIPMENT: List the most important equipment items already available for this project, noting the location and pertinent capabilities of each.
Major equipment includes 30 ABI-3730xl capillary array sequencers, 1 ABI-310, 1 Genetix QBot, 1 Genetix QPix, 2 K-Biosystems automated colony pickers, 2 Perkin Elmer DNA TRAKs, 1 Perkin Elmer GenomeTRAK, and 7 Biomek FX liquid handlers for high throughput DNA template preparation and sequencing, 6 Perkin Elmer SPRIbot liquid handlers, 3 Perkin Elmer Multiprobes ( 4-tip and 8-tip), 1 Tecan Genesis, 12 MJ tetrad and 25 ABI 9700 thermal cyclers, 1 Genemacines Hydroshear, 1 Perkin Elmer Fusion HT Plate Reader, 1 PFGE unit, 3 Olympus fluorescence microscopes and 1 Agilent bioanalyzer. A full range of small instruments includes balances, pH meters, pipetting devices, incubators, shakers, gel electrophoresis devices, UV light boxes and digital photography equipment and spectrophotometer. Ample refrigerator, -20º, and -80º freezer space is available.

CONFIDENTIAL                                                                    AB00144393

**Research Plan for Supplemental Funding**

CONFIDENTIAL

AB00144394

## A. SPECIFIC AIMS

The goal of the current project, as funded, is to develop a robust sequencing by synthesis methodology for *de novo* and re-sequencing applications using the bead-based polony technology. The overall R & D focus is to address key aspects of the technology that need to be refined to enable robust, high quality polony sequencing.  Agencourt's experience in large-scale genome sequencing will serve well to ensure that the key issues involved in optimizing the technology against current industry standards, data processing, management, and analysis are effectively addressed in a time- and cost-efficient manner.  The current specific aims are to:

1) Develop effective procedures for production of paired-end PCR libraries with virtual insert sizes (distance between read pairs) in the range of 2 to 50 kilobases.

   - Test on the *E. coli* genome (Year 1), a *Drosophila* genome (Year 2) , and the human genome (Year 3); demonstrate pairing fidelity of 99% in Year 1.

2) Develop methods for effective solid-phase template amplification on derivatized microspheres and for enrichment of beads containing amplified templates.

   - Test by amplification and tag sequencing of fragments from the *E. coli* genome (Year 1), a *Drosophila* genome (Year 2), and the human genome (Year 3); demonstrate clonal amplification rate of 95% in Year 1.

3) Develop methods for robust array preparation

   - Test physical matrix resilience by repeated cycling of sequencing reagents; demonstrate bead packing at a density of $10^8$ per slide and ability to process for 100 cycles during Year 1.

4) Develop procedures for fluorescent *in situ* sequencing by synthesis

   - Test on the *E. coli* genome using non-terminating dye-labeled nucleotides in Year 1, with prototype reversible terminators on the *Drosophila* genome in Year 2, and with second-generation reversible terminators on the human genome in Year 3.

5) Develop an integrated data acquisition system including fluorescence microscope, automated stage, flow cell, fluidics system and control software.

   - Demonstrate full functionality of equipment for acquiring and processing a full set of images from an *E. coli* genome slide by the end of Year 1.

6) Develop data management and assembly software.

   - Collaborate with assembly developers to integrate information from short paired sequence tags with other sequence information in Year 1, to demonstrate resequencing of the *Drosophila* genome in Year 2, and to demonstrate resequencing of the human genome in Year 3.

7) Develop functional reversible chain terminators.

   - Synthesize and test at least four candidate molecules in Year 1, select functional prototype molecules in Year 2, and produce final molecules in Year 3.

8) Develop modified enzymes capable of efficiently incorporating reversible terminators.

   - Generate and screen at least 10 mutant polymerases during Year 1 for ability to incorporate candidate terminators; perform second round of mutagenesis on candidate enzymes using functional prototype terminators in Year 2.

CONFIDENTIAL

AB00144395

Not applicable

**New aims to be pursued under supplemental funding**

We have developed several novel and efficient approaches for producing paired-end PCR libraries, amplifying individual templates on derivatized microspheres, enriching populations of beads containing amplified templates, and for preparing polony arrays (funded aims 1-3). These approaches and aims were well-received by the original grant review committee, and will remain unchanged under supplemental funding. Aims 4-8, however, will be modified and expanded in scope as follows (same numbering).

4) Develop procedures for fluorescent *in situ* sequencing by ligation and cleavage using labeled 3'-phosphorothiolate-containing oligonucleotides

- Test on the *E. coli* genome in Year 1, on the *Drosophila* genome in Year 2, and on multiple human genomes in Year 3.

5) Develop an automated data acquisition system including optics for four-color signal detection, CCD camera, movable stage, peltier flow cell, fluidics system and control software.

- Demonstrate functionality of equipment for acquiring and processing a full set of images from an *E. coli* genome slide by the end of Year 1.

- Develop an instrument capable of supporting an in-house commercial resequencing service by the middle of Year 3.

6) Develop and implement image analysis, sequence acquisition, data management and assembly software.

- Demonstrate utility for data acquisition from the *E. coli* genome (~4.7 Mb) by the end of year 1.

- Demonstrate full functionality for data acquisition from a *Drosophila* genome (~200 Mb) by the end of year 2.

- Collaborate with assembly developers to enable assembly of paired sequence tags in Year 1, and to demonstrate resequencing of a *Drosophila* genome in Year 2 and of a human genome in Year 3.

7) Develop and produce cleavable ligation substrates

- Synthesize a large number of labeled 3'-phosphorothiolate-containing oligonucleotides with a variety of fluorophores and linkers attaching the fluorophores to the oligonucleotide, various universal bases, and universal bases at different positions.

- Evaluate the different oligonucleotides for ligation efficiency and cleavage efficiency using gel shift and sequencing assays.

- Evaluate the different oligonucleotides for ligation accuracy by direct sequencing of ligation products.

- Evaluate the most promising oligonucleotides using polony slides

- Optimize chemical synthesis and purification methods to enable cost-effective, large scale production of a final set of labeled 3'-phosphorothiolate-containing oligonucleotides

8) Develop modified ligase enzymes with improved performance.

- Generate and screen at least 10 mutant ligases during Year 2 for improved fidelity and/or improved efficiency of ligation with labeled 3'-phosphorothiolate-containing oligonucleotides

- Perform second round of mutagenesis on candidate enzymes in Year 3.

CONFIDENTIAL                                                    AB00144396

## B. BACKGROUND AND SIGNIFICANCE

Over the past decade, sequencing costs have dropped approximately 20-fold, from about ~10 dollars to ~50 cents per read, and incremental finishing costs have dropped by about the same factor (from ~40 to ~2 cents per finished base).  Although this record is impressive, the fixed costs of laboratory infrastructure and instrumentation comprise an ever-larger part of the cost equation, and it is clear that a point of diminishing returns has been reached in incremental cost reduction for standard capillary electrophoresis based sequencing.  However, a number of academic and commercial efforts are now underway to develop revolutionary sequencing technologies that aim to reduce the cost of DNA sequencing by another 2-3 orders of magnitude over the next 5 years.  These emerging technologies can be classified into one of four groups: micro-electrophoretic methods, sequencing-by-hybridization, array-based sequencing-by-synthesis, and single-molecule sequencing.  While most of these technologies are still at an early stage, a number of recent technical breakthroughs have increased the pace and momentum of development, and it now appears that at least some of these approaches will come to fruition within the above-mentioned 5 year timeframe see (Shendure et al. 2004) for a recent review.

The ability to sequence complete human genomes at a cost of $1,000 - $100,000 would revolutionize approaches to biological research and medicine.  Sequencing costs near the upper end of this range would enable extensive studies of human variation for disease gene studies and substantially expanded comparative sequencing to understand the evolution and function of the human genome.  Costs near the lower end of the range would enable cost-effective re-sequencing of individual human genomes, a development that promises to revolutionize approaches to the study of disease predisposition, diagnostics and individualized medicine.

As an established large scale sequencing center and provider of contract sequencing services for the public and private sectors, Agencourt Bioscience (www.agencourt.com) has a vested interest in maintaining its position as a quality- and cost-leader in the field.  The company has made a strategic commitment to aggressively pursue one of the new technologies that appears to have a high probability for near-term success.  Although several companies have been founded to develop and commercialize revolutionary sequencing technologies, or have recently entered the field, Agencourt is the only one that combines a strong track record in DNA sequencing technology development with the successful history of commercializing technology and building a profitable contract sequencing business.

The technology that Agencourt is focusing on is the "polony" technology that was developed in the laboratory of Dr. George Church at Harvard Medical School. The specific implementation of the technology that we are pursuing is one in which the polonies are produced on the surface of chemically derivatized microspheres (beads) by clonal PCR amplification from single molecules.  This implementation has several advantages over the original gel-based approach, notably in the ease of sample preparation, and in the ability to achieve high signal strength and high array packing densities. The polony technology enjoys the distinction of having more peer reviewed publications with demonstrated biological applications than any of the other revolutionary sequencing technologies under development (Mitra and Church 1999; Butz et al. 2003; Merritt et al. 2003; Mitra et al. 2003a; Mitra et al. 2003b; Zhu et al. 2003; Buhler et al. 2004; Mikkilineni et al. 2004; Shendure et al. 2004); see http://arep.med.harvard.edu/Polonator/ for a current list).   The following is a brief description of the technology and its evolution.

Polony technology was developed during 1999 as a method for amplifying single DNA molecules from any source using universal primers within a thin polyacrylamide gel layer on a glass microscope slide (Mitra and Church 1999).  One strand of the PCR product within each polony (polymerase colony) could be covalently linked to the gel matrix through an acrydite moiety (Kenney et al. 1998) on the primer, which was co-polymerized within the gel.   This allowed one of the two DNA strands to be melted off, while the other was retained as a single strand attached to the matrix, permitting efficient hybridization of a probe or primer for subsequent biochemical procedures and applications.  It was

CONFIDENTIAL

AB00144397

demonstrated that the average size of each polony was inversely related to the amplicon length and also to the polyacrylamide concentration in the gel. Polony size could be readily varied between 10 and 1000 microns for amplicons between 100 and 600 base pairs in size.

Subsequent work demonstrated that primers could be hybridized to the single strands within a polony and that dye-labeled nucleotides could be incorporated in the presence of a suitable DNA polymerase to enable genotyping applications (Mitra et al. 2003a). By performing two separate single base extension reactions for two different SNPs located at remote sites on the template, molecular haplotyping could also be demonstrated (*ibid*). Extension of this work, using nucleotide analogs with a cleavable linker between the nucleobase and the fluorophore enabled multibase sequencing to be carried out using a simple fluorescent *in situ* sequencing by synthesis approach (see figure; (Mitra et al. 2003b). According to this method, labeled nucleotides are incorporated one at a time (e.g., A, C, G or T) within each polony, the label is detected, and then removed, and the cycle is continued with the next base. This process can be carried on for many cycles to build up a sequence from each polony on the slide (similar to the sequencing by synthesis approach invented by (Melamede 1989)).

Several key advances were made by Mitra et al. (2003b) that improved the efficiency of the system. These included the development of a cleavable linker containing a disulfide moiety that can be cleaved very rapidly (in under 1 minute) by reducing agents under mild conditions where the polymerase remains active, and the development of polymerase trapping to keep the polymerase from washing away during the cleavage and rinsing steps. An added advantage of the polymerase trapping procedure is that it increased the efficiency of primer extension (re-utilization of templates for subsequent rounds of base addition) significantly – up to 99.8%.

Although these results were encouraging, there were still a number of remaining problems to be addressed: 1) several difficult-to-explain systematic sequencing errors were observed, 2) read lengths were short (5 to 8 bases - limited by detachment of the gel layer from the slides), 3) only one of the four bases could be added at a time, a condition that favors mis-incorporation (Eckert and Kunkel 1993; Beard et al. 2002), 4) the accuracy was low because of the inability to reliably determine the number of bases incorporated in each addition cycle (the fluorescence signal obtained was not proportional to the number of bases incorporated at sites with homopolymer runs of 2 or more bases), and 5) there was a substantial trade-off between sequencing efficiency and polony size, such that the smallest polonies that could be sequenced were millimeter-scale in size.



Several of these problems were solved after the above work was published. One key advance was the development of bead-based polony technology by J. Shendure and G. Porreca in the Church Lab. In this method, individual DNA molecules are clonally amplified on chemically derivatized microspheres with one of the PCR primers being attached to the surface (Dressman et al. 2003). The resulting beads with attached template molecules are then distributed to form a random array over the surface of a microscope slide and are embedded in a thin layer of polyacrylamide to immobilize them (in a similar manner to the original polony approach). The pore size of the polyacrylamide gel is chosen such that the enzyme and substrates can diffuse readily into and within the gel. The key advantages of bead-based polonies are: 1) uniform size (5-10%CV) in the range of 0.3-3 microns depending on the size of the beads used, 2) high DNA loading density (up to ~200,000 templates per 1 μm bead), 3) high fluorescence intensity in primer extension reactions, and 4) high array packing densities (see Figure).

**Top:** Fluorescence image of a polony slide with Cy3-labeled primer hybridized to templates on 1 μm beads at a density sufficient to image ~280 million beads/slide.

**Bottom:** design of a polony slide with Teflon mask surrounding a clear area where beads are embedded in a 40 μm thickness polyacrylamide gel layer.

A large number of bead-based polony experiments have been

Page 45

CONFIDENTIAL

AB00144398

performed in our laboratory. Several refinements to the procedure for arraying and immobilizing the beads have been implemented, including procedures to avoid clumping of the beads and to align the beads in a single focal plane in the polyacrylamide gel layer, just above the slide surface (otherwise, the beads remain distributed throughout the gel layer in at least 3 different focal planes). Currently, the beads are arrayed on glass slides (1 inch x 3 inch) with a Teflon mask about 20-40 microns in thickness upon which a cover slip can be placed to produce a uniform gel layer. The packing density and imagable area is sufficient to produce slides with over 500 million beads. An example of such an experiment with beads arrayed at a density sufficient to image ~280 million beads per slide after hybridization of a Cy3 labeled primer is shown in the accompanying figure (previous page).

Clonally amplified templates for sequencing are prepared on microparticles using a modification of the procedure developed by (Dressman et al. 2003). Briefly, short (<500bp) PCR templates are created by ligating a universal adaptor sequence to each end of a population of target sequences, allowing all templates to be amplified by a single pair of PCR primers. A bulk PCR reaction is prepared with adapted templates, one free primer, microparticles with coupled second primer, and other PCR reagents. The aqueous PCR reaction is mixed with an oil phase (containing light mineral oil and surfactants) in a 1:2 ratio. This mixture is vortexed to create a water-in-oil emulsion. One milliliter of mixture is sufficient to create $>4x10^9$ aqueous compartments within the emulsion, each a potential PCR reactor. Aliquots of the emulsion sample are dispensed into the wells of a 96 well microtiter plate and thermally cycled to achieve solid-phase PCR amplification on the microparticles. To ensure clonality, the bead and template concentrations are carefully controlled so that the reactors rarely contain more than one bead or template molecule.



Emulsion PCR was performed using a Cy3-labeled primer with an excess of template. Aqueous reactors fluoresce weakly from diffuse free primer whereas beads strongly fluoresce from primers accumulating on the bead due to solid-phase amplification. Bead signal is uniform in the different size reactors.

The major advantage of the emulsion-based, single-molecule PCR method for template preparation, compared to the original polony amplification method, is an ability to pack greater numbers of templates onto the sequencing substrates. Preparing the templates off-line from the sequencing slide allows the compartmentalized amplification reactions to be formed in larger volume, followed by collection and high density packing of the beads, to achieve substantially more templates per unit area than the original polony method (approximately $2x10^8$ vs. $1x10^6$). The magnetic responsiveness of the microparticles permits facile collection and concentration of the solid phase templates after amplification, and the magnetic collection protocols lend themselves to automation that can be leveraged for scale-up of the procedure. Additionally, the uniform size of monodisperse 1um particles (Dynal, Oslo) simplifies signal processing and feature identification for image analysis. Beads with clonal amplification products, about 3-5% of the beads in the emulsion, can be enriched to ~70% of the total by applying a single round of a simple hybridization-based enrichment protocol to collect and concentrate the template-containing beads for downstream sequencing (additional rounds of enrichment could be added as necessary).

Given the extraordinary pace at which the polony technology has evolved over the past two years, it is reasonable to be optimistic that the remaining hurdles between the present state-of-the-art and the desired goal of achieving 50-100 base reads from >~100 million polonies per slide can be effectively achieved by a dedicated, multidisciplinary research team within a three to five year time period. Achievement of these goals will enable routine re-sequencing of human genomes as well as de novo sequencing and assembly of other large genomes at a per-base accuracy of >99.99% -- high enough to distinguish polymorphism from sequencing errors at the single-nucleotide level. The FY 2009 cost per 3 Gb genome, based on current reagent costs and reaction efficiencies, is estimated to be approximately $23,000, and perhaps considerably less.

Page 46

## C. PROGRESS REPORT

### I. Update on Large Scale Sequencing Experience

Agencourt Bioscience Corporation has combined automated technologies for large-scale sequencing with an emphasis on traditional manufacturing methodologies and statistical process control to create a large-scale sequencing operation with strong focus on cost and quality leadership. Agencourt's facility is capable of generating over 25 million lanes per year and is currently the cost leader among the five NHGRI-funded large scale sequencing centers. The pipeline has been developed with scalable IT architecture for sample tracking, cost, and manufacturing control. Automated sample processing workstations are designed to be modular so that new capacity can be rapidly implemented at any process step as desired. Agencourt has served over 2000 individual clients and is the largest provider of contract sequencing services in the world.

The large scale sequencing accomplishments of the Agencourt team includes the generation of:

- >13 million *Drosophila* WGS reads, >3 million *Felis catus* reads, >7 million *Rattus norvegicus* whole genome shotgun (WGS) or Y-Chromosome shotgun reads, ~2 million *Tetraodon nigroviridis* WGS reads, ~2 million *Mus musculus* WGS reads, ~400,000 BAC-end reads from *Canis familiaris*, ~2 million fosmid-end reads from four *Drosophila* species, *Mus musculus*, *Ciona savignyi*, *Magneporthe grisea*, *Fusarium proliferatum* and *Neurospora crassa*.

- Whole genome assembly of four *Drosophila* genomes (*D. virilis*, *D. ananassae*, *D. mojavensis*, *D. erecta*) at ~8X Q20 coverage (total of ~800 Mb of genomic DNA)

- >70 Mb of draft BAC sequence and 46 Mb of finished sequence (39 Mb non-redundant) for the human genome project,

- 21 microbial or fungal genome sequences (>115 Mb of genomic DNA) including finished sequences from: *M. thermoautotrophicum*, *H. pylori*, *C. acetobutylicum*, partially finished sequences with 1 supercontig from: *P. mirabilis*, . *aureus*, *S. epidermidis*, *A.baumannii*, *K. pneumoniae*, *M. catarrhalis*, *P. aeruginosa*, *E. cloacae*, *B. fragilis*, partially finished sequences with several supercontigs from: *S. pneumoniae* and *E. faecium*, unfinished sequences from: *E. faecalis*, *C. albicans*, *A. Fumigatus*, *R. sibirica*, and several genomes sequenced under commercial contract,

- ~4 million SAGE tags, >900,000 EST sequences, >20,000 full-length cDNA sequences, >250 genes re-sequenced for SNP discovery in large numbers of individuals,

Key organizational accomplishments of the group include:

- Establishment and rapid scale-up of a high efficiency sequencing facility (~70,000 reads per day with 700 Q20 bases/read and 93% pass rate at 24 runs per instrument-day)

- Completion of draft and finished sequencing goals on or ahead of schedule,

- Cost leader for WGS sequencing amongst the NHGRI sequencing centers.

- Development and implementation of fully automated 384-well sequencing pipeline from colony growth through sequencing reaction clean-up.

- Development and implementation of advanced finishing software, and a toolbox of laboratory methods for finishing of difficult genomic and BAC regions,

- Implementation of an Oracle based LIMS with process manufacturing control and advanced sequence processing, distribution and database submission capabilities.

- Implementation of Arachne assembly software.

- Proven R&D group with a successful track record of developing and commercializing technology.

Page 47

## 1. Update on polony sequencing using DNA polymerases and natural dNTPs

### a) Instrumentation and data acquisition.

Two functional prototypes of an automated polony sequencing instrument have been constructed, tested and used extensively for unattended sequencing runs. One of the instruments is shown in the accompanying figure. The instrument is based on an Olympus epi-fluorescence microscope body (mounted sideways) with an automated, auto-focusing stage and CCD camera. Four filter cubes in a rotating holder permit four-color detection at a variety of excitation and emission wavelengths. A flow cell with peltier temperature control, which can be opened and closed to accept a polony slide (with a gasket to seal around the edge of the gel area), is mounted on the stage. The vertical orientation of the flow cell allows air bubbles to escape from the top of the flow cell (in fact, the cell can be completely filled with air to eject all reagents prior to each wash step). The flow cell is connected to a fluid handler with two 9-port Cavro syringe pumps, which allow delivery of 4 fluorescent bases, 4 natural nucleotides, cleavage reagent, alkylation reagent, enzyme equilibration buffer, wash buffer and air to the flow cell through a single port. The operation of the system is completely automated and programmable through control software using a dedicated computer with multiple I/O ports. The Cooke Sensicam





A. CCD camera
B. Fluorescence microscope
C. Movable stage
D. Peltier flow cell
E. Temperature control
F. Fluid handling
G. Computer

camera incorporates a 1.3 megapixel cooled CCD. The sensitivity of the camera is top in its class, which may not ultimately be necessary for amplified-based sequencing-by-synthesis approaches. Future systems will likely include a 4 megapixel camera to reduce imaging time, at a slight decrease in sensitivity. The flow cell utilizes a 0.25 micron stage, with a 1 micron feature size.

Accurate feature identification and alignment are critical for reliable analysis of each acquired image. The features are identified by first discarding all but the most intense pixels for each bead. The pixel values for a given image are plotted in a histogram; pixels corresponding to background are discarded and the remaining pixel values are sorted. In uniform images, where all the beads are roughly the same intensity, the algorithm eliminates the bottom 80-90% of pixel values. Pixels having values in the top 10-20% are then scanned to identify those at a local maximum in a 4 pixel radius. The average intensity in that region as well as the average intensity of the perimeter are then recorded. These values form a normal distribution and pixels whose values fall outside that distribution are then removed. The percentage of pixels initially ignored, the size of the circular region, and the cutoff values that eliminate possible beads in the normal distribution are all parameterized and can be tuned if necessary. Alignment is accomplished by creating feature matrices for each image in the alignment set. The resulting matrices are then searched for the most frequent x,y coordinate offsets to identify the optimal alignment.

Current revisions to the data acquisition routines have not changed the overall method of data analysis. Briefly, bead images are collected in the Cy5 channel (corresponding to the sequencing primer) prior to base addition. These images are used to create a feature map marking both positional coordinates and raw signal intensities as fluorescent units (RFU values) for each bead. For each subsequent nucleotide addition, an image set is acquired both before and after the Cy3-labeled

Page 48

CONFIDENTIAL

AB00144401

nucleotides are added. These images are aligned to the original Cy5 images and RFU values are then assigned to each of the beads and recorded. A baseline correction is applied by subtracting the difference of intensities between the unlabeled (pre-extension) and labeled (fluorescent-addition) images of each base addition. These baseline-subtracted values are then normalized by the intensity found in the Cy5 image for each feature to form the basis by which a bead is considered an adder or non-adder. Modification of the algorithms has improved the image processing efficiency and allowed the platform to analyze the thousands of images needed to conduct a high throughput run. The current technology supports thousands of features per image with ~1,300 images per slide to afford an analysis of 5-100 million template species per experimental run. The algorithms have been designed so that they can be easily ported from MATLAB to C+ at a later date for further efficiency enhancements.

The Figure at right shows typical results from an automated bead-based fluorescence in situ sequencing (FISSEQ) run using four template populations, plotted as a function of signal intensity versus base addition cycle. Each sequencing cycle (50 minutes) consisted of the following liquid additions:

1) Buffer equilibration
2) Baseline image collection
3) Buffer equilibration
4) Labeled dNTP addition
5) Wash
6) Image collection
7) Cleavage reagent
9) Buffer equilibration
10) Unlabeled dNTP chase
11) Wash
12) Repeat for 25-100 cycles

The enzyme used was E. coli polymerase I exo⁻ Klenow fragment. The labeled dNTPs contained a Cy3 dye, tethered by a disulfide-containing linker and were used in pre-optimized mixtures with natural dNTPs (the use of blends improved the consistency of the results; the relative concentrations were determined from an extensive set of optimization experiments). In each panel, the signal from ~4,000 beads is plotted for each base addition cycle. As evidenced by the tight distributions at each peak, it is clear that the signal from multiple beads after image processing is very consistent and most likely due the sequence context of the growing



strand. Careful analysis of the FISSEQ plots reveals three phenomena that limit the read length to about 10 bases: dephasing, misincorporation and signal attrition. These occur in a template-specific manner. These results represent approximately the best performance that can be obtained using the

Page 49

FISSEQ method with exo⁻ Klenow polymerase and non-terminating dNTPs; less satisfactory results were obtained with exo⁻ Bst polymerase, exo⁻ Taq polymerase and Sequenase.

**b) Testing of potential reversible terminators.** Our chemistry contractor synthesized three novel dNTP analogs with various substituents on the 3' position of the sugar ring, which we expected would serve as reversible terminators (I-III in the Figure). Each of these molecules was evaluated for its ability to terminate DNA synthesis using a variety of DNA polymerases in our standard gel shift assay with bead-bound templates containing five adenosine residues immediately downstream of the primer (see schematic in the Figure). If termination occurs, only a single T analog would be added. After reversal of termination (e.g., by treatment with dithiothreitol) a second T analog could be added. We observed, however, that all three of the molecules failed to terminate, using either Sequenase, exo⁻ Klenow,



I

3'-O-hydrocarbyldithiomethyl

II

3'-deoxy-dithiomethyl dTTP

III

3'-O-tert-butyldimethylsilyl dTTP

exo⁻ Taq or exo⁻ Bst polymerases (the data for analog II at two concentrations is shown in the figure; the blue peaks represent the primer and base addition products; the orange peaks represent size standards). The lack of termination was presumed to be a result of catalytic editing (Canard et al. 1995), a phenomenon that results in removal of the 3' substituent by the polymerase in the presence of a dNTP (or analog) that is capable of base pairing with the next (n+1) nucleotide on the template downstream of the primer 3' terminus. The mechanism underlying catalytic editing has not been well characterized, but it does not depend on 5' or 3' exonuclease activity.

These experiments suggested that it may be more difficult than originally supposed to develop a functional reversible terminator. We have designed several potential reversible terminators with different characteristics from the above that might not be subject to catalytic editing, but have not synthesized these yet because the molecules are fairly complex. We are also seeking to test reversible terminators which are available for licensing from other companies or universities.

The results of these experiments caused us to rethink the polymerase/reversible terminator strategy and to consider other possible single base addition mechanisms. We investigated one such approach that appeared particularly attractive, utilizing a DNA ligase and cleavable ligation substrates. The end result was a set of "proof of principle" experiments that succeeded in demonstrating to us that it should be quite straightforward to develop a sequencing method based on that procedure.

**2. Sequencing by cycled ligation and cleavage.**
The overall scheme for ligation based sequencing is shown in the figure on the next page. A key enabling aspect of the method is the inclusion of a scissile bond in the oligonucleotide substrates that can be quantitatively cleaved under mild conditions so that the resulting oligonucleotide contains a ligatable end (e.g., a 5' phosphate) and remains bound to the template. Another important feature of the method is the ability to strip off the chain-ligated extension products and reset the reaction by hybridizing a new primer that terminates at a different position from the first primer. This allows a large number of cycles to be performed (e.g., 100 or more) without a high level of attrition due to the accumulation of incomplete or mismatched ligation products.

Page 50

CONFIDENTIAL                                                                              AB00144403

## Sequencing by cycled oligonucleotide ligation and cleavage



**Step 1: Ligate**
Hybridize primer. Add DNA ligase with four 5'-end labeled octamers having different 3' bases and fluorescent labels. Use of inosines (I) or universal bases decreases complexity of octamer library.



**Step 2: Image**
Image beads and record first base downstream of the primer after ligation of the correct octamer.



**Step 3: Cleave**
Cleave bridging P-S bond with silver nitrate to release fluorophore and expose a 5' phosphate.



**Step 4: Repeat Ligation/cleavage**
Extend strand by performing additional cycles of ligation and cleavage using the same set of labeled octamers. Determine the sequence of every 6th base (e.g., bases 1, 7, 13, 19, 25, 31, 37, 43, 49, 55, 61, 67, 73, 79, 85 after 15 cycles).



**Step 5: Reset Primer; Repeat Cycles**
Heat-strip extended strands. Hybridize a new primer terminating at the n-1 position and repeat ligation/cleavage cycles to sequence the next set of bases (e.g., bases -1, 6, 12, 18, 24, 30, 36, 42, 48, 54, 60, 66, 72, 78, 84 after 15 cycles).



**Steps 6-9: Repeat Resets / Cycles**
Repeat step 5 using primers terminating at the n-2, n-3, n-4 and n-5 positions to read the intervening bases.

**Read Length = 71 bases**

**(2 End Reads = 142 bases)**

Page 51

AB00144404


```
TEMPLATE    A C C A A A T G G C A C C C A A T T T T G C A T C C C A G G G G C A T T A C C G A A T G G A G C C G T A T C
Primer 1          A        C        C        A    T    T            G    T        A        G        C
Primer 2 (n-1)       A        A    T        T        A        G    T        A    G        C    T
Primer 3 (n-2)    A        C        A        C        A        A        G        T        A        C
Primer 4 (n-3)    C        G        A        C        C        C        C        G        T
Primer 5 (n-4)    C        G        C    T        C        C        G        C        G
Primer 6 (n-5)    A    C        G        T        C        A        T        C        A
```

The above schematic depicts the net result of a using the oligo ligation and cleavage method with probes designed to read every 6th base of the template molecule. By serially stripping and sequencing the template with 6 offset sequencing primers and combining the results, all template bases are elucidated over a defined length. For instance, if 10 serial ligations are performed for each of the 6 reactions, the resulting read length will be 55 sequential base pairs, whereas if 15 serial ligations are performed for each reaction the resultant read length will be 85 sequential base pairs.

In contrast to this approach, most serial sequencing by synthesis methods struggle with error accumulation that ultimately limits the potential for long read lengths. An advantageous feature of our method is that it allows one to read every $n^{th}$ base (depending on the position of the cleavable moiety in the probe), such that after a given number of cycles (y), one reaches the $n*y-(n-1)^{th}$ base (e.g., the 71st base in the foregoing example after 15 cycles, or the 115th base after 20 cycles using a probe with 6 bases on the 3' side of the cleavage site). The ability to "reset" the primer at the n-1, n-2, etc., positions greatly minimizes serial error accumulation (via dephasing or attrition) for a given read length since the process of stripping the extended strands from the template and hybridizing a new primer effectively resets background signals to zero. For example, comparing the polymerase based sequencing by synthesis (FISSEQ) and ligase-based approaches, if the signal to noise ratio at each extension cycle is 99:1, the ratio after 100 cycles for the FISSEQ approach will be 37:63 and for the ligase-based method, 85:15. The net result for the ligase based method is a large increase in read length over competing polymerase-based methods.

A number of features in the illustrated procedure were developed and optimized as a result of experiments performed in our laboratory. Each of these will be discussed in more detail below.

*a. Bead-based templates.* To evaluate the potential of sequencing by cycled oligonucleotide ligation and cleavage, two sets of model bead-based template populations were prepared. Cycled oligonucleotide ligation and cleavage extends strands in the 3'→5' direction. Therefore, to evaluate ligation efficiencies, model templates were bound to beads at the 5' end and designed with a universal primer binding region at the 3' end. One set was comprised of short (70bp) oligonucleotides bound to streptavidin-coated magnetic beads (1 micron) via a dual biotin moiety. Each of these short template populations were designed with an identical primer binding region (40 bp) and a unique sequence region (30 bp) at the 3'end. The short oligonucleotide template populations were termed ligation sequencing templates 1-7 (LST1-7). The second set of bead-based template populations were designed from long, PCR-generated DNA fragments (232-bp) derived by inserting 183-bp of spacer sequence (from a human p53 exon) into each template population. Templates were amplified with dual biotin-containing forward primers and reverse primers containing the same 30 base unique 3' end sequence as the short template populations. The templates were made single-stranded by melting off one of the strands with sodium hydroxide-containing buffer. These long template populations were designed to mimic the species generated from the short-fragment paired-end libraries and were termed long-LST1-7.

```
                                              FAM                                    Oligo probe
                                                          Seq Primer                 3'————5'
        Primer:                                     3' TCTCTTACTCCTTGGGCCCCGTCG 5'
Template: LST1  (BEAD) 5'-----------AGAGAATGAGGAACCCGGGGCAG.TCACGAGT-3'

          LST2  (BEAD) 5'-----------AGAGAATGAGGAACCCGGGGCAG.CGGTGCTT-3'

          LST3  (BEAD) 5'-----------AGAGAATGAGGAACCCGGGGCAG.GGTGTATA-3'

          LST4  (BEAD) 5'-----------AGAGAATGAGGAACCCGGGGCAG.ATTCTCGA-3'

          LST5  (BEAD) 5'-----------AGAGAATGAGGAACCCGGGGCAG.ACAGATAA-3'

          LST6  (BEAD) 5'-----------AGAGAATGAGGAACCCGGGGCAG.ACGACAAG-3'

          LST7  (BEAD) 5'-----------AGAGAATGAGGAACCCGGGGCAG.ACGAACAG-3'
```

Page 52

CONFIDENTIAL                                                                      AB00144405

### b. Ligase evaluation.

A gel shift assay was developed to allow us to evaluate ligation efficiencies using the bead based templates.  The primer contained a 5' phosphate and a FAM fluorophore at its 3' end. In the assay, the primer is hybridized to a template strand such that the 5' phosphate can serve as a ligation substrate for incoming oligonucleotide probes (the fluorophore serves as a reporter for mobility-based capillary gel electrophoresis). Following ligation of oligonucleotide probes, the magnetic beads were collected using a magnet and the ligated species released from the template beads by heat denaturation. The single-stranded DNA ligation products were then assayed using an ABI3730xl sequencing instrument with labeled size standards (lissamine ladder; size range 15–120 nucleotides; appears as a set of orange peaks in chromatograms).  In a typical gel shift, the potential peaks include, i) primer peaks (due to no extension or the lack of primer extension), ii) adenylation peaks (due to the attachment of an adenosine residue at the 5' end of a nonproductive ligation junction by the action of DNA ligase – see mechanism), and iii) completion peaks (due to the attachment of an oligo probe). The benefit of using gel shift assays to evaluate ligation efficiency is that the areas under the peaks directly correlate with the concentration of each species. We were able to use this assay to evaluate several candidate DNA ligases, in a variety of biological conditions.



Several DNA ligases were evaluated for their ability to efficiently ligate oligonucleotide probes. Both NAD and ATP dependent DNA ligases were evaluated. In the NAD-dependent family we tested ligation extensions with *T. thermophilus* ligase (Tth ligase, also known as Tsc ligase) and *T. aquaticus* ligase and *E. coli* DNA ligase. However, all of these enzymes generated significant adenylation peaks, reduced completion rates and poor overall ligation efficiencies (data not shown).  Cycled oligonucleotide ligation experiments with T4 DNA ligase (ATP-dependent) exhibited robust ligation efficiency and rapid completion rates with minimal signature peaks in gel shift chromatograms. For this reason we focused on T4 DNA ligase, evaluating both 5'→3' and 3'→5' extensions.  The latter direction is preferred since it is well known that T4 DNA ligase has an increased fidelity on the 3' side of the ligation junction (Wu and Wallace 1989). In addition, it has been shown that the enzymatic footprint of T4 DNA ligase bound to short nicked duplexes extends eight nucleotides across the nick (i.e., ligation junction) with a 3-bp recognition domain on the 5' end and a 5-bp recognition domain across the 3' end. Therefore, extension reactions with T4 DNA ligase were evaluated with oligonucleotide probes ranging from 6-10 bp. Optimal ligation efficiencies were achieved using octamers (data not shown) and subsequent experiments were designed to evaluate the use of probes with 4-fold degenerate bases (N ≈ A, C, G and T) interspersed with universal bases.  Several different buffers and additives, such as betaine and PEG, were also evaluated.

### c. Synthesis and evaluation of cleavable oligonucleotides.

Based on a review of the literature, we surmised that oligonucleotide cleavage could be enabled by incorporating a 3'-S-phosphorothiolate bond into the oligonucleotide (see Figure), the sulfur-phosphorus bond of which can be specifically and rapidly cleaved, leaving a ligatable 5' phosphate, by exposure to silver ions (Ag+) at 22-37°C and neutral pH, iodine or other ions such as Hg$^{2+}$ and Cu$^{2+}$ (Vyle et al. 1992; Sontheimer 1999). Since phosphoramidites containing a 3'-S-phosphorothiolate linkage are not commercially available, we requested that our chemistry contractor synthesize them, starting with the thymidine analog (shown at right) (Prime Organics, Lowell MA).  The phosphoramidite was then sent to a commercial supplier of novel synthetic oligonucleotides (Trilink Biotechnologies, San Diego CA), who



3'-Phosphorothiolate linkage

Page 53

CONFIDENTIAL

Plaintiff Applied Biosystems, Inc.'s Director - Reuss - Custody of Zhou Smith

synthesized and purified a number of oligonucleotides for us (this was not trivial since the coupling efficiency of the 3'-S-phosphoramidite was substantially lower than that of the standard 3'-O-phosphoramidites).  For applications requiring labeled probes, oligonucleotides were prepared with a variety of fluorescent dyes tethered to the 5' end.  Multiple oligonucleotides containing inosine residues at various positions were also synthesized (the rationale for use of inosine-containing sequences will be discussed later).  To prevent chain ligation, oligonucleotides were not phosphorylated on the 5' end.

We performed a number of experiments to assess the ability of oligonucleotides with 3' phosphorothiolate linkages to be cleaved and religated.  The general scheme for these experiments, using a gel shift assay, is outlined in the following Figure.



A FAM labeled primer was hybridized to a 232 base template (LST7) that was attached to a streptavidin-coated magnetic bead by means of a dual biotin moiety at the 5' end.  Two cleavable oligonucleotide probes were synthesized with an internal 3' phosphorothiolate linkage adjacent to a thymidine residue (shown in color).  The second cleavable oligonucleotide was designed to overlap with the first such that it could be ligated to the nascent 5' phosphate that would be generated after cleavage of the first oligonucleotide.  Ligation reactions were performed using T4 DNA ligase for 30 minutes at 37°C.  The results of gel shift experiments are shown in the following Figure.

The extent of ligation of the first phosphorothiolate-containing oligonucleotide (panel B) was identical to that of an unmodified oligonucleotide in a control experiment shown in panel A.  After ligation of the first phosphorothiolated oligonucleotide, the beads were incubated with silver



**Ligation Control**

3' FAM---TGCTTGTCT 5'
(natural thymdine)

**Ligation 1**

3' FAM---TGCTsTGTCT 5'

**Cleavage 1**

3' FAM---TGCTp 5'

**Ligation 2**

3' FAM---TGCTTGTCsTCACT 5'

**Cleavage 2**

3' FAM---TGCTTGTCp 5'

Page 54

AB00144407

nitrate to effect cleavage. Gel-shift analysis confirmed efficient cleavage by demonstration of a left-shifted, primer+4 cleavage product (panel C). The cleaved product (still hybridized to the bead based template) was then ligated to the second phosphorothiolate -containing oligonucleotide.  Productive ligation was indicated by the appearance of a right-shifted, primer+13 extension product (panel D).  A second round of cleavage produced the expected left-shifted, primer+8 cleavage product (panel E), demonstrating that multiple cleavage steps could be accomplished.

It is evident that ligation did not proceed to 100% completion in these experiments, although we have observed a greater degree of completion using T4 DNA ligase in other experiments.  While it is certainly desirable that the ligation proceed to completion it is not an absolute requirement because it is possible to effectively "cap" any unligated 5' ends by treating with a 5'-phosphatase after the ligation step (but before cleavage).  In that case, however, there would be a limit to the number of sequential ligations that could be performed, due to attrition of ligatable molecules.  With a given number of sequential ligations, the read length will depend on the length of the probe remaining after each ligation/cleavage cycle (and the number of resets).  This argues for the use of longer probes with the cleavable linkage located towards the 5' end of the probe.  Hexamer probes lead to large amounts of un-ligatable adenylation products, whereas octamers and longer will ligate substantially to completion (results not shown).

In addition, adding a fluor to the 5' end of a hexamer probe seems to interfere with ligation, whereas adding a fluor to an octamer probe has little or no effect.  For these reasons, we consider octamers to be the shortest practical probes.

A competing consideration to probe length, however, is the fidelity of the extended oligonucleotide and its effect on subsequent ligation efficiency.  The fidelity of T4 DNA ligase has been shown to decrease rapidly following the 5th base after the junction (Luo et al. 1996).  If mismatches are introduced at the 5' side of a new ligation junction, the ligation efficiency may be reduced by



CONFIDENTIAL

AB00144408

attrition, however, no dephasing or increase in background signal will be generated (a major obstacle to polymerase-based sequencing by synthesis methods).

Probe sets must be capable of hybridizing to any DNA sequence in order to permit *de novo* sequencing of uncharacterized DNA. However, the complexity of a labeled probe set grows exponentially with the length and number of 4-fold degenerate bases. In addition, a complex probe set is more challenging to synthesize while maintaining approximately equal representation of all probe species, and is harder to purify. It also requires a higher concentration of probe mixture to maintain a constant concentration of each species. One way to manage this complexity is to use universal bases, such as deoxyinosine, at certain positions instead of 4-fold degenerate bases.

We designed twelve octanucleotide probes with 4-fold degenerate bases (N; equimolar amounts of A, C, G, T) and the universal base inosine (I) at various positions within the octamer (inosine is capable of bi-dentate hydrogen bonding with any of the four canonical bases in B-DNA; the order of stabilities of inosine base pairs is I:C > I:A > I:T ≈ I:G). The purpose of evaluating these probe designs was to determine the lowest octamer complexity necessary for efficient ligation in the presence of inosine bases. In preliminary studies, several oligonucleotide probes were ligated to bead-based templates



Page 56

(long-LST1) using T4 DNA ligase. Upon ligation, the fluorophore-labeled primer (3'FAM Primer) shifts right in proportion to the amount of oligonucleotide probe ligated. Probe design NI8-9 showed the highest level of completion, with >99% of the primer population shifting right due to efficient ligation of the probe (see Figure above). Important to note, however, was that the above reactions were conducted at 25°C; when the reaction temperature was increased to 37°C, ligation was less efficient and the completion rates were more variable.

Closer examination of the data indicated that probes with fewer inosine bases within the first five nucleotides on the 3' side of the junction (underlined) showed higher ligation efficiencies. To investigate further and to evaluate potential sequence context effects on ligation efficiencies, four oligonucleotide probe designs with only single a inosine residue within the first five bases 3' of the ligation junction were screened across all templates. The foregoing Figure demonstrates ligation completion as evaluated using the gel-shift assay with selected probe compositions on multiple templates using T4 DNA ligase. Data demonstrated that ligation efficiency, and hence completion, is variable and sequence-dependent when inosine residues are placed within the first five 3' positions of the ligation junction (underlined). Efficient ligation of octamers was observed consistently, however, with oligonucleotide probe design NI8-9, as demonstrated here with >99% completion on all templates tested.

This data (including the presence of adenylated intermediates) support the conclusion that unfavorable inosine base pairs within the core DNA binding site for T4 DNA ligase destabilize the DNA protein complex sufficiently to inhibit enzyme binding and subsequent ligation. An interesting question, however, was whether such destabilizing inosine base pairs would affect the fidelity of the ligated oligonucleotide probes.

**d. Fidelity of probe ligation.** Bacterial NAD-dependent ligases, such as *Taq* DNA ligase, have been reported to have high sequence fidelity across ligation junctions, with mismatches on the 3' side having essentially no nick-closure activity, but mismatches on the 5' side being tolerated to some degree (Luo et al. 1996). T4 DNA ligase, on the other hand, has been reported to be somewhat less stringent, allowing mismatches on both the 3'- and 5'-sides of the junction. Therefore, we wished to evaluate the fidelity of probe ligation with T4 DNA ligase in comparison to *Taq* DNA ligase.

We developed two methods to evaluate the sequence fidelity of ligated oligonucleotides using standard ABI sequencing technology. The first method was designed to clone and sequence ligation products. In this method, ligation extension products were attached to adapter sequences,



**A.**

```
                                          Degenerate
                                            Oligo
                                        3'ANNNNNNN5
Primer:   3'tctccttatccttgggccccgtcg5'
LST1:     5'agagaatgaggaacccgggccagTCACGAGTgtgtgcactgcgtacgtcgacg5'
Position:                            12345678
```

**B. *Taq* DNA Ligase**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | _T_ | _C_ | _A_ | _C_ | _G_ | _A_ | _G_ | _T_ |
| T | 100% (52) | 0 | 2% (1) | 0 | 0 | 0 | 0 | 92% (48) |
| C | 0 | 100% (52) | 2% (1) | 100% (52) | 0 | 6% (3) | 8% (4) | 2% (1) |
| A | 0 | 0 | 94% (49) | 0 | 2% (1) | 94% (49) | 0 | 6% (3) |
| G | 0 | 0 | 2% (1) | 0 | 98% (51) | 0 | 92% (48) | 0 |

**C. T4 DNA Ligase**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | _T_ | _C_ | _A_ | _C_ | _G_ | _A_ | _G_ | _T_ |
| T | 100% (38) | 0 | 5% (2) | 0 | 0 | 13% (5) | 21% (8) | 76% (29) |
| C | 0 | 100% (38) | 5% (2) | 100% (38) | 0 | 2.5% (1) | 13% (5) | 8% (3) |
| A | 0 | 0 | 90% (34) | 0 | 2% (1) | 68% (26) | 8% (3) | 8% (3) |
| G | 0 | 0 | 0 | 0 | 97% (38) | 16% (6) | 58% (22) | 8% (3) |

Page 57

CONFIDENTIAL

AB00144410

cloned and transformed into bacteria. Individual colonies were picked and sequenced to provide a quantitative assessment of the mismatch frequency at each position across the ligation junction. The second method was designed to sequence ligation products directly.  In that approach, single-stranded ligation products were denatured from bead-based templates and sequenced directly using a complementary primer.  Positions with low accuracy display multiple overlapping peaks in the resulting sequence traces, providing a qualitative assessment that is indicative of the sequence fidelity at that position.

To assess the relative fidelity of probe ligation by T4 and *Taq* DNA ligases we used the first method.  A single bead-based template population (LST1) was hybridized to a universal sequencing primer. Solution-based ligation reactions were then performed in the presence of a degenerate oligonucleotide probe (N7A, 3'ANNNNNN5', 2000 pmoles) at 37°C for 30 minutes with either T4 DNA ligase (15U per 1x10$^6$ beads) or *Taq* DNA ligase (60U per 1x10$^6$ beads) (panel A). The ligation products were cloned and sequenced to evaluate the positional fidelity of each DNA ligase on the 3' side of its ligation junction (Positions 1-8) (panels B and C). The results indicated that T4 DNA ligase has essentially the same level of fidelity across the first 5 positions as *Taq* DNA ligase, but



CONFIDENTIAL

AB00144411

lower fidelity in positions 6-8. These results were further substantiated by subsequent cloning experiments that evaluated DNA sequences across ligation junctions of all seven templates (LST1-7) for three degenerate, inosine-containing probe designs (3'-NNNNNIII-5', 3'-NNNNNINI-5', and 3'-NNNINNNI-5'). The studies confirmed that T4 DNA ligase has low sequence fidelity across ligation junctions at positions 6-8, however, high fidelity was exhibited across the first 5 positions in all templates tested (data not shown).

To assess the fidelity of T4 DNA ligase with degenerate, inosine-containing probes, we used the direct sequencing method. Oligonucleotide probes were evaluated at 25° and 37°C in ligation reactions that contained T4 DNA ligase and bead-based templates. Oligonucleotide probe ligation efficiencies were evaluated using a gel-shift assay (panel A). Direct sequencing of the ligation reactions using an ABI3730xl DNA Analyzer was conducted to assess the fidelity of T4 DNA ligase in oligonucleotide probe ligation (panel B). Ligation of an exact match oligo probe and two representative degenerate inosine-containing oligo probes (NI8-9 and NI8-11) gave >99% completion and a very low frequency of mismatches (absence of multiple peaks in the sequencing traces). The data suggest that probes which are efficiently ligated also give high sequence fidelity.



***In-gel ligation.*** The initial experiments to explore, develop and optimize methods for cycled oligonucleotide ligation were conducted using bead-based gel shift in solution. Implementation of the method for polony sequencing, however, necessitates a similar level of performance when bead-based templates are embedded in polyacrylamide gels on polony slides. To evaluate this, polony slides were prepared by polymerizing millions bead-based single-stranded DNA templates within a 5% polyacrylamide matrix. Reactants were introduced into slides either my manual dipping of slides into appropriate solutions or by placing the slides in our automated flow cell. Initial studies confirmed that efficient in-gel ligation could indeed be performed in bead-based polony slides. In the experiment shown in the accompanying Figure (right), single-stranded DNA template beads were polymerized on slides containing acrylamide and DATD. Following polymerization, a universal, 3'fluorophore-labeled, 5'phosphorylated primer (Seq Primer) was diffused into the gel and allowed to hybridize (panel A). Slides were washed to remove unbound seq primer, overlaid with a ligation cocktail that contained T4 DNA ligase (10U) and an oligonucleotide probe, and incubated at 37°C for 30 minutes. Slides were then incubated in a buffer containing sodium periodate (0.1M) to digest the acrylamide polymer and to release the bead-based template populations. Ligated products were denatured from the template strand by heat, collected and analyzed using the gel shift assay. In-gel ligation reactions performed in the absence of T4 DNA ligase demonstrated a single peak representative of unligated sequencing primer (panel B). Ligation



Page 59

reactions performed with octamer probes in the presence of T4 DNA ligase demonstrated efficient in gel oligonucleotide ligation with >99% of bead-based template populations efficiently ligated (panel C). This data confirms that robust in-gel ligation is supported in bead-based polony slides.

Preliminary experiments conducted in the automated flow cell confirmed that multiple primer annealing and stripping steps could be applied to bead-based polony slides with minimal signal loss using a 44 base primer (see Figure). As indicated above, one of the major drawbacks of polymerase based sequencing-by-synthesis procedures is the propensity for both positive and negative dephasing to occur on individual template strands. Positive dephasing occurs when nucleotides are misincorporated in the growing strand, hence causing the base sequence to run ahead and to be out of phase by n+1 base calls. Negative dephasing, which is more common, occurs when strands are not fully extended, resulting in background base calls that run behind the growing strand (n-1). The ability to efficiently strip extension products and to "reset" templates by hybridizing a differentially positioned sequencing primer has the potential to deliver very long read lengths with little to no signal attrition.

***Four-color detection.*** To maximize detection efficiency, it is desirable to employ a set of oligonucleotide probes with distinct labels corresponding to each possible base addition product. This was modeled in our automated polony sequencing instrument equipped with appropriate excitation and emission filters, as outlined in Table 1. Three sets of octamer probes were designed to address key issues of probe specificity and selectivity. The first set included four octamers, complementary to four unique template populations, with different 3' bases and 5' dye labels. The second set included seven unique octamers with unique 3' bases and 5' dyes. The third set corresponded to our anticipated final probe design with four degenerate, inosine-containing octamers, each having a unique 3' end base identified by a different 5' dye label.



**Table 1. Four-Color Probe Detection and Design**

Page 60

CONFIDENTIAL

AB00144413

To confirm four-color spectral identity, probe set #1 was employed to detect four unique template populations (see following Figure). Bead-based polony slides were prepared containing four, unique single-stranded template populations (panel A). A universal sequencing primer containing 5' phosphates was hybridized, *in situ,* and ligation reactions were performed using an oligonucleotide probe mixture that contained four unique fluorophore probes (Cy5, CAL 610, CAL 560, FAM; 100 pmoles each) and T4 DNA ligase (10U/slide). Slides were incubated at 37°C for 30 minutes and washed to remove unbound probes. The polony slides were imaged in bright light to create a white light base image (panel B) and with fluorescence excitation using the four bandpass filters (FITC, Cy3, TxRed, and Cy5). Fluorescence image capture was conducted pre- and post-ligation. Individual populations were pseudocolored (panel C) and the spectral identity of image values were plotted and confirm minimal signal overlap (panel D).



CONFIDENTIAL

AB00144414

To confirm 3'end specificity, probe set #2, was used to interrogate a single template population (see following figure). Bead-based polony slides were prepared with a single template population (LST1.T) hybridized, *in situ*, with a universal sequencing primer (panel A). In-gel ligation reactions were conducted with T4 DNA ligase (10U/slide) using an oligonucleotide probe mixture comprised of four 5' end-labeled probes that differed only by a single 3' base. Slides were incubated at 37°C for 30 minutes and washed to remove unbound probe populations. Polony slides were imaged in white light to create a base image (panel B) and with fluorescence excitation using four bandpass filters (FITC, Cy3, TxRed, and Cy5). Fluorescence image capture conducted pre- and post-ligation confirmed a single FAM-based probe population present following in-gel ligation with T4 DNA ligase, with no spectral overlap (panels C, D). Data demonstrates that probe specificity with T4 DNA ligase is stringent and is determined by the first 3'end base of the ligation junction.



CONFIDENTIAL

AB00144415

To further substantiate 3'end specificity and selectivity, probe set #2 was used to identify a mixture of bead-based template populations containing single base differences and present in different amounts. Bead-based polony slides were prepared containing four template populations, each with a single nucleotide polymorphism (LST1; A, G, C or T) as indicate in panel A of the following Figure. Bead-based template populations were added at different frequencies, as outlined in panel D. Polony slides were hybridized, *in situ*, with universal sequencing primers.  In-gel ligation reactions were conducted using T4 DNA ligase (10U/slide) and an oligonucleotide probe mixture containing equimolar amounts (100 pmoles, each) of four 5' end-labeled probes that differed only by a single 3' base.  Slides were incubated at 37°C for 30 minutes and washed to remove unbound probe populations. Polony slides were imaged in white light to create a base image (panel B) and with fluorescence using four distinct bandpass filters (FITC, Cy3, TxRed, and Cy5).  Individual probe images were overlaid and pseudocolored (panel C).  Fluorescent images were enumerated using bead-calling software and listed in panel D and confirmed that observed ligation frequencies (Obs) correlated with the expected frequencies (Exp).  The data demonstrate high probe specificity and probe selectivity after ligation in the presence of multiple templates and demonstrates the capability of detecting single nucleotide polymorphisms by ligation.





**D.**

| Template | Probe | Exp | Obs | (#) |
|---|---|---|---|---|
| LST1.C | Cal560 (green) | 60% | 60% | (2066) |
| LST1.G | Cy5 (red) | 25% | 21% | (717) |
| LST1.A | FAM (blue) | 10% | 13% | (466) |
| LST1.T | Cal610 (orange) | 5% | 6% | (206) |
| Total beads per image: | | | | 3455 |

Page 63

CONFIDENTIAL

AB00144416

A final set of experiments were conducted, using probe set #3, to evaluate the specificity and selectivity of probe ligation using four-color degenerate, inosine-containing oligonucleotide probe pools.  Bead-based Polony slides were prepared with four, unique single-stranded template populations present in different amounts and hybridized, *in situ*, with a universal sequencing primer (panel A). In-gel ligation reactions were performed in the presence of T4 DNA ligase (10U/slide) using probe pools consisting of octamers designed with five degenerate bases (N; complexity $4^5$ = 1024), two universal bases (I, inosine), and single known nucleotide at the 3' end corresponding to a specific 5' fluorophore (G-Cy5, A-CAL 610, T-CAL560, A-FAM; 600 pmoles each). Slides were incubated at 37°C for 30 minutes and washed to remove unbound probe populations. Polony slides were imaged in white light to create a base image (panel B) and with fluorescence using four bandpass filters (FITC, Cy3, TxRed, and Cy5).  Individual probe images were overlaid and pseudocolored (panel C). Fluorescent images were enumerated and the frequencies of each ligation product tabulated using bead-calling software (panel D); spectral scatter plots of unprocessed raw data and filtered data representing the top 90% of bead signal values are shown in panel E. The data demonstrate that the observed ligation frequencies (Obs) correlated with the expected frequencies (Exp) based on the known concentrations of each template. This confirms that degenerate and universal base-containing probe pools can be used with T4 DNA ligase to afford specific and selective in-gel ligation.



Page 64

AB00144417

## D. EXPERIMENTAL DESIGN AND METHODS

The goals of this project are to develop a robust sequencing by synthesis methodology for *de novo* and re-sequencing applications using the bead-based polony technology. These goals are synergistic with Agencourt's commercial goals of offering polony-based gene expression and sequencing services, as well as of marketing polony instruments and reagent kits to serve the public and private research communities. Agencourt has acquired an exclusive license to commercialize the polony technology from Harvard University, and is committed to making sure that the technology achieves its full potential in the shortest time possible. Our overall R & D focus is to address key aspects of the technology that need to be refined to enable robust, high quality polony sequencing to be achieved. Our experience in large-scale genome sequencing will serve us well to ensure that the key issues involved in data processing, management and analysis are effectively addressed in a time- and cost-efficient manner. The key areas that need to be addressed for successful implementation of the technology include: 1) library design and construction, 2) bead preparation, 3) clonal amplification & bead enrichment, 4) array preparation, 5) instrumentation, 6) sequencing procedures, 7) data acquisition and processing software, 8) data management software, 9) assembly software, 10) reagent development and production, and 11) enzyme development. These areas were addressed in detail in our original proposal.

The preliminary results we have obtained for the ligation based sequencing method have convinced us that this approach will afford a much faster path to a functional polony sequencing technology than the polymerase-based approach originally proposed. Specifically, the experiments clearly demonstrate that it is feasible to perform all essential steps of a sequencing by synthesis protocol with robust four-color signal detection using a pre-defined set of cleavable, labeled oligonucleotides in conjunction with a DNA ligase. In addition, the ligase-based method promises several significant advantages over the polymerase based one, the most important advantages being an ability to achieve longer read lengths with higher data quality (especially across homopolymeric sequences), and an ability to implement four-color signal detection immediately. These preliminary studies have demonstrated the feasibility of each necessary feature of this new sequencing strategy allowing future efforts to focus on the integration of the system into a viable novel sequencing technology. Preliminary freedom-to-operate analysis for the particular ligation approach we are interested in has been favorable from two different legal consultants. Consequently, we have decided to focus the majority of our development efforts on the ligase based approach.

To a limited extent, it will be possible to accommodate the change in scope to develop the ligase-based approach using the previously awarded funds. For example, there are similar requirements for paired-end library preparation, amplification of single DNA molecules on individual beads, polony slide preparation, enzymology and protein engineering, image analysis and automated data acquisition. However, there are several aspects of the ligase-based approach that will require additional funding. Specifically, additional funds are needed for 1) design, chemical synthesis and purification of labeled oligonucleotides, 2) optimization of sequencing by ligation and cleavage protocols, 3) development of a production-ready four color sequencing instrument, and 4) for software development. Each of these areas will be addressed below. In addition, we will provide 5) throughput calculations and 6) an updated cost analysis for the ligase based sequencing approach.

### 1. Design, synthesis and purification of labeled oligonucleotides

The key to our probe chemistry is the use of a single 3' bridging sulfur (S) atom in the backbone of the oligonucleotide probe, as outlined in the Figure. Therefore, it is essential that we conduct a thorough evaluation of probe constructs that support efficient ligation and cleavage of probes containing 3'phosphorothiolate residues. The read length of our method depends on the length of the probe remaining after each ligation/cleavage cycle, which therefore, argues for longer probes with the cleavable linkage towards the 5' end of the probe. The competing consideration is that the fidelity of the extended probe and its effect on ligation efficiency. Our preliminary studies



**Formatted:** Bullets and Numbering

CONFIDENTIAL   AB00144418

show that mismatches near the 5' end of the ligation junction lower ligation efficiency and that the fidelity with T4 DNA ligase is poor beyond the 4th position past the ligation junction. Thus, several characteristics of oligonucleotide probes will need to be more thoroughly evaluated, including: probe length, nucleotide sequence context (degenerate base placement), universal base composition and placement (to lower complexity) and placement of the cleavable base. Additionally, probe performance may be affected by the fluorescent dye and method of attachment thereof at the 5' end. To this end, studies to evaluate 5' dye linker composition and length are advisable.

Synthetic schemes for the synthesis of phosphoramidites to support chemical synthesis of oligonucleotides with 3'-phosphorothiolate linkages have been developed for the bases T (shown at right), C, A, G, and I (inosine). The thymidine analog has been made and used successfully, and the rest are all in the process of being made by our chemistry contractor, Prime Organics. As the work proceeds we will require additional batches of these molecules, so there will be an ongoing need for synthesis of large quantities of these molecules. Currently, we are using commercially available phosphoramidites to introduce fluorescent labels at the 5' end of the oligonucleotides. Although we are paying a premium for oligonucleotides made using these reagents, the cost is not high enough to warrant synthesis of the dyes and phosphoramidites ourselves. Large quantities of the multiply-modified synthetic oligonucleotides are currently being made for us by Trilink Biotechnologies (San Diego). We have found the quality of the material they are producing to be quite satisfactory, and of significantly higher purity than material provided by other vendors we have tried.



There are several issues to consider when working with complex probe pools. First, the complexity of a probe set grows exponentially with the number of degenerate bases. Secondly, it is challenging to synthesize a complex probe set with equimolar amounts of each subspecies and difficult to purify mixtures of short degenerate probes that differ significantly in base composition and molecular weight. Third, as the complexity increases, the relative amount of each individual probe decreases, making it difficult to achieve high probe-to-template ratios. One way to manage this complexity is to replace the 4-fold degenerate bases with a universal base, such as deoxyinosine.

Placing inosine residues within the first five positions of the 3'-end of the probe leads to significant reduction in ligation efficiency (our experiments). However, in sites past the 6th position, inosines do not appear to have a negative effect on ligation efficiency using T4 DNA ligase (preliminary studies using 3'-NNNNNINI-5'). Thus, one possibility for probe design would be 3'-NNNNNsIII-5'. This has a modest complexity of 1024 different species, is long enough to prevent formation of significant adenylation products, and has the advantage that the resulting extension product remaining after cleavage would consist of unmodified DNA. The one drawback is that this probe extends the primer by only 5 bases at a time. Since the read length is a function of the extension length times the number of cycles, each additional base on the extension length has the potential to increase the read length by the 1x the cycle number (e.g. 20 bases if 20 cycles are used). Therefore, a more interesting possibility for the probe design is to leave one or more inosines (or other universal base) at the end of the extended primer to create a 6 base, or longer, extension probe. For example, with the probe 3'-NNNNNIsII-5', the primer would be extended by 6 bases at a time, leaving a 5' inosine at the junction. We have already determined that T4 DNA ligase will efficiently ligate a probe to a ligation junction with a single 5' inosine (preliminary data not shown). We intend to further explore the effect of additional inosines and other universal bases on both the 3' and 5' sides of the junction.

The ideal oligonucleotide probe would include universal bases that could be tolerated by DNA ligase both in the probe and in the extension product without diminishing either the efficiency or the fidelity of ligation. Although inosine is capable of bi-dentate hydrogen bonding with any of the four canonical bases in B-DNA, the stabilities of the inosine base pairs vary significantly (I:C > I:A > I:T ≈ I:G) and the less stable ones introduce significant distortions into the DNA helix that inhibit the action of DNA ligase. There are other universal bases, however, with much more favorable properties. For example,

Page 66

AB00144419

8-aza-7-deazaadenine, which forms bidentate base pairs with all four of the canonical DNA bases with favorable geometries and with similar melting temperatures (Seela and Debelak 2000). Successful evaluation of these and other candidate universal bases, separately or in combination, could enable significantly more efficient probe designs.  For example, if the universal base is well tolerated, the probe set could be reduced to just four species, each one comprising one of the four natural bases followed by an arbitrary number of universal bases with a phosphorothiolate linkage between the last two bases and a label on the 5' end.  This would enable long read lengths limited only by the number of times one could reset the sequencing primer.

Additionally, full characterization of modified nucleosides such as P (6H,8H-3,4-dihydropyrimido[4,5-c][1,2]oxazin-7-one), K (2-amino-6methoxyaminopurine) (Lin and Brown 1989) would also be insightful. These studies would require a significant number of experiments; however, the modified nucleoside could have potential to replace natural bases in any of 7 different positions within the ligase binding pocket.  Multiple substitutions raise the number of possible configurations to over 100.  Each configuration tested could be evaluated for its effect on ligase efficiency and fidelity in at least 65536 ($4^8$) different sequence contexts.  Although, upon development of optimized protocols and instrumentation for cycled ligation and cleavage extension, the different sequence contexts could be evaluated in parallel by using a specifically constructed template library.

## 2. Optimization of sequencing by ligation and cleavage protocols

Formatted: Bullets and Numbering

Although our initial studies have found sequencing by cycled oligonucleotide ligation and cleavage to be an efficient process, incomplete template ligation and subsequent signal loss due to template attrition will limit the total number of sequential ligations that can be performed. Studies to explore and determine the limits to our system, including evaluation of the utility of capping strategies (e.g., phosphatase treatment after ligation but before cleavage, for example) will be informative.

Since our method relies on four unique fluorophores to represent the four different bases, it is imperative that we select an efficient four-color combination. While there are dozens of commercially available fluorescent dyes with the suitable spectral characteristics, each individual dye will need to be evaluated for its compatibility with DNA ligase and its degree of non-specific binding to the DNA beads, gel matrix and to the glass slide surface. In total, these studies will involve balancing several factors in order to achieve the longest read lengths.

As outlined by our preliminary studies, a high level of effort was placed toward development of robust assays to allow evaluation our sequencing by ligation and extension method. Our gel shift assay will provide an optimal assay for the evaluation of ligation efficiencies associated with complex probe designs, fluorescent linker chemistries, and use of universal bases. Additionally, the gel shift assay can be performed in high-throughput using 384-well plates to allow rapid screening of complex probe populations.  This will enable us to expedite the rate at which candidate probe populations can be transitioned to bead-based polony reactions.

We have also validated methods for evaluation of bead-based template models in situ. Preliminary studies using bead-based template populations embedded in polony slides have been performed with good success and therefore allow us to perform in-gel ligations manually or in our automated flow cell. For example, experiments we have outlined to examine fluors, dye linker chemistries and candidate probe pools can be first be evaluated manually, verified for functionality, then transitioned to our automated flow cell for evaluation and validation of performance over long sequencing runs.  This will also provide an abundance of biological data that can also be used for software development efforts such as, image analysis and pixel processing.

Moreover, assays have been developed to both qualitatively and quantitatively assess sequence information across ligation junctions. Thus, candidate probe systems that show optimal completion efficiencies by gel shift assay and excellent performance *in situ* can then be confirmed for fidelity across several rounds of extensions.

CONFIDENTIAL
AB00144420

Additionally library development efforts will benefit from our quantitative sequencing assay as we will be able to confirm sequence data generated with our sequencing instrument by comparison to conventional methods. This will allow us to evaluate potential sequencing biases in our platform.

**3. Instrumentation Development.**

Formatted: Bullets and Numbering

The goal of the instrumentation development effort is to design and build a production-ready instrument capable of supporting a large-scale resequencing service by October, 2006. This will require much more attention to the issues of throughput maximization, reagent conservation, process control, integration with database systems and sample tracking than was the case for current proof-of-concept instrument.

A conceptual schematic of the proposed instrument is shown in the Figure at right. The flow cell will be mounted on a temperature-controlled, automated stage (similar to the one currently being used) and will be attached to a fluid handling system, such as a syringe pump with a multi-port valve. The stage will accommodate multiple flow cells in order to allow one flow cell to be imaged while chemistry steps are being performed on another flow cell. This will maximize utilization of the expensive optical system while increasing the throughput.

The fluid lines will be equipped with optical and/or conductance sensors to detect bubbles and to monitor reagent usage. Temperature control and sensors in the fluidics system will assure that reagents are maintained at an appropriate temperature for long term stability but are raised to the working temperature as they enter the flow cell to avoid temperature fluctuations during the annealing, ligation and cleavage steps. Reagents will be pre-packaged in kits to prevent errors in loading. Reagent kits will also be bar-coded in order to automatically generate an audit trail to assist in process control.

The optics will include four cameras - each taking one image through one of four filter sets. The choice will be based on an economic analysis of the complete system once certain key parameters, such as the optimal time required for one complete cycle of ligation/cleavage chemistry, are known with more certainty. In order to reduce the effects of photobleaching, the illumination optics will be engineered to illuminate only the area being imaged, to avoid multiple illumination of the edges of the fields. The imaging optics will be built from standard infinity-corrected microscope objectives and standard beam-splitters and filters. Standard 2,000 X 2,000 pixel CCD cameras will be used to acquire the images. The mechanical supports for the optics will be custom built (avoiding the limitations of the current approach using a microscope body). Illumination intensity will be monitored and recorded for later use by the analysis software.



We envision that ~1,800 non-overlapping image fields will be collected per flow cell. In order to acquire all these images in a reasonable amount of time, the autofocus system must be as fast as possible. Autofocus systems based on analysis of the images themselves (like the one currently in use) generally require at least 5 frames per focusing event.

Page 68

AB00144421

This is both slow and costly in terms of the extra illumination required to acquire the focusing images (increases photobleaching). Alternate autofocusing systems based on independent illumination exist and can focus as quickly as the mechanical systems can respond. Examples include the focusing systems used in consumer CD players, which maintain sub-micron focusing in real time as the CD spins.

Apart from operations requiring physical access, such as loading samples and reagents, the instrument will be operated remotely. All the scripts for implementing specific protocols will be stored in a central database and downloaded for each experiment. Samples will be barcoded to maintain integrity of sample tracking and associating samples with the final data. Remote, central control of all instruments will allow a small staff to run dozens of instruments. Central, real-time monitoring will allow quick resolution of process errors.

Images gathered by the instruments will immediately be uploaded to a central, multi-terabyte storage system and compute farm. Using tracking data from the central database, the compute farm will analyze the images and generate sequence data and process metrics, such as background fluorescence levels and bead density, in order to track instrument performance.

Image analysis starts by convolving the image using a zero-integral circular top-hat kernel with a diameter matched to the bead size. This will automatically normalize the background to zero while identifying the centers of individual beads through local maxima. The maxima are located and those which are isolated from other local maxima are used as alignment points. These alignment points are computed for each image in a time-series. For each pair of images, the alignment points are compared and a displacement vector is computed based on the average displacement of all the common alignment points. This provides pair-wise image displacements with sub-pixel resolution.



For N images, there are N*(N-1)/2 pairwise displacements, but only N-1 of these are independent since the rest can be calculated from the independent set. For example, measuring the displacements between images 1 and 2 and between images 1 and 3 implies a displacement between images 2 and 3. If the measured displacement between images 2 and 3 is not the same as the implied displacement, then the measurements are inconsistent. The magnitude of this inconsistency can be used as a metric to gauge how well the alignment algorithm is working. Our initial tests show inconsistencies that are generally less than 0.1 pixel in each dimension (see Figure).

Once a time-series of images is aligned, there are two ways to track the individual beads. If the bead density is low with most of the beads not touching another bead, the optical center-of-mass of each individual bead can be identified and a region around the bead integrated to compute the bead intensity. If the bead density is so high that most of the beads touch, then it is not possible to identify individual beads by a dark background band around them. However, with all the images aligned to sub-pixel resolution, it is possible to identify pixels belonging to the same bead by computing the correlation, in time, of adjacent pixels. Highly correlated pixel pairs can be confidently assigned to the same bead. This technique has been applied to lane tracking in DNA sequencing gels with good results (Blanchard 1993). Once the beads have been tracked through the entire 4-color time-series, the sequence is decoded by knowing which color corresponds to which 3'-most base of the probe oligonucleotides.

4. **Software development**                                                                                    [Formatted: Bullets and Numbering]

In addition to the technical analysis software for generating sequence data from image data, a substantial amount of user interface and LIMS software development will be needed. The instruments will require control software to properly sequence the pumps, stage, cameras, filters, temperature

Page 69

CONFIDENTIAL                                                                                          AB00144422

Plaintiff Applied Biosystems, Inc's Director of Research Michael Smith

control and to annotate and store the image data. A user interface will sit on top of this to assist the operator in setting up and maintaining the instrument, including functions to position the stage for loading/unloading slides and priming the fluid lines. Display functions will be included to show the operator various running parameters, such as temperatures, stage position, current optical filter configuration, the state of a running protocol, etc. Operators will also benefit from an interface to the database to record tracking data such as reagent lots and sample IDs. Agencourt has substantial experience in designing and building LIMS software and maintains a state-of-the-art LIMS for managing all of its contract and NHGRI sequencing data.

## 5.   Throughput calculations.

The throughput of our sequencing instrument will be defined primarily by the number of images that the machine can generate per day and the number of bases of sequence data per image. Since the machine will be designed to keep the cameras constantly busy, we can calculate based on 100% camera utilization. Each bead must be imaged in 4 colors to determine one base, either 4 images by one camera, 2 images by 2 cameras, or one image by 4 cameras. Although 4-camera imaging may present some technical problems, it permits dramatically higher throughputs than the other options. Therefore, we plan to pursue that avenue.

Our initial tests show that a pixel density of 50 pixels per bead, representing 5.4 square microns, provides a comfortable density for standard image analysis. By using a 4 megapixel CCD camera (now commonplace), a single CCD frame can image ~80,000 beads (based on our current image data). Capturing four images with separate cameras and moving to the next field on the flow cell will take no longer than 1.5 seconds. If 75% of the beads yield useful information, we will be able to collect data from approximately 80,000 beads * 0.75 /1.5 = 40,000 bases/sec of raw sequence data.

One key issue in maintaining 100% camera utilization is matching the time it takes to perform one cycle of ligation/cleavage chemistry with the time required to image the entire flow cell. While we do not yet know exactly how long a ligation/cleavage cycle will take, 1 ½ hours is probably a good estimate. That 5,400 seconds will accommodate 1,800 image fields, or an area of about 15 mm X 45 mm, which is a comfortable size for a flow cell. We believe that 40,000 bases per second with a 15 mm X 45 mm flow cell provides a conservative estimate of the throughput of our instrument. This is equivalent to approximately 2,000 ABI3730xl machines, based on our current throughput at 28 runs per day with ~650 base read lengths (20 bases /sec). A more aggressive estimate of throughput would assume a 2.5X increase in bead density, to 200,000 per image thus enabling an overall increase in throughput to 100,000 bases per second, approximately equivalent to 5,000 ABI3730xl machines. The total output per day at this throughput level is ~8.6 Gb per day, so the time required to complete a 12x human genome would be ~4.2 days.

The instrument we envision, used in conjunction with slides containing ~320 million beads, generating approximately 150 bases of sequence per bead, will be capable of producing 48 Gb of data per slide. This is a convenient number when is working with multi-gigabase genomes. However, for smaller genomes, say 100 Mbp, 48 Gb of data would correspond to ~480x coverage, vastly more than necessary to sequence the genome. It would, therefore, be useful to be able to sequence 60 such genomes on a single slide to 8x coverage each, for example. This could be readily accomplished by using a simple modification to the library construction procedure to tag the sequences derived from each individual genome by using PCR primers that differ by 3-6 bases adjacent to the junction with the genomic insert. Since the n-1, n-2, etc., resets result in sequences corresponding to the PCR primer adjacent to the junction with genomic DNA, the first 3-6 bases of each read can be used as a tag to identify the library to which each template (bead) belongs.

## 6.   Cost *analysis*

The cost structure for bead-based polony resequencing is outlined below. Financials were generated by calculating the current unit reagent costs for emulsion-based, single molecule amplification and subsequent nucleotide sequencing on polony slides. Upon addition of the necessary lab infrastructure and overhead, the total cost per human genome comes to about $25,000. These numbers were generated assuming a read length of 75-120 bases. As the technology develops we anticipate low-

CONFIDENTIAL                                                                                         AB00144423

cost genomic DNA resequencing with longer read lengths. The cost increment for genome assembly of 75-200 base reads (*de novo* sequencing) will be little, if anything.

| Single emulsion uses 200M beads, 5% clonality = 10M following enrichment | | | |
|---|---|---|---|
| **Cost per Emulsion (10M beads)** | **cost per unit** | **units per emulsion** | **price per emulsion** |
| P1-PCR oligo | $0.48 | 2 | $0.96 |
| P2-PCR oligo | $0.48 | 40 | $19.20 |
| P1-Heg-DNA bead oligo | $20.21 | 0.3 | $6.06 |
| MyOne DynaBeads-SA | $0.15 | 28 | $4.20 |
| AntiP2-enrichment oligo | $2.08 | 2.5 | $5.20 |
| Enrichment beads-7micron | $0.10 | 100 | $9.75 |
| dNTPs | $0.20 | 12 | $2.38 |
| Taq DNA Polymerase | $0.10 | 65 | $6.50 |
| | | subtotal: | **$54.25** |
| **Cost per Slide** | **cost per unit** | **units per cycle** | **price per cycle** |
| Teflon-masked glass slide | $1.00 | 1 | $1.00 |
| Misc reagents (acrylamide, etc.) | $2.00 | 1 | $2.00 |
| | | subtotal: | **$3.00** |
| **Ligation, Extension, Cleavage** | **cost per unit** | **units per cycle** | **price per cycle** |
| T4 DNA Ligase (per unit) | $0.260 | 30 | $7.80 |
| Primer seq oligo (per 10 pmole) | $0.020 | 30 | $0.60 |
| 5'-labeled oligo probes (per pmol) | $0.004 | 2400 | $9.60 |
| $AgNO_3$ (cleavage) (per 10 ul) | $0.010 | 30 | $0.30 |
| | | subtotal: | **$18.30** |
| **Cost per read** | **Probe Design 3' [XNNNNsIII] 5'** | | **price per reset** |
| Reset number | 1x | 15 bp | $160.50 |
| Reset number | 2x | 30 bp | $321.00 |
| Reset number | 3x | 45 bp | $481.50 |
| Reset number | 4x | 60 bp | $642.00 |
| Reset number | 5x | 75 bp | $802.50 |
| **Cost per read** | **Probe Design 3' [XNNNNNsII] 5'** | | **price per reset** |
| Reset number | 1x | 20 bp | $369.00 |
| Reset number | 2x | 40 bp | $738.00 |
| Reset number | 3x | 60 bp | $1,107.00 |
| Reset number | 4x | 80 bp | $1,476.00 |
| Reset number | 5x | 100 bp | $1,845.00 |
| Reset number | 6x | 120 bp | $2,214.00 |

| Human genome resequencing estimates (materials and supplies costs) | | | | |
|---|---|---|---|---|
| 3 billion bases; 75 base reads (150 bases per pair) | | | | |
| **Coverage** | **Beads** | **Emulsion Cost** | **Sequencing Cost** | **Subtotal Cost** |
| 1x | 26,666,667 | $241.11 | $1,605.00 | $1,846.11 |
| 4x | 106,666,667 | $964.43 | $1,605.00 | $2,569.43 |
| 8x | 213,333,333 | $1,928.85 | $1,605.00 | $3,533.85 |
| 12x | 320,000,000 | $2,893.28 | $1,605.00 | $4,498.28 |
| 3 billion bases; 120 base reads (240 bases per pair) | | | | |
| **Coverage** | **Beads** | **Emulsion Cost** | **Sequencing Cost** | **Subtotal Cost** |
| 1x | 16,666,667 | $150.69 | $4,428.00 | $4,578.69 |
| 4x | 66,666,667 | $602.77 | $4,428.00 | $5,030.77 |
| 8x | 133,333,333 | $1,205.53 | $4,428.00 | $5,633.53 |
| 12x | 200,000,000 | $1,808.30 | $4,428.00 | $6,236.30 |

| Total Production Cost | Per Year | Per week (each 12x genome) |
|---|---|---|
| Equipment amortization (3 years) | $175,000 | $3,500 |
| Personnel direct (tech + IT) | $150,000 | $3,000 |
| Tech dev direct | $150,000 | $3,000 |

CONFIDENTIAL

AB00144424

| | | |
|---|---|---|
| Supplies (from above) | $311,815 | $6,236 |
| Overhead (75%) | $458,861 | $9,177 |
| **Total cost / 12x genome** | | **$24,914** |

*Commercialization strategy*

Agencourt Bioscience Corp has entered into a license agreement with Harvard University to commercialize Bead-Based Polony technology, initially in the form of a service business and subsequently in the form of a kit and integrated systems based business. The Bead-Based Polony methodology has commercial potential in a wide range of sequencing based applications and markets. Agencourt Bioscience Corporation believes the first applications, digital karyotyping and gene expression analysis, can be commercialized within the next two years. Within 4 years we expect to be able to launch and integrated kit and instrument-based product line for whole genome re-sequencing. See letter of support from Agencourt's CEO, Brian McKernan on page 113.

Agencourt is the largest commercial provider of DNA sequencing and SAGE expression profiling services in the world. There exists a ~$50 million per year market in tag-based sequencing services that could be addressable with the Polony technology and a much larger market for human DNA resequencing services. Until the limitations of the Polony technology are better understood, a comprehensive marketing plan would be premature. However, Agencourt has extensive experience with marketing of new products and services as evidenced by sales of our SPRI technologies and genomic services.

Agencourt has established an extensive Marketing and Sales Organization. This team will be tasked with marketing new services and products that result from the Polony technology development efforts to ensure successful commercial launch of this new technology. The resources currently available at Agencourt include a domestic sales team of 10 experienced sales personnel that includes territory sales reps as well as internal sales personnel and staff, international sales distribution through 6 international distributors managed by an International Sales Manager, a marketing team of 3 individuals responsible for market intelligence and all aspects of market launch and preparation.

Unlike other companies pursuing novel sequencing techniques, Agencourt has a well-established sequencing service business with a large number of satisfied customers. As a result we have significant operational advantages over competitors and expect to exploit our ability to provide customers with data generated with multiple technology platforms to offer the most comprehensive and complimentary data at the best price point in the market.

In addition to commercial sequencing, Agencourt intends to apply Polony-based sequencing to the sequencing work being performed under its NHGRI Large Scale Sequencing Project. The genome sequencing community is paying close attention to the technologies Agencourt integrates into its pipeline, as we are currently recognized as the cost leader in the field. The introduction of Polony data to the NHGRI pipeline will allow strict quality metrics to be trained for Polony data and also begin to build an acceptance of the methodology in the genome sequencing community. We believe this is of critical importance for a technology to enter the sequencing market.

**Management Plan**

Dr. Costa will provide overall scientific leadership and will coordinate all development efforts across different departments at Agencourt. She will work closely with Research and Development Managers and Staff Scientists within Agencourt to ensure that a clear understanding exists of all project milestones and timelines. She will also meet regularly with project scientists to monitor the progress in each development activity. Dr. Costa will also engage the group in discussions to assess overall progress and to encourage publishing of research results when the development efforts have reached an appropriate level of maturity. She will also make sure the project adheres to the NIH and NHGRI policies regarding intellectual property, data sharing, recombinant DNA guidelines and regulations pertaining to the handling of biological materials. Dr. Costa has over 10 years experience in molecular biology, genetics, genome sequencing, and technology development. She successfully managed the sample preparation team at 454 Life Sciences in the development of their proprietary

CONFIDENTIAL

AB00144425

picotiter plate-based sequencing project. Dr. Costa is a bright and attentive scientist who combines strong attention to detail with a communicative management style.

Dr. Smith will contribute scientific leadership skills and will help Dr. Costa coordinate the large number of research collaborations involved in the project.  Dr. Smith has over 20 years of experience in developing and applying DNA sequencing technologies, a strong background in biochemistry and molecular biology, and a long-standing working relationship with Dr. Church.  Doug will participate in all R&D meetings, and will focus especially on coordinating the chemistry and enzymology development aspects of the project, including the research collaborations associated with those aspects of the project. Dr. Smith is highly experienced in leading NHGRI-funded large-scale sequencing and technology development projects, and will assist Dr. Costa in dealing with the administrative issues, budgeting and reporting tasks associated with the project.

Kevin McKernan and Paul McEwan share responsibility for all aspects of technology advancement and R&D leadership at Agencourt. Together they were instrumental in establishing and organizing the large-scale sequencing operation at Agencourt, and in successfully developing refinements to that pipeline. They have both been involved with the polony project since its inception at Agencourt, and will assist Dr. Costa in managing the Agencourt R&D efforts.

Outside collaborations will be managed on an individual basis with face-to-face meetings wherever possible, otherwise, communication will be maintained through teleconferencing.  Periodic meetings will be scheduled with key collaborators that need to interact in more extensively.


## E. HUMAN SUBJECTS

This project does not entail any direct interaction with human subjects.  The sequencing experiments to be carried our using human DNA in year 3 are exempt under CFR title 45, part 46 (45CFR46.101b4), since the study will involve the use of samples with coded identifiers that have already been collected and made public.

## F. VERTEBRATE ANIMALS
None


## G. LITERATURE CITED

Beard, W. A., Shock, D. D., Vande Berg, B. J. and Wilson, S. H. (2002) Efficiency of correct nucleotide insertion governs DNA polymerase fidelity. *J Biol Chem* 277: 47393-8.

Blanchard, A. P. (1993). Sequence-specific effects on the incorporation of dideoxynucleotides by a modified T7 polymerase, California Institute of Technology.

Buhler, J. D., Souvenir, R. M., Zhang, W. and Mitra, R. D. (2004) Design of a high-throughput assay for alternative splicing using polymerase colonies. *Pac Symp Biocomput*: 5-16.

Butz, J., Wickstrom, E. and Edwards, J. (2003) Characterization of mutations and loss of heterozygosity of p53 and K-ras2 in pancreatic cancer cell lines by immobilized polymerase chain reaction. *BMC Biotechnol* 3: 11.

Canard, B., Cardona, B. and Sarfati, R. S. (1995) Catalytic editing properties of DNA polymerases. *Proc Natl Acad Sci U S A* 92: 10859-63.

Dressman, D., Yan, H., Traverso, G., Kinzler, K. W., et al. (2003) Transforming single DNA molecules into fluorescent magnetic particles for detection and enumeration of genetic variations. *Proc Natl Acad Sci U S A* 100: 8817-22.

Eckert, K. A. and Kunkel, T. A. (1993) Effect of reaction pH on the fidelity and processivity of exonuclease-deficient Klenow polymerase. *J Biol Chem* 268: 13462-71.

Kenney, M., Ray, S. and Boles, T. C. (1998) Mutation typing using electrophoresis and gel-immobilized Acrydite probes. *Biotechniques* 25: 516-21.

Lin, P. K. and Brown, D. M. (1989) Synthesis and duplex stability of oligonucleotides containing cytosine-thymine analogues. *Nucleic Acids Res* 17: 10373-83.

Luo, J., Bergstrom, D. E. and Barany, F. (1996) Improving the fidelity of Thermus thermophilus DNA ligase. *Nucleic Acids Res* 24: 3071-8.

CONFIDENTIAL                                                                    AB00144426

Melamede, R. J. (1989) Automatable process for sequencing nucleotide. US Patent: 4,863,849.

Merritt, J., DiTonno, J. R., Mitra, R. D., Church, G. M., et al. (2003) Parallel competition analysis of Saccharomyces cerevisiae strains differing by a single base using polymerase colonies. *Nucleic Acids Res* 31: e84.

Mikkilineni, V., Mitra, R. D., Merritt, J., DiTonno, J. R., et al. (2004) Digital quantitative measurements of gene expression. *Biotechnol Bioeng* 86: 117-24.

Mitra, R. D., Butty, V. L., Shendure, J., Williams, B. R., et al. (2003a) Digital genotyping and haplotyping with polymerase colonies. *Proc Natl Acad Sci U S A* 100: 5926-31.

Mitra, R. D. and Church, G. M. (1999) In situ localized amplification and contact replication of many individual DNA molecules. *Nucleic Acids Res* 27: e34.

Mitra, R. D., Shendure, J., Olejnik, J., Edyta Krzymanska, O., et al. (2003b) Fluorescent in situ sequencing on polymerase colonies. *Anal Biochem* 320: 55-65.

Seela, F. and Debelak, H. (2000) The N(8)-(2'-deoxyribofuranoside) of 8-aza-7-deazaadenine: a universal nucleoside forming specific hydrogen bonds with the four canonical DNA constituents. *Nucleic Acids Res* 28: 3224-32.

Shendure, J., Mitra, R. D., Varma, C. and Church, G. M. (2004) Advanced Sequencing Technologies: methods and goals. *Nature Reviews* 5: 335-45.

Sontheimer, E. J. (1999) Bridging sulfur substitutions in the analysis of pre-mRNA splicing. *Methods* 18: 29-37.

Vyle, J. S., Connolly, B. A., Kemp, D. and Cosstick, R. (1992) Sequence- and strand-specific cleavage in oligodeoxyribonucleotides and DNA containing 3'-thiothymidine. *Biochemistry* 31: 3012-8.

Wu, D. Y. and Wallace, R. B. (1989) Specificity of the nick-closing activity of bacteriophage T4 DNA ligase. *Gene* 76: 245-54.

Zhu, J., Shendure, J., Mitra, R. D. and Church, G. M. (2003) Single molecule profiling of alternative pre-mRNA splicing. *Science* 301: 836-8.

## H. CONTRACTURAL ARRANGEMENTS

Prime Organics, Chelmsford, MA, will provide contact chemical synthesis of nucleosides, universal bases and phosphoramidites. The cost of their services will be $300,000 per calendar year, inclusive.

New England BioLabs will produce novel DNA polymerases for the project. The cost of their services will be $50,000 per year, inclusive.

## I. COLLABORATORS / CONSULTANTS

Dr. George M. Church, Harvard Medical School, will collaborate to provide expertise in all aspects of the polony technology, but especially on software development. Efforts have been made to ensure that there is minimal overlap between the work funded in Dr. Church's lab and that proposed here.

Dr. William Jack, New England BioLabs, will collaborate to provide expertise on characterization and production of novel DNA polymerases.

Dr. Jonathan Kremsky, Primer Organics, will collaborate to provide custom chemical synthesis of novel nucleotide analogs and chemical linkers for the project.

Dr. David Jaffe, Broad Institute, will collaborate to provide expertise in genome assembly software development for the project. Dr, Jaffe has independent funding to develop improvements to the Arachne software.

CONFIDENTIAL                                                                                                    AB00144427

**Harvard Medical School**
**Department of Genetics**
77 Avenue Louis Pasteur
Boston, MA, USA 02115
George M. Church
http://arep.med.harvard.edu



To: Doug Smith   <dsmith@agencourt.com>
Agencourt Bioscience Corporation
100 Cummings Center, Suite 107G
Beverly MA, 01915                                    April 13, 2004

Dear Doug (and grant review committee):

It would be a great pleasure to continue our collaboration with your group on this proposal to NHGRI for low-cost DNA sequencing. While we have worked closely together on sequencing technology since 1989, the events in the past year have been truly amazing. The polony sequencing technology has gone from 6 bp/s at 8% base substitution errors to 6000 bp/s at 0.004%. The complementarity and synergy between our groups will continue to be key, with your strengths in technology for production sequencing, libraries, flow-cells, etc. and ours in computational algorithms, cleavable fluorescent nucleotides (and terminators), microbeads, and imaging technology. Our involvement with a variety of novel sequencing technologies (e.g. Lynx, Helicos, Genovoxx, Agilent) will help cross-fertilization of ideas. For example, our collaborations with two single molecule sequencing groups have opened the door to a new class of reversible terminator and we are working on the crystal structure of the terminator-Polymerase complex. Our recent CEGS grant, while ranked #1 without budget cuts, nevertheless was cut in half in line with NIH-wide cuts. Although we have been encouraged by NIH staff and others to recover the needed funds by responding to the recent sequencing technology RFAs, we feel that our best response is by fully supporting (not competing with) the complementary effort at Agencourt. I am very excited by this opportunity.

Sincerely,

George M. Church , Professor of Genetics & Biophysics
Director of the Center for Computational Genetics

75

CONFIDENTIAL                                                                          AB00144428



32 Tozer Road          Tel: 978-927-5054          Internet: http://www.neb.com
Beverly, MA 01915     Fax: 978-921-1350          e-mail: info@neb.com

13 April 2004

Dr. Douglas Smith
Agencourt Bioscience Corporation
100 Cummings Center, Suite 107G
Beverly MA 01915

Dear Doug,

This letter is to confirm the willingness of New England Biolab to collaborate in the development and use of DNA polymerases with altered abilities to incorporate nucleotide analogs. I am confident that the experience at New England Biolabs in enzyme discovery, purification, assay and modification can play an important role in this work.

Sincerely,

William E. Jack, Ph.D.
Senior Scientist

Cc: Elizabeth Raleigh

76

**Broad Institute**

MIT · Harvard · Whitehead · Harvard Hospitals

Dr. Gina Costa
100 Cummings Center, Suite 107G
Beverly, MA 01915

April 14, 2004

Dear Gina:

I am happy to collaborate with you and Doug on your R01 proposal to develop specialized assembly tools for the Polony sequencing technology. We are excited about the prospects of an approach that could generate millions of sequences in the 25-50 base size range and understand well the challenges inherent in assembling the resulting fragments. Over the past 3 years we have developed ARACHNE for assembly of large genomes in a timely and computationally efficient manner. The lessons we have learned, and continue to learn, from this development effort will, we hope, be helpful in assisting you with software that assembles millions of short tags to an already complete genome for re-sequencing applications. The challenges of assembling sequences against a pre-sequenced genome are unique and interesting to us. Furthermore, once you have refined the technique to enable *de novo* whole genome sequencing we believe that many of the concepts applied in ARACHNE will extend to this new form of whole genome shotgun assembly using short fragments. I understand that you will be developing an approach that allows for paired end sequencing on the short sequence tags. This information, as we applied with ARACHNE, will be invaluable in obtaining a high quality genome assembly.

We understand that within the next five years data generation for genome sequencing is likely to move towards new technologies that offer the ability to generate massive numbers of short reads in a highly parallelized system. We are excited about the new challenges this presents while understanding the benefit to the community of being able to sequence and assemble a human genome in a matter of days. For this reason, we are excited to work with you on this timely proposal.

Sincerely,

David Jaffe

Manager, Whole Genome Assembly
The Broad Institute

The Eli & Edythe L. Broad Institute
An affiliate of Massachusetts Institute of Technology,
Harvard University & its hospitals, and the Whitehead Institute for Biomedical Research

77

CONFIDENTIAL

AB00144430

# Prime Organics, Inc.

450 Chelmsford Street
Lowell, MA 01851
(978) 970-1074
FAX (978) 934-0731
e-mail: jkremsky@primeorg.com

April 12, 2004

Dr. Gina Costa
Agencourt Bioscience Corporation
100 Cummings Center
Beverly, MA 01915

Re: Consultancy and Contract Synthesis in Support of Agencourt Biosciences

Dear Gina:

This letter is in support of your Grant Application to develop the Polony Sequencing Technology. Prime Organics, Inc., is a Massachusetts-based contract Research Organization. Our primary market niche is the synthesis of rare and unnatural nucleoside derivatives. We have a great deal of experience in devising paths to previously unknown molecules, as well as the capacity for production of these materials in mutlikilogram scale. We are very excited to be included in this application as a sub-contractor to synthesize some new reversible terminator nucleotides that will improve on existing products. The work will be performed in our laboratories in Lowell, MA.

Sincerely,

Jonathan N. Kremsky, Ph.D.
President and CEO

78

AB00144431

Principal Investigator/Program Director (Last, first, middle): Smith

## CHECKLIST

**TYPE OF APPLICATION** *(Check all that apply.)*

☒ NEW application. *(This application is being submitted to the PHS for the first time.)*

☐ SBIR Phase I    ☐ SBIR Phase II: SBIR Phase I Grant No. _  _____    ☐ SBIR Fast Track

☐ STTR Phase I    ☐ STTR Phase II: STTR Phase I Grant No. _  _____    ☐ STTR Fast Track

☐ REVISION of application number: _____
*(This application replaces a prior unfunded version of a new, competing continuation, or supplemental application.)*

☐ COMPETING CONTINUATION of grant number: _____
*(This application is to extend a funded grant beyond its current project period.)*

☐ SUPPLEMENT to grant number: _____
*(This application is for additional funds to supplement a currently funded grant.)*

INVENTIONS AND PATENTS
*(Competing continuation appl. and Phase II only)*

☐ No    ☐ Previously reported

☐ Yes. If "Yes,"    ☐ Not previously reported

☐ CHANGE of principal investigator/program director.
   Name of former principal investigator/program director: _____

☐ FOREIGN application or significant foreign component.

**1. PROGRAM INCOME  (See instructions.)**
All applications must indicate whether program income is anticipated during the period(s) for which grant support is request. If program income is anticipated, use the format below to reflect the amount and source(s).

| Budget Period | Anticipated Amount | Source(s) |
|---|---|---|
|  |  |  |

**2. ASSURANCES/CERTIFICATIONS (See instructions.)**

The following assurances/certifications are made and verified by the signature of the Official Signing for Applicant Organization on the Face Page of the application. Descriptions of individual assurances/certifications are provided in Section III. If unable to certify compliance, where applicable, provide an explanation and place it after this page.

•Human Subjects; •Research Using Human Embryonic Stem Cells• •Research on Transplantation of Human Fetal Tissue •Women and Minority Inclusion Policy •Inclusion of Children Policy• Vertebrate Animals•

•Debarment and Suspension; •Drug- Free Workplace *(applicable to new [Type 1] or revised [Type 1] applications only)*; •Lobbying; •Non-Delinquency on Federal Debt; •Research Misconduct; •Civil Rights (Form HHS 441 or HHS 690); •Handicapped Individuals (Form HHS 641 or HHS 690); •Sex Discrimination (Form HHS 639-A or HHS 690); •Age Discrimination (Form HHS 680 or HHS 690); •Recombinant DNA and Human Gene Transfer Research; •Financial Conflict of Interest (except Phase I SBIR/STTR); •STTR ONLY: Certification of Research Institution Participation.

**3. FACILITIES AND ADMINSTRATIVE COSTS (F&A)/ INDIRECT COSTS.** See specific instructions.

☒ DHHS Agreement dated:  August 27, 2004    ☐ No Facilities And Administrative Costs Requested.

☐ DHHS Agreement being negotiated with _____ Regional Office.

☐ No DHHS Agreement, but rate established with _____ Date _____

CALCULATION* *(The entire grant application, including the Checklist, will be reproduced and provided to peer reviewers as confidential information.)*

| | | | | | | |
|---|---|---|---|---|---|---|
| a. Initial budget period: | Amount of base $ | $641,274 | x Rate applied | 75 | % = F&A costs $ | $480,955 |
| b. 02 year | Amount of base $ | $829,198 | x Rate applied | 75 | % = F&A costs | $621,898 |
| c. 03 year | Amount of base $ | $172,371 | x Rate applied | 75 | % = F&A costs | $129,278 |
| d. 04 year | Amount of base $ | | x Rate applied | | % = F&A costs $ | |
| | | | | | TOTAL F&A Costs $ | $1,232,132 |

*Check appropriate box(es):

☐ Salary and wages base    ☒ Modified total direct cost base    ☐ Other base *(Explain)*

☐ Off-site, other special rate, or more than one rate involved *(Explain)*

**4. SMOKE-FREE WORKPLACE** ☒ Yes    ☐ No *(The response to this question has no impact on the review or funding of this application.)*

79

80

AB00144433