Exhibit 6 to Pendleton Decl.
(Docket No. 222)


Re-submitted pursuant to
Civil Local Rule 79-5(e)

| Date | PO | Ship Date | Name | Sequence | Scale (nmol) | Price | OD/umole | ODs | Amt Received (nmol) | $/nm | Tube # | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14233 | 1/31/2005 | Oligo 1 | 5' (Phosphate) CTG CCC CGG GTT CCT CAT TCT CTG TC (C6-NH) (FAM) 3' | 50 | $578.00 | | | 87.0 | 6.64 | | | | |
| | 14233 | 1/24/2005 | L8T7-1-9mer | 5' tctg(Ts)tcgt 3' | 15-20 | $424.00 | | | 276.1 | 1.54 | | | | |
| | 14233 | 1/24/2005 | L8T7-5-9mer | 5' tcac(Ts)ctgt 3' | 15-20 | $424.00 | | | 195.6 | 2.17 | | | | |
| | | 2/11/2005 | L8T7-9-9mer | 5'tata(Ts)cact3' | 15-20 | $424.00 | | | 301.8 | 1.40 | | | | |
| | | 2/11/2005 | L8T7-13-9mer | 5'ttca(Ts)atat3' | 15-20 | $424.00 | | | 345.6 | 1.23 | | | | |
| | | 2/11/2005 | L8T7-17-9mer | 5'tgag(Ts)tcat3' | 15-20 | $424.00 | | | 269.4 | 1.57 | | | | |
| | | 2/11/2005 | L8T7-21-9mer | 5'tcct(Ts)gagt3' | 15-20 | $424.00 | | | 362.4 | 1.17 | | | | |
| | | | L8T7-NI-1-8mer | 5' INI(Ts)NNNN3' | 15-20 | $740.00 | | | 162.6 | 4.55 | | | | |
| 2/17/2005 | 14339 | 4/26/2005 | L8T7-A-FAM | 5'-(6-FAM SE) III(Ts)NNAT-3' | 200 | $1,002.00 | | | 299.2 | 3.35 | | | | |
| 2/17/2005 | 14339 | abandonded | L8T7-T-HEX | 5'-(HEX SE) III(Ts)NNTT-3' | 200 | $1,002.00 | | | abandonded | #VALUE! | | | | |
| 2/17/2005 | 14339 | 14-Apr-05 | L8T7-T-CY3 | 5'-(CY3 SE) III(Ts)NNTT-3' | 200 | $1,002.00 | | | 265.9 | 3.77 | | | | |
| 2/17/2005 | 14339 | | L8T7-C-TXR | 5'-(Texas-Red-X) III(Ts)NNCT-3' | 200 | $1,152.00 | | | 331.4 | 3.48 | | | | |
| 2/17/2005 | 14339 | | L8T7-G-CY5 | 5'-(Cy5 SE) III(Ts)NNGT-3' | 200 | $1,052.00 | | | 253.3 | 4.15 | | | | |
| | 14401 | 1-Apr-05 | L8T7-NT | 5'-III(Ts)NNNT-3' | 10000 | $1,447.50 | | | 1625.0 | 0.89 | | | | |
| | 14438 | 12-Apr-05 | L8T7-G-CY5-8S | 5'(Cy5)(C6-NH)(C6-S-S-C6)III(Ts)NNGT 3' | 1000 | $1,067.00 | | | | #DIV/0! | | | | |
| | | 3/30 failed | | | | | | | | #DIV/0! | | | | |
| 4/19/2005 | 14518 | 5/6/2005 | SPA-FAM-6I7tS | 5-(6-FAM SE) I(Ts)INNNNA-3' | 1000 | $1,925.00 | | | 1720.0 | 1.12 | | | | |
| 4/19/2005 | 14518 | 5/6/2005 | SPC-TXR-6I7tS | 5-(Texas-Red-X) I(Ts)INNNNC-3' | 1000 | $2,025.00 | | | 580.0 | 3.49 | | | | |
| 4/19/2005 | 14518 | 5/6/2005 | SPG-CY5-6I7tS | 5-(Cy5 SE) I(Ts)INNNNG-3' | 1000 | $2,200.00 | | | 725.0 | 3.03 | | | | |
| 4/19/2005 | 14518 | 5/6/2005 | SPT-CY3-6I7tS | 5-(CY3 SE) I(Ts)INNNNT-3' | 1000 | $2,200.00 | | | 780.0 | 2.82 | | | | |
| 4/19/2005 | 14518 | 5/6/2005 | Oligo 1 | 5' (Phosphate) CTG CCC CGG GTT CCT CAT TCT CTG TC (C6-NH) (FAM) 3' | 50 | $578.00 | | | 139.0 | 4.16 | | | | |
| | We aborted | | MitraSeqN | 5' (Phosphate) CTG CCC CGG GTT CCT CAT TCT CTG TC 3' | 15000 | $3,900.00 | | | | #DIV/0! | | | | |
| 4/28/2005 | 14550 | 5/13/2005 | pAFLSP(n) | 5'-(p)cag atg ctg cac atg ggt cta ggt g-3' | 1000 | $1,175.00 | | | 1700.0 | 0.69 | | | | |
| 4/28/2005 | 14550 | 5/13/2005 | pAFLSP(n-1) | 5'-(p)ag atg ctg cac atg ggt cta ggt gt-3' | 1000 | $1,175.00 | | | 3200.0 | 0.37 | | | | |
| 4/28/2005 | 14550 | 5/13/2005 | pAFLSP(n-2) | 5'-(p)g atg ctg cac atg ggt cta ggt gtc-3' | 1000 | $1,175.00 | | | 1600.0 | 0.73 | | | | |
| 4/28/2005 | 14550 | 5/13/2005 | pAFLSP(n-3) | 5'-(p)atg ctg cac atg ggt cta ggt gtc g-3' | 1000 | $1,175.00 | | | 2800.0 | 0.42 | | | | |
| 4/28/2005 | 14550 | 5/13/2005 | pAFLSP(n-4) | 5'-(p)tg ctg cac atg ggt cta ggt gtc gt-3' | 1000 | $1,175.00 | | | 1900.0 | 0.62 | | | | |
| 4/28/2005 | 14550 | 5/13/2005 | pAFLSP(n-5) | 5'-(p)g ctg cac atg ggt cta ggt gtc gt-3' | 1000 | $1,175.00 | | | 1900.0 | 0.62 | | | | |
| 6/7/2005 | 14672 | 6/27/2005 | SPA-FAM-6tS | 5' (FAM-SE)(C6-NH)II(Ts)NNNNA 3' | 1000 | $1,925.00 | | | 269.0 | 7.16 | | | | |
| 6/7/2005 | 14672 | 6/27/2005 | SPC-TXR-6tS | 5' (Texas Red)(C6-NH)II(Ts)NNNNC 3' | 1000 | $2,225.00 | | | 332.0 | 6.70 | | | | |
| 6/7/2005 | 14672 | 6/27/2005 | SPG-CY5-6tS | 5' (Cy5)(C6-NH)II(Ts)NNNNG 3' | 1000 | $2,400.00 | | | 79.0 | 30.38 | | | | |
| 6/7/2005 | 14672 | 6/27/2005 | SPT-CY3-6tS | 5' (Cy3)(C6-NH)II(Ts)NNNNT 3' | 1000 | $2,400.00 | | | 138.0 | 17.39 | | $15.41 | total$/nmol | | 488.997555 | Amidite ratio |
| 6/7/2005 | 14672 | 6/27/2005 | SPA-6tS | 5'(C6-NH)II(Ts)NNNNA 3' | 1000 | $975.00 | | | 1200.0 | 0.81 | | | | |
| 6/7/2005 | 14672 | 6/27/2005 | SPC-6tS | 5'(C6-NH)II(Ts)NNNNC 3' | 1000 | $975.00 | | | 836.0 | 1.17 | | | | |
| 6/7/2005 | 14672 | 6/27/2005 | SPG-6tS | 5'(C6-NH)II(Ts)NNNNG 3' | 1000 | $975.00 | | | 673.0 | 1.45 | | | | |
| 6/7/2005 | 14672 | 6/27/2005 | SPT-6tS | 5'(C6-NH)II(Ts)NNNNT 3' | 1000 | $975.00 | | | 886.0 | 1.10 | | | | |
| | 14684 | 6/27/2005 | L8T7-A-FAM | 5' (FAM)(C6-NH)III(Ts)NNAT 3' | 1000 | $2,020.00 | | | | #DIV/0! | | | | |
| 6/13/2005 | 14695 | 6/23/2005 | | 5' GTA CGG TTG CGC (Thiophosphate)3' | 200 | $240.00 | | | | #DIV/0! | | | | |
| | 14697 | 6/21/2005 | | 5' (DMT)TTTT(support)3' | 1000 | $90.00 | | | smashed in transit | #VALUE! | | | | |
| | 14776 | 7/13/2005 | 6I-8mer-5A | 5' (C6-NH2)NN(3'S dI)ANNNN 3' | 15000 | $805.00 | | | 100.0 | 8.05 | | | | |
| | 14776 | 7/13/2005 | 6I-8mer-5C | 5' (C6-NH2)NN(3'S dI)CNNNN 3' | 15000 | $805.00 | | | 100.0 | 8.05 | | | | |
| | 14776 | 7/13/2005 | 6I-8mer-5G | 5' (C6-NH2)NN(3'S dI)GNNNN 3' | 15000 | $805.00 | | | 100.0 | 8.05 | | | | |
| | 14776 | 7/13/2005 | 6I-8mer-5T | 5' (C6-NH2)NN(3'S dI)TNNNN 3' | 15000 | $805.00 | | | 100.0 | 8.05 | | | | |
| | 15048 | 10/17/2005 | SPG-CY5-6tS | 5' (Cy5) (C6-NH) I I (Ts) NNNNG 3' | 15000 | $2,160.00 | | | 1941.0 | 1.11 | | | | |
| | 15048 | 10/17/2005 | SPT-CY3-6tS | 5' (Cy3) (C6-NH) I I (Ts) NNNNT 3' | 15000 | $2,160.00 | | | 1250.0 | 1.73 | | | | |
| | 15075 | 10/20/2005 | FAM-N4AIsII | 5' (FAM-SE)(C6-NH)II(Is)ANNNN 3' | | $1,825.00 | | | 1692.0 | 1.08 | | | | |
| | 15075 | 10/20/2005 | TXR-N4CIsII | 5' (Texas Red)(C6-NH)II(Is)CNNNN 3' | | $1,925.00 | | | 1781.0 | 1.08 | | | | |
| | 15075 | 10/20/2005 | CY5-N4GIsII | 5' (CY5)(C6-NH) II (Is)GNNNN 3' | | $2,100.00 | | | 1089.0 | 1.93 | | | | |
| | 15075 | 10/20/2005 | CY3-N4TIsII | 5' (CY3)(C6-NH) II (Is)TNNNN 3' | | $2,100.00 | | | 1223.0 | 1.72 | | $1.45 | total $/nmol | | |
| | 15178 | 11/28/2005 | FAM-N4AIsII | 5' (FAM-SE)(C6-NH)II(Is)ANNNN 3' | 15000 | $1,675.00 | | | | | | Purification studies | | |
| | 15178 | 11/28/2005 | TXR-N4CIsII | 5' (Texas Red)(C6-NH)II(Is)CNNNN 3' | 15000 | $1,775.00 | | | | | | Purification studies | | |
| | 15178 | 11/28/2005 | CY5-N4GIsII | 5' (CY5)(C6-NH) II (Is)GNNNN 3' | 15000 | $1,950.00 | | | | | | Purification studies | | |
| | 15178 | 11/28/2005 | CY3-N4TIsII | 5' (CY3)(C6-NH) II (Is)TNNNN 3' | 15000 | $1,950.00 | | | | | | Purification studies | | |
| | 15231 | 12/2/2005 | TXR-N4CUII | 5' (Texas Red)(C6-NH) IIUCNNNN 3' | 15000 | $2,112.75 | | | | | | | | |
| | 15231 | 12/2/2005 | TXR-CN4UII | 5' (Texas Red)(C6-NH) IIUNNNNC 3' | 15000 | $2,112.75 | | | | | | | | |
| | 15283 | 1/5/2006 | FAM-N4TIsII | 5' (FAM-SE)(C6-NH)II(Is)TNNNN 3' | 15000 | $1,925.00 | | | 2292.0 | | | Rotated Dyes | | |
| | 15283 | 1/5/2006 | TXR-N4GIsII | 5' (Texas Red)(C6-NH) II (Is)GNNNN 3' | 15000 | $2,250.00 | | | 2136.0 | | | Rotated Dyes | | |
| | 15283 | 1/5/2006 | CY5-N4AIsII | 5' (CY5)(C6-NH) II (Is)ANNNN 3' | 15000 | $2,400.00 | | | 970.0 | | | Rotated Dyes | | |
| | 15283 | 1/5/2006 | CY3-N4CIsII | 5' (CY3)(C6-NH) II (Is)CNNNN 3' | 15000 | $2,400.00 | | | 1448.0 | | | Rotated Dyes | | |
| | 15294 | 1/19/2006 | FAM-N3AAIsII | 5' (FAM-SE)(C6-NH)II(Is)AANNN 3' | 15000 | $1,636.25 | | | 967.0 | | A23-1213-X01A | 2-base encoding | | |
| | 15294 | 1/19/2006 | FAM-N3CCIsII | 5' (FAM-SE)(C6-NH)II(Is)CCNNN 3' | 15000 | $1,636.25 | | | 1110.0 | | A23-1213-X02A | 2-base encoding | | |
| | 15294 | 1/19/2006 | FAM-N3GGIsII | 5' (FAM-SE)(C6-NH)II(Is)GGNNN 3' | 15000 | $1,636.25 | | | 895.0 | | A23-1213-X03A | 2-base encoding | | |
| | 15294 | 1/19/2006 | FAM-N3TTIsII | 5' (FAM-SE)(C6-NH)II(Is)TTNNN 3' | 15000 | $1,636.25 | | | 1368.0 | | A23-1213-X04A | 2-base encoding | | |
| | 15294 | 1/19/2006 | CY3-N3CAIsII | 5' (CY3) (C6-NH) II (Is)ACNNN 3' | 15000 | $2,040.00 | | | 1297.0 | | A23-1213-X05A | 2-base encoding | | |
| | 15294 | 1/19/2006 | CY3-N3ACIsII | 5' (CY3) (C6-NH) II (Is)CANNN 3' | 15000 | $2,040.00 | | | 520.0 | | A23-1123-X06B | 2-base encoding | | |

CONFIDENTIAL                                                                                                                                            AB00147319

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15294 | 1/19/2006 | CY3-N3TGIsII | 5' (CY3)(C6-NH)II(Is)GTNNN 3' | 15000 | $2,040.00 | | 1276.0 | A23-1213-X07A | 2-base encoding | |
| 15294 | 1/19/2006 | CY3-N3GTIsII | 5' (CY3)(C6-NH)II(Is)TGNNN 3' | 15000 | $2,040.00 | | 660.0 | A23-1123-X08B | 2-base encoding | |
| 15294 | 1/19/2006 | TXR-N3GAIsII | 5' (Texas Red)(C6-NH)II(Is)AGNNN 3' | 15000 | $1,912.50 | | 1114.0 | A23-1213-X09A | 2-base encoding | |
| 15294 | 1/19/2006 | TXR-N3TCIsII | 5' (Texas Red)(C6-NH)II(Is)CTNNN 3' | 15000 | $1,912.50 | | 1460.0 | A23-1213-X10A | 2-base encoding | |
| 15294 | 1/19/2006 | TXR-N3AGIsII | 5' (Texas Red)(C6-NH)II(Is)GANNN 3' | 15000 | $1,912.50 | | 1883.0 | A23-1213-X11A | 2-base encoding | |
| 15294 | 1/19/2006 | TXR-N3CTIsII | 5' (Texas Red)(C6-NH)II(Is)TCNNN 3' | 15000 | $1,912.50 | | 1369.0 | A23-1213-X12A | 2-base encoding | |
| 15294 | 1/19/2006 | CY5-N3TAIsII | 5' (CY5)(C6-NH)II(Is)ATNNN 3' | 15000 | $2,040.00 | | 823.0 | A23-1213-X13A | 2-base encoding | |
| 15294 | 1/19/2006 | CY5-N3GCIsII | 5' (CY5)(C6-NH)II(Is)CGNNN 3' | 15000 | $2,040.00 | | 1463.0 | A23-1213-X14A | 2-base encoding | |
| 15294 | 1/19/2006 | CY5-N3CGIsII | 5' (CY5)(C6-NH)II(Is)GCNNN 3' | 15000 | $2,040.00 | | 1132.0 | A23-1213-X15A | 2-base encoding | |
| 15294 | 1/19/2006 | CY5-N3ATIsII | 5' (CY5)(C6-NH)II(Is)TANNN 3' | 15000 | $2,040.00 | | 1111.0 | A23-1213-X16A | 2-base encoding | |
| 15294 | 1/19/2006 | FAM-N4AIsII | 5' (FAM-SE)(C6-NH)II(Is)ANNNN 3' | 15000 | $1,636.25 | | 1466.0 | A23-1213-X17A | re-order | |
| 15294 | 1/19/2006 | TXR-N4CIsII | 5' (Texas Red)(C6-NH)II(Is)CNNNN 3' | 15000 | $1,912.50 | | 1946.0 | A23-1213-X18A | re-order | |
| 15294 | 1/19/2006 | CY5-N4GIsII | 5' (CY5)(C6-NH)II(Is)GNNNN 3' | 15000 | $2,040.00 | | 1546.0 | A23-1213-X19A | re-order | |
| 15294 | 1/19/2006 | CY3-N4TIsII | 5' (CY3)(C6-NH)II(Is)TNNNN 3' | 15000 | $2,040.00 | | 1482.0 | A23-1213-X20A | re-order | |
| 15386 | 1/26/2006 | FAM-N4AIsII | 5' (FAM-SE)(C6-NH)II(Is)ANNNN 3' | 15000 | | | 1702.0 | A73-1214-Y01A | 3X re-order | |
| 15386 | 1/26/2006 | FAM-N4AIsII | 5' (FAM-SE)(C6-NH)II(Is)ANNNN 3' | 15000 | | | 1543.0 | A73-1214-Y02A | 3X re-order | |
| 15386 | 1/26/2006 | FAM-N4AIsII | 5' (FAM-SE)(C6-NH)II(Is)ANNNN 3' | 15000 | $4,908.75 | | 1632.0 | A73-1214-Y03A | 3X re-order | |
| 15386 | 1/26/2006 | TXR-N4CIsII | 5' (Texas Red)(C6-NH)II(Is)CNNNN 3' | 15000 | | | 1831.0 | A73-1214-Y04A | 3X re-order | |
| 15386 | 1/26/2006 | TXR-N4CIsII | 5' (Texas Red)(C6-NH)II(Is)CNNNN 3' | 15000 | | | 1587.0 | A73-1214-Y05A | 3X re-order | |
| 15386 | 1/26/2006 | TXR-N4CIsII | 5' (Texas Red)(C6-NH)II(Is)CNNNN 3' | 15000 | $5,737.00 | | 730.0 | A73-1214-Y06B | 3X re-order | |
| 15386 | 1/26/2006 | CY5-N4GIsII | 5' (CY5)(C6-NH)II(Is)GNNNN 3' | 15000 | | | 1328.0 | A73-1214-Y07A | 3X re-order | |
| 15386 | 1/26/2006 | CY5-N4GIsII | 5' (CY5)(C6-NH)II(Is)GNNNN 3' | 15000 | | | 1062.0 | A73-1214-Y08B | 3X re-order | |
| 15386 | 1/26/2006 | CY5-N4GIsII | 5' (CY5)(C6-NH)II(Is)GNNNN 3' | 15000 | $6,120.00 | | 1556.0 | A73-1214-Y09A | 3X re-order | |
| 15386 | 1/26/2006 | CY3-N4TIsII | 5' (CY3)(C6-NH)II(Is)TNNNN 3' | 15000 | | | 1018.0 | A73-1214-Y10A | 3X re-order | |
| 15386 | 1/26/2006 | CY3-N4TIsII | 5' (CY3)(C6-NH)II(Is)TNNNN 3' | 15000 | | | 1035.0 | A73-1214-Y11A | 3X re-order | |
| 15386 | 1/26/2006 | CY3-N4TIsII | 5' (CY3)(C6-NH)II(Is)TNNNN 3' | 15000 | $6,120.00 | | 1198.0 | A73-1214-Y12A | 3X re-order | |
| | 2/17/2006 | FAM-N3AAIsII | 5' (FAM-SE)(C6-NH)II(Is)AANNN 3' | 15000 | $1,443.75 | | 1300.0 | A73-0217-AA01A | | |
| | 2/17/2006 | FAM-N3AAIsII | 5' (FAM-SE)(C6-NH)II(Is)AANNN 3' | 15000 | $1,443.75 | | 2552.0 | A73-0217-AA02A | | |
| | 2/17/2006 | FAM-N3CCIsII | 5' (FAM-SE)(C6-NH)II(Is)CCNNN 3' | 15000 | $1,443.75 | | 2362.0 | A73-0217-AA03A | | |
| | 2/17/2006 | FAM-N3GGIsII | 5' (FAM-SE)(C6-NH)II(Is)GGNNN 3' | 15000 | $1,443.75 | | 1479.0 | A73-0217-AA04A | | |
| | 2/17/2006 | FAM-N3GGIsII | 5' (FAM-SE)(C6-NH)II(Is)GGNNN 3' | 15000 | $1,443.75 | | 1374.0 | A73-0217-AA05A | | |
| | 2/17/2006 | FAM-N3TTIsII | 5' (FAM-SE)(C6-NH)II(Is)TTNNN 3' | 15000 | $1,443.75 | | 1531.0 | A73-0217-AA06A | | |
| | 2/17/2006 | CY3-N3CAIsII | 5' (CY3)(C6-NH)II(Is)ACNNN 3' | 15000 | $1,800.00 | | 1914.0 | A73-0217-AA07A | | |
| | 2/17/2006 | CY3-N3ACIsII | 5' (CY3)(C6-NH)II(Is)CANNN 3' | 15000 | $1,800.00 | | 2145.0 | A73-0217-AA08A | | |
| | 2/17/2006 | CY3-N3ACIsII | 5' (CY3)(C6-NH)II(Is)CANNN 3' | 15000 | $1,800.00 | | 618.0 | A73-0217-AA09A | | |
| | 2/17/2006 | CY3-N3TGIsII | 5' (CY3)(C6-NH)II(Is)GTNNN 3' | 15000 | $1,800.00 | | 1366.0 | A73-0217-AA10A | | |
| | 2/17/2006 | CY3-N3GTIsII | 5' (CY3)(C6-NH)II(Is)TGNNN 3' | 15000 | $1,800.00 | | 2313.0 | A73-0217-AA11A | | |
| | 2/17/2006 | CY3-N3GTIsII | 5' (CY3)(C6-NH)II(Is)TGNNN 3' | 15000 | $1,800.00 | | 1993.0 | A73-0217-AA12A | | |
| | 2/17/2006 | TXR-N3GAIsII | 5' (Texas Red)(C6-NH)II(Is)AGNNN 3' | 15000 | $1,687.50 | | 2236.0 | A73-0217-AA13A | | |
| | 2/17/2006 | TXR-N3TCIsII | 5' (Texas Red)(C6-NH)II(Is)CTNNN 3' | 15000 | $1,687.50 | | 2329.0 | A73-0217-AA14B | | |
| | 2/17/2006 | TXR-N3AGIsII | 5' (Texas Red)(C6-NH)II(Is)GANNN 3' | 15000 | $1,687.50 | | 2821.0 | A73-0217-AA15B | | |
| | 2/17/2006 | TXR-N3CTIsII | 5' (Texas Red)(C6-NH)II(Is)TCNNN 3' | 15000 | $1,687.50 | | 2787.0 | A73-0217-AA16B | | |
| | 2/17/2006 | CY5-N3TAIsII | 5' (CY5)(C6-NH)II(Is)ATNNN 3' | 15000 | $1,800.00 | | 1925.0 | A73-0217-AA17A | | |
| | 2/17/2006 | CY5-N3TAIsII | 5' (CY5)(C6-NH)II(Is)ATNNN 3' | 15000 | $1,800.00 | | 1850.0 | A73-0217-AA18A | | |
| | 2/17/2006 | CY5-N3GCIsII | 5' (CY5)(C6-NH)II(Is)CGNNN 3' | 15000 | $1,800.00 | | 1765.0 | A73-0217-AA19A | | |
| | 2/17/2006 | CY5-N3CGIsII | 5' (CY5)(C6-NH)II(Is)GCNNN 3' | 15000 | $1,800.00 | | 2220.0 | A73-0217-AA20A | | |
| | 2/17/2006 | CY5-N3ATIsII | 5' (CY5)(C6-NH)II(Is)TANNN 3' | 15000 | $1,800.00 | | 1265.0 | A73-0217-AA21A | | |
| | 2/17/2006 | FAM-AAN3IsII | 5' (FAM-SE)(C6-NH)II(Is)NNNAA 3' | 15000 | $1,443.75 | | 2233.0 | A73-0217-AA22A | | TXR Contaminated? |
| | 2/17/2006 | FAM-CCN3IsII | 5' (FAM-SE)(C6-NH)II(Is)NNNCC 3' | 15000 | $1,443.75 | | 2483.0 | A73-0217-AA23A | | TXR Contaminated? |
| | 2/17/2006 | FAM-GGN3IsII | 5' (FAM-SE)(C6-NH)II(Is)NNNGG 3' | 15000 | $1,443.75 | | 1629.0 | A73-0217-AA24A | | TXR Contaminated? |
| | 2/17/2006 | FAM-TTN3IsII | 5' (FAM-SE)(C6-NH)II(Is)NNNTT 3' | 15000 | $1,443.75 | | 1407.0 | A73-0217-AA25A | | TXR Contaminated? |
| | 2/17/2006 | CY3-CAN3IsII | 5' (CY3)(C6-NH)II(Is)NNNAC 3' | 15000 | $1,800.00 | | 1957.0 | A73-0217-AA26A | | TXR Contaminated? |
| | 2/17/2006 | CY3-ACN3IsII | 5' (CY3)(C6-NH)II(Is)NNNCA 3' | 15000 | $1,800.00 | | 2500.0 | A73-0217-AA27A | | TXR Contaminated? |
| | 2/17/2006 | CY3-TGN3IsII | 5' (CY3)(C6-NH)II(Is)NNNGT 3' | 15000 | $1,800.00 | | 1863.0 | A73-0217-AA28A | | TXR Contaminated? |
| | 2/17/2006 | CY3-GTN3IsII | 5' (CY3)(C6-NH)II(Is)NNNTG 3' | 15000 | $1,800.00 | | 2461.0 | A73-0217-AA29A | mis-synthesis | TXR Contaminated? |
| | 2/17/2006 | TXR-GAN3IsII | 5' (Texas Red)(C6-NH)II(Is)NNNAG 3' | 15000 | $1,687.50 | | 2264.0 | A73-0217-AA30A | mis-synthesis | TXR Contaminated? |
| | 6/7/2006 | CY3-GTN3IsII | 5' (CY3)(C6-NH)II(Is)NNNTG 3' | 15000 | | 108.0 | 161.7 | 1497.2 | A73-0217-AA38A | Replacement | TXR Contaminated? |
| | 6/7/2006 | TXR-GAN3IsII | 5' (Texas Red)(C6-NH)II(Is)NNNAG 3' | 15000 | | 112.5 | 210.2 | 1868.4 | A73-0217-AA39A | Replacement | TXR Contaminated? |
| | 2/17/2006 | TXR-TCN3IsII | 5' (Texas Red)(C6-NH)II(Is)NNNCT 3' | 15000 | $1,687.50 | | 2325.0 | A73-0217-AA31A | | TXR Contaminated? |
| | 2/17/2006 | TXR-AGN3IsII | 5' (Texas Red)(C6-NH)II(Is)NNNGA 3' | 15000 | $1,687.50 | | 2903.0 | A73-0217-AA32A | | TXR Contaminated? |
| | 2/17/2006 | TXR-CTN3IsII | 5' (Texas Red)(C6-NH)II(Is)NNNTC 3' | 15000 | $1,687.50 | | 2770.0 | A73-0217-AA33A | | TXR Contaminated? |
| | 2/17/2006 | CY5-TAN3IsII | 5' (CY5)(C6-NH)II(Is)NNNAT 3' | 15000 | $1,800.00 | | 1720.0 | A73-0217-AA34B | | TXR Contaminated? |
| | 2/17/2006 | CY5-GCN3IsII | 5' (CY5)(C6-NH)II(Is)NNNCG 3' | 15000 | $1,800.00 | | 1882.0 | A73-0217-AA35A | | TXR Contaminated? |
| | 2/17/2006 | CY5-CGN3IsII | 5' (CY5)(C6-NH)II(Is)NNNGC 3' | 15000 | $1,800.00 | | 2195.0 | A73-0217-AA36A | | TXR Contaminated? |
| | 2/17/2006 | CY5-ATN3IsII | 5' (CY5)(C6-NH)II(Is)NNNTA 3' | 15000 | $1,800.00 | | 2029.0 | A73-0217-AA37A | | TXR Contaminated? |
| 15449 | 1/18/2006 | NH2-N4AIsII | 5' (C6-NH)II(Is)ANNNN 3' | 15000 | $1,072.00 | | 2149.0 | A73-0106-Z1A | for beckman dyes | |
| 15449 | 1/18/2006 | NH2-N4CIsII | 5' (C6-NH)II(Is)CNNNN 3' | 15000 | $1,072.00 | | 2222.0 | A73-0106-Z2A | for beckman dyes | |
| 15449 | 1/18/2006 | NH2-N4GIsII | 5' (C6-NH)II(Is)GNNNN 3' | 15000 | $1,072.00 | | 1822.0 | A73-0106-Z3A | for beckman dyes | |
| 15449 | 1/18/2006 | NH2-N4TIsII | 5' (C6-NH)II(Is)TNNNN 3' | 15000 | $1,072.00 | | 2030.0 | A73-0106-Z4A | for beckman dyes | |
| 15775 | 4/14/2006 | FAM-N3AAIsII | 5' (FAM-SE)(C6-NH)II(Is)AANNN 3' | 15000 | $1,443.75 | 113.2 | 272.6 | 2408.1 | A73-0414-AB01A | | |

CONFIDENTIAL

AB00147320