Exhibit 7 to Pendleton Decl.
(Docket No. 222)

Re-submitted pursuant to
Civil Local Rule 79-5(e)

| Agencourt Personal Genomics Equipment | | | | | | |
|---|---|---|---|---|---|---|
| -Microscopes & accessories | Serial Number: | BV @ 3/31/05 | Est. Value | Notes: | FAS # | |
| Olympus IX81 Microscope (w IX2-UCB controlled) | 4C14845 | ~ 220,000 | | * BV is for all microscope | | |
| Olympus IX81 Microscope (w IX2-UCB controlled) | 4C24981 | | | components (IX81 scopes, | | |
| Olympus IX81 Microscope (w IX2-UCB controlled) | 3A10376 | | | ProScan Stage w/ controller, | | |
| Olympus IX81 Microscope (w IX2-UCB controlled) | 4C24971 | | | Sensicams, ARC lamps & | | |
| Prior Robotic Microscope Stage (w/ Proscan Controller) | 43645 | | | all other accessories) | | |
| Prior Robotic Microscope Stage (w/ Proscan Controller) | 39877 | | | | | |
| Prior Robotic Microscope Stage (w/ Proscan Controller) | 44332 | | | | | |
| Prior Robotic Microscope Stage (w/ Proscan Controller) | 43794 | | | | | |
| Cooke Sensican QE (CCD Camera) | 670KS3881 | | | | | |
| Cooke Sensican QE (CCD Camera) | 670KS3636 | | | | | |
| Cooke Sensican QE (CCD Camera) | 670KS3040 | | | | | |
| Cooke Sensican QE (CCD Camera) | 670KS3802 | | | | | |
| EXFO X-CITE120 Arc Lamp | XI120-00577 | | | | | |
| EXFO X-CITE120 Arc Lamp | XI120-00578 | | | | | |
| EXFO X-CITE120 Arc Lamp | XI120-00258 | | | | | |
| EXFO X-CITE120 Arc Lamp | XI120-00576 | | | | | |
| | | | | | | |
| Dell Desktop Computer | | 0 | <2K | | | |
| Dell Desktop Computer | | 0 | <2K | | | |
| Dell Desktop Computer | | 0 | <2K | | | |
| Dell Desktop Computer | | 0 | <2K | | | |
| | | | | | | |
| Thermal Cyclers | | | | | | |
| MJ Tetrad Thermal Cycler (w/ 4 96 well alpha unit) | TD002061 | 2,000 | | | | |
| MJ PTC-200 Thermal Cycler (w/ slide tower alpha unit) | EN012738 | 500 | | | | |
| MJ PTC-200 Thermal Cycler (w/ 96 well alpha unit) | AL015396 | 500 | | | | |
| MJ PTC-200 Thermal Cycler (w/ 96 well alpha unit) | AL019812 | 500 | | | | |
| | | | | | | |
| IT | | | | | | |
| EMC AX100 File Server | APM00044100945 | 13,968 | | | 4258A | |
| EMC AX100 File Server | APM00044100935 | 13,968 | | | 4258A | |
| UPS Power Supply | AS0444224580 | 0 | | cost bundled w/ EMC's above | 4258A | |
| UPS Power Supply | AS0444224588 | 0 | | cost bundled w/ EMC's above | 4258A | |
| Brocade fiber channel switch | NJ060006277 | 0 | | cost bundled w/ EMC's above | 4258A | |
| Dell Power Edge 2650 Server | H36Y521 | 3,000 | | | | |
| Dell Power Edge 2650 Server | 55X8W31 | 3,000 | | | | |
| Dell Power Edge 2550 Server | 6KPKH01 | 1,000 | | | | |
| Netgear Gigabit Switch | | 0 | | | | |
| Belkin Switch | | 0 | | | | |
| | | | | | | |
| Misc. | | | | | | |
| Kinetic Systems Optical Table | KS130-3984 | 0 | | | | |
| Kinetic Systems Optical Table | KS130-4038 | 0 | | | | |
| | | | | | | |
| Precision Laboratory Oven | 601101509 | 0 | <2K | | | |
| Mettler PG503 Delta Range Scientific Scale | 1115170381 | 0 | <2K | | | |
| Custom Cavro Flow Cell Pump System | | 0 | <2K | | | |
| Custom Cavro Flow Cell Pump System | | 0 | <2K | | | |
| Custom Cavro Flow Cell Pump System | | 0 | <2K | | | |
| Kenmore Freezer (-20C) | | 0 | <2K | | | |
| Refrigerator/Freezer Unit | | 0 | <2K | | | |
| GE Microwave | | 0 | <2K | | | |
| | | | | | | |
| AirClean 6000 Workstation (PCR Hood) | | 0 | <2K | bought thru auction <2K | | |
| Custom Flow Cell Device with Thermoelectric Control | | 0 | | | | |
| Prototype Microscope System (Thor Labs) | | 0 | | Alan B. currently building | | |
| | | | | | | |
| VWR digital dry heat block | 41206001 | 0 | $500.00 | | | |
| VWR minifuge | 1100311 | 0 | $300.00 | | | |
| VWR minifuge | 21000343 | 0 | $300.00 | | | |
| IKA minishaker | O5.003653 | 0 | $325.00 | | | |
| IKA minishaker | O3.151741 | 0 | $325.00 | | | |
| IKA minishaker | O3.167505 | 0 | $362.00 | | | |
| IKA minishaker | | 0 | $362.00 | | | |
| DPC Micromix 5 platform agitator | O539 | 0 | $650.00 | | | |
| Labquake tube rotator | 400110 | 0 | $325.00 | | | |
| | | | | | | |
| Agilent Bioanalyzer | | 17,798 | | | 4172A | R&D group, not Polony |
| | | | | | | |
| | | 56,234 | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY — AB00136587

| APG Core Biologicals | | | | |
|---|---|---|---|---|
| Item | Vendor | Stock | Price | Estimated cost |
| **Enzymes & cofactors** | | | | |
| Platinum PCR Supermix | Invitrogen | 50 vials | $121/vial | $6,050.00 |
| Platinum Taq DNA Polymerase | Invitrogen | 100 vials | custom, $300/vial | $30,000.00 |
| Taq DNA Polymerase | NEB | 20 vials | $50/vial | $1,000.00 |
| T4 DNA Ligase | Invitrogen | 100 vials | custom, $51/vial | $5,100.00 |
| dNTPs | Invitrogen | 100 vials | $51/vial | $5,100.00 |
| rATP | Epicentre | 40 vials | custom, $37/vial | $1,480.00 |
| Ampligase | Epicentre | 1 vial | custom $10,070 | $10,070.00 |
| Stoffel Fragment DNA | ABI | 5 vials | $125/vial | $625.00 |
| RepliPhi 29 | NEB | 10 vials | $232/vial | $2,320.00 |
| | | | | |
| **Oligos and Probes** | | | | |
| | | | | |
| *amplification oligos* | | | | |
| P1 DNA bead | IDT | 6 | $750/vial | $4,500.00 |
| P1-soln | IDT | 6 | $150/vial | $900.00 |
| P2-soln | IDT | 6 | $150/vial | $900.00 |
| P2-screen | IDT | 3 | $500/vial | $1,500.00 |
| UIA-screen | IDT | 8 | $500/vial | $4,000.00 |
| anti-P1 screen | IDT | 4 | $500/vial | $2,000.00 |
| | | | | |
| *enrichment oligos* | | | | |
| anti-P2 enrich | IDT | 6 | $750/vial | $4,500.00 |
| anti-UIA enrich | IDT | 6 | $750/vial | $4,500.00 |
| | | | | |
| *sequencing oligos* | | | | |
| P1-block | IDT | 6 | $310/vial | $1,860.00 |
| UIA-block | IDT | 12 | $310/vial | $3,720.00 |
| P2-block | IDT | 6 | $310/vial | $1,860.00 |
| Padlock-blocks | IDT | 4 | $310/vial | $1,240.00 |
| FLSP(n) | IDT | 4 | $160/vial | $640.00 |
| FLSP(n-1) | IDT | 4 | $160/vial | $640.00 |
| FLSP(n-2) | IDT | 4 | $160/vial | $640.00 |
| FLSP(n-3) | IDT | 4 | $160/vial | $640.00 |
| FLSP(n-4) | IDT | 4 | $160/vial | $640.00 |
| RLSP(n) | IDT | 4 | $160/vial | $640.00 |
| RLSP(n-1) | IDT | 4 | $160/vial | $640.00 |
| RLSP(n-2) | IDT | 4 | $160/vial | $640.00 |
| RLSP(n-3) | IDT | 4 | $160/vial | $640.00 |
| RLSP(n-4) | IDT | 4 | $160/vial | $640.00 |
| | | | | |
| 1-base first position (set of 4) | TriLink | 3x | custom | $24,000.00 |
| 1-base fifth position (set of 4) | TriLink | 5x | custom | $40,000.00 |
| 2-base first, second position (set of 4) | TriLink | 1x(*4) | custom | $32,000.00 |
| 2-base fourth, fifth position (set of 4) | TriLink | 2x(*4) | custom | $64,000.00 |
| Misc probe inventory | TriLink | | custom | $25,000.00 |
| | | | | |
| **Beads** | | | | |
| | | | | |
| MyOne streptavidin | Invitrogen/Dynal | 6 | $350/vial | $2,100.00 |
| MyOne Carboxylate | Invitrogen/Dynal | 4 | $100/vial | $400.00 |
| Polystyrene 3.5um streptavidin | Spherotech | 2 | $1365/vial | $2,730.00 |
| | | | | |
| **Slides** | | | | |
| Glass microscope slides | VWR | 30 | $15/box | $450.00 |
| Polylysine slides | Polysciences | 10 | $40/box | $400.00 |
| Streptavidin-coated slides | Accelr8 | 100 | $20/slide | $2,000.00 |
| Quartz slides | Quartz Scientific | 100 | $12/slide | $120.00 |
| | | | | |
| **General Chemicals** | | | | |
| Misc dry reagents | | | | $5,000.00 |
| | | | | |
| **Misc Biologicals (Buffers, etc)** | | | | |
| Misc dry reagents | | | | $10,000.00 |
| | | | | |
| **Total Core Reagents** | | | | **$307,825.00** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB00136589