Exhibit 8 to Pendleton Decl.
(Docket No. 222)

Re-submitted pursuant to
Civil Local Rule 79-5(e)

*APG_confidential*
*GLC*

**Polony R&D**

Week of: 4/3/2006

Mol Bio Task List

**March Priorities**
Structure a Production Pipeline for library bead populations-**DONE**
Template bead RCA-**DONE**
Reduce FAM background-**DONE**
Functional large flow cell-**DONE**
Sutter Lamp Swap-**DONE**
Develop gel-less arrays-**On Going**
Reduce ligation times to afford efficient dual flow cell platform-**TBD**
Determine max cycle number-**TBD**


**April Priorities**
Mol Bio
1- and 2-base encoding validation-**DONE**
RCA validation (w/ padlock blocks)
DiTags: single solution template, DiTag-DTB (oligos on-order)
Library slides to pour & run:
    MCF7-Eco: large array (2000-panel)
    BAC-Eco: diamond (300-panel)

BiFx
Sequence ReSeqLo (kinase amplicons; 50-60bp fragment) -**DONE**
    Target: single 17 bases

Sequence Eco-Eco
    1-base, Target: single 17 bases-**DONE**
    2-base, Target: single 17 bases-**DONE**
    1-base, +RCA, Target: single 17 bases-**DONE**

Sequence MCF7-Eco (breast cancer cell line; paired-end)
    Target: 50 bases

Sequence BAC-Eco (chrX B1065, 153640-bp; paired 25 bases)
    Target: 40 bases

Sequence BAC-frag (chrX B1065, 153640-bp; 100-bp fragment)
    Target: >25 bases

Library

**Swati + Joel**
    Eco-Eco (1kb) -**DONE**
    MCF7-Eco (1.2-1.6 kb) -**DONE**
    BAC-Eco (0.8-1.0 kb) -**DONE**
    BAC-frag (60-90 bp) -**DONE**

    Optimization of 3-10 kb libraries using Eco-Eco
    Yoruban-Eco (3-10 kb)

1

CONFIDENTIAL                                                                                              AB00276286

APG_confidential
GLC

**Reagent Prep**

**Mike**
    Application of riboflavin for polymerizing gels
    Use of glove box for slide prep
    Photo-initiation of gels
    Coordinate slide production pipeline

    APG build-out
        EH&S issues with Nick
        New facilities organization


**Deyra + Lynne**

Generate/collect/wiki updated protocols for production pipeline

Library validation & Bead production pipeline:
    MCF7-Eco
        Shear (1.2-1.6 kb)
        Determine optimal titration point (0.6 pg/ul)
        Prep beads (>7 plates)
        Pour large arrays

    BAC B1065-Eco
        Shear (0.8-1.2 kb)
        Determine optimal titration point (**TBD** pg/ul)
        Prep beads (>3 plates)
        Pour diamonds + gel-less diamonds

    BAC B1065-frag:
        Shear (100bp)
        Titration point:
        Prep beads (>3 plates)


**Lynne**

Enrichment
    Determine optimal concentration of glycerol cushion
    Evaluation of enrichment using P2 vs. IA

Gel-less slides
    Optimize deposition and washing
    Evaluation of alkaline reset
    Generate bead-less, gel-less slides

Standard Slides
    Optimize Covaris treatment for clumped beads prior to gel pour
    Evaluate different storage conditions for bind silane-treated glass slides

CONFIDENTIAL    AB00276287

**Amplification**

**Lev**
Bead-Exo Optimization
    Developed a heat-pulse protocol that is 2-fold shorter than our current isothermal protocol.

Use of Cu(NO3)2 as Reset at pH 5.8
    Initial tests at 50C did not work
    Evaluate higher temps

Single-Tag emPCR
    Evaluate use of PPiase in emPCR
    Evaluate single tag emPCR- Tag1-DTB using Human-Eco library
    Evaluate ditag emPCR- Tag1-DTB + Tag2-DTB


**Slawek**
Gel-less bead arrays R&D
    Bead deposition and stability of surface
    Evaluation of acidic reset vs alkaline reset on
        DNA stripping
        Bead deposition
        Stablity of opti-chem surface during FC ligations and washes

EmPCR
    Evaluation of DTB with 1-BioBead_dT20 and 2-BioSoln_P1 oligo scheme


**Sequencing**

**Jeff**
Establish protocol for glove box use for slide pouring
Evaluate riboflavin-based polymerization in glove box
Evaluate photo-initiation for polymerization of acrylamide (+/- glove box)

CLARA + BARB
    Establish optimized image acquisition and analysis
    (with Hao + Andrew)
        Focal map settings
        Image exposure times

**Cynthia**
Gel-less bead slides, 50 mock cycles w/ poor ligation
Gel-less bead slides manually over three ligations, showing movement of beads

Optimized FC priming protocol to improve nested primer sequence
    Showed improvement but needs validation

RCA in soln
    Essential for gel-less, did not work well

RCA on gel-less
    Failed

3

CONFIDENTIAL                                                                                                AB00276288

RCA in slides
    Human-Eco, Eco-Eco, pUC, ReSeqLo
    5 cycles on each tag of Human-Eco manually
    Optimization of RCA by evaluation of:
        [Stoffel fragment], [Ampligase], [Phi 29], [Padlock Probe] and [dNTPs] in 1st step
        1st incubation time
        2nd incubation time

    Ligation sequencing w/ padlock blocking probes
        Optimize hyb conditions
        Re-optimize necessary [probe]

**Jeremy**

Introduction to system w/ Cynthia
    Poured slides
    Conducted ligations
    RCA validation

MCF7-Eco, RCA optimizations
    Probe concentration
    RCA molecule formation, optimal performance at 65C
    Evaluation of alternate polymerases (Bst)
    Evaluation of NEB Phi29 v. Epicentre Phi29

High Density Slides
    Evaluation of polymerization and bead density
    Evaluate/Optimize wash conditions to reduce clumping
    Image analyses on 80-100k/panel slides


**Cynthia + Jeff + Jeremy**

<u>Seq runs</u>:
    AMY
    Eco-Eco, RCA, 1-base (17 bases)- **DONE**

    ROSE
    Gel-less, 2-base-**R&D run**

    CLARA
    Eco-Eco, 1-base (17 bases) - **DONE**
    Eco-Eco, 2-base (16 bases) - **DONE**
---------------------------------------------------------------------------------------------------------
    **On-Going Runs**

    AMY
    BAC-Eco (gel-less?)

    FLO
    BAC-Eco (diamond)

    ROSE
    BAC-Eco (diamond)

4

*APG_confidential*
*GLC*

    CLARA
        MCF7-Eco, 2-base (25 bases/tag, 50 cycles total)

    BARB
        MCF7-Eco, RCA, 2-base (25 bases/tag, 50 cycles total)

        (BAC-Eco on walk-away when system validated)


## Instrumentation

**Andrew**
    All instruments installed with Sutter lamps (AMY validated?)
    Troubleshoot image exposure issues on FLO
    Validate BARB as walk-away
    Optimize exposure settings and scripts for BARB and CLARA walk-away

**Adam**
    Plate platforms for each walk-away
    Assemble second Emuls-O-Matic

**Hao**
    BARB and CLARA walk-away, de-bugging
    Focal map scripts
    Determine optimal exposure settings


## BiFx

**Priorities**
Data Storage
We have two, 1800-panel runs going and three, 312-panel runs going.


**Jonathan**
1. Documentation of pipeline packages posted to Wiki. Working on documentation of individual scripts.

2. Manually making sure there is space on the EMC for instrument runs. This is the priority. We are running out of space on the EMC AND on the instrument hard drives. Need Hao's software to write to USB now.

3. Considering local implementation of pipeline for each instrument (pipeline-lite) that would allow more accurate display of the Satay datapoints.

**Bob**
1. Continuing to run data through the pipeline with 2 different kernels. Appears that a skinnier kernel is producing the best data.

2. Has begun proving out concept of using stacks of images for "finding beads".

CONFIDENTIAL      AB00276290

*APG_confidential*
*GLC*

**Heather**
1. Continuing SNP finding. Refining data for Doug. Testing best methods for calling a SNP (ie heterozygotes vs. homozygotes).

2. Sanger sequencing of RESEQ amplicons was ordered to verify SNPs found, but not in dbSNP.

3. Some of found SNPs appear to be errors in amplicon reference seq. Our sequence matches genbank human genome but not amplicon sequence.

**Alena**
1. Reverse satay of mismatch data appears to be as expected (more diffuse and closer to origin)

2. Finding that intensity is not as good an indicator of base accuracy as angle and noise/signal.

3. Found that noise/signal and angle give good indications of base accuracy. A first attempt showed that using noise to signal will correctly predict the majority of matching bases while excluding mismatches. Working on combinations of noise to signal and angle. Also testing on various other runs to check robustness. There is some concern that the system could be too sensitive to variations in exposure.

**Alan**
1. Continuing to work on 2-bp matching code for large scale analysis. Found bug that caused system crashes because of memory allocation.

2. Working on scale-up for human genome matching.

**Hao**
1. Working on improving autoexposure for walk away automation.

2. Modifying software to write to USB drives for instrument runs. Goal is that USB drives become central storage. Each run has own removable disks. Software will notify instrument operator when one disk is full and they need to swap in a new one.

**Mike**
1. Working on build-out and data storage issues

6

CONFIDENTIAL                                                                                                          AB00276291