Exhibit 9 to Pendleton Decl.
(Docket No. 222)

Re-submitted pursuant to
Civil Local Rule 79-5(e)

*APG_confidential*
*GLC*

# Polony R&D

**Updated: 2/24/2006**

**Mol Bio Task List**

**Priorities**
Structure a Production Pipeline for library bead populations
Template bead RCA
Reduce FAM background
Reduce ligation times to afford efficient dual flow cell platform
Determine max cycle number
Develop gel-less arrays
Functional large flow cell
Sutter Lamp Swap

Library
- **Swati**
  Eco(K12)-Eco
    non-RCA, 2kb
    RCA-based, 2kb
  Breast tumor DNA
    RCA-based, MCF7 (1-3kb)

- **Joel**
  Myeloproliferative Disorder (MPD) granulocyte DNA
    ExoIII-Concantenate-Shear (ECS)-based JAK2 library (75-85bp fragments)

Reagent Prep

- **Mike**
  Full emulsion plates-**DONE**
  High density slides pUC slides (50, 80, 100K/panel)
  Coordinate Production pipeline

- **Melanie**
  P1:P2 (1:75)-**DONE**
  Library validation pipeline
  Coordinate Production pipeline

Amplification

- **Lynne**
  Evaluation of Abil-EM90 surfactant
  Address mechanical v. acoustic emulsion prep
  Validate enrichment protocol (IA v. P2 enrichment)
  Prepare library beads for RCA-based amplification

- **Lev**
  Develop template bead QC assay
    Use of deoxyuridine-containing templates
    Gel-shift assay
  Evaluate Reset buffer(s)
    Assess low-salt reset and depurination

1

CONFIDENTIAL                                                                AB00276276

APG_confidential
GLC

    Evaluation of different compositions, buffered solns
  Evaluate different methods of emulsion prep
    Increase bead-to-microreactors ratios
    Increase production volume (target: 10mls per plate)

Sequencing

- **Slawek**
  Gel-less bead arrays R&D
    Increase bead densities per surface area
    Keep slides hydrated during coating process
      Dying may be problematic for linear DNA
      Use of larger volumes of buffer for removal of unbound beads
      Conduct binding in the absence of a drying routine
    Use of PEG
    Use of 'spacer beads'
      Biotin-bound SA beads, no DNA-(to coat surface with template beads)
      Empty SA beads- (to serve as blocking agents during surface binding process)

  Well-dye conjugation and purification

- **Cynthia**
  AMY (Human-Eco)
    Optimization of LS using gel-less arrays
    Evaluation of RCA-based method for emPCR beads
    3'→5' and 5'→3' sequencing

- **Jeff**
  FLO (w/ Andrew)
    Large Flow cell performance (Human-Eco, control bead arrays)
    Flow chamber consistency (P2 hyb)
    Flow chamber ligation performance (Satay)
    Optimize ligation conditions to match dual flow cell imaging (~2 hrs)

  ROSE (pUC)
    Produce images for 2-base encoding base caller (8-10 cycles)-**DONE**
    Produce images for 1-base encoding base caller (8-10 cycles)
    Validation of Sutter lamp
    Background testing (reduce FAM noise)
    Determine max LS cycle number

Instrument

- **Andrew**
  New scripts for large FC-**DONE**
  Validate large FC performance
  Pick and place
    Control software installation-**DONE**
    Testing fluidics
  Build out 2 instruments
    Computers
    Sutter lamps
    Temperature controllers

2

CONFIDENTIAL    AB00276277

APG_confidential
GLC

Sutter lamps- **ORDERED**

- <u>Adam</u>
  Dual FC hardware validation-**DONE**
  Optimize Peltier temperature ramping performance- **Questionable??**
  Validation of Sutter shutter

- <u>Hao</u>
  FLO: (testing with Jeff)
  Large flow cell performance
  Replace MM for autofocus
  Instrument control software for Scanslide

**BiFx Task List**

**Priorities**
Establish Pata Pipeline
2-base encoding scheme
High density image analysis

- <u>Joel/Kevin</u>
  Angle and Intensity metrics
  Raw base quality
  Establish threshold and signal filtering

- <u>Andrew</u>
  Analyze pUC to ensure we get same answers from his code as pipeline code
  Help determine best path to high density gel analysis
  Determining optimum approach for instrument image transfer to cluster

- <u>Jon</u>
  Tested pipeline from image to fasta. While csv files are generated, less sequences match the genome than with Andrews code. As soon as FASTA generation is implemented, importing Andrews approach is THE priority.

  Large scale testing needs the EMC issue to be fixed.

  Implementing Alan's C code for Fasta generation to complete the pipeline and identifying why sequence generated is not as accurate as Andrews. During this time hopefully Mike will have fixed the EMC issue

  If EMC issue looks to be too long to fix (more than a couple days), move to a method where images are loaded directly onto each node's local disk to avoid file io bottlenecks.

- <u>Bob</u>
  Pipeline not yet ready for testing of modified Alignment engine so moved on to next step that will be changed (Kernel)

  Working on a modified Kernel for feature finding on High Density slides.

  Will test modifications as pipeline becomes fast enough for large scale testing

3

CONFIDENTIAL                                                        AB00276278

APG_confidential
GLC

- Alena (joining 2/27/06)
  Bead counter software for the lab
  'On-Demand' generation of Satays for the lab, as this info may not be stored anymore
  Bead history software

  ---------------------------------------------------------------------------------------------------

- Alan
  Helping port C code FASTA generation to Jon's Pipeline

  Analyzing pUC 2bp encoding data. Right now it is confusing because there are many more sequences than possible in the pUC genome (2686 bp).

- Heather
  Write modules to analyze the output from Alan's base space matching code for:
  Mate pairs
    Written a program to take the output of Alan's matching program and find mate pairs in the genome and ran it on the ecoli data

    Add a switch to output single tags as well

  Error Analysis
    NNNN(A/T/C/G)
  1024 x 4 x cycles errors

  Errors at each cycle
    Frequency of base changes at different cycles
    Insertions / deletions (including single bases)

  Stats Modules
    # of input sequences
    # match with no error, 1 error, etc
    Mate pairs and singles
    # errors for positions 1 - 25

  Base Change Module
    Written a program called tags2genome.pl to compare a tag to a reference genome and find the base changes. The user enters any tab delimited data file and the column numbers of sequence and location information and the program returns the data file with appended column(s) containing the base changes for each sequence in the row

    This will be tested when the new fasta files of ecoli data are ready I will run that data through the programs

- Mike
  The EMC File Server is running very slowly. The bottleneck is somewhere between the NFS and the EMC. This is THE priority as testing the pipeline in large scale is not possible without this improved.

  Both New Instrument computers have windows and other accessories (PCI-Firewire ports) and handed over to Andrew for software installs. Once the software install is done, Mike will take an image to allow more rapid replication in the future.

4

CONFIDENTIAL                                                                                                                           AB00276279