Exhibit 10 to Pendleton Decl.
(Docket No. 222)

Re-submitted pursuant to
Civil Local Rule 79-5(e)

# Exhibit 10

HIGHLY CONFIDENTIAL - ATTORNEYS' ONLY
Alan J. Cox, Ph.D.   June 24, 2008

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

APPLERA CORPORATION - APPLIED   )
BIOSYSTEMS GROUP, a Delaware    )
Corporation,                    )
                                )
    Plaintiff/Counterdefendant, )
                                )
        vs.                     ) No. 07-CV-02845 WHA
                                )
ILLUMINA, INC., a Delaware      )
corporation, SOLEXA, INC., a    )
Delaware corporation, and       )
STEPHEN C. MACEVICZ, an         )
individual,                     )
                                )
    Defendant/Counterclaimants. )
_____)

VIDEOTAPED DEPOSITION OF

ALAN J. COX, Ph.D.

_____

Tuesday, June 24, 2008

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY:  DEBRA ALLUSTIARTI CSR 10929

HIGHLY CONFIDENTIAL - ATTORNEYS' ONLY
Alan J. Cox, Ph.D.    June 24, 2008

Page 2

1                    I N D E X
2
3              INDEX OF EXAMINATIONS
4                                               Page
5    EXAMINATION BY MR. ROSS .................... 6
6
7         EXHIBITS MARKED FOR IDENTIFICATION
8    No.           Description                   Page
9    Exhibit 351   Expert rebuttal report ........ 8
10   Exhibit 352   Document entitled ............ 26
                   "Definition of COG" with
11                 attached spreadsheets
12   Exhibit 353   Letter from Eric Pai to ...... 32
                   John Labbe, dated 5-20-08, with
13                 attached spreadsheets
14   Exhibit 354   Excerpts from the ............ 50
                   deposition of Gina Costa, taken
15                 5-20-08
16   Exhibit 355   Excerpts from the ............ 53
                   deposition of Kevin McKernan,
17                 taken 5-23-08
18   Exhibit 356   Houlihan Lokey report ........ 71
                   entitled "Valuation of the
19                 Intangible Assets of Agencourt
                   Personal Genomics, Inc., as of
20                 July 7, 2006"
21
22
23
24
25

Merrill Legal Solutions
TEL: (800) 868-0061          (312) 263-3524

5f625df7-d1e8-44f8-b767-043528328f80

HIGHLY CONFIDENTIAL - ATTORNEYS' ONLY
Alan J. Cox, Ph.D.    June 24, 2008

Page 3

1  EXHIBITS PREVIOUSLY MARKED FOR IDENTIFICATION
   REFERRED TO IN THIS DEPOSITION
2
                                            Page  Line
3
      Deposition Exhibit 103 ............  50     8
4     Deposition Exhibit 209 ............  16    25
5                    --o0o--
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Merrill Legal Solutions
TEL: (800) 868-0061            (312) 263-3524

5f625df7-d1e8-44f8-b767-043528328f80

HIGHLY CONFIDENTIAL - ATTORNEYS' ONLY
Alan J. Cox, Ph.D.    June 24, 2008

```
                                                     Page 4
 1                        --o0o--
 2         Videotaped Deposition of ALAN J. COX,
 3   Ph.D., taken by the Defendants, at 135 Main Street,
 4   4th Floor, San Francisco, California, commencing at
 5   2:11 p.m., on Tuesday, June 24, 2008, before DEBRA
 6   ALLUSTIARTI, CSR, pursuant to notice.
 7                        --o0o--
 8
 9                   A P P E A R A N C E S
10
11   FOR THE PLAINTIFF:
12        MORRISON & FOERSTER
          755 Page Mill Road
13        Palo Alto, CA  94303-1018
          650.813.5600
14        By:  ERIC C. PAI, Attorney at Law
15
     FOR THE DEFENDANTS VIA VIDEOCONFERENCE:
16
          MARSHALL, GERSTEIN & BORUN LLP
17        233 S. Wacker Drive
          6300 Sears Tower
18        Chicago, IL  60606-6357
          312.474.6300
19        By:  THOMAS I. ROSS, Attorney at Law
20
     ALSO PRESENT:  Jose Montessinos, videographer
21
                          --o0o--
22
23
24
25
```

Merrill Legal Solutions
TEL: (800) 868-0061            (312) 263-3524

5f625df7-d1e8-44f8-b767-043528328f80

HIGHLY CONFIDENTIAL - ATTORNEYS' ONLY
Alan J. Cox, Ph.D.    June 24, 2008

Page 5

1  SAN FRANCISCO, CALIFORNIA; Tuesday, June 24, 2008
2                         2:11 p.m.
3                          --o0o--
4                       P R O C E E D I N G S
5            THE VIDEOGRAPHER:  We're going on the
6  video record at 2:11 p.m.  Today's date is June 24,
7  2008.  My name is Jose Montessinos.  I am a legal
8  videographer in association with Merrill Legal
9  Solutions.  The court reporter today is Debra
10 Allustiarti.
11           Here begins the videotape deposition of
12 Alan J. Cox, taken in the matter of Applera
13 Corporation - Applied Biosystems Group, a Delaware
14 Corporation, versus Illumina, Inc., et al., bearing
15 Case No. 07-CV-02845 WHA, in the United States
16 District Court, Northern District of California,
17 San Francisco Division.  This deposition is being
18 held at 135 Main Street, San Francisco, California.
19           Will counsel please identify themselves
20 for the record and state whom you represent,
21 starting with the noticing party.
22           MR. ROSS:  This is Thomas Ross on behalf
23 of the defendants.
24           MR. PAI:  This is Eric Pai from Morrison
25 & Foerster on behalf of Applied Biosystems.

Merrill Legal Solutions
TEL: (800) 868-0061          (312) 263-3524

5f625df7-d1e8-44f8-b767-043528328f80

HIGHLY CONFIDENTIAL - ATTORNEYS' ONLY
Alan J. Cox, Ph.D.    June 24, 2008

Page 6

1   THE VIDEOGRAPHER: Would the court
2   reporter please swear in the witness.
3                ALAN J. COX, Ph.D.
4   _____
5   called as a witness, who, having been first duly
6   sworn, was examined and testified as follows:
7                      --o0o--
8            EXAMINATION BY MR. ROSS
9            THE VIDEOGRAPHER: Please begin.
10           MR. ROSS: Q. Would you state your name
11  for the record.
12       A. Yes, my name is Alan, A-l-a-n, James
13  Cox, C-o-x.
14       Q. And by whom are you employed?
15       A. I'm with National Economic Research
16  Associates, or NERA for short.
17       Q. Now, Dr. Cox, this is a case that
18  involves a claim of patent infringement, and you've
19  rendered a report on patent infringement damages,
20  which is how I want to begin this deposition. I
21  know you have an earlier report that we might also
22  get to.
23           How long have you been involved in
24  consulting on patent infringement damages?
25       A. I would say about 10 years.

HIGHLY CONFIDENTIAL - ATTORNEYS' ONLY
Alan J. Cox, Ph.D.    June 24, 2008

Page 63

1  APG.  But nobody really knew what the value of APG
2  was, so nobody had actually done a valuation of
3  APG.
4          Q.  All right.  Then by -- by the early part
5  of 2006, was -- was a market value assigned to
6  APG's technology?
7          A.  Well, I believe, at some point, AB
8  purchased APG.
9          Q.  All right.  And do you recall that the
10 purchase price was $120 million?
11         A.  That -- that is consistent with my
12 understanding, yes.
13         Q.  All right.  Do you recall that the --
14 that price was arrived at by, or during,
15 March 2006, since there was another bidder for APG;
16 namely, Illumina?
17         A.  I do know that the two of them were
18 bidding for APG.
19         Q.  All right.  And Illumina had presented a
20 proposal amounting to $110 million; do you recall
21 that?
22         A.  Yes.
23         Q.  Okay.  Now, by that time -- March
24 2006 -- do you have -- do you have any idea of the
25 amount of cost -- the amount of sunk costs that APG

HIGHLY CONFIDENTIAL - ATTORNEYS' ONLY
Alan J. Cox, Ph.D.    June 24, 2008

Page 64

1  had expended in developing its -- what came to be
2  the SOLiD's technology?
3           MR. PAI:  Objection, vague.
4           THE WITNESS:  Yeah, I have some -- I
5  have some understanding of that.
6           MR. ROSS:  Q.  And what's your
7  understanding?
8       A.  Well, it was in the order of several
9  million dollars; like five to ten million dollars.
10      Q.  Now, APG came to take the offer of 120
11 million presented by AB.  That sale closed in July
12 of 2006.  That's considerably in excess of the five
13 to 10 million dollars of sunk costs that APG
14 expended in developing the SOLiD technology,
15 correct?
16      A.  As it turned out, that's correct.
17      Q.  All right.  It's on the order of about
18 110 -- $110 million over the amount that AB -- APG
19 had spent developing the technology, right?
20      A.  Well, after the fact, that's correct.
21      Q.  And when you say "after the fact," what
22 do you mean by -- after what fact?
23      A.  Well, after APG had gone ahead and
24 undertaken the research and -- all the other
25 research it had undertaken -- including that which

Merrill Legal Solutions
TEL: (800) 868-0061          (312) 263-3524