BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY RE INFRINGEMENT DAMAGES BY 1-BASE ENCODING PROTOTYPE**<br><br>Trial Date: September 29, 2008<br>Time:   7:30 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:   William H. Alsup |

DECLARATION OF ERIC C. PAI ISO AB'S MOTION IN LIMINE NO. 1
Case No. C07 02845 WHA
pa-1279111

1   I, Eric C. Pai, declare:

2   1.  I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of Applera Corporation – Applied Biosystems Group's Motion In Limine No. 1 To Exclude Testimony Re Infringement Damages By 1-Base Encoding Prototype. This declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

3   2.  Attached hereto as Exhibit 1 is a copy of Solexa's Amended Responses And Objections To Plaintiff's First Set Of Interrogatories, dated May 30, 2008.

4   2.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Gerald Siuta, dated June 10, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 26, 2008 in Palo Alto, California.

                                        /s/ Eric C. Pai
                                        Eric C. Pai

DECLARATION OF ERIC C. PAI ISO AB'S MOTION IN LIMINE NO. 1
Case No. C07 02845 WHA
pa-1279111                                                                                          1

1     I, David C. Doyle, am the ECF User whose ID and password are being used to file this DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY RE INFRINGEMENT DAMAGES BY 1-BASE ENCODING PROTOTYPE.  In compliance with General Order 45, X.B., I hereby attest that Eric C. Pai has concurred in this filing.

Dated:  August 29, 2008          /s/ David C. Doyle
                                               David C. Doyle