BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF BRIAN M. KRAMER IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION IN LIMINE NOS. 1-3**<br><br>Trial Date: September 29, 2008<br>Time:   7:30 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:   William H. Alsup |

I, Brian M. Kramer, declare:

1. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of AB's Motion In Limine Nos. 1-3.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Expert Statement of Keith C. Backman, Ph.D. Regarding Infringement, dated May 30, 2008.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of Keith C. Backman, Ph.D., taken on June 27, 2008.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Richard K. Herrmann, counsel for Illumina, Inc. to the Honorable Joseph J. Farnan, Jr., in the matter of *Affymetrix, Inc. v. Illumina, Inc.*, D. Del., Case No. 04-901-JJF, dated October 8, 2007.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Expert Report of Gerald J. Siuta on Infringement Damages, dated May 30, 2008.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the deposition of Gerald J. Siuta, Ph.D., taken on June 10, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 19, 2008, in San Diego, California.

                                                    /s/ Brian M. Kramer
                                                    Brian M. Kramer

1   I, David C. Doyle am the ECF User whose ID and password are being used to file this
2   DECLARATION OF BRIAN M. KRAMER IN SUPPORT OF APPLERA CORPORATION –
3   APPLIED BIOSYSTEMS GROUP'S MOTION IN LIMINE NOS. 1-3.  In compliance with
4   General Order 45, X.B., I hereby attest that Brian M. Kramer has concurred in this filing.

Dated:  August 29, 2008               /s/ David C. Doyle
                                                David C. Doyle