UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>        Plaintiff/Counterdefendant,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>        Defendants/Counterclaimants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br><br>**EXPERT STATEMENT OF KEITH C. BACKMAN, PH.D. REGARDING INFRINGEMENT**<br><br>**--CONTAINS HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY INFORMATION OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP** |

      I, Keith C. Backman, Ph.D., have been retained to testify as an expert on behalf of Solexa, Inc. in the above-captioned action. I submit this Statement in compliance with the requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure. I expect to testify at trial regarding the matters discussed in this Statement, if asked by the Court or the parties' attorneys.

**I.    QUALIFICATIONS**

1.    I live in Bedford, Massachusetts.

2.    Since 1995, I have been largely retired.  However, from time to time I have been asked to be a consultant to the Biotechnology Industry, specializing in technology evaluation and intellectual property litigation.

1

**EXHIBIT 1**

100. A "4,5-encoded probe" has the structure: "3′ NNNXYsZZZ-Dye 5′," with the letters taking the same meanings as discussed above. *See* AB00121757-00121795 at AB00121768-769 and AB00121771.

101. My analysis of the structure of the one-base-encoding probes applies in almost all respects to both the "1,2-encoded" and "4,5-encoded" two-base-encoding probes made, used, and/or sold by AB. Dr. Costa, AB's 30(b)(6) witness, admitted that these "two-base-encoding probes" have essentially the same chemical structure as the one-base-encoding probes, with a few minor differences, as discussed below.

102. The primary difference between "one-base-encoding" and "two-base-encoding" probes is that the latter have two adjacent interrogation positions, instead of just one, as in the former. This difference manifests itself in the way in which the probes are divided into groups. There are actually the exact same numbers of "one-base-encoding" and "two-base-encoding" probes having the structures listed above: 1,024. The difference is that, instead of dividing the 1,024 probes into 4 color groups based on the identity of the base at the single interrogation position in the one-base-encoding system, the two-base-encoding system divides the 1,024 probes into 4 color groups based on the identities of two bases at adjacent positions.

103. Other than the fact that two-base-encoding probes have two interrogation positions instead of one, and have different groupings of probes assigned to the four color dyes, the probes are otherwise structurally identical to the one-base-encoding probes, as admitted by Dr. Costa, AB's 30(b)(6) witness. Costa Deposition at 76:15-79:12; 82:10-83:16. Specifically, both the 1,2- and 4,5-encoded probes are octameric, have a hydroxyl (OH) group at their 3′ end, have 5 nucleotides on the 3′ end of the probes joined to 3 inosine residues at the 5′ end of the probe by a

Signed this 30 day of May, 2008, in Bedford, Massachusetts.

Keith C. Backman, Ph.D.

**EXHIBIT 1**