```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION
 3
 4    --------------------------- x
      APPLERA CORPORATION -
 5    APPLIED BIOSYSTEMS GROUP,
      a Delaware corporation,
 6              Plaintiff,
 7    v.                                         Case Number
                                                 C07 02845 WHA
 8    ILLUMINA, INC, a Delaware
       corporation, SOLEXA, INC.,
 9     a Delaware corporation,
      and STEPHEN C. MACEVICZ,
10    an individual,
11              Defendants.
      --------------------------- x
12
13         DEPOSITION OF KEITH C. BACKMAN, Ph.D., a
14      witness called by and on behalf of the
15      Plaintiff, taken pursuant to the applicable
16      provisions of the Federal Rules of Civil
17      Procedure, before Dana Welch, CSR, Registered
18      Professional Reporter, Certified Realtime
19      Reporter, and Notary Public, in and for the
20      Commonwealth of Massachusetts, at Regus
21      Center, 60 State Street, Suite 700, Boston,
22      Massachusetts, on June 27, 2008, commencing at
23      8:51 a.m.
24
25
```

Page 83

1  position having already been determined, determines
2  the identity of 2.  And you've already queried 2,
3  3, so the 2 position being determined, determines
4  the identity of 3.  And you've already queried 3,
5  4, so the 3 position being determined, determines
6  the identity of 4.  And then you go into the next
7  cycle of ligation where you query 4, 5, and so on.
8  It's like a string of dominos falling.
9      Q.  I want to focus for a minute on how SOLiD
10 actually functions.  Okay?  When -- you're saying
11 that it can decode the readings in the fifth round
12 by tracing back to the reading at the 0, 1
13 position, correct?
14      MR. IZRAELEWICZ:  Objection.  Vague and
15  ambiguous.
16      THE WITNESS:  Decoding -- it's interesting
17  that you use the word "decode."  It's -- it's
18  simply not -- it's simply not the appropriate
19  lens to look at the issue through, in my
20  opinion.
21      Decode suggests, for example, that -- that
22  -- a code is different than a cipher.  A code
23  is a cipher -- a cipher is -- a cipher is a
24  string of information in one form that has a
25  corresponding string of information in another

```
 1          form.  And if you know the rule which converts
 2          them, they go back and forth.  So, you know,
 3          your cryptogram in the Sunday newspaper is a
 4          cipher: once you discover what letter
 5          represents what, you get the cute little
 6          message out.
 7              A code is a cipher for which the key is
 8          unknown.  You don't have a code; you have a
 9          cipher in the machine.  You have information
10          in a form that can be converted to another
11          form by known rules.
12     BY MR. COMER:
13          Q.  So you say it can be converted into
14     another form.  I want to find out, is it actually
15     converted from one form to another in the machine?
16          A.  Well, yes, it is.
17          Q.  How does it do that?
18          A.  Well, by applying all that software that I
19     didn't -- I didn't feel qualified to look at.
20     There are just a set of rules.
21              But what I do know is that if you start
22     with a given set of information at the beginning,
23     you get the same output at the end.  If you take
24     that same set of starting information and you push
25     it through the software 50 times, a hundred times,
```

Page 85

1   a thousand times, it comes out with the same answer
2   at the end every time.
3        Q.   I want to focus on that part in the
4   middle, how it actually produces that result.  Do
5   you know how SOLiD produces the final result?
6        A.   Well, at what level of detail?
7        Q.   Well, specifically with making the base
8   calls.
9        A.   Well, what is a base call?
10       Q.   So determining the identity of a base in
11  the target polynucleotide.
12       A.   Well, it determines --
13            MR. IZRAELEWICZ:  Objection.
14            THE WITNESS:  -- it determines the
15       identity of the base, as I pointed out, when
16       it gathers the information that necessarily
17       results in this output.  Then it's determined.
18            Now, whether it is known to any particular
19       person is a different question entirely.  And
20       it's not one that I think is relevant to the
21       operation.
22            I mean, if known to a person is the
23       standard, then somebody could go stand in the
24       corner for three weeks and say it's not known
25       yet, it's not known yet, it's not known yet;

```
 1          come back three weeks later and say I didn't
 2          know it until three weeks later.
 3     BY MR. COMER:
 4          Q.   Well, you're talking about one way of
 5     knowing what the identity of the nucleotides in the
 6     target is, and that's by using the 0 and 1
 7     position, right?
 8          A.   One way of determining, yes.
 9          Q.   Okay.
10          A.   People know things --
11          Q.   Okay.
12          A.   -- machines don't know things.
13          Q.   So the machine determines.
14          A.   Well, information determines.  The machine
15     generates information, and the information, if it's
16     sufficient, determines.  And by determine, I mean
17     that the information cannot possibly -- will result
18     in one output and cannot possibly result in any
19     other output, outside of machine error or something
20     like that.
21          Q.   So tell me again now, what determine
22     means.
23          A.   Determine means when something is fixed.
24          Q.   So what I want to get your understanding
25     on or your opinion on is how SOLiD actually
```

1   say at what point do the 1's and 0's become
2   equivalent to A's, T's, G's and C's.  And my answer
3   is they become equivalent to A's, T's, G's and C's
4   when the 1's and 0's that are there, in the context
5   of what kind of software is going to process them,
6   cannot give -- will give a unique result and cannot
7   give anything but a unique result.
8           Then it's determined, it's fixed.  This
9   information here, whatever format it's in, is going
10  to give this flash on the screen which then the
11  operator will say, ah, A, T, G, whatever.
12      Q.  Do you know anything about how the
13  software works other than what you just said?
14      A.  I'm not a software engineer, so I know
15  quite -- quite, you know, a small, very small
16  amount about software engineering.  I don't pretend
17  to be an expert.
18      Q.  Did you read Gene Mayer's expert report?
19      A.  No.
20      Q.  Does the '341 patent teach
21  2-base-encoding?
22      A.  No.  It teaches, you know -- it teaches
23  using -- let's see if I can find it here.  It would
24  be clear on what it does teach.
25          Okay.  For example, in column 7, beginning

```
 1   ultimately will lead to sequence output at the end.
 2        Q.   In the run you observed, did the SOLiD
 3   system actually identify bases in the target
 4   polynucleotide within each cycle?
 5            MR. IZRAELEWICZ:  Objection.  Vague and
 6        ambiguous.
 7            THE WITNESS:  In my opinion, yes, it did.
 8   BY MR. COMER:
 9        Q.   How did it do that?
10        A.   In at least some of the cycles, it
11   obtained information necessary and sufficient to
12   determine -- and by which I mean -- by determine, I
13   mean fix the identity of particular bases.  And by
14   fix, I mean that the data was there which would
15   result in a unique output and could only result in
16   a unique output.
17        Q.   And is that the output that was output by
18   the machine?
19        A.   Yes.  In -- in the finality.
20        Q.   So you would get a certain result if you
21   were to determine the sequence based on the 0
22   position, correct?
23        A.   You'd get a certain result if you -- yeah,
24   I think I understand what you're saying.  If you
25   know what the 0 position is and you query 0, 1,
```

180

```
 1                    CERTIFICATE
 2   Commonwealth of Massachusetts
 3   Suffolk, ss.
 4
 5        I, Dana Welch, Registered Professional
 6   Reporter, Certified Realtime Reporter and Notary
 7   Public in and for the Commonwealth of
 8   Massachusetts, do hereby certify that KEITH C.
 9   BACKMAN, Ph.D., the witness whose deposition is
10   hereinbefore set forth, was duly sworn by me and
11   that such deposition is a true record of the
12   testimony given by the witness.
13        I further certify that I am neither related
14   to nor employed by any of the parties in or counsel
15   to this action, nor am I financially interested in
16   the outcome of this action.
17        In witness whereof, I have hereunto set my
18   hand and seal this 30th day of June, 2007.
19
20                    _____
21                    Dana Welch
                      Notary Public
22                    My commission expires:
                      October 22, 2010
23
24
25
```

**EXHIBIT 2**