1  BRYAN WILSON (CA BAR NO. 138842)
   ERIC C. PAI (CA BAR NO. 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.   C07 02845 WHA |
18 | Plaintiff, | **CERTIFICATE OF SERVICE** |
19 | v. | |
20 | ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
21 | Defendants. | |

CERTIFICATE OF SERVICE
Case No. C07 02845-WHA
sd-420456

1

1   I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 12531 High Bluff Drive, Suite 100, San Diego, California 92130. I am not a party to the
2   within cause, and I am over the age of eighteen years.

3   I further declare that on the date hereof, I served a copy of:

4   **PLAINTIFF APPLERA CORPORATION – APPLIED
    BIOSYSTEMS GROUP'S MOTION IN LIMINE NO. 1 TO
5   EXCLUDE DR. BACKMAN FROM TESTIFYING ABOUT
    HOW THE SOLiD SYSTEM PROCESSES INFORMATION;**

6

    **PLAINTIFF APPLERA CORPORATION – APPLIED
7   BIOSYSTEMS GROUP'S MOTION IN LIMINE NO. 2 TO
    EXCLUDE EVIDENCE OF WILLFUL INFRINGEMENT;**

8

    **PLAINTIFF APPLERA CORPORATION – APPLIED
9   BIOSYSTEMS GROUP'S MOTION IN LIMINE NO. 3 TO
    EXCLUDE TESTIMONY OF DR. GERALD SIUTA;**

10

    **DECLARATION OF BRIAN M. KRAMER IN SUPPORT OF
11  APPLERA CORPORATION – APPLIED BIOSYSTEMS
    GROUP'S MOTIONS IN LIMINE NOS. 1-3;**

12
    **APPLERA CORPORATION – APPLIED BIOSYSTEMS
13  GROUP'S PROPOSED JURY INSTRUCTIONS;**

14  **APPLERA CORPORATION – APPLIED BIOSYSTEMS
    GROUP'S PROPOSED VERDICT FORM; AND**

15
    **APPLERA CORPORATION – APPLIED BIOSYSTEMS
16  GROUP'S TRIAL EXHIBIT LIST**

17

18  ☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from
    Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to
19  the fax number(s) set forth below, or as stated on the attached service list. The
    transmission was reported as complete and without error. The transmission report
20  was properly issued by the transmitting facsimile machine.

21  I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile
    transmissions, and know that in the ordinary course of Morrison & Foerster LLP's
22  business practice the document(s) described above will be transmitted by facsimile
    on the same date that it (they) is (are) placed at Morrison & Foerster LLP for
23  transmission.

24

25

26

27

28

CERTIFICATE OF SERVICE

sd-420456

X  **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 12531 High Bluff Drive, Suite 100, San Diego, California 92130 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that, or within one business day after, it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☐  **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** By agreement of the parties, Overnight Delivery service will be accomplished by Monday, June 2, 2008, for delivery on Tuesday, June 3, 2008, by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 12531 High Bluff Drive, Suite 100, San Diego, California 92130 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☐  **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

X  **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

CERTIFICATE OF SERVICE                                                                                         2

sd-420456

| | | |
|---|---|---|
| **COUNSEL FOR ILLUMINA INC., SOLEXA INC. and STEVEN C. MACEVICZ:** GREGORY E. STANTON KEVIN M. FLOWERS THOMAS I. ROSS JEFFREY H. DEAN JOHN R. LABBE CULLEN N. PENDELTON MARK IZRAELEWICZ MARSHALL, GERSTEIN & BORUN LLP 6300 Sears Tower 233 South Wacker Drive Chicago, IL 60606-6357 Fax: (312) 474-0448 Email: gstanton@marshallip.com kflowers@marshallip.com tross@marshallip.com jdean@marshallip.com jlabbe@marshallip.com cpendleton@marshallip.com mizraelewicz@marshallip.com | _____ X _____ _____ X | Fax U.S. Mail Overnight Personal Electronic |
| **COUNSEL FOR ILLUMINA INC. AND SOLEXA INC.:** GEORGE BEST KIMBERLY K. DODD FOLEY & LARDNER LLP 975 Page Mill Road Palo Alto, CA 94304-1125 Fax: (650) 856-3700 Email: gbest@foley.com kdodd@foley.com | _____ _____ _____ _____ X | Fax U.S. Mail Overnight Personal Electronic |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Diego, California, this 19th day of August, 2008.

| Brian M. Kramer | /s/ Brian M. Kramer |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE                                                                                                    3

sd-420456

1  I, David C. Doyle, am the ECF User whose ID and password are being used to file this
2  CERTIFICATE OF SERVICE. In compliance with General Order 45, X.B., I hereby attest that
3  Brian M. Kramer has concurred in this filing.

Dated: August 29, 2008            /s/ David C. Doyle
                                   David C. Doyle