1  BRYAN WILSON (CA BAR NO. 138842)
   ERIC C. PAI (CA BAR NO. 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 APPLERA CORPORATION – APPLIED           Case No.   C07 02845 WHA
   BIOSYSTEMS GROUP, a Delaware corporation,
18                                          **CERTIFICATE OF SERVICE**
                  Plaintiff,
19
          v.
20
   ILLUMINA, INC., a Delaware corporation,
21 SOLEXA, INC., a Delaware corporation, and
   STEPHEN C. MACEVICZ, an individual,
22
                  Defendants.
23

CERTIFICATE OF SERVICE
Case No. C07 02845-WHA
pa-1279110                                                                    1

1  I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, CA 94304-1018. I am not a party to the within cause, and I
2  am over the age of eighteen years.

3  I further declare that on the date hereof, I served a copy of:

4  - **PLAINTIFF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION IN LIMINE NO. 1 TO**
5    **EXCLUDE TESTIMONY RE INFRINGEMENT DAMAGES BY 1-BASE ENCODING PROTOTYPE**

6
7  - **DECLARATION OF ERIC C. PAI IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION IN LIMINE NO. 1 TO EXCLUDE**
8    **TESTIMONY RE INFRINGEMENT DAMAGES BY 1-BASE ENCODING PROTOTYPE**

9

10  ☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to
11  the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report
12  was properly issued by the transmitting facsimile machine.

13
    I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile
14  transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile
15  on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.
16

17  X **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as
18  follows, for collection and mailing at Morrison & Foerster LLP, 12531 High Bluff Drive, Suite 100, San Diego, California 92130 in accordance with Morrison &
19  Foerster LLP's ordinary business practices.

20  I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and
21  know that in the ordinary course of Morrison & Foerster LLP's business practice the
22  document(s) described above will be deposited with the United States Postal Service on the same date that, or within one business day after, it (they) is (are)
23  placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.
24

25

26

27

28

CERTIFICATE OF SERVICE
pa-1279110

1  ☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** By agreement of the parties, Overnight Delivery service will be accomplished by Monday, June 2, 2008, for delivery on Tuesday, June 3, 2008, by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 12531 High Bluff Drive, Suite 100, San Diego, California 92130 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

X  **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

CERTIFICATE OF SERVICE                                                                                            2
pa-1279110

| | | |
|---|---|---|
| **COUNSEL FOR ILLUMINA INC., SOLEXA INC. and STEVEN C. MACEVICZ:** | _____ | Fax |
| GREGORY E. STANTON | X | U.S. Mail |
| KEVIN M. FLOWERS | _____ | Overnight |
| THOMAS I. ROSS | _____ | Personal |
| JEFFREY H. DEAN | X | Electronic |

GREGORY E. STANTON
KEVIN M. FLOWERS
THOMAS I. ROSS
JEFFREY H. DEAN
JOHN R. LABBE
CULLEN N. PENDELTON
MARK IZRAELEWICZ
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Fax: (312) 474-0448
Email: gstanton@marshallip.com
kflowers@marshallip.com
tross@marshallip.com
jdean@marshallip.com
jlabbe@marshallip.com
cpendleton@marshallip.com
mizraelewicz@marshallip.com

**COUNSEL FOR ILLUMINA INC. AND SOLEXA INC.:**
GEORGE BEST
KIMBERLY K. DODD
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA 94304-1125
Fax: (650) 856-3700
Email: gbest@foley.com
kdodd@foley.com

_____ Fax
_____ U.S. Mail
_____ Overnight
_____ Personal
X     Electronic

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 26th day of August, 2008.

Cynthia D. Fix
(typed)

_(signature)_

CERTIFICATE OF SERVICE
pa-1279110

3