1  THOMAS I. ROSS (admitted *pro hac vice*)
   KEVIN M. FLOWERS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   MARK H. IZRAELEWICZ (admitted *pro hac vice*)
3  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
4  MARSHALL, GERSTEIN & BORUN LLP
   6300 Sears Tower
5  233 South Wacker Drive
   Chicago, Illinois 60606-6357
6  (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
7  E-Mail: tross@marshallip.com
   E-Mail: kflowers@marshallip.com
8  E-Mail: jdean@marshallip.com
   E-Mail: jlabbe@marshallip.com
9  E-Mail: cpendleton@marshallip.com

10 Counsel for Defendants
   ILLUMINA, INC., SOLEXA, INC.,
11 and STEPHEN C. MACEVICZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No. 07-CV-02845 WHA |
| | District Judge William H. Alsup |
| Plaintiff/counterdefendant, | **DECLARATION OF JOHN R. LABBE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE AB'S "DISGORGEMENT DAMAGES" THEORY AND OTHER THEORIES OF DAMAGES** |
| - vs. - | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| Defendants/counterclaimants. | Date: September 8, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor |

1    I, John R. Labbé, declare:

2    1.    I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted *pro hac vice* to practice before this Court in this case.

3    2.    I make this declaration in support of Defendants' Motion In Limine No. 1 to Exclude AB's "Disgorgement Damages" Theory and Other Theories of Damages.

4    3.    The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

5    4.    Exhibit 1 hereto is a true and correct copy of the Expert Report of Alan J. Cox, Ph.D., dated May 30, 2008.

6    5.    Exhibit 2 hereto is a true and correct copy of AB's First Amended Complaint filed on November 8, 2007 as Docket No. 46.

7    6.    Exhibit 3 hereto is a true and correct copy of a Release agreement by and between Dr. Stephen C. Macevicz, Applera Corporation – Applied Biosystems Division, and Solexa, Inc., which has been previously filed in this case at Docket No. 72-2.

8    7.    Exhibit 4 hereto is a true and correct copy of selected pages from Applera Corporation – Applied Biosystems Group's Responses to Solexa, Inc.'s First Set of Interrogatories dated February 28, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  August 19, 2008            /s/ John R. Labbé
                                                           John R. Labbé

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE AB'S "DISGORGEMENT DAMAGES" THEORY AND OTHER THEORIES OF DAMAGES; CASE NO: 07-CV-02845 WHA**

-1-