1   BRYAN WILSON (CA SBN 138842)
    ERIC C. PAI (CA SBN 247604)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    E-Mail: BWilson@mofo.com; EPai@mofo.com
5
    DAVID C. DOYLE (CA SBN 70690)
6   STEVEN E. COMER (CA SBN 154384)
    BRIAN M. KRAMER (CA SBN 212107)
7   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
8   San Diego, California  92130-2040
    Telephone: 858.720.5100
9   Facsimile: 858.720.5125
    E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10  BMKramer@mofo.com

11  Attorneys for Plaintiff
    APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

17  APPLERA CORPORATION – APPLIED              Case No.    C07 02845 WHA
    BIOSYSTEMS GROUP, a Delaware corporation,
18                                             **[PROPOSED] ORDER DENYING
                       Plaintiff,              SOLEXA'S MOTION FOR
19                                             CLARIFICATION AND FOR
            v.                                 LEAVE TO FILE MOTION
20                                             SEEKING RECONSIDERATION
    ILLUMINA, INC., a Delaware corporation,    OF THE COURT'S AUGUST 22,
21  SOLEXA, INC., a Delaware corporation, and  2008 ORDER**
    STEPHEN C. MACEVICZ, an individual,
22
                       Defendants.
23

24

25

26

27

28

1    This matter comes before the Court on Defendant Solexa's Motion For Clarification And

2    For Leave To File Motion Seeking Reconsideration Of The Court's August 22, 2008 Order.

3    Having considered the arguments and evidence submitted and for good cause appearing:

4         IT IS HEREBY ORDERED THAT Solexa's motion is DENIED.

5         IT IS SO ORDERED.

6

7    Dated: _____          _____

8                                                        WILLIAM H. ALSUP
                                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28