1  THOMAS I. ROSS (admitted *pro hac vice*)
   KEVIN M. FLOWERS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   MARK H. IZRAELEWICZ (admitted *pro hac vice*)
3  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
4  MARSHALL, GERSTEIN & BORUN LLP
   6300 Sears Tower
5  233 South Wacker Drive
   Chicago, Illinois 60606-6357
6  (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
7  E-Mail: tross@marshallip.com
   E-Mail: kflowers@marshallip.com
8  E-Mail: jdean@marshallip.com
   E-Mail: mizraelewicz@marshallip.com
9  E-Mail: jlabbe@marshallip.com
   E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff/counterdefendant,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants/counterclaimants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br><br>**DECLARATION OF JOHN R. LABBE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY OF ALAN J. COX, PH.D., REGARDING NON-INFRINGING ALTERNATIVES**<br><br>Date: September 8, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor |

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY OF ALAN J. COX, PH.D., REGARDING NON-INFRINGING ALTERNATIVES; CASE NO: 07-CV-02845 WHA**

I, John R. Labbé, declare:

1. I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted *pro hac vice* to practice before this Court in this case.

2. I make this declaration in support of Defendants' Motion In Limine No. 3 to Exclude Testimony of Alan J. Cox, Ph.D., regarding Non-Infringing Alternatives.

3. The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

4. Exhibit 1 hereto is a true and correct copy of selected pages of the Expert Rebuttal Report of Alan J. Cox, Ph.D. dated June 13, 2008.

5. Exhibit 2 hereto is a true and correct copy of selected pages of the transcript of the deposition of Alan J. Cox, Ph.D. dated June 24, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 19, 2008        /s/ John R. Labbé
                              John R. Labbé

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY OF ALAN J. COX, PH.D., REGARDING NON-INFRINGING ALTERNATIVES; CASE NO: 07-CV-02845 WHA**

-1-