# Exhibit 2

# Exhibit 2

Case 3:07-cv-02845-WHA    Document 252-3    Filed 08/29/2008    Page 1 of 3

HIGHLY CONFIDENTIAL - ATTORNEYS' ONLY
Alan J. Cox, Ph.D.     June 24, 2008

```
              IN THE UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION

                          --oOo--


APPLERA CORPORATION - APPLIED    )
BIOSYSTEMS GROUP, a Delaware     )
Corporation,                     )
                                 )
    Plaintiff/Counterdefendant,  )
                                 )
        vs.                      ) No. 07-CV-02845 WHA
                                 )
ILLUMINA, INC., a Delaware       )
corporation, SOLEXA, INC., a     )
Delaware corporation, and        )
STEPHEN C. MACEVICZ, an          )
individual,                      )
                                 )
    Defendant/Counterclaimants.  )
_____)



              VIDEOTAPED DEPOSITION OF

                  ALAN J. COX, Ph.D.
              _____

                 Tuesday, June 24, 2008




         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY







         REPORTED BY: DEBRA ALLUSTIARTI CSR 10929
```

Merrill Legal Solutions
TEL: (800) 868-0061            (312) 263-3524

5f625df7-d1e8-44f8-b767-043528328f80

HIGHLY CONFIDENTIAL - ATTORNEYS' ONLY
Alan J. Cox, Ph.D.    June 24, 2008

Page 91

1  of that number, or reasonable number to use.
2      Q.  Okay.  But you have no idea whether or
3  not such technology could be competent to go --
4  well, let me put it this way:  You have no idea
5  whether or not there is, or there isn't, an
6  alternative technology available, correct?
7      A.  That's correct.  I'm only going by what
8  I discussed with Mr. McKernan.
9      Q.  All right.  Assume -- assume that there
10  was no alternative NGS marketplace competent
11  technology available to APG.  How would that fact
12  affect your calculation of the maximum willingness
13  of APG to pay under Exhibit 5b?
14      A.  Well, I'd have to say, first of all,
15  that that is absolutely not consistent with my
16  understanding; that, for instance, that they could
17  have tried to develop the Harvard-Church
18  technology.  But even if I accept your assumption,
19  there would be some limit as to how much they would
20  have been willing to pay because APG -- and later
21  AB -- would need to have some assurance that they
22  would get a return adequate to compensate them for
23  the risk that they were undertaking in developing
24  this technology and to pay off all the other
25  factors that go into developing a reasonable

Merrill Legal Solutions
TEL: (800) 868-0061            (312) 263-3524

5f625df7-d1e8-44f8-b767-043528328f80