THOMAS I. ROSS (admitted *pro hac vice*)
KEVIN M. FLOWERS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
MARK H. IZRAELEWICZ (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: tross@marshallip.com
E-Mail: kflowers@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: mizraelewicz@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>        Plaintiff/counterdefendant,<br><br>  - vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>        Defendants/counterclaimants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br><br>**DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE AB'S RELIANCE ON THE LATE-PRODUCED UK PATENT TO CARR AND COSSTICK**<br><br>Date: September 8, 2008<br>Time: 2:00 P.M.<br>Place: Courtroom 9, 19th Floor |

1    The Court should exclude AB from introducing into evidence or otherwise relying

2    upon the UK patent to Carr and Cosstick that AB produced to Solexa on June 30, one

3    month after the close of fact discovery. AB cannot justify its late production of this docu-

4    ment. Although AB asserts that the Carr reference is particularly relevant to Solexa's claim

5    of infringement of the '119 patent under the doctrine of equivalents, AB has long known

6    that Solexa is asserting infringement under the doctrine of equivalents. Accordingly, there

7    is no basis to justify AB's late production of this reference.

8                                    **BACKGROUND**

9        Fact discovery closed in this case on May 30, 2008.[1] AB has long been aware of

10   Solexa's infringement contentions, which were served on October 4, 2007 (preliminary),

11   and March 24, 2008 (final). Specifically, AB was aware that Solexa alleges that the ac-

12   cused SOLiD System directly infringes the claims of the '341 and '597 patents, and the

13   SOLiD System probes infringe claim 1 of the '119 patent under the doctrine of equiva-

14   lents.[2] By October 4, 2007, AB was aware of Solexa's contentions and should have been

15   aware of the technical feature of the accused products that would support its defenses of

16   non-infringement. Yet, AB waited until a month after the close of fact discovery to produce

17   a patent reference that it now contends is highly relevant to its non-infringement defense.

18                              **The Carr Reference**

19       On June 30, 2008, AB produced a published Great Britain patent to Frank Carr and

20   R. Cosstick, which appears to have been published on April 6, 1994 ("the Carr refer-

21   ence").[3] Although the Carr reference was produced one month after the close of fact dis-

22   covery, AB offered no explanation as to why it was late-produced. Instead, AB produced

23   the reference under a cover letter saying that the Carr Reference is "particularly pertinent"

24   to Dr. Backman's deposition testimony on AB's infringement of claim 1 of the '119 patent

25   _____

26   [1] Dkt. No. 32 (Case Management Order) at ¶ 5.

27   [2] Declaration of John R. Labbé in Supp. of Defs.' Mot. in Limine No. 4 ("Labbé Decl."), Ex. 1 (Solexa's Preliminary Infringement Contentions) at p. 3, ¶ d.

28   [3] Labbé Decl., Ex. 2 (Letter from Brian Kramer, dated June 30, 2008); Labbé Decl., Ex. 3 (the Carr reference).

under the doctrine of equivalents.[4] During his deposition, however, Dr. Backman offered no new information or infringement contentions, let alone a reason to justify AB's late disclose of the Carr reference.

### ARGUMENT

AB's tardy production of the Carr reference warrants exclusion of that document under F.R.C.P. 37(c)(1). Having foreclosed discovery into this document, AB should not be permitted to offer it into evidence or rely on it to support expert testimony.

Solexa has been prejudiced by AB's failure to produce this document during fact discovery. At the very least, had AB produced this reference earlier, Solexa could have discovered facts to rebut the arguments that AB makes about this reference. The Court should prevent AB from capitalizing on its failure to timely produce the Carr reference during fact discovery.

### CONCLUSION

The Court should exclude AB from offering the Carr reference into evidence or otherwise relying upon it at trial.

---

[4] Ex. 2.

DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE AB'S RELIANCE ON THE LATE-PRODUCED UK PATENT TO CARR AND COSSTICK; CASE NO: 07-CV-02845 WHA

2

1

2    Dated: August 19, 2008                    Respectfully submitted,

3

4                                              /s/ John R. Labbé
                                              THOMAS I. ROSS (admitted *pro hac vice*)
5                                              KEVIN M. FLOWERS (admitted *pro hac vice*)
                                              JEFFREY H. DEAN (admitted *pro hac vice*)
6                                              MARK H. IZRAELEWICZ (admitted *pro hac vice*)
                                              JOHN R. LABBE (admitted *pro hac vice*)
7                                              CULLEN N. PENDLETON (admitted *pro hac vice*)
8                                              MARSHALL, GERSTEIN & BORUN LLP
                                              6300 Sears Tower
9                                              233 South Wacker Drive
10                                             Chicago, IL 60606-6357
                                              (312) 474-6300
11                                             (312) 474-0448 (facsimile)
                                              E-Mail: tross@marshallip.com
12                                             E-Mail: kflowers@marshallip.com
                                              E-Mail: jdean@marshallip.com
13                                             E-Mail: mizraelewicz@marshallip.com
                                              E-Mail: jlabbe@marshallip.com
14                                             E-Mail: cpendleton@marshallip.com
15
16                                             *Attorneys for Defendants*

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE AB'S RELIANCE ON THE LATE-PRODUCED UK PATENT TO CARR AND COSSTICK; CASE NO: 07-CV-02845 WHA