THOMAS I. ROSS (admitted *pro hac vice*)
KEVIN M. FLOWERS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
MARK H. IZRAELEWICZ (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: tross@marshallip.com
E-Mail: kflowers@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: mizraelewicz@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff/counterdefendant,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants/counterclaimants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br><br>**DECLARATION OF JOHN R. LABBE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE AB'S RELIANCE ON THE LATE-PRODUCED UK PATENT TO CARR AND COSSTICK**<br><br>Date: September 8, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor |

1    I, John R. Labbé, declare:

2    1.    I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted *pro hac vice* to practice before this Court in this case.

3    2.    I make this declaration in support of Defendants' Motion In Limine No. 4 to Exclude AB's Reliance on the Late-Produced UK Patent to Carr and Cosstick.

4    3.    The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

5    4.    Exhibit 1 hereto is a true and correct copy of Solexa Inc.'s Preliminary Infringement Contentions, which was served by Defendant Solexa, Inc. on October 4, 2007.

6    5.    Exhibit 2 hereto is a true and correct copy of a letter from Brian Kramer, counsel for Plaintiff Applera Corporation – Applied Biosystems Group to John R. Labbé, dated June 30, 2008.

7    6.    Exhibit 3 hereto is a true and correct copy of United Kingdom Patent Number 2 236 852, which lists Frank Carr and R. Cosstick as inventors.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 19, 2008        /s/ John R. Labbé
                              John R. Labbé

**DECLARATION OF JOHN R. LABBÉ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 4;**
**CASE NO: 07-CV-02845 WHA**

-1-