# Exhibit 2

**MORRISON | FOERSTER**

12531 HIGH BLUFF DRIVE
SUITE 100
SAN DIEGO
CALIFORNIA 92130-2040

TELEPHONE: 858.720.5100
FACSIMILE: 858.720.5125

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

June 30, 2008

Writer's Direct Contact
858 314 5415
BMKramer@mofo.com

**Via UPS Overnight Delivery & E-Mail**

John R. Labbé, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357

Re:  *Applera Corp.-Applied Biosystems Group v. Illumina, Inc.*

Dear John:

Pursuant to 35 U.S.C. § 282, please find enclosed a CD containing the document bearing Bates label AB00008820-8850. The reference is GB 2 236 852 (United Kingdom), which stemmed from GB Application No. 8921605.5 and was filed on September 25, 1989. The application was published on April 17, 1991; and the resulting patent was published on April 6, 1994. The named inventors are Frank Carr and R. Cosstick. Scotgen Limited is the listed proprietor. The only address known to me for the inventors is:

University of Aberdeen
2 Tillydrone Avenue
Aberdeen
AB9 2TN
United Kingdom

This reference is pertinent to, *inter alia*, Dr. Backman's deposition testimony on Friday regarding infringement of claim 1 of U.S. Patent No. 5,969,119 under the doctrine of equivalents. Pages 6, 9-10, and 13-23 of the reference are particularly pertinent to Dr. Backman's testimony that a probe with a phosphorothiolate bond satisfied claim 1 under the doctrine of equivalents.

Sincerely,

Brian M Kramer

Brian M. Kramer

Enclosure

sd-431620