THOMAS I. ROSS (admitted *pro hac vice*)
KEVIN M. FLOWERS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
MARK H. IZRAELEWICZ (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: tross@marshallip.com
E-Mail: kflowers@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: mizraelewicz@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No. 07-CV-02845 WHA |
| Plaintiff/counterdefendant, | District Judge William H. Alsup |
| - vs. - | **DECLARATION OF JOHN R. LABBE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 5** |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | Date: September 8, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor |
| Defendants/counterclaimants. | |

I, John R. Labbé, declare:

1. I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted *pro hac vice* to practice before this Court in this case.

2. I make this declaration in support of Defendants' Motion In Limine No. 5 to Exclude AB's Invalidity Contentions Not Set Forth in AB's Final Invalidity Contentions.

3. The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

4. Exhibit 1 hereto is a true and correct copy of United States Patent Number 5,969,119, which has been previously filed in this case at Docket No. 13-3.

5. Exhibit 2 hereto is a true and correct copy of Applera Corporation – Applied Biosystems Group's Final Invalidity Contentions, which was served by Plaintiff Applera Corporation – Applied Biosystems Group on April 11, 2008.

6. Exhibit 3 hereto is a true and correct copy of the Expert Report of D. Ross Sibson, Ph.D., which was served by Plaintiff Applera Corporation – Applied Biosystems Group on May 30, 2008.

7. Exhibit 4 hereto is a true and correct copy of the Expert Report of Michael L. Metzker, Ph.D., which was served by Plaintiff Applera Corporation – Applied Biosystems Group on May 30, 2008.

8. Exhibit 5 hereto is a true and correct copy of Applera Corporation – Applied Biosystems Group's Preliminary Invalidity Contentions, which was served by Plaintiff Applera Corporation – Applied Biosystems Group on November 19, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 19, 2008

    /s/ John R. Labbé
John R. Labbé