1 | BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
2 | MORRISON & FOERSTER LLP
755 Page Mill Road
3 | Palo Alto, California 94304-1018
Telephone: 650.813.5600
4 | Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com
5 |
DAVID C. DOYLE (CA SBN 70690)
6 | STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
7 | MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
8 | San Diego, California 92130-2040
Telephone: 858.720.5100
9 | Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 | BMKramer@mofo.com

11 | Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**DECLARATION OF BRIAN M. KRAMER IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OPPOSITIONS TO DEFENDANTS' MOTION IN LIMINE NOS. 1-5**<br><br>Trial Date: September 29, 2008<br>Time:   7:30 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:   William H. Alsup |

I, Brian M. Kramer, declare:

1. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of AB's Oppositions to Defendants' Motion In Limine Nos. 1-5.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email from John Labbe to Eric Pai, dated June 18, 2008, re: AB v. Illumina -- expert depositions.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpt pages from the Expert Rebuttal Report of Alan J. Cox, dated June 13, 2008.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpt pages from the deposition transcript of Kevin McKernan, dated May 23, 2008.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an article written by Matthias Mag et al., *Synthesis and Selective Cleavage of an Oligodeoxynucleotide Containing a Bridged Non-Chiral Internucleotide 3'-Phosporamidate Linkage*, Tetrahedron Letters 33(48):7319-7322 (1992).

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpt pages from the Expert Report of Michael L. Metzker, dated May 30, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 28, 2008, in San Diego, California.

                                             /s/ Brian M. Kramer
                                                Brian M. Kramer

1   I, David C. Doyle am the ECF User whose ID and password are being used to file this DECLARATION OF BRIAN M. KRAMER IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OPPOSITIONS TO DEFENDANTS' MOTION IN LIMINE NOS. 1-5.  In compliance with General Order 45, X.B., I hereby attest that Brian M. Kramer has concurred in this filing.

Dated:  August 28, 2008                /s/ David C. Doyle
                                       David C. Doyle