# Pai, Eric C.

| | |
|---|---|
| **From:** | John Labbe [jlabbe@marshallip.com] |
| **Sent:** | Wednesday, June 18, 2008 8:16 AM |
| **To:** | Pai, Eric C. |
| **Cc:** | Wilson, Bryan; Kevin Flowers; Thomas Ross; Mark Izraelewicz; Cullen Pendleton; Comer, Steven E.; Kramer, Brian M.; Doyle, David C. |
| **Subject:** | RE: AB v. Illumina -- expert depositions |

Eric,

June 26 will work for the depositions of Dr. Chambers and Mr.
Sofocleous, and the Morrison & Foerster office in Tysons Corner will be fine.  Please confirm that AB agrees that each of these depositions will be limited to a half day.  In other words, they will not be taken concurrently, but rather back-to-back.  We would like to begin with Dr.
Chambers at 9:00 am and present Mr. Sofocleous in the afternoon.

With respect to Dr. Cox, due to scheduling difficulties, we would like to take his deposition by video conference.  You indicated that Dr. Cox had some flexibility in his schedule.  If so, we would prefer to take his deposition anytime on June 27 or on June 24 or 25 beginning at 2:00 pm.  Defendants are willing to limit Dr. Cox's deposition to 4 hours.

Regards,

John


The material in this transmission may contain confidential information. If you are not the intended recipient any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun LLP by telephone (312) 474-6300. Thank you.

-----Original Message-----

From: Pai, Eric C. [mailto:EPai@mofo.com]
Sent: Tuesday, June 17, 2008 7:58 PM
To: John Labbe
Cc: Wilson, Bryan; Kevin Flowers; Thomas Ross; Mark Izraelewicz; Cullen Pendleton; Comer, Steven E.; Kramer, Brian M.; Doyle, David C.
Subject: RE: AB v. Illumina -- expert depositions


John,

AB agrees to Defendants' proposal to limit the depositions of Dr.
Metzker and Dr. Backman to one day (of 7 hours) each for both reports.

I understand that Dr. Quackenbush has planned a vacation for next week, but AB still intends to take his deposition within the expert discovery period.  Please let us know when Defendants will offer him for deposition before the expert discovery cutoff of June 27.

For Mr. Sofocleous and Dr. Chambers, AB is willing to have both of their depositions occur on the same day, but June 27 does not work.  We could do their depositions on June 25 or 26.  Please let us know if either of those dates works for Mr. Sofocleous.  Also, for the location of these depositions, we can do them in Tysons Corner, Virginia, but the Patton Boggs office is not available.  Morrison & Foerster does have an office in Tysons Corner that we can use.

AB will offer its other experts for deposition as follows:

1

**EXHIBIT 1**

Dr. Metzker - Tuesday, June 24, in Houston, Texas.

Dr. Sibson - Tuesday, June 24, in Tysons Corner, Virginia.

Dr. Cox - Wednesday, June 25, in San Francisco, California.

Dr. Myers - Friday, June 27, in Tysons Corner, Virginia.

Best regards,
Eric

-----Original Message-----
From: John Labbe [mailto:jlabbe@marshallip.com]
Sent: Tuesday, June 17, 2008 6:54 AM
To: Pai, Eric C.
Cc: Wilson, Bryan; Kevin Flowers; Thomas Ross; Mark Izraelewicz; Cullen Pendleton; Comer, Steven E.; Kramer, Brian M.; Doyle, David C.
Subject: RE: AB v. Illumina -- expert depositions

Eric,

Defendants are willing to limit their deposition of Dr. Metzker to one day on both of his reports if AB is willing to do the same for Dr. Backman.

Drs. Backman and Quackenbush are not available on the dates you proposed. Dr. Backman is available on June 27, and Dr. Quackenbush is available on July 1. They will be offered for deposition in the Boston area. I will have to check further on the schedule of Michael Sofocleous and get back to you on his availability.

Please give me a call today if you would like to discuss these schedules further and once you know the available dates for AB's experts.

Regards,

John

The material in this transmission may contain confidential information. If you are not the intended recipient any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun LLP by telephone (312) 474-6300. Thank you.

-----Original Message-----

From: Pai, Eric C. [mailto:EPai@mofo.com]
Sent: Mon 6/16/2008 8:24 PM
To: John Labbe
Cc: Wilson, Bryan; Kevin Flowers; Thomas Ross; Mark Izraelewicz; Cullen Pendleton; Comer, Steven E.; Kramer, Brian M.; Doyle, David C.
Subject: RE: AB v. Illumina -- expert depositions

John,

I will check with the experts listed below and get back to you on their availability for deposition. Do Defendants expect to need more than one day of deposition for Dr. Metzker? If not, we plan to offer him for deposition on both of his reports on the same day. Please let us know.

AB would like to depose Dr. Backman on June 19 and June 20, and Dr.

Quackenbush on June 20 (simultaneously and in parallel with Dr. Backman's deposition). Presently we expect to take both days for Dr. Backman - one day for each of his reports - but we may able to adjust this depending on how many days Defendants request for Dr. Metzker. Please let us know if they are available on these dates and the cities in which they will be offered for deposition.

Also, AB would like to depose Dr. Sofocleous during the week of June 23. Please let us know his dates of availability and the city in which he will be offered for deposition.

Best regards,

Eric

_____

From: John Labbe [mailto:jlabbe@marshallip.com]
Sent: Monday, June 16, 2008 2:14 PM
To: Pai, Eric C.
Cc: Wilson, Bryan; Kevin Flowers; Thomas Ross; Mark Izraelewicz; Cullen Pendleton
Subject: AB v. Illumina -- expert depositions


Eric,

The Defendants would like to take the following expert depositions:

1) Dr. Sibson;
2) Dr. Metzker (re: May 30 report);
3) Dr. Metzker (re: rebuttal report);
4) Dr. Myers; and
5) Dr. Cox (re: rebuttal report).

In light of the number of expert depositions the parties will need to take, and the schedules that will need to be accommodated, the Defendants are open to extending the expert deposition period into the week of June 30, if necessary. Please let us know available dates for these depositions.

Regards,

John

John R. Labbe
Marshall, Gerstein & Borun LLP
233 S. Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
Main: (312) 474-6300
Direct: (312) 474-9575
Fax: (312) 474-0448
http://www.marshallip.com <http://www.marshallip.com/>


The material in this transmission may contain confidential information. If you are not the intended recipient any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun LLP by telephone (312) 474-6300. Thank you.

================================================================

```
====

To ensure compliance with requirements imposed by the IRS, Morrison &
Foerster LLP informs you that, if any advice concerning one or more U.S.
Federal tax issues is contained in this communication (including any
attachments), such advice is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

================================================================
====

This message contains information which may be confidential and
privileged. Unless you are the addressee (or authorized to receive for
the addressee), you may not use, copy or disclose to anyone the message
or any information contained in the message. If you have received the
message in error, please advise the sender by reply e-mail @mofo.com,
and delete the message.
================================================================
====
```