APPLERA vs. ILLUMINA, et al                                    Kevin McKernan
                          May 23, 2008                              .

Page 1

1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2               SAN FRANCISCO DIVISION
              CASE NO. 07-CV-02845 WHA
3
4
     APPLERA CORPORATION - APPLIED            )
5    BIOSYSTEMS GROUP, a Delaware             )
     Corporation,                             )
6          Plaintiff/Counterdefendant        )
                                              )
7       vs.                                   )
                                              )
8    ILLUMINA, INC., a Delaware corporation, )
     SOLEXA, INC., a Delaware corporation,    )
9    and STEPHEN C. MACEVICZ, an individual   )
          Defendant/Counterclaimants          )
10
11
12            C O N F I D E N T I A L
               ATTORNEYS' EYES ONLY
13
14
15         DEPOSITION OF KEVIN MCKERNAN, a witness
     called on behalf of the Defendant, taken pursuant
16   to the provisions of the Federal Rules of Civil
     Procedure, before Christine L. Warwick, a
17   Certified Shorthand Reporter and Notary Public in
     and for the Commonwealth of Massachusetts, at the
18   Sheraton Ferncroft Hotel, 50 Ferncroft Road,
     Danvers, Massachusetts 01923, on Friday, May 23,
19   2008, commencing at 8:34 a.m.
20
21
22             COPLEY COURT REPORTING
          58 Batterymarch Street, Suite 317
23            Boston, Massachusetts 02110
                  (617) 423-5841
24   APPEARANCES:

**EXHIBIT 3**

APPLERA vs. ILLUMINA, et al                                      Kevin McKernan

May 23, 2008                                                              .

Page 6

```
 1        officers and directors are usually, you know,

 2        board-seated individuals who have very different

 3        responsibilities.

 4   Q.   What are your duties at AB?

 5   A.   I'm currently managing a facility in Beverly here

 6        that is developing the SOLiD sequencing

 7        technology.

 8              (Stenographer interrupts.)

 9   A.   Managing a group here in Beverly of about 30

10        scientists for, that's developing the SOLiD

11        sequencing technology.

12   Q.   And you took this position at AB in 2006, is that

13        correct?

14   A.   I believe that's the date of the acquisition, is

15        that correct?  Yes.

16   Q.   Before AB acquired APG, and you understand what I

17        mean by APG?

18   A.   Yes.

19   Q.   Before AB acquired APG, you were vice president of

20        APG, correct?

21   A.   Yes.

22   Q.   And you were also co-chief scientific officer at

23        APG?

24   A.   Yes.
```

**EXHIBIT 3**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

85

1                    C E R T I F I C A T E

2

3    COMMONWEALTH OF MASSACHUSETTS
     ESSEX, SS.

4            I, Christine L. Warwick, a Certified
     Shorthand Reporter and Notary Public duly
5    commissioned and qualified in and for the
     Commonwealth of Massachusetts, do hereby certify
6    that there came before me on the twenty-third day
     of May, 2008, at 8:34 a.m., the person
7    hereinbefore named, who was by me duly sworn to
     testify to the truth and nothing but the truth of
8    his knowledge touching and concerning the matters
     in controversy in this cause; that he was
9    thereupon examined upon his oath, and his
     examination reduced to typing; and that the
10   deposition is a true record of the testimony given
     by the witness.

11
             I further certify that I am neither
12   attorney or counsel for, nor related to or
     employed by, any of the parties to the action in
13   which this deposition is taken, and further that I
     am not a relative or employee of any attorney or
14   counsel employed by the parties hereto or
     financially interested in the action.

15
             IN WITNESS WHEREOF, I have hereunto set
16   my hand and Notarial Seal this twenty-seventh day
     of May, 2008.

17

18           _____
             CHRISTINE L. WARWICK
19           Certified Shorthand Reporter
             Notary Public
20

     My Commission Expires:
21        May 14, 2010

22   **THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
     DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY
23   ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
     DIRECTION OF THE CERTIFYING REPORTER**

24

**EXHIBIT 3**