BRYAN WILSON (CA BAR NO. 138842)
ERIC C. PAI (CA BAR NO. 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**CERTIFICATE OF SERVICE**<br><br>Trial Date: September 29, 2008<br>Time:        7:30 a.m.<br>Place:       Courtroom 9, 19th Floor<br>Judge:       William H. Alsup |

CERTIFICATE OF SERVICE
Case No. C07 02845-WHA
pa-1279682

1

1   I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, CA 94304-1018. I am not a party to the within cause, and I
2   am over the age of eighteen years.

3   I further declare that on the date hereof, I served a copy of:

4   - **PLAINTIFF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OPPOSITION TO DEFENDANTS'
5   MOTION IN LIMINE NO. 1 TO EXCLUDE AB'S "DISGORGEMENT DAMAGES" THEORY AND OTHER
6   THEORIES OF DAMAGES**

7   - **PLAINTIFF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OPPOSITION TO DEFENDANTS'
8   MOTION IN LIMINE NO. 2 TO EXCLUDE REFERENCE TO MACEVICZ AS A FIDUCIARY**

9   - **PLAINTIFF APPLERA CORPORATION – APPLIED
10  BIOSYSTEMS GROUP'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY OF
11  ALAN J. COX, PH.D., REGARDING NON-INFRINGING ALTERNATIVES**

12  - **PLAINTIFF APPLERA CORPORATION – APPLIED
13  BIOSYSTEMS GROUP'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE AB'S
14  RELIANCE ON THE CARR PATENT**

15  - **PLAINTIFF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OPPOSITION TO DEFENDANTS'
16  MOTION IN LIMINE NO. 5 TO EXCLUDE AB'S INVALIDITY CONTENTIONS NOT SET FORTH IN AB'S
17  FINAL INVALIDITY CONTENTIONS**

18  - **DECLARATION OF BRIAN M. KRAMER IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS
19  GROUP'S OPPOSITIONS TO DEFENDANTS' MOTION IN LIMINE NOS. 1-5**

20

21  ☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to
22  the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report
23  was properly issued by the transmitting facsimile machine.

24
    I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile
25  transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile
26  on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.
27

28

CERTIFICATE OF SERVICE

pa-1279682

| | | |
|---|---|---|
| 1 | X | **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, CA 94304 in accordance with Morrison & Foerster LLP's ordinary business practices. |

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that, or within one business day after, it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** By agreement of the parties, Overnight Delivery service will be accomplished by [date], for delivery on [date], by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, CA 94304 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

X **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

CERTIFICATE OF SERVICE                                                                 2

pa-1279682

| | | |
|---|---|---|
| COUNSEL FOR ILLUMINA INC., SOLEXA INC. and STEVEN C. MACEVICZ:<br>GREGORY E. STANTON<br>KEVIN M. FLOWERS<br>THOMAS I. ROSS<br>JEFFREY H. DEAN<br>JOHN R. LABBE<br>CULLEN N. PENDELTON<br>MARK IZRAELEWICZ<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL  60606-6357<br>Fax: (312) 474-0448<br>Email: gstanton@marshallip.com<br>kflowers@marshallip.com<br>tross@marshallip.com<br>jdean@marshallip.com<br>jlabbe@marshallip.com<br>cpendleton@marshallip.com<br>mizraelewicz@marshallip.com | ____ Fax<br>X____ U.S. Mail<br>____ Overnight<br>____ Personal<br>X____ Electronic | |
| COUNSEL FOR ILLUMINA INC. AND SOLEXA INC.:<br>GEORGE BEST<br>KIMBERLY K. DODD<br>FOLEY & LARDNER LLP<br>975 Page Mill Road<br>Palo Alto, CA 94304-1125<br>Fax: (650) 856-3700<br>Email: gbest@foley.com<br>kdodd@foley.com | ____ Fax<br>____ U.S. Mail<br>____ Overnight<br>____ Personal<br>X____ Electronic | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 28th day of August, 2008.

_____              /s/ Cynthia D. Fix
     Cynthia D. Fix                                             (signature)
        (typed)

CERTIFICATE OF SERVICE                                                                                     3
pa-1279682