BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com;
EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com;
    SComer@mofo.com;
    BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED
BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**APPLIED BIOSYSTEMS' SUBMISSION OF PROPOSED VERDICT FORMS FOR PHASE I – OWNERSHIP TRIAL AND PHASE II PATENT TRIAL**<br><br>Trial Date: September 29, 2008<br>Time:       2:00 p.m.<br>Place:      Courtroom 9, 19th Floor<br>Judge:     William H. Alsup<br>Trial Date: September 29, 2008 |

JOINT SUBMISSION OF PROPOSED VERDICT FORMS FOR PHASE I – OWNERSHIP
Case No. C07 02845 WHA
pa-1279705

1   Pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury
2   Cases, Applied Biosystems hereby submit its proposed Verdict Forms.  Despite their best efforts,
3   the parties could not agree on the content of the verdict forms, and thus are submitting separate
4   proposals.  Attached as Exhibits A and B are Plaintiff Applera Corporation – Applied Biosystems
5   Group's proposed verdict forms for the Phase I and Phase II trials, respectively.

6   Regarding the Phase II verdict form, the final verdict form will have to be modified
7   depending on the Court's pre-charge rulings on the scope of the doctrine of equivalents for the
8   '119 patent.  AB's proposed form currently lists a broader range of invalidity defenses than it
9   intends to assert at trial.

10   Dated: August 29, 2008                    MORRISON & FOERSTER LLP

12                                             By:   /s/ Steven E. Comer
                                                    Steven E. Comer
13
                                                    Attorneys for Plaintiff
14                                                  APPLERA CORPORATION -
                                                    APPLIED BIOSYSTEMS GROUP