**VERDICT FORM**

We answer the questions submitted to us as follows:

**BREACH OF CONTRACT**

    1.    Did Dr. Macevicz breach the Invention Agreement?

        ___ Yes    ___ No

**INTERFERENCE WITH CONTRACT**

    2.    Did Illumina intentionally cause Dr. Macevicz to breach the Invention Agreement?

        ___ Yes    ___ No

        If you answered "no," then skip to question 4.  If you answered "yes," then go to the next question.

    3.    Was Illumina's conduct malicious, oppressive, or fraudulent?

        ___ Yes    ___ No

**BREACH OF FIDUCIARY DUTY (AGAINST DR. MACEVICZ)**

    4.    Did Dr. Macevicz breach his fiduciary duty to AB?

        ___ Yes    ___ No

**BREACH OF FIDUCIARY DUTY (AGAINST ILLUMINA/SOLEXA)**

    5.    Did Illumina aid and abet Dr. Macevicz's breach of his fiduciary duty to AB?

        ___ Yes    ___ No

        If you answered "no," then skip to question 7.  If you answered "yes," then go to the next question.

    6.    Was Illumina's conduct malicious, oppressive, or fraudulent?

        ___ Yes    ___ No

**CONSTRUCTIVE FRAUD (AGAINST DR. MACEVICZ)**

    7.    Did Dr. Macevicz commit constructive fraud?

        ___ Yes    ___ No

**CONSTRUCTIVE FRAUD (AGAINST ILLUMINA/SOLEXA)**

8. Did Illumina aid and abet Dr. Macevicz's constructive fraud?

    ___ Yes        ___ No

    If you answered "no," then skip to question 10. If you answered "yes," then go to the next question.

9. Was Illumina's conduct malicious, oppressive, or fraudulent?

    ___ Yes        ___ No

**CONVERSION (AGAINST ALL DEFENDANTS)**

10. Did defendants wrongfully exercise control over the Macevicz patents?

    ___ Yes        ___ No

**STATUTE OF LIMITATIONS**

11. Are any of AB's claims barred by the statute of limitations?

    ___ Yes        ___ No

    If you answered "no," then skip to question 13. If you answered "yes," then go to the next question.

12. Which, if any, of these claims are barred by the statute of limitations?

    ___ Breach of Contract

    ___ Interference with Contract

    ___ Breach of Fiduciary Duty (Against Dr. Macevicz)

    ___ Breach of Fiduciary Duty (Against Illumina/Solexa)

    ___ Constructive Fraud (Against Dr. Macevicz)

    ___ Constructive Fraud (Against Illumina/Solexa)

    ___ Conversion

**DAMAGES**

If you found in favor of AB on any of its claims against Illumina/Solexa, then go to the next question. If not, you are done.

13. What are AB's compensatory damages?

    $ _____

    If you answered "yes" to any of questions 3, 6, or 9, then answer the next question.

14. What are AB's punitive damages?

    $ _____

Signed: _____
           Presiding Juror

Dated: _____

After it has been signed, deliver this verdict form to the [clerk/judge].