BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S RULE 26(A)(3) DISCLOSURES**<br><br>Trial Date: September 29, 2008<br>Time:        7:30 a.m.<br>Place:       Courtroom 9, 19th Floor<br>Judge:      William H. Alsup |

Applera Corporation – Applied Biosystems Group ("AB"), through its undersigned attorneys, hereby submits the following disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3).

**I.     WITNESSES**

AB submits the following disclosure of witnesses for trial. AB submits this list based on its understanding of the Court's order granting in part AB's motion for summary judgment and denying Solexa's motion for partial summary judgment (Docket No. 232). However, since Solexa has filed a motion for clarification and reconsideration of that order, AB reserves the right to amend this list in response to additional orders of the Court.

Except as otherwise stated below, the addresses of the witnesses below have either been previously provided to Defendants, are known to Defendants, or else are unknown to AB.

**A.     PHASE I OF TRIAL (OWNERSHIP ISSUES)**

**1.     Witnesses Whom AB Expects To Present Live**

Alan Cox

Jay Flatley

Steven Fung

Paul Grossman

James Kitch

Stephen Macevicz

Frank Oaks

Vince Powers

Kathy San Roman

John West

**2.     Witnesses Whom AB May Call Live If The Need Arises**

Scott Bortner

Michael Hunkapiller

Michael Metzker

Shaf Yousaf

All persons named by any other Party.

### 3. Witnesses Whom AB May Present By Designation Of Deposition

Kathy San Roman (in personal capacity and/or as 30(b)(6) representative of Illumina)

John West (in personal capacity and/or as 30(b)(6) representative of Solexa)

All persons named by any other Party.

### B. PHASE II OF TRIAL (PATENT ISSUES)

#### 1. Witnesses Whom AB Expects To Present Live

Keith Backman

Scott Chambers

Gina Costa

Alan Cox

Michael Hunkapiller

Stephen Macevicz

Kevin McKernan

Michael Metzker

John Quackenbush

#### 2. Witnesses Whom AB May Call Live If The Need Arises

Alan Blanchard

Timothy Burcham

Samuel Kirchner

Steve Menchen

Charles Moehle

Steve Moore

Kathy Perry

Edward Salay

Ross Sibson

Carla Wike

1  Shaf Yousaf

2  All persons named by any other Party.

3  **3.   Witnesses Whom AB May Present By Designation Of Deposition**

5  Keith Backman

6  Stephen Macevicz

7  John Quackenbush

8  All persons named by any other Party.

## II.   EXHIBITS

AB's exhibit list is attached as Appendix A.

Dated: August 29, 2008            MORRISON & FOERSTER LLP

By:   /s/ David C. Doyle
       David C. Doyle

       Attorneys for Plaintiff
       APPLERA CORPORATION –
       APPLIED BIOSYSTEMS GROUP

I, Steven E. Comer, am the ECF User whose ID and password are being used to file this **APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S RULE 26(A)(3) DISCLOSURES**. In compliance with General Order 45, X.B., I hereby attest that David C. Doyle has concurred in this filing.

Dated:  August 29, 2008            /s/ Steven E. Comer
                                   Steven E. Comer