# APPENDIX A

## PLAINTIFFS' EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 1 | Job Description - Senior Patent Attorney (MAC001906) | X | |
| 2 | Manual - Applied Biosystems - Code of Business Ethics Policy (MAC001120-1127) | X | |
| 3 | Applied Biosystems, Inc. - Employee Invention Agreement, 5/4/1992 (MAC001903-1905) | X | |
| 4 | Corporate Services Agreement between Applied Biosystems, Inc. and Lynx Therapeutics, Inc., 6/30/1992 (ILL002248-2254) | X | |
| 5 | Memorandum from David Bunker re: Support to Therapeutics Group (Lynx), 7/9/1992 | X | |
| 6 | Letter from Sam Eltr, Lynx, to Steve Macevicz extending offer for the position of Vice President, Intellectual Property, 6/1/1995 (ILL000869-870) | X | |
| 7 | Lynx Therapeutics, Inc. - Employee Invention Agreement with Stephen C. Macevicz, 9/21/1995 (SOL0009-11) | X | |
| 8 | Stephen C. Macevicz's Assignment to Lynx Therapeutics, Inc. for application number 08/091,603, 08/436,084, 08/436,528, and 08/424,663, 8/31/1995 (COOLEY 000009-10) | X | |
| 9 | USPTO - Notice of Recordation of Assignment Document, 2/1/1996 (COOLEY 000006-8) | X | |
| 10 | Development Agreement between Lynx Therapeutics, Inc. and Dr. Sydney Brenner, 5/11/1994 (MAC00975-983) | X | |
| 11 | Fax from Steve Macevicz to Sam Eletr attaching Agreement between Lynx Therapeutics, Inc. and Dr. Stephen C. Macevicz, 11/1/1994 (MAC00944-949) | X | |
| 12 | Letter from Norrie Russell, Lynx Therapeutics, Inc. to Steve Macevicz re: Performance Evaluation, 12/13/2000 (MAC001109-1118) | X | |
| 13 | Kathy A. San Roman's employee files from Applied Biosystems, Inc. includes Letter from Sam Eletr, Genetic Systems Corp., to Kathy A. San Roman extending offer of employment, Employee Invention Agreement, and a resume, 6/18/1981 | X | |
| 14 | Illumina Response to Interrogatories, Set 1, 10/1/2007 | X | |
| 15 | Letter from Sam Eletr, Lynx, to Joseph Smith, Esq., Applied Biosystems re: Applied Biosystems' rights in Lynx technology, 12/16/1994 (MHUNK017659-17660) | X | |
| 16 | Indemnity Agreement between Lynx Therapeutics, Inc. and Steve Macevicz, 5/1/1995 (MAC001324-1330) | X | |
| 17 | Letter from Dara Tabesh, Esq. to John R. Labbe, Esq. enclosing Notice of Rule 30(b)(6) Deposition of Illumina, Inc. and Request For Production Of Documents, 10/26/2007 | X | |
| 18 | Cooley Godward Kronish, LLP's Privilege and Redaction Log, 11/7/2007 | X | |
| 19 | Letter from Steve Macevicz to Mike Hunkapiller regarding leaving Perkin-Elmer, 6/6/1995 | X | |
| 20 | Memorandum from Steve Macevicz to Hugo Santos re: Extension of termination date to August 1, 6/27/1995 | X | |
| 21 | Letter from Suzanne Preston, Applied Biosystems, to Stephen C. Macevicz extending offer of employment, 3/17/1992 | X | |
| 22 | Resume of Stephen C. Macevicz | X | |
| 23 | Computational Notebook from Stephen C. Macevicz (01/31/91-01/04/95) (MAC00026-87) | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 24 | Agreement of Assignment and License of Intellectual Property Rights between Applied Biosystems and Lynx Therapeutics, 6/30/1991 (AB00301257-301265) | X | |
| 25 | Invention Data entitled, "Improved DNA Typing By Analysis of Repetitive Sequence Length Polymorphisms", 3/5/2007 | X | |
| 26 | Applied Biosystems - Performance Review for Stephen C. Macevicz, 5/19/1994 | X | |
| 27 | Declaration Concerning Sequence Listing Under 37 C.F.R. 1.821 from the patent prosecution history of 5,750,341, 4/17/1995 | X | |
| 28 | Declaration and Power of Attorney for Patent Application from the patent prosecution history of application 08/424,663, 4/17/1995 | X | |
| 29 | Memorandum from Steve Macevicz to Brock Siegel, Perkin Elmer, re: PE/ABD obligations under the Lynx-ABI Agreement, 5/25/1995 | X | |
| 30 | Interoffice Memorandum from John R. Van Camp, Glen Powell, and Alex Andrus to Steve Macevicz re: Lynx Technology Disclosure Agreement, 6/19/1995 | X | |
| 31 | Perkin-Elmer Applied Biosystems Division Supervisor's Exit Checklist for Stephen Macevicz, 8/7/1995 | X | |
| 32 | Letter from Stephen C. Macevicz, Lynx, to Michael Hunkapiller re: Dr. Andrew Blasband, 2/4/1997 | X | |
| 33 | U.S. Patent No. 5,624,800, 4/29/1997 | X | |
| 34 | U.S. Patent No. 5,654,442, 8/5/1997 | X | |
| 35 | Spectragen, Inc.'s Nonstatutory Stock Option granted to Steve Macevicz, 9/11/1995 (ILL000912-917) | X | |
| 36 | Macevicz notebook pages signed by Paul Grossman entitled, "Sequences by extension with oligonucleotide probes", 7/9/1994 (MAC00079-83) | X | |
| 37 | U.S. Patent No. 5,552,278, 9/3/1996 | X | |
| 38 | Agreement between Applied Biosystems, Inc. and Stephen C. Macevicz assigning rights of U.S. Patent No. 5,002,867 to ABI, 8/6/1992 (MHUNK024558-24561) | X | |
| 39 | U.S. Patent No. 5,750,341, 5/12/1998 (AB00167330-167348) | X | |
| 40 | Results 2-1-2006, 2/1/2006 (AB00002863-2870) | X | |
| 41 | U.S. Patent No. 5,366,860 (Bergot), 11/22/1994 | X | |
| 42 | U.S. Patent No. 5,969,119 (Macevicz), 10/19/1999 (VP 00020-36) | X | |
| 43 | U.S. Patent No. 6,306,597 B1 (Macevicz), 10/23/2001 (VP 00037-54) | X | |
| 44 | Associate Power of Attorney, filed with the USPTO for Serial No. 08/424,663, signed by Peter J. Dehlinger, 10/21/1996 (ILL000278) | X | |
| 45 | Minutes Meeting of the Board of Directors Spectragen, Inc., 8/14/1995 (ILL000997-998) | X | |
| 46 | Applied Biosystems, Inc. Employee Invention Agreement signed by Stephen C. Macevicz, 5/4/1992 (COOLEY 000413-415) | X | |
| 47 | Lynx Therapeutics, Inc. Employee Invention Agreement, signed by Stephen C. Macevicz, 9/21/1995 (COOLEY 000408-410) | X | |
| 48 | Minutes Regular Meeting of the Board of Directors Lynx Therapeutics, Inc., 7/31/1995 (ILL000986-988) | X | |
| 49 | Redacted email string from Linda Rubinstein to John West; Nicola Baker-Munton; and Tony Smith re: Jupiter: diligence on Saturn IP attaching Ownership Questions (edited with comments), 11/4/2006 (COOLEY 000745-752) | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 50 | Redacted email string from Linda Rubinstein to Nicola Baker-Munton; James Kitch; and John Brotten re: RE: Jupiter: diligence on Saturn IP (Perkins Coie), 11/5/2006 (COOLEY 000742-744) | X | |
| 51 | Redacted email string from Kevin Flowers to Bryan Wilson re: FW: Stephen Macevicz, 11/6/2006 (COOLEY 000650-651) | X | |
| 52 | Redacted email string from Kevin Flowers to Bryan Wilson re: FW: Stephen Macevicz, 11/6/2006 (COOLEY 000652-653) | X | |
| 53 | Redacted email string from John Brotten to Trevor Dutcher and Scott Hsu re: FW: Jupiter: diligence on Saturn IP, 11/6/2006 (COOLEY 000757-760) | X | |
| 54 | Redacted email string from Trevor Dutcher to Scott Hsu FW: Review of Assignments (cases not yet recorded at USPTO), 11/7/2006 (COOLEY 000753-756) | X | |
| 55 | Redacted email string from Nicola Baker-Munton to Trevor Dutcher Re: Review of Assignments (cases not yet recorded at USPTO), 11/10/2006 (COOLEY 000737-741) | X | |
| 56 | Redacted email string from Bryan Wilson to Kevin Flowers re: AB v. Solexa, 12/27/2006 (COOLEY 000644-645) | X | |
| 57 | Redacted email string from Bryan Wilson to Kevin Flowers re: AB v. Solexa, 12/27/2006 (COOLEY 000646-649) | X | |
| 58 | Redacted email string from Bryan Wilson to Kevin Flowers re: AB v. Solexa, 12/27/2006 (COOLEY 000654-656) | X | |
| 59 | Redacted email string from Bryan Wilson to Kevin Flowers re: AB v. Solexa, 12/27/2006 (COOLEY 000657-659) | X | |
| 60 | Redacted email string from Bryan Wilson to Kevin Flowers re: AB v. Solexa, 12/27/2006 (COOLEY 000660-663) | X | |
| 61 | Disclosure Schedule from Solexa, Inc. to Illumina, Inc., 11/12/2006 (COOLEY 000264-273) | X | |
| 62 | Letter from Tony Smith to Kevin McKernan enclosing U.S. Patent Nos. 6,127,218 and 6,306,597, 3/8/2006 | X | |
| 63 | Letter from Bryan Wilson to John West re: U.S. Patent Nos. 5,750,341; 5,969,119; and 6,306,597 and foreign counterparts 6/5/2006 (MAC00094-95) | X | |
| 64 | Email string from John Stuelpnagel to Stefanie Valentini and John Murphy FW: FTO, 3/30/2006 (ILL024489) | X | |
| 65 | Email string from Jay Flatley to Stefanie Valentini, John Murphy, and John Stuelpnagel FW: Inequitable conduct and or validity concerns?, 3/30/2006 (ILL024524-24530) | X | |
| 66 | Flatley Handwritten Notes (ILL024676) | X | |
| 67 | Letter from Steve Macevicz to Ed Albini re: Agreement to assign patents, 3/30/2001 (ILL000953-955) | X | |
| 68 | Handwritten notebook pages (MAC001918-1971) | X | |
| 69 | U.S. Patent No. 5,002,867 (Macevicz), 3/26/1991 (MAC001972-2000) | X | |
| 70 | Research Proposal - "Proof-of-Principle Tests of Multiprobe Sequencing Technology" by Macevicz, 6/27/1988 (MAC001910-1917) | X | |
| 71 | Macevicz Letter to Wadler re Settlement of Interference No. 103,419, 5/12/1995 (AB00300713-300715) | X | |
| 72 | Drmanac outline and diagram (ILL021743-21748) | X | |
| 73 | Macevicz Fax to Sam Eletr, 9/20/1995 (ILL014182-14181) | X | |
| 74 | Invention Disclosure, 5/24/1994 (ILL008628-8632) | X | |
| 75 | Business wire Article: Perkin-Elmer and Hyseq collaborate to accelerate the development of DNA chip technology, 6/19/1997 | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 76 | AB Discovery R1B Product Requirements Document, Version 3.0, 7/17/2007 (AB00131110-131136) | X | |
| 77 | Purchase agreement between AB and Baylor College of Medicine (AB00045214-45231) | X | |
| 78 | Mission Statement for Center for Terabase Applications in Genomics (CTAG) Strategy and Proposal of expansion (AB00067012-67019) | X | |
| 79 | AB SOLiD Instrument at Broad powerpoint, 6/4/2007 (AB00138981-139015) | X | |
| 80 | SOLiD CGET Throughput Discovery powerpoint 10/1/2006 (AB00137621-137680) | X | |
| 81 | SOLiD powerpoint, 11/1/2006 (ILL051205-51241) | | X |
| 82 | SOLiD Investigating Attrition in Cycled Ligation (AB00121757-121795) | | X |
| 83 | SOLiD User Guide, 10/1/2007 (AB00000683-979) | | X |
| 84 | Required Applied Biosystems Reagent Kits (AB00000803-804) | | X |
| 85 | Sequencing Run Parameters (AB00029686-29706) | | X |
| 86 | SOLiD Experiment Tracking Systems (SETS) Software, 10/1/2007 (AB00000980-1082) | | X |
| 87 | Consumables Raw Materials Cost (AB00134505-134517) | | X |
| 88 | APG Process Technical Brief, 2006 (AB00245396-245403) | | X |
| 89 | Sequencing by Oligo Ligation, 9/10/2006 (AB00137524-137544) | | X |
| 90 | MCB QBR, 10/30/2006 (AB00122112-122125) | | X |
| 91 | Agencourt Personal Genomics Equipment, 3/31/2005 (AB00136587-136591) | | X |
| 92 | Agencourt Personal Genomics - Project Garnet, 4/1/2006 (AB00136662-136715) | | X |
| 93 | Supplemental Funding Request for Grant R01 HG003570 from Costa and Doug Smith (AB00144354-144433) | X | |
| 94 | Supplement re Grant Application: 3 R01 HG003570-01S1 (AB00144581-144582) | X | |
| 95 | SOLiD Sequencing R&D Objectives, 1/3/2006 (AB00145079-145082) | X | |
| 96 | Parts Shipment list (AB00147319-147328) | | X |
| 97 | Cleavable hexamer scheme (AB00160770-160775) | X | |
| 98 | Resequencing Report for BAC1065, 4/17/2006 (AB00221652-221667) | X | |
| 99 | Discovery Instrument Control Software Proposed Feature Set/Development Plan, 8/4/2006 (AB00245106-245125) | X | |
| 100 | Polony R&D document, 2/24/2006 (AB00276276-276279) | X | |
| 101 | Polony R&D document, 4/3/2006 (AB00276286-276291) | X | |
| 102 | Agencourt Sequencing Center Research Plan, 4/1/2006 (AB00276605-276684) | X | |
| 103 | Project Garnet - Due Dilligence Kickoff Presentation, 3/20/2006 (AB00287982-288005) | X | |
| 104 | SOLiD powerpoint, 10/16/2006 (ILL050362-50385) | | X |
| 105 | Bead-Based Polony Sequencing - NHGRI DNA Sequencing Technology Development Program, 2/7/2006 (ILL051151-51183) | | X |
| 106 | Bead-Based Polony Sequencing Powerpoint presentation, 2/1/2006 (AB00276791-276821) | X | |
| 107 | Non-infringement opinion letter from Brenda Herschbach Jarrell, 11/18/2005 (ILL024490-24522) | | X |
| 108 | Email from McKernan to Flatley attaching NHGRI powerpoint for counsel, 2/7/2006 (ILL024456-24488) | X | |
| 109 | Email return receipt to McKernan re email re Promising new sequencing approach, 10/2/2004 (AB00296960-296979) | X | |
| 110 | Amended Notice of Rule 30(B)(6) Deposition of Solexa, Inc., 5/22/2008 | | X |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 111 | Bear Stearns Analyst Report re Illumina, Inc., 10/24/2006 (ILL047108-47192) | X | |
| 112 | Illumina Form 10-Q, 3/30/2008 | X | |
| 113 | Email chain between Flowers and Fthenakis re 5/1/1999 indemnity agreement, 12/17/2007 (ILL043801-43805) | X | |
| 114 | Letter from Fthenakis to Flowers re AB v. Solexa, Inc. 2/14/2007 (ILL044597) | X | |
| 115 | Stephen C. Macevicz's Release, 12/17/2007 (ILL044592-44595) | X | |
| 116 | Letter from Wilson to West re Patents 5,750,341; 5,969,119; 6,306,597 and foreign counterparts, 6/5/2006 (COOLEY 000001-5) | X | |
| 117 | Answers and Objections of Illumina, Inc. to Applied Biosystems' First Set of Interrogatories To Illumina, Inc. [Nos. 1-14], 10/1/2007 | X | |
| 118 | Illumina, Inc.'s Responses and Objections to Applera Corporation - Applied Biosystems Group's Second Set of Interrogatories to Illumina, Inc. [No. 15], 4/25/2008 | X | |
| 119 | Excerpts of Various GA Customer Acceptance Criteria (ILL050323) | | X |
| 120 | Definition of COG (ILL050323) | | X |
| 121 | Genome Analyzer Shipments spreadsheet (ILL050323) | X | |
| 122 | Illumina Market Forecast Model, 1/8/2008 (ILL044349-44373) | X | |
| 123 | DNA Sequencing Market spreadsheet, 1/8/2008 (ILL048484-48508) | X | |
| 124 | Institution and Region spreadsheet (ILL048509-48516) | X | |
| 125 | Project Jupiter, 2006 Marketing & Budget/Forecast Discussion, 9/8/2006 (ILL025488-25538) | X | |
| 126 | Global Sales Meeting 2008, prepared by Lowe GSM 2008 (ILL048463-48483) | X | |
| 127 | Printout of USPTO website - Patent Assignment for US Patent 6,306,597 | | X |
| 128 | Answers and Objections of Illumina, Inc. to Applied Biosystems' First Set of Interrogatories To Illumina, Inc. [Nos. 1-14], 4/17/2008 | X | |
| 129 | Non-Infringement Opinion re US Patent Nos. 5,750,341 and 6,306,597 written by Brenda Herschbach Jarrell, Ph.D., 11/18/2005 (ILL024531-24564) | | X |
| 130 | Handwritten notes, 2/27/2006 (ILL024598) | X | |
| 131 | Confidentiality agreement between Illumina, Inc. and Agencourt Personal Genomics, 12/15/2005 (ILL024799-24803) | X | |
| 132 | Addendum to 12/15/2005 Confidentiality agreement between Illumina, Inc. and Agencourt Personal Genomics, 1/23/2006 (ILL024804) | X | |
| 133 | IP Due Diligence Issues Relating to Solexa Merger (ILL024844-24849) | X | |
| 134 | Letter from Wilson to Flatley re Solexa, Inc., 12/19/2006 (ILL027190-27195) | X | |
| 135 | Letter from Flowers to Wilson re Patents 5,750,341; 5,969,119; 6,306,597, 6/15/2006 (MAC001438) | X | |
| 136 | Joint Defense and Confidentiality Agreement, 1/31/2007 (ILL003160-3169) | X | |
| 137 | Fax from Fthenakis to Flowers re Applera Corporation v. Super. Ct., Case No. 1-06-CV-077 133, 2/15/2007 (ILL044596-44597) | X | |
| 138 | Agreement re Acquisition of Agencourt Personal Genomics by Illumina, 3/29/2006 (ILL024565-24574) | X | |
| 139 | Stephen Macevicz's Personnel Files (AB00001299-1353) | X | |
| 140 | Macevicz Lab Notebook (MAC002001-2212) | X | |
| 141 | ABI Prism 377 DNA Sequencer (ILL017141-17144) | | X |
| 142 | 25 Years of Advancing Science, 6/1/2006 (ILL050328-50361) | | X |
| 143 | ABI Prism DNA Sequencing Chemistry Guide, 5/1/1995 (MAC001542-1611) | | X |
| 144 | Automated DNA Sequencing Chemistry Guide, 1/1/2000 (ILL050447-50592) | | X |
| 145 | Collaboration Agreement between HYSEQ, Inc. and The Perkin-Elmer Corporation, 5/30/1997 (AB00300918-300944) | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 146 | Collaboration Agreement between HYSEQ, Inc. and PE Applied Biosystems, 5/28/1997 (AB00005969-5989) | X | |
| 147 | Sequencing Breakthrough Strategy - Meeting with Lynx, 7/15/2004 (ILL025427-25431) | X | |
| 148 | Next-Generation Sequencing Technology Strategy - Update with Tony White, 5/17/2005 (AB00402000-402019) | | X |
| 149 | Next generation genetic analysis technologies, 7/1/2006 (AB00068256-68289) | X | |
| 150 | License Agreement between Agencourt Bioscience and Harvard College, 2/20/2004 (AB00301084-301130) | | X |
| 151 | 1st Amendment to License Agreement between Agencourt Bioscience and Harvard College, 3/24/2004 (AB00301082-301083) | | X |
| 152 | License Agreement between Agencourt Bioscience and Harvard College, 3/29/2004 (AB00301132-301163) | | X |
| 153 | Goldscheider, et al., *Use of the 25 Percent Rule in Valuing IP*, 12/1/2002 | X | |
| 154 | Expert report of Michael Metzker, Ph.D., 6/13/2008 | | X |
| 155 | SOLiD Analysis Tools (SAT) User Guide, 4/1/2008 (AB00008081-8170) | | X |
| 156 | SOLiD Analysis Tools (SAT) User Guide/Data Files and Processing | | X |
| 157 | SOLiD Chemistry Sequencing by Oligonucleotide Ligation and Detection, 8/8/2006 (AB00133103-133156) | | X |
| 158 | SOLiD Chemistry Supported Oligonucleotide Ligation Detection, 6/20/2006 (AB00121847-121894) | | X |
| 159 | Expert report of Michael Metzker, Ph.D. re Validity, 5/30/2008 | | X |
| 160 | Article: *Baylor's Metzker Strives For Four-Laser 'Suitcase Sequencer'* Genome Technology 04.04 | | X |
| 161 | Patent Application PCT/GB 95/00109 Sibson 1994 (Patent Application), 1/31/1995 (AB00006951-7034) | X | |
| 162 | International Patent Application WO 95/20053 ("Sibson 1995"), 7/27/1995 (AB00007065-7143) | X | |
| 163 | U.S. Patent No. 6,348,313 ("Sibson 2002"), 2/19/2002 (AB00007035-7064) | X | |
| 164 | Article: Matthias Mag, Rainer Schmidt & Joachim W. Engels, *Synthesis and Selective Cleavage of an Oligodeoxynucleotide Containing a Bridged Non-Chiral Internucleotide 3'-Phosphoramidate Linkage*, Tetrahcdron Letters, Vol. 33(48):7319-7322 (1992), 7/20/1992 (AB00000013-16) | X | |
| 165 | U.S. Patent No. 4,883,750, 11/28/1989 (AB0000083-97) | X | |
| 166 | U.S. Patent No. 4,988,617 (Landegren et al), 1/29/1991 (AB00000098-117) | X | |
| 167 | U.S. Patent No. 5,403,708 (Brennan), 4/4/1995 (AB00000118-131) | X | |
| 168 | International Patent Application WO 91/06678 (Tsien et al), 5/16/1991 | X | |
| 169 | International Patent Application WO 94/23064 (Canard et al), 10/13/1994 (AB00000317-379) | X | |
| 170 | Office Action from the U.S. Application 08/424,663, 4/16/1996 (ILL000263-270) | X | |
| 171 | International Patent Application WO 95/04160 (Edwin Southern et al), 2/9/1995 (AB00006882-6950) | X | |
| 172 | U.S. Patent No. 4,863,849 (Melamede), 9/5/1989 | X | |
| 173 | U.S. Patent No. 5,302,509 (Cheeseman), 4/12/1994 | X | |
| 174 | International Patent Application WO 93/21340 (Rosenthal et al), 10/28/1993 | X | |
| 175 | Article: Michael L. Metzker, *Emerging technologies in DNA sequencing*, Genome Research, pp. 1767-1776 (2005) | X | |
| 176 | International Publication No.: WO 2006/040549 A2, "Labeling and Sequencing of Nucleic Acids," Sibson, 4/20/2006 | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 177 | Expert Rebuttal Report of Alan Cox, 6/13/2008 | | X |
| 178 | Definition of COG/Excerpts of the Various GA Customer Acceptance Criteria | X | |
| 179 | Pai Ltr to Labbe encl spreadsheets, 5/20/2008 | X | |
| 180 | Houlihan Lokey report, "Valuation of the Intangible Assets of Agencourt Personal Genomics, Inc.", 7/7/2006 (AB00007163-7213) | X | |
| 181 | Expert Report of Michael Sofocleous, 6/13/2008 | X | |
| 182 | Order from the Federal Circuit, *Scanner Techs. Corp. v. ICOS Vision Sys. Corp.,* No. 2007-1399; 2008-1081 (Fed. Cir. June 19, 2008) | X | |
| 183 | Prosecution file history of the '341 Patent, 4/17/1995 (ILL000181-321) | X | |
| 184 | Code of Federal Regulations - 37 CFR 1.48, 7/1/1994 | X | |
| 185 | Manual of Patent Examining Procedure, 6th edition (Jan. 1995), §409.03, Jan. 1995 | X | |
| 186 | SEC Form 10-K filing for Perkin-Elmer Corporation for Fiscal Year Ended June 30, 1995 | X | |
| 187 | Declaration of Michael Hunkapiller, Ph.D., 2/5/2008 | X | |
| 188 | Declaration of Scott Bortner, 2/7/2008 | X | |
| 189 | U.S. Patent No. 5,817,464 (Kambara), 10/6/1998 | X | |
| 190 | Declaration of Eric C. Pai In Support of Applera Corporation - Applied Biosystems Group's Opposition to Defendants' Motion For Summary Judgment on Plaintiff's State-Law Causes Of Action For Failure To Comply With The Statutes Of Limitations And Cross-Motion For Summary Judgment On Statue Of Limitations, 2/7/2008 | X | |
| 191 | Exhibit K to the 2/7/08 Declaration of Eric C. Pai In Support of AB's Motion For Summary Judgment on Plaintiff's State-Law Causes Of Action For Failure To Comply With the Statutes Of Limitations And Cross-Motion For Summary Judgment On Statute Of Limitations - Summary Chart of searches for all U.S. Patents issued between May 12, 1998 and October 23, 2001, 2/7/2008 | X | |
| 192 | Expert Report of Eugene Myers, Ph.D., 6/13/2008 | | X |
| 193 | Fast flexible mapping of AB SOLiD short sequence reads (AB00008788-8795) | | X |
| 194 | SOLiD Chemistry Supported Oligonucleotide Ligation Detection, Transcriptional Modem | | X |
| 195 | Methods for Annotating Two-Base Color Encoded Reads | | X |
| 196 | U.S. Patent No. 5,770,367 (Southern), 6/23/1998 | X | |
| 197 | Applied Biosystems Source Code 1.0a1.1, 6/1/2007 (AB00006437) | X | |
| 198 | Applied Biosystems Source Code 1.0ac1, 10/1/2007 (AB00006438) | X | |
| 199 | Applied Biosystems Source Code - SOLiD version "1.0ac2" (NATIVE) (AB00006439) | | X |
| 200 | AB 10-K, 6/30/1994 (AB00303343-303542) | X | |
| 201 | AB 10-K, 6/30/1995 (AB00303543-303833) | X | |
| 202 | AB 10-K, 6/30/1996 (AB00303834-303983) | X | |
| 203 | AB 10-K, 6/30/1997 (AB00303984-304175) | X | |
| 204 | AB 10-K, 6/30/1998 (AB00304176-304319) | X | |
| 205 | AB 10-K, 6/30/1999 (AB00304320-304558) | X | |
| 206 | AB 10-K, 6/30/2000 (AB00304559-304894) | X | |
| 207 | AB 10-K, 6/30/2004 (AB00304895-305152) | X | |
| 208 | AB 10-K, 6/30/2002 (AB00305153-305435) | X | |
| 209 | AB 10-K, 6/30/2003 (AB00305436-305784) | X | |
| 210 | AB 10-K, 6/30/2004 (AB00305785-305972) | X | |
| 211 | AB 10-K, 6/30/2005 (AB00305973-306661) | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 212 | AB 10-K, 6/30/2006 (AB00306662-306939) | X | |
| 213 | AB 10-K, 6/30/2007 (AB00307335-307549) | X | |
| 214 | ABI Applera Corporation Personnel Summary, Grant Detail Report of Dr. Stephen C. Macevicz, 5/30/2008 | X | |
| 215 | Addendum to Agreement between Applied Biosystems and Cal Institute of Technology, 12/31/1991 (AB00301166-301210) | X | |
| 216 | Addendum to Agreement dated 1/14/1988 between Applied Biosystems and Cal Institute of Technology, 3/1/1988 (AB00301164-301165) | X | |
| 217 | Agencourt Personal Restated Certificate, 7/10/2006 (AB00007159-7162) | X | |
| 218 | Agreement between Applied Biosystems and Cal Institute of Technology, 1/14/1988 (AB00301213-301237) | X | |
| 219 | Agreement between Lynx Therapeutics, Spectragen and Brenner, 3/24/1995 (MAC00879-866) | X | |
| 220 | Amendment re Patent Application No. 08/872,446, 11/3/1998 (ILL000170-172) | X | |
| 221 | Amendment to Agreement dated 1/14/1988 between Applied Biosystems Inc. and Cal Institute of Technology, 3/4/2000 (AB00301211-301212) | X | |
| 222 | Amendment to Collaboration Agreement; Option Agreement between HYSEQ, Inc. and Applied Biosystems, 10/16/2001 (AB00300908-300917) | X | |
| 223 | Amendment to Patent Application 08/872,446, 5/12/1998 (ILL000103-107) | X | |
| 224 | Answer to First Amended Complaint by Illumina and Solexa; Counterclaim of Solexa and Demand for Jury Trial, 11/27/2007 | X | |
| 225 | Applied Biosystems "Data flow in the DISCO Analysis system" (AB00000546-556) | | X |
| 226 | Applied Biosystems "Principles of Di-Base Sequencing and the Advantages of Color Space Analysis in the SOLiD System" (AB00008516-8519) | | X |
| 227 | Applied Biosystems Segment Revenue ($M) From SEC Filings on the SEC Web Site and Table on Investor Part of the Applied Biosystems Web Site (ILL025436-25437) | X | |
| 228 | Applied Biosystems SOLiD System 2.0 Specification Sheet (AB00008524-8527) | | X |
| 229 | Applied Biosystems SOLiD System 2.0 User Guide, 5/1/2008 (AB0008191-8485) | | X |
| 230 | Applied Biosystems Timeline, 2/7/2008 | X | |
| 231 | Article: Applied Biosystems and Christian-Albrechts University Win Bio-IT World 2008 Best Practices Award for Basic Research, 5/13/2008 (AB00007835-7836) | X | |
| 232 | Article: Applied Biosystems Genomic Analysis Platform Fuels New Era of Life-Sciences Research, 5/6/2008 (AB00007823-7826) | X | |
| 233 | Article: Applied Biosystems Responds to Global Challenge of Food Safety, 3/19/2008 (AB00007816-7818) | | X |
| 234 | Article: Applied Biosystems Surpasses Industry Milestone in Lowering the Cost of Sequencing Human Genome, 3/12/2008 (AB00007811-7815) | X | |
| 235 | Article: Beijing Genomics Institute adds AB SOLiD system to its next generation sequencing technologies, 4/18/2008 (AB00007819) | | X |
| 236 | Article: National Center for Victims of Crime Honors Applied Biosystems Executive With 2008 Leadership Award, 5/7/2008 (AB00007827-7828) | | X |
| 237 | Article: Perkin-Elmer and Hyseq collaborate to accelerate the development of DNA chip technology, 6/19/1997 (AB00007829-7830) | X | |
| 238 | Article: Wellcome Trust Sanger Institute and Applied Biosystems Announce Project to Advance Study of Cancer Genomics, 5/1/2008 (AB00007820-7822) | | X |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 239 | Assignment from Lynx to Solexa, 5/11/2005 (ILL002790-2806) | X | |
| 240 | Assignment from Lynx to Spectragen, 1/15/1996 (ILL023929-23934) | X | |
| 241 | Assignment from Solexa to Illumina | X | |
| 242 | Assignment Recorded at the U.S. Patent & Trademark Office from Spectragen to Lynx, 6/10/1997 | X | |
| 243 | D. Ross Sibson, Sorted (cDNA) Restriction Fragments, at the International Symposium "Large-Scale DNA Sequencing" Tokyo, Japan, 3/18/1994 | X | |
| 244 | AU718937, 11/7/1996 | X | |
| 245 | AU754991, 2/8/2001 | X | |
| 246 | Bannwarth, *Solid-Phase Synthesis of Oligodeoxynuceotides Containint Phosphoramidate Internucleotide Linkages and their Specific Chemical Cleavage*, Helvetica Chimica Acta 71: 1517-1527, 1988 | X | |
| 247 | Black and Scholes, *The Pricing of Options and Corporate Securities*, Journal of Political Economy, May/June Vol. 81 No. 3637-654, 5/9/1972 | X | |
| 248 | Broude et al., *Enhanced DNA sequencing by hybridization*, Proc. Natl. Acad. Sci. U.S.A. 91: 3072-3076, 1994 | X | |
| 249 | CA2218017C | X | |
| 250 | Canard & Sarfati "DNA Sequencing Using Fluorescent Chain Terminators Reversibly Tagged in 3" Abstract to Genome Mapping and Sequencing conference, 5/11/1994 (AB00006865-6866) | X | |
| 251 | Canard and Sarafti, Gene 148: 1-6, 1994 | X | |
| 252 | Chambers Expert Report, 5/30/2008 | | X |
| 253 | Claim Construction Order, 2/21/2008 | X | |
| 254 | Construction and Characterization of Human Chromosome 2-Specific Cosmid, Fosmid, and PAC Clone Libraries, Jeffrey C. Gingrich, 11/20/1995 | X | |
| 255 | Contract #000770, Joint Development Agreement between Illumina and PE Corporation (82299_1), 11/8/1999 | X | |
| 256 | Errata to Expert Reports of Alan Cox, 6/23/2008 | X | |
| 257 | Expert Report of Alan J. Cox, Ph.D., 5/30/2008 | X | |
| 258 | Crkvenjakov et al., Miniaturization of Sequencing by Hybridization (SBH): A Novel Method for Genome Sequencing, Human Genome Contractors/Grantee Workshop Abstracts, Santa Fe, New Mexico on November 3-4, 1989 | X | |
| 259 | Data Flow in the DISCO Analysis System, Rev 1.0, 11/16/2007 (AB00000546-556) | | X |
| 260 | DISCO Consumables Costed BOM | X | |
| 261 | DISCO Instruments Costed BOM | X | |
| 262 | DNA Sequencing with dye-labeled terminators and T7 DNA polymerase: effect of dyes and DNTPs on incorporation of dye-terminators and probability analysis of termination fragments, Linda G. Lee, 4/3/1992 | X | |
| 263 | Draft Final Presentation by LEK Consulting "Applied Biosystems SOLiD Commercial Opportunity", 6/1/2007 (AB00075582-75644) | X | |
| 264 | Drmanac & Crkvenjakov, *Prospects for a Miniaturized, Simplified and Frugal Human Genome Project*, Scientia Yugoslavica, 16(1-2):97-107, 1990 | X | |
| 265 | eCounsel #000752,C ollaboration Agreement between HYSEQ and Perkin-Elmer Corporation (107812_1), 5/30/1997 | X | |
| 266 | Email from Kevin Flowers to Stephen Macevicz re Solexa, 6/6/2006 (ILL025421) | X | |
| 267 | Email from Linda Rubinstein to Chris Cabou and Henry Christian regarding fully executed Macevicz release, 11/9/2006 (ILL050316) | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 268 | Emails between Basil Fthenakis and Kevin Flowers, 12/17/2007 (ILL043801-43805) | X | |
| 269 | Emails between Linda Rubinstein and Kevin Flowers re Macevicz release, 11/6/2006 (ILL050314-50315) | X | |
| 270 | EP 0650528B1 (Sibson), 5/11/1997 | X | |
| 271 | Estimate of US/Foreign Patent Costs (ILL003494) | X | |
| 272 | FAX from Macevicz to Bollinger, 7/27/1995 (ILL003384-3391) | X | |
| 273 | Fax from Macevicz to Smith, 7/28/1992 (ILL018903-18910) | X | |
| 274 | Figure showing Linkages for natural DNAm 7/31/2008 | X | |
| 275 | Final Infringement Contentions of Counterclaim Plaintiff Solexa, Inc., 3/24/2007 | X | |
| 276 | Hutter, *From Phosphate to Bis(Methylene) Sulfone: Non-Ionic Backbone Linkers in DNA*, 5/6/2002 | X | |
| 277 | Garnet and Agencourt Certificate of Merger, 7/10/2006 (AB00007156-7158) | X | |
| 278 | GB 9315847.5 (Southern), 7/30/1993 | X | |
| 279 | Gerald J. Mehm of American Appraisal Assoc., Inc., Section XVIII.4.1 APG Fair Market Value as of April 15, 2005 (AB00296765-296788) | X | |
| 280 | Hogrefe et al., *Kinetic Analysis of Escherichia coli RNase H Using DNA-RNA-DNA/DNA Substrates*, J. Biol. Chem. 265: 5561-5566, 1990 | X | |
| 281 | IIlumina - Market Dynamics - IIlumina Genome Analyzer, 7/1/2007 (ILL044607-44636) | X | |
| 282 | IIlumina - Solexa Technology; Products and Applications; Key Features and Benefits (ILL044974-45051) | X | |
| 283 | IIlumina Global Sales Meeting 2008 (ILL045157-45181) | X | |
| 284 | IIlumina Global Sales Meeting 2008 "You Say You Want a Revolution?" (ILL048463-48483) | X | |
| 285 | IIlumina: Advantages of the Genome Analyzer over SOliD (ILL044598-44602) | X | |
| 286 | IIlumina - DNA Sequencing Market, 4/22/2008 (ILL048484-48508) | X | |
| 287 | Illumina - Competitive Positioning: Applied Biosystems SOLiD Sequencer (Rev 0.2) (ILL044652-44698) | X | |
| 288 | Illumina - Current Market Overview, Quarterly Business Review. 7/16/2007 (ILL044906-44916) | X | |
| 289 | Illumina - Input to Strategic Planning, Quarterly Business Review, by Omead Ostadan, 7/16/2007 (ILL045230-45234) | X | |
| 290 | Illumina Amended Response to Interrogatories, Set 2, 5/30/2008 | X | |
| 291 | Illumina confidence analysis survey (ILL048509-48516) | X | |
| 292 | Illumina Industry Leading Ease of Use, Genome Analyzer Positioning GA Marketing Team Sales Team, 1/10/2008 (ILL045186-45229) | X | |
| 293 | Illumina Response to Interrogatories, Set 3, 5/30/2008 | X | |
| 294 | Illumina Response to Request for Admissions, 5/30/2008 | X | |
| 295 | Illumina Response to Request for Production of Documents, Set 1, 10/1/2007 | X | |
| 296 | Illumina Response to Request for Production of Documents, Set 2, 4/7/2008 | X | |
| 297 | Illumina Response to Request for Production of Documents, Set 3, 4/28/2008 | X | |
| 298 | Illumina Response to Request for Production of Documents, Set 4, 5/30/2008 | X | |
| 299 | Illumina Sequencing by Synthesis vs. Sequencing by Ligation (ILL044917-44948) | X | |
| 300 | Illumina's 10K, 12/31/2007 | X | |
| 301 | Illumina's 10Q, 9/30/2007 | X | |
| 302 | Illumina's 10Q, 6/29/2008 | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 303 | Illumina's Proxy Statement, 8/12/2008 | X | |
| 304 | Introductory remarks: high-level positioning (ILL044644-44647) | X | |
| 305 | Jason Chin's Serial Decoding Error Program (AB000008819) | | X |
| 306 | JP11503908T2 | X | |
| 307 | JP27282639A2, 11/1/2007 | X | |
| 308 | Justin Saeks, *DNA Sequencing Equipment and Services Markets*, Kalorama Information, 6/1/2007 (AB00007649-7810) | X | |
| 309 | Keller, *RNA-Primed DNA Synthesis In Vitro*, Proc. Natl. Acad. Sci. U.S.A. 69: 1560-1564, 4/10/1972 | X | |
| 310 | Kevin Davies, Ph.D., *Next-Generation Sequencing: Scientific and Commercial Implications of the $1,000 Genome*, Insight Pharma Reports, 8/1/2007 (AB00007547-7648) | X | |
| 311 | Kotler et al., *DNA Sequencing: Modular primers assembled from a library of hexamers or pentamer*, Proc. Natl. Acad. Sci. U.S.A. 90: 4241-4245, 1/8/1993 | X | |
| 312 | Letter from Steve Macevicz re Employment at ACLARA, 3/12/2002 (AB00009884-9887) | X | |
| 313 | License Agreement between Caltech and Applera Corporation, 2/2/2004 (AB00301451-301470) | X | |
| 314 | License Agreement between Caltech and Applied Biosystems, 12/1/1982 (AB00301386-301430) | X | |
| 315 | Lynx Therapeutics, Inc. Form 10-K, Exhibit 10.30, 12/31/1996 (ILL001170-1177) | X | |
| 316 | Lynx Therapeutics, Inc. Form 10-K for the Fiscal Year Ended December 31, 1999, 3/14/2000 (ILL001315-1375) | X | |
| 317 | Lynx Therapeutics, Inc. Form 10-K for the Fiscal Year Ended December 31, 2000, 3/30/2001 (ILL001376-1439) | X | |
| 318 | Macevicz Initial Disclosure, 8/30/2007 | X | |
| 319 | Macevicz Response to Interrogatories, Set 1, 10/1/2007 | X | |
| 320 | Macevicz Response to Interrogatories, Set 2, 4/25/2008 | X | |
| 321 | Macevicz Response to Interrogatories, Set 3, 5/30/2008 | X | |
| 322 | Macevicz Response to Request for Production of Documents, Set 1, 10/1/2007 | X | |
| 323 | Macevicz Response to Request for Production of Documents, Set 2, 4/7/2008 | X | |
| 324 | Macevicz Response to Request for Production of Documents, Set 3, 4/28/2008 | X | |
| 325 | Macevicz Response to Request for Production of Documents, Set 4, 5/30/2008 | X | |
| 326 | Macevicz Supplemental Response to Interrogatories, Set 1, 5/30/2008 | X | |
| 327 | Macevicz Supplemental Response to Interrogatories, Set 2, 5/30/2008 | X | |
| 328 | Macevicz's letter to Bio-Rad, 5/12/1995 | X | |
| 329 | Medical Research Council (MRC) letter to Kevin Corcoran VP of Operations, Lynx Therapeutics re Agreement between Lynx and MRC, 2/11/2002 (ILL044408-44409) | X | |
| 330 | Memorandum from Efcavitch, 1/29/1993 (ILL018963-18964) | X | |
| 331 | Memorandum from SEC's Office of Economic Analysis to the Commission's Chief Accountant Re: Economic Perspective on Employee Options Expensing: Valuation and Implementation of FAS 123, 3/18/2005 | X | |
| 332 | Metzker et al., *Progress of Bass as a Novel DNA Sequencing Approach*, Abstract to Genome Mapping and Sequencing conference, 1993 | X | |
| 333 | Metzker et al., *Stop-Start DNA Synthesis in the Base Addition Sequencing Scheme*, Abstract to Genome Mapping and Sequencing conference, 1994 | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 334 | Metzker et al., *Termination of DNA synthesis by novel 3'-modified-deoxyribonucleoside 5'-triphosphates*, Nucleic Acids Res. 22: 4259-4267, 7/25/1994 | X | |
| 335 | Expert Report of Michael L. Metzker, Ph.D., 5/30/2008 | | X |
| 336 | MPSS Service Agreement between Lynx Therapeutics and PE Corporation through Celera Genomics Group, 3/5/2001 (ILL044374-44388) | X | |
| 337 | Notes on the SOLiD Basecaller, By Robert Beaudoin, internal technical document, 1/16/2007 (AB00069577-69594) | | X |
| 338 | Notice of and Demand for Arbitration by Applera against Illumina with the CPR Institute for Dispute Resolution, 12/3/2002 | | X |
| 339 | Office Action from the U.S. Application 08/872,446, 12/12/1997 (ILL000092-97) | X | |
| 340 | Office Action from U.S. Patent Application 08/872.446, 8/3/1998 (ILL000114-117) | X | |
| 341 | Omead Ostadan, discussion points (ILL045277) | X | |
| 342 | Patent File History for '119, 6/10/1997 (ILL000001-180) | X | |
| 343 | Patent File History for '341, 4/17/1995 (ILL000181-606) | X | |
| 344 | Patent File History for '597, 9/29/1999 (ILL000607-767) | X | |
| 345 | PCT International Application Transmittal Letter, 10/15/1992 (ILL003487-3493) | X | |
| 346 | Periodic Table | X | |
| 347 | Press Release: "New DNA Sequencer Produces Genetic Information Four Times Faster Than Existing Technology", 2/22/1995 | X | |
| 348 | Press Release: "New Enzyme Technology Dramatically Accelerates DNA Sequencing Efforts Worldwide", 8/10/1995 | X | |
| 349 | Rosenthal & Brenner "DNA Sequencing by Sequential Addition of Tagged Nucleotides" at pp. 222, Genome Mapping & Sequencing Abstracts, May 12-16, 1993 | X | |
| 350 | Sales 05 - Q3 (BO Retrieve) HTD HTP (AB00007546) | X | |
| 351 | Sandy Spurgeon, *Automated Referenced Fluorescent Sequencing of DNA Templates and Its Application to Multiplex Sequencing*, Abstract from Genome Mapping and Sequencing, May 6-10, 1992 at page 331 | X | |
| 352 | Section XIX.02. 1 Fixed Asset Sale, 3/31/2006 (AB00296819) | X | |
| 353 | Section XIX.02.2 Assignment of Assets to Agencourt-Polony Grant Equipment and Schedule "A," List of Assets, 4/12/2006 (AB00296820-296821) | X | |
| 354 | Section XIX.02.3 Agencourt-Polony Grant Equipment as of March 31,2006, 4/10/2006 (AB00296822-296823) | X | |
| 355 | Section XIX.02.3 Up Agencourt-Polony - Grant Equipment & Supplies, 3/31/2006 (AB00296824) | X | |
| 356 | Section XIX.02.4 Agencourt-Polony Grant Equipment Closing Balance Sheet Forecast (Assuming Closing on May 30, 2006) (AB00296825) | X | |
| 357 | Section XIX.02.4 Agencourt-Polony Grant Equipment Non-GAAP Unaudited Financials, 3/31/2006 (AB00296827-296832) | X | |
| 358 | Section XIX.02.4 Agencourt-Polony Grant Equipment Non-GAAP Unaudited Financials, 4/12/2006 (AB00296833-296838) | X | |
| 359 | Section XIX.02.4 Agencourt-Polony Grant Equipment Non-GAAP Unaudited Financials as of March 31, 2006, 4/11/2006 (AB00296839-296844) | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 360 | Section XIX.02.5 Agencourt-Polony Grant Equipment List as of March 31,2006, 4/7/2006 (AB00296846-296848) | X | |
| 361 | Section XIX.02.5 Agencourt-Polony Grant Equipment List as of March 31,2006, 4/10/2006 (AB00296845) | X | |
| 362 | Sequencing by Oligonuceotide and Ligation Detection, 7/18/2007 (AB00066366-66383) | X | |
| 363 | Expert Report of D. Ross Sibson, Ph.D., 5/30/2008 | X | |
| 364 | Software and Database Development Agreement between Lynx Therapeutics and PE Corporation through Celera Genomics Group, 3/5/2001 (ILL044389-44407) | X | |
| 365 | Solexa - Orders and Billings April YTD (AB00008570) | X | |
| 366 | Solexa Amended Response to Interrogatories, Set 1, 5/30/2008 | X | |
| 367 | Solexa Objections to Applera/Applied Biosystems' Notice of Rule 30(b)(6) Deposition, 5/16/2008 | X | |
| 368 | Solexa Response to Interrogatories, Set 1, 3/24/2008 | X | |
| 369 | Solexa Response to Interrogatories, Set 2, 4/28/2008 | X | |
| 370 | Solexa Response to Interrogatories, Set 3, 5/30/2008 | X | |
| 371 | Solexa Response to Request for Admissions, 5/30/2008 | X | |
| 372 | Solexa Response to Request for Production of Documents, 10/1/2007 | X | |
| 373 | Solexa's Final Infringement Contentions, 3/24/2008 | X | |
| 374 | SOLiD System Primary Analysis: How images become reads, by Robert Beaudoin, 7/18/2007 (AB00250813-250840) | X | |
| 375 | SOLiD System Site Preparation Guide, 4/24/2008 (AB00007839-7954) | X | |
| 376 | Statement of Financial Accounting Standards No. 123 (revised 2004), "Share-Based Payment" | X | |
| 377 | Stephen C. Macevicz Release by and among Solexa and IIIumina, 12/17/2007 (ILL044592-44595) | X | |
| 378 | Stephen C. Macevicz's Exit Checklist/Lynx Therapeutics, Inc. Human Resources Department, 3/29/2001 (ILL000862-952) | X | |
| 379 | Studier, *A strategy for high-volume sequencing of cosmid DNAs: Random and directed priming with a library of oligonucleotides*, Proc. Natl. Acad. Sci., 86: 6917-6921, 1989 | X | |
| 380 | Summary Chart of Search Results of all U.S. Patents issued between 5/12/1998 to 10/23/2001, 2/7/2008 | X | |
| 381 | The SOLiD Software System, Jon Sorenson, 7/18/2007 (AB00385415-385440) | X | |
| 382 | U.K. Patent No. GB2236852B, Carr, 6/4/1994 (AB00008820-8850) | X | |
| 383 | U.S. Patent Application for No. 08/424,663, 4/17/1995 (ILL000205-240) | X | |
| 384 | U.S. Patent No. 4,757,141 (Fung), 7/12/1988 | X | |
| 385 | U.S. Patent No. 4,797,141 (Mercader), 1/10/1989 | X | |
| 386 | U.S. Patent No. 4,816,571 (Andrus), 3/28/1989 | X | |
| 387 | U.S. Patent No. 4,855,225 (Fung), 8/8/1989 | X | |
| 388 | U.S. Patent No. 4,883,750 (Whiteley), 11/28/1989 | X | |
| 389 | U.S. Patent No. 4,965,349 (Woo), 10/23/1990 | X | |
| 390 | U.S. Patent No. 4,988,617 (Landegren), 1/29/1991 | X | |
| 391 | U.S. Patent No. 5,013,830 (Ohtsuka), 5/7/1991 | X | |
| 392 | U.S. Patent No. 5,114,839 (Blocker), 5/19/1992 | X | |
| 393 | C.S. Patent No. 5,188,934 (Menchen), 2/23/1993 | X | |
| 394 | U.S. Patent No. 5,212,304 (Fung), 5/18/1993 | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 395 | U.S. Patent No. 5,231,191 (Woo), 7/27/1993 | X | |
| 396 | U.S. Patent No. 5,258,538 (Fung), 11/2/1993 | X | |
| 397 | U.S. Patent No. 5,367,066 (Urdea), 11/22/1994 | X | |
| 398 | U.S. Patent No. 5,407,799 (Studier), 4/18/1995 | X | |
| 399 | U.S. Patent No. 5,494,810 (Barany), 2/27/1996 | X | |
| 400 | U.S. Patent No. 5,503,980 (Cantor), 4/2/1996 | X | |
| 401 | U.S. Patent No. 5,508,169 (Deugau), 4/16/1996 | X | |
| 402 | U.S. Patent No. 5,552,278 (Brenner), 9/3/1996 | X | |
| 403 | U.S. Patent No. 5,580,732 (Grossman), 12/3/1996 | X | |
| 404 | U.S. Patent No. 5,625,050 (Beaton), 4/29/1997 | X | |
| 405 | U.S. Patent No. 5,684,143 (Gryaznov), 11/4/1997 | X | |
| 406 | U.S. Patent No. 5,741,643 (Gryaznov), 4/21/1998 | X | |
| 407 | U.S. Patent No. 5,747,255 (Brenner), 5/5/1998 | X | |
| 408 | U.S. Patent No. 5,798,210 (Canard), 8/25/1998 | X | |
| 409 | U.S. Patent No. 5,800,994 (Martinelli), 9/1/1998 | X | |
| 410 | U.S. Patent No. 5,817,795 (Gryaznov), 10/6/1998 | X | |
| 411 | U.S. Patent No. 5,824,793 (Hirschbein), 10/20/1998 | X | |
| 412 | U.S. Patent No. 5,859,233 (Hirschbein), 1/12/1999 | X | |
| 413 | U.S. Patent No. 5,885,778 (Menchen), 3/23/1999 | X | |
| 414 | U.S. Patent No. 5,888,737 (DuBridge), 3/30/1999 | X | |
| 415 | U.S. Patent No. 5,965,720 (Gryaznov), 10/12/1999 | X | |
| 416 | U.S. Patent No. 6,007,987 (Cantor), 12/28/1999 | X | |
| 417 | U.S. Patent No. 6,048,974 (Gryaznov), 4/11/2000 | X | |
| 418 | U.S. Patent No. 6,096,723 (Menchen), 8/1/2000 | X | |
| 419 | U.S. Patent No. 6,175,002 (DuBridge), 1/16/2001 | X | |
| 420 | U.S. Patent No. 6,228,589 (Brenner), 5/8/2001 | X | |
| 421 | U.S. Patent No. 6,258,569 (Livak), 7/10/2001 | X | |
| 422 | U.S. Patent No. 6,348,313 (Sibson), 3/19/2002 | X | |
| 423 | U.S. Patent No. 6,511,802 File History | X | |
| 424 | U.S. Patent No. 6,619,598 (De Miranda), 9/16/2003 | X | |
| 425 | U.S. Patent No. 6,654,505 (Bridgham), 11/25/2003 | X | |
| 426 | U.S. Patent No. 7,070,927 (Drmanac), 7/4/2006 | X | |
| 427 | USPTO Patent Full Text and Image Database Search Patent Applications published between: 5/31/1981-2/7/2008, 2/7/2008 | X | |
| 428 | USPTO Patent Full Text and Image Database Search Patents Issued between: 5/12/1998-10/23/2001, 2/7/2008 | X | |
| 429 | USPTO Patent Full Text and Image Database Search Patents issued between: 5/31/1981-2/7/2008, 2/7/2008 | X | |
| 430 | Vyle & Cosstick, *Sequence- and Strand-Specific Cleavage in Oligodeoxyribonucleotides and DNA Containing 3'-Thiothymidine*, Biochemistry, vol. 31, page 3014, 1992 (AB00307664-307670) | X | |
| 431 | WO 95/09248 (Drmanac), 4/6/1995 | X | |
| 432 | WO 91/06678 (Tsien), 5/16/1991 | X | |
| 433 | WO 93/21340 (Rosenthal), 10/28/1993 | X | |
| 434 | WO 94/01582 (Sibson), 1/20/1994 | X | |
| 435 | WO 94/11530 (Cantor), 5/26/1994 | X | |
| 436 | WO 94/23064 (Canard), 10/13/1994 (ILL011225-11286) | X | |
| 437 | WO 95/04160 (Southern), 2/9/1995 | X | |

| EXHIBIT NO. | DESCRIPTION | Expect to Offer | May Offer |
|---|---|---|---|
| 438 | WO 95/20053 (Sibson), 7/27/1995 | X | |
| 439 | WO 96/33205 (Macevicz), 10/24/1996 | X | |
| 440 | Stock Options Exercised by Steven Macevicz, 10/26/2007 (ILL002292) | X | |
| 441 | Draft License Agreement between Lynx and Perkin-Elmer (AB00005234-5251) | X | |
| 442 | Patent Alert Reports (AB00008851-9883) | X | |
| 443 | Patents Listed in Patent Alert Reports Exhibit | X | |
| 444 | U.S. Patent No. 5,380,833 | X | |
| 445 | U.S. Patent No. 5,011,769 | X | |
| 446 | Gryaznov et al., Nucleic Acid Research, 20: 3403-3409 (1992) | X | |
| 447 | Gryaznov et al., Nucleic Acids Research, 21: 1403-1408 (1993) | X | |
| 448 | Gryaznov et al., Nucleic Acids Research, 22: 2366-2369 (1994) | X | |
| 449 | Gryaznov et al., J. of the American Chemical Society 116 (7) : 3143-3144 (1994) | X | |
| 450 | PCT/US91/05287 | X | |
| 451 | Order Granting Reeexamination of 341 Patent | X | |
| 452 | Order Granting Reeexamination of 597 Patent, 8/21/2008 (AB00009888-9899) | X | |
| 453 | Order Granting Reeexamination of 119 Patent, 8/21/2008 (AB00009900-9908) | X | |
| 454 | Agencourt Presentation, Kevin McKernan, 2/9/2006 (ILL048807-48810) | X | |
| 455 | Lavina et al., Biochemie 75 : 25-27 | X | |