# EXHIBIT A

### DEFENDANTS' PROPOSED SPECIAL VERDICT FORM FOR PHASE I

We answer the questions submitted to us as follows:

### BREACH OF CONTRACT

1. Did Dr. Macevicz breach Paragraph 7 of the Invention Agreement?

    ___ Yes        ___ No

2. Please answer the following questions with respect to Paragraph 2 of the Invention Agreement:

    (a) Did Dr. Macevicz develop the invention on company time?

    ___ Yes        ___ No

    (b) In developing the invention, did Dr. Macevicz use any equipment, supplies, facility or trade secret of AB?

    ___ Yes        ___ No

    (c) Was the invention related to the business or actual or demonstrably anticipated research or development of AB?

    ___ Yes        ___ No

    (d) Did the invention result from any work performed by Dr. Macevicz for AB?

    ___ Yes        ___ No

### STATUTE OF LIMITATIONS (SUIT AGAINST DR. MACEVICZ)

3. Is AB's suit against Dr. Macevicz barred by the statute of limitations?

    ___ Yes        ___ No

    If you answered "yes," then skip to question 7. If you answered "no," then go to the next question.

### BREACH OF FIDUCIARY DUTY (AGAINST DR. MACEVICZ)

4. Did Dr. Macevicz breach his fiduciary duty to AB?

    ___ Yes        ___ No

**CONSTRUCTIVE FRAUD (AGAINST DR. MACEVICZ)**

    5.    Did Dr. Macevicz commit constructive fraud?

          ___ Yes    ___ No

**CONVERSION (AGAINST DR. MACEVICZ)**

    6.    Did Dr. Macevicz convert the Macevicz patents?

          ___ Yes    ___ No

**BONA FIDE PURCHASER FOR VALUE**

    7.    Was Illumina a bona fide purchaser for value of the Macevicz patent application that lead to the Macevicz patents?

          ___ Yes    ___ No

          If you answered "yes," then you are done. Please sign and date this form. If you answered "no," then go to the next question.

**INTERFERENCE WITH CONTRACT**

    8.    *Only answer this question if you answered "yes" to question 1.* Did Illumina intentionally cause Dr. Macevicz to breach Paragraph 7 of the Invention Agreement?

          ___ Yes    ___ No

    9.    *Only answer this question if you answered "yes" to any part of question 2.* Did Illumina intentionally cause Dr. Macevicz to breach Paragraph 2 of the Invention Agreement?

          ___ Yes    ___ No

**BREACH OF FIDUCIARY DUTY (AGAINST ILLUMINA)**

    10.    *Only answer this question if you answered "yes" to question 4.* Did Illumina aid and abet Dr. Macevicz's breach of his fiduciary duty to AB?

          ___ Yes    ___ No

**CONSTRUCTIVE FRAUD (AGAINST ILLUMINA)**

    11.    *Only answer this question if you answered "yes" to question 5.* Did Illumina aid and abet Dr. Macevicz's constructive fraud?

          ___ Yes    ___ No

**CONVERSION (AGAINST ILLUMINA)**

    12.    Did Illumina convert the Macevicz patents?

          \_\_\_ Yes    \_\_\_ No

**STATUTE OF LIMITATIONS (SUIT AGAINST ILLUMINA)**

    13.    Are any of AB's claims against Illumina barred by the statute of limitations?

          \_\_\_ Yes    \_\_\_ No

          If you answered "no," then you are done. If you answered "yes," then go to the next question.

    14.    Which of the following claims against Dr. Macevicz are barred by the statute of limitations.

          \_\_\_ Interference with Contract

          \_\_\_ Breach of Fiduciary Duty

          \_\_\_ Constructive Fraud

          \_\_\_ Conversion

Signed: _____
          Presiding Juror

Dated: _____

After it has been signed, deliver this verdict form to the clerk.