THOMAS I. ROSS (admitted *pro hac vice*)
KEVIN M. FLOWERS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
MARK H. IZRAELEWICZ (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: tross@marshallip.com
E-Mail: kflowers@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: mizraelewicz@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff/Counterdefendant,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants/Counterclaimants. | Case No. 07-CV-02845 WHA<br><br>District Judge William H. Alsup<br><br>**SOLEXA, INC.'S PROPOSED VERDICT FORM –- PHASE II (PATENT INFRINGEMENT)** |

# VERDICT FORM

(When answering the following questions and filling out this Verdict Form, your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.)

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

**I.     FINDINGS REGARDING INFRINGEMENT**

(1) Has Solexa shown that it is more likely than not that Agencourt's use of the one-base-encoding SOLiD System literally infringed the following claims?

| U.S. Patent Number 5,750,341 | | |
|---|---|---|
| **Claim Number** | **Yes (Infringement)** | **No (No literal infringement)** |
| 1 | | |
| 2 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 11 | | |
| 12 | | |
| 16 | | |
| 17 | | |
| 18 | | |

| U.S. Patent Number 6,306,597 | | |
|---|---|---|
| **Claim Number** | **Yes (Infringement)** | **No (No literal infringement)** |
| 1 | | |

(2) If you answered "No" as to any claim in Question 1 above, has Solexa shown that it is more likely than not that Agencourt's use of the one-base-encoding SOLiD System infringed the following claims under the Doctrine of Equivalents?

| U.S. Patent Number 5,750,341 | | |
|---|---|---|
| Claim Number | Yes (Infringement) | No (No infringement) |
| 1 | | |
| 2 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 11 | | |
| 12 | | |
| 16 | | |
| 17 | | |
| 18 | | |

| U.S. Patent Number 6,306,597 | | |
|---|---|---|
| Claim Number | Yes (Infringement) | No (No infringement) |
| 1 | | |

(3) Has Solexa shown that it is more likely than not that Agencourt's use of the SOLiD System probes infringed the following claim under the Doctrine of Equivalents?

| **U.S. Patent Number 5,969,119** | | |
|---|---|---|
| **Claim Number** | **Yes (Infringement)** | **No (No infringement)** |
| **1** | | |

(4) If you answered "Yes" as to any of the claims in Questions 1-3 above, has Solexa proven that it is highly probable that Agencourt's infringement was willful?

____________________
**Yes (Willful infringement)**

____________________
**No (No willful infringement)**

SOLEXA, INC.'S PROPOSED VERDICT FORM –- PHASE II (PATENT INFRINGEMENT)
CASE NO: 07-CV-02845 WHA
3

(5) Has Solexa shown that it is more likely than not that Applied Biosystems's use of two-base-encoding SOLiD System probes infringes claim 1 of the '119 patent under the Doctrine of Equivalents?

|  |  |
| --- | --- |
| **Yes** | **No** |
| **(Infringement)** | **(No infringement)** |

(6) Has Solexa shown that it is more likely than not that Applied Biosystems's sales of two-base-encoding SOLiD System probes to its customers infringes claim 1 of the '119 patent under the Doctrine of Equivalents?

|  |  |
| --- | --- |
| **Yes** | **No** |
| **(Infringement)** | **(No infringement)** |

(7)    If you answered "Yes" to either of Questions 5 or 6 above, has Solexa proven that it is highly probable that Applied Biosystems's infringement was willful?

|  |  |
| --- | --- |
| **Yes** | **No** |
| **(Willful infringement)** | **(No willful infringement)** |

## II. FINDINGS REGARDING VALIDITY

(8) Has Applied Biosystems proven that it is highly probable that any of the following claims are invalid?

| U.S. Patent Number 5,750,341 | | | | | |
|---|---|---|---|---|---|
| Claim Number | No (Valid) | Yes (Anticipated) | Yes (Obvious) | Yes (Non-enabled) | Yes (Lacks written description) |
| 1 | | | | | |
| 2 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

| U.S. Patent Number 6,306,597 | | | | | |
|---|---|---|---|---|---|
| Claim Number | No (Valid) | Yes (Anticipated) | Yes (Obvious) | Yes (Non-enabled) | Yes (Lacks written description) |
| 1 | | | | | |

| U.S. Patent Number 5,969,119 | | | | | |
|---|---|---|---|---|---|
| Claim Number | No (Valid) | Yes (Anticipated) | Yes (Obvious) | Yes (Non-enabled) | Yes (Lacks written description) |
| 1 | | | | | |

## III. FINDINGS REGARDING DAMAGES

(9) What damages has Solexa shown are more likely than not due Solexa by reason of Agencourt's infringement?

$_____

(10) What damages has Solexa shown are more likely than not due Solexa by reason of Applied Biosystems's infringement?

$_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2008     By:_____
                                                                                         Presiding Juror