BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
E-Mail: BWilson@mofo.com
E-Mail: EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
E-Mail: DDoyle@mofo.com
E-Mail: SComer@mofo.com
E-Mail: BMKramer@mofo.com

Counsel for Plaintiff
APPLERA CORPORATION —
APPLIED BIOSYSTEMS GROUP

THOMAS I. ROSS (admitted *pro hac vice*)
KEVIN M. FLOWERS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
MARK H. IZRAELEWICZ (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: tross@marshallip.com
E-Mail: kflowers@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: mizraelewicz@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff/counterdefendant,<br><br>- vs. -<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants/counterclaimants. | Case No. 07-CV-02845 WHA<br><br>Judge William H. Alsup<br><br>**JOINT SET OF PROPOSED VOIR DIRE QUESTIONS**<br><br>Final Pretrial Conference: Sept. 8, 2008<br>Time: 2:00 P.M.<br><br>Trial: Sept. 29, 2008<br><br>Courtroom 9, 19th Floor |

JOINT SET OF PROPOSED VOIR DIRE QUESTIONS
CASE NO: 07-CV-02845 WHA

The parties jointly propose the following voir dire questions:

After juror introductions (during which we assume jurors will provide their job title and duties, spouse's job title and duties as well as their highest level of education):

1. You have been given a list of companies. (Applied Biosystems, Agencourt Personal Genomics, Illumina, Solexa, Lynx Therapeutics, Spectragen, Invitrogen)

    a. Are you personally acquainted with any officer, director, or employee of any of those companies?

    b. Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of the companies?

    c. Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies?

    d. Have you, any family member, or anyone close to you had any negative experience with any products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies?

2. You have been given a list of the attorneys and the law firms involved in this litigation. Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

3. You have been given a list of the individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals?

4. Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

5. Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

6. Have you ever served as a juror before?

    a. If so, was it in a civil or a criminal case?

    b. Was that a positive or a negative experience for you?

7. Have you ever served as a juror in a patent case before?

    a. If so, what was the technology?

    b. What was the outcome?

8. You have been given a list of subject areas. (The list should include subject areas of: biology, chemistry, science, engineering, medicine, pharmacology, genetics.) Have you, a close friend, or a family member ever been employed, trained, or had any experience in any of the listed areas?

9. Have you, any family member, or anyone close to you invented something?

    a. If so, did they keep it for themselves or assign it to their employer?

      b.  Was there any disagreement over who owned the invention?

      c.  If so, what happened?

10. Do you have any knowledge or experience with patents, including applying for a patent?

11. Have you ever worked for a company that had patented products or processes?

12. Have you ever been involved in the development of a new product or process?

13. Have you, any member of your immediate family, or anyone close to you ever had any dealings with the United States patent and Trademark Office?

14. Do you have any strong opinions about a patent granting exclusive rights to the inventors or their employers?

15. Do you have any specialized knowledge, experience or advanced education in any aspect of science, biology, medicine, or genetics?

16. Do you have an aversion to science? Would you pay attention if the evidence in this case gets into science?

17. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury on this case?

18. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

---

**JOINT SET OF PROPOSED VOIR DIRE QUESTIONS**
**CASE NO: 07-CV-02845 WHA**

| | | |
|---|---|---|
| 1 | Dated: August 29, 2008 | Respectfully submitted, |
| 2 | /s/    Eric C. Pai | /s/    John R. Labbé |
| | BRYAN WILSON (CA SBN 138842) | THOMAS I. ROSS (admitted *pro hac vice*) |
| 3 | ERIC C. PAI (CA SBN 247604) | KEVIN M. FLOWERS (admitted *pro hac vice*) |
| | MORRISON & FOERSTER LLP | JEFFREY H. DEAN (admitted *pro hac vice*) |
| 4 | 755 Page Mill Road | MARK H. IZRAELEWICZ (admitted *pro hac vice*) |
| | Palo Alto, CA 94304-1018 | JOHN R. LABBE (admitted *pro hac vice*) |
| 5 | E-Mail: BWilson@mofo.com | CULLEN N. PENDLETON (admitted *pro hac vice*) |
| | E-Mail: EPai@mofo.com | MARSHALL, GERSTEIN & BORUN LLP |
| 6 | | 6300 Sears Tower |
| | DAVID C. DOYLE (CA SBN 70690) | 233 South Wacker Drive |
| 7 | STEVEN E. COMER (CA SBN 154384) | Chicago, Illinois 60606-6357 |
| | BRIAN M. KRAMER (CA SBN 212107) | (312) 474-6300 (telephone) |
| 8 | MORRISON & FOERSTER LLP | (312) 474-0448 (facsimile) |
| | 12531 High Bluff Drive, Suite 100 | E-Mail: tross@marshallip.com |
| 9 | San Diego, CA 92130-2040 | E-Mail: kflowers@marshallip.com |
| | E-Mail: DDoyle@mofo.com | E-Mail: jdean@marshallip.com |
| 10 | E-Mail: SComer@mofo.com | E-Mail: mizraelewicz@marshallip.com |
| | E-Mail: BMKramer@mofo.com | E-Mail: jlabbe@marshallip.com |
| 11 | | E-Mail: cpendleton@marshallip.com |
| | Counsel for Plaintiff | |
| 12 | APPLERA CORPORATION — | Counsel for Defendants |
| | APPLIED BIOSYSTEMS GROUP | ILLUMINA, INC., SOLEXA, INC., |
| 13 | | and STEPHEN C. MACEVICZ |

I, John R. Labbé, am the ECF user show ID and password are being used to file this JOINT SET OF PROPOSED VOIR DIRE QUESTIONS. I hereby attest that Eric C. Pai has concurred in this filing.

Date: August 29, 2008                             /s/ John R. Labbé

**JOINT SET OF PROPOSED VOIR DIRE QUESTIONS**
**CASE NO: 07-CV-02845 WHA**