THOMAS I. ROSS (admitted *pro hac vice*)
KEVIN M. FLOWERS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
MARK H. IZRAELEWICZ (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: tross@marshallip.com
E-Mail: kflowers@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: mizraelewicz@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No. 07-CV-02845 WHA |
| | Judge William H. Alsup |
| Plaintiff/counterdefendant, | **DEFENDANTS' RULE 26(a)(3) PRETRIAL DISCLOSURES** |
| - vs. - | |
| | Final Pretrial Conference: Sept. 8, 2008 |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | Time: 2:00 P.M. |
| | Trial: Sept. 29, 2008 |
| | Courtroom 9, 19th Floor |
| Defendants/counterclaimants. | |

**DEFENDANTS' RULE 26(A)(3) PRETRIAL DISCLOSURES**
**CASE NO: 07-CV-02845 WHA**

The Defendants make the following pretrial disclosures pursuant to F.R.C.P. 26(a)(3) and the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable William Alsup.

## I. WITNESS LIST

### A. Defendants' witnesses for ownership phase of trial

The Defendants expect to call the following witnesses to testify at trial (in-person or by deposition):

| Witness | Address & Telephone No. |
|---|---|
| Steven C. Macevicz, Ph.D. | Dr. Macevicz may be contacted through his counsel of record. |
| Frank Oaks, Ph.D. | Dr. Oaks is an Illumina employee and may be contacted through counsel for Illumina. |
| Sam Eletr, Ph.D. | 94 Norwood Avenue<br>Kensington, CA 94707<br>Counsel will provide Dr. Eletr's telephone number upon request. |
| Vincent Powers, Ph.D. | Cepheid, Inc.<br>904 Caribbean Drive<br>Sunnyvale, CA 94089<br>(408) 541-4191 |
| Keith C. Backman, Ph.D. | 53 Carlisle Road<br>Bedford, MA 01730<br>(781) 271 1461 |

The Defendants may call the following witnesses at trial if the need arises:

| Witness | Address & Telephone No. |
|---|---|
| Sydney Brenner, Ph.D. | Address unknown.<br>Counsel will provide Dr. Brenner's telephone number upon request. |
| James Kitch | 3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>(650) 843-5027 |
| Kathy San Roman | Ms. San Roman is a former employee of Illumina and may be contacted through counsel for Illumina. |

| | |
|---|---|
| John West | Mr. West is a former employee of Illumina and may be contacted through counsel for Illumina. |
| Paul Grossman, Ph.D. | Invitrogen Corporation<br>1600 Faraday Avenue<br>PO Box 6482<br>Carlsbad, CA 92008<br>(760) 603-7200 |

**B.     Defendants' witnesses for patent infringement, validity, and unenforceability phases of trial**

The Defendants expect to call the following witnesses to testify at the trial (in-person or by deposition):

| Witness | Address & Telephone No. |
|---|---|
| Keith C. Backman, Ph.D. | 53 Carlisle Road<br>Bedford, MA 01730<br>(781) 271-1461 |
| John Quackenbush, Ph.D. | 44 Binney Street, SM822<br>Boston, MA 02115<br>(617) 582-8163 |
| Steven C. Macevicz, Ph.D. | Dr. Macevicz may be contacted through his counsel of record. |
| Gerald J. Siuta, Ph.D. | 14 Georgetown Oval<br>New City, NY 10956<br>(845) 634-4491 |
| Michael Sofocleous | Law Office of Michael Sofocleous<br>9717 Ceralene Drive<br>Fairfax, VA 22032<br>(703) 978-1884 |
| John R. Stuelpnagel, D.V.M. | Dr. Stuelpnagel is an Illumina employee and may be contacted through counsel for Illumina. |
| Gina Costa, Ph.D. | Dr. Costa is an AB employee. |
| Kevin McKernan, Ph.D. | Dr. McKernan is an AB employee. |

## II.    EXHIBIT LIST

The Defendants' exhibit list is attached hereto as Exhibit A.

Dated: August 29, 2008

Respectfully submitted,

  /s/    John R. Labbé
THOMAS I. ROSS (admitted *pro hac vice*)
KEVIN M. FLOWERS (admitted *pro hac vice*)
JEFFREY H. DEAN (admitted *pro hac vice*)
MARK H. IZRAELEWICZ (admitted *pro hac vice*)
JOHN R. LABBE (admitted *pro hac vice*)
CULLEN N. PENDLETON (admitted *pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
(312) 474-6300 (telephone)
(312) 474-0448 (facsimile)
E-Mail: tross@marshallip.com
E-Mail: kflowers@marshallip.com
E-Mail: jdean@marshallip.com
E-Mail: mizraelewicz@marshallip.com
E-Mail: jlabbe@marshallip.com
E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

---

**DEFENDANTS' RULE 26(A)(3) PRETRIAL DISCLOSURES**
**CASE NO: 07-CV-02845 WHA**