# EXHIBIT A

## DEFENDANTS' EXHIBIT LIST

**CASE NAME:**     Applera Corporation-Applied Biosystems Group v. Illumina, Inc., Solexa, Inc., and Stephen Macevicz

**CASE NUMBER:**     07-CV-02845

| NO. | DEP. EX NO. | BATES NO. | DESCRIPTION | EXPECT TO OFFER | MAY OFFER |
|---|---|---|---|---|---|
| 1 | 045 | | U.S. Patent No. 5,750,341 | X | |
| 2 | 054 | | U.S. Patent No. 5,969,119 | X | |
| 3 | 056 | | U.S. Patent No. 6,306,597 | X | |
| 4 | 009 | COOLEY000006-8 | U.S. Patent and Trademark Office Notice of Recordation of Assignment Document | X | |
| 5 | 008 | COOLEY000009-10 | Macevicz Assignment to Lynx | X | |
| 6 | | ILL023666 | Patent Assignment Abstract of Title for U.S. Patent No. 6,306,597 | | X |
| 7 | | ILL023667 | Patent Assignment Abstract of Title for U.S. Patent No. 5,969,119 | | X |
| 8 | | ILL023668-69 | Patent Assignment Abstract of Title for U.S. Patent No. 5,750,341 | | X |
| 9 | | ILL023670-76 | Recordation Form Cover Sheet and Assignment, January 1996 | X | |
| 10 | | ILL023677-90 | Recordation Form Cover Sheet and Assignment, June 1997 | X | |
| 11 | | ILL023691-701 | Recordation Form Cover Sheet and Assignment, May 2005 | X | |
| 12 | | ILL023630-37 | Agreement Regarding Formation of Spectragen | | X |
| 13 | | ILL023657-65 | Stockholders Agreement dated August 21, 1995 | | X |
| 14 | 001 | MAC001906 | Job Description for Senior Patent Attorney | X | |
| 15 | 004 | ILL002249-54 | Corporate Services Agreement | | X |
| 16 | 005 | -- | Memo from David Bunker re Support to Therapeutics Group (Lynx) | X | |
| 17 | 006 | ILL000869-70 | June 1, 1995 Letter from Sam Eletr to Steve Macevicz | X | |
| 18 | 010 | MAC00975-83 | Lynx Therapeutics, Inc. Development Agreement | | X |
| 19 | | MAC001109 | Performance Evaluation 2000 of Steve Macevicz | | X |
| 20 | 020 | -- | June 6, 1995 letter from Steve Macevicz to Mike Hunkapiller | X | |

| No. | Dep. Ex No. | Bates No. | Description | Expect to Offer | May Offer |
|---|---|---|---|---|---|
| 21 | 021 | -- | June 27, 1995 memorandum from Steve Macevicz to Hugo Santos | | X |
| 22 | 022 | -- | March 17, 1992 letter from Suzanne Preston to Stephen Macevicz | X | |
| 23 | 031 | AB14 017655-56 | June 19, 1995 memorandum re: Lynx Technology Disclosure Agreement | | X |
| 24 | 036 | ILL000912-17 | Nonstatutory Stock Option dated August 14, 1995 | X | |
| 25 | | ILL000901-05 | Supplemental Stock Option dated September 1, 1995 | X | |
| 26 | | ILL000906-11 | Nonstatutory Stock Option dated August 14, 1995 | X | |
| 27 | 066 | ILL000986-88 | Minutes Regular Meeting of the Board of Directions Lynx Therapeutics, Inc. July 31, 1995 | X | |
| 28 | | ILL000989-93 | Minutes Regular Meeting of the Board of Directors Lynx Therapeutics, Inc. December 8, 1999-9:00 a.m. | | X |
| 29 | | ILL000994-96 | Minutes Regular Meeting of the Board of Directors Lynx Therapeutics, Inc. December 15, 1999-9:00 a.m. | | X |
| 30 | 063 | ILL000997-98 | Minutes Meeting of the Board of Directors Spectragen, Inc. August 14, 1995 | X | |
| 31 | 043 | -- | U.S. Patent No. 5,552,278 | X | |
| 32 | 044 | MHUNK024558-61 | Agreement | | X |
| 33 | 050 | -- | U.S. Patent No. 5,366,860 | X | |
| 34 | 052 | ILL003083-84 | Check to Commissioner of Patents and Trademarks | | X |
| 35 | 053 | ILL003085 | Part B - Issue Fee Transmit | X | |
| 36 | 055 | ILL002635 | Transmittal of Issue Fee and Advance Order | | X |
| 37 | 057 | ILL000278 | Associate Power of Attorney | | X |
| 38 | 086 | ILL000953-55 | March 30, 2001 letter to Ed Albini from Steve Macevicz with attached assignment (ILL000953-955) | | X |
| 39 | 089 | MAC001972-2000 | U.S. Patent No. 5,002,867 | X | |
| 40 | 090 | MAC001910-17 | Research Proposal: Proof of Principle Tests of Multiprobe Sequencing Technology Stephen C. Macevicz June 27, 1988 | | X |
| 41 | | ILL043828 | September 15, 2006 letter from Bryan Wilson to Kevin Flowers | | X |
| 42 | | ILL051287-ILL051294 | Indemnity Agreement with Edward Albini | | X |
| 43 | | ILL051295-ILL051302 | Indemnity Agreement with William K. Bowes, Jr. | | X |
| 44 | | ILL051303-ILL051310 | Indemnity Agreement with Sydney Brenner | | X |
| 45 | | ILL051311-ILL051318 | Indemnity Agreement with Craig C. Taylor | | X |
| 46 | | ILL051319-ILL051326 | Indemnity Agreement with Sam Eletr | | X |

| No. | Dep. Ex No. | Bates No. | Description | Expect to Offer | May Offer |
|---|---|---|---|---|---|
| 47 | | ILL051327-ILL051334 | Indemnity Agreement with James C. Kitch | | X |
| 48 | | ILL054244-ILL054248 | Indemnity Agreement with Leroy Hood | | X |
| 49 | | ILL054249-ILL054254 | Indemnity Agreement with Mark Kozin | | X |
| 50 | | ILL054255-ILL054260 | Indemnity Agreement with Jen-i Mao | | X |
| 51 | | ILL054261-ILL054266 | Indemnity Agreement with Kevin P. Corcoran | | X |
| 52 | 046 | Dkt. No. 121 | Declaration of Michael Hunkapiller, Ph.D. | | X |
| 53 | 047 | Dkt. No. 124 | Declaration of Scott Bortner | | X |
| 54 | 049 | Dkt. No. 126 | Declaration of Vincent M. Powers, Ph.D. | | X |
| 55 | | Dkt. No. 122 | Declaration of Paul Grossman, Ph.D. | | X |
| 56 | | Dkt. No. 125 | Declaration of Steven Fung, Ph.D. | | X |
| 57 | 127 | Cabou COOLEY000001-05 | June 5, 2006 letter from Bryan Wilson to John West | | X |
| 58 | 203 | MAC002001-2212 | Macevicz's Computation Notebook | X | |
| 59 | 204 | ILL017141-44 | ABI Prism 377 DNA Sequencer Spec Sheet | | X |
| 60 | 205 | ILL050328-61 | Twenty-Five Years of Advancing Science | X | |
| 61 | 206 | MAC001541-1611 | ABI Prism DNA Sequencing Chemistry Guide | X | |
| 62 | 207 | ILL050447-692 | Automated DNA Sequencing Chemistry Guide | X | |
| 63 | 210 | ILL025427-31 | Sequencing Breakthrough Strategy, Meeting with Lynx July 15, 2004 | X | |
| 64 | 212 | AB00068256-89 | Next Generation Genetic Analysis Technologies | X | |
| 65 | | | Applera Corporation - Applied Biosystems Group's Responses to Solexa, Inc.'s First Set of Interrogatories (dated February 28, 2008) | | X |
| 66 | | | Applera Corporation - Applied Biosystems Group's Responses to Stephen C. Macevicz's First Set of Interrogatories | | X |
| 67 | | AB00008663-694, AB00008698-699, AB00008702-712, AB00008714-717 | Letters from Vincent Powers to Stephen Macevicz | X | |
| 68 | 113 | Costa AB00287982-8005 | Project Garnet Due Diligence Kickoff Presentation, dated March 20, 2006 | | X |
| 69 | | AB00009206 - 9219 | Patent alert week of Oct. 20, 2001 | | X |
| 70 | | ILL051457; ILL051471-74 | Pages from presentation | X | |
| 71 | 093 | AB00121757; AB00121762-65; AB00121768-69; AB00121771; AB00121773-74 | Pages from "Investigating Attrition in Cycled Ligation" | X | |

**Defendants' Exhibit List; Exhibit A to Defendants' Rule 26(a)(3) Pretrial Disclosures**
**Case No: 07-cv-02845 wha**
**Page 3 of 7**

| No. | Dep. Ex No. | Bates No. | Description | Expect to Offer | May Offer |
|---|---|---|---|---|---|
| 72 | 097 | AB00134505-6, AB00134512-14 AB00134517 | Pages from AB's table of "Consumable Raw Material Cost" | X | |
| 73 | 091 | AB00137621 AB00137634-48 | Pages from "SOLiD Sequencing: Supported Oligonucleotide Ligation Detection" | X | |
| 74 | 101 | AB00136589 | Page from "APG Core Biologicals" | X | |
| 75 | | AB00144601-3 | Pages from update for Grant Proposal R01 HG003570-01S1 | | X |
| 76 | 094 | AB00000683 AB00000701 AB00000727 AB00000803-804 AB00000875 AB00000905 | Pages from SOLiD System User Guide | X | |
| 77 | 115 | ILL051151 ILL051157-58 | Pages from "Bead-Based Polony Sequencing" | | X |
| 78 | | ILL050324 | Animation | X | |
| 79 | | AB00008191-92 AB00008317-21 | Pages from Applied Biosystems SOLiD System 2.0 User Guide | | X |
| 80 | | AB00007839-40 AB00007877 | Pages from SOLiD System Site Preparation Guide | X | |
| 81 | | AB00296964 AB00296977-78 | Notes | X | |
| 82 | 098 | AB00245396-403 | Pages from "APG Process Technical Brief: The Supported Oligo Ligation Detection (SOLiD) Process for Massively Parallel Sequencing by Stepwise Ligation" | X | |
| 83 | | AB00160896 AB00160898 | Pages from "SOLiD Sequencing Grant Supplement Outline" | | X |
| 84 | | AB00276605 AB00276625-30 | Pages from "Renewal Proposal – April 2006" | X | |
| 85 | | AB00288253 AB00288255-264 | Pages from "Resequencing Report for BAC1065" | X | |
| 86 | 103 | AB00144354-144433 | Pages from Supplemental funding request for NHGRI Grant R01 HG003570 | | X |
| 87 | | AB00045942 AB00045944-45 | Pages from AB presentation | X | |
| 88 | | AB00137210 AB00137212-16 | Pages from AB presentation | X | |
| 89 | | AB00137217 | "SOLiD Consumables Price List" | X | |
| 90 | | AB00067012 AB00067015-16 | Pages from "Center for Terabase Applications in Genomics (CTAG) Strategy" | X | |
| 91 | | AB00131100 AB00131104 AB00131107 | Pages from "Discovery R1B Product Requirements Document," Version 3.0 | X | |
| 92 | | AB00045214-31 | Purchase agreement | X | |

**Defendants' Exhibit List; Exhibit A to Defendants' Rule 26(a)(3) Pretrial Disclosures**
**Case No: 07-cv-02845 wha**
**Page 4 of** 7

| NO. | DEP. EX NO. | BATES NO. | DESCRIPTION | EXPECT TO OFFER | MAY OFFER |
|---|---|---|---|---|---|
| 93 | | AB00138981-00139015 | "Broad On-Site Training Week" | X | |
| 94 | | AB00138939-00138956 | "Broad On-Site Training" | X | |
| 95 | | AB00139492-00139507 | "Broad Institute R1a006 Instrument first run" | X | |
| 96 | | AB00145315-00145336 | "Broad Institute R1a006 Instrument second run" | X | |
| 97 | | AB00145782-00145789 | "covP1 Bead Comparison" re Washington University run | X | |
| 98 | | AB00145773-00145781 | Presentation re acceptance runs performed at Washington University | X | |
| 99 | 106 | AB00147319-00147328 | Probe orders | X | |
| 100 | 107 | AB00160770-00160771 | Pages from "Cleavable hexamer scheme" | X | |
| 101 | 110 | AB00276276-77 | Pages from APG lab task list by G. Costa | X | |
| 102 | 111 | AB00276286 AB00276289 | Pages from APG lab task list by G. Costa | X | |
| 103 | 113 | AB00287982-00288005 | Project Garnet Due Diligence Kickoff Presentation | X | |
| 104 | 200 | | Siuta curriculum vitae | X | |
| 105 | 201 | | Siuta Report Ex. C. (list of licenses and agreements of the parties) | X | |
| 106 | | ILL044534-044582 and ILL100001-100004 | Collaboration Agreement dated October 1, 2000 between Takara Shuzo Co., Ltd. and Lynx Therapeutics, Inc., Amendment to Collaboration Agreement dated December 19, 2002, and Amendment to Collaboration Agreement dated June 30, 2003 | X | |
| 107 | | ILL025541-25708 and AB07649-07810 | "DNA Sequencing Equipment and Service Markets," a Kalorama Information Market Intelligence Report, dated June 2007 | X | |
| 108 | | ILL50323 (part 2) | Definition of COG | | X |
| 109 | | AB75582-75644 | AB SOLiD Commercial Opportunity Draft Final Presentation dated June 2007, Next Generation Sequencing market study | X | |
| 110 | | AB301288-301308 | Sequencer License Agreement dated January 1, 2002 between SPECTRUMEDIX CORPORATION and PE Corporation | X | |
| 111 | | AB301319-301330 | Sublicense Agreement dated July 30, 1999 between SpectruMedix Corporation and The Perkin-Elmer Corporation | X | |
| 112 | | AB300958-300983 | License to Amersham dated April 1, 1996 between The Perkin-Elmer Corporation and Amersham International PLC | X | |

| No. | Dep. Ex No. | Bates No. | Description | Expect to Offer | May Offer |
|---|---|---|---|---|---|
| 113 | | AB301511-301531 | Capillary Electrophoresis Patent License Agreement dated April 25, 2006 between Applera Corporation and Beckman Coulter, Inc. | X | |
| 114 | | AB007163-7212 | Applera Corporation – Applied Biosystems Group dated December 2006: Valuation of the Intangible Assets of Agencourt Personal Genomics, Inc. as of July 7, 2006 | X | |
| 115 | | ILL30568-30571 | For ABI, Developing Agencourt's Sequencing Technology is a High Priority by Julia Karow, a GenomeWeb news reporter | X | |
| 116 | | AB225994-225997 | Applied Biosystems News Release dated May 30, 2006: re AB acquisition of Agencourt Personal Genomics | X | |
| 117 | | ILL24565-24577 | Letter dated March 29, 2006 from Jay Flatley, Illumina, Inc., to Brian McKernan, Agencourt Personal Genomics, Inc. regarding Illumina's possible acquisition of Agencourt | X | |
| 118 | | ILL025463-25465 | Agencourt Sequencing Technology – From Kevin McKernan's Presentation at AGBT '06, Marco Island, Florida, February 9, 2006 | X | |
| 119 | | AB0276791-276821 | Agencourt Personal Genomics Bead-Based Polony Sequencing, Marco Island, February 2006 | X | |
| 120 | | AB046261-46278 | Applied Biosystems Executive Summary – Next Generation market analysis dated January 2007 | X | |
| 121 | | AB047983-47985 | Applied Biosystems SOLiD system hardware price list dated September 2007, Bates Nos | X | |
| 122 | | AB045942-45961 | Applied Biosystems SOLiD system Consumables dated 2007 | X | |
| 123 | | AB137210-137217 | Applied Biosystems SOLiD system specifications and consumables price list dated 2007 | X | |
| 124 | | AB0289941-289944 | Applied Biosystems FY08: High Throughput Systems forecast | X | |
| 125 | | AB008570 | AB SOLiD Products Orders, Billings, Entered Revenue, and Standard Costs | X | |
| 126 | 353 | Cox | Letter dated 05/20/08 from Eric Pai to John Labbe with attached spreadsheets | | X |
| 127 | 356 | Cox AB00007163-202 | Houlihan Lokey report entitled "Valuation of the Intangible Assets of Agencourt Personal Genomics, Inc., as of July 7, 2006" | X | |
| 128 | | Dkt. No. 179 | Order on issues regarding discovery dated April 3, 2008 | | X |
| 129 | | AB00084985-84989 | "The Quest for the $1,000 Human Genome" | | X |

**Defendants' Exhibit List; Exhibit A to Defendants' Rule 26(a)(3) Pretrial Disclosures**
**Case No: 07-cv-02845 wha**
**Page 6 of** 7

| No. | Dep. Ex No. | Bates No. | Description | Expect to Offer | May Offer |
|---|---|---|---|---|---|
| 130 | | ILL000263-267 | Office Action in re U.S. Patent Application Serial No. 08/424,663, dated April 16, 1996 | | X |
| 131 | | ILL000280-291 | "Amendment" in re U.S. Patent Application Serial No. 08/424,663, dated October 16, 1996 | | X |
| 132 | | ILL031627-31628 | Applied Biosystems Press Release, "PE Biosystems Announces Launch of ABI Prism 3100 Genetic Analyzer," dated April 15, 2000 | | X |
| 133 | | Dkt. No. 74-2 | AB Publication, "Twenty-Five Years of Advancing Science," dated June 2006. | | X |
| 134 | | AB00000118-131 | U.S. Patent No. 5,403,708 | X | |
| 135 | | MAC001482-84 | Release | | X |
| 136 | | AB007315-AB7450 | Merger Agreement for Applera Corporation Acquisition of Agencourt Personal Genomics, Inc. | | X |
| 137 | | | Technology Transfer email dated July 28 at 11am | X | |
| 138 | | | Applera Corporation - Applied Biosystems Group's Final Invalidity Contentions, April 11, 2008 | | X |

**Defendants' Exhibit List; Exhibit A to Defendants' Rule 26(a)(3) Pretrial Disclosures**
**Case No: 07-cv-02845 wha**
**Page 7 of 7**