IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION, | No. C 07-02845 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| ILLUMINA, INC., et al., | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Pretrial Conference previously set for September 8, 2008 at 2:00 p.m. has been rescheduled for **September 8, 2008 at 10:00 a.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   September 4, 2008                                        FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
       Dawn Toland
       Courtroom Deputy to the
       Honorable William Alsup