**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 8, 2008

Case No.  C 07-02845 WHA

Title: APPLERA CORP v. ILLUMINA INC

Plaintiff Attorneys: Eric Pai; Brian Kramer; David Doyle; Bryan Wilson

Defense Attorneys: Thomas Ross; Kevin Flowers; John Labbe

Deputy Clerk:  Dawn Toland             Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Pretrial Conference - HELD

2)   

Continued to  9/29/08 at 7:30am  for Jury Trial

**ORDERED AFTER HEARING:**

Court ruled on the motions in limine. Parties shall submit a proposed order with the rulings next week.

Plaintiff's Motions: #1 -  Granted.   #2 - Withdrawn.  #3 - 5 page expert addendum due by 9/12/08, then a deposition can be taken; a 5 page reply can be filed.

Defendant's Motions: #1 - Denied in Part/Granted in Part. #2 Denied. #3 - Granted. #4 - Granted. #5 - Granted, for now, but each side can submit 5 page brief on it by 9/12/08.

Each side shall have 20 hours for their case-in-chief and 30 minutes for their opening statements. Parties agree to select 10 jurors.  Each side can only have one corporate representative  present during trial.  Court showed  plaintiff's corporate rep. Chris Cabou and defendant's corporate rep, Curtis McFarrin the jury room.