1  BRYAN WILSON (CA SBN 138842)
   ERIC C. PAI (CA SBN 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California  92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.    C07 02845 WHA |
| 18 | **[PROPOSED] ORDER GRANTING APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT OF NONINFRINGEMENT OF '119 PATENT** |
| 19                Plaintiff, | |
| 20        v. | |
| 21  ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| 22 | |
| 23                Defendants. | Trial Date:  September 29, 2008 |
| 24 | Time:        7:30 a.m.<br>Place:       Courtroom 9, 19th Floor<br>Judge:       William H. Alsup |

25

26

27

28

1    This matter comes before the Court on Plaintiff Applera Corporation – Applied

2    Biosystems Group's ("AB") Motion for Leave to File Motion for Reconsideration of Summary

3    Judgment of Noninfringement of '119 Patent.  Having considered the arguments and evidence

4    submitted and for good cause appearing:

5    IT IS HEREBY ORDERED THAT AB's motion is GRANTED.  AB shall be permitted to

6    file its motion for reconsideration.

7    IT IS SO ORDERED.

8

9    Dated: _____    _____

10                                                                    WILLIAM H. ALSUP
                                                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28