1  BRYAN WILSON (CA SBN 138842)
   ERIC C. PAI (CA SBN 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California 92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                          SAN FRANCISCO DIVISION

16

17 | APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No.   C07 02845 WHA |
|---|---|
| Plaintiff, | **DECLARATION OF STEVEN E. COMER IN SUPPORT OF APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT OF NONINFRINGEMENT OF '119 PATENT** |
| v. | |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| Defendants. | |
| | Trial Date: September 29, 2008<br>Time:       7:30 a.m.<br>Place:      Courtroom 9, 19th Floor<br>Judge:      William H. Alsup |

COMER DECL ISO AB'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
Case No. C07 02845 WHA
pa-1282440

I, Steven E. Comer, declare:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of AB's Motion for Leave to File Motion for Reconsideration of Summary Judgment of Noninfringement of '119 Patent.

2. Attached hereto as Exhibit 1 is a true and correct copy of the slip opinion issued by the U.S. Court of Appeals for the Federal Circuit in *Carnegie Mellon University v. Hoffmann-La Roche Inc. et al.*, Nos. 2007-1266 and 2007-1267 (Fed. Cir. Sept. 8, 2008), *available at* http://www.cafc.uscourts.gov/opinions/07-1266.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 11, 2008, in San Diego, California.

                                                                         /s/ Steven E. Comer
                                                                          Steven E. Comer