1  BRYAN WILSON (CA SBN 138842)
   ERIC C. PAI (CA SBN 247604)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   E-Mail: BWilson@mofo.com; EPai@mofo.com
5
   DAVID C. DOYLE (CA SBN 70690)
6  STEVEN E. COMER (CA SBN 154384)
   BRIAN M. KRAMER (CA SBN 212107)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California 92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125
   E-Mail: DDoyle@mofo.com; SComer@mofo.com;
10 BMKramer@mofo.com

11 Attorneys for Plaintiff
   APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | APPLERA CORPORATION – APPLIED | Case No.   C07 02845 WHA |
   | BIOSYSTEMS GROUP, a Delaware corporation, | |
18 | | **DECLARATION OF BRIAN M.** |
   | Plaintiff, | **KRAMER IN SUPPORT OF** |
19 | | **APPLERA CORPORATION—** |
   | v. | **APPLIED BIOSYSTEMS** |
20 | | **GROUP'S SUPPLEMENTAL** |
   | ILLUMINA, INC., a Delaware corporation, | **BRIEF IN OPPOSITION TO** |
21 | SOLEXA, INC., a Delaware corporation, and | **DEFENDANTS' MOTION IN** |
   | STEPHEN C. MACEVICZ, an individual, | **LIMINE NO. 5 REGARDING** |
22 | | **HARMLESSNESS OF** |
   | Defendants. | **INTRODUCING BRENNAN** |
23 | | **PATENT AS PART OF '119** |
   | | **PATENT INVALIDITY DEFENSE** |
24
                                    Trial Date: September 29, 2008
25                                  Time:       7:30 a.m.
                                    Place:      Courtroom 9, 19th Floor
26                                  Judge:      William H. Alsup

27

28

KRAMER DEC ISO AB'S BRIEF RE HARMLESSNESS OF DISCLOSURE OF BRENNAN PATENT
Case No. C07 02845 WHA
sd-441767

1   I, Brian M. Kramer, declare as follows:

2   1.   I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Applera Corporation – Applied Biosystems Group ("AB"). I am an attorney duly licensed to practice law in the courts of the State of California and am a member of the Bar of this Court. I make this declaration in support of AB's Supplemental Brief in Opposition to Defendants' Motion in Limine No. 5 Regarding Harmlessness of Introducing Brennan Patent as Part of '119 Patent Invalidity Defense.

2.   Attached hereto as **Exhibit 1** is a true and correct copy of excerpt pages from the deposition transcript of Keith C. Backman, taken June 27, 2008.

3.   Attached hereto as **Exhibit 2** is a true and correct copy of excerpt pages from the Expert Rebuttal Report of Keith C. Backman, dated June 13, 2008.

4.   Attached hereto as **Exhibit 3** is a true and correct copy of excerpt pages from a rough draft of the transcript of the September 8, 2008 Final Pretrial Conference, provided by the court reporter today.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 12, 2008, in San Diego, California.

/s/ Brian M. Kramer
Brian M. Kramer