```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                  SAN FRANCISCO DIVISION
 3
 4    --------------------------- x
      APPLERA CORPORATION -
 5    APPLIED BIOSYSTEMS GROUP,
      a Delaware corporation,
 6              Plaintiff,
 7    v.                                      Case Number
                                              C07 02845 WHA
 8    ILLUMINA, INC, a Delaware
       corporation, SOLEXA, INC.,
 9     a Delaware corporation,
      and STEPHEN C. MACEVICZ,
10    an individual,
11              Defendants.
      --------------------------- x
12
13          DEPOSITION OF KEITH C. BACKMAN, Ph.D., a
14       witness called by and on behalf of the
15       Plaintiff, taken pursuant to the applicable
16       provisions of the Federal Rules of Civil
17       Procedure, before Dana Welch, CSR, Registered
18       Professional Reporter, Certified Realtime
19       Reporter, and Notary Public, in and for the
20       Commonwealth of Massachusetts, at Regus
21       Center, 60 State Street, Suite 700, Boston,
22       Massachusetts, on June 27, 2008, commencing at
23       8:51 a.m.
24
25
```

SHARI MOSS & ASSOCIATES  (650) 692-8900
EXHIBIT 1

Page 6

```
 1        A.   I can't put an exact time on that.  I
 2   think I was contacted in the late part of last
 3   year, 2007, regarding my availability.  And then I
 4   think sometime in the spring, maybe March, I'm not
 5   sure, I began having serious discussions about the
 6   topic matter of documents and that kind of thing.
 7        Q.   When did you start working on the case?
 8        A.   Like I said, serious discussions sometime
 9   in the spring.
10        Q.   So before the spring, you weren't doing
11   any work on the case?
12        A.   I may have read once through the patents.
13   But no; I think my serious billings began in the
14   spring.
15        Q.   Did you assist with the claim construction
16   process in this case?
17        A.   No.
18        Q.   How many hours have you spent so far?
19        A.   Neighborhood of 100, on the high side of
20   that, you know, 110, 120, I would guess.
21        Q.   Who contacted you about becoming an expert
22   in this case?
23        A.   The fellow's name was Cullen Pendleton.
24        Q.   How did he find you?
25        A.   I have no idea.
```