```
                                              Pages 1 - ckck

              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
        BEFORE THE HONORABLE WILLIAM H. ALSUP, JUDGE

APPLERA CORPORATION-APPLIED    )
BIOSYSTEMS GROUP, A Delaware   )
Corporation,                   )
                               )
           Plaintiff,          )
                               )
    v.                         )   NO. C 07-2845 WHA
                               )
ILLUMINA, INC., ET AL.,        )
                               )
           Defendants.         )
_____)
                                       San Francisco, California
                                       Monday, September 8, 2008

           ROUGH DRAFT***TRANSCRIPT OF PROCEEDINGS
APPEARANCES:

For Plaintiff:         Morrison & Foerster
                       12531 High Bluff Drive
                       Suite 100
                       San Diego, California  92130-2040
                 BY:   DAVID C. DOYLE, ESQ.
                       BRIAN M. KRAMER, ESQ.
                       and
                       Morrison & Foerster
                       755 Page Mill Road
                       Palo Alto, California  94304-1018
                 BY:   BRYAN J. WILSON, ESQ.
                       ERIC C. PAI, ESQ.

For Defendant:         Marshall, Gerstein & Borun
                       233 South Wacker Drive
                       6300 Sears Tower
                       Chicago, Illinois  60606-6357
                 BY:   THOMAS J. ROSS, ESQ.
                       KEVIN M. FLOWERS, ESQ.
                       JOHN R. LABBE', ESQ.

Also Present:          KURTIS MACFERRIN, ESQ.
                       CHRIS CABOU, ESQ.

Reported By:           BELLE BALL, CSR, RMR, CRR
                       Official Reporter
```

Belle Ball, CSR, RMR, CRR   (415) 373-2529
Official Reporter, U. S. District Court

EXHIBIT 3

1    **THE COURT:** Did the -- did the -- all right, so
2    when your -- did your expert report, did your expert claim that
3    Claim 1 of the '119 was obvious, based upon Mag plus Brennan?
4    **MR. KRAMER:** Yes, that's what his expert report says.
5    **THE COURT:** Did the other side have an expert report
6    that addressed that issue?
7    **MR. KRAMER:** Yes. I believe, here -- I think that's
8    right, Your Honor.
9    **THE COURT:** What did that expert say on Mag versus --
10   Mag plus Brennan equals obvious?
11   **MR. KRAMER:** He gave an opinion on it, I believe.
12   And I don't want to put words on what their expert said, but it
13   was addressed. It wasn't completely ignored. But I don't have
14   their expert report in front of me.
15   **THE COURT:** Hang on. What's the harm? If your
16   expert has already considered it, why isn't this harmless?
17   **MR. FLOWERS:** Well, what our expert said was --
18   **THE COURT:** Come up here, so the Reporter can hear
19   you.
20   **MR. FLOWERS:** What our expert said was they didn't
21   put this in their invalidity contentions. I've just now seen
22   it in this expert report. And, no, it's not obvious, based on
23   that.
24   **THE COURT:** Is that -- is his report in here
25   somewhere?

1          MR. FLOWERS: I think -- I can't point you to the
2     exhibit, off the top of my head.
3          THE COURT: Who is Metzger?
4          MR. FLOWERS: Metzger is AB's expert, Your Honor.
5          THE COURT: All right. So, where is your expert
6     report, then? Mr. Flowers? Is yours Mr. Sibson?
7          MR. FLOWERS: No, Your Honor. It's Backman. And I
8     can't recall us putting in the complete Backman report as an
9     exhibit in this briefing.
10         THE COURT: Do you have the part that deals with
11    this?
12         MR. FLOWERS: Yes, Your Honor. We have -- we have,
13    in his expert report, we have a section that deals with the
14    '119 Claim 1 issue.
15         THE COURT: I would just like to read what he says.
16    Where is that? What tab do I look at?
17         MR. FLOWERS: That's -- I just don't recall that we
18    actually submitted that entire expert report.
19         THE COURT: Do you have the part that you did submit?
20    Where can I find that?
21         MR. FLOWERS: I don't think in this -- I don't think
22    in this briefing we submitted the Backman report, Your Honor.
23         THE COURT: Do you have it here in the courtroom?
24         MR. KRAMER: Your Honor, I believe it has been
25    submitted to the Court at some point as part of the oppositions

1    to the motions for summary judgment.  But I don't have it with
2    me.
3             **THE COURT:**  I don't have it with me.  Does anyone
4    have it, here in the courtroom?
5             **MR. ROSS:**  (Shakes head)
6             **MR. FLOWERS:**  I don't, Your Honor.
7             **THE COURT:**  Well, we have been going a long time.
8    And we are going take a short break, anyway, and maybe my law
9    clerk can find it.
10            So, we will take 25 minutes, and resume at 12:30.  If
11   you want to get a quick bite to eat, you might do that.
12                  (Recess taken from 12:05 to 12:41 p.m.)
13            **THE COURT:**  Please be seated.
14            We could not find that expert report, so, do you have
15   a copy here, in any way?
16            **MR. KRAMER:**  We do, Your Honor.  It's -- we have a
17   copy on a laptop.  We don't have a paper copy.  We weren't able
18   to print a copy during the --
19            **THE COURT:**  I don't know how good that is.  Bring it
20   up here, and read the relevant portions.  How lengthy is the
21   relevant portion?
22            **MR. KRAMER:**  Two pages.  It's page 85 and 86 of the
23   June 13th, 2008 --
24            **THE COURT:**  I don't think we should read two pages
25   into the record.