1  THOMAS I. ROSS (admitted *pro hac vice*)
   KEVIN M. FLOWERS (admitted *pro hac vice*)
2  JEFFREY H. DEAN (admitted *pro hac vice*)
   MARK H. IZRAELEWICZ (admitted *pro hac vice*)
3  JOHN R. LABBE (admitted *pro hac vice*)
   CULLEN N. PENDLETON (admitted *pro hac vice*)
4  MARSHALL, GERSTEIN & BORUN LLP
   6300 Sears Tower
5  233 South Wacker Drive
   Chicago, Illinois 60606-6357
6  (312) 474-6300 (telephone)
   (312) 474-0448 (facsimile)
7  E-Mail: tross@marshallip.com
   E-Mail: kflowers@marshallip.com
8  E-Mail: jdean@marshallip.com
   E-Mail: mizraelewicz@marshallip.com
9  E-Mail: jlabbe@marshallip.com
   E-Mail: cpendleton@marshallip.com

Counsel for Defendants
ILLUMINA, INC., SOLEXA, INC.,
and STEPHEN C. MACEVICZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION—APPLIED BIOSYSTEMS GROUP, a Delaware corporation, | Case No. 07-CV-02845 WHA |
| Plaintiff/counterdefendant, | District Judge William H. Alsup |
| - vs. - | **DECLARATION OF MARK H. IZRAELEWICZ IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION IN LIMINE NO. 5** |
| ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual, | |
| Defendants/counterclaimants. | |

**DECLARATION OF MARK H. IZRAELEWICZ IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION IN LIMINE NO. 5;
CASE NO: 07-CV-02845 WHA**

I, Mark H. Izraelewicz, declare:

1. I am an attorney at Marshall, Gerstein, and Borun LLP, counsel of record for Defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. I am admitted *pro hac vice* to practice before this Court in this case.

2. I make this declaration in support of Defendants' Supplemental Brief in Support of Motion in Limine No. 5.

3. The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

4. Exhibit 1 hereto is a true and correct copy of select pages from the rough draft of the transcript of proceedings before Judge Alsup on September 8, 2008 in the above-captioned case.

5. Exhibit 2 hereto is a true and correct copy of Solexa, Inc.'s Responses and Objections to Applera Corporation – Applied Biosystems Group's Second Set of Interrogatories to Solexa, Inc. [Nos. 4-5], which was served on April 28, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 12, 2008        /s/ Mark H. Izraelewicz
                                 Mark H. Izraelewicz

**DECLARATION OF MARK H. IZRAELEWICZ IN SUPPORT OF
DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION IN LIMINE NO. 5;
CASE NO: 07-CV-02845 WHA**

-1-