1   THOMAS I. ROSS (admitted *pro hac vice*)
    KEVIN M. FLOWERS (admitted *pro hac vice*)
2   JEFFREY H. DEAN (admitted *pro hac vice*)
    MARK H. IZRAELEWICZ (admitted *pro hac vice*)
3   JOHN R. LABBE (admitted *pro hac vice*)
    CULLEN N. PENDLETON (admitted *pro hac vice*)
4   MARSHALL, GERSTEIN & BORUN LLP
    6300 Sears Tower
5   233 South Wacker Drive
    Chicago, Illinois 60606-6357
6   (312) 474-6300 (telephone)
    (312) 474-0448 (facsimile)
7   E-Mail: tross@marshallip.com
    E-Mail: kflowers@marshallip.com
8   E-Mail: jdean@marshallip.com
    E-Mail: mizraelewicz@marshallip.com
9   E-Mail: jlabbe@marshallip.com
    E-Mail: cpendleton@marshallip.com
10
    Counsel for Defendants
11  ILLUMINA, INC., SOLEXA, INC.,
    and STEPHEN C. MACEVICZ
12

13

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                 **SAN FRANCISCO DIVISION**

17   _____
                                        )
18   APPLERA CORPORATION—APPLIED         )   Case No. 07-CV-02845 WHA
19   BIOSYSTEMS GROUP, a Delaware        )
     corporation,                        )
                                         )   Judge William H. Alsup
20                                       )
21              Plaintiff/counterdefendant,  )   **DEFENDANTS' RULE 26(a)(3)(B)**
                                         )   **OBJECTIONS TO PLAINTIFF'S**
22   - vs. -                             )   **EXHIBIT LIST**
                                         )
23   ILLUMINA, INC., a Delaware corporation, )
24   SOLEXA, INC., a Delaware corporation,   )   Trial: Sept. 29, 2008
     and STEPHEN C. MACEVICZ, an          )
25   individual,                          )   Courtroom 9, 19th Floor
                                          )
26              Defendants/counterclaimants. )
27   _____)

28

---

1    Pursuant to F.R.C.P. 26(a)(3)(B), the Defendants identify the following objections

2    that they may make to the admissibility of materials that Plaintiff identified under

3    F.R.C.P. 26(a)(3)(A)(iii):

| No. | Description | Objections |
|-----|-------------|------------|
| 1 | Job Description - Senior Patent Attorney (MAC001906) | No objection |
| 2 | Manual - Applied Biosystems - Code of Business Ethics Policy (MAC001120-1127) | FRE 402 & 403 |
| 3 | Applied Biosystems, Inc. - Employee Invention Agreement, 5/4/1992 (MAC001903-1905) | FRE 801 & 802 |
| 4 | Corporate Services Agreement between Applied Biosystems, Inc. and Lynx Therapeutics, Inc., 6/30/1992 (ILL002248-2254) | No objection |
| 5 | Memorandum from David Bunker re: Support to Therapeutics Group (Lynx), 7/9/1992 | No objection |
| 6 | Letter from Sam Eltr, Lynx, to Steve Macevicz extending offer for the position of Vice President, Intellectual Property, 6/1/1995 (ILL000869-870) | No objection |
| 7 | Lynx Therapeutics, Inc. - Employee Invention Agreement with Stephen C. Macevicz, 9/21/1995 (SOL0009-11) | No objection |
| 8 | Stephen C. Macevicz's Assignment to Lynx Therapeutics, Inc. for application number 08/091,603, 08/436,084, 08/436,528, and 08/424,663, 8/31/1995 (COOLEY 000009-10) | No objection |
| 9 | USPTO - Notice of Recordation of Assignment Document, 2/1/1996 (COOLEY 000006-8) | No objection |
| 10 | Development Agreement between Lynx Therapeutics, Inc. and Dr. Sydney Brenner, 5/11/1994 (MAC00975-983) | No objection |
| 11 | Fax from Steve Macevicz to Sam Eletr attaching Agreement between Lynx Therapeutics, Inc. and Dr. Stephen C. Macevicz, 11/1/1994 (MAC00944-949) | FRE 402 & 403 |
| 12 | Letter from Norrie Russell, Lynx Therapeutics, Inc. to Steve Macevicz re: Performance Evaluation, 12/13/2000 (MAC001109-1118) | No objection |
| 13 | Kathy A. San Roman's employee files from Applied Biosystems, Inc. includes Letter from Sam Eletr, Genetic Systems Corp., to Kathy A. San Roman extending offer of employment, Employee Invention Agreement, and a resume, 6/18/1981 | FRE 402 & 403 FRE 801 & 802 |
| 14 | Illumina Response to Interrogatories, Set 1, 10/1/2007 | FRE 402 & 403 |
| 15 | Letter from Sam Eletr, Lynx, to Joseph Smith, Esq., Applied Biosystems re: Applied Biosystems' rights in Lynx technology, 12/16/1994 (MHUNK017659-17660) | FRE 402 & 403 |
| 16 | Indemnity Agreement between Lynx Therapeutics, Inc. and Steve Macevicz, 5/1/1995 (MAC001324-1330) | FRE 402 & 403 FRE 801 & 802 |

| | | | |
|---|---|---|---|
| 17 | Letter from Dara Tabesh, Esq. to John R. Labbe, Esq. enclosing Notice of Rule 30(b)(6) Deposition of Illumina, Inc. and Request For Production Of Documents, 10/26/2007 | FRE 402 & 403 |
| 18 | Cooley Godward Kronish, LLP's Privilege and Redaction Log, 11/7/2007 | FRE 402 & 403 |
| 19 | Letter from Steve Macevicz to Mike Hunkapiller regarding leaving Perkin-Elmer, 6/6/1995 | No objection |
| 20 | Memorandum from Steve Macevicz to Hugo Santos re: Extension of termination date to August 1, 6/27/1995 | No objection |
| 21 | Letter from Suzanne Preston, Applied Biosystems, to Stephen C. Macevicz extending offer of employment, 3/17/1992 | No objection |
| 22 | Resume of Stephen C. Macevicz | No objection |
| 23 | Computational Notebook from Stephen C. Macevicz (01/31/91-01/04/95) (MAC00026-87) | FRE 106 |
| 24 | Agreement of Assignment and License of Intellectual Property Rights between Applied Biosystems and Lynx Therapeutics, 6/30/1991 (AB00301257-301265) | FRE 402 & 403 |
| 25 | Invention Data entitled, "Improved DNA Typing By Analysis of Repetitive Sequence Length Polymorphisms", 3/5/2007 | FRE 402 & 403 |
| 26 | Applied Biosystems - Performance Review for Stephen C. Macevicz, 5/19/1994 | FRE 402 & 403 |
| 27 | Declaration Concerning Sequence Listing Under 37 C.F.R. 1.821 from the patent prosecution history of 5,750,341, 4/17/1995 | No objection |
| 28 | Declaration and Power of Attorney for Patent Application from the patent prosecution history of application 08/424,663, 4/17/1995 | No objection |
| 29 | Memorandum from Steve Macevicz to Brock Siegel, Perkin Elmer, re: PE/ABD obligations under the Lynx-ABI Agreement, 5/25/1995 | FRE 402 & 403 |
| 30 | Interoffice Memorandum from John R. Van Camp, Glen Powell, and Alex Andrus to Steve Macevicz re: Lynx Technology Disclosure Agreement, 6/19/1995 | No objection |
| 31 | Perkin-Elmer Applied Biosystems Division Supervisor's Exit Checklist for Stephen Macevicz, 8/7/1995 | FRE 402 & 403 |
| 32 | Letter from Stephen C. Macevicz, Lynx, to Michael Hunkapiller re: Dr. Andrew Blasband, 2/4/1997 | FRE 402 & 403 |
| 33 | U.S. Patent No. 5,624,800, 4/29/1997 | FRE 402 & 403 FRE 801 & 802 |
| 34 | U.S. Patent No. 5,654,442, 8/5/1997 | No objection |
| 35 | Spectragen, Inc.'s Nonstatutory Stock Option granted to Steve Macevicz, 9/11/1995 (ILL000912-917) | No objection |

| 36 | Macevicz notebook pages signed by Paul Grossman entitled, "Sequences by extension with oligonucleotide probes", 7/9/1994 (MAC00079-83) | FRE 106 |
|---|---|---|
| 37 | U.S. Patent No. 5,552,278, 9/3/1996 | No objection |
| 38 | Agreement between Applied Biosystems, Inc. and Stephen C. Macevicz assigning rights of U.S. Patent No. 5,002,867 to ABI, 8/6/1992 (MHUNK024558-24561) | No objection |
| 39 | U.S. Patent No. 5,750,341, 5/12/1998 (AB00167330-167348) | No objection |
| 40 | Results 2-1-2006, 2/1/2006 (AB00002863-2870) | FRE 106 |
| 41 | U.S. Patent No. 5,366,860 (Bergot), 11/22/1994 | No objection |
| 42 | U.S. Patent No. 5,969,119 (Macevicz), 10/19/1999 (VP 00020-36) | No objection |
| 43 | U.S. Patent No. 6,306,597 B1 (Macevicz), 10/23/2001 (VP 00037-54) | No objection |
| 44 | Associate Power of Attorney, filed with the USPTO for Serial No. 08/424,663, signed by Peter J. Dehlinger, 10/21/1996 (ILL000278) | No objection |
| 45 | Minutes Meeting of the Board of Directors Spectragen, Inc., 8/14/1995 (ILL000997-998) | No objection |
| 46 | Applied Biosystems, Inc. Employee Invention Agreement signed by Stephen C. Macevicz, 5/4/1992 (COOLEY 000413-415) | No objection |
| 47 | Lynx Therapeutics, Inc. Employee Invention Agreement, signed by Stephen C. Macevicz, 9/21/1995 (COOLEY 000408-410) | No objection |
| 48 | Minutes Regular Meeting of the Board of Directors Lynx Therapeutics, Inc., 7/31/1995 (ILL000986-988) | No objection |
| 49 | Redacted email string from Linda Rubinstein to John West; Nicola Baker-Munton; and Tony Smith re: Jupiter: diligence on Saturn IP attaching Ownership Questions (edited with comments), 11/4/2006 (COOLEY 000745-752) | FRE 402 & 403 |
| 50 | Redacted email string from Linda Rubinstein to Nicola Baker-Munton; James Kitch; and John Brotten re: RE: Jupiter: diligence on Saturn IP (Perkins Coie), 11/5/2006 (COOLEY 000742-744) | FRE 402 & 403 |
| 51 | Redacted email string from Kevin Flowers to Bryan Wilson re: FW: Stephen Macevicz, 11/6/2006 (COOLEY 000650-651) | FRE 402 & 403 |
| 52 | Redacted email string from Kevin Flowers to Bryan Wilson re: FW: Stephen Macevicz, 11/6/2006 (COOLEY 000652-653) | FRE 402 & 403 |
| 53 | Redacted email string from John Brotten to Trevor Dutcher and Scott Hsu re: FW: Jupiter: diligence on Saturn IP, 11/6/2006 (COOLEY 000757-760) | FRE 402 & 403 |

| 54 | Redacted email string from Trevor Dutcher to Scott Hsu FW: Review of Assignments (cases not yet recorded at USPTO), 11/7/2006 (COOLEY 000753-756) | FRE 402 & 403 |
|---|---|---|
| 55 | Redacted email string from Nicola Baker-Munton to Trevor Dutcher Re: Review of Assignments (cases not yet recorded at USPTO), 11/10/2006 (COOLEY 000737-741) | FRE 402 & 403 |
| 56 | Redacted email string from Bryan Wilson to Kevin Flowers re: AB v. Solexa, 12/27/2006 (COOLEY 000644-645) | FRE 402 & 403 |
| 57 | Redacted email string from Bryan Wilson to Kevin Flowers re: AB v. Solexa, 12/27/2006 (COOLEY 000646-649) | FRE 402 & 403 |
| 58 | Redacted email string from Bryan Wilson to Kevin Flowers re: AB v. Solexa, 12/27/2006 (COOLEY 000654-656) | FRE 402 & 403 |
| 59 | Redacted email string from Bryan Wilson to Kevin Flowers re: AB v. Solexa, 12/27/2006 (COOLEY 000657-659) | FRE 402 & 403 |
| 60 | Redacted email string from Bryan Wilson to Kevin Flowers re: AB v. Solexa, 12/27/2006 (COOLEY 000660-663) | FRE 402 & 403 |
| 61 | Disclosure Schedule from Solexa, Inc. to Illumina, Inc., 11/12/2006 (COOLEY 000264-273) | FRE 402 & 403 |
| 62 | Letter from Tony Smith to Kevin McKernan enclosing U.S. Patent Nos. 6,127,218 and 6,306,597, 3/8/2006 | FRE 402 & 403 |
| 63 | Letter from Bryan Wilson to John West re: U.S. Patent Nos. 5,750,341; 5,969,119; and 6,306,597 and foreign counterparts 6/5/2006 (MAC00094-95) | No objection |
| 64 | Email string from John Stuelpnagel to Stefanie Valentini and John Murphy FW: FTO, 3/30/2006 (ILL024489) | FRE 402 & 403 |
| 65 | Email string from Jay Flatley to Stefanie Valentini, John Murphy, and John Stuelpnagel FW: Inequitable conduct and or validity concerns?, 3/30/2006 (ILL024524-24530) | FRE 402 & 403 |
| 66 | Flatley Handwritten Notes (ILL024676) | FRE 402 & 403 |
| 67 | Letter from Steve Macevicz to Ed Albini re: Agreement to assign patents, 3/30/2001 (ILL000953-955) | No objection |
| 68 | Handwritten notebook pages (MAC001918-1971) | FRE 106 |
| 69 | U.S. Patent No. 5,002,867 (Macevicz), 3/26/1991 (MAC001972-2000) | No objection |
| 70 | Research Proposal - "Proof-of-Principle Tests of Multiprobe Sequencing Technology" by Macevicz, 6/27/1988 (MAC001910-1917) | No objection |
| 71 | Macevicz Letter to Wadler re Settlement of Interference No. 103,419, 5/12/1995 (AB00300713-300715) | FRE 402 & 403 |
| 72 | Drmanac outline and diagram (ILL021743-21748) | FRE 402 & 403 FRE 801 & 802 |
| 73 | Macevicz Fax to Sam Eletr, 9/20/1995 (ILL014182-14181) | FRE 402 & 403 |
| 74 | Invention Disclosure, 5/24/1994 (ILL008628-8632) | FRE 402 & 403 |
| 75 | Business wire Article: Perkin-Elmer and Hyseq collaborate to accelerate the development of DNA chip technology, 6/19/1997 | FRE 402 & 403 FRE 801 & 802 |

| 76 | AB Discovery R1B Product Requirements Document, Version 3.0, 7/17/2007 (AB00131110-131136) | FRE 402 & 403 FRE 801 & 802 |
|---|---|---|
| 77 | Purchase agreement between AB and Baylor College of Medicine (AB00045214-45231) | FRE 402 & 403 FRE 801 & 802 |
| 78 | Mission Statement for Center for Terabase Applications in Genomics (CTAG) Strategy and Proposal of expansion (AB00067012-67019) | FRE 402 & 403 FRE 801 & 802 |
| 79 | AB SOLiD Instrument at Broad powerpoint, 6/4/2007 (AB00138981-139015) | FRE 402 & 403 FRE 801 & 802 |
| 80 | SOLiD CGET Throughput Discovery powerpoint 10/1/2006 (AB00137621-137680) | No objection |
| 81 | SOLiD powerpoint, 11/1/2006 (ILL051205-51241) | FRE 402 & 403 FRE 801 & 802 |
| 82 | SOLiD Investigating Attrition in Cycled Ligation (AB00121757-121795) | All pages except AB00121757; AB00121762-65 AB00121768-69 AB00121771; AB00121773-74 objected to under FRE 402 & 403 |
| 83 | SOLiD User Guide, 10/1/2007 (AB00000683-979) | All pages except AB00000683 AB00000701 AB00000727 AB00000801-804 AB00000875 AB00000905 objected to under FRE 402 & 403 |
| 84 | Required Applied Biosystems Reagent Kits (AB00000803-804) | No objection |
| 85 | Sequencing Run Parameters (AB00029686-29706) | FRE 402 & 403 FRE 801 & 802 |
| 86 | SOLiD Experiment Tracking Systems (SETS) Software, 10/1/2007 (AB00000980-1082) | FRE 402 & 403 FRE 801 & 802 |
| 87 | Consumables Raw Materials Cost (AB00134505-134517) | All pages except AB00134505-6, AB00134512-14 AB00134517 objected to under FRE 402 & 403 |
| 88 | APG Process Technical Brief, 2006 (AB00245396-245403) | No objection |
| 89 | Sequencing by Oligo Ligation, 9/10/2006 (AB00137524-137544) | FRE 402 & 403 FRE 801 & 802 |
| 90 | MCB QBR, 10/30/2006 (AB00122112-122125) | FRE 402 & 403 FRE 801 & 802 |

| 91 | Agencourt Personal Genomics Equipment, 3/31/2005 (AB00136587-136591) | All pages except AB00136589 objected to under FRE 402 & 403 |
|---|---|---|
| 92 | Agencourt Personal Genomics - Project Garnet, 4/1/2006 (AB00136662-136715) | FRE 402 & 403 FRE 801 & 802 |
| 93 | Supplemental Funding Request for Grant R01 HG003570 from Costa and Doug Smith (AB00144354-144433) | No objection |
| 94 | Supplement re Grant Application: 3 R01 HG003570-01S1 (AB00144581-144582) | FRE 402 & 403 FRE 801 & 802 |
| 95 | SOLiD Sequencing R&D Objectives, 1/3/2006 (AB00145079-145082) | FRE 402 & 403 FRE 801 & 802 |
| 96 | Parts Shipment list (AB00147319-147328) | No objection |
| 97 | Cleavable hexamer scheme (AB00160770-160775) | No objection |
| 98 | Resequencing Report for BAC1065, 4/17/2006 (AB00221652-221667) | FRE 402 & 403 FRE 801 & 802 |
| 99 | Discovery Instrument Control Software Proposed Feature Set/Development Plan, 8/4/2006 (AB00245106-245125) | FRE 402 & 403 FRE 801 & 802 |
| 100 | Polony R&D document, 2/24/2006 (AB00276276-276279) | all pages except AB00276276-276277 objected to under FRE 402 & 403 |
| 101 | Polony R&D document, 4/3/2006 (AB00276286-276291) | all pages except AB00276286 AB00276289 objected to under FRE 402 & 403 |
| 102 | Agencourt Sequencing Center Research Plan, 4/1/2006 (AB00276605-276684) | all pages except AB00276605 AB00276625-30 objected to under FRE 402 & 403 |
| 103 | Project Garnet - Due Diligence Kickoff Presentation, 3/20/2006 (AB00287982-288005) | No objection |
| 104 | SOLiD powerpoint, 10/16/2006 (ILL050362-50385) | FRE 402 & 403 FRE 801 & 802 |
| 105 | Bead-Based Polony Sequencing  - NHGRI DNA Sequencing Technology Development Program, 2/7/2006 (ILL051151-51183) | all pages except ILL051151 ILL051157-58 objected to under FRE 402 & 403 |
| 106 | Bead-Based Polony Sequencing Powerpoint presentation, 2/1/2006 (AB00276791-276821) | No objection |
| 107 | Non-infringement opinion letter from Brenda Herschbach Jarrell, 11/18/2005 (ILL024490-24522) | FRE 402 & 403 FRE 801 & 802 |

| | | |
|---|---|---|
| 108 | Email from McKernan to Flatley attaching NHGRI powerpoint for counsel, 2/7/2006 (ILL024456-24488) | FRE 402 FRE 801 & 802 |
| 109 | Email return receipt to McKernan re email re Promising new sequencing approach, 10/2/2004 (AB00296960-296979) | No objection |
| 110 | Amended Notice of Rule 30(B)(6) Deposition of Solexa, Inc., 5/22/2008 | FRE 402 & 403 FRE 801 & 802 |
| 111 | Bear Stearns Analyst Report re Illumina, Inc., 10/24/2006 (ILL047108-47192) | FRE 402 & 403 FRE 702 & 703 FRE 801 & 802 |
| 112 | Illumina Form 10-Q, 3/30/2008 | FRE 402 & 403 |
| 113 | Email chain between Flowers and Fthenakis re 5/1/1996 indemnity agreement, 12/17/2007 (ILL043801-43805) | FRE 402 & 403 FRE 801 & 802 |
| 114 | Letter from Fthenakis to Flowers re AB v. Solexa, Inc. 2/14/2007 (ILL044597) | FRE 402 & 403 |
| 115 | Stephen C. Macevicz's Release, 12/17/2007 (ILL044592-44595) | FRE 402 & 403 |
| 116 | Letter from Wilson to West re Patents 5,750,341; 5,969,119; 6,306,597 and foreign counterparts, 6/5/2006 (COOLEY 000001-5) | No objection |
| 117 | Answers and Objections of Illumina, Inc. to Applied Biosystems' First Set of Interrogatories To Illumina, Inc. [Nos. 1-14], 10/1/2007 | FRE 402 & 403 FRE 801 & 802 |
| 118 | Illumina, Inc.'s Responses and Objections to Applera Corporation - Applied Biosystems Group's Second Set of Interrogatories to Illumina, Inc. [No. 15], 4/25/2008 | FRE 402 & 403 FRE 801 & 802 |
| 119 | Excerpts of Various GA Customer Acceptance Criteria (ILL050323) | FRE 402 & 403 FRE 801 & 802 |
| 120 | Definition of COG (ILL050323) | FRE 402 & 403 |
| 121 | Genome Analyzer Shipments spreadsheet (ILL050323) | FRE 402 & 403 FRE 801 & 802 |
| 122 | Illumina Market Forecast Model, 1/8/2008 (ILL044349-44373) | FRE 402 & 403 FRE 702 & 703 |
| 123 | DNA Sequencing Market spreadsheet, 1/8/2008 (ILL048484-48508) | FRE 402 & 403 FRE 702 & 703 |
| 124 | Institution and Region spreadsheet (ILL048509-48516) | FRE 402 & 403 FRE 801 & 802 FRE 702 & 703 |
| 125 | Project Jupiter, 2006 Marketing &   Budget/Forecast Discussion, 9/8/2006 (ILL025488-25538) | FRE 402 & 403 FRE 702 & 703 |
| 126 | Global Sales Meeting 2008, prepared by Lowe GSM 2008 (ILL048463-48483) | FRE 402 & 403 FRE 702 & 703 |
| 127 | Printout of USPTO website - Patent Assignment for US Patent 6,306,597 | FRE 402 & 403 |
| 128 | Answers and Objections of Illumina, Inc. to Applied Biosystems' First Set of Interrogatories To Illumina, Inc. [Nos. 1-14], 4/17/2008 | FRE 402 & 403 FRE 801 & 802 |

| 129 | Non-Infringement Opinion re US Patent Nos. 5,750,341 and 6,306,597 written by Brenda Herschbach Jarrell, Ph.D., 11/18/2005 (ILL024531-24564) | FRE 402 & 403 FRCP 37(c)(1) |
|---|---|---|
| 130 | Handwritten notes, 2/27/2006 (ILL024598) | FRE 402 & 403 |
| 131 | Confidentiality agreement between Illumina, Inc. and Agencourt Personal Genomics, 12/15/2005 (ILL024799-24803) | FRE 402 & 403 |
| 132 | Addendum to 12/15/2005 Confidentiality agreement between Illumina, Inc. and Agencourt Personal Genomics, 1/23/2006 (ILL024804) | FRE 402 & 403 |
| 133 | IP Due Diligence Issues Relating to Solexa Merger (ILL024844-24849) | FRE 402 & 403 |
| 134 | Letter from Wilson to Flatley re Solexa, Inc., 12/19/2006 (ILL027190-27195) | FRE 402 & 403 FRE 801 & 802 |
| 135 | Letter from Flowers to Wilson re Patents 5,750,341; 5,969,119; 6,306,597, 6/15/2006 (MAC001438) | FRE 402 & 403 |
| 136 | Joint Defense and Confidentiality Agreement, 1/31/2007 (ILL003160-3169) | FRE 402 & 403 |
| 137 | Fax from Fthenakis to Flowers re Applera Corporation v. Super. Ct., Case No. 1-06-CV-077 133, 2/15/2007 (ILL044596-44597) | FRE 402 & 403 |
| 138 | Agreement re Acquisition of Agencourt Personal Genomics by Illumina, 3/29/2006 (ILL024565-24574) | FRE 402 & 403 FRE 801 & 802 |
| 139 | Stephen Macevicz's Personnel Files (AB00001299-1353) | FRE 402 & 403 FRE 801 & 802 |
| 140 | Macevicz Lab Notebook (MAC002001-2212) | No objection |
| 141 | ABI Prism 377 DNA Sequencer (ILL017141-17144) | No objection |
| 142 | 25 Years of Advancing Science, 6/1/2006 (ILL050328-50361) | No objection |
| 143 | ABI Prism DNA Sequencing Chemistry Guide, 5/1/1995 (MAC001542-1611) | No objection |
| 144 | Automated DNA Sequencing Chemistry Guide, 1/1/2000 (ILL050447-50592) | No objection |
| 145 | Collaboration Agreement between HYSEQ, Inc. and The Perkin-Elmer Corporation, 5/30/1997 (AB00300918-300944) | FRE 402 & 403 FRE 801 & 802 |
| 146 | Collaboration Agreement between HYSEQ, Inc. and PE Applied Biosystems, 5/28/1997 (AB00005969-5989) | FRE 402 & 403 FRE 801 & 802 |
| 147 | Sequencing Breakthrough Strategy - Meeting with Lynx, 7/15/2004 (ILL025427-25431) | No objection |
| 148 | Next-Generation Sequencing Technology Strategy - Update with Tony White, 5/17/2005 (AB00402000-402019) | FRE 402 & 403 FRE 801 & 802 |
| 149 | Next generation genetic analysis technologies, 7/1/2006 (AB00068256-68289) | No objection |
| 150 | License Agreement between Agencourt Bioscience and Harvard College, 2/20/2004 (AB00301084-301130) | FRE 402 & 403 FRE 801 & 802 |

DEFENDANTS' RULE 26(A)(3)(B) OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST
CASE NO: 07-CV-02845 WHA

| | | | |
|---|---|---|---|
| | 151 | 1st Amendment to License Agreement between Agencourt Bioscience and Harvard College, 3/24/2004 (AB00301082-301083) | FRE 402 & 403 FRE 801 & 802 |
| | 152 | License Agreement between Agencourt Bioscience and Harvard College, 3/29/2004 (AB00301132-301163) | FRE 402 & 403 FRE 801 & 802 |
| | 153 | Goldscheider, et al., *Use of the 25 Percent Rule in Valuing IP*, 12/1/2002 | No objection |
| | 154 | Expert report of Michael Metzker, Ph.D., 6/13/2008 | FRE 402 & 403 FRE 801 & 802 FRE 701, 702 & 703 |
| | 155 | SOLiD Analysis Tools (SAT) User Guide, 4/1/2008 (AB00008081-8170) | FRE 402 & 403 FRE 801 & 802 |
| | 156 | SOLiD Analysis Tools (SAT) User Guide/Data Files and Processing | FRE 402 & 403 FRE 801 & 802 |
| | 157 | SOLiD Chemistry Sequencing by Oligonucleotide Ligation and Detection, 8/8/2006 (AB00133103-133156) | FRE 402 & 403 FRE 801 & 802 |
| | 158 | SOLiD Chemistry Supported Oligonucleotide Ligation Detection, 6/20/2006 (AB00121847-121894) | FRE 402 & 403 FRE 801 & 802 |
| | 159 | Expert report of Michael Metzker, Ph.D. re Validity, 5/30/2008 | FRE 402 & 403 FRE 801 & 802 FRE 701, 702 & 703 |
| | 160 | Article: *Baylor's Metzker Strives For Four-Laser 'Suitcase Sequencer'* Genome Technology 04.04 | FRE 402 & 403 FRE 801 & 802 |
| | 161 | Patent Application PCT/GB 95/00109 Sibson 1994 (Patent Application), 1/31/1995 (AB00006951-7034) | No objection |
| | 162 | International Patent Application WO 95/20053 ("Sibson 1995"), 7/27/1995 (AB00007065-7143) | No objection |
| | 163 | U.S. Patent No. 6,348,313 ("Sibson 2002"), 2/19/2002 (AB00007035-7064) | No objection |
| | 164 | Article: Matthias Mag, Rainer Schmidt & Joachim W. Engels, *Synthesis and Selective Cleavage of an Oligodeoxynucleotide Containing a Bridged Non-Chiral Internucleotide 3'-Phosphoramidate Linkage*, Tetrahcdron Letters, Vol. 33(48):7319-7322 (1992), 7/20/1992 (AB00000013-16) | No objection |
| | 165 | U.S. Patent No. 4,883,750, 11/28/1989 (AB0000083-97) | No objection |
| | 166 | U.S. Patent No. 4,988,617 (Landegren et al), 1/29/1991 (AB00000098-117) | No objection |
| | 167 | U.S. Patent No. 5,403,708 (Brennan), 4/4/1995 (AB00000118-131) | No objection |
| | 168 | International Patent Application WO 91/06678 (Tsien et al), 5/16/1991 | No objection |
| | 169 | International Patent Application WO 94/23064 (Canard et al), 10/13/1994 (AB00000317-379) | No objection |

| 170 | Office Action from the U.S. Application 08/424,663, 4/16/1996 (ILL000263270) | No objection |
| 171 | International Patent Application WO 95/04160 (Edwin Southern et al), 2/9/1995 (AB00006882-6950) | No objection |
| 172 | U.S. Patent No. 4,863,849 (Melamede), 9/5/1989 | FRE 402<br>FRE 801 & 802 |
| 173 | U.S. Patent No. 5,302,509 (Cheeseman), 4/12/1994 | FRE 402<br>FRE 801 & 802 |
| 174 | International Patent Application WO 93/21340 (Rosenthal et al), 10/28/1993 | FRE 402<br>FRE 801 & 802 |
| 175 | Article: Michael L. Metzker, *Emerging technologies in DNA sequencing*, Genome Research, pp. 1767-1776 (2005) | FRE 402<br>FRE 801 & 802 |
| 176 | International Publication No.: WO 2006/040549 A2, "Labeling and Sequencing of Nucleic Acids," Sibson, 4/20/2006 | No objection |
| 177 | Expert Rebuttal Report of Alan Cox, 6/13/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| 178 | Definition of COG/Excerpts of the Various GA Customer Acceptance Criteria | FRE 402 & 403 |
| 179 | Pai Ltr to Labbe encl spreadsheets, 5/20/2008 | No objection |
| 180 | Houlihan Lokey report, "Valuation of the Intangible Assets of Agencourt Personal Genomics, Inc.", 7/7/2006 (AB00007163-7213) | FRE 402 & 403<br>FRE 801 & 802 |
| 181 | Expert Report of Michael Sofocleous, 6/13/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| 182 | Order from the Federal Circuit, *Scanner Techs. Corp. v. ICOS Vision Sys. Corp.,* No. 2007-1399; 2008-1081 (Fed. Cir. June 19, 2008) | FRE 402 & 403<br>FRE 801 & 802 |
| 183 | Prosecution file history of the '341 Patent, 4/17/1995 (ILL000181-321) | No objection |
| 184 | Code of Federal Regulations - 37 CFR 1.48, 7/1/1994 | FRE 402 & 403<br>FRE 801 & 802 |
| 185 | Manual of Patent Examining Procedure, 6th edition (Jan. 1995), §409.03, Jan. 1995 | FRE 402 & 403<br>FRE 801 & 802 |
| 186 | SEC Form 10-K filing for Perkin-Elmer Corporation for Fiscal Year Ended June 30, 1995 | FRE 402 & 403<br>FRE 801 & 802 |
| 187 | Declaration of Michael Hunkapiller, Ph.D., 2/5/2008 | FRE 801 & 802<br>FRE 701<br>FRE 702 & 703 |
| 188 | Declaration of Scott Bortner, 2/7/2008 | No objection |
| 189 | U.S. Patent No. 5,817,464 (Kambara), 10/6/1998 | FRE 402<br>FRE 801 & 802 |

| | | | |
|---|---|---|---|
| | 190 | Declaration of Eric C. Pai In Support of Applera Corporation - Applied Biosystems Group's Opposition to Defendants' Motion For Summary Judgment on Plaintiff's State-Law Causes Of Action For Failure To Comply With The Statutes Of Limitations And Cross-Motion For Summary Judgment On Statue Of Limitations, 2/7/2008 | FRE 402 & 403 FRE 801 & 802 |
| | 191 | Exhibit K to the 2/7/08 Declaration of Eric C. Pai In Support of AB's Motion For Summary Judgment on Plaintiff's State-Law Causes Of Action For Failure To Comply With the Statutes Of Limitations And Cross-Motion For Summary Judgment On Statute Of Limitations - Summary Chart of searches for all U.S. Patents issued between May 12, 1998 and October 23, 2001, 2/7/2008 | FRE 402 & 403 FRE 801 & 802 |
| | 192 | Expert Report of Eugene Myers, Ph.D., 6/13/2008 | FRE 402 & 403 FRE 801 & 802 FRE 702 & 703 |
| | 193 | Fast flexible mapping of AB SOLiD short sequence reads (AB00008788-8795) | FRE 402 & 403 FRE 801 & 802 FRCP 37(c)(1) |
| | 194 | SOLiD Chemistry Supported Oligonucleotide Ligation Detection, Transcriptional Modem | FRE 402 & 403 FRE 801 & 802 |
| | 195 | Methods for Annotating Two-Base Color Encoded Reads | FRE 402 & 403 FRE 801 & 802 FRCP 37(c)(1) |
| | 196 | U.S. Patent No. 5,770,367 (Southern), 6/23/1998 | No objection |
| | 197 | Applied Biosystems Source Code 1.0a1.1, 6/1/2007 (AB00006437) | FRE 402 & 403 FRE 801 & 802 FRE 901(a) |
| | 198 | Applied Biosystems Source Code 1.0ac1, 10/1/2007 (AB00006438) | FRE 402 & 403 FRE 801 & 802 |
| | 199 | Applied Biosystems Source Code - SOLiD version "1.0ac2" (NATIVE) (AB00006439) | FRE 402 & 403 FRE 801 & 802 |
| | 200 | AB 10-K, 6/30/1994 (AB00303343-303542) | FRE 402 & 403 FRE 801 & 802 |
| | 201 | AB 10-K, 6/30/1995 (AB00303543-303833) | FRE 402 & 403 FRE 801 & 802 |
| | 202 | AB 10-K, 6/30/1996 (AB00303834-303983) | FRE 402 & 403 FRE 801 & 802 |
| | 203 | AB 10-K, 6/30/1997 (AB00303984-304175) | FRE 402 & 403 FRE 801 & 802 |
| | 204 | AB 10-K, 6/30/1998 (AB00304176-304319) | FRE 402 & 403 FRE 801 & 802 |
| | 205 | AB 10-K, 6/30/1999 (AB00304320-304558) | FRE 402 & 403 FRE 801 & 802 |
| | 206 | AB 10-K, 6/30/2000 (AB00304559-304894) | FRE 402 & 403 FRE 801 & 802 |

DEFENDANTS' RULE 26(A)(3)(B) OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST
CASE NO: 07-CV-02845 WHA

| 207 | AB 10-K, 6/30/2004 (AB00304895-305152) | FRE 402 & 403<br>FRE 801 & 802 |
|---|---|---|
| 208 | AB 10-K, 6/30/2002 (AB00305153-305435) | FRE 402 & 403<br>FRE 801 & 802 |
| 209 | AB 10-K, 6/30/2003 (AB00305436-305784) | FRE 402 & 403<br>FRE 801 & 802 |
| 210 | AB 10-K, 6/30/2004 (AB00305785-305972) | FRE 402 & 403<br>FRE 801 & 802 |
| 211 | AB 10-K, 6/30/2005 (AB00305973-306661) | FRE 402 & 403<br>FRE 801 & 802 |
| 212 | AB 10-K, 6/30/2006 (AB00306662-306939) | FRE 402 & 403<br>FRE 801 & 802 |
| 213 | AB 10-K, 6/30/2007 (AB00307335-307549) | FRE 402 & 403<br>FRE 801 & 802 |
| 214 | ABI Applera Corporation Personnel Summary, Grant Detail Report of Dr. Stephen C. Macevicz, 5/30/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| 215 | Addendum to Agreement between Applied Biosystems and Cal Institute of Technology, 12/31/1991 (AB00301166-301210) | FRE 402 & 403<br>FRE 801 & 802 |
| 216 | Addendum to Agreement dated 1/14/1988 between Applied Biosystems and Cal Institute of Technology, 3/1/1988 (AB00301164-301165) | FRE 402 & 403<br>FRE 801 & 802 |
| 217 | Agencourt Personal Restated Certificate, 7/10/2006 (AB00007159-7162) | FRE 402 & 403<br>FRE 801 & 802 |
| 218 | Agreement between Applied Biosystems and Cal Institute of Technology, 1/14/1988 (AB00301213-301237) | FRE 402 & 403<br>FRE 801 & 802 |
| 219 | Agreement between Lynx Therapeutics, Spectragen and Brenner, 3/24/1995 (MAC00879-866) | No objection |
| 220 | Amendment re Patent Application No. 08/872,446, 11/3/1998 (ILL000170-172) | No objection |
| 221 | Amendment to Agreement dated 1/14/1988 between Applied Biosystems Inc. and Cal Institute of Technology, 3/4/2000 (AB00301211-301212) | FRE 402 & 403<br>FRE 801 & 802 |
| 222 | Amendment to Collaboration Agreement; Option Agreement between HYSEQ, Inc. and Applied Biosystems, 10/16/2001 (AB00300908-300917) | FRE 402 & 403<br>FRE 801 & 802 |
| 223 | Amendment to Patent Application 08/872,446, 5/12/1998 (ILL000103-107) | No objection |
| 224 | Answer to First Amended Complaint by Illumina and Solexa; Counterclaim of Solexa and Demand for Jury Trial, 11/27/2007 | FRE 402 & 403<br>FRE 801 & 802 |
| 225 | Applied Biosystems "Data flow in the DISCO Analysis system" (AB00000546-556) | FRE 402 & 403<br>FRE 801 & 802<br>FRE 702 & 703 |
| 226 | Applied Biosystems "Principles of Di-Base Sequencing and the Advantages of Color Space Analysis in the SOLiD System" (AB00008516-8519) | FRE 402 & 403<br>FRE 801 & 802<br>FRE 702 & 703 |

| | | |
|---|---|---|
| 227 | Applied Biosystems Segment Revenue ($M) From SEC Filings on the SEC Web Site and Table on Investor Part of the Applied Biosystems Web Site (ILL025436-25437) | FRE 402 & 403 FRE 801 & 802 |
| 228 | Applied Biosystems SOLiD System 2.0 Specification Sheet (AB00008524-8527) | FRE 402 & 403 FRE 801 & 802 |
| 229 | Applied Biosystems SOLiD System 2.0 User Guide,5/1/2008 (AB0008191-8485) | All pages except AB00008191-92 AB00008315-21 objected to under FRE 402 & 403 |
| 230 | Applied Biosystems Timeline, 2/7/2008 | FRE 402 & 403 FRE 801 & 802 FRCP 37(c)(1) |
| 231 | Article: Applied Biosystems and Christian-Albrechts University Win Bio-IT World 2008 Best Practices Award for Basic Research, 5/13/2008 (AB00007835-7836) | FRE 402 & 403 FRE 801 & 802 |
| 232 | Article: Applied Biosystems Genomic Analysis Platform Fuels New Era of Life-Sciences Research, 5/6/2008 (AB00007823-7826) | FRE 402 & 403 FRE 801 & 802 |
| 233 | Article: Applied Biosystems Responds to Global Challenge of Food Safety, 3/19/2008 (AB00007816-7818) | FRE 402 & 403 FRE 801 & 802 |
| 234 | Article: Applied Biosystems Surpasses Industry Milestone in Lowering the Cost of Sequencing Human Genome, 3/12/2008 (AB00007811-7815) | FRE 402 & 403 FRE 801 & 802 |
| 235 | Article: Beijing Genomics Institute adds AB SOLiD system to its next generation sequencing technologies, 4/18/2008 (AB00007819) | FRE 402 & 403 FRE 801 & 802 |
| 236 | Article: National Center for Victims of Crime Honors Applied Biosystems Executive With 2008 Leadership Award, 5/7/2008 (AB00007827-7828) | FRE 402 & 403 FRE 801 & 802 |
| 237 | Article: Perkin-Elmer and Hyseq collaborate to accelerate the development of DNA chip technology, 6/19/1997 (AB00007829-7830) | FRE 402 & 403 FRE 801 & 802 |
| 238 | Article: Wellcome Trust Sanger Institute and Applied Biosystems Announce Project to Advance Study of Cancer Genomics, 5/1/2008 (AB00007820-7822) | FRE 402 & 403 FRE 801 & 802 |
| 239 | Assignment from Lynx to Solexa, 5/11/2005 (ILL002790-2806) | No objection |
| 240 | Assignment from Lynx to Spectragen, 1/15/1996 (ILL023929-23934) | No objection |
| 241 | Assignment from Solexa to Illumina | FRCP 37(c)(1) FRE 402 & 403 FRE 801 & 802 FRE 901(a) |
| 242 | Assignment Recorded at the U.S. Patent & Trademark Office from Spectragen to Lynx, 6/10/1997 | No objection |

| | 243 | D. Ross Sibson, Sorted (cDNA) Restriction Fragments, at the International Symposium "Large-Scale DNA Sequencing" Tokyo, Japan, 3/18/1994 | FRE 402 & 403 FRE 801 & 802 FRE 901(a) |
|---|---|---|---|
| | 244 | AU718937, 11/7/1996 | FRE 402 & 403 FRE 801 & 802 FRCP 37(c)(1) |
| | 245 | AU754991, 2/8/2001 | FRE 402 & 403 FRE 801 & 802 FRCP 37(c)(1) |
| | 246 | Bannwarth, *Solid-Phase Synthesis of Oligodeoxynucleotides Containing Phosphoramidate Internucleotide Linkages and their Specific Chemical Cleavage*, Helvetica Chimica Acta 71: 1517-1527, 1988 | No objection |
| | 247 | Black and Scholes, *The Pricing of Options and Corporate Securities*, Journal of Political Economy, May/June Vol. 81 No. 3637-654, 5/9/1972 | FRE 402 & 403 |
| | 248 | Broude et al., *Enhanced DNA sequencing by hybridization*, Proc. Natl. Acad. Sci. U.S.A. 91:3072-3076, 1994 | FRE 402 FRE 801 & 802 |
| | 249 | CA2218017C | FRE 402 FRE 801 & 802 FRCP 37(c)(1) |
| | 250 | Canard & Sarfati "DNA Sequencing Using Fluorescent Chain Terminators Reversibly Tagged in 3" Abstract to Genome Mapping and Sequencing conference, 5/11/1994 (AB00006865-6866) | No objection |
| | 251 | Canard and Sarafti, Gene 148: 1-6, 1994 | FRE 402 FRE 801 & 802 |
| | 252 | Chambers Expert Report, 5/30/2008 | FRE 402 & 403 FRE 801 & 802 |
| | 253 | Claim Construction Order, 2/21/2008 | FRE 402 & 403 FRE 801 & 802 |
| | 254 | Construction and Characterization of Human Chromosome 2-Specific Cosmid, Fosmid, and PAC Clone Libraries, Jeffrey C. Gingrich, 11/20/1995 | FRE 402 FRE 801 & 802 FRCP 37(c)(1) |
| | 255 | Contract #000770, Joint Development Agreement between Illumina and PE Corporation (82299_1), 11/8/1999 | FRE 402 & 403 FRE 801 & 802 FRCP 37(c)(1) |
| | 256 | Errata to Expert Reports of Alan Cox, 6/23/2008 | FRE 402 & 403 FRE 801 & 802 |
| | 257 | Expert Report of Alan J. Cox, Ph.D., 5/30/2008 | FRE 402 & 403 FRE 801 & 802 |
| | 258 | Crkvenjakov et al., Miniaturization of Sequencing by Hybridization (SBH):  A Novel Method for Genome Sequencing, Human Genome Contractors/Grantee Workshop Abstracts, Santa Fe, New Mexico on November 3-4, 1989 | FRE 402 FRE 801 & 802 FRCP 37(c)(1) |

| 259 | Data Flow in the DISCO Analysis System, Rev 1.0, 11/16/2007 (AB00000546-556) | FRE 402 & 403<br>FRE 801 & 802 |
|---|---|---|
| 260 | DISCO Consumables Costed BOM | FRE 106<br>FRE 402 & 403 |
| 261 | DISCO Instruments Costed BOM | FRE 106<br>FRE 402 & 403 |
| 262 | DNA Sequencing with dye-labeled terminators and T7 DNA polymerase: effect of dyes and DNTPs on incorporation of dye-terminators and probability analysis of termination fragments, Linda G. Lee, 4/3/1992 | FRE 402<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 263 | Draft Final Presentation by LEK Consulting "Applied Biosystems SOLiD Commercial Opportunity", 6/1/2007 (AB00075582-75644) | No objection |
| 264 | Drmanac & Crkvenjakov, *Prospects for a Miniaturized, Simplified and Frugal Human Genome Project*, Scientia Yugoslavica, 16(1-2):97-107, 1990 | No objection |
| 265 | eCounsel #000752, Collaboration Agreement between HYSEQ and Perkin-Elmer Corporation (107812_1), 5/30/1997 | FRE 402 & 403<br>FRE 801 & 802 |
| 266 | Email from Kevin Flowers to Stephen Macevicz re Solexa, 6/6/2006 (ILL025421) | FRE 402 & 403 |
| 267 | Email from Linda Rubinstein to Chris Cabou and Henry Christian regarding fully executed Macevicz release, 11/9/2006 (ILL050316) | FRE 402 & 403 |
| 268 | Emails between Basil Fthenakis and Kevin Flowers, 12/17/2007 (ILL043801-43805) | FRE 402 & 403 |
| 269 | Emails between Linda Rubinstein and Kevin Flowers re Macevicz release, 11/6/2006 (ILL050314-50315) | FRE 402 & 403 |
| 270 | EP 0650528B1 (Sibson), 5/11/1997 | FRE 402<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 271 | Estimate of US/Foreign Patent Costs (ILL003494) | FRE 402 & 403<br>FRE 801 & 802 |
| 272 | FAX from Macevicz to Bollinger, 7/27/1995 (ILL003384-3391) | FRE 402 & 403 |
| 273 | Fax from Macevicz to Smith, 7/28/1992 (ILL018903-18910) | FRE 402 & 403 |
| 274 | Figure showing Linkages for natural DNAm 7/31/2008 | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 275 | Final Infringement Contentions of Counterclaim Plaintiff Solexa, Inc., 3/24/2007 | FRE 402 & 403<br>FRE 801 & 802 |

| | 276 | Hutter, *From Phosphate to Bis(Methylene) Sulfone: Non-Ionic Backbone Linkers in DNA*, 5/6/2002 | FRE 402 & 403<br>FRE 801 & 802 |
|---|---|---|---|
| | 277 | Garnet and Agencourt Certificate of Merger, 7/10/2006 (AB00007156-7158) | FRE 402 & 403<br>FRE 801 & 802 |
| | 278 | GB 9315847.5 (Southern), 7/30/1993 | FRE 402<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| | 279 | Gerald J. Mehm of American Appraisal Assoc., Inc., Section XVIII.4.1 APG Fair Market Value as of April 15, 2005 (AB00296765-296788) | FRE 402 & 403<br>FRE 801 & 802 |
| | 280 | Hogrefe et al., *Kinetic Analysis of Escherichia coli RNase H Using DNA-RNADNA/DNA Substrates*, J. Biol. Chem. 265: 5561-5566, 1990 | FRE 402<br>FRE 801 & 802 |
| | 281 | IIlumina - Market Dynamics - IIlumina Genome Analyzer, 7/1/2007 (ILL044607-44636) | FRE 402 & 403 |
| | 282 | IIlumina - Solexa Technology; Products and Applications; Key Features and Benefits (ILL044974-45051) | FRE 402 & 403 |
| | 283 | IIlumina Global Sales Meeting 2008 (ILL045157-45181) | FRE 402 & 403 |
| | 284 | IIlumina Global Sales Meeting 2008 "You Say You Want a Revolution?" (ILL048463-48483) | FRE 402 & 403 |
| | 285 | IIlumina: Advantages of the Genome Analyzer over SOLiD (ILL044598-44602) | FRE 402 & 403 |
| | 286 | IIlumina - DNA Sequencing Market, 4/22/2008 (ILL048484-48508) | FRE 402 & 403 |
| | 287 | Illumina - Competitive Positioning: Applied Biosystems SOLiD Sequencer (Rev 0.2) (ILL044652-44698) | FRE 402 & 403 |
| | 288 | Illumina - Current Market Overview, Quarterly Business Review. 7/16/2007 (ILL044906-44916) | FRE 402 & 403 |
| | 289 | Illumina - Input to Strategic Planning, Quarterly Business Review, by Omead Ostadan, 7/16/2007 (ILL045230-45234) | FRE 402 & 403 |
| | 290 | Illumina Amended Response to Interrogatories, Set 2, 5/30/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| | 291 | Illumina confidence analysis survey (ILL048509-48516) | FRE 402 & 403<br>FRE 801 & 802<br>FRE 702 & 703 |
| | 292 | Illumina Industry Leading Ease of Use, Genome Analyzer Positioning GA Marketing Team Sales Team, 1/10/2008 (ILL045186-45229) | FRE 402 & 403<br>FRE 801 & 802<br>FRE 702 & 703 |
| | 293 | Illumina Response to Interrogatories, Set 3, 5/30/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| | 294 | Illumina Response to Request for Admissions, 5/30/2008 | FRE 402 & 403 |

| 295 | Illumina Response to Request for Production of Documents, Set 1, 10/1/2007 | FRE 402 & 403 |
|---|---|---|
| 296 | Illumina Response to Request for Production of Documents, Set 2, 4/7/2008 | FRE 402 & 403 |
| 297 | Illumina Response to Request for Production of Documents, Set 3, 4/28/2008 | FRE 402 & 403 |
| 298 | Illumina Response to Request for Production of Documents, Set 4, 5/30/2008 | FRE 402 & 403 |
| 299 | Illumina Sequencing by Synthesis vs. Sequencing by Ligation (ILL044917-44948) | FRE 402 & 403 |
| 300 | Illumina's 10K, 12/31/2007 | FRE 402 & 403 |
| 301 | Illumina's 10Q, 9/30/2007 | FRE 402 & 403 |
| 302 | Illumina's 10Q, 6/29/2008 | FRE 402 & 403 |
| 303 | Illumina's Proxy Statement, 8/12/2008 | FRE 402 & 403 |
| 304 | Introductory remarks: high-level positioning (ILL044644-44647) | FRE 402 & 403 FRE 801 & 802 |
| 305 | Jason Chin's Serial Decoding Error Program (AB000008819) | FRE 402 & 403 FRE 801 & 802 FRE 701 FRCP 37(c)(1) |
| 306 | JP11503908T2 | FRE 402 FRE 801 & 802 FRCP 37(c)(1) |
| 307 | JP27282639A2, 11/1/2007 | FRE 402 FRE 801 & 802 FRCP 37(c)(1) |
| 308 | Justin Saeks, *DNA Sequencing Equipment and Services Markets*, Kalorama Information, 6/1/2007 (AB00007649-7810) | No objection |
| 309 | Keller, *RNA-Primed DNA Synthesis In Vitro*, Proc. Natl. Acad. Sci. U.S.A. 69: 1560-1564, 4/10/1972 | FRE 402 FRE 801 & 802 FRCP 37(c)(1) |
| 310 | Kevin Davies, Ph.D., *Next-Generation Sequencing: Scientific and Commercial Implications of the $1,000 Genome*, Insight Pharma Reports, 8/1/2007 (AB00007547-7648) | FRE 402 & 403 FRE 801 & 802 FRE 702 & 703 |
| 311 | Kotler et al., *DNA Sequencing: Modular primers assembled from a library of hexamers or pentamer*, Proc. Natl. Acad. Sci. U.S.A. 90: 4241-4245, 1/8/1993 | FRE 402 FRE 801 & 802 FRCP 37(c)(1) |

| 312 | Letter from Steve Macevicz re Employment at ACLARA, 3/12/2002 (AB00009884-9887) | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
|-----|--------------------------------------------------------------------------------|------------------------------------------------|
| 313 | License Agreement between Caltech and Applera Corporation, 2/2/2004 (AB00301451-301470) | FRE 402 & 403<br>FRE 801 & 802 |
| 314 | License Agreement between Caltech and Applied Biosystems, 12/1/1982 (AB00301386-301430) | FRE 402 & 403<br>FRE 801 & 802 |
| 315 | Lynx Therapeutics, Inc. Form 10-K, Exhibit 10.30, 12/31/1996 (ILL001170-1177) | FRE 402 & 403 |
| 316 | Lynx Therapeutics, Inc. Form 10-K for the Fiscal Year Ended December 31, 1999, 3/14/2000 (ILL001315-1375) | FRE 402 & 403 |
| 317 | Lynx Therapeutics, Inc. Form 10-K for the Fiscal Year Ended December 31, 2000, 3/30/2001 (ILL001376-1439) | FRE 402 & 403 |
| 318 | Macevicz Initial Disclosure, 8/30/2007 | FRE 402 & 403<br>FRE 801 & 802 |
| 319 | Macevicz Response to Interrogatories, Set 1, 10/1/2007 | FRE 402 & 403<br>FRE 801 & 802 |
| 320 | Macevicz Response to Interrogatories, Set 2, 4/25/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| 321 | Macevicz Response to Interrogatories, Set 3, 5/30/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| 322 | Macevicz Response to Request for Production of Documents, Set 1, 10/1/2007 | FRE 402 & 403<br>FRE 801 & 802 |
| 323 | Macevicz Response to Request for Production of Documents, Set 2, 4/7/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| 324 | Macevicz Response to Request for Production of Documents, Set 3, 4/28/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| 325 | Macevicz Response to Request for Production of Documents, Set 4, 5/30/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| 326 | Macevicz Supplemental Response to Interrogatories, Set 1, 5/30/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| 327 | Macevicz Supplemental Response to Interrogatories, Set 2, 5/30/2008 | FRE 402 & 403<br>FRE 801 & 802 |
| 328 | Macevicz's letter to Bio-Rad, 5/12/1995 | FRE 402 & 403<br>FRE 106 |
| 329 | Medical Research Council (MRC) letter to Kevin Corcoran VP of Operations, Lynx Therapeutics re Agreement between Lynx and MRC, 2/11/2002 (ILL044408-44409) | FRE 402 & 403<br>FRE 801 & 802 |
| 330 | Memorandum from Efcavitch, 1/29/1993 (ILL018963-18964) | FRE 402 & 403<br>FRE 801 & 802 |

| | 331 | Memorandum from SEC's Office of Economic Analysis to the Commission's Chief Accountant Re: Economic Perspective on Employee Options Expensing: Valuation and Implementation of FAS 123, 3/18/2005 | FRE 402 & 403 FRE 702 & 703 |
|---|---|---|---|
| | 332 | Metzker et al., *Progress of Bass as a Novel DNA Sequencing Approach*, Abstract to Genome Mapping and Sequencing conference, 1993 | No objection |
| | 333 | Metzker et al., *Stop-Start DNA Synthesis in the Base Addition Sequencing Scheme*, Abstract to Genome Mapping and Sequencing conference, 1994 | No objection |
| | 334 | Metzker et al., *Termination of DNA synthesis by novel 3'-modified deoxyribonucleoside 5'-triphosphates*, Nucleic Acids Res. 22: 4259-4267, 7/25/1994 | FRE 402 FRE 801 & 802 |
| | 335 | Expert Report of Michael L. Metzker, Ph.D., 5/30/2008 | FRE 402 & 403 FRE 801 & 802 FRE 702 & 703 |
| | 336 | MPSS Service Agreement between Lynx Therapeutics and PE Corporation through Celera Genomics Group, 3/5/2001 (ILL044374-44388) | FRE 402 & 403 FRE 801 & 802 |
| | 337 | Notes on the SOLiD Basecaller, By Robert Beaudoin, internal technical document, 1/16/2007 (AB00069577-69594) | FRE 402 & 403 FRE 801 & 802 FRE 701 FRE 702 & 703 |
| | 338 | Notice of and Demand for Arbitration by Applera against Illumina with the CPR Institute for Dispute Resolution, 12/3/2002 | FRE 402 & 403 FRE 801 & 802 |
| | 339 | Office Action from the U.S. Application 08/872,446, 12/12/1997 (ILL000092-97) | No objection |
| | 340 | Office Action from U.S. Patent Application 08/872.446, 8/3/1998 (ILL000114-117) | No objection |
| | 341 | Omead Ostadan, discussion points (ILL045277) | FRE 402 & 403 |
| | 342 | Patent File History for '119, 6/10/1997 (ILL000001-180) | No objection |
| | 343 | Patent File History for '341, 4/17/1995 (ILL000181-606) | No objection |
| | 344 | Patent File History for '597, 9/29/1999 (ILL000607-767) | No objection |
| | 345 | PCT International Application Transmittal Letter, 10/15/1992 (ILL003487-3493) | FRE 402 & 403 |
| | 346 | Periodic Table | FRE 402 & 403 |
| | 347 | Press Release: "New DNA Sequencer Produces Genetic Information Four Times Faster Than Existing Technology", 2/22/1995 | FRE 402 & 403 FRE 801 & 802 |
| | 348 | Press Release: "New Enzyme Technology Dramatically Accelerates DNA Sequencing Efforts Worldwide", 8/10/1995 | FRE 402 & 403 FRE 801 & 802 |
| | 349 | Rosenthal & Brenner "DNA Sequencing by Sequential Addition of Tagged Nucleotides" at pp. 222, Genome Mapping & Sequencing Abstracts, May 1216, 1993 | No objection |
| | 350 | Sales 05 - Q3 (BO Retrieve) HTD HTP (AB00007546) | No objection |

| 1 2 3 | 351 | Sandy Spurgeon, *Automated Referenced Fluorescent Sequencing of DNA Templates and Its Application to Multiplex Sequencing*, Abstract from Genome Mapping and Sequencing, May 6-10, 1992 at page 331 | No objection |
|---|---|---|---|
| 4 | 352 | Section XIX.02. 1 Fixed Asset Sale, 3/31/2006 (AB00296819) | FRE 402 & 403 |
| 5 6 | 353 | Section XIX.02.2 Assignment of Assets to Agencourt-Polony Grant Equipment and Schedule "A," List of Assets, 4/12/2006 (AB00296820-296821) | FRE 402 & 403 |
| 7 | 354 | Section XIX.02.3 Agencourt-Polony Grant Equipment as of March 31,2006, 4/10/2006 (AB00296822-296823) | FRE 402 & 403 |
| 8 | 355 | Section XIX.02.3 Up Agencourt-Polony - Grant Equipment & Supplies, 3/31/2006 (AB00296824) | FRE 402 & 403 |
| 9 10 | 356 | Section XIX.02.4 Agencourt-Polony Grant Equipment Closing Balance Sheet Forecast (Assuming Closing on May 30, 2006) (AB00296825) | FRE 402 & 403 |
| 11 12 | 357 | Section XIX.02.4 Agencourt-Polony Grant Equipment Non-GAAP Unaudited Financials, 3/31/2006 (AB00296827-296832) | FRE 402 & 403 |
| 13 | 358 | Section XIX.02.4 Agencourt-Polony Grant Equipment Non-GAAP Unaudited Financials, 4/12/2006 (AB00296833-296838) | FRE 402 & 403 |
| 14 15 | 359 | Section XIX.02.4 Agencourt-Polony Grant Equipment Non-GAAP Unaudited Financials as of March 31, 2006, 4/11/2006 (AB00296839-296844) | FRE 402 & 403 |
| 16 | 360 | Section XIX.02.5 Agencourt-Polony Grant Equipment List as of March 31,2006, 4/7/2006 (AB00296846-296848) | FRE 402 & 403 |
| 17 | 361 | Section XIX.02.5 Agencourt-Polony Grant Equipment List as of March 31,2006, 4/10/2006 (AB00296845) | FRE 402 & 403 |
| 18 | 362 | Sequencing by Oligonuceotide and Ligation Detection, 7/18/2007 (AB00066366-66383) | FRE 402 & 403 FRE 801 & 802 |
| 19 20 | 363 | Expert Report of D. Ross Sibson, Ph.D., 5/30/2008 | FRE 402 & 403 FRE 801 & 802 |
| 21 | 364 | Software and Database Development Agreement between Lynx Therapeutics and PE Corporation through Celera Genomics Group, 3/5/2001 (ILL044389-44407) | FRE 402 & 403 |
| 22 | 365 | Solexa - Orders and Billings April YTD (AB00008570) | No objection |
| 23 | 366 | Solexa Amended Response to Interrogatories, Set 1, 5/30/2008 | FRE 402 & 403 |
| 24 | 367 | Solexa Objections to Applera/Applied Biosystems' Notice of Rule 30(b)(6) Deposition, 5/16/2008 | FRE 402 & 403 |
| 25 | 368 | Solexa Response to Interrogatories, Set 1, 3/24/2008 | FRE 402 & 403 |
| 26 27 | 369 | Solexa Response to Interrogatories, Set 2, 4/28/2008 | FRE 402 & 403 |
| 28 | 370 | Solexa Response to Interrogatories, Set 3, 5/30/2008 | FRE 402 & 403 |

| 371 | Solexa Response to Request for Admissions, 5/30/2008 | FRE 402 & 403 |
| 372 | Solexa Response to Request for Production of Documents, 10/1/2007 | FRE 402 & 403 |
| 373 | Solexa's Final Infringement Contentions, 3/24/2008 | FRE 402 & 403 |
| 374 | SOLiD System Primary Analysis: How images become reads, by Robert Beaudoin, 7/18/2007 (AB00250813-250840) | FRE 402 & 403<br>FRE 801 & 802 |
| 375 | SOLiD System Site Preparation Guide, 4/24/2008 (AB00007839-7954) | All pages except AB00007839-40; AB00007876-77 objected to under FRE 402 & 403<br>FRE 801 & 802 |
| 376 | Statement of Financial Accounting Standards No. 123 (revised 2004), "Share-Based Payment" | FRE 402 & 403 |
| 377 | Stephen C. Macevicz Release by and among Solexa and IIlumina, 12/17/2007 (ILL044592-44595) | FRE 402 & 403 |
| 378 | Stephen C. Macevicz's Exit Checklist/Lynx Therapeutics, Inc. Human Resources Department, 3/29/2001 (ILL000862-952) | FRE 402 & 403 |
| 379 | Studier, *A strategy for high-volume sequencing of cosmid DNAs: Random and directed priming with a library of oligonucleotides*, Proc. Natl. Acad. Sci., 86: 6917-6921, 1989 | FRE 402<br>FRE 801 & 802 |
| 380 | Summary Chart of Search Results of all U.S. Patents issued between 5/12/1998 to 10/23/2001, 2/7/2008 | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 381 | The SOLiD Software System, Jon Sorenson, 7/18/2007 (AB00385415-385440) | FRE 402 & 403<br>FRE 801 & 802 |
| 382 | U.K. Patent No. GB2236852B, Carr, 6/4/1994 (AB00008820-8850) | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1)<br>Subject of MIL |
| 383 | U.S. Patent Application for No. 08/424,663, 4/17/1995 (ILL000205-240) | No objection |
| 384 | U.S. Patent No. 4,757,141 (Fung), 7/12/1988 | FRE 402 & 403<br>FRE 801 & 802 |
| 385 | U.S. Patent No. 4,797,141 (Mercader), 1/10/1989 | FRE 801 & 802 |
| 386 | U.S. Patent No. 4,816,571 (Andrus), 3/28/1989 | FRE 402 & 403<br>FRE 801 & 802 |
| 387 | U.S. Patent No. 4,855,225 (Fung), 8/8/1989 | FRE 402 & 403<br>FRE 801 & 802 |
| 388 | U.S. Patent No. 4,883,750 (Whiteley), 11/28/1989 | No objection |

| 389 | U.S. Patent No. 4,965,349 (Woo), 10/23/1990 | FRE 801 & 802 |
| 390 | U.S. Patent No. 4,988,617 (Landegren), 1/29/1991 | No objection |
| 391 | U.S. Patent No. 5,013,830 (Ohtsuka), 5/7/1991 | FRE 402 & 403 FRE 801 & 802 |
| 392 | U.S. Patent No. 5,114,839 (Blocker), 5/19/1992 | FRE 402 & 403 FRE 801 & 802 |
| 393 | U.S. Patent No. 5,188,934 (Menchen), 2/23/1993 | FRE 402 & 403 FRE 801 & 802 |
| 394 | U.S. Patent No. 5,212,304 (Fung), 5/18/1993 | FRE 402 & 403 FRE 801 & 802 |
| 395 | U.S. Patent No. 5,231,191 (Woo), 7/27/1993 | FRE 402 & 403 FRE 801 & 802 |
| 396 | U.S. Patent No. 5,258,538 (Fung), 11/2/1993 | FRE 402 & 403 FRE 801 & 802 |
| 397 | U.S. Patent No. 5,367,066 (Urdea), 11/22/1994 | FRE 402 & 403 FRE 801 & 802 |
| 398 | U.S. Patent No. 5,407,799 (Studier), 4/18/1995 | FRE 402 & 403 FRE 801 & 802 |
| 399 | U.S. Patent No. 5,494,810 (Barany), 2/27/1996 | FRE 402 & 403 FRE 801 & 802 |
| 400 | U.S. Patent No. 5,503,980 (Cantor), 4/2/1996 | No objection |
| 401 | U.S. Patent No. 5,508,169 (Deugau), 4/16/1996 | FRE 402 & 403 FRE 801 & 802 |
| 402 | U.S. Patent No. 5,552,278 (Brenner), 9/3/1996 | No objection |
| 403 | U.S. Patent No. 5,580,732 (Grossman), 12/3/1996 | FRE 402 & 403 FRE 801 & 802 |
| 404 | U.S. Patent No. 5,625,050 (Beaton), 4/29/1997 | FRE 402 & 403 FRE 801 & 802 |
| 405 | U.S. Patent No. 5,684,143 (Gryaznov), 11/4/1997 | FRE 402 & 403 FRE 801 & 802 |
| 406 | U.S. Patent No. 5,741,643 (Gryaznov), 4/21/1998 | FRE 402 & 403 FRE 801 & 802 |
| 407 | U.S. Patent No. 5,747,255 (Brenner), 5/5/1998 | FRE 402 & 403 FRE 801 & 802 |
| 408 | U.S. Patent No. 5,798,210 (Canard), 8/25/1998 | No objection |
| 409 | U.S. Patent No. 5,800,994 (Martinelli), 9/1/1998 | No objection |
| 410 | U.S. Patent No. 5,817,795 (Gryaznov), 10/6/1998 | FRE 402 & 403 FRE 801 & 802 |
| 411 | U.S. Patent No. 5,824,793 (Hirschbein), 10/20/1998 | FRE 402 & 403 FRE 801 & 802 |
| 412 | U.S. Patent No. 5,859,233 (Hirschbein), 1/12/1999 | FRE 402 & 403 FRE 801 & 802 |
| 413 | U.S. Patent No. 5,885,778 (Menchen), 3/23/1999 | FRE 402 & 403 FRE 801 & 802 |

| 414 | U.S. Patent No. 5,888,737 (DuBridge), 3/30/1999 | FRE 402 & 403<br>FRE 801 & 802 |
|---|---|---|
| 415 | U.S. Patent No. 5,965,720 (Gryaznov), 10/12/1999 | FRE 402 & 403<br>FRE 801 & 802 |
| 416 | U.S. Patent No. 6,007,987 (Cantor), 12/28/1999 | No objection |
| 417 | U.S. Patent No. 6,048,974 (Gryaznov), 4/11/2000 | FRE 402 & 403<br>FRE 801 & 802 |
| 418 | U.S. Patent No. 6,096,723 (Menchen), 8/1/2000 | FRE 402 & 403<br>FRE 801 & 802 |
| 419 | U.S. Patent No. 6,175,002 (DuBridge), 1/16/2001 | FRE 402 & 403<br>FRE 801 & 802 |
| 420 | U.S. Patent No. 6,228,589 (Brenner), 5/8/2001 | No objection |
| 421 | U.S. Patent No. 6,258,569 (Livak), 7/10/2001 | FRE 402 & 403<br>FRE 801 & 802 |
| 422 | U.S. Patent No. 6,348,313 (Sibson), 3/19/2002 | No objection |
| 423 | U.S. Patent No. 6,511,802 File History | FRE 402<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 424 | U.S. Patent No. 6,619,598 (De Miranda), 9/16/2003 | FRE 402<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 425 | U.S. Patent No. 6,654,505 (Bridgham), 11/25/2003 | FRE 801 & 802 |
| 426 | U.S. Patent No. 7,070,927 (Drmanac), 7/4/2006 | No objection |
| 427 | USPTO Patent Full Text and Image Database Search Patent Applications published between: 5/31/1981-2/7/2008, 2/7/2008 | FRE 402 & 403 |
| 428 | USPTO Patent Full Text and Image Database Search Patents Issued between: 5/12/1998-10/23/2001, 2/7/2008 | FRE 402 & 403 |
| 429 | USPTO Patent Full Text and Image Database Search Patents issued between: 5/31/1981-2/7/2008, 2/7/2008 | FRE 402 & 403 |
| 430 | Vyle & Cosstick, *Sequence- and Strand-Specific Cleavage in Oligodeoxyribonucleotides and DNA Containing 3'-Thiothymidine*, Biochemistry, vol. 31, page 3014, 1992 (AB00307664-307670) | FRE 402<br>FRE 801 & 802 |
| 431 | WO 95/09248 (Drmanac), 4/6/1995 | No objection |
| 432 | WO 91/06678 (Tsien), 5/16/1991 | No objection |
| 433 | WO 93/21340 (Rosenthal), 10/28/1993 | FRE 402<br>FRE 801 & 802 |
| 434 | WO 94/01582 (Sibson), 1/20/1994 | FRE 402 & 403<br>FRE 801 & 802 |
| 435 | WO 94/11530 (Cantor), 5/26/1994 | No objection |
| 436 | WO 94/23064 (Canard), 10/13/1994 (ILL011225-11286) | No objection |
| 437 | WO 95/04160 (Southern), 2/9/1995 | No objection |
| 438 | WO 95/20053 (Sibson), 7/27/1995 | No objection |
| 439 | WO 96/33205 (Macevicz), 10/24/1996 | No objection |

| 440 | Stock Options Exercised by Steven Macevicz, 10/26/2007 (ILL002292) | FRE 402 & 403<br>FRE 801 & 802 |
|---|---|---|
| 441 | Draft License Agreement between Lynx and Perkin-Elmer (AB00005234-5251) | FRE 402 & 403 |
| 442 | Patent Alert Reports (AB00008851-9883) | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 443 | Patents Listed in Patent Alert Reports Exhibit | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 444 | U.S. Patent No. 5,380,833 | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 445 | U.S. Patent No. 5,011,769 | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 446 | Gryaznov et al., Nucleic Acid Research, 20: 3403-3409 (1992) | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 447 | Gryaznov et al., Nucleic Acids Research, 21: 1403-1408 (1993) | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 448 | Gryaznov et al., Nucleic Acids Research, 22: 2366-2369 (1994) | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 449 | Gryaznov et al., J. of the American Chemical Society 116 (7) : 3143-3144 (1994) | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 450 | PCT/US91/05287 | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 451 | Order Granting Reexamination of 341 Patent | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 452 | Order Granting Reexamination of 597 Patent, 8/21/2008 (AB00009888-9899) | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 453 | Order Granting Reexamination of 119 Patent, 8/21/2008 (AB00009900-9908) | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |
| 454 | Agencourt Presentation, Kevin McKernan, 2/9/2006 (ILL048807-48810) | FRE 402 & 403<br>FRE 801 & 802 |
| 455 | Lavina et al., Biochemie 75 : 25-27 | FRE 402 & 403<br>FRE 801 & 802<br>FRCP 37(c)(1) |

1    Dated: September 12, 2008          Respectfully submitted,

2                                          /s/    John R. Labbé
                                         THOMAS I. ROSS (admitted *pro hac vice*)
3                                        KEVIN M. FLOWERS (admitted *pro hac vice*)
                                         JEFFREY H. DEAN (admitted *pro hac vice*)
4                                        MARK H. IZRAELEWICZ (admitted *pro hac vice*)
                                         JOHN R. LABBE (admitted *pro hac vice*)
5                                        CULLEN N. PENDLETON (admitted *pro hac vice*)
                                         MARSHALL, GERSTEIN & BORUN LLP
6                                        6300 Sears Tower
                                         233 South Wacker Drive
7                                        Chicago, Illinois 60606-6357
                                         (312) 474-6300 (telephone)
8                                        (312) 474-0448 (facsimile)
                                         E-Mail: tross@marshallip.com
9                                        E-Mail: kflowers@marshallip.com
                                         E-Mail: jdean@marshallip.com
10                                       E-Mail: mizraelewicz@marshallip.com
                                         E-Mail: jlabbe@marshallip.com
11                                       E-Mail: cpendleton@marshallip.com

12                                       Counsel for Defendants
                                         ILLUMINA, INC., SOLEXA, INC.,
13                                       and STEPHEN C. MACEVICZ

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS' RULE 26(A)(3)(B) OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST**
**CASE NO: 07-CV-02845 WHA**