BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com; EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP'S OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBITS**<br><br>Trial Date: September 29, 2008<br>Time:        7:30 a.m.<br>Place:       Courtroom 9, 19th Floor<br>Judge:      William H. Alsup |

AB'S OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBITS
Case No. C07 02845 WHA
pa-1281937

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Applera Corporation – Applied Biosystems Group ("AB"), through its undersigned attorneys, hereby submits its objections to Defendants' proposed exhibits. AB's objections are attached as Appendix A.

Dated: September 12, 2008     MORRISON & FOERSTER LLP

By:  /s/ Bryan Wilson
Bryan Wilson

Attorneys for Plaintiff
APPLERA CORPORATION –
APPLIED BIOSYSTEMS GROUP