# AB's Objections to Defendants' Proposed Exhibits

| Exhibit No. | Rule 26 | DESCRIPTION | OBJECTIONS[*] |
|---|---|---|---|
| 39 | 1 | U.S. Patent No. 5,750,341, 5/12/1998 (AB00167330-167348) | |
| 42 | 2 | U.S. Patent No. 5,969,119 (Macevicz), 10/19/1999 (VP 00020-36) | |
| 43 | 3 | U.S. Patent No. 6,306,597 B1 (Macevicz), 10/23/2001 (VP 00037-54) | |
| 9 | 4 | USPTO - Notice of Recordation of Assignment Document, 2/1/1996 (COOLEY 000006-8) | |
| 8 | 5 | Stephen C. Macevicz's Assignment to Lynx Therapeutics, Inc. for application number 08/091,603, 08/436,084, 08/436,528, and 08/424,663, 8/31/1995 (COOLEY 000009-10) | |
| 500 | 6 | Patent Assignment Abstract of Title for U.S. Patent No. 6,306,597 (ILL023666) | |
| 501 | 7 | Patent Assignment Abstract of Title for U.S. Patent No. 5,969,119 (ILL023667) | |
| 502 | 8 | Patent Assignment Abstract of Title for U.S. Patent No. 5,750,341 (ILL023668-69) | |
| 503 | 9 | Recordation Form Cover Sheet and Assignment, January 1996 (ILL023670-76) | |
| 504 | 10 | Recordation Form Cover Sheet and Assignment, June 1997 (ILL023677-90) | |
| 505 | 11 | Recordation Form Cover Sheet and Assignment, May 2005 (ILL023691-701) | |
| 506 | 12 | Agreement Regarding Formation of Spectragen (ILL023630-37) | |
| 507 | 13 | Stockholders Agreement dated August 21, 1995 (ILL023657-65) | |
| 1 | 14 | Job Description - Senior Patent Attorney (MAC001906) | |
| 4 | 15 | Corporate Services Agreement between Applied Biosystems, Inc. and Lynx Therapeutics, Inc., 6/30/1992 (ILL002248-2254) | |
| 5 | 16 | Memorandum from David Bunker re: Support to Therapeutics Group (Lynx), 7/9/1992 | |
| 6 | 17 | Letter from Sam Eltr, Lynx, to Steve Macevicz extending offer for the position of Vice President, Intellectual Property, 6/1/1995 (ILL000869-870) | |
| 10 | 18 | Development Agreement between Lynx Therapeutics, Inc. and Dr. Sydney Brenner, 5/11/1994 (MAC00975-983) | |
| 508 | 19 | Performance Evaluation 2000 of Steve Macevicz (MAC001109) | 402, 403, 106 |
| 19 | 20 | Letter from Steve Macevicz to Mike Hunkapiller regarding leaving Perkin-Elmer, 6/6/1995 | |
| 20 | 21 | Memorandum from Steve Macevicz to Hugo Santos re: Extension of termination date to August 1, 6/27/1995 | |
| 21 | 22 | Letter from Suzanne Preston, Applied Biosystems, to Stephen C. Macevicz extending offer of employment, 3/17/1992 | |
| 30 | 23 | Interoffice Memorandum from John R. Van Camp, Glen Powell, and Alex Andrus to Steve Macevicz re: Lynx Technology Disclosure Agreement, 6/19/1995 | |
| 35 | 24 | Spectragen, Inc.'s Nonstatutory Stock Option granted to Steve Macevicz, 9/11/1995 (ILL000912-917) | |
| 509 | 25 | Supplemental Stock Option dated September 1, 1995 (ILL000901-05) | |
| 510 | 26 | Nonstatutory Stock Option dated August 14, 1995 (ILL000906-11) | |
| 48 | 27 | Minutes Regular Meeting of the Board of Directors Lynx Therapeutics, Inc., 7/31/1995 (ILL000986-988) | |
| 511 | 28 | Minutes Regular Meeting of the Board of Directors Lynx Therapeutics, Inc. December 8, 1999-9:00 a.m. (ILL000989-93) | 402 |

[*] Unless otherwise noted, all objections refer to the applicable rule(s) from the Federal Rules of Evidence (FRE).

| Exhibit No. | Rule 26 | DESCRIPTION | OBJECTIONS* |
|---|---|---|---|
| 512 | 29 | Minutes Regular Meeting of the Board of Directors Lynx Therapeutics, Inc. December 15, 1999-9:00 a.m. (ILL000994-96) | 402 |
| 45 | 30 | Minutes Meeting of the Board of Directors Spectragen, Inc., 8/14/1995 (ILL000997-998) | |
| 37 | 31 | U.S. Patent No. 5,552,278, 9/3/1996 | |
| 38 | 32 | Agreement between Applied Biosystems, Inc. and Stephen C. Macevicz assigning rights of U.S. Patent No. 5,002,867 to ABI, 8/6/1992 (MHUNK024558-24561) | |
| 41 | 33 | U.S. Patent No. 5,366,860 (Bergot), 11/22/1994 | |
| 513 | 34 | Check to Commissioner of Patents and Trademarks (ILL003083-84) | |
| 514 | 35 | Part B - Issue Fee Transmit (ILL003085) | |
| 515 | 36 | Transmittal of Issue Fee and Advance Order (ILL002635) | |
| 44 | 37 | Associate Power of Attorney, filed with the USPTO for Serial No. 08/424,663, signed by Peter J. Dehlinger, 10/21/1996 (ILL000278) | |
| 67 | 38 | Letter from Steve Macevicz to Ed Albini re: Agreement to assign patents, 3/30/2001 (ILL000953-955) | |
| 69 | 39 | U.S. Patent No. 5,002,867 (Macevicz), 3/26/1991 (MAC001972-2000) | 402, 403 |
| 70 | 40 | Research Proposal - "Proof-of-Principle Tests of Multiprobe Sequencing Technology" by Macevicz, 6/27/1988 (MAC001910-1917) | |
| 516 | 41 | September 15, 2006 letter from Bryan Wilson to Kevin Flowers (ILL043828) | 402, 403 |
| 517 | 42 | Indemnity Agreement with Edward Albini (ILL051287-94) | 901(a), 801, 802 |
| 518 | 43 | Indemnity Agreement with William K. Bowes, Jr. (ILL051295-302) | 901(a), 801, 802 |
| 519 | 44 | Indemnity Agreement with Sydney Brenner (ILL051303-310) | 901(a), 801, 802 |
| 520 | 45 | Indemnity Agreement with Craig C. Taylor (ILL051311-18) | 901(a), 801, 802 |
| 521 | 46 | Indemnity Agreement with Sam Eletr (ILL051319-26) | 901(a), 801, 802 |
| 522 | 47 | Indemnity Agreement with James C. Kitch (ILL051327-34) | 901(a), 801, 802 |
| 523 | 48 | Indemnity Agreement with Leroy Hood (ILL054244-48) | 901(a), 801, 802 |
| 524 | 49 | Indemnity Agreement with Mark Kozin (ILL054249-54) | 901(a), 801, 802 |
| 525 | 50 | Indemnity Agreement with Jen-i Mao (ILL054255-60) | 901(a), 801, 802 |
| 526 | 51 | Indemnity Agreement with Kevin P. Corcoran (ILL054261-66) | 901(a), 801, 802 |
| 527 | 52 | Declaration of Michael Hunkapiller, Ph.D. | |
| 188 | 53 | Declaration of Scott Bortner, 2/7/2008 | |
| 528 | 54 | Declaration of Vincent M. Powers, Ph.D. | |
| 529 | 55 | Declaration of Paul Grossman, Ph.D. (Dkt. No. 122) | |
| 530 | 56 | Declaration of Steven Fung, Ph.D. (Dkt. No. 125) | |
| 116 | 57 | Letter from Wilson to West re Patents 5,750,341; 5,969,119; 6,306,597 and foreign counterparts, 6/5/2006 (COOLEY 000001-5) | 402, 403 |
| 140 | 58 | Macevicz Lab Notebook (MAC002001-2212) | |
| 141 | 59 | ABI Prism 377 DNA Sequencer (ILL017141-17144) | 402, 403 |
| 142 | 60 | 25 Years of Advancing Science, 6/1/2006 (ILL050328-50361) | |
| 531 | 61 | ABI Prism DNA Sequencing Chemistry Guide | 402, 403 |
| 144 | 62 | Automated DNA Sequencing Chemistry Guide, 1/1/2000 (ILL050447-50592) | 402, 403 |
| 147 | 63 | Sequencing Breakthrough Strategy - Meeting with Lynx, 7/15/2004 (ILL025427-25431) | 402, 403 |
| 149 | 64 | Next generation genetic analysis technologies, 7/1/2006 (AB00068256-68289) | |
| 532 | 65 | Applera Corporation - Applied Biosystems Group's Responses to Solexa, Inc.'s First Set of Interrogatories (dated February 28, 2008) | 402, 403, 106 |
| 533 | 66 | Applera Corporation - Applied Biosystems Group's Responses to Stephen C. Macevicz's First Set of Interrogatories | 402, 403, 106 |

| Exhibit No. | Rule 26 | DESCRIPTION | OBJECTIONS* |
|---|---|---|---|
| 534 | 67 | Letters from Vincent Powers to Stephen Macevicz (AB00008663-694, AB00008698-699, AB00008702-712, AB00008714-717) | 402, 403 |
| 103 | 68 | Project Garnet - Due Diligence Kickoff Presentation, 3/20/2006 (AB00287982-288005) | 402, 403 |
| 535 | 69 | Patent alert week of Oct. 20, 2001 (AB00009206 – 9219) | 402, 403, 106 |
| 536 | 70 | Pages from presentation (ILL051457; ILL051471-74) | 402, 403 (Except ILL051471) |
| 537 | 71 | Pages from "Investigating Attrition in Cycled Ligation" (AB00121757; AB00121762-65; AB00121768-69; AB00121771; AB00121773-74) | 402, 403 (Except AB00121762, AB00121768, AB0012773) |
| 538 | 72 | Pages from AB's table of "Consumable Raw Material Cost" (AB00134505-6, AB00134512-14 AB00134517) | 402, 403 |
| 539 | 73 | Pages from "SOLiD Sequencing: Supported Oligonucleotide Ligation Detection" (AB00137621; AB00137634-48) | 402, 403 (Except AB00137634-137635) |
| 540 | 74 | Page from "APG Core Biologicals" (AB00136589) | 402, 403 |
| 541 | 75 | Pages from update for Grant Proposal R01 HG003570-01S1 (AB00144601-3) | 402, 403 |
| 542 | 76 | Pages from SOLiD System User Guide (AB00000683; AB00000701; AB00000727; AB00000803-804; AB00000875; AB00000905) | 402, 403 |
| 543 | 77 | Pages from "Bead-Based Polony Sequencing" (ILL051151; ILL051157-58) | 402, 403 |
| 544 | 78 | Animation (ILL050324) | 402, 403 |
| 545 | 79 | Pages from Applied Biosystems SOLiD System 2.0 User Guide (AB00008191-92; AB00008317-21) | 402, 403 |
| 546 | 80 | Pages from SOLiD System Site Preparation Guide (AB00007839-40 AB00007877) | 402, 403 |
| 547 | 81 | Notes (AB00296964; AB00296977-78) | 402, 403 |
| 88 | 82 | APG Process Technical Brief, 2006 (AB00245396-245403) | 402, 403 |
| 548 | 83 | Pages from "SOLiD Sequencing Grant Supplement Outline" (AB00160896; AB00160898) | 402, 403 |
| 549 | 84 | Pages from "Renewal Proposal – April 2006" (AB00276605; AB00276625-30) | 402, 403 |
| 550 | 85 | Pages from "Resequencing Report for BAC1065" (AB00288253; AB00288255-264) | 402, 403 |
| 551 | 86 | Pages from Supplemental funding request for NHGRI Grant R01 HG003570 (AB00144354-144433) | 402, 403 |
| 552 | 87 | Pages from AB presentation (AB00045942; AB00045944-45) | 402, 403 |
| 553 | 88 | Pages from AB presentation (AB00137210; AB00137212-16) | 402, 403 |
| 554 | 89 | "SOLiD Consumables Price List" (AB00137217) | 402, 403 |
| 555 | 90 | Pages from "Center for Terabase Applications in Genomics (CTAG) Strategy" (AB00067012; AB00067015-16) | 402, 403 |
| 556 | 91 | Pages from "Discovery R1B Product Requirements Document," Version 3.0 (AB00131100; AB00131104; AB00131107) | 402, 403 |
| 557 | 92 | Purchase agreement (AB00045214-31) | 402, 403 |
| 558 | 93 | "Broad On-Site Training Week" (AB00138981-9015) | 402, 403 |
| 559 | 94 | "Broad On-Site Training" (AB00138939-56) | 402, 403 |
| 560 | 95 | "Broad Institute R1a006 Instrument first run" (AB00139492-507) | 402, 403 |
| 561 | 96 | "Broad Institute R1a006 Instrument second run" (AB00145315-36) | 402, 403 |

3

| Exhibit No. | Rule 26 | DESCRIPTION | OBJECTIONS* |
|---|---|---|---|
| 562 | 97 | "covP1 Bead Comparison" re Washington University run (AB00145782-89) | 402, 403 |
| 563 | 98 | Presentation re acceptance runs performed at Washington University (AB00145773-81) | 402, 403 |
| 564 | 99 | Probe orders (AB00147319-28) | 402, 403 |
| 565 | 100 | Pages from "Cleavable hexamer scheme" (AB00160770-71) | 402, 403 |
| 566 | 101 | Pages from APG lab task list by G. Costa (AB00276276-77) | 402, 403 |
| 567 | 102 | Pages from APG lab task list by G. Costa (AB00276286; AB00276289) | 402, 403 |
| 568 | 103 | Project Garnet Due Diligence Kickoff Presentation (AB00287982-8005) | 402, 403 |
| 569 | 104 | Siuta curriculum vitae | 402 |
| 570 | 105 | Siuta Report Ex. C. (list of licenses and agreements of the parties) | 402, 403, 801, 802 |
| 571 | 106 | Collaboration Agreement dated October 1, 2000 between Takara Shuzo Co., Ltd. and Lynx Therapeutics, Inc., Amendment to Collaboration Agreement dated December 19, 2002, and Amendment to Collaboration Agreement dated June 30, 2003 (ILL044534-82; ILL100001-4) | 402, 403, 801, 802, 701, 702, 703, 901(a) |
| 572 | 107 | "DNA Sequencing Equipment and Service Markets," a Kalorama Information Market Intelligence Report, dated June 2007 (ILL025541-708 and AB07649-810) | 402, 403, 801, 802 |
| 573 | 108 | Definition of COG (ILL50323 (part 2)) | 402, 403, 801, 802, 701, 702, 703, 901(a) |
| 574 | 109 | AB SOLiD Commercial Opportunity Draft Final Presentation dated June 2007, Next Generation Sequencing market study (AB75582-644) | 402, 403, 801, 802, 701, 702, 703, 901(a) |
| 575 | 110 | Sequencer License Agreement dated January 1, 2002 between SPECTRUMEDIX CORPORATION and PE Corporation (AB301288-308) | 402, 403, 801, 802, 701, 702, 703, 901(a) |
| 576 | 111 | Sublicense Agreement dated July 30, 1999 between SpectruMedix Corporation and The Perkin-Elmer Corporation (AB301319-30) | 402, 403, 801, 802, 701, 702, 703, 901(a) |
| 577 | 112 | License to Amersham dated April 1, 1996 between The Perkin-Elmer Corporation and Amersham International PLC (AB300958-83) | 402, 403, 801, 802, 701, 702, 703, 901(a) |
| 578 | 113 | Capillary Electrophoresis Patent License Agreement dated April 25, 2006 between Applera Corporation and Beckman Coulter, Inc. (AB301511-31) | 402, 403, 801, 802, 701, 702, 703, 901(a) |
| 579 | 114 | Applera Corporation – Applied Biosystems Group dated December 2006: Valuation of the Intangible Assets of Agencourt Personal Genomics, Inc. as of July 7, 2006 (AB007163-212) | 402, 403 |
| 580 | 115 | For ABI, Developing Agencourt's Sequencing Technology is a High Priority by Julia Karow, a GenomeWeb news reporter (ILL30568-71) | 402, 403, 801, 802 |
| 581 | 116 | Applied Biosystems News Release dated May 30, 2006: re AB acquisition of Agencourt Personal Genomics (AB225994-97) | 402, 403, 801, 802 |
| 582 | 117 | Letter dated March 29, 2006 from Jay Flatley, Illumina, Inc., to Brian McKernan, Agencourt Personal Genomics, Inc. regarding Illumina's possible acquisition of Agencourt (ILL24565-77) | 402, 403, 801, 802 |
| 583 | 118 | Agencourt Sequencing Technology – From Kevin McKernan's Presentation at AGBT '06, Marco Island, Florida, February 9, 2006 (ILL025463-65) | 402, 403, 801, 802 |
| 106 | 119 | Bead-Based Polony Sequencing Powerpoint presentation, 2/1/2006 (AB00276791-276821) | 402, 403, 801, 802 |
| 584 | 120 | Applied Biosystems Executive Summary – Next Generation market analysis dated January 2007 (AB046261-78) | 402, 403, 801, 802 |

4

| Exhibit No. | Rule 26 | DESCRIPTION | OBJECTIONS* |
|---|---|---|---|
| 585 | 121 | Applied Biosystems SOLiD system hardware price list dated September 2007 (AB047983-85) | 402, 403, 801, 802 |
| 586 | 122 | Applied Biosystems SOLiD system Consumables dated 2007 (AB045942-61) | 402, 403, 801, 802 |
| 587 | 123 | Applied Biosystems SOLiD system specifications and consumables price list dated 2007 (AB137210-17) | 402, 403, 801, 802 |
| 588 | 124 | Applied Biosystems FY08: High Throughput Systems forecast (AB0289941-44) | 402, 403, 801, 802 |
| 589 | 125 | AB SOLiD Products Orders, Billings, Entered Revenue, and Standard Costs (AB008570) | 402, 403, 801, 802 |
| 179 | 126 | Pai Ltr to Labbe encl spreadsheets, 5/20/2008 | 402, 403, 801, 802 |
| 590 | 127 | Houlihan Lokey report, "Valuation of the Intangible Assets of Agencourt Personal Genomics, Inc.", July 7, 2006 (AB00007163-7213) | 402, 403 |
| 591 | 128 | Order on issues regarding discovery dated April 3, 2008 (Dkt. No. 179) | 402, 403 |
| 592 | 129 | "The Quest for the $1,000 Human Genome" (AB00084985-89) | |
| 593 | 130 | Office Action in re U.S. Patent Application Serial No. 08/424,663, dated April 16, 1996 (ILL000263-267) | |
| 594 | 131 | "Amendment" in re U.S. Patent Application Serial No. 08/424,663, dated October 16, 1996 (ILL000280-291) | |
| 595 | 132 | Applied Biosystems Press Release, "PE Biosystems Announces Launch of ABI Prism 3100 Genetic Analyzer," dated April 15, 2000 (ILL031627-28) | |
| 142 | 133 | AB Publication, "Twenty-Five Years of Advancing Science," dated June 2006 | |
| 167 | 134 | U.S. Patent No. 5,403,708 (Brennan), 4/4/1995 (AB00000118-131) | |
| 596 | 135 | Release (MAC001482-84) | 402, 403 |
| 597 | 136 | Merger Agreement for Applera Corporation Acquisition of Agencourt Personal Genomics, Inc. (AB007315-450) | 402, 403 |
| 598 | 137 | Technology Transfer email dated July 28 at 11am | 402, 403, 801, 802 |
| 599 | 138 | Applera Corporation - Applied Biosystems Group's Final Invalidity Contentions | 402, 403, 106 |

5

APPENDIX A