United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual <br><br> Defendants. | No. C 07-02845 WHA <br><br> **ORDER REQUESTING RESPONSE** |

Solexa is requested to respond to plaintiff's motion for reconsideration by **SEPTEMBER 18 AT NOON**. Any reply should be filed by **SEPTEMBER 19 AT NOON**.

**IT IS SO ORDERED**.

Dated: September 15, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE