IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual

    Defendants.

No. C 07-02845 WHA

**ORDER RE TRIAL START DATE**

    Given the Court's trial calender it would be impossible to begin a trial on the current scheduled date of September 29. The trial will therefore be continued to trail another civil matter set for October 20. If the other civil matter settles then the trial in this case will be scheduled for October 20. If it does not, trial will begin on November 10 or thereabout.

    **IT IS SO ORDERED**.

Dated: September 19, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE