BRYAN WILSON (CA SBN 138842)
ERIC C. PAI (CA SBN 247604)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
E-Mail: BWilson@mofo.com
        EPai@mofo.com

DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
BRIAN M. KRAMER (CA SBN 212107)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
E-Mail: DDoyle@mofo.com
         SComer@mofo.com
         BMKramer@mofo.com

Attorneys for Plaintiff
APPLERA CORPORATION – APPLIED
BIOSYSTEMS GROUP

KEVIN M. FLOWERS (*pro hac vice*)
THOMAS I. ROSS (*pro hac vice*)
JEFFREY H. DEAN (*pro hac vice*)
JOHN R. LABBÉ (*pro hac vice*)
CULLEN N. PENDELTON (*pro hac vice*)
MARK H. IZRAELEWICZ (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL  60606-6357
Telephone:  312.474.6300
Facsimile:  312.474.0448
Email:  kflowers@marshallip.com
         tross@marshallip.com
         jdean@marshallip.com
         jlabbe@marshallip.com
         cpendleton@marshallip.com
         mizraelewicz@marshallip.com

Attorneys for Defendants
ILLUMINA, INC., SOLEXA, INC., AND
STEPHEN C. MACEVICZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.    C07 02845 WHA<br><br>[~~JOINT PROPOSED~~] ORDER RE RULINGS ON MOTIONS IN LIMINE AT FINAL PRETRIAL CONFERENCE |

This order summarizes the Court's rulings on the parties' motions *in limine* at the Final Pretrial Conference held on September 8, 2008 as follows:

### AB MOTION *IN LIMINE* NO. 1 (ONE-BASE DAMAGES)

**GRANTED.** Defendants will not be permitted to seek damages for any alleged infringement of the '341 or '597 patents by the one-base encoding system or process.

### AB MOTION *IN LIMINE* NO. 2 (WILLFULNESS)

**WITHDRAWN.** AB withdrew this motion at the pretrial conference after Defendants stipulated that their allegation of willful infringement is directed only at the conduct of Agencourt Personal Genomics ("APG") before it was acquired by AB, not at AB's conduct.

### AB MOTION *IN LIMINE* NO. 3 (TWO HYPOTHETICAL NEGOTIATIONS)

The Court reserves judgment on this motion. Dr. Siuta may submit a supplemental report of 5 pages or less by **FRIDAY, SEPTEMBER 12, 2008,** solely on infringement damages for the '119 patent against APG. AB may take a 2-hour deposition of Dr. Siuta, and AB may submit a rebuttal report of 5 pages or less.

### DEFENDANTS' MOTION *IN LIMINE* NO. 1 (DISGORGEMENT DAMAGES)

**DENIED IN PART, GRANTED IN PART.** AB may not recover damages or restitution from Macevicz. AB will not be permitted to seek attorneys' fees as part of a damages award by the jury. All other damages theories with respect to stock options or punitive damages remain for trial.

### DEFENDANTS' MOTION *IN LIMINE* NO. 2 (MACEVICZ AS FIDUCIARY OF AB)

**DENIED.** AB will be permitted to refer to Macevicz as a fiduciary of AB.

### DEFENDANTS' MOTION *IN LIMINE* NO. 3 (NON-INFRINGING ALTERNATIVES)

**GRANTED IN PART.** Kevin McKernan's testimony regarding non-infringing alternatives will be limited to the two-base encoding system. Dr. Cox may rely only on the two-base encoding system as an alternative that does not infringe the '341 and '597 patents.

1

### DEFENDANTS' MOTION *IN LIMINE* NO. 4 (CARR PATENT)

2

**GRANTED IN PART.** The Carr patent may not be shown to the jury. The Court reserves

3

judgment on whether it will consider the Carr patent as a legal limitation on the doctrine of

4

equivalents for the '119 patent.

5

### DEFENDANTS' MOTION *IN LIMINE* NO. 5 (MAG + BRENNAN )

6

The Court reserves judgment on this motion. Each side may file a supplemental brief of 5

7

pages or less by **NOON ON FRIDAY, SEPTEMBER 12, 2008** on whether nondisclosure in AB's

8

invalidity contentions of the combination of the Mag and Brennan references as rendering

9

obvious claim 1 of the '119 patent was harmless, pursuant to FRCP 37(c).

10

11

Dated: September 19, 2008          MORRISON & FOERSTER LLP

12

13

By:   /s/ Bryan Wilson

14

Bryan Wilson

Attorneys for Plaintiff

15

APPLERA CORPORATION –
APPLIED BIOSYSTEMS GROUP

16

17

Dated: September 19, 2008          MARSHALL, GERSTEIN & BORUN LLP

18

19

By:   /s/ John R. Labbé

20

John R. Labbé

Attorneys for Defendants

21

ILLUMINA, INC., SOLEXA, INC.,
AND STEPHEN C. MACEVICZ

22

23

**IT IS SO ORDERED.**

24

25

Dated: _September 23, 2008._

WILLIAM H. ALSUP
United States District Judge

26

27

28

1    I, Bryan Wilson, am the ECF User whose ID and password are being used to file this

2    [JOINT PROPOSED] ORDER RE RULINGS ON MOTIONS IN LIMINE AT FINAL

3    PRETRIAL CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that

4    John R. Labbé has concurred in this filing.

5    Dated:       September 19, 2008                    /s/ Bryan Wilson
                                                      Bryan Wilson
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28