IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation, SOLEA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,

    Defendants.
_____/

No. C 07-02845 WHA

**ORDER RE TRIAL PREPARATION**

For the first phase of trial, please do a large posterboard chronology that will be placed in the courtroom for the jury to view during the trial. It should be large enough to be read from across the room, about 4 feet x 8 feet. It should have no more than 12 entries, should be in timeline format, should be non-argumentative, and should be agreed on by both sides. Non-argumentative means entries like "Patent Application Filed." Entries like "First Instance of Fraud" are argumentative. The purpose of the chronology is to help the jury organize the facts in dispute by having a clear and ever-present timeline of the main facts not in dispute. Counsel should also prepare a chronology for the second phase as well but it will, of course, involve a different set of key dates.

Dated: September 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE