IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>         Defendants.<br>_____ / | No. C 07-02845 WHA<br><br>**RESPONSE TO REQUEST ON DATE-CERTAIN TRIAL** |

With respect to the request for a "certain trial date," the Court is sympathetic to the problems in trailing another case, but many other parties customarily do so and adjust to the uncertainty. There is no date certain that could be given anyway, given the calender of the Court, the loss of one member of our district, and the priority that criminal cases would receive over civil cases like this one. Counsel are invited to stipulate to a magistrate judge and the undersigned will help arrange a date-certain trial.

Dated: October 2, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE