United States District Court
For the Northern District of California

1
2
3    IN THE UNITED STATES DISTRICT COURT
4
5    FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    APPLERA CORPORATION-APPLIED
8    BIOSYSTEMS GROUP, a Delaware
     corporation,                                          No. C 07-02845 WHA
9
              Plaintiff,
10
       v.                                                  **ORDER VACATING
11                                                         BRIEFING-SCHEDULE
     ILLUMINA, INC., a Delaware corporation,               ORDER**
12   SOLEA INC., a Delaware corporation, and
     STEPHEN C. MACEVICZ, an individual,
13
              Defendants.
14   _____/
15          At the time the Court issued its recent order regarding the briefing schedule for claim
16   construction, it was under the misapprehension that the further claim construction briefing was
17   based on more of a stipulated agreement than it now appears after receiving yesterday's letter
18   from opposing counsel.  Accordingly, the order setting the briefing schedule for the additional
19   terms (Dkt. 311) is hereby **VACATED**.  The Court does not intend to construe any terms until the
20   second-phase jury instructions are given.  If the parties wish to propose constructions for terms
21   they may do so in their proposed jury instructions.  The parties may also submit trial briefs
22   addressing the terms.  But the Court will not entertain supplemental claim constructions apart
23   from the jury instructions which will be given to counsel two or three days before closing
24   arguments.  Once again the Court requests that counsel agree upon a submission of this case for
25   trial to a magistrate judge.
26
27
28   Dated: October 7, 2008.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE