IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>    Defendants.<br>_____/ | No. C 07-02845 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE** |

The Court has received Solexa's motion to strike new expert reports regarding non-infringing alternatives. The opposition to the motion will be due on **OCTOBER 23, 2008, AT NOON**. Any reply will be due on **OCTOBER 27, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: October 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE