United States District Court
For the Northern District of California

1

2

3                          IN THE UNITED STATES DISTRICT COURT

4                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7    APPLERA CORPORATION-APPLIED
     BIOSYSTEMS GROUP, a Delaware
8    corporation,                                            No. C 07-02845 WHA

9                       Plaintiff,

10         v.                                                **ORDER REQUESTING
                                                             SUBMISSION RE
11   ILLUMINA, INC., a Delaware corporation,                 PROCEEDING IN FRONT OF
     SOLEA INC., a Delaware corporation, and                 MAGISTRATE JUDGE**
12   STEPHEN C. MACEVICZ, an individual,

13                      Defendants.
                                                     /
14   _____

15         Before ruling on Applera's "motion for clarification," the parties should submit a written

16   statement on their position regarding proceeding in front of a magistrate judge to complete the

17   case by NOVEMBER 14, 2008, AT NOON.  The Court will work with both sides to select a

18   suitable judge.  A magistrate judge may be able to try this case much earlier than the

19   undersigned.  The Court is about to begin a capital prosecution case that will possibly last six

20   months.  A trial in January in the instant case is still on calender, subject to change, but counsel

21   could relieve the Court of a great burden by agreeing to proceed in front of a magistrate judge.

22

23   Dated:  November 12, 2008.

24                                                   WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE
25

26

27

28