IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

    Plaintiff/counterdefendant,

  v.

ILLUMINA, INC., a Delaware corporation, SOLEA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,

    Defendants.
                                       /

No. C 07-02845 WHA

**ORDER SETTING TELEPHONE CONFERENCE RE MAGISTRATE JUDGE**

The Court would like to hold a telephone conference on **WEDNESDAY, NOVEMBER 19, 2008, AT 3:30 P.M.** on the subject of consenting to a magistrate judge for trial. Please respond with a telephone number for the call to my chambers at 415-522-3684.

**IT IS SO ORDERED.**

Dated: November 17, 2008.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE