IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>  Defendants.<br>_____/ | No. C 07-02845 WHA<br><br>**ORDER RE TRIAL** |

This case was previously set for trial on **JANUARY 5, 2009, AT 7:30 A.M.**, and the trial will go forward at that time on the bifurcated plan set forth earlier.

**IT IS SO ORDERED.**

Dated: December 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE