United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED
BIOSYSTEMS GROUP, a Delaware
corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation,
SOLEA INC., a Delaware corporation, and
STEPHEN C. MACEVICZ, an individual,

    Defendants.
                                  /

No. C 07-02845 WHA

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR BENCH TRIAL**

    The Court has received Applied Biosystems' motion for a bench trial on the '341 and '597 patents. The opposition to the motion will be due on **DECEMBER 29, 2008, AT 5 P.M.** Any reply will be due on **DECEMBER 31, 2008, AT 5 P.M.**

    **IT IS SO ORDERED.**

Dated: December 23, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE