| | |
|---|---|
| BRYAN WILSON (CA SBN 138842) | THOMAS I. ROSS (admitted *pro hac vice*) |
| ERIC C. PAI (CA SBN 247604) | KEVIN M. FLOWERS (admitted *pro hac vice*) |
| MORRISON & FOERSTER LLP | JEFFREY H. DEAN (admitted *pro hac vice*) |
| 755 Page Mill Road | MARK H. IZRAELEWICZ (admitted *pro hac vice*) |
| Palo Alto, California 94304-1018 | JOHN R. LABBE (admitted *pro hac vice*) |
| Telephone: 650.813.5600 | CULLEN N. PENDLETON (admitted *pro hac vice*) |
| Facsimile: 650.494.0792 | MARSHALL, GERSTEIN & BORUN LLP |
| E-Mail: BWilson@mofo.com; EPai@mofo.com | 6300 Sears Tower |
| | 233 South Wacker Drive |
| | Chicago, Illinois 60606-6357 |
| DAVID C. DOYLE (CA SBN 70690) | (312) 474-6300 (telephone) |
| STEVEN E. COMER (CA SBN 154384) | (312) 474-0448 (facsimilie) |
| BRIAN M. KRAMER (CA SBN 212107) | E-Mail: tross@marshallip.com |
| MORRISON & FOERSTER LLP | E-Mail: kflowers@marshallip.com |
| 12531 High Bluff Drive, Suite 100 | E-Mail: jdean@marshallip.com |
| San Diego, California 92130-2040 | E-Mail: mizaelewicz@marshallip.com |
| Telephone: 858.720.5100 | E-Mail: jlabbe@marshallip.com |
| Facsimile: 858.720.5125 | E-Mail: cpendleton@marshallip.com |
| E-Mail: DDoyle@mofo.com; SComer@mofo.com; BMKramer@mofo.com | Attorneys for Defendants ILLUMINA, INC., SOLEXA, INC., and STEPHEN C. MACEVICZ |
| Attorneys for Plaintiff APPLIED BIOSYSTEMS, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No. C07 02845 WHA<br><br>**JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TRIAL**<br><br>Trial Date: January 5, 2009<br>Time: 7:30 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: William H. Alsup |

JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TRIAL
Case No. C07 02845 WHA
pa-1308879

| | |
|---|---|
| 1 | Plaintiff Applied Biosystems, LLC ("AB") and Defendants Illumina, Inc., Solexa, Inc., |
| 2 | and Stephen C. Macevicz (collectively, "Illumina") hereby jointly request permission to bring |
| 3 | into Courtroom 9 the following equipment for trial before Judge William H. Alsup scheduled to |
| 4 | begin at 7:30 a.m. on January 5, 2009: |
| 5 | By AB's counsel: |
| 6 | 4 - Laptop computers with mice and portable hard drives |
| 7 | 1 – Digital projector |
| 8 | 1 – 8' x 10' projection screen with stand |
| 9 | 1 – Backup projection screen of smaller size with Stand |
| 10 | 1 – Elmo machine |
| 11 | 2 – Speakers with stands |
| 12 | 1 – Switch box |
| 13 | 4 - LCD monitors |
| 14 | 2 – Tech table setups |
| 15 | 1 – Cart with wheels |
| 16 | Various extension cords, audio and visual cables, and power strips |
| 17 | 1 – Demonstrative, non-operational model of SOLiD$^{TM}$ System (in a wooden crate) |
| 18 | By Illumina's counsel: |
| 19 | 4 – Laptop computers with mice and portable hard drives |
| 20 | 4 – LCD monitors |
| 21 | 2 – Tech table setups |
| 22 | 1 – Cart with wheels |
| 23 | Various extension cords, audio and visual cables, and power strips |
| 24 | Counsel for AB will make the projector screen, digital projector, speakers, Elmo machine, |
| 25 | and switch box available for shared use by counsel for Illumina. The parties request that if |
| 26 | counsel for AB becomes unable to bring any of these items, then counsel for Illumina be |
| 27 | authorized to bring such item instead. |
| 28 | |

JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TRIAL
Case No. C07 02845 WHA
pa-1308879

1

AB and Illumina request that the parties be permitted to bring these items into the courtroom beginning at 10:00 a.m. on January 2, 2009 and through the conclusion of the trial, so that the parties may set up and test the equipment as needed for trial.

Dated: December 23, 2008         MORRISON & FOERSTER LLP

                                 By:  /s/ Eric C. Pai
                                      Eric C. Pai

                                 Attorneys for Plaintiff
                                 APPLIED BIOSYSTEMS, LLC

Dated: December 23, 2008         MARSHALL, GERSTEIN & BORUN LLP

                                 By:  /s/ John R. Labbé
                                      John R. Labbé

                                 Attorneys for Defendants
                                 ILLUMINA, INC., SOLEXA, INC.,
                                 AND STEPHEN C. MACEVICZ

I, Eric C. Pai, am the ECF User whose ID and password are being used to file this JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TRIAL. In compliance with General Order 45, X.B, I hereby attest that John R. Labbé has concurred in this filing.

Dated: December 23, 2008         /s/ Eric C. Pai

**ORDER**

The parties' request for permission to bring the equipment described above into Courtroom 9 is hereby GRANTED.

IT IS SO ORDERED.

Dated: December 24, 2008

                                 [Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]

                                 WILLIAM H. ALSUP
                                 United States District Judge