IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION - APPLIED BIOSYSTEMS GROUP,<br><br>    Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC., et al.,<br><br>    Defendant.<br>                                     / | No. C 07-02845 WHA<br><br>**ORDER TO JURY COMMISSIONER** |

    IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: December 24, 2008

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE