| | |
|---|---|
| BRYAN WILSON (CA SBN 138842) | KEVIN M. FLOWERS (*pro hac vice*) |
| ERIC C. PAI (CA SBN 247604) | THOMAS I. ROSS (*pro hac vice*) |
| MORRISON & FOERSTER LLP | JEFFREY H. DEAN (*pro hac vice*) |
| 755 Page Mill Road | JOHN R. LABBÉ (*pro hac vice*) |
| Palo Alto, California 94304-1018 | CULLEN N. PENDELTON (*pro hac vice*) |
| Telephone: 650.813.5600 | MARK H. IZRAELEWICZ (*pro hac vice*) |
| Facsimile: 650.494.0792 | MARSHALL, GERSTEIN & BORUN LLP |
| E-Mail: BWilson@mofo.com; | 6300 Sears Tower |
| EPai@mofo.com | 233 South Wacker Drive |
| | Chicago, IL  60606-6357 |
| DAVID C. DOYLE (CA SBN 70690) | Telephone:  312.474.6300 |
| STEVEN E. COMER (CA SBN 154384) | Facsimile:   312.474.0448 |
| BRIAN M. KRAMER (CA SBN 212107) | Email:  kflowers@marshallip.com |
| MORRISON & FOERSTER LLP | tross@marshallip.com |
| 12531 High Bluff Drive, Suite 100 | jdean@marshallip.com |
| San Diego, California  92130-2040 | jlabbe@marshallip.com |
| Telephone: 858.720.5100 | cpendleton@marshallip.com |
| Facsimile: 858.720.5125 | mizraelewicz@marshallip.com |
| E-Mail: DDoyle@mofo.com; | |
| SComer@mofo.com; | Attorneys for Defendants |
| BMKramer@mofo.com | ILLUMINA, INC., SOLEXA, INC., AND |
| | STEPHEN C. MACEVICZ |
| Attorneys for Plaintiff | |
| APPLIED BIOSYSTEMS, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,<br><br>Defendants. | Case No.   C07 02845 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INFRINGEMENT AND INVALIDITY OF THE '597 PATENT**<br><br>Trial Date: January 5, 2009<br>Time:        7:30 a.m.<br>Place:       Courtroom 9, 19th Floor<br>Judge:      William H. Alsup |

1  **STIPULATION**

2  Plaintiff Applera Corporation – Applied Biosystems Group ("AB") and Defendants
3  hereby stipulate as follows:

4  WHEREAS the Court has issued its Claim Construction Order regarding Claim 1 of U.S.
5  Patent No. 6,306,597 ("the '597 patent"), a copy of which is attached hereto as Exhibit A;

6  WHEREAS AB agrees that, under the Court's claim construction, Agencourt Personal
7  Genomics's use of the accused one-base encoding DNA sequencing platform infringed Claim 1
8  of the '597 patent;

9  WHEREAS Solexa, Inc. agrees that, under the Court's claim construction, Claim 1 of the
10 '597 Patent is anticipated by the Southern reference (WO 95/04160);

11 The parties hereby stipulate as follows:

12 1. AB stipulates to a finding that Agencourt Personal Genomics's use of the accused
13 one-base encoding DNA sequencing platform infringed Claim 1 of the '597 patent.

14 2. Solexa stipulates to a finding that the Southern reference (WO 95/04160) renders
15 Claim 1 of the '597 patent invalid.

16 3. AB agrees to dismiss its claim for declaratory judgment of unenforceability of the
17 three patents-in-suit due to inequitable conduct before the United States Patent and Trademark
18 Office.

19 4. Solexa agrees to dismiss its claim that AB's or Agencourt Personal Genomics's
20 infringement of the three patents-in-suit was willful.

21 5. The parties' Stipulation will be incorporated into the Final Judgment in this case
22 following resolution of the remaining outstanding issues.

23 6. ~~The parties' above dismissals and stipulations are without prejudice to the parties'~~
24 ~~respective rights to pursue their claims of unenforceability and willful infringement in the event~~
25 ~~the Court's claim construction is reversed and/or vacated on appeal.~~  Each party reserves the right
26 to appeal the Court's claim construction.    The dismissal of the claims for unenforceability and
27 willful infringement as to all patents-in-suit is with prejudice and regardless of any claim
construction on appeal.
28

Joint Stipulation And ~~[Proposed]~~ Order Re Infringement And Invalidity Of '597 Patent
Case No. C07 02845 WHA
pa-1314542

1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: January 22, 2009                MORRISON & FOERSTER LLP

                                       By:  /s/  David C. Doyle
                                            David C. Doyle
                                            Attorneys for Plaintiff
                                            APPLIED BIOSYSTEMS, LLC

Dated: January 22, 2009                MARSHALL, GERSTEIN & BORUN LLP

                                       By:  /s/ Thomas I. Ross
                                            Thomas I. Ross
                                            Attorneys for Defendants
                                            ILLUMINA, INC., SOLEXA, INC.,
                                            AND STEPHEN C. MACEVICZ

I, DAVID C. DOYLE, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INFRINGEMENT AND INVALIDITY OF THE '597 PATENT. In compliance with General Order 45, X.B., I hereby attest that Thomas I. Ross has concurred in this filing.

Date: January 22, 2009                 /s/  David C. Doyle
                                            David C. Doyle

1 **[PROPOSED] ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____January 26_____, 2009

_____
WILLIAM ALSUP
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*