## JUDGE'S ADMONITION TO THE JURY

Now that Mr. Santos has been discharged from the jury, you may not have any communications with him whatsoever until the case is over and you render a verdict. Mr. Santos is now an ordinary civilian again and it would be just as problematic for any of you to have any communications with him as it would be to have communication with any other civilian about this case.

Dated: 9:30 A.M., January 26, 2009.

_____

William Alsup

Counsel for Plaintiffs

1/26/09
Dated

Counsel for Defendants

1-26-09
Dated