IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>Defendants. | No. C 07-02845 WHA<br><br>**NOTICE RE TRIAL TIME USED** |

For the record, plaintiffs used 1,000 minutes and defendants used 902 minutes of their allotted 1,200 minutes of trial time.

**IT IS SO ORDERED.**

Dated: January 27, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE