E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED
BIOSYSTEMS GROUP, a Delaware
corporation,

        Plaintiff,

v.

ILLUMINA, INC., a Delaware corporation,
SOLEXA INC., a Delaware corporation, and
STEPHEN C. MACEVICZ, an individual

        Defendants.

_____/

No. C 07-02845 WHA

**SPECIAL VERDICT**

**YOUR ANSWERS MUST BE UNANIMOUS.**

1.    Have defendants proven that the Macevicz inventions in suit met the three criteria in Paragraph 2 of the Employee Invention Agreement (Trial Exhibit 3) for inventions the employee was entitled to keep?

Yes __✗__          No _____

*IF YOU ANSWERED "YES," THEN YOU ARE DONE. GO TO THE END,*

*SIGN, AND DATE THE VERDICT; OTHERWISE, GO TO THE NEXT QUESTION.*

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1       2.     Have defendants proven that Lynx was an innocent purchaser for value of the

2   Macevicz inventions in suit?

3

4             Yes _____         No _____

5

6             *GO TO THE NEXT QUESTION.*

7

8       3.     Has AB proven that, before December 26, 2002, AB did not know that it had a

9   claim against Macevicz?

10

11            Yes _____         No _____

12

13

14

15  Dated: January/Y, 2009.            _____

16                              FOREPERSON

2