E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION – APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

    Plaintiff,

v.

ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual

    Defendants.

No. C 07-02845 WHA

**SPECIAL VERDICT FOR PHASE TWO**

YOUR ANSWERS MUST BE UNANIMOUS.

1.    Has SOLEXA proven by a preponderance of the evidence that the Applied Biosystems/Agencourt probes infringed Claim 1 of the '119 patent?

Yes _____    No  ✓_____

*GO TO THE NEXT QUESTION.*

2. Has Applied Biosystems proven by clear and convincing evidence that Claim 1 of the '119 patent is invalid by reason of obviousness?

Yes _____     No ___✓___

*IF YOU ANSWERED "YES," TO QUESTION NO. 1 AND "NO" TO QUESTION NO. 2, THEN ANSWER THE NEXT QUESTION. OTHERWISE, SKIP TO THE END, SIGN, AND DATE THE FORM.*

3. What damages, if any, has SOLEXA proven by a preponderance of the evidence by reason of any infringement of Claim 1 of the '119 patent by Agencourt?

$ _____

Dated: January 27, 2009.

_____
FOREPERSON