IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

Plaintiff,

v.

ILLUMINA, INC., a Delaware corporation, SOLEXA, INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual

Defendants.

No. C 07-02845 WHA

**JUDGMENT**

Based on the jury verdict with respect to ownership of U.S. Patent Nos. 5,750,341, 5,969,119 and 6,306,597, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Illumina, Inc., Solexa, Inc., and Stephen C. Macevicz. Based on the jury verdict regarding alleged infringement, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Applied Biosystems Group. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 3, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE