IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,

    Plaintiff,

  v.

ILLUMINA, INC., a Delaware corporation, SOLEA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual,

    Defendants.

No. C 07-02845 WHA

**NOTICE RESCHEDULING HEARING TIME**

YOU ARE NOTIFIED THAT the Motion for Judgement as a Matter of Law hearings previously set for March 12, 2009 and March 19, 2009 have been rescheduled for **MARCH 18, 2009 AT 3:00 P.M.** The briefing schedule remains the same. Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly. The Court may take the motions under submission on the papers and not have oral argument.

    **IT IS SO ORDERED.**

Dated: February 23, 2009

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE